IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Dennis Terrell Dyson, Case No. 1:18-cv-00585 | |

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dennis Terrell Dyson and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that all of Plaintiff Dennis Terrell Dyson's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: June 25, 2021

| | |
|---|---|
| */s/ David L. Rosenband*<br>David L. Rosenband, Esq.<br>WEITZ & LUXENBERG, P.C.<br>700 Broadway<br>New York, NY, Ohio 10003<br>Telephone: (212) 558-5915<br>Fascimile: (646) 293-7470<br>Email: drosenband@weitzlux.com<br><br>***Attorney for Plaintiff*** | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com<br><br>***Attorney for Defendants*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*

US.133536226.01