IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RYL-TAB<br>MDL No 2570 |

This Document Relates to Plaintiff
Webster Alexander

Civil Case # 1:19-cv- 06099-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Webster Alexander, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. 1:19-cv-06099-RLY-TAB filed on 7/04/2019, in accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated December 15, 2020

Respectfully submitted,

/s/ Stephen A. Bamberger
Stephen A. Bamberger
1529 Old Bridge Road Suite 102
Woodbridge, VA 22192
Telephone: 703-551-4979
Facsimile: 703-499-9809
Email: sbamberger@verizon.net
Attorney for Plaintiff

---

DENIED AS MOOT. Case was dismissed on 5/17/21 at dkt [18705].
Dated: 6/25/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana