DENIED AS MOOT. Case was previously dismissed on 5/18/21 at dkt. [18718].
Dated: 6/25/21

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

*Sioeli Uhila*
*Civil Case #: 1:14-ml-02570*

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

COMES NOW Plaintiff, Sioeli Uhila, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular case Civil Case No. *1:14-ml-02570* filed on March 27, 2020. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: December 21, 2020            Respectfully Submitted,

**THE BARNES FIRM, PC**

/s/ Joe Vazquez
Joe Vazquez, Esq
420 Lexington Avenue, Suite 2140
New York, New York 10170
Telephone (800) 800-0000
Fax (800) 853-5153
Joe.Vazquez@thebarnesfirm.com
Attorney for Plaintiff