DENIED AS MOOT.
Case was dismissed on
5/18/21 at dkt [18720].
Dated: 6/25/21



RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

**DONALD ABBOTT**
**Case No. 1:19-cv-436-RLY-TAB**

---

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, Donald Abbott, by and through the undersigned counsel, pursuant to Paragraph 3 of Case Management Order 28 Screening for Time-Barred cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical, LLC, William Cook Europe APS in this particular Civil Action No. 1:19-cv-436-RLY-TAB filed on January 28, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: January 5, 2021

**Respectfully submitted,**
**TorHoerman Law LLC**

  /s/Eric M. Terry
Eric M. Terry, IL Bar No. 6282169
Tor A. Hoerman, IL Bar No. 6229439
**TORHOERMAN LAW LLC**
210 S. Main Street
Edwardsville, IL 62025
Phone: (618) 656-4400
Fax: (618) 656-4401
Email: eric@thlawyer.com
        tor@thlawyer.com

**ATTORNEYS FOR PLAINTIFF**