IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jun 25, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following Plaintiffs:

   Daniel Aaron Raffetto, 1:19-cv-04616
   Earlene Henry, 1:18-cv-02884

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the above-titled Plaintiffs and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28, Screening for Time-Barred Cases ("CMO 28") and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuits as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: May 20, 2021

                                                Respectfully submitted,

                                                **JOHNSON LAW GROUP**

                                                /s/ Basil Adham_____
                                                Basil Adham, (TX Bar No. 24081742)
                                                2925 Richmond Ave, Suite 1700
                                                Houston, TX 77098
                                                Telephone: (713) 626-9336
                                                Facsimile: (713) 583-9460
                                                E-mail: ivc@johnsonlawgroup.com
                                                ***Attorney for Plaintiff***