APPROVED. Case is dismissed without prejudice.
Dated: 6/25/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
KIMMIE LESCHELE CASTRO
Civil Case No. 1:21-cv-1267-RLY-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Kimmie Leschele Castro hereby voluntarily dismisses, without prejudice, defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. Because none of the aforementioned defendants have served an answer or a motion for summary judgment, the action against these Defendants (Cook Incorporated, Cook Medical LLC and William Cook Europe ApS) may be dismissed without order of the court.

Date: 5/27/2021

Respectfully submitted,

**THE NATIONS LAW FIRM**

/s/ Howard L. Nations

Howard L. Nations
Texas Bar No. 14823000
9703 Richmond Ave.
Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423

**ATTORNEY FOR PLAINTIFF**