> APPROVED. Case is dismissed with prejudice.
> Dated: Jun 28, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | |
| LORENZO O'NEAL<br>Civil Case No. 1:18-cv-03752-RLY-TAB | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Comes now, Plaintiff, Lorenzo O'Neal, and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS, in the above entitled lawsuit and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Lorenzo O'Neal in this action against Cook Incorporated, Cook Medical LLC and William Cook Europe APS are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

/s/ Michael T. Gallagher
Michael T. Gallagher
Federal ID: 5395
The Gallagher Law Firm
2905 Sackett Street
Houston, Texas 77098
(713) 222-8080
(713) 222-0066 - Facsimile
donnaf@gld-law.com

**ATTORNEYS FOR PLAINTIFF
LORENZO O'NEAL**