## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIAN
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC | : |
| FILTERS MARKETING, SALES | :  **Master File No. 1:14-ml-2570-RLY-TAB** |
| PRACTICES AND PRODUCTS | :  **MDL No. 2570** |
| LIABILITY LITIGATION | : |
| | : |
| | : |

**This Document Relates to**
**Richard Mueller**                                              **Case No.: 1:16-cv-03377-RLY-TAB**

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

COMES NOW Attorney Kevin P. Sullivan of the law firm Salsbury Sullivan, LLC and hereby gives notice that his appearance as counsel of record for Plaintiff Richard Mueller shall remain.  Mr. Sullivan appears in place of Stuart M. Salsbury who has retired from Salsbury Sullivan, LLC.  The undersigned hereby requests that Stuart M. Salsbury be withdrawn from the above-captioned case and that all pleadings, motions, notices, correspondence, and other papers relating to the above-captioned action continue to be sent to the undersigned at the address listed below.

This 25th day of June 2021.

Respectfully submitted:

_____*/s/ Kevin P. Sullivan*_____
Kevin P. Sullivan Fed Bar ##27506
Salsbury Sullivan, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
443-869-3920
ksullivan@salsburysullivanlaw.com
*Attorneys for Plaintiff Richard Mueller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this __25th__ day of June 2021, I electronically filed the

foregoing Notice of Withdrawal of Appearance and Substitution of Counsel with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


_____ */s/ Kevin P. Sullivan* _____
Kevin P. Sullivan Fed Bar ##27506
Salsbury Sullivan, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
443-869-3920
dstringer@salsburysullivanlaw.com
***Attorneys for Plaintiff Richard Mueller***