IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Deborah Holcomb
Civil Case No.  1:21-cv-6315-RLY-TAB

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISSDUPLICATE COMPLAINT WITHOUT PREJUDICE

The Court, having received and considered Plaintiff's Unopposed Motion to Dismiss Duplicate Complaint Without Prejudice, and finding good cause exists.

IT IS HEREBY ORDERED Dismissing *Holcomb v. In re: Cook Medical, Inc. et al.,* 1:21-cv-6315-RLY-TAB.

Dated:  6/25/2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record