IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jun 25, 2021
> _/s/ Richard L. Young_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Dennis Terrell Dyson, Case No. 1:18-cv-00585 | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dennis Terrell Dyson and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that all of Plaintiff Dennis Terrell Dyson's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: June 25, 2021

| | |
|---|---|
| */s/ David L. Rosenband* | */s/ Andrea Roberts Pierson* |
| David L. Rosenband, Esq. | Andrea Roberts Pierson, Esq. |
| WEITZ & LUXENBERG, P.C. | Faegre Drinker Biddle & Reath LLP |
| 700 Broadway | 300 North Meridian Street, Suite 2500 |
| New York, NY, Ohio 10003 | Indianapolis, Indiana 46204 |
| Telephone: (212) 558-5915 | Telephone: (317) 237-0300 |
| Fascimile: (646) 293-7470 | Facsimile: (317) 237-1000 |
| Email: drosenband@weitzlux.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |