UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) |
| This Document Relates to: | ) |

1:20-cv-03162; 1:21-cv-00044; 1:21-cv-00083;
1:21-cv-00394; 1:21-cv-00408; 1:21-cv-00442;
1:21-cv-00461; 1:21-cv-00494

**FINAL JUDGMENT**

Consistent with the Order issued this date, the court enters final judgment in favor of Defendants herein, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, and against the following Plaintiffs:

| Plaintiff | Cause Number |
|---|---|
| Powell, Tamika | 1:20-cv-03162 |
| Perez, Agustin Jr. | 1:21-cv-00044 |
| Sanchez, Remedios | 1:21-cv-00083 |
| Penix, Susan | 1:21-cv-00394 |
| Baugus, William E. | 1:21-cv-00408 |
| Taylor, Andrew | 1:21-cv-00442 |
| DeWolfe, Tammy | 1:21-cv-00461 |

1

| Gallardo, Guadalupe | 1:21-cv-00494 |

**SO ORDERED** this 25th day of June 2021.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution Electronically to Registered Counsel of Record.