UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: | |

1:19-cv-02450; 1:20-cv-02560; 1:20-cv-02594; 1:20-cv-02603; 1:20-cv-06186; 1:20-cv-06237

**ORDER ON THE COOK DEFENDANTS' NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL**

On November 20, 2020, the Defendants herein, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS ("Cook"), filed a Notice of Noncompliance pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4. The Notice (Filing No. 14899), which is treated as a motion to dismiss, is **GRANTED** as to the following case because Plaintiff failed to serve a Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Hayslip, Stephen | 1:20-cv-06237 |

Cook's Notice of Noncompliance is **DENIED AS MOOT** as to the following cases:

| Plaintiff | Cause Number |
|---|---|
| Lee, Barbara | 1:19-cv-02450 |

1

| Perez, Linda | 1:20-cv-02560 |
| --- | --- |
| Carter, Jody | 1:20-cv-02594 |
| Williams, Darlene [ESTATE OF] | 1:20-cv-02603 |
| Davis, David | 1:20-cv-06186 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 25th day of June 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.