UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) <br> ) |

This Document Relates to:

Stephen Hayslip, 1:20-cv-06237

## FINAL JUDGMENT

Consistent with the Order issued this date, the court enters final judgment in favor

of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, and against

Plaintiff.

**SO ORDERED** this 25th day of June 2021.


Roger Sharpe, Clerk
United States District Court

_Jina M. Dogle_
_____
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.