UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) ) |
| This Document Relates to: | ) |

Gina Gonzalez, 1:20-cv-03116

## FINAL JUDGMENT

Consistent with the Order issued this date, the court enters final judgment in favor of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, and against Plaintiff.

**SO ORDERED** this 25th day of June 2021.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.