UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) <br> ) 1:14-ml-02570-RLY-TAB <br> ) MDL No. 2570 <br> ) <br> ) <br> ) |
| This Document Relates to: | ) |

Ronald D. Monroe, 1:20-cv-02615
Lester Oliver, 1:20-cv-02955

### FINAL JUDGMENT

Consistent with the Order issued this date, the court enters final judgment in favor of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, and against Plaintiffs Ronald D. Monroe and Lester Oliver.

**SO ORDERED** this 25th day of June 2021.


Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.