# △Munro Law PC

P.O. Box 7205, Roanoke, VA 24019
P: 877-652-6770 • F: 540-328-9290
trialsva.com • dmunro@trialsva.com

**FILED**

**06/24/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

June 21, 2021

**By Mail**
Roger A. G. Sharpe, Clerk of Court
U.S. District court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

Re:     Notice of Death of Patrick Fennell, Esq. and Withdrawal of Patrick Fennell,
Attorney at Law, PC as Plaintiff's Counsel
Case No. 1:16-cv-01690-RLY-TAB
1:14-ml-2570-RLY-TAB

Dear Mr. Sharpe:

I am a lawyer representing Patrick Fennell, Esq. and his law firm, Patrick Fennell, Attorney at
Law, PC, counsel for Plaintiff in this action. Patrick Fennell has for some time been battling a
terminal disease, ALS. Patrick had been fully capable of continuing practicing until a rapid
decline about three weeks ago. Due to his physical condition and duty to withdraw under Rule
1.16(b), I was in the process of assisting him in filing motions to withdraw when he passed away
unexpectedly on June 13, 2021.

As a result, his firm can no longer appear to move to withdraw. I write to request information on
what the Court would prefer I do to effect an Order confirming the withdrawal of Patrick
Fennell, Attorney at Law, PC as Plaintiff's counsel. If the Court requests, I am happy to appear
for this purpose, but I am unable to be substitute counsel and do not represent the plaintiff, so I
would request that the Court also involve the plaintiff directly in any instructions or
communicaitons. The plaintiff will certainly need some time to evaluate and locate substitute
counsel. I have copied this letter to Plaintiff and Plaintiff's co-counsel, as well as defense
counsel Andrea Pierson and Kip McDonald.

Plaintiff's contact information is as follows:

Joyce Lynch, Administrator of the Estate of Roy Lynch, Jr., Deceased
9253 Lee Highway
Fincastle, VA 24090
(540) 206-9046

Mr. Fennell's paralegal, Carey Hargenrader, remains available to assist with the transition of the
files to co-counsel or any substitute counsel. We are working together to ensure that his firm
fulfills any duties or requests by the Court. She may be reached at 540-339-3889, Ext. 103. I

can make myself available by phone or video for any conference if the Court prefers.  Please contact me at 540-328-9416 or dmunro@trialsva.com.

Respectfully,

Devon J. Munro

c:      Mark Zamora, Esq.
         Andrea R. Pierson, Esq.
         Kip S. M. McDonald, Esq.
         Daniel L. Crandall, Esq.
         Joyce Lynch, Administrator of the Estate of Roy Lynch, Jr., Deceased