## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

### COOK DEFENDANTS' MOTION FOR LEAVE FOR ROBERT STARR TO APPEAR BY VIDEO AT JULY 14, 2021 SETTLEMENT CONFERENCE

The Cook Defendants respectfully submit this Motion for Leave for Robert Starr of Chubb Insurance, Inc. to appear by video at the settlement conference scheduled for July 14, 2021. In support of their Motion, the Cook Defendants state as follows:

1. On April 23, 2021, the Court entered an order setting a settlement conference for July 14, 2021, and providing that all clients and representatives from other organizational entities shall appear in-person at the settlement conference.

2. The order further provides that any individual seeking leave to appear telephonically or by video must file a motion with the Court at least 14 days prior to the settlement conference.

3. Mr. Starr resides in California, and his employer has requested that he limit work-related travel to the greatest extent possible due to the ongoing COVID-19 pandemic. The Cook Defendants therefore request that Mr. Starr be granted leave to participate by video at the July 14, 2021 settlement conference.

WHEREFORE, the Cook Defendants respectfully request that the Court permit Robert Starr of Chubb Insurance, Inc. to participate by video at the July 14, 2021 settlement conference.

Respectfully submitted,

Dated: June 28, 2021

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 28, 2021, a copy of the foregoing **COOK DEFENDANTS' MOTION FOR LEAVE FOR ROBERT STARR TO APPEAR BY VIDEO AT THE JULY 14, 2021 SETTLEMENT CONFERENCE** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*