UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTER MARKETING, SALES                1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                  MDL No. 2570
LIABILITY LITIGATION
_____

This Document Relates to:

Kelli Thompkins, 1:17-cv-2879               Appeal No. 21-2083
_____

### ORDER GRANTING MOTIONS TO MODIFY THE RECORD

The Motions to Modify the Record (Filing Nos. 19073, 19098) filed by

Plaintiff/Appellant, Kelli Thompkins, are **GRANTED**.

The Clerk shall add the following documents to the Record on Appeal, all of

which are found on the MDL docket:

Filing No. 1, Transfer Order
Filing No. 51, Case Management Plan
Filing No. 213, Complaint
Filing No. 356, Case Management Order #6
Filing No. 456, Answer
Filing No. 14601, Case Management Order #28
Filing No. 16212, Defendant's Motion for Judgment
Filing No. 16212-1, Exhibit A
        (and the medical records filed under seal at Filing No. 16227)
Filing No. 17667, Reply to Motion to Dismiss

**SO ORDERED** this 28th day of June 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1