UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS

MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates Only to the Following Case:

Thompkins, Kelli - 1:17-cv-2879                          Appeal No. 21-2083

_____

**PLAINTIFF/APPELLANT'S NOTICE OF WITHDRAWAL OF
MOTION TO MODIFY THE RECORD**

Plaintiff/Appellant, KELLI THOMPKINS, hereby withdraws her Motion to Modify the

Short Record (Docs 19073 and 19098).  Counsel for Plaintiff and Defendants will submit an

Agreed Motion and Order.


Respectfully submitted,
FERRER, POIROT & WANSBROUGH


/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219-9109
(214) 521-4412
Fax (214) 526-6026
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)

ATTORNEYS FOR PLAINTIFF,
KELLI THOMPKINS

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, a copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO MODIFY THE RECORD** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III
