# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01322 | 1:21-cv-01444 |
| 1:21-cv-01391 | 1:21-cv-01445 |
| 1:21-cv-01433 | 1:21-cv-01446 |
| 1:21-cv-01434 | 1:21-cv-01447 |
| 1:21-cv-01436 | 1:21-cv-01448 |
| 1:21-cv-01437 | 1:21-cv-01449 |
| 1:21-cv-01439 | 1:21-cv-01450 |
| 1:21-cv-01440 | 1:21-cv-01451 |
| 1:21-cv-01443 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: June 29, 2021    /s/ Andrea Roberts Pierson
             Andrea Roberts Pierson (# 18435-49)
             Kip S. M. McDonald (# 29370-49)
             FAEGRE DRINKER BIDDLE & REATH LLP
             300 North Meridian Street, Suite 2500
             Indianapolis, Indiana 46204
             Telephone: (317) 237-0300
             Facsimile: (317) 237-1000
             E-Mail: andrea.pierson@faegredrinker.com
             E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson