UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:
1:18-cv-03082; 1:20-cv-02428; 1:19-cv-04983;
1:19-cv-05015; 1:18-cv-03893; 1:20-cv-00005;
1:20-cv-00018; 1:20-cv-00031; 1:20-cv-00666;
1:18-cv-02282; 1:20-cv-00106.

_____

# FINAL JUDGMENT

Consistent with the Order issued this date, the court enters final judgment in favor of Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, and against the following Plaintiffs:

| | |
|---|---|
| Jamieca D. Brown | 1:18-cv-03082 |
| Kammie Hibbs | 1:20-cv-02428 |
| Rona Jackson | 1:19-cv-04983 |
| Paula Y. James | 1:19-cv-05015 |
| Maria and Jose Montanez | 1:18-cv-03893 |
| Juan Morales | 1:20-cv-00005 |
| Cindie Perrine | 1:20-cv-00018 |
| Dan Rathbun | 1:20-cv-00031 |
| Joyce Shafer | 1:20-cv-00666 |

| | |
|---|---|
| Paula Truett | 1:18-cv-02282 |
| Nancy Jean Yoder | 1:20-cv-00106 |

**SO ORDERED** this 29th day of June 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.