UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br> _____ <br><br> This Document Relates to all actions <br><br> _____ | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**SCHEDULING ORDER**

The court sets the following hearings/conferences before the Honorable Richard L. Young. Please note the hearings set for Indianapolis are listed in the **Eastern** time zone and those set for Evansville are listed in the **Central** time zone.

**Status/Motions hearings:**

- JULY 1, 2021 at 10:00 a.m. – Indianapolis, Courtroom 349
- JULY 29, 2021 at 1:00 p.m. – Evansville, Courtroom 301
- AUGUST 31, 2021 at 1:00 p.m. – Evansville, Courtroom 301
- SEPTEMBER 17, 2021 at 10:30 a.m. – Indianapolis, Courtroom 349
- OCTOBER 14, 2021 at 9:30 a.m. – Indianapolis, Courtroom 349
- NOVEMBER 18, 2021 at 9:30 a.m. – Indianapolis, Courtroom 349

All hearings will be held in person.  The court anticipates only lead counsel need appear for status hearings.

Participation by telephone for observation of hearings will not be permitted.

**SO ORDERED** this 29th day of June 2021.

                                                                         _____
                                                                         RICHARD L. YOUNG, JUDGE
                                                                         United States District Court
                                                                         Southern District of Indiana

Distributed Electronically to Registered Counsel of Record