IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
JeanMarie Schuler, 1:18-cv-01645

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

By: */s/ Jeff Seldomridge*
Jeff Seldomridge
MILLER LAW FIRM LLC
108 Railroad Avenue
Orange, VA 22960
540-672-4224
Fax: 540-672-3055
Email: jseldomridge@millerfirmllc.com

*Counsel for Plaintiff*

Dated: June 30, 2021

By: */s/ Kip S.M. McDonald*
FAEGRE DRINKER BIDDLE & REATH LLP
Kip S.M. McDonald
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Kip.McDonald@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: June 30, 2021