UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) ) THIS DOCUMENT RELATED TO ALL ) ACTIONS ) | 1:14-ml-02570-RLY-TAB |

**Entry from Motions/Status Conference held July 1, 2021**

**Before the Hon. Richard L. Young, Judge**

    The parties appeared for the motion/status conference set this date.  PSC appears by Joe Williams, Ben Martin and Mike Heaviside; Defendants appear by Andrea Pierson and Kip McDonald.  Attorney Carlos Rivera appeared by phone on behalf of Plaintiff Bush (case no. 1:16-cv-1126).

    Motions and agenda items were discussed.  Any further rulings shall issue by separate order.

    The hearing is concluded.

Distributed Electronically to Registered Counsel of Record