# Munro Law PC

P.O. Box 7205, Roanoke, VA 24019
P: 877-652-6770 • F: 540-328-9290
trialsva.com • dmunro@trialsva.com

June 29, 2021

**FILED**

**07/06/2021**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**By Mail**
Roger A. G. Sharpe, Clerk of Court
U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

    Re:    Notice of Death of Patrick Fennell, Esq. and Withdrawal of Patrick Fennell,
            Attorney at Law, PC as Plaintiff's Counsel
            Case No. 1:17-cv-03640-RLY-TAB
            1:14-ml-2570-RLY-TAB

Dear Mr. Sharpe:

I am a lawyer representing Patrick Fennell, Esq. and his law firm, Patrick Fennell, Attorney at Law, PC, counsel for Plaintiff in this action. Patrick Fennell has for some time been battling a terminal disease, ALS. Patrick had been fully capable of continuing practicing until a rapid decline about a month ago. Due to his physical condition and duty to withdraw under Rule 1.16(b), I was in the process of assisting him in filing motions to withdraw when he passed away unexpectedly on June 13, 2021.

As a result, his firm can no longer appear to move to withdraw. I write to request information on what the Court would prefer I do to effect an Order confirming the withdrawal of Patrick Fennell, Attorney at Law, PC as Plaintiff's counsel. I am not an appointed receiver, and the firm is unlikely to need one, but if the Court requests, I am happy to appear for the purposes of any withdrawal procedure. I am unable to be substitute counsel for the plaintiff and do not represent the plaintiff, so I would request that the Court also involve the plaintiff directly in any instructions or communicaitons. I have copied this letter to Plaintiff and Plaintiff's co-counsel, as well as defense counsel Andrea Pierson and Kip McDonald.

Plaintiff's contact information is as follows:

Donna Sheetz
8503 Northland Drive
Roanoke, VA 24019
(540) 904-7985

Mr. Fennell's paralegal, Carey Hargenrader, remains available to assist with the transition of the files to co-counsel or any substitute counsel. We are working together to ensure that his firm fulfills any duties or requests by the Court. She may be reached at 540-339-3889, Ext. 103. I

can make myself available by phone or video for any conference if the Court prefers. Please contact me at 540-328-9416 or dmunro@trialsva.com.

Respectfully,

Devon J. Munro

c: Mark Zamora, Esq.
  Andrea R. Pierson, Esq.
  Kip S. M. McDonald, Esq.
  Daniel L. Crandall, Esq.
  Donna Sheetz