**Patrick Fennell**
Attorney at Law, P.C.

Post Office Box 12325
Roanoke, Virginia 24024
Telephone: (540) 339-3889
Fasimile: (540) 339-3880

GREENSBORO NC 270

29 JUN 2021 PM 4 L



$0.51⁰
US POSTAGE
FIRST-CLASS
FROM 24024
06/29/2021
stamps
endicia

ROGER A. G. SHARPE
U.S. DISTRICT COURT
46 E OHIO ST
INDIANAPOLIS IN 46204

FILED
JUL 06 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-190899