UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the following matter:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

_____

## ORDER GRANTING MOTION FOR LEAVE FOR ROBERT STARR TO APPEAR BY VIDEO AT JULY 14, 2021 SETTLEMENT CONFERENCE

This matter has come before the Court on the Cook Defendants' Motion for Leave for Robert Starr to Appear by Video at July 14, 2021 Settlement Conference. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that Robert Starr of Chubb Insurance, Inc. may appear by video at the settlement conference scheduled for July 14, 2021. The Court will contact counsel by separate email and through the court's electronic filing system with the information necessary for participation in the conference.

SO ORDERED.

Date: 7/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.