AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

IN RE: COOK MEDICAL, INC.
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

This Document Relates to:

Case No. 1:21-cv-6492-RLY-TAB

MDL No. 2570

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Debbie Greenwald, on behalf of the Estate of John Greenwald.

Date: 07/07/2021

/s/ David M. Langevin
*Attorney's signature*

David M. Langevin MN Bar No. 329563
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

dave@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*