# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01557 | 1:21-cv-01591 |
| 1:21-cv-01558 | 1:21-cv-01592 |
| 1:21-cv-01559 | 1:21-cv-01593 |
| 1:21-cv-01560 | 1:21-cv-01594 |
| 1:21-cv-01561 | 1:21-cv-01595 |
| 1:21-cv-01563 | 1:21-cv-01596 |
| 1:21-cv-01564 | 1:21-cv-01598 |
| 1:21-cv-01567 | 1:21-cv-01603 |
| 1:21-cv-01569 | 1:21-cv-01606 |
| 1:21-cv-01570 | 1:21-cv-01610 |
| 1:21-cv-01571 | 1:21-cv-01613 |
| 1:21-cv-01572 | 1:21-cv-01614 |
| 1:21-cv-01573 | 1:21-cv-01615 |
| 1:21-cv-01575 | 1:21-cv-01616 |
| 1:21-cv-01578 | 1:21-cv-01617 |
| 1:21-cv-01580 | 1:21-cv-01618 |
| 1:21-cv-01581 | 1:21-cv-01619 |
| 1:21-cv-01583 | 1:21-cv-01620 |
| 1:21-cv-01586 | 1:21-cv-01621 |
| 1:21-cv-01587 | 1:21-cv-01622 |
| 1:21-cv-01588 | 1:21-cv-06470 |
| 1:21-cv-01590 | 1:21-cv-06472 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

US.120264241.01

Dated: July 8, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson