# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01102 | 1:21-cv-01669 |
| 1:21-cv-01149 | 1:21-cv-01670 |
| 1:21-cv-01220 | 1:21-cv-01672 |
| 1:21-cv-01626 | 1:21-cv-01679 |
| 1:21-cv-01628 | 1:21-cv-01681 |
| 1:21-cv-01629 | 1:21-cv-01682 |
| 1:21-cv-01630 | 1:21-cv-01683 |
| 1:21-cv-01631 | 1:21-cv-01684 |
| 1:21-cv-01632 | 1:21-cv-01685 |
| 1:21-cv-01633 | 1:21-cv-01687 |
| 1:21-cv-01634 | 1:21-cv-01688 |
| 1:21-cv-01641 | 1:21-cv-01690 |
| 1:21-cv-01643 | 1:21-cv-01691 |
| 1:21-cv-01644 | 1:21-cv-01692 |
| 1:21-cv-01645 | 1:21-cv-01694 |
| 1:21-cv-01646 | 1:21-cv-01698 |
| 1:21-cv-01648 | 1:21-cv-01699 |
| 1:21-cv-01649 | 1:21-cv-01700 |
| 1:21-cv-01650 | 1:21-cv-01701 |
| 1:21-cv-01651 | 1:21-cv-01702 |
| 1:21-cv-01653 | 1:21-cv-01703 |
| 1:21-cv-01654 | 1:21-cv-01704 |
| 1:21-cv-01655 | 1:21-cv-01705 |
| 1:21-cv-01656 | 1:21-cv-01706 |
| 1:21-cv-01657 | 1:21-cv-01707 |
| 1:21-cv-01658 | 1:21-cv-01708 |
| 1:21-cv-01659 | 1:21-cv-01709 |
| 1:21-cv-01660 | 1:21-cv-06455 |
| 1:21-cv-01665 | 1:21-cv-06462 |
| 1:21-cv-01667 | 1:21-cv-06467 |
| 1:21-cv-01668 | 1:21-cv-06473 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

US.120264241.01

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated:  July 9, 2021 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail:  andrea.pierson@faegredrinker.com<br>E-Mail:  kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson