IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Debbie Greenwald, on behalf of the Estate of John Greenwald, Deceased**

Civil Case # 1:21-cv-6492-RLY-TAB

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY JUSTIN BROWNE

Plaintiff Debbie Greenwald, on behalf of the Estate of John Greenwald, deceased, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the District of Maryland, where it was captioned *Greenwald v. Cook Incorporated et al.*, 1:21-cv-01460.

2. On July 6, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. 19253 and Dkt. 4).

3. Justin Browne, from Ketterer, Browne & Associates, LLC, previously appeared on Plaintiff's behalf in the District of Maryland. For that reason, Justin Browne was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Justin Browne as trial counsel.

5. David M. Langevin entered his appearance in this matter on July 7, 2021. (Dkt. 19281).

6. Accordingly, Justin Browne hereby requests leave to withdraw his appearance.

Dated: July 9, 2021

Respectfully submitted,

*/s/ Justin Browne*
Justin Browne (Bar No. 29164)
Ketterer, Browne & Associates, LLC
336 S. Main Street
Bel Air, MD 21014
Phone: (855) 522-5297
Facsimile: (855) 334-5626
Justin@KBAattorneys.com

**ATTORNEY FOR PLAINTIFF**