IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**Debbie Greenwald, on behalf of the Estate of John Greenwald, Deceased**

Civil Case  1:21-cv-6492-RLY-TAB

## PROPOSED ORDER PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY JUSTIN BROWNE

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Justin Browne as trial counsel.  David M. Langevin entered his appearance in this matter on July 7, 2021. Accordingly, Justin Browne's motion to withdraw his appearance as counsel for the plaintiff is granted.

So ordered,

Dated: _____                    _____