# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01738 | 1:21-cv-01760 |
| 1:21-cv-01741 | 1:21-cv-01762 |
| 1:21-cv-01743 | 1:21-cv-01763 |
| 1:21-cv-01744 | 1:21-cv-01764 |
| 1:21-cv-01746 | 1:21-cv-01765 |
| 1:21-cv-01748 | 1:21-cv-01766 |
| 1:21-cv-01753 | 1:21-cv-06418 |
| 1:21-cv-01758 | 1:21-cv-06474 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   July 13, 2021

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01