# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case. No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Case Nos.   1:17-cv-03591 (Plaintiff Susan Adams)
1:17-cv-01528 (Plaintiff Beverly Adeyemi)
1:18-cv-02772 (Plaintiff Joni Allen)
1:17-cv-03465 (Plaintiff Linda Alvey)
1:18-cv-00429 (Plaintiff Jeremy Anderson)
1:17-cv-04551 (Plaintiff Joseph Bailey)
1:17-cv-04736 (Plaintiff Jackie Ballard)
1:19-cv-05015 (Plaintiff Paula James)
1:19-cv-05026 (Plaintiff John Kovacs)
1:17-cv-01525 (Plaintiff Joe Lynch)
1:19-cv-05071 (Plaintiff Linda Magnelli)
1:20-cv-02160 (Plaintiff Albert D. Mathis)
1:20-cv-02615 (Plaintiff Ronald D. Monroe)
1:20-cv-00005 (Plaintiff Juan Morales)
1:20-cv-00018 (Plaintiff Cindie Perrine)
1:20-cv-00666 (Plaintiff Joyce Shafer)
1:20-cv-03005 (Plaintiff Candra Arroyo)
1:19-cv-04963 (Plaintiff Lynn Carter)
1:20-cv-00668 (Plaintiff Sophia Anderson o/b/o Charles Walter Catty Jr.)
1:19-cv-04466 (Plaintiff Jennifer Cousino o/b/o Larry Cousino)
1:20-cv-03000 (Plaintiff Sheirica Ellis Jones)
1:20-cv-00664 (Plaintiff Davien Graham)
1:19-cv-04185 (Plaintiff Clovia Harvey)
1:20-cv-02428 (Plaintiff Kammie Hibbs)
1:20-cv-00785 (Plaintiff Johnny Horton)
1:19-cv-04983 (Plaintiff Rona Jackson)
1:19-cv-04932 (Plaintiff Serena Viaille)
1:20-cv-00044 (Plaintiff Anthony Webster)
1:20-cv-00772 (Plaintiff Connie Wilson)

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570 MDL No. 2570 |

This Document relates to

| | |
|---|---|
| 1:17-cv-00759 | 1:17-cv-03621 |
| 1:17-cv-00876 | 1:17-cv-03657 |
| 1:17-cv-00897 | 1:17-cv-03693 |
| 1:17-cv-00898 | 1:17-cv-03733 |
| 1:17-cv-01179 | 1:17-cv-03806 |
| 1:17-cv-01245 | 1:17-cv-03813 |
| 1:17-cv-01516 | 1:17-cv-03949 |
| 1:17-cv-01525 | 1:17-cv-03992 |
| 1:17-cv-01527 | 1:17-cv-04001 |
| 1:17-cv-01528 | 1:17-cv-04020 |
| 1:17-cv-01575 | 1:17-cv-04039 |
| 1:17-cv-01802 | 1:17-cv-04042 |
| 1:17-cv-01803 | 1:17-cv-04070 |
| 1:17-cv-01996 | 1:17-cv-04073 |
| 1:17-cv-02245 | 1:17-cv-04077 |
| 1:17-cv-02255 | 1:17-cv-04105 |
| 1:17-cv-02610 | 1:17-cv-04129 |
| 1:17-cv-02792 | 1:17-cv-04157 |
| 1:17-cv-03155 | 1:17-cv-04199 |
| 1:17-cv-03171 | 1:17-cv-04219 |
| 1:17-cv-03254 | 1:17-cv-04360 |
| 1:17-cv-03331 | 1:17-cv-04519 |
| 1:17-cv-03365 | 1:17-cv-04551 |
| 1:17-cv-03370 | 1:17-cv-04562 |
| 1:17-cv-03406 | 1:17-cv-04702 |
| 1:17-cv-03408 | 1:17-cv-04736 |
| 1:17-cv-03433 | 1:17-cv-04767 |
| 1:17-cv-03436 | 1:17-cv-04768 |
| 1:17-cv-03458 | 1:18-cv-00038 |
| 1:17-cv-03465 | 1:18-cv-00309 |
| 1:17-cv-03470 | 1:18-cv-00310 |
| 1:17-cv-03476 | 1:18-cv-00429 |
| 1:17-cv-03591 | 1:18-cv-00471 |
| 1:17-cv-03595 | 1:18-cv-00624 |
| 1:17-cv-03618 | 1:18-cv-01070 |

| | |
|---|---|
| 1:18-cv-01087 | 1:19-cv-02068 |
| 1:18-cv-01350 | 1:19-cv-04185 |
| 1:18-cv-02082 | 1:19-cv-04466 |
| 1:18-cv-02090 | 1:19-cv-04932 |
| 1:18-cv-02231 | 1:19-cv-04963 |
| 1:18-cv-02236 | 1:19-cv-04983 |
| 1:18-cv-02242 | 1:19-cv-05015 |
| 1:18-cv-02552 | 1:19-cv-05026 |
| 1:18-cv-02617 | 1:19-cv-05071 |
| 1:18-cv-02772 | 1:20-cv-00005 |
| 1:18-cv-02854 | 1:20-cv-00018 |
| 1:18-cv-03025 | 1:20-cv-00044 |
| 1:18-cv-03345 | 1:20-cv-00664 |
| 1:18-cv-03887 | 1:20-cv-00666 |
| 1:19-cv-00081 | 1:20-cv-00668 |
| 1:19-cv-00206 | 1:20-cv-00772 |
| 1:19-cv-00522 | 1:20-cv-00785 |
| 1:19-cv-00525 | 1:20-cv-02160 |
| 1:19-cv-00530 | 1:20-cv-02428 |
| 1:19-cv-00546 | 1:20-cv-02615 |
| 1:19-cv-00552 | 1:20-cv-03000 |
| 1:19-cv-01417 | 1:20-cv-03005 |
| 1:19-cv-01512 | |

**ORDER**

After reviewing the Motion to Withdraw filed by Debra J. Humphrey [Filing No. 18713], the Court took the motion under advisement and ordered new counsel to appear in cases that currently list Debra J. Humphrey as the only counsel listed for that Plaintiff. [Filing No. 18897.]  Despite this order and multiple follow-up calls from the Court, counsel took no action.  Therefore, this motion to withdraw [Filing No. 18713] is denied.

Date: 7/13/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.