# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01245 | 1:21-cv-01797 |
| 1:21-cv-01249 | 1:21-cv-01799 |
| 1:21-cv-01742 | 1:21-cv-01800 |
| 1:21-cv-01770 | 1:21-cv-01801 |
| 1:21-cv-01772 | 1:21-cv-01804 |
| 1:21-cv-01775 | 1:21-cv-01805 |
| 1:21-cv-01776 | 1:21-cv-01808 |
| 1:21-cv-01777 | 1:21-cv-01811 |
| 1:21-cv-01778 | 1:21-cv-01813 |
| 1:21-cv-01784 | 1:21-cv-01814 |
| 1:21-cv-01785 | 1:21-cv-01816 |
| 1:21-cv-01792 | 1:21-cv-06475 |
| 1:21-cv-01793 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 14, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

US.120264241.01

Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson