IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daniel R. Rathbun 1:20-cv-00031-RLY-TAB

## PLAINTIFF'S CONSENT MOTION TO VACATE JUDGMENT AND REINSTATE ACTION

Now comes Plaintiff Daniel R. Rathbun ("Plaintiff") by and through undersigned counsel, pursuant to Rule 60 (b)(1) and (6) of the Federal Rules of Civil Procedure and moves the Court to Vacate its Order of Dismissal with Prejudice and Final Judgment in favor of all Defendants for failure to identify Plaintiff's product, because Plaintiff provided product identification in his Amended Short Form Complaint.  In support hereof, Plaintiff refers the Court to his memorandum of points and authorities.

Respectfully Submitted,

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER LLP**
2425 East Camelback Rd, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 88-2807
Facsimile: (855) 203-2035
Email: paul@drlawllp.com

*Lead Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daniel R. Rathbun 1:20-cv-00031-RLY-TAB

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO VACATE

Plaintiff Daniel R. Rathbun ("Plaintiff"), by and through undersigned counsel, pursuant to Rule 60(b)(1) and (6) of the Federal Rules of Civil Procedure moves the Court to Vacate its Order of Dismissal with Prejudice and Final Judgment in favor of all Defendants for failure to identify Plaintiff's product.

FACTUAL BACKGOUND

On January 6, 2020, a Short Form Complaint ("SFC") was filed by Plaintiff's former counsel on behalf of Plaintiff (Dkt 1). SFC failed to identify the specific product involved in Plaintiff's action. On March 26, 2021, Defendants filed a Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) ("Defense Motion") (Dkt17183). On April 14, 2021, Defendants filed a Reply in Support of Defense Motion (Dkt 17938). On April 15, 2021, Plaintiff filed a Motion to Amend his SFC in order to "indicate the specific model of Cook IVC filter he has been implanted with, who implanted it and when it was implanted." ("Plaintiff

Motion") (Dkt 17944). On April 15, 2021, Plaintiff's counsel contacted Defendants' counsel via email to inform them that Plaintiff Motion had been filed, that product identification was available for Plaintiff, attaching product identification to Defendants' counsel, and requesting that counsel inform the Court that Defense Motion was moot in reference to Plaintiff. On April 16, 2021, Defense counsel response via email stating that the proposed order to accompany Defense Motion would "adjust the proposed order accordingly." The email chain between Plaintiff and Defense counsel is attached hereto as **Exhibit A**.

On April 23, 2021, this Court granted Plaintiff Motion (Dkt 18160), and Plaintiff's Amended SFC was filed (Dkt 18163). Plaintiff further served an Amended Plaintiff Profile Sheet with complete implant information and product identification on April 21, 2021.

ARGUMENT

Pursuant to Rule 60 (b) (1), (6) "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect;… (6) any other reason that justifies relief." Adjudication on the merits is preferred. *See Bristol West Ins. Co. v. Clark*, 2011 WL 1135921, at *2 (S.D. Ind. Mar. 25, 2011).

Plaintiff's failure to identify his specific product within his SFC was corrected upon the filing of his Amended SFC. Defendants had full knowledge of the correction. Defense counsel had not yet filed a proposed order reflecting the change in Plaintiff's status prior to the Court's issuance of an Order and Final Judgment in this case, which was an inadvertent mistake. Counsel for Defendants consents to the relief sought herein.

For all the foregoing reasons, Plaintiff respectfully requests that the Court vacate its Order of Dismissal with Prejudice and Final Judgment in favor of Cook and reinstate this matter.

        Respectfully Submitted,

        <u>*/s/ Paul L. Stoller*</u>
        Paul L. Stoller
        (Admitted Pro Hac Vice, AZ Bar No. 016773)
        **DALIMONTE RUEB STOLLER LLP**
        2425 East Camelback Rd, Suite 500
        Phoenix, Arizona 85016
        Telephone: (602) 88-2807
        Facsimile: (855) 203-2035
        Email: paul@drlawllp.com

        ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ Paul L. Stoller
                                                  Paul L. Stoller