# EXHIBIT A

# Rhett Reeves

| | |
|---|---|
| **From:** | McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com> |
| **Sent:** | Friday, April 16, 2021 7:47 AM |
| **To:** | Jennifer Rethemeier |
| **Cc:** | Paul Stoller; Michael Gallant; Cox, Jessica Benson; Rhett Reeves; Angelino, Blake A. |
| **Subject:** | RE: Daniel Rathbun v. Cook (IVC Filter) -- identification of device type |

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Thank you, Jennifer. We will take a look at what you attached to your email. I don't recall a response to our letter or a formal response to our motion for Rathbun… did we miss those? Either way, we haven't submitted a proposed order to the Court yet and we will adjust the proposed order accordingly.

**Kip S.M. McDonald**
Partner
kip.mcdonald@faegredrinker.com
Connect: vCard

+1 317 237 1485 direct / +1 812 459 7486 mobile / +1 317 237 1000 fax

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Jennifer Rethemeier <jennifer.rethemeier@drlawllp.com>
**Sent:** Thursday, April 15, 2021 11:10 PM
**To:** Cox, Jessica Benson <jessica.cox@faegredrinker.com>; McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com>
**Cc:** Paul Stoller <paul@drlawllp.com>; Michael Gallant <michael.gallant@drlawllp.com>; Rhett Reeves <rhett.reeves@drlawllp.com>
**Subject:** Daniel Rathbun v. Cook (IVC Filter) -- identification of device type

**This Message originated outside your organization.**

This message was sent securely using Zix®

Jessica & Kip,

I write in response to your Motion to Dismiss Unknown Product Cases, Dkt. 17183 (the "Motion"). Today, we moved to amend Mr. Rathbun's SFC to include information specifically identifying the device as a Gunther Tulip. That filing is attached here, along with Mr. Rathbun's implant records. A supplemental PPS is forthcoming.

Will you please notify the Court that the Motion is moot as to Mr. Rathbun?

Thank you,

Jen

```
Mhqqlihu#Uhwkhp hIhu#
Dwwruqh|#
#
```



A:  2425 East Camelback Road, Suite 500
    Phoenix, Arizona 85016
P:  602-892-0341
F:  855-203-2035
E:  jennifer.rethemeier@drlawllp.com
W: www.drlawllp.com

CONFIDENTIALITY NOTICE: This electronic transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments.  If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privileges, including the attorney-client privilege that may be attached to this communication. Thank you for your cooperation.

This message was secured by **Zix**®.

***************************

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments. Thank you.
***************************