IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dan Rathbun 1:20-cv-00031-RLY-TAB

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Consent Motion to Vacate Judgment and Reinstate Action, it is found that good cause is shown. Therefore, it is ordered that said motion is **GRANTED**. The Court's Order (Dkt 19238) and Judgment (Dkt 19240) are vacated. The Clerk of the Court is directed to reinstate Plaintiff's case to the active docket.

So ordered this ____ day of July, 2021.

_____

Richard L, Young, USDJ