IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Eric Sponenberg

Case No. 1:16-cv-0076

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 14, 2021

| | |
|---|---|
| /s/ C. Moze Cowper, Esq | /s/Andrea Roberts Pierson, Esq. |
| C. Moze Cowper | Andrea Roberts Pierson |
| **Cowper Law P.C.** | Faegre Drinker Biddle & Reath LLP |
| 1880 Wilshire Blvd. Suite 1840, Suite 1840 | 300 North Meridian Street, Suite 2500 |
| Los Angeles, CA 90024 | Indianapolis, Indiana 46204 |
| Telephone: 877.529.3707 | Telephone: (317) 237-0300 |
| Fascimile: 877.284.0980 | Facsimile: (317) 237-1000 |
| Email: cowperlaw.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

US.133242652.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson