UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:18-cv-01148; 1:19-cv-02047; 1:20-cv-00785; and 1:20-cv-03005.

### EXHIBIT A TO
### NOTICE OF JULY 29, 2021 MOTIONS HEARING

1. Cooks' Motion for Judgment in Plaintiff *Zachary Bennett's* Case Pursuant to CMO-28 (Dkt. 18050)

   - Bennett, Zachary (1:18-cv-01148)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18052
   - See Plaintiff's Response at Dkt. 18274
   - See Cooks' Reply at Dkt. 18623
   - See Cooks' Sealed Exhibit A to Reply at Dkt. 18625

2. Cooks' Motion for Judgment in Plaintiff *Diondrae Boone's* Case Pursuant to CMO-28 (Dkt. 18026)

   - Boone, Diondrae (1:19-cv-02047)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18028
   - See Plaintiff's Response at Dkt. 18301
   - See Cooks' Reply at Dkt. 18583

3. Cooks' Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a) (Dkt. 18092)

   - Horton, Johnny (1:20-cv-00785)
     Counsel:  MARC J. BERN & PARTNERS LLP
   - See Plaintiff's Response at Dkt. 18507
   - See Cooks' Reply at Dkt. 18677