UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Dan Rathbun, 1:20-cv-00031 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON PLAINTIFF'S CONSENT MOTION TO VACATE JUDGMENT AND REINSTATE ACTION**

Plaintiff Dan Rathbun's Consent Motion to Vacate Judgment and Reinstate Action (Filing No. 19316) is **GRANTED**. **IT IS THEREFORE ORDERED** that the court's Order on Defendants' Motion to Dismiss Unknown Product Cases (Filing No. 19238) and Judgment (Filing No. 19240) are **VACATED** with respect to Mr. Rathbun's case. The Clerk is directed to reinstate his case to the active docket.

**SO ORDERED** this 14th day of July 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.