IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 14, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Eric Sponenberg

Case No. 1:16-cv-0076

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 14, 2021

/s/ C. Moze Cowper, Esq
C. Moze Cowper
**Cowper Law P.C.**
1880 Wilshire Blvd. Suite 1840, Suite 1840
Los Angeles, CA 90024
Telephone: 877.529.3707
Fascimile: 877.284.0980
Email: cowperlaw.com

*Attorney for Plaintiff*

/s/Andrea Roberts Pierson, Esq.
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorney for Defendants*

US.133242652.01