IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton     1:18-cv-03371-RLY-TAB
Teresa Sykes          1:19-cv-01167-RLY-TAB

## MOTION FOR ENLARGEMENT OF TIME

Plaintiffs Shirley A. Parton and Teresa Sykes (collectively "Plaintiffs"), by and through counsel, respectfully move this Court for an enlargement of time to respond to Cook Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs ("Motion") [Dkt 13728]. In support, Plaintiffs state as follows:

1. Defendants filed the Motion on July 2, 2020 [Dkt 13728].

2. Plaintiffs filed a Joint Response on July 17, 2020 [Dkt 13816].

3. Defendants filed their Reply in Support of the Motion on July 23, 2020 [Dkt. 13847].

4. The Court later ordered that the Motion be considered a Motion for Summary Judgment, setting a response deadline of July 14, 2021, and a reply deadline of July 28, 2021 [Dkt. 18310].

5. Lead counsel for the Joint Response was not aware of this new response deadline until recently due to inadvertent docketing error. Further the schedule of Plaintiffs' counsel due to personal and professional obligations in other cases is such that counsel needs additional time to prepare and file the response.

6. In addition, Plaintiffs anticipate reliance upon expert statements in support of their forthcoming response, which requires additional time.

7.      Good cause exists to extend the deadline to respond to the Motion by 9 days, to July 23, 2021, to allow for a thorough response supported by expert statement, and good cause exists to extend the deadline for Defendants to reply to August 4, 2021.

8.      Plaintiffs' counsel have conferred with Defendants regarding this requested continuance. Defendants have indicated that they are in agreement with the schedule premised on a special setting for a hearing on or before August 13. Unfortunately, Plaintiffs' counsel is not available for a hearing on or before August 13 due to existing calendar conflicts, including planned family vacations. Plaintiffs' counsel is available for a hearing the last two weeks of August. Plaintiffs' counsel has informed Defendants that they are willing to work with Defendants and the Court to set a new hearing date in that window.

Wherefore, Plaintiffs respectively move this Court to extend their time to respond to Motion up to and including July 23, 2021 and to extend Defendants' deadline to reply in support up to and including August 4, 2021.

Respectively submitted,

Dated: July 14, 2021

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                              */s/ Paul L. Stoller*
                                                              Paul L. Stoller