IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton    1:18-cv-03371-RLY-TAB
Teresa Sykes        1:19-cv-01167-RLY-TAB

### [PROPOSED] ORDER ON MOTION FOR ENLARGEMENT OF TIME

Upon consideration of the Plaintiffs' Motion for Enlargement of Time [Dkt No _____], the Court finds good cause to and therefore **GRANTS** the motion.

It is **ORDERED** that the Plaintiffs have up to and including July 23, 2021 to file a further response to Cook Defendants' Motion for Judgment on the Pleadings as to Certain No-Injury Plaintiffs [Dkt 13728] and Defendants shall have up to and including August 4, 2021, to file a reply.

**SO ORDERED** this ___ day of July, 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana