IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01771 | 1:21-cv-06442 |
| 1:21-cv-01810 | 1:21-cv-06445 |
| 1:21-cv-01821 | 1:21-cv-06446 |
| 1:21-cv-01838 | 1:21-cv-06448 |
| 1:21-cv-01846 | 1:21-cv-06450 |
| 1:21-cv-01849 | 1:21-cv-06451 |
| 1:21-cv-01851 | 1:21-cv-06452 |
| 1:21-cv-01854 | 1:21-cv-06469 |
| 1:21-cv-01857 | 1:21-cv-06480 |
| 1:21-cv-01865 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    July 15, 2021        /s/ Kip S. M. McDonald
                                          Andrea Roberts Pierson (# 18435-49)
                                          Kip S. M. McDonald (# 29370-49)
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          300 North Meridian Street, Suite 2500
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 237-0300
                                          Facsimile: (317) 237-1000
                                          E-Mail:  andrea.pierson@faegredrinker.com
                                          E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald