IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Hallagin, Dalton, 1:17-cv-02986

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

By: */s/ Benjamin A. Bertam*
Benjamin A. Bertram
Bertram & Graf LLC
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
816-523-2205
Fax: 816-523-8258
Email: benbertram@bertramgraf.com

*Counsel for Plaintiff*

Dated: July 16, 2021

By: */s/ Jessica Benson Cox*
FAEGRE DRINKER BIDDLE & REATH LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: July 16, 2021