# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:21-cv-01891 | 1:21-cv-01939 |
| 1:21-cv-01892 | 1:21-cv-01942 |
| 1:21-cv-01895 | 1:21-cv-01944 |
| 1:21-cv-01900 | 1:21-cv-06453 |
| 1:21-cv-01901 | 1:21-cv-06454 |
| 1:21-cv-01902 | 1:21-cv-06459 |
| 1:21-cv-01904 | 1:21-cv-06461 |
| 1:21-cv-01913 | 1:21-cv-06464 |
| 1:21-cv-01928 | 1:21-cv-06466 |
| 1:21-cv-01933 | 1:21-cv-06468 |
| 1:21-cv-01934 | 1:21-cv-06486 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 16, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01