IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Hallagin, Dalton, 1:17-cv-02986
Jeremiah Beck, 1:19-cv-01530

**PARTIES' JOINT MOTION TO WITHDRAW**
**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The plaintiff, Dalton Hallagin, and the Cook Defendants[1] (together, the "Parties") move the Court to withdraw the stipulation to dismiss with prejudice filed on June 25, 2021 (Filing No. 19178). The parties agreed by stipulation to dismiss the *Hallagin* case with prejudice but the caption of the motion listed the incorrect case (*Beck*, Case No. 1:19-cv-01530) due to an error. The *Beck* case had been previously dismissed and closed. The parties have filed a corrected stipulation to dismiss with prejudice the *Hallagin* case (Filing No. 19348).

Accordingly, the Parties respectfully ask the Court to withdraw the erroneous stipulation (Filing No, 19178) and grant the correct, refiled stipulation (Filing No. 19348).

---

[1] The "Cook Defendants" are Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS.

US.133810263.02

RESPECTFULLY SUBMITTED,

By: */s/ Benjamin A. Bertam*
Benjamin A. Bertram
Bertram & Graf LLC
2345 Grand Blvd.
Suite 1925
Kansas City, MO 64108
816-523-2205
Fax: 816-523-8258
Email: benbertram@bertramgraf.com

*Counsel for Plaintiff Dalton Hallagin*

Dated: July 16, 2021

By: */s/ Jessica Benson Cox*
FAEGRE DRINKER BIDDLE & REATH LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: July 16, 2021

US.133810263.02