UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Cases Listed on Exhibit A, Dkt. 18315-1

## MOTION FOR LEAVE TO
## FILE A REPLY BRIEF IN EXCESS OF 20 PAGES

Pursuant to Local Rule 7.1(e)(2), Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants") respectfully move this Court for an order granting them leave to file a reply brief in excess of 20 pages, specifically the Cook Defendants' Reply in Support of Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment. This brief will be electronically filed today, July 16, 2021. In support of this motion, the Cook Defendants state:

    1.    Local Rule 7.1 provides that reply briefs may not exceed 20 pages without prior approval of the Court. *See* Local Rule 7-1.

    2.    The Cook Defendants hereby request leave to file a reply brief in excess of 20 pages in support of the Cook Defendants' Reply in Support of Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment.

3. Additional pages are needed because Plaintiffs' 32-page response to the Cook Defendants' Motion raised substantive issues under the laws of 47 states and laid out nearly 10 pages of "Fraudulent Concealment Obligations." The state law arguments in particular necessitate individual substantive responses, which may take up to a page or more per state, and will thus require a significant number of pages.

4. The undersigned counsel for the Cook Defendants state that they have used their best efforts to present their arguments as efficiently as possible but find it necessary for the reasons detailed above to request leave of court to exceed the 20-page maximum set forth in Local Rule 7-1(e)(2).

5. Cook will be able to adequately address the issues raised in 65 pages or less.

6. A proposed order granting this Motion has been filed contemporaneously with this Motion.

WHEREFORE, the Cook Defendants respectfully request that this Court grant them leave to file a reply brief in excess of 20 pages, specifically the Cook Defendants' Reply in Support of Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment.

- 3 -

                                                       Respectfully submitted,

Dated: July 16, 2021              /s/ Bruce Jones
                                                     Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Andrea Roberts Pierson