UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Cases Listed on Exhibit A, Dkt. 18315-1

**ORDER ON MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN EXCESS OF 20 PAGES**

    The Court, having considered Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS's (collectively, the "Cook Defendants") Motion for Leave to File a Reply Brief in Excess of 20 Pages (Filing No. 19357), and being duly advised, now GRANTS the Motion, finding that it was made for good cause and valid reasons.

    IT IS THEREFORE ORDERED that the Cook Defendants are granted leave to file a reply brief in excess of 20 pages and no more than 65 pages in support of the Cook Defendants' Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment.

Date: 7/19/2021

                                                         Tim A. Baker
                                                         United States Magistrate Judge
                                                         Southern District of Indiana

Distribution to all registered counsel of record via ECF.