AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Tameka Harrison | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-6516-RLY-TAB |
| Cook Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tameka Harrison                                                                 .

Date:  07/20/2021                                      s/ Peter E. Goss
                                                       *Attorney's signature*

                                                Peter E. Goss, MO Bar # 57933
                                                *Printed name and bar number*

                                                The Goss Law Firm
                                                1501 Westport Road
                                                Kansas City, MO 64111
                                                *Address*

                                                pgoss@goss-lawfirm.com
                                                *E-mail address*

                                                (816) 336-1300
                                                *Telephone number*

                                                (816) 336-1310
                                                *FAX number*