AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Lloyd Averett | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-6520-RLY-TAB |
| Cook Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lloyd Averett.

Date: 07/20/2021

s/ Peter E. Goss
*Attorney's signature*

Peter E. Goss, MO Bar # 57933
*Printed name and bar number*

The Goss Law Firm
1501 Westport Road
Kansas City, MO 64111
*Address*

pgoss@goss-lawfirm.com
*E-mail address*

(816) 336-1300
*Telephone number*

(816) 336-1310
*FAX number*