IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**LLOYD AVERETT**

Civil Case #  1:21-cv-6520-RLY-TAB

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY NATHAN BUTTARS

Plaintiff Lloyd Averett, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the District of Utah, where it was captioned *Averett v. Cook Incorporated et al.*, 1:21-cv-00053.

2. On July 19, 2021, this case was transferred to this Court and into MDL No. 2570. (Dkt. 19368).

3. Nathan Buttars, from Lowe Law Group, previously appeared on Plaintiff's behalf in the District of Utah. For that reason, Nathan Buttars was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, Peter E. Goss, from The Goss Law Firm, P.C. has been admitted to this Court to substitute for Nathan Buttars as trial counsel.

    5.    Peter E. Goss entered his appearance in this matter on July 20, 2021. (Dkt. 19394).

    6.    Accordingly, Nathan Buttars hereby requests leave to withdraw his appearance.

Dated: July 20, 2021

Respectfully submitted,

<u>/s/ Nathan Buttars</u>
Nathan Buttars (UT Bar No. 13659)
Lowe Law Group
6028 Ridgeline Dr., Suite 200
Ogden, UT 84405
Phone: (385) 298-0175
Facsimile: (801) 656-0997
nate@lowelawgroup.com

Peter E. Goss (MO Bar No. 57933)
The Goss Law Firm, P.C.
1501 Westport Road
Kanas City, MO 64111
Phone: (816) 336-1300
Facsimile: (816) 336-1310
pgoss@goss-lawfirm.com

**ATTORNEY FOR PLAINTIFF**