IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
**LLOYD AVERETT**

Civil Case  1:21-cv-6520-RLY-TAB

**PROPOSED ORDER PLAINTIFF'S MOTION
TO WITHDRAW APPEARANCE BY
NATHAN BUTTARS**

This case has been transferred to the above MDL, and Peter E. Goss, from The Goss Law Firm, P.C. has been admitted to this Court to substitute for Nathan Buttars as trial counsel. Peter E. Goss entered his appearance in this matter on July 20, 2021. Accordingly, Nathan Buttars' motion to withdraw his appearance as counsel for the plaintiff is granted.

So ordered,

Dated: _____                    _____