IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
**LLOYD AVERETT**

Civil Case 1:21-cv-6520-RLY-TAB

**ORDER PLAINTIFF'S MOTION TO WITHDRAW
APPEARANCE BY NATHAN BUTTARS**

This case has been transferred to the above MDL, and Peter E. Goss, from The Goss Law

Firm, P.C. has been admitted to this Court to substitute for Nathan Buttars as trial counsel. Peter

E. Goss entered his appearance in this matter on July 20, 2021. Accordingly, Nathan

Buttars' motion to withdraw his appearance as counsel for the plaintiff (Dkt. 19411) is granted.

Date: 7/21/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.