# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br>MDL No. 2570 |

This Document Relates to: 1:18-cv-03082

## AFFIDAVIT OF KELLY CHERMACK IN SUPPORT OF MOTION TO REOPEN JUDGMENT

I, Kelly Chermack, having personal knowledge of the facts stated herein and being of legal age and sound mind and memory, do hereby declare as follows:

1. I am an attorney at Fears Nachawati PLLC, 5473 Blair Road, Dallas, TX 75231. My business telephone number is (214) 890-0711 and facsimile number is (214) 890-0712. My email address is kchermack@fnlawfirm.com.

2. I submit this affidavit in support of Plaintiff's Motion to Reopen Judgment based on mistake, inadvertence, surprise, or excusable neglect.

3. I am a member in good standing of the bar of the states of Washington D.C. and Texas and have been a licensed attorney since October 26, 2020. I have been a member of Fears Nachawati PLLC's IVC team since March 2020. I am set up to receive case notifications from this Cook MDL docket and all our Cook individual member cases.

4. The Fears Nachawati PLLC IVC team and I never received notice of the filing of Cook Defendant's March 26, 2021 Motion to Dismiss Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8 (a). Had we received notice of the March 26, 2021 Motion, we would have responded promptly.

5. Plaintiff's counsel received a letter regarding product identification from defense counsel on February 2, 2021. In response to the letter, we sent an email, attached as **Exhibit A**, to

the Cook defendants with all records in our possession pertaining to product identification on February 11, 2021.

Date: July 14, 2021

*Kelly Chermack*

**Kelly Chermack**
Texas Bar No. 24121361
D.C. Bar No. 1721149
kchermack@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**Attorney for Plaintiff**

SWORN TO and SUBSCRIBED before me by Kelly Chermack on 7/14/, 2021.

*Britton A. Olivarez*

Notary Public in and for
the State of Texas

BRITTON ANTHONY OLIVAREZ
Notary Public, State of Texas
Comm. Expires 02-27-2024
Notary ID 129146192