UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

> QUINCY EVANS
> 1:16-cv-01358-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Plaintiff in the above referenced action and respectfully requests this Court permit the withdrawal of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A., as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1. Joseph R. Johnson, of Searcy Denney Scarola Barnhart & Shipley, P.A. located at 2139 Palm Beach Lakes Blvd., West Palm Beach, FL 33409 entered an appearance as counsel on behalf of Plaintiff, Quincy Evans on January 23, 2017.

2. Plaintiff will not be prejudiced by the withdrawal because he will continue to be represented by counsel Joseph R. Johnson of Searcy Denney Scarola Barnhart & Shipley, P.A.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorneys Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A. to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeff R. Gaddy with consent* | */s/ Matthew D. Schultz* |
| Jeff R. Gaddy, Esq. FL Bar #53046 | Matthew D. Schultz, Esq., FL Bar # 640328 |
| Levin, Papantonio, Thomas, Mitchell, | Levin, Papantonio, Thomas, Mitchell, |
| Rafferty & Proctor, P.A. | Rafferty & Proctor, P.A. |
| P.O. Box 12308 (32591-2308) | P.O. Box 12308 (32591-2308) |
| 316 S. Baylen St., Suite 600 | 316 S. Baylen St., Suite 600 |
| Pensacola, Florida 32502 | Pensacola, Florida 32502 |
| jgaddy@levinlaw.com | mschultz@levinlaw.com |
| (850) 435-7037 | (850) 435-7140 |
| (850) 435-7020 (fax) | (850) 435-7020 (fax) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

   */s/ Matthew D. Schutlz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)