UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to Plaintiff:

    QUINCY EVANS
    1:16-cv-01358-RLY-TAB

_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED. Joseph R. Johnson of the firm of Searcy Denney Scarola Barnhart & Shipley, P.A. has entered an appearance for the Plaintiff, Quincy Evans.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana