UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>    IRVIN FOURNIER<br>    1:21-cv-06480 -RLY-TAB | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Plaintiff in the above referenced action and respectfully requests this Court permit the withdrawal of Susan A. Faunce, as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1. On March 22, 2021, Susan A. Faunce and Berman & Simmons, PA, located at 129 Lisbon Street, Lewiston, Maine 04241 and Monte Bond and Jessica Glitz, of Tautfest Bond, PLLC located at 5151 Belt Line Rd. Ste. 1000, Dallas, TX 75254 filed a Complaint in the United States District Court of Maine on behalf of Plaintiff, Irvin Fournier.

2. On June 22, 2021, this matter was transferred to the In Re: Cook Medical Inc., IVC Filters Marketing, Sales Practices and Product Liability Litigation in the Southern District of Indiana.

3. Susan A. Faunce, Esq. served as local counsel in the United States District of Maine. As the case has been transferred to the multidistrict litigation, local counsel in Maine is no longer necessary.

4. Plaintiff will not be prejudiced by the withdrawal of Susan A. Faunce, Esq. because he will continue to be represented by counsel Monte Bond and Jessica Glitz, of Tautfest Bond, PLLC.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorney Susan A. Faunce. to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

Dated:  July 22, 2021

/s/ Susan A. Faunce
Susan A. Faunce, Esq.
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
sfaunce@bermansimmons.com
Attorney for Irvin Fournier

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing document with theClerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Susan A. Faunce
Susan A. Faunce, Esq.
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
sfaunce@bermansimmons.com
Attorney for Irvin Fournier