UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    IRVIN FOURNIER
    1:21-cv-06480 -RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Irvin Fournier and the firm of Berman & Simmons is GRANTED. Monte Bond and Jessica Glitz and the firm of Tautfest Bond, PLLC have entered anappearance for the Plaintiff, Irvin Fournier

**IT IS HEREBY ORDERED** that Susan A. Faunce is hereby withdrawn as counsel of record in thisaction.

    DATED this ____ day of _____, 2021.


                                                                          Tim A. Baker
                                                                          United States Magistrate Judge
                                                                          Southern District of Indiana