UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff:

    JUAN GONZALES
    1:16-cv-01810-RLY-TAB

---

## <u>ORDER ON MOTION TO WITHDRAW AS COUNSEL</u>

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and

the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED.

Charles G. Orr and the firm of Baron & Budd, P.C. has entered an appearance for the

Plaintiff, Juan Gonzales.

    **IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin,

Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of

record in this action.

    DATED this ___ day of _____, 202__.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1