**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton        1:18-cv-03371-RLY-TAB
Teresa Sykes              1:19-cv-01167-RLY-TAB

**PLAINTIFFS' SUPPLEMENTAL STATEMENT OF FACTS IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Shirley A. Parton ("Parton") and Teresa Sykes ("Sykes") (collectively "Plaintiffs"), by and through counsel, submit this Supplemental Statement of Facts in Support of their Response in Opposition to Cook Defendants' Motion for Summary Judgment as to Certain No-Injury Plaintiffs ("Motion") (Dkt. 13728), subsequently converted to a motion for summary judgment pursuant to Dkt. 18310.

1.      The IVC is the largest vein in the human body and carries blood to the heart from the lower extremities, pelvis, and abdomen.  (Decl. of Derek Muehrcke, M.D., FACS ("Muehrcke Decl.") ¶ 4., attached as Ex. 1.)

2.      The IVC has three layers: an outer layer of connective tissue called tunica adventitia or tunica externa; a middle layer of smooth muscle called the tunica media; and an inner layer lined with endothelial cells called the tunica intima.  (*Id.*)

3.      It moves blood to the heart by expansion and contraction by the differential pressure created by normal respiration.  (*Id.*)

4.      As the diaphragm contracts and creates negative pressure in the chest for the lungs to fill with air, this pressure gradient pulls the venous blood from the abdominal IVC into the thoracic IVC and subsequently into the right heart.  (*Id.*)

5.      Dr. Muehrcke is a board-certified cardiothoracic surgeon who has been practicing for the past 24 years.  (*Id.* at ¶ 2.)

6.      He attended a seven-year college-medical school curriculum at Grinnell College and Rush Presbyterian St. Luke Medical Center in Chicago, Illinois.  (*Id.*)

7.      His formal specialty training took place at Harvard Medical School and Massachusetts General Hospital, where he completed his general surgery residency and training in adult cardiothoracic surgery.  (*Id.*)

8.      He was then accepted in and completed a congenital heart surgery fellowship at Boston Children's Hospital, also at Harvard.  (*Id.*)

9.      After completing the above-mentioned training and fellowship programs, Dr. Muehrcke's first position was at the Cleveland Clinic, where he practiced for three years performing adult cardiac surgery.  (*Id.* at ¶ 2.)

10.     He then moved to Florida to join five former Harvard-trained cardiovascular surgeons in private practice.  (*Id.*)

11.     His current group, of which he is one of five partners, is comprised of eight heart surgeons and seven vascular surgeons.  (*Id.*)

12.     They all perform cardiac, thoracic, and vascular surgery at seven hospitals in Jacksonville, Florida.  (*Id.*)

13.     For the past 24 years, Dr. Muehrcke has routinely implanted and removed (once optional filters became available) IVC filters.  (*Id.* at ¶ 2.)

2

14.     He has implanted and removed every iteration of Bard's retrievable filters from the Recovery filter through the Denali.  (*Id.*)

15.     He has also implanted the Cordis OptEase and TrapEase filters, the Cook Celect filter, the Greenfield filter, and the Argon Option filter.  (*Id.*)

16.     He has implanted hundreds of IVC filters in his career.  (*Id.*)

17.     He has removed entire filters from the heart and fragments of filters from the heart. (*Id.*)

18.     Dr. Muehrcke's practice is equally divided between cardiac, thoracic, and vascular surgery.  (*Id.* at ¶ 2.)

19.     He performs close to 500 cases yearly.  (*Id.*)

20.     He is the Chief of Cardiothoracic Surgery at Flagler Hospital in Saint Augustine, Florida.  (*Id.*)

21.     As a result of the recent litigation surrounding the use of retrievable IVC filters, Dr. Muehrcke began following all of his hospital patients implanted with removable IVC filters.  (*Id.*)

22.     These included filters implanted by him, his partners, and the interventional radiologists at Flagler Hospital.  (*Id.*)

23.     This has resulted in patients being referred to him for retrieval of their optional IVC filters placed not only at Flagler Hospital but also at other institutions.  (*Id.*)

24.     Dr. Muehrcke was asked to provide his medical opinions as to whether a perforation by a Cook Gunther Tulip or Celect IVC filter through the inferior vena cava ("IVC"), by at least 3 mm but without interaction with other retroperitoneal structures, constitutes harm or injury to the IVC and to provide a medical explanation of what happens when an IVC filter punctures or perforates through the IVC, including the body's response to such puncture or perforation.  (*Id.* at ¶ 3.)

25.     Dr. Muehrcke explained that puncture of the IVC wall by an IVC filter leads to bleeding, activation of the clotting cascade, fibroblast activation, and scar formation.  (*Id.* at ¶ 5.)

