# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Teresa Sykes          1:19-cv-01167-RLY-TAB

## DECLARATION OF TERESA SYKES

I, Teresa Sykes, make the following declaration:

1. I am over the age of 18 and competent to make this Declaration.

2. I am a plaintiff in the above-referenced lawsuit against Cook Medical, Inc., *et al.*

3. An IVC filter was implanted in my body on August 1, 2013.

4. On January 24, 2019, I underwent a CT scan of my abdomen and pelvis.

5. I was informed that this CT scan showed my IVC filter has perforated my IVC by approximately 8 mm.

6. Since mid-2019, I have suffered constant, excruciating abdominal pain.

7. I have visited four different hospitals regarding this abdominal pain. Each hospital performed tests that ruled out gallbladder issues as the cause of the pain.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of July, 2021.

*Teresa Sykes*
Teresa Sykes