# Exhibit 5

| | |
|---|---|
| **From:** | LaShunda Cobb |
| **Sent:** | Tuesday, December 1, 2020 10:15 AM |
| **To:** | 'CookFilterMDL@faegredrinker.com'; 'CookFilterMDL@faegrebd.com' |
| **Subject:** | Supplemental CCF // Caption: Teresa Sykes v. Cook Medical, Inc. et al.  // Docket: 1:19-cv-1167-RLY-TAB |

Good Afternoon,

Please note that Plaintiff's Supplemental Cook Case categorization form for the above referenced matter were uploaded Today to the corresponding link.

Thank you in advance for your anticipated assistance and continued cooperation.

Sincerely


LaShunda Cobb
Senior Litigation Paralegal



A: 225 Ottley Drive, Suite 110
Atlanta, Georgia 30324
P: (404) 602-0119
F: 855-203-2035
E: lashunda.cobb@drlawllp.com
W: www.drlawllp.com