# Exhibit 7

| | |
|---|---|
| **From:** | Jimmy.roam@drlawllp.com |
| **To:** | CookFilterMDL@faegredrinker.com |
| **Subject:** | CookFilterMDL |
| **Date:** | Wednesday, November 25, 2020 8:43:16 AM |

**You have received 1 secure file from Jimmy.roam@drlawllp.com.**
Use the secure link below to download.

To whom it may concern:

Attached please find Plaintiff's Supplemental Case categorization form related to the following matter:

Caption: Shirley A. Parton v Cook Medical Inc., et al.
Docket No.: 1:18-cv-03371-RLY-TAB

Thank you in advance for your anticipated assistance and continued cooperation.

Sincerely,

Jimmy C. Roam
Paralegal
DALIMONTE RUEB STOLLER LLP

**Secure File Downloads:**
Available until: **01 December 2020**

Click link to download:

> **PatronS Supplemental CCF Final.pdf**
> 183.79 KB

You have received attachment link(s) within this email sent via FaegreDrinker Secure File Transfer.
To retrieve the attachment(s), please click on the link(s) above.

Secured by Accellion