# Exhibit 9

Cardiovasc Intervent Radiol (2010) 33:732–738
DOI 10.1007/s00270-009-9684-6

CLINICAL INVESTIGATION

# Günter Tulip Filter Retrieval Experience: Predictors of Successful Retrieval

Ulku Cenk Turba · Bulent Arslan · Michael Meuse · Saher Sabri · Barbara Gail Macik · Klaus D. Hagspiel · Alan H. Matsumoto · John F. Angle

Received: 5 November 2008 / Accepted: 27 July 2009 / Published online: 29 August 2009
© Springer Science+Business Media, LLC and the Cardiovascular and Interventional Radiological Society of Europe (CIRSE) 2009

**Abstract** We report our experience with Günter Tulip filter placement indications, retrievals, and procedural problems, with emphasis on alternative retrieval techniques. We have identified 92 consecutive patients in whom a Günter Tulip filter was placed and filter removal attempted. We recorded patient demographic information, filter placement and retrieval indications, procedures, standard and nonstandard filter retrieval techniques, complications, and clinical outcomes. The mean time to retrieval for those who experienced filter strut penetration was statistically significant [$F(1,90) = 8.55$, $p = 0.004$]. Filter strut(s) IVC penetration and successful retrieval were found to be statistically significant ($p = 0.043$). The filter hook-IVC relationship correlated with successful retrieval. A modified guidewire loop technique was applied in 8 of 10 cases where the hook appeared to penetrate the IVC wall and could not be engaged with a loop snare catheter, providing additional technical success in 6 of 8 (75%). Therefore, the total filter retrieval success increased from 88 to 95%. In conclusion, the Günter Tulip filter has high successful retrieval rates with low rates of complication. Additional maneuvers such as a guidewire loop method can be used to improve retrieval success rates when the filter hook is endothelialized.

**Keywords** Optional inferior vena cava filters · Filter retrieval

This paper was presented as a poster at CIRSE 2007.

U. C. Turba (✉) · B. Arslan · M. Meuse · S. Sabri · K. D. Hagspiel · A. H. Matsumoto · J. F. Angle
Department of Radiology, University of Virginia, Health System Foundation, Lee Street, Box 800170, Charlottesville, VA 22908, USA
e-mail: uct5d@virginia.edu

B. Arslan
e-mail: ba6e@virginia.edu

M. Meuse
e-mail: mm5tz@virginia.edu

S. Sabri
e-mail: ss2bp@virginia.edu

K. D. Hagspiel
e-mail: kdh2n@virginia.edu

A. H. Matsumoto
e-mail: ahm4d@virginia.edu

J. F. Angle
e-mail: jfa3h@virginia.edu

B. G. Macik
Department of Internal Medicine/Hematology, University of Virginia, Health System Foundation, Charlottesville, VA 22908, USA
e-mail: bgm3s@virginia.edu

## Introduction

Pulmonary embolism (PE) is one of the leading causes of deaths in all age groups and its incidence is increasing, especially in younger age groups [1]. The advent of optional inferior vena cava (IVC) filters enabled interventional radiologists to retrieve such filters when the filter is no longer needed. The potential ability to retrieve the filters has resulted in increasing placement of IVC filters [2]. Removal of the Günter Tulip-type optional filter as well as other optional filters is not always possible with the conventional technique, and there are anecdotal reports of the use of alternative techniques to retrieve such filters when conventional technique fails. In younger patients filter retrieval is strongly desired since the long-term safety of these filters is not known, and they are likely to act as thrombogenic foreign objects themselves. Our purpose is to

🖄 Springer

Cook IVCF 008350

report our experience with Günter Tulip filter placement, with emphasis on factors affecting filter retrieval and alternative techniques of filter retrieval.

### Materials and Methods

Institutional review board approval was obtained for this retrospective study. We identified 92 consecutive patients retrospectively in whom a Günter Tulip filter was placed and filter removal attempted between 2002 and 2007. Clinical notes from electronic medical records were reviewed. Patient demographic information and indications for filter placement and removal were also recorded. Detailed retrieval procedural data were recorded. Utilization of conventional techniques when the hook of the filter was free in IVC lumen and utilization of additional maneuvers in patients with the filter hook embedded entirely within the IVC were identified. Successful versus unsuccessful retrievals, duration of retrieval procedures (time to retrieve), and fluoroscopy times were also recorded.

