UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

QUINCY EVANS
1:16-cv-01358-RLY-TAB

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Dkt. 19425) is GRANTED.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action. Plaintiff will continue to be represented by Joseph R. Johnson of the firm of Searcy Denney Scarola Barnhart & Shipley, P.A. Pursuant to Local Rule 5-3(b)(1), Mr. Johnson is required to provide change of contact information to the Clerk of this Court.

Date: 7/26/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.