UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

IRVIN FOURNIER
1:21-cv-06480 -RLY-TAB

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Irvin Fournier and the firm of Berman & Simmons (Dkt. 19426) is GRANTED.

**IT IS HEREBY ORDERED** that Susan A. Faunce is hereby withdrawn as counsel of record in this action. The Plaintiff will continue to be respresented by Monte Bond and Jessica Glitz and the firm of Tautfest Bond, PLLC.

Date: 7/26/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered
counsel of record via ECF.