UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

JUAN GONZALES
1:16-cv-01810-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Jeff R. Gaddy, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Dkt. 19429) is GRANTED.

**IT IS HEREBY ORDERED** that Matthew D. Schultz and Jeff R. Gaddy of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action. Plaintiff will continue to be represented by Charles G. Orr and the firm of Baron & Budd, P.C.

Date: 7/26/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.