IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.   1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

 Elaine Sterling

Civil Case #    1:21-cv-6523

## NOTICE OF APPEARANCE

   To: The Clerk of the Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Elaine Sterling, Plaintiff


Date:  July 27, 2021

                         Respectfully submitted,


                         _____
                          Taylor W. Williams UT Bar No.  17348
                           Driggs, Bills & Day, PC
                           737 E. Winchester St.
                           Salt Lake City, UT 84107
                           *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter.  Parties may access the filing through the Court's system.

                                                /s/ Taylor W. Williams UT Bar No. 17348