IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Hallagin, Dalton, 1:17-cv-02986
Jeremiah Beck, 1:19-cv-01530

### ORDER GRANTING MOTION TO WITHDRAW
### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties have filed a motion to withdraw the stipulation to dismiss with prejudice filed at No. 19178.  The stipulation was erroneously styled for the *Beck* case (1:19-cv-01530) but was intended for the *Hallagin* case (1:17-cv-02986).  The Parties have filed a corrected stipulation for the dismissal of the *Hallagin* case (Filing No. 19348).

The Court having reviewed the Parties' motion hereby **GRANTS** the motion and **ORDERS** the *Beck* stipulation (Filing No. 19178) is **WITHDRAWN**.  The Court will review and rule on the *Hallagin* stipulation by separate entry.  No further action is needed regarding the *Beck* case as it was previously dismissed and the individual docket is closed.

**SO ORDERED** this 27th day of July 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.