**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton    1:18-cv-03371-RLY-TAB
Teresa Sykes        1:19-cv-01167-RLY-TAB

## PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiffs Shirley A. Parton and Teresa Sykes ("Plaintiffs"), by and through their attorneys, move this Court to maintain under seal Exhibits 2, 4, 6 and 8 (Dkt. No. 19436) to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment. As grounds therefore, Plaintiffs refer the Court to the brief in support of this motion submitted herewith.

WHEREFORE, Plaintiffs respectfully requests that this Court to maintain under seal Exhibits 2, 4, 6 and 8 [Dkt. 19436] to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment.

Dated: July 27, 2021        Respectfully submitted,

/s/Paul L. Stoller
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB LAW GROUP, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

***Lead Counsel for Plaintiffs Shirley A. Parton and Teresa Sykes***

**Certificate of Service**

    I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on July 27, 2021.

                                                   */s/ Paul L. Stoller*  
                                                   Paul L. Stoller