IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton     1:18-cv-03371-RLY-TAB
Teresa Sykes          1:19-cv-01167-RLY-TAB

[PROPOSED] ORDER

Upon consideration of the Plaintiffs' Motion to Maintain Document Under Seal, it is so ordered that Plaintiff's motion is **GRANTED**. The Clerk of the Court is directed to maintain Exhibits 2, 4, 6 and 8 (Dkt. 19436) to Plaintiff's Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment under seal.

So ordered this \_\_\_\_ day of July, 2021.

_____
Richard L. Young, USDJ