**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley A. Parton    1:18-cv-03371-RLY-TAB
Teresa Sykes         1:19-cv-01167-RLY-TAB

# PLAINTIFFS' BRIEF IN SUPPORT OF MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Plaintiffs Shirley A. Parton and Teresa Sykes ("Plaintiffs"), by and through their attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) and sets forth as below:

1. On July 23, 2021, Shirley A. Parton and Teresa Sykes, by and through their attorneys, filed Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment ("Response") in the above captioned action [Dkt. No. 19436].

2. Exhibit "2" to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment is Plaintiff Teresa Sykes' filter implantation records ("Sykes Implant Records") [Dkt. No. 19436].

3. Exhibit "4" to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment is Plaintiff Teresa Sykes' Supplemental Case Categorization Submission ("Sykes CCF") [Dkt. No. 19436].

4. Exhibit "6" to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment is Plaintiff Shirley A. Parton's filter implantation records ("Parton Implant Records") [Dkt. No. 19436].

5. Exhibit "8" to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment is Plaintiff Shirley A. Parton's Supplemental Case Categorization Submission ("Parton CCF") [Dkt. No. 19436].

6. Sykes Implant Records, Sykes CCF, Parton Implant Records, and Parton CCF contain personal health information ("PHI"), as defined by the Privacy Rule of the

       Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

7. PHI must be protected from public release pursuant to HIPAA.

8. Specifically, Sykes Implant Records, Sykes CCF, Parton Implant Records and Parton CCF contain information regarding Plaintiffs' health condition.

9. Accordingly, Plaintiffs request that Exhibits 2, 4, 6 and 8, containing Sykes Implant Records, Sykes CCF, Parton Implant Records and Parton CCF, in [Dkt. No. 19436] remain under seal.

10. Sealing of these documents is not opposed by any party.

Dated: July 27, 2021

                    Respectfully submitted,

                    */s/Paul L. Stoller*
                    Paul L. Stoller
                    (Admitted Pro Hac Vice, AZ Bar No. 016773)
                    **DALIMONTE RUEB LAW GROUP, LLP**
                    2425 E. Camelback Road, Suite 500
                    Phoenix, Arizona 85016
                    Tel: (602) 888-2807
                    Fax: (855) 203-2035
                    paul@drlawllp.com

                    ***Lead Counsel for Plaintiffs Shirley A. Parton and Teresa Sykes***

## Certificate of Service

    I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on July 27, 2021

                                        */s/Paul L. Stoller*
                                        Paul L. Stoller