# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to:<br><br>Nelda Hedges, Case No.: <u>1:16-cv-1107</u> | **NOTICE OF VOLUNATRY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against all Defendants with each party to bear its own costs.

Dated: July 27, 2021

*/s/ Michael D Bell*
Michael D. Bell, Esq.
Gallon, Takacs & Boissoneault, Co., LPA
1450 Arrowhead Drive
Maumee, OH 43537
Telephone:  (419) 843-2001
Facsimile:  (419) 843-8022
Email: mbell@gallonlaw.com

*Attorney for Plaintiff*

**CERTIFICATION**

I hereby certify that on this 27th day of July, 2021 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Michael D. Bell*
Michael D. Bell