IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

DENNIS PURVIS and SYLVIA PURVIS, Plaintiffs

Civil Case# 1:20-cv-02726-RLY-TAB

**ORDER GRANTING DISMISSAL WITH PREJUDICE – SYLVIA PURVIS ONLY**

The Court has considered the SYLVIA PURVIS'S Stipulation of Dismissal With Prejudice. Doc._____.

**IT IS ORDERED** that SYLVIA PURVIS's Stipulation of Dismissal (Doc. _____) is **granted.**

SYLVIA PURVIS's claims only, are hereby dismissed with prejudice. Costs of Court shall be taxed against the party incurring same.

Dated this _____day of July, 2021.

_____
United States District Judge