IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 29, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Hallagin, Dalton, 1:17-cv-02986

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By: /s/ Benjamin A. Bertam<br>Benjamin A. Bertram<br>Bertram & Graf LLC<br>2345 Grand Blvd.<br>Suite 1925<br>Kansas City, MO 64108<br>816-523-2205<br>Fax: 816-523-8258<br>Email: benbertram@bertramgraf.com<br><br>*Counsel for Plaintiff*<br><br>Dated: July 16, 2021 | By: /s/ Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Jessica Benson Cox<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Email: Jessica.Cox@FaegreDrinker.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: July 16, 2021 |