IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-03371-RLY-TAB    Parton
    1:19-cv-01167-RLY-TAB    Sykes

## ORDER

This matter is before the Court on Plaintiffs' motion [Filing No. 19453] to maintain under seal Exhibits 2, 4, 6, and 8 [Filing No. 19436] to Plaintiffs' Supplemental Statement of Facts in Support of Response in Opposition to Defendants' Motion for Summary Judgment. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiffs' basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiffs. Plaintiffs set forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained to release the private health information contained in the documents. [Filing No. 19454, at ECF p. 1-2.] Therefore, Plaintiffs' motion [Filing No. 19453] is granted.

Date: 7/29/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.