IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Mary Cleveland

Civil Case # 1:21-cv-6490-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: 07/30/2021 | /s/ Paul L. Stoller |
|  | Paul L. Stoller |
|  | (Admitted Pro Hac Vice, AZ Bar No 016773) |
|  | DALIMONTE RUEB STOLLER LLP |
|  | 2425 E. Camelback Rd., Suite 500 |
|  | Phoenix, Arizona 85016 |
|  | Tel: (602) 888-2807 |
|  | Fax: (855) 203-2035 |
|  | Email: paul@drlawllp.com |

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

                                                */s/ Paul L. Stoller*
                                                Paul L. Stoller