IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Callie J. Schraft

Civil Case # 1:21-cv-6491-RLY-TAB

**NOTICE OF APPEARANCE**

To:      The Clerk of Court and all parties of record

         I am admitted or otherwise authorized to practice in this Court, and I appear in this case on

behalf of plaintiff set forth in the above referenced matter.

Respectfully Submitted,

Dated:  07/30/2021                          */s/ Paul L. Stoller*
                                            Paul L. Stoller
                                            (Admitted Pro Hac Vice, AZ Bar No
                                            016773)
                                            DALIMONTE RUEB STOLLER LLP
                                            2425 E. Camelback Rd., Suite 500
                                            Phoenix, Arizona 85016
                                            Tel: (602) 888-2807
                                            Fax: (855) 203-2035
                                            Email:  paul@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller