| | |
|---|---|
| **From:** | insd_cmecf@insd.uscourts.gov |
| **To:** | nef@insd.uscourts.gov |
| **Subject:** | Activity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Motion to Dismiss |
| **Date:** | Friday, March 26, 2021 4:30:59 PM |

**This Message originated outside your organization.**

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTICE\*\*\*The electronically filed document(s) may be viewed once at no charge by clicking on the Document Number hyperlink (example -21). To avoid PACER charges for subsequent viewing, download or print a copy of the document(s) during the first viewing. If the document number is not hyperlinked, the filing was not submitted electronically and must be served in paper form pursuant to Fed.R.Civ.P.5(b).**

**U.S. District Court**
**Southern District of Indiana**
**Office of the Clerk**
**(317)229-3700**
www.insd.uscourts.gov

## Notice of Electronic Filing

The following transaction was entered by McDonald, Kip on 3/26/2021 at 4:26 PM EDT and filed on 3/26/2021 .

| | |
|---|---|
| **Case Name:** | IN RE: COOK MEDICAL INC. |
| **Case Number:** | 1:14-ml-02570-RLY-TAB |
| **Filer:** | COOK INCORPORATED |
| | COOK MEDICAL LLC |
| | WILLIAM COOK EUROPE APS |
| **Document Number:** | 17183 |

**Docket Text:**
**MOTION to Dismiss *Unknown Product Cases Pursuant to Federal Rule of Civil Procedure 8(a)*, filed by MDL Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS. (Attachments: # (1) Exhibit A - Case List, # (2) Exhibit B - Affidavit of Blake Angelino)(McDonald, Kip)**

**1:14-ml-02570-RLY-TAB Notice has been electronically mailed to:**

A. Craig Eiland ceiland@eilandlaw.com, treagan@eilandlaw.com

A. Layne Stackhouse layne@shraderlaw.com

Abigail M. Butler abigail.butler@faegredrinker.com, susan.miller@faegredrinker.com

Abigale Rhodes Green agreen@grossmangreen.com, abigalerhodes@gmail.com

Adam Weintraub aweintraub@lchb.com

Adrienne Franco Busby adrienne.busby@faegredrinker.com, sherri.tucker@faegredrinker.com

Ahmed S. Diab adiab@thegomezfirm.com, jwilliams@thegomezfirm.com, kmcdaniel@thegomezfirm.com

Alex Davis alex@jonesward.com

Alex Jerome Brown alex.brown@lanierlawfirm.com

Alexander G. Dwyer adwyer@kirkendalldwyer.com, 5670023420@filings.docketbird.com, amith@kirkendalldwyer.com, anelson@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Alexandra B. Caggiano alex@weinsteincaggiano.com, service@weinsteincaggiano.com

Alison L. Divine alison.divine@howardnations.com

Alyson Marie Petrick apetrick@careydanis.com, gcarey@careydanis.com

Amanda Washington amanda@mcglynnglisson.com, roxanne@mcglynnglisson.com

Amorina Patrice Lopez alopez@lopezmchugh.com, lhernandez@lopezmchugh.com, mwass@lopezmchugh.com

Amy M. Carter acarter@sgpblaw.com, 4985426420@filings.docketbird.com, nlewis@sgpblaw.com, tpace@sgpblaw.com

Andrea Roberts Pierson andrea.pierson@faegredrinker.com, deborah.miller@faegredrinker.com, victoria.yoke@faegredrinker.com

Andres F. Alonso aalonso@alonsokrangle.com, dkrangle@alonsokrangle.com

Andrew E. McGraw amcgraw@levinlaw.com

Andrew F. Kirkendall akirkendall@kirkendalldwyer.com, anelson@kirkendalldwyer.com, ewood@kirkendalldwyer.com, sdempsey@kirkendalldwyer.com, twyckoff@kirkendalldwyer.com

Andrew J. Cross across@careydanis.com, apetrick@careydanis.com, gcarey@careydanis.com

Andrew J. Hill , III ahill@bbga.com, 3245663420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Andrew Lorin Campbell andrew.campbell@faegredrinker.com, penny.hultman@faegredrinker.com

Angela Spears angie@rosenspearslaw.com, ladon@rosenspearslaw.com

Anne Kramer Ricchiuto anne.ricchiuto@faegredrinker.com, gretchen.stigdon@faegredrinker.com

Anne Medlin Lowe anne@williamspiatt.com, mary@williamspiatt.com

Annesley H DeGaris adegaris@degarislaw.com, asapone@degarislaw.com

Anthony James Nemo tnemo@meshbesher.com, mbrylow@meshbesher.com

Anthony Scott Godfrey agodfrey@bencmartin.com, cguerra@bencmartin.com

Arati Chauhan Furness afurness@fnlawfirm.com, cnakagai@fnlawfirm.com, desireet@fnlawfirm.com, gtarver@fnlawfirm.com, kchermack@fnlawfirm.com, schulte@fnlawfirm.com

Ashleigh Elizabeth Raso araso@meshbesher.com, mfrenz@meshbesher.com

Ashton Rose Smith ashton@moorelawgroup.com, kara@moorelawgroup.com

Asim M. Badaruzzaman abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Baird A. Brown bairdbrownlaw@gmail.com

Bard K. Brian bardbrian99@msn.com

Barry D. Levy bdl@oal-law.com, cas@oal-law.com

Basil E. Adham IVC@johnsonlawgroup.com, lhoward@johnsonlawgroup.com

Ben C. Martin bmartin@martinbaughman.com, cdean@martinbaughman.com, ejohnson@martinbaughman.com, eservice@martinbaughman.com, jpappas@martinbaughman.com, tarbon@martinbaughman.com

Benjamin A. Bertram benbertram@bertramgraf.com, bianca@bertramgraf.com

Benjamin Carl Stellpflug bstellpflug@goldenberglaw.com, lmainguy@goldenberglaw.com

Benjamin Michael Shrader bshrader@hmelegal.com

Blair Bertram Matyszczyk blair@bertramgraf.com, bianca@bertramgraf.com, jeremy@bertramgraf.com, kandy@bertramgraf.com

Bobby Moak bobbymoak402@att.net, bmoak@locnet.net

Bobby Saadian masstorts@wilshirelawfirm.com

Bobby J. Bell , Jr bob@hollis-wright.com, brooklyna@hollis-wright.com, paigec@hollis-

wright.com

Bradley M. Lakin bradl@slchapman.com, beckyh@slchapman.com, docket@slchapman.com, mattc@slchapman.com

Brandon Lightfoot Rich brich@lawdbd.com, twilliams@advocates.com

Brendan A. McDonough bmcdonough@weitzlux.com, obrand@weitzlux.com, skrishan@weitzlux.com

Bret Daniel Stanley bstanley@eilandlaw.com, treagan@eilandlaw.com

Brett Lawrence Manske brett.manske@cellinoandbarnes.com, afrika.richardson@cellinoandbarnes.com

Brian Dratch bdratch@njcounsel.com

Brian A Goldstein brian.goldstein@cellinolaw.com, alex.greco@cellinolaw.com, michael.williams@cellinolaw.com

Brian Douglas Weinstein brian@weinsteincaggiano.com, sara@weinsteincaggiano.com, service@weinsteincaggiano.com

Brian J. Paul brian.paul@faegredrinker.com, amy.gershanoff@faegredrinker.com

Brian James Holmes bholmes@hurley-law.com

Brian Keith Jackson kj@rileyjacksonlaw.com

Brian S. Katz brian@brianskatz.com, bkatz@flintlaw.com, nichole@brianskatz.com

Bruce G. Jones bruce.jones@faegredrinker.com, jen.veldhuizen@faegredrinker.com

Bryant A. Fitts bfitts@fittslawfirm.com, chernandez@fittslawfirm.com, cshufelt@fittslawfirm.com, mhardy@fittslawfirm.com, paralegal@fittslawfirm.com

C. Calvin Warriner , III ccw@searcylaw.com, arh@searcylaw.com, twright@searcylaw.com

Calle Marie Mendenhall cmendenhall@frplegal.com, calle@frplegal.com, cisbell@frplegal.com

Cam F. Justice justicepleadings@justiceinjurylawyer.com, cjustice@justiceinjurylawyer.com

Carasusana B. Wall cara@toledolaw.com, blake@toledolaw.com, corry@toledolaw.com, sheila@toledolaw.com

Carlos M. Hernandez-Burgos carlos.h@masstortslaw.com

Caroline Underwood Hollingsworth caroline@hgdlawfirm.com

Carolyn J. Cuneo cj@jjlegal.com

Carter David Grant cgrant@hmelegal.com

Chad C. Lucas chad@kuhlmanlucas.com

Chad K. Florin ckflorin@florinroebig.com, dewing@florinroebig.com, scummings@florinroebig.com, whf@florinroebig.com

Chad M. Tuschman ctuschman@wdtlaw.org, rkigar@wdtlaw.org

Charles F. Webber chuck.webber@faegredrinker.com, katie.daubenmeyer@faegredrinker.com

Charles H. Johnson bdehkes@charleshjohnsonlaw.com

Charles Rene Houssiere , III choussiere@hdhtex.com, Jreznickova@hdhtex.com, rkauffman@hdhtex.com

Charles T. Paglialunga chuck@phlawfirm.com

Charles Wade Miller charles@hop-law.com, john@hop-law.com, kay@hop-law.com

Charles George "Chip" Orr corr@baronbudd.com, arol@baronbudd.com, chguerra@baronbudd.com

