IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Scott Allen Haner

Civil Case #: 1:17-cv-03744-RLY-TAB

_____

## ORDER OF DISMISSAL

This cause came before the court upon the parties' Stipulation of Dismissal With Prejudice and the court having considered said stipulation and being duly advised in the premises, same is now GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

**IT IS SO ORDERED** this _____ day of August 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
SOUTHERN DISTRICT OF INDIANA