UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ENTRY FOR JULY 29, 2021

### RICHARD L. YOUNG, JUDGE

The parties appeared for a monthly status conference and motions hearing. Plaintiffs' Leadership Committee appeared by Ben Martin, Joe Williams, Mike Heaviside, and Dave Matthews; the Cook Defendants appeared by Jessica Cox, Steve Bennett, Bruce Jones, and Kip McDonald; Plaintiffs Zachary Bennett and Diondrae Boone appeared by Justin Gaithright.

*Motions Hearing:*

After hearing argument from counsel, the following motions are **UNDER ADVISEMENT**:

(1) Cook's Motion for Judgment in Plaintiff Zachary Bennett's Case (Filing No. 18050); and

(2) Cook's Motion for Judgment in Plaintiff Diondrae Bonne's Case Pursuant to CMO-28 (Filing No. 18026).

1

### *Status Conference:*

(1)    The court heard brief argument on Cook's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment (Filing No. 18314). That motion remains **UNDER ADVISEMENT**.

(2)    The parties exercised **bellwether strikes** for Category 5 and 6 cases pursuant to the Fifth Amended CMO #27.

### Category 5:[1]

Plaintiffs struck #244, Whitney Tucker, 1:19-cv-3546; and

Cook struck # 222, Ernie R. Scott, 1:20-cv-196.

### Category 6:

Plaintiffs struck

#123, Claudette Clark, 1:18-cv-2614;

#347, Ruth Justice, 1:20-cv-2042; and

#567, James Robinson, 1:19-cv-3620.

Cook struck

#70, Deborah & William Bourassa, 1:18-cv-3824;

#90, Jennifer Burdick, 1:20-cv-1397; and

#678, Jasper Thibodeaux, 1:20-cv-24.

---

[1] At the hearing, the PLC informed the court that #109, Scott Allen Haner, 1:17-cv-3744 plans to file a stipulation of dismissal with prejudice.

The PLC and Cook shall each submit a brief by **Monday, August 23, 2021** which contains their positions on why cases should or should not be selected as bellwether cases. The brief shall not be more than 10 pages long.

**SO ORDERED** this 2nd day of August 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.