IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

DENNIS PURVIS and SYLVIA PURVIS, Plaintiffs

Civil Case# 1:20-cv-02726-RLY-TAB

**ORDER GRANTING DISMISSAL WITH PREJUDICE – SYLVIA PURVIS ONLY**

The Court has considered the SYLVIA PURVIS'S Stipulation of Dismissal With Prejudice. Doc. [19458].

**IT IS ORDERED** that SYLVIA PURVIS's Stipulation of Dismissal (Doc. [19458]) is **granted.**

SYLVIA PURVIS's claims only, are hereby dismissed with prejudice. Costs of Court shall be taxed against the party incurring same.

Dated this 2nd day of August, 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record