> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 02, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
Phillip Jones
Civil Case No. 1:15-cv-01677

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO CMO 28

COMES NOW, Plaintiff, Phillip Jones, by and through the undersigned counsel, pursuant to paragraph 5(a) of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1:15-cv-01677. This case was not voluntarily dismissed in accordance with paragraph (2) as the Court had not yet made its rulings on discovery and fraudulent concealment. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: July 16, 2021

Respectfully submitted,

/s/ Rhett A. McSweeney
Rhett A. McSweeney
David M. Langevin
**MCSWEENEY LANGEVIN LLC**
2116 2nd Ave South
Minneapolis, Minnesota 55404
Telephone: (612) 746-4646
Facsimile: (612) 454-2678
Email: ram@westrikeback.com
        dave@westrikeback.com

**ATTORNEYS FOR PLAINTIFFS**