APPROVED.  Case is dismissed with prejudice.
Dated:  Aug 02, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to:<br><br>Nelda Hedges, Case No.: <u>1:16-cv-1107</u> | **NOTICE OF VOLUNATRY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against all Defendants with each party to bear its own costs.

Dated: July 27, 2021

/s/ Michael D Bell
Michael D. Bell, Esq.
Gallon, Takacs & Boissoneault, Co., LPA
1450 Arrowhead Drive
Maumee, OH 43537
Telephone:  (419) 843-2001
Facsimile:  (419) 843-8022
Email: mbell@gallonlaw.com

*Attorney for Plaintiff*