> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 02, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to:<br><br>Andrew J Myers, Case No.: <u>1:16-cv-1108</u> | **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against all Defendants with each party to bear its own costs.

Dated: July 27, 2021

>  */s/ Michael D Bell*
> Michael D. Bell, Esq.
> Gallon, Takacs & Boissoneault, Co., LPA
> 1450 Arrowhead Drive
> Maumee, OH 43537
> Telephone:  (419) 843-2001
> Facsimile:  (419) 843-8022
> Email: mbell@gallonlaw.com
>
> ***Attorney for Plaintiff***