IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
James Furnas and Carol Furnas
1:18-cv-1519

## SUGGESTION OF DEATH

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff James Furnas, whose death occurred on July 23, 2019.

/s/Michael S. Kruse
Michael S. Kruse, E.D. Mo. Bar # 57818MO
**NIEMEYER, GREBEL & KRUSE, LLC**
211 N. Broadway, Suite 2950
St. Louis, MO 63102
Telephone: (314) 241-1919
Facsimile: (314) 665-3017
kruse@ngklawfirm.com

*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 4th day of August, 2021, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse