# Exhibit A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS

S427

Apr 13 2020

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-20-055694

1. LEGAL NAME OF DECEASED (include AKAs, if any) (First, Middle, Last): RAFE ALLEN PHARRIS
2. DATE OF DEATH: FEBRUARY 5, 2020
3. SEX: MALE
4. DATE OF BIRTH: [redacted]
5. AGE-Last Birthday (Years): 59
6. BIRTHPLACE: LUFKIN, TX
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE'S NAME: LINDA FORNEY
10a. RESIDENCE STREET ADDRESS: [redacted]
10c. CITY OR TOWN: VICTORIA
10d. COUNTY: VICTORIA
10e. STATE: TEXAS
10f. ZIP CODE: 77904
10g. INSIDE CITY LIMITS: Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: DAVID CHARLES PHARRIS
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: GEORGIA BENTON
13. PLACE OF DEATH: IF DEATH OCCURRED IN A HOSPITAL - Inpatient
14. COUNTY OF DEATH: VICTORIA
15. CITY/TOWN, ZIP: VICTORIA, 77901
16. FACILITY NAME: CITIZENS MEDICAL CENTER
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: LINDA FORNEY PHARRIS - WIFE
18. MAILING ADDRESS OF INFORMANT: [redacted]
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: RONNY D. YOUNG, BY ELECTRONIC SIGNATURE - 8780
22. PLACE OF DISPOSITION: EAST TEXAS CREMATORY
23. LOCATION: LONGVIEW, TX
24. NAME OF FUNERAL FACILITY: GIPSON FUNERAL HOME
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 1519 S. CHESTNUT, LUFKIN, TX 75901
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: PETER NGUYEN, BY ELECTRONIC SIGNATURE
     DATE: MARCH 31, 2020
     LICENSE: K4757
     TIME: 09:08 AM
     TITLE OF CERTIFIER: MD
31. PRINTED NAME, ADDRESS OF CERTIFIER: PETER NGUYEN, 2710 HOSPITAL DR. STE. 108, VICTORIA, TX 77904

33. PART 1. CAUSE OF DEATH:
   a. IMMEDIATE CAUSE: [redacted]
   b. [redacted]
   c. UNDERLYING CAUSE: [redacted]

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Yes

---

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED: Apr 14 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND