IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)
 Rafe Pharris_____

 Civil Case # 1:18-cv-1207_____

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE
## FIRST AMENDED SHORT FORM COMPLAINT

Linda Forney Pharris, as Dependent Administrator of the Estate of Rafe Pharris, deceased,

by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure

25(a)(1), respectfully moves the Court to substitute Linda Forney Pharris, as Dependent

Administrator of the Estate of Rafe Pharris (deceased), for Plaintiff Rafe Pharris and grant leave

to file the attached First Amended Short Form Complaint. In support of this Motion, movant states

as follows:

1.      Plaintiff Rafe Pharris filed a Short Form Complaint for this action in this Court on

April 20, 2018.

2.      All active Defendants have been served with process pursuant to Second Amended

Case Management Order No. 6 (CMO 6). On or about April 20, 2018, Defendants Cook, Inc.,

et al., were served by the Court's electronic filing system with the Complaint and Request for

waiver of service.

3.      On February 5, 2020, Plaintiff Rafe Pharris passed away from injuries not related

to the IVC filter at issue. *See* Death Certificate (DN 19531-1).

1

4.       Rafe Pharris' action against Defendants survives his death and is not extinguished. *See* Tex. Civ. Prac. & Rem. Code §71.021.

5.       Linda Forney Pharris, decedent's surviving spouse, has now been appointed as the Dependent Administrator for the Estate of Rafe Pharris. *See* Order Granting Letters of Administration and Appointing Linda F. Pharris as Dependent Administrator of the Estate of Rafe A. Pharris, Victoria County, July 8, 2021 (attached as Exhibit A).

6.       Plaintiff's counsel filed the Suggestion of Death contemporaneously herewith (see DN 19531).

7.       Plaintiff thus moves to substitute Linda Forney Pharris, as Dependent Administrator of the Estate of Rafe Pharris, deceased, as Plaintiff in the present action.

8.       Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Linda Forney Pharris, as Dependent Administrator of the Estate of Sharon Miller, deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Rafe Pharris is now deceased.

9.       A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Linda Forney Pharris, as Dependent Administrator of the Estate of Rafe Pharris, deceased, as Party Plaintiff for Rafe Pharris; (2) the Court grant leave to file the attached First Amended Short Form Complaint;

and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A

proposed Order is attached hereto.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, a copy of the foregoing was served electronically and

notice of the service of this document will be sent to all parties by operation of the Court's

electronic filing system to the CM/ECF participants registered to receive service in this matter.

Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*