# Exhibit A

Received 7/8/2021 7:49 AM
Heidi Easley
County Clerk
Victoria County, Texas
By: Ronnie Orsak

CAUSE NO. 1-18746

| | | |
|---|---|---|
| IN RE THE ESTATE OF | § | IN THE COUNTY COURT AT LAW |
| | § | |
| RAFE A. PHARRIS | § | VICTORIA COUNTY, TEXAS |
| | § | |
| DECEASED | § | COURT NO. 1 |

ORDER GRANTING LETTERS OF ADMINISTRATION

On this day the Court heard the Application for Dependent Administration and Issuance of Letters of Administration filed by LINDA F. PHARRIS in the Estate of Rafe A. Pharris, Deceased ("Decedent").

The Court heard the evidence and reviewed the Application and the other documents filed herein and finds that the allegations have been given in the manner and for the length of time required by law; that Decedent is dead and that four years have not elapsed since the date of Decedent's death; that this Court has jurisdiction and venue of the Decedent's estate; that there exists a need for Administration; that Applicant is the surviving wife of the Decedent, that Applicant is not disqualified from serving and should be appointed as the Dependant Administrator that no interested person has applied for the appointment of appraisers and none are deemed necessary by the Court.

The Court further finds that there is a need for legal representation on the part of the estate of Rafe A. Pharris as there is currently pending a personal injury/product liability claim and wrongful death claim, and that Layne Stackhouse, and the firm of Shader and Associates, L.L.P., of Houston Texas, should be appointed to represent the estate in pursuit of the personal

njury/product liability claim. The Court further finds that a bond is necessary in the amount of $ 1000.00        .

It is therefore ORDERED that LINDA F. PHARRIS is appointed as the Dependant Administrator of the Estate of RAFE A. PHARRIS, and the Clerk of this Court is ORDERED to together with the Application, in the Minutes of this Court.

It is ORDERED a bond is required in the amount of $ One thousand dollars ($ 1,000.    .00), shall be posted, and that upon the taking and filing of the Oath required by law, and the posting of the bond, Letters of Administration shall issue to LINDA F. PHARRIS who is appointed as the Dependent Administrator of Estate.

It is further ORDERED, that Layne Stackhouse and the lawfirm of Shader and Associates, L.L.P., of Houston Texas is approved as the attorney for the estate in pursuit of the wrongful death and personal injury/product liability claim.

It is further ORDERED that the need for appraisers is hereby waived.

SIGNED this ____8____ day of July, 2021.

Signed: 7/8/2021 10:29 AM

_____
JUDGE PRESIDING

Filed July 8, 2021      11:23am
Heidi Easley
County Clerk
Victoria County, Texas
By: Novosad, Theresa