AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| RICHARD HUNT, JR. on behalf of the decedent SARAH HUNT ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:21-cv-06489 |
| COOK INCORPORATED, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs Richard Hunt and decedent Sarah Hunt                                                                                  .

Date:   08/04/2021

s/ Monte Bond
*Attorney's signature*

Monte Bond- Texas Bar No. 02585625
*Printed name and bar number*

Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254

*Address*

mbond@tautfestbond.com
*E-mail address*

(214) 617-9998
*Telephone number*

(214) 853-4281
*FAX number*