IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Rafe Pharris

Civil Case # 1:18-cv-1207

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Linda Forney Pharris' Motion to Substitute herself, as Dependent Administrator of the Estate of Rafe Pharris, deceased, as Party Plaintiff for Rafe Pharris and Leave to File a First Amended Short Form Complaint (Filing No. 19532).  Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Linda Forney Pharris, as Dependent Administrator of the Estate of Rafe Pharris, is hereby substituted as Party Plaintiff for Rafe Pharris in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed.  the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

SO ORDERED

Date: 8/5/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.