UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

HEIDI ANTONACCI

Case No. 1:21-cv-1958-RLY-TAB

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Heidi Antonacci ("Plaintiff") by and through her counsel of record, and files this motion for leave to file her First Amended Short Form Complaint. In support thereof, Plaintiff states as follows:

1) On July 5, 2021, Plaintiff filed a Short Form Complaint, which alleged claims arising from a Cook Celect Vena Cava Filter implanted on February 23, 2015. A copy of Plaintiff's Short Form Complaint is attached hereto as "Exhibit A."

2) Plaintiff's medical records indicate that the filter implanted on February 23, 2015, was a Cook Celect Platinum filter.

3) Plaintiff's proposed Amended Short Form Complaint is attached hereto as "Exhibit B."

4) The Amended Short Form Complaint asserts claims arising from the implantation of the Cook Celect Platinum filter. *See* Exhibit B, at ¶10.

5)      Plaintiff's amendment of paragraph 10 is the only change in the proposed Amended Short Form Complaint.

WHEREFORE, based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiffs motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Dated:  August 5, 2021                              Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

Attorney for Plaintiff Heidi Antonacci

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 /s/  Benjamin A. Bertram
                                                 Benjamin A. Bertram