# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
HEIDI ANTONACCI

Civil Case # 1:21-cv-1958

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants
named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document
213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Heidi Antonacci

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Nevada

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Nevada

6.  Plaintiff's/Deceased Party's current state of residence:

    Nevada

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court, District of Nevada, Las Vegas Division

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑   Cook Incorporated

    ☑   Cook Medical LLC

    ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑   Diversity of Citizenship

    ☐   Other:_____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 1-28

    b.  Other allegations of jurisdiction and venue:

    N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☐         Günther Tulip® Vena Cava Filter

   ☑         Cook Celect® Vena Cava Filter

   ☐         Gunther Tulip Mreye

   ☐         Cook Celect Platinum

   ☐         Other:

   _____

11. Date of Implantation as to each product:

   February 23, 2015
   _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   **Mountain View Hospital - Las Vegas, Nevada**
   _____

   _____

13. Implanting Physician(s):

   Kelly Gardner, M.D.
   _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑   Count I:      Strict Products Liability – Failure to Warn

   ☑   Count II:     Strict Products Liability – Design Defect

   ☑   Count III:    Negligence

   ☑   Count IV:     Negligence Per Se

☑    Count V:      Breach of Express Warranty

☑    Count VI:     Breach of Implied Warranty

☑    Count VII:    Violations of Applicable __Nevada_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count VIII:   Loss of Consortium

☐    Count IX:     Wrongful Death

☐    Count X:      Survival

☑    Count XI:     Punitive Damages

☐    Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

☐    Other:        _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Benjamin A. Bertram

   _____

16. Address and bar information for Attorney for Plaintiff(s):

4

2345 Grand Boulevard, Suite 1925

Kansas City, Missouri 64108

Missouri Bar # 56945

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

***Counsel for Plaintiff***