IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gregory S. Dyson  1:17-cv-02853-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Gregory S. Dyson, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal *with prejudice* of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instant action, Civil Action Number 1:17-cv-02853-RLY-TAB (filed on August 20, 2017). This dismissal is pursuant to ¶3 of Case Management Order 28 – Screening for Time-Barred Cases ("CMO 28") (Dkt. 14601). In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

|  |  |
|---|---|
|  | Respectively submitted, |
| Dated: August 5, 2021 | */s/ Paul L. Stoller*<br>Paul L. Stoller<br>(Admitted *Pro Hac* Vice, AZ Bar No. 016773)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 888-2807<br>Fax: (855) 203-2035<br>paul@drlawllp.com<br><br>*Lead Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/ Paul L. Stoller*
                                              Paul L. Stoller