# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>*Shaylee Nelson and Jacob Nelson. v. Cook Medical, LLC. et al; 1:16-cv-2179* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO CMO 28

COMES NOW, Plaintiffs Shaylee and Jacob Nelson, by and through the undersigned counsel, pursuant to Case Management Order 28, "Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1: 16-cv-2179. In accordance with CMO 28, each party will bear its own costs and attorney's fees.

Dated this 6th day of August, 2021

Respectfully submitted,

/s/ George T. Williamson
George T. Williamson
**FARR, FARR, EMERICH, HACKETT,
CARR AND HOLMES, P.A.**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: 941-639-1158
Fax: 941-639-0028
Email: gwilliamson@farr.com

*Attorney for Plaintiffs*