> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 10, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

LaToya S. Lewis-Jones  1:17-cv-02858-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff LaToya S. Lewis-Jones, by and through her undersigned counsel, respectfully gives notice of the voluntary dismissal *with prejudice* of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instant action, Civil Action Number 1:17-cv-02858-RLY-TAB (filed on August 20, 2017).  This dismissal is pursuant to ¶3 of Case Management Order 28 – Screening for Time-Barred Cases ("CMO 28") (Dkt. 14601).  In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectively submitted,

Dated: August 5, 2021

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Lead Counsel for Plaintiff*