# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Marano, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:21-cv-00231-RLY-TAB<br><br>**Order on Stipulation of Dismissal With Prejudice** |

Considering the parties' Stipulation of Dismissal with Prejudice of Marano, et al.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Marano, et al. against Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:21-cv-00231-JPH-DLP) are dismissed in their entirety with prejudice as to the refiling of same and each party shall bear its own costs.

Date: _____

_____
Richard L. Young
United States District Judge