UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to the Following Cases:

Diondrae Boone and April McLilly, 1:19-cv-02047

_____

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiffs.

**SO ORDERED** this 11th day of August 2021.


Roger Sharpe, Clerk
United States District Court                               _____
                                                            RICHARD L. YOUNG, JUDGE
_____                              United States District Court
By: Deputy Clerk                                            Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.