# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB<br>§ MDL No. 2570<br>§ |
| This Document Relates to Plaintiff:<br><br>Miguel Cuevas,<br><br>       Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>       Defendants. | § Case No.  1:20-cv-00792-RLY-MPB<br>§<br>§<br>§ **Order on Stipulation of Dismissal**<br>§ **With Prejudice**<br>§<br>§<br>§<br>§<br>§ |

Considering the parties' Stipulation of Dismissal with Prejudice of Miguel Cuevas.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Miguel Cuevas against Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:20-cv-00792-RLY-MPB) are dismissed in their entirety with prejudice as to the refiling of same and each party shall bear its own costs.

Date: 8/11/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record