IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Roberta M. Durant

Civil Case # 1:21-cv-06507-RLY-TAB

**NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  08/11/2021 | */s/ Paul L. Stoller* <br> Paul L. Stoller <br> (Admitted Pro Hac Vice, AZ Bar No 016773) <br> DALIMONTE RUEB STOLLER LLP <br> 2425 E. Camelback Rd., Suite 500 <br> Phoenix, Arizona 85016 <br> Tel: (602) 888-2807 <br> Fax: (855) 203-2035 <br> Email:  paul@drlawllp.com |

## CERTIFICATE OF SERVICE

     I hereby certify that on August 11, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller
