IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    DENNIS TURGUN
    1:21-cv-06528-RLY-TAB

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff DENNIS TURGUN

Dated: August 11, 2021.

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin, Bar No. 13052400
                                                    **Martin Baughman, PLLC**
                                                    3141 Hood Street, Suite 600
                                                    Dallas, TX 75219
                                                    Telephone: (214) 761-6614
                                                    Facsimile: (214) 744-7590
                                                    bmartin@martinbaughman.com

                                                    ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 11, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                        */s/ Ben C. Martin*
                                                        Ben C. Martin