UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

DENNIS TURGUN
1:21-cv-06528-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the Plaintiff in the above referenced action and respectfully requests this Court permit the withdrawal of Wesley A. Bowden, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A., as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1. Ben C. Martin and Thomas W. Arbon, of Martin Baughman, PLLC, 3141 Hood Street, Suite 600, Dallas, TX 75219 entered their appearances as counsel on behalf of Plaintiff, Dennis Turgun on August 11, 2021.

2. Plaintiff will not be prejudiced by the withdrawal because he will continue to be represented by Counsel Ben C. Martin and Thomas W. Arbon, of Martin Baughman, PLLC.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorney Wesley Bowden, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A. to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

*/s/ Wesley A. Bowden*
Wesley A. Bowden FL Bar No. 0064217
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
wbowden@levinlaw.com
850-435-7186
850-436-6186 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Wesley A. Bowden*
Wesley A. Bowden FL Bar No. 0064217
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
wbowden@levinlaw.com
850-435-7186
850-436-6186 (fax)