UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    DENNIS TURGUN
    1:21-cv-06528-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Wesley A. Bowden and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED. Ben C. Martin and Thomas W. Arbon of Martin Baughman, PLLC, have entered appearances for the Plaintiff, Dennis Turgun.

**IT IS HEREBY ORDERED** that Wesley A. Bowden of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.

 

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana