UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION             MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Galloway, Keely, 1:21-cv-01174

_____

**DEFENDANTS' MOTION FOR JUDGMENT IN
PLAINTIFF KEELY GALLOWAY'S CASE PURSUANT TO CMO-28**

Under Fed. R. Civ. P. 12(c) and CMO-28 (Dkt. 14601, ¶¶ 4-7), Cook moves for judgment

in Plaintiff's case as time-barred under the applicable statute of repose.

1.  <u>Plaintiff's Name</u>:  Keely Galloway[1]

2.  <u>Case Number</u>:  1:21-cv-01174

3.  <u>Case Origin</u>:  Filed in the Southern District of Indiana on May 11, 2021

4.  <u>Plaintiff's Home State per Complaint</u>: Tennessee (Plaintiff's current residence, location of injury, and residence at time of filter placement)

5.  <u>Applicable Statute of Repose</u>:  Tennessee (10 years), Tenn. Code Ann. 29-28-103(a) ("Any action against a manufacturer or seller of a product for injury to person or property caused by its defective or unreasonably dangerous condition must be brought . . . within ten (10) years from the date on which the product was first purchased for use or consumption . . . .").

6.  <u>Placement Date (latest possible date of purchase)</u>:  March 25, 2009 (*see* Plaintiff's Amended Short-Form Complaint, ¶ 11)

7.  <u>Length of time Between Filter Placement and Filing</u>:  12 years, 1 month, 16 days

---

[1] Cook refers to Ms. Galloway as "Plaintiff" due to the singular language used in the structure of the Short-Form Complaint.  Plaintiff's spouse, William Galloway, is a Co-Plaintiff on a loss of consortium claim, and this motion seeks dismissal of his derivative claims as well.

## **BRIEF ARGUMENT**

Plaintiff's claims are barred by the Tennessee statute of repose because she filed her action more than 10 years after the initial sale of the filter, a sale that could not have occurred any later than the date of the filter's placement.  Under the Court's prior orders addressing the Tennessee statute of repose, all of Plaintiff's claims are barred.[2]  *See* Dkt. 4918 (dismissing all of the Tennessee plaintiffs' claims and rejecting arguments that filter cases involve a latent injury and constitutionality arguments raised by those plaintiffs); Dkt. 14426 (same); Dkt. 18470 (same); *see also Wyatt v. A-Best Prods. Co.*, 924 S.W.2d 98, 102 (Tenn. Ct. App. 1995) ("Because a statute of repose sets the triggering event as something other than accrual, it can have the effect of barring a plaintiff's claim before it accrues, most typically before the plaintiff becomes aware of his or her injury.").

Nor would a claim of fraudulent concealment save Plaintiff's claims.  Plaintiff's Short-Form Complaint does not raise any fraudulent concealment allegations in addition to those found insufficient in the Master Complaint, so the allegations fail.  *See* Dkt. 15907, at 2 (holding that the Master Complaint fails to state a plausible claim for fraudulent concealment).  And even if Plaintiff could and were to raise additional fraudulent concealment allegations, such allegations would not save her case because fraudulent concealment does not toll the products liability statute of repose under Tennessee law.  *Damron v. Media Gen., Inc.*, 3 S.W.3d 510, 513 (Tenn. Ct. App. 1999).

For the foregoing reasons, the Court should dismiss Plaintiff's case with prejudice.

---

[2] This includes Mr. Galloway's loss-of-consortium claim, as the claim is derivative.

Respectfully submitted,

Dated:  August 16, 2021

/s/ Andrea Roberts Pierson
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2021, a copy of the foregoing **DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF KEELY GALLOWAY'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson