**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND             Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION              MDL No. 2570

_____

This Document Relates to the Following Actions:

Case No. 1:18-cv-03371 (Parton)
Case No. 1:19-cv-01167 (Sykes)

_____

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN
UNDER SEAL EXHIBIT 9 TO THE COOK DEFENDANTS' REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal **Exhibit 9 [Dkt. No. 19558]** to the Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment [Dkt. No. 19557].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibit 9 [Dkt. No. 19558]** to the Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment [Dkt. No. 19557] **is ordered to be maintained** *under seal.*

SO ORDERED this ____ day of _____, 2021.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.