IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:18-cv-03371-RLY-TAB    Parton
    1:19-cv-01167-RLY-TAB    Sykes

## **ORDER**

This matter is before the Court on the Cook Defendants' motion [Filing No. 19691] to maintain under seal Exhibit 9 [Filing No. 19558] to the Cook Defendants' Reply Memorandum in Support of Motion for Summary Judgment. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), the Cook Defendants' basis for moving to seal this document is to protect the medical privacy of Plaintiff David McDermitt in another Cook MDL case, *McDermitt v. Cook Incorporated et al*, No. 1:18-cv-946-RLY-TAB (S.D. Ind.). The Cook Defendants set forth in their motion good cause for maintaining the requested filing under seal, at least until consent is obtained to release the private health information contained in the document. [Filing No. 19691, at ECF p. 3-4.] Therefore, the Cook Defendants' motion [Filing No. 19691] is granted.

Date: 8/18/2021

                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana