IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   Robert A. Roe and Irma Roe

Civil Case # 1:21-cv-6515

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Robert A. Roe and Irma Roe

Date:   August 18, 2021

/s/ Michael J. Quillin
*Attorney's signature*

Michael J. Quillin   #61877MO
*Printed name and bar number*

1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
St. Louis, MO 63117
*Address*

quillin@osclaw.com
*E-mail address*

(314) 405-9000
*Telephone number*

(314) 833-3073
*FAX number*