IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff

    TERESA A. WASSERSTROM
    1:19-cv-04914-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Plaintiff TERESA A. WASSERSTROM

| | |
|---|---|
| Dated: August 19, 2021. | */s/ Thomas Wm. Arbon*<br>Thomas Wm. Arbon, Bar No. 01284275<br>**Martin Baughman, PLLC**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Telephone: (214) 761-6614<br>Facsimile: (214) 744-7590<br>tarbon@martinbaughman.com<br><br>***Attorney for Plaintiff*** |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                        */s/ Thomas Wm. Arbon*
                                                                        Thomas Wm. Arbon