IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 23, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Shaylee Nelson and Jacob Nelson. v. Cook Medical, LLC. et al; 1:16-cv-2179*

Civil No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO CMO 28

COMES NOW, Plaintiffs Shaylee and Jacob Nelson, by and through the undersigned counsel, pursuant to Case Management Order 28, "Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully give notice of voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1: 16-cv-2179. In accordance with CMO 28, each party will bear its own costs and attorney's fees.

Dated this 6th day of August, 2021

Respectfully submitted,

/s/ George T. Williamson
George T. Williamson
**FARR, FARR, EMERICH, HACKETT, CARR AND HOLMES, P.A.**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: 941-639-1158
Fax: 941-639-0028
Email: gwilliamson@farr.com

*Attorney for Plaintiffs*