## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Marano, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>        Defendants. | § § § § § § § § § § § § § | Case No.  1:21-cv-00231-RLY-TAB<br><br>**Order on Stipulation of Dismissal With Prejudice** |

Considering the parties' Stipulation of Dismissal with Prejudice of Marano, et al.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Marano, et al. against Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:21-cv-00231-RLY-TAB) are dismissed in their entirety with prejudice as to the refiling of same and each party shall bear its own costs.

Date:    8/23/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record