# FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

) MDL NO. 1:14-ml-2570-
) RLY-TAB
)
)

## MOTION TO WITHDRAW NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Melissa Little**
**Civil Case#: 1:18-cv-02422**

**COMES NOW THE** Plaintiff, **MELISSA LITTLE,** through her attorneys the law firm of MUSSIN & SCANLAND, PLLC and by her respective attorney Jerard M. Scanland, and hereby makes this Plaintiff Counsel's Motion To Withdraw Notice Of Suggestion Of Death stating the following:

1. Plaintiff's Counsel is representing Plaintiff in a multi-district litigation matter currently pending in the Federal District Court for the Southern District of Indiana.

2. Plaintiff's Counsel learned sometime in April of Melissa Little's death.

3. Plaintiff's Counsel immediately contacted Plaintiff's husband and advised that an estate would need to be opened here in Michigan nominating him as the personal representative of his deceased wife's estate.

4. A petition was immediately filed and approximately three months later, Plaintiff's husband's petition seeking authority to allow him to act as the personal representative of his deceased wife was granted.

5. Following the grating of the petition, Plaintiff's Counsel then sought to file Notice Of Suggestion Of Death in the Federal District Court for the Southern District of Indiana.

6. Plaintiff's Counsel did in fact file said notice on August 24, 2021.

7. On August 25, 2021, attorney Scanland received a phone call from the Court Clerk advising the wrong date of Plaintiff's death was reflected in the document.

8. The document attached here as Exhibit A, reflects a date of death for the Plaintiff of August 26, 2021 rather than April 26, 2021.

9. This was a scrivener's error made as clearly the date of death should have been April.

10. Plaintiff's Counsel now seeks leave of the court to withdraw the Notice Of Suggestion Of Death as attached herein in an effort to permit Plaintiff's Counsel the opportunity to file a corrected Notice Of Suggestion Of Death.

11. A proposed Order permitting leave to withdraw the errant document is attached here as Exhibit B.

**WHEREFORE,** Plaintiff's Counsel respectfully requests this Honorable Court permit him to withdraw the errant Notice Of Suggestion Of Death, and further permit him leave to file a corrected Notice Of Suggestion Of Death reflecting the correct date of Plaintiff's death.

**DATED:** August 25, 2021    Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

By: _____
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com

# FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) |

## PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF COUNSEL'S MOTION TO WITDRAW NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Melissa Little**
**Civil Case#: 1:18-cv-02422**

**COMES NOW THE** Plaintiff, **MELISSA LITTLE,** through her attorneys the law firm of MUSSIN & SCANLAND, PLLC and by her respective attorney Jerard M. Scanland, and hereby makes this Plaintiff's Brief In Support Of Plaintiff Counsel's Motion To Withdraw Notice Of Suggestion Of Death stating the following:

Plaintiff's Counsel will rely on the above referenced information set forth in his motion above and does not believe a briefing is necessary to assist the Court in determining whether to provide Plaintiff's Counsel leave to withdraw his errant Notice Of Suggestion Of Death.

**WHEREFORE,** Plaintiff's Counsel respectfully requests this Honorable Court permit him to withdraw the errant Notice Of Suggestion Of Death, and further permit him leave to file a corrected Notice Of Suggestion Of Death reflecting the correct date of Plaintiff's death.

**DATED:** August 25, 2021         Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

By: _____
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com