# EXHIBIT A.

# FEDERAL DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-<br>)RLY-TAB<br>)<br>) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Melissa Little**
**Civil Case#: 1:18-cv-02422**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Melissa Little. Plaintiff Melissa Little died on or about August 26, 2021.

Dated: August 24, 2021            Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

By: _____
JERARD M. SCANLAND (P74992)
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com