# EXHIBIT B.

# FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) |

## PROPOSED ORDER PERMITTING PLAINTIFF'S COUNSEL LEAVE TO WITHDRAW NOTICE OF SUGGESTION OF DEATH

Plaintiff's Counsel having sought leave of the Court to file a corrected Notice Of Suggestion Of Death and this Honorable Court having granted leave:

**IT IS HEREBY ORDERED** that Plaintiff Counsel's Notice Of Suggestion Of Death reflecting an August 26, 2021 date of Plaintiff' death is hereby withdrawn and stricken from the record. Plaintiff is hereby granted leave to file a corrected Notice Of Suggestion of Death.

Date:

_____

**FEDERAL DISTRICT COURT JUDGE**