**APPROVED.** Case is dismissed with prejudice.
Dated: Aug 25, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Walter McCloskey, 1:20-cv-01381

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel, on behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case as to this docket number only 1:20-cv-01381 against Defendants, Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS, with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

By: /s/ *William H. Barfield*
William H. Barfield,
TX Atty No. 24031725
Scott Fraser
MCDONALD WORLEY, PC 1770
St. James Place, Suite 100 Houston,
Texas 77056
Telephone: (713) 523-5500
Facsimile: (713) 523-5501
bill@mcdonaldworley.com
scott@mcdonaldworley.com
*Attorneys for Plaintiff*

Dated: August 18, 2021

By: /s/ *Jessica Benson Cox*
FAEGRE BAKER DANIELS LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreBD.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: August 18, 2021