APPROVED.  Case is
dismissed with prejudice.
Dated:  Aug 25, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

**IN RE: COOK MEDICAL, INC., IVC FILTERS**
**MARKETING, SALES PRACTICES AND**                    **Case No.: 1:14-ml-2570-RLY-TAB**
**PRODUCTS LIABILITY LITIGATION MDL**
**NO. 2570**

_____

**This Document Relates to Plaintiff(s)**

**KRISTY TAMAYO, Civil Case#: 1:17-cv-2212**

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

/s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton LLP
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165
don@hwnn.com
Attorney for Plaintiff


/s/ Jessica Benson Cox
Jessica Benson Cox
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jessica.cox@faegredrinker.com
Attorney for Defendants