# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   ) See attached list of cases pending in master docket 1:14-ml-2570-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Ramon R. Lopez | Ramon R. Lopez |
| **Law Firm, Company, and/or Agency:** | Lopez McHugh LLP | Lopez McHugh LLP |
| **Address:** | 100 Bayview Circle, Suite 5600<br>Newport Beach, CA 92660 | 120 Vantis Drive, Suite 430<br>Aliso Viejo, CA 92656 |
| **Primary E-mail:** | rlopez@lopezmchugh.com | rlopez@lopezmchugh.com |
| **Secondary E-mail(s):** | lhernandez@lopezmchugh.com | lhernandez@lopezmchugh.com |
| **Telephone Number:** | (949) 737-1501 | (949) 737-1501 |
| **Facsimile:** | (949) 737-1504 | (949) 737-1504 |

Date: 08/25/2021         s/ Ramon R. Lopez

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.

**Attachment 1**

| Last Name: | First Name: | Docket No.: |
|---|---|---|
| Tasker | Jackie | 1:14-cv-00139-RLY-TAB |
| Carter | Elfredia | 1:14-cv-01209-RLY-TAB |
| Hibble | Robert | 1:14-cv-01579-RLY-TAB |
| Willinsky | Joseph | 1:14-cv-01971-RLY-TAB |
| Arsanto | Lindsey | 1:14-cv-02130-RLY-TAB |
| Brady | Robert | 1:14-cv-06000-RLY-TAB |
| Beddell | Joyce | 1:15-cv-00246-RLY-TAB |
| Enright | Theodore | 1:15-cv-00248-RLY-TAB |
| Figart | Shirley | 1:15-cv-00250-RLY-TAB |
| Griffey | Lisa | 1:15-cv-00256-RLY-TAB |
| Mingo | Michael | 1:15-cv-00258-RLY-TAB |
| Schierer | Sally | 1:15-cv-00414-RLY-TAB |
| Vixay | Timothy | 1:15-cv-00525-RLY-TAB |
| Halatek | Julie | 1:15-cv-00595-RLY-TAB |
| Gurmu | Michael (dec'd) | 1:15-cv-01388-RLY-TAB |
| Osgood | Joseph | 1:15-cv-01543-RLY-TAB |
| Dixon | Lucillia | 1:15-cv-01635-RLY-TAB |
| Spavold | Patricia | 1:15-cv-01793-RLY-TAB |
| Reynolds | Jessica | 1:15-cv-01794-RLY-TAB |
| White | Jeffery | 1:15-cv-01905-RLY-TAB |
| Tramble | Nichelle | 1:15-cv-06025-RLY-TAB |
| Kelley | Melissa | 1:16-cv-00159-RLY-TAB |
| Skinner | Jesse | 1:16-cv-00268-RLY-TAB |
| Kuljanin | Marija | 1:16-cv-00278-RLY-TAB |
| Palmer | Lewis | 1:16-cv-00286-RLY-TAB |
| Exterkamp | Laura | 1:16-cv-00460-RLY-TAB |
| Merkel | Steven | 1:16-cv-00484-RLY-TAB |
| Lauterbach | Michael | 1:16-cv-00488-RLY-TAB |
| Eason | Ron | 1:16-cv-00498-RLY-TAB |
| Jones | Dana | 1:16-cv-00703-RLY-TAB |
| Convery | David | 1:16-cv-00848-RLY-TAB |
| DeJesus | Ramon | 1:16-cv-00959-RLY-TAB |
| Edmond | Timothy | 1:16-cv-01029-RLY-TAB |
| Dinkins | Lakita | 1:16-cv-01114-RLY-TAB |
| Satberry | A. J. | 1:16-cv-01119-RLY-TAB |
| Boling | Megan | 1:16-cv-01308-RLY-TAB |
| McComb | Carl | 1:16-cv-01379-RLY-TAB |
| Williams | Denise | 1:16-cv-01394-RLY-TAB |

| | | |
|---|---|---|
| Riggs | Patricia | 1:16-cv-01669-RLY-TAB |
| Avilez | Christopher | 1:16-cv-01782-RLY-TAB |
| Erickson | Susan A. | 1:16-cv-01783-RLY-TAB |
| Gearheart | Katie B. | 1:16-cv-01929-RLY-TAB |
| Clift | Barry (Estate of) | 1:16-cv-01953-RLY-TAB |
| Smith | Norma | 1:16-cv-01982-RLY-TAB |
| Odell | Ella | 1:16-cv-02167-RLY-TAB |
| Lena | Brent | 1:16-cv-02219-RLY-TAB |
| Ghaith | Hani | 1:16-cv-02230-RLY-TAB |
| Smith | Madelyn (deceased) | 1:16-cv-02282-RLY-TAB |
| Heintzman | Donald | 1:16-cv-02420-RLY-TAB |
| Witkus | Kenneth (deceased) | 1:16-cv-02941-RLY-TAB |
| Alford | Kristeena | 1:16-cv-02977-RLY-TAB |
| Baker | Vivette | 1:16-cv-02978-RLY-TAB |
| McBride | Mary | 1:16-cv-02979-RLY-TAB |
| Teamer | Corey | 1:16-cv-03016-RLY-TAB |
| McComas | Carissa | 1:16-cv-03033-RLY-TAB |
| Carman | Robert | 1:16-cv-03129-RLY-TAB |
| Clay | Ricardo | 1:16-cv-03262-RLY-TAB |
| Beasley | Joe Billy | 1:17-cv-00213-RLY-TAB |
| Meredith | Barbara | 1:17-cv-00638-RLY-TAB |
| Brown | Dorothy | 1:17-cv-00761-RLY-TAB |
| Luu | Jason | 1:17-cv-00991-RLY-TAB |
| Morris | Andrea | 1:17-cv-01010-RLY-TAB |
| Graham | Erin | 1:17-cv-01143-RLY-TAB |
| Francis | Cheryl B. | 1:17-cv-01185-RLY-TAB |
| Sosa | Pablo | 1:17-cv-01210-RLY-TAB |
| Rajendran | Nalini | 1:17-cv-01247-RLY-TAB |
| Bowie | Donald | 1:17-cv-01270-RLY-TAB |
| White | Kristen | 1:17-cv-01476-RLY-TAB |
| Mindt | Fallon | 1:17-cv-01496-RLY-TAB |
| Pennewill | Joan | 1:17-cv-01499-RLY-TAB |
| Taylor | Daniel | 1:17-cv-01501-RLY-TAB |
| Fallis | Joshua | 1:17-cv-01504-RLY-TAB |
| Glover | Eric | 1:17-cv-01506-RLY-TAB |
| Burton | Victoria | 1:17-cv-01669-RLY-TAB |
| Shankie | Robert | 1:17-cv-01902-RLY-TAB |
| Smith | Melissa | 1:17-cv-02068-RLY-TAB |
| Armstrong | Jayne | 1:17-cv-02196-RLY-TAB |
| Wagner | Mary | 1:17-cv-02240-RLY-TAB |
| Torres | Manuel | 1:17-cv-02289-RLY-TAB |
| Little | Joey | 1:17-cv-02403-RLY-TAB |

