IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
   Doyle R. Smith, Sr.

Civil Case # 1:21-cv-6534

# APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Doyle R. Smith, Sr.

Date:   August 26, 2021

/s/ Michael J. Quillin
*Attorney's signature*

Michael J. Quillin     #61877MO
*Printed name and bar number*

1034 S. Brentwood Blvd., 23rd Floor, PH 1-A
St. Louis, MO 63117
*Address*

quillin@osclaw.com
*E-mail address*

(314) 405-9000
*Telephone number*

(314) 833-3073
*FAX number*