> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 25, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to:<br><br>Juanita J. Beverly, Case No.: <u>1:17-cv-1353</u> | **NOTICE OF VOLUNATRY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against all Defendants with each party to bear its own costs.

Dated: August 16, 2021

/s/ Michael D Bell
Michael D. Bell, Esq.
Gallon, Takacs & Boissoneault, Co., LPA
1450 Arrowhead Drive
Maumee, OH 43537
Telephone: (419) 843-2001
Facsimile: (419) 843-8022
Email: mbell@gallonlaw.com

*Attorney for Plaintiff*