IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Melissa Little, Case No. 1:18-cv-02422-RLY-TAB

**ORDER GRANTING MOTION TO WITHDRAW FILING NO. 19730
NOTICE OF SUGGESTION OF DEATH**

Plaintiff's Counsel having sought leave of the Court to file a corrected Notice of Suggestion of Death (Filing No. 19748) and this Honorable Court having granting leave:

IT IS HEREBY ORDERED that Plaintiff's Counsel's Notice of Suggestion of Death reflecting an August 26, 2021 date of Plaintiff's death (Filing No. 19730) is hereby withdrawn and stricken from the record.  Plaintiff is hereby granted leave to file a corrected Notice of Suggestion of Death in this matter.

Date: 8/26/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.