IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Wheeler, Joyce, 1:21-cv-01771

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile his/her case in the Southern District of Indiana. If Plaintiff refiles his/her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

| | |
|---|---|
| By: /s/ John T. Kirtley , III | By: /s/ Kip S.M. McDonald |
| John T. Kirtley , III | FAEGRE DRINKER BIDDLE & REATH |
| FERRER POIROT & WANSBROUGH | Kip S.M. McDonald |
| 2603 Oak Lawn Avenue, Suite 300 | 300 North Meridian, Suite 2500 |
| P.O. Box 199109 | Indianapolis, IN 46204 |
| Dallas, TX 75219 | Tel: (317) 237-0300 |
| 214-521-4412 | Fax: 317-237-1000 |
| Fax: 866-513-0115 | Email: Kip.McDonald@FaegreDrinker.com |
| Email: jkirtley@lawyerworks.com | |
| | *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |
| Counsel for *Plaintiff* | |
| Dated: August 27, 2021 | Dated: August 27, 2021 |