# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Adrienne L. Turner  1:21-cv-06527-RLY-TAB

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

                                  Respectively submitted,

Dated: 8/27/21

          */s/ Paul L. Stoller*
          Paul L. Stoller
          (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
          **DALIMONTE RUEB STOLLER, LLP**
          2425 E. Camelback Road, Suite 500
          Phoenix, Arizona 85016
          Tel: (602) 888-2807
          Fax: (855) 203-2035
          paul@drlawllp.com

          *Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Paul L. Stoller*
                                                Paul L. Stoller