UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
Michael Bruen
Civil Case No. 1:17-cv-1413-RLY-TAB

## MOTION TO WITHDRAW

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Michael Bruen, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel will withdraw from representation of Plaintiff on August 31, 2021.

2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on August 2, and 13, 2021.

3. Counsel's withdrawal is based on Rule 1.15. (b) (a), Texas Rules of Disciplinary Conduct:

    (a) a client insists upon pursuing an objective with which the lawyer has fundamental disagreement;

    (b) the representation will result in an unreasonable financial burden on the lawyer.

4. Michael Bruen's current address, phone number and email address are:

    91 Brewster Hill Rd.

    Brewster NY 10509

    845-661-5729

    mikeb285@hotmail.com

5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

1

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief.

Dated this 27th day of August, 2021.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, a copy of the foregoing **MOTION TO WITHDRAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiff, Michael Bruen, was served via email and regular mail.

/s/John T. Kirtley, III
John T. Kirtley, III

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF TEXAS

DALLAS COUNTY

Before me, the undersigned authority, on this day, personally appeared, John T. Kirtley, III, who, personally known by me, was sworn and stated, under oath, the following:

"My name is John T. Kirtley, III. I am over the age of 18 years, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

I am a lawyer with the law firm of Ferrer, Poirot & Wansbrough. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct."

Further affiant sayeth naught.

_____
John T. Kirtley, III

Sworn to and subscribed to, before me, the undersigned authority, on this 27th day of August 2021, to certify which witness my hand and seal.

[Seal] 

_____
Notary Public – State of Texas

My commission expires: 6-25-2023

3