\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., | Case No. 1:14-ml-2570-RLY-TAB |
| IVC FILTERS MARKETING, SALES PRACTICES | MDL No. 2570 |
| AND PRODUCTS LIABILITY LITIGATION | |

_____

This Document Relates to Plaintiff:
    MICHAEL BRUEN
    Civil Case No. 1:17-cv-1413-RLY-TAB

**ORDER ON MOTION TO WITHDRAW COUNSEL**

Plaintiff's counsel's Motion to Withdraw is GRANTED.

Plaintiff's counsel, John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are hereby granted leave to withdraw, and no further action shall be taken by them.

All notices regarding this case shall be directed directly to Plaintiff at:

Michael Bruen
91 Brewster Hill Rd.
Brewster NY 10509
Phone: 845-661-5729
Email: mikeb285@hotmail.com

Date: 8/31/2021

_____
United States District Judge

Distribution to all registered counsel of record via the Court's ECF system.