\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,            Case No. 1:14-ml-2570-RLY-TAB
IVC FILTERS MARKETING, SALES PRACTICES      MDL No. 2570
AND PRODUCTS LIABILITY LITIGATION

_____
This Document Relates to Plaintiff:
Jacob Wegner
Civil Case No. 1:17-cv-01409-RLY-TAB

**ORDER ON MOTION TO WITHDRAW COUNSEL**

Plaintiff's counsel's Motion to Withdraw is GRANTED.

Plaintiff's counsel, John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are hereby granted leave to withdraw, and no further action shall be taken by them.

All notices regarding this case shall be directed directly to Plaintiff at:

316 Golden Meadows
Pierre, SD 57501
Phone: 605-484-2480
Phone: 605-484-5990
Email: jacobroywegner@gmail.com


Date: 8/31/2021


                                         _____
                                         United States District Judge


Distribution to all registered counsel of record via the Court's ECF system.