IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs
Jeff Clark; Dennis Florent; Tom Ford; Vanessa Green;
Marcus Jackson; Leif Jonassen; Jesse Kasma; Judith Parks;
Clara Romero; Ruth Sowadski; Heather Taylor; Terry
Wilson; and William Yarling

Civil Case Numbers:
1:20-cv-02343-RYL-TAB
1:21-cv-00709-RLY-TAB
1:17-cv-02546-RLY-TAB
1:21-cv-06364-RLY-TAB
1:19-cv-03951-RLY-TAB
1:20-cv-02877-RLY-TAB
1:16-cv-01162-RLY-TAB
1:17-cv-02968-RLY-TAB
1:18-cv-01571-RLY-TAB
1:19-cv-03035-RLY-TAB
1:17-cv-01418-RLY-TAB
1:16-cv-02137-RLY-TAB
1:19-cv-02388-RLY-TAB

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83-7(c), the undersigned, Jessica S. Williams, hereby notifies the Court and all counsel that she is appearing as counsel of record for Plaintiffs Jeff Clark; Dennis Florent; Tom Ford; Vanessa Green; Marcus Jackson; Leif Jonassen; Jesse Kasma; Judith Parks; Clara Romero; Ruth Sowadski; Heather Taylor; Terry Wilson; and William Yarling, in the master file and in the following cases:

1

      1:20-cv-02343-RYL-TAB
      1:21-cv-00709-RLY-TAB
      1:17-cv-02546-RLY-TAB
      1:21-cv-06364-RLY-TAB
      1:19-cv-03951-RLY-TAB
      1:20-cv-02877-RLY-TAB
      1:16-cv-01162-RLY-TAB
      1:17-cv-02968-RLY-TAB
      1:18-cv-01571-RLY-TAB
      1:19-cv-03035-RLY-TAB
      1:17-cv-01418-RLY-TAB
      1:16-cv-02137-RLY-TAB
      1:19-cv-02388-RLY-TAB

  Notice is further given that the appearance of Ahmed S Diab is hereby withdrawn. Mr. Diab is no longer employed at Gomez Trial Attorneys.

  Local Rule 83-7(c) allows for attorneys within the same firm to substitute and or withdrawal their appearance. "When one attorney seeks to replace another attorneys from the same firm, agency, organization, or office as counsel of record on behalf of a party, a Notice of Substitution of Counsel may be filed in lieu of an appearance and motion to withdraw under sections (a) and (b) above."

           Respectfully submitted,

Dated: August 27, 2021     **GOMEZ TRIAL ATTORNEYS**

          */s/ Jessica S. Williams*
          John H. Gomez, CA Atty. No. 171485
          Jessica S. Williams, CA Atty. No. 314762
          655 West Broadway, Suite 1700
          San Diego, California 92101
          Telephone: (619) 237-3490
          jwilliams@thegomezfirm.com
          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to all non-CM/ECF participants:

/s/ Jessica S. Williams