UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES PRACTICES <br> AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to Plaintiff:
Lawrence Sellers
Civil Case No. 1:17-cv-01440-RLY-TAB

**MOTION TO WITHDRAW**

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Lawrence Sellers, moves this Court for an Order allowing counsel to withdraw from representation because:

Counsel will withdraw from representation of Plaintiffs on August 31, 2021.

1. Counsel will withdraw from representation of Plaintiff on August 31, 2021.
2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on August 2, and 13, 2021.
3. Counsel's withdrawal is based on Rule 1.15. (b) (a), Texas Rules of Disciplinary Conduct:

   (a) a client insists upon pursuing an objective with which the lawyer has fundamental disagreement;

   (b) the representation will result in an unreasonable financial burden on the lawyer.
4. Lawrence Sellers's current address, phone number and email address are:

   3100 McLong Dr.

   High Point NC 27265

   336-899-5573

   336-454-1509

   lawrenceraysells@aol.com
5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief.

1

Dated this 27th day of August, 2021.

                                        Respectfully submitted,

                                        /s/ John T. Kirtley, III
                                        John T. Kirtley, III
                                        FERRER, POIROT & WANSBROUGH
                                        Texas Bar No. 11534050
                                        2603 Oak Lawn Avenue, Suite 300
                                        Dallas, Texas 75219
                                        (214) 521-4412
                                        (214) 526-6026 Fax
                                        jkirtley@lawyerworks.com
                                          Asst. molvera@lawyerworks.com
                                        ivcfiling@lawyerworks.com
                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27th, 2021, a copy of the foregoing **MOTION TO WITHDRAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiff, Lawrence Sellers, was served via email and regular mail.

                                        /s/John T. Kirtley, III
                                        John T. Kirtley, III

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF TEXAS

DALLAS COUNTY

    Before me, the undersigned authority, on this day, personally appeared, John T. Kirtley, III, who, personally known by me, was sworn and stated, under oath, the following:

    "My name is John T. Kirtley, III. I am over the age of 18 years, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

    I am a lawyer with the law firm of Ferrer, Poirot & Wansbrough. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct."

    Further affiant sayeth naught.

_____
John T. Kirtley, III

    Sworn to and subscribed to, before me, the undersigned authority, on this 27th day of August 2021, to certify which witness my hand and seal.

[Seal] 
GABRIELA MEJORADO
Notary ID #3025381
My Commission Expires
June 25, 2023

_____
Notary Public – State of Texas

My commission expires: 4-25-2023

3