\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
Lawrence Sellers
Civil Case No. 1:17-cv-01440-RLY-TAB

**ORDER ON MOTION TO WITHDRAW COUNSEL**

Plaintiff's counsel's Motion to Withdraw is GRANTED.

Plaintiff's counsel, John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are hereby granted leave to withdraw, and no further action shall be taken by them.

All notices regarding this case shall be directed directly to Plaintiff at:

3100 McLong Dr.
High Point NC 27265
Phone: 336-899-5573
Phone: 336-454-1509
Email: lawrenceraysells@aol.com


Date: 8/31/2021


_____
United States District Judge


Distribution to all registered counsel of record via the Court's ECF system.