IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiff(s): Melissa Little
Civil Case#: 1:18-cv-02422

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW DANIEL CANNON personal representative of the Estate of Melissa Little, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Daniel Cannon as personal representative of the Estate of Melissa Little (deceased), for Plaintiff Melissa Little and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Melissa Little filed a Short Form Complaint for this action in this Court on August 7, 2018.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about September 06,

2018, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On April 26, 2021, Plaintiff Melissa Little passed away from following complications related to Covid-19.

4. Melissa Little's action against Defendants survives her death and is not extinguished.

5. Daniel Cannon, decedent's surviving spouse, has now been appointed as the personal representative for the Estate of Melissa Little. See the Letters Of Authority For Personal Representative granting Daniel Cannon's request to act as the personal representative of the estate of Melissa Little, which was entered on June 30, 2021. *See Exhibit A, as attached herein.*

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Daniel Cannon, as personal representative of the Estate of Melissa Little, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Daniel Cannon, as personal representative of the Estate of Melissa Little, deceased) and to update and include

information, allegations and actions within the Complaint to reflect that Plaintiff Melissa Little is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

**WHEREFORE**, Plaintiff prays for the following relief (1) the Court substitute Daniel Cannon, as personal representative of the Estate of Melissa Little, deceased, as Party Plaintiff for Melissa Little; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-02422-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: August 30, 2021            Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

/s/JERARD M. SCANLAND
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiffs
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

JERARD M. SCANLAND
Attorney for Plaintiff