# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

**This Document Relates to**
**Plaintiff(s): Melissa Little**
**Civil Case#: 1:18-cv-02422**

_____

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

_____

ON THIS DAY came for consideration Daniel Cannon's Motion to Substitute herself, as personal representative of the Estate of Melissa Little, deceased, as Party Plaintiff for Melissa Little and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Daniel Cannon, as Dependent Administrator of the Estate of Melissa Little, is hereby substituted as Party Plaintiff for Melissa Little in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form

Complaint attached to this Order is hereby deemed filed. the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

    So Ordered.

_____

Dated:                                                      Tim A. Baker
United States Magistrate Judge
Southern District of Indiana