IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
DANIEL CANNON, as personal representative of the
Estate of Melissa Little;
Civil Case#: 1:18-cv-02422

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Daniel Cannon, as spouse and personal representative of the Estate of Melissa Little

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

Daniel Cannon, as spouse and personal representative of the Estate of Melissa Little

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
MICHIGAN

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

MICHIGAN

6. Plaintiff's/Deceased Party's current state of residence:
MICHIGAN

7. District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of Michigan, Southern Division

8. Defendants (Check Defendants against whom Complaint is made):

☒ Cook Incorporated

☒ Cook Medical LLC

☒ William Cook Europe ApS

9. Basis of Jurisdiction:

☒ Diversity of Citizenship

☐ Other:

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6-28

b. Other allegations of jurisdiction and venue:
N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other.

11. Date of Implantation as to each product:

June 22 2016

12. Hospital(s) where Plaintiff was implanted (including City and State):

University f Michigan Medical Center, 1500 . Medical Center Drive, Ann Arbor Michigan 48109

13. Implanting Physician(s):

Razi Srinizasa MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Michigan (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒ Count VIII: Loss of Consortium ☐ Count IX: Wrongful Death

☐ Count X: Survival

☐ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____

15. Attorney for Plaintiff(s):

Jerard M. Scanland

16. Address and bar information for Attorney for Plaintiff(s):

13351 Reeck Court, Suite , 5 Southgate, Michigan 48195. Attorney Scanalnd's private bar number is P74992.

Dated: August 30, 2021          Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

/s/JERARD M. SCANLAND
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiffs
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com