IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Anthony Stone

Civil Case #   1:20-cv-02474

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTIES**

Now comes the Plaintiff, by and through Plaintiff's undersigned attorneys, and move for leave to file amend complaint and substitute parties. All parties have consulted in good faith, and Plaintiff hereby files this Unopposed Motion for Leave to File Amended Complaint and Substitute Parties.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court would grant the Motion for Leave to File Amend Complaint and Substitute Parties and allow Plaintiff to file the attached First Amended Complaint.

Respectfully Submitted:

/s/ Jon C. Conlin
Jon C. Conlin
J. Curt Tanner
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: 205-328-2200
Fax: 205-326-7896
jconlin@corywatson.com
ctanner@corywatson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Jon C. Conlin
Jon C. Conlin