IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Anthony Stone

Civil Case #   1:20-cv-02474

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTIES**

Now before the Court is Plaintiff's Unopposed Motion for Leave to Amend Complaint and Substitute Parties. Having considered the arguments, and for good cause shown, the Court GRANTS this Motion.

**IT IS SO ORDERED**.


Date: _____        _____
                             RICHARD L. YOUNG
                             UNITED STATES DISTRICT JUDGE


Date: _____        _____
                             TIM A. BAKER
                             UNITED STATES MAGISTRATE JUDGE