IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Charles V. Pollock  1:19-cv-03896-RLY-TAB

## SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Charles V. Pollack, which occurred on March 28, 2020.  Plaintiff's claim is not extinguished by his death.

Respectfully submitted,

*/s/John A. Dalimonte*
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB LAW GROUP, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (617) 302-9900
Facsimile: (617) 742-9130
john@drlawllp.com

***Lead Counsel for Plaintiff Charles V. Pollack***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

_/s/John A. Dalimonte_
John A. Dalimonte