# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Diana Holguin (1:20-cv-06166-RLY-TAB) | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Now comes Plaintiff Diana Holguin requesting permission to withdraw the attorney appearance of Jade M. Ruiz, formerly of Johnson Law Group, and for such would show the Court as follows:

1. Plaintiff Diana Holguin was initially represented in this action by Jade M. Ruiz and Basil E. Adham of Johnson Law Group.

2. Jade M. Ruiz has subsequently left the law firm of Johnson Law Group.

3. Basil E. Adham and Johnson Law Group continue to represent Plaintiff in this matter.

4. As such, Plaintiff seeks an Order from the Court withdrawing Jade M. Ruiz as counsel of record in this matter.

5. Plaintiff has approved the withdrawal.

6. This withdrawal is not requested for purposes of delay and will not prejudice any party.

WHEREFORE, Plaintiff prays that this Honorable Court GRANT Plaintiff's Motion to Withdraw Counsel, removing Jade M. Ruiz as counsel for plaintiff in this action.

**DATED:** September 1, 2021                                    Respectfully Submitted,

/s/ Basil E. Adham
Basil E. Adham (TX Bar No. 2408172)
**JOHNSON LAW GROUP**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Phone: (713) 626-9336
ivc@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

**DATED**: September 1, 2021　　　　　　　*/s/ Basil E. Adham*
　　　　　　　　　　　　　　　　　　　　Basil E. Adham