IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Diana Holguin (1:20-cv-06166-RLY-TAB) | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiff Diana Holguin's Motion to Withdraw Attorney Appearance of Jade M. Ruiz is GRANTED, it is therefore,

ORDERED that Jade M. Ruiz is withdrawn as attorney of record for Plaintiff Diana Holguin and is relieved of the duties and responsibility of counsel for Plaintiff Diana Holguin effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiff.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana