# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Jamel Howard - 1:20-cv-6134-RLY-TAB<br>Eugene Applegate - 1:20-cv-06144-RLY-TAB<br>Jason Oliger - 1:20-cv-06296-RLY-TAB<br>Sheryl Harrison - 1:21-cv-06312-RLY-TAB<br>Patricia Perdue - 1:20-cv-06225-RLY-TAB | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

NOW COMES the above-captioned Plaintiffs who respectfully request permission to withdraw the attorney appearance of Bradford J. Gilde and for such would show the Court as follows:

1. Plaintiffs were initially represented by both Bradford J. Gilde and Basil E. Adham of Johnson Law Group.

2. Bradford J. Gilde has subsequently left the law firm of Johnson Law Group.

3. Basil E. Adham and Johnson Law Group continue to represent Plaintiffs in each respective matter.

4. As such, Plaintiffs seek an Order from the Court withdrawing Bradford J. Gilde as counsel of record in each respective matter.

5. Plaintiffs have approved the withdrawal.

      6.      This withdrawal is not requested for purposes of delay and will not prejudice any party.

WHEREFORE, Plaintiffs pray that this Honorable Court GRANT Plaintiffs' Motion to Withdraw Attorney Appearance, removing Bradford J. Gilde as counsel of record for Plaintiffs.

**DATED:** September 1, 2021                          Respectfully Submitted,

/s/ Basil E. Adham
Basil E. Adham (TX Bar No. 2408172)
**JOHNSON LAW GROUP**
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Phone: (713) 626-9336
ivc@johnsonlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

**DATED**: September 1, 2021                    */s/ Basil E. Adham*
                                                                        Basil E. Adham