AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Warda Mustafa </br>*Plaintiff* </br> v. </br> COOK INCORPORATED, et al. </br>*Defendant* | ) </br> ) </br> ) Case No. 1:14-ml-2570-RLY-TAB </br> ) </br> ) This document relates to case no. 1:21-cv-06566-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Warda Mustafa.

Date:  09/01/2021

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*