# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Terra Frost (1:21-cv-06343-RLY-TAB) | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiff Terra Frost's Motion to Withdraw Attorney Appearance of David Ortez is GRANTED, it is therefore,

ORDERED that David Ortez is withdrawn as attorney of record for Plaintiff Terra Frost and is relieved of the duties and responsibility of counsel for Plaintiff Terra Frost effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiff.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana