IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Bridgette Mention

Civil Case #   1:21-cv-6574

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Bridgette Mention, Plaintiff

Date:  September 2, 2021

    Respectfully submitted,

    Taylor W. Williams UT Bar No.  17348
    Driggs, Bills & Day, PC
    737 E. Winchester St. Salt Lake City, UT 84107

    *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 2, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter.  Parties may access the filing through the Court's system.

                                                      /s/ Taylor W. Williams UT Bar No. 17348