IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Anthony Stone

Civil Case #   1:20-cv-02474-RLY-TAB

**ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTIES**

Now before the Court is Plaintiff's Unopposed Motion for Leave to Amend Complaint and Substitute Parties (Filing No. 19808).  Having considered the arguments, and for good cause shown, the Court GRANTS this Motion.

IT IS THEREFORE ORDERED the First Amended Short Form Complaint attached to this Order is hereby deemed filed, and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

IT IS SO ORDERED.

Date: 9/2/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.