# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Diana Holguin (1:20-cv-06166-RLY-TAB) | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiff Diana Holguin's Motion to Withdraw Attorney Appearance of Jade M. Ruiz (Dkt. 19816) is GRANTED.

IT IS THEREFORE ORDERED that Jade M. Ruiz is withdrawn as attorney of record for Plaintiff Diana Holguin and is relieved of the duties and responsibility of counsel for Plaintiff Diana Holguin effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiff.

Date: 9/2/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.