IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Jamel Howard - 1:20-cv-6134-RLY-TAB<br>Eugene Applegate - 1:20-cv-06144-RLY-TAB<br>Jason Oliger - 1:20-cv-06296-RLY-TAB<br>Sheryl Harrison - 1:21-cv-06312-RLY-TAB<br>Patricia Perdue - 1:20-cv-06225-RLY-TAB | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiffs' Motion to Withdraw Attorney Appearance of Bradford J. Gilde (Dkt. 19817) is GRANTED.

IT IS THEREFORE ORDERED that Bradford J. Gilde is withdrawn as attorney of record for Plaintiffs Jamel Howard, Eugene Applegate, Jason Oliger, Sheryl Harrison, and Patricia Perdue effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiffs.

Date: 9/2/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.