IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sharon D. Hill. v. Cook Medical, LLC. et al;*<br>*1:16-cv-0830* | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO CMO 28

COMES NOW, Plaintiff Sharon D. Hill, by and through the undersigned counsel, pursuant to Case Management Order 28, "Screening for Time-Barred Cases ("CMO 28")", and hereby respectfully gives notice of voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1: 16-cv0830. In accordance with CMO 28, each party will bear its own costs and attorney's fees.

Dated this 7th day of September, 2021

Respectfully submitted,

/s/ George T. Williamson
George T. Williamson
**FARR, FARR, EMERICH, HACKETT,
CARR AND HOLMES, P.A.**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: 941-639-1158
Fax: 941-639-0028
Email: gwilliamson@farr.com

*Attorney for Plaintiff*