# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGTION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:20-cv-6243 | 1:21-cv-6375 |
| 1:20-cv-6248 | 1:21-cv-6405 |
| 1:20-cv-6277 | 1:21-cv-6500 |
| 1:21-cv-6346 | 1:21-cv-6568 |
| 1:21-cv-6548 | |

## APPEARACNE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

| | |
|---|---|
| Diane Stanley | Tiajana Harris |
| Nicholas Fitzpatrick | Elvis Stanley |
| Shantel Moore | William Ginther |
| Craig Gidley | Rachel Stanley |
| Claude Howard | |

Dated: This 7th day of September 2021.        Respectfully submitted,

/s/ Robert M. Hammers, Jr.
Robert M. Hammers, Jr.
Georgia Bar No.        337211
SCHNEIDER HAMMERS LLC
5555 Glenridge Connector, Ste. 975
Atlanta, Georgia 30342
(770) 394-0047
rob@schneiderhammers.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7th, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                */s/ Robert M. Hammers, Jr.*
                                                Robert M. Hammers, Jr.