# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-06564 | 1:21-cv-06567 |
| 1:21-cv-06565 | 1:21-cv-06570 |
| 1:21-cv-06566 | 1:21-cv-06574 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   September 9, 2021        /s/ Andrea Roberts Pierson
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      Kip S. M. McDonald (# 29370-49)
                                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                                      300 North Meridian Street, Suite 2500
                                                      Indianapolis, Indiana 46204
                                                      Telephone: (317) 237-0300
                                                      Facsimile: (317) 237-1000
                                                      E-Mail: andrea.pierson@faegredrinker.com
                                                      E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01