IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Rose Tatum,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | § § § § § § § § § § § § § § | Case No. 1:21-cv-06389-RLY-TAB |

**Order on Motion for Leave to File Second Amended Complaint**

Considering the parties' Motion for Leave to file Second Amended Complaint of Rose Tatum [Filing No. 19893].

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to File Second Amended Complaint filed by Rose Tatum is hereby GRANTED and the Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record of this matter.

Date: 9/13/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.