**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

APPROVED.  Case is
dismissed with prejudice.
Dated:  Sep 14, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO: | |
| *Sharon D. Hill. v. Cook Medical, LLC. et al;*<br>*1:16-cv-0830* | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO CMO 28

COMES NOW, Plaintiff Sharon D. Hill, by and through the undersigned counsel, pursuant to Case Management Order 28, "Screening for Time-Barred Cases ("CMO 28")", and hereby respectfully gives notice of voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in Civil Action No. 1: 16-cv0830. In accordance with CMO 28, each party will bear its own costs and attorney's fees.

Dated this 7th day of September, 2021                  Respectfully submitted,

*/s/ George T. Williamson*

George T. Williamson
**FARR, FARR, EMERICH, HACKETT,
CARR AND HOLMES, P.A.**
99 Nesbit Street
Punta Gorda, FL 33950
Telephone: 941-639-1158
Fax: 941-639-0028
Email: gwilliamson@farr.com

*Attorney for Plaintiff*