IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Olenda Holmes

Civil Case # 1:16-cv-6033

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jennifer A. Moore of Moore Law Group, PLLC hereby enters an appearance as co-counsel for Plaintiff, along with the law firm of The Bryant Law Center, in the above-referenced action. Please serve said co-counsel with all pleadings and notices in this action using the contact information below:

> Jennifer A. Moore
> MOORE LAW GROUP, PLLC
> 1473 South 4th Street
> Louisville, KY  40208
> P:  502-717-4080
> F:  502-717-4086
> Email: jennifer@moorelawgroup.com; kara@moorelawgroup.com

Please amend your service list accordingly and send all notices, correspondence, and pleadings in this matter to the above-law firm and address.

Dated: September 15, 2021

/s/ *Jennifer A. Moore*
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
P:  (502) 717-4080
jennifer@moorelawgroup.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the U.S. District Court, Southern District of Indiana, using the CM/ECF system, which will send notification of such filing to all parties.

                /s/ *Jennifer A. Moore*
                *Counsel for Plaintiff*