UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) | |
| | ) | |
| | ) | |

**SCHEDULING ORDER**

The motion and status hearings set for SEPTEMBER 16, 2021 and OCTOBER 14, 2021 are VACATED and reset to **OCTOBER 25, 2021 at 1:00 p.m. Central time**. A determination will be made prior to said hearing as to in-person attendance or if virtual participation will be utilized. Leadership counsel will be notified in advance.

**SO ORDERED** this 15th day of September 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record