UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br>**1:14-cv-6018** | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7, the undersigned, respectfully moves to withdraw the Appearance of Chuck F. Webber as counsel of record for the defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and in all cases associated with MDL No. 2570 in which his appearance has been entered, and hereby shows the Court as follows:

1. Local Rule 83-7(c)(4) of this Court provides that "The requirements of sub-paragraphs (2)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of his intent to withdraw] do not apply when another attorney has appeared and remains of record for that party."

2. Andrea Roberts Pierson, Kip McDonald and/or other Faegre Drinker Biddle and Reath LLP attorneys have previously entered their Appearances for the Cook Defendants in every case in this MDL.

3. The Cook Defendants have been advised that this Motion will be filed and have consented to the withdrawal of Charles F. Webber from all cases associated with this MDL.

Dated:  September 16, 2021

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald