UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
**1:14-cv-6018**

## ORDER ON MOTION TO WITHDRAW APPEARANCE

THE COURT, having reviewed the motion for Charles F. Webber to withdraw as counsel of record for defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and all cases associated with the MDL No. 2570 in which his appearance has been entered, and being fully advised in the premises thereof, hereby

GRANTS the motion, and

ORDERS that the Appearance of attorney Charles F. Webber be withdrawn from 1:14-ml-2570 and all Cook Filter MDL member cases in which he has appeared.

DONE THIS _____ day of _____, 2021

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system

US.124606361.01