IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
         Joe Ann Hamilton

Civil Case # 1:18-cv-00473

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Joe Ann Hamilton, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No. 1:18-cv-00473 filed on February 16, 2018.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: July 21, 2021                                                Respectfully submitted,

                                                                            **BLIZZARD LAW, P.L.L.C.**

                                                                            */s/ Edward Blizzard*
                                                                            Edward Blizzard (TX Bar No. 02495000)
                                                                            5020 Montrose Blvd., Suite 410
                                                                            Houston, TX 77006
                                                                            T: (713) 844-3750
                                                                            F: (713) 844-3755
                                                                            E:  eblizzard@blizzardlaw.com

                                                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                */s/ Edward Blizzard*