UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
**Tonya Brand, 1:14-cv-6018-RLY-TAB**

### ORDER ON MOTION TO WITHDRAW APPEARANCE

THE COURT, having reviewed the motion for Charles F. Webber to withdraw as counsel of record for defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and all cases associated with the MDL No. 2570 in which his appearance has been entered, and being fully advised in the premises thereof, hereby GRANTS the motion.

IT IS THEREFORE ORDERED that the Appearance of attorney Charles F. Webber be withdrawn from this case and all Cook Filter MDL member cases in which he has appeared.

Date: 9/17/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.