UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    CHARLES H. FOWLER
    1:21-cv-06586 -RLY-TAB

## **MOTION TO WITHDRAW AS COUNSEL**

COMES NOW the Plaintiff in the above referenced action and respectfully requests this Court permit the withdrawal of Kevin S. Hannon of The Hannon Law Firm as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1.    Monte Bond and Jessica Glitz, of Tautfest Bond, PLLC located at 5151 Belt Line Rd. Ste. 1000, Dallas, TX 75254 entered an appearance as counsel on behalf of Plaintiff, Charles H. Fowler on September 9, 2021.

2.    Plaintiff will not be prejudiced by the withdrawal because he will continue to be represented by counsel Monte Bond and Jessica Glitz, of Tautfest Bond, PLLC.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorney Kevin S. Hannon of The Hannon Law Firm to withdraw as counsel for Plaintiff in this case.

                    Respectfully submitted,

                    _/s/Kevin S. Hannon_
                    Kevin S. Hannon,
                    The Hannon Law Firm
                    1641 N. Downing Street
                    Denver, CO 80218
                    khannon@hannonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                    _/s/Lori Janssen_

                    Lori Janssen, Paralegal