UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                     MDL No. 2570
_____

This Document Relates to Plaintiff:

    CHARLES H. FOWLER
    1:21-cv-06586 -RLY-TAB

_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Irvin Fournier and the firm of _____ is GRANTED. Monte Bond and Jessica Glitz and the firm of Tautfest Bond, PLLC have entered anappearance for the Plaintiff, Irvin Fournier

**IT IS HEREBY ORDERED** that_____. is hereby withdrawn as counsel of record in thisaction.

DATED this ___ day of _____, 202__.

 

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1