IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Smith, Sandra – 1:16-cv-03325
Pye, Tommie L. – 1:16-cv-03540
Melcher, Janet L. – 1:17-cv-02602

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 22, 2021

| | |
|---|---|
| */s/ Nathan Buttars* | */s/ Jessica Benson Cox* |
| Nathan Buttars, Esq. | Jessica Benson Cox, Esq. |
| Lowe Law Group | Faegre Drinker Biddle & Reath LLP |
| 6028 S. Ridgeline Drive, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Ogden, UT 84405 | Indianapolis, Indiana 46204 |
| Telephone: (801) 917-8500 | Telephone: (317) 237-0300 |
| Facsimile: (801) 917-8484 | Facsimile: (317) 237-1000 |
| Email: nate@lowelawgroup.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ Jessica Benson Cox*
                                        Jessica Benson Cox