UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

CHARLES H. FOWLER
1:21-cv-06586 -RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Kevin S. Hannon of The Hannon Law Firm [Dkt. 19951] is GRANTED.

**IT IS HEREBY ORDERED** that Kevin S. Hannon is hereby withdrawn as counsel of record in this action. Monte Bond and Jessica Glitz and the firm of Tautfest Bond, PLLC will continue for counsel for the Plaintiff, Charles H. Fowler.

Date: 9/22/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.