IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Isadore O. Webster

Civil Case # 1:21-cv-6585-RLY-TAB

# NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

Respectfully Submitted,

Dated:  9/22/2021

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No 016773)
**DALIMONTE RUEB STOLLER LLP**
2425 E. Camelback Rd., Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
Email: paul@drlawllp.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

                */s/ Paul L. Stoller*
                Paul L. Stoller