IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:17-cv-1409-RLY-TAB
Jacob Wegner

## ORDER ON SEPTEMBER 21, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel September 21, 2021, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 19791.] Plaintiff failed to appear as ordered. Plaintiff shall show cause by October 7, 2021, why sanctions, including dismissal, should not issue for his failure to appear for the September 21 telephonic status conference.

Date: 9/23/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email