IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:17-cv-1413-RLY-TAB
Michael Bruen

**ORDER ON SEPTEMBER 21, 2021, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared by counsel September 21, 2021, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 19787.] Plaintiff failed to appear as ordered. Plaintiff shall show cause by October 7, 2021, why sanctions, including dismissal, should not issue for his failure to appear for the September 21 telephonic status conference.

Date: 9/23/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email