IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:17-cv-1440-RLY-TAB
Lawrence Sellers

## ORDER ON SEPTEMBER 21, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared in person and by counsel September 21, 2021, for a telephonic status conference. Discussion held regarding Plaintiff's counsel's motion to withdraw. [Filing No. 19793.] Plaintiff stated his intention not to pursue this case further. Accordingly, within 14 days Plaintiff shall either file a stipulation of dismissal or a status report on whether he intends to continue with this case with or without counsel. Plaintiff's counsel's motion to withdraw remains under advisement.

Date: 9/23/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email