IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiffs:**
<u>Shahid Hassan and Seema H. Chofra</u>
<u>Case No. 1:17-cv-02477-RLY-TAB</u>

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiffs, by and through counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), respectfully give notice to the USDC, Southern District of Indiana and the Defendant herein, that Plaintiffs are voluntarily dismissing their causes of action against all Defendants with prejudice. In particular Civil Action No. 1:17-cv-02477 filed on July 21, 2017. In accordance with CMO 28, each party shall bear their own costs and attorney's fees.

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/Barry D. Levy*
Barry D. Levy - 0018986
Attorney for Plaintiffs
600 Vine Street Suite 1600
Cincinnati, OH 45202
Phone: 513-842-1907
Fax: 513-842-1880
Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served upon all parties by the Court's EM/CM filing this __24th__ day of September 2021.

*/s/ Barry D. Levy*
Barry D. Levy
*Attorney for Plaintiffs*