IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Stevens, Craig D. - 1:17-cv-02825
Hesser, Michael - 1:18-cv-00241
Kraft, Lori - 1:19-cv-02152

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiffs' claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By: */s/ Christopher Johnston*<br>LAW OFFICE OF CHRISTOPHER K JOHNSTON, LLC<br>Christopher K. Johnston<br>268 Ponce de Leon Ave., Suite 1020<br>San Juan, PR 600918<br>Tel: 415-744-1500<br>Fax: 844-644-1230<br>Email: kyle@masstortlaw.com<br><br>*Counsel for Plaintiffs*<br><br>Dated: September 27, 2021 | By: */s/ Jessica Benson Cox*<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Jessica Benson Cox<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Email: Jessica.Cox@FaegreDrinker.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: September 27, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Jessica Benson Cox*
Jessica Benson Cox

US.133978377.01