UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION       MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Lawrence Sellers - 1:17-cv-1440-RLY-TAB

_____

### PLAINTIFF'S STATUS REPORT RE: MOTION TO WITHDRAW

On September 21, 2021, the Court held a telephonic hearing concerning Plaintiff's counsel's Motion to Withdraw [Doc. 19793]. Following that hearing, the Court issued its Order [Doc. 19999] taking the Motion to Withdraw under advisement.

Pursuant to that Order, Plaintiff's counsel advises the Court that Lawrence Sellers intends to continue with this case without counsel, if necessary.

Plaintiff's counsel prays that its Motion to Withdraw be granted and for such other appropriate relief.

Dated: 9/27/2021

Respectfully submitted,

FERRER, POIROT & WANSBROUGH
/s/John T. Kirtley, III
John T. Kirtley, III
State Bar no. 11534050
2603 Oak Lawn Ave., Suite 300
P. O. Box 199109
Dallas, Texas 75210
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
(214) 521-4412 phone
(214) 526-6026 facsimile
**Attorneys for Plaintiff, Lawrence Sellers**

1

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on September 27, 2021, a copy of the foregoing **PLAINTIFF'S STATUS REPORT RE: MOTION TO WITHDRAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

<u>/s/John T. Kirtley, III</u>
John T. Kirtley, III