IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
Plaintiff(s): Robert Capps and Patsy Capps
Civil Case No.: 1:18-cv-00357

**MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

**COMES NOW**, PATSY CAPPS, personal representative of the Estate of Robert Capps, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Patsy Capps as personal representative of the Estate of Robert Capps (deceased), for Plaintiff Robert Capps and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Robert Capps filed a Short Form Complaint for this action in this Court on February 07, 2018.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about February 07, 2018, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On February 18, 2020, Plaintiff Robert Capps passed away.

4. Robert Capps' action against Defendants survives his death and is not extinguished.

5. Patsy Capps, decedent's surviving spouse, is the Next of Kin for the Estate of Robert Capps. *See Exhibit A, as attached herein.*

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Patsy Capps, as personal representative of the Estate of Robert Capps, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Patsy Capps, as personal representative of the Estate of Robert Capps, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Robert Capps is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Patsy Capps, as personal representative of the Estate of Robert Capps, deceased, as Party Plaintiff for Robert Capps; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-00357-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: September 27, 2021                    Respectfully Submitted,

**FLINT LAW FIRM, LLC**

/s/ Laci M. Whitley
Laci M. Whitley (IL6314263)
Attorney for Plaintiffs
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Laci M. Whitley
Laci M. Whitley
Attorney for Plaintiff