# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned,

_Patsy Capps_ ("affiant") residing at
_4639 Brainerd Bayou Rd. Sanibel, FL 33957_

is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, _Patsy Capps_ , can state as truth that:

1.  I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named _____Robert Capps (RV Capps)_____

2.  There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3.  I am of sound mind.

4.  I have not been coached or coerced in any way concerning this testimony and affidavit.

5.  My relationship to decedent is:_____Wife_____.

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this _3rd_ day of _August 2020_

_Patsy Capps_ _PATSY CAPPS_
Signature of Affiant          Print Name of Affiant

_P.O. Box 719, Sanibel, FL 33957_
Address of Affiant

---

STATE OF _FLORIDA_ COUNTY OF _LEE_

In _person_, on the _3_ day of _August_, 20 _20_, before me, a Notary Public in and for the above state and County _PATSY CAPPS_, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced: _DRIVER LICENSE_ Affiant____ is _X_ is not personally known to me

_____ _MICHAELA HICKEY_
NOTARY PUBLIC

My Commission Expires: _02/14/2023_ (SEAL)

> **MICHAELA HICKEY**
> MY COMMISSION # GG 302426
> EXPIRES: February 14, 2023
> Bonded Thru Notary Public Underwriters