IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dyreng, Meagan & Travis – 1:17-cv-00004
Robertson, Darrell & Stephanie – 1:17-cv-00881

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 28, 2021

| | |
|---|---|
| */s/ Taylor W. Williams* | */s/ Jessica Benson Cox* |
| Taylor W. Williams, Esq. | Jessica Benson Cox, Esq. |
| Driggs, Bills & Day, PC | Faegre Drinker Biddle & Reath LLP |
| 737 E. Winchester St. | 300 North Meridian Street, Suite 2500 |
| Salt Lake City, UT 84107 | Indianapolis, Indiana  46204 |
| Telephone:  (801) 363-9982 | Telephone:  (317) 237-0300 |
| Facsimile:  (801) 752-0607 | Facsimile:  (317) 237-1000 |
| Email: twilliams@advocates.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Jessica Benson Cox*
                                                    Jessica Benson Cox