IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lawrence Sellers - 1:17-cv-1440-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel filed a Motion to Withdraw [Filing No. 19793]. Pursuant to a status report [Filing No. 20019], Plaintiff intends to continue with this case without counsel.

Therefore, the Court grants the motion to withdraw and the appearance of John T. Kirtley, III is withdrawn on behalf of the Plaintiff. The Court strongly encourages Plaintiff to obtain new counsel. Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether he has counsel. The Plaintiffs' Leadership Committee shall now be responsible for serving all filing and orders on Plaintiff at the following address: 3100 McLong Drive, High Point, NC 27265. Plaintiff's phone number is 336-899-5573. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 9/28/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

Lawrence Sellers
3100 McLong Drive
High Point, NC 27265