UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following matter:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**ORDER GRANTING MOTION FOR LEAVE FOR ROBERT STARR TO APPEAR TELEPHONICALLY AT OCTOBER 4, 2021 SETTLEMENT CONFERENCE**

This matter has come before the Court on the Cook Defendants' Motion for Leave for Robert Starr to Appear Telephonically at October 4, 2021 Settlement Conference. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that Robert Starr of Chubb Insurance, Inc. may appear by telephone at the settlement conference scheduled for October 4, 2021.

SO ORDERED this _____ day of _____, 2021.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.