UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following matter:

*Brand v. Cook Medical, Inc. et al.,*
Case No. 1:14-cv-06018-RLY-TAB

**ORDER GRANTING MOTION FOR LEAVE FOR ROBERT STARR TO APPEAR TELEPHONICALLY AT OCTOBER 4, 2021 SETTLEMENT CONFERENCE**

This matter has come before the Court on the Cook Defendants' Motion for Leave for Robert Starr to Appear Telephonically at October 4, 2021 Settlement Conference [Filing No. 20035]. The Court having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that Robert Starr of Chubb Insurance, Inc. may appear by telephone at the settlement conference scheduled for October 4, 2021. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.

SO ORDERED.

Date: 9/29/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.