IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES       Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to Plaintiff(s)

Lori Davis_____

Civil Case #: 1:21-cv-2391

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Lori Davis_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Indiana_____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Indiana_____

6. Plaintiff's/Deceased Party's current state of residence:

   Indiana_____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Northern District of Illinois_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ❑ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28_____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   N/A_____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Gunther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☑ Cook Celect Platinum

    ☐ Other:

    _____

11. Date of Implantation as to each product:

    December 12, 2015_____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Parkview Regional Medical Center, Fort Wayne, IN_____

    _____

13. Implanting Physician(s):

    Jon T. Harman, M.D._____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:    Strict Products Liability - Failure to Warn

    ☑ Count II:   Strict Products Liability - Design Defect

    ☑ Count III:  Negligence

    ☑ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable

<u>Indiana/Illinois</u>          (insert

State) Law Prohibiting Consumer Fraud and Unfair

and Deceptive Trade Practices

❑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

❑ Count X: Survival

☒ Count XI: Punitive Damages

❑ Other: _____ (please state the facts

supporting this Count in the space, immediately below)

❑ Other:_____ (please state the facts

supporting this Count in the space, immediately below)

_____

_____

_____

        Respectfully Submitted:

        **MCGLYNN, GLISSON & MOUTON**

        By: <u>S/Amanda L. Washington</u>
        Amanda L. Washington - Bar Roll #:34811
        MCGLYNN, GLISSON & MOUTON
        340 Florida Street
        Baton Rouge, LA 70801
        Tel: (225)344-3555
        *Counsel for Plaintiffs*