IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)     Plaintiff Demands a Trial by Jury

NORMAN F. SATTERLEE, III

Civil Case # 1:17-cv-02719-RLY-TAB

## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend his Complaint in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend his Short Form Complaint to plead more particularity his existing consumer fraud and misrepresentation claims, to ensure compliance with Fed. R. Civ. P. 9(b), and to state more particularly the relief sought for his consumer claims, including but not limited to treble damages and attorney fees.

4. The proposed Amended Short Form Complaint is attached as Exhibit A.

5. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants oppose this motion.

        Respectfully submitted,

        <u>/s/ Steven B. Rotman</u>
        Steven B. Rotman
        Hausfeld
        One Marina Park Drive
        Suite 1410
        Boston, MA 02110
        (617) 207-0600
        srotman@hausfeld.com
        *Counsel for Plaintiff*

Dated: September 30, 2021

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

／s/ *Steven B. Rotman*
Steven B. Rotman