IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2570

_____

This Document Relates to:

Lawrence Sellers - 1:17-cv-1440-RLY-TAB

_____

**AMENDED ORDER ON PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

Plaintiff's counsel filed a Motion to Withdraw [Filing No. 19793]. Pursuant to a status report [Filing No. 20019], Plaintiff intends to continue with this case without counsel. The Court granted the motion to withdraw and the appearance of John T. Kirtley, III at Filing No. 20029.

In this amended order, the Court continues to strongly encourage Plaintiff to obtain new counsel. The Plaintiff is is responsible for meeting all deadlines and case obligations regardless of whether he has counsel.

The Court amends its original order for the Plaintiffs' Leadership Committee to be responsible for serving all filing and orders in this matter only on Plaintiff at the following address: 3100 McLong Drive, High Point, NC 27265. Plaintiff's phone number is 336-899-5573. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 10/4/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail:

Lawrence Sellers
3100 McLong Drive
High Point, NC 27265