IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

James R. Pitt 1:19-cv-01303-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff James R. Pitt, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal *with prejudice* of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instant action, Civil Action Number 1:19-cv-01303-RLY-TAB (filed on April 1, 2019). This dismissal is pursuant to ¶3 of Case Management Order 28 – Screening for Time-Barred Cases ("CMO 28") (Dkt. 14601).  In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectively submitted,

Dated: October 4, 2021

/s/ John A. Dalimonte
John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ John A. Dalimonte*
John A. Dalimonte