IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>Roberta Riker</u>

**Civil Case#: 1:16-cv-0592-WTL-TAB**

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action give notice and suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of Roberta Riker, plaintiff in this case. Upon information and belief, Plaintiff Roberta Riker died on or about October 1, 2017. The Death Certificate is attached hereto as Exhibit "A".

<u>Dated: October 1, 2021</u>

                                              Respectfully submitted,

                                              By<u>: /s/ Shezad Malik</u>

                                              Shezad Malik,

                                              Dr. Shezad Malik Law Firm,
                                              2004 Bluebonnet Dr.
                                              Richardson, TX 76082
                                              (214) 390-3189
                                              malik2law@yahoo.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Shezad Malik