

## STATE OF WASHINGTON
## DEPARTMENT OF HEALTH

### CERTIFICATE OF DEATH



CERTIFICATE NUMBER: 2017-042295

DATE ISSUED: 10/04/2017
FEE NUMBER: 311017

FIRST AND MIDDLE NAME(S): ROBERTA KAY
LAST NAME(S): RIKER

COUNTY OF DEATH: BENTON
DATE OF DEATH: OCTOBER 01, 2017
HOUR OF DEATH: 07:40 PM
SEX: FEMALE     AGE: 69 YEARS
SOCIAL SECURITY NUMBER: [redacted]

PLACE OF DEATH: HOSPICE
FACILITY OR ADDRESS: TRI-CITIES CHAPLAINCY HOSPICE HOUSE
CITY, STATE, ZIP: KENNEWICK, WASHINGTON 99336

RESIDENCE STREET: [redacted]
CITY, STATE, ZIP: UMATILLA, OR 97882
INSIDE CITY LIMITS: YES     COUNTY: UMATILLA
TRIBAL RESERVATION: NOT APPLICABLE
LENGTH OF TIME AT RESIDENCE: 1 YEAR

HISPANIC ORIGIN: NO, NOT SPANISH/HISPANIC/LATINO
RACE: WHITE

BIRTH DATE: [redacted]
BIRTHPLACE: [redacted]

FATHER/PARENT: ROY C SMITH
MOTHER/PARENT: ANNA ROSALEE MILLER

MARITAL STATUS: MARRIED
SPOUSE: DAVID R RIKER

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: FIRST CREMATION SERVICES

OCCUPATION: REGISTERED NURSE
INDUSTRY: MEDICAL
EDUCATION: ASSOCIATE DEGREE
US ARMED FORCES: NO

CITY, STATE: KENT, WASHINGTON
DISPOSITION DATE: OCTOBER 03, 2017

FUNERAL FACILITY: FUNERAL & CREMATION CARE

INFORMANT: DAVID R RIKER
RELATIONSHIP: SPOUSE
ADDRESS: [redacted]

ADDRESS: 1030 N. CENTER PARKWAY
CITY, STATE, ZIP: KENNEWICK, WASHINGTON 99336
FUNERAL DIRECTOR: MICHAEL GALAVIZ

CAUSE OF DEATH:
A: MULTIPLE BRAIN INFARCTS
   INTERVAL: DAYS
B: COCCIDIODES MENINGITIS
   INTERVAL: WEEKS
C: COCCIDIOMYCOSIS
   INTERVAL: YEARS
D: RHEUMATOID ARTHRITIS
   INTERVAL: YEARS

OTHER CONDITIONS CONTRIBUTING TO DEATH:

MANNER OF DEATH: NATURAL
AUTOPSY: NO
WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE
CAUSE OF DEATH: NOT APPLICABLE
DID TOBACCO USE CONTRIBUTE TO DEATH: NO
PREGNANCY STATUS IF FEMALE: NO RESPONSE

DATE OF INJURY:
HOUR OF INJURY:
INJURY AT WORK:
PLACE OF INJURY:

CERTIFIER NAME: WAYNE M. KOHAN, MD
TITLE: PHYSICIAN
CERTIFIER ADDRESS: 2108 W. ENTIAT AVENUE
CITY, STATE, ZIP: KENNEWICK, WA 99336
DATE SIGNED: OCTOBER 02, 2017

LOCATION OF INJURY:

CITY, STATE, ZIP:
COUNTY:
DESCRIBE HOW INJURY OCCURRED:

CASE REFERRED TO ME/CORONER: NO
FILE NUMBER: NOT APPLICABLE
ATTENDING PHYSICIAN: NOT APPLICABLE

IF TRANSPORTATION INJURY, SPECIFY: NOT APPLICABLE

LOCAL DEPUTY REGISTRAR: SUSANA MARTINEZ
DATE RECEIVED: OCTOBER 03, 2017

NOT VALID IF PHOTOCOPIED OR ALTERED

DOH 422-132 (4/16)