# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]
)  1:15-cv-01546
)  1:15-cv-01547
)  1:16-cv-593
)  1:17-cv-2538
)  1:16-cv-0592
)  1:17-cv-02537
)  1:17-cv-01536

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** |  |  |
| **Law Firm, Company, and/or Agency:** |  |  |
| **Address:** | 4925 Greenville Ave., Ste 320<br>Dallas, TX 75206 | 2004 Bluebonnet Dr.,<br>Richardson, TX 75082 |
| **Primary E-mail:** |  | malik2law@yahoo.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** |  | 214-390-3189 |
| **Facsimile:** |  |  |

Date: 10/4/21

s/ Shezad Malik

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.