# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-02340 | 1:21-cv-02463 |
| 1:21-cv-02342 | 1:21-cv-02468 |
| 1:21-cv-02374 | 1:21-cv-02472 |
| 1:21-cv-02375 | 1:21-cv-02473 |
| 1:21-cv-02409 | 1:21-cv-02478 |
| 1:21-cv-02427 | 1:21-cv-02482 |
| 1:21-cv-02429 | 1:21-cv-02483 |
| 1:21-cv-02430 | 1:21-cv-06560 |
| 1:21-cv-02431 | 1:21-cv-06561 |
| 1:21-cv-02435 | 1:21-cv-06563 |
| 1:21-cv-02442 | 1:21-cv-06569 |
| 1:21-cv-02443 | 1:21-cv-06572 |
| 1:21-cv-02446 | 1:21-cv-06584 |
| 1:21-cv-02447 | 1:21-cv-06585 |
| 1:21-cv-02452 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated:  October 5, 2021 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204 |

Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail: andrea.pierson@faegredrinker.com  
E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald