# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:21-cv-02340 | 1:21-cv-02463 |
| 1:21-cv-02342 | 1:21-cv-02468 |
| 1:21-cv-02374 | 1:21-cv-02472 |
| 1:21-cv-02375 | 1:21-cv-02473 |
| 1:21-cv-02409 | 1:21-cv-02478 |
| 1:21-cv-02427 | 1:21-cv-02482 |
| 1:21-cv-02429 | 1:21-cv-02483 |
| 1:21-cv-02430 | 1:21-cv-06560 |
| 1:21-cv-02431 | 1:21-cv-06561 |
| 1:21-cv-02435 | 1:21-cv-06563 |
| 1:21-cv-02442 | 1:21-cv-06569 |
| 1:21-cv-02443 | 1:21-cv-06572 |
| 1:21-cv-02446 | 1:21-cv-06584 |
| 1:21-cv-02447 | 1:21-cv-06585 |
| 1:21-cv-02452 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  October 5, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

US.120264241.01

          Telephone: (317) 237-0300
          Facsimile: (317) 237-1000
          E-Mail:  andrea.pierson@faegredrinker.com
          E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

          /s/ Andrea Roberts Pierson