IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Arnold-Shaver, Julie – 1:18-cv-00066
Foster, William – 1:18-cv-01040
Iuculano, Michael – 1:17-cv-00836
Morgan, Glenn W – 1:18-cv-00918
Schreiner, Gunther – 1:17-cv-04173
Meyi, Tynisa – 1:17-cv-02762

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiffs' claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

| | |
|---|---|
| By: */s/ Christopher K. Johnston*<br>LAW OFFICE OF CHRISTOPHER K JOHNSTON, LLC<br>Christopher K. Johnston<br>268 Ponce de Leon Ave., Suite 1020<br>San Juan, PR 600918<br>Tel: 415-744-1500<br>Fax: 844-644-1230<br>Email: kyle@masstortlaw.com<br><br>*Counsel for Plaintiffs*<br><br>Dated: October 6, 2021 | By: */s/ Jessica Benson Cox*<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Jessica Benson Cox<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Email: Jessica.Cox@FaegreDrinker.com<br><br>*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*<br><br>Dated: October 6, 2021 |

## CERTIFICATE OF SERVICE

I hereby certify that on 6th of October 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Christopher K. Johnston*
Christopher K. Johnston
