UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570
_____

This Document Relates Only to the Following Case:
Jacob Wegner                             Case No. 1:17-cv-01409-RLY-TAB
_____

**PLAINTIFF'S STATUS REPORT RE: MOTION TO WITHDRAW**

On September 21, 2021, the Court held a telephonic hearing concerning Plaintiff's counsel's Motion to Withdraw [Doc. 19791]. Jacob Wegner failed to appear. Following that hearing, the Court issued its Order [Doc. 19997] taking the Motion to Withdraw under advisement and ordering Plaintiff to show cause, by October 7, 2021, why sanctions, including dismissal, should not issue for his failure to appear for the September 21 telephonic status conference.

Pursuant to that Order, Plaintiff's counsel advises the Court that Jacob Wegner failed to respond to Plaintiff's counsel's request for an explanation as to why he did not appear at the referenced hearing.

Accordingly, Plaintiff's counsel prays that its Motion to Withdraw be granted and for such other appropriate relief.

Dated: 10/07/2021

Respectfully submitted,

FERRER, POIROT & WANSBROUGH
/s/John T. Kirtley, III
John T. Kirtley, III
State Bar no. 11534050
2603 Oak Lawn Ave., Suite 300
P. O. Box 199109
Dallas, Texas 75210
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
(214) 521-4412 phone
(214) 526-6026 facsimile
**Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2021, a copy of the foregoing **PLAINTIFF'S STATUS REPORT RE: MOTION TO WITHDRAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      <u>/s/John T. Kirtley, III</u>
      John T. Kirtley, III