IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Jones, Kendre – 1:17-cv-00998
Griffin, Robin – 1:17-cv-01427

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 17, 2021

| | |
|---|---|
| /s/ Ethan L. Shaw | /s/ Jessica Benson Cox |
| Ethan L. Shaw, Esq. | Jessica Benson Cox, Esq. |
| John P. Cowart, Esq. | Faegre Drinker Biddle & Reath LLP |
| Shaw Cowart, LLP | 300 North Meridian Street, Suite 2500 |
| 1609 Shoal Creek Boulevard, Suite 100 | Indianapolis, Indiana 46204 |
| Austin, Texas 78701 | Telephone: (317) 237-0300 |
| Telephone: (512) 499-8900 | Facsimile: (317) 237-1000 |
| Facsimile: (512) 320-8906 | Email: jessica.cox@faegredrinker.com |
| Email: elshaw@shawcowart.com | |
| Email: jcowart@shawcowart.com | |
| | |
| **Attorneys for Plaintiffs** | **Attorney for Defendants** |