IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
_____Terry Carvajal_____

Civil Case #_1:17-cv-3831_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Terry Carvajal, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No. 1:17-cv-3831 filed on October 23, 2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: July 21, 2021                               Respectfully submitted,

**BLIZZARD LAW, P.L.L.C.**

*/s/ Edward Blizzard*
Edward Blizzard (TX Bar No. 02495000)
5020 Montrose Blvd., Suite 410
Houston, TX 77006
T: (713) 844-3750
F: (713) 844-3755
E: eblizzard@blizzardlaw.com

*Counsel for Plaintiff*

1