IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  Oct 07, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
        Joe Ann Hamilton

Civil Case #  1:18-cv-00473

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, Joe Ann Hamilton, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS in this particular Civil Action No. 1:18-cv-00473 filed on February 16, 2018.  In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: July 21, 2021                              Respectfully submitted,

                                                  **BLIZZARD LAW, P.L.L.C.**

                                                  */s/ Edward Blizzard*
                                                  Edward Blizzard (TX Bar No. 02495000)
                                                  5020 Montrose Blvd., Suite 410
                                                  Houston, TX 77006
                                                  T: (713) 844-3750
                                                  F: (713) 844-3755
                                                  E:  eblizzard@blizzardlaw.com

                                                  ***Counsel for Plaintiff***

1