IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Martindill, Patricia – 1:19-cv-04407

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 20, 2021

| | |
|---|---|
| */s/ L. Paul Mankin* | */s/ Jessica Benson Cox* |
| L. Paul Mankin, Esq. | Jessica Benson Cox, Esq. |
| Law Office of L. Paul Mankin | Faegre Drinker Biddle & Reath LLP |
| 4655 Cass Street, Suite 410 | 300 North Meridian Street, Suite 2500 |
| San Diego, California 92109 | Indianapolis, Indiana 46204 |
| Telephone: (800) 219-3577 | Telephone: (317) 237-0300 |
| Email: pmankin@paulmankin.com | Email: jessica.cox@faegredrinker.com |
| Facsimile: (323) 207-3885 | |
| | |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |