IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

This Document Relates to:

Lampo, Joseph – 1:17-cv-00965

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 20, 2021

| | |
|---|---|
| */s/ Benjamin A. Bertram* | */s/ Jessica Benson Cox* |
| Benjamin A. Bertram, Esq. | Jessica Benson Cox, Esq. |
| Bertram & Graf LLC | Faegre Drinker Biddle & Reath LLP |
| 2345 Grand Boulevard, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO  64108 | Indianapolis, Indiana  46204 |
| Telephone:  (816) 523-2205 | Telephone:  (317) 237-0300 |
| Facsimile:  (816) 523-8258 | Facsimile:  (317) 237-1000 |
| Email: benbertram@bertramgraf.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |