IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

DORTHY RITTER PHILLIPS

Civil Case # 1:18-cv-3448-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

**THIS MATTER** having come before the Court upon Plaintiff's Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15(a), and for good cause shown,

IT IS HEREBY on this _____ day of _____, 2021

ORDERED that Plaintiff's Motion for Leave to Amend Short Form Complaint is granted.

**IT IS SO ORDERED.**

By: _____
    JUDGE