IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

This Document Relates to Plaintiff(s)

NORMAN F. SATTERLEE, III

Civil Case # 1:17-cv-02719-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

    **THIS MATTER** having come before the Court upon Plaintiff's Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15(a), and for good cause shown,

    IT IS HEREBY on this _____ day of _____, 2021

    ORDERED that Plaintiff's Motion for Leave to Amend Short Form Complaint is granted.

    **IT IS SO ORDERED.**

                                   By: _____
                                            JUDGE