# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-02495 | 1:21-cv-02501 |
| 1:21-cv-02496 | 1:21-cv-02502 |
| 1:21-cv-02497 | 1:21-cv-06604 |
| 1:21-cv-02498 | 1:21-cv-06605 |
| 1:21-cv-02499 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:   October 8, 2021          /s/ Andrea Roberts Pierson
                                         Andrea Roberts Pierson (# 18435-49)
                                         Kip S. M. McDonald (# 29370-49)
                                         FAEGRE DRINKER BIDDLE & REATH LLP
                                         300 North Meridian Street, Suite 2500
                                         Indianapolis, Indiana 46204
                                         Telephone: (317) 237-0300
                                         Facsimile: (317) 237-1000
                                         E-Mail:  andrea.pierson@faegredrinker.com
                                         E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01