AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| WANDA WARD, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:18-cv-02064-RLY-TAB |
| COOK INC., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs: WANDA WARD, and BRUCE WARD.

Date: 10/08/2021

/s/ Shreedhar R. Patel
*Attorney's signature*

Shreedhar R. Patel, TXBN: 24074864
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

spatel@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*