IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Smith, Sandra – 1:16-cv-03325
Pye, Tommie L. – 1:16-cv-03540
Melcher, Janet L. – 1:17-cv-02602

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 22, 2021

| | |
|---|---|
| */s/ Nathan Buttars* | */s/ Jessica Benson Cox* |
| Nathan Buttars, Esq. | Jessica Benson Cox, Esq. |
| Lowe Law Group | Faegre Drinker Biddle & Reath LLP |
| 6028 S. Ridgeline Drive, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Ogden, UT  84405 | Indianapolis, Indiana  46204 |
| Telephone:  (801) 917-8500 | Telephone:  (317) 237-0300 |
| Facsimile:  (801) 917-8484 | Facsimile:   (317) 237-1000 |
| Email: nate@lowelawgroup.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |