IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daubenspeck, Holly – 1:16-cv-01768
Sherrill, Jack & Meredith – 1:16-cv-02955
Stidham, Mary – 1:16-cv-03254

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 22, 2021

| | |
|---|---|
| */s/ J. Christopher Elliott* | */s/ Jessica Benson Cox* |
| J. Christopher Elliott, Esq. | Jessica Benson Cox, Esq. |
| Bachus & Schanker, LLC | Faegre Drinker Biddle & Reath LLP |
| 101 West Colfax Avenue, #650 | 300 North Meridian Street, Suite 2500 |
| Denver, Colorado 80202 | Indianapolis, Indiana 46204 |
| Telephone: (303) 222-2222 | Telephone: (317) 237-0300 |
| Facsimile: (303) 893-9900 | Facsimile: (317) 237-1000 |
| Email: celliott@coloradolaw.net | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |