IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Stevens, Craig D. - 1:17-cv-02825
Hesser, Michael - 1:18-cv-00241
Kraft, Lori - 1:19-cv-02152

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled Plaintiffs and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiffs' claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

By: */s/ Christopher Johnston*
LAW OFFICE OF CHRISTOPHER K JOHNSTON, LLC
Christopher K. Johnston
268 Ponce de Leon Ave., Suite 1020
San Juan, PR 600918
Tel: 415-744-1500
Fax: 844-644-1230
Email: kyle@masstortlaw.com

*Counsel for Plaintiffs*

Dated: September 27, 2021

By: */s/ Jessica Benson Cox*
FAEGRE DRINKER BIDDLE & REATH LLP
Jessica Benson Cox
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
Email: Jessica.Cox@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: September 27, 2021

US.133978377.01