IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 07, 2021
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff:

Rick Cervantes

Case No. 1:18-cv-1071-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Rick Cervantes, by and through undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:18-cv-1071-RLY-TAB, filed on April 6, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: September 27, 2021.

Respectfully submitted,

**Potts Law Firm, LLP**

*/s/ Nathaniel K. Scearcy*
Nathaniel K. Scearcy, MO #68372
1901 W. 47 Place, Suite 210
Westwood, KS 66205
P: (816) 931-2230
F: (816) 931-7030
Email: nscearcy@potts-law.com
*COUNSEL FOR PLAINTIFF*