# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

> PATTI ALFIERI
> 1:17-cv-03517-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiff Patti Alfieri ("Plaintiff"), by and through her attorneys, move this Court to maintain under seal Exhibits A, B, C, and D to Plaintiff's Response To Cooks' Motion For Summary Judgment [Dkt. No. 20092]. As grounds therefore, Plaintiff refers the Court to the brief in support of this motion submitted herewith.

Wherefore, Plaintiff respectfully requests that this Court maintain under seal Exhibits A, B, C, and D to Plaintiff's Response To Cooks' Motion For Summary Judgment [Dkt. No. 20092].

Dated: October 8, 2021.

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                */s/ Ben C. Martin*
                                                                Ben C. Martin