IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    PATTI ALFIERI
    1:17-cv-03517-RLY-TAB

**PLAINTIFF'S BRIEF IN SUPPORT OF**
**MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

    Plaintiff Patti Alfieri ("Plaintiff"), by and through her attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) states:

1. On October 8, 2021, Plaintiff, through the undersigned attorney, filed Plaintiff's Response to Cooks' Motion for Summary Judgment ("Plaintiff's Response") in the above captioned action [Dkt. No. 20092].

2. Exhibit A to Plaintiff's Response contains Plaintiff's Emergency Department Physician records pertaining to the fracture of Plaintiff's IVC filter.

3. Exhibit B to Plaintiff's Response contains Plaintiff's surgery and operative reports relating to the IVC filter explant.

4. Exhibit C to Plaintiff's Response contains Plaintiff's consultation, surgery and operative reports relating to Plaintiff's hernia surgery.

5. Exhibit D to Plaintiff's Response contains the Plaintiff's Profile Sheet.

6. Exhibits A, B, C, and D contain personal health information ("PHI") as defined by the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPPA").

7. PHI must be protected from public release pursuant to HIPAA.

8. Accordingly, Plaintiff requests that Exhibits A, B, C, and D in [Dkt. No. 20092] remain under seal.

9. Sealing of these documents is not opposed by any party.

Dated: October 8, 2021.

*/s/ Ben C. Martin*
Ben C. Martin, Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on October 8, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                               */s/ Ben C. Martin*
                                               Ben C. Martin