# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    PATTI ALFIERI
    1:17-cv-03517-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits A, B, C, and D to Plaintiff's Response to Cooks' Motion for Summary Judgment [Dkt. No. 20092]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiff. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained to release the private health information contained in the documents. Therefore, Plaintiff's motion is granted.

Date: _____, 2021.

                                              _____
                                              Tim A. Baker
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution to all registered counsel of record via ECF.