**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> APPROVED.  Case is dismissed with prejudice.
> Dated:  Oct 07, 2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

James R. Pitt 1:19-cv-01303-RLY-TAB

---

### <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff James R. Pitt, by and through his undersigned counsel, respectfully gives notice of the voluntary dismissal *with prejudice* of the above-captioned lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS in the instant action, Civil Action Number 1:19-cv-01303-RLY-TAB (filed on April 1, 2019). This dismissal is pursuant to ¶3 of Case Management Order 28 – Screening for Time-Barred Cases ("CMO 28") (Dkt. 14601).  In accordance with CMO 28, each side is to bear its own costs and attorney's fees.

Respectively submitted,

/s/ John A. Dalimonte

Dated: October 4, 2021

John A. Dalimonte
(Admitted Pro Hac Vice, MA Bar No. 554554)
**DALIMONTE RUEB, LLP**
85 Devonshire Street, Suite 1000
Boston, MA 02109
Telephone: (833) 443-7529
Facsimile: (855) 203-2035
john@drlawllp.com

*Lead Counsel for Plaintiff*