UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES PRACTICES <br> AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to Plaintiff:
Jacob Wegner
Civil Case No. 1:17-cv-01409-RLY-TAB

### ORDER ON MOTION TO WITHDRAW COUNSEL

This matter is before the Court on Plaintiff's motion to withdraw the appearance of attorney John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough. [Filing No. 19791] And the Court, being duly advised, now grants said motion.

IT IS THEREFORE ORDERED that John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are no longer counsel representing the Plaintiff, Jacob Wegner in this matter.

Date: 10/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

Jacob Wegner
316 Golden Meadows
Pierre, SD 57501

1