\

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
   MICHAEL BRUEN
   Civil Case No. 1:17-cv-1413-RLY-TAB

**ORDER ON MOTION TO WITHDRAW COUNSEL**

This matter is before the Court on Plaintiff's motion to withdraw the appearance of attorney John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough. [Filing No. 19787]. And the Court, being duly advised, now grants said motion.

IT IS THEREFORE ORDERED that John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are no longer counsel representing the Plaintiff, Michael Bruen in this matter.

Date: 10/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

Michael Bruen
91 Brewster Hill Rd.
Brewster NY 10509