IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

Michael Bruen, Case No. 1:17-cv-01413-RLY-TAB

_____

## ORDER

The Court ordered Plaintiff Michael Bruen to attend a telephonic status conference on September 21, 2021, to address his counsel's motion to withdraw. [Filing No. 19800.] Plaintiff failed to appear as ordered. [Filing No. 19998.] The Court then issued an order for Plaintiff to show cause by October 7, 2021, why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the September 21, 2021, conference and his failure to cooperate with his counsel in prosecuting this matter. [Filing Nos. 19998, 20066.] Plaintiff has failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 10/8/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

Michael Bruen
91 Brewster Hill Rd.
Brewster NY 10509