IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

WILLIAM L. MURRAY,
FKA ELISHA D. BRONNER
Civil Case # 1:18-cv-01022

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, William L. Murray, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all defendants. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: October 12, 2021                    Respectfully submitted,

                                               *s/ Joseph J. Zonies*
                                               Joseph J. Zonies
                                               **ZONIES LAW LLC**
                                               1700 Lincoln Street, Suite 2400
                                               Denver, CO  80203
                                               720-464-5300
                                               Fax: 720-464-5357
                                               jzonies@zonieslaw.com

                                               ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter

                                        *s/ Joseph J. Zonies*
                                        Joseph J. Zonies