UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES PRACTICES <br> AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to Plaintiff:
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

### ORDER ON MOTION TO WITHDRAW COUNSEL

Plaintiffs' counsel's Motion to Withdraw is GRANTED.

Plaintiffs' counsel, John T. Kirtley, III, and the law firm of Ferrer, Poirot & Wansbrough, are hereby granted leave to withdraw, and no further action shall be taken by them.

All notices regarding this case shall be directed directly to Plaintiffs at:

257 Old Rock Springs Cemetery Rd.
Pittsboro, NC  27312
919-357-7822
kimcam1996@gmail.com


Date: 10/13/2021

_____
United States District Judge


Distribution to all registered counsel of record via the Court's ECF system.

1