IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Brady, James – 1:18-cv-01482
Coyle, Perry and Becky – 1:19-cv-01203
Fenton, Brenda – 1:16-cv-02270
Hilliard, Sammie and Douglas – 1:20-cv-02535
Kessinger, Amy [Estate of] – 1:18-cv-02792
Roberts, Stanley and Sandra – 1:17-cv-00158
Williams, Ruth E. – 1:19-cv-04477
Wilson, Daniel J. – 1:18-cv-02412

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 15, 2021

*/s/ Michael T. Gallagher*
Michael T. Gallagher, Esq.
The Gallagher Law Firm PLLC
2905 Sackett Street
Houston, Texas  77098
Telephone:  (888) 222-7052
Email: donnaf@gld-law.com

***Attorney for Plaintiffs***

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox