IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Janet F. Shields 1:21-cv-06581-RLY-TAB

## PLAINTIFF'S MOTION TO AMEND CAPTION

Now comes Plaintiff Janet F. Shields ("Plaintiff") by and through her undersigned counsel and herby moves this Court to amend her name in the caption of the instant case from Janet F. Shields to Janet R. Shields.  As grounds therefore, Plaintiffs state as follows:

1. On July 22, 2021, Plaintiff's counsel filed a Long Form Complaint ("LFC") in the United States District Court for the Southern District of Ohio ("S.D. Ohio") on behalf of Plaintiff (Dkt 1).

2. On August 31, 2021, the case was transferred from the S.D. Ohio to the Southern District of Indiana to become a member case of the above captioned MDL as part of Conditional Transfer Order 159 (Dkt 19804).

3. On September 21, 2021, Plaintiff's counsel filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 19954).

4. Both Plaintiff's LFC & SFC listed her name as Janet F. Shields.

5. Plaintiff's correct name is Janet R. Shields.

6. Plaintiff seeks to amend the caption to correct her name to Janet R. Shields.

7. No prejudice would result from this amendment.

WHEREFORE, Plaintiff respectfully requests that this Court amend her name in the caption of the instant case from Janet F. Shields to Janet R. Shields.

Dated: October 18, 2021                              Respectfully submitted,

                                                                                By her attorneys,
/s/*Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Janet Shields*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller