IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Janet F. Shields 1:21-cv-06581-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's name from Janet F. Shields to Janet R. Shields in the caption of the instant case.

So ordered this _____ day of October, 2021.

_____
Tim A. Baker, USMJ