UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Lewis-Jones, Latoya and Jones, Maurice – 1:17-cv-02858

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF LEWIS-JONES'S CASE PURSUANT TO CMO-28

The Cook Defendants hereby withdraw their October 15, 2021, motion for dismissal pursuant to CMO-28 in Plaintiff's case.  *See* Dkt. 20149.  Plaintiff's case was dismissed with prejudice by an earlier Court order.  *See* Dkt. 19628.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  October 18, 2021 | /s/ *Jessica Benson Cox*<br>Jessica Benson Cox, Co-Lead Counsel<br>Andrea Roberts Pierson<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>James Stephen Bennett, Co-Lead Counsel<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>110 West Berry Street, Suite 2400<br>Fort Wayne, Indiana  46802<br>Telephone:  (260) 424-8000<br>Stephen.Bennett@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, a copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF LEWIS-JONES'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*