IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

---

This Document Relates to:

Roberta Riker, Case No. 1:16-cv-00592-RLY-TAB

---

## ORDER ON SUGGESTION OF DEATH

On October 4, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, Roberta

Riker [Filing No. 20055].  Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date

the Court is notified of a party's death to file a motion to substitute the proper party.  Failure to

file such a motion within 90 days will result in the dismissal of the party and/or the case.  Any

motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB,

within 90 days.

Date: 10/18/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.