IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the following cases:

Kimberly and Lonnie Campbell, Case No. 1:18-cv-02537-RLY-TAB

_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference **at 10:30 a.m. (Eastern Time) on November 8, 2021**, before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendant's representative or counsel should attend.  Plaintiffs shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiffs, Kimberly and Lonnie Campbell shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiffs' counsel (John T. Kirtley, III) motion to withdraw as counsel of record [Filing No. 20121].

Date: 10/18/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.
John T. Kirtley, III is required to serve Plaintiffs, Kimberly and Lonnie Campbell via U.S. Mail.