IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKING, <br> SALES PRACTICED AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> MDL No: 2570 |

This Document Relates to Plaintiff:
OCTAVIA CROWDER

Civil Case #: 1:21-cv-1723

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Octavia Crowder, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment.

Dated: 10/18/2021.

Respectfully Submitted,

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com

### CERTIFICATE OF SERVICE

I hereby certify that on 10/17/2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. Additionally, I certify that on 10/17/2021 service was also made to the non-CM/ECF participant that was a party to this suit.

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com