IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Janet F. Shields 1:21-cv-06581-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption (Dkt. 20159), it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's name from Janet F. Shields to Janet R. Shields in the caption of the instant case.

Date: 10/19/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.