UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| Michael Bruen,<br>No. 1:17-cv-01413-RLY-TAB | |

**ORDER DISMISSING CASE**

On October 8, 2021, the court issued an Order to Show Cause why this case should not be dismissed due to Plaintiff's failure to appear for a telephonic status conference and his failure to cooperate with his counsel in prosecuting this matter. The time for responding has passed. Accordingly, the court **DISMISSES** this case **WITHOUT PREJUDICE**.

**SO ORDERED** this 19th day of October 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to:

Michael Bruen
91 Brewster Hill Rd.
Brewster, NY  10509