IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Oswalt, Deborah – 1:17-cv-02507

_____

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 19, 2021


*/s/ John Pate*_____
John Pate, Esq.
Heygood, Orr & Pearson
6363 North State Highway 161, Suite 450
Irving, Texas  75038
Telephone:  (214) 237-9001
Facsimile:  (214) 237-9002
Email: john@hop-law.com

***Attorney for Plaintiff***

*/s/ Jessica Benson Cox*_____
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Jessica Benson Cox*
Jessica Benson Cox