# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Robert W. Odell 1:21-cv-06521-RLY-TAB

## **PLAINTIFF'S MOTION TO AMEND CAPTION**

Now comes Plaintiff Robert W. Odell ("Plaintiff") by and through his undersigned counsel and requests his name in the caption of the above referenced action be amended to Robert W. O'Dell. As grounds therefore, Plaintiffs state as follows:

1. On June 14, 2021, Frank H. Hupfl, III filed a complaint ("Complaint") on behalf of Plaintiff in the Western District of Virginia (Dkt 1).

2. On July 19, 2021, this action was transferred to the Southern District of Indiana via Certified Transfer Order 152 ("CTO-152") (Dkt 19368).

3. On August 17, 2021, Paul Stoller filed a Short Form Complaint ("SFC") on behalf of Plaintiff in the above MDL action (Dkt 19686).

4. Plaintiff's Complaint and SFC as well as CTO-152 listed his surname as Odell.

5. The correct spelling of Plaintiff's surname is O'Dell.

6. No prejudice would result from this amendment.

WHEREFORE, Plaintiff respectfully requests that this Court amend his name in the caption of the instant case from Robert W. Odell to Robert W. O'Dell.

Dated: October 20, 2021

Respectfully submitted,

By his attorneys,
/s/*Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Robert W. Odell*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller