IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.  Case is
dismissed with prejudice.
Dated:  Oct 20, 2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Oswalt, Deborah – 1:17-cv-02507

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 19, 2021

/s/ John Pate
John Pate, Esq.
Heygood, Orr & Pearson
6363 North State Highway 161, Suite 450
Irving, Texas  75038
Telephone:  (214) 237-9001
Facsimile:  (214) 237-9002
Email: john@hop-law.com

*Attorney for Plaintiff*

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

*Attorney for Defendants*