IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 20, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

This Document Relates to:

Brady, James – 1:18-cv-01482
Coyle, Perry and Becky – 1:19-cv-01203
Fenton, Brenda – 1:16-cv-02270
Hilliard, Sammie and Douglas – 1:20-cv-02535
Kessinger, Amy [Estate of] – 1:18-cv-02792
Roberts, Stanley and Sandra – 1:17-cv-00158
Williams, Ruth E. – 1:19-cv-04477
Wilson, Daniel J. – 1:18-cv-02412

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 15, 2021

| | |
|---|---|
| */s/ Michael T. Gallagher* | */s/ Jessica Benson Cox* |
| Michael T. Gallagher, Esq. | Jessica Benson Cox, Esq. |
| The Gallagher Law Firm PLLC | Faegre Drinker Biddle & Reath LLP |
| 2905 Sackett Street | 300 North Meridian Street, Suite 2500 |
| Houston, Texas 77098 | Indianapolis, Indiana 46204 |
| Telephone: (888) 222-7052 | Telephone: (317) 237-0300 |
| Email: donnaf@gld-law.com | Facsimile: (317) 237-1000 |
| | Email: jessica.cox@faegredrinker.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |