UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

This Document Relates to Plaintiffs:

*Jeff Anderson*, 1:2016-cv-03475
*Denise Ashton*, 1:2016-cv-02440
*Yvette Banks*, 1:2018-cv-00033
*Delores Barnett*, 1:2016-cv-02145
*Farrah Barnett-Wilson*, 1:2018-cv-00170
*Paul Brown*, 1:2017-cv-02738
*Diane Bustamante*, 1:2017-cv-02001
*Helen Gassaway*, 1:2017-cv-00704
*Maria Godina,* 1:2017-cv-01966
*Gary Gray*, 1:2018-cv-00979
*Linda Harmon*, 1:2017-cv-00725
*Kellie Jones*, 1:2016-cv-01045
*Kelsie Kriese*, 1:2016-cv-00931
*Vera Ledbetter*, 1:2016-cv-00933
*Robert Martinez*, 1:2018-cv-04009
*Irene Perales*, 1:2018-cv-02338
*Cynthia Powell*, 1:2016-cv-02226
*Allysha Ramon*, 1:2016-cv-01046
*Felisha Ratliff*, 1:2018-cv-02039
*Irene Reynolds*, 1:2016-cv-01069
*Tongela Rivers*, 1:2018-cv-00236
*Beverly Sims-Morris*, 1:2018-cv-00367
*Shirley Stephens*, 1:2017-cv-02746
*Candace White*, 1:2016-cv-02146
*Arthur Whitman*, 1:2017-cv-00705
*Dorothy Bartlett*, 1:2019-cv-04730
*Michelle Sears*, 1:2019-cv-04617
*Pecola Jones*, 1:2019-cv-00602
*Carl Walsh*, 1:2021-cv-06384

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Harold T. McCall, Jr. of the law firm DeGaris Wright McCall hereby gives notice of his appearance on behalf of the above styled Plaintiffs. Please serve all future documents, including but not limited to pleadings, notices, motions, discovery, and correspondences upon Harold T. McCall, Jr.

Respectfully submitted this 20th day of October, 2021.

        s/ *Harold T. McCall, Jr.*
        Harold T. McCall, Jr.
        TX 24054279
        DeGaris Wright McCall
        2 North 20th Street, Suite 1030
        Birmingham, AL 35203
        Telephone: (205) 558-9000
        E-Mail: hmccall@dwmlawyers.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20th 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ *Harold T. McCall, Jr.*
Harold T. McCall, Jr.
