IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Kauffman, Maria – 1:18-cv-00563

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil
Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with
prejudice. Each party shall bear its own fees and costs.

Dated: October 21, 2021

*/s/ Kirk J. Goza*
Kirk J. Goza, Esq.
Goza & Honnold, LLC
9500 Nall Avenue, Suite 400
Overland Park, Kansas  66207
Telephone:  (913) 451-3433
Email: kgoza@gohonlaw.com


***Attorney for Plaintiff***

*/s/ Jessica Benson Cox*
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Jessica Benson Cox*
Jessica Benson Cox