IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 22, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

LISA BURNETT on behalf of ALEXIS MASON (deceased)
Civil Case # 1:18-cv-00866

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Lisa Burnett on behalf of Alexis Mason, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to all defendants. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Dated: October 12, 2021           Respectfully submitted,

 *s/ Joseph J. Zonies*
Joseph J. Zonies
**ZONIES LAW LLC**
1700 Lincoln Street, Suite 2400
Denver, CO  80203
720-464-5300
Fax: 720-464-5357
jzonies@zonieslaw.com

*Attorney for Plaintiff*