IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 10/22/2021
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                      1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL          MDL No: 2570

This Document Relates to Plaintiff:
OCTAVIA CROWDER

Civil Case #: 1:21-cv-1723

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Octavia Crowder, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendants, with each party to bear its own costs. This notice of dismissal is filed with the Court prior to the filing of a motion for summary judgment.

Dated: 10/18/2021.

Respectfully Submitted,

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com

### CERTIFICATE OF SERVICE