IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES          Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION           MDL No. 2570
_____

This Document Relates to Plaintiff(s)

April Moore, 1:18-cv-03187-RLY-TAB
_____

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff April Moore ("Plaintiff") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-03187-RLY-TAB filed on October 12, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: October 26, 2021.

                Respectfully submitted,

                **JOHNSON LAW GROUP**

                */s/ Basil E. Adham*
                Basil E. Adham, (TX Bar No. 24081742)
                2925 Richmond Ave, Suite 1700
                Houston, TX 77098
                Telephone: (713) 626-9336
                Facsimile: (713) 583-9460
                E-mail: ivc@johnsonlawgroup.com
                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2021, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Basil E. Adham*
Basil E. Adham