IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |
| This Document Relates to Plaintiff:<br><br>Andrea Powers<br><br>Case No: 1:17-cv-03431-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Andrea Powers, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-03431-RLY-TAB filed on 9/26/2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: September 21, 2021

                                              Respectfully submitted,

                                              /s/ Donald G. Norris
                                              Donald G. Norris (Bar No. 90000)
                                              LAW OFFICES OF DONALD G. NORRIS,
                                              A LAW CORPORATION
                                              3055 Wilshire Boulevard, Ste. 980
                                              P (213) 487-8880
                                              F (213) 487-8884
                                              dnorrislaw@gmail.com
                                              Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

/s/ Taurin Robinson
Taurin Robinson