IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |

This Document Relates to Plaintiff:

Cynthia Branch

Case No: 1:18-cv-02274-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Cynthia Branch, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:18-cv-02274-RLY-TAB filed on 7/25/2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: October 26, 2021

Respectfully submitted,

/s/ Donald G. Norris
Donald G. Norris (Bar No. 90000)
LAW OFFICES OF DONALD G. NORRIS,
A LAW CORPORATION
3055 Wilshire Boulevard, Ste. 980
P (213) 487-8880
F (213) 487-8884
dnorrislaw@gmail.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all attorneys of record of such filing.

/s/ Taurin Robinson
Taurin Robinson