IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Felice, Carl: 1:17-cv-00835

_____

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 26, 2021

        *s/ Merritt Cunningham*
        Merritt Cunningham
        STAG LIUZZA, LLC
        365 Canal Street, Suite 2850
        New Orleans, Louisiana 70130
        Telephone: (504) 593-9600
        mcunningham@stagliuzza.com

        *Counsel for Plaintiff*

        *s/ Jessica Benson Cox*
        Jessica Benson Cox
        Andrea Roberts Pierson
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of October, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                *s/ Merritt Cunningham*
                                                Merritt Cunningham