IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to Plaintiff:
Diane Krock
Civil Case No.: 1:18-cv-3598

---

## MOTION TO WITHDRAW

---

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Diane Krock, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel will withdraw from representation on November 1, 2021.

2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on October 7, and 26, 2021.

3. Counsel's withdrawal is based on Rule 1.16(b), Minnesota Rules of Professional Conduct:

    (4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement;

    (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; and

    (7) other good cause for withdrawal exists.

4. Diane Krock's current address, phone, and email address is:

    8025 NW 120th Street
    Reddick, FL 32686
    (352) 274-1770
    m.krock@outlook.com

5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief. Dated this 27th day of October, 2021.

Respectfully submitted,

**McEwen Law Firm, Ltd**

*/s/ Gregory N. McEwen*
Gregory N. McEwen, MN Atty. No. 0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile: (651) 223-5790
Gmcewen@mcewenlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Gregory N. McEwen*

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF MINNESOTA    )
                            )ss.
COUNTY OF DAKOTA     )

      Before me, the undersigned authority, on this day, personally appeared, Gregory N. McEwen, who personally known by me, was sworn and stated, under oath, the following:

      "My name is Gregory N. McEwen. I am over the age of 18 years, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

      I am a lawyer with McEwen Law Firm, Ltd. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct."

      FURTHER YOUR AFFIANT SAYETH NAUGHT.

Gregory N. McEwen

Subscribed and sworn to before me this
26th day of October, 2021.

Notary Public, State of Minnesota
My Commission Expires: 1-31-2023

**State of Minnesota**
**Notary Public**
**Tania N. Krager**
My Commission Expires 1/31/2023

3