IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Diane Krock
Civil Case No.: 1:18-cv-3598

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel's Motion to Withdraw is GRANTED.

Plaintiff's counsel, Gregory N. McEwen, and the law firm of McEwen Law Firm, Ltd., are hereby granted leave to withdraw and no further action shall be taken by them.

All notices regarding this case shall be directed to Plaintiff at:

    8025 NW 120th Street
    Reddick, FL 32686
    (352) 274-1770
    m.krock@outlook.com


Dated: _____

                                                               United States District Judge