IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Phillip Rumple
Civil Case No.: 1:17-cv-3016

## MOTION TO WITHDRAW

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Phillip Rumple, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel will withdraw from representation on November 1, 2021.
2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on October 7, 2021.
3. Counsel's withdrawal is based on Rule 1.16(b), Minnesota Rules of Professional Conduct:

    (4) the client insists upon taking action that the lawyer considers repugnant or with which the lawyer has a fundamental disagreement;

    (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; and

    (7) other good cause for withdrawal exists.

4. Phillip Rumple's current address, phone, and email address are:

    901 Brush Street, #277
    Las Vegas, NV 89107
    (702) 329-0334
    oldoak@gmail.com

5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief. Dated this 27th day of October, 2021.

        Respectfully submitted,

**McEwen Law Firm, Ltd**

*/s/ Gregory N. McEwen*
Gregory N. McEwen, MN Atty. No. 0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile: (651) 223-5790
Gmcewen@mcewenlaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        */s/ Gregory N. McEwen*

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF MINNESOTA    )
                      )ss.
COUNTY OF DAKOTA      )

Before me, the undersigned authority, on this day, personally appeared, Gregory N. McEwen, who personally known by me, was sworn and stated, under oath, the following:

"My name is Gregory N. McEwen. I am over the age of 18 years, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

I am a lawyer with McEwen Law Firm, Ltd. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct."

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Gregory N. McEwen

Subscribed and sworn to before me this
26th day of October, 2021.

_____
Notary Public, State of Minnesota
My Commission Expires: 1-31-2023

State of Minnesota
Notary Public
Tania N. Krager
My Commission Expires 1/31/2023