IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Phillip Rumple
Civil Case No.: 1:17-cv-3016

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel's Motion to Withdraw is GRANTED.

Plaintiff's counsel, Gregory N. McEwen, and the law firm of McEwen Law Firm, Ltd., are hereby granted leave to withdraw and no further action shall be taken by them.

All notices regarding this case shall be directed to Plaintiff at:

901 Brush Street, #277
Las Vegas, NV 89107
(702) 329-0334
oldoak@gmail.com


Dated: _____

_____
United States District Judge