IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

THIS MATTER having come before the Court upon Plaintiff's Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15(a) (Filing No. 20042), and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Leave to Amend the Complaint filed by Clara Keister is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 10/27/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.