UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br>_____ <br><br>THIS DOCUMENT RELATED TO ALL ACTIONS | 1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The motion and status hearings set for OCTOBER 25 and NOVEMBER 18, 2021 are VACATED. The status hearing is RESET to **NOVEMBER 9, 2021 at 10:00 a.m. (Central time)** and shall be held virtually. Leadership counsel will receive connecting information by separate notice.

**SO ORDERED** this 27th day of October 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record