IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:21-cv-02530 | 1:21-cv-06588 |
| 1:21-cv-02538 | 1:21-cv-06590 |
| 1:21-cv-02540 | 1:21-cv-06593 |
| 1:21-cv-02557 | 1:21-cv-06596 |
| 1:21-cv-02560 | 1:21-cv-06597 |
| 1:21-cv-06497 | 1:21-cv-06598 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:    October 28, 2021    /s/ Kip S. M. McDonald
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail: andrea.pierson@faegredrinker.com
    E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald