UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Robinson, Walter and Nina, 1:17-cv-00415

## AFFIDAVIT OF WALTER ROBINSON

1. I am the Plaintiff in the above-entitled matter.
2. My filter was inserted on November 23, 2011. At that time, Dr. Diane Bricco told me that the filter could be temporary or permanent.
3. On 5/22/12 Dr. Michael Scott Girard said he would remove the filter. After the procedure he told me that he had difficulty removing the filter, so he left it in. I asked him if there was anything wrong or I should do anything further, he told me all was fine but to make sure he would perform a venocavogram. After this test, the doctor told me the filter was fine, it was in good position and that it could safely remain as a permanent filter.
4. At no time during the visits with Dr. Girard or any other doctor during this time was I told there was anything wrong with the filter or that I had suffered some type of injury.
5. The first time I suspected anything was wrong with the filter or that I had suffered an injury related to the filter was when I saw television commercial in July, 2015.
6. I eventually contacted Goldenberg Law and signed a retainer with them on Jan. 2, 2016.
7. My case was filed on Feb. 9, 2017.

1

Further your affiant sayeth not. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 10/27/2021

By: *[signature]*
Walter Robinson