IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br>CHRISTY SCHOBY, PERSONAL REPRESENTATIVE OF THE ESTATE OF LOUISE SCHOBY, DECEASED<br>**Civil Case #1:17-cv-01020-RLY-TAB** | |

> The Court grants Plaintiff's Motion for Leave to Amend the Complaint filed by Norman F. Satterlee, III [Filing No. 14456]. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.
>
> Tim A. Baker, U.S. Magistrate Judge
> 10/29/2021
>
> Distribution to all registered counsel of record via ECF.

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, pursuant to Rule 25910(1) of the Federal Rules of Civil Procedure, seeks leave to file her Second Amended Short Form Complaint, attached hereto.

1. Plaintiff seeks leave to file her second amended short form complaint to modify the counts in the Master Complaint brought by Plaintiff(s) in paragraph 14.

2. Plaintiff's counsel has conferred with defendants' counsel and defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant her leave to file the Second Amended Short Form Complaint, attached as Exhibit A, which makes the correction discussed herein.

Dated: October 1, 2020.