IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Diane Krock, Case No. 1:18-cv-03598-RLY-TAB

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 2:45 p.m. (Eastern Time) on November 15, 2021**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Diane Krock shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Gregory N. McEwen's motion to withdraw as counsel of record [Filing No. 20261].

Date: 10/29/2021

                                                          Tim A. Baker
                                                          United States Magistrate Judge
                                                          Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Gregory N. McEwen is required to serve Plaintiff, Diane Krock.