AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| GREGORY S. JONES SR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-06642 |
| COOK INCORPORATED, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Plaintiff, Gregory S. Jones Sr.                        .

Date:   11/02/2021

s/ Monte Bond
*Attorney's signature*

Monte Bond - Texas Bar No. 02585625
*Printed name and bar number*

Tautfest Bond, PLLC
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254

*Address*

mbond@tautfestbond.com
*E-mail address*

(214) 617-9980
*Telephone number*

(214) 853-4281
*FAX number*