AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

IN RE: COOK MEDICAL, INC.  )
IVC FILTERS MARKETING, SALES  )
PRACTICES AND PRODUCTS LIABILITY  )
LITIGATION  )   Case No.   1:21-cv-6654-RLY-TAB
This Document Relates to:  )
  )   MDL No. 2570

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lyle Saddler.

Date: 11/02/2021

/s/ Rhett A. McSweeney
*Attorney's signature*

Rhett A. McSweeney MN Bar No. 269542
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

ram@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*