UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-03517 and 1:19-cv-00119

## EXHIBIT A TO
## NOTICE OF NOVEMBER 9, 2021 MOTIONS HEARING

1. Cooks' Motion for Judgment in Plaintiff *Carlton Amey's* Case Pursuant to CMO-28 (Dkt. 20003)

   - Amey, Carlton (1:19-cv-00119)
     Counsel: FEARS NACHAWATI, PLLC
   - See Plaintiff's Response at Dkt. 20095
   - See Cooks' Reply at Dkt. 20205

2. Cooks' Motion for Judgment in Plaintiff *Patti Alfieri's* Case Pursuant to CMO-28 (Dkt. 20008)

   - Alferi, Patti (1:17-cv-03517)
     Counsel: MARTIN BAUGHMAN, PLLC
   - See Sealed Exhibit A at Dkt. 20009
   - See Plaintiff's Response at Dkt. 20092
   - See Cooks' Reply at Dkt. 20207