IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:  COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Satirra M. Hutchison

Civil Case # 1:21-cv-06631-RLY-TAB

**NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case on

behalf of plaintiff set forth in the above referenced matter.

                                        Respectfully Submitted,

Dated:  11/02/2021                       */s/ Paul L. Stoller*
                                        Paul L. Stoller
                                        (Admitted Pro Hac Vice, AZ Bar No
                                        016773)
                                        **DALIMONTE RUEB STOLLER LLP**
                                        2425 E. Camelback Rd., Suite 500
                                        Phoenix, Arizona 85016
                                        Tel: (602) 888-2807
                                        Fax: (855) 203-2035
                                        Email:  paul@drlawllp.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller