IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JENNIFER L. DINWIDDIE
Civil Case #1:21-cv-6553-RLY-TAB

## ENTRY OF APPEARANCE OF JOSEPH J. ZONIES

**TO THE CLERK:**

Joseph J. Zonies, of the law firm ZONIES LAW LLC, hereby enters his appearance as attorney of record on behalf of the Plaintiff, JENNIFER L. DINWIDDIE, in the above-captioned matter.

**DATED:** November 2nd, 2021

Respectfully submitted,

  *s/ Joseph J. Zonies*
Joseph J. Zonies, Esq.
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO  80203
(720) 464-5300
jzonies@zonieslaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing **ENTRY OF APPEARANCE OF JOSEPH J. ZONIES** was filed and served on this 2nd day of November 2021, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

                                              *s/ Joseph J. Zonies*
                                              Joseph J. Zonies