UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:
1:18-cv-00822; 1:20-cv-02536; 1:20-cv-06247; 1:20-cv-06259; 1:20-cv-06290; 1:20-cv-06311; 1:21-cv-00031; 1:21-cv-00111; 1:21-cv-00140; 1:21-cv-00172; 1:21-cv-00285; 1:21-cv-00463; 1:21-cv-00464; 1:21-cv-00749; 1:21-cv-00759; 1:21-cv-00775; 1:21-cv-00777; 1:21-cv-00816; 1:21-cv-00866; 1:21-cv-01165; 1:21-cv-01196; 1:21-cv-01322; 1:21-cv-01340; 1:21-cv-01360; 1:21-cv-01366; 1:21-cv-01445; 1:21-cv-01504; 1:21-cv-01549; 1:21-cv-01555; 1:21-cv-01617; 1:21-cv-01667; 1:21-cv-01670; 1:21-cv-01851; 1:21-cv-01976; 1:21-cv-02142

## NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: *(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)*

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Plaintiff Profile Sheet or Case Categorization Form as required by Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this noncompliance as required by CMO No. 4:

1. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS):

| Case Name | Cause # | Plaintiff Counsel Firm Name | PPS Due Date[1] | Deficiency Notice Date |
|---|---|---|---|---|
| Pinson, Timothy | 1:18-cv-00822 | MARTIN BAUGHMAN, PLLC | 12/16/2020 | 10/8/2020 |
| Brown, Matthew A. | 1:20-cv-06247 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/29/2021 |

---

[1] The deadlines are calculated in accordance with Case Management Order #4, which requires submission within thirty (30) days of the case becoming part of this MDL. The deadlines listed herein that appear after the Deficiency Notice Date are calculated based on any request for an informal extension from Plaintiff's counsel.

US.134490366.01

| | | | | |
|---|---|---|---|---|
| Chandler, George Aaron | 1:20-cv-06311 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Perez, Modesty | 1:21-cv-00749 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Heglar, Bernice | 1:21-cv-00759 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Streater, Valinda | 1:21-cv-00775 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Simons, Lonnie | 1:21-cv-00777 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Kommer, Steven P. | 1:21-cv-00816 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Long, Gregory | 1:21-cv-00866 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Hoyt, Brandy | 1:21-cv-01196 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Davenport, Mabel | 1:21-cv-01322 | MARC J. BERN & PARTNERS LLP | 6/21/2021 | 9/27/2021 |
| Brady, Thomas | 1:21-cv-01340 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Apa, Patrick | 1:21-cv-01360 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/20/2021 |
| Culbreth, Charlotte | 1:21-cv-01366 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Washington, Zenobia | 1:21-cv-01445 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/20/2021 |
| Dobbs, Elaine and Robert | 1:21-cv-01504 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Harriger, Preston | 1:21-cv-01549 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/20/2021 |
| Neveu, Janice | 1:21-cv-01555 | MARC J. BERN & PARTNERS LLP | 6/27/2021 | 9/27/2021 |
| Santiago, Ivonne | 1:21-cv-01617 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Belton, Latricia | 1:21-cv-01667 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Blashka, William Peter | 1:21-cv-01670 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Coughlin, Brian | 1:21-cv-01851 | FEARS NACHAWATI, PLLC | 10/13/2021 | 9/24/2021 |
| Biggs, Michele | 1:21-cv-01976 | MARTIN BAUGHMAN, PLLC | 8/7/2021 | 9/27/2021 |
| Rodriguez, Casander | 1:21-cv-02142 | MARTIN BAUGHMAN, PLLC | 8/30/2021 | 9/27/2021 |

US.134490366.01

2. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF):

| Case Name | Cause # | Plaintiff Counsel Firm Name | CCF Due Date[2] | Deficiency Notice Date |
|---|---|---|---|---|
| Seals, Jonathan | 1:20-cv-02536 | STARK & STARK, P.C. | 3/26/2021 | 7/8/2021 |
| Brown, Matthew A. | 1:20-cv-06247 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Wright, Cheryl | 1:20-cv-06259 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| McQueary, Ellis Lee | 1:20-cv-06290 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Marshall, Stephen | 1:21-cv-00031 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Olney, Michelle | 1:21-cv-00111 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Simalton, Jerome | 1:21-cv-00140 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Gautier, Lacey | 1:21-cv-00172 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Mitchell, Nelda | 1:21-cv-00285 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Williams, Loria Ann | 1:21-cv-00463 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Currier, Larry | 1:21-cv-00464 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 6/28/2021 |
| Perez, Modesty | 1:21-cv-00749 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Heglar, Bernice | 1:21-cv-00759 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Streater, Valinda | 1:21-cv-00775 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Simons, Lonnie | 1:21-cv-00777 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Kommer, Steven P. | 1:21-cv-00816 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Long, Gregory | 1:21-cv-00866 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Johnson, Brandon | 1:21-cv-01165 | STARK & STARK, P.C. | 9/23/2021 | 7/8/2021 |
| Hoyt, Brandy | 1:21-cv-01196 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Apa, Patrick | 1:21-cv-01360 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/8/2021 |
| Washington, Zenobia | 1:21-cv-01445 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/28/2021 |

---

[2] The deadlines are calculated in accordance with Case Management Order #4, which requires submission within thirty (30) days of the case becoming part of this MDL. The deadlines listed herein that appear after the Deficiency Notice Date are calculated based on any request for an informal extension from Plaintiff's counsel.

3

US.134490366.01

| Harriger, Preston | 1:21-cv-01549 | MARTIN BAUGHMAN, PLLC | 9/15/2021 | 7/28/2021 |
| Biggs, Michele | 1:21-cv-01976 | MARTIN BAUGHMAN, PLLC | 8/7/2021 | 10/4/2021 |
| Rodriguez, Casander | 1:21-cv-02142 | MARTIN BAUGHMAN, PLLC | 8/30/2021 | 10/4/2021 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Noncompliance, but are directed to submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Noncompliance is filed. (CMO No. 4, ¶ 3).

Defendants will notify the Court, if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated: November 3, 2021

Respectfully Submitted,

/s/ *Kip S.M. McDonald*
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com
Kip.McDonald@Faegredrinker.com

US.134490366.01

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, a copy of the foregoing Notice of Noncompliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*