# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Robert A. and Angela Stratton 1:16-cv-01032-RLY-TAB

## PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Plaintiffs Robert A. and Angela Stratton ("Plaintiff"), by and through their attorneys, move this Court to maintain document 20303 (73 in 1:16-cv-01032) under seal. As grounds therefore, Plaintiff refers the Court to the memorandum in support of this motion submitted herewith.

WHEREFORE, Plaintiff respectfully requests that this Court to maintain Document 20303 (73 in 1:16-cv-01032) under seal.

Dated: November 4, 2021            Respectfully submitted,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiffs Robert A. and Angela Stratton*

## Certificate of Service

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on November 4, 2021.

                                                */s/ Paul L. Stoller*
                                                Paul L. Stoller