IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Robert A. and Angela Stratton 1:16-cv-01032-RLY-TAB

### [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Maintain Document Under Seal, it is so ordered that Plaintiff's motion is **GRANTED**. The Clerk of the Court is directed to maintain Document 20303 (73 in 1:16-cv-01032) under seal.

So ordered this ____ day of November, 2021.

_____
Richard L. Young, USDJ