**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Robert A. and Angela Stratton 1:16-cv-01032-RLY-TAB

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Plaintiffs Robert A. and Angela Stratton ("Plaintiff"), by and through their attorneys, hereby submit this memorandum in support of their Motion to Maintain Document Under Seal, and in accordance with Local Rule 5-11(d)(2)(e) and CMO 8 set forth as below:

1. On November 1, 2021, Plaintiff filed a Response to Defendant's Motion for Judgment Pursuant to CMO-28 ("Response") in the above captioned action [Dkt. 20302 (72 in 1:16-cv-01032)].

2. Exhibit "A" to the Response is the Plaintiff's Supplemental Case Categorization Submission ("Supp. CCF") [Dkt 20303 (73 in 1:16-cv-01032)].

3. Said Supp. CCF contains personal health information ("PHI"), as defined by the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

4. PHI must be protected from public release pursuant to HIPAA.

5. Specifically, the Supp. CCF contains information regarding Plaintiff's health condition.

6. Accordingly, Plaintiff requests that the Supp. CCF in Exhibit A [Dkt 20303 (73 in 1:16-cv-01032)] remain under seal.

7. Sealing of this document is not opposed by any party.

Dated: November 4, 2021		Respectfully submitted,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiffs Robert A. and Angela Stratton*

## Certificate of Service

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on November 4, 2021.

/s/ Paul L. Stoller
Paul L. Stoller