IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    CASSANDRA KILPATRICK
    1:21-cv-06601-RLY-TAB

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that two (2) separate cases were filed for the above-referenced Plaintiff. Plaintiff hereby, and with the consent of the Defendants, dismisses Cause No. 1:21-cv-6601-RLY-TAB claims against all Defendants.   Each party shall bear its own fees and costs.

This stipulation does not include Cause No. 1:20-cv-03007-RLY-TAB, which will remain open and not dismissed.

Dated: November 5, 2021.

| | |
|---|---|
| */s/ Ben C. Martin*<br>Ben C. Martin, Bar No. 13052400<br>**Martin Baughman, PLLC**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Telephone: (214) 761-6614<br>Facsimile: (214) 744-7590<br>bmartin@martinbaughman.com<br><br>***Attorney for Plaintiff*** | */s/ Jessica Benson Cox*<br>Jessica Benson Cox<br>**Faegre Drinker Biddle & Reath, LLP**<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Jessica.Cox@FaegreDrinker.com<br><br>***Attorney for Defendants*** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 5, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                   */s/ Ben C. Martin*
                   Ben C. Martin