UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

**Entry from Motions/Status Conference held November 9, 2021**

**Before the Hon. Richard L. Young, Judge**

    The parties appeared for the motions hearing and status conference set this date. PSC appears by Joe Williams, David Matthews and Mike Heaviside; Defendants appear by Andrea Pierson, Jessica Cox, Ben Broadhead, Steve Bennett and Eldin Hasic. Attorney Kelly Chermack appeared on behalf of Plaintiff Carlton Amey (Case no. 1:19-cv-119).  Attorney Thomas Arbon appeared on behalf of Plaintiff Patti Alferi (Case no. 1:17-cv-3517).

    The court heard argument on Cook's Motion for Judgment in Plaintiff Carlton Amey's Case Pursuant to CMO-28 (Filing No. 20003) and Cook's Motion for Summary Judgment in Plaintiff Patti Alfieri's Case Pursuant to CMO-28 (Filing No. 20008).  Those motions are **UNDER ADVISEMENT**.

    Cook gave a status of asymptomatic cases and Category 7(e) symptomatic perforation cases in this MDL.  Cook proposes a docket control order for the former and a proposed CMO-30 for the latter.

    The court also heard oral argument on Bellwether Trial Selection.  After hearing the parties' arguments, the court determined the following two Category 5 Tulip cases should be tried:  Julie Wilson (Case No. 1:17-cv-3050) and Jasmine Bowen (Case No. 1:17-cv-2704).  Wilson shall be tried first.  Any further rulings shall issue by separate order.

The hearing is concluded.


Distributed Electronically to Registered Counsel of Record