IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-2537-RLY-TAB
Kimberly Campbell and Lonnie Campbell

**ORDER ON NOVEMBER 9, 2021, TELEPHONIC STATUS CONFERENCE**

Plaintiffs appeared by counsel November 9, 2021, for a telephonic status conference to address counsel for Plaintiffs' motion to withdraw. [Filing No. 20121.] Plaintiffs failed to appear as ordered. Plaintiffs shall show cause by November 23, 2021, why sanctions, including dismissal, should not issue for his failure to appear for the November 9 telephonic status conference. The motion to withdraw shall remain under advisement.

Date: 11/9/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email