IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 09, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mays, Nancy – 1:19-cv-02269

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 26, 2021

| | |
|---|---|
| */s/ John T. Kirtley, III* | */s/ Jessica Benson Cox* |
| John T. Kirtley, III, Esq. | Jessica Benson Cox, Esq. |
| Ferrer Poirot & Wansbrough | Faegre Drinker Biddle & Reath LLP |
| 2603 Oak Lawn Avenue, Suite 300 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas  75219 | Indianapolis, Indiana  46204 |
| Telephone:  (800) 521-4492 | Telephone:  (317) 237-0300 |
| Email: jkirtley@lawyerworks.com | Facsimile:  (317) 237-1000 |
| | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |