IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 09, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

This Document Relates to:

Ramirez, Manuel – 1:19-cv-04149

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 28, 2021

| | |
|---|---|
| */s/ James B. Tuttle* | */s/ Jessica Benson Cox* |
| James B. Tuttle, Esq. | Jessica Benson Cox, Esq. |
| The Tuttle Law Firm | Faegre Drinker Biddle & Reath LLP |
| 1520 Crescent Road, Suite 300 | 300 North Meridian Street, Suite 2500 |
| Clifton Park, New York  12065 | Indianapolis, Indiana  46204 |
| Telephone:  (518) 783-1001 | Telephone:  (317) 237-0300 |
| Facsimile:  (518) 783-1515 | Facsimile:  (317) 237-1000 |
| Email: jbtesq@nycap.rr.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |