
Case 1:14-ml-02570-RLY-TAB   Document 20394   Filed 11/15/21   Page 1 of 1 PageID #: 124974

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |
| This Document Relates to Plaintiff:<br><br>Andrea Powers<br><br>Case No: 1:17-cv-03431-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Andrea Powers, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:17-cv-03431-RLY-TAB filed on 9/26/2017. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: September 21, 2021

Respectfully submitted,

/s/ Donald G. Norris
Donald G. Norris (Bar No. 90000)
LAW OFFICES OF DONALD G. NORRIS,
A LAW CORPORATION
3055 Wilshire Boulevard, Ste. 980
P (213) 487-8880
F (213) 487-8884
dnorrislaw@gmail.com
Counsel for Plaintiff