IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

April Moore, 1:18-cv-03187-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff April Moore ("Plaintiff") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:18-cv-03187-RLY-TAB filed on October 12, 2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: October 26, 2021.

    Respectfully submitted,

    **JOHNSON LAW GROUP**

    */s/ Basil E. Adham*
    Basil E. Adham, (TX Bar No. 24081742)
    2925 Richmond Ave, Suite 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    E-mail: ivc@johnsonlawgroup.com
    ***Attorney for Plaintiff***