> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge RICHARD L. YOUNG |
| This Document Relates to Plaintiff:<br><br>Cynthia Branch<br><br>Case No: 1:18-cv-02274-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Cynthia Branch, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in this particular Civil Action No. 1:18-cv-02274-RLY-TAB filed on 7/25/2018. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: October 26, 2021

    Respectfully submitted,

    /s/ Donald G. Norris
    Donald G. Norris (Bar No. 90000)
    LAW OFFICES OF DONALD G. NORRIS,
    A LAW CORPORATION
    3055 Wilshire Boulevard, Ste. 980
    P (213) 487-8880
    F (213) 487-8884
    dnorrislaw@gmail.com
    Counsel for Plaintiff