IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> _/s/ Richard L. Young_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Felice, Carl: 1:17-cv-00835

_____

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 26, 2021

      *s/ Merritt Cunningham*
      Merritt Cunningham
      STAG LIUZZA, LLC
      365 Canal Street, Suite 2850
      New Orleans, Louisiana 70130
      Telephone: (504) 593-9600
      mcunningham@stagliuzza.com

      *Counsel for Plaintiff*

      *s/ Jessica Benson Cox*
      Jessica Benson Cox
      Andrea Roberts Pierson
      FAEGRE DRINKER BIDDLE & REATH LLP
      300 North Meridian Street, Suite 2500
      Indianapolis, Indiana 46204
      Telephone: (317) 237-0300
      Andrea.Pierson@FaegreDrinker.com
      Jessica.Cox@FaegreDrinker.com

      *Counsel for Defendants*