IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed without prejudice.
> Dated: 11/15/21
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION 2570

Case No. 1:14-ml-2570-RLY-
MDL No.

This Document Relates to:

Robert J. Taylor, Jr. 1:21-cv-6614-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Robert J. Taylor, Jr. voluntarily dismisses any and all claims against all Defendants in the above-captioned action only *without prejudice*.

Dated: November 1, 2021

Respectfully submitted,

*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Lead Counsel for Plaintiff*