IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

CASSANDRA KILPATRICK
1:21-cv-06601-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that two (2) separate cases were filed for the above-referenced Plaintiff. Plaintiff hereby, and with the consent of the Defendants, dismisses Cause No. 1:21-cv-6601-RLY-TAB claims against all Defendants. Each party shall bear its own fees and costs.

This stipulation does not include Cause No. 1:20-cv-03007-RLY-TAB, which will remain open and not dismissed.

Dated: November 5, 2021.

| | |
|---|---|
| /s/ Ben C. Martin | /s/ Jessica Benson Cox |
| Ben C. Martin, Bar No. 13052400 | Jessica Benson Cox |
| **Martin Baughman, PLLC** | **Faegre Drinker Biddle & Reath, LLP** |
| 3141 Hood Street, Suite 600 | 300 North Meridian Street, Suite 2500 |
| Dallas, TX 75219 | Indianapolis, IN 46204 |
| Telephone: (214) 761-6614 | Telephone: (317) 237-0300 |
| Facsimile: (214) 744-7590 | Facsimile: (317) 237-1000 |
| bmartin@martinbaughman.com | Jessica.Cox@FaegreDrinker.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |