> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 15, 2021
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:14-ml-2570 |

This Document Relates to:

Plaintiff Beth Reese, Civil Case No. 1:18-cv-03520

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiff, BETH REESE, by and through the undersigned counsel, file this notice of voluntary dismissal with prejudice of all claims herein pending against Defendants, Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation, each party bearing its own attorneys' fees and costs.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via Email through the Florida Courts E-Filing Portal to the Service List below on Wednesday, October 27, 2021.

Respectfully Submitted,

**DI PIETRO PARTNERS LLP**
901 East Las Olas Blvd., Suite 202
Fort Lauderdale, FL 33301
Primary Email Address: service@ddpalaw.com
Secondary Email Address:
Paralegal3@ddpalaw.com
Telephone: (954) 712-3070
Facsimile:  (954) 337-3824

/s/  *Nicole Martell*
DAVID DI PIETRO, ESQ.
Florida Bar No.: 10370
david@ddpalaw.com
NICOLE MARTELL, ESQ.
Florida Bar No.: 100172
nicole@ddpalaw.com