IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## ORDER GRANTING JOINT PETITION FOR REIMBURSEMENT OF OVERPAYMENT

This matter has come before the Court on the Cook Defendants' and Plaintiffs' Steering Committee's Joint Petition for Reimbursement of Overpayment. The Court, having reviewed the Joint Petition, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that BGBC, LLP, the Court-appointed escrow agent over the Common Benefit Fund, shall refund a sum of $7,000 to the Cook Defendants in the form of a check for $7,000 made out to Cook Group Incorporated. Such check shall be mailed to the attention to Jessica Benson Cox, Faegre Drinker Biddle & Reath LLP, 300 N. Meridian Street, Suite 2500, Indianapolis, IN 46204, within 14 days of this Order.

SO ORDERED this 17th day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.