IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

SHEILA JANE KANE
Civil Case #1:21-cv-6675-RLY-TAB

## ENTRY OF APPEARANCE OF JOSEPH J. ZONIES

**TO THE CLERK:**

Joseph J. Zonies, of the law firm ZONIES LAW LLC, hereby enters his appearance as attorney of record on behalf of the Plaintiff, SHEILA JANE KANE, in the above-captioned matter.

**DATED:** November 17th, 2021

    Respectfully submitted,

    *s/ Joseph J. Zonies*
    Joseph J. Zonies, Esq.
    **ZONIES LAW LLC**
    1700 Lincoln St., Suite 2400
    Denver, CO  80203
    (720) 464-5300
    jzonies@zonieslaw.com

    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing **ENTRY OF APPEARANCE OF JOSEPH J. ZONIES** was filed and served on this 17th day of November 2021, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

                                              *s/ Joseph J. Zonies*
                                              Joseph J. Zonies