IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES          Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to Plaintiff(s)

James Beasley_____

Civil Case #: 1:21-cv-00903-TWP-MG_____

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, James Beasley, by and through the undersigned counsel, pursuant to ¶ 3

of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully

gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants,

Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil

Action No. 1:21-cv-00903-TWP-MG filed on April 13, 2021. In accordance with CMO 28, each

side will bear its own costs and attorney's fees.


Date: November 17, 2021.


                                        Respectfully submitted,

                                        **JOHNSON LAW GROUP**
                                        /s/ Basil Adham_____
                                        Basil Adham, (TX Bar No.24081742)
                                        2925 Richmond Ave, Suite 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Facsimile: (713) 583-9460
                                        E-mail: ivc@johnsonlawgroup.com
                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2021, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham