IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:18-cv-3682-RLY-TAB
Wesley Brekhus

**ORDER ON NOVEMBER 15, 2021, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared by counsel November 15, 2021, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 20260.] Plaintiff failed to appear as ordered. Plaintiff shall show cause by December 2, 2021, why sanctions, including dismissal, should not issue for his failure to appear for the November 15 telephonic status conference. The motion to withdraw shall remain under advisement.

Date: 11/18/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email