IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    ORLANDO WONSON
    1:21-cv-06496-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed with prejudice, with each party to bear its own costs.

Dated: November 18, 2021.

| | |
|---|---|
| /s/ Ben C. Martin<br>Ben C. Martin, Bar No. 13052400<br>**Martin Baughman, PLLC**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Telephone: (214) 761-6614<br>Facsimile: (214) 744-7590<br>bmartin@martinbaughman.com<br><br>*Attorney for Plaintiff* | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>**Faegre Drinker Biddle & Reath, LLP**<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Jessica.Cox@FaegreDrinker.com<br><br>*Attorney for Defendants* |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 18, 2021, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                   */s/ Ben C. Martin*
                   Ben C. Martin