IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:17-cv-3016-RLY-TAB
Phillip Rumple

### ORDER ON NOVEMBER 15, 2021, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared in person and by counsel November 15, 2021, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 20262.] Based upon statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Moreover, Plaintiff requested that his current counsel be permitted to withdraw. Accordingly, the motion to withdraw is granted and the appearance of Gregory McEwen is withdrawn on behalf of Plaintiff. The Court encouraged Plaintiff to find replacement counsel. Nevertheless, Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether he has counsel. The Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 901 Brush Street, #277, Las Vegas, NV 89107. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 11/18/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email