# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>Roberta Riker</u>

**Civil Case#: 1:16-cv-0592-WTL-TAB**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves the Court for an order substituting David Riker, as heir to the Estate of Roberta Riker, deceased, as the Plaintiff in this action.

1. Roberta Riker filed this products liability lawsuit against Defendants on March 16, 2016 in the Southern District of Indiana, Indianapolis Division.

2. On May 21, 2017, Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3. On October 4, 2021, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 20085]

4. David Riker, surviving husband of Roberta Riker, is a proper party to substitute for Plaintiff-decedent Roberta Riker and has proper capacity to continue the claims made in this lawsuit pursuant to Fed.R.Civ.P.25(a)(1), which

states that, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.  David Riker, the surviving husband of Roberta Riker, is the heir to plaintiff-decedent's estate pursuant to the Oregon Probate Code and Ore. Stat. § 114.

6.  David Riker further seeks leave to file the attached amended short complaint to substitute himself as plaintiff on behalf of Plaintiff-decedent. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion for substitution of David Riker as heir as to the estate of Roberta Riker in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the Amended Short Form Complaint.

Dated: <u>November 19, 2021</u>                    Respectfully submitted,

By: /s/ Shezad Malik

Dr. Shezad Malik Law Firm,
2004 Bluebonnet Dr.
Richardson, TX 75082
(214) 390-3189
malik2law@yahoo.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will  send notification of such filing to all attorneys of record.

/s/ Shezad Malik