IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>**Roberta Riker**<br><br>Civil Case#: 1:16-cv-0592-WTL-TAB | |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party and For Leave to Amend Short Form Complaint is **granted**. David Riker is substituted for Roberta Riker, deceased, in this action, continuing the claims originally brought by Roberta Riker on behalf of her Estate. The Clerk of Court is directed to file the amended short form complaint into the record in this matter.

Dated: _____.     .

_____
UNITED STATES DISTICT JUDGE
SOUTHERN DISTRICT OF INDIANA

1