IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:16-cv-01032-RLY-TAB    Stratton

## **ORDER**

      This cause is before the Court on a motion from Plaintiffs Robert A. and Angela Stratton [Filing No. 20355] to maintain under seal Exhibit A [Filing No. 20303] to Plaintiffs' Response to Cook Defendant's Motion for Judgment Pursuant to CMO-28 [Filing No. 20302]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiffs' basis for moving to seal these documents is to protect Plaintiffs medical privacy under HIPPA laws. The Cook Defendants did not file a response to Plaintiffs' motion to seal.

      Motions to seal are disfavored in many circumstances and, in practice, are often overbroad. Nevertheless, the Court has granted a number of such motions in this case, which implicates many trade secrets, medical records, and other confidential information. Given the privacy concerns raised by Plaintiffs, this motion is granted. The Court notes, however, that to the extent that information sealed by this order (or any other) is relevant to other motions that are pending or may come before the Court, the Court may, as appropriate, publicly reference this information in ruling on these motions. Likewise, to the extent such information is relevant to

issues to be addressed at any trial in this matter, this information may need to be publicly referenced. With these caveats in mind, Plaintiffs' motion [Filing No. 20355] is granted.

Date: 11/22/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.