IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)

JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

---

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jennifer L. Dinwiddie

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Missouri

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Missouri

6. Plaintiff's/Deceased Party's current state of residence:

   Missouri

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Missouri

8. Defendants (Check Defendants against whom Complaint is made):

   X      Cook Incorporated

   X      Cook Medical LLC

   X      William Cook Europe ApS

9. Basis of Jurisdiction:

   X      Diversity of Citizenship

   ☐      Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b.  Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐      Günther Tulip® Vena Cava Filter

    ☒      Cook Celect® Vena Cava Filter

    ☐      Gunther Tulip Mreye

    ☐      Cook Celect Platinum

    ☐      Other:
    _____

2

11. Date of Implantation as to each product:

June 24, 2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Louis University Hospital, St. Louis, MO

13. Implanting Physician(s):

Dr. Wei Li

14. Counts in the Master Complaint brought by Plaintiff(s):

| | | |
|---|---|---|
| X | Count I: | Strict Products Liability – Failure to Warn |
| X | Count II: | Strict Products Liability – Design Defect |
| X | Count III: | Negligence |
| X | Count IV: | Negligence Per Se |
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable Missouri Merchandising Practice Act |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| ☐ | Other: | _____ |
| ☐ | Other: | _____ |

15. Attorney for Plaintiff(s):

Joseph J. Zonies; Gregory D. Bentley

3

16. Address and bar information for Attorney for Plaintiff(s):

1700 Lincoln St., Suite 2400, Denver, CO  80203

Joseph J. Zonies, Colorado Attorney Registration No. 29539

Gregory D. Bentley, Colorado Attorney Registration No. 42655

Plaintiff demands a jury trial.

Dated: November 22, 2021

Respectfully submitted,

**ZONIES LAW LLC**

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
1700 Lincoln Street, Suite 2400
Denver, CO  80203
Telephone: (720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **SHORT FORM COMPLAINT** was filed and served on this 22nd day of November 2021, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*
Joseph J. Zonies