UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES <br> PRACTICES AND PRODUCTS LIABILITY <br> LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |
| This Document Relates to Plaintiffs: <br> Kimberly Campbell and Lonnie Campbell <br> Case No. 1:18-cv-02537-RLY-TAB | |

**RESPONSE TO SHOW CAUSE ORDER**

On November 9, 2021, Magistrate Baker issued a show cause order (Doc. 20374) requiring Plaintiffs to appear, on or before November 23, 2021, and show cause why they did not appear for Plaintiffs' counsel's Motion to Withdraw.

As of November 22, 2021, counsel for Plaintiff has not heard from either Plaintiff. Given the Thanksgiving holiday and staff shortage, beginning November 23, 2021, counsel for Plaintiffs respectfully requests a "grace period," extending the response time to November 30, 2021, to allow for any further response, if any, to the show cause order.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiffs, were served via email and regular mail.

/s/John T. Kirtley, III
John T. Kirtley, III