IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

SHEILA JANE KANE
Civil Case #1:21-cv-6675-RLY-TAB

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
TO CORRECT PLAINTIFF'S NAME**

Plaintiff, by her undersigned attorney, moves the Court for leave to amend the complaint to correct Plaintiff's name.

As grounds for this Motion, Plaintiff states that the complaint filed in the United States District Court for the District of Arizona on August 4, 2021 inadvertently contained a misspelling of Plaintiff's first name.

Wherefore, Plaintiff respectfully requests the Court to grant Plaintiff's motion for leave to file an amended complaint (Short Form Complaint attached as Ex. 1) to correct the spelling of Plaintiff's name to Sheila Jane Kane.

Dated: November 22, 2021

Respectfully submitted,

**ZONIES LAW LLC**

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq. (CO No. 29539)
Gregory D. Bentley, Esq. (CO No. 42655)
1700 Lincoln Street, Suite 2400
Denver, CO  80203
Telephone: (720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT PLAINTIFF'S NAME** was filed and served on this 22nd day of November, 2021, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*<br>
Joseph J. Zonies