IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

SHEILA JANE KANE
Civil Case #1:21-cv-6675-RLY-TAB

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT PLAINTIFF'S NAME**

Upon consideration of the Plaintiff's Motion for Leave to File Amended Complaint to Correct Plaintiff's Name for name correction, it is hereby ORDERED that Plaintiff's Motion is GRANTED. The Short Form Complaint attached to the Motion is hereby deemed filed as of the date of this Order.

Date:_____          SO ORDERED:


                                      _____
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF INDIANA