**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INIANAPOLIS DIVISION**

| | |
|---|---|
| _____ ) | Case No. 1:14-ml-2570-RLY-TAB |
| **IN RE: COOK MEDICAL, INC., IVC** ) | MDL No. 2570 |
| **FILTERS MARKETING, SALES** ) | |
| **PRACTICES AND PRODUCTS** ) | |
| **LIABILIGY LITIGATION MDL** ) | |
| _____ ) | |
| ) | |
| **This Document Relates to Plaintiff:** ) | |
| **MANFRED SCHAFFLER** ) | |
| ) | |
| **1:20-cv-00551-RLY-TAB** ) | |

**NOTICE OF FILING EXECUTED WAIVER OF SERVICE OF
SUMMONS FOR DEFENDANTS COOK, INC., COOK MEDICAL, LLC,
AND WILLIAM COOK EUROPE ApS**

Please take Notice that Plaintiff, Manfred Schaffler through undersigned counsel, hereby files as **Exhibit A** attached, the executed Waiver of Service of Summons with respect to Defendants Cook, Inc., Cook Medical, LLC, and William Cook Europe ApS.

Dated: November 23, 2021

Respectfully submitted,

**SIMON GREENSTONE PANATIER**

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel, TXBN 24074864
spatel@sgptrial.com
1201 Elm Street, Suite 3400
Dallas, TX 75270
Tel: 214-276-7680
Fax: 214-276-7699

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on the 23th day of November, 2021. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's ECF system.

        */s/ Shreedhar R. Patel*
        Shreedhar R. Patel, TXBN 24074864
        spatel@sgptrial.com
        1201 Elm Street, Suite 3400
        Dallas, TX 75270
        Tel: 214-276-7680
        Fax: 214-276-7699

        ***Attorney for Plaintiff***