IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

SHEILA JANE KANE
Civil Case #1:21-cv-6675-RLY-TAB

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO CORRECT PLAINTIFF'S NAME**

Upon consideration of the Plaintiff's Motion for Leave to File Amended Complaint to Correct Plaintiff's Name for name correction [Dkt. 20449], it is hereby ORDERED that Plaintiff's Motion is GRANTED. The Short Form Complaint is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 11/23/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.