UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiffs: Kimberly Campbell and Lonnie Campbell Case No. 1:18-cv-02537-RLY-TAB | |

> The deadline to respond to the outstanding show cause order is enlarged to November 30, 2021.
>
> Tim A. Baker, U.S. Magistrate Judge
> Dated: November 23, 2021
>
> Distribution to all registered counsel of record via the Court's ECF system. John T. Kirtley, III is required to serve Plaintiffs, Kimberly and Lonnie Campbell.

**RESPONSE TO SHOW CAUSE ORDER**

On November 9, 2021, Magistrate Baker issued a show cause order (Doc. 20374) requiring Plaintiffs to appear, on or before November 23, 2021, and show cause why they did not appear for Plaintiffs' counsel's Motion to Withdraw.

As of November 22, 2021, counsel for Plaintiff has not heard from either Plaintiff. Given the Thanksgiving holiday and staff shortage, beginning November 23, 2021, counsel for Plaintiffs respectfully requests a "grace period," extending the response time to November 30, 2021, to allow for any further response, if any, to the show cause order.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiffs

1