IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Jasmine Bowen
1:17-cv-2704-RLY-TAB

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff Jasmine Bowen, by counsel, respectfully submits her Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). This Court has the discretion to dismiss the case with or without prejudice. *Carter v. City of Allen*, 922 F.3d 824, 825 (7th Cir. 2019). Here, in the interests of judicial economy and to save both sides unnecessary costs and expense, Plaintiff moves to dismiss her case with prejudice.

For the reasons stated in Plaintiff's brief filed simultaneously herewith, Plaintiff respectfully requests the Court grant her instant motion and dismiss the above-captioned case with both sides bearing their own costs and grant all other and further relief that the Court considers proper.

Respectfully Submitted,
Dated:  November 23, 2021

/s/ *David M. Langevin*
David M. Langevin
MN Bar No. 329563
McSweeney/ Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (877) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com