IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Erin and James Elder, 1:16-cv-03180

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 23, 2021.

*/s/ Henry G Garrard III*
Henry G. Garrard III, Esq.
Blasingame, Burch, Garrard & Ashley, P.C.
440 College Avenue North, Suite 320
Athens, Georgia 30601
Telephone: (706) 354-4000
Fascimile: (706) 353-0673
Email: hgarrard@bbga.com

*Attorney for Plaintiff*

*/s/  Kip S.M. McDonald, Esq.*
Kip S.M. McDonald, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/   Kip S.M. McDonald, Esq.*

- 2 -