# EXHIBIT A

| Plaintiff | Cause Number | Plaintiff Counsel | Deficiency Letter Sent |
|---|---|---|---|
| Simmons, Roberta | 1:19-cv-01409 | KIRKENDALL DWYER LLP | 8/21/2019 |
| Parks, Paulette | 1:19-cv-01413 | KIRKENDALL DWYER LLP | 8/21/2019 |
| Daniels, Iris | 1:19-cv-01416 | KIRKENDALL DWYER LLP | 8/21/2019 |
| Layson, Tammy | 1:19-cv-03181 | THE MILLER FIRM LLC | 9/3/2020 |
| Feagins, Sarah | 1:19-cv-03383 | JOHNSON LAW GROUP | 9/29/2020 |
| Harris, Hortentia | 1:19-cv-03531 | JOHNSON LAW GROUP | 9/29/2020 |
| Anguiano, Oscar | 1:19-cv-03660 | THE MILLER FIRM LLC | 9/3/2020 |
| Simko, Stephanie | 1:19-cv-04017 | JOHNSON LAW GROUP | 9/30/2020 |
| Booth, Cheryl | 1:19-cv-04074 | WILSHIRE LAW FIRM PLC | 9/28/2020 |
| Witherspoon, Ronald | 1:19-cv-04093 | JOHNSON LAW GROUP | 9/18/2020 |
| Sears, Michelle and Keith | 1:19-cv-04617 | DEGARIS WRIGHT MCCALL | 9/30/2020 |
| McNew, David | 1:19-cv-04965 | JOHNSON LAW GROUP | 9/29/2020 |
| Brown, Vivian | 1:20-cv-00107 | JOHNSON LAW GROUP | 9/28/2020 |
| Gomez, Luz A. | 1:20-cv-00502 | WAGSTAFF & CARTMELL, LLP | 9/30/2020 |
| Tkachyk, William [ESTATE OF] | 1:20-cv-00534 | JOHNSON LAW GROUP | 9/28/2020 |
| Allen, Shawn (NV) | 1:20-cv-01002 | JOHNSON LAW GROUP | 9/28/2020 |
| Whiteside, Nikia | 1:20-cv-02554 | THE MOODY LAW FIRM, INC. | 7/21/2021 |
| Jenkins, Steve | 1:20-cv-02558 | THE MOODY LAW FIRM, INC. | 7/21/2021 |
| Davis, Jessica | 1:20-cv-02897 | FEARS NACHAWATI, PLLC | 9/24/2021 |
| Barr, Margaret and William | 1:20-cv-02898 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Betz, Bruce Dale | 1:20-cv-03090 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Bawner, Eleanor Carter | 1:20-cv-03279 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Hargrove, Laray | 1:20-cv-06123 | JOHNSON LAW GROUP | 9/29/2020 |
| Shank, Franklin | 1:21-cv-00029 | JOHNSON LAW GROUP | 9/29/2021 |
| Aguilar, Arthur Cornell | 1:21-cv-00040 | FEARS NACHAWATI, PLLC | 7/6/2021 |
| Bergeron, Lynne | 1:21-cv-00041 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Balistreri, Steve (ESTATE OF) | 1:21-cv-00197 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Augsburger, Paul | 1:21-cv-00343 | FEARS NACHAWATI, PLLC | 7/20/2021 |
| Larner, Sharon | 1:21-cv-00460 | JOHNSON LAW GROUP | 7/21/2021 |
| Bevis, Victor | 1:21-cv-00466 | FEARS NACHAWATI, PLLC | 8/19/2021 |

| | | | |
|---|---|---|---|
| Adkins, Pennie | 1:21-cv-00500 | FEARS NACHAWATI, PLLC | 7/6/2021 |
| Smith, Shirley | 1:21-cv-00705 | JOHNSON LAW GROUP | 9/29/2021 |
| Mincy, Billy | 1:21-cv-00895 | JOHNSON LAW GROUP | 9/29/2021 |
| Daniels, Dina | 1:21-cv-01344 | FEARS NACHAWATI, PLLC | 10/28/2021 |
| Dixon, Veronica | 1:21-cv-01352 | FEARS NACHAWATI, PLLC | 10/28/2021 |
| Sims, Kristy | 1:21-cv-01443 | THE MILLER FIRM LLC | 8/19/2021 |
| Roberson, Gary Lee | 1:21-cv-01481 | JOHNSON LAW GROUP | 9/29/2021 |
| Dill, Kimberly | 1:21-cv-01619 | FEARS NACHAWATI, PLLC | 10/28/2021 |
| Curti, Christine and Kevin | 1:21-cv-01620 | FEARS NACHAWATI, PLLC | 10/28/2021 |
| Drakeford, Carrie Jean | 1:21-cv-01685 | FEARS NACHAWATI, PLLC | 10/28/2021 |
| Letteau, Deborah | 1:21-cv-01764 | JOHNSON LAW GROUP | 9/29/2021 |
| Matejek, Leslie | 1:21-cv-01933 | JOHNSON LAW GROUP | 9/29/2021 |
| Mitchell, James | 1:21-cv-02337 | JOHNSON LAW GROUP | 9/29/2021 |
| Carlson, Stephanie | 1:21-cv-02348 | JOHNSON LAW GROUP | 9/29/2021 |
| Benson, Howard | 1:21-cv-06564 | JOHNSON LAW GROUP | 10/28/2021 |