# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:20-cv-00551 | 1:21-cv-02826 |
| 1:21-cv-02736 | 1:21-cv-02828 |
| 1:21-cv-02778 | 1:21-cv-02834 |
| 1:21-cv-02789 | 1:21-cv-02835 |
| 1:21-cv-02790 | 1:21-cv-06553 |
| 1:21-cv-02791 | 1:21-cv-06633 |
| 1:21-cv-02797 | 1:21-cv-06639 |
| 1:21-cv-02798 | 1:21-cv-06652 |
| 1:21-cv-02806 | 1:21-cv-06655 |
| 1:21-cv-02807 | 1:21-cv-06656 |
| 1:21-cv-02814 | 1:21-cv-06658 |
| 1:21-cv-02819 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:   November 24, 2021

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:   andrea.pierson@faegredrinker.com
E-Mail:   kip.mcdonald@faegredrinker.com

US.120264241.01

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson