IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Steve Walker

Civil Case # 1:21-cv-6647-RLY-TAB

### NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated:  11/24/2021 | */s/ Paul L. Stoller*<br>Paul L. Stoller<br>(Admitted Pro Hac Vice, AZ Bar No 016773)<br>**DALIMONTE RUEB STOLLER LLP**<br>2425 E. Camelback Rd., Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 888-2807<br>Fax: (855) 203-2035<br>Email:  paul@drlawllp.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller
