IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Lana Sharbo

Civil Case #  1:21-cv-6633-RLY-TAB

### SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lana Sharbo

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Colorado

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Colorado

6. Plaintiff's/Deceased Party's current state of residence:

    Colorado

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District of Colorado, Denver Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        Paragraphs 6 through 28, inclusive

    b. Other allegations of jurisdiction and venue:

        N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - [X] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    January 15, 2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Presbyterian/St Luke's Medical Center; Denver, CO

13. Implanting Physician(s):

    Stephen Annest, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [✓] Count I:    Strict Products Liability – Failure to Warn
    - [✓] Count II:   Strict Products Liability – Design Defect
    - [✓] Count III:  Negligence
    - [✓] Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable Pennslyvania Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   Caroline U. Hollingsworth, Esq. - Heninger Garrison Davis, LLC

16. Address and bar information for Attorney for Plaintiff(s):

<u>Heninger Garrison Davis, LLC – 2224 1st Avenue North, Birmingham, AL 35203</u>

<u>Caroline U. Hollingsworth, Heninger Garrison Davis, LLC</u>

                        Respectfully submitted,

                        /s/Caroline U. Hollingsworth
                        Heninger Garrison Davis, LLC
                        2224 1st Avenue North
                        Birmingham, AL 35202
                        TEL: 205-326-336 FAX: 205-326-3332
                        caroline@hgdlawfirm.com

                        ATTORNEY FOR PLAINTIFF