UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Jamieca Brown, 1:18-cv-3082

**ORDER DENYING PLAINTIFF'S RULE 60 MOTION FOR RELIEF FROM FINAL JUDGMENT**

On March 26, 2021, the Cook Defendants[1] moved to dismiss 18 cases in which the Plaintiffs' complaints failed to identify the product they alleged caused their injuries. On June 29, 2021, the court dismissed the cases of 13 Plaintiffs, including Plaintiff Jamieca Brown, who failed to respond to the motion. (Filing No. 19238, Order on Def.'s Mot. to Dismiss Unknown Product Cases). Plaintiff now moves for relief from the judgment entered on that date pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure.

Plaintiff claims she never received notice of the Cook Defendants' motion, and that she provided the information to them relating to her device *before* the motion to dismiss was filed. The problem here is this: even if what Plaintiff says is true, Plaintiff still has not identified the specific product at issue. To date, the only product

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1

identification provided by Plaintiff is from a retained physician who notes only a "Cook IVC filter." (*See* Filing No. 19417, Ex. A). As a result, Plaintiff's dismissal was proper. Plaintiff's motion for relief from judgment (Filing No. 19417) is therefore **DENIED**.

**SO ORDERED** this 24th day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.