UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC            )
FILTERS MARKETING, SALES                  )   1:14-ml-02570-RLY-TAB
PRACTICES AND PRODUCT                     )   MDL No. 2570
LIABILITY LITIGATION                      )
_____ )

This Document Relates to:
Tamika Powell, 1:20-cv-03162
Tammy DeWolfe, 1:21-cv-0461
Guadalupe Gallardo, 1:21-cv-0494
Agustin Perez, Jr., 1:21-cv-00044
_____

**ORDER DENYING PLAINTIFFS' MOTIONS FOR RECONSIDERATION**

Plaintiffs Tamika Powell, Tammy DeWolfe, Guadalupe Gallardo, and Agustin Perez, Jr., move for reconsideration of the court's June 25, 2021, order dismissing their cases for failing provide the Cook Defendants[1] with a Plaintiff Profile Sheet ("PPS") as required by Fourth Amended Case Management Order No. 4. (Filing No. 19198). On July 22 and 23, 2021, Plaintiffs separately filed motions for reconsideration, asking the court to reinstate their cases. But to date, they have not provided a PPS to the Cook

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

Defendants.  Accordingly, their motions to reconsider (Filing Nos. 19419 (Powell), 19420 (DeWolfe), 19421 (Gallardo), 19432 (Perez, Jr.)) are **DENIED**.

**SO ORDERED** this 24th day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.