IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

ROBERT OTTOGALLI, JR.
Civil Case #1:21-cv-6495-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to this Court's previous rulings on Category 2 cases, Plaintiff, through counsel, hereby respectfully moves this Court to dismiss all claims against Cook Medical, Inc., et al. without prejudice. Defendant does not oppose the relief sough herein.

Dated: November 29, 2021                    Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies
ZONIES LAW, LLC
1700 Lincoln Street, Suite 2400
Denver, CO 80203
720-464-5300
Fax: 720-464-5357
jzonies@zonieslaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2021, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 *s/ Joseph J. Zonies*
                                                 Joseph J. Zonies