IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Post, Mylinda & McKeithen, Holly – 1:16-cv-03271
Sanchez, Michelle – 1:16-cv-03078

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 30, 2021

| | |
|---|---|
| */s/ Laci M. Whitley* | */s/ Jessica Benson Cox* |
| Laci M. Whitley, Esq. | Jessica Benson Cox, Esq. |
| Flint Law Firm, LLC | Faegre Drinker Biddle & Reath LLP |
| 222 East Park Street, Suite 500 | 300 North Meridian Street, Suite 2500 |
| Edwardsville, Illinois 62025 | Indianapolis, Indiana 46204 |
| Telephone: (618) 288-4777 | Telephone: (317) 237-0300 |
| Facsimile: (618) 288-2864 | Facsimile: (317) 237-1000 |
| Email: lwhitley@flintlaw.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox
