UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

## RESPONSE TO SHOW CAUSE ORDER

On November 9, 2021, Magistrate Baker issued a show cause order (Doc. 20374) requiring Plaintiffs to appear, on or before November 23, 2021, and show cause why they did not appear for Plaintiffs' counsel's Motion to Withdraw. On November 23, 2021, Magistrate Baker extended the deadline to respond, to the show cause order, to November 30, 2021. (Doc. 20457).

On November 23, 2021, counsel for Plaintiff just learned that Plaintiff, Kimberly Campbell, died on April 26, 2020. We are trying to contact Plaintiff, Lonnie Campbell. Another 30 days is respectfully requested to contact Lonnie Campbell.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiff is working on contacting Lonnie Campbell.

/s/John T. Kirtley, III
John T. Kirtley, III