UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiffs:<br>Kimberly Campbell and Lonnie Campbell<br>Case No. 1:18-cv-02537-RLY-TAB | |

## SUGGESTION OF DEATH

Plaintiff, Kimberly Campbell, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby suggests upon the record the death of Plaintiff, Kimberly Campbell. Upon information and belief, Plaintiff Kimberly Campbell died on or about April 26, 2020.

Date: 11/30/21

Respectfully submitted,

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
  Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that on November 30, 2021, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiff is working on contacting Lonnie Campbell.

                        /s/ JOHN T. KIRTLEY, III
                        John T. Kirtley, III