IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

| | |
|---|---|
| This Document Relates to Plaintiff(s) | Plaintiff Demands a Trial by Jury |

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court for leave to amend her Complaint in the above captioned action and, in support, states as follows:

1. A party may amend her pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend her Short Form Complaint to correct the date of implantation at paragraph 11 and 15(k) of her First Amended Short Form Complaint.

4. The proposed Second Amended Short Form Complaint is attached as Exhibit A.

5. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

        Respectfully submitted,

        */s/ Steven B. Rotman*
        Steven B. Rotman
        Hausfeld
        One Marina Park Drive
        Suite 1410
        Boston, MA 02110
        (617) 207-0600
        srotman@hausfeld.com
        *Counsel for Plaintiff*

Dated: December 2, 2021

## **CERTIFICATE OF SERVICE**

I certify that on December 2, 2021, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/ Steven B. Rotman*
Steven B. Rotman