IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Kimberly Campbell and Lonnie Campbell - 1:18-cv-02537-RLY-TAB

_____

## ORDER ON SUGGESTION OF DEATH

On November 30, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, Kimberly Campbell [Filing No. 20516]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 12/1/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.