UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

This Document Relates to the Following Case:

Carrie Jean Drakeford, 1:21-cv-01685

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Carrie Jean Drakeford voluntarily dismisses any and all claims against all Defendants in the above captioned action only without prejudice.

Respectfully Submitted,

*/s/ Kelly Chermack*
**Kelly Chermack**
Texas Bar No. 24121361
kchermack@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021 a true and correct copy of *Plaintiff's Notice of Voluntary Dismissal Without Prejudice* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Dated: December 6, 2021

Respectfully Submitted,

*/s/ Kelly Chermack*
**Kelly Chermack**
