IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Sanders - 1:21-cv-02895-RLY-TAB

## ORDER

This cause has come before the Court upon Plaintiff's Motion for Refund of Court Fees (Filing No. 6).

IT IS HEREBY ORDERED, AJUDGED AND DECREED that said Motion is GRANTED. The filing fee of four hundred two ($402.00) dollars charged three times on November 22, 2021, to Plaintiff's counsel was in error as counsel should have only been charged once. The Clerk is instructed to issue a refund of $804 to the credit card used in this transaction (Tracking ID Nos. AINSDC-6853199 and AINSDC-6853304).

Date: 12/6/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.