IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lisa Lawson Scott

Civil Case # 1:21-cv-06504-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

                                    Respectively submitted,

Dated: 12/6/21

                                    */s/ Paul L. Stoller*
                                    Paul L. Stoller
                                    (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                                    **DALIMONTE RUEB STOLLER, LLP**
                                    2425 E. Camelback Road, Suite 500
                                    Phoenix, Arizona 85016
                                    Tel: (602) 888-2807
                                    Fax: (855) 203-2035
                                    paul@drlawllp.com

                                    ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller
