IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Wesley Brekhus    Civil Case No.: 1:18-cv-3682-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on Plaintiff's motion to withdraw the appearance of attorney Gregory N. McEwen. [Filing No. 20260]  And the Court, being duly advised, now grants said motion.

IT IS THEREFORE ORDERED that Gregory N. McEwen is no longer counsel representing the Plaintiff, Wesley Brekhus in this matter.

Date: 12/7/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Gregory N. McEwen is required to serve Plaintiff, Wesley Brekhus.