IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Wesley Brekhus - 1:18-cv-03682-RLY-TAB

**ORDER**

The Court ordered Plaintiff Wesley Brekhus to attend a telephonic status conference on November 15, 2021, to address his counsel's motion to withdraw. [Filing No. 20288.] Plaintiff failed to appear as ordered. [Filing No. 20430.] The Court then issued an order for Plaintiff to show cause by December 2, 2021, why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the November 15, 2021, conference and his failure to cooperate with his counsel in prosecuting this matter. [Filing Nos. 20260, 20430.] Plaintiff has failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 12/7/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Gregory N. McEwen is required to serve Plaintiff, Wesley Brekhus.