IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to Plaintiff(s)
David Riker, as Heir of Roberta Riker, Deceased

Civil Case# 1:16-cv-592-RLY-TAB

# FIRST AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference. (Document 213) Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Roberta Riker

2. Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    David Riker

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Oregon

5. Plaintiff's/Deceased Party's state of residence at the time of the injury:

    Oregon

6. Plaintiff's/Deceased Party's current state of residence:

<u>Oregon</u>

7. District Court and Division in which venue would be proper absent direct filing:

<u>In the United States Oregon District Court</u>

8. Defendant (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   <u>Paragraphs 1 through 7; 11 of the Master Complaint.</u>

   b. Other allegations of jurisdiction and venue

   <u>A substantial portion of the events leading to Plaintiff's injuries arose in Oregon</u>

   <u>making venue proper.</u>

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Gunther Tulip ® Vena Cava Filter

    ☒ Cook Celect ® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other:

2

11. Date of Implantation as to each product:

    00/13/2009

12. Hospital(s) where Plaintiff was implanted (including City and State)

    Del E Webb Memorial Hospital in Sun City West, AZ

13. Implanting Physician(s):

    Dr. Gordon Haugland, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s)

    ☒   Count I:     Strict Products Liability-Failure to warn

    ☒   Count II:    Strict Products Liability-Design Defect

    ☒   Count III:   Negligence

    ☒   Count IV:    Negligence Per Se

    ☒   Count V:     Breach of Express Warranty

    ☒   Count VI:    Breach of Implied Warranty

    ☒   Count VII:   Violations of Applicable Wyoming

        Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐   Count VIII:  Loss of Consortium

    ☐   Count IX:    Wrongful Death

    ☐   Count X:     Survival

    ☒   Count XI:    Punitive Damages

<u>November 19,  2021</u>

Respectfully submitted,

By<u>: /s/ Shezad Malik</u>
Dr. Shezad Malik Law Firm

2004 Bluebonnet Dr.
Richardson, TX 75082
(214) 390-3189
malik2law@yahoo.com

ATTORNEY FOR THE PLAINTIFF