IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Simmons, Roberta, 1:19-cv-01409

### PLAINTIFF ROBERTA SIMMONS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff Roberta Simmons and files this response to Cook Defendants' Motion to Dismiss (Doc. No. 20469) based on Plaintiff's failure to cure PPS deficiencies and shows the Court as follows:

Dismissal of Plaintiff's claims would be unfairly prejudicial, and the harm caused to Plaintiff would greatly outweigh any prejudice suffered by Defendant as a result of the delay in receiving the cured Plaintiff Profile Sheet (referred hereinafter as "PPS"). Plaintiff has now cured those identified deficiencies in their PPS and are in compliance with CMO No. 4. Additionally, Plaintiff's initial PPS was substantially complete when it was initially produced, along with her medical records, with those deficiencies in Plaintiff's CMO 13 submission.

On April 8, 2019, Plaintiff, Roberta Simmons filed her Short Form Company directly with the MDL court. Plaintiff has further complied with Court orders and Discovery requirements to date including a CMO 13 submission on June 5, 2019 and PPS submission with corresponding medical records on June 3, 2019.

1

After receiving Defendant's correspondence regarding the purported PPS deficiencies, Plaintiff Roberta Simmons served an Amended PPS on December 6, 2021, curing those deficiencies identified by Cook. As a result, Plaintiff is now in full compliance with CMO No. 4 and dismissal is not warranted.

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies.

Dated: December 7, 2021

Respectfully submitted,

By: */s/ Andrew Kirkendall*
Andrew Kirkendall
TX Bar No.: 24050882
Kirkendall Dwyer LLP
4343 Sigma Rd., Suite 200
Dallas, TX  75244
Telephone:  (214) 271-4027
Facsimile:  (214) 253-0629
akirkendall@kirkendalldwyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 7th day of December, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Andrew Kirkendall*