## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:21-cv-02930 | 1:21-cv-02947 |
| 1:21-cv-02931 | 1:21-cv-02950 |
| 1:21-cv-02937 | 1:21-cv-02953 |

_____

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  December 8, 2021        /s/ Andrea Roberts Pierson
                            Andrea Roberts Pierson (# 18435-49)
                            Kip S. M. McDonald (# 29370-49)
                            FAEGRE DRINKER BIDDLE & REATH LLP
                            300 North Meridian Street, Suite 2500
                            Indianapolis, Indiana 46204
                            Telephone: (317) 237-0300
                            Facsimile: (317) 237-1000
                            E-Mail: andrea.pierson@faegredrinker.com
                            E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01