IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Dec 08, 2021
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Dejesus, Yvonne, 1:16-cv-06035 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: December 6, 2021

| | |
|---|---|
| */s/ James B. Zouras, Esq.* | */s/ Kip S.M. McDonald, Esq.* |
| James B. Zouras, Esq. | Kip S.M. McDonald, Esq. |
| STEPHAN ZOURAS, LLP | Faegre Drinker Biddle & Reath LLP |
| 205 N. Michigan Ave, Suite 2560 | 300 North Meridian Street, Suite 2500 |
| Chicago, IL 60601 | Indianapolis, Indiana  46204 |
| Telephone:  (312) 233-1550 | Telephone:  (317) 237-0300 |
| Facsimile:  (312) 233-1560 | Facsimile:   (317) 237-1000 |
| Email: jzouras@stephanzouras.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

US.135594641.01