UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Wesley Brekhus, 1:18-cv-03682 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On December 7, 2021, the Magistrate Judge issued an Order recommending that this action be dismissed without prejudice for Plaintiff's failure to respond to an Order to Show Cause. The court **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 20552). This cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 8th day of December 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.