**FILED**
12/10/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

The Notice Of Appeal

Case # 1:17-cv-03517

Patti Alfieri

Vs

Cook

Appealing the judgements made on Nov 10, 2021

There are more issues that weren't gone over.  For example the piece of medal lodged in my spine and now is eroding.  Finding doctors, waiting for appointments, I also had to change doctors to get better results with my health.  It was very hard to find a new primary care doctor which then helped with the cardiovascular surgeon that removed it.  She did tell me that she took out the whole filter.  Then while looking in my records come across that is still in me. The 2 surgeries I've had because of this fracture of the filter.

I didn't need the ivc filter with all the meds I was given and it wasn't taken out when it was supposed to.  Which then I had to get 2 surgeries one for the removal that I was cut open from the middle of my chest down to my belly button.  The second with the hernia surgery I was cut open further mid of my chest to my pelvis.

Then to find out that the filter is still on me causing more health issues.

The Notice Of Appeal

Case # 1:17-cv-03517

Patti Alfieri

Vs

Cook

Appealing the judgements made on Nov 10, 2021

There are more issues that weren't gone over. For example the piece of medal lodged in my spine and now is eroding. Finding doctors, waiting for appointments, I also had to change doctors to get better results with my health. It was very hard to find a new primary care doctor which then helped with the cardiovascular surgeon that removed it. She did tell me that she took out the whole filter. Then while looking in my records come across that is still in me. The 2 surgeries I've had because of this fracture of the filter.

I didn't need the ivc filter with all the meds I was given and it wasn't taken out when it was supposed to. Which then I had to get 2 surgeries one for the removal that I was cut open from the middle of my chest down to my belly button. The second with the hernia surgery I was cut open further mid of my chest down to my pelvis.

Then to find out that the filter is still on me causing more health issues.

*Patti Alfieri* (signature)