**FILED**
12/10/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

The Notice Of Appeal

Case # 1:17-cv-03517

Patti Alfieri

Vs

Cook

Appealing the judgements made on Nov 10, 2021

There are more issues that weren't gone over. For example the piece of medal lodged in my spine and now is eroding. Finding doctors, waiting for appointments, I also had to change doctors to get better results with my health. It was very hard to find a new primary care doctor which then helped with the cardiovascular surgeon that removed it. She did tell me that she took out the whole filter. Then while looking in my records come across that is still in me. The 2 surgeries I've had because of this fracture of the filter.

I didn't need the ivc filter with all the meds I was given and it wasn't taken out when it was supposed to. Which then I had to get 2 surgeries one for the removal that I was cut open from the middle of my chest down to my belly button. The second with the hernia surgery I was cut open further mid of my chest to my pelvis.

Then to find out that the filter is still on me causing more health issues.



The Notice Of Appeal

Case # 1:17-cv-03517

Patti Alfieri

Vs

Cook

Appealing the judgements made on Nov 10, 2021

There are more issues that weren't gone over. For example the piece of medal lodged in my spine and now is eroding. Finding doctors, waiting for appointments, I also had to change doctors to get better results with my health. It was very hard to find a new primary care doctor which then helped with the cardiovascular surgeon that removed it. She did tell me that she took out the whole filter. Then while looking in my records come across that is still in me. The 2 surgeries I've had because of this fracture of the filter.

I didn't need the ivc filter with all the meds I was given and it wasn't taken out when it was supposed to. Which then I had to get 2 surgeries one for the removal that I was cut open from the middle of my chest down to my belly button. The second with the hernia surgery I was cut open further mid of my chest down to my pelvis.

Then to find out that the filter is still on me causing more health issues.





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Patti Alfieri, 1:17-cv-03517 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY ON THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS (collectively "the Cook Defendants" or "Cook") manufacture and sell inferior vena cava ("IVC") filters, which are used to prevent pulmonary embolism.  The Plaintiff herein, Patti Alfieri, was implanted with a Cook IVC filter in January 2007 and alleges she was harmed by the device.  The Cook Defendants move for summary judgment on grounds that her claims are barred by Nevada's statute of limitations.  The court, having reviewed the parties' submissions and the applicable law, finds the Cook Defendants' motion must be **GRANTED**.

**I.    Background**

Plaintiff is a resident of Nevada who was implanted with a Cook Günther Tulip filter on January 16, 2007, by Dr. Paul Brandt at the University Medical Center of Southern Nevada in Las Vegas, Nevada.  (Filing No. 1:17-cv-03517, Filing No. 1, Short

1

Form Compl. ¶¶ 4-7, 10-13).  On September 24, 2015, Plaintiff underwent an x-ray of her abdomen that revealed that "[o]ne of the legs of the IVC filter appears to be fractured, and inferiorly displaced." (Filing No. 20009 at 4).  That facture diagnosis was communicated to Plaintiff on the same day, and she was encouraged to follow up with her primary care physician or a cardiothoracic surgeon.  (*Id.* at 6).

Plaintiff ultimately decided to have the filter removed through an open removal surgery, and the filter was successfully removed on April 5, 2016.  (Filing No. 20105-1, Medical Record at 34).  She did, however, suffer an incisional hernia as a result of the surgery.  (Filing No. 20105-2, Medical Record at 6).  Plaintiff filed the present action on October 2, 2017.  (*See* Short Form Compl.).  Over 19 months later, on May 23, 2019, Plaintiff presented for elective repair of the hernia.  (Filing No. 20105-2, Medical Record at 6).

