UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Second Motion to Authorize Payment to Escrow Agent

Pursuant to Section IV(A) of the Court's *Order Amending "Rules, Policies, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund* [Filing No. 14361, at ECF p. 100963], the Plaintiffs' Steering Committee respectfully moves the Court for an Order authorizing payment from the Common Benefit Fund to BGBC Partners, LLP. In support, the PSC states the following:

1. The Common Benefit Order states upon approval of the Court, "the CPA's bills shall be paid from the Cook IVC Filters Expense Fund and shall be considered a shared cost." [Filing No. 14361, and ECF p. 100963.]

2. BGBC has submitted the following invoices for payment (all of which are attached to this motion), which the PSC respectfully suggests should be paid:

| Invoice No. | Date | Amount |
|---|---|---|
| **246140** | 01/31/2021 | $1,269.00 |
| **250274** | 07/28/2021 | $2,505.00 |
| **252768** | 12/07/2021 | <u>$1,250.00</u> |
| | | **Total**<br><br>**$5,024.00** |

**Wherefore,** Plaintiffs' Steering Committee respectfully requests the Court to enter an Order allowing $5,024.00 to be paid from the Cook IVC Filters Expense Fund to BGBC Partners, LLP, for administrating the Fund.

        Respectfully Submitted,

        WILLIAMS & PIATT, LLC

        /s/ *Joseph N. Williams*
        Joseph N. Williams (#25874-49)
        301 Massachusetts Avenue, Suite 300
        Indianapolis, IN 46204
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        Email: joe@williamspiatt.com

        *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on December 13, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams