

300 N. Meridian Street
1100
Indianapolis, IN 46204

| | | |
|---|---|---|
| Cook MDL 2570 PSC Funds | Date: | 1/31/2021 |
| 3710 Rawlins Street | Invoice #: | 246140 |
| Ste 1230 | Client ID: | 90277 |
| Dallas, TX 75219 | | |

For Professional Services rendered through January 27, 2021 including fund bookkeeping and tax consulting.

Mr. Pollom & Associate - 8.75 hours.

Total Due:   $1,269.00