

300 N. Meridian Street
1100
Indianapolis, IN 46204

Cook MDL 2570 PSC Funds
3141 Hood Street
Ste 600
Dallas, TX 75219

Date: 7/28/2021
Invoice #: 250274
Client ID: 90277

For Professional Services rendered through July 15, 2021 including fund bookkeeping and income tax return preparation - Form 1120-SF.

Total Due: $2,505.00