

300 N. Meridian Street
1100
Indianapolis, IN 46204

Cook MDL 2570 PSC Funds
3141 Hood Street
Ste 600
Dallas, TX 75219

Date: 12/7/2021
Invoice #: 252768
Client ID: 90277

For Professional Services rendered through December 6, 2021, including fund bookkeeping and administrative matters.

Total Due:   $1,250.00