**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to:

Jennifer C. Pachico

Civil Case# 1:21-cv-6677-RLY-TAB

_____

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this

case on behalf of Plaintiff set forth in the above reference matter.


Respectively submitted,

_/s/ Jennifer Rethemeier_____

Dated: 12/13/21                         Jennifer Rethemeier
                                        (Admitted _Pro Hac Vice_, AZ Bar No. 031398)
                                        **DALIMONTE RUEB STOLLER, LLP**
                                        2425 E. Camelback Road, Suite 500
                                        Phoenix, Arizona 85016
                                        Tel: (602) 892-0341
                                        Fax: (855) 203-2035
                                        jennifer.rethemeier@drlawllp.com

                                        ***Lead Counsel for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>*/s/ Jennifer Rethemeier*</u>
Jennifer Rethemeier