IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Jeffrey White and Dianne White
Civil Case #  1:21-cv-6669

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jeffrey White

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Dianne White

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Massachusetts

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Massachusetts

6. Plaintiff's/Deceased Party's current state of residence:

    Massachusetts

7. District court and Division in which venue would be proper absent direct filing:

    District Court of Massachusetts

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6 through 28

    b. Other allegations of jurisdiction and venue:

    For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    __August 27, 2018_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _____UMass Memorial Medical Center_____

    _____Worcester, MA_____

13. Implanting Physician(s):

    _____Edward Arous_____

    _____

14. Counts in the Master Complaint brought by the Plaintiffs:

    ☐ Count I:      Strict Products Liability – Failure to Warn

    ☐ Count II:      Strict Products Liability – Design Defect

    ☒ Count III:      Negligence

    ☒ Count IV:      Negligence *Per Se*

    ☒ Count V:      Breach of Express Warranty

    ☒ Count VI:      Breach of Implied Warranty

    ☒ Count VII:      Violations of Applicable Massachusetts Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices; M.G.L. c. 93A

    ☒ Count VIII:      Loss of Consortium

    ☐ Count IX:      Wrongful Death

☐ Count X:     Survival

☐ Count XI:    Punitive Damages

☐ Other:  _____ (please state the facts supporting this

Count in the space, immediately below)

☐ Other:  _____ (please state the facts supporting this

Count in the space, immediately below)

_____

15. Attorney for Plaintiff(s):

Marilyn T. McGoldrick

16. Address and bar information for Attorney for Plaintiff(s):

Marilyn T. McGoldrick, MA Bar No. 561766

Thornton Law Firm LLP, 1 Lincoln St., 13th Fl, Boston, MA 02111


Date:  December 9, 2021

                                               Respectfully submitted,

                                               By:  /s/ Marilyn T. McGoldrick

                                               Marilyn T. McGoldrick (MA Bar No. 561766)
Thornton Law Firm LLP
1 Lincoln St., 13th Fl
Boston, MA 02111
(617)720-1333
(617)720-2445 (Fax)
MMcGoldrick@tenlaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Marilyn T. McGoldrick

Case 1:14-ml-02570-RLY-TAB   Document 20594   Filed 12/13/21   Page 5 of 5 PageID #: 125627