IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. l:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>DeJesus, Yvonne, 1:16-cv-06035 | |

> Motion denied for failure to comply with Local Rule 83-7(b)(2) and 83-7(b)(3).
>
> Tim A. Baker
> U.S. Magistrate Judge
> 12/13/2021

## MOTION TO WITHDRAW

Pursuant to this Court's Order (Dkt. No. 20575), counsel for Plaintiff, James B. Zouras and Ryan F. Stephan, hereby respectfully seek leave to withdraw from the above referenced case and be removed from future electronic filings.

        *s/ James B. Zouras*
        James B. Zouras, Esq.
        Ryan F. Stephan, Esq.
        STEPHAN ZOURAS, LLP
        100 N. Riverside Plaza, Suite 2150
        Chicago, IL 60606
        Telephone: (312) 233-1550
        Facsimile: (312) 233-1560
        Email: jzouras@stephanzouras.com
        Email: rstephan@stephanzouras.com

        ***Attorneys for Plaintiff***