Motion of Extension for Appeal

Patti Alfieri

Case # 1:17-cv-03517

1704 Hills of Red Drive unit 201

Las Vegas Nevada 89128

707-771-4152

> Given that Plaintiff already has filed a timely notice of appeal [Filing No. 17], Plaintiff's motion is denied as moot.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 12/13/2021
>
> Distribution to all registered counsel of record via ECF and to the following via U.S. Mail:  Patti Alfieri, 1704 Hills of Red Drive, Unit 201, Las Vegas, Nevada  89128

Due to my medical and health issues I'd like to have an extension on my appeal, I've been finding out more about my health conditions and it takes time to get referrals and appointments made.

Due to covid and the holidays the process of getting appointments has been harder with longer wait times and also their short staffed.

*[signature: Patti Alfieri]*