IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Thomas Clark and Karen M. Clark

Civil Case #1:16-cv-02642-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter has come before the Court upon Anne Medlin Lowe's Motion to Withdraw Appearance and representation of Plaintiffs Thomas Clark and Karen M. Clark. The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearance of Anne Medlin Lowe shall be withdrawn. Plaintiffs are no longer represented by Anne Medlin Lowe, and Anne Medlin Lowe needs not to be included in any service list in this matter.

**So Ordered** _____.

_____
Judge, United States District Court
Southern District of Indiana

Copies to:

Distribution to all registered counsel by CM/ECF.