IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Graciano Silva and Gloria Silva

Civil Case #1:17-cv-01685-RLY-TAB

## MOTION TO WITHDRAW APPEARNCE

Attorney Anne Medlin Lowe of Williams & Piatt, LLC respectfully moves to withdraw her appearance and representation of Plaintiffs Graciano Silva and Gloria Silva. Plaintiffs will continue to be represented by Joseph N. Williams and James A. Piatt of Williams & Piatt, LLC. Because of Joseph Williams and James Piatt's continuing representation of Plaintiffs, no evidence of written notice to Plaintiffs is necessary pursuant to Local Rule 83.7(b)(4).

WHEREFORE, attorney Anne Medlin Lowe respectfully moves the Court for an Order allowing her to withdraw her appearance and representation of Plaintiffs Graciano Silva and Gloria Silva, and for all other just and proper relief.

Respectfully submitted

WILLIAMS & PIATT, LLC


*/s/ Anne Medlin Lowe*
Anne Medlin Lowe (#31402-49)
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
(317) 633-5270
Facsimile:   (317) 426-3348
anne@williamspiatt.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2021, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.


*/s/ Anne Medlin Lowe*
Anne Medlin Lowe