# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 13, 2021

**To:**   Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 21-3300<br><br>Caption:<br>IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>APPEAL OF: PATTI ALFIERI |
| District Court No: 1:17-cv-03517-RLY-TAB<br>Clerk/Agency Rep Roger A. G. Sharpe<br>District Judge Richard L. Young<br><br>Date NOA filed in District Court: 12/10/2021<br>District Court No: 1:14-ml-02570-RLY-TAB<br>Clerk/Agency Rep Roger A. G. Sharpe<br>District Judge Richard L. Young<br><br>Date NOA filed in District Court: 12/10/2021 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)