IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC
FILTERS MARKETING, SALES PRACTICES     Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

This Document Relates to Plaintiffs
Thomas Clark and Karen M. Clark

Civil Case #1:16-cv-02642-RLY-TAB

## ORDER WITHDRAWING APPEARANCE

This matter has come before the Court upon Anne Medlin Lowe's Motion to Withdraw Appearance and representation of Plaintiffs Thomas Clark and Karen M. Clark (Dkt. 20598). The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearance of Anne Medlin Lowe shall be withdrawn. Plaintiffs will continue to be represented by Joseph N. Williams and James A. Piatt of Williams & Piatt, LLC .

Date: 12/14/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel by CM/ECF.