IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION
_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs
Graciano Silva and Gloria Silva

Civil Case #1:17-cv-01685-RLY-TAB

_____

## ORDER WITHDRAWING APPEARANCE

This matter has come before the Court upon Anne Medlin Lowe's Motion to

Withdraw Appearance and representation of Plaintiffs Graciano Silva and Gloria Silva

(Dkt. 20599). The Court, being duly advised, hereby finds that this Motion should be granted.

**It is Therefore Ordered, Adjudged, and Decreed** that the appearance of

Anne Medlin Lowe shall be withdrawn. Plaintiffs will continue to be represented by

Joseph N. Williams and James A. Piatt of Williams & Piatt, LLC.

Date: 12/14/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel by CM/ECF.