IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Drakeford, Carrie Jean, 1:21-cv-01685

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana. If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

| | |
|---|---|
| By: /s/ Kelly Chermack<br>Kelly Chermack<br>Texas Bar No. 24121361<br>FEARS NACHAWATI, PLLC<br>5473 Blair Road<br>Dallas, Texas 75231<br>Tel. (214) 890-0711<br>Email: KChermack@fnlawfirm.com | By: /s/ Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH<br>Jessica Benson Cox<br>300 North Meridian, Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Fax: 317-237-1000<br>Email: Jessica.Cox@FaegreDrinker.com |
| Counsel for *Plaintiff* | *Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |
| Dated: December 15, 2021 | Dated: December 15, 2021 |

US.135758514.01