**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Tina Wisdom, 1:17-cv-00349

**[PROPOSED] ORDER GRANTING COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

This matter came before the Court on the Cook Defendants' Motion for Judgment on the Pleadings in Category 2 Cases for Failure to State a Claim [Dkt. 10856] (the "Motion"). Having duly considered the motion, IT IS HEREBY ORDERED:

> Cook Defendants' Motion for Judgment on the Pleadings in Category 2 Cases for Failure to State a Claim is **GRANTED** with respect to the above captioned matter.

**SO ORDERED** this _____ day of _____ 2021

Dated:_____

                                          Hon. Richard L. Young
                                          United States District Judge
                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.