**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
McGee, Michelle D. 1:17-cv-02221
Jessen, Kerry Duane and Kerry Lee 1:17-cv-04316
Newhouse, Robin and Frederick, Sr. 1:18-cv-01662
Mosier, Roy, 1:18-cv-03274

**[PROPOSED] ORDER ON COOK DEFENDANTS'**
**OMNIBUS MOTION FOR SUMMARY JUDGMENT**
**IN 46 MISCATEGORIZED NO INJURY CASES**

This matter came before the Court on the Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases (Filing No. 11923) (the "Motion"). Having duly considered the motion, IT IS HEREBY ORDERED:

> Cook Defendants' Omnibus Motion for Summary Judgment in 46 Miscategorized No Injury Cases is **GRANTED** with respect to the above captioned matters.

**SO ORDERED** this _____ day of _____ 2021

Dated: _____

                                                  Hon. Richard L. Young
                                                  United States District Judge
                                                  Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.