IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Suwit Sitthigarana

Civil Case # 1:21-cv-06668

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against Defendants named below, incorporate the Master Complaint in MDL 2570 by reference (Document 213). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Suwit Sitthigarana

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not Applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   Arizona

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of California

8. Defendants (check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Ven Cava Filter(s)):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    On or about September 19, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Mission Hospital in Mission Viejo, California

13. Implanting Physician(s):

    Todd Lempert, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:     Strict Products Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ Count III:   Negligence

    ☒ Count IV:    Negligence Per Se

    ☒ Count V:     Breach of Express Warranty

    ☒ Count VI:    Breach of Implied Warranty

☒ Count VII: Violations of Applicable Washington Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this count in the space immediately below)

☒ Other: _____ (please state the facts supporting this count in the space immediately below)
  Fradulent Concealment. See attached brief for specific allegations.

15. Attorneys for Plaintiff(s):
  Troy A. Brenes

16. Address and bar information for Attorney for Plaintiff(s):
  Troy A. Brenes CA State Bar No. 249776
  Brenes Law Group, P.C.
  100 Spectrum Center Dr., Suite 330
  Irvine, CA  92618
  Phone: (949) 397-9360
  Facsimile: (949) 607-4192

4

RESPECTFULLY SUBMITTED this 15th day of December, 2021.

        BRENES LAW GROUP, P.C.

By: s/ *Troy A. Brenes*
    Troy A. Brenes, CASBN No. 249776
    100 Spectrum Center Dr., Suite 330
    Irvine, CA 92618
    Phone: (949) 397-9360
    Facsimile: (949) 607-4192
    Email: tbrenes@breneslawgroup.com
    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 15, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


      /s/ Troy A. Brenes
      Troy A. Brenes
      California Bar No. 249776