UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Johnson, Johnnie Mae, 1:17-cv-02856

_____

### DEFENDANTS' MOTION FOR LEAVE TO FILE A SURREPLY OPPOSING PLAINTIFF JOHNNIE MAE JOHNSON'S CROSS-MOTION TO STAY

The Cook Defendants respectfully move the Court for leave to file a surreply to Plaintiff Johnnie Mae Johnson's Reply in Support of Cross-Motion to Stay. *See* Dkt. 20468.

This Court has the discretion to permit a party to file a surreply memo where the movant raises new arguments in a reply brief. *See Schmidt v. Eagle Waste & Recycling, Inc.*, 599 F.3d 626, 631 n. 2 (7th Cir. 2010); *Jencks v. Modern Woodmen of Am.*, 479 F.3d 1261, 1268–69 (10th Cir. 2007). Here, Plaintiff argues for the first time in her reply brief that "[a] dismissal for lack of actionable injury **must** be without prejudice." Dkt. 20468 at 1 (emphasis added). Although Plaintiff argued in her opening brief that dismissal with prejudice is not appropriate, her reply goes a step further and argues that dismissal without prejudice is *compulsory*. She also argues for the first time in her reply that dismissal of her case with prejudice would generate "inefficient motion practice." *Id.* at 2. A surreply is therefore warranted to allow the Cook Defendants to respond to these new arguments.

1

The Cook Defendants therefore respectfully request that the Court grant them leave to file their Surreply Opposing Plaintiff Johnnie Mae Johnson's Cross-Motion to Stay, which is attached to this Motion for Leave as Exhibit A.

Dated:  December 16, 2021

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, a copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE A SURREPLY OPPOSING PLAINTIFF JOHNNIE MAE JOHNSON'S CROSS-MOTION TO STAY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*