IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Drakeford, Carrie Jean, 1:21-cv-01685

## NOTICE OF WITHDRAWAL OF NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On December 6, 2021, Plaintiff filed her Notice of Voluntary Dismissal Without Prejudice. (Dkt. 20542.) Plaintiff's submission is now moot, as the parties agreed to the stipulation to dismiss filed at Dkt. 20612. As a result, Plaintiff withdraws the Notice of Voluntary Dismissal Without Prejudice.

By: */s/ Kelly Chermack*
Kelly Chermack
Texas Bar No. 24121361
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Email: KChermack@fnlawfirm.com

Counsel for *Plaintiff*

Dated: December 16, 2021