IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s) SHEILA STAFFORD

Civil Case # 1:17-cv-00458-RLY-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, SHEILA STAFFORD, by and through the undersigned counsel, pursuant to paragraph 3 of Case Management Order 28, "Screening for Time-Barred Cases" ("CMO 28"), and hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:17-cv-00458) as to ALL DEFENDANTS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

DATED December 16, 2021.

Respectfully submitted,

By: */s/ Katie Griffin*
Katie Griffin (OK Bar No. 30829)
**SILL LAW GROUP PLLC**
14005 N. Eastern Ave
Edmond, OK  73013
(405) 509-6300
(405) 509-6268 (fax)
katie@sill-law.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the designated court case.

                                              */s/ Katie Griffin*_____