IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Jennifer Gunther
Civil Case No.  1:21-cv-00052

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Jennifer Gunther, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:21-cv-00052) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: 12/17/21

Respectfully submitted,

**FLINT LAW FIRM, LLC**

*/s/ Laci M. Whitley*
Laci M. Whitley
Missouri Bar No. 66675
Illinois Bar No. 6314263
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: (618) 288-4777
Fascimile: (618) 288-2864

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hearby certify that on December 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Hope Jones