UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates Only to the Following Case:

Baker, Archie Wayne - 1:18-cv-01606

_____

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), and based on communications with Plaintiff's counsel and review of the publicly-available obituary, the Cook Defendants hereby notify this Honorable Court that Plaintiff Archie Wayne Baker died on or about May 11, 2019.

                                            Respectfully submitted,

Dated:  December 17, 2021                   */s/ Kip S.M. McDonald, Esq.*
                                            Kip S.M. McDonald, Esq.
                                            Faegre Drinker Biddle & Reath LLP
                                            300 North Meridian Street, Suite 2500
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:   (317) 237-1000
                                            Email: kip.mcdonald@faegredrinker.com

                                            *Attorney for Defendants Cook Incorporated,
                                            Cook Medical LLC, and William Cook Europe
                                            ApS*

1

US.135832648.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, a copy of the foregoing **NOTICE OF SUGGESTION OF DEATH** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                */s/ Kip S.M. McDonald, Esq.*