IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Birdie L. Forney, 1:21-cv-06512-RLY-TAB

## MOTION TO DISMISS DUPLICATE COMPLAINT

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Birdie L. Forney moves to dismiss her complaint in this action *without prejudice*. The complaint filed in this action is duplicative of Plaintiff's complaint in 1:19-cv-03475. As a result, Plaintiff moves to dismiss this action, pending as 1:21-cv-06512, without prejudice as to the continuance of her other filed action, 1:19-cv-03475.

Dated: December 17, 2021                               Respectively submitted,

                                                    */s/ Paul L. Stoller*
                                                    Paul L. Stoller
                                                    (Admitted *Pro Hac* Vice, AZ Bar No. 016773)
                                                    **DALIMONTE RUEB STOLLER, LLP**
                                                    2425 E. Camelback Road, Suite 500
                                                    Phoenix, Arizona 85016
                                                    Tel: (602) 888-2807
                                                    Fax: (855) 203-2035
                                                    paul@drlawllp.com

                                                    ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Paul L. Stoller*
Paul L. Stoller