IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTIES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

This Document Relates to Plaintiff:
Jennifer Gunther
Civil Case No.  1:21-cv-00052

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Jennifer Gunther, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit (Civil Action No. 1:21-cv-00052) as to defendants Cook Incorporated, Cook Medical LLC and William Cook Europe ApS. Each party will bear its own costs and attorney's fees.

Date: 12/17/21                         Respectfully submitted,

                                       **FLINT LAW FIRM, LLC**

                                       */s/ Laci M. Whitley*
                                       Laci M. Whitley
                                       Missouri Bar No. 66675
                                       Illinois Bar No. 6314263
                                       222 East Park Street, Suite 500
                                       Edwardsville, IL 62025
                                       Telephone: (618) 288-4777
                                       Fascimile: (618) 288-2864

                                       **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hearby certify that on December 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Hope Jones*

Case 1:14-ml-02570-RLY-TAB   Document 20638   Filed 12/17/21   Page 2 of 2 PageID #: 125785