IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Maria Beaumont                                              1:21-cv-06592-RLY-TAB
The ESTATE of Raymond E. Daddazio, Sr. 1:21-cv-06592-RLY-TAB

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

|  |  |
|---|---|
|  | Respectively submitted, |
| Dated: December 17, 2021 | */s/ Jennifer Rethemeier*<br>Jennifer Rethemeier<br>(Admitted *Pro Hac Vice*, AZ Bar No. 031398)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 892-0341<br>Fax: (855) 203-2035<br>jennifer.rethemeier@drlawllp.com<br><br>***Lead Counsel for Plaintiff*** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
