IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Christie A. Ramirez, 1:18-cv-03774-RLY-TAB

# PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Christie A. Ramirez ("Plaintiff"), by and through the undersigned, moves the Court to allow Paul L. Stoller ("Stoller") and Jennifer Rethemeier ("Rethemeier") of Dalimonte Rueb Stoller, LLP ("DRS") to substitute as counsel for Plaintiff in place of Kelly Chermack ("Chermack"), Matthew R. McCarley ("McCarley"), and Steve Schulte ("Schulte") of Fears Nachawati, PLLC ("Fears").  As grounds therefore, Plaintiffs state as follows:

1. On September 10, 2019, Plaintiff retained DRS in connection with her Cook IVC Filter claim.

2. On November 30, 2018, McCarley and Arati C. Furness ("Furness"), both of the Fears firm, filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 1).

3. On October 28, 2020, Schulte filed a Notice of Appearance in the above-captioned action (Dkt 14634/Dkt 10).

4. On April 8, 2021, Furness filed a Motion to Withdraw as counsel from the above-captioned action (Dkt 17841/Dkt 11).

5. On April 12, 2021, the Court granted Furness's Motion to Withdraw (Dkt 17899/Dkt 12).

6. On April 27, 2021, Chermack filed a Notice of Appearance in the above-captioned

        action (Dkt 18240/Dkt 13).

7. DRS recently became aware of the possibility of dual representation of Plaintiff.

8. Plaintiff wishes to proceed with DRS as her counsel.

9. Both Stoller and Rethemeier are admitted *pro hac vice* in the above captioned MDL action.

10. Both Stoller and Rethemeier are capable and willing to assume duties of counsel for Plaintiff in the above captioned matter.

11. No prejudice would result from the substitution of counsel.

WHEREFORE, Plaintiff respectfully requests that the Court allow Paul L. Stoller and Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP to substitute as counsel for Plaintiff in place of Kelly Chermack, Matthew R. McCarley, and Steve Schulte of Fears Nachawati, PLLC in this matter.

Dated: December 17, 2021        Respectfully submitted,

By her attorneys,
*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

Jennifer Rethemeier
(Admitted *Pro Hac Vice*, AZ Bar No. 031398)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 982-0341
Fax: (855) 203-2035
jennifer.rethemeier@drlawllp.com

*Attorneys for Plaintiff Christie A. Ramirez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

*/s/ Paul L. Stoller*
Paul L. Stoller
