**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Christie A. Ramirez, 1:21-cv-06591-RLY-TAB

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS DUPLICATE COMPLAINT**

Upon consideration of Plaintiff's Motion to Dismiss Duplicate Complaint, it is found that good cause is shown. Therefore, it is hereby **ORDERED** that the Plaintiff's motion is **GRANTED** and that the above captioned matter is **DISMISSED WITHOUT PREJUDICE**.

Dated this _____ day of December, 2021

_____
Richard L. Young
United States District Judge