IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Christie A. Ramirez, 1:18-cv-03774-RLY-TAB

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Upon consideration of the Plaintiff's Motion for Substitution of Counsel [Dkt. 20463] it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to substitute Paul L. Stoller and Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP as counsel for Plaintiff and Kelly Chermack, Matthew R. McCarley, and Steve Schulte of Fears Nachawati, PLLC are hereby withdrawn as counsel of record in this action.

SO ORDERED.

Date: 12/20/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.