**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Crystal N. Mobley 1:21-cv-06681-RLY-TAB

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that she dismisses, *without prejudice*, the above captioned action against all defendants. The Complaint in this action was filed in United States District Court for the Northern District of Florida on August 24, 2021 (Dkt 1). This action was transferred into the above captioned MDL pending in this Court on December 1, 2021, as part of Conditional Transfer Order 178 (Dkt 20517).

Defendants have not filed an answer or motion for summary judgment; therefore, this Notice is proper under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: December 21, 2021

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
(Admitted *Pro Hac* Vice, AZ Bar No. 031398)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
jennifer.rethermeier@drlawllp.com

***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Jennifer Rethemeier*
Jennifer Rethemeier