UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) ) |
| This Document Relates to: | ) |

1:21-cv-02209; 1:21-cv-02290; 1:21-cv-02463; 1:21-cv-02468; 1:21-cv-02513
1:21-cv-02530; 1:21-cv-02538; 1:21-cv-02557; 1:21-cv-06432

**[PROPOSED] ORDER ON THE COOK DEFENDANTS' NOTICE OF NONCOMPLIANCE PURSUANT TO FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4: PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL (Dkt. 20467)**

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, the following cases are **Dismissed** for lack of service of a Plaintiff Profile Sheet (PPS):

| Plaintiff | Cause Number |
|---|---|
| Edmonds, Terrance | 1:21-cv-02209 |
| Yadon, Karen | 1:21-cv-02290 |
| Wilson, Derrick | 1:21-cv-02463 |

The following case is **Dismissed** for lack of service of a Case Categorization Form (CCF):

| Plaintiff | Cause Number |
|---|---|
| Wheatley, Kristi R. | 1:21-cv-06432 |

1

2

Cook's Notice of Noncompliance is **MOOT** as to the following cases:

| Plaintiff | Cause Number |
|---|---|
| Saucedo, Kent | 1:21-cv-02468 |
| Bray, Dawn | 1:21-cv-02513 |
| Whitehead, Donovan | 1:21-cv-02530 |
| Davenport, Shelia | 1:21-cv-02538 |
| Thomas, Vendette | 1:21-cv-02557 |

All parties shall bear their own fees and costs.

**SO ORDERED** this ____ day of _____ 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.