IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

KATHY ANN MILLER
Civil Case #1:21-cv-6695-RLY-TAB

### ENTRY OF APPEARANCE OF GREGORY D. BENTLEY

**TO THE CLERK:**

Gregory D. Bentley, of the law firm ZONIES LAW LLC, hereby enters his appearance as attorney of record on behalf of the Plaintiff, KATHY ANN MILLER, in the above-captioned matter.

**DATED:** December 22nd, 2021

        Respectfully submitted,

        *s/ Gregory D. Bentley*
        Gregory D. Bentley, Esq.
        **ZONIES LAW LLC**
        1700 Lincoln St., Suite 2400
        Denver, CO  80203
        (720) 464-5300
        gbentley@zonieslaw.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing **ENTRY OF APPEARANCE OF GREGORY D. BENTLEY** was filed and served on this 22nd day of December 2021, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

                                                    *s/ Gregory D. Bentley*
                                                    Gregory D. Bentley