IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to Plaintiff(s)

KATHY ANN MILLER

Civil Case #1:21-cv-6695-RLY-TAB

_____

## SHORT FORM COMPLAINT

_____

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kathy Ann Miller

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Oklahoma

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Oklahoma

6. Plaintiff's/Deceased Party's current state of residence:

   Oklahoma

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Oklahoma

8. Defendants (Check Defendants against whom Complaint is made):

   X      Cook Incorporated

   X      Cook Medical LLC

   X      William Cook Europe ApS

9. Basis of Jurisdiction:

   X      Diversity of Citizenship

   ☐      Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6-28

   b.  Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒      Günther Tulip® Vena Cava Filter

    ☐      Cook Celect® Vena Cava Filter

    ☐      Gunther Tulip Mreye

    ☐      Cook Celect Platinum

☐      Other:

_____

11. Date of Implantation as to each product:

February 21, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Hillcrest Medical Center, Tulsa, Oklahoma

13. Implanting Physician(s):

Dr. Luis V. Gorospe

14. Counts in the Master Complaint brought by Plaintiff(s):

|   |   |   |
|---|---|---|
| X | Count I: | Strict Products Liability – Failure to Warn |
| X | Count II: | Strict Products Liability – Design Defect |
| X | Count III: | Negligence |
| X | Count IV: | Negligence Per Se |
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable Oklahoma Consumer Protection Act |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| ☐ | Other: | _____ |
| ☐ | Other: | _____ |

15. Attorney for Plaintiff(s):

3

Joseph J. Zonies; Gregory D. Bentley

16. Address and bar information for Attorney for Plaintiff(s):

1700 Lincoln St., Suite 2400, Denver, CO  80203

Joseph J. Zonies, Colorado Attorney Registration No. 29539

Gregory D. Bentley, Colorado Attorney Registration No. 42655

Plaintiff demands a jury trial.

Dated: December 22, 2021

Respectfully submitted,

**ZONIES LAW LLC**

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
1700 Lincoln Street, Suite 2400
Denver, CO  80203
Telephone: (720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

***Attorneys for Plaintiff***