UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
TAMEKA HARRISON

Civil Case No.  1:21-cv-00842

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tameka Harrison hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action 1:21-cv-00842, only.  The parties specifically understand and agree that all applicable statutes of limitation are not tolled by the filing of this Stipulation of Dismissal.  This stipulation shall not affect the lawsuit filed by Tameka Harrison, which is currently pending in the United States District Court for the Southern District of Indiana, bearing case number 1:21-cv-06516-RLY-TAB.

Dated: December 27, 2021

Respectfully submitted,

*/s/ Kelly Chermack*
**Kelly Chermack**
Texas Bar No. 24121361
kchermack@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2021 a true and correct copy of *Stipulation of Dismissal with Prejudice* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Respectfully Submitted,

*/s/ Kelly Chermack*
**Kelly Chermack**
