UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Shifflet, Sandra, 1:16-cv-01739

## AFFIDAVIT OF SANDRA SHIFFLET

1. I am the Plaintiff in the above-entitled matter.
2. My filter was inserted on January 19, 2009.
3. On March 20, 2009, my doctor tried to remove my filter without success. He never told me anything was wrong with the filter. He only told me that the filter was designed to be a permanent filter and it could remain in safely. On February 25, 2012, I had a CT of my abdomen, no doctor told me at that time that anything was wrong with the filter or I had suffered any injury.
4. I saw a commercial on tv and contacted Goldenberg Law and signed a retainer with them on September 1, 2015. My records were ordered and it was only then that I was told there was perforation of my filter into the wall of my IVC and that my filter had a problem with excessive perforation and issues with removal.
5. My case was filed on June 30, 2016.

Further your affiant sayeth not. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 12/29/2021

By: _____
Sandra Shifflet

1