IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

REGINALD CUIE

Civil Case #: 1:19-cv-02246-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Reginald Cuie, by and through the undersigned counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:19-cv-02246-RLY-TAB filed on June 5, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: December 29, 2021.

    Respectfully submitted,

    **JOHNSON LAW GROUP**
    /s/ Basil Adham
    Basil Adham, (TX Bar No.24081742)
    2925 Richmond Ave, Suite 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    E-mail: ivc@johnsonlawgroup.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of December 2021, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

      /s/ Basil Adham