UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Granting Plaintiffs' Steering Committee's <u>Second Motion to Authorize Payment to Escrow Agent</u>

This matter comes before the Court on Plaintiffs' Steering Committee's Second Motion to Authorize Payment to Escrow Agent. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that $5,024.00 is to be paid from the Cook IVC Filters Expense Fund to BGBC Partners, LLP, for administrating the Fund.

**All of Which is Ordered** this 28th day of December 2021.

                                                                                    _____
                                                                                    RICHARD L. YOUNG, JUDGE
                                                                                    United States District Court
                                                                                    Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.