IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.  Case is
dismissed with prejudice.
Dated: Jan 3, 2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Lee Ann White, 1:21-cv-00972

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated:  November 23, 2021.

/s/ Henry G. Garrard III
Henry G. Garrard III, Esq.
Blasingame, Burch, Garrard & Ashley, P.C.
440 College Avenue North, Suite 320
Athens, Georgia 30601
Telephone: (706) 354-4000
Facsimile: (706) 353-0673
Email: hgarrard@bbga.com

*Attorney for Plaintiff*

/s/ Kip S.M. McDonald, Esq.
Kip S.M. McDonald, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants*