UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to the following case:

*Candace White*, 1:16-cv-02146-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff's counsel hereby informs this Honorable Court of the Death of Plaintiff, Candace White, which occurred on or about February 18, 2021 based on publicly-available information.

Dated: January 3, 2022               Respectfully submitted,

/s/*Harold T. McCall, Jr.*
Harold T. McCall, Jr.
TX 24054279
DeGaris Wright McCall
5707 I-10
San Antonio, TX 78201
Telephone: (205) 558-9000
Facsimile: (205) 588-5231
E-Mail: hmccall@dwmlawyers.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022 a copy of the foregoing NOTICE OF SUGGESTION OF DEATH was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this manner. Parties may access this filing through the Court's system.

/s/*Harold T. McCall, Jr.*