IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jan 3, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Post, Mylinda & McKeithen, Holly – 1:16-cv-03271
Sanchez, Michelle – 1:16-cv-03078

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 30, 2021

| | |
|---|---|
| */s/ Laci M. Whitley* | */s/ Jessica Benson Cox* |
| Laci M. Whitley, Esq. | Jessica Benson Cox, Esq. |
| Flint Law Firm, LLC | Faegre Drinker Biddle & Reath LLP |
| 222 East Park Street, Suite 500 | 300 North Meridian Street, Suite 2500 |
| Edwardsville, Illinois  62025 | Indianapolis, Indiana  46204 |
| Telephone:  (618) 288-4777 | Telephone:  (317) 237-0300 |
| Facsimile:  (618) 288-2864 | Facsimile:  (317) 237-1000 |
| Email: lwhitley@flintlaw.com | Email: jessica.cox@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |