IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jan. 3, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shaw, Bridget – Case No. 1:17-cv-00637

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Case Management Order No. 28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: December 17, 2021

| | |
|---|---|
| */s/ Merritt E. Cunningham* | */s/ Jessica Benson Cox* |
| Merritt E. Cunningham, Esq. | Jessica Benson Cox, Esq. |
| Stag Liuzza, LLC | Faegre Drinker Biddle & Reath LLP |
| 356 Canal Street – Suite 2850 | 300 North Meridian Street, Suite 2500 |
| New Orleans, Louisiana 70130 | Indianapolis, Indiana 46204 |
| Telephone: (504) 593-9600 | Telephone: (317) 237-0300 |
| Facsimile: (504) 593-9601 | Facsimile: (317) 237-1000 |
| Email: mcunningham@stagliuzza.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |