IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> APPROVED.  Case is dismissed with prejudice.
> Dated: Jan 3, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

This Document Relates to:

STEPHEN BRIGGS
Case no. 1:17-cv-03048

JOE HENSLEY
Case no. 1:18-cv-01976

DOLLY PERRY
Case no. 1:17-cv-04088

NISAR SHAIKH
Case no. 1:17-cv-04092

ANITA WISE
Case no. 1:17-cv-01021

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  December 21, 2021

| | |
|---|---|
| */s/ William B. Curtis* | */s/ Jessica Benson Cox* |
| William B. Curtis, Esq. | Jessica Benson Cox, Esq. |
| Curtis Law Group | Faegre Drinker Biddle & Reath LLP |
| 17754 Preston Rd., Suite 200 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75252 | Indianapolis, Indiana  46204 |
| Telephone:  (214) 890-1000 | Telephone:  (317) 237-0300 |
| Facsimile:   (214) 890-1010 | Facsimile:   (317) 237-1000 |
| Email: bill@curtislawgroup.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |