IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., <br> IVC FILTERS MARKING, <br> SALES PRACTICED AND <br> PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-02570-RLY-TAB <br><br> MDL No: 2570 |

This Document Relates to Plaintiff:
Howard Honeycutt

Civil Case No. 1:21-CV-02428

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS OF HOWARD HONEYCUTT

Comes now, Plaintiff Howard Honeycutt and Defendants Cook Medical Inc., et al, in the above titled lawsuit and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), agree that all claims of Plaintiff Howard Honeycutt in this action against Defendants are dismissed with prejudice. All parties shall bear their own fees and costs.

Respectfully Submitted,

*/s/ Stephanie Marie Herrmann*

Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com
*Attorney for Plaintiff*

/s/ Kip S.M. McDonald
Kip S.M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Kip.McDonald@FaegreDrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated:

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12/27/2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Stephanie Marie Herrmann*

Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com