IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                     1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                 MDL No: 2570
_____

This Document Relates to Plaintiff(s):


Civil Case #
_____

## SHORT FORM COMPLAINT

    COMES NOW the Plaintiff(s) named below, and for Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____

6. Plaintiff's/Deceased Party's current state of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (Check Defendants against whom Complaint is made):

    a. Cook Incorporated

    b. Cook Medical LLC

    c. William Cook Europe ApS

9. Basis of Jurisdiction:

    a. Diversity of Citizenship

    b. Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendant's Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filters):

    a. Günther Tulip® Vena Cava Filter

    b. Cook Celect® Vena Cava Filter

    c. Gunther Tulip Mreye

    d. Cook Celect Platinum

    e. Other: _____

11. Date of Implantation as to each product:

   _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   _____

   _____

13. Implanting Physician(s):

   _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   a. Count I:     Strict Products Liability – Failure to Warn

   b. Count II:    Strict Products Liability – Design Defect

   c. Count III:   Negligence

   d. Count IV:    Negligence Per Se

   e. Count V:     Breach of Express Warranty

   f. Count VI:    Breach of Implied Warranty

   g. Count VII:   Violations of Applicable _____ (insert State) Law

      Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   h. Count VIII:  Loss of Consortium

   i. Count IX:    Wrongful Death

   j. Count X:     Survival

   k. Count XI:    Punitive Damages

   l. Other: _____ (please state the facts supporting this

      Count in the space, immediately below)

    m.  Other: _____ (please state the facts supporting this Count in this space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____

16. Address and bar information for Attorney for Plaintiff(s):

_____

_____

_____

Respectfully Submitted,

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on _____, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrmann
Florida Bar #123836
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: smh@fenstersheib.com