# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Owens, Autumn, 1:18-cv-01458
Andrae, Maria, 1:19-cv-01853
Sproul, Ashly, 1:19-cv-04452
Alkamel, Lisa, 1:20-cv-06202

## MOTION TO DISMISS UNKNOWN PRODUCT CASES

Pursuant to the Fourth Amended Case Management Order No. 4 (Dkt. 13046), Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook") move to dismiss four cases in which Plaintiffs have failed to identify with specific medical records the specific product they alleged caused their injuries and the date on which the filter was placed. In support of this Motion, Cook states:

Case Management Order No. 4 requires Plaintiffs to provide Cook with their respective Plaintiff Profile Sheets ("PPS") and medical records "that support product identification and the alleged injury." Dkt. 13046 at ¶ 1.d. Pursuant to the Order, the PPS constitutes the "initial case-specific discovery response of Plaintiff." *Id.* at ¶ 1(i). And at the time of PPS submission, Plaintiffs should know "the identi[t]y of the medical device that is the subject of their complaints as well as the specific date the device was placed." Dkt. 19327 (granting Cook's motion to dismiss two cases where Plaintiffs failed to identify the specific products at issue and the specific dates for filter

placement).  This Court has held that mere identification of the filter as a "Cook IVC filter" is insufficient to comply with Case Management Order No. 4.  Dkt. 20499 (rejecting Plaintiff's motion for relief from final judgment where "the only identification provided by Plaintiff [was] from a retained physician who note[d] only a 'Cook IVC filter'").

The four Plaintiffs subject to this Motion have failed to identify the specific product(s) causing their alleged injuries:

- Plaintiffs have failed to provide medical records identifying the specific Cook product at issue.

- Plaintiffs have failed to provide any information concerning when the filter was placed.

- Plaintiffs have not provided any medical records identifying the specific Cook product at issue or the specific date of filter placement in response to Cook's letters specifically seeking that information.

**Exhibit A** lists each case in which Plaintiff has failed to provide medical records identifying the specific Cook product at issue and the specific date of filter placement.  For each case identified in **Exhibit A**, Cook sent a letter notifying Plaintiff's Lead Counsel of the deficiencies.  A true and correct copy of each of these letters is attached as **Exhibit B**.  As of the date of this Motion, none of the four Plaintiffs have provided the information sought in Cook's letters.  Accordingly, Cook respectfully requests that the Court dismiss the cases listed in **Exhibit A**.

WHEREFORE, Cook respectfully requests that the Court dismiss the cases listed in **Exhibit A**, and for all other just and appropriate relief.

Dated: January 4, 2022

    Respectfully Submitted,

    /s/ Kip S.M. McDonald
    Kip S.M McDonald
    Andrea Roberts Pierson
    Jessica Benson Cox
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana  46204
    Telephone:     (317) 237-0300
    Facsimile:      (317) 237-1000
    Kip.McDonald@FaegreDrinker.com
    Andrea.Pierson@FaegreDrinker.com
    Jessica.Cox@FaegreDrinker.com

    James Stephen Bennett
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 W. Berry Street, Suite 2400
    Fort Wayne, Indiana  46802
    Telephone:     (260) 424-8000
    Facsimile:      (260) 460-1700
    Stephen.Bennett@FaegreDrinker.com

    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a copy of the foregoing Motion to Dismiss was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Kip S.M. McDonald