IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

**EXHIBIT A TO MOTION TO DISMISS**
**UNKNOWN PRODUCT CASES**

Plaintiffs Subject to Dismissal for Lack of Service of Medical Records Identifying the Cook Product at Issue:

| Plaintiff | Cause Number | CCF Due Date | Deficiency Notice |
|---|---|---|---|
| Owens, Autumn | 1:18-cv-01458 | 4/26/2018 | 10/12/2021 |
| Andrae, Maria | 1:19-cv-01853 | 8/19/2019 | 10/12/2021 |
| Sproul, Ashly | 1:19-cv-04452 | 8/26/2019 | 10/12/2021 |
| Alkamel, Lisa | 1:20-cv-06202 | 8/28/2019 | 10/12/2021 |

1