IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**EXHIBIT B TO MOTION TO DISMISS**
**DEFICIENCY LETTERS**

US.120331968.01

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

Faegre Drinker Biddle & Reath LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

October 12, 2021

<u>VIA E-MAIL</u>

Ben C. Martin
MARTIN BAUGHMAN, PLLC
3141 Hood Street
Suite 600
Dallas, TX 75219
bmartin@martinbaughman.com; tarbon@martinbaughman.com; lbaughman@martinbaughman.com

   **Re:**  Cook Filter MDL – Unknown Product

Dear Ben C. Martin:

We have reviewed the documentation provided for the cases in the list below. The records provided to date do not specifically identify which Cook product the Plaintiff allegedly received and the date on which the product was placed. The Court held such information, supported by medical records, is necessary to maintain an action in the MDL. *See,* Dkt. 19327 at 2-3.

| Plaintiff | Case Number |
|---|---|
| Owens, Autumn | 1:18-cv-01458 |

Please provide records identifying the specific Cook product Plaintiff allegedly received and the date on which the product was placed **within ten days**. If you believe that you have already provided such documentation, please let us know where we can locate such information. We will otherwise consider filing a dispositive motion.

Please submit information via email to: CookFilterMDL@faegredrinker.com and CC the following email addresses:

    Kip.McDonald@FaegreDrinker.com; Blake.Angelino@FaegreDrinker.com;
    Blake.Lehr@FaegreDrinker.com; and Liz.Whitelegg@FaegreDrinker.com.

If you need to upload a larger file, please contact **Liz Whitelegg** at **317-237-1205** to make those arrangements.

Please let me know if you have any questions or concerns.

Ben C. Martin
10/12/2021

Very truly yours,

Blake A. Angelino

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

**Faegre Drinker Biddle & Reath** LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

October 12, 2021

<u>VIA E-MAIL</u>

Bobby Saadian
WILSHIRE LAW FIRM PLC
3055 Wilshire Blvd.
12th Floor
Los Angeles, CA 90010
masstorts@wilshirelawfirm.com

    Re:    Cook Filter MDL – Unknown Product

Dear Bobby Saadian:

We have reviewed the documentation provided for the cases in the list below. The records provided to date do not specifically identify which Cook product the Plaintiff allegedly received and the date on which the product was placed. The Court held such information, supported by medical records, is necessary to maintain an action in the MDL. *See,* Dkt. 19327 at 2-3.

| Plaintiff | Case Number |
|---|---|
| Andrae, Maria Elena | 1:19-cv-01853 |

Please provide records identifying the specific Cook product Plaintiff allegedly received and the date on which the product was placed **within ten days**. If you believe that you have already provided such documentation, please let us know where we can locate such information. We will otherwise consider filing a dispositive motion.

Please submit information via email to: CookFilterMDL@faegredrinker.com and CC the following email addresses:

        Kip.McDonald@FaegreDrinker.com; Blake.Angelino@FaegreDrinker.com;
        Blake.Lehr@FaegreDrinker.com; and Liz.Whitelegg@FaegreDrinker.com.

If you need to upload a larger file, please contact **Liz Whitelegg** at **317-237-1205** to make those arrangements.

Please let me know if you have any questions or concerns.

Very truly yours,

Blake A. Angelino

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

Faegre Drinker Biddle & Reath LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

October 12, 2021

<u>VIA E-MAIL</u>

Ben C. Martin
MARTIN BAUGHMAN, PLLC
3141 Hood Street
Suite 600
Dallas, TX 75219
bmartin@martinbaughman.com; tarbon@martinbaughman.com; lbaughman@martinbaughman.com

  **Re:** Cook Filter MDL – Unknown Product

Dear Ben C. Martin:

We have reviewed the documentation provided for the cases in the list below. The records provided to date do not specifically identify which Cook product the Plaintiff allegedly received and the date on which the product was placed. The Court held such information, supported by medical records, is necessary to maintain an action in the MDL. *See,* Dkt. 19327 at 2-3.

| Plaintiff | Case Number |
|---|---|
| Sproul, Ashly | 1:19-cv-04452 |

Please provide records identifying the specific Cook product Plaintiff allegedly received and the date on which the product was placed **within ten days**. If you believe that you have already provided such documentation, please let us know where we can locate such information. We will otherwise consider filing a dispositive motion.

Please submit information via email to: CookFilterMDL@faegredrinker.com and CC the following email addresses:

  Kip.McDonald@FaegreDrinker.com; Blake.Angelino@FaegreDrinker.com;
  Blake.Lehr@FaegreDrinker.com; and Liz.Whitelegg@FaegreDrinker.com.

If you need to upload a larger file, please contact **Liz Whitelegg** at **317-237-1205** to make those arrangements.

Please let me know if you have any questions or concerns.

Ben C. Martin
10/12/2021

Very truly yours,

Blake A. Angelino

**faegre drinker**

faegredrinker.com

**Blake A. Angelino**
Blake.Angelino@faegredrinker.com
+1 312 356 5145 direct

Faegre Drinker Biddle & Reath LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

October 12, 2021

<u>VIA E-MAIL</u>

Ben C. Martin
MARTIN BAUGHMAN, PLLC
3141 Hood Street
Suite 600
Dallas, TX 75219
bmartin@martinbaughman.com; tarbon@martinbaughman.com; lbaughman@martinbaughman.com

  **Re:** Cook Filter MDL – Unknown Product

Dear Ben C. Martin:

We have reviewed the documentation provided for the cases in the list below. The records provided to date do not specifically identify which Cook product the Plaintiff allegedly received and the date on which the product was placed. The Court held such information, supported by medical records, is necessary to maintain an action in the MDL. *See,* Dkt. 19327 at 2-3.

| Plaintiff | Case Number |
|---|---|
| Alkamel, Lisa | 1:20-cv-06202 |

Please provide records identifying the specific Cook product Plaintiff allegedly received and the date on which the product was placed **within ten days**. If you believe that you have already provided such documentation, please let us know where we can locate such information. We will otherwise consider filing a dispositive motion.

Please submit information via email to: CookFilterMDL@faegredrinker.com and CC the following email addresses:

  Kip.McDonald@FaegreDrinker.com; Blake.Angelino@FaegreDrinker.com;
  Blake.Lehr@FaegreDrinker.com; and Liz.Whitelegg@FaegreDrinker.com.

If you need to upload a larger file, please contact **Liz Whitelegg** at **317-237-1205** to make those arrangements.

Please let me know if you have any questions or concerns.

Ben C. Martin 10/12/2021

Very truly yours,

Blake A. Angelino