**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

### COOK DEFENDANTS' NOTICE OF REVOCATION OF ALLEGED CONSENT AND MOTION FOR CONFIRMATION OF WITHDRAWAL OF ALLEGED CONSENT TO USE OF CHOICE-OF-LAW RULES OF PLAINTIFFS' SELF-DESIGNATED "HOME STATE"

The Cook Defendants have never consented, either in any individual case or in MDL 2570 as a whole, to the application of the choice-of-law rules of the individual Plaintiffs' self-designated "home states" instead of the choice-of-law rules of the state encompassing the federal district in which an individual Plaintiff originally filed the individual action. The Cook Defendants likewise have never consented (and do not consent now) to any "direct filing order," express or implied, for any purpose whatsoever, including the application of Plaintiffs' self-designated "home state" choice-of-law rules.[1]

Nevertheless, in light of the Seventh Circuit's recent decision in *Looper v. Cook Inc.*, — F.4th —, 2021 WL 5964709 (7th Cir. 2021), and out of an abundance of caution, the Cook Defendants hereby revoke any alleged consent, implied or otherwise, to any direct filing Orders,

---

[1] Indeed, as the Cook Defendant's May 23, 2019 Response to Plaintiffs' Bench Brief Concerning Application of *Lexecon* (Dkt. 10786), and this Court's June 13, 2019 Order (Dkt. 11131) make clear, to the extent an implied direct filing order or procedure ever existed, it was revoked by the Cook Defendants as early as May 23, 2019, (Dkt. 10786, at 15-17), but certainly no later than June 13, 2019, when the Court held that "[t]here is no direct-filing order entered in this case which contemplates that cases filed here directly shall be remanded to the individual plaintiff's home district for trial." (Dkt. 1131, at 2).

1

including any Order that would apply the choice-of-law rules of any Plaintiff's self-designated "home states" to any action in this MDL that was originally commenced in the Southern District of Indiana. This revocation applies to all cases presently pending in MDL 2570.

The Cook Defendants also give notice in advance that they will not consent to the application of the choice-of-law rules of any Plaintiff's self-designated "home state" to any action in this MDL that any Plaintiff may in the future commence in the Southern District of Indiana. Such future Plaintiffs could not have relied on any "implied consent" that might have existed prior to the date of this revocation.

In addition, although the Cook Defendants believe that "consent" may not be imposed on them and that this prophylactic revocation does not require Court approval, and again out of an abundance of caution, the Cook Defendants also move the Court for an Order formally acknowledging Cook's revocation set forth above.

Respectfully submitted,

Dated: January 5, 2022

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, Co-Lead Counsel
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2022, a copy of the foregoing COOK DEFENDANTS' NOTICE OF REVOCATION OF ALLEGED CONSENT AND MOTION FOR CONFIRMATION OF WITHDRAWAL OF ALLEGED CONSENT TO USE OF CHOICE-OF-LAW RULES OF PLAINTIFFS' SELF-DESIGNATED "HOME STATE" was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*