**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    All Cases

**[PROPOSED] ORDER CONFIRMING COOK DEFENDANTS' REVOCATION OF CONSENT**

Having duly considered the Cook Defendants' Revocation of Consent regarding direct filing Orders and choice-of-law rules (Filing No. ____), the Court hereby confirms that the Cook Defendants have revoked any and all consent to any direct filing Order in this MDL, including any direct filing Order that would apply the choice-of-law rules of an individual Plaintiff's self-designated "home state" instead of the choice-of-law rules of the state encompassing the federal district in which the individual Plaintiff actually filed the action.

**SO ORDERED** this _____ day of _____ 2022

Dated:_____

                                                          Hon. Richard L. Young
                                                          United States District Judge
                                                          Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.