IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**TRACY MARCUS**
**Civil Case No. 1:17-cv-4602-RLY-TAB**

## NOTICE OF SUGGESTION OF DEATH

To:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that counsel for the undersigned, pursuant to Rule 25(a)(1) of the

Federal Rules of Civil Procedure, hereby informs the Court of the death of Plaintiff Tracy

Marcus.

DATED: January 10, 2022

Respectfully submitted:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston, Esq.
New Mexico Bar No.: 4711
7500 Jefferson St. NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax: (505) 214-5204
david@houlistonlaw.com

and

1

PATTON LAW, PC

*/s/ Keith E. Patton*

Keith E. Patton, Esq.
New Mexico Bar No. 148510
500 Copper Avenue NW, Suite 100
Albuquerque, NM 87102
Phone: (505) 910-4800
Fax:    (505) 910-4382
keith@pattonlaw.com

**COUNSEL FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Suggestion of Death was filed and served on this 10th day of January, 2022, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.


*/s/ Keith E. Patton*