## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

1:21-cv-02955          1:21-cv-03100
1:21-cv-03061          1:21-cv-03104
1:21-cv-03062          1:21-cv-03114
1:21-cv-03084          1:21-cv-06444
1:21-cv-03089

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
     William Cook Europe ApS

Dated:          January 12, 2022          /s/ Kip S. M. McDonald
                                     Andrea Roberts Pierson (# 18435-49)
                                     Kip S. M. McDonald (# 29370-49)
                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                     300 North Meridian Street, Suite 2500
                                     Indianapolis, Indiana 46204
                                     Telephone: (317) 237-0300
                                     Facsimile: (317) 237-1000
                                     E-Mail:  andrea.pierson@faegredrinker.com
                                     E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


/s/ Kip S. M. McDonald

US.120263840.01