**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE TITLE OF ACTION<br>PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Sonya Caldwell
Civil Case No. 1:19-cv-02235-RLY-TAB

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

Dated: January 13, 2022

| **KIRKENDALL DWYER LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| By: */s/ Andrew F. Kirkendall*<br>Andrew F. Kirkendall<br>Texas Bar No. 24050882<br>Erin Wood<br>Texas Bar No. 24073064<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Suite 200<br>Dallas, TX  75244<br>Telephone:  (214) 271-4027<br>Facsimile:  (214) 253-0629<br>akirkendall@kirkendalldwyer.com | By: */s/ Kip S.M. McDonald*<br>Kip S.M McDonald<br>Indiana Bar No. 29370-49<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Kip.McDonald@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall