IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Bondeson, Ray, 1:16-cv-02832

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that two (2) separate cases were filed for the above-referenced Plaintiff. Plaintiff hereby, and with the consent of the Defendants, dismisses Cause No. 1:16-cv-02832 claims against all Defendants. Each party shall bear its own fees and costs.

This stipulation does not include Cause No. 1:21-cv-06487, which will remain open and not dismissed.

Dated: January 13, 2022

/s/ Joseph R. Johnson
Joseph R. Johnson
Babbitt & Johnson, P.A.
PO Box 222881
West Palm Beach, FL 33422
Telephone: (561) 684-2500
jjohnson@babbitt-johnson.com

*Attorneys for Plaintiff*

/s/ Kip S.M. McDonald
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Kip.McDonald@faegredrinker.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Kip S.M McDonald*
Kip S.M. McDonald
