**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Marcus Mathews

Civil Case # 1:21-cv-06696-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: January 13, 2022 | */s/ Jennifer Rethemeier*<br>Jennifer Rethemeier<br>(Admitted *Pro Hac Vice*, AZ Bar No. 031398)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 892-0341<br>Fax: (855) 203-2035<br>jennifer.rethemeier@drlawllp.com<br><br>***Lead Counsel for Plaintiff*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
