IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, motion is made for an order substituting Lonnie Campbell as Administrator for the Estate of Kimberly Campbell, deceased, as the Plaintiff in this action.

1. Kimberly and Lonnie Campbell filed this products liability lawsuit against Defendants on August 16, 2018. in the Southern District of Indiana, Indianapolis Division.

2. On August 29, 2018, Plaintiffs' counsel served Defendants with a Plaintiff Profile Form.

3. On November 30, 2021, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Rule 25, *Fed. R. Civ.* [Doc. No. 20516]

4. Lonnie Campbell, surviving spouse of Kimberly Campbell, was appointed Administrator of the Estate of Kimberly Campbell on January 6, 2022. Lonnie Campbell, Administrator for the Estate of Kimberly Campbell, is a proper party to substitute for Plaintiff decedent Kimberly Campbell and has proper capacity to continue the claims made in this lawsuit pursuant to Fed.R.Civ.P.25(a)(1):

1

"If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any part or by the decedent's successor or representative."

5. Lonnie Campbell, Individually and as Administrator for the Estate of Kimberly Campbell further seeks leave to file the attached amended short complaint to substitute himself as plaintiff on behalf of Plaintiff-decedent. (See Amended Short Form Complaint, attached hereto as Exhibit "A").

WHEREFORE, Plaintiff, Lonnie Campbell, Individually and as Administrator for the Estate of Kimberly Campbell respectfully requests that this Court grant this motion for substitution of Lonnie Campbell, as Administrator for the Estate of Kimberly Campbell in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the Amended Short Form Complaint.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, a copy of the foregoing **MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND COMPLAINT** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/John T. Kirtley, III
John T. Kirtley, III
