# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO AMEND COMPLAINT

Plaintiff's Motion to Substitute Party and Leave to Amend Complaint is GRANTED.

**IT IS ORDERED** that Lonnie Campbell, Administrator for the Estate of Kimberly Campbell, on, is substituted as Plaintiff, for Kimberly Campbell in the above referenced action.

Lonnie Campbell, Individually and as Administrator for the Estate of Kimberly Campbell, are given leave to Amend their Complaint to reflect the proper parties and any claims they may allege. Exhibit A, attached to their Motion, is hereby deemed filed.

Dated this _____ day of _____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana