IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
**TRACY MARCUS**
**Civil Case No. 1:17-cv-4602-RLY-TAB**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND COMPLAINT

Counsel, Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves the Court for an Order substituting Ashley Watkins, as Personal Representative and Executor of the Estate of Plaintiff Tracy Marcus, deceased, as the Plaintiff in this action.

1. Tracy Marcus filed this products liability lawsuit against Defendants on December 13, 2017 in the Southern District of Indiana, Indianapolis Division.

2. On January 12, 2018, Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3. On January 10, 2022, Plaintiffs' counsel filed and served a Notice of Suggestion of Death pursuant to Rule 25(a)(1). See Doc. No. 20743.

4. Ashley Watkins, surviving adult-daughter of Tracy Marcus, is a proper party to substitute for Plaintiff-Decedent Tracy Marcus and has proper capacity to continue the claims made in this lawsuit pursuant to Rule 25(a)(1), which states that, "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Ashley Watkins, the surviving adult-daughter of Tracy Marcus, is the Personal

Representative of the Estate of the Decedent pursuant to the New Mexico Wrongful Death Act, NMSA 1978, Section 41-2-1 *et seq.*

6.  Ashley Watkins further seeks leave to file the attached First Amended Short Form Complaint to substitute as Plaintiff on behalf of Plaintiff-decedent. See First Amended Short Form Complaint, attached as <u>Exhibit 1.</u>

7.  The Order of Appointment of Personal Representative is attached as <u>Exhibit 2</u>.

Wherefore, Plaintiff respectfully requests the Court grant this Motion for Substitution of Ashley Watkins as Personal Representative of the Estate of Tracy Marcus, and for leave to file the First Amended Short Form Complaint, and direct the Clerk to file the First Amended Short Form Complaint.

Respectfully submitted:

LAW OFFICES OF DAVID M. HOULISTON

<u>/s/ David M. Houliston</u>
David M. Houliston, Esq.
New Mexico Bar No.: 4711
7500 Jefferson St. NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Fax: (505) 214-5204
david@houlistonlaw.com

and

PATTON LAW, PC

<u>/s/ Keith E. Patton</u>
Keith E. Patton, Esq.
New Mexico Bar No. 148510
500 Copper Avenue NW, Suite 100
Albuquerque, NM 87102
Phone: (505) 910-4800
Fax:    (505) 910-4382
keith@pattonlaw.com
**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2022 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                */s/ Keith E. Patton*