FILED 1st JUDICIAL DISTRICT COURT
Santa Fe County
11/17/2021 2:39 PM
KATHLEEN VIGIL CLERK OF THE COURT
Tamara Snee

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

IN THE MATTER OF THE ESTATE OF
TRACY MARCUS, Deceased.

No. D-101-CV-2021-02453

## ORDER OF APPOINTMENT OF PERSONAL REPRESENTATIVE PURSUANT TO THE NEW MEXICO WRONGFUL DEATH ACT, NMSA 1978, §41-2-1 *ET SEQ.*

**THIS MATTER** having come before the Court upon the Application for Informal Appointment as Wrongful Death Personal Representative of the Estate of Tracy Marcus, pursuant to and in accordance with the Wrongful Death Act, NMSA 1978, Section 41-2-1 *et seq.*, and the Court having considered the Application, and for good cause shown,

**FINDS,**

1. The Application for Appointment of Personal Representative Pursuant to the New Mexico Wrongful Death Act, NMSA 1978, Section 41-2-1 *et seq.*, is complete.

2. The Applicant has made oath or affirmation that the statements contained in the Application are true and correct to the best of his knowledge and belief.

3. On the basis of the statements of the Applicant, this Court has jurisdiction and venue is proper.

4. It appears from the Application that this proceeding was commenced within the limitations prescribed by laws of the State of New Mexico.

5. The Applicant is an appropriate person to be appointment Wrongful Death Personal Representative, and is not disqualified to serve as Wrongful Death Personal Representative pursuant to the New Mexico Wrongful Death Act, NMSA 1978, Section 41-2-1 *et seq*.

6. According to the Application, no other Wrongful Death Personal Representative has been appointed in New Mexico or any other state.

1

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that:

1. The Application is granted.

2. The Applicant, Ashley Watkins, is informally appointed as the Personal Representative of the Estate of the Decedent pursuant to the Wrongful Death Act, NMSA 1978, Section 41-2-1 *et seq.*, without bond, in an unsupervised administration.

3. Letters of Administration shall be issued to applicant upon the Applicant's acceptance of the office of personal representative.

4. The Applicant will perform his fiduciary functions as Wrongful Death Personal Representative in accordance with and pursuant to the New Mexico Wrongful Death Act, NMSA 1978 §41-2-1 *et seq*.

5. The Applicant will distribute any funds or proceeds of said wrongful death claim in accordance with and pursuant to the law.

_____11/17/21_____
THE HONORABLE MARIA SANCHEZ GAGNE
DISTRICT COURT JUDGE

Respectfully submitted:

LAW OFFICES OF DAVID M. HOULISTON

*/s/ David M. Houliston*
David M. Houliston
7500 Jefferson Street NE, Suite 106
Albuquerque, NM 87109
Phone: (505) 214-5204
Fax:    (505) 850-6355
david@houlistonlaw.com

and

PATTON LAW, P.C.

2

_/s/ Keith E. Patton_
Keith E. Patton, Esq.
500 Copper Ave NW, Suite 100
Albuquerque, NM 87102
Phone: (505) 910-4800
Fax:    (505) 910-4382
keith@pattonlaw.com

*Attorneys for Applicant*