IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
**TRACY MARCUS**
**Civil Case No. 1:17-cv-4602-RLY-TAB**

### ORDER GRANTING SUBSTITUTION OF PARTY

This Court having reviewed Plaintiff's Motion for Substitution of Party, and good cause appearing therefor,

**IT IS ORDERED** that Ashley Watkins, as Personal Representative and Executor of the Estate of Plaintiff Tracy Marcus, deceased, is hereby substituted as the Plaintiff in this action. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

1