AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| MARIA ELENA ANDRAE | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-ML-02570-RLY-TAB |
| COOK MEDICAL, INC., et al. | ) | MDL No. 2570 |
| *Defendant* | ) | |

Civil Case No.: 1:19-01853-RLY-TAB

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MARIA ELENA ANDRAE.

Date:  01/18/2022

/s/ Ryan Medler
*Attorney's signature*

Ryan Medler, CA 326650
*Printed name and bar number*

3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010

*Address*

ryan@wilshirelawfirm.com
*E-mail address*

(213) 381-9988
*Telephone number*

(213) 381-9989
*FAX number*