**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-02570-RLY- TAB  MDL No.: 2570 |
| This Document relates to:  Maria Elena Andrae v. Cook Medical, Inc., et al.  Civil Case No. 1:19-cv-01853-RLY-TAB | |

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

COMES NOW Counsel for Plaintiff in the above referenced matter, files this Opposition to Defendants' Motion to Dismiss (Doc. 20715), showing the Court the following:

1. On May 7, 2019, Plaintiff filed the instant Complaint based on Plaintiff's significant injury sustained as a result of the use of Defendants' IVC Filter.

2. Plaintiff's Counsel has been diligently trying to obtain the medical records that reference the product label and/or the implant operative report however to date, Plaintiff's Counsel has not been able to obtain such records/reports.

3. Plaintiff's Counsel has communicated to Plaintiff several times that more information and records are needed regarding her IVC Filter.

4. On or around August 27, 2020, Plaintiff's Counsel determined and communicated to Plaintiff that Plaintiff's Counsel would be withdrawing from the case and recommended Plaintiff obtain new Counsel.

5. Concurrently with the filing of this Opposition, Plaintiff's Counsel submits its Motion to Withdraw as Attorney of Record for the reasons set forth in the Motion to Withdraw.

6. Plaintiff's Counsel has been diligent in trying to contact and help Plaintiff move forward with her case and help her retain new counsel. Such diligent attempts to communicate with Plaintiff include phone calls, text messages, and letters on the following dates: August 27, 2020, September 2, 2020, September 10, 2020, and November 25, 2020.

7. As of the making of this Opposition, undersigned Counsel, despite numerous attempts to obtain a response from Plaintiff, has not received a response.

8. Accordingly, based on the undersigned Counsel's inability to obtain information needed to proceed with the instant case and inability to contact Plaintiff, Plaintiff's Counsel brings its Motion to Withdraw and Opposition to Motion to Dismiss.

9. Plaintiff's Counsel prays the Court denies Defendant's Motion to Dismiss because it would be prejudicial to the Plaintiff and Plaintiff may be irreparably harmed if her claims were to be dismissed.

FOR THESE REASONS, at this time, undersigned Counsel prays the Court denies Defendant's Motion to Dismiss and gives Plaintiff the opportunity to retain new counsel.

Dated: January 18, 2022                             Respectfully submitted,

                                                    By: /s/Ryan Medler, Esq.
                                                    Ryan Medler, Esq.
                                                    CA Bar 326650
                                                    3055 Wilshire Blvd. 12th Floor,
                                                    Los Angeles, CA 90010
                                                    Phone: (213)381-9988
                                                    Fax: (213)381-9989
                                                    Email: masstorts@wilshirelawfirm.com
                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 18th day of January, 2022.

          **THE WILSHIRE LAW FIRM**

By: */s/ Ryan Medler*
Ryan Medler, Esq.
CA Bar 326650
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com