**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-02570-RLY- TAB MDL No.: 2570 |
| This Document relates to: Maria Elena Andrae v. Cook Medical, Inc., et al. Civil Case No. 1:19-cv-01853-RLY-TAB | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE JUDGES OF THIS COURT AND THE CLERK OF THE COURT:

Bobby Saadian, Ryan Medler, and the Wilshire Law Firm, hereby request that this Court grant leave to withdraw as the attorneys of record for Plaintiff, Maria Elena Andrae, in the above-entitled case.

1. On or about August 27, 2020, Plaintiff's counsel spoke with Plaintiff and recommended new counsel. That same day, Plaintiff's counsel sent referral documents for Plaintiff to sign. Attached as **Exhibit 1** is a true and correct copy of the referral documents sent to Plaintiff.

2. On or about September 2, 2020, Plaintiff's counsel spoke with Plaintiff regarding the status of the documents in which Plaintiff claimed to be working on executing the referral documents.

3. On or amount September 10, 2020, Plaintiff's counsel texted Plaintiff inquiring status of the referral documents; no response was received.

4. To date, Plaintiff has not returned the required documents to retain new counsel, nor has she communicated with us.

5. On or about November 25, 2020, Plaintiff's counsel sent Plaintiff a letter via mail notifying Plaintiff that Wilshire Law Firm will be withdrawing from the case. Attached as **Exhibit 2** is a true and correct copy of the letter sent to Plaintiff.

6. Pursuant to the Southern District of Indiana Local Rule, LR 83-7(b)(2), counsel has provided the Plaintiff reasonable notice of intent to withdraw as counsel of record.

7. Plaintiff's counsel seeks to withdraw as counsel of record as soon as possible. Plaintiff has been given more than the seven-day notice required by Southern District of Indiana Local Rule, LR 83-7(b)(2).

8. As required by Southern District of Indiana Local Rule, LR 83-7(b)(3), Plaintiff's counsel is unaware if the Plaintiff has obtained new counsel. Therefore, Plaintiff's last known address is: 1434 West County Road 303 W, Orange Grove, TX 78372. Telephone number is (361) 728-1670.

Dated: January 18, 2022                    Respectfully submitted,

By: */s/Ryan Medler, Esq.*
Ryan Medler, Esq.
CA Bar 326650
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 18th day of January, 2022.

**THE WILSHIRE LAW FIRM**

By: */s/ Ryan Medler*
Ryan Medler, Esq.
CA Bar 326650
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com