# EXHIBIT 1

**WILSHIRE LAW FIRM, PLC**

3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Bobby Saadian, Esq. JD/MBA

| Colin M. Jones, Esq. | Johnny Ogata, Esq. |
| Gail Richardson, Esq. | Daniel DeSantis, Esq. |
| Justin F. Marquez, Esq. | Nicol Hajjar, Esq. |
| Robert Dart, Esq. | Vy Nguyen, Esq. |
| Jon Teller, Esq. | Tae Kim, Esq. |
| Sutton A. Shapiro, Esq. | Thiago Coelho, Esq. |
| Daniel B. Miller, Esq. | Megan Lazar, Esq. |
| Hazel Chang, Esq. | Carlos Montoya, Esq. |
| Erik Harper, Esq. | Ryan Medler, Esq. |

August 27, 2020

**SENT VIA USPS MAIL ONLY**

Maria Andrae
1434 West County Road 303 W
Orange Grove, TX 78372

*RE: Maria Andrae v Cook Incorporated et al – Association of Counsel*

Dear Ms. Andrae:

Your case has been remanded from the MDL District Court to your local United States District Court and, unfortunately, Wilshire Law Firm has determined that we are no longer the best fit to represent you as your counsel in this litigation. Accordingly, I sincerely regret to inform you that Wilshire Law Firm will not be able to represent you in the above-referenced matter. However, we do have a relationship with a top law firm **Liakos Law, APC**, that specializes in handling this type of case in your jurisdiction, who have agreed to take over representing you in this case, per your approval.

By our declination of representation, we do not mean to imply any judgment concerning the merits or demerits of your case, and we make absolutely no statement, either implied or express, about your chances for success in any claim you may make or lawsuit that you may deem to file.

Enclosed please find the **Association of Counsel** and the **Rules 1.5.1 Agreement and Consent/Authorization Regarding Fee Sharing Agreement** both requiring your review and signature.

Once we receive the documents, we will expedite to **Liakos Law, APC** so they can start immediately upon receipt of the signed copy of this letter. You may also fax these documents to (213)381-9989, or scan and email to masstorts@wilshirelawfirm.com.

Should you have any questions, please do not hesitate to contact my office.

Sincerely,

*Ryan Medler*

Ryan Medler, Esq.

**WILSHIRE LAW FIRM, PLC**

3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel:  (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Daniel DeSantis, Esq. |
| Ilyas Akbari, Esq. | Nicol Hajjar, Esq. |
| Gail Richardson, Esq. | Thiago Coelho, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Peter Cho, Esq. |
| Sutton A. Shapiro, Esq. | Gregory Stuck, Esq. |
| Daniel B. Miller, Esq. | Malalai Anbari, Esq. |
| Hazel Chang, Esq. | Kristen Tojo, Esq. |
| Erik Harper, Esq. | Derek Monzon, Esq. |
| Johnny Ogata, Esq. | Ryan Medler, Esq. |

August 27, 2020

**SENT VIA USPS MAIL ONLY**

Maria Andrae
1434 West County Road 303 W
Orange Grove, TX 78372

*RE: Maria Andrae v Cook Incorporated et al – Association of Counsel*

Dear Ms. Andrae:

We are pleased to announce that the law firm **LIAKOS LAW, APC** has agreed to work with our law firm in the investigation and pursuit of your IVC Filter claim.  **LIAKOS LAW, APC** has been at the forefront and are national leaders in this litigation.  Your attorney fee will remain the same.  We have agreed to split any legal fee earned whereby **LIAKOS LAW, APC** shall receive 66.67% and our firm will receive 33.33%.  If needed, you may be contacted by Omni Healthcare, Inc. to check the status of your filter and schedule further imaging at the nearest imaging center to you once the filter type and manufacturer have been identified.  Any cost of this medical monitoring will be advanced by the attorneys pursuant to our original fee agreement.

In order to move forward with your claim, **LIAKOS LAW, APC** will need you to sign the bottom of this letter, underneath the referring attorney's signature, which will confirm that you are accepting the association of new counsel.

If you have questions or comments, please do not hesitate to contact my office.

Sincerely,

*Ryan Medler*
Ryan Medler, Esq

---

Client Signature



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel:  (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| Colin M. Jones, Esq. | Daniel DeSantis, Esq. |
| Ilyas Akbari, Esq. | Nicol Hajjar, Esq. |
| Gail Richardson, Esq. | Thiago Coelho, Esq. |
| Justin F. Marquez, Esq. | Vy Nguyen, Esq. |
| Robert Dart, Esq. | Tae Kim, Esq. |
| Jon Teller, Esq. | Peter Cho, Esq. |
| Sutton A. Shapiro, Esq. | Gregory Stuck, Esq. |
| Daniel B. Miller, Esq. | Malalai Anbari, Esq. |
| Hazel Chang, Esq.   Erik Harper, Esq. | Kristen Tojo, Esq. Derek Monzon, Esq. |
| Johnny Ogata, Esq. | Ryan Medler, Esq. |

**Re: Maria Andrae**

**<u>Rules 1.5.1 Agreement and Consent/Authorization Regarding Fee Sharing Agreement</u>**

California Rules of Professional Conduct, Rule 1.5.1 requires that any fee sharing agreement between attorneys be agreed to in writing by the attorneys and consented to in writing by the client.  The purpose of this document is to disclose and obtain authorization regarding the fee sharing agreement reached between **Wilshire Law Firm, PLC and LIAKOS LAW, APC.**

**Wilshire Law Firm, PLC**  and **LIAKOS LAW, APC** have agreed that the attorney's fees in this case will be shared as follows: thirty three and a third percent (33.33%) to **Wilshire Law Firm**; and sixty six and a third percent (66.67%) to **LIAKOS LAW, APC** All case costs will be advanced/paid by **LIAKOS LAW, APC**.  By signing below, Client consents to this agreement and acknowledges the Client understands that this agreement will not increase the total amount of attorney's fees owed to Attorney by Client.

In providing this consent, Client has been fully informed of California Rule of Professional Conduct, Rule 1.5.1, which provides as follows: (a) Lawyers who are not in the same law firm shall not divide a fee for legal services unless: (1) the lawyers enter into a written agreement to divide the fee; (2) the client has consented in writing, either at the time the lawyers enter into the agreement to divide the fee or as soon thereafter as reasonably practicable, after a full written disclosure to the client of: (i) the fact that a division of fees will be made; (ii) the identity of the lawyers or law firms that are parties to the division; and (iii) the terms of the division; and (3) the total fee charged by all lawyers is not increased solely by reason of the agreement to divide fees.

By signing below, Client consents to the fee-sharing agreement set forth above between **Wilshire Law Firm, PLC and LIAKOS LAW, APC**.

_____     Dated: _____
**Maria Andrae**

_____     Dated: _____
**LIAKOS LAW, APC**

_____     Dated:_____
**Wilshire Law Firm**