# EXHIBIT 2



**WILSHIRE LAW FIRM, PLC**

3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel:  (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq./JD/MBA
Colin M. Jones, Esq.
A. Ilyas Akbari, Esq.
Gail Richardson, Esq.
Justin F. Marquez, Esq.
Robert Dart, Esq.
Jon Teller, Esq.
Sutton A. Shapiro, Esq.
Daniel B. Miller, Esq.
Hazel Chang, Esq.
Erik Harper, Esq.
Johnny Ogata, Esq.
Daniel DeSantis, Esq.

Nicol Hajjar, Esq.
Thiago Coelho, Esq.
Tae Kim, Esq.
Peter Cho, Esq.
Gregory Stuck, Esq.
Malalai Anbari, Esq.
Kristen Tojo, Esq.
Ghazaleh Attaran, Esq.
Derek Monzon, Esq.
Ryan Medler, Esq.
April Yang, Esq.
Rachel Vinson, Esq.

November 25, 2020

<u>**SENT VIA U.S. MAIL**</u>

Maria Andrae
1434 West County Road 303 W
Orange Grove, TX 78372

*RE: IVC Filter Product Liability Claim*

Dear Ms. Andrae:

As previously advised, your above-referenced case was remanded from the Multi District Litigation docket to your local jurisdiction with the United States District Court. Our office determined that we are no longer the best fit to represent you as your counsel in this litigation.

As such, we attempted to introduce you to Liakos Law to handle your matter.  Unfortunately, we have not received a response or signed agreement with Liakos Law to date.

Please be advised that **<u>Liakos Law is not representing you in this matter.</u>**

As such, this letter serves to notify you that Wilshire Law firm is withdrawing from your case.

By our declination of representation, we do not mean to imply any judgment concerning the merits or demerits of your case, and we make absolutely no statement, either implied or express, about your chances for success in any claim you may make in relation to the above-referenced matter.

Sincerely,

*Johnny Ogata*
Johnny Ogata, Esq.
WILSHIRE LAW FIRM, PLC

cc: Jenn Liakos, Liakos Law