## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-02570-RLY- TAB<br>MDL No.: 2570 |
| **This Document relates to:**<br>**Maria Elena Andrae v. Cook Medical, Inc., et al.**<br>**Civil Case No. 1:19-cv-01853-RLY-TAB** | |

### PROOF OF SERVICE TO MOTION TO WITHDRAW

I hereby certify that on **January 18**, **2022** a true and correct copy of the foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** was served upon Plaintiff, via Priority Mail and filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Maria Elena Andrae

1434 West County Road 303 W,

Orange Grove, TX 78372.

Dated: January 18, 2022                Respectfully submitted,

By: */s/Ryan Medler, Esq.*
Ryan Medler, Esq.
CA Bar 326650
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 18th day of January, 2022.

**THE WILSHIRE LAW FIRM**

By: */s/ Ryan Medler*
Ryan Medler, Esq.
CA Bar 326650
3055 Wilshire Blvd. 12th Floor,
Los Angeles, CA 90010
Phone: (213)381-9988
Fax: (213)381-9989
Email: masstorts@wilshirelawfirm.com