# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARIA ELENA ANDRAE,<br><br>        Plaintiff(s),<br><br>    v.<br><br>COOK INCORPORATED, ET. AL.<br><br>        Defendant(s). | Lead Case: 1:14-ml-02570-rly-tab<br>MDL No.: 2570<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

This matter coming before the Court upon a Motion to Withdraw as Attorney of Record filed on January 18, 2022, by Bobby Saadian, Esq., Ryan Medler, Esq., and Wilshire Law Firm, on behalf of Plaintiff, Maria Elena Andrae.

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record is **GRANTED.**
2. Plaintiff, MARIA ELENA ANDRAE will continue in Proper Person.
3. Plaintiff's last known address and telephone number are:

    Maria Elena Andrae

    1434 West County Road 303 W

    Orange Grove, TX 78372

    Telephone Number: (361) 728-1670

Dated:_____        _____
                                                                United States District Magistrate

Distribution to all ECF-registered counsel of record via email generated by the Court's ECF system.

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137