# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*SEALS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-cv-02046*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Lanny Seals, on or about February 13, 2021.

Dated: January 18, 2022

Respectfully Submitted,

**Tautfest Bond, PLLC**

By: /s/ Jessica Glitz

Jessica Glitz No. 24076095
MONTE BOND, Esq.
Texas Bar No.02585625
**Tautfest Bond PLLC**
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: January 18, 2022

Respectfully Submitted,

**Tautfest Bond, PLLC**

By: /s/ Jessica Glitz

Jessica Glitz No. 24076095
MONTE BOND, Esq.
Texas Bar No.02585625
**Tautfest Bond PLLC**
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*