# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | JUDGE TIM A. BAKER |

**This Document Relates to:**
*SEALS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-CV-02046*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Lanny Seals, and Cheryl Seals respectfully move this court to substitute Cheryl Seals, the plaintiff's spouse, as the Personal Representative for the Estate of Lanny Seals, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Lanny Seals' case was filed on or about May 22, 2019, (*SEALS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:19-cv-02046*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about June 7, 2019, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. Plaintiffs' counsel was informed that Lanny Seals, passed away on or about February 13, 2021.

4. Lanny Seal's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about January 18, 2022. [Dkt. 20799]

6. Plaintiff thus moves to substitute Cheryl Seals, as Personal Representative for the Estate of Lanny Seals, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Cheryl Seals, as Personal Representative for the Estate of Lanny Seals, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Dennis Platt is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Lanny Seals and Cheryl Seals, respectfully request the Court grant Plaintiffs' Motion to Substitute Cheryl Seals, as Personal Representative for the Estate of Lanny Seals, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: January 18, 2022                                  Respectfully submitted,

By: */s/ Jessica Glitz*

Jessica Glitz No. 24076095
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: September 23, 2020

                                        Respectfully Submitted,

                                        **Tautfest Bond, PLLC**

                                  By: */s/ Jessica Glitz*_____

                                        Jessica Glitz No. 24076095
                                        MONTE BOND, Esq.
                                        Texas Bar No.02585625
                                        Tautfest Bond PLLC
                                        5151 Belt Line Road, Suite 1000
                                        Dallas, Texas  75254
                                        214-617-9980 (Phone)
                                        214-617-9985 (Fax)
                                        mbond@tautfestbond.com
                                        jglitz@tbtorts.com

                                        ***Attorneys for Plaintiff***