UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |

This document relates to:

1:16-cv-03510; 1:17-cv-02728; 1:19-cv-02561; and 1:19-cv-02383

## EXHIBIT A TO
## NOTICE OF FEBRUARY 2, 2022 MOTIONS HEARING

1. Status of *Looper/Lambert*
   - Lambert, Sammie (1:19-cv-02561)
     Counsel: JOHNSON LAW GROUP

   - Looper, Victoria (1:16-cv-03510)
     Counsel: LOWE LAW GROUP

2. Cook's Motion for Judgment in Plaintiff *Jane Creese* Case Pursuant to CMO-28 (Dkt. 18048)

   - Creese, Jane (1:19-cv-02383)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18049
   - See Plaintiff's Response at Dkt. 18259
   - See Cook Defs.' Reply at Dkt. 18586

3. Cook's Motion for Judgment in Plaintiff *Jose Trevino's* Case Pursuant to CMO-28 (Dkt. 17995)

   - Trevino, Jose (1:17-cv-02728)
     Counsel: MCSWEENEY/LANGEVIN
   - See Sealed Exhibit A at Dkt. 17996
   - See Plaintiff's Response at Dkt. 18330
   - See Cook Defs.' Reply at Dkt. 18675