# EXHIBIT A

| PLAINTIFF | CASE NUMBER | COUNSEL FIRM NAME | DUPLICATE CASE NUMBER | DUPLICATE COUNSEL FIRM NAME |
|---|---|---|---|---|
| McMillar, Glenda | 1:17-cv-04269 | Osborne & Francis Law Firm, PLLC | 1:21-cv-00987 | McDonald Worley, PC |
| Ramirez, Noe | 1:21-cv-01237 | Johnson Law Group | 1:21-cv-01314 | Fears Nachawati, PLLC |
| Potter, Jerry S. | 1:17-cv-00104 | Wagstaff & Cartmell, LLP | 1:21-cv-02226 | Dalimonte Rueb Stoller, LLP |
| Ricks, Jesse | 1:17-cv-03568 | Davis Bethune & Jones, LLC | 1:21-cv-02232 | Dalimonte Rueb Stoller, LLP |