# EXHIBIT B

| | |
|---|---|
| **From:** | Angelino, Blake A. <blake.angelino@faegredrinker.com> |
| **Sent:** | Tuesday, December 14, 2021 9:26 PM |
| **To:** | bill@mcdonaldworley.com |
| **Cc:** | Joseph Osborne; Danielle Monahan; 'ggiovanni@realtoughlawyers.com'; Danner, Michelle R. |
| **Subject:** | McMillar, Glenda - Duplicate Cases - 1:17-cv-04269 and 1:21-cv-00987 |

Good afternoon,

It appears multiple cases have been filed on behalf of the above-captioned plaintiff—1:17-cv-04269 (represented by OSBORNE & FRANCIS LAW FIRM, PLLC) and 1:21-cv-00987 (represented by MCDONALD WORLEY). I have CC'ed counsel on the docket.  Please dismiss the later-filed case, or let me know if I am misunderstanding the situation.

Please let us know if this case will be dismissed by close of business this Friday, December 17th, as we will be filing a motion to clear up this issue for the Court.

Blake

**Blake A. Angelino |** blake.angelino@faegredrinker.com | D: +1 312 356 5145 | C: +1 315 264 4086 | **Faegre Drinker Biddle & Reath LLP**
*Admitted to Practice in Ohio; Illinois*

1

| | |
|---|---|
| **From:** | Danner, Michelle R. |
| **To:** | IVC@johnsonlawgroup.com; schulte@fnlawfirm.com; afranks@fnlawfirm.com |
| **Cc:** | Angelino, Blake A. |
| **Subject:** | FW: Ramirez, Noe |
| **Date:** | Friday, June 18, 2021 8:34:28 AM |
| **Attachments:** | Ramirez, Noe_Cook_SFC_Court Stamped.pdf<br>3bclean-control.bin |

Good Morning,

I'm following up on the below email to confirm the implant date and inquire whether this is a duplicate filing.

Thank you,

**Michelle R. Danner**
Senior Paralegal
michelle.danner@faegredrinker.com
Connect: vCard

+1 317 237 1370 direct / +1 317 237 8417 fax

**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

---

**From:** Danner, Michelle R.
**Sent:** Tuesday, June 15, 2021 10:33 AM
**To:** IVC@johnsonlawgroup.com; 'schulte@fnlawfirm.com' <schulte@fnlawfirm.com>; 'afranks@fnlawfirm.com' <afranks@fnlawfirm.com>
**Cc:** Angelino, Blake A. <blake.angelino@faegredrinker.com>
**Subject:** Ramirez, Noe

Counsel,

It appears a duplicate complaint has been filed for Noe Ramirez with different implant dates. The initial complaint was filed by Johnson Law Group, and the recent complaint was filed by Fears Nachawati Law Firm. The case numbers for the cases are 1:21-cv-01237 and 1:21-cv-01314. Please dismiss one of these complaints.

Also, can you please confirm the correct implant date?

Sincerely,

**Michelle R. Danner**
Senior Paralegal
michelle.danner@faegredrinker.com
Connect: vCard

+1 317 237 1370 direct / +1 317 237 8417 fax

| | |
|---|---|
| **From:** | Lehr, Blake T. |
| **To:** | "tcartmell@wcllp.com"; "ddegreef@wcllp.com"; "paul@drlawllp.com" |
| **Cc:** | Danner, Michelle R. |
| **Subject:** | RE: Potter, Jerry - Duplicate Complaints |
| **Date:** | Thursday, November 4, 2021 3:03:02 PM |
| **Attachments:** | Potter, Jerry S. - 2017-01-11 - 01 - Short Form Complaint.PDF<br>Potter, Jerry - 2021-08-11 - Complaint.pdf<br>3bclean-control.bin |

Hello,

As previously mentioned, we have reason to believe the attached complaints are duplicates. Please confirm whether you will be dismissing one of these complaints by **Wednesday, November 10, 2021**. If no response is provided by that date, Cook will seek dismissal with the Court.

Thanks,
Blake

**From:** Lehr, Blake T.
**Sent:** Thursday, October 28, 2021 2:50 PM
**To:** 'tcartmell@wcllp.com' <tcartmell@wcllp.com>; 'ddegreef@wcllp.com' <ddegreef@wcllp.com>; 'paul@drlawllp.com' <paul@drlawllp.com>
**Cc:** Danner, Michelle R. <michelle.danner@faegredrinker.com>
**Subject:** Potter, Jerry - Duplicate Complaints

Hello all,

Two complaints have been filed on behalf of Jerry Potter from Virginia. We believe these filings are duplicates. Will you please confer, determine if these complaints refer to the same plaintiff, and dismiss one of these actions? Thanks in advance for helping resolve this issue.

Best,
Blake

**Blake T. Lehr**
Associate
blake.lehr@faegredrinker.com
Connect: vCard / LinkedIn

+1 260 460 1647 direct

**Faegre Drinker Biddle & Reath** LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

| | |
|---|---|
| **From:** | Lehr, Blake T. |
| **To:** | "sfoster@dbjlaw.net"; "paul@drlawllp.com" |
| **Subject:** | RE: Ricks, Jesse - Duplicate Complaints |
| **Date:** | Thursday, November 4, 2021 3:06:33 PM |
| **Attachments:** | Ricks, Jesse - 2017-10-05 - Complaint.PDF<br>Ricks, Jesse - 2021-08-12 - Complaint.pdf<br>3bclean-control.bin |

Hello,

As previously mentioned, we have reason to believe the attached complaints are duplicates. Please confirm whether you will be dismissing one of these complaints by **Wednesday, November 10, 2021**. If no response is provided by that date, Cook will seek dismissal with the Court.

Thanks,
Blake

**From:** Lehr, Blake T.
**Sent:** Thursday, October 28, 2021 3:03 PM
**To:** 'sfoster@dbjlaw.net' <sfoster@dbjlaw.net>; 'paul@drlawllp.com' <paul@drlawllp.com>
**Subject:** Ricks, Jesse - Duplicate Complaints

Hello all,

Two complaints have been filed on behalf of Jesse Ricks. We believe these filings are duplicates. Will you please confer, determine if these complaints refer to the same plaintiff, and dismiss one of these actions? Thanks in advance for helping resolve this issue.

Best,
Blake

**Blake T. Lehr**
Associate
blake.lehr@faegredrinker.com
Connect: vCard / LinkedIn

+1 260 460 1647 direct

**Faegre Drinker Biddle & Reath LLP**
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.