**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

GLENDA MCMILLAR

Civil Case # 1:21-cv-987

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Glenda McMillar

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

   _____

6. Plaintiff's/Deceased Party's current state of residence:

   Georgia

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of Georgia

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☑  Cook Incorporated

   ☑  Cook Medical LLC

   ☑  William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑  Diversity of Citizenship

   ☐  Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   6, 27, 28

   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   None

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐     Günther Tulip® Vena Cava Filter

☑     Cook Celect® Vena Cava Filter

☐     Gunther Tulip Mreye

☐     Cook Celect Platinum

☐     Other: _____

11. Date of Implantation as to each product:

September 11, 2013

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Medical Center of Central Georgia Macon, GA

_____

13. Implanting Physician(s):

Dr. Natalie Weger

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑     Count I:       Strict Products Liability – Failure to Warn

☑     Count II:      Strict Products Liability – Design Defect

☑     Count III:     Negligence

☑     Count IV:     Negligence Per Se

3

☑ Count V:  Breach of Express Warranty

☑ Count VI:  Breach of Implied Warranty

☑ Count VII:  Violations of Applicable ___Georgia___ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:  Loss of Consortium

☐ Count IX:  Wrongful Death

☐ Count X:  Survival

☑ Count XI:  Punitive Damages

☐ Other:  _____(please state the facts supporting

this Count in the space, immediately below)

☐ Other:  _____(please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

William "Bill" Barfield

16. Address and bar information for Attorney for Plaintiff(s):

1770 St. James Place, suite 100, Houston, Texas 77056

Texas Bar Number: 24031725

4

Respectfully submitted,

**MCDONALD WORLEY, PC**


*/s/ William H. Barfield*
William H. Barfield, TX Atty No. 24031725
**MCDONALD WORLEY, PC**
1770 St. James Place, Suite 100
Houston, Texas 77056
Telephone: (713) 523-5500
Facsimile: (713) 523-5501
bill@mcdonaldworley.com


*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on  4/22/2021  , a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

| | |
|---|---|
| Angela Spears | Cliff W. Marcek |
| Rosen & Spears | Cliff W. Marcek, P.C. |
| 5075 Westheimer, Suite 760 | 700 South Third Street |
| Houston, TX 77056 | Las Vegas, NV 89101 |
| | |
| Anthony James Urban | David J. Britton |
| Law Offices of Anthony Urban, P.C. | Law Offices of David J. Britton |
| 474 N. Centre Street, Third Floor | 2209 N. 30th Street, Suite 4 |
| Pottsville, PA 17901 | Tacoma, WA 98403 |

Bard K. Brian
222 Kentucky Avenue, Suite 10
Paducah, KY 42001

Brian J. Urban
Law Offices of Anthony Urban, P.C.
474 N. Centre Street, Third Floor
Pottsville, PA 17901

Charles Rene Houssiere, III
Houssiere Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, TX 77056-3812

Corrie Johnson Yackulic
Corrie Yackulic Law Firm PLLC
315 5th Avenue South, Suite 1000
Seattle, WA 98104-2682

George Jerre Duzane
Duzane, Kooperman & Mondelli
603 Woodland Street
Nashville, TN 37206-4211
Joseph A. Napiltonia
Law Office of Joe Napiltonia
213 Third Avenue N orth
Franklin, TN 37064

Lucas J. Foust
Foust Law Office
1043 Stoneridge Drive, Suite 2
Bozeman, MT 59718

Wilnar J. Julmiste
Anderson Glenn LLP – Boca Raton, FL
2201 NW Corporate Boulevard
Suite 100
Boca Raton, FL 33431

Jay Harris
Harris, Reny & Torzewski
Two Maritime Plaza, 3rd Floor
Toledo, OH  43604

Justin Kyle Brackett
Tim Moore, Attorney at Law, P.A.
305 East King St.
Kings Mountain, NC 28086

Marian S. Rosen
Rosen & Spears
5075 Westheimer, Suite 760
Houston, TX 77056

Peter C. Wetherall
Wetherall Group, Ltd.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148

Thomas H. Terry, III
619 Calhoon Road
Bay Village, OH 44140
Robert M. Hammers, Jr.
Jason T. Schneider, P.C.
611-D Peachtree Dunwoody Road
Atlanta, GA 30328

W. Bryan Smith
Morgan & Morgan, LLC
2600 One Commerce Square
Memphis, TN 38103

*/s/ William Barfield*

6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Noe  Ramirez

Civil Case #    1:21-cv-1314

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Noe  Ramirez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Sylvia Ramirez

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Texas

6. Plaintiff's/Deceased Party's current state of residence:

Texas

7. District Court and Division in which venue would be proper absent direct filing:

Southern District Court of Texas

8. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical LLC

☑ William Cook Europe APS

9. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9 through 20

b. Other allegations of jurisdiction and venue:

n/a

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other: _____

11.  Date of Implantation as to each product:

01/01/2005

_____

_____

12.  Hospital(s) where Plaintiff was implanted (including City and State):

Christus Spohn Hospital (Corpus Christi, TX)

_____

_____

13.  Implanting Physician(s):

Physician at Christus Spohn Hospital Corpus Christi - 600 Elizabeth St. Corpus

Christi, TX 78404

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:      Strict Products Liability – Failure to Warn

