# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

McMillar, Glenda – 1:21-cv-00987; Ramirez, Noe – 1:21-cv-01314; Potter, Jerry – 1:21-cv-02226; Ricks, Jesse – 1:21-cv-02232

### [PROPOSED] ORDER ON COOK'S MOTION TO DISMISS DUPLICATIVE FILINGS

Before the Court is Cook's Motion to Dismiss Duplicative Filings. The Motion is **GRANTED** as to the following duplicative cases:

| PLAINTIFF | CASE NUMBER |
|---|---|
| McMillar, Glenda | 1:21-cv-00987 |
| Ramirez, Noe | 1:21-cv-01314 |
| Potter, Jerry | 1:21-cv-02226 |
| Ricks, Jesse | 1:21-cv-02232 |

**SO ORDERED** this ____ day of _____ 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana