IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

<u>This Document Relates to Plaintiff:</u>

PATRICIA D. WALKER

Civil Case #1:19-cv-4749-RLY-TAB

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff. [Dkt. 20748]

**IT IS THEREFORE ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Gregory Walker, on behalf of the Estate of Patricia D. Walker, is substituted as Plaintiff in the above referenced action.

Date: 1/20/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.