IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

---

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO AMEND COMPLAINT

The Court considers Plaintiff's Motion to Substitute Party and Leave to Amend Complaint [Dkt. 20766]. The motion is hereby GRANTED.

**IT IS THEREFORE ORDERED** that Lonnie Campbell, Administrator for the Estate of Kimberly Campbell, on, is substituted as Plaintiff, for Kimberly Campbell in the above referenced action. The Amended Complaint filed on behalf of Lonnie Campbell, Individually and as Administrator for the Estate of Kimberly Campbell is hereby deemed filed as of the date of this order.

Date: 1/20/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.