IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**EXHIBIT A**

This Document Relates to Plaintiff(s)

LONNIE CAMPBELL, Individually and as Administrator of the Estate of Kimberly Campbell

Civil Case# 1:18-cv-02537-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kimberly Campbell

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Lonnie Campbell, **Individually**

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Lonnie Campbell, Administrator

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Middle District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   [✔] Cook Incorporated

   [✔] Cook Medical LLC

   [✔] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✔] Diversity of Citizenship

   [ ] Other: N/A

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraph 11: Subject Matter

   Paragraph 11: Personal

   Paragraph 12: Venue

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    [✔] Günther Tulip® Vena Cava Filter
    [ ] Cook Celect® Vena Cava Filter
    [ ] Gunther Tulip Mreye
    [ ] Cook Celect Platinum
    [ ] Other:
        N/A

11. Date of Implantation as to each product:

    12/12/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UNC Medical Center, 500 Eastowne Dr, Chapel Hill, NC 27514

13. Implanting Physician(s):

    David Mitchell Warshauer, M.D., 500 Eastowne Dr, Chapel Hill, NC 27514

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✔] Count I:    Strict Products Liability – Failure to Warn
    [✔] Count II:   Strict Products Liability – Design Defect
    [✔] Count III:  Negligence
    [✔] Count IV:   Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable __NC__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☑ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: __N/A__ (please state the facts supporting this Count in the space, immediately below)

☐ Other: __N/A__ (please state the facts supporting this Count in the space, immediately below)

__N/A__

_____

_____

_____

15. Attorney for Plaintiff(s):

__John T. Kirtley III - Ferrer Poirot & Wansbrough__

16. Address and bar information for Attorney for Plaintiff(s):

4

2603 Oak Lawn Ave. Suite 300

Dallas, Texas 75219

Texas Bar No. 11534050

        Respectfully submitted,

        /S/ JOHN T. KIRTLEY, III
        **John T. Kirtley, III**
        Texas Bar No. 11534050
        2603 Oak Lawn Avenue, Suite 300
        P.O. Box 199109
        Dallas, Texas 75219
        (214) 521-4412
        (214) 526-6026 Fax
        jkirtley@lawyerworks.com
          Asst. molvera@lawyerworks.com
        ivcfiling@lawyerworks.com

        ATTORNEY FOR THE PLAINTIFFS
        LONNIE CAMPBELL, Individually and as Administrator of the Estate of Kimberly Campbell

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

        /s/ JOHN T. KIRTLEY, III
        John T. Kirtley, III