IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**TRACY MARCUS**
Civil Case No. 1:17-cv-4602-RLY-TAB

## ORDER GRANTING SUBSTITUTION OF PARTY

The Court considers Plaintiff's Motion to Substitute Party and Leave to Amend Complaint [Dkt. 20767]. The motion is hereby GRANTED.

**IT IS THERFORE ORDERED** that Ashley Watkins, as Personal Representative and Executor of the Estate of Plaintiff Tracy Marcus, deceased, is hereby substituted as the Plaintiff in this action. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system. The Amended Complaint filed on behalf of Ashley Watkins, as Personal Representative and Executor of the Estate of Plaintiff Tracy Marcus, is hereby deemed filed as of the date of this order.

Date: 1/20/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.