IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
**ASHLEY WATKINS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TRACY MARCUS, DECEASED**
Civil Case No. 1:17-cv-4602-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for First Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Tracy Marcus

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Ashley Watkins as Personal Representative of the Estate of Tracy Marcus, Deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

1

New Mexico

5. Plaintiff's/Deceased Party's current state of residence:

New Mexico

6. District Court and Division in which venue would be proper absent direct filing:

District of New Mexico (Albuquerque)

7. Defendants (Check Defendants against whom Complaint is made):

    (X)    Cook Incorporated

    (X)    Cook Medical LLC

    (X)    William Cook Europe ApS

8. Basis of Jurisdiction:

    (X)    Diversity of Citizenship

    (X)    Other: MDL

  a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 21 through 28.

  b. Other allegations of jurisdiction and venue:
    None.

9. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim:

    (X)    Günther Tulip® Vena Cava Filter
    ( )    Cook Celect® Vena Cava Filter
    ( )    Gunther Tulip Mreye
    ( )    Cook Celect Platinum
    ( )    Other: _____

10. Date of Implantation as to each product:

December 25, 2004.

11. Hospital(s) where Plaintiff was implanted (including City and State):

    University of New Mexico Health Sciences Center

    2211 Lomas NE, Albuquerque, NM 87106

12. Implanting Physician(s):

    David A. Garcia, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):
    - (X)   Count I:     Strict Products Liability – Failure to Warn
    - (X)   Count II:    Strict Products Liability – Design Defect
    - (X)   Count III:   Negligence
    - (X)   Count IV:    Negligence Per Se
    - (X)   Count V:     Breach of Express Warranty
    - (X)   Count VI:    Breach of Implied Warranty
    - (X)   Count VII:   Violations of Applicable New Mexico Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ( )   Count VIII:  Loss of Consortium
    - ( )   Count IX:    Wrongful Death
    - ( )   Count X:     Survival
    - (X)   Count XI:    Punitive Damages
    - ( )   Other:       None.

14. Attorney for Plaintiff(s):

    Keith E. Patton, Patton Law, P.C.

    David M. Houliston, Law Offices of David M. Houliston

15. Address and bar information for Attorney for Plaintiff:

    Keith E. Patton, NM Bar No. 148510, TX Bar No. 24032821, Patton Law, P.C., 500 Copper Avenue NW, Suite 100, Albuquerque, NM 87102

    David M. Houliston, NM Bar No. 4711, Law Offices of David M. Houliston, 500 Tijeras Avenue NW, Albuquerque, NM 87102

Respectfully submitted:

**PATTON LAW, PC**

*/s/ Keith E. Patton*
Keith E. Patton, Esq.
Texas Bar No.:  24032821
New Mexico Bar No.:  148510
500 Copper Avenue NW, Suite 100
Albuquerque, NM 87102
Phone: (505) 910-4800
Fax:   (505) 910-4382
keith@pattonlaw.com

and

**LAW OFFICES OF DAVID M. HOULISTON**

*/s/ David M. Houliston*
David M. Houliston, Esq.
New Mexico Bar No.:  4711
500 Tijeras Avenue NW
Albuquerque, NM 87102
Phone: (505) 214-5204
Fax: (505) 850-6355
david@houlistonlaw.com

**COUNSEL FOR PLAINTIFF**