# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*SEALS v. COOK MEDICAL, INC, IVC FILTERS Civil Action No. 1:19-cv-02046-RLY-TAB*

## ORDER

The Court considers Plaintiff's Motion to Substitute Party and Leave to Amend Complaint [Dkt. 20800]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Cheryl Seals, on behalf of the Estate of Lanny Seals, is substituted for Plaintiff Lanny Seals. The Amended Complaint is hereby deemed filed as of the date of this order.

Date: 1/20/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.