IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND        Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

---

This Document Relates to Plaintiff(s)
CHERYL SEALS AS THE PERSONAL REPRESENTATIVE OF THE
ESTATE OF LANNY SEALS

Civil Case # 1:19-cv-02046-RLY-TAB

---

### FIRST AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Lanny Seals

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Cheryl Seals

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   <u>Ohio</u>

6. Plaintiff's/Deceased Party's current state of residence:

   <u>Ohio</u>

7. District Court and Division in which venue would be proper absent direct filing:

   <u>United States District Court for the Southern District of Ohio</u>

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraph 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐        Günther Tulip® Vena Cava Filter

X        Cook Celect® Vena Cava Filter

☐        Gunther Tulip Mreye

☐        Cook Celect Platinum

☐         Other:

_____

11. Date of Implantation as to each product:

July 8, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Knox Community Hospital Mt. Vernon, OH

13. Implanting Physician(s):

Dr. Amanda Bullock, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

X        Count I:        Strict Products Liability – Failure to Warn

X        Count II:        Strict Products Liability – Design Defect

X        Count III:        Negligence

X        Count IV:        Negligence *Per Se*

3

X     Count V:     Breach of Express Warranty

X     Count VI:     Breach of Implied Warranty

X     Count VII:     Violations of  Applicable State of Ohio

Law Prohibiting Consumer Fraud and Unfair and Deceptive  Trade

Practices

Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

X     Count X:     Survival

X     Count XI:     Punitive Damages

X     Other:     _____(please state the facts  supportingthis Count in the space,

immediately below)

☐     Other:     _____(please state the facts  supporting

this Count in the space, immediately below)

Defendants expressly and impliedly warranted their filters were safe, effective, and

Permanent. Plaintiff and his physician relied on these representations

When implanting his filter.

15. Attorney for Plaintiff(s):

Jessica Glitz & Monte Bond

16. Address and bar information for Attorney for Plaintiff(s):

4

5151 Belt Line Rd., Suite 1000, Dallas, TX 75254

Monte Bond - TX Bar No.: 02585625

Jessica Glitz – TX Bar No.: 24076095

Respectfully submitted,

**Tautfest Bond, PLLC**

*s/ Jessica Glitz*

Jessica Glitz No. 24076095
Monte Bond No. 02585625
Tautfest Bond, PLLC
5151 Belt Line Rd.,
Suite 1000, Dallas, TX
75254 Telephone: (214)
617-9998 Facsimile: (214)
853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

***Attorneys for Plaintiff***