IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Owens, Autumn, 1:18-cv-01458
Andrae, Maria, 1:19-cv-01853
Sproul, Ashly, 1:19-cv-04452
Alkamel, Lisa, 1:20-cv-06202

**[PROPOSED] ORDER ON COOK'S MOTION TO DISMISS
UNKNOWN PRODUCT CASES**

Before the Court is Cook's Motion to Dismiss Unknown Product Cases (Dkt. 20785).

The Motion is **GRANTED** as to the following case:

| PLAINTIFF | CASE NUMBER |
|---|---|
| Andrae, Maria | 1:19-cv-01853 |

The Motion is **MOOT** as to the following cases:

| PLAINTIFF | CASE NUMBER |
|---|---|
| Owens, Autumn | 1:18-cv-01458 |
| Sproul, Ashly | 1:19-cv-04452 |
| Alkamel, Lisa | 1:20-cv-06202 |

**SO ORDERED** this _____ day of _____ 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana