IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jesse A. Ricks 1:17-cv-03568-RLY-TAB

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Jesse A. Ricks ("Plaintiff"), by and through the undersigned, moves the Court to allow Paul L. Stoller ("Stoller") and Jennifer Rethemeier ("Rethemeier") of Dalimonte Rueb Stoller, LLP ("DRS") to substitute as counsel for Plaintiff in place of Grant L. Davis ("Davis") and Shawn G. Foster ("Foster") of Davis, Bethune & Jones, LLC ("DBJ"). As grounds therefore, Plaintiff states as follows:

1. On November 19, 2016, Plaintiff retained DRS in connection with his Cook IVC Filter claims.

2. On October 5, 2017, Foster filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 1).

3. On June 3, 2019, Davis filed a Notice of Appearance in the above-captioned action (Dkt 10916 /Dkt 11).

4. DRS recently became aware of the possibility of a dual representation regarding Plaintiff.

5. Plaintiff wishes to proceed with DRS as his counsel.

6. Both Stoller and Rethemeier are admitted *pro hac vice* in the above captioned MDL action.

7. Both Stoller and Rethemeier are capable and willing to assume duties of counsel for Plaintiff in the above captioned matter.

8. No prejudice would result from the substitution of counsel.

WHEREFORE, Plaintiff respectfully requests that the Court allow Paul L. Stoller and Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP to substitute as counsel for Plaintiff in place of Grant L. Davis and Shawn G. Foster of Davis, Bethune & Jones, LLC in this matter.

Dated: January 24, 2022                    Respectfully submitted,

By his attorneys,
*/s/ Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

Jennifer Rethemeier
(Admitted *Pro Hac Vice*, AZ Bar No. 031398)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 982-0341
Fax: (855) 203-2035
jennifer.rethemeier@drlawllp.com

*Attorneys for Plaintiff Jesse A. Ricks*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the MDL.

                                              */s/ Paul L. Stoller*
                                              Paul L. Stoller