IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Jesse A. Ricks 1:17-cv-03568-RLY-TAB

### [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

Upon consideration of the Plaintiff's Motion for Substitution of Counsel it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is **DIRECTED** to substitute Paul L. Stoller and Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP as counsel for Plaintiff in place of Grant L. Davis and Shawn G. Foster of Davis, Bethune & Jones, LLC  in this matter.

So ordered this \_\_\_\_ day of January, 2022.

_____
Richard L. Young
United States District Judge