# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER  ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION  ) | JUDGE TIM A. BAKER |
| ) ) ) ) ) | |

**This Document Relates to:**
*JUNIOUS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:21-CV-06413*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Willie Junious, on or about May 19, 2021.

Dated: January 24, 2022

Respectfully Submitted,

**Tautfest Bond, PLLC**

By:/ s/ Monte Bond

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that January 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: January 24, 2022

Respectfully Submitted,

**Tautfest Bond, PLLC**

*By:*  s/ Monte Bond

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*