## UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **IN RE: COOK MEDICAL, INC.** | ) | **MDL NO. 2570** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **JUDGE TIM A. BAKER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*JUNIOUS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:21-CV-06413*

### MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Willie Junious, and Shirley Jones respectfully move this court to substitute Shirley Jones, the plaintiff's spouse, as the Personal Representative for the Estate of Willie Junious, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1.      Plaintiff  Willie Junious' case was filed on or about February 26, 2021, (*JUNIOUS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. 2:21- cv-03560).

2.      All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

      a.   On or about March 17, 2021, Defendant Cook, Inc., et al.  was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3.      Plaintiffs' counsel was informed that Willie Junious, passed away on or about May 19, 2021.

4.      Willie Junious' action against Defendants survives his death and is not extinguished.

5.      Plaintiffs' counsel filed the Notice and Suggestion of Death on or about January 24, 2022. [Dkt. 20871]

6.      Plaintiff thus moves to substitute Shirley Jones, as Personal Representative for the Estate of Willie Junious, Deceased, as Plaintiff in the present action.

7.      Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Shirley Jones, as Personal Representative for the Estate of Willie Junious, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Willie Junious is now deceased.

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Willie Junious and Shirley Jones, respectfully request the Court grant Plaintiffs' Motion to Substitute Shirley Jones, as Personal Representative for the Estate of Willie Junious, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: January 24, 2022                    Respectfully submitted,

**Tautfest Bond, PLLC**

 *s/ Monte Bond*

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: January 24, 2022

Respectfully Submitted,

**Tautfest Bond, PLLC**

By: _ s/ Monte Bond_

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com

**_Attorneys for Plaintiff_**