# STATE OF NEW JERSEY

**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 20210035598

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Willie Junious |
| 1b. Also Known As (AKA) | |
| 2. Sex | Male |
| 3. Social Security Number | [redacted] |
| 4a. Age | 65 Years |
| 5. Date of Birth | [redacted] |
| 6. Birthplace | Pinewood, South Carolina |
| 7a. Residence-State | New Jersey |
| 7b. County | Essex |
| 7c. Municipality/City | Orange City |
| 7d. Street and Number | [redacted] |
| 7e. Apt No. | |
| 7f. Zip Code | 07050 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | No |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | Shirley Jones |
| 11. Father's Name | David Dow |
| 12. Mother's Name Prior to First Marriage | Lillie Mae Junious |
| 13a. Name of Informant | Shermeitha Jones |
| 13b. Relationship to Decedent | Daughter |
| 13c. Mailing Address | 329 Vermont Avenue, Irvington, NJ 07111 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition | Rosedale Crematory |
| 16. Location | Orange City, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Cotton Funeral Service Inc, 130 Main Street, Orange, NJ 07050 |
| 18. Electronic Signature of Funeral Director | Miriam Renee Strong-Lewis |
| 19. NJ License Number | 23JP004473100 |
| 20. Decedent Education | High school graduate or GED completed |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Black or African American |
| 23. Occupation of Decedent | Truck Driver (Retired) |
| 24. Kind of Business/Industry | Transportation |
| 25. Name and Address of Last Employer | |
| 26. Date Pronounced Dead | 05/19/2021 |
| 28. Name of Person Pronouncing Death | Rafik E Hanna |
| 27. Time Pronounced Dead (24-hr) | 1131 |
| 29. License Number | 25MA08868500 |
| 30. Date Signed | 05/19/2021 |
| 31. Date of Death | 05/19/2021 |
| 32. Time of Death (24-hr) | 1131 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Hospital: Inpatient |
| 35a. Facility Name | East Orange General Hospital |
| 35b. Municipality | East Orange City |
| 35c. County | Essex |

**CAUSE OF DEATH:**
36a. PART I: IMMEDIATE CAUSE - [redacted]

| | |
|---|---|
| Immediate Cause a. [redacted] | Interval: Immediate |
| Due to (or as a consequence of): b. [redacted] | Several years |
| c. | |
| d. | |

36b. PART II: Chronic obstructive pulmonary disease

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | No |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy Status | Not applicable |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Kumar Ramdas, M.D., 14 FRANKLIN STREET 14, Belleville, NJ 07109-2835 |
| 52. Electronic Signature of Certifier | Kumar Ramdas |
| 53. License Number | 25MA07089400 |
| 54. Date Certified | 05/19/2021 |
| 55. Electronic Signature of Local Registrar | Crystal Pollard |
| 56. District No. | V0768 |
| 57. Date Received | 05/28/2021 |
| Case ID Number | 2282563 |

**DATE ISSUED:** May 28, 2021

**ISSUED BY:**
Orange City

**Crystal Pollard, Deputy Registrar**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

REG-42B
JUN 14

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED