UNITED STATES DISTRICT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE RICHARD YOUNG |
| ) | |

**This Document Relates to:**
*KITCHEN v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:16-cv-02398*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Ephraim Kitchen and Dionne Kitchen respectfully move this court to substitute Dionne Kitchen, the plaintiff's daughter, as the Personal Representative for Ephraim Kitchen, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Ephraim Kitchen's case was filed on or about September 7, 2016 (*KITCHEN v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:16-cv-02398*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about September 7, 2016, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. Plaintiffs' counsel was recently informed that Ephraim Kitchen passed away on or about August 21, 2019.

4. Ephraim Kitchen's action against Defendants survives his death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about January 24, 2022. [Dkt. 20876]

6. Plaintiff's counsel thus moves to substitute Dionne Kitchen, as Personal Representative for the Estate of Ephraim Kitchen, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Dione Kitchen, as Personal Representative for the Estate of Ephraim Kitchen, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Ephraim Kitchen is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Ephraim Kitchen and Dione Kitchen, respectfully request the Court grant Plaintiffs' Motion to Substitute Dione Kitchen, as Personal Representative for the Estate of Ephraim Kitchen, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: January 24, 2022                    Respectfully submitted,

By: */s/ Monte Bond*

Monte Bond No.02585625
Jessica Glitz No. 24076095
**Tautfest Bond PLLC**
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

**ATTORNEY FOR PLAINTIFF(S)**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: January 24, 2022

                                               Respectfully Submitted,

**Tautfest Bond, PLLC**

*s/ Monte Bond*
Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

*Attorneys for Plaintiff*

4