# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK IVC FILTER** ) | **MDL NO. 2570** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **JUDGE TIM A. BAKER** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*KITCHEN v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:16-CV-02398*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Dionne Kitchen, on behalf of the Estate of Ephraim Kitchen, is substituted for Plaintiff Ephraim Kitchen, in the above captioned cause.

Date: January 24, 2022

Hon. Tim A. Baker
United States Magistrate Judge
Southern District of Indiana