UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATED TO ALL ACTIONS | No. 1:14-ml-2570-RLY-TAB |

## SCHEDULING ORDER

The court **SETS** this matter for a status conference on **TUESDAY, JANUARY 25, 2022, at 3:00 (EST).** Leadership Counsel are ordered to appear, telephonically, before the Honorable Richard L. Young. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.

**SO ORDERED** this 24th day of January 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record