# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. | ) | MDL NO. 2570 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE TIM A. BAKER |
| | ) | |

**This Document Relates to:**
*McCOY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-cv-4075; 1:19-cv-06101*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Betty McCoy, and Callie Yeary respectfully move this court to substitute Callie Yeary, the plaintiff's daughter, as the Personal Representative for the Estate of Betty McCoy, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Betty McCoy's case was filed on or about September 30, 2019, (*MCCOY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:19-cv-4075*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about September 30, 2019, Defendant Cook, Inc., et al. was served by Court's electronic filing system with the Complaint and by electronic mail the Request for waiver of service.

3. Plaintiffs' counsel was informed that Betty McCoy, passed away on or about September 10, 2021.

4. Betty McCoy's action against Defendants survives her death and is not extinguished.

5. Plaintiffs' counsel filed the Notice and Suggestion of Death on or about January 25, 2022. [Dkt. ]

6. Plaintiff thus moves to substitute Callie Yeary, as Personal Representative for the Estate of Betty McCoy, Deceased, as Plaintiff in the present action.

7. Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Callie Yeary, as Personal Representative for the Estate of Betty McCoy, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Betty McCoy is now deceased.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Betty McCoy and Callie Yeary, respectfully request the Court grant Plaintiffs' Motion to Substitute Callie Yeary, as Personal Representative for the Estate of Betty McCoy, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: January 25, 2022

Respectfully submitted,

By: *s/ Monte Bond*

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000, Dallas, TX 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com
jglitz@tbtorts.com

**ATTORNEY FOR PLAINTIFFS**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: September 23, 2020

                                         Respectfully Submitted,

                                         **Tautfest Bond, PLLC**

                                         By: *s/ Monte Bond*

                                         Monte Bond No. 02585625
                                         Jessica Glitz No. 24076095
                                         **Tautfest Bond, PLLC**
                                         5151 Belt Line Rd., Suite 1000, Dallas, TX 75254
                                         214-617-9980 (Phone)
                                         214-617-9985 (Fax)
                                         mbond@tautfestbond.com
                                         jglitz@tbtorts.com

                                         *<u>Attorneys for Plaintiff</u>*