# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES - VITAL RECORDS
## CERTIFICATE OF DEATH

Doc ID: 034954810001 Type: DTH
BK 108 PG 2951

REGISTRATION DISTRICT NO. D11-95

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Betty
- 1b. MIDDLE: Sue
- 1c. LAST: O'Brien
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Kuykendall

- 2. SEX: F
- 3a. AGE-LAST BIRTHDAY (Yrs): 86
- 5. BIRTHPLACE: Haywood, NC
- 6. DATE OF DEATH: 09-10-2021

**PLACE OF DEATH**
- 7a. Inpatient (IF DEATH OCCURRED IN A HOSPITAL)
- 7c. FACILITY NAME: Memorial Mission Campus
- 7d. CITY OR TOWN: Asheville
- 7e. COUNTY OF DEATH: Buncombe

- 8. MARITAL STATUS: Widowed
- 10a. DECEDENT'S USUAL OCCUPATION: Certified Nursing Assist.
- 10b. KIND OF BUSINESS/INDUSTRY: Medical

- 12a. RESIDENCE-STATE: North Carolina
- 12b. COUNTY: Haywood
- 12c. CITY OR TOWN: Canton
- 12f. ZIP CODE: 28716

- 14. DECEDENT'S EDUCATION: Some college credit, but no degree
- 15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER/PARENT NAME: Oscar Kuykendall
- 18. MOTHER/PARENT NAME: Fannie Mae Sales

- 19a. INFORMANT'S NAME: Shannon Lagrandier
- 19b. RELATIONSHIP TO DECEDENT: Granddaughter
- 19c. MAILING ADDRESS: 2204 Mt. Zion Road Ferguson, NC 28624

- 20a. METHOD OF DISPOSITION: Burial
- 20b. PLACE OF DISPOSITION: Gwyn Cemetery
- 20c. LOCATION: Canton, NC

- 21b. LICENSE NUMBER: FSL 2018
- 21c. NAME OF EMBALMER: Erin Touchet
- 21d. LICENSE NUMBER: FSL3086

- 22. NAME AND ADDRESS OF FUNERAL HOME: Wells Funeral Home, 3715 Asheville Highway Canton, NC 28716

**23. CAUSE OF DEATH**
| | Approximate interval Onset to death |
|---|---|
| IMMEDIATE CAUSE (a): [redacted] | 30 minutes |
| Due to (b): [redacted] | 4 hours |
| Due to (c): [redacted] | 10 days |

- 24a. WAS AN AUTOPSY PERFORMED?: No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE: No

- 25. MANNER OF DEATH: Natural
- 27. TIME OF DEATH: 11:25 am
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably
- 29. IF FEMALE: Not pregnant within past year

- 30. DATE PRONOUNCED: 9/10/2021

**32. CERTIFIER**: Certifying physician
- 33b. LICENSE NUMBER: 2020-01147
- 33c. DATE SIGNED: 9/10/2021
- 33d. NAME AND ADDRESS OF CERTIFIER: Anthony Pfeiffer MD, 509 Biltmore Avenue, Asheville, NC 28801

- 35. DATE FILED: 9/15/21

