UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK IVC FILTER** | **MDL NO. 2570** |
| **PRODUCTS LIABILITY LITIGATION** | **JUDGE TIM A. BAKER** |

**This Document Relates to:**
*MCCOY v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:19-cv-04075; 1:19-cv-6101*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Callie Yeary, on behalf of the Estate of Betty McCoy, is substituted for Plaintiff Betty McCoy, in the above captioned cause.

Date: _____

                                                    Hon. Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana