UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

| | |
|---|---|
| Young, Faye: | 1:17-cv-02855 |
| Smith, Diane: | 1:17-cv-03819 |
| Wilson, Monica: | 1:18-cv-02069 |
| McCormack, John: | 1:18-cv-02110 |
| Mobley, Nicky: | 1:19-cv-00231 |
| Davis, Donald: | 1:19-cv-00592 |
| Howarth, Bailey: | 1:19-cv-01018 |

**COOK DEFENDANTS' NOTICE OF WITHDRAWAL
OF PENDING CASES TAKEN UNDER ADVISEMENT FROM
OMNIBUS MOTION FOR SUMMARY JUDGMENT
<u>BASED ON STATUTE OF LIMITATIONS</u>**

The Cook Defendants provide the following status update and notice of withdrawal regarding the Omnibus Motion for Summary Judgment Based on Statute of Limitations (Dkt. 11921) that was taken under advisement by the Court as to 13 cases:

1. On October 1, 2019, the Cook Defendants filed a motion for summary judgment, which included 26 open removal cases. *See* Dkt. 11921.

2. After the withdrawal of two cases from the motion, the dismissal of five others, and the Court's entry of summary judgment in six cases, 13 cases remained and are currently under advisement with the Court. *See* Orders, Dkts. 14000 & 14428.

3. With respect to the 13 cases taken under advisement in the Court's August 13, 2020 Order (Dkt. 14000):

  a. Five cases have been dismissed for separate reasons, and the Court may deny the motion as moot in these cases:

  - Diaz, Leslie: 1:19-cv-00122 (*see* Dkt. 18284 (granting stipulation))
  - Figueroa, Johanna 1:17-cv-0413 (*see* Dkt. 15105 (granting stipulation))
  - Kinsley, Clayton 1:17-cv-04414 (*see* Dkt. 18540 (granting CMO-28 motion))
  - Poggensee, Edward 1:17-cv-02675 (*see* Dkt.18535 (denying plaintiff's motion to reconsider dismissal for failure to respond to CMO-28 motion))
  - Snider, Jason 1:17-cv-03614 (*see* Dkt. 18018 (granting CMO-28 motion))

  b. The parties have filed a stipulation to dismiss in the following case, and the motion may be denied as moot once a final entry of dismissal is entered:

  - Wittig, Deborah: 1:18-cv-01081 (*see* Case No. 1:18-cv-01081, Dkt. 12)[1]

  c. The following seven cases remain pending, and the Cook Defendants hereby withdraw their motion as to these cases:

  - Davis, Donald: 1:19-cv-00592
  - Howarth, Bailey: 1:19-cv-01018
  - McCormack, John: 1:18-cv-02110
  - Mobley, Nicky: 1:19-cv-00231
  - Smith, Diane: 1:17-cv-03819
  - Wilson, Monica: 1:18-cv-02069
  - Young, Faye: 1:17-cv-02855

---

[1] This stipulation was filed on the individual case docket only.

4. The Cook Defendants reserve their rights to re-file individual motions on statute-of-limitations grounds in these last seven cases in accordance with the rulings in the *Looper* and *Lambert* decisions.

Respectfully submitted,

Dated: January 25, 2022

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022 a copy of the foregoing **COOK DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING CASES TAKEN UNDER ADVISEMENT FROM OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*