UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) No. 1:14-ml-2570-RLY-TAB<br>) |
| THIS DOCUMENT RELATED TO ALL ACTIONS | )<br>)<br>) |

**ORDER ON JANUARY 25, 2022, TELEPHONIC STATUS CONFERENCE**

Telephonic Status Conference held on January 25, 2022. Leadership Counsel appeared to discuss the upcoming status conference currently set for February 2, 2022.

The court **VACATES** the status conference currently set for February 2, 2022, and resets the status conference for **MARCH 9, 2022, at 1:00 PM (EST)**. Leadership Counsel are ordered to appear, before the Honorable Richard L. Young, Judge, in room 349 of the Birch Bayh Federal Building located at 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 25th day of January 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record