UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

All Cases

### COOK DEFENDANTS' STATUS REPORT ON EFFECT OF *LOOPER/LAMBERT* DECISION ON OTHER CASES

On December 16, 2021, the Seventh Circuit of Appeals issued a decision reversing judgments entered in the *Looper* and *Lambert* cases and remanding them to this Court for further proceedings. *See* Doc. 20733 (mandate from the Seventh Circuit dated January 7, 2022 ordering remand and enclosing final opinion and order). The Cook Defendants have reviewed the Seventh Circuit's decision and considered its potential impact on other pending or previously-granted motions based on the statute of limitations, and provide the following report:

1. Cook has reviewed all cases in which the Court granted judgment on the pleadings or summary judgment based on the statute of limitations, and only the *Looper* and *Lambert* cases were commenced within the statute of limitations of the Plaintiff's designated home state but outside Indiana's 2-year statute of limitations. All other orders entered by the Court occurred in cases in which the case was filed outside of both the statute of limitations applicable in Plaintiff's designated home state and Indiana's statute of limitations.

2. The *Looper/Lambert* decision therefore has no material impact on the other cases as to which the Court granted summary judgment based on Cook's Omnibus Motion for Summary

1

US.136353298.07

Judgment in Open Removal Cases (Dkt. 11921; *see also* Order, Dkt. 14428) or the Court's rulings in CMO-28 motions.

3. The Court currently has under advisement motions for summary judgment in seven cases that were part of Cook's Omnibus Motion for Summary Judgment in Open Removal Cases.[1] *See* Orders, Dkts. 14000 & 14428. Cook has filed a withdrawal of the Omnibus Motion as to those seven cases to evaluate impact based on the decision in *Looper/Lambert*. *See* Dkt. 20902.

4. All of the other currently pending CMO-28 motions based on the statute of limitations argue for dismissal under both the home state and Indiana statute of limitations, and are therefore not affected by the *Looper/Lambert* decisions.

5. Cook will, of course, take the *Looper/Lambert* decision into account in any future CMO-28 motion filings.

Respectfully Submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

---

[1] The Court initially took 13 cases under advisement, but five have been dismissed with prejudice and a sixth case has a stipulation for dismissal pending. *See* Notice of Withdrawal, Dkt. 20902.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2022, a copy of the foregoing **COOK DEFENDANTS' STATUS REPORT ON EFFECT OF *LOOPER/LAMBERT* DECISION TO OTHER CASES** was filed electronically.  Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

        /s/ Andrea Roberts Pierson