**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Jesse A. Ricks 1:17-cv-03568-RLY-TAB | |

> Denied. Counsel are seeking a substitution of counsel which does not follow Local Rule 83-7. Since Plaintiff's counsel are from different law firms, counsel need to file a motion to withdraw pursuant to Local Rule 83-7(b).
>
> Tim A. Baker, U.S. Magistrate Judge
> 1/26/2022

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

Plaintiff Jesse A. Ricks ("Plaintiff"), by and through the undersigned, moves the Court to allow Paul L. Stoller ("Stoller") and Jennifer Rethemeier ("Rethemeier") of Dalimonte Rueb Stoller, LLP ("DRS") to substitute as counsel for Plaintiff in place of Grant L. Davis ("Davis") and Shawn G. Foster ("Foster") of Davis, Bethune & Jones, LLC ("DBJ"). As grounds therefore, Plaintiff states as follows:

1. On November 19, 2016, Plaintiff retained DRS in connection with his Cook IVC Filter claims.

2. On October 5, 2017, Foster filed a Short Form Complaint ("SFC") into the above captioned MDL on behalf of Plaintiff (Dkt 1).

3. On June 3, 2019, Davis filed a Notice of Appearance in the above-captioned action (Dkt 10916 /Dkt 11).

4. DRS recently became aware of the possibility of a dual representation regarding Plaintiff.

5. Plaintiff wishes to proceed with DRS as his counsel.

6. Both Stoller and Rethemeier are admitted *pro hac vice* in the above captioned MDL action.