# UNITED STATES DISTRICT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. | MDL NO. 1:14-ml-02570-RLY-TAB |
| PRODUCTS LIABILITY LITIGATION | The attached death certificate is for Betty Sue O'Brien, not Betty McCoy.  Plaintiffs shall supplement and clarify this motion within 14 days. |
| | Tim A. Baker |
| | U.S. Magistrate Judge |
| | Dated: 1/26/2022 |

**This Document Relates to:**
*McCOY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-cv-4075; 1:19-cv-06101*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Betty McCoy, and Callie Yeary respectfully move this court to substitute Callie Yeary, the plaintiff's daughter, as the Personal Representative for the Estate of Betty McCoy, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Betty McCoy's case was filed on or about September 30, 2019, (*MCCOY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:19-cv-4075*).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a. On or about September 30, 2019, Defendant Cook, Inc., et al. was served by Court's electronic filing system with the Complaint and by electronic mail the Request for waiver of service.