# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 1:14-ml-02570-RAY-TAB |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | |

**This Document Relates to:**
*JUNIOUS v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:21-CV-06413-RLY-TAB*

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO AMEND COMPLAINT

The Court considers Plaintiff's Motion to Substitute Party and Leave to Amend Complaint [Dkt. 20872]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Shirley Jones, on behalf of the Estate of Willie Junious, is substituted for Plaintiff Willie Junious in the above-referenced action. The Amended Complaint filed by Plaintiff Shirley Jones, on behalf of the Estate of Willie Junious, is hereby deemed filed as of the date of this order.

Date: 1/26/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.