UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Nadine Wickard
Civil Case No. 1:20-cv-01174-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nadine Wickard, and Nadine Wickard alone, voluntarily dismisses any and all claims against all Defendant's in the above captioned action with prejudice.

Dated: January 26, 2022

Respectfully submitted,

**Kirkendall Dwyer LLP**

 */s/ Andrew F. Kirkendall*
Andrew Kirkendall
*akirkendall@kirkendalldwyer.com*
Alexander G. Dwyer
*adwyer@kirkendalldwyer.com*
4343 Sigma Boulevard, Suite 200
Dallas, TX  75244
Telephone:  (214) 271-4027
Facsimile:  (214) 253-0629

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document as served upon the attorney of record for each other party through the Court's electronic filing service on January 26, 2022 which will send notification of such filing to the e-mail addresses registered.

    /s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall