IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

PAMELA CONRY
Case no. 1:17-cv-02449

CHRISTY SCHOBY, PERSONAL REPRESENTATIVE
OF THE ESTATE OF LOUISE SCHOBY, DECEASED
Case no. 1:17-cv-01020

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated:  January 27, 2022


/s/ William B. Curtis
William B. Curtis, Esq.
Curtis Law Group
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone:  (214) 890-1000
Facsimile:  (214) 890-1010
Email: bill@curtislawgroup.com

*Attorney for Plaintiffs*

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

*Attorney for Defendants*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox