IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2750-RLY-TAB |
| This document relates to Plaintiffs Ruffing, Carol and Donald K. Ruffing, Sr. | MDL 2570 |
| Case No.: 1:18-cv-03547 | |

**REQUEST BY ATTORNEY TO WITHDRAW
FROM ELECTRONIC NOTIFICATIONS**

Request is hereby made by Robert K. Finnell, Esq., for Plaintiffs in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that the within civil complaint has been dismissed/settled as to my client.

Respectfully submitted, this 27th day of January, 2022.

*/s/ Robert K. Finnell*
Robert K. Finnell, Esq.
The Finnell Firm
P. O. Box 63
Rome, GA 30162-0063
Telephone: 706.235.7272
Fax: 706.235.9461
bob@finnellfirm.com

*Attorney for Plaintiff*