**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK IVC FILTER ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL NO. 1:14-ml-02570-RLY-TAB |

**This Document Relates to:**
*KITCHEN v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:16-CV-02398-RLY-TAB*

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND LEAVE TO AMEND COMPLAINT

The Court considers Plaintiff's Motion to Substitute Party and Leave to Amend Complaint [Dkt. 20877]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Dionne Kitchen, on behalf of the Estate of Ephraim Kitchen, is substituted for Plaintiff Ephraim Kitchen in the above-referenced action. The Amended Complaint filed by Plaintiff Dionne Kitchen, on behalf of the Estate of Ephraim Kitchen, is hereby deemed filed as of the date of this order.

Date: 1/26/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.