IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
DIONE KITCHEN AS THE PERSONAL REPRESTATIVE OF THE ESTATE OF EPHRAIM KITCHEN

Civil Case #1:16-cv-2398- RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Ephraim Kitchen

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   n/a

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Dionne Kitchen (representative)

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Jersey

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

   Connecticut

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of New Jersey, Newark

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraph 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☒ Cook Celect® Vena Cava Filter
    - ☐ Gunther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of Implantation as to each product:

    December 24, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Morristown Memorial Hospital

    100 Madison Ave. Morristown, NJ 07960

13. Implanting Physician(s):

    Dr. Kevin V. James, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☒ Count I:   Strict Products Liability – Failure to Warn
    - ☒ Count II:  Strict Products Liability – Design Defect
    - ☒ Count III: Negligence
    - ☒ Count IV:  Negligence *Per Se*

3

| | | |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable <u>New Jersey</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| X | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| X | Other: _____ (please state the facts supporting this Count in the space, immediately below) | |
| ☐ | Other: _____ (please state the facts supporting this Count in the space, immediately below) | |

<u>Defendants expressly and impliedly warranted their filters were safe, effective, and permanent. Plaintiff and his physician relied on these representations when implanting his filter.</u>

_____

_____

15. Attorney for Plaintiff(s):

<u>Monte Bond & Jessica Glitz</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>5151 Belt Line Rd., Suite 1000, Dallas, TX 75254</u>

<u>Monte Bond- TX Bar No.:  02585625</u>

<u>Jessica Glitz-TX Bar No.: 24076095</u>

    Respectfully submitted,

    <u>*/s/ Monte Bond*</u>

    Monte Bond No. 02585625
    Jessica Glitz No. 24076095
    **Tautfest Bond, PLLC**
    5151 Belt Line Rd., Suite 1000,
    Dallas, TX 75254
    214-617-9980 (Phone)
    214-853-4281 (Fax)
    mbond@tautfestbond.com
    jglitz@tbtorts.com


    ***Attorneys for Plaintiffs***