IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |

This Document Relates to Plaintiff
Clara Romero

Civil Case Number:
1:18-cv-01571-RLY-TAB

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83-7(c), the undersigned, Jessica S. Williams, hereby notifies the Court and all counsel that she is appearing as counsel of record for Plaintiff Clara Romero in the master file and in 1:18-cv-01571-RLY-TAB.

Notice is further given that the appearance of Kristen Barton is hereby withdrawn. Ms. Barton is no longer employed at Gomez Trial Attorneys.

Local Rule 83-7(c) allows for attorneys within the same firm to substitute and or withdrawal their appearance. "When one attorney seeks to replace another attorneys from the same firm, agency, organization, or office as counsel of record on behalf of a party, a Notice of Substitution of Counsel may be filed in lieu of an appearance and motion to withdraw under sections (a) and (b) above."

Respectfully submitted,

Dated: January 27, 2022        **GOMEZ TRIAL ATTORNEYS**

1

            */s/ Jessica S. Williams*
            John H. Gomez, CA Atty. No. 171485
            Jessica S. Williams, CA Atty. No. 314762
            655 West Broadway, Suite 1700
            San Diego, California 92101
            Telephone: (619) 237-3490
            jwilliams@thegomezfirm.com
            ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to all non-CM/ECF participants:

                                                  */s/  Jessica S. Williams*