UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Robert Ottogalli, Jr., 1:21-cv-06495
The Estate of Raymond E. Daddazio, Sr., 1:21-cv-06592
Crystal N. Mobley, 1:21-cv-06681

### ORDER APPROVING NOTICES OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The following Notices of Voluntary Dismissal Without Prejudice are hereby

**APPROVED**:

- Robert Ottogalli, Jr., 1:21-cv-06495 (Filing No. 20507)
- The Estate of Raymond E. Daddazio, Sr., 1:21-cv-06592 (Filing No. 20640)
- Crystal N. Mobley, 1:21-cv-06681  (Filing No. 20658)

**SO ORDERED** this  27th day of January 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.