UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Roberta Womack, 1:16-cv-01130
Sheila Stafford, 1:17-cv-00458
Darin Richardson, 1:18-cv-00032
Charlotte Frost, 1:18-cv-01540
Patrick Gaganidze, 1:18-cv-03532
Linda Digregorio, 1:18-cv-03775
Kellie Davis, 1:18-cv-03815
Joseph M. Demonte, 1:19-cv-00233
Reginald Cuie, 1:19-cv-02246
Gornita Lester, 1:19-cv-02316
Sarah Currie, 1:19-cv-03000
Chekee Pee, 1:19-cv-03207
Michele Cable, 1:19-cv-03950
Ecolia Gainey, 1:19-cv-04957
Gloria Parker, 1:20-cv-00040
Rex Norton, 1:20-cv-00234
Gerald Rickey Warner Sr., 1:20-cv-01097
Eugene Madden, 1:20-cv-02451
Avery Planty, 1:20-cv-06163
Jennifer Gunther, 1:21-cv-00052
James Beasley, 1:21-cv-00903
Orlando Wonson, 1:21-06496

_____

**ORDER APPROVING NOTICES OF VOLUNTARY DISMISSAL**

The following Notices of Voluntary Dismissal are hereby **APPROVED**:

1

- Roberta Womack, 1:16-cv-01130 (Filing No. 20694)
- Sheila Stafford, 1:17-cv-00458 (Filing No. 20630)
- Darin Richardson, 1:18-cv-00032 (Filing No. 20695)
- Charlotte Frost, 1:18-cv-01540 (Filing No. 20648)
- Patrick Gaganidze, 1:18-cv-03532 (Filing No. 20405)
- Linda Digregorio, 1:18-cv-03775 (Filing No. 20647)
- Kellie Davis, 1:18-cv-03815 (Filing No. 20654)
- Joseph M. Demonte, 1:19-cv-00233 (Filing No. 20696)
- Reginald Cuie, 1:19-cv-02246 (Filing No. 20683)
- Gornita Lester, 1:19-cv-02316 (Filing No. 20428)
- Sarah Currie, 1:19-cv-03000 (Filing No. 20425)
- Chekee Pee, 1:19-cv-03207 (Filing No. 20657)
- Michele Cable, 1:19-cv-03950 (Filing No. 20460)
- Ecolia Gainey, 1:19-cv-04957 (Filing No. 20406)
- Gloria Parker, 1:20-cv-00040 (Filing No. 20655)
- Rex Norton, 1:20-cv-00234 (Filing No. 20426)
- Gerald Rickey Warner Sr., 1:20-cv-01097 (Filing No. 20659)
- Eugene Madden, 1:20-cv-02451 (Filing No. 20650)
- Avery Planty, 1:20-cv-06163 (Filing No. 20419)
- Jennifer Gunther, 1:21-cv-00052 (Filing No. 20638)
- James Beasley, 1:21-cv-00903 (Filing No. 20427)
- Orlando Wonson, 1:21-06496 (Filing No. 20432)

These cases are hereby **DISMISSED WITH PREJUDICE**. Each side will bear its own costs and attorney's fees.

**SO ORDERED** this 27th day of January 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.