UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Stephen Hayslip, 1:20-cv-06237

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Stephen Hayslip moves for reconsideration of the court's Order, dated June 25, 2021, dismissing his case for failing to provide the Cook Defendants[1] with his Plaintiff Profile Sheets ("PPS") as required by the Fourth Amended Case Management Order No. 4. (Filing No. 19198). Counsel for Plaintiff indicated he had lost contact with Plaintiff and was therefore unable to file Plaintiff's PPS. On July 23, 2021, counsel regained contact with Plaintiff and moved for reconsideration of the court's Order and for an additional 30 days to file his PPS. The Cook Defendants object principally because, they argue, Plaintiff has failed to show excusable neglect under Rule 60(b)(1).

The court has discretion to vacate a judgment for excusable neglect. *Snyder v. Barry Realty, Inc.*, 60 Fed. App'x 613, 614 (7th Cir. 2003). Factors the court may

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1

consider in making this determination include the danger of prejudice to the opposing party; the length of neglect and its impact on judicial proceedings; and the reason for the neglect, "including whether it was in the reasonable control of the movant, and whether the movant acted in good faith." *Id.* (quoting *Pioneer Inv. Serv. Co. v. Brunswick Assoc. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

Plaintiff filed his motion to reconsider less than 30 days after the court's judgment. Although he did not file his PPS until August 5, 2021, (*see* Filing No. 19577-1), the delay in filing the PPS has not impacted the judicial proceedings. Accordingly, the court will **GRANT** Plaintiff's motion for reconsideration (Filing No. 19418). The court therefore **VACATES** its June 25, 2021 Order with respect to Plaintiff and **REINSTATES** his case (1:20-cv-06237) in this MDL.

**SO ORDERED** this 28th day of January 2022.

```
_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana
```

Distributed Electronically to Registered Counsel of Record.