UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | 1:14-ml-02570-RLY-TAB |
| PRACTICES AND PRODUCT | ) | MDL No. 2570 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | |

This Document Relates to:

Jasmine Bowen, 1:17-cv-2704

_____

### ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

Plaintiff Jasmine Bowen moves to dismiss her only remaining claim—breach of implied warranty—with prejudice. The Cook Defendants[1] do not object. Therefore, Plaintiff's Motion to Dismiss (Filing No. 20461) is **GRANTED**. As Plaintiff's case was selected as a bellwether, the Cook Defendants are permitted to select the next bellwether case. (*See* Filing No. 15887, Fourth Amended Case Management Order #27 at ¶ 13 ("If a bellwether case is voluntarily dismissed, Cook will be permitted to select a replacement bellwether case from the Initial Bellwether Discovery Cases without regard to strikes.")).

**SO ORDERED** this 28th day of January 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1