UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC    )<br>FILTERS MARKETING, SALES         )<br>PRACTICES AND PRODUCT            )<br>LIABILITY LITIGATION              )<br>_____ ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lester Oliver, 1:20-cv-02955
_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Lester Oliver moves for reconsideration of the court's Order, dated June 25, 2021, dismissing his case for failing to provide the Cook Defendants[1] with his Plaintiff Profile Sheets ("PPS") as required by the Fourth Amended Case Management Order No. 4. (Filing No. 19204). Counsel for Plaintiff indicated he had lost contact with Plaintiff and later learned he had just been released from a lengthy hospital stay. Counsel regained contact with Plaintiff, served the Cook Defendants with Plaintiff's PPS, and moved for reconsideration of the court's Order on November 16, 2020. Cook objects because, it argues, Plaintiff has failed to show excusable neglect under Rule 60(b)(1).

The court has discretion to vacate a judgment for excusable neglect. *Snyder v. Barry Realty, Inc.*, 60 Fed. App'x 613, 614 (7th Cir. 2003). Factors the court may

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1

consider in making this determination include the danger of prejudice to the opposing party; the length of neglect and its impact on judicial proceedings; and the reason for the neglect, "including whether it was in the reasonable control of the movant, and whether the movant acted in good faith." *Id.* (quoting *Pioneer Inv. Serv. Co. v. Brunswick Assoc. Ltd. P'ship*, 507 U.S. 380, 395 (1993)).

Plaintiff filed his motion to reconsider less than 30 days after the court's judgment. Although he did not file his PPS until August 9, 2021, (*see* Filing No. 19623-1), the delay in filing the PPS has not impacted the judicial proceedings. Accordingly, the court will **GRANT** Plaintiff's motion for reconsideration (Filing No. 19427). The court therefore **VACATES** its June 25, 2021 Order with respect to Plaintiff and **REINSTATES** his case (1:20-cv-02955) in this MDL.

**SO ORDERED** this 28th day of January 2022.

RICHARD L. YOUNG, JUDGE  
United States District Court  
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.