UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) No. 1:14-ml-2570-RLY-TAB<br>) |
| THIS DOCUMENT RELATED TO ALL ACTIONS | )<br>)<br>) |

## SCHEDULING ENTRY

The court **VACATES** the motions hearing currently set for February 2, 2022, and resets the motions hearing for **MARCH 9, 2022, at 1:00 PM (EST)**. Motions to be discussed were identified in Exhibit A to the Notice of February 2, 2022 Motions Hearing at docket [20801]. Leadership Counsel are ordered to appear, before the Honorable Richard L. Young, Judge, in room 349 of the Birch Bayh Federal Building located at 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 31st day of January 2022.

Distributed Electronically to Registered Counsel of Record