UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Deborah Wittig, 1:18-cv-1081

### ORDER APPROVING STIPULATION OF DISMISSAL

The parties' Stipulation of Dismissal[1] is hereby **APPROVED**. Plaintiff's claims against the Cook Defendants[2] are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

**SO ORDERED** this 1st day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] This stipulation was filed only in Plaintiff's individual case docket.
[2] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1