# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2750-RLY-TAB |
| This document relates to Plaintiffs Ruffing, Carol and Donald K. Ruffing, Sr. | MDL 2570 |
| Case No.: 1:18-cv-03547 | |

## (PROPOSED) ORDER OF REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS

Attorney Robert K. Finnell, Esq., has requested to withdraw from electronic notifications in the above named case that has been dismissed/settled as to the Plaintiffs.

Accordingly, it is hereby ORDERED that Attorney Robert K. Finnell has been withdrawn as Attorney of Record from electronic notifications in this case.

ORDERED this _____ day of _____, 2022.

_____
Honorable Magistrate Judge Tim A. Baker
United States District Court