# EXHIBIT A

| Plaintiff | Cause Number | Filing Date | No PPS Letter Sent Date | PPS Received Date | Deficiency Letter Sent Date | Date Supplemental PPS Received | Date 2nd Supplemental PPS Received |
|---|---|---|---|---|---|---|---|
| Adams, Denise | 1:21-cv-01544 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Adams, Greg Anthony | 1:21-cv-01800 | 6/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Adell, Jasper and Gorday, Judith | 1:21-cv-01466 | 6/2/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | 11/29/2021 |
| Aguilar, Bernice | 1:21-cv-02150 | 7/30/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Amos, Everett | 1:21-cv-01354 | 5/26/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Ball, Robert Bain | 1:21-cv-01375 | 5/27/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Bishop, Charles Allen | 1:21-cv-01527 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Bowens, Richard | 1:21-cv-01510 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Brammer, Frederick | 1:21-cv-00524 | 3/5/2021 | 7/8/2021 | 8/13/2021 | 9/24/2021 | 10/14/2021 | |
| Bratcher, Kim | 1:21-cv-01651 | 6/10/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Brown, Gregory and Amira | 1:21-cv-02070 | 7/21/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | 1/17/2022 |
| Carrera, Maria | 1:21-cv-01149 | 5/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Cato, Joseph | 1:21-cv-00401 | 2/21/2021 | 4/8/2021 | 4/13/2021 | 9/30/2021 | 10/20/2021 | |
| Chavez, Marilyn | 1:21-cv-01369 | 5/27/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Childs, Frances | 1:21-cv-01580 | 6/8/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Clifford, James | 1:21-cv-01355 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 11/17/2021 | |
| Copeland, Johnny | 1:20-cv-03092 | 11/30/2020 | 4/8/2021 | 4/13/2021 | 9/29/2021 | 10/19/2021 | |
| Curti, Christine and Kevin | 1:21-cv-01620 | 6/9/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Daniels, Dina | 1:21-cv-01344 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Dill, Kimberly | 1:21-cv-01619 | 6/9/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/8/2021 | |
| Dixon, Veronica | 1:21-cv-01352 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Dunham, Charles | 1:21-cv-01429 | 5/28/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Feimster, Zabian | 1:21-cv-01679 | 6/11/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Fullard, Maurice | 1:21-cv-00445 | 2/25/2021 | 4/8/2021 | 4/13/2021 | 10/4/2021 | 10/25/2021 | |
| Gac, Sharon | 1:21-cv-01103 | 4/30/2021 | 7/8/2021 | 8/13/2021 | 10/4/2021 | 10/25/2021 | |
| Galloway, Keely | 1:21-cv-01174 | 5/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Garcia-Ruiz, Juan and Elizabeth Garcia | 1:21-cv-01254 | 5/19/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/16/2021 | |
| Hartman, Delphine | 1:21-cv-01226 | 5/17/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Hernandez, Austen | 1:21-cv-01811 | 6/17/2021 | 8/5/2021 | 8/11/2021 | 10/5/2021 | 10/25/2021 | |
| Higdon, Joshua and Dawn | 1:21-cv-01732 | 6/14/2021 | 8/5/2021 | 8/11/2021 | 10/5/2021 | 10/25/2021 | |
| Hogan, Leslie | 1:21-cv-01077 | 4/29/2021 | 7/8/2021 | 8/13/2021 | 10/5/2021 | 10/25/2021 | |
| Howell, Sherrie | 1:21-cv-01538 | 6/4/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Lamp, Lynn | 1:21-cv-01101 | 4/30/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Laws, Sam (ESTATE OF) | 1:21-cv-00516 | 3/4/2021 | 8/5/2021 | 8/11/2021 | 10/8/2021 | 10/28/2021 | |
| Lorenzo, Bernadine | 1:21-cv-01459 | 6/2/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Mcclary, Margaret and Steve | 1:21-cv-01542 | 6/7/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| McGrath, Tiffany | 1:21-cv-01512 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Medrick, Tonia | 1:21-cv-01606 | 6/9/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Milburn, Jean | 1:21-cv-00967 | 4/20/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Mitchell, Walter and Debra | 1:21-cv-00175 | 1/21/2021 | 4/8/2021 | 4/13/2021 | 10/7/2021 | 10/27/2021 | |
| Moss, Janice | 1:20-cv-02319 | 9/4/2020 | 10/7/2020 | 10/12/2020 | 11/17/2020 | 12/7/2020 | |
| Nemeth, Constance | 1:20-cv-02901 | 11/5/2020 | 12/11/2020 | 12/14/2020 | 10/8/2021 | 10/28/2021 | |
| Overall, Crystal | 1:21-cv-00953 | 4/19/2021 | 7/8/2021 | 8/13/2021 | 10/7/2021 | 10/27/2021 | |
| Perry, Janet | 1:20-cv-03087 | 11/30/2020 | 4/8/2021 | 4/13/2021 | 10/8/2021 | 10/28/2021 | |
| Ray-Whitaker, Kiara | 1:21-cv-00539 | 3/8/2021 | 7/8/2021 | 8/13/2021 | 10/5/2021 | 10/25/2021 | |
| Rodenborn, Michael | 1:21-cv-00518 | 3/5/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Rossiter, Joseph | 1:21-cv-01532 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Sanders, Fedel | 1:21-cv-00577 | 3/10/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Schmidt, George and Jody | 1:21-cv-01488 | 6/3/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Senn, Marla and Charles | 1:21-cv-01545 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Shiffer, David and Eileen | 1:21-cv-01559 | 6/8/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Stark, Letitia | 1:21-cv-01900 | 6/28/2021 | 8/5/2021 | 8/11/2021 | 10/18/2021 | 11/8/2021 | |
| Tabler, David | 1:21-cv-01650 | 6/10/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Taldon, Nadean M. | 1:21-cv-01691 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | 1/21/2022 |
| Templeton, Todd | 1:21-cv-01654 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Tijerina, Charlie | 1:21-cv-01708 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Varela-Martinez, Denise | 1:21-cv-01709 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Wade, Rachel | 1:21-cv-01543 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Walker, Damien | 1:21-cv-01228 | 5/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Watson, Ruth Ann | 1:21-cv-01792 | 6/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Watts, Virginia | 1:21-cv-00418 | 2/23/2021 | 4/8/2021 | 4/13/2021 | 9/30/2021 | 10/20/2021 | |

| Williamson, Yvonne | 1:21-cv-00298 | 2/4/2021 | 4/8/2021 | 4/12/2021 | 9/27/2021 | 10/15/2021 | |
| Yinusa, Lynette D. | 1:21-cv-01690 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |