UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Christie A. Ramirez, 1:21-cv-06591

_____

**ORDER GRANTING MOTION TO DISMISS DUPLICATE COMPLAINT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Christie A. Ramirez moves to dismiss her complaint in this action, 1:21-cv-06591, without prejudice because it is duplicative of her complaint in 1:18-cv-03774. Plaintiff's motion to dismiss without prejudice (Filing No. 20644) is **GRANTED**. Plaintiff's other filed action, 1:18-cv-03774, shall continue.

**SO ORDERED** this 2nd day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.