UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Delbert P. Morton, Jr., 1:21-cv-00637
_____

**ORDER GRANTING MOTION TO DISMISS DUPLICATE COMPLAINT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Delbert P. Morton, Jr. moves to dismiss his complaint in this action, 1:21-cv-00637, without prejudice because it is duplicative of his complaint in 1:19-cv-04934.  Plaintiff's motion to dismiss without prejudice (Filing No. 20637) is **GRANTED**.  Plaintiff's other filed action, 1:19-cv-04934, shall continue.

**SO ORDERED** this 2nd day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.