UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Vickie L. Bonner, 1:21-cv-00834

_____

**ORDER GRANTING MOTION TO DISMISS DUPLICATE COMPLAINT**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Vickie L. Bonner moves to dismiss her complaint in this action, 1:21-cv-00834, without prejudice because it is duplicative of her complaint in 1:19-cv-04181. Plaintiff's motion to dismiss without prejudice (Filing No. 20635) is **GRANTED**. Plaintiff's other filed action, 1:19-cv-04181, shall continue.

**SO ORDERED** this 2nd day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.