UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Tameka Harrison, 1:21-cv-00842

_____

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Tameka Harrison's Stipulation of Dismissal with Prejudice (Filing No. 20680) is **APPROVED**. This stipulation shall not affect her other currently pending action in this MDL, 1:21-cv-06516.

**SO ORDERED** this 2nd day of February 2022.

> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.