UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Cases:

- Johanna Figueroa, 1:17-cv-0413
- Edward Poggensee, 1:17-cv-02675
- Faye Young, 1:17-cv-02855
- Jason Snider, 1:17-cv-03614
- Diane Smith, 1:17-cv-3819
- Clayton Kinsley, 1:17-cv-04414
- Deborah Wittig, 1:18-cv-1081
- Monica Wilson, 1:18-cv-02069
- John McCormack, 1:18-cv-02110
- Leslie Diaz, 1:19-cv-00122
- Nicky Mobley, 1:19-cv-00231
- Donald Davis, 1:19-cv-00592
- Bailey Howarth, 1:19-cv-01018

**ORDER GRANTING IN PART THE COOK DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT (Filing No. 11921)**

Of the 26 Plaintiffs originally subject to the Cook Defendants'[1] Motion for Summary Judgment, 13 remain under advisement. (*See* Filing Nos. 14000 & 14428).

Seven cases have been dismissed for separate reasons; therefore, the Motion is **DENIED as MOOT** in those cases:

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

- Johanna Figueroa, 1:17-cv-0413
- Edward Poggensee, 1:17-cv-02675
- Jason Snider, 1:17-cv-03614
- Clayton Kinsley, 1:17-cv-04414
- Deborah Wittig, 1:18-cv-01081
- Leslie Diaz, 1:19-cv-00122
- Donald Davis, 1:19-cv-00592

The Cook Defendants **WITHDRAW** their Motion in the following cases:

- Faye Young, 1:17-cv-02855
- Diane Smith, 1:17-cv-03819
- Monica Wilson, 1:18-cv-02069
- John McCormack, 1:18-cv-02110
- Nicky Mobley, 1:19-cv-00231
- Bailey Howarth, 1:19-cv-01018

There are no other pending cases subject to the Cook Defendants' Motion for Summary Judgment (Filing No. 11921).  This matter is now closed.

**SO ORDERED** this 2nd day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.