# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

All Plaintiffs identified in Exhibit A [Dkt. No. 20996-1]
to the Cook Defendants' Motion to Dismiss for Failure to Cure
PPS Deficiencies [Dkt. No. 20996]

### ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL EXHIBITS B THROUGH F TO THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO CURE PPS DEFICIENCIES

This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal **Exhibits B through F [Dkt. Nos. 20997 and 20997-1 through 20997-4]** to the Cook Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies [Dkt. No. 20996].

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits B through F [Dkt. Nos. 20997 and 20997-1 through 20997-4]** to the Cook Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies [Dkt. No. 20996] **are to be maintained** *under seal.*

SO ORDERED this _____ day of _____, 2022.

 

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.

US.136651839.03