UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Sonja Caldwell, 1:19-cv-02235

_____

**ORDER APPROVING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Sonja Caldwell's Stipulation of Dismissal without Prejudice (Filing No. 20761) is **APPROVED**. Each party shall bear its own fees and costs.

**SO ORDERED** this 4th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.