UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Delmar Keeton, 1:21-cv-00313
_____

### ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF DELMAR KEETON'S CASE PURSUANT TO CMO-28

After the Cook Defendants filed this motion, Plaintiff filed a Notice of Voluntary Dismissal, which was approved by the court on May 12, 2021.  Therefore, the Cook Defendants' Motion for Judgment in Plaintiff Delmar Keeton's Case Pursuant to CMO-28 (Filing No. 17957) is **DENIED AS MOOT**.

**SO ORDERED** this 4th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.