UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Vickie A. Hone, 1:22-cv-06702

_____

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Vickie A. Hone's Notice of Voluntary Dismissal without Prejudice (Filing No. 20910) is **APPROVED**.

**SO ORDERED** this 4th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1