UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Yolanda Smith, 1:18-cv-00197
Deborah Jones, 1:18-cv-02150
_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS CATEGORY 1 CASES PURSUANT TO THE COURT'S CASE CATEGORIZATION ORDER

The Plaintiffs subject to this order, Yolanda Smith and Deborah Jones, have submitted Notices of Dismissal which have been approved by the court. Therefore, the Cook Defendants' Motion to Dismiss Category 1 Cases Pursuant to the Court's Categorization Order (Filing No. 14670) is **DENIED AS MOOT**.

**SO ORDERED** this 4th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.