UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Michael Mayock, 1:17-cv-04544
_____

### ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF MICHAEL MAYOCK'S CASE PURSUANT TO CMO-28

After the Cook Defendants filed this motion, Plaintiff filed a Third Amended Complaint, and the Cook Defendants filed another CMO-28 motion. Therefore, the Cook Defendants' Motion for Judgment in Plaintiff Michael Mayock's Case Pursuant to CMO-28 (Filing No. 16217) is **DENIED AS MOOT**.

**SO ORDERED** this 4th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.