UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shirley and Richard De Leonard, 1:17-cv-02679
Desean L. Stewart, 1:18-cv-01479
Linda and Charles Hicks, 1:19-cv-02356
Edwin Marshall Jr., 1:19-cv-02528

_____

### ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN 4 CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM
**(Filing No. 14847)**

The Cook Defendants[1] filed a Motion for Judgment on the Pleadings against Plaintiffs Richard De Leonard, Desean L. Stewart, Linda and Charles Hicks, and Edwin Marshall Jr. (Filing No. 14847) is **DENIED as MOOT in part** and **GRANTED in part**.

The court's Minute Entry from December 22, 2020, indicated Plaintiffs had agreed to file Notices of Dismissal. (*See* Filing No. 15326). The court approved the Notices of Dismissal against Plaintiffs Shirley and Richard De Leonard, Desean L. Stewart, and Linda and Charles Hicks. The docket does not reflect that Plaintiff Edwin Marshall Jr.

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1

filed a Notice of Dismissal; however, he did not respond to the Cook Defendant's Motion. Therefore, the Cook Defendant's Motion is **DENIED as MOOT** against Plaintiffs Shirley and Richard De Leonard, 1:17-cv-0267; Desean L. Stewart, 1:18-cv-01479; and Linda and Charles Hicks, 1:19-cv-02356 and **GRANTED** against Plaintiff Edwin Marshall Jr., 1:19-cv-02528.

**SO ORDERED** this 4th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.