UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Tonya Brand, 1:14-cv-06018
Nancy Wilson, 1:16-cv-00675
Christy Schoby, Personal Representative of the Estate of Louise Schoby, Deceased, 1:17-cv-01020
Pamela Conry, 1:17-cv-02449
Justine Williams, 1:21-cv-02084

_____

**ORDER APPROVING STIPULATIONS OF DISMISSAL WITH PREJUDICE**

The following Stipulations of Dismissal are hereby **APPROVED**:

- Tonya Brand, 1:14-cv-06018 (Filing No. 20916)
- Nancy Wilson, 1:16-cv-00675 (Filing No. 20956)
- Christy Schoby, Personal Representative of the Estate of Louise Schoby, Deceased, 1:17-cv-01020 (Filing No. 20926)
- Pamela Conry, 1:17-cv-02449 (Filing No. 20926)
- Justine Williams, 1:21-cv-02084 (20863)

Each party shall bear its own fees and costs.

**SO ORDERED** this 4th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.