UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | )  )  1:14-ml-02570-RLY-TAB )  MDL No. 2570 )  )  ) |

This Document Relates to:
Ray Bondeson, 1:16-cv-02832
Marie Paoletti, 1:19-cv-03513
Robin Swaite, 1:20-cv-02163
William Frantz, 1:21-cv-00600
Patricia Ferguson, 1:21-cv-00947
Harlan Cornett, 1:21-cv-01000
Elizabeth R. Schuller, 1:21-cv-01882
Jerry S. Potter, Sr., 1:21-cv-02226
Jesse Ricks, 1:21-cv-02232
_____

**ORDER APPROVING STIPULATIONS OF DISMISSAL WITH PREJUDICE**

The following Stipulations of Dismissal in these duplicative actions are hereby

**APPROVED**:

- Ray Bondeson, 1:16-cv-02832 (Filing No. 20763)
- Marie Paoletti, 1:19-cv-03513 (Filing No. 20760)
- Robin Swaite, 1:20-cv-02163 (Filing No. 20782)
- William Frantz, 1:21-cv-00600  (Filing No. 20754)
- Patricia Ferguson, 1:21-cv-00947 (Filing No. 20769)
- Harlan Cornett, 1:21-cv-01000 (Filing No. 20753)
- Elizabeth R. Schuller, 1:21-cv-01882 (Filing No. 20755)
- Jerry S. Potter, Sr., 1:21-cv-02226 (Filing No. 20904)
- Jesse Ricks, 1:21-cv-02232 (Filing No. 20865)

Each party shall bear its own costs and fees.

**SO ORDERED** this 4th day of February 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.