UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  )  1:14-ml-02570-RLY-TAB
                                                                                                    )  MDL No. 2570

This Document Relates to:

Penny Dooley and Herman Dooley, 1:17-cv-04217
Robin Raines, 1:18-cv-01957
Nadine Wickard, 1:20-cv-01174
Howard Honeycutt, 1:21-cv-02428

## ORDER APPROVING NOTICES OF VOLUNTARY DISMISSAL

The following Notices of Voluntary Dismissal with Prejudice are **APPROVED**:

- Penny and Herman Dooley, 1:17-cv-04217  (Filing No. 20820)
- Robin Raines, 1:18-cv-01957 (Filing No. 20965)
- Nadine Wickard, 1:20-cv-01174 (Filing No. 20925)
- Howard Honeycutt (Filing No. 20712)

Each side will bear its own costs and attorney's fees.

**SO ORDERED** this 4th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1