UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>1:14-cv-06013 (Snow, Ronald)<br>1:16-cv-02642 (Clark, Thomas and Karen M.)<br>1:17-cv-00347 (Lachenmayr, Carolyn Greenwood and Walter F.)<br>1:17-cv-01685 (Silva, Graciano and Gloria)<br>1:17-cv-06074 (Foley, Maureen)<br>1:19-cv-01602 (Olsen, Betty J.)<br>1:20-cv-01183 (Drew, Lorin)<br>1:20-cv-01184 (Ratliff, Reginald)<br>1:20-cv-01187 (Johnson, Jahmel and Shauntae)<br>1:20-cv-02601 (Mortensen, Sandra)<br>1:20-cv-02603 (Harris, Darlene, as Executor of the Estate of Darlene Williams) | **Notice of Change of Attorney Information** |

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Joseph N. Williams | Joseph N. Williams |
| **Law Firm, Company, and/or Agency:** | Williams & Piatt, LLC | Williams & Piatt, LLC |
| **Address:** | 301 Massachusetts Avenue Suite 300<br>Indianapolis, IN 46204 | 1101 North Delaware Street<br>Indianapolis, IN 46202 |
| **Primary E-mail:** | joe@williamspiatt.com | joe@williamspiatt.com |

| **Secondary E-mail(s):** | jonwilli@gmail.com mary@williamspiatt.com nancy@williamspiatt.com | jonwilli@gmail.com mary@williamspiatt.com nancy@williamspiatt.com |
|---|---|---|
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date: February 7, 2022

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS & PIATT, LLC
1101 North Delaware Street
Indianapolis, IN 46202
(317) 633-5270
Fax: (317) 426-3348
joe@williamspiatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams