UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>     MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>1:16-cv-02642 (Clark, Thomas and Karen M.)<br>1:17-cv-00347 (Lachenmayr, Carolyn Greenwood and Walter F.)<br>1:17-cv-01685 (Silva, Graciano and Gloria)<br>1:19-cv-01602 (Olsen, Betty J.) | **Notice of Change of Attorney Information** |

TO:    THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | James A. Piatt | James A. Piatt |
| **Law Firm, Company, and/or Agency:** | Williams & Piatt, LLC | Williams & Piatt, LLC |
| **Address:** | 301 Massachusetts Avenue Suite 300 Indianapolis, IN 46204 | 1101 North Delaware Street Indianapolis, IN 46202 |
| **Primary E-mail:** | james@williamspiatt.com | james@williamspiatt.com |
| **Secondary E-mail(s):** | mary@williamspiatt.com nancy@williamspiatt.com | mary@williamspiatt.com nancy@williamspiatt.com |
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date:  February 7, 2022               /s/ *James A. Piatt*
                                 James A. Piatt (#28320-49)
                                 WILLIAMS & PIATT, LLC
                                 1101 North Delaware Street
                                 Indianapolis, IN 46202
                                 (317) 633-5270
                                 Fax:  (317) 426-3348
                                 james@williamspiatt.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                 /s/ *James A. Piatt*
                                 James A. Piatt