UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC | ) | |
| FILTERS MARKETING, SALES | ) | 1:14-ml-02570-RLY-TAB |
| PRACTICES AND PRODUCT | ) | MDL No. 2570 |
| LIABILITY LITIGATION | ) | |
| _____ | ) | |

This Document Relates to:

 Fredrick Bunnells, 1:16-cv-02596
 Rodney Love, 1:16-cv-02598

_____

**ORDER APPROVING NOTICES OF VOLUNTARY DISMISSAL**

The following Notices of Voluntary Dismissal with Prejudice are **APPROVED**:

- Frederick Bunnells, 1:16-cv-02596 (Filing No. 20437)
- Rodney Love, 1:16-cv-02598 (Filing No. 20438)

Each side will bear its own costs and attorney's fees.

**SO ORDERED** this 7th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1