IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs identified in Exhibit A [Dkt. No. 20996-1]
to the Cook Defendants' Motion to Dismiss for Failure
to Cure PPS Deficiencies [Dkt. No. 20996]

## ORDER

This matter is before the Court on the Cook Defendants' motion [Filing No. 21021] to maintain under seal Exhibits B through F [Filing No. 20997; Filing No. 20997-1; Filing No. 20997-2; Filing No. 20997-3; Filing No. 20997-4] to the Cook Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies [Filing No. 20996].  In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), the Cook Defendants' basis for moving to seal these documents is to protect the medical privacy of Plaintiffs Lynn Lamp and Jasper Adell.

Motions to seal are disfavored in many circumstances and, in practice, are often overbroad.  Nevertheless, the Court has granted a number of such motions in this case, which implicates many trade secrets, medical records, and other confidential information.  Given the privacy concerns raised by the Cook Defendants, this motion is granted.  The Court notes, however, that to the extent that information sealed by this order (or any other) is relevant to other motions that are pending or may come before the Court, the Court may, as appropriate, publicly reference this information in ruling on these motions.  Likewise, to the extent such information is

relevant to issues to be addressed at any trial in this matter, this information may need to be publicly referenced.  With these caveats in mind, the Cook Defendants' motion [Filing No. 21021] is granted.

Date: 2/7/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.