**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00091 | 1:22-cv-00111 |
| 1:22-cv-00094 | 1:22-cv-00114 |
| 1:21-cv-00097 | 1:22-cv-00119 |
| 1:22-cv-00098 | 1:22-cv-00120 |
| 1:22-cv-00102 | 1:22-cv-00121 |
| 1:22-cv-00103 | 1:22-cv-00136 |
| 1:22-cv-00104 | 1:22-cv-00137 |
| 1:22-cv-00105 | 1:22-cv-00142 |
| 1:22-cv-00108 | 1:22-cv-00147 |
| 1:22-cv-00109 | 1:22-cv-00152 |
| 1:22-cv-00110 | 1:22-cv-00174 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:    February 8, 2022    /s/ Kip S. M. McDonald
    Andrea Roberts Pierson (# 18435-49)
    Kip S. M. McDonald (# 29370-49)
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    E-Mail:  andrea.pierson@faegredrinker.com
    E-Mail:  kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald