UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gloria DePedro, 1:20-cv-00555 & 1:20-cv-06198
Marie Paoletti, 1:19-cv-02846 & 1:19-cv-03513
Robin Swaite, 1:18-cv-01905 & 1:20-cv-02163
Brenda Davis, 1:17-cv-04377 & 1:20-cv-02662

## ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS DUPLICATIVE FILINGS

The Cook Defendants[1] filed a Motion to Dismiss Duplicative Filings against Plaintiffs Gloria DePedro, Marie Paoletti, Robin Swaite, and Brenda Davis, seeking to dismiss the Plaintiffs' second-filed cases (1:20-cv-06198 (DePedro), 1:19-cv-03513 (Paoletti), 1:20-cv-02163 (Swaite), and 1:20-cv-02662 (David)). Those cases have since been dismissed by separate order. Therefore, the Cook Defendants' Motion (Filing No. 14776) is **DENIED as MOOT**.

**SO ORDERED** this 8th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

1

Distributed Electronically to Registered Counsel of Record