UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Glenda McMillar, 1:21-cv-00987
Noe Ramirez, 1:21-cv-01314
Jerry Potter, 1:21-cv-02226
Jesse Ricks, 1:21-cv-02232

_____

### ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS DUPLICATIVE FILINGS

The Cook Defendants[1] filed a Motion to Dismiss Duplicative Filings against Plaintiffs Glenda McMillar, Noe Ramirez, Jerry Potter, and Jesse Ricks. Plaintiffs McMillar and Ramirez did not respond to the motion, and Plaintiffs Potter and Ricks filed Stipulations of Dismissal that were approved by the court. Therefore, the Cook Defendants' Motion to Dismiss Duplicative Filings (Filing No. 20821) is **GRANTED in part** and **DENIED as MOOT in part**. It is **GRANTED** with respect to Plaintiffs

---

[1] The Cook Defendants are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS.

McMillar and Ramirez and **DENIED as MOOT** with respect to Plaintiffs Potter and Ricks.

**SO ORDERED** this 8th day of February 2022.

                                             RICHARD L. YOUNG, JUDGE
                                             United States District Court
                                             Southern District of Indiana

Distributed Electronically to Registered Counsel of Record