IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **Case No.** 1:14-ml-2570-RLY-TAB<br><br>**MDL No. 2570** |

This Document Relates to:

Betty McCoy: 1:19-cv-0475

## MOTION FOR EXTENSION OF TIME

The Plaintiff, Betty McCoy "Plaintiff," by and through her counsel, respectfully moves and requests this Court to extend the time to provide additional documentation regarding the discrepancy caused by attaching Plaintiff's death certificate, with the last name O'Brien and not McCoy. Plaintiff, through her counsel, apologizes for this discrepancy and requests additional time to obtain the necessary documentation to demonstrate that the filed death certificate is the Plaintiff's death certificate. Lead counsel was not aware of the discrepancy, until after the Plaintiff's passing. Good cause exists to extend the deadline an additional 30 days to respond to give the Plaintiff's personal representative additional time to obtain all necessary documentation to supplement and clarify the motion to substitute parties. The documentation needed to resolve the discrepancy created is not readily available to the Plaintiff's representative and therefore she

requesting time to search through many personal files the Plaintiff possessed before her passing and order from the county of Plaintiff's second marriage, some additional legal documentation.

Wherefore, Plaintiff, through her counsel, respectfully requests this Court extend the time to supplement, clarify, and support the motion to substitute filed on January 25, 2022 up to and including March 10, 2022.

Dated: February 8, 2022,                                        Respectfully submitted,

*/s/ Monte Bond*_____
Monte Bond TX No. 02585625
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Monte Bond*
Monte Bond TX No. 02585625
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000,
Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com
jglitz@tbtorts.com
*Attorneys for Plaintiff*