IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Betty McCoy

Civil Case # 1:19-cv-0475

### [PROPOSED] ORDER ON MOTION FOR ENLARGEMENT OF TIME

Upon consideration of the Plaintiffs' Motion for Enlargement of Time [Dkt No _____], the Court finds good cause to and therefore GRANTS the motion. It is ORDERED that the Plaintiff has up to and including March 10, 2022 to file further documentation to support and clarify Plaintiff's motion to substitute parties. [Dkt 20896].

SO ORDERED this __ day of February 2022.

_____
TIM A. BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

2