IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiffs:

1:16-cv-02395 (Kelso, Jeanna)
1:17-cv-03833 (Mohr, Leonard C.)
1:19-cv-01128 (Rabah, Dawn)
1:19-cv-01584 (House, Carl E.)
1:19-cv-01586 (Scott, Loretta)
1:19-cv-01746 (Hamm, David)
1:19-cv-01854 (Lang, Henrietta)
1:19-cv-01863 (Rice, Teresa)
1:19-cv-01896 (Dillard, Mary E.)
1:19-cv-01900 (Keller Jr., Douglas M.)
1:19-cv-01948 (Smith, Larry K.)
1:19-cv-02908 (Krappitz, Alan)
1:20-cv-00537 (Clifton, David)
1:21-cv-06553 (Dinwiddie, Jennifer)
1:21-cv-06675 (Kane, Sheila Jane)
1:21-cv-06695 (Miller, Kathy Ann)

## **Appearance**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above Plaintiffs Jeanna Kelso, Leonard C. Mohr, Dawn Rabah, Carl E. House, Loretta Scott, David Hamm, Henrietta Lang, Teresa Rice, Mary E. Dillard, Douglas M. Keller Jr., Larry K. Smith, Alan Krappitz, David Clifton, Jennifer Dinwiddie, Sheila Jane Kane, and Kathy Ann Miller.

Date: February 9, 2022

Respectfully submitted:

WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
1101 North Delaware Street
Indianapolis, Indiana 46202
(317) 633-5270
Fax: (317) 426-3348
joe@williamspiatt.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on February 9, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams