IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Shadow Lewis 1:21-cv-00719-RLY-TAB

## **PLAINTIFF'S MOTION TO AMEND CAPTION**

Plaintiff Shadow Lewis ("Plaintiff"), by and through her undersigned counsel, moves this Court to amend her name in the caption of the instant case from Shadow Lewis to Shadow M. Gray. As grounds therefore, Plaintiffs state as follows:

1. On March 24, 2021, Plaintiff's counsel filed a Short Form Complaint ("SFC") in the above-captioned MDL on behalf of Plaintiff (Dkt 1).

2. Plaintiff's SFC listed her name as Shadow Lewis.

3. After filing of her SFC, Plaintiff legally changed her name to Shadow M. Gray.

4. Plaintiff seeks to amend the caption to update her name to Shadow M. Gray.

5. No prejudice would result from this amendment.

WHEREFORE, Plaintiff respectfully requests that this Court amend her name in the caption of the instant case from Shadow Lewis to Shadow M. Gray.

Dated: February 9, 2022

Respectfully submitted,

By her attorneys,
/s/*Paul L. Stoller*
Paul L. Stoller
(Admitted *Pro Hac* Vice, AZ Bar No. 016773)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
paul@drlawllp.com

*Attorneys for Plaintiff Shadow Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Paul L. Stoller*
                                                Paul L. Stoller