# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00016 | 1:22-cv-00167 |
| 1:22-cv-00040 | 1:22-cv-00168 |
| 1:22-cv-00095 | 1:22-cv-00169 |
| 1:22-cv-00096 | 1:22-cv-00171 |
| 1:22-cv-00100 | 1:22-cv-00179 |
| 1:22-cv-00106 | 1:22-cv-00182 |
| 1:22-cv-00129 | 1:22-cv-00192 |
| 1:22-cv-00148 | 1:22-cv-00201 |
| 1:22-cv-00149 | 1:22-cv-00207 |
| 1:22-cv-00150 | 1:22-cv-00208 |
| 1:22-cv-00157 | 1:22-cv-06670 |
| 1:22-cv-00163 | 1:22-cv-06699 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:     February 10, 2022

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01