# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:14-cv-01786 | 1:18-cv-01739 |
| 1:14-cv-01873 | 1:18-cv-01760 |
| 1:14-cv-01874 | 1:18-cv-01764 |
| 1:14-cv-01876 | 1:18-cv-01949 |
| 1:14-cv-01878 | 1:18-cv-02179 |
| 1:14-cv-01879 | 1:18-cv-02193 |
| 1:14-cv-01880 | 1:18-cv-02444 |
| 1:14-cv-01881 | 1:18-cv-02634 |
| 1:14-cv-01883 | 1:18-cv-02659 |
| 1:14-cv-02053 | 1:18-cv-02661 |
| 1:14-cv-06010 | 1:18-cv-02663 |
| 1:15-cv-00016 | 1:18-cv-02665 |
| 1:15-cv-00018 | 1:18-cv-02667 |
| 1:15-cv-00642 | 1:18-cv-02676 |
| 1:15-cv-00725 | 1:18-cv-02770 |
| 1:15-cv-01073 | 1:18-cv-02825 |
| 1:15-cv-01074 | 1:18-cv-02841 |
| 1:15-cv-01075 | 1:18-cv-02845 |
| 1:15-cv-01088 | 1:18-cv-02950 |
| 1:15-cv-01100 | 1:18-cv-03034 |
| 1:16-cv-00136 | 1:18-cv-03058 |
| 1:16-cv-00398 | 1:18-cv-03059 |
| 1:16-cv-00401 | 1:18-cv-03077 |
| 1:16-cv-00403 | 1:18-cv-03084 |
| 1:16-cv-01704 | 1:18-cv-03085 |
| 1:16-cv-01711 | 1:18-cv-03090 |
| 1:16-cv-01712 | 1:18-cv-03098 |
| 1:16-cv-01733 | 1:18-cv-03102 |
| 1:16-cv-01737 | 1:18-cv-03106 |
| 1:16-cv-01777 | 1:18-cv-03110 |
| 1:16-cv-01781 | 1:18-cv-03112 |
| 1:16-cv-01846 | 1:18-cv-03113 |
| 1:16-cv-02091 | 1:18-cv-03116 |
| 1:16-cv-02283 | 1:18-cv-03123 |
| 1:16-cv-02852 | 1:18-cv-03125 |
| 1:16-cv-03490 | 1:18-cv-03126 |
| 1:17-cv-00801 | 1:18-cv-03132 |

| | |
|---|---|
| 1:18-cv-00722 | 1:18-cv-03153 |
| 1:18-cv-00755 | 1:18-cv-03155 |
| 1:18-cv-01153 | 1:18-cv-03207 |
| 1:18-cv-01160 | 1:18-cv-03209 |
| 1:18-cv-01161 | 1:18-cv-03210 |
| 1:18-cv-01276 | 1:18-cv-03249 |
| 1:18-cv-01279 | 1:18-cv-03257 |
| 1:18-cv-01280 | 1:18-cv-03313 |
| 1:18-cv-01281 | 1:18-cv-03320 |
| 1:18-cv-01282 | 1:18-cv-03325 |
| 1:18-cv-01674 | 1:18-cv-03329 |
| 1:18-cv-01709 | 1:18-cv-03331 |
| 1:18-cv-01720 | |

## **MOTION TO WITHDRAW**

Matthew R. McCarley respectfully asks this Court to allow him to withdraw as an attorney representing Plaintiffs in the related actions.

There is good cause for this Court to grant this Motion to Withdraw as attorney, because Matthew R. McCarley is no longer with Fears Nachawati Law Firm, PLLC, nor does he represent the above-captioned Plaintiffs.

Additionally, per the Court's Docket Sheet, the above-captioned Plaintiffs are still being represented by Fears Nachawati Law Firm and this withdrawal will not delay these proceedings.

Dated:   February 11, 2022

/s/ *Matthew R. McCarley*
**Matthew R. McCarley**
Texas Bar No. 24041426
Arizona Bar No. 036055
mccarley@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Matthew R. McCarley*
Matthew R. McCarley