# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:14-cv-01786 | 1:18-cv-01739 |
| 1:14-cv-01873 | 1:18-cv-01760 |
| 1:14-cv-01874 | 1:18-cv-01764 |
| 1:14-cv-01876 | 1:18-cv-01949 |
| 1:14-cv-01878 | 1:18-cv-02179 |
| 1:14-cv-01879 | 1:18-cv-02193 |
| 1:14-cv-01880 | 1:18-cv-02444 |
| 1:14-cv-01881 | 1:18-cv-02634 |
| 1:14-cv-01883 | 1:18-cv-02659 |
| 1:14-cv-02053 | 1:18-cv-02661 |
| 1:14-cv-06010 | 1:18-cv-02663 |
| 1:15-cv-00016 | 1:18-cv-02665 |
| 1:15-cv-00018 | 1:18-cv-02667 |
| 1:15-cv-00642 | 1:18-cv-02676 |
| 1:15-cv-00725 | 1:18-cv-02770 |
| 1:15-cv-01073 | 1:18-cv-02825 |
| 1:15-cv-01074 | 1:18-cv-02841 |
| 1:15-cv-01075 | 1:18-cv-02845 |
| 1:15-cv-01088 | 1:18-cv-02950 |
| 1:15-cv-01100 | 1:18-cv-03034 |
| 1:16-cv-00136 | 1:18-cv-03058 |
| 1:16-cv-00398 | 1:18-cv-03059 |
| 1:16-cv-00401 | 1:18-cv-03077 |
| 1:16-cv-00403 | 1:18-cv-03084 |
| 1:16-cv-01704 | 1:18-cv-03085 |
| 1:16-cv-01711 | 1:18-cv-03090 |
| 1:16-cv-01712 | 1:18-cv-03098 |
| 1:16-cv-01733 | 1:18-cv-03102 |
| 1:16-cv-01737 | 1:18-cv-03106 |
| 1:16-cv-01777 | 1:18-cv-03110 |
| 1:16-cv-01781 | 1:18-cv-03112 |
| 1:16-cv-01846 | 1:18-cv-03113 |
| 1:16-cv-02091 | 1:18-cv-03116 |
| 1:16-cv-02283 | 1:18-cv-03123 |
| 1:16-cv-02852 | 1:18-cv-03125 |

| | |
|---|---|
| 1:16-cv-03490 | 1:18-cv-03126 |
| 1:17-cv-00801 | 1:18-cv-03132 |
| 1:18-cv-00722 | 1:18-cv-03153 |
| 1:18-cv-00755 | 1:18-cv-03155 |
| 1:18-cv-01153 | 1:18-cv-03207 |
| 1:18-cv-01160 | 1:18-cv-03209 |
| 1:18-cv-01161 | 1:18-cv-03210 |
| 1:18-cv-01276 | 1:18-cv-03249 |
| 1:18-cv-01279 | 1:18-cv-03257 |
| 1:18-cv-01280 | 1:18-cv-03313 |
| 1:18-cv-01281 | 1:18-cv-03320 |
| 1:18-cv-01282 | 1:18-cv-03325 |
| 1:18-cv-01674 | 1:18-cv-03329 |
| 1:18-cv-01709 | 1:18-cv-03331 |
| 1:18-cv-01720 | |

## **ORDER**

After considering the Motion to Withdraw filed by Matthew R. McCarley, the Court GRANTS the Motion and ORDERS that attorney Matthew R. McCarley be withdrawn as an attorney for the above-captioned Plaintiffs. It is, therefore,

ORDERED, ADJUDGED and DECREED that Matthew R. McCarley be removed as an attorney for the above-captioned Plaintiffs.

Signed: _____

_____
JUDGE PRESIDING