IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Betty McCoy

Civil Case # 1:19-cv-4075-RLY-TAB

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

Upon consideration of the Plaintiffs' Motion for Enlargement of Time [Dkt. No. 21061] per the Court's marginal entry [Dkt. No. 20919], finds good cause to and therefore GRANTS the motion.

IT IS THEREFORE ORDERED that the Plaintiff has up to and including March 10, 2022, to file further documentation to support and clarify Plaintiff's motion to substitute parties [Dkt. No. 20896].

SO ORDERED.

Date: 2/11/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.