IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Shadow Lewis 1:21-cv-00719-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption (Dkt. 21073) it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's name from Shadow Lewis to Shadow M. Gray in the caption of the instant case.

Date: 2/11/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.