IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Peter Kirwan, | ) |
| | ) MDL No. 1:14-ml-2570-RLY-TAB |
| | ) MDL No. 2570 |
| v. | ) |
| | ) |
| COOK INCORPORATED; | )Civil Case No. 1:22-cv-06713-RLY-TAB |
| COOK MEDICAL LLC; | |
| WILLIAM COOK EUROPE APS | |

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure and the Seventh Amendment of the U.S. Constitution.

Dated: February 11, 2022

                                              Respectfully submitted,

                                              */s/ Rosemarie Riddell Bogdan*
                                              Rosemarie Riddell Bogdan
                                              NDNY Barr Roll Number:  506409
                                              NYS Bar Roll Number:  380552
                                              MARTIN, HARDING & MAZZOTTI, LLP
                                              Attorneys for Plaintiff
                                              1 Wall Street
                                              P.O. Box 15141
                                              Albany, New York 12212-5141
                                              Telephone: (518) 862-1200
                                              rrbivccook@1800law1010.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022 a true and accurate copy of the foregoing was filed electronically via the Court's CM/ECF system, and thereby served on all parties who have filed a notice of appearance using the CM/EFC system.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan