IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570 MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-02367 | 1:20-cv-01743 |
| 1:19-cv-02372 | 1:20-cv-01745 |
| 1:19-cv-02377 | 1:20-cv-01746 |
| 1:19-cv-02380 | 1:20-cv-01749 |
| 1:19-cv-02383 | 1:20-cv-01784 |
| 1:19-cv-02437 | 1:20-cv-01859 |
| 1:19-cv-02473 | 1:20-cv-01879 |
| 1:19-cv-02475 | 1:20-cv-01890 |
| 1:19-cv-02480 | 1:20-cv-01892 |
| 1:19-cv-02481 | 1:20-cv-01903 |
| 1:19-cv-02510 | 1:20-cv-01911 |
| 1:19-cv-02527 | 1:20-cv-01969 |
| 1:19-cv-02560 | 1:20-cv-01991 |
| 1:19-cv-02721 | 1:20-cv-01996 |
| 1:19-cv-02722 | 1:20-cv-02000 |
| 1:19-cv-02951 | 1:20-cv-02005 |
| 1:19-cv-02953 | 1:20-cv-02011 |
| 1:19-cv-02976 | 1:20-cv-02030 |
| 1:19-cv-03132 | 1:20-cv-02037 |
| 1:19-cv-03711 | 1:20-cv-02051 |
| 1:19-cv-03713 | 1:20-cv-02063 |
| 1:19-cv-03715 | 1:20-cv-02065 |
| 1:19-cv-03717 | 1:20-cv-02068 |
| 1:19-cv-03718 | 1:20-cv-02075 |
| 1:19-cv-03813 | 1:20-cv-02090 |
| 1:19-cv-03814 | 1:20-cv-02126 |
| 1:19-cv-03919 | 1:20-cv-02127 |
| 1:19-cv-04010 | 1:20-cv-02129 |
| 1:19-cv-04089 | 1:20-cv-02131 |
| 1:19-cv-04094 | 1:20-cv-02141 |
| 1:19-cv-04098 | 1:20-cv-02162 |
| 1:19-cv-04122 | 1:20-cv-02177 |
| 1:19-cv-04518 | 1:20-cv-02190 |
| 1:20-cv-00142 | 1:20-cv-02192 |
| 1:20-cv-00168 | 1:20-cv-02196 |
| 1:20-cv-00280 | 1:20-cv-02251 |

| | |
|---|---|
| 1:20-cv-00302 | 1:20-cv-02284 |
| 1:20-cv-00373 | 1:20-cv-02288 |
| 1:20-cv-00395 | 1:20-cv-02308 |
| 1:20-cv-00486 | 1:20-cv-02318 |
| 1:20-cv-00547 | 1:20-cv-02319 |
| 1:20-cv-00554 | 1:20-cv-02329 |
| 1:20-cv-00568 | 1:20-cv-02339 |
| 1:20-cv-00916 | 1:20-cv-02342 |
| 1:20-cv-00970 | 1:20-cv-02345 |
| 1:20-cv-00985 | 1:20-cv-02346 |
| 1:20-cv-01014 | 1:20-cv-02352 |
| 1:20-cv-01017 | 1:20-cv-02387 |
| 1:20-cv-01028 | 1:20-cv-02462 |
| 1:20-cv-01099 | 1:20-cv-02489 |
| 1:20-cv-01150 | 1:20-cv-02490 |
| 1:20-cv-01241 | 1:20-cv-02502 |
| 1:20-cv-01243 | 1:20-cv-02526 |
| 1:20-cv-01251 | 1:20-cv-02532 |
| 1:20-cv-01252 | 1:20-cv-02542 |
| 1:20-cv-01289 | 1:20-cv-02545 |
| 1:20-cv-01295 | 1:20-cv-02546 |
| 1:20-cv-01326 | 1:20-cv-02599 |
| 1:20-cv-01357 | 1:20-cv-02622 |
| 1:20-cv-01432 | 1:20-cv-02644 |
| 1:20-cv-01474 | 1:20-cv-02671 |
| 1:20-cv-01519 | 1:20-cv-02678 |
| 1:20-cv-01577 | 1:20-cv-02720 |
| 1:20-cv-01591 | 1:20-cv-02778 |
| 1:20-cv-01598 | 1:20-cv-02780 |
| 1:20-cv-01617 | 1:20-cv-02783 |
| 1:20-cv-01618 | 1:20-cv-02785 |
| 1:20-cv-01622 | 1:20-cv-02791 |
| 1:20-cv-01647 | 1:20-cv-02805 |
| 1:20-cv-01733 | |

## **ORDER**

After considering the Motion to Withdraw filed by Matthew R. McCarley, the Court GRANTS the Motion and ORDERS that attorney Matthew R. McCarley be withdrawn as an attorneyfor the above-captioned Plaintiffs. It is, therefore,

ORDERED, ADJUDGED and DECREED that Matthew R. McCarley be removed as an attorney for the above-captioned Plaintiffs.

Signed: _____

_____
JUDGE PRESIDING