IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. l:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

DeJesus, Yvonne, l:16-cv-06035

## MOTION TO WITHDRAW FOLLOWING SETTLEMENT

Counsel for Plaintiff, James B. Zouras and Ryan F. Stephan, hereby respectfully seek leave to withdraw from the above referenced case and be removed from future electronic filings.

Plaintiff has settled her action and as a result, this Court dismissed her case on December 8, 2021 (Dkt. No. 20575). Accordingly, Plaintiff and her counsel no longer have an interest in these proceedings.

    *s/ James B. Zouras*
James B. Zouras, Esq.
Ryan F. Stephan, Esq.
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL 60606
Telephone: (312) 233-1550
Facsimile: (312) 233-1560
Email: jzouras@stephanzouras.com
Email: rstephan@stephanzouras.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ James B. Zouras*