IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. l:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>DeJesus, Yvonne, l:16-cv-06035 | |

## ORDER ON MOTION TO WITHDRAW

**IT IS HEREBY ORDERED** that pursuant to this Court's Order (Dkt. No. 20575) Plaintiff's Motion to Withdraw is GRANTED and James B. Zouras and Ryan F. Stephan of Stephan Zouras, LLP are withdrawn as counsel of record in this action and removed from all future electronic filings.

SIGNED this _____ day of _____, 2022

_____
HON. TIM A. BAKER
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF INDIANA