# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Henry Samuel Perez,<br><br>  Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>  Defendants. | Case No. 1:21-cv-02618-RLY-TAB |

## Order on Motion for Leave to Amend Complaint

Considering the parties' Motion for Leave to Amend Complaint of Henry Samuel Perez (Dkt. 21134), it is found that good cause is shown. Therefore, it is so ordered that said motion is GRANTED.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/15/2022

                  Tim A. Baker
                  United States Magistrate Judge
                  Southern District of Indiana

Distribution to all registered counsel of record via ECF.