IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to: DeJesus, Yvonne,<br>1:16-cv-06035-RLY-TAB | |

## ORDER ON MOTION TO WITHDRAW

After considering the Motion to Withdraw James B. Zouras and Ryan F. Stephan of Stephan Zouras, LLP as counsel for Plaintiff, Yvonne DeJesus (Filing No. 21135), the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that James B. Zouras and Ryan F. Stephan of Stephan Zouras, LLP are withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 2/15/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.