UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Davis, Donald L., 1:19-cv-00592

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF DONALD L. DAVIS'S CASE PURSUANT TO CMO-28

The Cook Defendants hereby withdraw their February 11, 2022, motion for judgment in Plaintiff's case. *See* Dkt. 21113. The Court has already dismissed Plaintiff's case pursuant to the Parties' joint stipulation of dismissal. *See* Dkt. 15102.

Dated:  February 15, 2022

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, a copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF DONALD L. DAVIS'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Jessica Benson Cox*