# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-03338 | 1:19-cv-00089 |
| 1:18-cv-03344 | 1:19-cv-00092 |
| 1:18-cv-03346 | 1:19-cv-00093 |
| 1:18-cv-03347 | 1:19-cv-00097 |
| 1:18-cv-03376 | 1:19-cv-00101 |
| 1:18-cv-03379 | 1:19-cv-00111 |
| 1:18-cv-03381 | 1:19-cv-00124 |
| 1:18-cv-03385 | 1:19-cv-00140 |
| 1:18-cv-03386 | 1:19-cv-00143 |
| 1:18-cv-03388 | 1:19-cv-00144 |
| 1:18-cv-03389 | 1:19-cv-00154 |
| 1:18-cv-03392 | 1:19-cv-00159 |
| 1:18-cv-03395 | 1:19-cv-00162 |
| 1:18-cv-03399 | 1:19-cv-00163 |
| 1:18-cv-03401 | 1:19-cv-00165 |
| 1:18-cv-03409 | 1:19-cv-00168 |
| 1:18-cv-03421 | 1:19-cv-00169 |
| 1:18-cv-03424 | 1:19-cv-00170 |
| 1:18-cv-03425 | 1:19-cv-00211 |
| 1:18-cv-03426 | 1:19-cv-00904 |
| 1:18-cv-03430 | 1:19-cv-00905 |
| 1:18-cv-03431 | 1:19-cv-00961 |
| 1:18-cv-03432 | 1:19-cv-01010 |
| 1:18-cv-03434 | 1:19-cv-01209 |
| 1:18-cv-03436 | 1:19-cv-01212 |
| 1:18-cv-03438 | 1:19-cv-01337 |
| 1:18-cv-03457 | 1:19-cv-01340 |
| 1:18-cv-03555 | 1:19-cv-01341 |
| 1:18-cv-03557 | 1:19-cv-01354 |
| 1:18-cv-03561 | 1:19-cv-01358 |
| 1:18-cv-03565 | 1:19-cv-01429 |
| 1:18-cv-03588 | 1:19-cv-01434 |
| 1:18-cv-03609 | 1:19-cv-01437 |
| 1:18-cv-03625 | 1:19-cv-01502 |
| 1:18-cv-03641 | 1:19-cv-01510 |

| | |
|---|---|
| 1:18-cv-03643 | 1:19-cv-01557 |
| 1:18-cv-03744 | 1:19-cv-01562 |
| 1:18-cv-03774 | 1:19-cv-01570 |
| 1:18-cv-03814 | 1:19-cv-01614 |
| 1:18-cv-03824 | 1:19-cv-01804 |
| 1:18-cv-03825 | 1:19-cv-02036 |
| 1:18-cv-03847 | 1:19-cv-02049 |
| 1:18-cv-03852 | 1:19-cv-02249 |
| 1:18-cv-03890 | 1:19-cv-02250 |
| 1:19-cv-00057 | 1:19-cv-02251 |
| 1:19-cv-00060 | 1:19-cv-02294 |
| 1:19-cv-00070 | 1:19-cv-02295 |
| 1:19-cv-00072 | 1:19-cv-02296 |
| 1:19-cv-00073 | 1:19-cv-02297 |
| 1:19-cv-00074 | 1:19-cv-02298 |

## **ORDER**

After considering the Motion to Withdraw filed by Matthew R. McCarley (Filing No. 21123), the Court takes the Motion UNDER ADVISEMENT. Despite counsel stating in the motion that "per the Court's Docket Sheet, the above-captioned Plaintiffs are still being represented by Fears Nachawati Law Firm," the Court has not found a docket entry reflecting that Matthew R. McCarley has entered an appearance in Cause No. 1:18-cv-03774-RLY-TAB (Christie Ramirez).

IT IS THEREFORE ORDERED that McCarley shall, within seven days, supplement his motion to withdraw to explain this discrepancy. It shall be sufficient if, within seven days, another attorney at Fears Nachawati Law Firm appears in Cause No. 1:18-cv-03774-RLY-TAB (Christie Ramirez).

Date: 2/15/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.