# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:19-cv-02367 | 1:20-cv-01743 |
| 1:19-cv-02372 | 1:20-cv-01745 |
| 1:19-cv-02377 | 1:20-cv-01746 |
| 1:19-cv-02380 | 1:20-cv-01749 |
| 1:19-cv-02383 | 1:20-cv-01784 |
| 1:19-cv-02437 | 1:20-cv-01859 |
| 1:19-cv-02473 | 1:20-cv-01879 |
| 1:19-cv-02475 | 1:20-cv-01890 |
| 1:19-cv-02480 | 1:20-cv-01892 |
| 1:19-cv-02481 | 1:20-cv-01903 |
| 1:19-cv-02510 | 1:20-cv-01911 |
| 1:19-cv-02527 | 1:20-cv-01969 |
| 1:19-cv-02560 | 1:20-cv-01991 |
| 1:19-cv-02721 | 1:20-cv-01996 |
| 1:19-cv-02722 | 1:20-cv-02000 |
| 1:19-cv-02951 | 1:20-cv-02005 |
| 1:19-cv-02953 | 1:20-cv-02011 |
| 1:19-cv-02976 | 1:20-cv-02030 |
| 1:19-cv-03132 | 1:20-cv-02037 |
| 1:19-cv-03711 | 1:20-cv-02051 |
| 1:19-cv-03713 | 1:20-cv-02063 |
| 1:19-cv-03715 | 1:20-cv-02065 |
| 1:19-cv-03717 | 1:20-cv-02068 |
| 1:19-cv-03718 | 1:20-cv-02075 |
| 1:19-cv-03813 | 1:20-cv-02090 |
| 1:19-cv-03814 | 1:20-cv-02126 |
| 1:19-cv-03919 | 1:20-cv-02127 |
| 1:19-cv-04010 | 1:20-cv-02129 |
| 1:19-cv-04089 | 1:20-cv-02131 |
| 1:19-cv-04094 | 1:20-cv-02141 |
| 1:19-cv-04098 | 1:20-cv-02162 |
| 1:19-cv-04122 | 1:20-cv-02177 |
| 1:19-cv-04518 | 1:20-cv-02190 |
| 1:20-cv-00142 | 1:20-cv-02192 |
| 1:20-cv-00168 | 1:20-cv-02196 |
| 1:20-cv-00280 | 1:20-cv-02251 |

| | |
|---|---|
| 1:20-cv-00302 | 1:20-cv-02284 |
| 1:20-cv-00373 | 1:20-cv-02288 |
| 1:20-cv-00395 | 1:20-cv-02308 |
| 1:20-cv-00486 | 1:20-cv-02318 |
| 1:20-cv-00547 | 1:20-cv-02319 |
| 1:20-cv-00554 | 1:20-cv-02329 |
| 1:20-cv-00568 | 1:20-cv-02339 |
| 1:20-cv-00916 | 1:20-cv-02342 |
| 1:20-cv-00970 | 1:20-cv-02345 |
| 1:20-cv-00985 | 1:20-cv-02346 |
| 1:20-cv-01014 | 1:20-cv-02352 |
| 1:20-cv-01017 | 1:20-cv-02387 |
| 1:20-cv-01028 | 1:20-cv-02462 |
| 1:20-cv-01099 | 1:20-cv-02489 |
| 1:20-cv-01150 | 1:20-cv-02490 |
| 1:20-cv-01241 | 1:20-cv-02502 |
| 1:20-cv-01243 | 1:20-cv-02526 |
| 1:20-cv-01251 | 1:20-cv-02532 |
| 1:20-cv-01252 | 1:20-cv-02542 |
| 1:20-cv-01289 | 1:20-cv-02545 |
| 1:20-cv-01295 | 1:20-cv-02546 |
| 1:20-cv-01326 | 1:20-cv-02599 |
| 1:20-cv-01357 | 1:20-cv-02622 |
| 1:20-cv-01432 | 1:20-cv-02644 |
| 1:20-cv-01474 | 1:20-cv-02671 |
| 1:20-cv-01519 | 1:20-cv-02678 |
| 1:20-cv-01577 | 1:20-cv-02720 |
| 1:20-cv-01591 | 1:20-cv-02778 |
| 1:20-cv-01598 | 1:20-cv-02780 |
| 1:20-cv-01617 | 1:20-cv-02783 |
| 1:20-cv-01618 | 1:20-cv-02785 |
| 1:20-cv-01622 | 1:20-cv-02791 |
| 1:20-cv-01647 | 1:20-cv-02805 |
| 1:20-cv-01733 | |

## **ORDER**

After considering the Motion to Withdraw filed by Matthew R. McCarley (Filing No. 21124), the Court GRANTS the Motion and ORDERS that attorney Matthew R. McCarley be withdrawn as an attorney for the above-captioned Plaintiffs.

IT IS THEREFORE ORDERED that Matthew R. McCarley be removed as an attorney for the above-captioned Plaintiffs.

Date: 2/15/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.