IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

　Please See Exhibit A

Civil Case #　Please See Exhibit A

**PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

　Please See Exhibit A

Respectfully submitted,

*/s/ Kelly Chermack*

Kelly Chermack
Texas Bar No. 24121361
kchermack@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on 02/16/2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 */s/ Kelly Chermack*

                                                 Kelly Chermack

# EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Moore | Edith | 1:16-cv-00136-RLY-TAB |
| Harrison | Randy D. | 1:18-cv-03313-RLY-TAB |
| Rowe | Sherry | 1:18-cv-03320-RLY-TAB |
| Rodriguez | Sandra L. | 1:18-cv-03325-RLY-TAB |
| Walker | Pauline | 1:18-cv-03329-RLY-TAB |
| Zaremba | Mark | 1:18-cv-03331-RLY-TAB |
| Neal | Cheryl | 1:18-cv-03337-RLY-TAB |
| Bowman | Susan | 1:19-cv-01354-RLY-TAB |
| Rosekopf | Rebecca S. | 1:19-cv-01557-RLY-TAB |
| Freeman | Shakella | 1:19-cv-01562-RLY-TAB |
| Ball | Laquitta | 1:19-cv-01570-RLY-TAB |
| Rodriguez | Elisa | 1:19-cv-01614-RLY-TAB |
| Troxler | Mark L. | 1:19-cv-01804-RLY-TAB |
| Briant | Debra | 1:19-cv-02036-RLY-TAB |
| Buck | Rosemary | 1:19-cv-02049-RLY-TAB |
| Cook | Georgia | 1:19-cv-02249-RLY-TAB |
| Davidson | S.L. | 1:19-cv-02250-RLY-TAB |
| Burns | Wanda | 1:19-cv-02251-RLY-TAB |
| Aiken | Althea | 1:19-cv-02294-RLY-TAB |
| Delisite | Cheryl | 1:19-cv-02295-RLY-TAB |
| Erdly | Adam | 1:19-cv-02296-RLY-TAB |
| Calgren | Ronald | 1:19-cv-02297-RLY-TAB |
| Dube | Nancy | 1:19-cv-02298-RLY-TAB |
| Anderson | Ronald | 1:19-cv-02367-RLY-TAB |
| Banks | Nettie | 1:19-cv-02372-RLY-TAB |
| Chambers | Mary E. | 1:19-cv-02377-RLY-TAB |
| Cox | Timothy S. | 1:19-cv-02380-RLY-TAB |
| Creese | Jane L. | 1:19-cv-02383-RLY-TAB |
| Carter | James | 1:19-cv-02437-RLY-TAB |
| Portela-Dasilva | Paulo | 1:19-cv-02473-RLY-TAB |
| Brown | LaVenia | 1:19-cv-02475-RLY-TAB |
| Baldwin | Jeanette | 1:19-cv-02480-RLY-TAB |
| Escalante | Irmina P. | 1:19-cv-02481-RLY-TAB |
| Baker | Carl | 1:19-cv-02510-RLY-TAB |
| Ray | Richard | 1:19-cv-02527-RLY-TAB |
| Gulzarzada | Baktash | 1:19-cv-02560-RLY-TAB |
| Fletcher | Darryl | 1:19-cv-02721-RLY-TAB |
| Delonais | Norma | 1:19-cv-02722-RLY-TAB |
| Hampson | Gloria | 1:19-cv-02951-RLY-TAB |
| Lewis | Gary | 1:19-cv-02953-RLY-TAB |

| Last Name | First Name | Case Number |
|---|---|---|
| Ray | Barbara | 1:19-cv-02976-RLY-TAB |
| Gonzalez | George Luis | 1:19-cv-03132-RLY-TAB |
| Jeffers | Terry Allan | 1:19-cv-03813-RLY-TAB |
| Williams | Bruce | 1:20-cv-02318-RLY-TAB |
| Lewis | Lydon | 1:20-cv-02346-RLY-TAB |
| Allen | Anthony McKay | 1:20-cv-02352-RLY-TAB |
| Mitchell | Vickie L | 1:20-cv-02387-RLY-TAB |
| Stroop | Tony | 1:20-cv-02462-RLY-TAB |
| Campbell | Malcolm | 1:20-cv-02489-RLY-TAB |
| Slaughter | Carolyn | 1:20-cv-02490-RLY-TAB |
| Weishar | Todd | 1:20-cv-02502-RLY-TAB |
| Hamilton | Phillip | 1:20-cv-02526-RLY-TAB |
| Mathis | Wayne | 1:20-cv-02532-RLY-TAB |
| Watkins | Edward Ray | 1:20-cv-02542-RLY-TAB |
| Deesing | Joseph | 1:20-cv-02545-RLY-TAB |
| Thompson | Katrina | 1:20-cv-02546-RLY-TAB |
| McCoy | Oliver | 1:20-cv-02599-RLY-TAB |
| Velazquez | Elizabeth | 1:20-cv-02622-RLY-TAB |
| Coffey | Michael | 1:20-cv-02644-RLY-TAB |
| Rotondi | Mark | 1:20-cv-02671-RLY-TAB |
| Reimann | Ruby | 1:20-cv-02678-RLY-TAB |
| Davis | Robert | 1:20-cv-02720-RLY-TAB |
| Manriquez | Matthew A. | 1:20-cv-02778-RLY-TAB |
| Langer | William | 1:20-cv-02780-RLY-TAB |
| O'Brien | Barbara S. | 1:20-cv-02783-RLY-TAB |
| Freeman | Telisha | 1:20-cv-02785-RLY-TAB |
| Usrey | Susan | 1:20-cv-02791-RLY-TAB |
| Johnson | Guy | 1:20-cv-02805-RLY-TAB |