UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: James Furnas and Carol Furnas 1:18-cv-01519 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING CASE**

On August 4, 2021, Plaintiffs filed a notice of suggestion of death as to Plaintiff James Furnas. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed. Accordingly, this case[1] is **DISMISSED**.

**SO ORDERED** this 17th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] Mrs. Furnas's only claim is for loss of consortium. Under Missouri law, which is applicable here, her claim is derivative of her spouse's underlying claims. *Wright v. Barr*, 62 S.W.3d 509, 536 (Mo. Ct. App. 2001). Thus, her claim is barred.

1