UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> Aimee E. Ahearn (Smith) <br> 1:19-cv-01831 | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## ORDER DISMISSING CASE

On September 17, 2021, Plaintiffs filed a notice of suggestion of death. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 17th day of February 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1