IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBSTITUTE PARTY**

Counsel for Plaintiff Jennifer L. Dinwiddie respectfully moves and requests this Court to extend the time to file a motion to substitute the proper party. Counsel for Plaintiff conferred with counsel for Defendants, who do not oppose the requested relief.

On November 22, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, Jennifer L. Dinwiddie [Filing No. 20446]. Surviving heirs to Plaintiff Jennifer L. Dinwiddie have obtained probate counsel and have begun the probate process to name the proper party for substitution.

Wherefore, Plaintiff's counsel respectfully requests this Court extend the time to file a motion to substitute the proper party to March 20, 2022.

Dated: February 17, 2022

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq.
Gregory D. Bentley, Esq.
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO 80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the forgoing was filed and served on this 17th day of February, 2022, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*
Joseph J. Zonies