# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

    Christie A. Ramirez 1:18-cv-03774

## AMENDED MOTION TO WITHDRAW

    Matthew R. McCarley respectfully asks this Court to withdraw his Motion to Withdraw Attorney Appearance, for Christie A. Ramirez in case number 1:18-cv-03774. (Doc. No. 21123). Matthew R. McCarley was withdrawn as counsel of record in this action on December 20, 2021. (Doc. 20643). Ms. Ramirez is now represented Dalimonte Rueb Stoller, not Fears Nachawati. This action was inadveningly included in a list of actions that Matthew R. McCarley needed to be withdrawn as counsel or record for, therefore he respectfully requests this Court withdraw his Motion to Withdraw Attorney Appearance.

Dated:    February 17, 2022        /s/ *Matthew R. McCarley*
                                                **Matthew R. McCarley**
                                                Texas Bar No. 24041426
                                                Arizona Bar No. 036055
                                                mccarley@fnlawfirm.com
                                                FEARS NACHAWATI, PLLC
                                                5473 Blair Road
                                                Dallas, TX 75231
                                                Tel. (214) 890-0711

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                */s/ Matthew R. McCarley*
                                                 Matthew R. McCarley