IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:
Kimberly Campbell and Lonnie Campbell
Case No. 1:18-cv-02537-RLY-TAB

**ORDER**

The Court ordered Plaintiffs Kimberly Campbell and Lonnie Campbell to attend a

telephonic status conference on November 8, 2021, to address their counsel's motion to

withdraw. [Filing No. 20171.]  Plaintiffs failed to appear as ordered. [Filing No. 20374.] The

Court then issued an order for Plaintiffs to show cause by November 23, 2021, why Plaintiffs

should not be sanctioned, and why their case should not be dismissed, due to their failure to

appear for the November 23, 2021, conference and their failure to cooperate with their counsel in

prosecuting this matter. [Filing No. 20374.]   Plaintiffs' counsel responded to the show cause

order requesting additional time until November 30, 2021, for the Plaintiffs to respond. [Filing

No. 20447.]  Plaintiffs have failed to respond as to why their case should not be dismissed, due

to their failure to appear for the November 23, 2021, conference.  Accordingly, the Magistrate

Judge recommends the District Judge dismiss this case without prejudice.

Date: 2/17/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.