**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

    Christie A. Ramirez 1:18-cv-03774

## MOTION TO WITHDRAW FILING

    Kelly Chermack respectfully asks this Court to withdraw her Amended Motion to Withdraw Attorney Appearance, for Christie A. Ramirez in case number 1:18-cv-03774. (Doc. No. 21159). The Motion was mistakenly filed under Kelly Chermack's account instead of Matthew McCarley. The Motion will be refiled under Matthew McCarley's account.

Dated:    February 17, 2022        /s/ *Kelly Chermack*
                                             **Kelly Chermack**
                                             Texas Bar No. 24121361
                                             kchermack@fnlawfirm.com
                                             **FEARS NACHAWATI, PLLC**
                                             5489 Blair Road
                                             Dallas, TX 75231
                                             Tel. (214) 890-0711
                                             Fax (214) 890-0712

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kelly Chermack*
**Kelly Chermack**