**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff:**
Lonnie Campbell, Administrator for
the Estate of Kimberly Campbell
Case No. 1:18-cv-02537-RLY-TAB

### MOTION TO VACATE ORDER RECOMMENDING DISMISSAL

Pursuant to Rule 60, *Federal Rules of Civil Procedure*, Plaintiff moves the Court for an order vacating the Order Recommending Dismissal because:

1. On February 17, 2022, Magistrate Judge Baker signed an Order recommending the District Judge dismiss this case, without prejudice, because Plaintiff failed to appear for a show cause hearing following Plaintiff's counsel's filing of a Motion to Withdraw. (Doc. 21160). (Motion to Withdraw filed October 11, 2021 - Doc. 20121.)

2. The Order states, in part:

    "Plaintiffs' counsel responded to the show cause order requesting additional time until November 30, 2021, for the Plaintiffs to respond. [Filing No. 20447.] Plaintiffs have failed to respond as to why their case should not be dismissed, due to their failure to appear for the November 23, 2021, conference."

3. On November 30, 2021, Plaintiff filed a Response to the Show Cause Order (Doc. 20515) stating:

    "On November 23, 2021, counsel for Plaintiff just learned that Plaintiff, Kimberly Campbell, died on April 26, 2020. We are trying to contact Plaintiff, Lonnie Campbell. Another 30 days is respectfully requested to contact Lonnie Campbell."

1

4. On November 30, 2021, Plaintiff filed a Suggestion of Death (Doc. 20516) stating:

> "Upon information and belief, Plaintiff Kimberly Campbell died on or about April 26, 2020."

5. On December 1, 2021, the Court signed an Order On Suggestion of Death giving Plaintiff 90 days to substitute the proper party. (Doc. 20522).

6. On January 13, 2022, Plaintiff filed a Motion to Substitute party and Leave to File Amended Complaint, substituting Lonnie Campbell, Administrator for the Estate of Kimberly Campbell and attached its proposed Amended Complaint. (Doc. 20766 and 14).

7. On January 20, 2022, the Court entered an Order granting Plaintiff's Motion to Substitute Party and Leave to Amend Complaint, substituting Lonnie Campbell, Administrator for the Estate of Kimberly Campbell, for Kimberly Campbell, deceased and deeming Plaintiff's Amended Complaint filed on that date. (Doc. 20830 and 15)

8. On January 20, 2022, Plaintiff filed its Amended Complaint. (Doc. 20831 and 16).

9. Kimberly Campbell's death, in 2020, informs the reason for lack of contact with Plaintiff's counsel and response to the show cause Order. Plaintiff, Lonnie Campbell, Administrator for the Estate of Kimberly Campbell, fully intends to prosecute this cause to conclusion and has, in good faith, complied with this Court's Orders.

10. Plaintiff's counsel hereby WITHDRAWS its Motion to Withdraw, Doc. 20121 filed on October 11, 2021.

11. Alternatively, Plaintiff requests that the District Judge not sign any Order of dismissal.

WHEREFORE, Plaintiff prays that the Court enter an Order vacating Magistrate Judge Baker's Order (Doc. 21160) recommending the District Judge dismiss this case, without

2

prejudice, or not sign any such recommended Order of dismissal, and for such other appropriate relief.

                    Respectfully submitted,

                    /s/ John T. Kirtley, III
                    John T. Kirtley, III
                    FERRER, POIROT & WANSBROUGH
                    Texas Bar No. 11534050
                    2603 Oak Lawn Avenue, Suite 300
                    Dallas, Texas 75219
                    (214) 521-4412
                    (214) 526-6026 Fax
                    jkirtley@lawyerworks.com
                    Asst. molvera@lawyerworks.com
                    ivcfiling@lawyerworks.com
                    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, a copy of the foregoing **MOTION TO VACATE ORDER RECOMMENDING DISMISSAL** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                    /s/John T. Kirtley, III
                    John T. Kirtley, III