# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff:**
Lonnie Campbell, Administrator for
the Estate of Kimberly Campbell
Case No. 1:18-cv-02537-RLY-TAB

## ORDER GRANTING MOTION TO VACATE ORDER RECOMMENDING DISMISSAL

Plaintiff's Motion to Vacate Order Recommending Dismissal is GRANTED.

Magistrate Judge Baker's Order, recommending the District Judge dismiss this case, without prejudice, because Plaintiff failed to appear for a show cause hearing following Plaintiff's counsel's filing of a Motion to Withdraw. (Doc. 21160), is hereby VACATED.

Signed this _____ day of _____, 2022.

_____

1