**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

    Christie A. Ramirez 1:18-cv-03774

## ORDER

After considering the Motion to Withdraw 21159 Amended Motion to Withdraw filed by Kelly Chermack, the Court GRANTS the Motion and ORDERS that Motion 21159 be withdrawn. It is, therefore,

ORDERED, ADJUDGED and DECREED that Motion 21159 be withdrawn.

Signed: _____

 

_____
JUDGE PRESIDING