IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Joe B. Williams

Civil Case #: 1:22-cv-00045

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   Joe B. Williams

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   USDC for the Eastern District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____
   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28

   b. Other allegations of jurisdiction and venue:

   Order establishing policies and procedures

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☑ Günther Tulip Vena Cava Filter
- ☐ Cook Celect Vena Cava Filter
- ☐ Günther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of implantation as to each product:

    1/13/2005

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Methodist Charleton Medical Center, Dallas, TX

13. Implanting Physician(s):

    Suzanne Slonim, MD

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I: Strict Products Liability - Failure to Warn
    - ☑ Count II: Strict Products Liability - Design Defect
    - ☑ Count III: Negligence
    - ☑ Count IV: Negligence *Per Se*
    - ☑ Count V: Breach of Express Warranty
    - ☑ Count VI: Breach of Implied Warranty
    - ☑ Count VII: Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

Case 1:21-cv-02604-RLY-ADM Document 1176 Filed 04/07/21 Page 3 of 5 PageID #: 127334

3

- ☐ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☐ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____

15. Attorney for Plaintiff:

   David C. DeGreeff, Wagstaff & Cartmell LLP

16. Address and bar information for Attorney for Plaintiff:

   MO Bar No. 55019, Wagstaff & Cartmell LLP, 4740 Grand Ave., Suite 300

   Kansas City, MO 64112

Date: 1/7/2022

Respectfully submitted,

By: /s/ Thomas P. Cartmell
Thomas P. Cartmell (MO Bar No. 45366 )
 (admitted *pro hac vice*)
**Wagstaff & Cartmell, LLP**
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2372 (fax)
tcartmell@wcllp.com

4

By: /s/ David C. DeGreeff<br>
David C. DeGreeff (MO Bar No. 55019)<br>
 (admitted *pro hac vice*)<br>
**Wagstaff & Cartmell, LLP**<br>
4740 Grand Ave., Suite 300<br>
Kansas City, MO 64112<br>
(816) 701-1100<br>
(816) 531-2372 (fax)<br>
ddegreeff@wcllp.com<br>
<br>
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/ s/David C. DeGreeff