


**PRiME Diagnostic Imaging**

1034 East Highway 67, Duncanville, TX 75137

Office (214) 341-8770
Fax (214) 341-1603

**PATIENT NAME:** WILLIAMS, JOE B
**DATE OF SERVICE:** 1/16/2020 9:15:50 AM
**CHART#:** 155546
**DATE OF BIRTH:** 2/5/1942
**REFERRING PHYSICIAN:** AHMADI, RAMIN MD
SPICER, ROBERT MD

**PAGE# 1**

CT ABDOMEN

CLINICAL HISTORY: IVC filter evaluation.

COMPARISON: None.

TECHNIQUE: Noncontrast 2.5 mm axial images of the abdomen are obtained. Coronal and sagittal reformats performed and reviewed. This exam was performed according to our departmental dose-optimization program, which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.

FINDINGS:
Large hiatal hernia. Cardiac apex normal in size. Lung bases are clear. Abdominal aorta is normal in caliber. Imaged bowel loops are unremarkable. Kidneys have an unremarkable noncontrast appearance. Liver and spleen have an unremarkable noncontrast appearance. No adrenal mass or thickening. Pancreas is unremarkable.

Motion artifact degrades imaging evaluation.

IVC filter evaluation:
* The lumen below the inferior vena cava is diminutive, measuring approximately 7 mm in diameter. There are multiple presumed venous collaterals to the left of the aorta.
* The filter is tilted approximately 30 degrees to the right with the apex contacting the right lateral inferior vena cava wall.
* The apex is approximately 5 mm below the right renal vein ostium.
* Multiple struts appear to extend beyond the inferior vena cava wall, with one extending to the anterior aspect of the right L3-L4 disc space where there is adjacent osteophyte formation (sagittal image 81). One appears to abut the abdominal aorta wall (axial image 54).

IMPRESSION:

1. IVC filter evaluation as above. Suspected chronic occlusion with marked narrowing of the inferior vena cava lumen to 7 mm below the filter with dilated tubular structures to the left of the




**PRiME Diagnostic Imaging**

*1034 East Highway 67, Duncanville, TX 75137*

*Office (214) 341-8770*
*Fax (214) 341-1603*

**PATIENT NAME:** WILLIAMS, JOE B
**DATE OF SERVICE:** 1/16/2020 9:15:50 AM
**CHART#:** 155546
**DATE OF BIRTH:** 2/5/1942
**REFERRING PHYSICIAN:** AHMADI, RAMIN MD
SPICER, ROBERT MD

**PAGE# 2**

aorta that are thought to represent a venous collaterals. Suspected strut perforation and 30 degrees of right lateral tilt of the filter with the apex contacting the right inferior vena cava wall.

Electronically Signed by: Michael Lloyd  1/16/2020 11:02:30 AM GMT+00:00