**AMENDED EXHIBIT A**

**CASES INCLUDED IN ORIGINAL EXHIBIT A**

| Plaintiff | Cause Number | Filing Date | No PPS Letter Sent Date | PPS Received Date | Deficiency Letter Sent Date | Date Supplement Received 1 | Date 2nd Supplemental PPS Received |
|---|---|---|---|---|---|---|---|
| Adams, Denise | 1:21-cv-01544 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Adams, Greg Anthony | 1:21-cv-01800 | 6/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Adell, Jasper and Gorday, Judith | 1:21-cv-01466 | 6/2/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | 11/23/2021 |
| Aguilar, Arthur Cornell | 1:21-cv-00040 | 1/6/2021 | 9/24/2021 | 2/8/2021 | 7/6/2021 | 12/7/2021 | |
| Aguilar, Bernice | 1:21-cv-02150 | 7/30/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Amos, Everett | 1:21-cv-01354 | 5/26/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Ball, Robert Bain | 1:21-cv-01375 | 5/27/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Bishop, Charles Allen | 1:21-cv-01527 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Bowens, Richard | 1:21-cv-01510 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Brammer, Frederick | 1:21-cv-00524 | 3/5/2021 | 7/8/2021 | 8/13/2021 | 9/24/2021 | 10/14/2021 | |
| Bratcher, Kim | 1:21-cv-01651 | 6/10/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Brown, Gregory and Amira | 1:21-cv-02070 | 7/21/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | 1/17/2022 |
| Carrera, Maria | 1:21-cv-01149 | 5/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Cato, Joseph | 1:21-cv-00401 | 2/21/2021 | 4/8/2021 | 4/13/2021 | 9/30/2021 | 10/20/2021 | |
| Chavez, Marilyn | 1:21-cv-01369 | 5/27/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Childs, Frances | 1:21-cv-01580 | 6/8/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Clifford, James | 1:21-cv-01355 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 11/17/2021 | |
| Copeland, Johnny | 1:20-cv-03092 | 11/30/2020 | 4/8/2021 | 4/13/2021 | 9/29/2021 | 10/19/2021 | |
| Curti, Christine and Kevin | 1:21-cv-01620 | 6/9/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Daniels, Dina | 1:21-cv-01344 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Dill, Kimberly | 1:21-cv-01619 | 6/9/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/8/2021 | |
| Dixon, Veronica | 1:21-cv-01352 | 5/26/2021 | 9/24/2021 | 10/14/2021 | 10/28/2021 | 12/7/2021 | |
| Dunham, Charles | 1:21-cv-01429 | 5/28/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Feimster, Zabian | 1:21-cv-01679 | 6/11/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Fullard, Maurice | 1:21-cv-00445 | 2/25/2021 | 4/8/2021 | 4/13/2021 | 10/4/2021 | 10/25/2021 | |
