UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ⎫<br>⎬<br>⎭<br>This Document Relates to:<br>Whitney Tucker<br>Case No. 1:19-cv-03546-RLY-TAB | 1:14-ml-02570-RLY-TAB<br>MDL NO. 2570 |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff respectfully requests leave to file a First Amended Short Form Complaint based on the following:

1. This is a product liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with an Inferior Vena Cava filter manufactured by Defendants.

2. Plaintiff's counsel has learned that an inaccuracy exists in paragraph 11 of the Short Form Complaint, which incorrectly indicates the filter was implanted on 8/4/2017 when it was actually implanted on 8/1/2017.

3. Plaintiff seeks leave to amend the current complaint and file the "First Amended Short Form Complaint", attached hereto, for the limited purpose of correcting the inaccuracy in paragraph 11.

4. "A party may amend its pleading only with the opposing party's written consent or the Court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2), Fed. R. Civ. P.; Forman v. Davis, 371 U.S. 178, 182 (1962). Defendants have consented to filing of the First Amended Short Form Complaint.

5. No new causes of action are being introduced and the only change is correcting the inaccuracy on date of implantation of the filter. No depositions have been taken, and no prejudice will come to any party by allowing Plaintiff to amend the Complaint.

WHEREFORE, Plaintiff prays that this Motion be granted, for leave to file Plaintiff's First Amended Short Form Complaint, and for such other and further relief as the Court deems just and appropriate.

Dated:  February 22, 2022

Respectfully submitted,

/s/ David C. DeGreeff
Thomas P. Cartmell          MO Bar #45366
(admitted pro hac vice)
David C. DeGreeff           MO Bar #55019
(admitted pro hac vice)
Wagstaff & Cartmell, LLP
4740 Grand Ave., Suite 300
Kansas City, MO 64112
(816) 701-1100
(816) 531-2371 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ David C. DeGreeff