UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Whitney Tucker Case No. 1:19-cv-03546-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL NO. 2570 |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the Plaintiff's Unopposed Motion for Leave to Amend Complaint,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED** that motion is hereby GRANTED and Plaintiff is permitted leave to file her Amended Short Form Complaint.

Date: _____

_____
Tim A. Baker
United States District Judge