# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Christie A. Ramirez 1:18-cv-03774-RLY-TAB

## ORDER ON MOTION TO WITHDRAW DKT. 21159

After considering Plaintiff's Motion to Withdraw Dkt. 21159, Plaintiff's Amended Motion to Withdraw Attorney Matthew R. McCarley (Dkt. 21161). The Court, having reviewed the Motion and being duly advised in the premises, now GRANTS the Motion.

IT IS THEREFORE ORDERED that Dkt. 21159 is hereby withdrawn from the docket.

Date: 2/22/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.