UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This document relates to:

1:16-cv-03510; 1:17-cv-02728; 1:19-cv-02383; 1:19-cv-02561;
1:21-cv-01101; and 1:21-cv-01466

_____

## NOTICE OF MARCH 9, 2022 MOTIONS HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the March 9, 2022 motions hearing. Pursuant to Amended Case Management Order 18 entered on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.


Dated: February 22, 2022

                                                   Respectfully Submitted,

                                                   /s/ Andrea Roberts Pierson
                                                   Andrea Roberts Pierson
                                                   Jessica Benson Cox
                                                   FAEGRE DRINKER BIDDLE & REATH LLP
                                                   300 North Meridian Street, Suite 2500
                                                   Indianapolis, Indiana 46204
                                                   Telephone: (317) 237-0300
                                                   Andrea.Pierson@FaegreDrinker.com
                                                   Jessica.Cox@FaegreDrinker.com

                                        James Stephen Bennett
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        110 W. Berry Street, Suite 2400
                                        Fort Wayne, Indiana 46802
                                        Telephone: (260) 424-8000
                                        Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

US.136882309.02

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2022, a copy of the foregoing Notice of March 9, 2022, Motions Hearing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.


                         /s/ Andrea Roberts Pierson

US.136882309.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:16-cv-03510; 1:17-cv-02728; 1:19-cv-02383; 1:19-cv-02561;
1:21-cv-01101; and 1:21-cv-01466

_____

# EXHIBIT A TO
# NOTICE OF MARCH 9, 2022 MOTIONS HEARING

1. Cook's Status Report on Effect of *Looper/Lambert* Decision on Other Cases (Dkt. 20911)
   - Lambert, Sammie (1:19-cv-02561)
     Counsel: JOHNSON LAW GROUP

   - Looper, Victoria (1:16-cv-03510)
     Counsel: LOWE LAW GROUP

2. Cook's Motion for Judgment in Plaintiff *Jane Creese* Case Pursuant to CMO-28 (Dkt. 18048)

   - Creese, Jane (1:19-cv-02383)
     Counsel: FEARS NACHAWATI, PLLC
   - See Sealed Exhibit A at Dkt. 18049
   - See Plaintiff's Response at Dkt. 18259
   - See Cook Defs.' Reply at Dkt. 18586

3. Cook's Motion for Judgment in Plaintiff *Jose Trevino's* Case Pursuant to CMO-28 (Dkt. 17995)

   - Trevino, Jose (1:17-cv-02728)
     Counsel: MCSWEENEY/LANGEVIN
   - See Sealed Exhibit A at Dkt. 17996
   - See Plaintiff's Response at Dkt. 18330
   - See Cook Defs.' Reply at Dkt. 18675

US.136882309.02

4.  Cooks' Motion to Dismiss for Failure to Cure PPS Deficiencies (Dkt. 20996) [1]

- Lamp, Lynn (1:21-cv-01101)
  Counsel: FEARS NACHAWATI, PLLC
- Adell, Jasper and Gorday, Judith (1:21-cv-01466)
  Counsel: FEARS NACHAWATI, PLLC
- See Exhibit A at Dkt. 20996-1
- See Sealed Exhibits B - F at Dkts. 20996-2 – 20996-6
- See Amended Exhibit A. at Dkt. 21178
- No response has been filed; Deadline was 2/11/22

---

[1] There are 138 cases subject to this motion. For purposes of this Notice, however, only Lamp, Lynn (1:21-cv-01101) and Adell, Jasper and Gorday, Judith (1:21-cv-01466) are being set for oral argument at the March 9, 2022 hearing.