UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS            Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:16-cv-03510; 1:17-cv-02728; 1:19-cv-02383; 1:19-cv-02561;
1:21-cv-01101; and 1:21-cv-01466

_____

**EXHIBIT A TO
NOTICE OF MARCH 9, 2022 MOTIONS HEARING**

1.      Cook's Status Report on Effect of *Looper/Lambert* Decision on Other Cases (Dkt. 20911)

- Lambert, Sammie (1:19-cv-02561)
  Counsel: JOHNSON LAW GROUP

- Looper, Victoria (1:16-cv-03510)
  Counsel: LOWE LAW GROUP

2.      Cook's Motion for Judgment in Plaintiff *Jane Creese* Case Pursuant to CMO-28 (Dkt. 18048)

- Creese, Jane (1:19-cv-02383)
  Counsel: FEARS NACHAWATI, PLLC
- See Sealed Exhibit A at Dkt. 18049
- See Plaintiff's Response at Dkt. 18259
- See Cook Defs.' Reply at Dkt. 18586

3.      Cook's Motion for Judgment in Plaintiff *Jose Trevino's* Case Pursuant to CMO-28 (Dkt. 17995)

- Trevino, Jose (1:17-cv-02728)
  Counsel: MCSWEENEY/LANGEVIN
- See Sealed Exhibit A at Dkt. 17996
- See Plaintiff's Response at Dkt. 18330
- See Cook Defs.' Reply at Dkt. 18675

4

4.       Cooks' Motion to Dismiss for Failure to Cure PPS Deficiencies (Dkt. 20996) [1]

- Lamp, Lynn (1:21-cv-01101)
  Counsel: FEARS NACHAWATI, PLLC
- Adell, Jasper and Gorday, Judith (1:21-cv-01466)
  Counsel: FEARS NACHAWATI, PLLC
- See Exhibit A at Dkt. 20996-1
- See Sealed Exhibits B - F at Dkts. 20996-2 – 20996-6
- See Amended Exhibit A. at Dkt. 21178
- No response has been filed; Deadline was 2/11/22

---

[1] There are 138 cases subject to this motion.  For purposes of this Notice, however, only Lamp, Lynn (1:21-cv-01101) and Adell, Jasper and Gorday, Judith (1:21-cv-01466) are being set for oral argument at the March 9, 2022 hearing.

US.136882309.02