UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Lackey, Rickey – 1:20-cv-06215

### AFFIDAVIT OF RICKEY LACKEY

1. I am the Plaintiff in the above-entitled matter.
2. My filter was inserted on May 26, 2008. I was not told there were any problems with the insertion surgery.
3. The first time I suspected I had suffered an injury related to the filter was on February 6, 2020 when I had a CT scan of my abdomen. I went into hospital on that date because I was experiencing back and abdominal pain. I was subsequently told I had a fracture and needed surgery to remove the filter.
4. I eventually contacted Goldenberg Law and signed a retainer with them on April 24, 2020.
5. My case was filed on May 15, 2020.

Further your affiant sayeth not. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Feb 22, 2022

By: *Rickey Lackey (Feb 22, 2022 14:53 EST)*
Rickey Lackey