# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 2, 2022 11:47 AM |
| **To:** | Andrea.Pierson@FaegreDrinker.com; Andrea.Pierson@FaegreDrinker.com; Kip.McDonald@FaegreDrinker.com; Angelino, Blake A.; Lehr, Blake T. |
| **Cc:** | Danner, Michelle R.; Symons, Rochelle R. |
| **Subject:** | RODENBORN v. COOK INCORPORATED et al; 1:21-cv-00518 |
| **Attachments:** | Michael Rodenborn - PPS.pdf; 1_RODENBORN^MICHAEL.pdf; Rodenborn, M - Categorization Form.pdf |

Dear Counsel,

I apologize in the delay in getting Mr. Rodenborn's fully completed PPS to you. Mr. Rodenborn moved recently and in the process of the move he lost the PPS. We sent over a new copy and stressed to him the importance of filing out the PPS as fully and accurately as he could. He finally was able to get this back to us. The amended Plaintiff Profile Sheet, Categorization Form, and medical records for the above referenced case have been uploaded to [Faegre Drinker Secure File Transfer](), but I have attached them here as well. Again, I apologize for the delay.

Thank you,

Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com

1