# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 2, 2022 2:21 PM |
| **To:** | Andrea.Pierson@FaegreDrinker.com; Andrea.Pierson@FaegreDrinker.com; Kip.McDonald@FaegreDrinker.com; Angelino, Blake A.; Lehr, Blake T. |
| **Cc:** | Danner, Michelle R.; Symons, Rochelle R. |
| **Subject:** | WHITAKER v. COOK INCORPORATED, et al; 1:21-cv-00593 |
| **Attachments:** | Ray-Whitaker, K - PPS.pdf; Ray-Whitaker, Kiara-IVC-Med Rec - OUR LADY OF LOURDES MEDICAL CENTER - 78 PGS.pdf; Ray-Whitaker, K - Categorization Form.pdf; Ray-Whitaker, Kiara-IVC-Filter Card.pdf |

Dear Counsel,

I apologize in the delay in getting this to you. We were unable to get ahold of Ms. Ray-Whitaker because she had changed her phone number and did not inform us. We finally were able to get in contact with her and she let us know that she completed the PPS but had not mailed it back to us. She was able to fax it over to us. The amended Plaintiff Profile Sheet, Categorization Form, and medical records for the above referenced case have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.

Thank you,

Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com

1