# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 23, 2022 12:36 PM |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Subject:** | BROWN v. COOK INCORPORATED et al; 1:21-cv-00829 |
| **Attachments:** | Brown, Theresa - PPS.pdf; Brown, Theresa - Categorization Form.pdf; Brown, Theresa - IVC - Med Recs - Meadows Regional Medical Center (2pgs).pdf; Brown, Theresa - IVC - Expert Injury Report CP CT Scan.pdf; Brown, Theresa - IVC - Expert PID Report.pdf |

Dear Counsel,

I apologize in the delay in getting Ms. Brown's fully completed PPS to you. Ms. Brown moved recently and in the process of the move she lost the PPS. We sent over a new copy and stressed to her the importance of filing out the PPS as fully and accurately as she could. She finally was able to get this back to us. The files have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.

Thank you,

Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com