# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 23, 2022 12:53 PM |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Subject:** | CARTER et al v. COOK INCORPORATED et al; 1:21-cv-00334 |
| **Attachments:** | Carter Melissa OCC report - 226973.pdf; Carter, Melissa - Categorization Form.pdf; Carter, Melissa - Plaintiff Profile Sheet Signed.pdf; Carter, Melissa - IVC - Med Recs - Winchester Medical Center (16 pgs).pdf; Carter, Melissa-Med REC-Winchtster Med-226973.pdf |

Dear Counsel,

I apologize in the delay in getting Mrs. Carter's fully completed PPS to you. We had difficulty contacting Mrs. Carter, but we were finally able to reach her and she mentioned she completed the forms but had not sent them back to us. She finally was able to send this back to us. The files have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.
Thank you,
Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com