# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 23, 2022 1:12 PM |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Subject:** | COOPER v. COOK INCORPORATED et al; 1:20-cv-00547 |
| **Attachments:** | Cooper, James - PPS signed.pdf; Cooper, James - IVC - MedRec - Albert B. Chandler Hospital UK Health (4 pages).pdf; Cooper, James- OCC CT Scan Results- 256973.pdf; Cooper, James-IVC-MEDREC- UNIV. OF KENTUCKY MEDICAL CENTER (25 pages).pdf |

Dear Counsel,

I apologize in the delay in getting Mr. Cooper's fully completed PPS to you. We had difficulty contacting Mr. Cooper but we were finally able to reach him was finally able to send this back to us. The files have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.

Thank you,
Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com