# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, February 23, 2022 3:07 PM |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Subject:** | HALL v. COOK INCORPORATED et al; 1:21-cv-01724 |
| **Attachments:** | Michelle Hall -PPS.pdf; Hall, Michelle OCC Report - 269290.pdf; Cook - Categorization Form.pdf; Hall, Michelle-CPM-Northwestern Memorial Hospital(19) [269290].pdf; Hall, Michelle-CPM-Northwestern Memorial Hospital(152) [269290].pdf |

Dear Counsel,

I apologize in the delay in getting Ms. Hall's fully completed PPS to you. We had difficulty contacting Ms. Hall but we were finally able to reach her and she was finally able to send this back to us. The files have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.

Thank you,

Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com

1