UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Whitney Tucker Case No. 1:19-cv-03546-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL NO. 2570 |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Considering the Plaintiff's Motion for Leave to Amend Complaint of Whitney Tucker (Dkt. 21186).

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Unopposed Motion for Leave to Amend the Complaint filed by Whitney Tucker is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/24/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.