UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

### DEFENDANTS' NOTICE OF BELLWETHER SUBSTITUTION

On November 23, 2021, Plaintiff Bowen moved to dismiss her case two weeks after it was selected as one of two Tulip cases to be tried as bellwethers. Dkt. 20461. The Court dismissed the case on January 28, 2022. Dkt. 20958. Unfortunately, the dismissal of *Bowen* is but one example of the serial dismissal of bellwether cases. When the Court puts plaintiffs to their proof by setting cases for bellwether trial, they are all too frequently dismissed. This Court's bellwether process – and Cook's right to trial on the merits of these matters – has been substantially frustrated by plaintiffs' serial dismissals.[1]

The Court's bellwether plan now directs the next step: Cook will select the bellwether case that replaces *Bowen*. *See* Dkt. 15887, Fifth Amended Case Management Order #27 at ¶ 13 ("If a bellwether case is voluntarily dismissed, Cook will be permitted to select a replacement bellwether

---

[1] Following the *Brand* trial in early 2019, the Court issued a new case management order providing for the selection of three Category 5 and 6 cases for bellwether trials. *See* Dkt. 10599. On August 21, 2019, the Court selected *McDermitt*, *Johnson*, and *Burrage* to be tried as bellwethers. *See* Dkt. 11062. After the Court dismissed *McDermitt* on statute of limitations grounds, the Nations law firm voluntarily dismissed *Johnson* and *Burrage* in the summer of 2020, dismantling the Court's bellwether plan and taking the parties back to square one. *See* Dkt. 13354; Dkt. 13587.
  Following the dismissal of *Johnson* and *Burrage*, the Court started over with a new bellwether plan for Category 5 and 6 cases in October of 2020. *See* Dkt. 14602. On November 9, 2021, the Court selected two Category 5 cases, *Bowen* and *Wilson*, to be tried as bellwethers. *See* Dkt. 20373. Unfortunately, two weeks later, Plaintiff Bowen moved to dismiss her case with prejudice. *See* Dkt. 20461.

case from the Initial Bellwether Discovery Cases without regard to strikes."); Dkt. 20958, Order Granting Motion to Dismiss Bowen With Prejudice ("As Plaintiff's case was selected as a bellwether, the Cook Defendants are permitted to select the next bellwether case.").

WHEREFORE, pursuant to Fifth Amended Case Management Order No. 27, and upon the dismissal of *Bowen v. Cook Medical, Inc.*, 1:17-cv-02704-RLY-TAB, Cook notifies the Court and the parties that Cook selects *Tucker v. Cook Medical, Inc.*, 1:19-cv-03546-JPH-DLP, for bellwether trial.

Dated: February 28, 2022

Respectfully Submitted,

/s/ Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:      (317) 237-0300
Facsimile:       (317) 237-1000
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:      (260) 424-8000
Facsimile:       (260) 460-1700
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2022, a copy of the foregoing Notice of Bellwether Substitution was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Jessica Benson Cox