UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Case:

Pete Aldrete 1:21-cv-00058

---

### PLAINTIFF PETE ALDRETE'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff Pete Aldrete files this response to Cook Defendants' Motion to Dismiss (Doc. No. 21178) based on Plaintiff's failure to cure PPS deficiencies and shows the Court as follows:

Dismissal of Plaintiff's claims would be unfairly prejudicial, and the harm caused to Plaintiff would greatly outweigh any prejudice suffered by Defendant as a result of the delay in receiving the cured Plaintiff Profile Sheet (referred hereinafter as "PPS"). Plaintiff has now cured those identified deficiencies in their PPS and are in compliance with CMO No. 4.

Mr. Pete Aldrete until recently recently moved and in the process of the move he lost his PPS. He was finally able to return the PPS to Plaintiff's counsel in late February. After receiving Mr. Aldrete's PPS, Plaintiff's counsel served an Amended PPS on February 25, 2022, curing those deficiencies identified by Cook. As a result, Plaintiff is now in full compliance with CMO No. 4 and dismissal is not warranted. For the foregoing reasons, Plaintiff respectfully requests

that the Court deny Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies.

Respectfully Submitted,

/s/ Kelly Chermack
**Kelly Chermack**
 Texas Bar No. 24121361
 kchermack@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
 5489 Blair Road
 Dallas, Texas 75231
 Tel. (214) 890-0711
 Fax (214) 890-0712

 Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022 a true and correct copy of *Plaintiffs' Response to Defendants' motion to dismiss* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Dated: 3/1/2022

Respectfully Submitted,

*/s/ Kelly Chermack*
**Kelly Chermack**