**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:21-cv-06692 | 1:22-cv-00289 |
| 1:22-cv-00216 | 1:22-cv-00295 |
| 1:22-cv-00260 | 1:22-cv-00297 |
| 1:22-cv-00264 | 1:22-cv-06705 |
| 1:22-cv-00266 | 1:22-cv-06706 |
| 1:22-cv-00273 | 1:22-cv-06708 |
| 1:22-cv-00277 | 1:22-cv-06710 |
| 1:22-cv-00279 | 1:22-cv-06713 |
| 1:22-cv-00281 | 1:22-cv-06720 |
| 1:22-cv-00287 | 1:22-cv-06731 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     March 2, 2022        /s/ Kip S. M. McDonald
                                                      Andrea Roberts Pierson (# 18435-49)
                                                      Kip S. M. McDonald (# 29370-49)
                                                      FAEGRE DRINKER BIDDLE & REATH LLP
                                                      300 North Meridian Street, Suite 2500
                                                      Indianapolis, Indiana 46204
                                                      Telephone: (317) 237-0300
                                                      Facsimile: (317) 237-1000
                                                      E-Mail: andrea.pierson@faegredrinker.com
                                                      E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ Kip S. M. McDonald

US.120263840.01