# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

| | |
|---|---|
| 1:21-cv-06692 | 1:22-cv-00289 |
| 1:22-cv-00216 | 1:22-cv-00295 |
| 1:22-cv-00260 | 1:22-cv-00297 |
| 1:22-cv-00264 | 1:22-cv-06705 |
| 1:22-cv-00266 | 1:22-cv-06706 |
| 1:22-cv-00273 | 1:22-cv-06708 |
| 1:22-cv-00277 | 1:22-cv-06710 |
| 1:22-cv-00279 | 1:22-cv-06713 |
| 1:22-cv-00281 | 1:22-cv-06720 |
| 1:22-cv-00287 | 1:22-cv-06731 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated: March 2, 2022

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

US.120264241.01

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson

US.120264241.01