UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

DeHaven O'Neal 1:20-cv-03042

### PLAINTIFF DEHAVEN O'NEAL'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

COMES NOW Plaintiff DeHaven O'Neal files this response to Cook Defendants' Motion to Dismiss (Doc. No. 21178) based on Plaintiff's failure to cure PPS deficiencies and shows the Court as follows:

Dismissal of Plaintiff's claims would be unfairly prejudicial, and the harm caused to Plaintiff would greatly outweigh any prejudice suffered by Defendant as a result of the delay in receiving the cured Plaintiff Profile Sheet (referred hereinafter as "PPS"). Plaintiff has now cured those identified deficiencies in their PPS and are in compliance with CMO No. 4.

Plaintiff's counsel had difficulty contacting Mr. DeHaven O'Neal until recently. Plaintiff's counsel was finally able to reach him and have him return the PPS to Plaintiff's counsel in early March. After receiving Mr. O'Neal's PPS, Plaintiff's counsel served an Amended PPS on March 2, 2022, curing those deficiencies identified by Cook. As a result, Plaintiff is now in full compliance with CMO No. 4 and dismissal is not warranted. For the

foregoing reasons, Plaintiff respectfully requests that the Court deny Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies.

  Respectfully Submitted,

              */s/ Kelly Chermack*
              **Kelly Chermack**
              Texas Bar No. 24121361
              kchermack@fnlawfirm.com
              **FEARS NACHAWATI, PLLC**
              5489 Blair Road
              Dallas, Texas 75231
              Tel. (214) 890-0711
              Fax (214) 890-0712

              Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022 a true and correct copy of *Plaintiffs' Response to Defendants' motion to dismiss* was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF counsel of record.

Dated:3/02/2022

> Respectfully Submitted,
>
> */s/ Kelly Chermack*
> **Kelly Chermack**