# Kelly Chermack

| | |
|---|---|
| **From:** | Kelly Chermack |
| **Sent:** | Wednesday, March 2, 2022 11:30 AM |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Subject:** | O'NEAL v. COOK INCORPORATED et al; 1:20-cv-03042 |
| **Attachments:** | O'Neal, Dehaven  Signed  PPS 030222.pdf; 1_ONEAL^DEHAVEN.pdf; O'Neal, Dehaven - Categorization Form.pdf; O'Neal, DeHaven-IVC-Expert Labeled Image.pdf; O'Neal, DeHaven-IVC-Expert PID Report.pdf |

Dear Counsel,

I apologize in the delay in getting Mr. O'Neal's fully completed PPS to you. We had difficulty contacting Mr. O'Neal but we were finally able to reach him and he was finally able to send this back to us. The files have been uploaded to Faegre Drinker Secure File Transfer, but I have attached them here as well. Again, I apologize for the delay.

Thank you,

Kelly Chermack
Attorney
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
214-919-7533
kchermack@fnlawfirm.com

1