# Notes

Use the space below to record your doctor's name, your doctor's phone number, and the date of your vena cava filter placement.

Patient name: ____________________

Date of filter placement: ____________________

Retrieval notes: ____________________

____________________

____________________

Physician name: ____________________

Physician phone number: ____________________

It's important to consider the details of this procedure and its impact on your health. If you have any questions that are not covered in this booklet, please contact your doctor.