IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : Robert R. Cunningham
Civil Case # 1:16-cv-1986

## ORDER --PLAINTIFF'S MOTION FOR LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28

ON THIS DAY came for consideration Robert R. Cunningham's MOTION FOR LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28.  Having considered the Motion, the Court concludes the Motion should be granted and, therefore: [1] Plaintiff is hereby granted LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28; and [2] the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

Dated this 3rd day of March, 2022

SO ORDERED:_____