IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff:**
Lonnie Campbell, Administrator for
the Estate of Kimberly Campbell
Case No. 1:18-cv-02537-RLY-TAB

## ORDER GRANTING MOTION TO VACATE ORDER RECOMMENDING DISMISSAL

Plaintiff's Motion to Vacate Order Recommending Dismissal [Filing No. 21163] is GRANTED.

IT IS THEREFORE ORDERED that Magistrate Judge Baker's Order, recommending the District Judge dismiss this case, without prejudice, because Plaintiff failed to appear for a show cause hearing following Plaintiff's counsel's filing of a Motion to Withdraw, Filing No. 21160, is hereby VACATED.

Date: 3/3/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.