IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cathy A. Boudreaux

Civil Case # 1:22-cv-6729-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

                Respectfully submitted,

Dated: 3/3/22

                */s/ Jennifer Rethemeier*
                Jennifer Rethemeier
                (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                **DALIMONTE RUEB STOLLER, LLP**
                2425 E. Camelback Road, Suite 500
                Phoenix, Arizona 85016
                Tel: (602) 892-0341
                Fax: (855) 203-2035
                jennifer.rethemeier@drlawllp.com

                ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i>/s/ Jennifer Rethemeier</i><br>
Jennifer Rethemeier