IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dederick Pierce 1:18-cv-03445-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 4, 2022 | /s/ Jennifer Rethemeier<br>Jennifer Rethemeier<br>(Admitted *Pro Hac Vice*, AZ Bar No. 031398)<br>**DALIMONTE RUEB STOLLER, LLP**<br>2425 E. Camelback Road, Suite 500<br>Phoenix, Arizona 85016<br>Tel: (602) 892-0341<br>Fax: (855) 203-2035<br>jennifer.rethemeier@drlawllp.com<br><br>***Lead Counsel for Plaintiff*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i>/s/ Jennifer Rethemeier</i><br>
Jennifer Rethemeier