IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff                  Plaintiff Demands a Trial by Jury

Sherlyn Pinder

Civil Case # 1:18-cv-01635-RLY-TAB

## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Rule 15 of Federal Rules of Civil Procedure, Plaintiff moves this Court to amend her Short Form Complaint in the above-captioned action and, in support, states as follows:

1. A party may amend her pleading by leave of the Court, and "[t]he court shall freely give leave when justice so requires" Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence" Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4. Plaintiff specifically requests leave to amend her complaint to provide more evidence to support her express warranty and equitable estoppel claims in tandem to answer Defendant's Motion for Summary Judgement on the pleadings Pursuant to CMO-28. DKT 21173.

5. The Court has granted Plaintiffs in the past leave to file an amended complaint in other similar circumstances. *See* DKT 19303 and 18285.

6. The proposed Amended Short Form Complaint is attached as Exhibit A.

7. Attached also are additional facts and claims to support Plaintiff's updated claims in

her amended complaint as Exhibit B.

8.      Also attached is advertisements and expressed statements made by Cook regarding its Gunther Tulip IVC filter in support of Plaintiffs claims is Exhibit C.

9.      Due to the sensitive information relied upon by Plaintiff to support her expressed warranty and equitable estoppel claims, obtained by discovery provided by Defendants, Plaintiff is filing the amended SFC addendum, as well the Exhibits attached to it separately under seal in order to comply with the protective order.

Respectfully submitted,

*s/ Monte Bond*_____
Monte Bond TX No. 02585625
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Facsimile: (214) 853-4281
Email: mbond@tbtorts.com
Email: jglitz@tbtorts.com

*Attorneys for Plaintiff*

Dated: March 4, 2022

## **CERTIFICATE OF SERVICE**

I certify that on March 4, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/Monte Bond*
Monte Bond