IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : Robert R. Cunningham  Civil Case # 1:16-cv-1986-RLY-TAB

### ORDER --PLAINTIFF'S MOTION FOR LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28

ON THIS DAY came for consideration Robert R. Cunningham's MOTION FOR LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28 (Dkt. 21286). Having considered the Motion, the Court concludes the Motion should be granted and, therefore: [1] Plaintiff is hereby granted LEAVE TO FILE EXTRA PAGES IN RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28; and [2] PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF ROBERT CUNNINGHAM'S CASE PURSUANT TO CMO-28 is hereby deemed filed as of the date of this Order.

SO ORDERED.

Date: 3/4/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.