# EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Rodenborn | Michael | 1:21-cv-00518 |
| Ray-Whitaker | Kira | 1:21-cv-00539 |
| Brown | Theresa | 1:21-cv-00829 |
| Carter | Melissa | 1:21-cv-00334 |
| Cooper | James | 1:20-cv-00547 |
| Hall | Michelle | 1:21-cv-01724 |
| Iaccino | Margaret | 1:20-cv-02251 |
| Knarr | Lori | 1:21-cv-00070 |
| Miller | James | 1:21-cv-00847 |
| Terhaar | Brandon | 1:20-cv-02894 |
| Alderete | Pete | 1:21-cv-00058 |
| McReynolds | Tiffany | 1:20-cv-02858 |
| O'Neil | Dehaven | 1:20-cv-03042 |