UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS   LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates Only to the Following Case:

Trevino, Jose, 1:17-cv-02728

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 7, 2022              /s/ Nicholas B. Alford

                                                 Nicholas B. Alford (#31867-49)
                                                FAEGRE DRINKER BIDDLE & REATH LLP
                                                300 North Meridian Street, Suite 2500
                                                Indianapolis, Indiana 46204
                                                Telephone: (317) 237-0300
                                                Facsimile: (317) 237-1000
                                                E-Mail:  nicholas.alford@faegredrinker.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Nicholas B. Alford*

US.137157910.01