UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Jean Michelle Moeders, 1:20-cv-00169

## ORDER

On March 7, 2022, the Cook Defendants filed a motion for a 7-day extension to their briefing deadline on the Oregon choice-of-law issue where the Court requested additional briefing.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including March 14, 2022 to file their brief and Plaintiff shall have until April 4, 2022 to file her brief.

**SO ORDERED** this day of _____ day of _____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record