UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) )  1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The motion and status hearing set for MARCH 9, 2022 is VACATED AND RESET to **APRIL 6, 2022 at 3:00 p.m. (Eastern time)** and shall be held before the Honorable Richard L. Young, in room 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

All hearings will be held in person. The court anticipates only lead counsel need appear for status hearings.

Participation by telephone for observation of hearings will **not** be permitted.

**SO ORDERED** this 7th day of March 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record