IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff          Plaintiff Demands a Trial by Jury

Sonya Frazier

Civil Case # 1:18-cv-02581-RLY-TAB

### MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Rule 15 of Federal Rules of Civil Procedure, Plaintiff moves this Court to amend her Short Form Complaint in the above-captioned action and, in support, states as follows:

A party may amend her pleading by leave of the Court, and "[t]he court shall freely give leave when justice so requires" Fed. R. Civ. P. 15(a). A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence" Fed. R. Civ. P. 15(b). In the absence of any apparent or declared reason—such as undue delay, . . . undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be "freely given." *Continental Bank, N.A. v. Meyer*, 10 F.3d 1293, 1298 (7th Cir. 1993) (quoting *Foman v. Davis*, 371 U.S. 178 (1962)).

The proposed Amended Short Form Complaint is attached as Exhibit A. Also attached as Exhibit B are additional claims and facts to support Plaintiff's updated claims in her amended complaint. And attached as Exhibit C are examples of advertisements and other materials containing

the express warranties made by Defendants.[1]

There is no undue delay or prejudice to Defendants. Plaintiff's case is not a bellwether case and case specific discovery in Plaintiff's case has not begun. Allowing amended complaint will not violate the Court's scheduling order.

Additionally, Defendants recently filed their motion for judgment on the pleadings under CMO 28. DKT 21171. The amended complaint is submitted to address Defendants' objection that Plaintiff's claims lack specificity. Review of Plaintiff's proposed amended complaint and supporting exhibits demonstrate Plaintiff's claims are not futile. It sets forth in detail the express warranties made by Defendants regarding the Gunther Tulip Filter implanted in Plaintiff as well as the facts demonstrating the fraudulent nature of those warranties, the concealment of those facts and the breach of the warranties by Defendants all of which establish more than plausible claim for breach of express warranty, equitable estoppel, and fraud—which is all that is required at this stage of the proceedings. *Campbell v. Valtrans Express, Inc.*, 2:20-cv-00293-JRS-DLP, at *4 (S.D. Ind. Aug. 25, 2021). The Court granted other Plaintiffs leave to file an amended complaint in similar circumstances. *See* e.g., DKT 19303 and 18285.

For all these reasons, and those stated in the attached memorandum in support, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the attached Amended Complaint.

---

[1] Due to the information relied upon by Plaintiff to support her expressed warranty and equitable estoppel claims being obtained through discovery from Defendants, Plaintiff submits the amended Short Form Complaint addendum, as well the exhibits attached to it separately under seal according to the protective order in this case.

        Respectfully submitted,

        <u>s/ Monte Bond</u>
        Monte Bond TX No. 02585625
        Jessica Glitz TX No. 24076095
        **Tautfest Bond, PLLC**
        5151 Belt Line Rd., Suite 1000
        Dallas, TX 75254
        Phone: (214) 617-9980
        Facsimile: (214) 853-4281
        Email: mbond@tbtorts.com
        Email: jglitz@tbtorts.com

        ***Attorneys for Plaintiff***

Dated: March 7, 2022

**CERTIFICATE OF SERVICE**

    I certify that on March 7, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

                                                                              */s/ Monte Bond*
                                                                               Monte Bond