**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **IN RE: COOK IVC FILTER** | ) | **MDL NO. 2570** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*FRAZIER v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:18-cv-02581*

**ORDER**

The Court, after considering the Plaintiff's Motion to Amend Plaintiffs originally filed Short Form Complaint to provide additional facts and evidence to support her Motion in Opposition to Cook's Motion for Judgement on the Pleadings under CMO-28 and substitute it with Exhibit A, Exhibit B, and Exhibit C as reference and additional evidence to support her claims, filed under seal as well as any responses thereto, finds the motion granted. It is therefore ORDERED THAT: Plaintiff Sonya Frazier has leave to file the amended complaint.

Date: _____        _____
United States District Court
Southern District of Indiana