# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SHERLYN PINDER
1:18-cv-01635-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits B and Exhibit C, to Plaintiff's Motion for Leave to Amend Complaint [Dkt. No.21313]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect information referencing Cook Incorporated et al. internal documents guarded by the agreed upon protective order. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained by the defendants that the information referenced is no longer confidential. Therefore, Plaintiff's motion is granted.

Date: _____, 2022.

_____
**Tim A. Baker**
**United States Magistrate Judge**
**Southern District of Indiana**