IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sonya Frazier

Civil Case # 1:18-cv-02581

**[PROPOSED] ORDER ON MOTION TO EXTEND PAGE LIMIT**

The Court has reviewed the Unopposed Motion to Extend Page Limits for Plaintiff's Response for Judgment on the Pleadings ("Unopposed Motion") Good cause appearing, it is ORDERED That the page limit for the Plaintiff's Response to Cook's Motion for Judgement on the Pleadings [ responses to Doc. 21171] Plaintiff, Frazier's Response can be extended an additional three pages.

SO ORDERED this __ day of March 2022.

_____
United States District Court
Southern District of Indiana