**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

SONYA FRAZIER
1:18-cv-02581-RLY-TAB

---

**PLAINTIFF'S BRIEF IN SUPPORT OF
<u>MOTION TO MAINTAIN DOCUMENTS UNDER SEAL</u>**

Plaintiff Sonya Frazier ("Plaintiff"), by and through her attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5-11(d)(2)(e) states:

1. On March 4, 2022, the Plaintiff also filed a Motion to Amend her Complaint in the above captioned action [Dkt. No. 21334] to provide additional facts to support the Plaintiff's express warranty, and equitable estoppel claims.

2. On March 7, 2022, Plaintiff, through her undersigned attorney, filed Plaintiff's Response to Cooks' Motion for Summary Judgment ("Plaintiff's Response") in the above captioned action [Dkt. No.21338-1 ].

3. Both Plaintiff's motion and Plaintiffs Response cites to the additional allegations and discovery asserted in Exhibits B & C. [Dkt. 21335].

4. Exhibit B to Plaintiff's Motion to Amend Short Form Complaint contains facts and information, based on discovery provided by Defendants to Plaintiffs covered by the Protective Order- CMO-8. [Dkt. 21335].

5.      Exhibit C contains allegations found in documents and discovery also obtained by Defendants marked confidential under the protective order. [Dkt. 21335].

6.      Accordingly, to ensure that all parties comply with the protective order established by CMO 8 [Dkt. No.415], Plaintiff requests that Exhibit B and C to [Dkt. 21334  as filed [Dkt. No.21335] remain under seal.

7.      Sealing of these documents is not opposed by any party.


Dated March 7, 2022.                          /s/ Monte Bond
                                              Monte Bond TX No. 02585625
                                              Jessica Glitz TX No. 24076095
                                              **Tautfest Bond, PLLC**
                                              5151 Belt Line Rd., Suite 1000
                                              Dallas, TX 75254
                                              Phone: (214) 617-9980
                                              Facsimile: (214) 853-4281
                                              Email: mbond@tbtorts.com
                                              Email: jglitz@tbtorts.com

                                              ***Attorneys for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2022, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Monte Bond*
Monte Bond
