IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SONYA FRAZIER
1:18-cv-02581-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits B and Exhibit C [Dkt. 21335], to Plaintiff's Motion for Leave to Amend Complaint [Dkt. No.21334]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal this document is to protect information referencing Cook Incorporated et al. internal documents guarded by the agreed upon protective order. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained by the defendants that the information referenced is no longer confidential. Therefore, Plaintiff's motion is granted.

Date:_____, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.