IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br>CHRISTINE KAY | Plaintiff Demands a Trial by Jury |
| Civil Case # 1:18-CV-06089 | |

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    CHRISTINE KAY

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    CA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CA

6. Plaintiff's/Deceased Party's current state of residence:

   TN

7. District Court and Division in which venue would be proper absent direct filing:

   SOUTHERN DISTRICT OF CALIFORNIA

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28, INCLUSIVE

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

**On or about June 7, 2011; Plaintiff was not aware of implantation until in or around August 2016 due to her significant injuries and pain**

12. Hospital(s) where Plaintiff was implanted (including City and State):

**UCSD Medical Center, San Diego, California**

13. Implanting Physician(s):

**John Drinkwine, MD**

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:     Strict Products Liability – Failure to Warn

    ☒    Count II:     Strict Products Liability – Design Defect

    ☒    Count III:     Negligence

    ☒    Count IV:     Negligence Per Se

| | | |
|---|---|---|
| X | Count V: | Breach of Express Warranty |
| X | Count VI: | Breach of Implied Warranty |
| X | Count VII: | Violations of Applicable __CA__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| X | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

**Defendants Expressly and Impliedly Warranted that the Cook IVC Filter was a permanents lifetime implant and downplayed the risks associated with migration, preforation, tilt, fracture, and other risk relied upon by the Plaintiff to her detriment.**

15. Attorney for Plaintiff(s):

    **W. Douglas Easton**

16. Address and bar information for Attorney for Plaintiff(s):

    **Cal Bar No. 47721; 650 Town Center Drive, Suite 1850, Costa Mesa, CA 92626**

4

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Dated: March 7, 2022

Respectfully Submitted,

EASTON & EASTON, LLP

*/s/ W. Douglas Easton*

Gabriel M. Mendoza, Esq.
Bar No. 300821
W. Douglas Easton, Esq.
Bar No. 47721
Easton & Easton, LLP
650 Town Center Drive, Suite 1850
Costa Mesa, California 92626
Tel: (714) 850-4590
Fax: (714) 850-1978
Email:Gmendoza@eastonlawfirm.com
Counsel for Plaintiff, CHRISTINE KAY

**CERTIFICATE OF SERVICE**

I hereby certify that on this **7th** day of March 2022, I electronically filed this Amended Short Form Complaint with the clerk of the court using the CM/ECF system which will send notification of this filing to CM/ECF participants registered to receive service in this MDL. Pursuant to CMO NO. 6, I further hereby certify that a copy of the foregoing Short Form Complaint was served to CookFilterMDL@FaegreDrinker.com.

*/s/ Gabriel M. Mendoza*

Gabriel M. Mendoza, Esq.
Attorney for Plaintiff, CHRISTINE KAY