UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Case:

Denise Garguilo, 1:19-cv-03827

_____

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), and based on communications with Plaintiff's counsel and review of the death certificate, the Cook Defendants hereby notify this Honorable Court that Plaintiff Denise Garguilo died on or about November 30, 2021.

Respectfully submitted,

Dated: March 8, 2022

*/s/ Kip S.M. McDonald, Esq.*
Kip S.M. McDonald, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, a copy of the foregoing **NOTICE OF SUGGESTION OF DEATH** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald, Esq.*

US.136585714.01