UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Jean Michelle Moeders, 1:20-cv-00169-RLY-TAB

## ORDER

Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS filed a motion for extension to file their briefing on the Oregon choice-of-law issue where the Court requested additional briefing (Dkt. 21332). The motion is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including March 14, 2022 to file their brief and Plaintiff shall have until April 4, 2022 to file her brief.

Date: 3/8/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.