IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
  Betty McCoy

Civil Case #1:19-cv-04075

### SUPPLEMENTAL DOCUMENTATION AND CLARIFICATION OF MOTION TO SUBSTITUTE PARTY CALLIE YEARY AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF BETTY MCCOY

On January 25, 2022, Plaintiff Betty McCoy ("Plaintiff") filed a Motion to Substitute Party and Amend Complaint [Dkt. 20896] and attached the death certificate for Betty Sue O'Brien. On January 26, 2022, the Court ordered the Plaintiff to provide additional documentation and clarification regarding her motion to substitute parties. [Dkt. 20919]. Specifically, the Court requested additional documentation to show that the Plaintiff Betty McCoy and the death certificate of Betty Sue O'Brien, attached to the Motion to Substitute [Dkt. 20896], define the same person. *Id.* The documents attached, and the explanation below, clarifies that Betty McCoy and Betty Sue O'Brien are one in the same.

Betty McCoy married William O'Brien on November 25, 2013, and legally changed her name to Betty Sue McCoy O'Brien. *See* Plaintiff's Marriage Certificate and Driver's License attached hereto as EXHIBIT A and EXHIBIT B.  Plaintiff's Marriage Certificate and drivers license both note Plaintiff's name as Betty Sue *McCoy* O'Brien. Ex. A. and Ex. B (emphasis added). However, Plaintiff often did not go by her full married name and separated from her spouse in August 2017. *See* select pages of Plaintiff's medical records from 2016 and 2021 from two

1

separate medical facilities attached hereto as EXHIBIT C stating Plaintiff's name as Betty McCoy. As noted in both the Plaintiff's medical records and social security card (attached hereto as EXHIBIT D), Plaintiff went by Betty McCoy often. However, as the Court can see, the social security number is identical on the Plaintiff's death certificate (EXHIBIT E), social security card, and medical records. *See* Ex. C at 2, Ex. D, and Ex. E. Additionally, the date of birth is the same on the Plaintiff's death certificate, driver's license, and medical records. *See* Ex. B, Ex. C at 4, and Ex. E. The last known address of the Plaintiff, as noted on the Plaintiff's death certificate (Exhibit E) is also the same address defined as *Patient Address* in the Plaintiff's medical records. Ex. C at 2. The only difference is the Plaintiff's last name on both documents. Plaintiff regularly represented to the public that her name was Betty McCoy, however there is no record of her legally changing her name back to Betty McCoy. When Plaintiff passed away on or about September 10, 2021, her legal name was still Betty Sue O'Brien. *See* Ex. E. Plaintiff, through her counsel, submits this documentation as substantial evidence that Betty Sue O'Brien and Betty McCoy are synonymously the same person and should be treated as such for this filing as well as Plaintiff's Notice and Suggestion of Death and Motion to Substitute Parties, filed on January 25, 2022. [Dkts. 20895 and 20896]. Additionally, Plaintiff has attached the second amended complaint with the Plaintiff's legal name as Exhibit F. Due to the sensitive nature of the information provided, which includes the Plaintiff's social security number, date of birth, and medical information, Plaintiff has filed under seal Exhibits B, C, D, and E since the information provided is protected under Fed. R. Civ. P. 5.2(a) and is pertinent to this supplemental filing to provide more clarification to Plaintiff's Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of Betty McCoy.

Respectfully submitted this 8th day of March 2022.

*s/ Jessica Glitz*_____
Jessica Glitz TX No. 24076095
Monte Bond TX No. 02585625
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Facsimile: (214) 853-4281
Email: mbond@tbtorts.com
Email: jglitz@tbtorts.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/Jessica Glitz*_____
Jessica Glitz
