# EXHIBIT A

# MARRIAGE CERTIFICATE

**STATE OF NORTH CAROLINA** } **Office of REGISTER OF DEEDS** NOVEMBER 25th     20 13
**HAYWOOD COUNTY**

I, Sherri C. Rogers, Register of Deeds of said county, hereby certify that I have this day issued License according to the Laws of this State, for the marriage of

__WILLIAM O'BRIEN__ to __BETTY SUE MCCOY O'BRIEN__

and authorize the same to be celebrated. Sherri C. Rogers By: Amanda Gutierrez, Deputy
                                                             Register of Deeds

I, _Michael Sanders_, a _Magistrate_ further certify that I celebrated said marriage at _Law Enforcement Center_ in _Haywood_ County on the _Twenty-fifth_ day of _November_ 20 13.

**WITNESSES PRESENT AT MARRIAGE**

of _Canton, NC_

_Carol Bay_ of _Waynesville, NC._

(SEAL) Michael Sanders