IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Michael Rodenborn, Case No. 1:21-cv-00518-RLY-TAB
Kira Ray-Whitaker, Case No. 1:21-cv-00539-RLY-TAB
Theresa Brown, Case No. 1:21-cv-00829-RLY-TAB
Melissa Carter, Case No. 1:21-cv-00334-RLY-TAB
James Cooper, Case No. 1:20-cv-00547-RLY-TAB
Michelle Hall, Case No. 1:21-cv-01724-RLY-TAB
Margaret Iaccino, Case No. 1:20-cv-2251-RLY-TAB
Lori Knarr, Case No. 1:21-cv-00070-RLY-TAB
James Miller, Case No. 1:21-cv-00847-RLY-RAB
Brandon Terhaar, Case No. 1:20-cv-02894-RLY-TAB
Pete Alderete, Case No. 1:21-cv-00058-RLY-TAB
Tiffany McReynolds, Case No. 1:20-cv-02858-RLY-TAB
Dehaven O'Neil, Case No. 1:20-cv-03042-RLY-TAB

**ORDER**

This matter is before the Court on Plaintiffs' motion to maintain under seal documents filed in response to Cook Defendants' Motion to Dismiss for Failure to Cure PPS Deficiencies. [Filing No. 21320.]  In the motion, Plaintiffs failed to provide the documents they wish to maintain under seal, even though the Courtroom Deputy provided information to Plaintiffs' counsel explaining this procedure.  Therefore, the Court DENIES this motion.  The Clerk is directed to unseal these exhibits after 21 days, absent any motion to reconsider, appeal, or further court order.

The Court reminds Plaintiffs' counsel that it is her responsibility to review the local rules and documents prior to filing.   The Court also notes that Plaintiffs' counsel has been involved in these

MDL cases since April 26, 2021 [Filing No. 18225], and has the ability to search the Court docket for an example of how to file this type of motion.

Date: 3/8/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.