IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Betty McCoy

Civil Case # 1:19-cv-0475

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Betty McCoy ("Plaintiff"), by and through her attorneys, hereby submit her brief in support of her motion to maintain Exhibit B, Exhibit C, Exhibit D, and Exhibit E [Dkt. 21349] to Plaintiff's Supplemental Documentation and Clarification of Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of Betty McCoy [Dkt. 21347] under seal states:

1. On January 25, 2022, Plaintiff filed a Suggestion of Death [Dkt. 20895] and a Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of Betty McCoy. [Dkt. 20896]

2. Plaintiff attached to her Motion to Substitute Parties a death certificate for a Ms. Betty O'Brien and an amended short form complaint. [Dkt. 20896-2 and Dkt. 20896-3].

3. On January 26, 2022, the Court ordered the Plaintiff to file supplemental documentation correcting the discrepancy created by the attached death certificate of Betty Sue O'Brien to the motion filed by Betty McCoy. [Dkt. 20919].

4. On March 8, 2022, Plaintiff filed a Supplemental Documentation and Clarification of Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of

1

Betty McCoy [Dkt. No. 21347], which references the original Motion and Suggestion of Death [Dkts. 20895 and 20896].

5. Plaintiff filed Exhibit B, Exhibit C, Exhibit D, and Exhibit E under seal [Dkt. 21349] because the documents contain the Plaintiff's personal information including but not limited to the Plaintiff's social security number, date of birth, and medical information protected by Fed. R. Civ. P. 5.2 and HIPPA.

6. Exhibit B is a copy of Plaintiff's driver's license that contains her home address as well as her date of birth which is protected under Fed R. Civ. P. 5.2.

7. Exhibit C contains select pages from two sets of medical records that contain not only medical information, protected by HIPPA (which is not pertinent to the motion) but also personal information including her date of birth, social security number, and home address.

8. Exhibit D is a copy of the Plaintiff's social security card.

9. Finally, Exhibit E is a full copy of Plaintiff's death certificate which contains Plaintiff's last known address at time of death, social security number, cause of death, address of informant, and date of birth.

10. The information cannot be redacted because the information provided shows unique information, providing evidence to show that the Ms. Betty McCoy and Ms. Betty Sue O'Brien are one in the same.

11. The consistency in the Plaintiff's documents showing the same social security number, home address, and date of birth substantiate that the documents describe the same person and provide clarification to Plaintiff's motion.

12. To ensure that the Plaintiff's personal and medical information remains private, Plaintiff requests the documents filed, remain under seal.

13. Sealing of these documents is not opposed by any party.

A proposed order is attached hereto.

Dated: March 8, 2022.

                                              Respectfully submitted,

                                              **Tautfest Bond, PLLC**

                                              */s/ Jessica Glitz*
                                              Jessica Glitz TX No. 24076095
                                              Monte Bond TX No. 02585625
                                              Tautfest Bond, PLLC
                                              5151 Belt Line Rd., Suite 1000,
                                              Dallas, TX 75254
                                              Telephone: (214) 617-9998
                                              Facsimile: (214) 853-4281
                                              jglitz@tbtorts.com
                                              mbond@tbtorts.com
                                              ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                              */s/ Jessica Glitz*
                                              Jessica Glitz TX No. 24076095
                                              Monte Bond TX No. 02585625
                                              Tautfest Bond, PLLC
                                              5151 Belt Line Rd., Suite 1000,

Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
jglitz@tbtorts.com
mbond@tbtorts.com
***Counsel for Plaintiff***