IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to Plaintiff(s)
 Betty McCoy
_____

 Civil Case #1:19-cv-04075
_____

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **Exhibit B, Exhibit C, Exhibit D, and Exhibit E [Dkt. 21349]** to Supplemental Documentation and Clarification to the Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of Betty McCoy **[Dkt. 21347]** Having considered the Supplemental Response, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit B, Exhibit C, Exhibit D, and Exhibit E [Dkt. 21349]** to the Plaintiff's Supplemental Response **[Dkt. 21347]** is to be maintained under seal.

Dated this ___ of _____, 2022.


SO ORDERED: _____

1