# Exhibit A

Official Copy

 1 STADIUM DRIVE
MORGANTOWN WV 26505
Abstract of Health I



**OR Surgeon Notes (continued)**

**Consult Notes**



Vascular surgery post op check

Pt s/p IVC filter prior 

A/P:  POD # 0 s/p IVC filter placement

Postoperative care and anticoagulation via ortho
If filter to be removed have up to 6 months to remove
Please call with questions concerns or if need of filter removal



