# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>1:14-cv-00013-RLY-TAB<br>MICHAEL SHIPLEY | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge: Hon. Richard L. Young<br><br>**MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**<br><br>Carasusana B. Wall (0090234)<br>ZOLL & KRANZ, LLC<br>6620 W. Central Ave., Suite 100<br>Toledo, OH 43617<br>Tel: (419) 841-9623<br>Fax: (419) 841-9719<br>cara@toledolaw.com<br><br>*Counsel for Plaintiff* |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 83-7, Attorney Carasusana B. Wall of Zoll & Kranz LLC hereby moves to withdraw as counsel of record for the Plaintiff, Michael Shipley.

**PLEASE TAKE NOTICE THAT** Jessica Glitz and Monte Bond of Taufest Bond, PLLC, who filed Notices of Appearance in this case on November 2, 2021, shall continue to serve as counsel for the Plaintiff Michael Shipley. It is therefore requested that Carasusana B. Wall be removed from any further notice on the above case.

Respectfully submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall (OH0090234)
ZOLL & KRANZ, LLC
6620 West Central Ave., Suite 100

        Toledo, Ohio  43617
        Telephone:    (419) 841-9623
        Facsimile:     (419) 841-9719
        Email:   cara@toledolaw.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing System on March 9, 2021.  All parties may access this filing through that system.

        Respectfully submitted,


        */s/ Carasusana B. Wall*
        Carasusana B. Wall (OH0090234)
        ZOLL & KRANZ, LLC