IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>1:14-cv-00013-RLY-TAB<br>MICHAEL SHIPLEY | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Judge: Hon. Richard L. Young<br>[PROPOSED] ORDER GRANTING MOTION OF WITHDRAWAL OF APPEARANCE OF COUNSEL |

### ORDER GRANTING MOTION TO WITHDRAW

This matter came before the Court upon **MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL**. Upon due consideration, and for good cause, said Motion is found well taken and is GRANTED.

Pursuant to Local Rule 83-7, at the request of attorney Carasusana B. Wall, Motion for Withdrawal of Appearance of Counsel is granted. Jessica Glitz and Monte Bond will continue as counsel of record on behalf of Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel, Carasusana B. Wall, is withdrawn from the above-captioned case.

IT IS SO ORDERED.

_____     _____
The Honorable Richard L. Young                      Date