IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Chad Tovar

Civil Case # 1:20-cv-06115-RLY-TAB

***Transfered by the JPML on or about 03/24/2020 per 14 USC §1407; originally filed in Central District of California, Eastern Division; case no. 5:20-cv-00487.

### SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Chad Tovar

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Lauren Suzanne Tovar

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    California

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   Central District of California, Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   - [✓] Cook Incorporated
   - [✓] Cook Medical LLC
   - [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   - [✓] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   n/a

   b. Other allegations of jurisdiction and venue:

   See Dkt. No. 1, (full complaint) at paras 1-32; specifically paras 28 re: jurisdiction and para 31 re: venue. Jurisdiction is only proper in this court as a result of a JPML transfer on or about 03/24/2020 per 28 USC § 1407.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☑ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    07/19/2016

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Riverside Community Hospital (Riverside, CA)

13. Implanting Physician(s):

    Syed Bokhari, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I: Strict Products Liability – Failure to Warn

    ☑ Count II: Strict Products Liability – Design Defect

    ☑ Count III: Negligence

    ☑ Count IV: Negligence Per Se

3

- [✓] Count V: Breach of Express Warranty
- [✓] Count VI: Breach of Implied Warranty
- [✓] Count VII: Violations of Applicable  California  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [✓] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [✓] Count XI: Punitive Damages
- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)
- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):  See below

16. Address and bar information for Attorney for Plaintiff(s):

Wendy R. Fleishman, Daniel E. Seltz and Daniel R. Leathers (all NY State Barred)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP.**
250 Hudson Street, 8th Floor, New York, NY 10013

        Respectfully submitted,

        **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

        */s/ Wendy R. Fleishman*

        Wendy R. Fleishman
        Daniel E. Seltz
        Daniel R. Leathers
        **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
        250 Hudson Street, 8th Floor
        New York, NY 10013-1413
        Phone: (212) 355-9500
        Fax: (212) 355-9592
        wfleishman@lchb.com
        dseltz@lchb.com
        dleathers@lchb.com

## CERTIFICATE OF SERVICE

      I hereby certify that on   03/09/2022   a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                */s/ Wendy R. Fleishman*
                                                Wendy R. Fleishman