IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:19-cv-4075-RLY-TAB    McCoy

## **ORDER**

This matter is before the Court on Plaintiff Betty McCoy's motion [Filing No. 21350] to maintain Exhibit B, Exhibit C, Exhibit D, and Exhibit E [Filing No. 21349] to Plaintiff's Supplemental Documentation and Clarification of Motion to Substitute Party Callie Yeary as the Personal Representative of the Estate of Betty McCoy under seal. Plaintiff's basis for moving to see these exhibits is that they contain Plaintiff's personal identifying information, including Plaintiff's social security number, date of birth, and other medical information protected by Fed. R. Civ. P. 5.2 and HIPPA. Plaintiff sets forth good cause to maintain these exhibits under seal. Accordingly, Plaintiff's motion to seal [Filing No. 21350] is granted. The Clerk shall maintain Filing No. 21349 and all attachments under seal.

Date: 3/10/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.