AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

IN RE: COOK MEDICAL, INC.  
IVC FILTERS MARKETING, SALES  
PRACTICES AND PRODUCTS LIABILITY  
LITIGATION  
This Document Relates to: )))))

Case No.   1:22-cv-6757-RLY-TAB

MDL No. 2570

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Head.

Date: 03/10/2022

/s/ David M. Langevin  
*Attorney's signature*

David M. Langevin MN Bar No. 329563  
*Printed name and bar number*

McSweeney/Langevin  
2116 Second Avenue South  
Minneapolis, MN 55404  
*Address*

dave@westrikeback.com  
*E-mail address*

(612) 746-4646  
*Telephone number*

(612) 454-2678  
*FAX number*