# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>**1:21-cv-06645-RLY-TAB**<br>**Michael Shipley** | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## ORDER GRANTING MOTION TO WITHDRAW

This matter came before the Court upon **MOTION FOR WITHDRAWAL OF APPEARANCE OF COUNSEL** (Dkt. 21353). Pursuant to Local Rule 83-7, at the request of attorney Carasusana B. Wall, Motion for Withdrawal of Appearance of Counsel is GRANTED. Jessica Glitz and Monte Bond of TAUTFEST BOND PLLC will continue as counsel of record on behalf of Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel, Carasusana B. Wall, is withdrawn from the above-captioned case.

SO ORDERED.

Date: 3/10/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.