IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff **Robert R. Cunningham**

Civil Case #1:16-cv-1986-RLY-TAB

### FIRST AMENDED-SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name: Robert R. Cunningham

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   U.S.D.C. Middle District of North Carolina-Durham Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☒ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other: _____

2

11. Date of implantation as to each product:

    11.25.2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Alamance Reg Med Ctr, Burlington, NC

13. Implanting Physician(s):

    Dr. Andrew Hearn, Burlington,NC  - Plaintiff was told the IVCF was permanent

14. Counts in the Master Complaint brought by Plaintiff(s):
    - ☑ Count I:      Strict Products Liability - Failure to Warn
    - ☑ Count II:     Strict Products Liability - Design Defect
    - ☑ Count III:    Negligence
    - ☑ Count IV:     Negligence *Per Se*
    - ☑ Count V:      Breach of Express Warranty
    - ☑ Count VI:     Breach of Implied Warranty
    - ☑ Count VII:    Violations of Applicable North Carolina Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII:   Loss of Consortium
    - ☐ Count IX:     Wrongful Death
    - ☐ Count X:      Survival
    - ☑ Count XI:     Punitive Damages

    Xx  Other:    Breach of Express Warranty (please state the facts supporting this Count in the space, immediately below):  See #15, paragraphs C & D.

    ☐ Other: _____(please state the facts supporting this Count in the space, immediately below)

    _____

    _____

    _____

3

15. ADDITIONAL INFORMATION:

A. PLAINTIFFS EARLIEST NOTICE/DISCOVERY OF POTENTIAL INJURY FROM HIS IVCF [Accrual of his cause of action]: On 12.16.15[1] Dr. Lou, Duke Spinal Unit ordered an MRI of Plaintiff's back which noted that his IVCF was broken, fractured, bent out of shape, migrated and Dr. Lou recommended Mr. Cunningham follow up with a vascular surgeon.

B. PLAINTIFFS INJURIES AND DAMAGES:
**IVCF Fracture, migration, partial removal with 1 strut/tine left outside IVC, contraction of IVC, venous insufficiency in lower extremities.**
   Dr cox, Vascular Surgeon ordered CT Abd on 4.15.2016 at Duke Hospital, Durham, NC. RESULTS: as shown on prior radiograph dated November 20, 2015, one of the IVC filter prongs is fractured.  The fractured prong appears to extend outside of the IVC, posterior towards the spine.  There is also another limb of the IVC filter that is elongated, and appears to extend posterolaterally outside of the IVC towards the spine. There is an abrupt narrowing of the IVC at the superior aspect of the IVC filter, which is likely a sequelae of chronic contraction.

   6.28.2016 - 6.29.2016 DUKE HEALTH: 6.28.2016 PARTIAL REMOVAL SURGERY by Drs Cox, Turley. Operative Report: "filter legs outside the IVC and fractured"; "The filter extends well outside the IVC and he has some symptoms of venous insufficiency.  "The filter disengaged from the vena cava wall with moderate difficulty. 2nd Operative Report: "OPERATIVE FINDINGS: Near complete removal of IVC filter.  One extra-luminal tine fracture and was left".

C. EXPRESS WARRANTY CLAIM AND REPRESENTATIONS:  Prior to the implantation, plaintiff was told by his implanting physician that this filter was "permanent".

D.  EXPRESS WARRANTY CLAIM AND REPRESENTATIONS:  Cook's IFU to healthcare providers noted that its Celect IVCF was a permanent filter with the "option to retrieve it" and the filter worked just as safely and effectively for permanent implantation.  Upon information and belief, plaintiff's doctors and implant facility, as the learned intermediaries, relied on Cook's warranty when deciding to place Cook Celect filters in patients like Plaintiff and Plaintiff himself.

16. Attorney for Plaintiff:

   Elizabeth Dudley

---

[1] Discovery of potential bodily harm was not discovered or apparent until seven [7] years after implant, but less than the 12 year Statute of Repose Amendment enacted by the North Carolina Legislature in October of 2009.

17. Address and bar information for Attorney for Plaintiff:

<u>Elizabeth Dudley, THE DUDLEY LAW FIRM, LLC, 23438 SW Pilot Point Rd, Douglass, Ks  67039; KS 21582</u>

Date: February 18, 2022

        Respectfully submitted,

        By: <u>/s/Elizabeth Dudley</u>
        Elizabeth Dudley (KS Bar No. 21582)
         (admitted *pro hac vice*)

        THE DUDLEY LAW FIRM, LLC,
        23438 SW Pilot Point Rd,
        Douglass, Ks  67039;
        316-746-3969
        316-746-3922 (fax)
        Liz@lizdudleylaw.com
        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

        <u>/ s/Elizabeth Dudley</u>