**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **ANNIE T. SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:14-ml-2570-RLY-TAB** |
| | ) | **MDL No. 2570** |
| **vs.** | ) | |
| | ) | **Member Case: 1:21-cv-06692-RLY-TAB** |
| **COOK INCORPORATED, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO REFUND FILING FEE

Plaintiff, Annie T. Smith, by and through her counsel, hereby moves to be refunded the filing fee of four hundred two ($402.00) dollars, receipt number AINSDC-6974461 paid to the Court on February 16, 2022, in error.

Plaintiff's Original Complaint was filed in United States District Court for the Southern District of Ohio on October 26, 2021. The case was then transferred to the United States District Court for the Southern District of Indiana – Indianapolis Division by the JPML on December 14, 2021 and was accepted by the Cook MDL Court on December 21, 2021. Plaintiff's Counsel attempted to file a Short Form Complaint ("SFC") in the Cook MDL Litigation on February 16, 2022. The intent was to file the SFC as an Amended Complaint, but it was mistakenly filed as a Complaint.

On February 25, 2022, Plaintiff's Counsel corrected this error based on notification from the Deputy in Charge and then subsequently filed the SFC in the case as an Amended Complaint.

Plaintiff respectfully requests the Court to refund the filing fee in the amount of four hundred two ($402.00) dollars.

DATE: March 10, 2022

Respectfully submitted,

_/s/ Samuel M. Wendt_____
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

_Attorney for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

_/s/ Samuel M. Wendt_____
Samuel M. Wendt, Esq.