# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANNIE T. SMITH,** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| vs. ) | |
| ) | Member Case: 1:21-cv-06692-RLY-TAB |
| **COOK INCORPORATED, et al.** ) | |
| ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, to wit, upon consideration of the Plaintiff's Motion to Refund Filing Fee, it is hereby ORDERED, AJUDGED AND DECREED that said Motion is GRANTED. The filing fee of four hundred two ($402.00) dollars paid on February 16, 2022, receipt number AINSDC-6974461 in error is refunded to Plaintiff's Counsel.

So ORDERED and SIGNED this ___ day of _____, 2022.

_____
Judge