IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MARJORIE BREEDEN

Civil Case #1:16-cv-02010-TWP-DKL

## **NOTICE OF SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

hereby informs the Honorable Court of the death of Plaintiff Marjorie Breeden.

Respectfully submitted March 10, 2022.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg, #0158719
GoldenbergLaw, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com
**Attorney for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022 a copy of the foregoing NOTICE OF SUGGESTION OF DEATH was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this manner. Parties may access this filing through the Court's system.

Dated: March 10, 2022

/s/ *Stuart L. Goldenberg*___
Stuart L. Goldenberg