# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER <br><br> PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br><br> MDL NO. 2570 |

**This Document Relates to:**
*MCCOY v. COOK MEDICAL, INC, IVC*
*FILTERS Civil Action No. 1:19-cv-04075*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party [Dkt. 20896] as well as Plaintiff's Supplemental Documentation and Clarification [Dkt. 21347] and any responses thereto, finds the motion meritorious and hereby GRANTS said motion.

IT IS THEREFORE ORDERED that that Betty McCoy and Betty Sue O'Brien are one in the same and that Plaintiff Callie Yeary, as the Personal Representative of the Estate of Betty Sue O'Brien, is substituted for Plaintiff Betty Sue O'Brien, in the above captioned cause. The Clerk of the Court is directed to substitute Callie Yeary, as the Personal Representative of the Estate of Betty Sue O'Brien, in place of the deceased Plaintiff in the above referenced action. The Clerk is also directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 3/10/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.