IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
BETTY SUE O' BRIEN

Civil Case #1:19-cv-4075-RLY-TAB

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   BETTY SUE O'BRIEN

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   CALLIE YEARY as the Personal Representative of the Estate of Betty Sue O'Brien

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraph 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☐        Günther Tulip® Vena Cava Filter

   X        Cook Celect® Vena Cava Filter

   ☐        Gunther Tulip Mreye

   ☐        Cook Celect Platinum

   ☐         Other:
   _____

11. Date of Implantation as to each product:

   December 30, 2013
   _____

   _____

   Mission Hospital, Asheville, NC
   _____

   _____

13. Implanting Physician(s):

   Reid D. Taylor, MD,
   _____

   _____

   _____

   _____

   X        Count I:        Strict Products Liability – Failure to Warn

   X        Count II:       Strict Products Liability – Design Defect

   X        Count III:      Negligence

   X        Count IV:       Negligence *Per Se*

X     Count V:     Breach of Express Warranty

X     Count VI:     Breach of Implied Warranty

X     Count VII:     Violations of Applicable <u>North Carolina</u> (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:     Survival

X     Count XI:     Punitive Damages

☐     Other:     _____(please state the facts supporting this Count in the space, immediately below)

☐     Other:     _____(please state the facts supporting this Count in the space, immediately below)

<u>Defendant's expressly and impliedly warranted the Cook IVC Filter to remain</u>

<u>Permanent and Plaintiff relied on these representations to her detriment.</u>

<u>Plaintiff also incorporates all claims in Dkt.18900</u>

_____

_____

15. Attorney for Plaintiff(s):

<u>Monte Bond & Jessica Glitz</u>

16. Address and bar information for Attorney for Plaintiff(s):

5151 Belt Line Rd., Suite 1000, Dallas, TX 75254

Monte Bond - TX Bar No.: 02585625

Jessica Glitz – TX Bar No.: 24076095

Respectfully submitted,


*s/ Monte Bond*

Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tautfestbond.com
jglitz@tautfestbond.com

***Attorneys for Plaintiff***