IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Sherlyn Pinder

Civil Case # 1:18-cv-01635-RLY-TAB

**ORDER ON MOTION TO EXTEND PAGE LIMIT**

Before the Court is Plaintiff's Unopposed Motion to Extend Page Limits for Plaintiff's Response for Judgment on the Pleadings (Filing No. 21336). Having considered the Motion, the Court concludes the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Response to Cook's Motion for Judgment on the Pleadings (Filing No. 21173) can be extended an additional three pages and is considered filed as of March 7, 2022 (Filing No. 21341).

SO ORDERED.

Date: 3/10/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.