IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sonya Frazier
Civil Case # 1:18-cv-02581-RLY-TAB

### ORDER ON MOTION TO EXTEND PAGE LIMIT

Before the Court is Plaintiff's Unopposed Motion to Extend Page Limits for Plaintiff's Response for Judgment on the Pleadings (Filing No. 21338). Having considered the Motion, the Court concludes the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Response to Cook's Motion for Judgment on the Pleadings (Filing No. 21171) can be extended an additional three pages and is considered filed as of March 7, 2022 (Filing No. 21342).

SO ORDERED.

Date: 3/10/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.