# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                           MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00311 | 1:22-cv-06716 |
| 1:22-cv-00312 | 1:22-cv-06718 |
| 1:22-cv-00313 | 1:22-cv-06719 |
| 1:22-cv-00351 | 1:22-cv-06721 |
| 1:22-cv-00367 | 1:22-cv-06724 |
| 1:22-cv-00383 | 1:22-cv-06726 |
| 1:22-cv-00386 | 1:22-cv-06727 |
| 1:22-cv-00388 | 1:22-cv-06728 |
| 1:22-cv-00398 | 1:22-cv-06729 |
| 1:22-cv-06715 | 1:22-cv-06732 |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        March 11, 2022            /s/ Kip S. M. McDonald
                                        Andrea Roberts Pierson (# 18435-49)
                                        Kip S. M. McDonald (# 29370-49)
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        E-Mail:  andrea.pierson@faegredrinker.com
                                        E-Mail:  kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01