# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **ANNIE T. SMITH,** )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>**COOK INCORPORATED, et al.** )<br>)<br>)<br>    Defendants. ) | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570<br><br>Member Case: 1:21-cv-06692-RLY-TAB |

## ORDER

This cause has come before the Court upon Plaintiff's Motion for Refund of Fees Paid Electronically (Filing No. 21378).

IT IS HEREBY ORDERED, AJUDGED AND DECREED that said Motion is GRANTED. The filing fee of four hundred two ($402.00) dollars charged on February 16, 2022, to Plaintiff's counsel was in error as counsel's intent was to file the SFC as an Amended Complaint, but it was mistakenly filed as a Complaint. The Clerk is instructed to issue a refund of $402 to the credit card used in this transaction (Tracking ID No. AINSDC-6974461).

Date: 3/11/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.