AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| CAMERON ROUSSEAU | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-06098-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Cameron Rousseau                                                                                                                           .

Date:   03/11/2022

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*

Print     Save As...     Reset