IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Vanessa Green

Civil Case #  1:21-cv-06364

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Vanessa Green

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Virginia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Washington DC

6. Plaintiff's/Deceased Party's current state of residence:

   Washington DC

7. District Court and Division in which venue would be proper absent direct filing:

   District of Columbia

8. Defendants (Check Defendants against whom Complaint is made):

   - ✓ Cook Incorporated
   - ✓ Cook Medical LLC
   - ✓ William Cook Europe ApS

9. Basis of Jurisdiction:

   - ✓ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter
- ✓ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    02/20/2010

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Inova Fairfax Hospital – Falls Church, VA

13. Implanting Physician(s):

    Dr. John Golden

14. Counts in the Master Complaint brought by Plaintiff(s):

- ✓ Count I:     Strict Products Liability – Failure to Warn
- ✓ Count II:    Strict Products Liability – Design Defect
- ✓ Count III:   Negligence
- ✓ Count IV:    Negligence Per Se
- ✓ Count V:     Breach of Express Warranty
- ✓ Count VI:    Breach of Implied Warranty
- ✓ Count VII:   Violations of Applicable District of Columbia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

□    Count VIII:    Loss of Consortium

□    Count IX:    Wrongful Death

□    Count X:    Survival

✓    Count XI:    Punitive Damage

□    Other: _____

(please state the facts supporting this Count in the space, immediately below)

□    Other: _____

(please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff(s):

   Gomez Trial Attorneys - John H. Gomez; Jessica S Williams

16. Address and bar information for Attorney for Plaintiff(s):

   655 West Broadway, Suite 1700 San Diego, CA 92101
   John H. Gomez (California SBN 171485);
   Jessica S. Williams (California SBN 314762)

Respectfully submitted,

Dated: March 11, 2022      **GOMEZ TRIAL ATTORNEYS**

*/s/ Jessica S. Williams*
John H. Gomez (SBN 171485)
Jessica Williams (SBN 314762)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
jwilliams@thegomezfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to all non-CM/ECF participants.

                                                                         */s/ Jessica S. Williams*