UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

Jean Michelle Moeders, 1:20-cv-00169

---

### COOK DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL BRIEFING

Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for a 14-day extension to file their brief on the application of Oregon choice-of-law rules in this case. More specifically, the Cook Defendants state:

1. The Cook Defendants filed a motion for judgment on the pleadings in the *Moeders* case on Oregon statute of repose grounds and that motion was fully briefed prior to the Seventh Circuit's ruling in the *Looper/Lambert* appeal.

2. On February 7, 2022, the Court issued an order requiring supplemental briefing "to address the application of Oregon's choice-of-law rules to Plaintiff's case." Dkt. 21054 at 2. The Order set March 7, 2022 as the deadline for the Cook Defendants to file their brief and March 28, 2022 as Plaintiff's deadline.

3. On March 7, 2022, the Cook Defendants filed a consent motion to extend the briefing deadlines by 7 days. *See* Dkt. 21332. The Court granted the motion for extension of time on March 8, 2022. *See* Dkt. 21346.

4. The Cook Defendants report that counsel for the parties continue to discuss factual and legal issues of the case. Additionally, counsel for Plaintiff will be unavailable during the week of March 14-18 due to travel. Additional time is needed for the parties to conclude their meet-and-confer discussions.

4. Plaintiff consents to the Cook Defendants' request for a 14-day extension, and Cook consents to a 14-day extension for Plaintiff's brief.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the Cook Defendants' briefing deadline from March 14, 2022 to March 28, 2022 and Plaintiff's deadline from March 28, 2022 to April 18, 2022.

Dated: March 14, 2022                                  Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing **COOK DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL BRIEFING** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*