# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Jean Michelle Moeders, 1:20-cv-00169

## ORDER

On March 14, 2022, the Cook Defendants filed a consent motion for a 14-day extension to their briefing deadline on the Oregon choice-of-law issue where the Court requested additional briefing.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including March 28, 2022 to file their brief and Plaintiff shall have until April 18, 2022 to file her brief.

**SO ORDERED** this day of _____ day of March, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record