IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:

BRIDGETTE GADSON

Civil Case #1:20-cv-00458

## **NOTICE OF SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure,

hereby informs the Honorable Court of the death of Plaintiff Bridgette Gadson.

Respectfully submitted March 15, 2022.

/s/ David M. Langevin
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 15, 2022

*/s/ David M. Langevin*_____
David M. Langevin