IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

This Document Relates to Plaintiff(s)
Josie Carter

Civil Case # 1:21-cv-2741

---

## AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Josie Carter

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia
   _____

6.  Plaintiff's/Deceased Party's current state of residence:

   Georgia
   _____

7.  District Court and Division in which venue would be proper absent direct filing:

   Georgia Northern District Court - Atlanta, GA
   _____

8.  Defendants (Check Defendants against whom Complaint is made):

   ☑  Cook Incorporated

   ☑  Cook Medical LLC

   ☑  William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☑  Diversity of Citizenship

   ☐  Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Venue: Paragraph 27
   _____

   Subject Matter Jurisdiction: Paragraph 23
   _____

   Personal Jurisdiction: Paragraphs 24 and 26
   _____

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐    Günther Tulip® Vena Cava Filter

    ☐    Cook Celect® Vena Cava Filter

    ☐    Gunther Tulip Mreye

    ☑    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

    05/16/2018
    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Emory University Hospital - Atlanta, GA
    _____

    _____

13. Implanting Physician(s):

    Gail Peters
    _____

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑    Count I:      Strict Products Liability – Failure to Warn

    ☑    Count II:     Strict Products Liability – Design Defect

    ☑    Count III:    Negligence

    ☑    Count IV:     Negligence Per Se

3

☑  Count V:        Breach of Express Warranty

☑  Count VI:       Breach of Implied Warranty

☑  Count VII:      Violations of Applicable ___Georgia___ (insert State)

Law  Prohibiting  Consumer  Fraud  and  Unfair  and  Deceptive  Trade

Practices

☐  Count VIII:     Loss of Consortium

☐  Count IX:       Wrongful Death

☐  Count X:        Survival

☑  Count XI:       Punitive Damages

☐  Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

☐  Other:          _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Basil E. Adham, Johnson Law Group

16. Address and bar information for Attorney for Plaintiff(s):

4

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

Respectfully submitted,

By: /s/ Basil E. Adham

Basil E. Adham
TX Bar No 24081742
Johnson Law Group
2925 Richmond Ave., Suite
1700 Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394