IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Odilie Castro

Civil Case # 1:20-cv-06280-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Odilie Castro.

Dated: March 15, 2022.                                   Respectfully submitted,

                                                         */s/ Thomas Wm. Arbon*
                                                         Thomas Wm. Arbon, TX Bar No. 01284275
                                                         **Martin Baughman, PLLC**
                                                         3141 Hood Street, Suite 600
                                                         Dallas, TX 75219
                                                         Tel.: (214) 761-6614
                                                         Fax: (214) 744-7590
                                                         tarbon@martinbaughman.com

                                                         ***Attorney for Plaintiff***

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              */s/ Thomas Wm. Arbon*
                                              Thomas Wm. Arbon