# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB  
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to:

1:18-cv-06089  
1:21-cv-06346  
1:22-cv-00416  
1:22-cv-00426  
1:22-cv-06711

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");  
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and  
William Cook Europe ApS

Dated: March 16, 2022      /s/ Andrea Roberts Pierson  
    Andrea Roberts Pierson (# 18435-49)  
    Kip S. M. McDonald (# 29370-49)  
    FAEGRE DRINKER BIDDLE & REATH LLP  
    300 North Meridian Street, Suite 2500  
    Indianapolis, Indiana 46204  
    Telephone: (317) 237-0300  
    Facsimile: (317) 237-1000  
    E-Mail:  andrea.pierson@faegredrinker.com  
    E-Mail:  kip.mcdonald@faegredrinker.com

US.120264241.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson