IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Marjorie Breeden

Civil Case # 1:16-cv-02010-TWP-DKL

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Marjorie Breeden ("Plaintiff"), by and through her attorney, hereby submits her motion to maintain Exhibit A, [Dkt. 21379-1] to Plaintiff's Notice of Suggestion of Death [Dkt. 21379] under seal. Plaintiff states:

1. On March 10, 2022, Plaintiff filed a Notice of Suggestion of Death [Dkt. 21379] notifying the court of Marjorie Breeden's death.

2. Plaintiff attached to her Notice of Suggestion of Death a death certificate for Marjorie Breeden. [Dkt. 21379-1].

3. Exhibit A to the Suggestion of Death [Dkt. 21379-1] is a full copy of Plaintiff's death certificate which contains Plaintiff's last known address at time of death, social security number, cause of death, address of informant, and date of birth.

4. To ensure that the Plaintiff's personal information remains private, Plaintiff requests the documents filed, remain under seal.

5. A redacted version of the Death Certificate has been provided via the Court's electronic filing system for public viewing.

A proposed order is attached hereto.

1

Dated: March 16, 2022.

                                                       Respectfully submitted,

                                                       **GoldenbergLaw, PLLC**

                                                       */s/ Stuart L. Goldenberg*
                                                       Stuart L. Goldenberg, #0158719
                                                       GoldenbergLaw, PLLC
                                                       Suite 2150
                                                       Minneapolis, MN 55402
                                                       (612) 335-9960
                                                       slgoldenberg@goldenberglaw.com
                                                      ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Stuart L. Goldenberg*