IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Marjorie Breeden

 Civil Case #1:16-cv-02010-TWP-DKL

### ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **Exhibit A [Dkt. 21379-1]** to the Notice of Suggestion of Death for Marjorie Breeden **[Dkt. 21379]** Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A** to the Plaintiff's Notice of Suggestion of Death **[Dkt. 21379-1]** is to be maintained under seal.

Dated this ___ of _____, 2022.


SO ORDERED: _____