


**STATE OF TENNESSEE**
**Office of Vital Records**

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2021 075341

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | MARJORIE ANN BREEDEN |
| 2. Sex | FEMALE |
| 3. Date of Death | 10/17/2021 |
| 4. Time of Death (Approx) | 09:49 |
| 5a. Age | 54 |
| 6. Date of Birth | [redacted]  |
| 7. Birthplace | WAVERLY, TN |
| 8a. Place of Death | INPATIENT |
| 8b. Facility Name | SAINT THOMAS WEST HOSPITAL |
| 8c. City or Town | NASHVILLE |
| 8d. County of Death | DAVIDSON |
| 9. Marital Status | DIVORCED |
| 10. Surviving Spouse (name prior to first marriage) | |
| 11a. Decedent's Usual Occupation | HOMEMAKER |
| 11b. Kind of Business/Industry | HOMEMAKER IN OWN HOME |
| 12. Social Security Number | [redacted] |
| 13a. Residence-State or Foreign Country | TENNESSEE |
| 13b. County | WILSON |
| 13c. City or Town | LEBANON |
| 13d. Street and Number | 332 N DENNY RD |
| 13e. Inside City Limits? | YES |
| 13f. Zip Code | 37087 |
| 14. Was Decedent ever in US Armed Forces? | NO |
| 15. Decedent's Education | 9TH - 12TH GRADE, NO DIPLOMA |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | WHITE |
| 18. Father's Name | JOHN HERSCHEL BREEDEN |
| 19. Mother's Name Prior to First Marriage | SARAH ANN HARPER |
| 20a. Informant's Name | DONNA WITTRIG |
| 20b. Relationship to Decedent | SISTER |
| 20c. Mailing Address | 332 N DENNY RD, LEBANON, TN 37087 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | EBENEZER CEMETERY |
| 21c. Location | NEW JOHNSONVILLE, TN |
| 22a. Signature of Funeral Director | /s/ ROBERT T MARVIN JR |
| 22b. License Number | 2955 |
| 22c. Signature of Embalmer | /s/ Philip Alan Tummins |
| 22d. License Number | 5211 |
| 23a. Name and Address of Funeral Home | TAYLOR FUNERAL HOME, INC., 214 NORTH MAIN ST, DICKSON, TN 37055 |
| 23b. License Number | 689 |
| 24. Registrar's Signature | /s/ EDWARD G BISHOP III |
| 25. Date Filed | 10/27/2021 |

26. Certifier
26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| /s/ MARK A PILKINTON | 50104 | 10/27/2021 |

27d. Name and Address: MARK A PILKINTON 4220 HARDING RD, NASHVILLE, TN 37205

28. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE
a. EMBOLIZATION OF BILATERAL LOWER EXTREMITIES
b. ATRIAL FIBRILLATION
c.
d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
DIABETIC KETOACIDOSIS; ACUTE KIDNEY INJURY

29a. Was an Autopsy Performed? NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?

30. Manner of Death: NATURAL
31. Did Tobacco Use Contribute to Death? NO
32. If Female: NOT PREGNANT WITHIN PAST YEAR
33. If Transportation Injury, Specify:
34a. Date of Injury
34b. Time of Injury
34c. Injury at Work?
34d. Place of Injury
34e. Describe How Injury Occurred
34f. Location of Injury

PH-1659E   RDA-10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

**13315648**



Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

1 3 3 1 5 6 4 8
Date Issued: Oct-27-2021



**CERTIFICATION OF VITAL RECORD**