**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Jean Michelle Moeders, 1:20-cv-00169-RLY-TAB

## ORDER

Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS filed a second motion for extension to file their briefing on the Oregon choice-of-law issue where the Court requested additional briefing (Dkt. 21420). The motion is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including March 28, 2022 to file their brief and Plaintiff shall have until April 18, 2022 to file her brief.

Date: 3/16/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.