IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BRIDGETTE GADSON

Civil Case #1:20-cv-00458-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court considers Plaintiff's Motion to Substitute Party [Dkt. 21441]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Bennie Gadson Jr., on behalf of the Estate of Bridgette Gadson is substituted for Plaintiff Bridgette Gadson in the above-referenced action.

Date: 3/16/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.