> APPROVED. Case is dismissed with prejudice.
> Dated: Mar 16, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Campbell, Lonnie, Individually and as Administrator of the Estate of Kimberly Campbell,

Case No. 1:18-cv-02537

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 15, 2022

| | |
|---|---|
| */s/ John T. Kirtley III*<br>John T. Kirtley III, Esq.<br>Ferrer Poirot Wansborough, LLP<br>2603 Oak Lawn, Suite 300<br>Dallas, Texas 75219<br>Telephone: (800) 210-8503<br>Email: jkirtley@lawyerworks.com | */s/ Jessica Benson Cox*<br>Jessica Benson Cox, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |