# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB<br>§ MDL No. 2570<br>§ |
| This Document Relates to Plaintiff:<br><br>Josie Carter,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | § Case No. 1:21-cv-02741-RLY-TAB |

## Order on Motion for Leave to Amend Complaint

The Court considers Plaintiff's Motion for Leave to Amend Complaint [Dkt. 21442]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the Amended Complaint filed on behalf of Plaintiff Josie Carter is hereby deemed filed as of the date of this order.

Date: 3/16/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.