IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Sharyn Murphy 1:18-cv-00911 | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 17, 2022

| | |
|---|---|
| */s/Laci M. Whitley* | */s/ Jessica Benson Cox* |
| Laci M. Whitley | Jessica Benson Cox, Esq. |
| Flint Law Firm, LLC | Faegre Drinker Biddle & Reath LLP |
| 222 East Park Street, Suite 500 | 300 North Meridian Street, Suite 2500 |
| Edwardsville, IL 62025 | Indianapolis, Indiana 46204 |
| Telephone: (618) 288-4777 | Telephone: (317) 237-0300 |
| Facsimile: (618) 288-2864 | Facsimile: (317) 237-1000 |
| Email: lwhitley@flintlaw.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox