IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Marjorie Breeden - 1:16-cv-2010-RLY-TAB

### ORDER ON MOTION TO SEAL

Upon consideration of Plaintiff's Motion to Maintain Document Under Seal [Filing No. 21465], Plaintiff's motion is granted. It is hereby ordered that Filing No. 21379-1 shall be maintained under seal.

Date: 3/17/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.