IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Megan Chambers and Joseph Chambers

Civil Case # 1:16-cv-06031-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff/Deceased Party:

   Megan Chambers

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Joseph Chambers

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court – Southern District of Ohio, Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    - ☐ Günther Tulip® Vena Cava Filter
    - ☑ Cook Celect® Vena Cava Filter
    - ☐ Günther Tulip® Vena Cava MR*eye*® Filter
    - ☐ Cook Celect® Platinum Vena Cava Filter
    - ☐ Other: _____

11. Date of Implantation as to each product:

    February 22, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Grant Medical Center, 111 S. Grant Ave., Columbus, OH 43215

13. Implanting Physician(s):

    Ricardo Barboza, MD, 111 S. Grant Ave., Columbus, OH 43215

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:     Strict Products Liability – Failure to Warn
    - ☑ Count II:    Strict Products Liability – Design Defect
    - ☑ Count III:   Negligence
    - ☑ Count IV:    Negligence Per Se
    - ☑ Count V:     Breach of Express Warranty
    - ☑ Count VI:    Breach of Implied Warranty
    - ☑ Count VII:   Violations of Applicable Ohio_____ (*insert State*) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☑ Count VIII:  Loss of Consortium

3

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: Fraudulent Concealment

(*please state the facts supporting this Count in the space, immediately below*)

Additional facts supporting Counts supporting Counts I, III, V, VI, VII, XI, and Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

15. Attorney(s) for Plaintiff(s):

   Ben C. Martin

   Thomas Wm. Arbon

16. Address and bar information for Attorney for Plaintiff(s):

   3141 Hood Street, Suite 600, Dallas, TX 75219

   Ben C. Martin, Texas Bar No. 13052400

   Thomas Wm. Arbon, Texas Bar No. 01284275

RESPECTFULLY SUBMITTED this 17th day of March, 2022.

/s/ Ben C. Martin
Ben C. Martin, Bar No. 13052400
Thomas Wm. Arbon, Bar No. 01284275
**MARTIN | BAUGHMAN, PLLC**
3141 Hood Street, Suite 600
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
bmartin@martinbaughman.com
tarbon@martinbaughman.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on <u>March 17, 2022</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               <u>/s/ Ben C. Martin</u>
                                               Ben C. Martin