**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Dennis Turgun</u>

Civil Case # 1:21-cv-06528-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Dennis Turgun.

Dated: March 17, 2022.                              Respectfully submitted,

<u>/s/ Ben C. Martin</u><br>
Ben C. Martin, TX Bar No. 13052400<br>
<b>Martin Baughman, PLLC</b><br>
3141 Hood Street, Suite 600<br>
Dallas, TX 75219<br>
Tel.: (214) 761-6614<br>
Fax: (214) 744-7590<br>
bmartin@martinbaughman.com<br><br>
<i><b>Attorney for Plaintiff</b></i>

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin