**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Dennis Turgun_____

Civil Case # 1:21-cv-06528-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Dennis Turgun.


Dated:  March 17, 2022.                          Respectfully submitted,

                                                 _/s/ Thomas Wm. Arbon_____
                                                 Thomas Wm. Arbon, TX Bar No. 01284275
                                                 **Martin Baughman, PLLC**
                                                 3141 Hood Street, Suite 600
                                                 Dallas, TX 75219
                                                 Tel.:  (214) 761-6614
                                                 Fax:  (214) 744-7590
                                                 tarbon@martinbaughman.com

                                                 *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon* _____
Thomas Wm. Arbon