**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Charlesetta Latasia Thompson
_____

Civil Case # 1:20-cv-06275-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

         I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Charlesetta Latasia Thompson.


Dated:  March 17, 2022.                          Respectfully submitted,

                                                 _/s/ Ben C. Martin_____
                                                 Ben C. Martin, TX Bar No. 13052400
                                                 **Martin Baughman, PLLC**
                                                 3141 Hood Street, Suite 600
                                                 Dallas, TX 75219
                                                 Tel.:  (214) 761-6614
                                                 Fax:  (214) 744-7590
                                                 bmartin@martinbaughman.com


                                                 *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin