UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) )   1:14-ml-02570-RLY-TAB ) ) ) ) ) |

### SCHEDULING ORDER

The Motion and Status Hearing set for **APRIL 6, 2022** will begin at **2:00 p.m. (Eastern)** instead of the 3:00 p.m. time listed in the scheduling order [21333] issued 3/07/22.

**SO ORDERED** this 18th day of March 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record