IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Sharyn Murphy 1:18-cv-00911

> APPROVED. Case is dismissed with prejudice.
> Dated: Mar 18, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 17, 2022

/s/Laci M. Whitley
Laci M. Whitley
Flint Law Firm, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: (618) 288-4777
Facsimile: (618) 288-2864
Email: lwhitley@flintlaw.com

**Attorney for Plaintiff**

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**