# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Alex Souza

Civil Case # 1:21-cv-06443-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Alex Souza.

Dated:  March 18, 2022.                             Respectfully submitted,

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin, TX Bar No. 13052400
                                                    **Martin Baughman, PLLC**
                                                    3141 Hood Street, Suite 600
                                                    Dallas, TX 75219
                                                    Tel.:  (214) 761-6614
                                                    Fax:  (214) 744-7590
                                                    bmartin@martinbaughman.com

                                                    ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                               */s/ Ben C. Martin*
                                               Ben C. Martin