IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

## UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO SUBSTITUTE PARTY

Counsel for Plaintiff Jennifer L. Dinwiddie respectfully moves this Court for additional time to file a motion to substitute the proper party.  Counsel for Plaintiff conferred with counsel for Defendants, who do not oppose the requested relief.

On November 22, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, Jennifer L. Dinwiddie [Filing No. 20446].  Surviving heirs to Plaintiff Jennifer L. Dinwiddie have obtained probate counsel and have initiated the probate process to name the proper party for substitution.

On February 18, 2022 this Court granted Plaintiff's Unopposed Motion for Extension of Time to Substitute Party [Dkt No. 21164], which extended the time to file the substitution to March 20, 2022.

On February 22, 2022 the probate court issued an order identifying an error on Plaintiff's death certificate as to her marital status (incorrectly identifying Plaintiff as married). Plaintiff's surviving heirs are working to correct the death certificate so as to name the proper party for substitution here.

Wherefore, Plaintiff's counsel respectfully requests this Court extend the time to file a motion to substitute the proper party to May 1, 2022.

Dated: March 18, 2022

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq.
Gregory D. Bentley, Esq.
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO 80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed and served on this 18th day of March, 2022, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*
Joseph J. Zonies