IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

## [PROPOSED] ORDER RE MOTION FOR ADDITIONAL EXTENSION OF TIME TO SUBSTITUTE PARTY

Upon consideration of the Plaintiff's Motion for Additional Extension of Time to Substitute Party [Dkt No _____], the Court finds good cause to and therefore GRANTS the motion. It is ORDERED that the Plaintiff has up to and including May 1, 2022 to file a motion to substitute the proper party.

SO ORDERED this ___ day of _____ 2022.

_____
TIM A. BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana