# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Crystal Wiley

Civil Case # 1:20-cv-06276-RLY-TAB

## **NOTICE OF APPEARANCE**

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Crystal Wiley.

Dated:  March 18, 2022.                           Respectfully submitted,

                              */s/ Ben C. Martin*
                              Ben C. Martin, TX Bar No. 13052400
                              **Martin Baughman, PLLC**
                              3141 Hood Street, Suite 600
                              Dallas, TX 75219
                              Tel.:  (214) 761-6614
                              Fax:  (214) 744-7590
                              bmartin@martinbaughman.com

                              ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                           */s/ Ben C. Martin*
                                           Ben C. Martin