UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Cunningham, Robert, 1:16-cv-01986

**COOK DEFENDANTS' UNOPPOSED MOTION
TO EXTEND PAGE LIMIT FOR REPLY BRIEF**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court to extend the page limit for their reply brief in support of their motion for judgment on the pleadings up to 10 pages. The additional pages are necessary to fully respond to all issues raised in Plaintiff's 10-page response, supporting exhibits, and amended complaint. More specifically, the Cook Defendants state:

1. On February 18, 2022, the Cook Defendants filed a motion for judgment on the pleadings in Plaintiff's case based on the North Carolina statute of repose. Under CMO-28, the motion, response, and reply briefs are limited to three pages each. *See* Dkt. 14601, ¶¶ 4-6.

2. The Court granted Plaintiff leave to file a 10-page response brief. *See* Dkt. 21318.

3. As part of the meet-and-confer process leading to that grant, the Cook Defendants did not oppose Plaintiff's request to file a 10-page response brief on the understanding between the parties that the Cook Defendants could file a reply brief of equal length.

4. In addition to his 10-page response (Dkts. 21286 & 21319), Plaintiff Cunningham also filed an amended complaint (Dkt. 21377) and four Cook company documents that Plaintiff filed as exhibits in support of his express-warranty claim (Dkts. 21287 & 21289).

5. Cook's reply brief in the Cunningham case is due on March 21, 2022.

6. Due to the number and complexity of legal and factual issues raised by Plaintiff's response, amended complaint, and supporting exhibits, it is not possible for the Cook Defendants to fully respond in three pages. Additional pages are necessary to fully address all factual and legal issues pertinent to the motion on the merits.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the page limit for the Cook Defendants' reply brief in support of their motion for judgment on the pleadings in Plaintiff's case to 10 pages.

Dated: March 21, 2022                    Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2022, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*