**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL INC., IVC FILTERS       Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

*Sales-Orr v. Cook Inc., et al.*
Case No. 1:16-cv-02636

*Dodd, et al. v. Cook Inc., et al.*
Case No. 1:17-cv-00537

*Gray v. Cook Inc., et al.*
Case No. 1:17-cv-01715

*McCain v. Cook Inc.*
Case No. 1:17-cv-03969

*Morrison v. Cook Inc., et al.*
Case No. 1:18-cv-01182

*Estrella v. Cook Inc., et al.*
Case No. 1:18-cv-01196

*Rub Azran v. Cook Inc., et al.*
Case No. 1:18-cv-01631

*Smith v. Cook Inc., et al.*
Case No. 1:19-cv-00531

_____

**<u>PLAINTIFFS' NOTICE OF SUBSTITUTION OF COUNSEL</u>**

      Pursuant to Local Rule 83-7(c), the undersigned, Tara K. King of Wagstaff Law Firm, hereby notifies the Court and all counsel that she is appearing as counsel of record for the above-named Plaintiffs and in the master file. Notice is further given that the appearance of Sarah A. Wolter is hereby withdrawn. Ms. Wolter is no longer employed at Wagstaff Law Firm.

Wagstaff Law Firm will continue to represent Plaintiffs, and Plaintiffs request that Tara K. King be substituted for Sarah A. Wolter. All notices and pleadings shall be directed to Tara K. King, as follows:

Tara K. King<br>
WAGSTAFF LAW FIRM<br>
940 Lincoln Street<br>
Denver, CO 80203<br>
Tel: 303-376-6360<br>
Fax: 303-376-6361<br>
tking@wagstafflawfirm.com

Local Rule 83-7(c) allows for attorneys within the same firm to substitute and or withdraw their appearance. "When one attorney seeks to replace another attorney from the same firm, agency, organization, or office as counsel of record on behalf of a party, a Notice of Substitution of Counsel may be filed in lieu of an appearance and motion to withdraw under sections (a) and (b) above."

| | |
|---|---|
| Dated: March 22, 2022 | Respectfully submitted, |
| | **WAGSTAFF LAW FIRM** |
| | /s/ *Tara K. King*<br>Tara K. King, MO Bar #69171<br>(*CO Bar # forthcoming*)<br>940 Lincoln Street<br>Denver, CO 80203<br>Tel: 303-376-6360<br>Fax: 303-376-6361<br>tking@wagstafflawfirm.com |
| | *Attorney for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Tara K. King*
Tara K. King