UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:17-cv-02728; 1:19-cv-02383; 1:21-cv-01101;
and 1:21-cv-01466

_____

## NOTICE OF APRIL 6, 2022 MOTIONS HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the April

6, 2022 motions hearing.  Pursuant to Amended Case Management Order 18 entered on March 24,

2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to

present oral argument on each motion.


Dated: March 22, 2022

                                        Respectfully Submitted,

                                        /s/ Andrea Roberts Pierson
                                        Andrea Roberts Pierson
                                        Jessica Benson Cox
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Andrea.Pierson@FaegreDrinker.com
                                        Jessica.Cox@FaegreDrinker.com

1

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2022, a copy of the foregoing Notice of April 6, 2022, Motions Hearing was filed electronically.  Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson

US.137426955.01