UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:17-cv-02728; 1:19-cv-02383; 1:21-cv-01101;
and 1:21-cv-01466

_____

# EXHIBIT A TO
# NOTICE OF APRIL 6, 2022 MOTIONS HEARING

1. Cook's Motion for Judgment in Plaintiff *Jose Trevino's* Case Pursuant to CMO-28 (Dkt. 17995)

    - Trevino, Jose (1:17-cv-02728)
      Counsel: MCSWEENEY/LANGEVIN
    - See Sealed Exhibit A at Dkt. 17996
    - See Plaintiff's Response at Dkt. 18330
    - See Cook Defs.' Reply at Dkt. 18675

2. Cook's Motion for Judgment in Plaintiff *Jane Creese* Case Pursuant to CMO-28 (Dkt. 18048)

    - Creese, Jane (1:19-cv-02383)
      Counsel: FEARS NACHAWATI, PLLC
    - See Sealed Exhibit A at Dkt. 18049
    - See Plaintiff's Response at Dkt. 18259
    - See Cook Defs.' Reply at Dkt. 18586

3. Cooks' Motion to Dismiss for Failure to Cure PPS Deficiencies (Dkt. 20996) [1]

    - Lamp, Lynn (1:21-cv-01101)
      Counsel: FEARS NACHAWATI, PLLC
    - Adell, Jasper and Gorday, Judith (1:21-cv-01466)
      Counsel: FEARS NACHAWATI, PLLC

---

[1] There are 138 cases subject to this motion. For purposes of this Notice, however, only Lamp, Lynn (1:21-cv-01101) and Adell, Jasper and Gorday, Judith (1:21-cv-01466) are being set for oral argument at the April 6, 2022 hearing.

4

- See Exhibit A at Dkt. 20996-1
- See Sealed Exhibits B - F at Dkts. 20996-2 – 20996-6
- See Amended Exhibit A. at Dkt. 21178
- No response has been filed; Deadline was 2/11/22