## HALIFAX REGIONAL MEDICAL CENTER
### 250 Smith Church Road
### Roanoke Rapids, North Carolina 27870

### RADIOLOGY REPORT

| | |
|---|---|
| PATIENT: CHILDS,FRANCES L | ADM #: V04190443145 |
| DATE OF SERVICE: 08/30/19 | MR #: M000290598 |
| ATTN MD: UNKNOWN PROVIDER | ROOM #: RAD |
| ORDERING MD: NONSTAFF PROVIDER | DOB: |
| REQ #: 19-0043647 Ord #:0830-0008 | REP #: 0830-0105 |

EXAM: CT ABDOMEN W/O CONTRAST

HISTORY: UNSPECIFIED INJURY OF VENA CAVA

COMPARISON: None.

FINDINGS:

Axial imaging was performed from the dome of liver to the iliac crests without intravenous or oral contrast.

Minor linear change in the right base anteriorly is likely scar. No pleural effusion. Heart is not enlarged. No pericardial effusion.

Liver and spleen evaluation without contrast is limited. No definite focal abnormality seen in either of these organs. Gallbladder is present. No contour deforming pancreatic lesion.

No renal calculi. No hydronephrosis.

Vena cava filter. The superior aspect of the filter is below the right renal vein. I do not identify significant tilt of the filter. I do not identify a stenosis. The struts appear intact. The nine o'clock strut projects approximately 3 mm beyond the wall of the vena cava and impresses on the duodenum. I do not identify a retroperitoneal hematoma.

Abdominal aorta is of normal caliber.

IMPRESSION:

Vena cava filter as above.

Electronically Signed By:
DOUGLAS P ERICSON, MD
08/30/19 1211

DICT BY: DOUGLAS P ERICSON, MD
TRANS BY:
DD:
DT:
cc: NONSTAFF PROVIDER

Thank you for allowing us to participate in the care of your patient.

### RADIOLOGY REPORT
### PAGE 1 OF 1
### Signed