# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | |
| ) | Case No. 1:14-ml-02570-RLY-TAB |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 2570 |
| ) | |
| This Document Relates to: ) | |
| *Sherlyn Pinder* ) | |
| Civil Action No. 1:18-cv-01635-RLY-TAB ) | |
| ) | |

## ORDER

The Court considers Plaintiff's Motion for Leave to Amend Short Form Complaint [Dkt. 21313]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the Amended Short Form Complaint filed on behalf of Plaintiff, Sherlyn Pinder is hereby deemed filed as of the date of this order.

Date: 3/22/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.