# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Frances Childs, 1:21-cv-01580

## ORDER GRANTING MOTION TO MAINTAIN UNDER SEAL "EXHIBIT A" TO THE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

This matter has come before the Court on the Plaintiffs' Motion to Maintain Under Seal "**Exhibit A**" to THE Plaintiff's Response to Defendants' Motion for Judgement on the Pleadings.

The Court, having reviewed the Plaintiff's Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists, and that the relief sought by the Plaintiff should be GRANTED.

IT IS THEREFORE ORDERED that "**Exhibit A**" to the Plaintiff's Response to Defendants' Motion for Judgment on the Pleadings **are to be maintained *under seal.***

SO ORDERED this ____ day of _____, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.