IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
SHERLYN PINDER

Civil Case # 1:18-cv-01635-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Sherlyn Pinder

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Pennsylvania

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    <u>Pennsylvania</u>

6.  Plaintiff's/Deceased Party's current state of residence:

    <u>Pennsylvania</u>

7.  District Court and Division in which venue would be proper absent direct filing:

    <u>United States District Court for the Eastern District of Pennsylvania</u>

8.  Defendants (Check Defendants against whom Complaint is made):

    X   Cook Incorporated

    X   Cook Medical LLC

    X   William Cook Europe ApS

9.  Basis of Jurisdiction:

    X   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        <u>Paragraph 6-28; All claims in Dkt. 18900: "Plaintiff's Steering Committee Response in Opposition to Defendant's Renewed Motion for Partial Dismissal of Claims of Fraudulent Concealment"</u>

    b.  Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐        Günther Tulip® Vena Cava Filter

X        Cook Celect® Vena Cava Filter

☐        Gunther Tulip Mreye

☐        Cook Celect Platinum

☐        Other:

_____

11. Date of Implantation as to each product:

 On or about June 4, 2012.
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Temple University Hospital – Philadelphia, PA
_____

_____

13. Implanting Physician(s):

Dr. Gary Cohen, MD
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

X        Count I:        Strict Products Liability – Failure to Warn

X        Count II:       Strict Products Liability – Design Defect

X        Count III:      Negligence

X        Count IV:       Negligence *Per Se*

3

X  Count V:  Breach of Express Warranty

X  Count VI:  Breach of Implied Warranty

X  Count VII:  Violations of  Applicable Pennsylvania

      Law Prohibiting Consumer Fraud and Unfair and Deceptive  Trade

      Practices

      Count VIII:  Loss of Consortium

☐  Count IX:  Wrongful Death

☐  Count X:  Survival

X  Count XI:  Punitive Damages

X  Other:  please state the facts  supportingthis Count in the space,

immediately below

☐  Other:  _____(please state the facts  supporting

  this Count in the space, immediately below)

See additional facts to support Plaintiff's claim of Fraud, Equitable Estoppel, and

 Expressed Warranty filed herewith.

_____

_____

_____

15. Attorney for Plaintiff(s):

 Monte Bond & Jessica Glitz

16. Address and bar information for Attorney for Plaintiff(s):

5151 Belt Line Rd., Suite 1000, Dallas, TX 75254

Monte Bond - TX Bar No.: 02585625

Jessica Glitz – TX Bar No.: 24076095

Respectfully submitted,

**Tautfest Bond, PLLC**

*s/ Monte Bond*
Monte Bond No. 02585625
Jessica Glitz No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd.,
Suite 1000, Dallas, TX 75254
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tautfestbond.com
jglitz@tbtorts.com
***Attorneys for Plaintiff***

5