# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

SHERLYN PINDER
1:18-cv-01635-RLY-TAB

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits B [Filing No. 21316] and Exhibit C [Filing No. 21316-1], to Plaintiff's Motion for Leave to Amend Short Form Complaint [Filing No. 21337]. The motion is hereby DENIED AS MOOT. However, according to Case Management Order #29 "separate documents containing the specific allegations of fraudulent concealment shall be maintained under seal by the Clerk of the Court." [Filing No. 16544, p. 5.]

IT IS THEREFORE ORDERED that the Clerk shall maintain Filing No. 21316 and Filing No. 21316-1 under seal.

Date: 3/22/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.