# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK IVC FILTER** ) | Case No. 1:14-ml-2570-RLY-TAB |
| ) | MDL No. 2570 |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | |
| **This Document Relates to**: ) | |
| *Sonya Frazier* ) | |
| *Civil Action No. 1:18-cv-02581-RLY-TAB* ) | |
| ) | |

## ORDER

The Court considers Plaintiff's Motion for Leave to Amend Short Form Complaint [Dkt. 21334]. The motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the Amended Short Form Complaint filed on behalf of Plaintiff, Sonya Frazier is hereby deemed filed as of the date of this order.

Date: 3/22/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.