UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to the Following Actions:

Cunningham, Robert, 1:20-cv-01986

_____

## ORDER

On March 21, 2022, the Cook Defendants filed a consent motion for leave to extend the page limit for the reply brief in support of their motion for judgment on the pleadings pursuant to CMO-28 to 10 pages. *See* Dkt. 21589. The Court finds that there is good cause to extend the page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a 10-page reply and that their reply filed at Dkt. 21599 is deemed to have been filed as of March 21, 2022.

**SO ORDERED** this day of _____ day of March, 2022.

_____
TIM A BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record