# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SONYA FRAZIER
1:18-cv-02581-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits B [Filing No. 21335] and Exhibit C [Filing No. 21335-1], to Plaintiff's Motion for Leave to Amend Short Form Complaint [Filing No. 21339]. The motion is hereby DENIED AS MOOT. However, according to Case Management Order #29 "separate documents containing the specific allegations of fraudulent concealment shall be maintained under seal by the Clerk of the Court." [Filing No. 16544, p. 5.]

IT IS THEREFORE ORDERED that the Clerk shall maintain Filing No. 21335 and Filing No. 21335-1 under seal.

Date: 3/22/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.