**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570
_____

This Document Relates to the Following Actions:

Pinder, Sherlyn, 1:18-cv-01635

_____

### COOK DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT AND DEADLINE TO FILE REPLY BRIEF

Defendants Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court to (1) extend the page limit for their reply brief in support of their motion for judgment on the pleadings up to 10 pages and (2) for a three-day extension of time to file their reply brief by Friday, March 25, 2022.  Both the additional pages and additional time are necessary to fully respond to all issues raised in Plaintiff's response, supporting exhibits, and amended complaint.  More specifically, the Cook Defendants state:

1.      On February 18, 2022, the Cook Defendants filed a motion for judgment on the pleadings in Plaintiff's case based on the Pennsylvania statute of limitations.  Under CMO-28, the motion, response, and reply briefs are limited to three pages each.  *See* Dkt. 14601, ¶¶ 4-6.

2.      The Court granted Plaintiff leave to file a 6-page response brief.  *See* Dkt. 21385.

3.      In addition to her 6-page response (Dkt. 21341), Plaintiff also filed a motion for leave to file an amended complaint.  Dkt. 21313.  The proposed amended complaint is 12 pages in

length (64 paragraphs) and attaches 40 pages of Cook company documents in support. *See* Dkts. 21316 & 21316-1.

4.      As part of the meet-and-confer process leading to that grant, the Cook Defendants did not oppose Plaintiff's request to file a 6-page response brief on the understanding that Plaintiff would not oppose Cook seeking leave to file an extended reply brief.

5.      Cook's reply brief in the Pinder case is due on March 22, 2022.

6.      Due to the number and complexity of legal and factual issues raised by Plaintiff's response, amended complaint, and supporting exhibits, it is not possible for the Cook Defendants to fully respond in three pages nor by the original March 22, 2022 deadline.  Additional pages are necessary to fully address all factual and legal issues pertinent to the motion on the merits.  Additional time is necessary for the same reason.

7.      The Cook Defendants have been diligently working under the Court's deadlines under CMO-28 and have filed reply briefs in 16 other CMO-28 motions between March 2 and March 21, 2022.  This motion for a three-day extension for this reply brief would not cause undue delay to the conclusion of briefing in this case.

8.      On March 22, 2022, counsel for the Cook Defendants contacted Plaintiff's counsel to further meet and confer on the request for additional pages and the three-day extension.  Plaintiff's counsel stated Plaintiff did not oppose either request.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the page limit for the Cook Defendants' reply brief in support of their motion for judgment on the pleadings in Plaintiff's case to 10 pages and extend the Cook Defendants' briefing deadline from March 22, 2022 to March 25, 2022.

Dated:  March 22, 2022                    Respectfully submitted,


                                          /s/ *Jessica Benson Cox*
                                          Jessica Benson Cox, Co-Lead Counsel
                                          Andrea Roberts Pierson
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          300 North Meridian Street, Suite 2500
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Andrea.Pierson@FaegreDrinker.com
                                          Jessica.Cox@FaegreDrinker.com

                                          James Stephen Bennett, Co-Lead Counsel
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          110 West Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone:  (260) 424-8000
                                          Stephen.Bennett@FaegreDrinker.com

                                          *Attorneys for Defendants Cook Incorporated,
                                          Cook Medical LLC, and William Cook Europe
                                          ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, a copy of the foregoing **COOK DEFENDANTS'**

**UNOPPOSED MOTION TO EXTEND PAGE LIMIT AND MOTION FOR EXTENSION**

**OF TIME TO FILE REPLY BRIEF** was filed electronically, and notice of the filing of this

document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF

participants registered to receive service in this matter.  Parties may access this filing through the

Court's system.

                                          /s/ *Jessica Benson Cox*