# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Pinder, Sherlyn, 1:18-cv-01635

## ORDER

On March 22, 2022, the Cook Defendants filed an unopposed motion to extend the page limit for their reply brief in support of their motion for judgment on the pleadings in Plaintiff's case up to ten pages, and to extend the deadline to file the reply brief by three days to March 25, 2022. The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a reply brief of up to 10 pages in support of their motion for judgment on the pleadings.

**IT IS FURTHERED ORDERED** that the Cook Defendants shall have up to and including March 25, 2022 to file their reply brief in support of their motion for judgment on the pleadings.

**SO ORDERED** this _____ day of March, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record