## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Frazier, Sonya - 1:18-cv-02581

## COOK DEFENDANTS' UNOPPOSED MOTION
## TO EXTEND PAGE LIMIT IN *FRAZIER* CASE

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court to extend the page limit for their reply brief in support of their motion for judgment on the pleadings up to 10 pages. The additional pages are necessary to fully respond to all issues raised in Plaintiff's 10-page response, supporting exhibits, and amended complaint. More specifically, the Cook Defendants state:

1. On February 18, 2022, the Cook Defendants filed a motion for judgment on the pleadings in Plaintiff's case based on the North Carolina statute of repose (Dkt. 21171). Under CMO-28, the motion, response, and reply briefs are limited to three pages each. *See* Dkt. 14601, ¶¶ 4-6.

2. The Court granted Plaintiff leave to file a six-page response brief. *See* Dkt. 21386.

3. In addition to her 6-page response (Dkt. 21341), Plaintiff also filed a motion for leave to file an amended complaint. Dkt. 21334. The proposed amendments complaint are 12

pages in length (64 paragraphs) and attach 40 pages of Cook company documents in support. *See* Dkt. 21335 & 21335-1.

4. As part of the meet-and-confer process leading to that grant, the Cook Defendants did not oppose Plaintiff's request to file a six-page response brief on the understanding that Plaintiff would not oppose Cook seeking leave to file an extended reply brief.

5. Cook's reply brief in this case is due on March 22, 2022.

6. Due to the number and complexity of legal and factual issues raised by Plaintiff's response, amended complaint, and supporting exhibits, it is not possible for the Cook Defendants to fully respond in three pages. Additional pages are necessary to fully address all factual and legal issues pertinent to the motion on the merits.

7. On March 22, 2022, counsel for the Cook Defendants conferred with counsel for Plaintiff. Counsel for Plaintiff confirmed that Plaintiff does not oppose the request for additional pages.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the page limit for the Cook Defendants' reply brief in support of their motion for judgment on the pleadings in Plaintiff's case to 10 pages.

Dated:  March 22, 2022                    Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

- 3 -

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT IN *FRAZIER* CASE** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*