# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Frazier, Sonya, 1:18-cv-02581

## ORDER

On March 22, 2022, the Cook Defendants filed a consent motion for leave to extend the page limit for the reply brief in support of their motion for judgment on the pleadings pursuant to CMO-28 to 10 pages. The Court finds that there is good cause to extend the page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a 10-page reply in support of their motion for judgment on the pleadings in Plaintiff's case.

**SO ORDERED** this day of \_\_\_\_\_ day of March, 2022.

_____
TIM A BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record