IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to Plaintiff(s)
DAVID REASE

Civil Case # 1:22-cv-06709-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaints against Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    David Rease

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    North Carolina

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   Florida

6.  Plaintiff's/Deceased Party's current state of residence:

   Florida

7.  District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Middle District of Florida, Jacksonville Division

8.  Defendants (Check Defendants against whom Complaint is made):

   ☑   Cook Incorporated

   ☑   Cook Medical LLC

   ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other:_____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 1-28

   b.  Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐  Günther Tulip® Vena Cava Filter

☑  Cook Celect® Vena Cava Filter

☐  Gunther Tulip Mreye

☐  Cook Celect Platinum

☐  Other: _____

11. Date of Implantation as to each product:

11/29/2010
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

**WakeMed - Raleigh Campus; Raleigh, NC**
_____

_____

13. Implanting Physician(s):

Peter Lawrence Leuchtmann, M.D.
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑  Count I:      Strict Products Liability – Failure to Warn

☑  Count II:     Strict Products Liability – Design Defect

☑  Count III:    Negligence

☑  Count IV:     Negligence Per Se

3

☑ Count V: Breach of Express Warranty

☑ Count VI: Breach of Implied Warranty

☑ Count VII: Violations of Applicable ___North Carolina___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Benjamin A. Bertram
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

2345 Grand Boulevard, Suite 1925

Kansas City, Missouri 64108

Missouri Bar # 56945

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

*Counsel for Plaintiff*