# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Cameron Rousseau,<br><br>　　　Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>　　　Defendants. | Case No. 1:19-cv-06098-RLY-TAB<br><br>**Plaintiff's Motion for Leave to Amend Complaint** |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Case Management Order Number 6, Plaintiff respectfully moves this Court for an Order to amend his complaint in order to comply with Case Management Order Number 6 requiring the service of short form complaints.

1. Plaintiff's claim was initially filed outside of MDL 2570 and was subsequently transferred into MDL 2570.

2. Plaintiff has not yet served a short form complaint on Defendants.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiff's Motion for Leave to Amend Complaint and enter the attached Amended Short Form Complaint in compliance with Case Management Order Number 6.

Date: March 23, 2022.

        Respectfully submitted,

        **JOHNSON LAW GROUP**

        /s/ Basil Adham
        Basil Adham, (TX Bar No.24081742)
        2925 Richmond Ave, Suite 1700
        Houston, TX 77098
        Telephone: (713) 626-9336
        Facsimile: (713) 583-9460
        E-mail: ivc@johnsonlawgroup.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2022, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

        /s/ Basil Adham