**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Cunningham, Robert, 1:20-cv-01986-RLY-TAB

## ORDER

Before the Court is Cook Defendants' Unopposed Motion to Extend Page Limit for Defendants' Reply to Motion for Judgment on the Pleadings (Filing No. 21589). Having considered the Motion, the Court concludes the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants' Reply to Motion for Judgment on the Pleadings can be extended to a total of 10 pages and is considered filed as of March 21, 2022, (Filing No. 21599).

Date: 3/24/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.