UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Pinder, Sherlyn, 1:18-cv-01635-RLY-TAB

## ORDER

Before the Court is Cook Defendants' Unopposed Motion to Extend Page Limit for Defendants' Reply to Motion for Judgment on the Pleadings and to extend the deadline to file the reply brief by three days to March 25, 2022 (Filing No. 21647). The Court finds good cause to grant the motion.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a reply brief of up to 10 pages in support of their motion for judgment on the pleadings.

**IT IS FURTHERED ORDERED** that the Cook Defendants shall have up to and including March 25, 2022 to file their reply brief in support of their motion for judgment on the pleadings.

Date: 3/24/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.