IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)           Plaintiff Demands a Trial by Jury

Gloria M. Lynch

Civil Case # 1:22-cv-06735-RLY-TAB

## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Rule 15 of Federal Rules of Civil Procedure, Plaintiff moves this Court to amend her Short Form Complaint (SFC; Dkt. 21468) in the above-captioned action and, in support, states as follows:

1. A party may amend her pleading by leave of the Court, and "[t]she court shall freely give leave when justice so requires" Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence" Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4. Plaintiff's SFC inadvertently indicated two different IVC filter types in response to question 10.

5. Plaintiff seeks leave to amend her SFC to clarify that only a Gunther Tulip IVC filter is at issue in this case.

6. The proposed Amended Short Form Complaint is attached as Exhibit A.

Respectfully submitted,

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
(Admitted Pro Hac Vice, AZ Bar No. 031398)
**DALIMONTE RUEB STOLLER LLP**
2425 East Camelback Rd, Suite 500
Phoenix, Arizona 85016
Telephone: (602) 892-0341
Facsimile: (855) 203-2035
Email: jennifer.rethemeier@drlawllp.com

***Lead Counsel for Plaintiff***

Dated: March 25, 2022

## **CERTIFICATE OF SERVICE**

I certify that on March 25, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/Jennifer Rethemeier*
Jennifer Rethemeier