# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Plaintiff(s): **Randy Wilhide**
Civil Case#: 1:16-cv-647

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Randy Wilhide. Plaintiff Randy Wilhide died on or about June 3, 2018. The Death Certificate is attached hereto as Exhibit "A".

Dated: March 23, 2022

                                                                                                                       Respectfully submitted,
**WILENTZ, GOLDMAN & SPITZER, P.A.**
*/s/ Joshua S. Kincannon*
JOSHUA S. KINCANNON, ESQ.
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive, Ste. 900
Woodbridge, NJ 07095
(732) 636-8000
(732) 726-6541 (Fax)
Jkincannon@wilentz.com
*Attorney for Plaintiff*

#13015367.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

*/s/ Joshua S. Kincannon*
Attorney for Plaintiff

#13015367.1