# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Harold J. Cooper, Jr.

Civil Case # 1:22-cv-06751-RLY-TAB

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: March 25, 2022

                                              Respectfully submitted,

                                              */s/ Jennifer Rethemeier*
                                              Jennifer Rethemeier
                                              (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                              **DALIMONTE RUEB STOLLER, LLP**
                                              2425 E. Camelback Road, Suite 500
                                              Phoenix, Arizona 85016
                                              Tel: (602) 892-0341
                                              Fax: (855) 203-2035
                                              jennifer.rethemeier@drlawllp.com

                                              ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        */s/ Jennifer Rethemeier*
                                        Jennifer Rethemeier