IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Willis, Maynette - 1:16-CV-02185

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, MAYNETTE WILLIS, by and through her undersigned counsel, hereby dismiss this case in its entirety, against all defendants, with prejudice, with each party to bear their own costs.

                                        FLINT COOPER, LLC

By:   */s/ Laci M. Whitley*
       Laci M. Whitley,
       222 East Park St., Suite 500
       P.O. Box 189
       Edwardsville, Illinois 62025
       (618) 288-4777:  telephone
       (618) 288-2864:  facsimile
       service@flintfirm.com

*Attorney for the Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Willis, Maynette - 1:16-CV-02185

## **ORDER**

Upon stipulation of the Plaintiff, MAYNETTE WILLIS, it is hereby ordered that all defendants are dismissed from this case with prejudice. Each party to bear its own costs.

**SO ORDERED:**

_____                   _____
DATE                                                    JUDGE