**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |
| | JUDGE TIM A. BAKER |

This Document Relates to:

*RANDY WILHIDE,* et al v. COOK MEDICAL, INC.,
IVC FILTERS MARKETING,
SALES PRACTICES AND PRODUCT
LIABILITY LITIGATION

*Civil Action No. 1:16-CV-647*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Randy Wilhide and Deborah Lynn Wilhide respectfully move this court to substitute Deborah Lynn Wilhide, the plaintiff's spouse, as the Personal Representative for the Estate of Randy Wilhide, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1.      Plaintiff Randy Wilhide's case was filed on or about March 22, 2016, (*RANDY WILHIDE v. COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*; Case No. 1:16-cv-647).

2.      All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

3.      On or about April 1, 2016, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

4.      Plaintiffs' counsel was informed that Randy Wilhide, passed away on or about June 3, 2018.

#13021255.1

5.      A copy of the death certificate is attached as **Exhibit A.**

6.      Randy Wilhide's action against Defendants survives his death and is not extinguished.

7.      Plaintiffs' counsel filed the Notice and Suggestion of Death on or about March 24, 2022.

8.      Plaintiff thus moves to substitute Deborah Lynn Wilhide, as Personal Representative for the Estate of Deborah Lynn Wilhide, Deceased, as Plaintiff in the present action.

9.      A copy of Letters of Administration are attached as **Exhibit B**.

10.     Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Deborah Lynn Wilhide, as Personal Representative for the Estate of Randy Wilhide, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Randy Wilhide is now deceased.

11.     A copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit C**.

12.     Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

**WHEREFORE**, Counsel for Plaintiffs, Randy Wilhide and Deborah Lynn Wilhide, respectfully request the Court grant Plaintiffs' Motion to Substitute Deborah Lynn Wilhide, as Personal Representative for the Estate of Randy Wilhide, Deceased, and to grant leave to file the

#13021255.1

Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated:  March 25, 2022

RESPECTFULLY SUBMITTED,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*/S/ JOSHUA S. KINCANNON*
JOSHUA S. KINCANNON, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE, STE. 900
WOODBRIDGE, NJ  07095
(732) 636-8000
(732) 726-6541 (FAX)
Jkincannon@wilentz.com
*ATTORNEY FOR PLAINTIFF*

3

#13021255.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2022, I electronically transmitted the attached

documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice

of Electronic Filing on all CM/ECF registrants.

/s/ Joshua S. Kincannon
*Attorneys for Plaintiff*

#13021255.1