**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. PRODUCTS
LIABILITY LITIGATION

MDL No. 2570
MDL 1:14-ml-2570
JUDGE TIM A. BAKER

This Document Relates to:
*RANDY WILHIDE v.* COOK MEDICAL, INC.,
IVC FILTERS MARKETING,
SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION
*Civil Action No. 1:16-cv-647*

<u>**ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND CLAIMS**</u>

THIS MATTER, having come before this Court, upon the Plaintiff's Motion for

Substitution of Party, and the Court being otherwise fully advised in the premises,

IT IS on this _____ day of _____, 2022;

ORDERED that Plaintiff's motion to substitute a party and amend the Complaint is

granted. Lynn Wilhide, as personal representative for Randy Wilhide, is substituted as Party

Plaintiff for Randy Wilhide, deceased, in Case No. 1:16-cv-647; and

It is further ORDERED and ADJUDGED that all future pleadings shall reflect the proper

Party.

_____
Honorable Tim A. Baker, U.S.M.J.

#13021278.1