UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Moeders, Jean Michelle - 1:20-cv-00169

**DEFENDANTS' NOTICE OF WITHDRAWAL
OF THEIR MOTION FOR JUDGMENT IN PLAINTIFF
JEAN MICHELLE MOEDERS' CASE PURSUANT TO CMO-28**

On February 7, 2022, the Court issued an Order directing the Parties to provide additional briefing concerning the application of Oregon choice-of-law rules to Cook's motion for judgment on the pleadings based on the Oregon statute of repose. Dkt. 21054. After reviewing Oregon's choice-of-law rules and the facts that bear on the application of those rules, Cook is concerned that the present state of the record does not permit a full argument on the choice-of-law issue, in particular whether Oregon or Nevada law applies to the issues raised by Cook's motion. Cook therefore withdraws its motion for judgment, Dkt. 16179.

Cook reserves its rights to renew this motion at a later time, or to otherwise challenge the timeliness of Plaintiff's action under the applicable law, including the Oregon statute of repose and the Oregon and Nevada statutes of limitations, based on further analysis or further factual development.

Respectfully submitted,

Dated:  March 28, 2022

/s/ *Andrea Roberts Pierson*

Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2022, a copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR JUDGMENT IN PLAINTIFF JEAN MICHELLE MOEDERS' CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*