# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

| | |
|---|---|
| 1:17-cv-06075 | 1:21-cv-06676 |
| 1:20-cv-06108 | 1:21-cv-06680 |
| 1:20-cv-06246 | 1:21-cv-06694 |
| 1:20-cv-06262 | 1:22-cv-00330 |
| 1:20-cv-06267 | 1:22-cv-00470 |
| 1:20-cv-06275 | 1:22-cv-00479 |
| 1:20-cv-06276 | 1:22-cv-00481 |
| 1:20-cv-06288 | 1:22-cv-00483 |
| 1:21-cv-06399 | 1:22-cv-00485 |
| 1:21-cv-06417 | 1:22-cv-00549 |
| 1:21-cv-06431 | 1:22-cv-06709 |
| 1:20-cv-06436 | 1:22-cv-06723 |
| 1:21-cv-06437 | 1:22-cv-06734 |
| 1:21-cv-06443 | 1:22-cv-06735 |
| 1:21-cv-06449 | 1:22-cv-06736 |
| 1:21-cv-06463 | 1:22-cv-06737 |
| 1:21-cv-06465 | 1:22-cv-06738 |
| 1:21-cv-06476 | 1:22-cv-06739 |
| 1:21-cv-06498 | 1:22-cv-06740 |
| 1:21-cv-06528 | 1:22-cv-06741 |
| 1:21-cv-06533 | 1:22-cv-06742 |
| 1:21-cv-06595 | 1:22-cv-06749 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

|  |  |
|---|---|
| Dated: March 29, 2022 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald