UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
**INDIANAPOLIS** DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570. <br><br> _____ <br><br> This Document Relates to: <br><br> Creese, Jane, 1:19-cv-02383 | ) ) ) ) ) ) ) ) ) ) ) )    1:14-ML-02570-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:  the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

- Cook Medical LLC (which is alleged in some cases to be also known as or formerly known as "Cook Medical, Inc.");
- Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
- William Cook Europe ApS

Dated:  Marcy 29, 2022

Respectfully submitted,

s/Anthony W. Finnell, Jr.
Anthony W. Finnell, Jr., MN Atty ID # 0398817
FAEGRE DRINKER BIDDLE & REATH LLP
90 South 7th Street, Suite 2200
Minneapolis, MN  55402
Tel:  612-766-7000
Fax:  612-766-1600
Anthony.Finnell@FaegreDrinker.com

Andrea Roberts Pierson (IN Atty ID. #18435-49)
Jessica Benson Cox (IN Atty ID. #26259-49)
Patrick H. Reilly (IN Atty ID. #28739-49)
John T. Schlafter ((IN Atty ID. #28771-49)

US.137495479.02

Victoria R. Calhoon (IN Atty ID. ##28492-49)
Anna C. Rutigliano (IN Atty ID. #.32743-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN  46204
Tel: 317-237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett (IN Atty ID. #22869-02)
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, IN  46802
Tel: 260-424-8000
Stephen.Bennett@FaegreDrinker.com

*Counsel for Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*