IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Frances Childs

Civil Case # 1:21-cv-01580

## MOTION TO MAINTAIN DOCUMENT #21426-1
## UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Frances Childs ("Plaintiff"), by and through her attorney, hereby submits her motion to maintain Exhibit A, [Dkt. 21426-1] to Plaintiff's Radiology Report [Dkt. 21426-1] under seal. Plaintiff states:

1. On March 22, 2022, Plaintiff filed a Radiology Report [Dkt. 21426-1] notifying the court of Frances Childs' Radiology Report to evaluate the condition of the IVC Filter.

2. Plaintiff attached a copy of Plaintiff's Radiology Report [Dkt. 21426-1].

3. Exhibit A [Dkt. 21426-1] is a full copy of Plaintiff's Radiology Report which contains Plaintiff's personal data identifier (PDI), the date of birth, and private medical information.

4. To ensure that the Plaintiff's personal information remains private, Plaintiff requests the documents filed, remain under seal.

5. A redacted version of the Radiology Report has been provided via the Court's electronic filing system for public viewing.

A proposed order is attached hereto.

Dated: March 29, 2022.

                                        Respectfully submitted,

                                        */s/ Kelly Chermack*
                                        Kelly Chermack
                                        Texas Bar No. 24121361
                                        kchermack@fnlawfirm.com
                                        FEARS NACHAWATI, PLLC
                                        5489 Blair Road
                                        Dallas, TX  75231
                                        Tel. (214) 890-0711
                                        Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<em>/s/ Kelly Chermack</em>