# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff

Sonya Frazier
Civil Case # 1:18-cv-02581-RLY-TAB

## UNOPPOSED MOTION TO FILE A SURREPLY TO COOK'S REPLY TO PLAINTIFF'S RESPONSE TO COOK'S MOTION TO DISMISS UNDER CMO-28 OF PLAINTIFF'S CLAIMS

CMO 28 sets forth a simplified procedure for "screening" time barred cases. Dkt. 14601. As part of that process Cook sent Plaintiff a letter on September 29, 2021, outlining its reason as to why the case was time barred and demanded that Plaintiff dismiss her claims.  On October 6, 2021, Plaintiff responded explaining why Cook's request was not warranted; pointing out that the statute of repose was not applicable to Plaintiff's claims for breach of warranty and the statute or repose was not applicable due to, for instance, the disease exception. See Correspondence hereto attached as Exhibit A. Cook ignored Plaintiff's response and submitted its three-page brief under CMO 28 which fails to address the issues of fact and law in Plaintiff's correspondence that demonstrate her claims are not time barred. Dkt.21338. The issues raised by Plaintiff and their complexity command full briefing under the rules making it impossible to address them under the page limits dictated under CMO 28.

Cook did not address any of Plaintiff's arguments until after Plaintiff's response.  Cook's reply contains new facts and legal arguments that should have been set forth in its opening brief, and therefore, Plaintiff as the non-movant should not be deprived of the opportunity to respond  to the new facts, caselaw, and factual and legal arguments presented by Cook for the first time in its reply as contemplated under the local rules. *See* Local Rule 56-1(d)(allowing a surreply to address new evidence.). Especially since Plaintiff's correspondence was sent to Cook over five months ago.

Additionally, pursuant to the agreement between the parties, Plaintiff did not oppose Cooks request for an additional seven pages of briefing for its reply, if Cook would not oppose Plaintiff filing a surreply to address any new facts, caselaw, factual and legal arguments presented by Cook in its reply. Therefore, Plaintiff submits this surreply to address the new factual and legal arguments presented by Cook in its reply

Respectfully Submitted,

Dated March 29, 2022.

*/s/ Monte Bond*
Monte Bond TX No. 02585625
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Facsimile: (214) 853-4281
Email: mbond@tbtorts.com
Email: jglitz@tbtorts.com

***Attorneys for Plaintiff***

## **CERTIFICATE OF CONFERENCE**

On or about March 22, 2022 counsel for Plaintiff and counsel for Defendants conferred regarding Plaintiff's Motion to File a Surreply and Defendants agreed they would not oppose the motion.

*/s/Monte Bond*
Monte Bond

## **CERTIFICATE OF SERVICE**

I certify that on March 29, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/Monte Bond*
Monte Bond