# EXHIBIT A

1. Whether Cook's affirmations that its Gunther Tulip filter is "safe and effective as a permanent filter" is a warranty under North Carolina law;
2. Whether Plaintiff relied on the Cook's warranty in making her decision to have the filter implanted;
3. Whether Plaintiff suffered economic harm;
4. The amount of recoverable damages under N.C. Gen. Stat. § 25-2-714;
5. Whether Cook concealed material facts from Plaintiff regarding the safety and efficacy of the Gunther Tulip filter;
6. Whether Cook knowingly made false statements regarding the safety and efficacy of its Gunther Tulip filter;
7. Whether Plaintiff lacked knowledge and the means of knowledge of the facts concealed by Cook;
8. Whether Plaintiff relied on Cook's conduct and false representations regarding the safety and efficacy of the Gunther Tulip Filter to her prejudice