IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sonya Frazier_____

Civil Case # 1:18-cv-02581_____

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO FILE A SURREPLY TO COOK'S REPLY TO PLAINTIFF'S RESPONSE TO COOK'S MOTION TO DISMISS UNDER CMO-28 OF PLAINTIFF'S CLAIMS**

The Court has reviewed the Unopposed Motion to File a Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 ("Unopposed Motion") Good cause appearing, it is ORDERED That Plaintiff Fraizer's Surreply to Cook's Motion for Judgement on the Pleadings [ responses to Doc. 21649 ] is deemed filed.

SO ORDERED this __ day of March 2022.

_____
United States District Court
Southern District of Indiana