# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate, $6.00

P 24955335
Certification Number



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

Beverly J. Baughman     JUN 07 2018
Local Registrar           Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: 332798-2018

1. Decedent's Legal Name: Randy Jay Wilhide
2. Sex: Male
4. Date of Death: June 03, 2018
3a. Age-Last Birthday (Yrs): 64
6. Date of Birth: 1954
7a. Birthplace: York, Pennsylvania
7b. Birthplace (County): York
6a. Residence (State): Pennsylvania
6b. Residence (County): York
8b. Residence (Street and Number): 811 N Duke Street
8d. Residence (Zip Code): 17404
8e. Did Decedent live in a Township? No, decedent lived within limits of North York
10. Marital Status at Time of Death: Married
11. Surviving Spouse's Name: Deborah L Watson
12. Father/Parent's Name: James Wilhide
13. Mother/Parent's Name Prior to First Marriage: June Knaub
14a. Informant's Name: Deborah L Wilhide
14b. Relationship to Decedent: Spouse
14c. Informant's Mailing Address: 811 N Duke Street York, PA 17404
15a. If Death Occurred in a Hospital: Emergency Room/Outpatient
15b. Facility Name: WellSpan York Hospital
15c. City or Town, State, and Zip Code: York, Pennsylvania 17403
15d. County of Death: York
16a. Method of Disposition: Cremation
16b. Date of Disposition: June 07, 2018
16c. Place of Disposition: White Rose Crematory, LLC
16d. Location of Disposition: York, Pennsylvania 17403
17a. Signature of Funeral Service Licensee: Albert L Kuhner Jr (Electronically Signed)
17b. License Number: FD012435L
17c. Name and Complete Address of Funeral Facility: Kuhner Associates Funeral Directors Inc, 863 S George Street York, Pennsylvania 17403

18. Decedent's Education: Some college credit, but no degree
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: Owner/Operator
22b. Kind of Business/Industry: Home Improvement

73d. Date Signed (Mo/Day/Yr):
24. Time of Death: 09:13 PM
25. Was Medical Examiner or Coroner Contacted? No

### CAUSE OF DEATH

26. Part I.
    a. IMMEDIATE CAUSE: Suspected Myocardial Infarction — Unknown
    b. Hypertension — > 10 Years
    c.
    d.

26. Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:
Pulmonary embolism; Prostate cancer

28. Were autopsy findings available to complete the cause of death: No
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Natural

29d. Certifier: Pronouncing & Certifying
Signature of certifier: ROBERT JOHN PIZZIKETTI (Signature on File)
Title of certifier: MD
29b. Name, Address and Zip Code of Person Completing Cause of Death: ROBERT PIZZIKETTI, 76 Acco Drive York, Pennsylvania 17402
License Number: MD04-1??4
Date Signed: June 04, 2018

40. Registrar's District Number: 67-609
41. Registrar's Signature: Beverly Baughman (Signature on File)
42. Registrar File Date: June 07, 2018

Disposition Permit No. 280187