IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Julie Wilson
1:17-cv-3050-RLY-TAB

## PLAINTIFF'S MOTION TO DISMISS

Plaintiff Julie Wilson, by counsel, respectfully submits her Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) states that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). This Court has the discretion to dismiss the case with or without prejudice. *Carter v. City of Allen*, 922 F.3d 824, 825 (7th Cir. 2019). Here, in the interests of judicial economy and to save both sides unnecessary costs and expense, Plaintiff moves to dismiss her case with prejudice. The Cook Defendants object to this Motion and state they reserve their right to seek fees and costs.

For the reasons stated in Plaintiff's brief filed simultaneously herewith, Plaintiff respectfully requests the Court grant her instant motion and dismiss the above-captioned case with both sides bearing their own costs and grant all other and further relief that the Court considers proper.

Respectfully Submitted,
 Dated:  March 30, 2022

/s/ *William Curtis*
William B. Curtis
CURTIS LAW GROUP
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Telephone: (214) 890-1000
Facsimile: (214) 890-1010
Email: Bill@curtislawgroup.com
*Attorneys for Plaintiff*