IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiff Julie Wilson
1:17-cv-3050-RLY-TAB

## ORDER

Pending before the Court is *Plaintiff's Motion to Dismiss*. Upon consideration of the arguments of both parties, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is **DIRECTED** to close this case and remove it from the master file.

**DONE and ORDERED** this day of _____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana