# EXHIBIT A

1. Whether Cook's affirmations that its Celect filter was safe and effective for "permanent" implantation constitutes a warranty under North Carolina law.
2. Whether plaintiff relied on Cook's warranty in making his decision to have the filter implanted.
3. Whether plaintiff's breach of warranty claim is subsumed into his products liability claim or stands as an independent claim.
4. Whether the documents attached to Plaintiff's Response convert the motion from a Rule 12[c] into a motion for summary judgment.