IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : Robert R. Cunningham
Civil Case # 1:16-cv-1986

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT COOKS' REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO CMO-28

The Court has reviewed the Motion to File a Surreply to Cook's Reply to Plaintiff's Response to Cooks' Motion to Dismiss Under CMO-28.  Good cause appearing, it is ORDERED that Plaintiff Cunningham's Surreply to Cooks' Motion for Judgment on the Pleadings is deemed filed.

SO ORDERED this _____ day of March 2022.

_____
United States District Court for
Southern District of Indiana