**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00310 | 1:22-cv-06745 |
| 1:22-cv-00508 | 1:22-cv-06746 |
| 1:22-cv-00512 | 1:22-cv-06747 |
| 1:22-cv-00517 | 1:22-cv-06751 |
| 1:22-cv-00519 | 1:22-cv-06752 |
| 1:22-cv-00520 | 1:22-cv-06753 |
| 1:22-cv-00525 | 1:22-cv-06754 |
| 1:22-cv-06744 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:  March 31, 2022    /s/ Kip S. M. McDonald
                    Andrea Roberts Pierson (# 18435-49)
                    Kip S. M. McDonald (# 29370-49)
                    FAEGRE DRINKER BIDDLE & REATH LLP
                    300 North Meridian Street, Suite 2500
                    Indianapolis, Indiana 46204
                    Telephone: (317) 237-0300
                    Facsimile: (317) 237-1000
                    E-Mail: andrea.pierson@faegredrinker.com
                    E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01