IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION     Case No. 1:14-ML-2570-RLY-TAB

                                            MDL No. 2570

**This document relates to Plaintiff(s):**
**RANDY WILHIDE**
**1:16-cv-647**

## PLAINTIFF'S BRIEF IN SUPPORT OF
## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiff Randy Wilhide ("Plaintiff"), by and through his attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5- 11(d)(2)(e) states:

1. Plaintiff Randy Wilhide's case was filed on or about March 22, 2016, Case No. 1:16-cv-647).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

3. On or about April 1, 2016, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

4. Plaintiffs' counsel has been informed that Randy Wilhide, passed away on or about June 3, 2018.

5. Plaintiff counsel filed the Notice and Suggestion of Death on or about March 24, 2022.

#13031867.1

6. On March 25, 2022, the Plaintiff filed a Motion to Amend his Complaint in the above captioned action [Dkt. # 21694] to substitute Deborah Lynn Wilhide, as Personal Representative for the Estate of Deborah Lynn Wilhide, Deceased, as Plaintiff and to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Deborah Lynn Wilhide, as Personal Representative for the Estate of Randy Wilhide, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Randy Wilhide is now deceased.

7. Exhibit A [Dkt. #21694-1] of Plaintiff's Motion to Amend Short Form Complaint [Dkt. # 21694] contains personal data identifiers that must be redacted in accordance with Fed. R. Civ. P. 5.2.

8. Exhibit B [Dkt.#21694-2] of Plaintiff's Motion to Amend Short Form Complaint [Dkt. # 21694] contains personal data identifiers that must be redacted in accordance with Fed. R. Civ. P. 5.2.

9. Accordingly, to ensure compliance with the Federal Rules of Civil Procedure, Plaintiff respectfully requests that Exhibit A [Dkt.21694-1 ] and Exhibit B [Dkt.#21694-2 ] of Plaintiff's Motion to Amend Short Form Complaint [Dkt. # 21694], as filed remain under seal.

7. Sealing of these documents is not opposed by any party.

#13031867.1

Dated March 30, 2022              RESPECTFULLY SUBMITTED,

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*/S/ JOSHUA S. KINCANNON*
JOSHUA S. KINCANNON, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE, STE. 900
WOODBRIDGE, NJ 07095
(732) 636-8000
(732) 726-6541 (FAX)
Jkincannon@wilentz.com
*ATTORNEY FOR PLAINTIFF*

#13031867.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

>                               */s/ Joshua S. Kincannon*
>                               *Attorneys for Plaintiff*

#13031867.1