# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                            Case No. 1:14-ML-2570-RLY-TAB

                                                                                                                 MDL No. 2570

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits A [Dkt. No.21694-1] and Exhibit B [Dkt.No.21694-2], to Plaintiff's Motion for Leave to Amend Complaint [Dkt. No.21694] filed on March 24, 2022 in In Re: Cook Medical, Inc., et al, Case No. 1:14-ML-2570. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect from disclosure personal data identifiers in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal. Therefore, Plaintiff's motion is granted.

Date: _____, 2022.

                                                                                Tim A. Baker
                                                                                United States Magistrate Judge
                                                                                Southern District of Indiana

Distribution to all registered counsel of record via ECF.