CERTIFICATION OF VITAL RECORD

# MECKLENBURG COUNTY
# REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA
## CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N C VITAL RECORDS
CERTIFICATE OF DEATH

**REGISTRATION DISTRICT NO:** 60-63  **LOCAL NO:** 2021005806  **COUNTY OF DEATH:** Mecklenburg  **STATE FILE NO:** ___

**DECEDENT'S LEGAL NAME**
- 1a FIRST: James
- 1b MIDDLE: Thomas
- 1c LAST: Stablein
- 1d SUFFIX: Jr.
- 1e LAST NAME PRIOR TO FIRST MARRIAGE: ___

- 2 SEX: M
- 3a AGE-LAST BIRTHDAY (Yrs): 68
- 4 DATE OF BIRTH: ___
- 5 BIRTHPLACE: Will/IL
- 6 DATE OF DEATH: August 8, 2021

**PLACE OF DEATH:** Hospice facility
- 7c FACILITY NAME: Levine & Dickson Hospice House
- 7d CITY OR TOWN: Huntersville
- 7e COUNTY OF DEATH: Mecklenburg

- 8 MARITAL STATUS: Married
- 9 SURVIVING SPOUSE: Lindsay Sutherland
- 10a DECEDENT'S USUAL OCCUPATION: Land Surveyor
- 10b KIND OF BUSINESS/INDUSTRY: Surveying

- 11 SOCIAL SECURITY NUMBER: ___
- 12a RESIDENCE-STATE: North Carolina
- 12b COUNTY: Mecklenburg
- 12c CITY OR TOWN: Cornelius
- 12e INSIDE CITY LIMITS: Yes
- 13 WAS DECEDENT EVER IN U.S. ARMED FORCES: No

- 14 DECEDENT'S EDUCATION: High school graduate or GED completed
- 15 DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
- 16 DECEDENT'S RACE: White

**PARENTS**
- 17 FATHER/PARENT NAME: James Thomas Stablein
- 18 MOTHER/PARENT NAME: Catherine Dicks

- 19a INFORMANT'S NAME: Lindsay Sutherland
- 19b RELATIONSHIP TO DECEDENT: Wife

**DISPOSITION**
- 20a METHOD OF DISPOSITION: Cremation
- 20b PLACE OF DISPOSITION: Raymer-Kepner Crematory
- 20c LOCATION: Huntersville, NC
- 21b LICENSE NUMBER: FS3063

- 22 NAME AND ADDRESS OF FUNERAL HOME: Raymer-Kepner Funeral Home & Cremation Services 16901 Old Statesville Rd. Huntersville, NC 28078

**MEDICAL CERTIFICATION**
- 23 Part I
  - a. IMMEDIATE CAUSE: Hepatocellular Carcinoma
  - b. Hepatitis C

- 25 MANNER OF DEATH: Natural
- 26a WAS CASE REFERRED TO MEDICAL EXAMINER: No
- 27 TIME OF DEATH: 0015
- 28 DID TOBACCO USE CONTRIBUTE TO DEATH: No

- 33b LICENSE NUMBER: 0007755
- 33c DATE SIGNED: 8/9/2021
- 33 NAME AND ADDRESS OF CERTIFIER: Sugey Rabiyadran 11900 Vanstory Dr. Huntersville NC 28078
- 35 DATE FILED: AUG 16 2021

---

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

V 1497244

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY  August 17, 2021

Gibbie Harris
Health Director & Registrar

Fredrick Smith
Register of Deeds

By: ___
Assistant/Deputy Register of Deeds

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE