# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
Sherlyn Pinder
Civil Case # 1:18-cv-01635-RLY-TAB

## UNOPPOSED MOTION TO FILE A SURREPLY TO COOK'S REPLY TO PLAINTIFF'S RESPONSE TO COOK'S MOTION TO DISMISS UNDER CMO-28 OF PLAINTIFF'S CLAIMS

CMO 28 sets forth a simplified procedure for "screening" time barred cases. Dkt. 14601. As part of that process Cook filed a motion to dismiss, outlining its reason as to why the case was time barred and demanded that Plaintiff dismiss her claims. Dkt. 21173. The issues raised by Plaintiff and their complexity command full briefing under the rules making it impossible to address them under the page limits dictated under CMO 28. Dkt. 21336-1.

Cook's reply [Dkt. 21692] contains new facts and legal arguments that should have been set forth in its opening brief, and therefore, Plaintiff as the non-movant should not be deprived of the opportunity to respond to the new facts, caselaw, and factual and legal arguments presented by Cook for the first time in its reply as contemplated under the local rules. *See* Local Rule 56-1(d)(allowing a surreply to address new evidence).

Additionally, pursuant to the agreement between the parties, Plaintiff did not oppose Cook's request for an additional five pages of briefing for its reply, if Cook would not oppose

Plaintiff filing a surreply to address any new facts, caselaw, factual and legal arguments presented by Cook in its reply also summarize as Exhibit A to Plaintiff's surreply. Therefore, Plaintiff respectfully submits this surreply to address the new factual and legal arguments presented by Cook in its reply.

Respectfully Submitted,

Dated April 1, 2022.

*/s/ Monte Bond*
Monte Bond TX No. 02585625
Jessica Glitz TX No. 24076095
**Tautfest Bond, PLLC**
5151 Belt Line Rd., Suite 1000
Dallas, TX 75254
Phone: (214) 617-9980
Facsimile: (214) 853-4281
Email: mbond@tbtorts.com
Email: jglitz@tbtorts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

On or about March 22, 2022 counsel for Plaintiff and counsel for Defendants conferred regarding Plaintiff's Motion to File a Surreply and Defendants agreed they would not oppose the motion.

*/s/Monte Bond*
Monte Bond

## CERTIFICATE OF SERVICE

I certify that on April 1, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/Monte Bond*
Monte Bond
