# EXHIBIT A

1. Whether Cook's affirmations that its Gunther Tulip filter is "safe and effective as a permanent filter" is a warranty under Pennsylvania law;
2. Whether Plaintiff relied on the Cook's warranty in making her decision to have the filter implanted;
3. When Plaintiff was put on notice the filter was causing her harm;
4. When the Plaintiff had sufficient facts to put her on notice that a wrong was committed;
5. Whether Plaintiff acted with reasonable diligence in determining the fact and cause of her injuries;
6. Whether Cook concealed material facts Plaintiff regarding the safety and efficacy of the Gunther Tulip filter;
7. Whether Cook knowingly made false statements regarding the safety and efficacy of its Gunther Tulip filter;
8. Whether Plaintiff lacked knowledge and the means of knowledge of the facts concealed by Cook;
9. Whether Plaintiff relied on Cook's conduct and false representations regarding the safety and efficacy of the Gunther Tulip Filter to her prejudice.