# EXHIBIT A

**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Shirley A. Parton, 1:18-cv-03371-RLY-TAB | |

## [PROPOSED] FINAL JUDGMENT

On November 1, 2018, Plaintiff Shirley A. Parton filed a Short Form Complaint in which Plaintiff asserted Counts I-VII and XI of the Master Complaint filed in this action as well as claims for express and implied warranty (identified as "Other" Counts in the Short Form Complaint). On July 20, 2020, Defendants Cook Incorporated, Cook Medical, LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS (the "Cook Defendants") moved for judgment on the pleadings on Counts I – IV of the Master Complaint as asserted by Plaintiff. (Dkt. 13728.) The Court converted the motion to one for summary judgment.

On September 28, 2021, this Court granted the Cook Defendants' motion for summary judgment and dismissed Counts I – IV of the Master Complaint as asserted by Plaintiff. (Dkt. 20031.) Plaintiff subsequently moved to dismiss with prejudice the remaining claims in Plaintiff's Short Form Complaint, including Counts V – VII and XI of the Master Complaint as well as Plaintiff's claims for express and implied warranty (identified as "Other" Counts in the Short Form Complaint). (Dkt. ___.) The Court grants that motion and dismisses with prejudice the remaining claims in Plaintiff's Short Form Complaint, including Counts V – VII and XI of the Master Complaint and Plaintiff's claims for express and implied warranty.

Accordingly, the Court now enters final judgment in favor of the Cook Defendants.

Plaintiff's right to appeal as to the dismissal of Counts I – IV is expressly reserved, including the right to appeal Dkt. 20031.

So entered this ___ day of _____, 2022.

Dated:                                                                       Richard L. Young
                                                                               United States District Judge