IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gloria M. Lynch 1:22-cv-06735-RLY-TAB

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to Amend Short Form Complaint (Dkt. 21682), it is found that good cause is shown and that said motion is **GRANTED**.

IT IS THERFORE ORDERED that Plaintiff's Amended Short Form Complaint is filed as of the date of this order.

Date: 4/6/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.