# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>MDL 1:14-ml-2570-RLY-TAB |

This Document Relates to:

Deborah Lynn Wilhide, as the Personal
Representative for the Estate of Randy Wilhide
Civil Action No. 1:16-cv-647

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND CLAIMS

THIS MATTER, having come before this Court, upon the Plaintiff's Motion for Substitution of Party and File an Amended Complaint (Dkt. 21694), and the Court being otherwise fully advised in the premises, that Plaintiff's motion to substitute a party and amend the Complaint is granted.

IT IS THEREFORE ORDERED that Deborah Lynn Wilhide, as personal representative for Randy Wilhide, is substituted as Party Plaintiff for Randy Wilhide, deceased, in Case No. 1:16-cv-647; and that all future pleadings shall reflect the proper party.

IT IS FURTHER ORDERED that Plaintiff's Amended Short Form Complaint is filed as of the date of this order.

Date: 4/6/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.