# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Matthew Cormier

Civil Case # 1:21-cv-06458-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Matthew Cormier.

Dated: April 6, 2022.                                  Respectfully submitted,

                                                                     */s/ Ben C. Martin*
                                                                     Ben C. Martin, TX Bar No. 13052400
                                                                     **Martin Baughman, PLLC**
                                                                     3141 Hood Street, Suite 600
                                                                     Dallas, TX 75219
                                                                     Tel.: (214) 761-6614
                                                                     Fax: (214) 744-7590
                                                                     bmartin@martinbaughman.com

                                                                     ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
