# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |
| **This document relates to Plaintiff(s):**<br>*Deborah Lynn Wilhide, as the Personal Representative for the Estate of Randy Wilhide*<br>**1:16-cv-647-RLY-TAB** | |

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal [Dkt. 21727] Exhibits A [Dkt. No. 21694-1] and Exhibit B [Dkt. No.21694-2], to Plaintiff's Motion for Leave to Amend Complaint [Dkt. No. 21694]. Plaintiff's basis for moving to seal these exhibits is that they contain Plaintiff's personal identifying information, including Plaintiff's social security number and date of birth, which should be protected from disclosure in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth good cause to maintain this exhibit under seal.

Accordingly, Plaintiff's motion to maintain documents under seal [Dkt. No. 21727] is granted. The Clerk shall maintain Dkt. No. 21694-1 and Dkt. No.21694-2 under seal.

Date: 4/6/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.