# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00370 | 1:22-cv-00598 |
| 1:22-cv-00563 | 1:22-cv-00600 |
| 1:22-cv-00587 | 1:22-cv-00639 |
| 1:22-cv-00593 | 1:22-cv-00647 |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:       April 7, 2022             /s/ Kip S. M. McDonald
                                        Andrea Roberts Pierson (# 18435-49)
                                        Kip S. M. McDonald (# 29370-49)
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, Indiana 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        E-Mail:  andrea.pierson@faegredrinker.com
                                        E-Mail:  kip.mcdonald@faegredrinker.com

US.120263840.01

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald