IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MARJORIE BREEDEN

Civil Case #1:16-cv-02010-TWP-DKL

**Plaintiff's Unopposed Motion to Substitute
Party and Amend the Complaint**

Plaintiff Marjorie Breeden, by and through undersigned counsel, and pursuant to Rule 25(a) and 15(a)(2) hereby move the Court to substitute La Donna Wittrig, sole heir of the Small Estate of Marjorie Breeden, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit I, and in support, state as follows:

1. Plaintiff Marjorie Breeden had a Cook Celect Platinum IVC filter implanted in September 2008 and subsequently experienced vena cava perforation, organ perforation, and complications that necessitated frequent medical monitoring.

2. Plaintiff Marjorie Breeden unexpectedly passed away on October 17, 2021.

3. Plaintiff's counsel learned of Ms. Breeden's passing and filed a Suggestion of Death on March 10, 2022.

4. La Donna Wittrig is the sole heir of the Small Estate of Marjorie Breeden.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit

I, which substitutes La Donna Wittrig, sole heir of the Small Estate of Marjorie Breeden, as Plaintiff.

7. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

Respectfully submitted April 8, 2022

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg, #0158719
GoldenbergLaw, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MARJORIE BREEDEN

Civil Case #1:16-cv-02010-TWP-DKL

**Proposed Order Granting Plaintiff's Motion
to Substitute Party and Amend Complaint**

The Court having reviewed the foregoing Motion, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff, Marjorie Breeden, is granted leave to amend her Complaint for Damages, a copy of which is attached hereto as Exhibit I.

IT IS FURTHER ORDERED that the First Amended Complaint for damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

Dated: _____                              BY THE COURT

_____

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Stuart L. Goldenberg*