IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

La Donna Wittrig, as sole heir of the Small Estate of Marjorie Breeden

Civil Case # 1:16-cv-2010-RLY-TAB

# SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Marjorie Breeden

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    La Donna Wittrig, as the duly qualified heir of the small estate of Marjorie Breeden

4. Plaintiff's Deceased Party's state of residence at the time of implant:

    TN

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    TN

6. Plaintiff's/Deceased Party's current state of residence:

    TN

7. District Court and Division in which venue would be proper absent direct filing:

    U.S. District Court for the Middle District of Tennessee

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction

    ☒ Diversity of Citizenship

    ☐ Other

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

       Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

    b. Other allegations of jurisdiction and venue:

       N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

  ☒  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

    09/24/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Vanderbilt University Medical Center; 1211 Medical Center Dr, Nashville, TN 37232

13. Implanting Physician(s):

    Dr. Steven Meranze

14. Counts in the Master Complaint brought by Plaintiff(s):

    | | | |
    |---|---|---|
    | ☒ | Count I: | Strict Products Liability — Failure to Warn |
    | ☒ | Count II: | Strict Products Liability — Design Defect |
    | ☒ | Count III: | Negligence |
    | ☒ | Count IV: | Negligence Per Se |
    | ☒ | Count V: | Breach of Express Warranty |
    | ☒ | Count VI: | Breach of Implied Warranty |
    | ☒ | Count VII: | Breach of Applicable Tennessee Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
    | ☐ | Count VIII: | Loss of Consortium |
    | ☐ | Count IX: | Wrongful Death |
    | ☐ | Count X: | Survival |
    | ☒ | Count XI: | Punitive Damages |

☐ Other: _____ (please state the facts supporting this

Count in the space immediately below)

☐ Other: _____ (please state the facts supporting this

Count in the space immediately below)

<u>N/A</u>

15. Attorney for Plaintiff(s):

<u>Stuart L. Goldenberg (MN Bar No. 0158719)</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>GoldenbergLaw, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402.  Please</u>

<u>see above for attorney bar information.</u>

Dated: <u>04/08/2022</u>

<u>/s/ Stuart L. Goldenberg</u>
Stuart L. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel.:   (612) 335-9960
Fax:   (612) 367-8107
<u>slgoldenberg@goldenberglaw.com</u>


*Attorney for Plaintiff(s)*