UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Galloway, Keely, 1:21-cv-01174

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT IN PLAINTIFF KEELY GALLOWAY'S CASE PURSUANT TO CMO-28

Cook's motion for judgment on the pleadings on Tennessee statute of repose grounds has been briefed and is awaiting decision in this Court (*see* Dkt. 19672). The Cook Defendants submit this notice of supplemental authority to provide the Court with additional recent authority from the Tennessee Court of Appeals on issues directly relevant to the pending motion.

In *Jones v. Smith & Nephew Inc.*, 2022 WL 767709 (Tenn. Ct. App. March 14, 2022) (copy attached as **Exhibit A**), the Tennessee Court of Appeals upheld the entry of summary judgment in a product liability case involving a hip replacement based on the Tennessee statute of repose. The Court held that it "cannot expand/rewrite the statute to create a general latent disease exception or a fraudulent concealment exception to the [Tennessee product liability] statute of repose." *Id.* at *4. The *Jones* case thus makes clear that Tennessee law recognizes no latent disease or fraudulent concealment exceptions to the Tennessee statute of repose, a conclusion that is fully consistent with this Court's prior orders and Cook's arguments in the pending motion. *See* Dkts. 14426; 18470; 21484 (dismissing cases on Tennessee statute of repose grounds). Cook therefore

respectfully asks the Court to apply this supplemental authority in its consideration of the pending motion and to grant the motion (Dkt. 19672).

Respectfully submitted,

Dated: April 11, 2022

/s/ Andrea Roberts Pierson
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2022, a copy of the foregoing **DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT IN KEELY GALLOWAY'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson