# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-02570-RLY- TAB<br>MDL No.: 2570 |
| **This Document relates to:**<br>**Maria Elena Andrae v. Cook Medical, Inc., et al.**<br>**Civil Case No. 1:19-cv-01853-RLY-TAB** | |

## PROOF OF SERVICE

I hereby certify that on **February 14, 2022**, my office served a true and correct copy of the **ORDER SETTING TELEPHONIC STATUS CONFERNCE dated 01/21/2022** upon Plaintiff, via **PRIORITY MAIL** to the below address. Attached as Exhibit A.

Maria Elena Andrae

1434 West County Road 303 W.

Orange Grove, TX 78372

*/s/Ryan Medler*
Attorney

# EXHIBIT A



**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com

Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Tae Kim, Esq. |
| A. Ilyas Akbari, Esq. | Hazel Chang, Esq |
| Brad Stuckey, Esq. | Daniel DeSantis, Esq. |
| Gail Richardson, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Thiago Coelho, Esq. |
| Robert Dart, Esq. | Erik Harper, Esq. |
| Jon Teller, Esq. | Johnny Ogata, Esq. |
| Sutton A. Shapiro, Esq. | Jennifer Reiz, Esq. |
| Daniel B. Miller, Esq. | |

February 14, 2022

**SENT VIA USPS PRIORITY MAIL**
No.: 9114-9022-0078-9643-1195-45

Maria Elena Andrae
1434 West County Road 303 W.
Orange Grove, TX 78372
USA

RE: Maria Elena Andrae v. Cook Medical, Inc. et. al.

Dear Ms. Andrae,

Enclosed for your immediate attention is a copy of the Court's Order Setting Telephonic Status Conference for **April 12, 2022, at 4:00 p.m. Eastern Time.** Please note, the Court is **requiring** you to personally participate in this Conference by calling Chambers at 317-229-3660.

**It is of the most importance you appear**. Please feel free to contact us at 213-357-5072, should you have any questions or concerns.

Sincerely,

Brigitte Molina
Litigation Assistant
WILSHIRE LAW FIRM, PLC

*Enclosures*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Maria Elena Andrae, Case No. 1:19-cv-01853 -RLY-TAB

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 4 p.m. (Eastern Time) on April 12, 2022**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Maria Elena Andrae shall personally participate in this conference by calling Chambers at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel, Ryan Medler's motion to withdraw as counsel of record [Filing No. 20787].

Date: 1/21/2022

_T. B____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ryan Medler is required to serve Plaintiff, Maria Elena Andrae.

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9114902200789643119545

Your item was delivered in or at the mailbox at 10:45 am on February 17, 2022 in ORANGE GROVE, TX 78372.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, In/At Mailbox

February 17, 2022 at 10:45 am
ORANGE GROVE, TX 78372

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

February 17, 2022, 10:45 am
Delivered, In/At Mailbox
ORANGE GROVE, TX 78372
Your item was delivered in or at the mailbox at 10:45 am on February 17, 2022 in ORANGE GROVE, TX 78372.

February 17, 2022, 6:53 am
Out for Delivery
ORANGE GROVE, TX 78372

**February 17, 2022, 6:42 am**
Arrived at Post Office
ORANGE GROVE, TX 78372

**February 16, 2022, 10:59 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

**February 15, 2022, 4:12 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**February 14, 2022, 9:23 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

USPS Tracking Plus®

Product Information

Feedback

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**