UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR APRIL 6, 2022**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a monthly motions hearing. Plaintiffs' Leadership Committee appeared by Ben Martin, Joe Williams, and Mike Heaviside; the Cook Defendants appeared by Andrea Pierson, Steve Bennett, Kip McDonald, Nick Alford, and Anthony Finnell, Jr.; Plaintiff Jose Trevino appeared by Rhett A. McSweeney.

The court heard argument on Cook's Motion for Judgment in Plaintiff Jose Trevino's Case Pursuant to CMO 28 (Filing No. 17995), Cook's Motion for Judgment in Plaintiff Jane Creese's Case Pursuant to CMO 28 (Filing No. 18048), and Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies (Filing No. 20996). The court took those motions **UNDER ADVISEMENT**.

**SO ORDERED** this 11th day of April 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.