UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to the Following Case:

Jose Trevino, 1:17-cv-2728

_____

# FINAL JUDGMENT

Today, the court granted the Cook Defendants' Motion for Judgment Pursuant to CMO-28. Therefore, the court enters final judgment in favor of the Cook Defendants and against the Plaintiff herein, Jose Trevino.

**SO ORDERED** this 11th day of April 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____

By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.