# EXHIBIT A

| | |
|---|---|
| **From:** | Hasic, Eldin |
| **To:** | "Josmary Gomez"; Bill Curtis |
| **Cc:** | Jones, Bruce; Cox, Jessica Benson |
| **Subject:** | RE: [21723] 2022-03-30 - Motion to Dismiss with Prejudice; Wilson.PDF |
| **Date:** | Tuesday, April 5, 2022 4:06:23 PM |

No worries. Thank you for the clarification.

**From:** Josmary Gomez <josmary@curtislawgroup.com>
**Sent:** Tuesday, April 5, 2022 4:04 PM
**To:** Hasic, Eldin <eldin.hasic@faegredrinker.com>; Bill Curtis <bill@curtislawgroup.com>
**Cc:** Jones, Bruce <bruce.jones@faegredrinker.com>; Cox, Jessica Benson <jessica.cox@faegredrinker.com>; Josmary Gomez <josmary@curtislawgroup.com>
**Subject:** RE: [21723] 2022-03-30 - Motion to Dismiss with Prejudice; Wilson.PDF

**This Message originated outside your organization.**

Hi Eldin,

There is no brief or attachments to the motion to dismiss we filed. Sorry for the confusion.

-------- Original message --------
From: "Hasic, Eldin" <eldin.hasic@faegredrinker.com>
Date: 4/5/22 2:52 PM (GMT-06:00)
To: Bill Curtis <bill@curtislawgroup.com>
Cc: "Jones, Bruce" <bruce.jones@faegredrinker.com>, "Cox, Jessica Benson" <jessica.cox@faegredrinker.com>, Josmary Gomez <josmary@curtislawgroup.com>
Subject: RE: [21723] 2022-03-30 - Motion to Dismiss with Prejudice; Wilson.PDF

Bill/Josmary,

I called your office and they said email might be the best way to reach you. We're just following up the below: the MTD in Wilson mentions a brief, but we haven't see anything else filed on the docket except the proposed order.

Could you please send us any briefs/attachments in support of the motion, if Plaintiff intended to file any.

Thank you,

Eldin

**From:** Hasic, Eldin

**Sent:** Monday, April 4, 2022 11:26 AM
**To:** Bill Curtis <bill@curtislawgroup.com>
**Cc:** Jones, Bruce <bruce.jones@faegredrinker.com>; Cox, Jessica Benson <jessica.cox@faegredrinker.com>; 'Josmary Gomez' <josmary@curtislawgroup.com>
**Subject:** [21723] 2022-03-30 - Motion to Dismiss with Prejudice; Wilson.PDF

Hi Bill,

Hope all is well. I wanted to reach out regarding your filing last week in the Wilson case. It sounded to us from the motion that you were planning to file a brief in support, but we only found the motion and the proposed order on the docket (attached).

If there was a brief or any other attachments that were intended to be filed with the motion, could you please provide copies of those documents to us?

Best regards,


**Eldin Hasic**
Associate
*Admitted to Practice in Indiana*
eldin.hasic@faegredrinker.com

Connect: vCard / LinkedIn

+1 260 460 1704 direct / +1 260 348 9230 mobile

**Faegre Drinker Biddle & Reath LLP**
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802, USA