## Certificate of Grant of Letters of Administration

**Bryan K. Tate**
**REGISTER OF WILLS**
York County, Pennsylvania



| | |
|---|---|
| **Estate No.** | 6718-1501 |
| **Estate of** | RANDY JAY WILHIDE<br>Deceased |
| **Late of** | NORTH YORK BOROUGH<br>YORK COUNTY |
| **Soc Sec No.** |  4026 |

WHEREAS, RANDY JAY WILHIDE, late of NORTH YORK BOROUGH, York County, who died on June 03, 2018 and;

WHEREAS, the Grant of LETTERS OF ADMINISTRATION is required for the administration of the estate.

THEREFORE, I, *Bryan K. Tate*, Register of Wills in and for the County of York, in the Commonwealth of Pennsylvania, hereby certify that I have this day granted **LETTERS OF ADMINISTRATION** to **DEBORAH LYNN WILHIDE** who has duly qualified as ADMINISTRATOR(RIX) and has agreed to administer the estate according to law, all of which fully appears on record in my Office at York County Judicial Center in York, Pennsylvania.

*IN TESTIMONY WHEREOF*, I have here unto set my hand and affixed the seal of my Office on April 21, 2021.

_____
*Register of Wills*

**BRYAN K. TATE**
**Register of Wills & Clerk of Orphans' Court**
My Commission Expires First Monday, January, 2024

# Commonwealth of Pennsylvania - Short Certificate
## County of York



I, **Bryan K. Tate**, Register for the Probate of Wills and Granting Letters of Administration in and for YORK County, do hereby certify that on April 21, 2021, LETTERS OF ADMINISTRATION in common form were granted by the Register of said County, on the estate of

**RANDY JAY WILHIDE**, late of NORTH YORK BOROUGH in said county, deceased, to **DEBORAH LYNN WILHIDE** and that same has not since been revoked.

*IN TESTIMONY WHEREOF*, I have here unto set my hand and affixed the seal of said office at YORK, PENNSYLVANIA, on **April 21, 2021.**

**File No:**          6718-1501

**Date of Death :**   June 03, 2018

**S.S. #:**           ████████-4026

**BRYAN K. TATE**
**Register of Wills & Clerk of Orphans' Court**
My Commission Expires First Monday, January, 2024

**NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE**