# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION                Case No. 1:14-ML-2570-RLY-TAB
                                                                                                            MDL No. 2570

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647

## PLAINTIFF'S BRIEF IN SUPPORT OF
## MOTION TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiff Randy Wilhide ("Plaintiff"), by and through his attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5- 11(d)(2)(e) states:

1. Plaintiff Randy Wilhide's case was filed on or about March 22, 2016, Case No. 1:16-cv-647).

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

3. On or about April 1, 2016, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

4. Plaintiffs' counsel has been informed that Randy Wilhide, passed away on or about June 3, 2018.

5. Plaintiff counsel filed the Notice and Suggestion of Death on or about March 25, 2022 [Dkt.#21686].

#13059158.1

6. Exhibit A [Dkt. #21686-1] of Plaintiff's Notice of Suggestion of Death [Dkt. # 21686] contains personal data identifiers that must be redacted in accordance with Fed. R. Civ. P. 5.2.

7. Accordingly, to ensure compliance with the Federal Rules of Civil Procedure, Plaintiff respectfully requests that Exhibit A [Dkt.#21686-1] of Plaintiff's Notice of Suggestion of Death [Dkt. # 21686], as filed remain under seal.

8. A redacted copy of Exhibit A [Dkt. # 21686-1] has been provided via the Court's electronic filing system for public viewing [Dkt.# 21722] as Exhibit A [Dkt. # 217722-1].

8. Sealing of these documents is not opposed by any party.

A proposed form of Order is attached hereto.

Dated April 7, 2022                    RESPECTFULLY SUBMITTED,

                                                                  **WILENTZ, GOLDMAN & SPITZER, P.A.**
*/S/ JOSHUA S. KINCANNON*
JOSHUA S. KINCANNON, ESQ.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 WOODBRIDGE CENTER DRIVE, STE. 900
WOODBRIDGE, NJ 07095
(732) 636-8000
(732) 726-6541 (FAX)
Jkincannon@wilentz.com
*ATTORNEY FOR PLAINTIFF*

#13059158.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

*/s/ Joshua S. Kincannon*
*Attorneys for Plaintiff*

#13059158.1