IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION          Case No. 1:14-ML-2570-RLY-TAB
                                            MDL No. 2570

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits A [Dkt. No.21686-1] to Plaintiff's Notice of Suggestion of Death Motion [Dkt. No.21686] filed on March 25, 2022 in In Re: Cook Medical, Inc., et al, Case No. 1:14-ML-2570. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect from disclosure personal data identifiers in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal. Therefore, Plaintiff's motion is granted.

Date:_____, 2022.

                                            _____
                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution to all registered counsel of record via ECF.

#13059289.1