UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs identified below

### ORDER ON COOK'S MOTION TO DISMISS
### FOR FAILURE TO CURE PPS DEFICIENCIES

Before the Court is Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies. Dkt. 20996 (Cook's Motion); Dkt. 21178 (Cook's Amended Exhibit). The Motion is **GRANTED** as to the following cases, which are dismissed:

| | |
|---|---|
| Simon, Jeffrey | 1:20-cv-00395 |
| Lucci, Joann | 1:20-cv-02162 |
| Moss, Janice | 1:20-cv-02319 |
| Brunen, Georgia | 1:20-cv-02345 |
| Stroop, Tony and Wendy | 1:20-cv-02462 |
| Weishar, Todd and Shawn | 1:20-cv-02502 |
| Reimann, Ruby | 1:20-cv-02678 |
| Mosley, Jeffrey | 1:20-cv-02845 |
| Webb, Andrea | 1:20-cv-02854 |
| Chambers-Flowers, Ophelia | 1:20-cv-02860 |

| | |
|---|---|
| Graves, Jaime S. | 1:20-cv-02873 |
| Long, Jody | 1:20-cv-02874 |
| Kyle, Unika | 1:20-cv-02876 |
| Waddell, Marsha Diane | 1:20-cv-02884 |
| Singleton, Denzel | 1:20-cv-02892 |
| Veach, Leonard | 1:20-cv-02893 |
| Nemeth, Constance | 1:20-cv-02901 |
| Steeper, Paula | 1:20-cv-03067 |
| Perry, Janet | 1:20-cv-03087 |
| Copeland, Johnny | 1:20-cv-03092 |
| Diaz, David | 1:20-cv-03135 |
| Powell, Derek | 1:20-cv-03160 |
| Hernandez, Juan | 1:20-cv-03166 |
| Bawner, Eleanor Carter | 1:20-cv-03279 |
| Castro, Kimmie | 1:21-cv-00018 |
| Aguilar, Arthur Cornell | 1:21-cv-00040 |
| Fonte, Ron | 1:21-cv-00043 |
| Rhodes, Frederick | 1:21-cv-00171 |
| Mitchell, Walter and Debra | 1:21-cv-00175 |
| Ledford, Paul | 1:21-cv-00194 |
| Dickson, Richard | 1:21-cv-00258 |
| Williamson, Yvonne | 1:21-cv-00298 |
| Osback, Donna | 1:21-cv-00357 |

| | |
|---|---|
| Jeffcoat, Christopher | 1:21-cv-00400 |
| Cato, Joseph | 1:21-cv-00401 |
| Watts, Virginia | 1:21-cv-00418 |
| Fullard, Maurice | 1:21-cv-00445 |
| Bevis, Victor | 1:21-cv-00466 |
| Malensek, Ronald | 1:21-cv-00493 |
| Laws, Sam (ESTATE OF) | 1:21-cv-00516 |
| Brammer, Frederick | 1:21-cv-00524 |
| Rice, Ricky Lee | 1:21-cv-00542 |
| Owen, Janet | 1:21-cv-00548 |
| Sanders, Fedel | 1:21-cv-00577 |
| Mooney, Viola and William | 1:21-cv-00583 |
| Stabler, Kathryn | 1:21-cv-00593 |
| Reese, Cindy and Roger | 1:21-cv-00602 |
| Boling, Ross and Janet | 1:21-cv-00653 |
| Irizarry, Sonia Christine and Rufino | 1:21-cv-00654 |
| Brown, Clayton | 1:21-cv-00657 |
| Evans-Bell, Shirley | 1:21-cv-00664 |
| Bradford, James and Cathy | 1:21-cv-00855 |
| Peterson, Gwendolyn | 1:21-cv-00858 |
| Timberlake, Joe | 1:21-cv-00904 |
| Bolner, Carl E. | 1:21-cv-00929 |
| Overall, Crystal | 1:21-cv-00953 |

| | |
|---|---|
| Milburn, Jean | 1:21-cv-00967 |
| Smith, Cristal W. | 1:21-cv-01023 |
| Carrizales, Antonio and Neaves, Janet | 1:21-cv-01028 |
| Kibitlewski, Ronald | 1:21-cv-01038 |
| Master, Lauren | 1:21-cv-01070 |
| Gould, Myrna | 1:21-cv-01074 |
| Hogan, Leslie | 1:21-cv-01077 |
| Singler, Katherine | 1:21-cv-01086 |
| Valencia, Debbie | 1:21-cv-01093 |
| Lamp, Lynn | 1:21-cv-01101 |
| Gac, Sharon | 1:21-cv-01103 |
| Carrera, Maria | 1:21-cv-01149 |
| Galloway, Keely | 1:21-cv-01174 |
| Nelson, Deborah L. | 1:21-cv-01203 |
| Hartman, Delphine | 1:21-cv-01226 |
| Walker, Damien | 1:21-cv-01228 |
| Garcia-Ruiz, Juan and Elizabeth Garcia | 1:21-cv-01254 |
| Daniels, Dina | 1:21-cv-01344 |
| Dixon, Veronica | 1:21-cv-01352 |
| Amos, Everett | 1:21-cv-01354 |
| Clifford, James | 1:21-cv-01355 |
| Chavez, Marilyn | 1:21-cv-01369 |
| Ball, Robert Bain | 1:21-cv-01375 |

