IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Frances Childs, 1:21-cv-01580-RLY-TAB

### ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

This matter is before the Court on Plaintiff Frances Childs's motion [Dkt. 21817] to maintain Plaintiff's Radiology Report [Dkt. 21640-1] under seal. Plaintiff's basis for moving to seal this exhibit is that it contains Plaintiff's personal identifying information, including Plaintiff's date of birth and other medical information protected by Fed. R. Civ. P. 5.2 and HIPPA. Plaintiff sets forth good cause to maintain this exhibit under seal. Accordingly, Plaintiff's motion to seal [Dkt. 21817] is granted. The Clerk shall maintain Dkt. 21640-1 and all of its attachments under seal.

Date: 4/12/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.