IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO WITHDRAW DOCUMENT NUMBER 21808 AND TO MAINTAIN DOCUMENTS UNDER SEAL

Plaintiff Randy Wilhide ("Plaintiff"), by and through his attorneys, hereby submit their brief in support of their motion to maintain document under seal, and in accordance with Local Rule 5- 11(d)(2)(e) states:

1. Plaintiff Randy Wilhide's case was filed on or about March 22, 2016, Case No. 1:16-cv-647.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

3. On or about April 1, 2016, Defendant Cook, Inc., et al. was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

4. Plaintiffs' counsel has been informed that Randy Wilhide, passed away on or about June 3, 2018.

5. Plaintiff counsel filed the Notice and Suggestion of Death on or about March 25, 2022 [Document Number 21686].

#13059652.1

6. On March 28, 2022, the Plaintiff filed a Motion to Amend his Complaint in the above captioned action [Document Number 21694] to substitute Deborah Lynn Wilhide, as Personal Representative for the Estate of Deborah Lynn Wilhide, Deceased, as Plaintiff and to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Deborah Lynn Wilhide, as Personal Representative for the Estate of Randy Wilhide, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Randy Wilhide is now deceased.

7. On March 30, the Plaintiff filed a Redaction to 21694 Motion to Substitute Party Plaintiff and Leave to File Amended Complaint [Document Number 21722].

8. Exhibit B [Document Number 21722-2] of Plaintiff's Redaction to Motion to Substitute Party Plaintiff and Leave to File Amended Short Form Complaint [Document Number 21722] contains personal data identifiers that must be redacted in accordance with Fed. R. Civ. P. 5.2.

9. Accordingly, to ensure compliance with the Federal Rules of Civil Procedure, Plaintiff respectfully requests that Exhibit B [Document Number 21722-2] of Plaintiff's Redaction to Motion to Substitute Party Plaintiff and Leave to File Amended Short Form Complaint [Document Number 21722], as filed remain under seal.

10. A redacted version of Exhibit B [Document Number 21722-2] of Plaintiff's Redaction to Motion to Substitute Party Plaintiff and Leave to File Amended Short

#13059652.1

Form Complaint [Document Number 21722], has been provided via the Court's electronic filing system for public viewing [see Document No. 21822].

11. Sealing of this document is not opposed by any party.

12. Plaintiff hereby requests the court to withdraw Document Number 21808 incorrectly filed on April 11, 2022 and rely upon redacted version of Exhibit B [Document Number 21722-2] of Plaintiff's Redaction to Motion to Substitute Party Plaintiff and Leave to File Amended Short Form Complaint [Document Number 21722], provided via the Court's electronic filing system for public viewing under Document Number 21822.

A proposed form of Order is attached hereto.

Dated April 12, 2022            RESPECTFULLY SUBMITTED,

                                       **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                       */S/ JOSHUA S. KINCANNON*
                                       JOSHUA S. KINCANNON, ESQ.
                                       WILENTZ, GOLDMAN & SPITZER, P.A.
                                       90 WOODBRIDGE CENTER DRIVE, STE. 900
                                       WOODBRIDGE, NJ  07095
                                       (732) 636-8000
                                       (732) 726-6541 (FAX)
                                       Jkincannon@wilentz.com
                                       *ATTORNEY FOR PLAINTIFF*

#13059652.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

                                          */s/ Joshua S. Kincannon*
                                          *Attorneys for Plaintiff*

#13059652.1