# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits B [Dkt. No.21722-2], to Plaintiff's Redaction Motion to Substitute Party Plaintiff and for Leave to File Amended Complaint [Dkt. No.21722] filed on March 30, 2022 in In Re: Cook Medical, Inc., et al, Case No. 1:14-ML-2570 and to withdraw Document Number 21808 filed on April 11, 2022. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect from disclosure personal data identifiers in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal and withdrawing Document Number 21808. Therefore, Plaintiff's motion is granted.

Date:_____, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.

#13060128.1