## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Case:

Jane Creese, 1:19-cv-02383

_____

## FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of

the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical

Incorporated), and William Cook Europe APS—and against the Plaintiff.


**SO ORDERED** this 12th day of April 2022.



Roger Sharpe, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk



Distributed Electronically to Registered Counsel of Record.

1