IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-1853-RLY-TAB
Maria Elena Andrae

## ORDER ON APRIL 12, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel April 12, 2022, for a telephonic status conference. Plaintiff failed to appear as ordered. The purpose of this conference was to address Plaintiff's counsel's motion to withdraw. [Filing No. 20787.] That motion indicates that Plaintiff's counsel attempted to refer this matter to another attorney for Plaintiff, but that she failed to return the documents counsel sent to her to effectuate this. Moreover, as noted in the motion, and as counsel reiterated during the conference, counsel has had no contact with Plaintiff since September 2020.

This matter is set for a telephonic status conference **at 4 p.m. (Eastern Time) on April 27, 2022**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Maria Elena Andrae shall personally participate in this conference by calling Chambers at 317.229.3660, and show cause why her case should not be dismissed for failure to prosecute.** If Plaintiff fails to personally appear for this

conference, the magistrate judge will recommend that Plaintiff's case be dismissed. Plaintiff's counsel's motion to withdraw shall remain under advisement.

Date: 4/14/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.
Ryan Medler is required to serve Plaintiff, Maria Elena Andrae.