IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff(s):**
RANDY WILHIDE
1:16-cv-647-RLY-TAB

## ORDER

This matter is before the Court on Plaintiff's motion to maintain under seal Exhibits A [Dkt. No. 21686-1] to Plaintiff's Notice of Suggestion of Death Motion [Dkt. No. 21686] filed on March 25, 2022 in In Re: Cook Medical, Inc., et al, Case No. 1:14-ML-2570 [Dkt. No. 21823]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for moving to seal these documents is to protect from disclosure personal data identifiers in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth in their motion good cause for maintaining the requested filings under seal. Accordingly, Plaintiff's motion to seal [Dkt. 21823] is granted. The Clerk shall maintain Dkt. 21686-1 under seal.

Date: 4/18/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.