IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Sonya Frazier_____
Civil Case # 1:18-cv-02581-RLY-TAB

### ORDER ON UNOPPOSED MOTION TO FILE A SURREPLY TO COOK'S REPLY TO PLAINTIFF'S RESPONSE TO COOK'S MOTION TO DISMISS UNDER CMO-28 OF PLAINTIFF'S CLAIMS

The Court has reviewed the Unopposed Motion to File a Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 (Dkt. 21719). Good cause appearing, the Court grants this Motion this motion.

IT IS THEREFORE ORDERED that Plaintiff Sonya Fraizer is hereby granted leave to file her Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 within the next 7 days with proper exhibits attached.

Date: 4/18/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.