IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

This document relates to Plaintiff(s):
RANDY WILHIDE
1:16-cv-647

## ORDER ON MOTION TO WITHDRAW DOCUMENT NUMBER 21808 AND TO MAINTAIN DOCUMENTS NUMBERED 21722-2 and 21808 UNDER SEAL

This matter is before the Court on Plaintiff's motion to withdraw Document Number 21808 and to maintain under seal Dkt. No. 21722-2 and Dkt. No. 21808 [Dkt. No. 21827]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), Plaintiff's basis for withdrawing and moving to seal these documents is to protect from disclosure personal data identifiers in accordance with Fed. R. Civ. P. 5.2. Plaintiff sets forth good cause to withdraw Dkt. No. 21808 and to maintain these exhibits under seal. Accordingly, Plaintiff's motion to withdraw Dkt. No. 21808 and to maintain under seal Dkt. No. 21722-2 and Dkt. No. 21808 is granted. The Clerk shall withdraw Dkt. No. 21808 and to maintain under seal Dkt. No. 21722-2 and Dkt. No. 21808 under seal.

Date: 4/18/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.