IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : Robert R. Cunningham
Civil Case # 1:16-cv-1986

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT COOKS' REPLY IN SUPPORT OF MOTION TO DISMISS PURSUANT TO CMO-28

The Court has reviewed the Unopposed Motion to File a Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 (Dkt. 21724). Good cause appearing, the Court grants this Motion this motion.

IT IS THEREFORE ORDERED that Plaintiff Robert F. Cunningham is hereby granted leave to file his Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 within the next 7 days with proper exhibits attached.

Date: 4/18/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.