# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-02570-RLY- TAB<br>MDL No.: 2570 |
| **This Document relates to:**<br>**Maria Elena Andrae v. Cook Medical, Inc., et al.**<br>**Civil Case No. 1:19-cv-01853-RLY-TAB** | |

## PROOF OF SERVICE

I hereby certify that on **April 14, 2022**, my office served a true and correct copy of the **ORDER ON APRIL 12, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERNCE** upon Plaintiff, via **PRIORITY MAIL** to the below address. Attached as **Exhibit A** is a true and correct copy. Attached as **Exhibit B** is a true and correct copy of the U.S.P.S. Delivery Confirmation.

Maria Elena Andrae

1434 West County Road 303 W.

Orange Grove, TX 78372

*/s/Ryan Medler*
Attorney

# EXHIBIT A

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010
Tel: (213) 381-9988
Fax: (213) 381-9989
wilshirelawfirm.com



Bobby Saadian, Esq. JD/MBA

| | |
|---|---|
| Colin M. Jones, Esq. | Tae Kim, Esq. |
| A. Ilyas Akbari, Esq. | Hazel Chang, Esq |
| Brad Stuckey, Esq. | Daniel DeSantis, Esq. |
| Gail Richardson, Esq. | Nicol Hajjar, Esq. |
| Justin F. Marquez, Esq. | Thiago Coelho, Esq. |
| Robert Dart, Esq. | Erik Harper, Esq. |
| Jon Teller, Esq. | Johnny Ogata, Esq. |
| Sutton A. Shapiro, Esq. | Jennifer Reiz, Esq. |
| Daniel B. Miller, Esq. | |

April 14, 2022

**SENT VIA USPS PRIORITY MAIL**
No.: 9114-9022-0078-9643-1199-58

Maria Elena Andrae
1434 West County Road 303 W.
Orange Grove, TX 78372
USA

RE: Maria Elena Andrae v. Cook Medical, Inc. et. al.

Dear Ms. Andrae,

As addressed in our correspondence sent to you on February 14, 2022, the Court held a Telephonic Status Conference on April 12, 2022, at 4:00 p.m. Eastern Time and ordered you to participate. You failed to appear, so the Court has **reset the Telephonic Status Conference to April 27, 2022, at 4:00 p.m. Eastern Time. You are required and ordered to appear.** Please note, you need to call in to the conference by calling Chambers at **317-229-3660.**

**It is of the most importance you appear**. **If you fail to appear again, the Court will recommend that your case be dismissed, and you may be forever barred from bringing your claims again.** Enclosed please find a copy of the Court's Order.

Please feel free to contact us at 213-357-5072, should you have any questions.

Sincerely,

Brigitte Molina
Litigation Assistant
WILSHIRE LAW FIRM, PLC

*Enclosures*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
1:19-cv-1853-RLY-TAB
Maria Elena Andrae

## ORDER ON APRIL 12, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel April 12, 2022, for a telephonic status conference. Plaintiff failed to appear as ordered. The purpose of this conference was to address Plaintiff's counsel's motion to withdraw. [Filing No. 20787.] That motion indicates that Plaintiff's counsel attempted to refer this matter to another attorney for Plaintiff, but that she failed to return the documents counsel sent to her to effectuate this. Moreover, as noted in the motion, and as counsel reiterated during the conference, counsel has had no contact with Plaintiff since September 2020.

This matter is set for a telephonic status conference **at 4 p.m. (Eastern Time) on April 27, 2022**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendant's representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Maria Elena Andrae shall personally participate in this conference by calling Chambers at 317.229.3660, and show cause why her case should not be dismissed for failure to prosecute.** If Plaintiff fails to personally appear for this

conference, the magistrate judge will recommend that Plaintiff's case be dismissed. Plaintiff's counsel's motion to withdraw shall remain under advisement.

Date: 4/14/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ryan Medler is required to serve Plaintiff, Maria Elena Andrae.

# EXHIBIT B

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9114902200789643119958                                 Remove ✕

Your item was delivered in or at the mailbox at 12:19 pm on April 18, 2022 in ORANGE GROVE, TX 78372.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, In/At Mailbox

April 18, 2022 at 12:19 pm
ORANGE GROVE, TX 78372



Get Updates ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                   ⌃

**April 18, 2022, 12:19 pm**
Delivered, In/At Mailbox
ORANGE GROVE, TX 78372
Your item was delivered in or at the mailbox at 12:19 pm on April 18, 2022 in ORANGE GROVE, TX 78372.

**April 18, 2022, 7:34 am**
Out for Delivery
ORANGE GROVE, TX 78372

**April 18, 2022, 7:23 am**

Arrived at Post Office
ORANGE GROVE, TX 78372

**April 17, 2022, 10:44 am**
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

**April 17, 2022, 9:34 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER ANNEX

**April 16, 2022, 4:19 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**April 15, 2022, 8:33 pm**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**