UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Cases:

Sonia Christine Irizarry, 1:21-cv-00654
Keely Galloway, 1:21-cv-01174
Frances Childs, 1:21-cv-01580

_____

### ORDER ON THE COOK DEFENDANTS' MOTIONS FOR JUDGMENT IN PLAINTIFFS' CASES PURSUANT TO CMO-28

The Cook Defendants'[1] Motions for Judgment Pursuant to Case Management Order 28 filed in (1) Sonia Christine Irizarry's case, 1:21-cv-00654 (Filing No.17961); (2) Keely Galloway's case, 1:21-cv-01174 (Filing No. 19672); and (3) Frances Childs's case, 1:21-cv-01580 (Filing No. 21084) are **DENIED as MOOT**.  Those cases were dismissed on April 6, 2022, pursuant to the court's Order on Cook's Motion to Dismiss for Failure to Cure PPS Deficiencies.  (Filing No. 21824).

**SO ORDERED** this 20th day of April 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1