UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:

1:21-cv-02705; 1:21-cv-03114; 1:21-cv-03121; 1:21-cv-03122; 1:21-cv-03123;
1:22-cv-00040; 1:22-cv-00073; 1:22-cv-00074; 1:22-cv-00079; 1:22-cv-00085;
1:22-cv-00086; 1:22-cv-00091; 1:22-cv-00094; 1:22-cv-00108; 1:22-cv-00114;
1:22-cv-00119; 1:22-cv-00120; 1:22-cv-00121; 1:22-cv-00136; 1:22-cv-00137;
1:22-cv-00142; 1:22-cv-00147; 1:22-cv-00157; 1:22-cv-00201; 1:22-cv-00258;
1:22-cv-00297; 1:22-cv-00351; 1:22-cv-00354; 1:22-cv-06709; 1:22-cv-06720

_____

**NOTICE OF NONCOMPLIANCE PURSUANT TO**
**FOURTH AMENDED CASE MANAGEMENT ORDER NO. 4:**
**_(PARTY PROFILE, FACT SHEET AND CASE CATEGORIZATION PROTOCOL)_**

PLEASE TAKE NOTICE that the Plaintiffs identified herein have not submitted a Plaintiff Profile Sheet or Case Categorization Form as required by the Fourth Amended Case Management Order No. 4 (Dkt. 13046) ("CMO No. 4"), and have been notified by Defendants of this noncompliance as required by CMO No. 4:

1. Plaintiffs Subject to Dismissal for Lack of Service of Plaintiff Profile Sheet (PPS):

| Case Name | Cause# | Plaintiff Counsel Firm Name | PPS Due Date[1] | Deficiency Notice Date |
|---|---|---|---|---|
| Watts, Michael | 1:21-cv-02705 | ONDERLAW, LLC | 2/1/2022 | 11/30/2021 |
| Gillespie, James | 1:21-cv-03114 | JOHNSON LAW GROUP | 1/29/2022 | 3/18/2022 |

---

[1] The deadlines are calculated in accordance with Case Management Order #4, which requires submission within thirty (30) days of the case becoming part of this MDL. The deadlines listed herein that appear after the Deficiency Notice Date are calculated based on any request for an informal extension from Plaintiff's counsel.

US.137904309.01

| Cole, Andrea | 1:22-cv-00040 | BRENES LAW GROUP | 2/28/2022 | 3/24/2022 |
| King, Curtis | 1:22-cv-00079 | ONDERLAW, LLC | 2/13/2022 | 3/18/2022 |
| Howell, Beth | 1:22-cv-00114 | ONDERLAW, LLC | 2/14/2022 | 3/24/2022 |
| Cassell, Vincent | 1:22-cv-00157 | FERRER POIROT & WANSBROUGH | 2/20/2022 | 3/18/2022 |
| McMillan-Romero, Cassandra | 1:22-cv-00201 | JOHNSON LAW GROUP | 2/26/2022 | 3/18/2022 |
| Howell, James (ESTATE OF) | 1:22-cv-00258 | JOHNSON LAW GROUP | 3/3/2022 | 3/18/2022 |
| Lane, Bobie J. | 1:22-cv-00297 | DALIMONTE RUEB STOLLER, LLP | 3/9/2022 | 3/24/2022 |
| Hemingway, Debra | 1:22-cv-00351 | FERRER POIROT & WANSBROUGH | 3/17/2022 | 3/18/2022 |
| Colla, Joseph | 1:22-cv-00354 | JOHNSON LAW GROUP | 3/17/2022 | 3/24/2022 |
| Rease, David | 1:22-cv-06709 | BERTRAM & GRAF, L.L.C. | 4/14/2022 | 3/24/2022 |
| Dugan, Kristen | 1:22-cv-06720 | JOHNSON LAW GROUP | 3/9/2022 | 3/18/2022 |

2. Plaintiffs Subject to Dismissal for Lack of Service of Case Categorization Form (CCF):

| Case Name | Cause Number | Plaintiff Counsel Firm Name | CCF Due Date[2] | Deficiency Notice Date |
|---|---|---|---|---|
| Gillespie, James | 1:21-cv-03114 | JOHNSON LAW GROUP | 1/29/2022 | 3/18/2022 |
| Smith, Bonnie | 1:21-cv-03121 | FEARS NACHAWATI, PLLC | 1/30/2022 | 3/18/2022 |
| Padilla, Abel H. | 1:21-cv-03122 | FEARS NACHAWATI, PLLC | 1/30/2022 | 3/18/2022 |

---

[2] The deadlines are calculated in accordance with Case Management Order #4, which requires submission within thirty (30) days of the case becoming part of this MDL. The deadlines listed herein that appear after the Deficiency Notice Date are calculated based on any request for an informal extension from Plaintiff's counsel.

