IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Sherlyn Pinder

Civil Case # 1:18-cv-01635

**ORDER ON UNOPPOSED MOTION TO FILE A SURREPLY TO COOK'S REPLY TO PLAINTIFF'S RESPONSE TO COOK'S MOTION TO DISMISS UNDER CMO-28 OF PLAINTIFF'S CLAIMS**

The Court has reviewed the Unopposed Motion to File a Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 (Dkt. 21743). Having considered the Motion, the Court concludes the Motion should be granted and, therefore:

IT IS THEREFORE ORDERED that Plaintiff's Surreply to Cook's Reply to Plaintiff's Response to Cook Motion Dismiss Under CMO-28 (Dkts. 21743-1 and 21743-2) is deemed filed as of the date of this order.

Date: 4/25/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.