## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                MDL No. 2570

_____

This Document Relates to the Following Cases:

Teresa Sykes, 1:19-cv-01167

_____

### FINAL JUDGMENT

On September 28, 2021, the court granted the Cook Defendants[1] Motion for

Summary Judgment on Counts I-IV of the Master Complaint with respect to Plaintiff.

Today, the court granted Plaintiff's Motion to Dismiss with prejudice Counts V-VII, and

XI of the Master Complaint, and her claims for breach of express and implied warranty

identified as "Other" on her Short Form Complaint.  As there are no claims remaining,

the court enters final judgment in favor of the Cook Defendants and against Plaintiff.

**SO ORDERED** this 25th day of April 2022.

Roger Sharpe, Clerk
United States District Court

_____                    _____
By: Deputy Clerk                               RICHARD L. YOUNG, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

_____

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical
Incorporated), and William Cook Europe APS.