In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION MDL        No. 2570

_____

This Document Relates to:
1:22-cv-619-RLY-TAB

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and all other parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as
counsel for:

Megan L. Roberts, et al
_____

Date:  _4/21/2022_____          ___/s/ Donald W. Medley_____
                                      Attorney's signature


                                      _Donald W. Medley, Miss. Bar No. 2832__
                                      *Printed name and bar number*

                                      902 W. Pine St.
                                      Hattiesburg, MS 39401
                                      _____
                                      *Address*

                                      _don@medleylawgroup.com_____
                                      *E-mail address*


                                      _601-544-8110_____
                                      *Telephone number*

                                      _601-544-8158_____
                                      *FAX number*