UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

GINA TAYLOR AND JEFFREY TAYLOR
1:15-cv-06024-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the Plaintiffs in the above referenced action and respectfully request this Court permit the withdrawal of Matthew D. Schultz, Kimberly R. Lambert Adams, Andrew McGraw, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A., as counsel for Plaintiff. In support of this motion, Plaintiff states as follows:

1. John A. Dalimonte of Dalimonte Rueb Stoller LLP located at 75 State Street, Suite 100, Boston, MA 02109 entered an appearance as counsel on behalf of Plaintiffs, Gina Taylor and Jeffrey Taylor on April 13, 2020.

2. Teresa C. Toriseva of Toreseva Law located at 1446 National Road, Wheeling, West Virginia 26003 entered an appearance as counsel on behalf of Plaintiffs, Gina Taylor and Jeffrey Taylor on September 22, 2015.

3. Plaintiffs will not be prejudiced by the withdrawal because they will continue to be represented by counsel John A. Dalimonte of Dalimonte Rueb Stoller LLP and Teresa C. Toriseva of Toreseva Law.

Wherefore, for the foregoing reasons, Plaintiff requests that this Honorable Court enter an order allowing attorneys Matthew D. Schultz, Kimberly R. Lambert Adams, Andrew McGraw and

1

the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty and Proctor, P.A. to withdraw as counsel for Plaintiff in this case.

Respectfully submitted,

   /s/ *Andrew McGraw with consent*
Andrew McGraw, FL Bar #638171

   /s/ *Kimberly R. Lambert Adams with consent*
Kimberly R. Lambert Adams, FL Bar #0014479

   /s/ *Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

   /s/ *Matthew D. Schultz*
Matthew D. Schultz, Esq., FL Bar # 640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
P.O. Box 12308 (32591-2308)
316 S. Baylen St., Suite 600
Pensacola, Florida 32502
mschultz@levinlaw.com
(850) 435-7140
(850) 435-7020 (fax)