UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                      MDL No. 2570
_____

This Document Relates to Plaintiff:

GINA TAYLOR AND JEFFREY TAYLOR
1:15-cv-06024-RLY-TAB
_____

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

Plaintiff's Motion to Withdraw as Counsel of Matthew D. Schultz, Kimberly R. Lambert Adams, Andrew McGraw, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. is GRANTED.  John A. Dalimonte and the firm of Dalimonte Rueb Stoller LLP and Teresa C. Toreseva and the firm of Toreseva Law have entered an appearance for the Plaintiffs, Gina Taylor and Jeffrey Taylor.

**IT IS HEREBY ORDERED** that Matthew D. Schultz, Kimberly R. Lambert Adams, and Andrew McGraw of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel of record in this action.

DATED this ___ day of _____, 202__.


_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1