UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-02570-RLY-TAB
PRODUCT LIABILITY LITIGATION                            MDL No. 2570
_____

This Document Relates to Plaintiff:

    GINA TAYLOR AND JEFFREY TAYLOR
    1:15-cv-06024-RLY-TAB
_____

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on the Plaintiffs' Motion to Withdraw as Counsel of Matthew D. Schultz, Kimberly R. Lambert Adams, Andrew McGraw, and the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. (Dkt. 21907) and is hereby GRANTED.

**IT IS HEREBY ORDERED** that Matthew D. Schultz, Kimberly R. Lambert Adams, and Andrew McGraw of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are hereby withdrawn as counsel for Plaintiffs in this action. John A. Dalimonte and the firm of Dalimonte Rueb Stoller LLP and Teresa C. Toreseva and the firm of Toreseva Law will continue to represent the Plaintiffs, Gina Taylor and Jeffrey Taylor.

Date: 4/27/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.