**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:19-cv-06098 | 1:22-cv-06768 |
| 1:22-cv-00695 | 1:22-cv-06770 |
| 1:22-cv-00731 | 1:22-cv-06771 |
| 1:22-cv-00736 | 1:22-cv-06772 |
| 1:22-cv-00738 | 1:22-cv-06784 |
| 1:22-cv-00759 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

| | |
|---|---|
| Dated: April 28, 2022 | /s/ Kip S. M. McDonald |
| | Andrea Roberts Pierson (# 18435-49) |
| | Kip S. M. McDonald (# 29370-49) |
| | FAEGRE DRINKER BIDDLE & REATH LLP |
| | 300 North Meridian Street, Suite 2500 |
| | Indianapolis, Indiana 46204 |
| | Telephone: (317) 237-0300 |
| | Facsimile: (317) 237-1000 |
| | E-Mail: andrea.pierson@faegredrinker.com |
| | E-Mail: kip.mcdonald@faegredrinker.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01