IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to:
1:19-cv-1853-RLY-TAB
Maria Elena Andrae

_____

### ORDER ON APRIL 27, 2022, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared in person and by counsel April 27, 2022, for an *ex parte* telephonic status conference to address counsel for Plaintiff's motion to withdraw.  [Filing No. 20787.] Plaintiff's counsel represented to the Court that his law firm no longer handles mass torts, such that the firm can no longer represent Plaintiff.  Plaintiff's counsel is attempting to assist Plaintiff in referring this matter to another attorney who handles such cases.  The Court encouraged Plaintiff to promptly secure replacement counsel.  Accordingly, Plaintiff's counsel's motion to withdraw is granted, and the appearances of attorneys Ryan Medler and Bobby Saadian, and the Wilshire Law Firm, are hereby withdrawn.  Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 1434 West County Road 303 W, Orange Grove, Texas, 78372.  Plaintiff is required to file a notice with the Court if there is any change in this information.

Date:  4/28/2022

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Maria Elena Andrae
1434 West County Road 303 W
Orange Grove, Texas, 78372