UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Tonya Brand, 1:14-cv-06018-RLY-TAB _____ | ) ) ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB    MDL No. 2570 |

**CLERK'S ENTRY**
for April 28, 2022

    Pursuant to Southern District of Indiana Local Rule 79-1, counsel are advised that exhibits received in the above cause are now released and available for removal in the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

    Counsel should contact Tina Doyle, Courtroom Deputy to arrange pick up dates and times.

    If unclaimed, exhibits will be disposed of on 5/29/2022.

Roger A.G. Sharpe, Clerk

BY: _____*Tina M. Doyle*_____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.