**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

1:22-cv-00538
1:22-cv-06733
1:22-cv-06777

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case
as counsel for:

     Cook Medical LLC (which is alleged in some cases to be also known as "Cook
     Medical, Inc.");
     Cook Incorporated (which is alleged in some cases to be doing business as "Cook
     Medical"); and
     William Cook Europe ApS

Dated: April 29, 2022         /s/ Andrea Roberts Pierson
                      Andrea Roberts Pierson (# 18435-49)
                      Kip S. M. McDonald (# 29370-49)
                      FAEGRE DRINKER BIDDLE & REATH LLP
                      300 North Meridian Street, Suite 2500
                      Indianapolis, Indiana 46204
                      Telephone: (317) 237-0300
                      Facsimile: (317) 237-1000
                      E-Mail: andrea.pierson@faegredrinker.com
                      E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01