IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

## UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO SUBSTITUTE PARTY

Counsel for Plaintiff Jennifer L. Dinwiddie respectfully moves this Court for additional time of 45 days to file a motion to substitute the proper party. Counsel for Plaintiff conferred with counsel for Defendants, who do not oppose the requested relief.

On November 22, 2021, Plaintiff filed a notice of suggestion of death of Plaintiff, Jennifer L. Dinwiddie [Doc. No. 20446]. Surviving heirs to Plaintiff Jennifer L. Dinwiddie obtained probate counsel and initiated the probate process to name the proper party for substitution.

On February 18, 2022 this Court granted Plaintiff's Unopposed Motion for Extension of Time to Substitute Party [Doc. No. 21164], which extended the time to file the substitution to March 20, 2022.

On February 22, 2022 the probate court issued an order identifying an error on Plaintiff's death certificate as to her marital status (incorrectly identifying Plaintiff as married). Plaintiff's surviving heirs submitted information to correct the death certificate and name the proper party for substitution here.

On March 21, 2022 this Court granted Plaintiff's Unopposed Motion for Additional Extension of Time to Substitute Party [Doc. No. 21570], which extended the time to file the substitution to May 1, 2022.

On April 18, 2022 the corrected death certificate was received. On April 24, 2022 documents were filed to satisfy the deficiency notice from the probate court and a bond application was submitted. Plaintiff's heirs are awaiting issuance of the bond to complete the probate proceedings.

Wherefore, Plaintiff's counsel respectfully requests this Court extend the time 45 days to file a motion to substitute the proper party to June 15, 2022.

Dated: April 29, 2022

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq.
Gregory D. Bentley, Esq.
**ZONIES LAW LLC**
1700 Lincoln St., Suite 2400
Denver, CO 80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was filed and served on this 29th day of April, 2022, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*
Joseph J. Zonies