IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions

**PLAINTIFFS' MOTION TO EXTEND
THE DEADLINE FOR COMPLIANCE WITH CMO 30 – SCREENING ORDER
FOR SYMPTOMATIC PERFORATION**

NOW COME the Plaintiffs' Steering Committee, who file this Motion to Extend the Deadline for Compliance with CMO 30 – Screening Order for Symptomatic Perforation, entered on March 29, 2022 (the "Order"), and in support of this Motion, respectfully show the Court the following:

On March 29, 2022, the Hon. United States District Court Judge Richard L. Young, signed Case Management Order 30, the Screening Order for Symptomatic Perforation [ECF Doc. 21704]. Pursuant to CMO 30, Plaintiffs who have reported Category 7(e) cases pursuant to the Court's Order Regarding Case Categorization and Census [ECF Doc. 9638], are required to review the medical evidence provided with his/her Case Categorization Form ("CCF") and promptly submit a medical record or expert report in support of their CCF, if such evidence was not previously produced, and to confirm

compliance for each such CCF within 60 days.  The 60-day deadline for compliance is currently Saturday, May 28, 2022.

In addition to providing a deadline for review of the CCF forms, CMO 30 also provides a new interpretation of what evidence is needed to support a level 7(e) categorization.  Gathering medical records and/or imaging that documents perforation 3 mm or more outside the IVC wall is a rather straight forward and cost-efficient process whereby the Cook Defendants and the Court can determine that the claimant has a *prima facie* basis for pursing a claim.

Per CMO 30, it is no longer sufficient for the Plaintiffs to have provided medical records or imaging supporting a finding that there was an IVC filter protrusion "3 or more mm outside the wall of the IVC as demonstrated by imaging," Plaintiffs are now compelled to provide additional medical records or expert reports that state "the documented protrusion has caused a present physical impairment or physical harm" above and beyond the perforation of the IVC wall itself.  Such additional evidence was not clearly required by CMO 4, and the new requirement will necessitate the gathering of additional evidence including requesting more medical records and potentially seeking expert review of such records.[1]

---

[1] It is significant to note the vast majority of the Plaintiffs in this MDL have not been designated for any heightened level of discovery such as would be required of cases selected for participation in a Bellwether process. The new interpretation of the evidentiary threshold for Category 7(e) case status included in CMO 30 will require additional time and expense to acquire more medical records and possibly expert opinions for hundreds of Plaintiffs and their counsel. A process that seems contrary to purpose and nature of the MDL process.

The Plaintiffs' Steering Committee is currently engaged in talks with Cook's counsel trying to better define the terms of CMO 30 and what "evidence" will satisfy Section 7(e) of the CCF.  Plaintiffs will be filing a separate motion seeking to clarify CMO 30 and address this specific issue.

For many Plaintiffs, 60 days does not provide sufficient time to request the medical records and obtain expert review.  Clearly more time is needed by those counsel who represent multiple Plaintiffs.  On behalf of all Plaintiffs who have produced CCF forms alleging a category 7(e) case, the Plaintiffs' Steering Committee requests that the deadline for compliance with CMO 30 be extended until Friday, August 26, 2022.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully request that the deadline to comply with CMO 30 be extended and that Plaintiffs with cases that were categorized as 7(e) cases be permitted until Friday, August 26, 2022, to correct any deficiencies and confirm the records provided to Defendants' Counsel meet the Court's requirements.

Dated:  April 29, 2022.    */s/ Joseph N. Williams*
Joseph N. Williams, (# 25874-49)
Riley Williams & Piatt, LLC
301 Massachusetts Avenue, Suite 300
Indianapolis, IN 46204
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: jwilliams@rwp-law.com
*Liaison Counsel to Plaintiffs' Steering*
*Committee and on behalf of Plaintiffs' Steering*
*Committee*

/s/ Michael W. Heaviside
Michael W. Heaviside, Esq.
Heaviside Reed Zaic, A Law Corporation
910 17th Street NW, Suite 800
Washington, DC 20006
Telephone: (202) 233-1993
Email: mheaviside@hrzlaw.com
*Plaintiffs' Co-Lead Counsel*

/s/ Ben C. Martin
Ben C. Martin, Esq.
Martin Baughman, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
Email: bmartin@martinbaughman.com
*Plaintiffs' Co-Lead Counsel*

/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com
*Plaintiffs' Co-Lead Counsel*

## CERTIFICATE OF CONFERENCE

I certify that that on April 26, 2022, Plaintiffs' counsel Michael Heaviside, Joseph Williams and Ben C. Martin conferred with Andrea Pierson, attorney for the Cook Defendants, as to whether or not Cook would agree to more time for responding to CMO 30. Ms. Pierson said that she would respond once she talked to her clients. On April 28, 2022, Mr. Heaviside sent Andrea Pierson an email asking if Cook was going to agree to the requested 60-day extension. Ms. Pierson responded that Cook would agree to no more than 30 days. In drafting this Motion, Plaintiffs' counsel has asked for a 90-day extension in recognition of the delays that may be encountered obtaining additional medical records, imaging and/or expert review.

*/s/ Ben C. Martin*
Ben C. Martin

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin