IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION
_____

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions
_____

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND
THE DEADLINE FOR COMPLIANCE WITH CMO 30 – SCREENING ORDER
FOR SYMPTOMATIC PERFORATION**

CAME TO BE HEARD on this day, Plaintiffs' Motion to Extend the Deadline for Compliance with CMO 30 – Screening Order for Symptomatic Perforation [ECF Doc. 21704] and having reviewed the pleadings and considered the arguments of counsel, the Court finds the Motion is well taken and should be granted.

It is therefore ORDERED that the Plaintiffs' Motion to Extend the Deadline for Compliance with CMO 30 – Screening Order for Symptomatic Perforation is hereby GRANTED; the deadline to comply with CMO 30 is extended; and, Plaintiffs with cases that were categorized as 7(e) cases shall have until Friday, August 26, 2022, to correct any deficiencies in the medical records, imaging and/or expert reports provided in support of the categorization, and confirm the records provided to Defendants' Counsel meet the Court's requirements.

**SO ORDERED** this _____ day of May, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.