UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC          )
FILTERS MARKETING, SALES                )
PRACTICES AND PRODUCT                   )
LIABILITY LITIGATION                    )          1:14-ml-02570-RLY-TAB
_____           )          MDL No. 2570
                                        )
This Document Relates to:               )
                                        )
Tonya Brand,                            )
1:14-cv-06018-RLY-TAB                   )
_____           )

**RECEIPT FOR EXHIBITS**

Pursuant to the Clerk's Entry previously filed in the above cause, counsel were notified that exhibits were available for removal. Counsel for the Plaintiff / Defendant (please circle applicable party) hereby accepts receipt of said exhibits.

Roger A. G. Sharpe,
Clerk of Court

By Tina M. Doyle
Deputy Clerk

Received by: _____

Law Firm: _____

Date: _____