IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE

Civil Case #1:21-cv-6553-RLY-TAB

### ORDER RE MOTION FOR THIRD EXTENSION OF TIME TO SUBSTITUTE PARTY

Upon consideration of the Plaintiff's Motion for Third Extension of Time to Substitute Party [Dkt. No. 21929], the Court finds good cause to and therefore GRANTS the motion.

IT IS THEREFORE ORDERED that the Plaintiff has up to and including June 15, 2022 to file a motion to substitute the proper party.

Date: 5/4/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.