# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Case:

Tina Garrison, 1:16-cv-02462

_____

## FINAL JUDGMENT

The court, having granted the Cook Defendants'[1] Motion for Judgment, now enters judgment in favor of the Cook Defendants and against Plaintiff.

**SO ORDERED** this 4th day of May 2022.

_____            _____
Roger Sharpe, Clerk                                          RICHARD L. YOUNG, JUDGE
United States District Court                              United States District Court
                                                                         Southern District of Indiana

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.