# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE
### PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

**State File Number:** 028194

1. **DECEDENT'S LEGAL NAME:** Martha Ann Finney
2. **SEX:** F
4a. **AGE (Last Birthday):** 61
6. **BIRTHPLACE:** Beckley, WV
7a. **RESIDENCE (STATE):** WV
7b. **COUNTY:** Raleigh
7c. **CITY OR TOWN:** Beckley, WV
8. **EVER IN US ARMED FORCES?** No
9. **MARITAL STATUS AT TIME OF DEATH:** Widowed
11. **FATHER'S NAME:** Samuel Harbin
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** Francis Love Dillard
13a. **INFORMANT'S NAME:** Tenna Turner
13b. **RELATIONSHIP TO DECEDENT:** Daughter
14. **PLACE OF DEATH:** Inpatient
15. **FACILITY NAME:** Raleigh General Hosp.
16. **CITY OR TOWN, STATE, AND ZIP CODE:** Beckley, WV 25801
17. **COUNTY OF DEATH:** Raleigh
18. **METHOD OF DISPOSITION:** Burial
19. **PLACE OF DISPOSITION:** Greenwood Cemetery
20. **DISPOSITION LOCATION:** Beckley, WV
21. **NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY:** Durgan Funeral Home, Inc, 1501 South Kanawha Street, Beckley, WV 25801
22. **SIGNATURE OF FUNERAL SERVICE LICENSEE:** Victor P. Durgan
23. **LICENSE NUMBER:** 1467
24. **DATE PRONOUNCED DEAD:** 12/27/2021
25. **TIME PRONOUNCED DEAD:** 1045
26. **SIGNATURE AND TITLE OF PERSON PRONOUNCING DEATH:** [signature], RN
27. **DATE SIGNED:** 12/27/2021
28. **ACTUAL OR PRESUMED DATE OF DEATH:** 12/27/2021
29. **ACTUAL OR PRESUMED TIME OF DEATH:** 1045
30. **WAS MEDICAL EXAMINER OR CORONER CONTACTED?** No

### 31. CAUSE OF DEATH

**PART I:**
a. IMMEDIATE CAUSE: Covid pneumonia
b. Due to: Sepsis
c. Due to: Acute resp failure
d. UNDERLYING CAUSE: Anemia

32a. **WAS AN AUTOPSY PERFORMED?** No
33. **DID TOBACCO USE CONTRIBUTE TO DEATH?** Unknown
34. **IF FEMALE:** Unknown if pregnant within the last year
35b. **FINAL MANNER OF DEATH:** Natural

37a. **CERTIFIER:** Certifying Physician
**Date Certified:** 1/6/22
37b. **ADDRESS:** 250 Stanaford Rd., Suite 102, Beckley, WV 25801
37c. **TITLE OF CERTIFIER:** M.D.

39. **DATE FILED:** JAN 24 2022

FORM VS-002 (Rev. 5/2020)