# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Brian K. Barthalow
Civil Case #1:17-CV-02139

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brian K. Barthalow and the Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiff's claims against all Defendants are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: May 5, 2022

| | |
|---|---|
| */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson, Esq.<br>**Faegre Drinker Biddle & Reath LLP**<br>300 N. Meridian Street<br>Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-1424<br>andrea.pierson@faegredrinker.com<br><br>*Counsel for Defendants* | */s/ John C. Duane*<br>John C. Duane, Esq.<br>**Motley Rice LLC**<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>Tel: (843) 216-9237<br>jduane@motleyrice.com<br><br>*Counsel for Plaintiff Brian K. Barthalow* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *John C. Duane*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Brian K. Barthalow
Civil Case #1:17-CV-02139

Considering the parties' Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff Brian K. Barthalow against the Cook Defendants in this Action are hereby dismissed with prejudice. Plaintiffs' Complaint is hereby dismissed in its entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 2022.

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana