**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

*Gray, Kathleen - 1:17-cv-02100*

## PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order Number 28 (Dkt. No. 14601), ¶5(a),

Plaintiff Kathleen Gray hereby dismisses her case with prejudice.

This dismissal moots the pending Defendants' Motion for Judgment on the Pleadings.

Dkt. No. 21935.

2412378.1

Dated: May 6, 2022

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s Wendy R. Fleishman*

Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
Daniel R. Leathers
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:       wfleishman@lchb.com
                    dseltz@lchb.com
                    dleathers@lchb.com

*Counsel for Plaintiff Kathleen Gray*

2412378.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 6th of May, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notifications of such filing

to the CM/ECF participants registered to receive service in this MDL.

*/s/ Wendy R. Fleishman*
Wendy R. Fleishman

2412378.1