IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

JAMES STABLEIN JR. and
LINDSAY SUTHERLAND
Civil Case #1:18-cv-03467-RLY-TAB

**Plaintiff's Unopposed Motion to Substitute
Party and Amend the Complaint**

Plaintiff James Stablein Jr., by and through undersigned counsel, and pursuant to Rule 25(a) and 15(a)(2) hereby move the Court to substitute Lindsay Sutherland, Executrix of the Estate of James Stablein Jr., as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit I, and in support, state as follows:

1. Plaintiff James Stablein Jr. had a Cook Gunther Tulip IVC filter implanted in April 2007 and subsequently experienced vena cava perforation, which necessitated frequent medical monitoring.

2. Plaintiff James Stablein Jr. unexpectedly passed away on August 8, 2021.

3. Plaintiff's counsel learned of Mr. Stablein's passing and filed a Suggestion of Death on March 31, 2022.

4. Lindsay Sutherland is the Executrix of the Estate of James Stablein Jr.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit

I, which substitutes Lindsay Sutherland, Executrix of the Estate of James Stablein Jr., as Plaintiff.

7. Counsel for Defendants has indicated that they have no objection to this motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Unopposed Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

Respectfully submitted May 6, 2022.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg, #0158719
GoldenbergLaw, PLLC
800 LaSalle Avenue
Suite 2150
Minneapolis, MN 55402
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

<u>This Document Relates to Plaintiff:</u>

JAMES STABLEIN JR. and

LINDSAY SUTHERLAND

Civil Case #1:18-cv-03467-RLY-TAB

**Proposed Order Granting Plaintiff's Motion
to Substitute Party and Amend Complaint**

The Court having reviewed the foregoing Motion, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff, James Stablein Jr., is granted leave to amend his Complaint for Damages, a copy of which is attached hereto as Exhibit I.

IT IS FURTHER ORDERED that the First Amended Complaint for damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.


Dated: _____                                                  BY THE COURT


                                                               _____

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ Stuart L. Goldenberg*
