IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>LINDSAY SUTHERLAND for herself and as Executrix of the estate of decedent JAMES T. STABLEIN Jr.<br><br>Civil Case #1:18-cv-03467-RLY-TAB | |

### Order Granting Plaintiff's Motion to Substitute Party and Amend Complaint

THIS MATTER, having come before this Court, upon the Plaintiff's Motion to Substitute Party and file an Amended Complaint (Dkt. 21956), and the Court being otherwise fully advised in the premises, that Plaintiff's motion to substitute a party and amend the Complaint is granted.

IT IS THEREFORE ORDERED that Lindsay Sutherland, Executrix of the Estate of James Stablein Jr., is substituted as Party Plaintiff for James Stablein Jr., deceased, in this case, and that all future pleadings shall reflect the proper party.

IT IS FURTHER ORDERED that Plaintiff's Amended Short Form Complaint is filed as of the date of this order.

Date: 5/9/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.