IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

LINDSAY SUTHERLAND for herself and
as Executrix of the estate of decedent
JAMES T. STABLEIN Jr.

Civil Case # 1:18-cv-3467-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   James T. Stablein, Jr.

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Lindsay Sutherland

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Lindsay Sutherland, as the Executrix of the Estate of James Stablein Jr.

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   IL

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   IL

6. Plaintiff's/Deceased Party's current state of residence:

   NC

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of North Carolina

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction

   ☒   Diversity of Citizenship

   ☐   Other

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Günther Tulip Mreye

    ☐    Cook Celect Platinum

    ☐    Other: _____

11. Date of Implantation as to each product:

    04/27/2007

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Northwestern Memorial Hospital; 251 E Huron St, Chicago, IL 60611

13. Implanting Physician(s):

    Dr. Kent Sato

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒    Count I:    Strict Products Liability — Failure to Warn

    ☒    Count II:    Strict Products Liability — Design Defect

    ☒    Count III:    Negligence

    ☒    Count IV:    Negligence Per Se

    ☒    Count V:    Breach of Express Warranty

    ☒    Count VI:    Breach of Implied Warranty

    ☒    Count VII:    Breach of Applicable Illinois Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☒    Count VIII:    Loss of Consortium

    ☐    Count IX:    Wrongful Death

    ☐    Count X:    Survival

    ☒    Count XI:    Punitive Damages

  ☐  Other: _____ (please state the facts supporting this

      Count in the space immediately below)

  ☐  Other: _____ (please state the facts supporting this

      Count in the space immediately below)

    N/A

15. Attorney for Plaintiff(s):

Stuart L. Goldenberg (MN Bar No. 0158719)

16. Address and bar information for Attorney for Plaintiff(s):

GoldenbergLaw, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402.  Please see above for attorney bar information.

Dated: 05/06/2022

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Tel.:   (612) 335-9960
Fax:   (612) 367-8107
slgoldenberg@goldenberglaw.com

*Attorney for Plaintiff(s)*