## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

1:17-cv-03430
1:17-cv-03785
1:22-cv-00553
1:22-cv-00584
1:22-cv-06778

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:          May 10, 2022          /s/ Kip S. M. McDonald
                                     Andrea Roberts Pierson (# 18435-49)
                                     Kip S. M. McDonald (# 29370-49)
                                     FAEGRE DRINKER BIDDLE & REATH LLP
                                     300 North Meridian Street, Suite 2500
                                     Indianapolis, Indiana 46204
                                     Telephone: (317) 237-0300
                                     Facsimile: (317) 237-1000
                                     E-Mail: andrea.pierson@faegredrinker.com
                                     E-Mail: kip.mcdonald@faegredrinker.com

US.120263840.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald

US.120263840.01