IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary R. Berard
Civil Case No.: 1:18-cv-2462

## MOTION TO WITHDRAW

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Mary R. Berard, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel will withdraw from representation of Plaintiff on May 16, 2022, or the date upon which an Order is signed by the Court permitting such withdrawal.

2. Counsel attempted to provide Plaintiff with written notice of counsel's intent to withdraw on February 7, 2022.

3. Counsel's withdrawal is based upon Rule 1.16 (b), South Carolina Rules of Professional Conduct:

> (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; and
>
> (7) other good cause for withdrawal exists.

4. Mary R. Berard's last known address and phone number are:

> 118 Chestnut Street
> Mandeville, LA 70471
> (985) 966-9794

5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief. Dated this 10th day of May, 2022.

Respectfully submitted,

**Motley Rice LLC**

*/s/ John C. Duane*
John C. Duane (Fed. ID No. 8047)
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843)216-9327
Facsimile: (843)216-9450
jduane@motleyrice.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ John C. Duane*

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | |
| ) | **AFFIDAVIT IN SUPPORT OF MOTION** |
| ) | **TO WITHDRAW** |
| COUNTY OF CHARLESTON ) | |

Before me, the undersigned authority, on this day, personally appeared John C. Duane, who, after being duly sworn, states, under oath, as follows:

1. My name is John C. Duane. I am over 18 years of age, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

2. I am a lawyer with the law firm of Motley Rice LLC. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct.

FURTHER AFFIANT SAYETH NOT.

_____
John C. Duane

SWORN TO and SUBSCRIBED before me
this __5TH__ day of __May__, 2022.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
My Commission Expires: __4/12/2027__