IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary Berard
Civil Case No.: 1:18-cv-02462

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

    Plaintiff's counsel's Motion to Withdraw is GRANTED.

    Plaintiff's counsel, John C. Duane, and the law firm of Motley Rice LLC, are hereby granted leave to withdraw and no further action shall be taken by them.

    All notices regarding this case shall be directed to Plaintiff at:

        118 Chestnut Street
        Mandeville, LA 70471
        (985) 966-9794

                                                                     _____

Dated: _____