# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### DECLARATION IN SUPPORT OF COOK DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH CMO 30 – SCREENING ORDER FOR SYMPTOMATIC PERFORATION

I, Jessica Benson Cox, being over the age of 18 and having first been duly sworn on oath, state as follows:

1. I am a partner in the law firm of Faegre Drinker Biddle & Reath ("the Firm"), which the Cook Defendants have retained to defend them in this litigation.

2. On March 29, 2022, the Court entered Case Management Order 30, which orders attorneys for Plaintiffs claiming Category 7(e) status to review the medical evidence submitted in support of that categorization and to confirm within 60 days, by May 28, 2022, whether the documentation submitted showed that the claimed protrusion caused a physical impairment or physical harm. *See* Dkt. 21704.

3. The Cook Defendants' attorneys have told the Plaintiffs' Steering Committee that Cook has no objection to a 30-day extension of the CMO 30 deadline, until June 27, 2022.

4. In discussions with the Plaintiffs' Steering Committee, the Cook Defendants have agreed that if a plaintiff's submitted medical record or expert report clearly states that an IVC filter strut is within the duodenum, kidney, spleen, pancreas, spine, or vertebra, that Plaintiff need not submit records showing proof of a 3mm perforation or accompanying injury. If the record

suggests a strut is merely "nearby" or "abuts" one of those structures, however, Cook insists the Plaintiff must still comply with CMO 30's requirement of proof of length of 3 mm and an accompanying injury.

5. The Cook Defendants are not engaged in any other negotiations with the Plaintiffs' Steering Committee concerning the PSC's proposed rewrite of Rule 30 or concerning alteration of any other aspects of CMO 30.

6. As of the date of this filing, Cook has already begun receiving certifications or supplemental materials from Plaintiffs' counsel in support of their 7(e) claims.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 10, 2022.

/s/ *Jessica Benson Cox*  
Jessica Benson Cox