# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Actions

_____

**[PROPOSED] ORDER DENYING IN PART PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH CMO 30 AND CLARIFYING CASE MANAGEMENT ORDER NO. 30 -- SCREENING ORDER FOR SYMPTOMATIC PERFORATION**

On March 29, 2022, the Court entered Case Management Order 30, which orders attorneys for Plaintiffs claiming Category 7(e) status to review the medical evidence submitted in support of that categorization and to confirm within 60 days, by May 28, 2022, that the Plaintiff has "provided a medical record or expert report supporting (a) IVC filter protrusion '3 or more mm outside the wall of the IVC as demonstrated by imaging' and (b) that the documented protrusion has caused a present physical impairment or physical harm."  (Dkt. 21704 at 2).

The Plaintiffs' Steering Committee has brought a motion seeking to extend the May 28, 2022, deadline by 90 days, to August 26, 2022.  The Cook Defendants have filed a response opposing the 90-day extension but agreeing to a 30-day extension, until June 27, 2022.  The Cook Defendants response also describes an agreement that Plaintiffs who have documented penetration of an IVC filter into another organ need not provide the additional certification under CMO 30.

**IT IS HEREBY ORDERED:**

1. That for any Category 7(e) Plaintiff who has submitted a medical record or expert report that clearly states that an IVC filter strut is within the duodenum, kidney, spleen, pancreas, spine, or vertebra, no additional proof of a perforation 3 mm in length or

    accompanying injury will be required at this time.  The medical record or expert report submitted must clearly identify that the strut has actually entered into the duodenum, kidney, spine, or vertebra.  If the record suggests a strut is merely "nearby" or "abuts" one of those structures, proof of length of 3 mm and an accompanying injury will still be required;

2. That the Plaintiffs' Steering Committee Motion To Extend The Deadline For Compliance With CMO 30 – Screening Order for Symptomatic Perforation is granted in part and denied in part;

3. That the deadlines in paragraphs 1 and 2 of CMO 30, Dkt. 21704, are extended by 30 days each.  The deadline for Plaintiffs' compliance with paragraph one is extended to June 27, 2022, and the deadline for Cook's compliance with paragraph one is extended to July 27, 2022.

**SO ORDERED** this ____ day of _____ 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana