IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs identified in Exhibit "A" Attached

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLAINTIFFS GIVE NOTICE that David C. DeGreeff, is no longer with the firm of Wagstaff & Cartmell LLP, and should be withdrawn as counsel of record for certain Plaintiffs in this matter, as set out in Exhibit "A" attached hereto. Plaintiffs request that David C. DeGreeff be withdrawn as counsel of record for all Plaintiffs on Exhibit "A", and Andrew N. Faes, of the Wagstaff & Cartmell, LLP law firm, be substituted in his place.

Respectfully submitted,

/s/ Andrew N. Faes
Thomas P. Cartmell, MO Bar No. 45366
Andrew N. Faes, MO Bar No. 59721
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100
Fax (816) 531-2372
tcartmell@wcllp.com
afaes@wcllp.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATION OF SERVICE

      I hereby certify that on this 11th day of May, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

      */s/ Andrew N. Faes*
      Andrew N. Faes