# EXHIBIT "A"

| | | |
|---|---|---|
| [1:16-cv-00531-RLY-TAB](#) | MCCOY v. COOK INCORPORATED et al | filed 03/08/16 |
| [1:16-cv-01348-RLY-TAB](#) | ROBIN v. COOK INCORPORATED et al | filed 05/31/16 |
| [1:16-cv-01349-RLY-TAB](#) | GREEN v. COOK INCORPORATED et al | filed 05/31/16 |
| [1:16-cv-01752-RLY-TAB](#) | JONES v. COOK INCORPORATED | filed 06/30/16 |
| [1:16-cv-01757-RLY-TAB](#) | MONTGOMERY v. COOK INCORPORATED et al | filed 06/30/16 |
| [1:16-cv-01759-RLY-TAB](#) | PURDUM v. COOK INCORPORATED et al | filed 06/30/16 |
| [1:16-cv-02952-RLY-TAB](#) | FRANDSEN v. COOK INCORPORATED et al | filed 10/31/16 |
| [1:16-cv-03042-RLY-TAB](#) | SHORTT v. COOK INCORPORATED et al | filed 11/07/16 |
| [1:17-cv-00104-RLY-TAB](#) | POTTER, SR. v. COOK INCORPORATED et al | filed 01/11/17 |
| [1:17-cv-00106-RLY-TAB](#) | BURCH v. COOK INCORPORATED et al | filed 01/11/17 |
| [1:17-cv-00107-RLY-TAB](#) | PENN v. COOK INCORPORATED et al | filed 01/11/17 |
| [1:17-cv-00384-RLY-TAB](#) | CASHDOLLAR v. COOK INCORPORATED, et al. | filed 02/06/17 |
| [1:17-cv-00766-RLY-TAB](#) | HALE v. COOK INCORPORATED et al | filed 03/13/17 |

| | | |
|---|---|---|
| [1:17-cv-00767-RLY-TAB](#) | WAILES v. COOK INCORPORATED et al | filed 03/13/17 |
| [1:17-cv-01050-RLY-TAB](#) | FEUSTEL v. COOK INCORPORATED et al | filed 04/04/17 |
| [1:17-cv-01051-RLY-TAB](#) | BLADE v. COOK INCORPORATED et al | filed 04/04/17 |
| [1:17-cv-01552-RLY-TAB](#) | KERN v. COOK INCORPORATED et al | filed 05/11/17 |
| [1:17-cv-01555-RLY-TAB](#) | MAXWELL v. COOK INCORPORATED et al | filed 05/11/17 |
| [1:17-cv-01557-RLY-TAB](#) | BORGWARDT v. COOK INCORPORATED et al | filed 05/11/17 |
| [1:17-cv-01657-RLY-TAB](#) | ALLEN v. COOK INCORPORATED et al | filed 05/18/17 |
| [1:17-cv-02111-RLY-TAB](#) | WEBB v. COOK INCORPORATED et al | filed 06/19/17 |
| [1:17-cv-02114-RLY-TAB](#) | JACKSON v. COOK INCORPORATED, ET AL | filed 06/19/17 |
| [1:17-cv-02126-RLY-TAB](#) | MILLER v. COOK INCORPORATED et al | filed 06/20/17 |
| [1:17-cv-02351-RLY-TAB](#) | THIRY v. COOK INCORPORATED et al | filed 07/11/17 |
| [1:17-cv-02354-RLY-TAB](#) | VERDE v. COOK INCORPORATED et al | filed 07/11/17 |
| [1:17-cv-02399-RLY-TAB](#) | CLANCY v. COOK INCORPORATED et al | filed 07/14/17 |

