IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary Berard
Civil Case No.: 1:18-cv-02462-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on the Plaintiff's' Motion to Withdraw as Counsel of John C. Duane of Motley Rice LLC law firm (Dkt. 21963) and is hereby GRANTED.

IT IS HEREBY ORDERED that John C. Duane of Motley Rice LLC law firm is hereby withdrawn as counsel for Plaintiff in this action. Donald A. Migliori and Fred Thompson, III of Motley Rice LLC law firm will continue to represent the Plaintiff, Mary Berard in this matter.

Date: 5/11/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.