IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Martha Finney
Civil Case #1:17-cv-00411-RLY-TAB

_____

### ORDER ON SUGGESTION OF DEATH

On May 5, 2022, Plaintiff's counsel filed a notice of suggestion of death of Plaintiff,

Martha Finney [Filing No. 21953]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from

the date the Court is notified of a party's death to file a motion to substitute the proper

party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or

the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-

2570-RLY-TAB, within 90 days.

Date: 5/13/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.