IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs identified in Exhibit A attached

**ORDER**

This matter is before the Court on the Plaintiffs' Motion to Withdrawal of Counsel David C. DeGreeff and Substitution of Counsel filed by Andrew N. Faes [Filing No. 21972]. Despite counsel stating in their motion that "Plaintiffs request that David C. DeGreeff be withdrawn as counsel of record for all Plaintiffs on Exhibit "A", and Andrew N. Faes, of the Wagstaff & Cartmell, LLP law firm, be substituted in his place," the Court has found that David C. DeGreeff is not an attorney of record in 1:16-cv-02952-RLY-TAB. However, since Andrew N. Faes has filed an appearance in 1:16-cv-02952-RLY-TAB, the court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Andrew N. Faes shall be substituted for David C. DeGreeff in all of the cases listed in Exhibit A attached.  David C. DeGreeff is withdrawn as counsel of record in these actions and removed from all future electronic filings.

Date: 5/13/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system