# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 13, 2022

**To:**   Roger A. G. Sharpe
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1844
>
> Caption:
> IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
>
> APPEAL OF: TERESA F. SYKES
>
> District Court No: 1:14-ml-02570-RLY-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
> Court Reporter Margaret Techert
>
> Date NOA filed in District Court: 05/12/2022
> District Court No: 1:19-cv-01167-RLY-TAB
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Richard L. Young
>
> Date NOA filed in District Court: 05/12/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)