IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570
_____

This Document Relates to:

      DENNIS A. HUNTER, JR.,
      as Administrator of the Estate of Servietta Hameed
      1:17-cv-06059-RLY-TAB

_____

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED SHORT FORM COMPLAINT

Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed (deceased), by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 15, respectfully moves the Court to grant leave to file the attached Second Amended Short Form Complaint. In support of this Motion, movant states as follows:

1.    A party may amend her pleading by leave of the Court, and "[t]he court shallfreely give leave when justice so requires" Fed. R. Civ. P. 15(a).

2.    A party may amend the pleadings as may be necessary and "at any time" "toconform them to the evidence" Fed. R. Civ. P. 15(b).

3.    Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4.    Plaintiff specifically requests leave to amend the complaint to provide more evidence to support the express warranty claim in tandem to answer Defendant's Motion for Summary Judgement on the pleadings.

5.    Plaintiff filed a Motion for Leave to File a First Amended Complaint (Dkt.

15890) to substitute the parties after Plaintiff Servietta Hameed died, which was granted on March 10, 2021 (Dkt. 16062). Plaintiff's substantive claims contained in the SFC were not amended at that time beyond alleging a survival action.

6.      The proposed Second Amended Short Form Complaint is attached as Exhibit A.

7.      A proposed order is attached hereto.

Due to the sensitive information relied upon by Plaintiff to support her expressed warranty claim, Plaintiff is filing the claims separately under seal in order to comply with the protective order.

Dated: May 16, 2022.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**


*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

***Counsel for Plaintiff***


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 16, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.


*/s/ A. Layne Stackhouse*