# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    DENNIS A. HUNTER, JR.,
    as Administrator of the Estate of Servietta Hameed
    1:17-cv-06059-RLY-TAB

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   _Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed_

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _N/A_

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _N/A_

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _North Carolina_

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   __North Carolina__

6. Plaintiff's/Deceased Party's current state of residence:

   __North Carolina__

7. District Court and Division in which venue would be proper absent direct filing:

   _N/A (case was originally filed in the Eastern District of North Carolina, Western Division)._

8. Defendants (Check Defendants against whom Complaint is made):

   ☒X   Cook Incorporated

   ☒X   Cook Medical LLC

   ☒X   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒X   Diversity of Citizenship

   ☐    Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

2

    N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    X     Günther Tulip® Vena Cava Filter

    ☐     Cook Celect® Vena Cava Filter

    ☐     Gunther Tulip Mreye

    ☐     Cook Celect Platinum

    ☐     Other:

    ☐

11. Date of Implantation as to each product:

    March 30, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    UNC Hospital (Chapel Hill, North Carolina)

13. Implanting Physician(s):

    Dr. Marcus Bryner, supervised by Dr. Joseph M. Stavas

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☐X     Count I:     Strict Products Liability – Failure to Warn

    ☐X     Count II:     Strict Products Liability – Design Defect

    ☐X     Count III:     Negligence

    ☐X     Count IV:     Negligence Per Se

3

☐X     Count V:     Breach of Express Warranty

☐X     Count VI:     Breach of Implied Warranty

☐X     Count VII:     Violations of Applicable <u>North Carolina</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☐X     Count X:     Survival

☐X     Count XI:     Punitive Damages

☐X     Other:     <u>Equitable Estoppel – see attached brief for specific allegations.</u> (please state the facts supporting this Count in the space, immediately below)

☐     Other: _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>A. Layne Stackhouse</u>

4

16. Address and bar information for Attorney for Plaintiff(s):

<u>A. Layne Stackhouse (KY #94038), Shrader & Associates, L.L.P., 9 Greenway Plaza,</u>

<u>Suite 2300, Houston, TX 77046</u>

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

<u>/s/ A. Layne Stackhouse</u>
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<u>/s/ A. Layne Stackhouse</u>