IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    DENNIS A. HUNTER, JR.,
      as Administrator of the Estate of Servietta Hameed
    1:17-cv-06059-RLY-TAB

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed's, Motion to Amend and Leave to File a Second Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and (2) the Second Amended Short Form Complaint attached to this Order is hereby deemed filed.

Dated this _____ day of _____, 2022.

SO ORDERED: _____.