IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

> DENNIS A. HUNTER, JR.,
> as Administrator of the Estate of Servietta Hameed
> 1:17-cv-06059-RLY-TAB

## UNOPPOSED MOTION TO EXTEND THE PAGE LIMITATION TO RESPOND TO COOK'S MOTION FOR JUDGMENT ON THE PLEADINGS

Under CMO-28 [Dkt. 14601], this Court restricted Plaintiff's responses to Defendants' Federal Rule of Civil Procedure 12(c) motions to three (3) pages. Counsel for Plaintiff, Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed, who has conferred with Defendants regarding this matter, request an Order from the Court to file the attached Response in Opposition in excess of the three-page limitation, for the following reasons:

Plaintiff requests that the page limit for Plaintiff's response to Cook's Motion for Judgment on the Pleadings be extended an additional four pages to accommodate the issues already raised in previous cases before this Court, as well as provide additional case law and reasoning, regarding the North Carolina Statute of Repose.

Three pages is inadequate to respond to all of defendants' arguments, issues raised, and discuss the additional case law supporting Plaintiff's opposition to Defendant's Motion. Plaintiff must address a myriad of complex issues related to the North Carolina statute of repose, including

additional caselaw that plaintiffs in the MDL have not previously raised.[1] Here, the preliminary response contains additional case law, and factual distinctions that respectfully, the Court has not previously been presented with and which were not addressed in Defendant's Motion. Defendants wish for judgment in their favor in this case based on initial pleadings before any case-specific fact discovery is obtained. Plaintiff will be unduly prejudiced if she is not allowed to present these arguments to the Court. Plaintiff, through her counsel has conferred with Defendant, and they do not object to this motion.

Attached hereto, Plaintiff respectfully submits her "Proposed Response in Opposition to Defendant's Motion for Judgement Under CMO-28" as an exhibit.

Plaintiff respectfully requests that the Court grant Plaintiff's "Unopposed Motion to Extend the Page Limit to Respond to Cook's Motion for Judgement Pursuant to CMO-28" and deem Plaintiff's Response filed instanter. A Proposed Order is attached.

If the Court rejects Plaintiff's motion, then Plaintiff requests an extension of time to respond with a three-page Response.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

***Counsel for Plaintiff***

---

[1] Under S.D. Ind. L.R. 7-1[e][1] Response briefs are normally allowed thirty-five [35] pages with additional pages granted upon the Court's approval.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ A. Layne Stackhouse