IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    DENNIS A. HUNTER, JR.,
      as Administrator of the Estate of Servietta Hameed
      1:17-cv-06059-RLY-TAB

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXTEND PAGE LIMITS

The Court has reviewed the Unopposed Motion to Extend Page Limits for Plaintiff's Response in Opposition to Cook's Judgment on the Pleadings. Good cause appearing, it is therefore ORDERED that Plaintiff may file his seven-page Response.

Dated this _____ day of _____, 2022.


SO ORDERED: _____.