IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-MDL No. 2570 |
| This Document Relates to Plaintiff: Nicole Al-Natoor 1:18-cv-02477 | |

**Declaration that Party was Unable to File in a Timely Manner Due to Technical Difficulties**

Please take notice that Nicole Al-Natoor was unable to file her Response in Opposition to Defendants' Motion for Judgment Pursuant to CMO-28 in a timely manner due to technical difficulties. The deadline for filing the Response in Opposition to Defendants' Motion for Judgment Pursuant to CMO-28 was May 18, 2022. The reason(s) that I was unable to file the Response in Opposition to Defendants' Motion for Judgment Pursuant to CMO-28 in a timely manner and the good faith efforts I made prior to thefiling deadline to both file in a timely manner and to inform the Court and the other parties that I could not do so are set forth below:

As the filing system changed since my last filing in this Court, my PACER account needed to be linked to the ECF filing system. On May 18, 2022, I spoke with a PACER representative who said I would need to speak with Court to have the link approved. Unfortunately, at this time the Court was closed for the day. Then I called counsel for Defendants, Andrea Pierson and informed her of this issue, and she consented to a one-day extension to the time for filing. Upon receiving verbal consent, I emailed counsel for Defendants, Andrea Pierson and Kip McDonald, confirming their consent and attaching a copy of the filing. On May 19, 2022, my PACER account was linked to the ECF Filing system, and I filed the Response.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 19, 2022

Respectfully Submitted,

O'LEARY, SHELTON, CORRIGAN,
PETERSON, DALTON, & QUILLIN LLC

Michael J. Quillin #61877
1034 S. Brentwood Blvd., 23rd Fl.,
PH 1-A, St. Louis, MO 63117
corrigan@osclaw.com
quillin@osclaw.com
(314) 405-9000 telephone
(314) 405-9999 facsimile
*Attorney(s) for Plaintiff*