IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BAILEY HOWARTH

Civil Case No. 1:19-cv-01018-RLY-TAB

## **MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Richard Howarth, Jr. on behalf of his deceased sister, Bailey Howarth, as the Plaintiff in this action.

1. Bailey Howarth filed this products liability lawsuit against defendants on March 13, 2019.

2. Subsequently, plaintiff's counsel learned that Bailey Howarth died.

3. Bailey Howarth's products liability lawsuit against defendants survived her death and was not extinguished.

4. Plaintiff filed a suggestion of death on May 17, 2022, attached hereto as Exhibit A.

5. Richard Howarth, Jr., surviving brother of Bailey Howarth, is a proper

party to substitute for plaintiff-decedent Bailey Howarth and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Richard Howarth, Jr., surviving brother of Bailey Howarth, was appointed Administrator of Bailey Howarth's Estate by order of the Surrogate's Court of the State of New York, Dutchess County on May 16, 2022. Attached hereto as Exhibit B is a copy of the Decree Granting Administration issued by the Surrogate's Court.

7. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit C, which substitutes Richard Howarth, Jr., Administrator of the Estate of Bailey Howarth, as Plaintiff.

Wherefore, counsel for Plaintiff respectfully requests that this court grant this motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit C.

Dated: May 19, 2022

                                      Respectfully Submitted,

                                      */s/ Rosemarie Riddell Bogdan*
                                      Rosemarie Riddell Bogdan
                                      NDNY Bar Roll Number: 506409
                                      NYS Bar Roll Number: 380552
                                      MARTIN, HARDING & MAZZOTTI, LLP
                                      Attorneys for Plaintiff
                                      P.O. Box 15141
                                      Albany, New York 12212-5141
                                      Telephone: (518) 862-1200
                                      rrbivccook@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on MAY 19, 2022, I electronically filed the foregoing Motion to Substitute Party and Amend the Complaint with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated:  May 19, 2022

/s/*Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan