IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to Plaintiff:

BAILEY HOWARTH

Civil Case No. 1:19-cv-01018-RLY-TAB

_____

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Bailey Howarth.

Dated:  May 17, 2022

Respectfully Submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbivccook@1800law1010.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 17, 2022, I electronically filed the foregoing Notice and Suggestion of Death with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                      */s/Rosemarie Riddell Bogdan*

                      Rosemarie Riddell Bogdan

`