At a Surrogate's Court of the State of New York held in and for the County of Dutchess at Poughkeepsie, New York.

PRESENT: Hon. Michael G. Hayes, Surrogate

Administration Proceeding, Estate of
**Bailey C Howarth**

Deceased.

**DECREE GRANTING ADMINISTRATION WITH LIMITATIONS**
File No. 2022-347

A verified petition having been filed by Richard Howarth Jr praying that administration of the goods, chattels and credits of the above-named decedent be granted to Richard Howarth Jr and all persons named in such petition, required to be cited, having been cited to show cause why such relief should not be granted, have either failed to appear in response to a served citation or having waived the issuance of such citation and consented thereto; and it appearing that Richard Howarth Jr is in all respects competent to act as administrator of the estate of said deceased; now it is

ORDERED AND DECREED, that Letters of Administration issue to Richard Howarth Jr upon proper qualification and the filing of a bond be and hereby is dispensed with; and it is further

ORDERED AND DECREED, that the authority of such administrator be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: Pursuant to SCPA Section 702, and Uniform Rules for Surrogate's Court Section 207.38, no final compromise of any wrongful death or related action or proceeding(s) shall be made, nor any attorney's fees taken relating to said wrongful death action, without prior application to the Surrogate for leave to compromise said action(s) or proceeding(s) and obtaining an order from the Surrogate approaching said compromise and distribution of proceeds, if any.

DATED: May 16, 2022

_____
Michael G. Hayes
Surrogate

DUTCHESS COUNTY
SURROGATE'S COURT

MAY 16 2022

FILED AND ENTERED

At a Surrogate's Court of the State of New York held in and for the County of Dutchess at Poughkeepsie, New York.

PRESENT: Honorable Michael G. Hayes, Surrogate

**In the Matter of the Estate of**
**Bailey C Howarth**

Decedent.

**DECISION**
**ADMINISTRATION**

**File# 2022-347**

In this application for the issuance of Letters of Administration, the petitioner has demonstrated eligibility therein. There being no appearances in opposition, the Petition is granted.

Decree signed.

Dated: May 16, 2022

_____
Michael G. Hayes, Surrogate
Dutchess County Surrogate's Court

DUTCHESS COUNTY SURROGATE'S COURT
MAY 16 2022
FILED AND ENTERED