IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BAILEY HOWARTH

Civil Case No. 1:19-cv-01018-RLY-TAB

## **ORDER**

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Richard Howarth, Jr., as Administrator of the Estate of Bailey Howarth, is substituted for plaintiff Bailey Howarth, in the above-captioned case and granted leave to Amend the Complaint..

IT IS FURTHER ORDERED that the First Amended Complaint for damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

Dated: _____  _____
Hon. Tim A. Baker
United States Magistrate Judge
Southern District of Indiana