# Exhibit A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary R. Berard
Civil Case No.: 1:18-cv-2462

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

To:

Mary R. Berard

118 Chestnut Street

Mandeville, LA 70471

**Sent Via First Class Mail and Certified Mail, Return Receipt Requested**

YOU ARE HEREBY NOTIFIED that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record, before the Honorable Richard L. Young at 46 E. Ohio St., Indianapolis, IN, 46204 at such future date and time as may be determined by the Court.

YOU ARE FURTHER NOTIFIED:

1. That you may appear in court, if you so desire;
2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;
3. That if you do not obtain an attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit or default judgment may be rendered against you; and
4. That no trial dates are currently set in this case.

Dated: May 17, 2022.

          Respectfully submitted,

          **Motley Rice LLC**

          */s/ Fred Thompson, III*
          Fred Thompson, III (Fed. ID No. 4081)
          Donald A. Migliori (Fed. ID No.4936)
          28 Bridgeside Blvd.
          Mt. Pleasant, SC 29464
          Telephone: (843) 216-9000
          Facsimile: (843) 216-9450
          fthompson@motleyrice.com
          dmigliori@motleyrice.com

          ***Attorneys for Plaintiff Mary R. Berard***