# Exhibit B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary R. Berard
Civil Case No.: 1:18-cv-02462

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter is before the Court upon Plaintiff's Motion to Withdraw as Counsel of Record. Upon consideration and for good cause, the motion to withdraw is granted. Fred Thompson, III, Donald A. Migliori, and Motley Rice LLC are withdrawn as counsel of record for the Plaintiff. The movant shall serve a copy of this Order upon Plaintiff Mary R. Berard.

Upon termination of counsel from the docket, the Clerk shall list the Plaintiff as *pro se* with the following contact information: 118 Chestnut Street, Mandeville, LA 70471.

Plaintiff Mary R. Berard is granted 60 days from the date of this order to either secure counsel or proceed *pro se* in this litigation. Should Plaintiff fail to make an appearance in this case in that time frame, the Court may dismiss this action.

IT IS ORDERED this _____ day of _____, 2022.

_____
HONORABLE RICHARD L. YOUNG