IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sandra Masters

Civil Case # 1:22-cv-06785-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 5/20/22

          Respectfully submitted,

          */s/ Jennifer Rethemeier*
          Jennifer Rethemeier
          (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
          **DALIMONTE RUEB STOLLER, LLP**
          2425 E. Camelback Road, Suite 500
          Phoenix, Arizona 85016
          Tel: (602) 892-0341
          Fax: (855) 203-2035
          jennifer.rethemeier@drlawllp.com

          ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer Rethemeier  
Jennifer Rethemeier