IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BAILEY HOWARTH

Civil Case No. 1:19-cv-01018-RLY-TAB

**ORDER**

The Court, after considering the plaintiff's motion for substitution of proper party and to amend her complaint (Dkt. 22034), finds the motion meritorious and GRANTS said Motion.

IT IS FURTHER ORDERED that Plaintiff Richard Howarth, Jr., as Administrator of the Estate of Bailey Howarth, is substituted for plaintiff Bailey Howarth and the First Amended Complaint for damages is deemed filed as of the date this order.

Date: 5/20/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.