IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff
<u>Richard Howarth, Jr. as Administrator of the Estate of Bailey Howarth</u>

Civil Case # 1:19-CV-1018-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for First Amended Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   <u>Bailey Howarth</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>N/A</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>Richard Howarth, Jr., as Administrator of the Estate of Bailey Howarth</u>

4. Plaintiff's/Deceased Party's state of residence at the time of the implant:

   <u>New York</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Southern District of New York

8. Defendants (Check Defendants against whom Complaint is made):

   X   Cook Incorporated

   X   Cook Medical LLC

   X   William Cook Europe ApS

9. Basis of Jurisdiction:

   X   Diversity of Citizenship

   ☐   Other:

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 – 28. For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. Section 1391 in the federal judicial district of the Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District, therefore venue is proper in this jurisdiction under 28 U.S.C. Section 1391.

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    X   Gunther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other: _____

11. Date of Implantation as to each product:

    5/31/2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Westchester Medical Center, 100 Woods Rd., Valhalla, New York

13. Implanting Physician(s):

    Heena P. Rajdeo, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    | X | Count I:   | Strict Products Liability – Failure to Warn |
    | X | Count II:  | Strict Products Liability – Design Defect |
    | X | Count III: | Negligence |
    | X | Count IV:  | Negligence Per Se |
    | X | Count V:   | Breach of Express Warranty |
    | X | Count VI:  | Breach of Implied Warranty |
    | X | Count VII: | Violations of Applicable New York Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |

3

| | | |
|---|---|---|
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| X | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in this space, immediately below. |

_____

15. Attorney for Plaintiff:

Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP

16. Address and bar information for Attorney for Plaintiff:

Rosemarie Riddell Bogdan, Esq.
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
P.O. Box 15141
Albany, NY 12212-5141

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbivccook@1800law1010.com