IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

> DENNIS A. HUNTER, JR.,
> as Administrator of the Estate of Servietta Hameed
> 1:17-cv-06059-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION TO EXTEND PAGE LIMITS

The Court has reviewed the Plaintiff's Unopposed Motion to Extend Page Limitation to Respond to Cook's Motion for Judgment on the Pleadings (Dkt. 22016). Having considered the Motion, the Court concludes the Motion should be granted and, therefore:

IT IS THEREFORE ORDERED that Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (Dkt. 21936) is deemed filed as of the date of this order.

Date: 5/20/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.