IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
Mary R. Berard
Civil Case No.: 1:18-cv-2462

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local R. 83-7(b), Fred Thompson, III, Donald A. Migliori, and the law firm of Motley Rice LLC, counsel of record for Plaintiff, Mary R. Berard, respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the following grounds:

1. The attorney-client relationship between Mary R. Berard and her counsel has broken down as counsel and Motley Rice LLC have been unable to reach or communicate with the client for many months despite multiple attempts at communication by both telephone and mail.

2. Mary R. Berard has been notified, in writing, by her counsel of their intention to withdraw as her attorneys in this action.

3. Mary R. Berard's last known address is 118 Chestnut Street, Mandeville, LA 70471 and telephone number is: (985) 966-9794.

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Motley Rice LLC has sent this Motion to Withdraw by certified mail, return receipt requested, and first class mail, to Mary R. Berard's last known address, thereby informing her of this Motion to Withdraw. A copy of the correspondence is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel respectfully request that the Court enter an order permitting Fred Thompson, III, Donald A. Migliori, and the law firm of Motley Rice LLC to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal.

Dated this 20th day of May, 2022.

        Respectfully submitted,

        **Motley Rice LLC**

        */s/ Fred Thompson, III*
        Fred Thompson, III (Fed. ID No. 4081)
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        Telephone: (843) 216-9000
        Facsimile: (843) 216-9450
        fthompson@motleyrice.com

        */s/ Donald A. Migliori*
        Donald A. Migliori (Fed. ID No.4936)
        28 Bridgeside Blvd.
        Mt. Pleasant, SC 29464
        Telephone: (843) 216-9000
        Facsimile: (843) 216-9450
        dmigliori@motleyrice.com

        ***Attorneys for Plaintiff Mary R. Berard***

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Fred Thompson, III*