IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Mary R. Berard, Case No. 1:18-cv-02462 -RLY-TAB

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 2 p.m. (Eastern Time) on July 18, 2022**, before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendants' representative or counsel should attend.  Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Mary R. Berard shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Fred Thompson, III and Donald A. Migliori's motion to withdraw as counsel of record [Filing Nos. 22037 and 22046].

Date: 5/23/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.
Fred Thompson, III and Donald A. Migliori are required to serve Plaintiff, Mary R. Berard.