AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br>This Document Relates to: | Case No. 1:22-cv-6800<br><br>MDL No. 2570 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wanda Gray, on behalf of the Estate of Michael Gray, deceased.

Date:   05/23/2022

/s/ David M. Langevin
*Attorney's signature*

David M. Langevin MN Bar No. 329563
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

dave@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*