# EXHIBIT B



# Cook Filter MDL 2570
# July 1, 2021 Status Conference

## Category 7 Perforation Cases

© 2021 Faegre Drinker Biddle & Reath LLP.
All Rights Reserved. Privileged & Confidential.

# Society for Interventional Radiology – Definition of Perforation

> The American College of Radiology, with more than 30,000 members, is the principal organization of radiologists, radiation oncologists, and clinical medical physicists in the United States. The College is a nonprofit professional society whose primary purposes are to advance the science of radiology, improve radiologic services to the patient, study the socioeconomic aspects of the practice of radiology, and encourage continuing education for radiologists, radiation oncologists, medical physicists, and persons practicing in allied professional fields.
> The American College of Radiology will periodically define new practice guidelines and technical standards for radiologic practice to help advance the science of radiology and to improve the quality of service to patients throughout the United States. Existing practice guidelines and technical standards will be reviewed for revision or renewal, as appropriate, on their fifth anniversary or sooner, if indicated.
> Each practice guideline and technical standard, representing a policy statement by the College, has undergone a thorough consensus process in which it has been subjected to extensive review and approval. The practice guidelines and technical standards recognize that the safe and effective use of diagnostic and therapeutic radiology requires specific training, skills, and techniques, as described in each document. Reproduction or modification of the published practice guideline and technical standard by those entities not providing these services is not authorized.
>
> Revised 2010 (Resolution 46)*
>
> **ACR–SIR PRACTICE GUIDELINE FOR THE PERFORMANCE OF INFERIOR VENA CAVA (IVC) FILTER PLACEMENT FOR THE PREVENTION OF PULMONARY EMBOLISM**
>
> **PREAMBLE**
>
> These guidelines are an educational tool designed to assist practitioners in providing appropriate radiologic care for patients. They are not inflexible rules or requirements of practice and are not intended, nor should they be used, to establish a legal standard of care. For these reasons and those set forth below, the American College of

IVC penetration - penetration of the vein wall by filter hooks with transmural incorporation. For quality improvement reporting purposes, the definition of ==IVC penetration is filter strut or anchor devices extending more than 3 mm outside the wall of the IVC== as demonstrated by CT, venography, or autopsy. Acute penetration occurring during placement of the filter is considered an insertion problem (see below).

> always reach the most appropriate diagnosis or to predict with certainty a particular response to treatment. Therefore, it should be recognized that adherence to these guidelines will not assure an accurate diagnosis or a successful outcome. All that should be expected is that the practitioner will follow a reasonable course of action based on current knowledge, available resources, and the needs of the patient to deliver effective and safe medical care. The sole purpose of these guidelines is to assist practitioners in achieving this objective.
>
> **I.  INTRODUCTION**
>
> This guideline was revised collaboratively by the American College of Radiology (ACR) and the Society of Interventional Radiology (SIR).
>
> Pulmonary embolism (PE) continues to be a major cause of morbidity and mortality in the United States. Estimates of the incidence of nonfatal PE range from 400,000 to 630,000 cases per year, and 50,000 to 200,000 fatalities per year are directly attributable to PE [1-4]. The current preferred treatment for deep venous thrombosis (DVT) and PE is anticoagulation. However, up to 20% of these patients will have recurrent PE despite adequate anticoagulation [3,5,6].
>
> PRACTICE GUIDELINE                                                        Inferior Vena Cava Filter / 1

© 2021 Faegre Drinker Biddle & Reath LLP. All Rights Reserved. Privileged & Confidential.



9

# Plaintiffs' Experts Define Perforation as 3mm



**Dr. Gregory Gordon**
Deposition, January 4, 2018, 124:19-23

"**3 mm** perforation outside the wall is a – is the definition that I use."



**Dr. Harlan Krumholz**
*Brand* Trial 396:12-17

"I believe we ought to adopt what the standard in the field is. And the Society of Interventional Radiology, the professional society of the people who put in these devices, has adopted this idea of more than **3 mm** through the wall is something that we should start paying attention to."



**Dr. David Kessler**
Deposition, June 30, 2017, 265:3-16

"[W]hile there's several definitions of 'penetration' and 'perforation,' FDA made very clear that things sticking out in the animal studies, sticking out greater than **3 mm**, the plurality of opinions was certainly that a thing sticking out more than three millimeters was a problem. You can call it perforation. You can call it penetration. That's the way -- FDA, you saw, said in the guidance you showed me, said it had to fixate within the vena cava. If it's outside the vena cava and you give it **3 mm**, that, I think every -- I think reasonable people would say that's a problem."

© 2021 Faegre Drinker Biddle & Reath LLP. All Rights Reserved. Privileged & Confidential.

# Plaintiffs' Expert – Gregory Gordon

> values of >3 mm for definition of perforation. The >3 mm definition has been used since 1993 by Grassi et al. ACR, SIR, and CIRSE guidelines 5,6,2008 define IVC penetration / perforation for reporting purposes as filter strut or anchor device extending >3 mm outside the wall of the IVC as demonstrated by CT or venography, or at autopsy, while even the new generous definitions for the SIR/SVS led PRESERVE study use a definition of >5 mm outside the IVC wall. This change may reflect an evolution in thinking on the SIR's part regarding what may be considered a true penetration, or it may be an industry sponsored decision. In addition, ISO 25539-3:2011 distinguishes between the terms perforation and penetration. Perforation is defined as filter strut or anchor devices extending more than 3 mm outside the wall of the IVC, as demonstrated by CT or autopsy; acute perforation occurring during placement of the filter is considered an insertion problem. Table 7 below from the expert

© 2021 Faegre Drinker Biddle & Reath LLP. All Rights Reserved. Privileged & Confidential.



11