IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION
_____

This Document Relates to: All Actions
_____

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S
MOTION FOR RELIEF FROM CMO 30,
OR IN THE ALTERNATIVE, MOTION TO AMEND CMO 30**

CAME TO BE HEARD on this day, Plaintiffs' Steering Committee's Motion for Relief from CMO 30, or in the Alternative, Motion to Amend CMO 30. After reviewing the pleadings and considering the arguments of counsel, the Court finds said Motion is well taken and should be GRANTED.

It is therefore ORDERED that the Plaintiffs' Steering Committee's Motion for Relief from CMO 30, or in the Alternative, Motion to Amend CMO 30, is hereby GRANTED. It is further ORDERED that Plaintiffs shall provide an amended CMO 30 within seven (7) days following the date of this Order.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.