# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Case:<br><br>Amber Victorson, as Power of Attorney for Anthony Fasano; Anthony Fasano,<br><br>Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:21-cv-02912-JRS-TAB<br><br>**Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest** |

## MOTION FOR SUBSTITUTION OF
## BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST

Comes now, Allan B. Mendelsohn, Trustee of the Bankruptcy Estate of Anthony Fasano, by and through his attorney of record, Basil Adham, and The Johnson Law Group. Trustee moves to substitute Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, as Plaintiff/Real Party-In-Interest pursuant to Fed. R. Civ. P. 17(a)(3). Trustee has contemporaneously filed a brief explaining the basis for the motion.

Based on the foregoing, Allan B. Mendelsohn, Trustee, respectfully request that this Court grant this motion and allow him to substitute as Plaintiff/Real Party-In-Interest.

Date: May 24, 2022

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2022, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham_____

2