# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Case:<br><br>Amber Victorson, as Power of Attorney for Anthony Fasano; Anthony Fasano<br><br>Plaintiffs,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>Defendants. | Case No. 1:21-cv-02912-JRS-TAB |

## BRIEF IN SUPPORT OF MOTION FOR SUBSTITUTION OF BANKRUPTCY TRUSTEE AS PLAINTIFF/REAL PARTY-IN-INTEREST AND AMEND COMPLAINT

### History of Case

1. This case was filed by Plaintiff, Amber Victorson, as Power of Attorney for Anthony Fasano and Anthony Fasano, on November 23, 2021.

### History of Related Bankruptcy Proceedings

2. On December 16, 2021, the Plaintiff Anthony Fasano filed his Voluntary Petition under Chapter 7 of the Bankruptcy Code in Bankruptcy Petition No.: 8-21-72182 in the U.S. Bankruptcy Court for the Eastern District of New York.

3. Shorty following the filing of the Voluntary Petition, Allan B. Mendelsohn was appointed Chapter 7 Bankruptcy Trustee.

4. On March 21, 2022, Trustee filed an Application to Employ Johnson Law Group as Special Counsel in the Bankruptcy Court.

5. On March 24, 2022, the Bankruptcy Court granted the Application to Employ Johnson Law Group as Special Counsel in the Bankruptcy Court.

### The Instant Cause of Action is Property of the Bankruptcy Estate and the Trustee is Authorized by Law to Prosecute the Same

6. Pursuant to 11 U.S.C. §541, the cause of action described in the Complaint is the property of the bankruptcy estate.

7. Pursuant to the provisions of 11 U.S.C. §323, Allan B. Mendelsohn, Trustee, is the representative of the bankruptcy estate and has the capacity to sue and be sued in the name of the bankruptcy estate. In that capacity, Allan B. Mendelsohn, Trustee, represents the interests of the entire body of unsecured creditors of Anthony Fasano: a group which suffered unpaid losses in the bankruptcy proceedings.

8. Substitution of the Trustee as the real party plaintiff in interest is contemplated and required under Fed. R. Civ. P. 17.

9. In the instant case, Allan B. Mendelsohn, Trustee, seeks exactly that relief contemplated in Federal Rules 17(a)(3) and 25(c)[1].

### Substitution of the Trustee as Party Plaintiff Will Work No Prejudice Upon the Defendants and is in the Best Interest of Justice

10. Substitution of Allan B. Mendelsohn, Trustee, as the party plaintiff in these

---

[1] (1)Designation in General. An action must be prosecuted in the name of the real party in interest.
(3) Joinder of the Real Party in Interest. The court may not dismiss an action for failure to prosecute in the name of the real party in interest until, after an objection, a reasonable time has been allowed for the real party in interest to ratify, join, or be substituted into the action. After ratification, joinder, or substitution, the action proceeds as if it had been originally commenced by the real party in interest.

proceedings will work no prejudice upon Defendants. Indeed, Defendants have had timely notice of Anthony Fasano's cause of action and has participated actively in the litigation to date.

11. By way of contract to the manifest lack of any prejudice to the Defendants, there would be considerable injury to bankruptcy creditors if Allan B. Mendelsohn, Trustee, is not allowed to substitute in as real party-in-interest plaintiff in this action.

Wherefore, Bankruptcy Trustee respectfully request that this Court:

1. ORDER that Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, be substituted herein as the party plaintiff in the place and stead of the originally named Plaintiff Anthony Fasano;

2. ORDER that Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, be permitted to file an Amended Complaint reflecting the change in the real party-in-interest plaintiff in this action;

3. ORDER that the caption in this instant case be amended to reflect Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, as party-in-interest plaintiff in this action;

4. ORDER such other and further relief as the nature of this case and the interests of justice may require.

5. ORDER the clerk to update the case caption to *Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano v. Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*.

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham\
Basil Adham, (TX Bar No.24081742)\
2925 Richmond Ave, Suite 1700\
Houston, TX 77098\
Telephone: (713) 626-9336\
Facsimile: (713) 583-9460\
E-mail: ivc@johnsonlawgroup.com\
***Attorney for Plaintiff and Special Counsel for Bankruptcy Trustee***

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2022, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all parties of record listed below via First Class Mail, facsimile transmission, or electronic mail on May 24, 2022

Anthony Fasano\
9 Firwood Dr.\
Farmingville, NY 11738\
Email: antfas24@gmail.com

Amber Victorson\
432 Adare Dr.\
Cary, IL 60013\
Email: Ambervictorson@gmail.com

Allan B. Mendelsohn\
Allan B. Mendelson, LLP\
38 New Street\
Huntington, NY 11743\
Telephone: (631) 923-1625\
Facesimile: (631) 423-4536

/s/ Basil Adham