# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB <br> § MDL No. 2570 |
| This Document Relates to Case: <br><br> Amber Victorson, as Power of Attorney for Anthony Fasano; Anthony Fasano, <br><br> Plaintiff, <br><br> v. <br><br> Cook Incorporated, Cook Medical LLC, and William Cook Europe APS <br><br> Defendants. | § Case No. 1:21-cv-02912-JRS-TAB <br><br> **Order on Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint** |

Considering the parties' Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint of Anthony Fasano.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint filed by Anthony Fasano is hereby GRANTED and that Allan B. Mendelsohn, Trustee, be substituted as Plaintiff/Real Party-In-Interest in the above referenced case. That the caption in this instant case be amended to reflect Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, as party-in-interest plaintiff in this action. That Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, be permitted to file an Amended Complaint reflecting the change in the real party-in-interest plaintiff in this action.

Date: _____

_____
Tim A. Baker
United States District Judge

Case 1:14-ml-02570-RLY-TAB Document 22074-2 Filed 05/24/22 Page 2 of 2 PageID #: 131480