# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS  
MARKETING, SALES PRACTICES AND  
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB  
MDL No. 2570

_____

This Document Relates to:

1:22-cv-00929  
1:22-cv-00941  
1:22-cv-00947  
1:22-cv-06781  
1:22-cv-06782  
1:22-cv-06783  
1:22-cv-06785

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");  
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and  
    William Cook Europe ApS

Dated: May 25, 2022

/s/ Andrea Roberts Pierson  
Andrea Roberts Pierson (# 18435-49)  
Kip S. M. McDonald (# 29370-49)  
FAEGRE DRINKER BIDDLE & REATH LLP  
300 North Meridian Street, Suite 2500  
Indianapolis, Indiana 46204  
Telephone: (317) 237-0300  
Facsimile: (317) 237-1000  
E-Mail: andrea.pierson@faegredrinker.com  
E-Mail: kip.mcdonald@faegredrinker.com

US.120264241.01

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01