UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml 2570-RLY-TAB<br>MDL No. 2570 |
| TYLER AUSTIN<br><br>Plaintiff,<br><br>v.<br><br>COOK MEDICAL INC., et al.<br><br>Defendants. | This Document Relates to:<br>Case No: 1:16-cv-01153-RLY-TAB |

**PLAINTIFF TYLER AUSTIN'S MOTION TO EXTEND DEADLINE FOR COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 30**

Plaintiff Tyler Austin respectfully requests that this Court continue its deadline set forth in Case Management Order No. 30 ("CMO 30") only to the extent that it applies to this Plaintiff. The Plaintiff seeks an extension of 45 days to comply with this Court's order, and shows the following in support thereof:

1. While the undersigned counsel has several cases filed in this MDL, counsel has been selective and conservative with his filings. The case for the moving Plaintiff is the only case filed by the undersigned counsel that is a Category 7(e) case as defined by this Court's Categorization Orders.

2. Plaintiff previously submitted medical records with his Case Categorization Form that confirms an IVC filter penetration beyond the margin of the inferior vena cava with a present physical harm. Specifically, a CT of the abdomen and pelvis with contrast revealed "anterior limb of the filter projects beyond the margin of the inferior vena

1

cava" and also confirmed a large retroperitoneal hematoma. The CT findings included "hematoma displaces hypoplastic right kidney anteriorly. Hemorrhage tracks along the retroperitoneum into the pelvis."

3. Given the nature of the confirmed injury, Plaintiff submits that it is self-evident that the anterior limb of the IVC filter protrudes 3 mm or more outside the wall of the IVC. Nonetheless, Plaintiff's counsel began attempting to obtain a copy of the images after this Court entered CMO 30. Plaintiff's counsel has not yet obtained a copy of the images, but his efforts are ongoing. Plaintiff's counsel did not perceive a need for a copy of the images prior to this Court's entry of CMO 30 because of the nature of the confirmed injury. Plaintiff's counsel also received no indication from the defendant that his Case Categorization Form was incomplete or inadequate.

Based upon the foregoing, Plaintiff respectfully submits that the interests of equity and justice warrant a continuance of the Plaintiff's obligations under CMO 30 for an additional 45 days so that his counsel may continue efforts to obtain copies of the CT images.

Respectfully submitted 24th day of May, 2022.

/s/   Brian Keith Jackson
Brian Keith Jackson
Alabama Bar No. 7519-J66B
kj@rileyjacksonlaw.com

**RILEY & JACKSON, P.C.**
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901

Attorney for Tyler Austin

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Andrea Roberts Pierson
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
andrea.pierson@faegredrinker.com
Kip.McDonald@faegredrinker.com

        /s/   *Brian Keith Jackson*
        Brian Keith Jackson
        AL Bar No. 7519-J66B