UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Guiney, Melissa, 1:17-cv-01577
Dory, Justin Anthony, 1:18-cv-0237
Bauer, Teresa, 1:18-cv-01818

**COOK DEFENDANTS' REQUEST FOR ENTRY OF DISMISSAL ON CMO-28 MOTIONS FOR JUDGMENT ON THE PLEADINGS IN CASES OF PLAINTIFFS TERESA A. BAUER, JUSTIN ANTHONY DORY AND MELISSA GUINEY**

On April 19, 2022, the Court partially granted Cook's motions for judgment on the pleadings in the cases of Plaintiffs Teresa A. Bauer, Justin Anthony Dory, and Melissa Guiney (the "Plaintiffs"), dismissing their product liability and implied warranty claims as time-barred under applicable state law. *See* Court's April 19, 2022 Orders, Dkts. 18921, 18923 & 18925. As part of the same Orders, the Court deferred ruling on Cook's motions as to the Plaintiff's express warranty and consumer protection claims, granting Plaintiffs' requests to submit supplemental briefing in support of those claims and setting a deadline of May 18, 2022 for the submission of that supplemental briefing. *See id.*

That deadline has passed without Plaintiffs filing or serving any supplemental responses. Because Plaintiffs did not file supplemental briefs in the time permitted by the Court, and because Plaintiffs' original responses did not substantively address the pleading deficiencies in their express warranty and consumer protection claims, Plaintiffs have waived those claims. *See Bonte v. U.S. Bank N.A.*, 624 F.3d 461, 466 (7th Cir. 2010). The Cook Defendants therefore respectfully

ask this Court to grant the remaining portions of their motions and dismiss the remaining claims in Plaintiffs' cases.

Respectfully submitted,

Dated:  May 26, 2022       /s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2022, a copy of the foregoing **COOK DEFENDANTS' REQUEST FOR ENTRY OF DISMISSAL ON CMO-28 MOTIONS FOR JUDGMENT ON THE PLEADINGS IN CASES OF PLAINTIFFS TERESA A. BAUER, JUSTIN ANTHONY DORY AND MELISSA GUINEY** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*