IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MARTHA FINNEY

Civil Case #1:17-cv-00411-RLY-TAB

### Order Granting Plaintiff's Motion to Substitute Party and Amend Complaint

The Court, after considering the Plaintiff's Motion to Substitute Party and Amend the Complaint [Dkt. 22082], finds the motion meritorious and hereby GRANTS said motion.

IT IS THEREFORE ORDERED that that the Clerk of the Court is directed to substitute Shirmira Harbin, Administratrix of the Estate of Martha Finney, in place of the deceased Plaintiff, Martha Finney in the above referenced action. The Clerk is also directed to file the Amended Short Form Complaint into the record in this matter.

Date: 5/26/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.