**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to: All Actions

---

### COOK'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RELIEF FROM CMO-30, OR IN THE ALTERNATIVE, MOTION TO AMEND CMO-30

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for their response to Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 from June 2, 2022, to June 10, 2022, Dkt. 22064.  The additional time is necessary to fully respond to all issues raised in Plaintiffs' Steering Committee's 35-page motion and supporting exhibits.  In support of this motion, the Cook Defendants state:

1. On March 29, 2022, this Court entered CMO 30.  *See* Dkt. 21704.  CMO 30 requires Plaintiffs to review the medical evidence submitted with his/her Case Categorization Form and confirm he/she has provided a medical record or expert report supporting (a) a 3 or more mm IVC filter protrusion and (b) present physical impairment or physical harm, by May 28, 2022.  *See id.*, at 2.

2. On April 29, 2022, Plaintiffs' Steering Committee's ("PSC") moved to extend the deadline for compliance with CMO 30 by an additional 90 days.  *See* Dkt. 21930.

3. On May 10, 2022, the Cook Defendants filed their response in opposition to the PSC's motion to extend time to comply with CMO 30. *See* Dkt. 21966.

4. On May 23, 2022, the PSC moved for relief from this Court from CMO-30, or, in the alternative, to amend CMO 30 via a 35-page motion and 37 pages of exhibits. *See* Dkt. 22064.

5. The current deadline for the Cook Defendants' response to the PSC's Motion for Relief from CMO-30 is June 2, 2022.

6. Because of the intervening holiday weekend, the length of the motion, and the number of exhibits, the Cook Defendants require additional time to analyze and fully respond to the PSC's motion.

7. Counsel for Cook has communicated with attorneys on the PSC regarding this proposed extension, and the PSC has advised that they have no objection to the extension.

WHEREFORE, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS respectfully requests that this Court grant its motion and extend the deadline for their response to Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 from June 2, 2022, to June 10, 2022.

Dated: May 26, 2022

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:       (317) 237-0300
Facsimile:        (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on May 26, 2022 a copy of the foregoing **COOK'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RELIEF FROM CMO-30, OR IN THE ALTERNATIVE, MOTION TO AMEND CMO-30** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
