# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## PROPOSED ORDER

This matter came before the Court on the unopposed motion of Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") for an order extending the deadlines for filing their response to the Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 by eight days.  Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is in all respects granted, and

2. That the deadline for the Cook Defendants' response to the Plaintiffs' Steering Committee's Motion for Relief from CMO-30 to be filed is June 10, 2022.

**SO ORDERED** this _____ day of _____ 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana