**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00846 | 1:22-cv-00972 |
| 1:22-cv-00871 | 1:22-cv-00973 |
| 1:22-cv-00886 | 1:22-cv-00974 |
| 1:22-cv-00916 | 1:22-cv-00975 |
| 1:22-cv-00963 | 1:22-cv-00976 |
| 1:22-cv-00964 | 1:22-cv-00977 |
| 1:22-cv-00965 | 1:22-cv-00978 |
| 1:22-cv-00966 | 1:22-cv-00980 |
| 1:22-cv-00967 | 1:22-cv-00982 |
| 1:22-cv-00968 | 1:22-cv-00984 |
| 1:22-cv-00969 | 1:22-cv-06806 |
| 1:22-cv-00970 | 1:22-cv-06807 |
| 1:22-cv-00971 | |

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: May 27, 2022

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

US.120264241.01

## CERTIFICATE OF SERVICE

    I hereby certify that on May 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01