IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION MDL | 1:14-ml-2570-RLY-TAB<br>No. 2570 |

This Document Relates to:
*Mahmoud v. Cook Incorporated, et al*.
1:21-cv-06331-RLY-TAB

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas M. Schreiner of the law firm of Blackridge LLC as counsel for Plaintiff Wagdy Mahmoud in the above-captioned matter.

DATED: May 27, 2022

Respectfully submitted,

/s/*Douglas M. Schreiner*
Douglas M. Schreiner, MO Bar #52320
Blackridge LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207
Telephone: (913) 955-3388
Facsimile: (913) 955-3247
Email: doug@jslegalteam.com

1

## CERTIFICATE OF SERVICE

I certify that on the 27th day of May, 2022, I served a copy of the foregoing NOTICE OF APPEARANCE via electronic filing with the Court's ECF system to all counsel of record.

/s/*Douglas M. Schreiner*
Douglas M. Schreiner
Attorney for Plaintiff
