IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
__Janine Drew__

Civil Case # __1:16-cv-06036__

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Janine Drew

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for Northern District of Ohio

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Paragraph 6-28 of Master Complaint.

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [✓] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other:

11. Date of Implantation as to each product:

April 8, 2015

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Rita's Hospital, Lima, Ohio

13. Implanting Physician(s):

Dr. Thomas Church

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I: Strict Products Liability – Failure to Warn
- [✓] Count II: Strict Products Liability – Design Defect
- [✓] Count III: Negligence
- [✓] Count IV: Negligence Per Se

3

| | | |
|---|---|---|
| ✓ | Count V: | Breach of Express Warranty |
| ✓ | Count VI: | Breach of Implied Warranty |
| ✓ | Count VII: | Violations of Applicable __Ohio__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ✓ | Count X: | Survival |
| ✓ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

Defendants expressly and impliedly warranted Cook IVC Filter was a permanent lifetime implant and downplayed risks associated with migration, perforation, tilt, fracture and other risk relied upon by the Plaintiff.

15. Attorney for Plaintiff(s):

   Chad Tuchman

16. Address and bar information for Attorney for Plaintiff(s):

4

626 Madison Avenue, Suite 800

Toledo, OH  43604

Ohio Bar No.: 0074534

Respectfully submitted,

WILLIAMS DECLARK TUSCHMAN CO., L.P.A.

By ___/S/ Chad M. Tuschman___
Chad M. Tuschman  (0074534)
Williams DeClark Tuschman Co., L.P.A.
The Louisville Building
626 Madison Avenue
Suite 800
Toledo, OH  43604-1110
(419) 241-7700
(419) 241-7778  (Facsimile)
ctuschman@wdtlaw.org

Counsel for Plaintiff Janine Drew