## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Stephanie Grant

Civil Case# 1:22-cv-06790-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 6/1/22

                                    Respectfully submitted,

                                    */s/ Jennifer Rethemeier*
                                    Jennifer Rethemeier
                                    (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                    **DALIMONTE RUEB STOLLER, LLP**
                                    2425 E. Camelback Road, Suite 500
                                    Phoenix, Arizona 85016
                                    Tel: (602) 892-0341
                                    Fax: (855) 203-2035
                                    jennifer.rethemeier@drlawllp.com

                                    ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Jennifer Rethemeier*
                                                  Jennifer Rethemeier