IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
__Elaine Ackley__

Civil Case # __1:20-cv-6178-RLY-TAB__

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Elaine Ackley

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   New York

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   New York

6. Plaintiff's/Deceased Party's current state of residence:
   New York

7. District Court and Division in which venue would be proper absent direct filing:
   United States District Court, Western District of New York

8. Defendants (Check Defendants against whom Complaint is made):
   - ☒ Cook Incorporated
   - ☒ Cook Medical LLC
   - ☒ William Cook Europe ApS

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6 through 28, inclusive

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

    ☒   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other:

11. Date of Implantation as to each product:

    July 12, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Buffalo General Medical Center

    Buffalo New York 14203

13. Implanting Physician(s):

    Azher Iqbal, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒   Count I:     Strict Products Liability – Failure to Warn

    ☒   Count II:    Strict Products Liability – Design Defect

    ☒   Count III:   Negligence

    ☒   Count IV:    Negligence Per Se

3

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☐ | Count VII: | Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |
| ☐ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

_____
_____
_____
_____
_____

15. Attorney for Plaintiff(s):
    Theresa M. Walsh, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

4

Brown Chiari LLP

2470 Walden Avenue, Buffalo, New York 14225

New York Bar# 2952109

Respectfully submitted,

/s/Theresa M. Walsh
Brown Chiari LLP
2470 Walden Avenue
Buffalo, New York 14225
T: (716) 681-7190
F: (716) 681-8136
twalsh@brownchiari.com

Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2022 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Theresa M. Walsh