UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

All Cases Listed in Dkt. 11725-1

### COOK DEFENDANTS' NOTICE OF WITHDRAWAL OF REMAINDER OF OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS OF FIVE STATES

The Cook Defendants provide the following status update and notice of withdrawal regarding their Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States (the "Five-State Motion") (Dkt. 11725):

1. On September 5, 2019, the Cook Defendants filed the Five-State Motion, which addressed 144 cases from five different states. *See* Dkt. 11725-1.

2. The Cook Defendants have previously withdrawn the Five-State Motion as to four cases. *See* Cook Defs.' Reply Br., Dkt. 12176 at 2 (withdrawing the Five-State Motion as to the cases of Plaintiffs Audra Boggs, Sandy Carpenter, Kerri Collins, and Annette Weaver (Estate)).

3. In addition, 80 cases subject to the motion have been dismissed for various reasons, including voluntary dismissals and motion practice pursuant to CMO-28 in individual cases. *See* Exhibit A.

4. As to the remaining 60 cases still subject of the Five-State Motion, *see* Exhibit B, the Cook Defendants hereby withdraw the Five-State motion as to all of those remaining cases.

The Five-State Motion, Dkt. 11725, is now wholly moot, and the Court need not rule on the merits of that motion as to any of the 144 cases the motion originally addressed.[1]  The Cook Defendants therefore withdraw the Five-State Motion as to all cases addressed by the Five-State Motion that are still pending.

5. The Cook Defendants reserve their right to re-file individual motions on statute-of-limitations or other grounds in all pending cases that were originally part of the Five-State Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  June 3, 2022 | /s/ *Jessica Benson Cox*<br>Jessica Benson Cox, Co-Lead Counsel<br>Andrea Roberts Pierson<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>James Stephen Bennett, Co-Lead Counsel<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>110 West Berry Street, Suite 2400<br>Fort Wayne, Indiana  46802<br>Telephone:  (260) 424-8000<br>Stephen.Bennett@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

---

[1] The Court also has pending before it separate CMO-28 motions that Cook has brought in four of the cases that were part of the Five-State Motion.  *See* Dkts. 17974 (James Buell, No. 1:17-cv-00516); 17975 (Allysha Ramon, No. 1:16-cv-01046); 18012 (Stephanie Williams, No. 1:16-cv-03014); and 18014 (Leslie Alger, No. 1:17-cv-01023).  These four motions are unaffected by the withdrawal described above and await the Court's decision.

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022 a copy of the foregoing **COOK DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING CASES SUBJECT TO OMNIBUS MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS OF FIVE STATES** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*