# EXHIBIT A

# EXHIBIT A:  Dismissed Cases

| No. | Name | Case Number |
|---|---|---|
| 1 | Frank, Kelly | 1:15-cv-01070 |
| 2 | Lunderman, Edward and Sarah Lynn | 1:15-cv-01542 |
| 3 | Fox, Lynell Margaret | 1:15-cv-01822 |
| 4 | Penaranda, Rafael | 1:16-cv-01005 |
| 5 | Jackson, Sandra | 1:16-cv-01033 |
| 6 | Butler-King, Teresa H. | 1:16-cv-01849 |
| 7 | Garrison, Tina | 1:16-cv-02462 |
| 8 | Geberth, Patricia J. & Roy J. | 1:16-cv-02600 |
| 9 | Kerr, Aimee | 1:16-cv-02659 |
| 10 | Novak, Leslie Marie | 1:16-cv-02672 |
| 11 | Sharp, Sharon K. | 1:16-cv-02763 |
| 12 | Brady, Marcella C. | 1:16-cv-02882 |
| 13 | Coleman, Dianna & Jerry | 1:16-cv-02894 |
| 14 | Miller, Scott | 1:16-cv-02901 |
| 15 | Addison, Robert Shelton | 1:16-cv-03522 |
| 16 | Barrett, LaToya | 1:17-cv-00128 |
| 17 | Hubbard, Derrick E. & Janice M. | 1:17-cv-00209 |
| 18 | Versluis, Scott | 1:17-cv-00266 |
| 19 | Greig, Susan | 1:17-cv-00300 |
| 20 | Beard, Amber | 1:17-cv-00480 |
| 21 | Williams, Myrtle & Wilson | 1:17-cv-00679 |
| 22 | Francis, Katrina | 1:17-cv-01168 |
| 23 | Warren, Hezekiah | 1:17-cv-01241 |
| 24 | Floyd, Stephen | 1:17-cv-01256 |
| 25 | Ball, Janice | 1:17-cv-01320 |
| 26 | Hayes, Melissa | 1:17-cv-01417 |
| 27 | Clark, Robert W. & Andrea | 1:17-cv-01598 |
| 28 | Brown-Street, Sonya | 1:17-cv-01625 |
| 29 | Del Cid, Jose | 1:17-cv-01704 |
| 30 | Romero, Elvia G. | 1:17-cv-01763 |
| 31 | Bak, Brandon Philip | 1:17-cv-01965 |
| 32 | Rankin, Betty T. | 1:17-cv-01978 |
| 33 | Leal, Alberto | 1:17-cv-02020 |
| 34 | Benavides, Armando (Estate) | 1:17-cv-02047 |
| 35 | Breaux-Nabors, Valeriun | 1:17-cv-02174 |
| 36 | Engelbrecht, Robert | 1:17-cv-02291 |
| 37 | Corder, Lavonne and Timothy | 1:17-cv-02327 |

| 38 | Land, Steven | 1:17-cv-02349 |
|----|-------------|---------------|
| 39 | McGahan, Sandra | 1:17-cv-02364 |
| 40 | Webster, Loriann | 1:17-cv-02510 |
| 41 | Bowen, Jasmine | 1:17-cv-02704 |
| 42 | Trevino, Jose | 1:17-cv-02728 |
| 43 | Smith, Richard | 1:17-cv-02800 |
| 44 | Ramos, Carol | 1:17-cv-02975 |
| 45 | Bothe, Chance | 1:17-cv-03013 |
| 46 | Cole, Alisa | 1:17-cv-03025 |
| 47 | Etheredge, Manda | 1:17-cv-03333 |
| 48 | Cook, Nathaniel | 1:17-cv-03380 |
| 49 | Lipscomb, Donald E. Jr. | 1:17-cv-03494 |
| 50 | Houck, Louise L. | 1:17-cv-03886 |
| 51 | Linder, Colleen | 1:17-cv-04670 |
| 52 | Simmons, Marcus K. | 1:18-cv-00212 |
| 53 | Deleski, Terry Ray | 1:18-cv-00498 |
| 54 | Phillips, Sherrie | 1:18-cv-00549 |
| 55 | Simpson, Walter and Christine | 1:18-cv-01016 |
| 56 | Turner, Sonny | 1:18-cv-01059 |
| 57 | Bennett, Zachary Raymond | 1:18-cv-01148 |
| 58 | LeBlanc, Avery | 1:18-cv-01367 |
| 59 | Shields, Curtis | 1:18-cv-01379 |
| 60 | Spyker, Mark | 1:18-cv-02010 |
| 61 | Johnson, Ralph and Cynthia | 1:18-cv-02073 |
| 62 | Delvalle, Sacha E. | 1:18-cv-02347 |
| 63 | Jeffers, Mark (Estate) | 1:18-cv-02447 |
| 64 | Taylor, Amber | 1:18-cv-02549 |
| 65 | Sevelis, Rodney | 1:18-cv-02580 |
| 66 | Straub, Josie | 1:18-cv-02582 |
| 67 | Niemi, Judith | 1:18-cv-02683 |
| 68 | Nitz, Debra Ellen | 1:18-cv-02717 |
| 69 | Walker, Hattie | 1:18-cv-02931 |
| 70 | Medford, Alicia | 1:18-cv-02940 |
| 71 | Tubbs, Jerry and Annia | 1:18-cv-02978 |
| 72 | Jackson, Gentriece | 1:18-cv-03012 |
| 73 | County, Isaih (Estate) | 1:18-cv-03100 |
| 74 | McCrear, Kymisha S. (Estate) | 1:18-cv-03564 |
| 75 | Perkins, Mary | 1:19-cv-00132 |
| 76 | Abbott, Donald | 1:19-cv-00436 |
| 77 | Bowie, Kenneth | 1:19-cv-00666 |

US.350231005.01

| 78 | Poteat, Betty | 1:19-cv-00843 |
| 79 | Hanners, Cynthia and Dustin | 1:19-cv-02031 |
| 80 | Boone, Diondrae and McLilly, April | 1:19-cv-02047 |

US.350231005.01