# EXHIBIT B

# EXHIBIT B: Pending Cases

| No. | Name (Pending) | Case Number |
| --- | --- | --- |
| 1 | Boatner, Heidi | 1:15-cv-01187 |
| 2 | Gonzalez, Justin | 1:15-cv-01569 |
| 3 | Hollebeek, David and Julie | 1:16-cv-00174 |
| 4 | Horton, Glenda | 1:16-cv-00175 |
| 5 | Anderson-Kuhn, Diana | 1:16-cv-00182 |
| 6 | Ramon, Allysha | 1:16-cv-01046 |
| 7 | Ray, Gregory Neill | 1:16-cv-02135 |
| 8 | Davidson, Toney | 1:16-cv-02265 |
| 9 | Surles, Enoch & Julia | 1:16-cv-02361 |
| 10 | Picou, Joseph G. | 1:16-cv-02747 |
| 11 | Williams, Stephanie | 1:16-cv-03014 |
| 12 | Driggers, Laura | 1:16-cv-03032 |
| 13 | Ford, Corinthia | 1:16-cv-03388 |
| 14 | Loose, Teresa & Arnold | 1:16-cv-03399 |
| 15 | Buell, James | 1:17-cv-00516 |
| 16 | Johnson, Maria L. | 1:17-cv-00608 |
| 17 | Alger, Lessie | 1:17-cv-01023 |
| 18 | Johnson, Gaylua | 1:17-cv-01468 |
| 19 | Douglass, Tanja & Cornelius | 1:17-cv-01478 |
| 20 | Hubert, George F. | 1:17-cv-01939 |
| 21 | Bell, Paul L. | 1:17-cv-01976 |
| 22 | Gee, Barbara | 1:17-cv-02058 |
| 23 | Franklin, Sharon H. & Paul A. | 1:17-cv-02162 |
| 24 | McGee, Michelle D. | 1:17-cv-02221 |
| 25 | Dobies, Alan | 1:17-cv-02631 |
| 26 | Frost, Beverly | 1:17-cv-02742 |
| 27 | Carillo, Raul | 1:17-cv-02819 |
| 28 | Murray, Diana | 1:17-cv-03046 |
| 29 | Lee, Dionne | 1:17-cv-03058 |
| 30 | Campbell, Chiquita L. | 1:17-cv-03181 |
| 31 | Leslie, Susan E. | 1:17-cv-03205 |
| 32 | Lozano, Salvador B. | 1:17-cv-03213 |
| 33 | McCutchin, Judy G. | 1:17-cv-03219 |
| 34 | Tucker, Ellen | 1:17-cv-03235 |
| 35 | Driver, Samantha | 1:17-cv-03262 |
| 36 | Pierson, Jermaine | 1:17-cv-03284 |
| 37 | Mauck, John | 1:17-cv-03328 |

| 38 | Ibarra, Maria A. | 1:17-cv-03363 |
| --- | --- | --- |
| 39 | Pitts, Earline | 1:17-cv-03992 |
| 40 | Frey, Steve | 1:17-cv-04197 |
| 41 | White, Jerri and Jimmy | 1:18-cv-00101 |
| 42 | Bartolotta, Eva and Michael | 1:18-cv-00230 |
| 43 | Fletcher, Franklin | 1:18-cv-00644 |
| 44 | Overton, Stephanie | 1:18-cv-00845 |
| 45 | Yandell, Connie and Calvin | 1:18-cv-01073 |
| 46 | Robertson, Latasha | 1:18-cv-01396 |
| 47 | Newhouse, Robin and Frederick, Sr. | 1:18-cv-01662 |
| 48 | Bryan, Lucretia | 1:18-cv-01839 |
| 49 | Fox, Gregory | 1:18-cv-02628 |
| 50 | Hrabowski, Adidas M. (Estate) | 1:18-cv-02662 |
| 51 | Davis, William J. | 1:18-cv-02985 |
| 52 | Smith, James Carmichael | 1:18-cv-03096 |
| 53 | Jones, Kandace | 1:18-cv-03131 |
| 54 | Marsden, Bonnie | 1:18-cv-03521 |
| 55 | Southern, George Jr. and Edith | 1:18-cv-03575 |
| 56 | Forester, Brent C. | 1:18-cv-03885 |
| 57 | Robinson, Kathleen | 1:19-cv-00746 |
| 58 | Devine, Kelly | 1:19-cv-00811 |
| 59 | Scott, Loretta | 1:19-cv-01586 |
| 60 | Tyson, Derek A. and Clara Johnson | 1:19-cv-01979 |