IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Vanna J. Drake

Civil Case# 1:22-cv-06793-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 6/3/22

                          Respectfully submitted,

                          */s/ Jennifer Rethemeier*
                          Jennifer Rethemeier
                          (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                          **DALIMONTE RUEB STOLLER, LLP**
                          2425 E. Camelback Road, Suite 500
                          Phoenix, Arizona 85016
                          Tel: (602) 892-0341
                          Fax: (855) 203-2035
                          jennifer.rethemeier@drlawllp.com

                          ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Jennifer Rethemeier*
                                                  Jennifer Rethemeier