**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: June 3, 2022                    Respectfully submitted,

**The Driscoll Firm, LLC**              **Faegre Drinker Biddle & Reath, LLP**

By:  */s/ John J. Driscoll*            By:  */s/ Andrea Pierson*
     John J. Driscoll                        Andrea Pierson
     1311 Avenida Ponce de Leon, 6th Floor   300 N. Meridian Street, Suite 2500
     San Juan, PR 00907                      Indianapolis, IN 46204
     Phone: (314) 932-3232                   Phone: (317) 237-0300
     Fax: (314) 932-3233                     Fax: (317) 237-1000
     john@jjlegal.com                        andrea.pierson@faegredrinker.com

## CERTIFICATE OF SERVICE

 The undersigned certifies that on June 3, 2022, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

                */s/ John J. Driscoll*