AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| LESLIE EVERTON | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-6780 |
| COOK INCORPORATED, COOK MEDICAL LLC, WILLIAM COOK EUROPE APS | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LESLIE EVERTON                                                                                                 .

Date:   06/06/2022

/s/: Robert M. Hammers, Jr.
*Attorney's signature*

Robert M. Hammers, Jr. 337211
*Printed name and bar number*

5555 Glenridge Connector
Suite 975
Atlanta, GA 30342
*Address*

rob@schneiderhammers.com
*E-mail address*

(770) 394-0047
*Telephone number*

(404) 600-2626
*FAX number*