IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
1:19-cv-3642-RLY-TAB
John Franklin, Sr. (Deceased)
John Franklin, Jr.

## ORDER ON JUNE 6, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER TO SHOW CAUSE

Plaintiff appeared by counsel June 6, 2022, for a telephonic status conference. Plaintiff failed to appear as ordered. Plaintiff's counsel advised the Court that counsel has made multiple attempts to reach Plaintiff, but that Plaintiff has repeatedly failed to respond. Accordingly, Plaintiff shall show cause by June 27, 2022, why this case should not be dismissed for failure to prosecute and failure to appear as ordered [Filing No. 21941]. Plaintiff's counsel shall notify Plaintiff of this order and file a response, which shall specify whether Plaintiff's counsel has had any contact with Plaintiff since the June 6 status conference. Plaintiff is specifically advised that if he fails to contact his counsel in response to this show cause order the magistrate judge will recommend dismissal of his case.

Date: 6/6/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Gregory McEwen is required to serve Plaintiff, John Franklin, Jr.