UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Hameed, Servietta (Estate) - 1:17-cv-06059

## ORDER

On June 6, 2022, the Cook Defendants filed a consent motion for leave to extend the page limit for the reply brief in support of their motion for judgment on the pleadings pursuant to CMO-28 to 10 pages. The Court finds that there is good cause to extend the page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a 10-page reply and that their reply filed at Dkt. 22154 is deemed to have been filed as of June 6, 2022.

**SO ORDERED** this _____ day of June, 2022.

_____
TIM A. BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record