# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:22-cv-00986 | 1:22-cv-01015 |
| 1:22-cv-00987 | 1:22-cv-01016 |
| 1:22-cv-00988 | 1:22-cv-01018 |
| 1:22-cv-00989 | 1:22-cv-01019 |
| 1:22-cv-00990 | 1:22-cv-01020 |
| 1:22-cv-00991 | 1:21-cv-01021 |
| 1:22-cv-00993 | 1:22-cv-01022 |
| 1:22-cv-00994 | 1:22-cv-01023 |
| 1:22-cv-00995 | 1:22-cv-01024 |
| 1:22-cv-00996 | 1:22-cv-01025 |
| 1:22-cv-00997 | 1:22-cv-01026 |
| 1:22-cv-00998 | 1:22-cv-01027 |
| 1:22-cv-00999 | 1:22-cv-01028 |
| 1:22-cv-01002 | 1:22-cv-01029 |
| 1:22-cv-01003 | 1:22-cv-01030 |
| 1:22-cv-01004 | 1:22-cv-01031 |
| 1:22-cv-01005 | 1:22-cv-01032 |
| 1:22-cv-01006 | 1:22-cv-01033 |
| 1:22-cv-01007 | 1:22-cv-01034 |
| 1:22-cv-01009 | 1:22-cv-01038 |
| 1:22-cv-01010 | 1:22-cv-01039 |
| 1:22-cv-01011 | 1:22-cv-01041 |
| 1:22-cv-01012 | 1:22-cv-01043 |
| 1:22-cv-01013 | |

_____

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and

US.120263840.01

      William Cook Europe ApS

Dated:    June 7, 2022      /s/ Kip S. M. McDonald
      Andrea Roberts Pierson (# 18435-49)
      Kip S. M. McDonald (# 29370-49)
      FAEGRE DRINKER BIDDLE & REATH LLP
      300 North Meridian Street, Suite 2500
      Indianapolis, Indiana 46204
      Telephone: (317) 237-0300
      Facsimile: (317) 237-1000
      E-Mail: andrea.pierson@faegredrinker.com
      E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald