# Exhibit A

1. Whether Cook's affirmations that its Gunther Tulip filter is "safe and effective as a permanent filter" is a warranty under North Carolina law;

2. Whether Plaintiff (and her doctors) relied on the Cook's warranty in making the decision to have the filter implanted;

3. Whether Plaintiff suffered economic harm;

4. The amount of recoverable damages under N.C. Gen. Stat. § 25-2-714;

5. Whether Cook concealed material facts from Plaintiff (and her doctors) regarding the safety and efficacy of the Gunther Tulip filter;

6. Whether Cook knowingly made false statements regarding the safety and efficacy of its Gunther Tulip filter;

7. Whether Plaintiff lacked knowledge and the means of knowledge of the facts concealed by Cook;

8. Whether Plaintiff (and her doctors) relied on Cook's conduct and false representations regarding the safety and efficacy of the Gunther Tulip Filter to her prejudice.