IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    DENNIS A. HUNTER, JR.,
      as Administrator of the Estate of Servietta Hameed
    1:17-cv-06059-RLY-TAB

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO COOK'S MOTION FOR JUDGMENT ON THE PLEADINGS

ON THIS DAY came for consideration Dennis A. Hunter, Jr., as Administrator of the Estate of Servietta Hameed's, Motion for Leave to File Surreply in Support of Plaintiff's Opposition to Cook's Motion for Judgment on the Pleadings. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby granted Leave to File the Proposed Surreply; and (2) the Surreply is hereby deemed filed.

Dated this _____ day of _____, 2022.

SO ORDERED: _____.