# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

| | |
|---|---|
| 1:21-cv-06331 | 1:22-cv-01052 |
| 1:22-cv-00754 | 1:22-cv-01053 |
| 1:22-cv-00820 | 1:22-cv-01055 |
| 1:22-cv-01014 | 1:22-cv-01056 |
| 1:22-cv-01042 | 1:22-cv-06786 |
| 1:22-cv-01051 | 1:22-cv-06789 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated:     June 8, 2022          /s/ Kip S. M. McDonald
                                              Andrea Roberts Pierson (# 18435-49)
                                              Kip S. M. McDonald (# 29370-49)
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              300 North Meridian Street, Suite 2500
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Facsimile: (317) 237-1000
                                              E-Mail: andrea.pierson@faegredrinker.com
                                              E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald