IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Bill Carson, 1:18-cv-02885-RLY-TAB
Drew Markley, 1:20-cv-01539-JMS-DML
Leonard Grosshans, 1:18-cv-01537-RLY-TAB
Elbert Starling, 1:19-cv-02914-JPH-DLP
James Swarthout, 1:19-cv-00965-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Bill Carson, Drew Markley, Leonard Grosshans, Elbert Starling, James Swarthout (Plaintiffs") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: June 8, 2022

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil E. Adham
Basil E. Adham, (TX Bar No. 24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460

                                              E-mail: ivc@johnsonlawgroup.com
                                              ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June 2022, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                              */s/ Basil E. Adham*
                                              Basil E. Adham