IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Dennis Hunter, Jr.,
as Administrator of the Estate of Servietta Hameed
1:17-cv-06059-RLY-TAB

### ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Plaintiff has filed a motion seeking leave to file a second amended short form complaint. [Filing No. 22014.] Defendants objected to this motion as untimely and futile. This prompted Plaintiff to file a reply brief containing very serious accusations, including that Defendants: (1) misstate the issues raised in Plaintiff's motion; (2) misrepresent the timeline of this litigation; and (3) hypocritically ignore Defendants' own dilatory conduct. Moreover, Plaintiff asserted that because this case is not a bellwether case there are no scheduling orders in place with any deadlines that Plaintiff's motion to amend violated. Given these allegations, the Court would like Defendants to file a surreply brief. Defendants shall file their surreply by June 17, 2022.

Date:  6/8/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.