## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | §<br>§<br>§<br>§ | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Diane Chantre,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  1:22-c v-00726-RLY-TAB |

### Order on Motion for Leave to Amend Complaint

The Court, after considering the Plaintiff's Motion for Leave to Amend the Complaint [Dkt. 22162], finds the motion meritorious and hereby GRANTS said motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint filed by Diane Chantre is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter and is hereby deemed filed as of the date of this order.

Date: 6/9/2022

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.