**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to the Following Actions:

Hameed, Servietta (Estate) - 1:17-cv-06059-RLY-TAB

**<u>ORDER</u>**

On June 6, 2022, the Cook Defendants filed a consent motion for leave to extend the page

limit for the reply brief in support of their motion for judgment on the pleadings pursuant

to CMO-28 to 10 pages (Dkt. 22156).  The Court finds that there is good cause to extend the

page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a 10-page reply

and that their reply filed at Dkt. 22154 is deemed to have been filed as of June 6, 2022.

Date: 6/9/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.