UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Sisco, Regina - 1:22-cv-00647

**COOK DEFENDANTS' UNOPPOSED MOTION
TO EXTEND PAGE LIMIT FOR REPLY BRIEF**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court to extend the page limit for their reply brief in support of their motion for judgment on the pleadings to five pages. The additional pages are necessary to fully respond to all issues raised in Plaintiff's six-page response. Specifically, the Cook Defendants state:

1. On May 16, 2022, the Cook Defendants filed a motion for judgment on the pleadings in Plaintiff's case based on the North Carolina statute of repose. Under CMO-28, the motion, response, and reply briefs are limited to three pages each. *See* Dkt. 14601, ¶¶ 4-6.

2. On May 27, 2022, Plaintiff filed a six-page response brief in opposition to the Cook Defendants' motion for judgment on the pleadings. Plaintiff did not move the Court to extend the page limit for the response.

3. The Cook Defendants' reply brief in Plaintiff's case is due on June 10, 2022.

4. Due to the number and complexity of legal and factual issues raised by Plaintiff's six-page response, it is not possible for the Cook Defendants to fully respond in three pages. The

additional pages are necessary to fully address all factual and legal issues pertinent to the motion on the merits.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the page limit for the Cook Defendants' reply brief in support of their motion for judgment on the pleadings in Plaintiff's case to five pages.

Dated:  June 9, 2022	Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR REPLY BRIEF** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*