# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Sisco, Regina - 1:22-cv-00647

## ORDER

On June 9, 2022, the Cook Defendants filed a motion for leave to extend the page limit for their reply brief in support of their motion for judgment on the pleadings pursuant to CMO-28 to five pages. The Court finds that there is good cause to extend the page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a five-page reply by the June 10, 2022 deadline to file the brief.

**SO ORDERED** this _____ day of June, 2022.

_____
TIM A. BAKER, MAGISTRATE JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record