**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: ALL ACTIONS

**ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFFS' STEERING COMMITTEE'S <u>MOTION FOR RELIEF FROM CMO-30</u>**

This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Certain Exhibits to Plaintiffs' Steering Committee's Motion for Relief from CMO-30. The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and Cook's Incorporated Brief in Support and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Exhibits H and I [Dkt. Nos. 22066-3 and 22066-4]** to Plaintiffs' Steering Committee's Motion for Relief From CMO-30, or in the Alternative, Motion to Amend CMO-30 [Dkt. No. 22064] are ordered to be maintained *under seal.*

SO ORDERED this _____ day of _____, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
All non-registered counsel of record will be served by Plaintiffs' Co-Lead Counsel.

US.350424767.04