# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB<br>§        MDL No. 2570<br>§ |
| This Document Relates to Case:<br><br>Amber Victorson, as Power of Attorney for Anthony Fasano; Anthony Fasano,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | §<br>§ Case No. 1:21-cv-02912-RLY-TAB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## Order on Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint

Considering the parties' Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint of Anthony Fasano (Dkt. 22074).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Motion for Substitution of Bankruptcy Trustee as Plaintiff/Real Party-In-Interest and Amend Complaint filed by Anthony Fasano is hereby GRANTED and that Allan B. Mendelsohn, Trustee, be substituted as Plaintiff/Real Party-In-Interest in the above referenced case. That the caption in this instant case be amended to reflect Allan B. Mendelsohn, Bankruptcy Trustee for the Estate of Anthony Fasano, as party-in-interest plaintiff in this action. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter and is hereby deemed filed as of the date of this order.

Date: 6/10/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.