# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Sisco, Regina - 1:22-cv-00647-RLY-TAB

## ORDER

On June 9, 2022, the Cook Defendants filed a motion for leave to extend the page limit for their reply brief in support of their motion for judgment on the pleadings pursuant to CMO-28 to five pages (Dkt. 22186). The Court finds that there is good cause to extend the page limit.

**IT IS THEREFORE ORDERED** that the Cook Defendants may file a five-page reply by the June 10, 2022 deadline to file the brief.

Date: 6/10/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.