UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) ) | |
| Tonya Brand, 1:14-cv-06018-RLY-TAB | ) ) ) ) | |

**RECEIPT FOR EXHIBITS**

Pursuant to the Clerk's Entry previously filed in the above cause, counsel were notified that exhibits were available for removal. Counsel for the Plaintiff / Defendant (please circle applicable party) hereby accepts receipt of said exhibits.

Roger A. G. Sharpe,
Clerk of Court

By Tina M. Doyle
Deputy Clerk

Received by: _Mary Llewellyn_

Law Firm: _Williams & Piatt_

Date: _6/10/22_