# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC ) MDL NO. 1:14-ml-2570-RLY-TAB

FILTERS MARKETING, SALES )
PRACTICES AND PRODUCT LIABILITY )
LITIGATION )

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Franklin Mason Colley**
**Civil Case No.: 1:19-cv-00179**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Franklin Mason Colley, died on or about October 22, 2020.

Dated: June 14, 2022                                      Respectfully Submitted,

                                                          **FLINT COOPER, LLC**
                                                          By: _Laci Whitley_
                                                          Laci M. Whitley IL Bar No. 6314263
                                                          Attorney for Plaintiff
                                                          222 East Park Street, Suite 500
                                                          Edwardsville, IL 62025
                                                          Phone: (618) 288-4777
                                                          Fax: (618) 288-2864
                                                          lwhitley@flintlaw.com