IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
Plaintiff(s): Franklin Mason Colley
Civil Case No.: 1:19-cv-00179

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, KELLY HINSHAW, personal representative of the Estate of Franklin Mason Colley, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Kelly Hinshaw as personal representative of the Estate of Franklin Mason Colley (deceased), for Plaintiff Franklin Mason Colley and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Franklin Mason Colley filed a Short Form Complaint for this action in this Court on January 17, 2019.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about February 18, 2019, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On October 22, 2020, Plaintiff Franklin Mason Colley passed away.

4. Franklin Mason Colleys' action against Defendants survives his death and is not extinguished.

5. Kelly Hinshaw, decedent's surviving heir, has now been appointed as the personal representative for the Estate of Franklin Mason Colley. See the Next of Kin Affidavit attached hereto as Exhibit A.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Kelly Hinshaw, as personal representative of the Estate of Franklin Mason Colley, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Kelly Hinshaw, as personal representative of the Estate of Franklin Mason Colley, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Franklin Mason Colley is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Kelly Hinshaw, as personal representative of the Estate of Franklin Mason Colley, deceased, as Party Plaintiff for Franklin Mason Colley; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-00179-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: June 14, 2022                                      Respectfully Submitted,

**FLINT COOPER, LLC**

/s/ Laci M. Whitley
Laci M. Whitley (IL6314263)
Attorney for Plaintiffs
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

Laci M. Whitley
Attorney for Plaintiff