# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned,

Kelly Hinshaw ("affiant") residing at 6357 Lawrence 1040 LaRussell MO. 64848

is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, Kelly Hinshaw, can state as truth that:

1. I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named Franklin Mason Colley

2. There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3. I am of sound mind.

4. I have not been coached or coerced in any way concerning this testimony and affidavit.

5. My relationship to decedent is: daughter

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this 2nd day of June, 2022

Signature of Affiant: Kelly Hinshaw
Print Name of Affiant: Kelly Hinshaw
Address of Affiant: 6357 Lawrence 1040 LaRussell MO. 64848

STATE OF Missouri   COUNTY OF Greene

In Mt. Vernon, mo on the 2nd day of June, 20 22, before me, a Notary Public in and for the above state and County Greene, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced: MO Driver License   Affiant X is ___ is not personally known to me

NOTARY PUBLIC: Joyce M Towe

My Commission Expires: 4-19-24   (SEAL)

JOYCE M. TOWE
Notary Public - Notary Seal
Greene County - State of Missouri
Commission Number 12414865
My Commission Expires Apr 19, 2024