# EXHIBIT C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Franklin Mason Colley**
**Civil Case No.: 1:19-cv-00179**

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Kelly Hinshaws' Motion to Substitute herself, as personal representative of the Estate of Franklin Mason Colley, deceased, as Party Plaintiff for Franklin Mason Colley and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Kelly Hinshaw, as Dependent Administrator of the Estate of Franklin Mason Colley, is hereby substituted as Party Plaintiff for Franklin Mason Colley in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

So Ordered.

Dated:                                                          Tim A. Baker
                                                                United States Magistrate Judge
                                                                Southern District of Indiana