UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's
# <u>Unopposed Motion For Extension of Time</u>

Plaintiffs' Steering Committee, by counsel, respectfully moves the Court for an extension of time to file a reply in support of its Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 [Filing No. 22064]. In support, the PSC states the following:

1. On May 23, 2022, the PSC filed its Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30.

2. The Cook Defendants filed an opposition on June 10, 2022 [Filing No. 22193].

3. According to CMO 18, the PSC's reply brief is due on June 15, 2022.

4. Given counsels' schedules, the PSC respectfully requests a 10-day extension up to and including June 27, 2022, to file its reply.

5. The undersigned counsel communicated with Cook's counsel, Jessica Cox, who has no objection to this request.

**Wherefore,** the Plaintiffs' Steering Committee respectfully moves the Court to extend its time to file a reply in support of its Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 up to and including June 27, 2022, and for all further just and appropriate relief in the premises.

Respectfully Submitted,

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS & PIATT, LLC
1101 North Delaware Street
Indianapolis, IN 46202
(317) 633-5270 / Fax: (317) 426-3348
Email: joe@williamspiatt.com
*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

/s/ *Michael W. Heaviside*
Michael W. Heaviside, Esq.
HEAVISIDE REED ZAIC, A LAW CORPORATION
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 223-1993
mheaviside@hrzlaw.com

/s/ *Ben C. Martin*
Ben C. Martin, Esq.
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
(214) 761-6614 / Fax: (214) 744-7590
bmartin@martinbaughman.com

        /s/ *David P. Matthews*
        David P. Matthews, Esq.
        MATTHEWS AND ASSOCIATES
        2509 Sackett St.
        Houston, TX  77098
        (713) 522-5250 / Fax: (713) 535-7184
        dmatthews@thematthewslawfirm.com

        *Plaintiffs' Co-Lead Counsel*

## Certificate of Service

I hereby certify that on the 16th day of June, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Joseph N. Williams*
        Joseph N. Williams