UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC     )
FILTERS MARKETING, SALES            )
PRACTICES AND PRODUCT               )
LIABILITY LITIGATION                )          1:14-ml-02570-RLY-TAB
_____     )          MDL No. 2570
                                    )
This Document Relates to:           )
                                    )
Archie W. Baker,1:18-cv-01606       )
_____     )

**ORDER DISMISSING CASE**

On December 17, 2021, the Cook Defendants filed a notice of suggestion of death.

(Filing No. 20634).  Pursuant to Rule 25(a)(1), a party has 90 days from the date the court

is notified of a party's death to file a motion to substitute the proper party.  A motion to

substitute has not been filed.  Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 17th day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.