UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to:  ) ) ) | |
| Denise Garguilo, 1:19-cv-03827  ) ) | |

**ORDER DISMISSING CASE**

On March 8, 2022, the Cook Defendants filed a notice of suggestion of death. (Filing No. 21344). Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 17th day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.