UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Candace White, 1:16-cv-02146  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

## ORDER DISMISSING CASE

On January 3, 2022, Plaintiff filed a notice of suggestion of death. (Filing No. 20704). Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 17th day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.