IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Amber Miller, 1:19-cv-01596-JRS-MPB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Amber Miller ("Plaintiff") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:19-cv-01596-JRS-MPB filed on April 22, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: June 21, 2022

    Respectfully submitted,

    **JOHNSON LAW GROUP**

    */s/ Basil E. Adham*
    Basil E. Adham, (TX Bar No. 24081742)
    2925 Richmond Ave, Suite 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    E-mail: ivc@johnsonlawgroup.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2022, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                   */s/ Basil E. Adham*
                                                   Basil E. Adham