**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to the Following Case:

Melissa Guiney, 1:17-cv-01577
Teresa Bauer, 1:18-cv-01818

_____

### ORDER OF DISMISSAL ON CMO-28 MOTIONS FOR JUDGMENT

On April 19, 2022, the court partially granted the Cook Defendants' motions for

judgment on the pleadings in the cases of Plaintiffs Melissa Guiney and Teresa Bauer,

dismissing their product liability and implied warranty claims as time-barred under

applicable state law.  (*See* Filing Nos.18921, 18925).  As part of the same Orders, the

court granted Plaintiffs' requests to submit supplemental briefing in support of Plaintiffs'

express warranty and consumer protection claims and set a deadline of May 18, 2022, for

the submission of that supplemental briefing.

The deadline has passed without Plaintiffs filing or serving any supplemental

responses.  Because Plaintiffs did not file supplemental briefs in the time set by the court,

and because Plaintiffs' original responses did not substantively address the pleading

deficiencies in their express warranty and consumer protection claims, the court finds

Plaintiffs have waived those claims.  *See Bonte v. U.S. Bank N.A.*, 624 F.3d 461, 466 (7th

Cir. 2010).  The court therefore **GRANTS** the Cook Defendants' motions for judgment

(Filing Nos. 18921, 18925) on Plaintiffs' express warranty and consumer protection

claims.  As no other claims remain, final judgment shall issue forthwith.

**SO ORDERED** this 23rd day of June 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.