UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to the Following Case:

Justin Dory, 1:18-cv-02738

_____

### ORDER OF DISMISSAL ON CMO-28 MOTION FOR JUDGMENT

On April 19, 2022, the court partially granted the Cook Defendants' motion for judgment on the pleadings in Plaintiff Justin Dory's case, dismissing his product liability, implied warranty, and express warranty claims as time-barred under applicable state law. (*See* Filing No. 18923). As part of the same Order, the court granted Plaintiff's request to submit supplemental briefing in support of Plaintiff's consumer protection claim and set a deadline of May 18, 2022, for the submission of that supplemental briefing.

The deadline has passed without Plaintiff filing or serving any supplemental response. Because Plaintiff did not file supplemental briefs in the time set by the court, and because Plaintiff's original response did not substantively address the pleading deficiencies in his consumer protection claim, the court finds Plaintiff has waived that remaining claim. *See Bonte v. U.S. Bank N.A.*, 624 F.3d 461, 466 (7th Cir. 2010). The court therefore **GRANTS** the Cook Defendants' motion for judgment on Plaintiffs' consumer protection claim (Filing No. 18923). As no other claims remain, final

judgment shall issue forthwith.

**SO ORDERED** this 23rd day of June 2022.

                                              RICHARD L. YOUNG, JUDGE
                                              United States District Court
                                              Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.