IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

> DENNIS A. HUNTER, JR.,
> as Administrator of the Estate of Servietta Hameed
> 1:17-cv-06059-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO COOK'S MOTION FOR JUDGMENT ON THE PLEADINGS

The Court has reviewed the Plaintiff's Motion to File a Surreply in Support of Plaintiff's Opposition to Dkt. 21936 Cook's Motion for Judgment on the Pleadings (Dkt. 22161). Having considered the Motion, the Court concludes the Motion should be granted and, therefore:

IT IS THEREFORE ORDERED that Plaintiff's Surreply in Support of Plaintiff's Opposition to Dkt. 21936 Cook's Motion for Judgment on the Pleadings (Dkts. 22161-1, Dkts. 22161-2 and Dkts. 22161-3) is deemed filed as of the date of this order.

Date: 6/24/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.