## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

1:22-cv-06820          1:22-cv-06824

_____

### APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: June 24, 2022          /s/ Andrea Roberts Pierson
                      Andrea Roberts Pierson (# 18435-49)
                      Kip S. M. McDonald (# 29370-49)
                      FAEGRE DRINKER BIDDLE & REATH LLP
                      300 North Meridian Street, Suite 2500
                      Indianapolis, Indiana 46204
                      Telephone: (317) 237-0300
                      Facsimile: (317) 237-1000
                      E-Mail: andrea.pierson@faegredrinker.com
                      E-Mail: kip.mcdonald@faegredrinker.com

US.120264241.01

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson

US.120264241.01