UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Shirley A. Parton, 1:18-cv-03371

_____

**ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AS TO COUNTS V-VII AND XI OF THE MASTER COMPLAINT, PLUS "OTHER" WARRANTY CLAIMS and MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, Shirley A. Parton, moves to dismiss the remaining claims in this action with prejudice. They are: Counts V (breach of express warranty), VI (breach of implied warranty), VII (consumer fraud), and XI (punitive damages) of the Master Complaint, and the Count identified as "Other" in Plaintiff's Short Form Complaint for breach of express and implied warranty. The court, having read and reviewed the Plaintiff's motion and the applicable law, now finds Plaintiff's Motion to Dismiss and Motion for Entry of Judgment (Filing No. 21758) should be **GRANTED**. Counts V-VII and XI, as well as Plaintiff's "Other" breach of express and implied warranty claims are **DISMISSED WITH PREJUDICE**. Final judgment shall issue forthwith.

**SO ORDERED** this 24th day of June 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.