UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION           MDL No. 2570

_____

This Document Relates to the Following Cases:

Shirley A. Parton, 1:18-cv-03371

_____

**FINAL JUDGMENT**

On September 28, 2021, the court granted the Cook Defendants[1] Motion for Summary Judgment on Counts I-IV of the Master Complaint with respect to Plaintiff. Today, the court granted Plaintiff's Motion to Dismiss with prejudice Counts V-VII, and XI of the Master Complaint, and her claims for breach of express and implied warranty identified as "Other" on her Short Form Complaint. As there are no claims remaining, the court enters final judgment in favor of the Cook Defendants and against Plaintiff.

**SO ORDERED** this 24th day of June 2022

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1