UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to: All Actions
_____

## ORDER ON PLAINTIFFS' MOTION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH CMO 30

Plaintiffs move to extend the deadline to comply with CMO 30—Screening Order for Symptomatic Perforation, entered on March 29, 2022.  (Filing No. 21704).  Over the Cook Defendants' objection, the court finds the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Extend the Deadline for Compliance with CMO 30 (Filing No. 21930) is hereby **GRANTED**.  Plaintiffs with cases that were categorized as 7(e) cases shall have until **Friday, August 26, 2022**, to correct any deficiencies in the medical records, imaging and/or expert reports provided in support of categorization, and confirm the records provided to the Cook Defendants' counsel meet the court's requirements.  (*See* Filing No. 21704 at 2-3 ("Plaintiffs shall confirm compliance by emailing [the] Cook Defendants at CookFilterMDL@faegredrinker.com stating they have confirmed the record submitted meets the requirement[.]")).

**SO ORDERED** this 24th day of June 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.