# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: All Actions | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> The Cook Defendants have filed their response in opposition to Filing No. 22064 on June 10, 2022, at Filing No. 22193.  Therefore, this motion [Filing No. 22101] is now moot.
>
> Tim A. Baker
> U.S. Magistrate Judge
> June 27, 2022

**COOK'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RELIEF FROM CMO-30, OR IN THE ALTERNATIVE, MOTION TO AMEND CMO-30**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("the Cook Defendants") respectfully move this Court for an order extending the deadline for their response to Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 from June 2, 2022, to June 10, 2022, Dkt. 22064.  The additional time is necessary to fully respond to all issues raised in Plaintiffs' Steering Committee's 35-page motion and supporting exhibits.  In support of this motion, the Cook Defendants state:

1. On March 29, 2022, this Court entered CMO 30.  *See* Dkt. 21704.  CMO 30 requires Plaintiffs to review the medical evidence submitted with his/her Case Categorization Form and confirm he/she has provided a medical record or expert report supporting (a) a 3 or more mm IVC filter protrusion and (b) present physical impairment or physical harm, by May 28, 2022.  *See id.*, at 2.

2. On April 29, 2022, Plaintiffs' Steering Committee's ("PSC") moved to extend the deadline for compliance with CMO 30 by an additional 90 days.  *See* Dkt. 21930.