IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Miller, Scott - 1:16-cv-02901

## PARTIES' JOINT MOTION TO REINSTATE CASE

Pursuant to Federal Rule of Civil Procedure 60(b), Plaintiff Scott Miller and Defendants Cook Incorporated, Cook Medical LLC (formerly known as Cook Medical Incorporated), William Cook Europe ApS (collectively, "the Parties"), jointly and respectfully move the Court to reinstate Plaintiff Miller's case, Cause No. 1:16-cv-02901. Specifically, the Parties state:

1. On October 25, 2016, Plaintiff Scott Miller filed his Short-Form Complaint. Plaintiff is from Michigan.

2. On September 5, 2019, the Cook Defendants filed their Renewed Omnibus Motion for Summary Judgment Based on Applicable Statute of Limitations from Five States. Dkt. 11725. Plaintiff Miller's case was subject to this motion as one of the cases from Michigan. *See* Dkt. 11725-1 (table entry no. 47).

3. On or about August 2, 2019, the Parties reached an agreement that Plaintiff Miller's case should be withdrawn from the Cook Defendants' pending motion based on additional information that Plaintiff Miller provided through an amended categorization.

1

4. Due to an administrative error, Plaintiff Miller's case was not withdrawn from the Cook Defendants' motion as part of the Cook Defendants' reply brief.

5. On October 28, 2019, the Court granted the Cook Defendants' motion as to 12 cases that had not responded or opposed the motion, and Plaintiff Miller's case was included in that list. Dkt. 12228. Accordingly, on the same day, the Court entered judgment in favor of the Cook Defendants and against Plaintiff Miller. Dkt. 12233.

6. The Parties have met and conferred regarding the procedural history of Plaintiff Miller's case.

7. The Parties, recognizing that Plaintiff Miller's case should not have been included in the list of non-responding cases for dismissal based on their agreement and that an administrative error occurred, now move the Court to reinstate Plaintiff Miller's case under the same cause number.

8. For the above reasons, the Court has good cause to reinstate the case pursuant to Federal Rule of Civil Procedure 60(b) because it was only dismissed due to an underlying administrative mistake. *See* Fed. R. Civ. P. 60(b)(1) (providing that a party can seek relief from a "final judgment, order, or proceeding" to correct a "mistake" or "inadvertence," among other reasons).

For the foregoing reasons, the Parties respectfully ask the Court to reinstate Plaintiff Miller's case.

Dated: June 27, 2022

| | |
|---|---|
| */s/ Jacob A. Flint*<br>Jacob A. Flint<br>FLINT COOPER, LLC<br>222 East Park Street, Suite 500<br>Post Office Box 189<br>Edwardsville, Illinois  62025<br>Telephone:  (618) 205-2017<br>jflint@flintlaw.com<br><br>*Attorney for Plaintiff Scott Miller* | */s/ Jessica Benson Cox*<br>Jessica Benson Cox<br>Andrea Roberts Pierson<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Andrea.Pierson@FaegreDrinker.com<br>Jessica.Cox@FaegreDrinker.com<br><br>James Stephen Bennett<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>110 West Berry Street, Suite 2400<br>Fort Wayne, Indiana  46802<br>Telephone:  (260) 424-8000<br>Stephen.Bennett@FaegreDrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, a copy of the foregoing was filed electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Jessica Benson Cox*
Jessica Benson Cox