# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml 2570-RLY-TAB<br>MDL No. 2570 |
| TYLER AUSTIN<br><br>     Plaintiff,<br><br>v.<br><br>COOK MEDICAL INC., et al.<br><br>     Defendants. | This Document Relates to:<br>Case No: 1:16-cv-01153-RLY-TAB |

> Motion granted. Plaintiff shall have until August 10, 2022, to comply with CMO 30 with regard to the characterization of any 7(e) cases.
>
> Tim A. Baker
> U.S. Magistrate Judge
> June 27, 2022

## PLAINTIFF TYLER AUSTIN'S MOTION TO EXTEND DEADLINE FOR COMPLIANCE WITH CASE MANAGEMENT ORDER NO. 30

Plaintiff Tyler Austin respectfully requests that this Court continue its deadline set forth in Case Management Order No. 30 ("CMO 30") only to the extent that it applies to this Plaintiff. The Plaintiff seeks an extension of 45 days to comply with this Court's order, and shows the following in support thereof:

1. While the undersigned counsel has several cases filed in this MDL, counsel has been selective and conservative with his filings. The case for the moving Plaintiff is the only case filed by the undersigned counsel that is a Category 7(e) case as defined by this Court's Categorization Orders.

2. Plaintiff previously submitted medical records with his Case Categorization Form that confirms an IVC filter penetration beyond the margin of the inferior vena cava with a present physical harm. Specifically, a CT of the abdomen and pelvis with contrast revealed "anterior limb of the filter projects beyond the margin of the inferior vena

1