AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| JONATHAN WHITE | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   14-ml-2570-RLY-TAB |
| Cook Medical Inc., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JONATHAN WHITE-1:21-cv-1032                                                                .

Date:      04/26/2021

/s/ William H. Barfield
*Attorney's signature*

William H. Barfield 24031725
*Printed name and bar number*

1770 St. James Place, suite 100
Houston, Texas 77056

*Address*

bill@mcdonaldworley.com
*E-mail address*

(713) 523-5500
*Telephone number*

(713) 523-5501
*FAX number*