UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Scott Miller, 1:16-cv-02901
_____

### ORDER DENYING PARTIES' JOINT MOTION TO REINSTATE CASE

Pursuant to Federal Rule of Civil Procedure 60(b)(1), Plaintiff Scott Miller and Defendants Cook Incorporated, Cook Medical LLC (formerly known as Cook Medical Incorporated), and William Cook Europe ApS, jointly move to reinstate Plaintiff Miller's case.  A motion under Rule 60(b)(1) must be made "no more than a year after the entry of judgment."  Fed. R. Civ. P. 60(c).  Judgment was entered in Plaintiff's case on October 28, 2019, but the parties' motion to reinstate was not filed until June 27, 2022.  Therefore, Parties' Joint Motion to Reinstate Case (Filing No. 22261) must be **DENIED**.

**SO ORDERED** this 29th day of June 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.