# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-01290 | 1:17-cv-03935 |
| 1:20-cv-03244 | 1:17-cv-03862 |
| 1:20-cv-02967 | 1:21-cv-00060 |
| 1:21-cv-00144 | 1:17-cv-02013 |
| 1:21-cv-00062 | 1:17-cv-03241 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated:  July 1, 2022      /s/ Kip S. M. McDonald
               Andrea Roberts Pierson (# 18435-49)
               Kip S. M. McDonald (# 29370-49)
               FAEGRE DRINKER BIDDLE & REATH LLP
               300 North Meridian Street, Suite 2500
               Indianapolis, Indiana 46204
               Telephone: (317) 237-0300
               Facsimile: (317) 237-1000
               E-Mail: andrea.pierson@faegredrinker.com
               E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               /s/ Kip S. M. McDonald