IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
John Franklin, Sr.
Civil Case No.: 1:18-cv-3642

## PLAINTIFF'S RESPONSE TO ORDER ON JUNE 6, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER TO SHOW CAUSE

Comes now counsel for Plaintiff, John Franklin, Sr., and files this Response to the Court's Order on June 6, 2022, Telephonic Status Conference and Order to Show Cause.

On June 10, 2022, Plaintiff's counsel served via FedEx and USPS on John Franklin, Jr., a copy of the Order on June 6, 2022, Telephonic Status Conference and Order to Show Cause (Dkt. 22153).

As of July 7, 2022, Plaintiff's counsel has had no contact with John Franklin, Jr. since the June 6, 2022, status conference.

Respectfully submitted,

Dated: 07/07/2022          **McEwen Law Firm, Ltd**

*/s/ Gregory N. McEwen*
Gregory N. McEwen, MN Atty. No. 0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: (651) 224-3833
Facsimile: (651) 223-5790
Gmcewen@mcewenlaw.com
***Attorney for Plaintiff***

1