IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:
Cause No. 1:18-cv-00081-RLY-TAB
Lillie Sauls v. Cook Incorporated et al

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Lillie Sauls.

Dated:  July 7, 2022.                          Respectfully submitted,

                                               */s/ Thomas Wm. Arbon*
                                               Thomas Wm. Arbon, TX Bar No. 01284275
                                               **Martin Baughman, PLLC**
                                               3141 Hood Street, Suite 600
                                               Dallas, TX 75219
                                               Tel.:  (214) 761-6614
                                               Fax:  (214) 744-7590
                                               tarbon@martinbaughman.com

                                               ***Attorney for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon