IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
John Franklin, Sr. (Deceased)
John Franklin, Jr.
Case No.  1:18-cv-3642-RLY-TAB

**ORDER**

The Court ordered Plaintiff John Franklin, Jr. on behalf of John Franklin, Sr. (deceased) to attend a telephonic status conference on June 6, 2022, to address his counsel's motion to withdraw. [Filing No. 21941.]  Plaintiff failed to appear as ordered. [Filing No. 22153.] The Court then issued an order for Plaintiff to show cause by June 27, 2022, why he should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the June 6, 2022, conference and his failure to cooperate with his counsel in prosecuting this matter. [Filing No. 22153.]   Plaintiff's counsel responded to the show cause order on July 7, 2022, stating Plaintiff's counsel has not had any contact with Plaintiff since the June 6 status conference. [Filing No. 22297.]  Plaintiff has failed to respond as to why his case should not be dismissed, due to his failure to appear for the June 6, 2022, conference.  Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 7/7/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Gregory N. McEwen is required to serve Plaintiff, John Franklin, Jr. as personal representative of John Franklin, Sr.