IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
John Franklin, Sr. (Deceased)
John Franklin, Jr.
Civil Case No.: 1:18-cv-3642-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel (Filing No. 21914), and the Court being otherwise fully advised in the premises, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's counsel, Gregory N. McEwen, and the law firm of McEwen Law Firm, Ltd., are hereby granted leave to withdraw and no further action shall be taken by them.

All notices regarding this case shall be directed to Plaintiff at:

John Franklin, Jr.
14234 Riverview Street
Detroit, MI 48223
(248) 820-3766
(734) 351-0404
John.franklin98@yahoo.com

Date: 7/7/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system
and to the following via U.S. Mail:

John Franklin, Jr.
14234 Riverview Street
Detroit, MI 48223