IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Page, Jeremy Ricardo (*deceased*) and Scott (*Personal Representative of the Estate*)

Civil Case No.1:17-cv-2731-RLY-TAB

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated this 8th day of July, 2022.

| Attorneys for Plaintiff(s): | Attorneys for Defendants: |
|---|---|
| /s/ *Benjamin A. Bertram* | /s/ *Andrea Roberts Pierson* |
| Benjamin A. Bertram | Andrea Roberts Pierson |
| BERTRAM & GRAF LLC | Faegre Drinker Biddle & Reath LLP |
| Email: benbertram@bertramgraf.com | Email: andrea.pierson@faegredrinker.com |
| 2345 Grand Blvd, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO 64108 | Indianapolis, IN 46204 |
| Phone: (816) 523-2205 | Phone: (317) 237-0300 |
| Facsimile: (816) 523-8528 | Facsimile: (317) 237-1000 |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ *Andrea Roberts Pierson*