UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: ALL ACTIONS

**THE COOK DEFENDANTS' RESPONSE TO THE COURT'S 6/28/2022 ORDER MAINTAINING UNDER SEAL EXHIBITS H AND I TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RELIEF FROM CMO-30**

**INTRODUCTION AND SUMMARY**

On June 28, 2022, the Court granted the Cook Defendants'[1] Motion to Maintain Under Seal Certain Exhibits to Plaintiffs' Steering Committee's Motion for Relief From CMO-30 and ordered that **Exhibits H and I [Dkt. Nos. 22066-3 and 22066-4]** to Plaintiffs' Steering Committee's Motion *be maintained under seal for good cause* to protect Cook's internal confidential and proprietary information relating to and concerning [product] research and development and regulatory affairs. *See* 6/28/2022 Order [Dkt. No. 22269] at 2. The Court further ordered that Cook file a response within 14 days of the Court's Order: 1) addressing whether redaction of these exhibits is possible and would be sufficient to protect Cook's internal confidential and proprietary information; and 2) if redaction is possible, to include a proposed publicly available redacted version of these documents. *See* 6/28/2022 Order [Dkt. No. 22269] at 2. Cook respectfully submits this Response to address the Court's inquiries.

In sum, Cook believes that redaction of **Exhibit H [Dkt. No. 22066-3]** is possible and submits a redacted version of Exhibit H for public filing. *See* attached **REDACTED Exhibit H.**

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants" or "Cook").

However, Cook believes that redaction of **Exhibit I [Dkt. No. 22066-4]** is *not* possible and would *not* be sufficient to protect Cook's interest in its internal confidential and proprietary business and commercial information.  Given the scope and breadth of confidential information contained in Exhibit I, Cook respectfully requests that **Exhibit I [Dkt. No. 22066-4]** *be maintained under seal in its entirety.*

## ANALYSIS OF DOCUMENTS AND SEALING

**Exhibit H [Dkt. No. 22066-3]** – This document is an excerpt from the June 30, 2017 deposition of Dr. David Kessler that includes information about Cook's VCA-2 and VCA-3 animal studies related to its IVC filters.  The Court properly found that this exhibit should be maintained under seal for good cause to protect Cook's confidential and proprietary business and commercial information related to Cook's internal product development, research, and testing activities.

In accordance with the Court's directives, Cook has further reviewed Exhibit H and believes that redaction of the confidential information contained in the document is possible and would suffice to protect Cook's confidential and proprietary business and commercial information.  A *redacted* version of **Exhibit H [Dkt. No. 22066-3]** for public filing is attached here and labeled **REDACTED Exhibit H.**

**Exhibit I [Dkt. No. 22066-4]** – This document is an excerpt from the expert report of Dr. Harlan Krumholz that includes information about Cook's OUS study, VCA-1 and VCA-2 animal studies, and Cook's internal communications related to product development and regulatory compliance of its IVC filters. The Court properly found that the exhibit should be maintained under seal for good cause to protect Cook's confidential and proprietary business and

commercial information regarding Cook's internal product development, research, testing, and regulatory affairs activities.

In accordance with the Court's directives, Cook has further reviewed Exhibit I. The Cook confidential studies (*i.e.,* Cook's OUS study, VCA-1 and VCA-2 animal studies) and the Cook confidential internal communications identified above are referenced and discussed *throughout the entire excerpt* from Dr. Krumholz's expert report. It is therefore not possible for Cook to redact Exhibit I without redacting nearly every word in the document. Simply put, redaction is not reasonably possible or practical, and is not sufficient to protect Cook's confidential and proprietary information. Accordingly, Cook respectfully requests that the Court maintain **Exhibit I [Dkt. No. 22066-4]** *under seal in its entirety* to protect Cook's confidential information.

Respectfully submitted,

Dated: July 8, 2022

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@FaegreDrinker.com
Andrea.Pierson@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

Attorneys *for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, a copy of the foregoing **THE COOK DEFENDANTS' RESPONSE TO THE COURT'S 6/28/2022 ORDER MAINTAINING UNDER SEAL EXHIBITS H AND I TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR RELIEF FROM CMO-30** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*