IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Plaintiffs identified in Exhibit A

## OMNIBUS STIPULATION FOR DISMISSAL WITH PREJUDICE

The 100 Plaintiffs listed in Exhibit A and Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants")[1] hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Cook Defendants shall be dismissed with prejudice in their entirety. Each party shall bear its own fees and costs.

Counsel for Plaintiffs listed in Exhibit A, David Matthews, and counsel for the Cook Defendants, Andrea Roberts Pierson, consent to the dismissal of the claims of Plaintiffs listed in Exhibit A via this Omnibus Stipulation for Dismissal with Prejudice.

Dated this 8th day of July 2022.

---

[1] The Parties consent that to the extent there are any other named defendants affiliated or related to Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS shall also be dismissed. Such other named defendants may include Cook Group, Inc., Medical Engineering and Development Institute, Inc. (now known as Cook Research Incorporated), Cook Medical Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe ApS, Cook Nederland BV, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services, Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Hold-ing AB, and Cook Nederland Holding Cooperatief U.A, and all of their predecessors and successors in interest, parent companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest, as well as their insurers and all of their past, present, and future officers, directors, stockholders, attorneys, agents, representatives, employees, partners, assigns, distributors, and sales representatives.

US.350882338.01

Respectfully submitted,

/s/   Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:(317) 237-0300
Facsimile:  (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

*Attorneys for the Cook Defendants*


/s/ David P. Matthews
David P. Matthews, Esq.
Matthew and Associates
2509 Sackett St.
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184
Email: dmatthews@thematthewslawfirm.com

*Attorneys for Plaintiffs listed in the Exhibit A attached hereto*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of July 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                      /s/ *Andrea Roberts Pierson*

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Ariwite, Jennifer | 1:16-cv-00183 |
| Bailey, Mickey | 1:16-cv-00218 |
| Clinger, Randy L. | 1:16-cv-00221 |
| Callahan, Patricia A. | 1:16-cv-00247 |
| Bragg, Vaughn Keith | 1:16-cv-01941 |
| Britton, Aaron L. | 1:16-cv-01943 |
| Brock, Michael D. | 1:16-cv-01944 |
| Adams, Paulette S. | 1:16-cv-02220 |
| Beach, Lela J. [ESTATE] | 1:17-cv-01957 |
| Abraham, Carol L. | 1:17-cv-01963 |
| Barnes, Gerald | 1:17-cv-01975 |
| Boseman, Vivian L. | 1:17-cv-01990 |
| Bradshaw, Eric N. | 1:17-cv-01992 |
| Bronson, Edward | 1:17-cv-02087 |
| Brooks, Coralie A. | 1:17-cv-02088 |
| Brown, Roy W. | 1:17-cv-02089 |
| Carr, Shanyse L. | 1:17-cv-02090 |
| Adesina, Abideen | 1:17-cv-03123 |
| Awad, Belal A. | 1:17-cv-03125 |
| Boyd, Shaunda | 1:17-cv-03128 |
| Bryant, Alesia | 1:17-cv-03131 |
| Camacho, Joni | 1:17-cv-03133 |
| Condon, Dianne | 1:17-cv-03134 |
| Barrera, Daniella | 1:17-cv-03179 |
| Campbell, Chiquita L. | 1:17-cv-03181 |
| Clark, Eric | 1:17-cv-03182 |
| Conley, Germaine L. | 1:17-cv-03183 |
| Brown, Ruthie M. | 1:17-cv-03702 |
| Congdon, David J. | 1:17-cv-03709 |
| Cirincione, Michael J. | 1:17-cv-03711 |
| Atkins, Adrian D. | 1:17-cv-03727 |
| Coleman, Michelle N. | 1:17-cv-03731 |
| Burns, Donna J. | 1:17-cv-03835 |
| Conlon, Kathy F. | 1:17-cv-03844 |
| Caspoli, Marco E. | 1:17-cv-03893 |
| Alhilali, Crystal | 1:17-cv-03904 |
| Anderson, Deloris | 1:17-cv-03907 |
| Barnwell, Arthur Sr. | 1:17-cv-03932 |

