IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiffs listed in Exhibit A

---

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 20_____.


HONORABLE RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA


US.350882338.01

# **EXHIBIT A**

| Plaintiff Name | Case No. |
|---|---|
| Ariwite, Jennifer | 1:16-cv-00183 |
| Bailey, Mickey | 1:16-cv-00218 |
| Clinger, Randy L. | 1:16-cv-00221 |
| Callahan, Patricia A. | 1:16-cv-00247 |
| Bragg, Vaughn Keith | 1:16-cv-01941 |
| Britton, Aaron L. | 1:16-cv-01943 |
| Brock, Michael D. | 1:16-cv-01944 |
| Adams, Paulette S. | 1:16-cv-02220 |
| Beach, Lela J. [ESTATE] | 1:17-cv-01957 |
| Abraham, Carol L. | 1:17-cv-01963 |
| Barnes, Gerald | 1:17-cv-01975 |
| Boseman, Vivian L. | 1:17-cv-01990 |
| Bradshaw, Eric N. | 1:17-cv-01992 |
| Bronson, Edward | 1:17-cv-02087 |
| Brooks, Coralie A. | 1:17-cv-02088 |
| Brown, Roy W. | 1:17-cv-02089 |
| Carr, Shanyse L. | 1:17-cv-02090 |
| Adesina, Abideen | 1:17-cv-03123 |
| Awad, Belal A. | 1:17-cv-03125 |
| Boyd, Shaunda | 1:17-cv-03128 |
| Bryant, Alesia | 1:17-cv-03131 |
| Camacho, Joni | 1:17-cv-03133 |
| Condon, Dianne | 1:17-cv-03134 |
| Barrera, Daniella | 1:17-cv-03179 |
| Campbell, Chiquita L. | 1:17-cv-03181 |
| Clark, Eric | 1:17-cv-03182 |
| Conley, Germaine L. | 1:17-cv-03183 |
| Brown, Ruthie M. | 1:17-cv-03702 |
| Congdon, David J. | 1:17-cv-03709 |
| Cirincione, Michael J. | 1:17-cv-03711 |
| Atkins, Adrian D. | 1:17-cv-03727 |
| Coleman, Michelle N. | 1:17-cv-03731 |
| Burns, Donna J. | 1:17-cv-03835 |
| Conlon, Kathy F. | 1:17-cv-03844 |
| Caspoli, Marco E. | 1:17-cv-03893 |
| Alhilali, Crystal | 1:17-cv-03904 |
| Anderson, Deloris | 1:17-cv-03907 |
| Barnwell, Arthur Sr. | 1:17-cv-03932 |

| | |
|---|---|
| Clark, Sandra J. | 1:17-cv-04054 |
| Burpee, Patrick | 1:17-cv-04055 |
| Chesnutt, Michael D. | 1:17-cv-04058 |
| Benson, Susan M. | 1:17-cv-04061 |
| Cates, John O. | 1:17-cv-04082 |
| Biggs, Paul K. | 1:17-cv-04084 |
| Ballaine, Colten | 1:17-cv-04115 |
| Bagley, Alfred | 1:17-cv-04138 |
| Anthony, Joe | 1:17-cv-04139 |
| Chatmon, Anthony B. | 1:17-cv-04228 |
| Carpenter, Conrad F. | 1:17-cv-04230 |
| Berry, Timothy D. | 1:17-cv-04237 |
| Beck, Cherie | 1:17-cv-04247 |
| Brown, Kimberly T. | 1:17-cv-04251 |
| Bryant, Beverly H. | 1:17-cv-04252 |
| Brooks, Brian A. | 1:17-cv-04285 |
| Brown, Steve | 1:17-cv-04317 |
| Bowen, Kathleen M. | 1:17-cv-04448 |
| Bialas, Monika H. | 1:17-cv-04450 |
| Aultman, Ella F. | 1:17-cv-04455 |
| Bredall, Susanne M. | 1:17-cv-04458 |
| Ayala, Maria M. | 1:17-cv-04514 |
| Ashe, Bryant | 1:18-cv-00579 |
| Campos, Paul | 1:18-cv-00584 |
| Cathey, Pamela | 1:18-cv-00599 |
| Adeniyi, Isaac O. | 1:18-cv-01074 |
| Anderson, Zita F. | 1:18-cv-01075 |
| Autery, Neal L. | 1:18-cv-01076 |
| Benitez, David C. | 1:18-cv-01079 |
| Betterly, Martha J. | 1:18-cv-01106 |
| Blanton, Sherry L. | 1:18-cv-01107 |
| Boyd, LaVonne | 1:18-cv-01108 |
| Comer, Tony A. | 1:18-cv-01112 |
| Bloss, Walter L. | 1:18-cv-01314 |
| Althouse, Ira A. | 1:18-cv-01465 |
| Campagne, Agnes R. | 1:19-cv-00238 |
| Bentley, Denise S. | 1:19-cv-01284 |
| Baird, Janet K. | 1:19-cv-01363 |
| Allenbaugh, Judith Ann | 1:19-cv-01389 |
| Boros, Kathleen L. | 1:19-cv-01552 |
| Chism, Tina Louise | 1:19-cv-01658 |

| | |
|---|---|
| Bowles, Walter | 1:19-cv-01691 |
| Clark, Jon D. | 1:19-cv-01719 |
| Clark, Cathy Dixon | 1:19-cv-02299 |
| Clements, Scott White | 1:19-cv-02606 |
| Allegier, Rick Lee | 1:19-cv-02636 |
| Bruso, Cynthia | 1:19-cv-02683 |
| Capala, Maria A. | 1:19-cv-02764 |
| Bowman, Lottie M. | 1:19-cv-03026 |
| Adams, Robert Eugene | 1:19-cv-03028 |
| Conforti, Diane Marie | 1:19-cv-03113 |
| Bradley, Derek Lee | 1:19-cv-03130 |
| Barfield, Gail Yvonne | 1:19-cv-03170 |
| Brown, Sharon Lee | 1:19-cv-03171 |
| Anderson, Rachel Earl | 1:19-cv-03208 |
| Chambers, April S. | 1:19-cv-03211 |
| Bales, Tommy Dirk | 1:19-cv-03243 |
| Bega, Darrin C. | 1:19-cv-03304 |
| Allen, Willie Ruth | 1:19-cv-03559 |
| Bailey, David Scott | 1:19-cv-03686 |
| Armstrong, Roger Blair | 1:19-cv-04475 |
| Byers-Opoka, Arlene | 1:19-cv-04525 |