IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Plaintiffs listed in Exhibit A

---

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 20_____.

 

_____
HONORABLE RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA

US.350910741.01

# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Gonzalez, Justin | 1:15-cv-01569 |
| Farmer, Consuelo | 1:16-cv-00242 |
| Earhart, Rheanna J. | 1:16-cv-00249 |
| Grasso, Erin | 1:16-cv-02359 |
| Garner, Nancy | 1:17-cv-02055 |
| Gee, Barbara | 1:17-cv-02058 |
| Gardner, Ebony | 1:17-cv-02073 |
| Edmundson, Marie B. | 1:17-cv-02078 |
| Eddie, Patrick | 1:17-cv-02079 |
| Dort, Scott E. | 1:17-cv-02081 |
| Conrey, James M. | 1:17-cv-02092 |
| Cunningham, Jerry T. | 1:17-cv-02094 |
| Currie, Betty L. | 1:17-cv-02095 |
| Davis, Sharon Kay | 1:17-cv-02096 |
| Davis, Shauna C. | 1:17-cv-02097 |
| Doty, Kathy | 1:17-cv-02166 |
| Dalrymple, Curt | 1:17-cv-03136 |
| Franklin-Brim, Norma J. | 1:17-cv-03139 |
| Gichia, Jannie E. | 1:17-cv-03150 |
| Glenn, Violetta | 1:17-cv-03151 |
| Gooding, Becky L. | 1:17-cv-03152 |
| Dunavin, Billy S. | 1:17-cv-03184 |
| Estes, Emily | 1:17-cv-03186 |
| Grinde, Donald A. | 1:17-cv-03249 |
| Davis, Terry L. Jr. | 1:17-cv-03714 |
| Fogerty, Timothy | 1:17-cv-03765 |
| Fajri, Angelia M. | 1:17-cv-03767 |
| Dupre, Gerard R. | 1:17-cv-03814 |
| Dalton, Dan B. | 1:17-cv-03842 |
| Eikleberry, Wanda M. | 1:17-cv-03851 |
| Delepierre, William M. | 1:17-cv-03853 |
| Coombs, Dorothy M. | 1:17-cv-03861 |
| Cox, Alfred L. Jr. | 1:17-cv-03873 |
| Dickey, Arnold A. Jr. | 1:17-cv-03892 |
| Farias, Edith C. | 1:17-cv-03894 |
| Grant, Christopher E. | 1:17-cv-03909 |
| Frodle, Kenet J. | 1:17-cv-04048 |
| Dolce, Jack S. | 1:17-cv-04117 |

| | |
|---|---|
| Fontenot, Dorothy A. | 1:17-cv-04181 |
| DeStefano, Karol | 1:17-cv-04184 |
| Freitas, Joshua F. | 1:17-cv-04187 |
| Criego, Rose Mary | 1:17-cv-04191 |
| Fletcher, Donnie L. | 1:17-cv-04227 |
| Geissinger, Patricia A. | 1:17-cv-04234 |
| Cuicio, Sam | 1:17-cv-04236 |
| Donnely, Stephen M. | 1:17-cv-04250 |
| Farmer, Joanne P. | 1:17-cv-04255 |
| Fuller, Billy J. | 1:17-cv-04257 |
| David, Cynthia A. | 1:17-cv-04282 |
| Dickson, Janet S. | 1:17-cv-04288 |
| Embrey, Tammy J. | 1:17-cv-04308 |
| Ford, Arvin L. | 1:18-cv-00146 |
| Forester, Brent C. | 1:18-cv-00146 |
| Cooley, Stanley | 1:18-cv-00617 |
| Donato, Ricardo | 1:18-cv-00631 |
| Figuccio, James | 1:18-cv-00632 |
| Fletcher, Franklin | 1:18-cv-00644 |
| Garcia, Pedro C. | 1:18-cv-00655 |
| Giard, Scott | 1:18-cv-00656 |
| Givens, Charles | 1:18-cv-00659 |
| Cooper, Gay L. | 1:18-cv-01113 |
| Cropp, Mark | 1:18-cv-01130 |
| Defur, Cherilea | 1:18-cv-01376 |
| Dickinson, Jane D. | 1:18-cv-01688 |
| Emiliani, Charlotte E. | 1:18-cv-01690 |
| Gayles, Kathi V. | 1:18-cv-01691 |
| Ghee, Dorothy | 1:18-cv-01692 |
| Gray, Sharon A. | 1:18-cv-01694 |
| Dunston, Judy D. | 1:18-cv-03308 |
| Davison, Anthony L. | 1:19-cv-00924 |
| Griffin, Angela M. | 1:19-cv-01313 |
| Contello, Donnaann | 1:19-cv-01322 |
| Davis, Vincent L. | 1:19-cv-01539 |
| George, Wanda J. | 1:19-cv-01548 |
| Gardner, James W. | 1:19-cv-01551 |
| Dubignon, Margaret L. | 1:19-cv-01626 |
| Duschak, Barbara Jean | 1:19-cv-01730 |
| Eppinger, Donald A. | 1:19-cv-01870 |
| Dietrich, Thomas | 1:19-cv-02116 |

| | |
|---|---|
| D'Aquila, Joseph Craig | 1:19-cv-02389 |
| Graves, Burton William | 1:19-cv-02685 |
| Gray, Ronald Marshall | 1:19-cv-02686 |
| Ellenburg, William Leander | 1:19-cv-02687 |
| Freeman, Elisha Jr. | 1:19-cv-02770 |
| Griffin, Carolyn Marie | 1:19-cv-02855 |
| Enzman, John William Jr. | 1:19-cv-02885 |
| De Lima, Robin Scott | 1:19-cv-02888 |
| Flego, Fred Michael | 1:19-cv-02971 |
| Derrick, Margie Ann | 1:19-cv-03146 |
| Drennan, Vance Salvador | 1:19-cv-03360 |
| Connette, William D. | 1:19-cv-03361 |
| Crawford, David Bernard | 1:19-cv-03377 |
| Forney, Birdie | 1:19-cv-03475 |
| Dudick, Robert | 1:19-cv-03493 |
| Franklin, Sr, Anthony Eward | 1:19-cv-03507 |
| Franklin, Yvonne | 1:19-cv-04897 |
| Delariva, Roberto | 1:20-cv-00694 |
| Galan, Josefina | 1:20-cv-03291 |