IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiffs listed in Exhibit A

_____

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with prejudice. Each party shall bear its own costs.

Signed this _____ day of _____, 20_____.


_____
HONORABLE RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA

US.350911775.01

# EXHIBIT A

| Plaintiff Name | Filing No. |
| --- | --- |
| Jeffrey, Rico | 1:16-cv-00190 |
| Dotsy, Tanesha | 1:16-cv-00219 |
| Holcomb, Richard K. | 1:16-cv-00220 |
| Kirk, Billy J. | 1:16-cv-00250 |
| Lawson, Patricia Jean | 1:16-cv-01951 |
| Harrelson, William J. | 1:17-cv-01918 |
| Harris, John W. | 1:17-cv-01919 |
| Hewett, Kimberly A. | 1:17-cv-01922 |
| Hiser, Patricia | 1:17-cv-01924 |
| Horhn, Johnnie L. | 1:17-cv-01935 |
| Howard, Elaine Y. | 1:17-cv-01936 |
| Hubert, George F. | 1:17-cv-01939 |
| Killeen, Jacqueline | 1:17-cv-01946 |
| Kinney, Tiffany L. | 1:17-cv-01947 |
| Kirkwood, Kevin A. | 1:17-cv-01948 |
| Lawson, Karen D. | 1:17-cv-01950 |
| Hadley, Douglas V. | 1:17-cv-02063 |
| Hairston, Marlene L. | 1:17-cv-02064 |
| Kroner, Harold | 1:17-cv-02159 |
| Haines, Thomas C. | 1:17-cv-03161 |
| Hill, Rodney H. | 1:17-cv-03162 |
| Hooks, Alice F. | 1:17-cv-03165 |
| Jackson, Linda M. | 1:17-cv-03166 |
| Johns, Kevin L. | 1:17-cv-03167 |
| Guthrie, David P. Jr. | 1:17-cv-03454 |
| Howard, Maurice G. | 1:17-cv-03738 |
| Kemokai, Musu | 1:17-cv-03769 |
| Hudson, Robert A. | 1:17-cv-03778 |
| Hughes, Barbara L. | 1:17-cv-03787 |
| Kiselica, Enver | 1:17-cv-03800 |
| King, Dorothy V. | 1:17-cv-03810 |
| King, Charisse | 1:17-cv-03841 |
| LaRue, Joshua | 1:17-cv-03846 |
| Johnson, Tiffany L. | 1:17-cv-03897 |
| Lambert, Sue E. | 1:17-cv-03905 |
| Lambert, Johnnie R. | 1:17-cv-03929 |
| Horton, Teresa | 1:17-cv-03930 |
| Hale, Michael | 1:17-cv-04052 |

| | |
|---|---|
| Keenan, Carol | 1:17-cv-04118 |
| Hensley, Kay M. | 1:17-cv-04120 |
| Hawk, Derek A. | 1:17-cv-04134 |
| Heinzel, Kurt W. | 1:17-cv-04178 |
| Hillard, Lewis E. | 1:17-cv-04188 |
| Harris, Charlie M. | 1:17-cv-04224 |
| Jones, Alicia M. | 1:17-cv-04226 |
| Hamersly, Timothy M. | 1:17-cv-04235 |
| Kelly-Hall, Cynthia T. | 1:17-cv-04258 |
| Kleinschmidt, Timothy A. | 1:17-cv-04259 |
| Jackson, Ida H. | 1:17-cv-04280 |
| Haag, Marilyn | 1:17-cv-04284 |
| Hanon, Robert E. | 1:17-cv-04289 |
| Hollis, Eddie C. | 1:17-cv-04290 |
| Killian, Marilyn E. | 1:17-cv-04447 |
| Guglielmoni, Brett | 1:18-cv-00661 |
| Jones, Joann | 1:18-cv-00664 |
| Hannon, Nerissa | 1:18-cv-00709 |
| Harkleroad, David | 1:18-cv-00710 |
| Hauk, Jamie | 1:18-cv-00712 |
| Holder, Christi M. | 1:18-cv-00713 |
| Hornsby, Angela | 1:18-cv-00714 |
| Hutchinson, Ricky | 1:18-cv-00742 |
| Johnson, Pamela | 1:18-cv-00744 |
| Lafferty, Deborah | 1:18-cv-00935 |
| Lara, Joann | 1:18-cv-01439 |
| Hensley, Deborah | 1:18-cv-03888 |
| Hauck, Louis | 1:19-cv-01331 |
| Guillen, Arturo E. | 1:19-cv-01627 |
| Hern, William | 1:19-cv-01652 |
| Harper, James G. | 1:19-cv-01713 |
| Hollman, Ilene | 1:19-cv-01722 |
| Gunn, Willie Lee | 1:19-cv-01814 |
| Hobson, Issac Lee | 1:19-cv-02095 |
| Klimke, Donald W. | 1:19-cv-02534 |
| Henderson, Cornelius | 1:19-cv-02538 |
| Ketner, Brian Joseph | 1:19-cv-02600 |
| Harvey, Darin | 1:19-cv-02642 |
| Landis, Elizabeth Hilda | 1:19-cv-02645 |
| Kilbury, Candace | 1:19-cv-02746 |
| King, Larry Allan | 1:19-cv-02766 |

| | |
|---|---|
| Harms, Arthur | 1:19-cv-02774 |
| Hunter, Jack Edwin | 1:19-cv-02886 |
| Keaton, Charles Joe | 1:19-cv-03058 |
| Johnson, Darrin B. | 1:19-cv-03212 |
| Hayes, Wanda M. | 1:19-cv-03239 |
| Hunter, Richard Stewart | 1:19-cv-03241 |
| Hamer, Glenna O. | 1:19-cv-03306 |
| Gulley, Hubert Glen | 1:19-cv-03359 |
| Jones, Renea L. | 1:19-cv-03362 |
| Hohman, Richard Gene | 1:19-cv-03380 |
| Johnson, Andra D. | 1:19-cv-03430 |
| Jerd, John Douglas | 1:19-cv-03529 |
| Houlton, Goldie | 1:19-cv-03624 |
| Johnson, Jennifer Ann | 1:19-cv-03746 |
| Jones, Micaela | 1:19-cv-04736 |
| Hanson, Terrence Mylen | 1:19-cv-04862 |
| Jenkins, Leverne Charman | 1:20-cv-00500 |
| Hinson, Sarah Elizabeth | 1:20-cv-00503 |
| Jones, Merrel | 1:20-cv-00692 |
| Hannan, Douglas Paul | 1:20-cv-02638 |
| Kirk, Marilynn | 1:20-cv-03243 |