# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Rodriguez, Sylvia | 1:16-cv-00187 |
| Zylich, Robert S., Jr. | 1:16-cv-00223 |
| Watkins, Kelvin | 1:16-cv-00225 |
| Tresloni, Michael A. | 1:16-cv-00228 |
| Thompson, Darla J. | 1:16-cv-00229 |
| Reynolds-Sprouse, Cathy | 1:16-cv-02442 |
| Varner, James W. | 1:17-cv-01099 |
| Raskind, Steven | 1:17-cv-02005 |
| Royster, Kimberly | 1:17-cv-02010 |
| Schaefer, Shannon | 1:17-cv-02011 |
| Schaefer, Kristy M. | 1:17-cv-02012 |
| Schaffer, Emily R. | 1:17-cv-02013 |
| Scholar, Paul K. | 1:17-cv-02016 |
| Updegraff, Robert W. Sr. | 1:17-cv-02026 |
| White, Dennis C. | 1:17-cv-02054 |
| West, William J. | 1:17-cv-02116 |
| Vancil, Pamela | 1:17-cv-02171 |
| Reagor, Emma Lou | 1:17-cv-02458 |
| Sargent, Farley | 1:17-cv-02726 |
| Thompson, Kareem C. | 1:17-cv-03234 |
| Tucker, Ellen | 1:17-cv-03235 |
| Uhlinger, Donald | 1:17-cv-03236 |
| Wagman, Elaine | 1:17-cv-03238 |
| Wheeler, Teja | 1:17-cv-03241 |
| Young, Robin S. | 1:17-cv-03243 |
| Sheridan, Mike | 1:17-cv-03609 |
| Vazquez, Nixzaliz | 1:17-cv-03699 |
| Vetter, Diana | 1:17-cv-03713 |
| Seay, Richard V. | 1:17-cv-03729 |
| Toupal, David J. | 1:17-cv-03855 |
| Zina, Douglas J. | 1:17-cv-03896 |
| Titus, Irene H. | 1:17-cv-03898 |
| Richardson, David L. | 1:17-cv-03899 |
| Rea, Julius A. | 1:17-cv-03900 |
| Warren, Larry D. Sr. | 1:17-cv-04119 |
| Womack, Robert E. | 1:17-cv-04132 |
| Yankowsky, Rusti | 1:17-cv-04136 |
| Wilson, Randall Lee | 1:17-cv-04137 |

| | |
|---|---|
| Smith, Charlotte A. | 1:17-cv-04192 |
| Thompson, Audrey A. | 1:17-cv-04281 |
| Roper, Olivia C. | 1:17-cv-04283 |
| Rosales, Kelly D. | 1:17-cv-04305 |
| Wilson, Michael J. | 1:17-cv-04444 |
| Skinner, Shelia M. | 1:17-cv-04516 |
| Roper, Martin W. | 1:17-cv-04529 |
| Snyder, Mark | 1:18-cv-00249 |
| Robinson, Veronica | 1:18-cv-00854 |
| Rogalski, Jasmine | 1:18-cv-00883 |
| Rousu, Donald | 1:18-cv-00885 |
| Rude, Gerald | 1:18-cv-00886 |
| Simpson, Sean J. | 1:18-cv-00889 |
| Slipski, Thomas | 1:18-cv-00890 |
| Smithson, Diana | 1:18-cv-00891 |
| Spivey, Nicole | 1:18-cv-00892 |
| Thompson, Mary | 1:18-cv-00893 |
| Vanterpool, Christopher | 1:18-cv-00894 |
| Workman, Robert | 1:18-cv-00895 |
| Smith, Alvin | 1:18-cv-01289 |
| Tassop, John | 1:18-cv-02102 |
| Raines, Dominick | 1:19-cv-00541 |
| White-Smith, Tiffany Y. | 1:19-cv-00923 |
| Wiles, Adam C. | 1:19-cv-01553 |
| Washington, Demetrius C. | 1:19-cv-01624 |
| Thomas, William Allan | 1:19-cv-01629 |
| Roberson, Daron F. | 1:19-cv-01692 |
| Shirley, Derek | 1:19-cv-01773 |
| Tavares, Maria S. | 1:19-cv-01793 |
| Wehunt, James | 1:19-cv-01813 |
| Reynolds, Alice Marie | 1:19-cv-01935 |
| Villalobos, Dalia | 1:19-cv-01936 |
| Weldon, Ella N. | 1:19-cv-02050 |
| Salinas, Joe L. | 1:19-cv-02093 |
| Sargent, Rita | 1:19-cv-02166 |
| Starks, Camella | 1:19-cv-02418 |
| Sudduth, Linda Carol | 1:19-cv-02535 |
| Walker, Gary B. | 1:19-cv-02607 |
| Stafford, Fred | 1:19-cv-02688 |
| Roberts, Robert Franklin | 1:19-cv-02691 |
| Yapp, Christine | 1:19-cv-02731 |

| | |
|---|---|
| Smith, Jeffrey Bruce | 1:19-cv-02752 |
| Smith, Montrelle C. | 1:19-cv-02767 |
| Vega-Sanchez, Melissa | 1:19-cv-02769 |
| Sumner, Sharonda Petrell | 1:19-cv-02867 |
| Turner, George Melvin | 1:19-cv-02884 |
| Rohrbaugh, Mark | 1:19-cv-02887 |
| Skuback, Brian | 1:19-cv-02946 |
| Rebsamen, Carol Lynn | 1:19-cv-02970 |
| Seby-Barr, Miriam Sunshine | 1:19-cv-03059 |
| Roland, Craig Allen | 1:19-cv-03115 |
| Schmidt, Craig Arnold | 1:19-cv-03147 |
| Riggio, Grace Marie | 1:19-cv-03167 |
| Smith, Oscar | 1:19-cv-03175 |
| Russell, Carla | 1:19-cv-03424 |
| Sanchez, David S. | 1:19-cv-03472 |
| Rocha, Elizabeth Lisa | 1:19-cv-03704 |
| Vanorsdale, Larry | 1:19-cv-03747 |
| Zimmerman, Todd L. | 1:19-cv-03789 |
| Sharpe, Peggy Jean | 1:19-cv-04231 |
| Shatzer, Carolyn Louise | 1:19-cv-04381 |
| Solock, Douglas W. | 1:19-cv-04923 |
| Stewart, Kimberly C. | 1:20-cv-00015 |
| Skiera, Jean Marie | 1:20-cv-00588 |
| Shirley, Rensi | 1:21-cv-00062 |