IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Wanda Gray, on behalf of the Estate of Michael Gray, deceased

Civil Case # 1:22-cv-6800

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY SARAH COWAN

Plaintiff Wanda Gray, on behalf of the Estate of Michael Gray, deceased, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1.      The above-captioned case was initially filed in the United States District Court for the Eastern District of Arkansas, where it was captioned *Gray v. Cook Incorporated et al.*, 3:22-cv-112-LPR.

2.      On May 19, 2022, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 22025, Dkt. No.7).

3.      Sarah Cowan, from the law firm Kirkendall Dwyer LLP, previously appeared on Wanda Gray, on behalf of the Estate of Michael Gray, deceased's behalf in the Eastern District of Arkansas.  For that reason, Sarah Cowan was listed as counsel of record for the Plaintiff in this case.

4.      Now, since this case was transfer to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Sarah Cowan as trial counsel.

5.      David M. Langevin entered his appearance in this matter on May 23, 2022.

6.      Accordingly, David M. Langevin hereby requests leave to withdraw the appearance of Sarah Cowan.

Dated:  July 1, 2022                    Respectfully submitted,


*/s Sarah Cowan*_____
**Sarah Cowan**
Arkansas Bar No. 2013182
Kirkendall Dwyer LLP
221 West Second Street, Suite 427
Little Rock, AR 72201
Tel: (501) 292-0549
Fax: (501) 417-0010
Email: scowan@kirkendalldwyer.com



**ATTORNEY FOR PLAINTIFF**