IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Wanda Gray, on behalf of the Estate of Michael Gray, deceased

Civil Case 1:22-cv-6800-RLY-TAB

**PROPOSED ORDER PLAINTIFF'S MOTION
TO WITHDRAW APPEARANCE BY
SARAH COWAN**

This case has been transferred to the above MDL, and David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Sarah Cowan as trial counsel. David M. Langevin entered his appearance in this matter on May 23, 2022. (Dkt. No. 22025, Dkt. No.7). Accordingly, Sarah Cowan's motion to withdraw his appearance as counsel for the plaintiff is granted.

So ordered,

Dated: _____          _____