**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                          MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Penny Barlow-Salter

Civil Case # 1:22-cv-06834-RLY-TAB

**NOTICE OF APPEARANCE**

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Penny Barlow-Salter.

Dated: July 11, 2022.                                Respectfully submitted,

                                                             */s/ Thomas Wm. Arbon*
                                                             Thomas Wm. Arbon, TX Bar No. 01284275
                                                             **Martin Baughman, PLLC**
                                                             3141 Hood Street, Suite 600
                                                             Dallas, TX 75219
                                                             Tel.: (214) 761-6614
                                                             Fax: (214) 744-7590
                                                             tarbon@martinbaughman.com

                                                             ***Attorney for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*

Thomas Wm. Arbon