IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Wanda Gray, on behalf of the Estate of Michael Gray, deceased</u>

Civil Case <u>1:22-cv-6800-RLY-TAB</u>

## ORDER PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF SARAH COWAN

This cause is before the Court on Plaintiff's Motion to Withdraw Appearance of Sarah Cowan (Filing No. 22341), and the Court being otherwise fully advised in the premises, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's counsel, Sarah Cowan, and the law firm of Kirkendall Dwyer LLP , are hereby granted leave to withdraw.  The Plaintiff will continue to be represented by David M. Langevin of the law firm of McSweeney/Langevin.

Date: 7/12/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.