IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Russell, Jennifer and Jeremy

Case No. 1:21-cv-00787-RLY-TAB

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 15, 2022

| | |
|---|---|
| */s/ Bert Tarrant Dunken Jr.* | */s/ Andrea Roberts Pierson* |
| Bert Tarrant Dunken, Jr. | Andrea Roberts Pierson |
| THE DUNKEN LAW FIRM, PLLC | Faegre Drinker Biddle & Reath LLP |
| 4655 Techniplex Dr., Suite 700 | 300 North Meridian Street, Suite 2500 |
| Stafford, Texas 77477 | Indianapolis, Indiana 46204 |
| Telephone: (713) 554-6780 | Telephone: (317) 237-0300 |
| Facsimile: (281) 768-4635 | Facsimile: (317) 237-1000 |
| Email: tdunken@dunkenlaw.com | Email: andreapierson@faegredrinker.com |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/*Andrea Roberts Pierson*