UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Shirley A. Parton, 1:18-cv-03371 | Case No. 1:14-ml-02570-RLY-TAB<br>MDL NO. 2570 |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given of Plaintiff Shirley A. Parton's appeal to the United States Court of Appeals for the Seventh Circuit of the order and judgment of the U.S. District Court for the Southern District of Indiana that was entered on June 24, 2022 (Dkt. Nos. 22256 & 22257) and the order entered on September 28, 2021 (Dkt. 20031) granting Defendants' Motion for Judgment on the Pleadings (later converted to a Motion for Summary Judgment). Plaintiff appeals only as to Counts I – IV asserted in her Short Form Complaint (see section 14, incorporating allegations from the Master Complaint).

Dated: July 15, 2022

By: */s/ Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No 016773)
DALIMONTE RUEB STOLLER LLP
2425 E. Camelback Rd., Suite 500
Phoenix, Arizona 85016
Tel: (602) 888-2807
Fax: (855) 203-2035
Email: paul@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Paul L. Stoller
Paul. L. Stoller