IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
JENNIFER L. DINWIDDIE
Civil Case # 1:21-cv-6553-RLY-TAB

## MOTION FOR SUBSTITUTION OF PROPER PARTY

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Counsel for Plaintiff moves the Court for an order substituting Mikala Wade on behalf of Jennifer L. Dinwiddie, in the above-referenced action, pursuant to Rule 25(a)(1):

1. On July 20, 2021, Jennifer L. Dinwiddie filed this products liability lawsuit in the United States District Court for the Eastern District of Missouri, the case was transferred to this court August 18, 2021.

2. On November 22, 2021, Jennifer L. Dinwiddie filed a Suggestion of Death.

3. Jennifer L. Dinwiddie's product liability action against Defendant survived decedent's death and is not concluded.

4. Decedent's daughter, Mikala Wade, is a proper party to substitute for plaintiff-decedent Jennifer L. Dinwiddie and wishes to be substituted on her behalf in this case.

WHEREFORE, Counsel for the Plaintiff requests that this Court grant this request for substitution of Plaintiff in this action.

**DATED:** July 15, 2022

Respectfully submitted,

*s/ Joseph J. Zonies*
Joseph J. Zonies, Esq., No. 29539
Gregory D. Bentley, Esq., No. 42655
**ZONIES LAW LLC**
1700 Lincoln Street, Suite 2400
Denver, CO 80203
(720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing **MOTION FOR SUBSTITUTION OF PROPER PARTY** was filed and served on this 15th day of July, 2022, using the CM/ECF system, which will serve as notification of such filings on counsel for all parties.

*s/ Joseph J. Zonies*
Joseph J. Zonies
