# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 18, 2022

**To:**   Roger A. G. Sharpe
    District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2256 |
| Caption:<br>IN RE:<br>COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>APPEAL OF: SHIRLEY A. PARTON |
| District Court No: 1:18-cv-03371-RLY-TAB<br>Clerk/Agency Rep Roger A. G. Sharpe<br>District Judge Richard L. Young<br>Date NOA filed in District Court: 07/15/2022<br>District Court No: 1:14-ml-02570-RLY-TAB<br>Clerk/Agency Rep Roger A. G. Sharpe<br>District Judge Richard L. Young<br>Date NOA filed in District Court: 07/18/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)