UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND     No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

_____

This Document Relates to the Following Cases:
Autumn Owens, 1:18-cv-01458;
Maria Andrae, 1:19-cv-01853;
Ashly Sproul, 1:19-cv-04452; and
Lisa Alkamel, 1:20-cv-6202.

_____

### ORDER ON DEFENDANTS' MOTION TO DISMISS
### UNKNOWN PRODUCT CASES
### (Filing No. 20715)

Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("Cook") move to dismiss four cases in which the Plaintiffs' complaints failed to identify the product they allege caused their injuries. In response to Cook's motion, Plaintiffs Autumn Owens, Ashly Sproul, and Lisa Alkamel identified[1] the product at issue. Counsel for Plaintiff Maria Andrae represented he has lost contact with her and has been unable to obtain her medical records. Therefore, Cook's motion (Filing No. 20715) is **GRANTED in part** and **DENIED AS MOOT in part**. It is **GRANTED** with respect to Ms. Andrae's case, and **DENIED AS MOOT** with respect to Ms. Owen's,

---

[1] Cook's reply only addresses Ms. Andrae's response, and its proposed order denies the motion as moot with respect to Ms. Owen's, Ms. Sproul's and Ms. Alkamel's cases.

Ms. Sproul's, and Ms. Alkamel's cases.

**SO ORDERED** this 20th day of July 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.