UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>Julie Wilson )<br>1:17-cv-3050-RLY-TAB )<br>) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS**

On March 30, 2022, Plaintiff Julie Wilson filed a Motion to Dismiss her bellwether case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). That rule provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the Court considers fair." The Cook Defendants[1] urge the court to deny the motion, as it was filed "more than a year after her case was selected for inclusion in the bellwether discovery pool, more than a year after she produced updated medical authorizations permitting Cook to begin evaluating her claims, and more than four months after her case was dismissed with prejudice." (Filing No. 21820, Defs.' Opp. at 8). In the alternative, the Cook Defendants request they be reimbursed for the attorneys' fees and costs they have incurred in working up the *Wilson* case.

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1

The court, having reviewed the parties' submissions and the applicable law, finds Plaintiff's Motion to Dismiss should be granted and that the Cook Defendants are entitled to their costs but not their attorneys' fees.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss (Filing No. 21723) is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE** with each party to bear their own attorneys' fees. The Cook Defendants shall recover the costs incurred in connection with the *Wilson* bellwether case between November 9, 2021, the day the court designated the *Wilson* case for a bellwether trial, and March 30, 2022, the date Plaintiff filed her motion for voluntary dismissal with prejudice.

**IT IS FURTHER ORDERED** that on or before August 26, 2022, the Cook Defendants shall file an itemized list of the costs incurred in the preparation of the *Wilson* case between November 9, 2021, and March 30, 2022. Any objection to the Cook Defendants' costs shall be filed on or before September 9, 2022, and any reply shall be filed on or before September 16, 2022.

**SO ORDERED** this 20th day of July 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.