UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John Franklin, Jr. on behalf of John Franklin, Sr. (Deceased)
1:18-cv-3642-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed without prejudice for Plaintiff's failure to appear for a June 6, 2022, status conference and for his failure to cooperate with counsel in prosecuting this matter. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 22307). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 20th day of July 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1