UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

1:19-cv-01409; 1:19-cv-01413; 1:19-cv-01416; 1:19-cv-03181; 1:19-cv-03383;
1:19-cv-03531; 1:19-cv-03660; 1:19-cv-04017; 1:19-cv-04074; 1:19-cv-04093;
1:19-cv-04617; 1:19-cv-04965; 1:20-cv-00107; 1:20-cv-00502; 1:20-cv-00534;
1:20-cv-01002; 1:20-cv-02554; 1:20-cv-02558; 1:20-cv-02897; 1:20-cv-02898;
1:20-cv-03090; 1:20-cv-03279; 1:20-cv-06123; 1:21-cv-00029; 1:21-cv-00040;
1:21-cv-00041; 1:21-cv-00197; 1:21-cv-00343; 1:21-cv-00460; 1:21-cv-00466;
1:21-cv-00500; 1:21-cv-00705; 1:21-cv-00895; 1:21-cv-01344; 1:21-cv-01352;
1:21-cv-01443; 1:21-cv-01481; 1:21-cv-01619; 1:21-cv-01620; 1:21-cv-01685;
1:21-cv-01764; 1:21-cv-01933; 1:21-cv-02337; 1:21-cv-02348; 1:21-cv-06564

## ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS
**(Filing No. 20469)**

Pursuant to Federal Rule of Civil Procedure 41(b) and Third Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("Cook") request that the court dismiss the 45 actions listed above because a completed Plaintiff Profile Form ("PPF") has not been submitted. Of those, only Roberta Simmons (1:19-cv-01409), Paulette Parks (1:19-cv-01413), and Irish Daniels (1:19-cv-01416) filed a response stating that they filed their Amended PPFs soon after receiving Cook's deficiency letters. Moreover, the cases brought by Eleanor Carter Bawner (1:20-cv-03279), Arthur Cornell Aguilar (1:21-cv-00040), Victor Bevis (1:21-cv-00466), Dina Daniels (1:21-cv-01344), Veronica Dixon

1

(1:21-cv-01352), Kimberly Dill (1:21-cv-01619), Christine and Kevin Curti (1:21-cv-01620), and Carrie Jean Drakeford (1:21-cv-01685), were dismissed by prior order.

Accordingly, Cook's Motion (Filing No. 20469) is **GRANTED in part**, **DENIED in part**, **and DENIED as moot in part**. It is **GRANTED** with respect to:

| | |
|---|---|
| Tammy Layson | 1:19-cv-03181 |
| Sarah Feagins | 1:19-cv-03383 |
| Hortentia Harris | 1:19-cv-03531 |
| Oscar Anguiano | 1:19-cv-03660 |
| Stephanie Simko | 1:19-cv-04017 |
| Cheryl Booth | 1:19-cv-04074 |
| Ronald Witherspoon | 1:19-cv-04093 |
| Michelle and Keith Sears | 1:19-cv-04617 |
| David McNew | 1:19-cv-04965 |
| Vivian Brown | 1:20-cv-00107 |
| Luz A. Gomez | 1:20-cv-00502 |
| Estate of William Tkachyk | 1:20-cv-00534 |
| Shawn Allen | 1:20-cv-01002 |
| Nikia Whiteside | 1:20-cv-02554 |
| Steve Jenkins | 1:20-cv-02558 |
| Jessica Davis | 1:20-cv-02897 |
| Margaret and William Barr | 1:20-cv-02898 |
| Bruce Dale Betz | 1:20-cv-03090 |

| | |
|---|---|
| Laray Hargrove | 1:20-cv-06123 |
| Franklin Shank | 1:21-cv-00029 |
| Estate of Lynne Bergeron | 1:21-cv-00041 |
| Steve Balistreri | 1:21-cv-00197 |
| Paul Augsburger | 1:21-cv-00343 |
| Sharon Larner | 1:21-cv-00460 |
| Pennie Adkins | 1:21-cv-00500 |
| Shirley Smith | 1:21-cv-00705 |
| Billy Mincy | 1:21-cv-00895 |
| Kristy Sims | 1:21-cv-01443 |
| Gary Lee Roberson | 1:21-cv-01481 |
| Deborah Letteau | 1:21-cv-01764 |
| Leslie Matejek | 1:21-cv-01933 |
| James Mitchell | 1:21-cv-02337 |
| Stephanie Carlson | 1:21-cv-02348 |
| Benson Howard | 1:21-cv-06564 |

It is **DENIED** with respect to:

| | |
|---|---|
| Roberta Simmons | 1:19-cv-01409 |
| Paulette Parks | 1:19-cv-01413 |
| Irish Daniels | 1:19-cv-01416 |

It is **DENIED AS MOOT** with respect to:

| | |
|---|---|
| Eleanor Carter Bawner | 1:20-cv-03279 |

| | |
|---|---|
| Arthur Cornell Aguilar | 1:21-cv-00040 |
| Victor Bevis | 1:21-cv-00466 |
| Dina Daniels | 1:21-cv-01344 |
| Veronica Dixon | 1:21-cv-01352 |
| Kimberly Dill | 1:21-cv-01619 |
| Christine and Kevin Curti | 1:21-cv-01620 |
| Carrie Jean Drakeford | 1:21-cv-01685 |

**SO ORDERED** this 20th day of July 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record