IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

JACK SWEAT

Civil Case #1:20-cv-529

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Jack Sweat and files this motion to substitute the executor of his estate, Susan Armstrong, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Jack Sweat filed the present action in the United States District Court of the Southern District of Indiana on February 17, 2020.

2. Plaintiff Jack Sweat died on July 14, 2020.

3. On July 21, 2022, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [22400] and Doc. No. [9].  Plaintiff's counsel recently learned of the death of Mr. Sweat after filing the lawsuit and contacting his niece.

4. Susan Armstrong, niece and now sole-personal representative of the estate of Jack Sweat, is the proper party plaintiff to substitute for Plaintiff-decedent Jack Sweat and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's

successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Susan Armstrong as the proper party plaintiff in this action.

Respectfully submitted July 21, 2022.

    */s/ Rhett A. McSweeney*_____
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 21, 2022

                                              */s/ Rhett A. McSweeney*
                                              Rhett A. McSweeney