IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

―――――――――――――――――――――――――

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES                Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

―――――――――――――――――――――――――

This Document Relates to Plaintiff(s)

Evie Tancredo, 1:22-cv-01238-JRS-MJD

―――――――――――――――――――――――――

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Evie Tancredo ("Plaintiff") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:22-cv-01238-JRS-MJD filed on June 21, 2022. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: July 21, 2022

                                             Respectfully submitted,

                                             **JOHNSON LAW GROUP**

                                             */s/ Basil E. Adham*
                                             Basil E. Adham, (TX Bar No. 24081742)
                                             2925 Richmond Ave, Suite 1700
                                             Houston, TX 77098
                                             Telephone: (713) 626-9336
                                             Facsimile: (713) 583-9460
                                             E-mail: ivc@johnsonlawgroup.com
                                             ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2022, I electronically transmitted the foregoing Notice of Voluntary Dismissal With Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Basil E. Adham*
Basil E. Adham