UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## DEFENDANTS' NOTICE OF BELLWETHER SUBSTITUTION

On March 30, 2022, Plaintiff Wilson moved to dismiss her case after it was selected as one of two Tulip cases to be tried as bellwethers. Dkt. 21723. On July 20, 2022, the Court entered an order dismissing the case with prejudice. Dkt. 22391. Unfortunately, the dismissal of *Wilson* is but one example of the serial dismissal of bellwether cases. When the Court puts plaintiffs to their proof by setting cases for bellwether trial, they are all too frequently dismissed. This Court's bellwether process – and Cook's right to trial on the merits of these matters – has been substantially frustrated by plaintiffs' serial dismissals.

The Court's bellwether plan now directs the next step: Cook will select the bellwether case that replaces *Wilson*. *See* Dkt. 15887, Fifth Amended Case Management Order #27 at ¶ 13 ("If a bellwether case is voluntarily dismissed, Cook will be permitted to select a replacement bellwether case from the Initial Bellwether Discovery Cases without regard to strikes.").

WHEREFORE, pursuant to Fifth Amended Case Management Order No. 27, and upon the dismissal of *Wilson v. Cook Medical, Inc.*, 1:17-cv-3050-RLY-TAB, Cook notifies the Court and the parties that Cook selects *Scott v. Cook Medical, Inc.*, 1:20-cv-00196-RLY-TAB, for bellwether trial.

Dated: July 22, 2022

        Respectfully Submitted,

        <u>/s/ Jessica Benson Cox</u>
        Andrea Roberts Pierson
        Jessica Benson Cox
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana  46204
        Telephone:	(317) 237-0300
        Facsimile:	(317) 237-1000
        Andrea.Pierson@Faegredrinker.com
        Jessica.Cox@Faegredrinker.com

        James Stephen Bennett
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana  46802
        Telephone:	(260) 424-8000
        Facsimile:	(260) 460-1700
        Stephen.Bennett@Faegredrinker.com

        *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a copy of the foregoing Notice of Bellwether Substitution was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Jessica Benson Cox