IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-RLY-TAB MDL No. 2570 |

This Document Relates to:
Victor Friedman, 1:17-cv-4572-TWP-MJD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook

Incorporated, Cook Medical LLC, and William Cook Europe ApS jointly stipulate that the above-

captioned cases are dismissed with prejudice, with each party to bear its own costs.  Plaintiff may

not refile his case in the Southern District of Indiana or in any jurisdiction.

| | |
|---|---|
| /s/ Basil E. Adham | /s/ Andrea Roberts Pierson |
| Basil E. Adham | Andrea Roberts Pierson |
| TX Bar No 24081742 | FAEGRE DRINKER BIDDLE & REATH LLP |
| JOHNSON LAW GROUP | 300 N. Meridian Street, Suite 2500 |
| 2925 Richmond Ave., Suite 1700 | Indianapolis, IN 46204 |
| Houston, TX 77098 | Telephone: (317) 237-0300 |
| Telephone: (713) 626-9336 | Facsimile: (317) 237-100 |
| Facsimile: (713) 626-3394 | Andrea.pierson@FaegreDrinker.com |
| ivc@johnsonlawgroup.com | |
| | *Attorneys for Defendants Cook Incorporated,* |
| *Attorney for Plaintiffs* | *Cook Medical LLC, & William Cook Europe ApS* |

Dated: July 25, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this July 25, 2022, I electronically transmitted the foregoing using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

*/s/ Basil E. Adham*
Basil E. Adham