IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Riker, Roberta (*deceased*) and Riker, David
(*heir of Roberta Riker*)

Case No. 1:16-cv-00592

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 26, 2022

Shezad Malik
DR. SHEZAD MALIK LAW
    FIRM, PC
Email: malik2law@yahoo.com
2004 Bluebonnet Dr.
Richardson, TX 75082
Phone: (214) 390-3189

***Attorney for Plaintiff***

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE &
    REATH LLP
Email: andrea.pierson@faegredrinker.com
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Facsimile: (317) 237-1000

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson