IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Stein, Joan F., *(deceased)* and Stein, Daniel, *(executor of the estate)*<br><br>Case No. 1:18-cv-00727 | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: 27th day of July 2022.

| | |
|---|---|
| /s/ *Jennifer A. Moore* | /s/ *Andrea Roberts Pierson* |
| Jennifer A. Moore | Andrea Roberts Pierson |
| Ashton Rose Smith | FAEGRE DRINKER BIDDLE & |
| MOORE LAW GROUP, PLLC | REATH LLP |
| Email: jennifer@moorelawgroup.com | Email: andrea.pierson@faegredrinker.com |
| Email: ashton@moorelawgroup.com | 300 North Meridian Street, Suite 2500 |
| 1473 South 4th Street | Indianapolis, IN 46204 |
| Louisville, KY 40208 | Phone: (317) 237-0300 |
| Phone: (502) 717-4080 | Facsimile: (317) 237-1000 |
| Facsimile: (502) 717-4086 | |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

US.351137088.01

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*