# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   ALL PARTIES

Pending Case No(s).[1]

)  1:19-cv-01459
)  1:19-cv-00977
)  1:19-cv-01460
)  1:19-cv-04892
)  1:18-cv-03405
)  1:19-cv-02154
)  1:19-cv-00983
)  1:19-cv-04806
)  1:19-cv-00979
)  1:19-cv-03052

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | C. Moze Cowper | C. Moze Cowper |
| **Law Firm, Company, and/or Agency:** | COWPER LAW LLP | COWPER LAW LLP |
| **Address:** | 10880 Wilshire Blvd. Suite 1840 Los Angeles, CA 90024 | 12301 Wilshire Blvd, Suite 303 Los Angeles, CA 90025 |
| **Primary E-mail:** | mcowper@cowperlaw.com | mcowper@cowperlaw.com |
| **Secondary E-mail(s):** | lhoff@cowperlaw.com | lhoff@cowperlaw.com |
| **Telephone Number:** | 877-529-3707 | 877-529-3707 |
| **Facsimile:** | 877-284-0980 | 877-284-0980 |

Date: 7/22/2022                                                             s/ C. Moze Cowper

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.