# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:21-cv-01031 | 1:22-cv-01403 | 1:22-cv-01428 | 1:22-cv-06829 |
| 1:21-cv-01062 | 1:22-cv-01404 | 1:22-cv-01430 | 1:22-cv-06830 |
| 1:22-cv-01360 | 1:22-cv-01405 | 1:22-cv-01432 | 1:22-cv-06833 |
| 1:22-cv-01380 | 1:22-cv-01409 | 1:22-cv-01437 | 1:22-cv-06835 |
| 1:22-cv-01389 | 1:22-cv-01411 | 1:22-cv-06821 | 1:22-cv-06840 |
| 1:22-cv-01390 | 1:22-cv-01412 | 1:22-cv-06822 | 1:22-cv-06841 |
| 1:22-cv-01392 | 1:22-cv-01413 | 1:22-cv-06823 | 1:22-cv-06844 |
| 1:22-cv-01393 | 1:22-cv-01414 | 1:22-cv-06825 | 1:22-cv-06849 |
| 1:22-cv-01397 | 1:22-cv-01416 | 1:22-cv-06827 | |
| 1:22-cv-01398 | 1:22-cv-01423 | 1:22-cv-06828 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated:        July 28, 2022

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson