IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Mary R. Berard, Case No. 1:18-cv-02462 -RLY-TAB

### ORDER ON JULY 18, 2022, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel July 18, 2022, for a telephonic status conference address Plaintiff's counsel's motion to withdraw.  [Filing Nos. 22037 and 22046.]  Plaintiff failed to appear as ordered.  [Filing No. 22053.]  This matter is set for a telephonic status conference **at 4 p.m. (Eastern Time) on August 25, 2022**, to address Plaintiff's failure to appear and to have Plaintiff show cause, if any, why this action should not be dismissed for her failure to appear and for her failure to respond to her counsel's multiple attempts to communicate with her since October 2021.  Plaintiff is notified that the magistrate judge will recommend dismissal of this action if she fails to appear as ordered.  The conference will be *ex parte* and neither Defendants' representative or counsel should attend.  Plaintiff shall appear by counsel.  The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.  **Plaintiff, Mary R. Berard shall personally participate in this conference by calling Chambers at 317.229.3660**.

Date: 7/28/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Fred Thompson, III and Donald A. Migliori are required to serve Plaintiff, Mary R. Berard.