IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Vanderslice, Terrell, Case No. 1:22-cv-06784

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 4, 2022

| | |
|---|---|
| */s/ Taylor Wright Williams* | */s/ Jessica Benson Cox* |
| Taylor Wright Williams, Esq. | Jessica Benson Cox, Esq. |
| Driggs, Bills & Day PLLC | Faegre Drinker Biddle & Reath LLP |
| 737 East Winchester Street | 300 North Meridian Street, Suite 2500 |
| Salt Lake City, Utah  84107 | Indianapolis, Indiana  46204 |
| Telephone:  (801) 308-9179 | Telephone:  (317) 237-0300 |
| Facsimile:  (801) 752-0607 | Facsimile:  (317) 237-1000 |
| Email: twilliams@advocates.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

 I hereby certify that on the 4th day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

               */s/ Jessica Benson Cox*
               Jessica Benson Cox