IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 04, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Willis, Maynette - 1:16-CV-02185

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, MAYNETTE WILLIS, by and through her undersigned counsel, hereby dismiss this case in its entirety, against all defendants, with prejudice, with each party to bear their own costs.

FLINT COOPER, LLC

By: */s/ Laci M. Whitley*
Laci M. Whitley,
222 East Park St., Suite 500
P.O. Box 189
Edwardsville, Illinois 62025
(618) 288-4777: telephone
(618) 288-2864: facsimile
service@flintfirm.com

*Attorney for the Plaintiff*