AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Marilyn Newcomb | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-00195-RLY-TAB |
| Cook Medical LLC, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Marilyn Newcomb.

Date: 08/04/2022

/s/ Jonathan A. Knoll
*Attorney's signature*

Jonathan A. Knoll (29324-49)
*Printed name and bar number*

Cohen and Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Address*

jknoll@cohenandmalad.com
*E-mail address*

(317) 636-6481
*Telephone number*

(317) 636-2593
*FAX number*