IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 04, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Brian K. Barthalow
Civil Case #1:17-CV-02139

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Brian K. Barthalow and the Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Plaintiff's claims against all Defendants are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: May 5, 2022

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, Esq.
**Faegre Drinker Biddle & Reath LLP**
300 N. Meridian Street
Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-1424
andrea.pierson@faegredrinker.com

*Counsel for Defendants*

*/s/ John C. Duane*
John C. Duane, Esq.
**Motley Rice LLC**
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9237
jduane@motleyrice.com

*Counsel for Plaintiff Brian K. Barthalow*