AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Leo Butler | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:17-cv-00185-RLY-TAB |
| Cook Medical LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Leo Butler                                                                                                           .

Date:   08/04/2022

/s/ Jonathan A. Knoll
*Attorney's signature*

Jonathan A. Knoll (22362-49)
*Printed name and bar number*

Cohen and Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
*Address*

jknoll@cohenandmalad.com
*E-mail address*

(317) 636-6481
*Telephone number*

(317) 636-2593
*FAX number*