APPROVED. Case is dismissed with prejudice.
Dated: Aug 04, 2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Gray, Kathleen - 1:17-cv-02100*

### PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order Number 28 (Dkt. No. 14601), ¶5(a), Plaintiff Kathleen Gray hereby dismisses her case with prejudice.

This dismissal moots the pending Defendants' Motion for Judgment on the Pleadings. Dkt. No. 21935.