*APPROVED. Case is dismissed with prejudice.*
*Dated: Aug 04, 2022*
*RICHARD L. YOUNG, JUDGE*
*United States District Court*
*Southern District of Indiana*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

White, Jerri – Case No. 1:18-cv-00101

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims[1] against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: May 19, 2022

| | |
|---|---|
| */s/ Calle Marie Mendenhall* | */s/ Jessica Benson Cox* |
| Calle Marie Mendenhall, Esq. | Jessica Benson Cox, Esq. |
| Farris Riley & Pitt, LLP | Faegre Drinker Biddle & Reath LLP |
| 505 20th Street North, Suite 1700 | 300 North Meridian Street, Suite 2500 |
| Birmingham, Alabama  35203 | Indianapolis, Indiana  46204 |
| Telephone:  (205) 324-1212 | Telephone:  (317) 237-0300 |
| Facsimile:  (205) 324-1255 | Facsimile:  (317) 237-1000 |
| Email: cmendenhall@frplegal.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

---

[1] The remaining claims in Plaintiff's case are negligent infliction of emotional distress and intentional infliction of emotional distress.  *See* May 10, 2022 Order, Dkt. 21965.