> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 04, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

*Iglewski v. Cook Inc., et al.*
1:17-cv-03003-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's claims against Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: June 3, 2022 | Respectfully submitted, |
| **The Driscoll Firm, LLC** | **Faegre Drinker Biddle & Reath, LLP** |
| By: */s/ John J. Driscoll*<br>John J. Driscoll<br>1311 Avenida Ponce de Leon, 6th Floor<br>San Juan, PR 00907<br>Phone: (314) 932-3232<br>Fax: (314) 932-3233<br>john@jjlegal.com | By: */s/ Andrea Pierson*<br>Andrea Pierson<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com |

1