IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  Aug 04, 2022
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES        Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION         MDL No. 2570

This Document Relates to Plaintiff(s)

Bill Carson, 1:18-cv-02885-RLY-TAB
Drew Markley, 1:20-cv-01539-JMS-DML
Leonard Grosshans, 1:18-cv-01537-RLY-TAB
Elbert Starling, 1:19-cv-02914-JPH-DLP
James Swarthout, 1:19-cv-00965-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs Bill Carson, Drew Markley, Leonard Grosshans, Elbert Starling, James Swarthout (Plaintiffs") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants"). In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: June 8, 2022

Respectfully submitted,

**JOHNSON LAW GROUP**

*/s/ Basil E. Adham*
Basil E. Adham, (TX Bar No. 24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460