IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Nichols, Morris – Case No. 1:22-cv-00517
Dillard, Dana – Case No. 1:22-cv-00525
Cimino, Michael – Case No. 1:22-cv-00527
Wilson, Samuel – Case No. 1:22-cv-00529
Campbell, Laura – Case No. 1:22-cv-00530
Owens, Alaimo – Case No. 1:22-cv-00533

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  August 4, 2022

| | |
|---|---|
| */s/ William Henry Barfield*<br>William Henry Barfield, Esq.<br>McDonald Worley<br>1770 St. James Place, Suite 100<br>Houston, Texas  77056<br>Telephone:  (713) 523-5500<br>Facsimile:  (713) 523-5501<br>Email: bill@mcdonaldworley.com<br><br>**Attorney for Plaintiff** | */s/ Jessica Benson Cox*<br>Jessica Benson Cox, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>Email: jessica.cox@faegredrinker.com<br><br>**Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox