UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) 1:14-ml-02570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to: | ) |

1:19-cv-01409; 1:19-cv-01413; 1:19-cv-01416; 1:19-cv-03181; 1:19-cv-03383; 1:19-cv-03531;
1:19-cv-03660; 1:19-cv-04017; 1:19-cv-04074; 1:19-cv-04093; 1:19-cv-04617; 1:19-cv-04965;
1:20-cv-00107; 1:20-cv-00502; 1:20-cv-00534; 1:20-cv-01002; 1:20-cv-02554; 1:20-cv-02558;
1:20-cv-02897; 1:20-cv-02898; 1:20-cv-03090; 1:20-cv-03279; 1:20-cv-06123; 1:21-cv-00029;
1:21-cv-00040; 1:21-cv-00041; 1:21-cv-00197; 1:21-cv-00343; 1:21-cv-00460; 1:21-cv-00466;
1:21-cv-00500; 1:21-cv-00705; 1:21-cv-00895; 1:21-cv-01344; 1:21-cv-01352; 1:21-cv-01443;
1:21-cv-01481; 1:21-cv-01619; 1:21-cv-01620; 1:21-cv-01685; 1:21-cv-01764; 1:21-cv-01933;
1:21-cv-02337; 1:21-cv-02348; 1:21-cv-06564

**CORRECTED ORDER ON THE COOK DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO CURE PLAINTIFF PROFILE SHEET DEFICIENCIES**
**(Filing No. 20469)**

Pursuant to Federal Rule of Civil Procedure 41(b), Federal Rule of Civil Procedure 37, and Fourth Amended Case Management Order No. 4, Cook Incorporated, Cook Medical LLC, f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook"), request that the Court dismiss those cases in which a completed Plaintiff Profile Sheet ("PPS") has not been submitted.

Accordingly, Cook's Motion to Dismiss is **GRANTED** as to the following cases for failure to cure PPS deficiencies:

| Plaintiff | Cause Number |
|---|---|
| Layson, Tammy | 1:19-cv-03181 |
| Feagins, Sarah | 1:19-cv-03383 |
| Harris, Hortentia | 1:19-cv-03531 |
| Anguiano, Oscar | 1:19-cv-03660 |
| Simko, Stephanie | 1:19-cv-04017 |
| Witherspoon, Ronald | 1:19-cv-04093 |

| | |
|---|---|
| Sears, Michelle and Keith | 1:19-cv-04617 |
| Brown, Vivian | 1:20-cv-00107 |
| Gomez, Luz A. | 1:20-cv-00502 |
| Tkachyk, William [ESTATE OF] | 1:20-cv-00534 |
| Allen, Shawn (NV) | 1:20-cv-01002 |
| Jenkins, Steve | 1:20-cv-02558 |
| Barr, Margaret and William | 1:20-cv-02898 |
| Shank, Franklin | 1:21-cv-00029 |
| Larner, Sharon | 1:21-cv-00460 |
| Smith, Shirley | 1:21-cv-00705 |
| Mincy, Billy | 1:21-cv-00895 |
| Roberson, Gary Lee | 1:21-cv-01481 |
| Letteau, Deborah | 1:21-cv-01764 |
| Carlson, Stephanie | 1:21-cv-02348 |

The following cases are **DENIED AS MOOT** as they were dismissed by prior order:

| | |
|---|---|
| Bawner, Eleanor Carter | 1:20-cv-03279 |
| Aguilar, Arthur Cornell | 1:21-cv-00040 |
| Bevis, Victor | 1:21-cv-00466 |
| Daniels, Dina | 1:21-cv-01344 |
| Dixon, Veronica | 1:21-cv-01352 |
| Dill, Kimberly | 1:21-cv-01619 |
| Curti, Christine and Kevin | 1:21-cv-01620 |
| Drakeford, Carrie Jean | 1:21-cv-01685 |

Cook's Motion to Dismiss is **DENIED** as to the following cases as they have cured their

PPS deficiencies:

| | |
|---|---|
| Simmons, Roberta | 1:19-cv-01409 |
| Parks, Paulette | 1:19-cv-01413 |
| Daniels, Iris | 1:19-cv-01416 |
| Booth, Cheryl | 1:19-cv-04074 |
| McNew, David | 1:19-cv-04965 |
| Whiteside, Nikia | 1:20-cv-02554 |
| Davis, Jessica | 1:20-cv-02897 |
| Betz, Bruce Dale | 1:20-cv-03090 |
| Hargrove, Laray | 1:20-cv-06123 |
| Bergeron, Lynne | 1:21-cv-00041 |

| Balistreri, Steve (ESTATE OF) | 1:21-cv-00197 |
|---|---|
| Augsburger, Paul | 1:21-cv-00343 |
| Adkins, Pennie | 1:21-cv-00500 |
| Sims, Kristy | 1:21-cv-01443 |
| Matejek, Leslie | 1:21-cv-01933 |
| Mitchell, James | 1:21-cv-02337 |
| Benson, Howard | 1:21-cv-06564 |

The following cases, which were previously dismissed, are hereby **REOPENED**:

| Booth, Cheryl | 1:19-cv-04074 |
|---|---|
| McNew, David | 1:19-cv-04965 |
| Whiteside, Nikia | 1:20-cv-02554 |
| Davis, Jessica | 1:20-cv-02897 |
| Betz, Bruce Dale | 1:20-cv-03090 |
| Hargrove, Laray | 1:20-cv-06123 |
| Bergeron, Lynne | 1:21-cv-00041 |
| Balistreri, Steve (ESTATE OF) | 1:21-cv-00197 |
| Augsburger, Paul | 1:21-cv-00343 |
| Adkins, Pennie | 1:21-cv-00500 |
| Sims, Kristy | 1:21-cv-01443 |
| Matejek, Leslie | 1:21-cv-01933 |
| Mitchell, James | 1:21-cv-02337 |
| Benson, Howard | 1:21-cv-06564 |

All parties shall bear their own fees and costs.

**SO ORDERED** this 9th day of August 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.