# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Leonard Holling</u>

Civil Case # 1:22-cv-06787-RLY-TAB

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED SHORT FORM COMPLAINT

Plaintiff Leonard Holling, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to grant Plaintiff leave to file the attached Second Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. A party may amend his or her pleading by leave of the Court, and "[t]he court shall freely give leave when justice so requires," Fed. R. Civ. P. 15(a).

2. A party may amend the pleadings as may be necessary and "at any time"--"to conform them to the evidence," Fed. R. Civ. P. 15(b).

3. Plaintiff requests leave to amend the pleadings to conform them to the evidence.

4. Plaintiff specifically requests leave to amend the complaint to reflect the correct date of his implantation of the Cook Celect IVC Filter, which is in his sworn responses to the previously submitted Plaintiff's Profile Sheet.

5.  This is Plaintiff's first request for leave to amend his complaint and counsel for Defendants are unopposed to the relief sought herein. The proposed Second Amended Short Form Complaint is attached as *Exhibit "A."*

6.  A proposed order is attached hereto.

Dated:  August 9, 2022.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
Thomas Wm. Arbon, TX Bar No. 01284275
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
bmartin@martinbaughman.com
tarbon@martinbaughman.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin