# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

Leonard Holling

Civil Case # 1:22-cv-06787-RLY-TAB

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Leonard Holling

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   IL

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   IL _____

6. Plaintiff's/Deceased Party's current state of residence:

   IL _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Northern District of Illinois, Eastern Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐   Günther Tulip® Vena Cava Filter

    ☒   Cook Celect® Vena Cava Filter

    ☐   Gunther Tulip Mreye

    ☐   Cook Celect Platinum

    ☐   Other:

    _____

11. Date of Implantation as to each product:

    2004 _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    AMITA Health Alexian Brothers Medical Center _____

    Elk Grove, IL _____

13. Implanting Physician(s):

    Unknown _____

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒   Count I:      Strict Products Liability – Failure to Warn

    ☒   Count II:     Strict Products Liability – Design Defect

    ☒   Count III:    Negligence

    ☒   Count IV:     Negligence Per Se

3

☒   Count V:        Breach of Express Warranty

☒   Count VI:       Breach of Implied Warranty

☒   Count VII: Violations of Applicable _____IL_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:     Loss of Consortium

☐   Count IX:       Wrongful Death

☐   Count X:        Survival

☒   Count XI:       Punitive Damages

☐   Other:          _____

(please state the facts supporting this Count in the space, immediately below)

☒   Other:          _Fraudulent Concealment_____

(please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent

Concealment are included in Exhibit "A" which is incorporated by reference

herein.

_____

_____

15. Attorney(s) for Plaintiff(s):

Ben C. Martin_____

Thomas Wm. Arbon_____

_____

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, Bar No. 13052400

Thomas Wm. Arbon, Bar No. 01284275


RESPECTFULLY SUBMITTED this 9th____ day of _August_____ 2022____ .

> /s/ Ben C. Martin
> Ben C. Martin, Esquire (TX Bar No. 13052400)
> **MARTIN | BAUGHMAN, PLLC**
> 3141 Hood Street, Suite 600
> Dallas, TX  75219
> Telephone:  214.761.6614
> Facsimile:  214.744.7590
> bmartin@martinbaughman.com
>
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 9, 2022</u>, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


<u>*/s/ Ben C. Martin*</u>
Ben C. Martin