IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Leonard Holling</u>

Civil Case # 1:22-cv-06787-RLY-TAB

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED SHORT FORM COMPLAINT**

ON THIS DAY came for consideration Plaintiff Leonard Holling's Motion to Amend and Leave to File a Second Amended Short Form Complaint.  Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and (2) the Second Amended Short Form Complaint is hereby deemed filed.

**SO ORDERED** this _____ day of _____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.