# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Alex Souza

Civil Case # 1:21-cv-06443-RLY-TAB

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Plaintiff Alex Souza's Motion to Amend and Leave to File a Second Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and (2) the Second Amended Short Form Complaint is hereby deemed filed.

**SO ORDERED** this _____ day of _____, 2022.

                                                                         _____
                                                                         RICHARD L. YOUNG, JUDGE
                                                                         United States District Court
                                                                         Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.