# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daniel E. Dyer

Civil Case # 1:22-cv-6845-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 8/9/22

                                                          Respectfully submitted,

                                                        */s/ Jennifer Rethemeier*
                                                        Jennifer Rethemeier
                                                        (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                                        **DALIMONTE RUEB STOLLER, LLP**
                                                        2425 E. Camelback Road, Suite 500
                                                       Phoenix, Arizona 85016
                                                        Tel: (602) 892-0341
                                                        Fax: (855) 203-2035
                                                        jennifer.rethemeier@drlawllp.com

                                                        ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                     */s/ Jennifer Rethemeier*
                                                     Jennifer Rethemeier