IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Alex Souza

Civil Case # 1:21-cv-06443-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED SHORT FORM COMPLAINT**

ON THIS DAY came for consideration Plaintiff Alex Souza's Motion to Amend and Leave to File a Second Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion [Filing No. 22501] shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Second Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 8/10/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.