IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Plaintiffs listed in Exhibit A

---

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with prejudice. Each party shall bear its own costs.

SO ORDERED this 10th day of August 2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

# EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Jeffrey, Rico | 1:16-cv-00190 |
| Dotsy, Tanesha | 1:16-cv-00219 |
| Holcomb, Richard K. | 1:16-cv-00220 |
| Kirk, Billy J. | 1:16-cv-00250 |
| Lawson, Patricia Jean | 1:16-cv-01951 |
| Harrelson, William J. | 1:17-cv-01918 |
| Harris, John W. | 1:17-cv-01919 |
| Hewett, Kimberly A. | 1:17-cv-01922 |
| Hiser, Patricia | 1:17-cv-01924 |
| Horhn, Johnnie L. | 1:17-cv-01935 |
| Howard, Elaine Y. | 1:17-cv-01936 |
| Hubert, George F. | 1:17-cv-01939 |
| Killeen, Jacqueline | 1:17-cv-01946 |
| Kinney, Tiffany L. | 1:17-cv-01947 |
| Kirkwood, Kevin A. | 1:17-cv-01948 |
| Lawson, Karen D. | 1:17-cv-01950 |
| Hadley, Douglas V. | 1:17-cv-02063 |
| Hairston, Marlene L. | 1:17-cv-02064 |
| Kroner, Harold | 1:17-cv-02159 |
| Haines, Thomas C. | 1:17-cv-03161 |
| Hill, Rodney H. | 1:17-cv-03162 |
| Hooks, Alice F. | 1:17-cv-03165 |
| Jackson, Linda M. | 1:17-cv-03166 |
| Johns, Kevin L. | 1:17-cv-03167 |
| Guthrie, David P. Jr. | 1:17-cv-03454 |
| Howard, Maurice G. | 1:17-cv-03738 |
| Kemokai, Musu | 1:17-cv-03769 |
| Hudson, Robert A. | 1:17-cv-03778 |
| Hughes, Barbara L. | 1:17-cv-03787 |
| Kiselica, Enver | 1:17-cv-03800 |
| King, Dorothy V. | 1:17-cv-03810 |
| King, Charisse | 1:17-cv-03841 |
| LaRue, Joshua | 1:17-cv-03846 |
| Johnson, Tiffany L. | 1:17-cv-03897 |
| Lambert, Sue E. | 1:17-cv-03905 |
| Lambert, Johnnie R. | 1:17-cv-03929 |
| Horton, Teresa | 1:17-cv-03930 |
| Hale, Michael | 1:17-cv-04052 |

| | |
|---|---|
| Keenan, Carol | 1:17-cv-04118 |
| Hensley, Kay M. | 1:17-cv-04120 |
| Hawk, Derek A. | 1:17-cv-04134 |
| Heinzel, Kurt W. | 1:17-cv-04178 |
| Hillard, Lewis E. | 1:17-cv-04188 |
| Harris, Charlie M. | 1:17-cv-04224 |
| Jones, Alicia M. | 1:17-cv-04226 |
| Hamersly, Timothy M. | 1:17-cv-04235 |
| Kelly-Hall, Cynthia T. | 1:17-cv-04258 |
| Kleinschmidt, Timothy A. | 1:17-cv-04259 |
| Jackson, Ida H. | 1:17-cv-04280 |
| Haag, Marilyn | 1:17-cv-04284 |
| Hanon, Robert E. | 1:17-cv-04289 |
| Hollis, Eddie C. | 1:17-cv-04290 |
| Killian, Marilyn E. | 1:17-cv-04447 |
| Guglielmoni, Brett | 1:18-cv-00661 |
| Jones, Joann | 1:18-cv-00664 |
| Hannon, Nerissa | 1:18-cv-00709 |
| Harkleroad, David | 1:18-cv-00710 |
| Hauk, Jamie | 1:18-cv-00712 |
| Holder, Christi M. | 1:18-cv-00713 |
| Hornsby, Angela | 1:18-cv-00714 |
| Hutchinson, Ricky | 1:18-cv-00742 |
| Johnson, Pamela | 1:18-cv-00744 |
| Lafferty, Deborah | 1:18-cv-00935 |
| Lara, Joann | 1:18-cv-01439 |
| Hensley, Deborah | 1:18-cv-03888 |
| Hauck, Louis | 1:19-cv-01331 |
| Guillen, Arturo E. | 1:19-cv-01627 |
| Hern, William | 1:19-cv-01652 |
| Harper, James G. | 1:19-cv-01713 |
| Hollman, Ilene | 1:19-cv-01722 |
| Gunn, Willie Lee | 1:19-cv-01814 |
| Hobson, Issac Lee | 1:19-cv-02095 |
| Klimke, Donald W. | 1:19-cv-02534 |
| Henderson, Cornelius | 1:19-cv-02538 |
| Ketner, Brian Joseph | 1:19-cv-02600 |
| Harvey, Darin | 1:19-cv-02642 |
| Landis, Elizabeth Hilda | 1:19-cv-02645 |
| Kilbury, Candace | 1:19-cv-02746 |
| King, Larry Allan | 1:19-cv-02766 |

| | |
|---|---|
| Harms, Arthur | 1:19-cv-02774 |
| Hunter, Jack Edwin | 1:19-cv-02886 |
| Keaton, Charles Joe | 1:19-cv-03058 |
| Johnson, Darrin B. | 1:19-cv-03212 |
| Hayes, Wanda M. | 1:19-cv-03239 |
| Hunter, Richard Stewart | 1:19-cv-03241 |
| Hamer, Glenna O. | 1:19-cv-03306 |
| Gulley, Hubert Glen | 1:19-cv-03359 |
| Jones, Renea L. | 1:19-cv-03362 |
| Hohman, Richard Gene | 1:19-cv-03380 |
| Johnson, Andra D. | 1:19-cv-03430 |
| Jerd, John Douglas | 1:19-cv-03529 |
| Houlton, Goldie | 1:19-cv-03624 |
| Johnson, Jennifer Ann | 1:19-cv-03746 |
| Jones, Micaela | 1:19-cv-04736 |
| Hanson, Terrence Mylen | 1:19-cv-04862 |
| Jenkins, Leverne Charman | 1:20-cv-00500 |
| Hinson, Sarah Elizabeth | 1:20-cv-00503 |
| Jones, Merrel | 1:20-cv-00692 |
| Hannan, Douglas Paul | 1:20-cv-02638 |
| Kirk, Marilynn | 1:20-cv-03243 |