IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Plaintiff Demands a Trial by Jury

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

## SUGGESTION OF DEATH AND UNOPPOSED MOTION
## TO SUBSTITUTE PLAINTIFF

Pursuant to Federal Rules of Civil Procedure, Rules 15 and 25, Plaintiff moves this Court for leave to amend her Complaint in the above captioned action and, in support, states as follows:

1.      "A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).

2.      Plaintiff Clara Keister (hereinafter the "decedent"), died on December 31, 2021. *See* Ex. A, *Death Certificate of Clara Keister.*

3.      Joseph P. Keister is decedent's son.

4.      Joseph P. Keister was appointed as the Administrator of the Estate of Clara Jane Keister on July 19, 2022 and is prepared to continue this action in his capacity as Personal Representative of the Estate. *See* Ex. B, copy of *Letters of Administration.*

5.      This Court should allow this motion to substitute Plaintiff to reflect the proper plaintiff as Joseph P. Keister, as Administrator of the Estate of Clara Jane Keister.

6.      Plaintiff has communicated with the Cook Defendants to seek their assent to this motion.  Defendants do not oppose this motion.

Respectfully submitted,


*/s/ Steven B. Rotman*
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com
*Counsel for Plaintiff*


Dated: August 11, 2022

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 11, 2022, the foregoing was filed electronically and notice of the

filing accordingly will be sent to all required parties by operation of the Court.


*/s/ Steven B. Rotman*
Steven B. Rotman