26.     When a strut of an IVC filter traumatically exits the IVC, it causes a puncture or micro laceration to the wall of the venous blood vessel carrying the desaturated blood returning to the heart from the lower body.  (*Id.*)

27.     This immediately causes bleeding from the blood vessel as well as creating a hole in the IVC through which the desaturated blood can escape from the IVC into the abdominal cavity. (*Id.*)

28.     The body's response to the bleeding is to initiate the clotting cascade to prevent the patient from bleeding to death.  (*Id.*)

29.     If a patient is anticoagulated for various reasons (atrial fibrillation, prior deep venous thrombosis ("DVT"), or pulmonary embolism), the anticoagulants can prevent the clotting cascade from stopping the bleeding and result in major bleeding and death.  (*Id.*)

30.     However, if the clotting system is uninhibited, then immediately the traumatic puncture will cause platelet plugging to occur and later fibroblasts reinforcement of the plug will strengthen the human body's attempt to prevent the patient from bleeding to death.  (*Id.*)

31.     Moreover, collagen in the wall of the IVC will be exposed, further fueling the clotting cascade which can lead to active clot in the IVC and local intravascular clot formation as a result of the thrombogenic metallic IVC filter being present which can cause thrombosis of the IVC.  (*Id.*)

32.     Thus, puncture of the IVC by an IVC filter strut initiates several protective hemostatic mechanisms to prevent the human to bleed to death.  (*Id.*)

33.     In other words, the body responds to the IVC puncture as injury and damage to the IVC and immediately acts to heal that injury.  (*Id.*)

34.     This damage and response impair the ability of the IVC to function as intended.  (*Id.*)

35.     Further, the fibroblast response leads to scarring over time to heal the acute injury to the IVC wall, as occurs with all traumatic injury in the body.  (*Id.* at ¶ 6.)

36.     That scarring to heal the damage caused by the IVC filter can make subsequent removal of the IVC filter more difficult.  (*Id.*)

37.     This increases the likelihood that a removing physician would need to employ advanced removal techniques that have higher complication rates and subject the patient to increased time under anesthesia.  (*Id.*)

38.     In addition to the direct injury caused to the IVC by perforation of the filter and the body's pathophysiological response to the perforation, the filter has now breached the confines of the IVC wall.  (*Id.* at ¶ 7.)

39.     Perforation can also progress to interact with surrounding structures (aorta, lumbar spine, psoas muscle, duodenum, and ureter).  (*Id.*)

40.     Moreover, tilt can occur compromising the IVC filter's clot catching ability.  (*Id.*)

41.     Abnormal stresses are imposed on the IVC filter which can lead to fracture of the filter.  (*Id.*)

42.     However, even without the future potential harms, the IVC filter's perforation of the IVC has caused an injury to the IVC.  (*Id.*)

43.     On October 1, 2013, Sykes' physician implanted a Cook Celect IVC filter in her infrarenal IVC.  (Sykes Implant Records, filed under seal as Ex. 2; Declaration of Teresa Sykes "Sykes Decl." ¶ 3, attached as Ex. 3.)

44.     The procedure was performed without complication.  (Ex. 2.)

45.     Post placement venogram demonstrated proper placement of the IVC filter.  (*Id.*)

46.     On January 24, 2019, Sykes underwent a CT scan of her abdomen and pelvis.  (Sykes Supp. CCF, filed under seal as Ex. 4;  Ex. 3, Sykes Decl. ¶ 4.)

47.   That CT scan showed that multiple struts of her IVC filter have perforated through her IVC, with prongs extending up to 8.01 mm beyond her caval wall.  (Ex. 4, Sykes Supp. CCF, filed under seal as Ex. 3, Sykes Decl. ¶ 5.)

48.   Sykes submitted a Supplemental Case Categorization Form ("CCF") on December 1, 2020.  (Email confirmation, attached as Ex. 5.)

49.   Her Supplemental CCF categorized her injuries as a Category 7 Symptomatic Injury Case, selecting subcategory "(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging."  (Ex. 4, Sykes Supp. CCF, filed under seal, at p. 3-4.)

50.   The Supplemental CCF provides the following brief description of her injuries: "Four prongs have perforated the IVC.  Maximum distance prongs perforated 8.01 mm."  (*Id.* at 4.)

51.   Sykes' Supplemental CCF attached a report reviewing the 2018 scan.  (*Id.* at attachment.)

52.   Since mid-2019, Sykes has experienced constant, excruciating abdominal pain.  (Ex. 3, Sykes Decl. ¶ 6.)

53.   Sykes has visited four different hospitals regarding this abdominal pain.  (*Id. at* ¶ 7.)

54.   Each hospital performed tests that ruled out gallbladder issues as the cause of her pain.  (*Id.*)

55.   On April 2, 2012, a Cook Gunther Tulip IVC filter was implanted in Parton.  (Parton Implant Records, filed under seal as Ex. 6.)