Filter strut penetration was defined as any filter strut measuring at least 1 cm outside the lumen of the IVC on a venogram. The relationship between IVC diameter and penetration of one or more filter struts was correlated with time to retrieve, dwell time, and successful retrieval. Utilizing the tools function on our picture archiving and communications system (PACS), parallel lines both to the IVC and to the axis of the filter were drawn. The angle between the two lines was calculated as the degree of tilt. Correlations were made among the degree of filter tilt, initial filter deployment access site, and successful versus unsuccessful retrieval. Kaplan–Meier analysis was performed to demonstrate visual representation of filter retrieval success and failure. Factor-level overall comparison was performed with log rank, Breslow, and Tarone–Ware tests. The filter hook and IVC relationship was used as a factor and divided into three categories: (a) filter hook completely buried within IVC wall, (b) filter hook partially buried or intimately abutting the IVC wall, and (c) filter hook free of the IVC wall. Clinical and imaging follow-up of those patients was also recorded. Statistical analysis was performed utilizing the SPSS Windows 16.0 program.

### Results

#### Demographics and Filter Placement Indications

There were 32 males (35%) and 60 females (65%), with a mean age of 45 years 42% Forty-two percent ($n = 39$) of the patients had deep venous thrombosis (DVT) at the time of filter placement; 39% ($n = 36$) had a contraindication to anticoagulation and had a high risk for PE, with or without documented DVT or PE; 32% ($n = 29$) had a history of PE in their lifetime prior to filter placement; 22% ($n = 20$) had documented PE at the time of filter placement. Twenty-seven percent ($n = 25$) of the patients had experienced trauma and the IVC filter was placed as a prophylactic measure, while 72% ($n = 66$) had no such history. Data for one patient were unknown because the filter was placed at an outside institution. Twenty percent ($n = 18$) of the patients had documented hypercoagulability syndrome, while 76% ($n = 70$) had no such history. Data for four patients were unknown. Nine percent ($n = 8$) of the patients had a known malignancy.

#### IVC Filter Placement Procedure

Prior to filter placement, the IVC diameter was measured. The mean diameter was 19 mm (SD = 3.65 mm; range, 12–28 mm). The IVC filter was placed through a right internal jugular vein access in 53% ($n = 49$) of patients. In 40% ($n = 37$) of patients, the right common femoral vein was utilized, and in 4% ($n = 4$) of patients the left common femoral vein access was utilized. Data for two patients were unavailable. For 95% ($n = 87$) of patients the filter was placed in the IVC inferior to the renal veins, and in 5.4% ($n = 5$) the filter was placed in the suprarenal IVC.

#### Filter Retrieval Procedure

Brief procedural data are reported in Table 1 (and see Fig. 1). A standard cavagram was obtained with a pigtail

Table 1 Clinical procedural data

|  | N | % |
|---|---|---|
| Filter deployment access site |  |  |
| Right internal jugular | 49 | 53.3 |
| Right femoral vein | 37 | 40.2 |
| Left femoral vein | 4 | 4.3 |
| Unknown | 2 | 2.2 |
| Contrast agent for retrieval |  |  |
| Omnipaque | 77 | 83.7 |
| Visipaque | 11 | 12.0 |
| $CO_2$ | 4 | 4.3 |
| Filter IVC location |  |  |
| Infrarenal | 87 | 94.6 |
| Suprarenal | 5 | 5.4 |
| Retrieval sheath size (Fr) |  |  |
| 9 | 3 | 3.3 |
| 10 | 6 | 6.5 |
| 11 | 78 | 84.8 |
| 12 | 5 | 5.4 |

Cook IVCF 008351

734          U. C. Turba et al.: Günter Tulip Filter Retrieval Experience



Fig. 1 A 43-year-old man with trauma; a Günter Tulip filter was placed for prophylactic reasons for pulmonary embolism. Following 42-day filter placement, the patient was considered no longer at risk for pulmonary embolus and retrieval of the filter was requested. A Inferior vena cava (IVC) filter was placed using right common femoral vein puncture. There was ~14° tilt of the filter when it was placed and the hook abutted the IVC wall. B A loop snare was advanced to capture the filter hook. C It was impossible to capture the filter, because the hook was buried within the cava wall. The loop snare was sliding through the side of the filter, failing to capture the filter hook. D The decision was made to release the hook of the filter with a guidewire loop. A guidewire was advanced through the neck of the filter. E The free end of the guidewire was captured with a loop snare, separating the filter hook from the cava wall. The loop of the guidewire not only released the hook, but also functioned as a snare and captured the hook. Subsequently, the filter was pulled into the sheath. F The Tulip filter was retrieved with a modified technique using a guidewire loop facilitated by a loop snare