Charlotte L. Itoh charlotte@thefinelawfirm.com, patty@thefinelawfirm.com

Chelsea Elizabeth Dickerson cdickerson@dickersonoxton.com

Chelsie M. Palecek cpalecek@dallashartman.com, schieze@dallashartman.com

Chris T. Hellums chrish@pittmandutton.com, pdh-efiling@pittmandutton.com, rebeccah@pittmandutton.com

Christian Peters Fannin cfannin@kreindler.com

Christin Jaye Eaton christin.eaton@faegredrinker.com, barbara.nallick@faegredrinker.com

Christina Mancuso cmancuso@sgptrial.com, kweatherwax@sgptrial.com, smoreno@sgptrial.com, tpace@sgptrial.com

Christina Marie Graziano cgraziano@hausfeld.com

Christopher A. Seeger cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, pamin@seegerweiss.com, ssiegel@seegerweiss.com

Christopher J. Spanos cspanos@wjnklaw.com, gsrevord@wjnklaw.com

Christopher James Baker cjbaker@heardlawfirm.com, dramirez@heardlawfirm.com

Christopher Kyle Johnston kyle@masstortslaw.com, joe@masstortslaw.com

Christopher M. Houlihan choulihan@riscassidavis.com, kking@riscassidavis.com, sstokes@riscassidavis.com

Christopher Moze Cowper mcowper@cowperlaw.com

Christopher Thomas Kirchmer ckirchmer@pulf.com, mnguyen@pulf.com

Christopher W. Dysart cdysart@dysart-law.com, mduffy@dysart-law.com, rspeichinger@dysart-law.com

Clarence Mark Whitehead cmw@whiteheadfirm.com, eric@whiteheadfirm.com

Clifford Alan Rieders crieders@riederstravis.com, dbueno@riederstravis.com

Clinton L. Kelly clint@kellyfirm.net, info@kellyfirm.net, michele@kellyfirm.net, sheila@kellyfirm.net

Constantine P. Venizelos dean@constantllp.com

Cory Holley Driggers chdriggers@mcatlaw.com, chdriggers22@gmail.com

Craig Rosenbaum cr@rosenbaumnylaw.com, ec@rosenbaumnylaw.com, kk@rosenbaumnylaw.com

Craig D. Brown cdb@meyers-flowers.com, gps@meyers-flowers.com, mcp@meyers-flowers.com

Craig D. Henderson chenderson@snapkalaw.com, tthomas@snapkalaw.com

Cynthia Lynn Garber cgarber@onderlaw.com, bzwirner@robinsonfirm.com, ctakanabe@robinsonfirm.com

D. Todd Mathews todd@gorijulianlaw.com, agabriel@gorijulianlaw.com, dschumacher@gorijulianlaw.com, kmeyer@gorijulianlaw.com

Daniel Barton dbarton@bartonlawgroup.com, lea@bartonlawgroup.com

Daniel Aaron Rihn arihn@peircelaw.com, mrossi@peircelaw.com

Daniel Edward Seltz dseltz@lchb.com

Daniel Robert Seidman dseidman@seidmanlaw.net

Daniel S. Gruber dgruber@gruberlawfirm.com, hmartindale@gruberlawfirm.com, rhernandez@gruberlawfirm.com

Danielle Leah Rodriguez danielle@lawrencelaws.com, rodriguezd1@nku.edu

Darren Patrick McDowell dmcdowell@fnlawfirm.com

David A. Wenner jen@snyderwenner.com, brian@snyderwenner.com, david@juryscientist.com

David B Rheingold drheingold@rheingoldlaw.com, gcornejo@rheingoldlaw.com

David B. Owen-Jimenez david@masstortslaw.com, jose@masstortslaw.com

David Bruce Krangle dkrangle@alonsokrangle.com, aalonso@alonsokrangle.com

David C. DeGreeff ddegreeff@wcllp.com, dconwell@wcllp.com, hcharney@wcllp.com, jwoods@wcllp.com

David J. Diamond ddiamond@goldbergandosborne.com, khampton@1800theeagle.com

David Karl May david@princemay.com, cknowles@cckfirm.com

David L. Grebel grebel@ngklawfirm.com

David L. Rosenband drosenband@weitzlux.com

David M. Peterson dmp@petersonlawfirm.com, csc@petersonlawfirm.com, nsc@petersonlawfirm.com

David Michael Langevin dave@westrikeback.com, filing@westrikeback.com, ram@westrikeback.com

David P. Matthews matthewsivc@thematthewslawfirm.com, dmatthews@thematthewslawfirm.com, jrhoades@thematthewslawfirm.com, lsantiago@thematthewslawfirm.com, mchavez2@thematthewslawfirm.com, msalazar@thematthewslawfirm.com

David Randolph Smith drs@drslawfirm.com, marlena@drslawfirm.com

David S. Corwin dcorwin@corwinlawgroup.com

David Westcott Bauman david.bauman@drlawllp.com, donna.berrios@drlawllp.com

Dean A. Goetz dgoetz12@gmail.com, staciegoetzlaw@gmail.com

Deborah Palmer debbie@dkpalmerpllc.com

Debra J. Humphrey dhumphrey@bernllp.com, aterron@bernllp.com, jcappelli@bernllp.com, jcouch@bernllp.com, kwang@bernllp.com, pkula@bernllp.com

Denman Hilton Heard denman@heardlawfirm.com, bprice@heardlawfirm.com, BWitt@heardlawfirm.com, Kim@heardlawfirm.com

Devin Arthur Lowell dlowell@murray-lawfirm.com

Don K. Ledgard DLedgard@capretz.com, pmartinez@capretz.com

Donald A. Migliori dmigliori@motleyrice.com, klucas@motleyrice.com

Donald G. Norris dnorrislaw@gmail.com, dnorris@norgallaw.com

Donald Patrick McKenna , Jr don@hwnn.com, cassie@hwnn.com, peggy@hwnn.com

Donald W. Medley don@medleylawgroup.com, PLG@medleylawgroup.com

Dorothy J. Dohanics ddohanics@dallashartman.com, schieze@dallashartman.com

Douglas M. Schreiner doug@jslegalteam.com

Douglass A. Kreis dkreis@awkolaw.com, athane@awkolaw.com, wrutherford@awkolaw.com

Edward Blizzard eblizzard@blizzardlaw.com, agreenberg@blizzardlaw.com, jpiper@blizzardlaw.com

Eldin Hasic eldin.hasic@faegredrinker.com, diane.nestleroad@faegredrinker.com

Elizabeth Alice Mote liz@klhlaw.com, leigh@klhlaw.com

Elizabeth L. Dudley liz@lizdudleylaw.com

Emilio Eduardo Machado emachado@rubin-machado.com, emachado840@gmail.com

Emily M. Peacock epeacock@olsmanlaw.com, bnadolski@olsmanlaw.com

Emily Ward Roark emily@bryant.law, christina@bryant.law

Eric J. Haag ehaag@wiscinjurylawyers.com, jwiggen@wiscinjurylawyers.com

Eric M. Terry eric@thlawyer.com, kstephens@thlawyer.com

Eric Michael Friedman eric.friedman@faegredrinker.com, Dezereah.Tracy@Faegredrinker.com

Eric Peter Czelusta eczelusta@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Erica Kay Drew erica.drew@faegredrinker.com, dianne.armstroff@faegredrinker.com

Erin Wood ewood@kirkendalldwyer.com

Erin C. Murphy emurphy@leemurphylaw.com

Ethan D. Hatch ethan@jjlegal.com

Ethan L. Shaw elshaw@shawcowart.com, lperryman@shawcowart.com,

tpessoa@shawcowart.com

Eve Schafer Goodstein egoodstein@mcgowanhood.com

Everette Scott Verhine scott@verhine.biz, lisa@verhine.biz

Fareesh S. Sarangi fareesh@sarangilaw.com, fareesh.sarangi@gmail.com

Fred Thompson , III fthompson@motleyrice.com, mbessis@motleyrice.com

Frederick G. Davis , Jr rick@sheltondavispllc.com, david@sheltondavispllc.com

Frederick R. Hovde rhovde@hovdelaw.com, kfaulk@hovdelaw.com, twhitehead@hovdelaw.com

Gabriel M Mendoza gmendoza@eastonlawfirm.com, ealmaraz@eastonlawfirm.com

Genevieve Mary Zimmerman gzimmerman@meshbesher.com, hsternquist@meshbesher.com

George Jerre Duzane gjduzlaw@comcast.net

George Tharin Williamson gwilliamson@farr.com, jbradsher@farr.com

Graham B. LippSmith g@lippsmith.com, nbs@lippsmith.com

Graham Lee Newman gnewman@csa-law.com, bsluce@csa-law.com

Grant Lavalle Davis gdavis@dbjlaw.net, khensley@dbjlaw.net, mnolte@dbjlaw.net

Gregory Dalton Bentley gbentley@zonieslaw.com, jcox@zonieslaw.com, jzonies@zonieslaw.com

Gregory David Rueb greg@drlawllp.com, ecf@drlawllp.com, luis.quinonez@drlawllp.com, wendy@drlawllp.com

Gregory Gene Hopper hopper@bmalawfirm.com

Gregory J. Pals greg@thedriscollfirm.com, melissa@thedriscollfirm.com, tiffany@thedriscollfirm.com

Gregory Neil McEwen gmcewen@mcewenlaw.com, thansen@mcewenlaw.com, tkrager@mcewenlaw.com