| | | |
|---|---|---|
| Benton, Jr. | Robert | 1:17-cv-02404-RLY-TAB |
| Knoss | Jessica | 1:17-cv-02481-RLY-TAB |
| Lopez | Christine | 1:17-cv-03030-RLY-TAB |
| Sanchez | William | 1:17-cv-03067-RLY-TAB |
| Garcia | Penelope | 1:17-cv-03086-RLY-TAB |
| Dykes | Robert | 1:17-cv-03191-RLY-TAB |
| Froelich | William | 1:17-cv-03207-RLY-TAB |
| Brown | Bonnie Jean | 1:17-cv-03332-RLY-TAB |
| Hoye | Arthur | 1:17-cv-03353-RLY-TAB |
| Gibson | Lora | 1:17-cv-03694-RLY-TAB |
| Acosta | Michelle | 1:17-cv-04086-RLY-TAB |
| Hutchinson | Sharon Ann | 1:17-cv-04087-RLY-TAB |
| Clark | Sheron | 1:17-cv-04624-RLY-TAB |
| Dobbins | Violet | 1:17-cv-04645-RLY-TAB |
| Koch | Luanna (Estate of) | 1:17-cv-04649-RLY-TAB |
| Boshardy | Roxanne | 1:17-cv-04686-RLY-TAB |
| Myers | Greg | 1:17-cv-04754-RLY-TAB |
| Mycek | Carolyn | 1:18-cv-00042-RLY-TAB |
| Hatten | Patrick | 1:18-cv-00326-RLY-TAB |
| Greene | Lawrence | 1:18-cv-00598-RLY-TAB |
| Clarke | Violet (Estate of) | 1:18-cv-00645-RLY-TAB |
| Powell | Sharon | 1:18-cv-01245-RLY-TAB |
| Silvia | Eric | 1:18-cv-01281-RLY-TAB |
| Vezina | Karen | 1:18-cv-01511-RLY-TAB |
| Reynolds | George | 1:18-cv-01672-RLY-TAB |
| Wilborn | Shebry | 1:18-cv-01759-RLY-TAB |
| Gunter | Desiree | 1:18-cv-01870-RLY-TAB |
| Hughes | Tammy | 1:18-cv-02068-RLY-TAB |
| Wilson | Monica | 1:18-cv-02069-RLY-TAB |
| Bason | Luvenia | 1:18-cv-02145-RLY-TAB |
| Ullom | Morris | 1:18-cv-02325-RLY-TAB |
| Hunter | Kenneth | 1:18-cv-02339-RLY-TAB |
| Foster | Nettie | 1:18-cv-02851-RLY-TAB |
| Sjomeling | Katherine | 1:18-cv-03013-RLY-TAB |
| Ulmer | Drake | 1:18-cv-03027-RLY-TAB |
| Coulston | John | 1:18-cv-03348-RLY-TAB |
| Cain | Holly | 1:18-cv-03480-RLY-TAB |
| Belfield | Bruce | 1:18-cv-03799-RLY-TAB |
| Seidler-Brenna | William Roy | 1:18-cv-04086-RLY-TAB |
| Martinez | Keniel Leonardo | 1:18-cv-04088-RLY-TAB |
| Kreblin | Marilyn L. | 1:19-cv-00207-RLY-TAB |
| Gonzalez | Ana Maria | 1:19-cv-00567-RLY-TAB |

| Murphy | Patrick | 1:19-cv-00644-RLY-TAB |
|---|---|---|
| Dietrich | Patricia | 1:19-cv-02412-RLY-TAB |
| Riggins | Ashley | 1:19-cv-02415-RLY-TAB |
| Bennett | James | 1:19-cv-02738-RLY-TAB |
| Jones | Barbara | 1:19-cv-03805-RLY-TAB |
| Jumper | Ruth | 1:19-cv-04487-RLY-TAB |
| Johnson | Darrell | 1:20-cv-00602-RLY-TAB |
| Gammoh | Ziad | 1:21-cv-06401-RLY-TAB |
| Wiseman | Joan | 1:16-cv-06041-RLY-TAB |