**II.     Discussion**

The parties agree Nevada law applies.  The issue is whether Plaintiff's claims are barred by Nevada's two-year statute of limitations.  Under Nevada's discovery rule, the statute of limitations begins to run when "the injured party discovers or reasonably should have discovered facts supporting a cause of action." *Ridenour v. Boehringer Ingelheim Pharm., Inc.*, 679 F.3d 1062, 1065 (8th Cir. 2012) (citing *Petersen v. Bruen*, 792 P.2d 18, 20 (Nev. 1990)).  The discovery rule "has been clarified to mean that the statute of limitations begins to run when the patient has before him facts which would put a reasonable person on inquiry notice of his possible cause of action[.]" *Massey v. Litton*, 669 P.2d 248, 251 (Nev. 1983).  A plaintiff is put on inquiry notice "when he or she

2

should have known of facts that would lead an ordinarily prudent person to investigate the matter further." *Winn v. Sunrise Hosp. & Med. Ctr.*, 277 P.3d 458, 462 (Nev. 2012).

Plaintiff concedes that the filter fracture occurred outside the two-year statute of limitations. But she argues the incisional hernia gave rise to a separate and distinct injury claim which was timely filed.

Plaintiff's argument invokes the "two-injury rule," which provides that where the statute of limitations has run on an injury, a later injury that is "separate and distinct" from the time-barred injury is still actionable. *Golod v. LaRoche*, 964 F.Supp. 841, 850-51 (S.D.N.Y. 1997) (quoting *Humphreys v. Humphreys*, 949 F.Supp. 1014, 1020 (E.D.N.Y. 1997)). The second injury must be more than an extension of the original injury and arise through a different chain of causation. *McLaughlin v. Bayer Essure, Inc.*, No. 14-7316, 2020 WL 1625549, at *10 (E.D. Pa. Apr. 2, 2020) (internal quotation marks and citation omitted); *Gaillard v. Bayer Corp.*, 986 F. Supp. 2d 241, 248 n.5 (E.D.N.Y. 2013) (different accrual dates for multiple injuries with a common cause are only appropriate "where the presence of one is not necessarily a predicate for the other's development"); *Hartey v. Ethicon, Inc.*, No. CIV.A. 04-CV-5111, 2006 WL 724554, at *5 (E.D. Pa. Mar. 20, 2006) (holding that lesions caused by migration of the plaintiff's hernia mesh were not a distinct injury from mesh-related scarring that was discovered a year earlier because the lesions were "simply an extension" of the original complication).

Here, Plaintiff admits in her response that her incisional hernia was a complication of the open removal surgery that "was performed for the sole purpose of retrieving the fractured IVC filter." (Pl.'s Resp. at 3). Any complications associated with that surgery,

3

including the incisional hernia, were "simply an extension" of the filter fracture. The filter fracture and incisional hernia are part of the same chain of causation, and the fracture was "necessarily a predicate" for the development of the incisional hernia. *Gaillard*, 986 F. Supp. 2d at 248 n.5. Plaintiff's product liability claims are barred.

Plaintiff failed to respond to Cook's motion for summary judgment on her implied warranty, express warranty, consumer protection, and punitive damages claims, effectively waiving any opposition. *See Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010).

### III. Conclusion

For the foregoing reasons, Cook's Motion for Summary Judgment (Filing No. 20008) is **GRANTED**. Final judgment shall be issued forthwith.

**SO ORDERED** this 10th day of November 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Patti Alfieri, 1:17-cv-03517 _____ | )))))))))))) 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 10th day of November 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1

# *** PUBLIC DOCKET ***

APPEAL,MDL,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:17-cv-03517-RLY-TAB

ALFIERI v. COOK INCORPORATED et al  
Assigned to: Judge Richard L. Young  
Referred to: Magistrate Judge Tim A. Baker  
Lead case: 1:14-ml-02570-RLY-TAB  
Member case: (View Member Case)  
Cause: 28:1332 Diversity-Personal Injury  

Date Filed: 10/02/2017  
Date Terminated: 11/10/2021  
Jury Demand: Plaintiff  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**PATTI ALFIERI**     represented by    **Ben C. Martin**  
MARTIN BAUGHMAN, PLLC  
3141 Hood Street  
Suite 600  
Dallas, TX 75219  
(214) 761-6614  
Fax: (214) 744-7590  
Email: bmartin@martinbaughman.com  

**Matthew David Schultz**  
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR PA  
316 S. Baylen St.  
Suite 600  
Pensacola, FL 32502  
850-435-7140  
Fax: 850-435-7020  
Email: mschultz@levinlaw.com  
*TERMINATED: 05/12/2021*  

**Thomas W. Arbon**  
MARTIN BAUGHMAN, PLLC  
3141 Hood Street  
Suite 600  
Dallas, TX 75219  
(214) 761-6614  
Fax: (214) 744-7590  
Email: tarbon@martinbaughman.com

V.