☑    Count II:    Strict Products Liability – Design Defect

☑    Count III:   Negligence

☑    Count IV:   Negligence Per Se

☑    Count V:    Breach of Express Warranty

☑    Count VI:   Breach of Implied Warranty

☑    Count VII:   Violations of Applicable   Texas  (insert State)

                 Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

                 Practices

☑     Count VIII:   Loss of Consortium

☐     Count IX:   Wrongful Death

☐     Count X:   Survival

☑     Count XI:   Punitive Damages

☐     Other:   _____

☐     Other:   _____

_____

_____

15. Attorney for Plaintiff(s):

Fears Nachawati, PLLC – Steve Schulte, Darren McDowell

16. Address and bar information for Attorney for Plaintiff(s):

5473 Blair Road, Dallas, TX, 75231

Steve Schulte - Texas Bar No. 24051306

Darren McDowell- Texas Bar No: 24025520

Respectfully submitted,

*/s/ Steve Schulte*
Steve Schulte
Texas Bar No. 24051306
schulte@fnlawfirm.com
Darren McDowell
Texas Bar No: 24025520
dmcdowell@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on    05/25/2021     , a copy of the foregoing was served

electronically and notice of the service of this document will be sent to all parties by operation of

the Court's electronic filing system to CM/ECF participants registered to receive service in this

matter. Parties may access this filing through the Court's system.

/s/ *Steve Schulte*
**Steve Schulte**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

| | |
|---|---|
| This Document Relates to Plaintiff(s) | Plaintiff Demands A Trial By Jury |

Jerry S. Potter

Civil Case # 1:21-cv-2226

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jerry S. Potter

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   VA

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   VA _____

6. Plaintiff's/Deceased Party's current state of residence:

   VA _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Virginia _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28, inclusive _____

   _____

   _____

   b.   Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

      ☐    Günther Tulip® Vena Cava Filter

      ☒    Cook Celect® Vena Cava Filter

      ☐    Gunther Tulip Mreye

      ☐    Cook Celect Platinum

      ☐    Other: _____

11. Date of Implantation as to each product:

03/26/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Carilion Roanoke Memorial Hospital (Roanoke, VA)

13. Implanting Physician(s):

Jeffery D. Shay, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

      ☒    Count I:     Strict Products Liability – Failure to Warn

      ☒    Count II:    Strict Products Liability – Design Defect

☒    Count III:     Negligence

☒    Count IV:     Negligence Per Se

☒    Count V:     Breach of Express Warranty

☒    Count VI:     Breach of Implied Warranty

☒    Count VII:     Violations of Applicable <u>VA</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count VIII:     Loss of Consortium

☐    Count IX:     Wrongful Death

☐    Count X:     Survival

☒    Count XI:     Punitive Damages

☒    Other:     <u>All other counts and claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact.</u>

☒    Other:     <u>         </u> (please state the facts supporting this Count in the space, immediately below)

<u>Defendants Expressly and Impliedly Warranted that the Cook IVC Filter was a permanent lifetime implant and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by the plaintiff to his detriment.</u>

15. Attorney for Plaintiff(s):

<u>Paul L. Stoller</u>

16. Address and bar information for Attorney for Plaintiff(s): <u>Dalimonte Rueb Stoller, LLP, 2425 East Camelback Road, Suite 500, Phoenix, AZ, 85016, AZ Bar # 016773.</u>

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

*/s/Paul L. Stoller*

Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 East Camelback Rd., Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@drlawllp.com

***Lead Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Paul L. Stoller*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Plaintiff Demands A Trial By Jury

Jesse A. Ricks

Civil Case # 1:21-cv-2232

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).

Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jesse A. Ricks

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

   claim:

   None

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   FL

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   VA _____

6. Plaintiff's/Deceased Party's current state of residence:

   NC _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Virginia _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒    Cook Incorporated

   ☒    Cook Medical LLC

   ☒    William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒    Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28, inclusive _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☒    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

04/15/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Sacred Heart Hospital (now Ascension Sacred Heart Hospital) (Pensacola, FL)

13. Implanting Physician(s):

Aaron B. Montgomery, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability – Failure to Warn

    ☒    Count II:    Strict Products Liability – Design Defect

☒ Count III:     Negligence

☒ Count IV:      Negligence Per Se

☒ Count V:       Breach of Express Warranty

☒ Count VI:      Breach of Implied Warranty

☒ Count VII:     Violations of Applicable <u>VA</u> (insert State) Law Prohibiting

Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:    Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:       Survival

☒ Count XI:      Punitive Damages

☒ Other:         <u>All other counts and claims for Relief set forth in the Master</u>

<u>Complaint for an amount to be determined by the trier of fact.</u>

☒ Other:         <u>            </u> (please state the facts supporting this

Count in the space, immediately below)

<u>Defendants Expressly and Impliedly Warranted that the Cook IVC Filter</u>

<u>was a permanent lifetime implant and downplayed the risks associated with</u>

<u>migration, perforation, tilt, fracture, and other risk relied upon by the</u>

<u>plaintiff to his detriment.</u>

15. Attorney for Plaintiff(s):

<u>Paul L. Stoller</u>

16. Address and bar information for Attorney for Plaintiff(s):  <u>Dalimonte Rueb Stoller,</u>

<u>LLP, 2425 East Camelback Road, Suite 500, Phoenix, AZ, 85016, AZ Bar # 016773.</u>

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 East Camelback Rd., Suite 500
Phoenix, Arizona 85016
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@drlawllp.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Paul L. Stoller*

5