| Gac, Sharon | 1:21-cv-01103 | 4/30/2021 | 7/8/2021 | 8/13/2021 | 10/4/2021 | 10/25/2021 | |
| Galloway, Keely | 1:21-cv-01174 | 5/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Garcia-Ruiz, Juan and Elizabeth Garcia | 1:21-cv-01254 | 5/19/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/16/2021 | |
| Hartman, Delphine | 1:21-cv-01226 | 5/17/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Hernandez, Austen | 1:21-cv-01811 | 6/17/2021 | 8/5/2021 | 8/11/2021 | 10/5/2021 | 10/25/2021 | |
| Higdon, Joshua and Dawn | 1:21-cv-01732 | 6/14/2021 | 8/5/2021 | 8/11/2021 | 10/5/2021 | 10/25/2021 | |
| Hogan, Leslie | 1:21-cv-01077 | 4/29/2021 | 7/8/2021 | 8/13/2021 | 10/5/2021 | 10/25/2021 | |
| Howell, Sherrie | 1:21-cv-01538 | 6/4/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Lamp, Lynn | 1:21-cv-01101 | 4/30/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Laws, Sam (ESTATE OF) | 1:21-cv-00516 | 3/4/2021 | 8/5/2021 | 8/11/2021 | 10/8/2021 | 10/28/2021 | |
| Lorenzo, Bernadine | 1:21-cv-01459 | 6/2/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| Mcclary, Margaret and Steve | 1:21-cv-01542 | 6/7/2021 | 9/24/2021 | 10/14/2021 | 11/5/2021 | 11/23/2021 | |
| McGrath, Tiffany | 1:21-cv-01512 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Medrick, Tonia | 1:21-cv-01606 | 6/9/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/5/2021 | |
| Milburn, Jean | 1:21-cv-00967 | 4/20/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Mitchell, Walter and Debra | 1:21-cv-00175 | 1/21/2021 | 4/8/2021 | 4/13/2021 | 10/7/2021 | 10/27/2021 | |
| Moss, Janice | 1:20-cv-02319 | 9/4/2020 | 10/7/2020 | 10/12/2020 | 11/17/2020 | 12/7/2020 | |
| Nemeth, Constance | 1:20-cv-02901 | 11/5/2020 | 12/11/2020 | 12/14/2020 | 10/8/2021 | 10/28/2021 | |
| Overall, Crystal | 1:21-cv-00953 | 4/19/2021 | 7/8/2021 | 8/13/2021 | 10/7/2021 | 10/27/2021 | |
| Perry, Janet | 1:20-cv-03087 | 11/30/2020 | 4/8/2021 | 4/13/2021 | 10/8/2021 | 10/28/2021 | |
| Ray-Whitaker, Kiara | 1:21-cv-00539 | 3/8/2021 | 7/8/2021 | 8/13/2021 | 10/5/2021 | 10/25/2021 | |
| Rodenborn, Michael | 1:21-cv-00518 | 3/5/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Rossiter, Joseph | 1:21-cv-01532 | 6/4/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Sanders, Fedel | 1:21-cv-00577 | 3/10/2021 | 7/8/2021 | 8/13/2021 | 10/8/2021 | 10/28/2021 | |
| Schmidt, George and Jody | 1:21-cv-01488 | 6/3/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Senn, Marla and Charles | 1:21-cv-01545 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Shiffer, David and Eileen | 1:21-cv-01559 | 6/8/2021 | 9/24/2021 | 10/13/2021 | 11/5/2021 | 11/23/2021 | |
| Stark, Letitia | 1:21-cv-01900 | 6/28/2021 | 8/5/2021 | 8/11/2021 | 10/18/2021 | 11/8/2021 | |