| | |
|---|---|
| Dunham, Charles | 1:21-cv-01429 |
| Lorenzo, Bernadine | 1:21-cv-01459 |
| Adell, Jasper and Gorday, Judith | 1:21-cv-01466 |
| Schmidt, George and Jody | 1:21-cv-01488 |
| Bowens, Richard | 1:21-cv-01510 |
| McGrath, Tiffany | 1:21-cv-01512 |
| Bishop, Charles Allen | 1:21-cv-01527 |
| Rossiter, Joseph | 1:21-cv-01532 |
| Howell, Sherrie | 1:21-cv-01538 |
| Mcclary, Margaret and Steve | 1:21-cv-01542 |
| Wade, Rachel | 1:21-cv-01543 |
| Adams, Denise | 1:21-cv-01544 |
| Senn, Marla and Charles | 1:21-cv-01545 |
| Shiffer, David and Eileen | 1:21-cv-01559 |
| Childs, Frances | 1:21-cv-01580 |
| Medrick, Tonia | 1:21-cv-01606 |
| Dill, Kimberly | 1:21-cv-01619 |
| Curti, Christine and Kevin | 1:21-cv-01620 |
| Tabler, David | 1:21-cv-01650 |
| Bratcher, Kim | 1:21-cv-01651 |
| Templeton, Todd | 1:21-cv-01654 |
| Feimster, Zabian | 1:21-cv-01679 |
| Yinusa, Lynette D. | 1:21-cv-01690 |

| | |
|---|---|
| Taldon, Nadean M. | 1:21-cv-01691 |
| Tijerina, Charlie | 1:21-cv-01708 |
| Varela-Martinez, Denise | 1:21-cv-01709 |
| O'Donnell, Thomas and Carol | 1:21-cv-01714 |
| Hamilton, Lola | 1:21-cv-01718 |
| Lee, Oriana E. | 1:21-cv-01719 |
| Weaver, Maria | 1:21-cv-01720 |
| Costa, Lillian | 1:21-cv-01722 |
| Higdon, Joshua and Dawn | 1:21-cv-01732 |
| Merritt, Evony | 1:21-cv-01741 |
| Copeland, Sandra | 1:21-cv-01746 |
| Lechich, Marie and Charlie | 1:21-cv-01748 |
| Bohn, Richard and Catheline | 1:21-cv-01751 |
| Tuley, John D. | 1:21-cv-01758 |
| Bowker, Jean and Dan | 1:21-cv-01766 |
| Watson, Ruth Ann | 1:21-cv-01792 |
| Adams, Greg Anthony | 1:21-cv-01800 |
| Hernandez, Austen | 1:21-cv-01811 |
| Stark, Letitia | 1:21-cv-01900 |
| Naranjo, Angelina | 1:21-cv-02042 |
| Brown, Gregory and Amira | 1:21-cv-02070 |
| Aguilar, Bernice | 1:21-cv-02150 |
| Taylor, Clint | 1:21-cv-02540 |

The motion is **DENIED AS MOOT** as to the following cases:

| | |
|---|---|
| Cooper, James (KY) | 1:20-cv-00547 |
| Iaccino, Margaret | 1:20-cv-02251 |
| McReynolds, Tiffany | 1:20-cv-02858 |
| Terhaar, Brandon | 1:20-cv-02894 |
| O'Neal, DeHaven | 1:20-cv-03042 |
| Alderete, Pete Romon and Christina P. | 1:21-cv-00058 |
| Knarr, Lori | 1:21-cv-00070 |
| Carter, Melissa | 1:21-cv-00334 |
| Rodenborn, Michael | 1:21-cv-00518 |
| Ray-Whitaker, Kiara | 1:21-cv-00539 |
| Brown, Theresa | 1:21-cv-00829 |
| Miller, James E. | 1:21-cv-00847 |
| Hall, Michelle | 1:21-cv-01724 |

**SO ORDERED** this 6th day of April 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.