2

US.137904309.01

| | | | | |
|---|---|---|---|---|
| Cardoso, Yvette | 1:21-cv-03123 | FEARS NACHAWATI, PLLC | 1/30/2022 | 3/18/2022 |
| Wooden, Ronald and Marianne | 1:22-cv-00073 | FEARS NACHAWATI, PLLC | 2/13/2022 | 3/18/2022 |
| Lupo, Suzanne | 1:22-cv-00074 | FEARS NACHAWATI, PLLC | 2/13/2022 | 3/18/2022 |
| Watson, Maurice Allen | 1:22-cv-00085 | FEARS NACHAWATI, PLLC | 2/13/2022 | 3/18/2022 |
| Gonzalez, Magaly | 1:22-cv-00086 | FEARS NACHAWATI, PLLC | 2/13/2022 | 3/18/2022 |
| Welborn, Misty L. | 1:22-cv-00091 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Allen, Coralee (REFILE) | 1:22-cv-00094 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Palm, John L. | 1:22-cv-00108 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Holden, Corrine | 1:22-cv-00119 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Wheeler, Phillip | 1:22-cv-00120 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Merrill, Elizabeth (REFILE) | 1:22-cv-00121 | FEARS NACHAWATI, PLLC | 2/14/2022 | 3/18/2022 |
| Mathews, Alice | 1:22-cv-00136 | FEARS NACHAWATI, PLLC | 2/19/2022 | 3/18/2022 |
| Andrus, Brett | 1:22-cv-00137 | FEARS NACHAWATI, PLLC | 2/19/2022 | 3/18/2022 |
| Ivy, Anunda | 1:22-cv-00142 | FEARS NACHAWATI, PLLC | 2/19/2022 | 3/18/2022 |
| Mack, Karen | 1:22-cv-00147 | FEARS NACHAWATI, PLLC | 2/19/2022 | 3/18/2022 |

US.137904309.01

| McMillan-Romero, Cassandra | 1:22-cv-00201 | JOHNSON LAW GROUP | 2/26/2022 | 3/18/2022 |
| Howell, James (ESTATE OF) | 1:22-cv-00258 | JOHNSON LAW GROUP | 3/3/2022 | 3/18/2022 |
| Dugan, Kristen | 1:22-cv-06720 | JOHNSON LAW GROUP | 3/9/2022 | 3/18/2022 |

As outlined by CMO No. 4, the Plaintiffs above should not file a response to Defendants' Notice of Noncompliance, but instead should submit their required PPS or CCF to Defendants at CookFilterMDL@FaegreDrinker.com within fourteen (14) days of the date this Notice of Noncompliance is filed. (CMO No. 4, ¶ 3).

Defendants will notify the Court, if any Plaintiff listed above fails to cure their deficiencies within fourteen (14) days, to effectuate the dismissal by the Court pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's Order. *Id.*

Dated: April 22, 2022

    Respectfully Submitted,

    /s/Kip S.M. McDonald
    Kip S.M. McDonald
    Andrea Roberts Pierson
    Jessica Benson Cox
    Kip S.M. McDonald
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2500
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Andrea.Pierson@Faegredrinker.com
    Jessica.Cox@Faegredrinker.com
    Kip.McDonald@Faegredrinker.com

US.137904309.01

>James Stephen Bennett
>FAEGRE DRINKER BIDDLE & REATH LLP
>110 W. Berry Street, Suite 2400
>Fort Wayne, Indiana 46802
>Telephone: (260) 424-8000
>Stephen.Bennett@Faegredrinker.com
>
>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, a copy of the foregoing Notice of Noncompliance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>/s/ Kip S.M. McDonald