| | | |
|---|---|---|
| [1:17-cv-02840-RLY-TAB](#) | RUSK v. COOK INCORPORATED et al | filed 08/18/17 |
| [1:17-cv-02842-RLY-TAB](#) | JOHNSON v. COOK INCORPORATED et al | filed 08/18/17 |
| [1:17-cv-02848-RLY-TAB](#) | JANSEN v. COOK INCORPORATED et al | filed 08/18/17 |
| [1:17-cv-03743-RLY-TAB](#) | BEST v. COOK INCORPORATED et al | filed 10/18/17 |
| [1:17-cv-03745-RLY-TAB](#) | WARETZI v. COOK INCORPORATED et al | filed 10/18/17 |
| [1:18-cv-00203-RLY-TAB](#) | GRAVELY v. COOK INCORPORATED et al | filed 01/25/18 |
| [1:18-cv-00206-RLY-TAB](#) | BENCK v. COOK INCORPORATED et al | filed 01/25/18 |
| [1:18-cv-00207-RLY-TAB](#) | MATTHEWS v. COOK INCORPORATED et al | filed 01/25/18 |
| [1:18-cv-00213-RLY-TAB](#) | WILSON v. COOK INCORPORATED et al | filed 01/25/18 |
| [1:18-cv-00478-RLY-TAB](#) | CRAWFORD v. COOK INCORPORATED et al | filed 02/19/18 |
| [1:18-cv-00637-RLY-TAB](#) | HYMOWITZ v. COOK INCORPORATED et al | filed 03/02/18 |
| [1:18-cv-00640-RLY-TAB](#) | JOHNSON v. COOK INCORPORATED et al | filed 03/02/18 |
| [1:18-cv-00642-RLY-TAB](#) | JOHNSON v. COOK INCORPORATED et al | filed 03/02/18 |

| | | |
|---|---|---|
| 1:18-cv-00696-RLY-TAB | MILLER v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00697-RLY-TAB | ROMAN v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00698-RLY-TAB | WILSON v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00699-RLY-TAB | BLAKE v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00701-RLY-TAB | STEELE, JR. v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00702-RLY-TAB | SATCHELL v. COOK INCORPORATED et al | filed 03/07/18 |
| 1:18-cv-00717-RLY-TAB | SCOTT et al v. COOK INCORPORATED et al | filed 03/08/18 |
| 1:18-cv-00728-RLY-TAB | SPREADBURY v. COOK INCORPORATED et al | filed 03/08/18 |
| 1:18-cv-00730-RLY-TAB | THURMAN v. COOK INCORPORATED et al | filed 03/08/18 |
| 1:18-cv-00733-RLY-TAB | TURNER v. COOK INCORPORATED et al | filed 03/08/18 |
| 1:18-cv-00749-RLY-TAB | URBANEK v. COOK INCORPORATED et al | filed 03/09/18 |
| 1:18-cv-00751-RLY-TAB | VANOVER v. COOK INCORPORATED et al | filed 03/09/18 |
| 1:18-cv-00754-RLY-TAB | VIHER v. COOK INCORPORATED et al | filed 03/09/18 |

| | | |
|---|---|---|
| 1:18-cv-00767-RLY-TAB | AMOS v. COOK INCORPORATED et al | filed 03/09/18 |
| 1:18-cv-00775-RLY-TAB | BASTEDO v. COOK INCORPORATED et al | filed 03/09/18 |
| 1:18-cv-00776-RLY-TAB | CAMACHO v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00777-RLY-TAB | BOLDEN v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00779-RLY-TAB | CLAIBORNE v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00780-RLY-TAB | LEIDY v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00783-RLY-TAB | KING v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00787-RLY-TAB | HOLLAND v. COOK INCORPORATED et al | filed 03/12/18 |
| 1:18-cv-00864-RLY-TAB | HANDZEL v. COOK INCORPORATED et al | filed 03/16/18 |
| 1:18-cv-01121-RLY-TAB | WALKER v. COOK INCORPORATED et al | filed 04/12/18 |
| 1:18-cv-01124-RLY-TAB | KING v. COOK INCORPORATED et al | filed 04/12/18 |
| 1:18-cv-01382-RLY-TAB | CLARK v. COOK INCORPORATED et al | filed 05/04/18 |
| 1:18-cv-01383-RLY-TAB | LANDRY v. COOK INCORPORATED et al | filed 05/04/18 |