| | |
|---|---|
| Clark, Sandra J. | 1:17-cv-04054 |
| Burpee, Patrick | 1:17-cv-04055 |
| Chesnutt, Michael D. | 1:17-cv-04058 |
| Benson, Susan M. | 1:17-cv-04061 |
| Cates, John O. | 1:17-cv-04082 |
| Biggs, Paul K. | 1:17-cv-04084 |
| Ballaine, Colten | 1:17-cv-04115 |
| Bagley, Alfred | 1:17-cv-04138 |
| Anthony, Joe | 1:17-cv-04139 |
| Chatmon, Anthony B. | 1:17-cv-04228 |
| Carpenter, Conrad F. | 1:17-cv-04230 |
| Berry, Timothy D. | 1:17-cv-04237 |
| Beck, Cherie | 1:17-cv-04247 |
| Brown, Kimberly T. | 1:17-cv-04251 |
| Bryant, Beverly H. | 1:17-cv-04252 |
| Brooks, Brian A. | 1:17-cv-04285 |
| Brown, Steve | 1:17-cv-04317 |
| Bowen, Kathleen M. | 1:17-cv-04448 |
| Bialas, Monika H. | 1:17-cv-04450 |
| Aultman, Ella F. | 1:17-cv-04455 |
| Bredall, Susanne M. | 1:17-cv-04458 |
| Ayala, Maria M. | 1:17-cv-04514 |
| Ashe, Bryant | 1:18-cv-00579 |
| Campos, Paul | 1:18-cv-00584 |
| Cathey, Pamela | 1:18-cv-00599 |
| Adeniyi, Isaac O. | 1:18-cv-01074 |
| Anderson, Zita F. | 1:18-cv-01075 |
| Autery, Neal L. | 1:18-cv-01076 |
| Benitez, David C. | 1:18-cv-01079 |
| Betterly, Martha J. | 1:18-cv-01106 |
| Blanton, Sherry L. | 1:18-cv-01107 |
| Boyd, LaVonne | 1:18-cv-01108 |
| Comer, Tony A. | 1:18-cv-01112 |
| Bloss, Walter L. | 1:18-cv-01314 |
| Althouse, Ira A. | 1:18-cv-01465 |
| Campagne, Agnes R. | 1:19-cv-00238 |
| Bentley, Denise S. | 1:19-cv-01284 |
| Baird, Janet K. | 1:19-cv-01363 |
| Allenbaugh, Judith Ann | 1:19-cv-01389 |
| Boros, Kathleen L. | 1:19-cv-01552 |
| Chism, Tina Louise | 1:19-cv-01658 |

| | |
|---|---|
| Bowles, Walter | 1:19-cv-01691 |
| Clark, Jon D. | 1:19-cv-01719 |
| Clark, Cathy Dixon | 1:19-cv-02299 |
| Clements, Scott White | 1:19-cv-02606 |
| Allegier, Rick Lee | 1:19-cv-02636 |
| Bruso, Cynthia | 1:19-cv-02683 |
| Capala, Maria A. | 1:19-cv-02764 |
| Bowman, Lottie M. | 1:19-cv-03026 |
| Adams, Robert Eugene | 1:19-cv-03028 |
| Conforti, Diane Marie | 1:19-cv-03113 |
| Bradley, Derek Lee | 1:19-cv-03130 |
| Barfield, Gail Yvonne | 1:19-cv-03170 |
| Brown, Sharon Lee | 1:19-cv-03171 |
| Anderson, Rachel Earl | 1:19-cv-03208 |
| Chambers, April S. | 1:19-cv-03211 |
| Bales, Tommy Dirk | 1:19-cv-03243 |
| Bega, Darrin C. | 1:19-cv-03304 |
| Allen, Willie Ruth | 1:19-cv-03559 |
| Bailey, David Scott | 1:19-cv-03686 |
| Armstrong, Roger Blair | 1:19-cv-04475 |
| Byers-Opoka, Arlene | 1:19-cv-04525 |