56.   The filter was deployed in good position, without asymmetry or tilting.  (*Id.*)

57.   There were no complications during the procedure.  (*Id.*)

58.   On February 6, 2018, Parton underwent a CT scan of her abdomen and pelvis.  (*Id.*)

59.     This CT scan showed that a prong of her IVC filter has perforated through her caval wall by 4.2 mm.  (*Id.*)

60.     Parton submitted a Supplemental CCF on November 25, 2020.  (Email confirmation, attached as Ex, 7.)

61.     Parton's Supplemental CCF categorized her injuries as a Category 7 Symptomatic Injury Case, selecting subcategory "(e) penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging."  (Parton Supp. CCF, filed under seal as Ex. 8, at p. 3-4.)

62.     The Supplemental CCF provides the following brief description of her injuries: "One of the filter's struts has perforated Plaintiff's inferior vena cava, the maximum distance perforated is 4.2 mm."  (*Id.* at 4.)

63.     Parton's Supplemental CCF attached a report reviewing the 2018 scan.  (*Id.* at attachment.)

64.     A 2009 retrospective analysis of Gunther Tulip filter retrievals showed that penetration, defined as perforation of at least 1 cm outside the lumen of the IVC, was a predictor of failed retrieval.  (Turba, et al., Günther Tulip Filter Retrieval Experience: Predictors of Successful Retrieval, Cardiovasc Intervent Radiol (2010) 33:732-738, attached as Ex. 9.)

65.     "Patients with filter penetration were found to be significantly more likely to have an unsuccessful filter retrieval in comparison to patients with no penetration."  (*Id.* at 736.)

66.     "Therefore, filter strut penetration presence was a predictor of unsuccessful filter retrieval."  (*Id.*)

67.     A 2013 study using quantitative decision analysis showed that a risk/benefit analysis favored removal of retrievable IVC filters between one and two months following implant, so long as the patient's transient risk for PE has passed, due to the risk of certain "adverse events." (Morales,

et al., Decision analysis of retrievable inferior vena cava filters in patients without pulmonary embolism, J. Vasc. Surg: Venous and Lym Dis 2013; 1:376-84 (2013), attached as Ex. 10.)

68.     The study found that caval penetration was an adverse event, the risk of which recommended early removal of the IVC filter.  (*Id.*)

69.     On May 6, 2014, the FDA issued a safety communication regarding removing retrievable inferior vena cava filters.  (FDA, Removing Retrievable Inferior Cava Filters:  FDA Safety Communication, May 6, 2014 ("FDA Safety Communication"), attached as Ex. 11.)

70.     The FDA indicated that it had received reports of adverse events and product problems associated with IVC filters, including "perforation of the IVC."  (*Id.* at 1.)

71.     Some of those events led to additional adverse clinical outcomes.  (*Id.*)

72.     Based in part on the Morales study referenced above, the FDA recommended that implanting physicians and clinicians responsible for the ongoing care of patients with retrievable IVC filters consider removing the filter as soon as protection from pulmonary embolism is no longer needed.  (*Id.* at 2.)

73.     A 2015 clinical study evaluated the progressive, long-term changes following placement of Celect IVC filters.  (Dowell, et al., Celect Inferior Vena Cava Wall Strut Perforation Begets Additional Strut Perforation, J Vasc Inter Radiol 2015, attached as Ex. 12.)

74.     The study followed patients through CT scans.  (*Id.* at 1.)

75.     By the first follow-up CT study, perforation of at least one strut was observed in 36% of Celect filters.  (*Id.* at 2.)

76.     The perforation rate increased to 71% by the second follow-up CT, and 79% by the final follow-up CT.  (*Id.*)

77.     These results "clearly demonstrated a progressive trend of strut perforation over time."  (*Id.*)

8

78.     The study also addressed the mechanism through which strut perforation is progressive.  (*Id.*)

79.     The study measured the diameter of patients' IVCs before and after an IVC filter perforated their IVC.  (*Id.* at 2.)

80.     Patients showed a "significant decrease in IVC cross-sectional area" after perforation. (*Id.* at 3.)

81.     Based on this observation, the study authors proposed a hypothesis that an existing perforation may trigger a local decrease in the IVC diameter, which in turn leads to an increase in forces on other nonperforated struts and a higher likelihood of developing further perforations.  (*Id.*)

82.     The study authors used "finite element modeling techniques" to test their hypothesis. (*Id.*)

83.     The study authors found that "[t]hese data would suggest that strut perforation begets strut perforation by altering the distribution of forces applied to the IVC wall, and that increasing strut force may be an indicator of strut perforation."  (*Id.* at 4.)

                                        Respectively submitted,

                                        */s/ Paul L. Stoller*
Dated: 7/23/21                          Paul L. Stoller
                                        (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                                        **DALIMONTE RUEB STOLLER, LLP**
                                        2425 E. Camelback Road, Suite 500
                                        Phoenix, Arizona 85016
                                        Tel: (602) 888-2807
                                        Fax: (855) 203-2035
                                        paul@drlawllp.com

                                        ***Lead Counsel for Plaintiffs Shirley A. Parton
                                        and Teresa Sykes***

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


/s/ Paul L. Stoller
Paul L. Stoller