catheter in the distal IVC/iliac veins, and anteroposterior projection and lateral and/or oblique projections were obtained in 70% ($n = 64$) of the patients. In addition to the standard cavagram, three-dimensional (3D) rotational angiogram (25% of patients; $n = 23$) and Dyna CT (Siemens Medical Solution, Forchheim, Germany; 5% of patients; $n = 5$) imaging were performed prior to filter retrieval to determine the filter position in relation to the IVC lumen/wall. Prior to retrieval procedure, IVCgrams were routinely obtained. Omnipaque (GE Healthcare, Princeton, NJ, USA) was used as a contrast agent in 84% ($n = 77$) of patients. Visipaque (GE Healthcare, Princeton, NJ) was used in 12% ($n = 11$) of patients due to mild renal function compromise. In 4.3% of patients ($n = 4$) with significant renal function compromise, carbon dioxide ($CO_2$) was used as the contrast agent. Ten percent ($n = 9$) of patients had a small thrombus attached to the filter (less than one-third of the filter) without ultrasound evidence of lower extremity DVT. Ninety percent ($n = 83$) of the patients had no thrombus within the filter. Retrieval sheath sizes were 9 Fr (3 %; $n = 3$), 10 Fr (7 %; $n = 6$), 11 Fr (85%; $n = 78$), and 12 Fr (5 %; $n = 5$). The IVC filter tilt degree at the time of placement ranged between 0 and 19°, with a mean of 6.6° (SD = 5.12°; range, 0–19°). At the time of filter retrieval, tilt degree ranged between 0 and 19°, with a mean of 6.47° (SD = 5.05°; range, 0–19°). On retrieval procedure IVCgrams, the hook of the filter was free within the IVC in 74% ($n = 68$) of patients. It was abutting the IVC wall in 15% ($n = 14$) of patients. Complete endothelialization of the hook was seen in 11% ($n = 10$) of patients. One or more of the filter primary struts were buried in the IVC to the level of the secondary filter struts (filter joints) in 54% ($n = 50$) of patients (see Figs. 2 and 3); 46% of patients ($n = 42$) did not have such

🖄 Springer

Cook IVCF 008352



Fig. 2 A 76-year-old woman with contraindication to anticoagulation; IVC filter placement was requested for prophylactic reasons. After 54 days a preretrieval IVCgram was obtained, which showed significant filter primary strut penetration without evidence of clinical symptoms. *Note* the small thrombus at the cone, within the filter. This filter was retrieved successfully with the small thrombus



Fig. 3 A 74-year-old woman with deep venous thrombosis in the right lower extremity. The patient had a contraindication to anticoagulation and no abdominal symptoms. On CT, there was a question of possible penetration of the duodenum by one of the primary filter struts. Filter retrieval was requested after 42 days' dwell time. Retrieval was performed following a negative lower extremity ultrasound. CT demonstrated that one of the primary struts of the Tulip filter was penetrating the cava wall and extending to the duodenal wall. There was no CT evidence of fatty stranding or duodenal wall thickening. CT also demonstrates that Tulip filter-cava wall contact is mainly at the joint of the filter primary and secondary struts

significant penetration. Only one patient (1%) had approximately 2-cm migration of the filter, with no significant tilt or fracture. The remaining 98% ($n = 90$) of patients had neither migration nor fracture. Migration data for one patient were unknown because the filter was placed at another institution; however, at the time of retrieval the filter was in the proper position within the IVC.

Mean fluoroscopy time for retrieval procedures was 15 min. Three percent ($n = 3$) of patients suffered minor IVC irregularity following filter retrieval, which did not require further intervention. The remaining 97% ($n = 89$) of patients did not have any complications. Following IVC filter retrieval, 77% ($n = 71$) of patients had 0–10% IVC stenosis. 17% ($n = 16$) of patients had 10–30% IVC stenosis, and 5% ($n = 5$) of patients had 30–50% IVC stenosis. None of the patients had more than 50% IVC stenosis following successful filter retrieval or failed retrieval attempt. The mean interval from placement of the IVC filter to retrieval attempt was 43 days. In all patients, the initial attempt to retrieve the filter was made with a loop snare as the conventional technique. Success rate with the conventional technique was 88% ($n = 81$). Modified technique with a guidewire loop (MTGL) was performed in patients with buried filter hooks ($n = 8$) after failed conventional technique. In two patients with buried filter hooks, the attending physicians on the cases elected not to utilize MTGL as a personal preference. MTGL was successful in six patients and unsuccessful in two. Therefore, the overall successful filter retrieval rate increased from 88% ($n = 81$) to 95% ($n = 87$) with MTGL. Total unsuccessful attempts comprised 5% ($n = 5$) of patients.