Gregory Steven Spizer gspizer@vscplaw.com, erobles@vscplaw.com

Hadley L. Matarazzo hmatarazzo@faraci.com, tzukoski@faraci.com

Halli D. Cohn halli.cohn@troutman.com, katherine.keranen@troutman.com

Henry G. Garrard , III hgarrard@bbga.com, 1971299420@filings.docketbird.com,

6543346420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Henry S Queener hqueener@queenerlaw.com, stisdale@queenerlaw.com

Howard A. Snyder howard@howardsnyderlaw.com, hmartindale@gruberlawfirm.com

Howard L. Nations charles@howardnations.com, scott.karliner@howardnations.com, shelley@howardnations.com, sonya@howardnations.com

Irene M. McLafferty imm@messalaw.com, adestefano@messalaw.com

Irwin B. Levin ilevin@cohenandmalad.com, llowe@cohenandmalad.com

J. Christopher Elliott celliott@coloradolaw.net, alexandra.franklin@coloradolaw.net, allison.brown@coloradolaw.net

J. Curt Tanner ctanner@corywatson.com, ivc@corywatson.com

J. Gerard Stranch , IV gerards@bsjfirm.com, ecf-processor@bsjfirm.com, jennifers@bsjfirm.com

Jack E. Urquhart jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Jaclyn L. Anderson jla@lippsmith.com, nbs@lippsmith.com

Jacob A Boyd jboyd@bencmartin.com

Jacob A. Flint jflint@flintlaw.com, lisa@flintlaw.com, lwhitley@flintlaw.com

Jaime E. Moss moss@lkmlawfirm.com, torres@lkmlawfirm.com

James Lee , Jr jlee@leemurphylaw.com

James A. Morris jmorris@jamlawyers.com, knoonan@jamlawyers.com, kray@jamlawyers.com, sgreenberg@jamlawyers.com

James A. Piatt james@williamspiatt.com, mary@williamspiatt.com

James B Tuttle jbtesq@nycap.rr.com, barbparker@nycap.rr.com

James B. Matthews , III jmatthews@bbga.com, 2616494420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

James B. Zouras jzouras@stephanzouras.com, adibadj@stephanzouras.com, jhacker@stephanzouras.com, jortizacosta@stephanzouras.com, kbowers@stephanzouras.com, lclark@stephanzouras.com, malmeida@stephanzouras.com

James Craig Buchan craig.buchan@mcafeetaft.com, anna.deshazo@mcafeetaft.com,

shanda.hacker@mcafeetaft.com

James E. Shipley , Jr tlgservice@tatelawgroup.com, wkell@tatelawgroup.com

James Russell Segars , III tripp@diazlawfirm.com

James Stephen Bennett stephen.bennett@faegredrinker.com, diane.nestleroad@faegredrinker.com

James T. Capretz jcapretz@capretz.com, lawyers@capretz.com

James Thomas Corrigan corrigan@osclaw.com

James W. Childress jchildress@jchildresslaw.com

Jan Marie Conlin jmc@ciresiconlin.com, dll@ciresiconlin.com, mgd@ciresiconlin.com

Jane Dall Wilson jane.wilson@faegredrinker.com, deborah.miller@faegredrinker.com

Janet Ward Black jwblack@wardblacklaw.com, jcarter@wardblacklaw.com

Jasmine Nicole Thompson jthompson@sgptrial.com, smoreno@sgptrial.com

Jason J. Joy jason@jasonjoylaw.com, service@jasonjoylaw.com

Jason Paul Johnston Jason.Johnston@zimmreed.com, Tina.Olson@zimmreed.com

Jason T. Brown jtb@jtblawgroup.com, cocozguan@jtblawgroup.com, tonyteng@jtblawgroup.com

Jasper D. Ward , IV jasper@jonesward.com, sean@jonesward.com

Jay E. Stuemke jstuemke@sgptrial.com, kweatherwax@sgptrial.com, nlewis@sgpblaw.com, tpace@sgptrial.com

Jed Davis Manton jed@hlmlawfirm.com, sdunn@hlmlawfirm.com

Jeff Seldomridge jseldomridge@millerfirmllc.com, pemery@millerfirmllc.com

Jeff Ryan Gaddy jgaddy@levinlaw.com, rwoods@levinlaw.com, tgilbert@levinlaw.com

Jeff S. Gibson jgibson@wagnerreese.com, mboulay@wagnerreese.com

Jeffrey J. Lowe jlowe@careydanis.com, gcarey@careydanis.com, lae@jefflowepc.com

Jeffrey S. Grand jgrand@seegerweiss.com

Jennifer Nolte jnolte@allennolte.com, bwiginton@allennolte.com

Jennifer A. Lenze jlenze@lkmlawfirm.com, torres@lkmlawfirm.com

Jennifer A. Moore jennifer@moorelawgroup.com, emily@moorelawgroup.com, kara@moorelawgroup.com, mary@moorelawgroup.com

Jerard M. Scanland jscanland@milawoffices.com

Jeremy J. Pichon jeremy@dswplaw.com, docket@dswplaw.com

Jesse A. Drumm jdrumm@fridaylaw.com, bmorrison@fridaylaw.com

Jessica Glitz jglitz@tautfestbond.com, dkirkwood@tbtorts.com

Jessica Benson Cox jessica.cox@faegredrinker.com, jan.davis@faegredrinker.com

Jim Mac Perdue jperduejr@perdueandkidd.com, mclinton@perdueandkidd.com, sgarvey@perdueandkidd.com

Joe A. Vazquez joe.vazquez@cellinoandbarnes.com, afrika.richardson@cellinoandbarnes.com

John A. Dalimonte john@drlawllp.com, aaron.morgan@drlawllp.com, donna.berrios@drlawllp.com, johndalimonte@yahoo.com

John C. Duane jduane@motleyrice.com, clwhetstone@motleyrice.com, jhill@motleyrice.com

John D. Allison jdallison@eahjlaw.com, kbergland@eahjlaw.com, nikelie@eahjlaw.com

John D. Sileo jack@johnsileolaw.com, amanda@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com

John H. Allen , III trey@allennolte.com, bwiginton@allennolte.com, jnolte@allennolte.com

John J. Driscoll john@jjlegal.com, callan@thedriscollfirm.com, tiffany@thedriscollfirm.com

John Joseph Tanner joe.tanner@faegredrinker.com, susan.trenary@faegredrinker.com

John Paul Mandler john.mandler@faegredrinker.com, kathy.olmscheid@faegredrinker.com

John Reily Crone john.crone@andruswagstaff.com, jenni.mobley@andruswagstaff.com

John S. Selinger john@selingerlaw.com, glory@selingerlaw.com

John T. Kirtley , III jkirtley@lawyerworks.com, molvera@lawyerworks.com

Jon C. Conlin jconlin@corywatson.com, ivc@corywatson.com

Jonathan Sedgh jsedgh@weitzlux.com, BMcDonough@weitzlux.com, drosenband@weitzlux.com, lschultz@weitzlux.com, obrand@weitzlux.com, skrishan@weitzlux.com

Jonathan Andrew Knoll jknoll@cohenandmalad.com, bhovey@cohenandmalad.com, jbergeron@cohenandmalad.com, lbrown@cohenandmalad.com

Jonathan D. Orent jorent@motleyrice.com, cbehm@motleyrice.com, clwhetstone@motleyrice.com, jduane@motleyrice.com, ktaylor@motleyrice.com

Jonathan D. Peck jonathan@lowelawgroup.com, jonathan.peck.esq@gmail.com

Jonathan M. Ashton jashton@gallonlaw.com, mwiltshire@gallonlaw.com

Jonathan R. Mencel jon@westrikeback.com, filing@westrikeback.com

Jose Tomas Ballesteros jose@masstortslaw.com, jballesteros@icloud.com

Joseph A. Mooneyham joe@mbllc.com, brittanie@mbllc.com, katy@mbllc.com, will@mbllc.com

Joseph A. Osborne josborne@realtoughlawyers.com, aromanelli@realtoughlawyers.com, dmonahan@realtoughlawyers.com, ggiovanni@realtoughlawyers.com, rbell@realtoughlawyers.com, service@realtoughlawyers.com

Joseph H. Saunders joe@saunderslawyers.com, efrem@saunderslawyers.com

Joseph J. Cappelli jcappelli@bernllp.com

Joseph J. Fantini jfantini@roseninjurylawyers.com, cdechristoforo@roseninjurylawyers.com, pmurray@roseninjurylawyers.com

Joseph Jacob Zonies jzonies@zonieslaw.com, gbentley@zonieslaw.com, jcox@zonieslaw.com, lisa@zonieslaw.com

Joseph N. Williams joe@williamspiatt.com, jonwilli@gmail.com, mary@williamspiatt.com

Joseph R. Johnson jjohnson@babbitt-johnson.com, lwhitmer@babbitt-johnson.com, msun@babbitt-johnson.com

Josh B. Wages jwages@bbga.com, 5201272420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Joshua D. Christian jchristian@cclawfirm.com

Joshua Dallas Miller justice@torisevalaw.com

Joshua Sean Kincannon jkincannon@wilentz.com, jkennedy@wilentz.com, mmcguckin@wilentz.com