**Defendant**

| | | |
|---|---|---|
| **COOK INCORPORATED** | represented by | **Andrea Roberts Pierson**<br>FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)<br>300 North Meridian Street<br>Suite 2500<br>Indianapolis, IN 46204<br>317-237-0300<br>Fax: 317-237-1000<br>Email: andrea.pierson@faegredrinker.com |

**John T. Schlafer**
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
(317) 237-8274
Fax: (317) 237-1000
Email: john.schlafer@faegrebd.com
*TERMINATED: 08/09/2018*

**Kip S.M. McDonald**
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
300 North Meridian Street
Suite 2500
Indianapolis, IN 46204
(317) 237-1485
Fax: (317) 237-1000
Email: Kip.McDonald@Faegredrinker.com

**Defendant**

| | | |
|---|---|---|
| **COOK MEDICAL, LLC** | represented by | **Andrea Roberts Pierson**<br>(See above for address) |

**John T. Schlafer**
(See above for address)
*TERMINATED: 08/09/2018*

**Kip S.M. McDonald**
(See above for address)

**Defendant**

| | | |
|---|---|---|
| **WILLIAM COOK EUROPE APS** | represented by | **Andrea Roberts Pierson**<br>(See above for address) |

John T. Schlafer  
(See above for address)  
*TERMINATED: 08/09/2018*

Kip S.M. McDonald  
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2017 | 1 | COMPLAINT against All Defendants, filed by All Plaintiffs. (Filing fee $400, receipt number 0756-4564960) (Attachments: # 1 Civil Cover Sheet)(Schultz, Matthew) (Entered: 10/02/2017) |
| 10/02/2017 | 2 | NOTICE of Appearance by Matthew David Schultz on behalf of Plaintiff PATTI ALFIERI. (Schultz, Matthew) (Entered: 10/02/2017) |
| 10/03/2017 | 3 | NOTICE of Reassignment pursuant to General Order dated July 13, 2016 of Case to Judge Richard L. Young and Magistrate Judge Tim A. Baker. Judge Sarah Evans Barker, Magistrate Judge Matthew P. Brookman no longer assigned to the case. Please include the new case number, **1:17-cv-3517-RLY-TAB**, on all future filings in this matter. (REO) (Entered: 10/03/2017) |
| 10/03/2017 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (REO) (Entered: 10/03/2017) |
| 10/18/2017 | 5 | Amended Order Establishing Policies and Procedures. Signed by Judge Richard L. Young on 10/18/2017. (JRT) (Entered: 10/18/2017) |
| 10/18/2017 | 6 | Remark - Pending Action SD/IN 1:17-cv-3517-RLY-TAB Transferred as a Member Action to MDL 2570 on 10/18/2017. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB (JRT) (Entered: 10/18/2017) |
| 11/15/2017 | 7 | NOTICE of Appearance by John T. Schlafer on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03455-RLY-TAB, 1:17-cv-03459-RLY-TAB, 1:17-cv-03484-RLY- |