| Tabler, David | 1:21-cv-01650 | 6/10/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Taldon, Nadean M. | 1:21-cv-01691 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | 1/21/2022 |
| Templeton, Todd | 1:21-cv-01654 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Tijerina, Charlie | 1:21-cv-01708 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Varela-Martinez, Denise | 1:21-cv-01709 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Wade, Rachel | 1:21-cv-01543 | 6/7/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Walker, Damien | 1:21-cv-01228 | 5/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Watson, Ruth Ann | 1:21-cv-01792 | 6/17/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |
| Watts, Virginia | 1:21-cv-00418 | 2/23/2021 | 4/8/2021 | 4/13/2021 | 9/30/2021 | 10/20/2021 | |
| Williamson, Yvonne | 1:21-cv-00298 | 2/4/2021 | 4/8/2021 | 4/12/2021 | 9/27/2021 | 10/15/2021 | |
| Yinusa, Lynette D. | 1:21-cv-01690 | 6/11/2021 | 9/24/2021 | 10/13/2021 | 10/18/2021 | 11/8/2021 | |

| ADDITIONAL CASES TO BE INCLUDED IN EXHIBIT A | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff | Cause Number | Filing Date | No PPS Letter Sent Date | PPS Received Date | Deficiency Letter Sent Date | Date Supplement Received 1 | Date 2nd Supplemental PPS Received |
| Alderete, Pete Romon and Christina P. | 1:21-cv-00058 | 1/8/2021 | | 2/9/2021 | 9/27/2021 | 10/15/2021 | |
| Bawner, Eleanor Carter | 1:20-cv-03279 | 12/28/2020 | | 1/27/2021 | 7/20/2021 | 12/7/2021 | |
| Bevis, Victor | 1:21-cv-00466 | 3/1/2021 | | 4/1/2021 | 8/19/2021 | 12/7/2021 | |
| Bohn, Richard and Catheline | 1:21-cv-01751 | 6/15/2021 | | 8/13/2021 | 9/17/2021 | 10/7/2021 | |
| Boling, Ross and Janet | 1:21-cv-00653 | 3/18/2021 | | 4/19/2021 | 8/19/2021 | 9/8/2021 | |
| Bolner, Carl E. | 1:21-cv-00929 | 4/15/2021 | | 5/20/2021 | 8/19/2021 | 9/8/2021 | |
| Bowker, Jean and Dan | 1:21-cv-01766 | 6/15/2021 | | 8/14/2021 | 9/24/2021 | 10/14/2021 | 12/21/2021 |
| Bradford, James and Cathy | 1:21-cv-00855 | 4/7/2021 | | 5/10/2021 | 9/24/2021 | 10/14/2021 | |
| Brown, Clayton | 1:21-cv-00657 | 3/18/2021 | | 4/29/2021 | 9/29/2021 | 10/19/2021 | |
| Brown, Theresa | 1:21-cv-00829 | 4/6/2021 | | 5/7/2021 | 9/30/2021 | 10/20/2021 | |
| Brunen, Georgia | 1:20-cv-02345 | 9/9/2020 | | 10/9/2020 | 11/17/2020 | 12/7/2020 | |
| Carrizales, Antonio and Neaves, Janet | 1:21-cv-01028 | 4/26/2021 | | 5/26/2021 | 9/30/2021 | 10/20/2021 | |
| Carter, Melissa | 1:21-cv-00334 | 2/10/2021 | | 3/12/2021 | 9/30/2021 | 10/20/2021 | |
| Castro, Kimmie | 1:21-cv-00018 | 1/5/2021 | | 2/5/2021 | 11/5/2021 | 11/23/2021 | |
| Chambers-Flowers, Ophelia | 1:20-cv-02860 | 11/3/2020 | | 12/1/2020 | 9/30/2021 | 10/20/2021 | |