| | | |
|---|---|---|
| 1:18-cv-01393-RLY-TAB | BRUNO v. COOK INCORPORATED et al | filed 05/04/18 |
| 1:18-cv-01873-RLY-TAB | WALKER v. COOK INCORPORATED et al | filed 06/19/18 |
| 1:18-cv-01874-RLY-TAB | BOUCHIE v. COOK INCORPORATED et al | filed 06/19/18 |
| 1:18-cv-02026-RLY-TAB | DAVIS v. COOK INCORPORATED et al | filed 07/03/18 |
| 1:18-cv-02028-RLY-TAB | BUCKLAND et al. v. COOK INCORPORATED et al | filed 07/03/18 |
| 1:18-cv-02794-RLY-TAB | ROMAN v. COOK INCORPORATED et al | filed 09/11/18 |
| 1:18-cv-03183-RLY-TAB | OROCK v. COOK INCORPORATED et al. | filed 10/12/18 |
| 1:18-cv-03201-RLY-TAB | PARISH-MCCOWAN v. COOK INCORPORATED et al. | filed 10/15/18 |
| 1:18-cv-03232-RLY-TAB | DAWKINS v. COOK INCORPORATED et al | filed 10/18/18 |
| 1:18-cv-03511-RLY-TAB | GALLAMORE et al. v. COOK INCORPORATED et al | filed 11/12/18 |
| 1:19-cv-00126-RLY-TAB | CHAMBERS v. COOK INCORPORATED et al | filed 01/14/19 |
| 1:19-cv-00762-RLY-TAB | MATTHEWS v. COOK INCORPORATED et al | filed 02/21/19 |
| 1:19-cv-00763-RLY-TAB | BELL v. COOK INCORPORATED et al | filed 02/21/19 |

| | | |
|---|---|---|
| 1:19-cv-01397-RLY-TAB | THROW v. COOK INCORPORATED et al | filed 04/05/19 |
| 1:19-cv-01546-RLY-TAB | CHATTERSON v. COOK INCORPORATED et al | filed 04/18/19 |
| 1:19-cv-02065-RLY-TAB | BELL v. COOK INCORPORATED et al | filed 05/23/19 |
| 1:19-cv-02067-RLY-TAB | CLOUD v. COOK INCORPORATED et al | filed 05/23/19 |
| 1:19-cv-02308-RLY-TAB | TILLEY v. COOK INCORPORATED et al | filed 06/10/19 |
| 1:19-cv-03155-RLY-TAB | MOX v. COOK INCORPORATED et al | filed 07/29/19 |
| 1:19-cv-03157-RLY-TAB | ALBERTS v. COOK INCORPORATED et al | filed 07/29/19 |
| 1:19-cv-03546-RLY-TAB | TUCKER v. COOK INCORPORATED et al | filed 08/21/19 |
| 1:19-cv-03548-RLY-TAB | RAUSCH v. COOK INCORPORATED et al | filed 08/21/19 |
| 1:19-cv-03755-RLY-TAB | COLLIER v. COOK INCORPORATED et al | filed 09/04/19 |
| 1:19-cv-04028-RLY-TAB | BOONE v. COOK INCORPORATED et al | filed 09/26/19 |
| 1:19-cv-04030-RLY-TAB | DEVEREUX v. COOK INCORPORATED et al | filed 09/26/19 |
| 1:19-cv-04032-RLY-TAB | LOCKLEAR v. COOK INCORPORATED et al | filed 09/26/19 |