Interpretation of Data and Statistical Analysis

One-way analysis of variance (ANOVA) was conducted to evaluate time to filter retrieval procedure and fluoroscopy times among patients who had successful versus unsuccessful filter retrievals. ANOVA was conducted with success as the grouping variable (successful vs. unsuccessful) and time to retrieval and fluoroscopy time as the dependent variables. The mean time to retrieval for patients with a successful retrieval was 37.63 days (SD = 30.51 days), while the mean time to retrieval for patients who had an unsuccessful retrieval was 32.60 days (SD = 15.71 days). There was no statistically significant relationship between these two means ($F(1,87) = 0.133$, $p = 0.716$). The mean fluoroscopy time for successful patients was 10.55 min (SD = 10.53 min), while the mean for unsuccessful

Cook IVCF 008353

**Table 2** Success of filter retrieval, time to retrieval, and fluoroscopy time

| | Successful M (SD) | Unsuccessful M (SD) | p-Value |
|---|---|---|---|
| Time to retrieval (days) | 37.63 (30.51) | 32.60 (15.71) | 0.716 |
| Fluoroscopy time (min) | 10.55 (10.53) | 25.67 (17.47) | 0.019* |

Note: M mean, SD standard deviation. * $p < 0.05$

**Table 3** Cross-tabulation between retrieval success and filter penetration

| | Successful ($n = 87$) | Unsuccessful ($n = 5$) | p-Value |
|---|---|---|---|
| Filter penetration? | | | |
| Yes | 45 | 5 | 0.043* |
| No | 42 | 0 | |

Note: * $p < 0.05$

patients was 25.67 min (SD = 17.47 min). This difference was statistically significant ($F(1,) = 5.735$, $p = 0.019$), indicating that patients with unsuccessful retrievals are exposed to longer fluoroscopy times (Table 2).

Prior to performance of the ANOVA, an outlier analysis was performed for the time to retrieval and fluoroscopy time variables by obtaining the overall mean and trimming any data points that exceeded two standard deviations. For the time to retrieval variable, the outlier analysis resulted in the trimming of three data points. For the fluoroscopy time variable, the outlier analysis resulted in the trimming of four data points. To assess whether the performed outlier analysis may have impacted the results, the above analyses were repeated using a dataset that included the trimmed data points. There was no change in findings.

Analyses were also conducted to determine whether percentage stenosis is impacted by any of the following variables: history of PE, DVT, and hypercoagulable state. ANOVAs revealed no statistically significant findings between history of PE and percentage stenosis [$F(1,90) = 0.017$, $p = 0.896$], history of DVT and percentage stenosis [$F(1,90) = 0.004$, $p = 0.948$], or hypercoagulable state and percentage stenosis [$F(1,86) = 0.437$, $p = 0.510$].

IVC diameter (millimeters) and penetration (at least 1 cm) of any one of the filter struts were evaluated using an ANOVA test. The mean IVC diameter for those who did not experience penetration was 19.10 mm (SD = 3.61 mm), while the mean diameter for those who did experience penetration was 19.82 mm (SD = 3.67 mm). This was not statistically significant [$F(1,90) = 0.902$, $p = 0.345$].

The relationship between filter dwell time and penetration of the filter strut(s) was evaluated with an ANOVA. The mean time to retrieval for those who experienced penetration was 55.40 days (SD = 520.02 days), while the mean for those who did not experience penetration was 28.33 days (SD = 32.56 days). This difference was statistically significant, [$F(1,90) = 8.55$, $p = 0.004$]. Therefore, longer dwell time was correlated with filter strut penetration.

The relationship between filter strut(s) penetration and successful retrieval was assessed with a one-tailed Fisher's exact test. Patients with filter penetration were found to be significantly more likely to have an unsuccessful filter retrieval in comparison to patients with no penetration ($p = 0.043$; one-tailed Fisher's exact test) (Table 3). Therefore, filter strut penetration presence was a predictor of unsuccessful filter retrieval.