Julia Reed Zaic julia@hrzlaw.com, Laura@hrzlaw.com

Julie E. Lamkin jlamkin@jeffreysglassman.com, jelamkin@gmail.com

Justin E. Dunlap justin@hotzerunkle.com

Justin Henry Garner jgarner@rubin-machado.com

Justin L. Lawrence justin@lawrencelaws.com, documents@lawrencelaws.com

Justin W. Fishback jfishback@shawcowart.com

Karen Puccio ivc@corywatson.com

Karen H. Beyea-Schroeder karen.schroeder@rburnettlaw.com

Karolina Sylvia Southard ksouthard@lawdbd.com, rvanderberg@lawdbd.com

Katharine Gale Krottinger katy@monsourlawfirm.com, jennifer@monsourlawfirm.com

Katherine Anne Franke katherine@cflblaw.com, lisao@cflblaw.com

Kathleen Rachel Hersh-Boyle khershboyle@hershlaw.com, general@hershlaw.com

Kathryn Snapka ksnapka@snapkalaw.com, abrunkenhoefer@snapkalaw.com, agomez@snapkalaw.com, bvillarreal@snapkalaw.com, dmoreno@snapkalaw.com, jurquhart@snapkalaw.com, tthomas@snapkalaw.com

Katie Eidson Griffin katie@sill-law.com, david@sill-law.com, scarl@fulmersill.com

Kay L. Van Wey courtfilings@vanweylaw.com, peggy@vwpwlaw.com

Keely Ann Perdue keely@christiansenlaw.com

Keith Altman kaltman@lawampmmt.com, ecf@lawampmmt.com

Keith David Griffin kgriffin@girardikeese.com, asalonga@girardikeese.com, msoto@girardikeese.com, ppaz@girardikeese.com

Keith E. Patton keith@pattonlaw.com, ecf@pattonlaw.com

Kelly Elizabeth Reardon kreardon@reardonlaw.com

Kelsey Louise Stokes kelsey_stokes@fleming-law.com

Kenneth Soh ksoh@kirklinsoh.com, jkirklin@kirklinsoh.com

Kenneth Joseph Wink , Jr kwink@murray-lawfirm.com, cdimaggio@murray-lawfirm.com

Kerrianne L. Waters kwaters@wjnklaw.com, selliott@wjnklaw.com

Kevin J. Boissoneault kboisson@gallonlaw.com, mwiltshire@gallonlaw.com

Kevin M. Fitzgerald kfitzgerald@fitz-lawgroup.com, csumner@fitz-lawgroup.com

Kevin Patrick Sullivan ksullivan@salsburysullivanlaw.com,

shanley@salsburysullivanlaw.com

Kimball Jones kimball@bighornlaw.com, evelyn@bighornlaw.com

Kimberly Lambert Adams kadams@levinlaw.com, rwoods@levinlaw.com

Kimberly May Brancato gps@meyers-flowers.com, mcp@meyers-flowers.com

Kimberlyann A. Robards kimrobards@spencer-law.com, liceasims@spencer-law.com

Kip S.M. McDonald Kip.McDonald@Faegredrinker.com, brian.paul@Faegredrinker.com, CookFilterFileclerk@Faegredrinker.com, Dezereah.Tracy@Faegredrinker.com, eldin.hasic@Faegredrinker.com, julia.manning@Faegredrinker.com, rochelle.symons@Faegredrinker.com

Kirk J. Goza kgoza@gohonlaw.com, ksneufeld@gohonlaw.com, omadderom@gohonlaw.com, rmiller@gohonlaw.com

Kristen Kyle Barton kbarton@thegomezfirm.com, nstoneman@thegomezfirm.com

Kristy M. Arevalo kma@mccunewright.com, rgk@mccunewright.com

Kyle Jared Pozan kpozan@hmelegal.com

Laci Marie Whitley lwhitley@flintlaw.com, flintIVC@flintlaw.com, hope@flintlaw.com, stacy@flintlaw.com

Laura E. Smith laura@hrzlaw.com, julia@hrzlaw.com

Laura Greene Lumaghi laura@dowdlaw.net

Laura J. Baughman lbaughman@martinbaughman.com, eservice@martinbaughman.com

Laura Lynne Voght lvoght@attorneykennugent.com, kwinkleman@attorneykennugent.com

Lauren Bronson lbronson@newmanbronson.com, ks@newmanbronson.com

Laurie Kamerrer kamerrer@lkmlawfirm.com, torres@lkmlawfirm.com

Lawana S. Wichmann wichmann@onderlaw.com, mcinerney@onderlaw.com

Lee C. Christie lee@cflblaw.com, jill@cflblaw.com, katherine@cflblaw.com, lisao@cflblaw.com

Lee Paul Mankin pmankin@paulmankin.com

Lee Philip Teichner lee.teichner@hklaw.com, denise.perlich@hklaw.com, julia.frow@hklaw.com

Leslie MacLean lmaclean@waterskraus.com, ddaily@waterskraus.com

Leslie M. Cronen lcronen@garycjohnson.com, cfugate@garycjohnson.com

Leslie W. O'Leary loleary@justicelawyers.com, bsteinle@justicelawyers.com

Levi M. Plesset lplesset@mjfwlaw.com, mfox@mjfwlaw.com

Lisa Ann Gorshe lgorshe@johnsonbecker.com, edusbabek@johnsonbecker.com

Lloyd W. Gathings , II lgathings@gathingslaw.com, arice@gathingslaw.com

Louis Carl Schneider lou.schneider@thomaslawoffices.com, charles.fasterling@thomaslawoffices.com

Lucas J. Foust lfoust@foustlaw.net, secretary@foustlaw.net

Madeline Elizabeth McNeeley molly@hlmlawfirm.com, sdunn@hlmlawfirm.com

Marc Weingarten mweingarten@lockslaw.com, lbriggs@lockslaw.com

Marc D. Portlock portlocklaw@gmail.com

Marc J. Bern mbern@bernllp.com, dhumphrey@bernllp.com

Margaret M. Branch mbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, psanchez@branchlawfirm.com

Maria Schiuma Fischer maria@ddpalaw.com, service@ddpalaw.com

Marian S. Rosen marian@rosenspearslaw.com, diana@rosenspearslaw.com

Marilyn Theresa McGoldrick mmcGoldrick@tenlaw.com, mcollins@tenlaw.com

Mark A. Tate tlgservice@tatelawgroup.com

Mark D. Samson msamson@kellerrohrback.com, kathy-kendrick-5008@ecf.pacerpro.com

Mark E. Stephenson mes@tsohiolaw.com, firm@tsohiolaw.com

Mark Edward Berns berns@onderlaw.com, schoemehl@onderlaw.com

Mark Mathew Kitrick mkitrick@klhlaw.com, leigh@klhlaw.com

Mark P. Bryant mark@bryant.law, christina@bryant.law

Mark R. Niemeyer niemeyer@ngklawfirm.com, eagan@ngklawfirm.com

Marlene Jaye Goldenberg mjgoldenberg@goldenberglaw.com, emodl@goldenberglaw.com, lmainguy@goldenberglaw.com

Martin G. Rubenstein rubenstein@levybaldante.com, egemberling@levybaldante.com

Martin P. Schrama mschrama@stark-stark.com, rpettiford@stark-stark.com, scw@stark-stark.com

Matthew David Schultz mschultz@levinlaw.com, tgilbert@levinlaw.com

Matthew E. Munson matt.munson@beasleyallen.com, lisa.courson@beasleyallen.com, renee.lindsey@beasleyallen.com

Matthew J. Riley mriley@shawcowart.com, scole@shawcowart.com

Matthew John Skikos mskikos@skikos.com, dsimon@skikos.com, jtucci@skikos.com

Matthew Lee White mwhite@grayandwhitelaw.com, cjones@grayandwhitelaw.com, kmadaj@grayandwhitelaw.com, mattwhiteatty@aol.com, sethgray@grayandwhitelaw.com

Matthew R. Lopez mlopez@lopezmchugh.com, alopez@lopezmchugh.com, jfernandez@lopezmchugh.com, lhernandez@lopezmchugh.com, mwass@lopezmchugh.com

Matthew R. McCarley mccarley@fnlawfirm.com, filing@fnlawfirm.com, Kchermack@fnlawfirm.com, schulte@fnlawfirm.com

Matthew S. Mokwa mmokwa@maherlawfirm.com, mrayser@maherlawfirm.com

Max Petrunya mpetrunya@peircelaw.com

Melanie J. Garner mgarner@lockslaw.com, gdanzi@lockslaw.com

Melanie Knies Schmickle pharma@swmwlaw.com, melanie@swmwlaw.com

Melissa Mielke mmielke@skikos.com, jtucci@skikos.com

Melissa A. Goodman mag@ciresiconlin.com, alr@ciresiconlin.com

Melissa Fry Hague hague@lawgsp.com, puzzella@lawgsp.com

Merritt Elizabeth Cunningham mcunningham@stagliuzza.com, bwilliams@stagliuzza.com

Michael Heaviside mheaviside@hrzlaw.com, salbers@hrzlaw.com

Michael Stag mstag@smithstag.com, nmartin@smithstag.com

Michael B. Leh mleh@lockslaw.com, ahouchins@lockslaw.com, hschneider@lockslaw.com, jgalzarano@lockslaw.com

Michael Brandon Smith bsmith@cssfirm.com, gstanton@cssfirm.com, kackerman@cssfirm.com

Michael C. Glass mglass@rapplaw.com, cdonovan@rapplaw.com

Michael D. Bell mbell@gallonlaw.com, mwiltshire@gallonlaw.com

Michael E. Gallant michael.gallant@drlawllp.com, ecf@drlawllp.com, rhett.reeves@drlawllp.com

Michael G. Guajardo mguajardo@slackdavis.com, keaton@slackdavis.com

Michael George Phelan mphelan@phelanpetty.com

Michael J. Hart mjhart@scwstl.com

Michael J. Walsh mwalsh@walshwoodard.com, cculmone@walshwoodard.com, mcurran@walshwoodard.com

Michael Jon Ogborn mike.ogborn@omtrial.com, sofia.lewis@omtrial.com

Michael Joseph Quillin quillin@osclaw.com, bates@osclaw.com, patterson@osclaw.com