| | | |
|---|---|---|
| | | TAB, 1:17-cv-03517-RLY-TAB, 1:17-cv-03695-RLY-TAB, 1:17-cv-03696-RLY-TAB, 1:17-cv-03733-RLY-TAB, 1:17-cv-03735-RLY-TAB, 1:17-cv-03741-RLY-TAB, 1:17-cv-03743-RLY-TAB, 1:17-cv-03744-RLY-TAB, 1:17-cv-03745-RLY-TAB (Schlafer, John) (Entered: 11/15/2017) |
| 11/15/2017 | 8 | NOTICE of Appearance by Andrea Roberts Pierson on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03455-RLY-TAB, 1:17-cv-03459-RLY-TAB, 1:17-cv-03484-RLY-TAB, 1:17-cv-03517-RLY-TAB, 1:17-cv-03695-RLY-TAB, 1:17-cv-03696-RLY-TAB, 1:17-cv-03733-RLY-TAB, 1:17-cv-03735-RLY-TAB, 1:17-cv-03741-RLY-TAB, 1:17-cv-03743-RLY-TAB, 1:17-cv-03744-RLY-TAB, 1:17-cv-03745-RLY-TAB (Pierson, Andrea) (Entered: 11/15/2017) |
| 08/01/2018 | 9 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK |

|  |  |  | MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL, LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, MDL Defendants COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK INCORPORATED, COOK MEDICAL LLC, COOK MEDICAL LLC, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS, WILLIAM COOK EUROPE APS. Associated Cases: 1:14-ml-02570-RLY-TAB et al. (McDonald, Kip) (Entered: 08/01/2018) |
|---|---|---|---|
| 08/09/2018 |  | 10 | MARGINAL ENTRY approving 8824 Notice of Withdrawal of Appearance. The appearance of attorney John T. Schlafer shall be withdrawn in 1:14-ml-2570 as well as in all Cook IVC Filter MDL member cases in which he has appeared. Signed by Magistrate Judge Tim A. Baker on 8/9/2018. Associated Cases: 1:14-ml-02570-RLY-TAB et al.(LBT) (Entered: 08/09/2018) |
| 05/04/2021 |  | 11 | NOTICE of Appearance by Ben C. Martin on behalf of MDL Plaintiff PATTI ALFIERI. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB (Martin, Ben) (Entered: 05/04/2021) |

| | | |
|---|---|---|
| 05/04/2021 | 12 | NOTICE of Appearance by Thomas W. Arbon on behalf of MDL Plaintiff PATTI ALFIERI. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB (Arbon, Thomas) (Entered: 05/04/2021) |
| 05/12/2021 | 13 | ORDER granting (18504) Motion to Withdraw Attorney Appearance in case 1:14-ml-02570-RLY-TAB. Matthew D. Schultz of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is hereby withdrawn as counsel of record in this action. Signed by Magistrate Judge Tim A. Baker on 5/12/2021. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB(LBT) (Entered: 05/12/2021) |
| 11/10/2021 | 14 | ENTRY ON THE COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28 - (20008) Motion for Summary Judgment is GRANTED. Final judgment shall be issued forthwith. See Entry for details. Signed by Judge Richard L. Young on 11/10/2021. Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB(LBT) (Entered: 11/10/2021) |
| 11/10/2021 | 15 | JUDGMENT - Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants--Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS--and against the Plaintiff, Patti Alfieri. Signed by Judge Richard L. Young on 11/10/2021.Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB(LBT) (Entered: 11/10/2021) |
| 12/09/2021 | 16 | MOTION for Extension of Time to File Appeal, filed by Plaintiff PATTI ALFIERI. (JRB) (Entered: 12/09/2021) |
| 12/10/2021 | 17 | NOTICE OF APPEAL as to 15 Judgment, filed by Plaintiff PATTI ALFIERI. (No fee paid with this filing) (Attachments: # 1 Exhibit)(JRB) (Entered: 12/10/2021) |
| 12/13/2021 | 18 | PARTIES' SHORT RECORD re (17 in 1:17-cv-03517-RLY-TAB) Notice of Appeal, (20587 in 1:14-ml-02570-RLY-TAB) Notice of Appeal - **Instructions for Attorneys/Parties attached.** (Copy mailed to Plaintiff, Patti Alfieri.) Associated Cases: 1:14-ml-02570-RLY-TAB, 1:17-cv-03517-RLY-TAB(LBT) (Entered: 12/13/2021) |

**Case #: 1:17-cv-03517-RLY-TAB**