| Cooper, James (KY) | 1:20-cv-00547 | 2/19/2020 | | 3/20/2020 | 9/28/2020 | 10/19/2020 | |
| Copeland, Sandra | 1:21-cv-01746 | 6/15/2021 | | 8/14/2021 | 10/4/2021 | 10/25/2021 | 1/6/2022 |
| Costa, Lillian | 1:21-cv-01722 | 6/14/2021 | | 8/14/2021 | 10/4/2021 | 10/25/2021 | |
| Diaz, David | 1:20-cv-03135 | 12/5/2020 | | 12/31/2020 | 10/4/2021 | 10/25/2021 | |
| Dickson, Richard | 1:21-cv-00258 | 1/29/2021 | | 3/2/2021 | 10/4/2021 | 10/25/2021 | |
| Evans-Bell, Shirley | 1:21-cv-00664 | 3/18/2021 | | 4/28/2021 | 10/4/2021 | 10/25/2021 | |
| Fonte, Ron | 1:21-cv-00043 | 1/7/2021 | | 2/8/2021 | 10/4/2021 | 10/25/2021 | |
| Gould, Myrna | 1:21-cv-01074 | 4/29/2021 | | 6/1/2021 | 10/4/2021 | 10/25/2021 | |
| Graves, Jaime S. | 1:20-cv-02873 | 11/3/2020 | | 11/30/2020 | 9/29/2021 | 10/19/2021 | |
| Hall, Michelle | 1:21-cv-01724 | 6/14/2021 | | 8/14/2021 | 10/4/2021 | 10/20/2021 | |
| Hamilton, Lola | 1:21-cv-01718 | 6/14/2021 | | 8/14/2021 | 10/4/2021 | 10/25/2021 | |
| Hernandez, Juan | 1:20-cv-03166 | 12/10/2020 | | 1/13/2021 | 10/5/2021 | 10/25/2021 | |
| Iaccino, Margaret | 1:20-cv-02251 | 8/27/2020 | | 9/28/2020 | 11/17/2020 | 12/7/2020 | |
| Irizarry, Sonia Christine and Rufino | 1:21-cv-00654 | 3/18/2021 | | 4/21/2021 | 10/5/2021 | 10/25/2021 | |
| Jeffcoat, Christopher | 1:21-cv-00400 | 2/20/2021 | | 3/22/2021 | 9/29/2021 | 10/19/2021 | |
| Kibitlewski, Ronald | 1:21-cv-01038 | 4/27/2021 | | 6/2/2021 | 10/7/2021 | 10/27/2021 | |
| Knarr, Lori | 1:21-cv-00070 | 1/11/2021 | | 2/10/2021 | 9/29/2021 | 10/19/2021 | |
| Kyle, Unika | 1:20-cv-02876 | 11/3/2020 | | 11/30/2020 | 10/8/2021 | 10/28/2021 | |
| Lechich, Marie and Charlie | 1:21-cv-01748 | 6/15/2021 | | 8/14/2021 | 10/8/2021 | 10/28/2021 | 1/10/2022 |
| Ledford, Paul | 1:21-cv-00194 | 1/25/2021 | | 2/25/2021 | 10/8/2021 | 10/28/2021 | |
| Lee, Oriana E. | 1:21-cv-01719 | 6/14/2021 | | 8/14/2021 | 10/8/2021 | 10/28/2021 | |
| Long, Jody | 1:20-cv-02874 | 11/3/2020 | | 11/30/2020 | 10/5/2021 | 10/19/2021 | |
| Lucci, Joann | 1:20-cv-02162 | 8/17/2020 | | 9/16/2020 | 11/17/2020 | 12/7/2020 | |
| Malensek, Ronald | 1:21-cv-00493 | 3/3/2021 | | 4/2/2021 | 10/8/2021 | 10/28/2021 | |
| Master, Lauren | 1:21-cv-01070 | 4/29/2021 | | 6/1/2021 | 10/8/2021 | 10/28/2021 | |
| McReynolds, Tiffany | 1:20-cv-02858 | 11/3/2020 | | 12/1/2020 | 10/8/2021 | 2/5/2021 | 10/28/2021 |
| Merritt, Evony | 1:21-cv-01741 | 6/15/2021 | | 8/14/2021 | 10/8/2021 | 10/28/2021 | |
| Miller, James E. | 1:21-cv-00847 | 4/7/2021 | | 5/10/2021 | 10/7/2021 | 10/27/2021 | |
| Mooney, Viola and William | 1:21-cv-00583 | 3/11/2021 | | 4/12/2021 | 9/24/2021 | 10/14/2021 | |
| Mosley, Jeffrey | 1:20-cv-02845 | 11/2/2020 | | 12/2/2020 | 10/7/2021 | 10/27/2021 | |