| | | |
|---|---|---|
| 1:19-cv-04033-RLY-TAB | SPRINGER v. COOK INCORPORATED et al | filed 09/26/19 |
| 1:19-cv-04181-RLY-TAB | BONNER v. COOK INCORPORATED et al | filed 10/11/19 |
| 1:19-cv-04182-RLY-TAB | WHITE v. COOK INCORPORATED et al | filed 10/11/19 |
| 1:19-cv-04507-RLY-TAB | ODEN v. COOK INCORPORATED et al | filed 11/08/19 |
| 1:19-cv-04509-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al | filed 11/08/19 |
| 1:19-cv-04510-RLY-TAB | MCLAUGHLIN v. COOK INCORPORATED et al | filed 11/08/19 |
| 1:19-cv-04511-RLY-TAB | STALWORTH v. COOK INCORPORATED et al | filed 11/08/19 |
| 1:19-cv-04970-RLY-TAB | WHITING v. COOK INCORPORATED et al | filed 12/19/19 |
| 1:19-cv-04978-RLY-TAB | LEVENSHOWN v. COOK INCORPORATED et al | filed 12/19/19 |
| 1:19-cv-04980-RLY-TAB | GELMSTEDT v. COOK INCORPORATED et al | filed 12/19/19 |
| 1:19-cv-04981-RLY-TAB | JOHNSON v. COOK INCORPORATED et al | filed 12/19/19 |
| 1:20-cv-00169-RLY-TAB | MOEDERS v. COOK INCORPORATED et al | filed 01/16/20 |
| 1:20-cv-00171-RLY-TAB | DEORIO v. COOK INCORPORATED et al | filed 01/16/20 |

| | | |
|---|---|---|
| 1:20-cv-00192-RLY-TAB | VATH v. COOK INCORPORATED et al | filed 01/17/20 |
| 1:20-cv-00194-RLY-TAB | ODOM v. COOK INCORPORATED et al | filed 01/17/20 |
| 1:20-cv-00195-RLY-TAB | LANE v. COOK INCORPORATED et al | filed 01/17/20 |
| 1:20-cv-00199-RLY-TAB | BRAZZLE v. COOK INCORPORATED et al | filed 01/17/20 |
| 1:20-cv-00317-RLY-TAB | HENDRIX v. COOK INCORPORATED et al | filed 01/29/20 |
| 1:20-cv-00502-RLY-TAB | GOMEZ v. COOK INCORPORATED et al | filed 02/13/20 |
| 1:20-cv-02026-RLY-TAB | OBEY, RUSSELL, JR. v. COOK INCORPORATED et al | filed 08/03/20 |
| 1:20-cv-03315-RLY-TAB | WEAVER v. COOK INCORPORATED et al | filed 12/31/20 |
| 1:21-cv-00078-RLY-TAB | ELLERBE v. COOK INCORPORATED et al | filed 01/12/21 |
| 1:21-cv-00436-RLY-TAB | MANFREDI v. COOK INCORPORATED et al | filed 02/25/21 |
| 1:21-cv-00437-RLY-TAB | ZEIGLER v. COOK INCORPORATED et al | filed 02/25/21 |
| 1:21-cv-00648-RLY-TAB | STROUP v. COOK INCORPORATED et al | filed 03/17/21 |
| 1:21-cv-02280-RLY-TAB | DOCKETT v. COOK INCORPORATED et al | filed 08/19/21 |

| | | |
|---|---|---|
| 1:21-cv-02994-RLY-TAB | RENTERIA v. COOK INCORPORATED et al | filed 12/08/21 |
| 1:21-cv-03002-RLY-TAB | GLISAN v. COOK INCORPORATED et al | filed 12/09/21 |
| 1:21-cv-03007-RLY-TAB | YOAKAM v. COOK INCORPORATED et al | filed 12/09/21 |
| 1:21-cv-03009-RLY-TAB | O'BRIEN v. COOK INCORPORATED et al | filed 12/09/21 |
| 1:21-cv-03014-RLY-TAB | HALL v. COOK INCORPORATED et al | filed 12/09/21 |
| 1:21-cv-03017-RLY-TAB | GOLDEN v. COOK INCORPORATED et al | filed 12/10/21 |
| 1:22-cv-00036-RLY-TAB | DONALD v. COOK INCORPORATED et al | filed 01/07/22 |
| 1:22-cv-00042-RLY-TAB | BROUSSARD v. COOK INCORPORATED et al | filed 01/07/22 |
| 1:22-cv-00045-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al | filed 01/07/22 |
| 1:22-cv-00046-RLY-TAB | GRUBE v. COOK INCORPORATED et al | filed 01/07/22 |