The relationship between filter tilt and filter deployment access site was assessed with an ANOVA. No statistically significant main effects were observed for tilt degree at placement [$F(2,85) = 0.087$, $p = 0.917$] or at retrieval [$F(2,86) = 0.274$, $p = 0.761$].

An ANOVA was conducted to examine whether there were any group differences in degree of filter tilt between those with successful and those with unsuccessful filter retrieval. There was no statistically significant difference in degree of filter tilt at placement [$F(1,87) = 1.843$, $p = 0.178$] or at retrieval [$F(1,89) = 1.128$, $p = 0.291$] in patients who had a successful versus an unsuccessful retrieval.

Kaplan–Meier analysis was performed to demonstrate visual representation of filter retrieval success and failures. Filter hook-IVC relationship correlated with successful and unsuccessful retrieval attempt. There was statistical significance for both standard loop snare retrieval (Fig. 4) and MTGL in addition to standard technique (Fig. 5).

### Follow-Up

The mean clinical follow-up was for 11 months. The imaging follow-up was performed with venogram in 65% ($n = 60$), extremity ultrasound in 16% ($n = 15$), CT in 14% ($n = 13$), and MRI in 4% ($n = 4$) over a mean duration of 4 months following filter retrieval. five percent ($n = 4$) of the 87 patients who had successful filter retrieval required another IVC filter placement either due to recurrent DVT ($n = 1$) or for prophylaxis prior to surgery ($n = 3$); 95% ($n = 83$) of patients did not require another filter within our follow-up time frame.

### Discussion

In our experience, successful filter retrieval prediction not only was associated with interval time of placement, but

Cook IVCF 008354





Fig. 4 Kaplan–Meier analysis was adopted to demonstrate visual representation of filter retrieval success and failure in patients with standard loop snare technique. Filter hook and IVC relationship was used as a factor. Each drop of the line demonstrates unsuccessful retrieval of the filter and a star demonstrates retrieval success. Factor-level overall comparison was as follows: log rank ($\chi^2 = 26.858$, $p = 0.000$), Breslow ($\chi^2 = 29.483$, $p = 0.000$), and Tarone–Ware ($\chi^2 = 30.220$, $p = 0.000$). There is statistical significance at the $p < 0.05$ level. Therefore, overall comparison with IVC wall/filter hook relationship as a factor has a significant impact on successful retrieval

Fig. 5 Kaplan–Meier analysis was adopted to demonstrate visual representation of filter retrieval success and failure in patients with standard loop snare technique and modified technique with guidewire loop (MTGL). Filter hook and IVC relationship was used as a factor. Each drop of the line demonstrates unsuccessful retrieval of the filter and a star demonstrates retrieval success. Factor-level overall comparison was as follows: log rank ($\chi^2 = 8.629$, $p = 0.013$), Breslow ($\chi^2 = 9.217$, $p = 0.010$), and Tarone–Ware ($\chi^2 = 8.984$, $p = 0.011$). There is statistical significance at the $p < 0.05$ level. Therefore, overall comparison with IVC wall/filter hook relationship as a factor has a significant impact on successful retrieval

also was related to endothelialization of struts (Table 3), hook relationship with the IVC wall, and utilization of alternative retrieval maneuvers (Figs. 4 and 5). Our study indicated that when an optional filter is deployed properly, a filter deployment access site (jugular versus femoral) and mild filter tilting (<15°) has no effect on successful filter retrieval prediction. Standard filter retrieval fails significantly when an IVC filter hook is in contact with the wall on deployment or significant endothelialization has occurred. The filter hook may penetrate the IVC wall even when there is no excessive tilting at the time of placement (Fig. 1A). Alternative methods may be utilized for retrieval when the filter hook is embedded or if the filter is thought to be a problem source. There are recent reports available regarding retrieval methods for buried IVC filter hooks [3–5]. In our study the success rate of filter retrieval was increased from 88 to 95% using MTGL. In this technique, the guidewire is looped around the filter hook and the tip of the guidewire is snared to detach the filter hook from the IVC and then to engage it in the sheath for successful retrieval (Fig. 1).