Michael S. Kruse kruse@ngklawfirm.com, toth@ngklawfirm.com

Michael T. Gallagher donnaf@gld-law.com, pamm@gld-law.com

Michael T. Mertz mmertz@hurley-law.com, ccromydas@hurley-law.com, fverta@hurley-law.com, kdastrup@hurley-law.com, mcondon@hurley-law.com

Michelle L. Tiger mtiger@youmancaputo.com, kkane@youmancaputo.com

Misty Ann Farris mfarris@fnlawfirm.com, cguerra@bencmartin.com

Monte Bond mbond@tautfestbond.com, dkirkwood@tbtorts.com, jglitz@tbtorts.com

Nancy Hersh nhersh@hershlaw.com, general@hershlaw.com

Nancy Ann Mismash nmismash@robertdebry.com, lharper@robertdebry.com

Nathan A. Buttars nate@lowelawgroup.com

Nathan Arvel Duncan nduncan@peckhadfield.com

Nathan Craig Van Der Veer nate@frplegal.com

Nathaniel Kelly Scearcy nscearcy@potts-law.com, etaylor@potts-law.com

Neal Lewis Moskow neal@urymoskow.com, lisa@urymoskow.com

Nicholas Blake Alford Nicholas.Alford@faegredrinker.com, deborah.miller@faegredrinker.com

Nicholas R. Farnolo nfarnolo@napolilaw.com, 2520801420@filings.docketbird.com, dbeltre@nsprlaw.com, fcox@napolilaw.com

Nicholas Shelton Evans nick@kmtrial.com, nick.evans86@gmail.com

Nicole K.H. Maldonado nmaldonado@baumhedlundlaw.com, 6596797420@filings.docketbird.com, denglish@baumhedlundlaw.com, dphillips@baumhedlundlaw.com, fvillatoro@baumhedlundlaw.com, sbeam@baumhedlundlaw.com

Nicole Marie Martell service@ddpalaw.com, nicole@ddpalaw.com

Oluwaseun Adetoun Adeyemi adeyemiseun89@gmail.com

Omar Mark Zamora mark@markzamora.com, cara@markzamora.com, kristia@orlandofirm.com

Pamela A. Borgess pborgess@borgesslaw.com, ebrogan@borgesslaw.com

Patrick H. Garrard pgarrard@bbga.com, 4949990420@filings.docketbird.com, bburgess@bbga.com, kwaters@bbga.com, lpittard@bbga.com, lteall@bbga.com, shill@bbga.com, ttiller@bbga.com, zcraig@bbga.com

Patrick H. Reilly patrick.reilly@faegredrinker.com, dianne.armstroff@faegredrinker.com

Patrick Micheal Regan pregan@reganfirm.com, ekerns@reganfirm.com

Patrick Thomas Fennell patrick@fmtrials.com, carey@fmtrials.com

Paul L. Stoller paul@drlawllp.com, donna.berrios@drlawllp.com, ecf@drlawllp.com, felice.wortman@drlawllp.com, phoenix@drlawllp.com

Paul T. Boudreaux paul@rrbok.com, kelly@rrbok.com

Paul W. Johnson paul@thedriscollfirm.com

Paula S. Bliss pbliss@rc.com

Peter Andrew Miller pmiller@millerdellafera.org, kroach@millerdellafera.org

Peter C. Wetherall pwetherall@wetherallgroup.com, admin@wetherallgroup.com, evelynhaw2017@gmail.com, lolson@wetherallgroup.com

Peter E. Goss pgoss@goss-lawfirm.com, jcampain@goss-lawfirm.com

Peter J. Flowers pjf@meyers-flowers.com, kaz@meyers-flowers.com

Peyton P. Murphy peyton@murphylawfirm.com, courtney@murphylawfirm.com, kacia@murphylawfirm.com, schyler@murphylawfirm.com

Philip A. Pendergrass , Jr philip@schneiderhammers.com

Phillip Bohrer phil@bohrerbrady.com

Rachel Beth Abrams rabrams@levinsimes.com, bsund@levinsimes.com, jcwilletts@levinsimes.com, jjohnson@levinsimes.com

Ramon R. Lopez rlopez@lopezmchugh.com, mwass@lopezmchugh.com

Rand P. Nolen rand_nolen@fleming-law.com, pam_myers@fleming-law.com

Randal A. Kauffman rkauffman@hdhtex.com, lblevins@hdhtex.com

Randi Kassan rkassan@thesandersfirm.com, ivcfilterteam@thesandersfirm.com

Rhett A. McSweeney ram@westrikeback.com, dave@westrikeback.com, filing@westrikeback.com, melanie@westrikeback.com

Richard James Serpe rserpe@serpefirm.com, alex@serpefirm.com

Richard Joseph Plezia efile@rplezialaw.com

Richard Sanford Lewis rlewis@hausfeld.com, adorsey@hausfeld.com

Richard W. Schulte rschulte@yourlegalhelp.com, cartim@yourlegalhelp.com, jgebelle@yourlegalhelp.com

Riley L. Burnett , Jr rburnett@rburnettlaw.com

Robert Bruce Warner bwarner@wvpersonalinjury.com

Robert J. Binstock bbinstock@reichandbinstock.com, atorres@reichandbinstock.com, bblack@reichandbinstock.com, mephron@reichandbinstock.com

Robert J. Fenstersheib rjf@fenstersheib.com, sfl@fenstersheib.com, smh@fenstersheib.com

Robert J. Hills rhills@wjnklaw.com, selliott@wjnklaw.com

Robert John McLaughlin rmclaughlin@hmelegal.com

Robert K. Jenner rjenner@medlawlegalteam.com

Robert Kirtley Finnell cook-ivc@finnellfirm.com

Robert Louis Kinsman robert@krauseandkinsman.com

Robert M. Hammers , Jr rob@schneiderhammers.com, abbie@schneiderhammers.com

Robert Roy Luke legal@lukefirm.com, dbarton@bartonlawgroup.com, info@lukefirm.com, lynee@bartonlawgroup.com, robert@lukefirm.com

Robert Sadler Bailey sbailey@baileygreer.com

Robert T. Naumes , Jr bnaumes@jeffreysglassman.com

Rodrigo R. de Llano rod@dandell.com, ivc@dandell.com

Roger L. Mandel rmandel@jeevesmandellawgroup.com, khill@jeeveslawgroup.com

Ronald Cox rcox@proffittcox.com, nfisher@proffittcox.com

Ronald B. Orlando ronald.orlando@1800law1010.com

Ronald Paul Hart paul@kmtrial.com

Roopal P. Luhana luhana@chaffinluhana.com, aichinger@chaffinluhana.com, cohn@chaffinluhana.com, szumla@chaffinluhana.com

Rosemarie Riddell Bogdan rrbivccook@1800law1010.com, kawivccook@1800law1010.com

Roxell Ann Richards rr@roxellrichards.com, paralegal@roxellrichards.com

Russell Wills Budd rbudd@baronbudd.com, awilson@baronbudd.com

Ryan A. Keane ryan@keanelawllc.com

Ryan Everett Hodge hodgelaw@kansaslaw.com, elaine@kansaslaw.com, frontdesk@kansaslaw.com, records@kansaslaw.com, tricia@kansaslaw.com

Ryan F. Stephan rstephan@stephanzouras.com, adibadj@stephanzouras.com, jortizacosta@stephanzouras.com, jzouras@stephanzouras.com, kbowers@stephanzouras.com, malmeida@stephanzouras.com

Ryan J. Browne ryan@reyeslaw.com, cbarragan@reyeslaw.com

Ryan S. Perlin perlin@bmalawfirm.com, cweidner@bmalawfirm.com

Samuel Mason Wendt sam@wendtlaw.com, micaela@wendtlaw.com

Sander Esserman esserman@sbep-law.com, moore@sbep-law.com

Sandy A. Liebhard liebhard@bernlieb.com, adeng@bernlieb.com, alin@bernlieb.com, Dweck@bernlieb.com

Sarah Ann Wolter sarah.wolter@andruswagstaff.com, gladiola.esparza@andruswagstaff.com, jenni.suhr@andruswagstaff.com

Scott Brady scott@bohrerbrady.com, greta@bohrerbrady.com

Scott Kehlenbrink skehlenbrink@jchildresslaw.com

Scott R. Seideman sseid@seidlaw.com, mhoppe@seidlaw.com

Sean J. Stokes sstokes@riscassidavis.com

Sean T. Keith sean@keithlawgroup.com, kitty@keithlawgroup.com

Seth S. Webb sethw@getbc.com, andeem@getbc.com, lizl@getbc.com, Simones@getbc.com

Shaun M. Cummings scummings@florinroebig.com, ckflorin@florinroebig.com, dewing@florinroebig.com, whf@florinroebig.com

Shawn Gayland Foster sfoster@dbjlaw.net

Sheila M. Bossier sbossier@bossier-law.com

Shezad Malik drmalik@shezadmalik.com

Sindhu S. Daniel sdaniel@gelaw.com, 7290236420@filings.docketbird.com, arol@baronbudd.com, awilson@baronbudd.com, chguerra@baronbudd.com

Sofia E. Bruera sofia@brueralaw.com, melanie@brueralaw.com

Spencer Paul Browne spencer@reyeslaw.com, cbarragan@reyeslaw.com

Stephanie Marie Herrmann smh@fenstersheib.com, ecastro@fenstersheib.com

Stephen Alan Bamberger sbamberger@verizon.net

Stephen B. Caplin sbcaplin@gmail.com, joni_strahl@hotmail.com

Stephen Barnett Murray , Jr smurrayjr@murray-lawfirm.com, cdimaggio@murray-lawfirm.com, dlowell@murray-lawfirm.com, kbeck@murray-lawfirm.com