| Naranjo, Angelina | 1:21-cv-02042 | 7/15/2021 | | 8/13/2021 | 10/7/2021 | 10/27/2021 | |
| Nelson, Deborah L. | 1:21-cv-01203 | 5/13/2021 | | 6/15/2021 | 10/7/2021 | 10/27/2021 | |
| O'Donnell, Thomas and Carol | 1:21-cv-01714 | 6/14/2021 | | 8/14/2021 | 9/29/2021 | 10/19/2021 | |
| O'Neal, DeHaven | 1:20-cv-03042 | 11/19/2020 | | 12/22/2020 | 9/27/2021 | 10/15/2021 | |
| Osback, Donna | 1:21-cv-00357 | 2/12/2021 | | 3/12/2021 | 10/8/2021 | 10/28/2021 | |
| Owen, Janet | 1:21-cv-00548 | 3/8/2021 | | 4/7/2021 | 10/7/2021 | 10/27/2021 | |
| Peterson, Gwendolyn | 1:21-cv-00858 | 4/7/2021 | | 5/10/2021 | 10/8/2021 | 10/28/2021 | |
| Powell, Derek | 1:20-cv-03160 | 12/9/2020 | | 1/11/2021 | 10/8/2021 | 10/28/2021 | |
| Reese, Cindy and Roger | 1:21-cv-00602 | 3/12/2021 | | 4/14/2021 | 10/5/2021 | 10/25/2021 | |
| Reimann, Ruby | 1:20-cv-02678 | 10/14/2020 | | 11/13/2020 | 11/17/2020 | 12/7/2020 | |
| Rhodes, Frederick | 1:21-cv-00171 | 1/20/2021 | | 3/3/2021 | 10/5/2021 | 10/25/2021 | |
| Rice, Ricky Lee | 1:21-cv-00542 | 3/8/2021 | | 4/7/2021 | 10/8/2021 | 10/27/2021 | |
| Simon, Jeffrey | 1:20-cv-00395 | 2/4/2020 | | 3/20/2020 | 9/30/2020 | 10/20/2020 | |
| Singler, Katherine | 1:21-cv-01086 | 4/30/2021 | | 6/2/2021 | 10/7/2021 | 10/27/2021 | |
| Singleton, Denzel | 1:20-cv-02892 | 11/5/2020 | | 12/3/2020 | 10/7/2021 | 10/27/2021 | |
| Smith, Cristal W. | 1:21-cv-01023 | 4/26/2021 | | 5/26/2021 | 10/18/2021 | 11/8/2021 | |
| Stabler, Kathryn | 1:21-cv-00593 | 3/11/2021 | | 4/14/2021 | 10/18/2021 | 11/8/2021 | |
| Steeper, Paula | 1:20-cv-03067 | 11/24/2020 | | 12/23/2020 | 10/18/2021 | 11/8/2021 | |
| Stroop, Tony and Wendy | 1:20-cv-02462 | 9/24/2020 | | 11/15/2020 | 11/17/2020 | 12/7/2020 | |
| Taylor, Clint | 1:21-cv-02540 | 9/28/2021 | | 10/28/2021 | 11/30/2021 | 12/20/2021 | |
| Terhaar, Brandon | 1:20-cv-02894 | 11/5/2020 | | 12/4/2020 | 10/5/2021 | 10/25/2021 | |
| Timberlake, Joe | 1:21-cv-00904 | 4/13/2021 | | 5/13/2021 | 10/18/2021 | 11/7/2021 | |
| Tuley, John D. | 1:21-cv-01758 | 6/15/2021 | | 8/14/2021 | 9/17/2021 | 10/7/2021 | |

| Name | Case No. | Date | | Date | Date | Date | |
|---|---|---|---|---|---|---|---|
| Valencia, Debbie | 1:21-cv-01093 | 4/30/2021 | | 6/2/2021 | 9/24/2021 | 10/14/2021 | |
| Veach, Leonard | 1:20-cv-02893 | 11/5/2020 | | 12/3/2020 | 10/4/2021 | 10/22/2021 | |
| Waddell, Marsha Diane | 1:20-cv-02884 | 11/4/2020 | | 12/9/2020 | 10/7/2021 | 10/27/2021 | |
| Weaver, Maria | 1:21-cv-01720 | 6/14/2021 | | 8/14/2021 | 9/30/2021 | 10/20/2021 | |
| Webb, Andrea | 1:20-cv-02854 | 11/3/2020 | | 12/1/2020 | 9/30/2021 | 10/20/2021 | |
| Weishar, Todd and Shawn | 1:20-cv-02502 | 9/29/2020 | | 10/29/2020 | 11/17/2020 | 12/7/2020 | |