Evidence-based guidelines from the American College of Chest Physicians (ACCP) and Society of Interventional Radiology (SIR) recommend IVC filter placement in patients with proven venous thromboembolism (VTE) with a contraindication for anticoagulation. Statements from these societies indicate that optional IVC filter placement is increasing; however, clinical studies are not sufficient to define standard guidelines. Therefore, more randomized prospective clinical studies are needed to evaluate filter retrieval with larger patient populations [6, 7]. Looby et al. [8] reported 80% successful retrieval in 45 patients at a mean of 34 days Ota et al. [9] reported 91% successful retrieval in 66 patients at a mean of 10 days. Hoppe et al. [10] reported 100% success in 23 patients at a mean of 11 days. They excluded unsuccessful retrieval attempt of one initially maldeployed filter. Rosenthal et al. [11] reported short-dwell-time filter retrieval success (<180 days) of 94% at a mean of 51 days, whereas long-dwell-time (>180 days) filter retrieval success decreased to 76% at a mean of 261 days.

In our study filter retrieval failures were at 7, 29, 39, 41, and 47 days. Our longest successful retrieval of a filter in situ was 155 days for standard retrieval and 353 days for MTGL. Although there are differences in the design of the studies and filter types, our results are comparable with reports in which they did not report alternative retrieval

🖄 Springer

Cook IVCF 008355

methods. Most of the other studies report retrieval experiences with short dwell times of the Günter Tulip filters.

Outcomes of patients following successful filter retrieval are lacking in the current literature. In our study, on follow-up 5% of those patients needed another filter for valid clinical reasons. Overall our study suggests that retrieval of Günter Tulip filters is safe even when aggressive alternative retrieval techniques are utilized. Retrieval of the filters is strongly desired for a variety of clinical reasons. MTGL technique can be utilized safely to defer retrieval failures in buried filter hooks. Günter Tulip IVC filters appear to be well tolerated by patients and have high successful retrieval rates.

One limitation of our study is the inherent limitation of a retrospective analysis. In addition, we included only Günter Tulip-type filters. Therefore, our results cannot be applied to other types of optional filters.

In conclusion, successful filter retrievals depend on filter dwell time, filter strut penetration/endothelialization, and IVC wall and hook relationship. Alternative techniques maximize the filter retrieval success rate.

### References

1. Sakuma M, Nakamura M, Takahashi T et al (2007) Pulmonary embolism is an important cause of death in young adults. Circ J 71(11):1765–1770
2. Crowther MA (2007) Inferior vena cava filters in the management of venous thromboembolism. Am J Med 120(10; Suppl 2):S13–S17
3. Turba UC, Glaiberman C, Picus D, Arslan B, Angle JF, Matsumoto AH (2008) Management of severe vena cava filter tilting: experience with bard g-2 filters. J Vasc Interv Radiol 19(3):449–453
4. Contractor S, Bhagat N, Mahmood Y, Shenyzon V, Clark T (2007) Retrieval of a tilted Gunther Tulip filter with the superior hook embedded in the caval wall. J Vasc Interv Radiol 18(11):1455–1456
5. Rubenstein L, Chun AK, Chew M, Binkert CA (2007) Loop-snare technique for difficult inferior vena cava filter retrievals. J Vasc Interv Radiol 18(10):1315–1318
6. Buller HR, Agnelli G, Hull RD, Hyers TM, Prins MH, Raskob GE (2004) Antithrombotic therapy for venous thromboembolic disease: the seventh ACCP conference on antithrombotic and thrombolytic therapy. Chest 126 (Suppl 3):401S–428S
7. Kaufman JA, Kinney TB, Streiff MB, et al. (2006) Guidelines for the use of retrievable and convertible vena cava filters: report from the society of interventional radiology multidisciplinary consensus conference. J Vasc Interv Radio 17(3):449–459
8. Looby S, Given MF, Geoghegan T, McErlean A, Lee MJ (2007) Gunther Tulip retrievable inferior vena caval filters: indications, efficacy, retrieval, and complications. CardioVasc Interv Radiol 30(1):59–65
9. Ota S, Yamada N, Tsuji A et al (2008) The Gunther-Tulip retrievable IVC filter: clinical experience in 118 consecutive patients. Circ J 72(2):287–292
10. Hoppe H, Nutting CW, Smouse HR et al (2006) Gunther Tulip filter retrievability multicenter study including CT follow-up: final report. J Vasc Interv Radiol 17(6):1017–1023
11. Rosenthal D, Wellons ED, Hancock SM, Burkett AB (2007) Retrievability of the Gunther Tulip vena cava filter after dwell times longer than 180 days in patients with multiple trauma. J Endovasc Ther 14(3):406–410

Cook IVCF 008356