Steve Schulte schulte@fnlawfirm.com

Steven B. Rotman srotman@hausfeld.com, cryf@hausfeld.com

Steven C. Ruth ivc@getjustice.com, ndavis@getjustice.com

Stuart E. Scott sscott@spanglaw.com, ecampbell@ecf.courtdrive.com, ecampbell@spanglaw.com, pfrietchen@ecf.courtdrive.com, pfrietchen@spanglaw.com, sschebek@ecf.courtdrive.com, sschebek@spanglaw.com, sscott@ecf.courtdrive.com

Stuart F. Cubbon stucubbon@cubbon.com, pcubbon@cubbon.com

Stuart Lee Goldenberg slgoldenberg@goldenberglaw.com, bstellpflug@goldenberglaw.com, chartwig@goldenberglaw.com, csand@goldenberglaw.com

Stuart Marshall Salsbury ssalsbury@salsburysullivanlaw.com, shanley@salsburysullivanlaw.com

T. Aaron Stringer aaron@lowelawgroup.com, tastringer@gmail.com

T. Matthew Leckman mleckman@pbmattorneys.com, jlowe@pbmattorneys.com,

staylor@pbmattorneys.com

TaKeena Monette Thompson Sandifer takeena.sandifer@arlaw.com

Tad Thomas tad@thomaslawoffices.com

Taylor Wright Williams twilliams@advocates.com, TWW53519@creighton.edu

Terence John Sweeney sweeneylawfirm@optonline.net, tsweeneylawfirm@gmail.com

Teresa C. Toriseva justice@torisevalaw.com

Thomas B. Calvert tom@calvertaplc.com, carole@calvertaplc.com

Thomas Christopher Trent ctrent@johnsontrent.com, cking@johnsontrent.com

Thomas Edward Florek tflorek@florekmorganlaw.com, thomasfloreklaw@gmail.com

Thomas H. Terry, III tterry@tterry-law.com

Thomas Matthew Sims tsims@baronbudd.com, chguerra@baronbudd.com

Thomas P. Cartmell tcartmell@wcllp.com, m.goldwasser@wcllp.com

Thomas T. Merrigan tom@sweeneymerrigan.com, tucker@sweeneymerrigan.com

Thomas W. Arbon tarbon@martinbaughman.com, cguerra@martinbaughman.com, tbolton@martinbaughman.com

Timmy K. Goss tim@freeseandgoss.com, brenda@freeseandgoss.com, yvette@freeseandgoss.com

Timothy A. Litzenburg tlitzenburg@millerfirmllc.com, jseldomridge@millerfirmllc.com, kunderwood@millerfirmllc.com

Timothy J. Freiberg freiberglaw@gmail.com

Todd C. Comeaux TC@comeauxlawfirm.com, courtney@murphylawfirm.com, kacia@murphylawfirm.com, schyler@murphylawfirm.com

Todd Eugene Hilton hilton@stuevesiegel.com, mcclellan@stuevesiegel.com, olivas@stuevesiegel.com, perez@stuevesiegel.com, williams@stuevesiegel.com

Todd Mitchell Rubin trubin@finzfirm.com, 6993700420@filings.docketbird.com, efile@finzfirm.com

Tracy Cinocca tcinocca@cinoccalaw.com

Troy A. Brenes tbrenes@breneslawgroup.com, jsabol@breneslawgroup.com

Turner W. Branch tbranch@branchlawfirm.com, afunk@branchlawfirm.com, bleeway@branchlawfirm.com, doshea@branchlawfirm.com, ksmith@branchlawfirm.com, psanchez@branchlawfirm.com

Victoria Redstone Calhoon victoria.calhoon@faegredrinker.com, dezereah.tracy@faegredrinker.com

Virginia T. Applebaum vapplebaum@gathingslaw.com

Wendy R. Fleishman wfleishman@lchb.com, creyes@lchb.com, dleathers@lchb.com, dseltz@lchb.com

Wes Scott Larsen wes@jvwlaw.net

Wesley A. Bowden wbowden@levinlaw.com, tgilbert@levinlaw.com

Wesley D. Merillat wmerillat@charlesboyk-law.com, ljankowski@charlesboyk-law.com

Wilfried Hermann Florin whf@florinroebig.com, CKFlorin@florinroebig.com, DEwing@florinRoebig.com, SCummings@florinroebig.com

Willard Moody will@moodyrrlaw.com, courtney@moodyrrlaw.com, jhogins@moodyrrlaw.com, renee@moodyrrlaw.com

William Cafaro bcafaro@cafaroesq.com, abuzin@buzinlaw.com, nduran@cafaroesq.com

William Curtis bcurtis@curtis-lawgroup.com, jgomez@curtis-lawgroup.com

William Rivera-Alvarez william@masstortslaw.com

William Alton Maxey will@mbllc.com, katy@mbllc.com

William F. Blankenship , III bill@blankenshiplaw.com, rachel@blankenshiplaw.com

William Henry Barfield bill@mcdonaldworley.com, scott@mcdonaldworley.com, trina@mcdonaldworley.com, williambarfield@icloud.com

Wolfgang Mueller wolf@wolfmuellerlaw.com, bobbi@wolfmuellerlaw.com, jan@wolfmuellerlaw.com

Yvonne M. Flaherty ymflaherty@locklaw.com, brgilles@locklaw.com, rnzubiate@locklaw.com

Zachary Paul McFarlane zmcfarlane@fittslawfirm.com, vmena@fittslawfirm.com

Zainab Tarique ztarique@waterskraus.com, ddaily@waterskraus.com

**1:14-ml-02570-RLY-TAB Notice has not been electronically mailed to:**

BARD PERIPHERAL VASCULAR, INC.

C.R. BARD, INC.


COOK CANTON, LLC


COOK DENMARK HOLDING APS


COOK POLYMER TECHNOLOGY


DOES I-XXX


RAPID CITY REGIONAL HOSPITAL, INC.


ROE CORPORATIONS XXI-XL


ANDREA MADDOCK


ANNIE JOHNSON


Adam Daniel Pollock
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

Alex Barlow
SHRADER & ASSOCIATES, LLP
3900 Essex Lane, Suite 390
Houston, TX 77027

Allison Mullins
MULLINS DUNCAN HARRELL & RUSSELL, PLLC
300 N. GREENE ST., STE. 2000
GREENSBORO, NC 27401

Altom M. Maglio
MAGLIO CHRISTOPHER & TOALE, PA
1605 Main Street
Suite 710
Sarasota, FL 34236

Amir M. Kahana
AMIR M. KAHANA, P.C.
3 Hutton Centre Drive, Suite 685
Santa Ana, CA 92707

Analisa Del Pozo
Johnson Law Group
2925 Richmond Avenue., Suite 1700
Houston, TX 77098

Andrea Rae Rust
Fulmer Sill PLLC
1101 N BROADWAY STE 102
OKLAHOMA CITY, OK 73103

Anna Emem Imose
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Anthony James Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Ashley Crowell
Dalimonte Rueb Stoller LLP - Phoenix, AZ
2425 E Camelback Rd., Ste. 500
Phoenix, AZ 85016

Audrey M. Snyder
Ward Black Law
208 W. Wendover Avenue
Greensboro, NC 27401

BAILIE DAVIS

BESSIE BELL

BILL MILLER

BOBBY MALUGIN

BRENDA WARFIELD

Blake George Tanase
P.O. BOX 674551
MARIETTA, GA 30006

Bradford Joe Gilde
Johnson Law Group
2925 Richmond Avenue Suite 1700
Houston, TX 77098

Bria A Hanlon
Atkins & Markoff
9211 N Lake Hefner Parkway
Suite 104
Oklahoma City, OK 73120

Brian David Nettles
Law Offices of Brian D. Nettles, Ltd.
1389 Galleria Dr., Ste. 200
Henderson, NV 89014

Brian J. Urban
LAW OFFICES OF ANTHONY URBAN, P.C.
474 N. Centre Street, 3rd Floor
Pottsville, PA 17901

Brian John Perkins
MEYERS & FLOWERS, LLC
3 N. 2nd Street
Suite 300
St. Charles, IL 60174

Brian L. Kinsley
CRUMLEY ROBERTS, LLP
2400 FREEMAN MILL RD., STE. 200
GREENSBORO, NC 27406

Brian S. Franciskato
Nash & Franciskato Law Firm
2300 Main Street, Suite 170
Kansas City, MO 64108

C Timothy Reynolds
Steed Dunnill Reynolds Bailey Stephenson LLP
One Horizon Ridge
1010 W Ralph Hall Pkwy, 2nd Floor
Rockwall, TX 75032

CHERYL MCCALL
13602 Ramona Drive
Wittier, CA 90602

CHRIS A. MCDONALD


CYNTHIA GUZMAN


Caleb B. David
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339

Caleb Hoff Didriksen , III
Didriksen Law Firm, PLC
3114 Canal Street
New Orleans, LA 70119

Cameron M. McCormick
MCCORMICK LAW FIRM, PLLC
408 Convent Aveue
Pascagoula, MS 39568

Caren I Friedman
505 Cerrillos Rd. Suite A209
Santa Fe, NM 87501

Carl A Woods , III
Didriksen Law Firm
3114 Canal Street
New Orleans, LA 70119

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057

Cassidy M. Stalley
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Chafica A. Singha
Singha Law Group
P.O. Box 56424
St. Petersburg, FL 33732

Christian F Pereira
Christian F Pereira Law Offices
249 East Ocean Boulevard Suite 814
Long Beach, CA 90802

Christopher Lashier


Christopher Jordon Nassar
Rodolf & Todd
401 S BOSTON AVE STE 2000
TULSA, OK 74103

Christopher R. Turner
Christopher R. Turner PLLC
801 N. Magnolia Ave. Suite 204
Orlando, FL 32803

Cliff W. Marcek
Cliff W. Marcek, P.C.
700 S. Third St.
Las Vegas, NV 89101

Colette Jeanine McEldowney
Dalimonte, Rueb, Stoller LLP
CA
515 S. Figueroa Street
Suite 1550
Los Angeles, CA 90071

Curtis Hoke
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

DANIEL CANNON


DARIN HARVEY


DAVID BENHART


DAVID JORDAN


DAWN KEEFER


DEAN S. MOLIN


DONALD K RUFFING, SR

DONNA GRACE STEPHENS


DOROTHY CUSHLEY


DOUGLAS HILLIARD


Dana Lizik
Johnson Law Group
2925 Richmond Ave - Ste 1700
Houston, TX 77098

Daniel P Markoff
Atkins and Markoff
9211 Lake Hefner Pkwy
Suite 104
Oklahoma City, OK 73120

Daniel Robert Sanders
Law Offices of Daniel R Sanders
3298 Summit Blvd., Suite 32
Pensacola, FL 32503

David Arquimides Ortez
Johnson Law Group - Houston
2925 Richmond Ave, Suite 1700
Houston, TX 77098

David Carl Anderson
Anderson Law
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102

David J Britton
LAW OFFICE OF DAVID J BRITTON
2209 N 30TH ST
STE 4
TACOMA, WA 98403

David L Selby , II
BAILEY & GLASSER, LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244

David Lewis Shuman
SHUMAN MCCUSKEY & SLICER

P. O. Box 3953
Charleston, WV 25339

David R. Barney , Jr
THOMPSON BARNEY
2030 Kanawha Boulevard, East
Charleston, WV 25311-2204

David T. Sirotkin
MORELLI LAW FIRM PLLC
777 THIRD AVENUE
31ST FLOOR
NEW YORK, NY 10017

David W. Shelton
DAVID SHELTON, ATTORNEY AT LAW
P. O. Box 2541
Oxford, MS 38655

Dawn M. Barrios
BARRIOS, KINGSDORF, & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650

Debra Tedeschi Varner
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Donald McFarland

Douglas R Hafer
Curnutt & Hafer
101 E Park Row Dr
Arlington, TX 76010

EDITH SOUTHERN

ENOCH SURLES

Edmond C. Chakmakian
LAW OFFICES OF EDMOND C. CHAKMANIAN, P.C.
200 Motor Parkway, Suite A3
Hauppauge, MY 11788

Elijah Dale Adkins , III
Bekman Marder and Adkins LLC

300 W Pratt St Ste 450
Baltimore, MD 21201

Elizabeth A. Chiappetta
Robert Peirce & Associates, P.C.
2500 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Elizabeth Middleton Burke
Richardson Patrick Westbrook and Brickman LLC
PO Box 1007
1037 Chuck Dawley Boulevard
Building A
Mt Pleasant, SC 29465

Ephraim Samuel Geisler
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street
Suite 200
Pensacola, FL 32502

Evan M Zucker
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

Fabrice N. Vincent
LIEFF CABRASER HEIMANN AND BERNSTEIN LLP
Embarcadero Center West
275 Battery Street 29th Floor
San Francisco, CA 94111-3339

GLEN OTIS

GREGORY DENTON

Gladys Proa Santana
Meyers & Flowers, LLC
3 N. Second Street
Suite 300
St. Charles, IL 60542

Glen R. Thomas
BIGHORN LAW
331 South Rio Grande Street
Suite 200
Salt Lake City, UT 84101

Grace Phillips Chandler
Motley Rice
28 Bridgeside Boulevard
Charleston, SC 29403

HEIDI OUBRE


HELENA SMITH


HOLLY MCKEITHEN


HUGH COCKRUM


Heather K. D'Onofrio
THE D'ONOFRIO FIRM
10 BEATTY ROAD
SUITE 200
MEDIA, PA 19063

Howard D Ruddell
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

ISAAC HARBARGER


Iveliz Lizy Cardenas-Santiago
Matthews Assoc
2905 Sackett St
Houston, TX 77098

JENNIE CASTROMAN


JERRY COCHRAN


JERRY D. IKNER


JESSICA REYNOLDS


JOANN BOZE

JOHN CORNEW
409 E Maple Ave
Lindenwold, NJ 08021

JOHN NEUMEYER

JUAN CORSINO

JUAN F. TURCIOS
01790019
a/k/a Eric F. Santiago
Texas Department of Criminal Justice
3 Jester Road
Richmond, TX 77406

JUDY T. SALAS

Jade M. Ruiz
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098

James Rosemergy
8235 Forsythe Blvd., #1100
St. Louis, MO 63105

James R. Olson
Olson, Cannon, Gormley, Angulo & Stoberski
9950 West Cheyenne Avenue
Las Vegas, NV 89129-

Jami S. Oliver
OLIVER LAW OFFICE
7240 Muirfield Drive
Ste. 120
Dublin, OH 43017

Jamie Rae Rutkoski
Kassel McVey
1330 Laurel Street
Columbia, SC 29202

Jason J. Thompson
Sommers Schwartz, P.C.
One Towne Square
Suite 1700
Southfield, MI 48076

Jay Harris
Harris, Reny & Torzewski
3rd Floor
Two Maritime Plaza
Toledo, OH 43604

Jeanne Louise St. Romain
The Cheek Law Firm
650 Poydras Street
Suite 2310
New Orleans, LA 70130

Jeffrey R. Harris
Harris Lowry Manton, LLP - S. Ga
410 E. Broughton Street
Savannah, GA 31401

Jennifer M Andrews
Naman Howell Smith & Lee LLC
306 Wst 7th Street, Suite 405
Fort Worth, TX 76102-4911

Jesse Bernheim
Bernheim Dolinsky Kelley, LLC
1936 S. Andrews Avenue
Fort Lauderdale, FL 33316

Jessica Lee Gooding
Goings Law Firm LLC
1510 Calhoun Street
Columbia, SC 29201

John Daniel Kassel
John D Kassel Law Firm
PO Box 1476
Columbia, SC 29202

John F McCormick , Jr
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

John Pinckney Harloe , III
FREESE & GOSS PLLC
3031 Allen Street
Dallas, TX 75204

John Salvatore Serpe
SERPE JONES ANDREWS CALLENDER & EU

2929 Allen Pkwy.
Suite 1600
Houston, TX 77019


Johnny Johnson


Jonathan M. Hoffman
MB Law Group, LLP
117 SW Taylor St.
Suite 200
Portland, OR 97204

Jonathan S. Mann
PITTMAN DUTTON & HELLUMS, P.C.
2001 Park Place North
Suite 1100
Birmingham, AL 35203

Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 3rd Avenue North
Franklin, TN 37064

Joseph I. Giarrusso , III
Barrios Kingsdorf & Casteix, LLP
701 Poydras St.
Suite 3650
New Orleans, LA 70139

Joseph R. Froetschel
Gismondi & Associates, P.C.
310 Grant Street
700 Grant Building
Pittsburgh, PA 15219

Joseph R. Joy , III
Joseph Joy & Associates
P. O. Box 4929
900 S. College Road
Ste 204
Lafayette, LA 70502

Joshua M. Neuman
POGUST MILLROOD, LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428


Joshua P. Berrett

BIGHORN LAW
716 S JONES BLVD
LAS VEGAS, NV 89107

Julie L. Rhoades
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

Justin Anthony Browne
Ketterer, Browne & Anderson, LLC
336 S. Main Street
Bel Air, MD 21014

Justin Ross Kaufman
Durham, Pittard & Spalding, L.L.P.
505 Cerrillos Rd.
Suite A 209
Santa Fe, NM 87501

Justin Tyler Bailey
Sanders Law Firm LLC-Colorado Springs
31 North Tejon Street
Suite 400
Colorado Springs, CO 80903

KAREN HOLLOWAY

KAREN HUNTER TEEMLEY

KEVIN BANKS

KIMBERLY ROBERTS
22 Pine Street
Mt. Holly, NJ 08060

KIMBERLY JO CHAMPAGNE-HERNANDEZ

KRISTEN STOKELY

Katelyn Elizabeth Richardson
Johnson Law Group
2925 Richmond Avenue
Suite 1700
Houston, TX 77098

Katherine E. Charonko
Bailey & Glasser, LLP - Charleston
209 Capitol St.
Charleston, WV 25301

Kevin L. Edwards
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street
Suite 100
Dallas, TX 75204

Kristine K. Kraft
SCHLICHTER AND BOGARD
100 S. Fourth Street
Suite 900
St. Louis, MO 63102

LEOBARDO LOPEZ GUZMAN

LESLIE NICHOLS

LINDA PASCHAL

LISA PARSONS

Laura A. Feldman
FELDMAN & PINTO
30 S. 15th STREET
SUITE 15TH FLOOR
PHILADELPHIA, PA 19102

Leslee Nicole Haas
Johnson, Trent & Taylor, LLP
919 Milam
Suite 1700
Houston, TX 77002

Lindsey A. Cheek
650 Poydras Street
Suite 2310
New Orleans, LA 70130

Lizy Santiago
ABRAHAM, WATKINS, NICHOLS, SORRELS, MATTHEWS & FRIEND
800 Commerce St.
Houston, TX 77002

Lonnie R. Braun
Thomas Braun Bernard & Burke, LLP
4200 Beach Drive
Suite 1
Rapid City, SD 57702

MARGARITA RIVERA


MARSHALL KEEFER, JR


MARTHA FERNANDEZ


MICHAEL BRANHAM


Marc G. Cowden
Sheuerman, Martini, Tabari, Zenere & Garvin
1033 Willow Street
San Jose, CA 95125

Matthew Dumont Clark
FAEGRE BAKER DANIELS LLP (CO)
3200 WELLS FARGO CENTER
1700 LINCOLN ST
DENVER, CO 80203

Max E. Corrick
Olson, Cannon, Gormley & Desruisseaux
9950 West Cheyenne Avenue
Las Vegas, NV 89129

Maya G Brenes
Brenes Law Group PC
16A Journey Suite 200
Long Beach, CA 90802

Megan E. Douglass
Douglas Leonard & Garvey PC
14 South St, Ste 5
Concord, NH 03301

Melanie A. Hill
Melanie Hill Law PLLC
520 S. 7th Street, Suite A
Las Vegas, NV 89101

Melinda Davis Nokes

Weitz & Luxenberg
1880 Century Park East
Suite 700
Los Angeles, CA 90067

Michael A. Yoshida
MB Law Group, LLP
117 SW Taylor St.
Suite 200
Portland, OR 97204

Michael Andrew Burns
MOSTYN LAW - HOUSTON TX
3810 W ALABAMA STREET
HOUSTON, TX 77027

Michael Anthony Secret
MCNEER HIGHLAND MCMUNN & VARNER
P. O. Drawer 2040
Clarksburg, WV 26302-2040

Michael Franklin Smith
McAfee & Taft (Tulsa)
TWO W SECOND ST STE 1100
TULSA, OK 74103

Michael G. Daly
POGUST BRASLOW & MILLROOD LLC
161 Washington Street
Suite 940
Conshohocken, PA 19428

Michael J. Williams
Cellino & Barnes
350 Main Street
2500 Main Place Tower
Buffalo, NY 14202

Michael Lee Carr
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Molly Catherine Long
Schneider Hammers
5555 Glendridge Connector, Suite 975
Atlanta, GA 30342

NATHAN HADDAD

Nathan Craig VanDerVeer
Goldasich Vick & Fulk
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203

Nathaniel Thomas Smith
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Nicholas Graham
Lopez McHugh LLP
100 Bayview Circle
Suite 5600
Noewport Beach, CA 92660

Nicole G Andrews
Serpe Jones Andrews Callender & Bell
2929 Allen Parkway
Suite 1600
Houston, TX 77019

PATRICIA ASHFORD


PATRICIA DIBERARDO


PAULA PETERSEN


Paula McDaniel


Paula S. Bliss
Kelley Bernheim Dolinsky LLC
4 Court Street
Plymouth, MA 02360

Pedro de la Cerda
Edwards and de la Cerda PLLC
3031 Allen Street Suite 100
Dallas, TX 75204

Peter De La Cerda
EDWARDS & DE LA CERDA, PLLC
3031 Allen Street, Suite 100
Dallas, TX 75204

Peter D. Friday

FRIDAY & COX, LLC
1405 McFarland Road
Pittsburgh, PA 15216

Peter S. Christiansen
Christiansen Law Offices
810 S. Casino Center Boulevard
Suite 104
Las Vegas, NV 89101

Peter Thomas Anderson
Ketterer, Browne & Anderson
11951 Freedeom Drive, 13th Floor
Reston, VA 20190

Philip Sholtz
THE DRISCOLL FIRM, P.C.
211 N. Broadway
40th Floor
St. Louis, MO 63102

Philip Thomas Edwards
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Phillip Alexander Chu
WEINSTEIN CAGGIANO PLLC
600 UNIVERSITY STREET, STE 1620
SEATTLE, WA 98101

R. Todd Terry
Christiansen Law Offices
810 S. Casino Center Boulevard
# 104
Las Vegas, NV 89101

RODNEY LEWIS PRICE

RONALD G. FETCHKO

RYBURN V. ANDERSON

Raeann Warner
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200

P. O. Box 1271
Wilmington, DE 19899

Rhett Conlon Parker
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Richard A Capshaw
Capshaw & Associates
3500 Maple Avenue, Suite 1100
Dallas, TX 75219

Richard A. Freese
LANGSTON SWEET & FREESE PA
The Morgan Keegan Center
2900 Highway 280 Suite 240
Birmingham, AL 35223

Robert Fredrick Goings
Goings Law Firm LLC
1510 Calhoun Street
Columbia, SC 29201

Robert J. Nelson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339

Robert R. Hearn
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Roland K Tellis
BARON AND BUDD PC
15910 Ventura Boulevard Suite 1600
Encino, CA 91436

Rosalind Bienvenu
Durham, Pittard & Spalding, L.L.P.
505 Cerrillos Rd.
Suite A 209
Santa Fe, NM 87501

Rosemary Pinto
Feldman and Pinto

30 South 15th Street, 15th Floor
PHILADELPHIA, PA 19102

Russell Warren Lewis , IV
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098

SANDRA MICHEAU

SHAN TAYLOR

SHARON J. ARDIZZONE

STANLEY ATKINS

SYLVIA SMITH

Sharon Carlstedt Britton
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311

Stephen Grant Daniel
Dalimonte Rueb Stoller LLP
225 Ottley Drive NE
Suite 110
Atlanta, GA 30324

Steven Ernest Holden
Holden & Montejano
15 E 5TH ST STE 3900
TULSA, OK 74103

Steven J. Oberg
Lynn, Jackson, Shultz & Lebrun, PC
PO Box 8250
Rapid City, SD 57709-8250

Steven R. Maher
MAHER GUILEY AND MAHER
631 West Morse Blvd., #200
Winter Park, FL 32789

TERRY WARR


THOMAS MARCINIAK


TIMOTHY BEASLEY


TRALVE W. BASS


Tarifa Belle Laddon
Faegre Baker Daniels LLP
11766 Wilshire Boulevard Suite 750
Los Angeles, CA 90025

Taylor Alexander Cates
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103

Taylor Christopher Bartlett
Heninger Garrison Davis
2224 First Ave N
Birmingham, AL 35203

Tedd E. Bean
10751 S. Saginaw
Suite G
Grand Blanc, MI 48439

Terence R. Quinn
GOODSELL QUINN, LLP
246 Founders Park Dr., Suite 201
P.O. Box 9249
Rapid City, SD 57709-9249

Theile Branham McVey
John D Kassel Law Firm
PO Box 1476
Columbia, SC 29202

Theodore Clayton Sherwood
Sherwood & McCormick
15 W 6TH ST STE 2112
TULSA, OK 74119

Thomas E. Westbury
Law Office of Tom Westbury

Suite 623
479 East Paces Ferry Road
Atlanta, GA 30305

Tim K Goss
Freese & Goss PLLC
3500 Maple Ave., Suite 1100
Dallas, TX 75219
United Sta

Timothy C Bolton
Law Offices of Ben C. Martin
3710 Rawlins Street
Suite 1230
Dallas, TX 85219

Timothy E. Grochocinski
NELSON BUMGARDNER ALBRITTON P.C.
15020 S. Ravinia Ave.
Suite 29
Orland Park, IL 60462

Timothy P. Lupardus
LUPARDUS LAW OFFICE
P. O. Box 1680
Pineville, WV 24874-1680

VINCENT WALTON

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

W. Douglas Easton
Easton & Easton, LLP
650 Town Center Drive
Suite 1850
Costa Mesa, CA 92626

WESLEY KNAPP

WILLIAM BURNETTE

WILLIAM BENTON EDWARDS

Walter F Harris , III
Harris Law Firm LLC
115 River Landing Drive
Suite 102
Charleston, SC 29492

Whitney J. Butcher
WHITLEY LAW FIRM
2424 GLENWOOD AVE., STE. 201
RALEIGH, NC 27608

William Hawal
Spangenberg, Shibley & Liber, LLP
1001 Lakeside Avenue East
Suite 1700
Cleveland, OH 44114-3400

Wilnar Jeanne Julmiste
ANDERSON GLENN LLP - BOCA RATON FL
2201 NW Corporate Blvd
STE 100
Boca Raton, FL 33431

ZACKARIAH ALAN ALBRECHT

Zachary Logan Wool
Barrios, Kingsdorf & Casteix, LLP
One Shell Square
701 Poydras St.
Suite 3650
New Orleans, LA 70139-3650

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=3/26/2021] [FileNumber=7495306-0]
[4fd93d10ebabc395556244493401e7b691ade4c45a239e236ec610ec66bcafefd2f9e
fe898a2fe666cfffb951c25f5602d579b42af6c8c7490084ffbb2fa6964]]
**Document description:**Exhibit A - Case List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP insdStamp_ID=989432984 [Date=3/26/2021] [FileNumber=7495306-1]
[10cfb1f5b9782f8fc734448c049df23a259ea0592f07058447e692520b9601201a0bc
181786fc0475a6b549c31518d9d4dfb2b98971ab3cca69bd4af820c9a9c]]
**Document description:**Exhibit B - Affidavit of Blake Angelino
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP insdStamp_ID=989432984 [Date=3/26/2021] [FileNumber=7495306-2]
[0ae49fbec65fb6163cc188c5244954c0635d177e1e0c3b18664a07d69b20b371476a1
630a99a5c6efa4449ebe694fa05610de9db79a27efc3fe7daded82d455f]]