# EXHIBIT B

# CERTIFICATE/LETTER OF QUALIFICATION - FOR PROSECUTION OR DEFENSE OF CIVIL ACTION

Will File No. **2022-425**

COMMONWEALTH OF VIRGINIA
VA. CODE §§ 64.2-454

**Rockingham County** Circuit Court

I, Rebekah Carter, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **July 19, 2022**
DATE

**Joseph P. Keister Administrator**,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this Court, under the provisions of Virginia Code § 64.2-454, as administrator of the estate of

**Clara Jane Keister**, deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act.

The powers of the fiduciary(ies) named above continue in full force and effect.

**$100.00** bond has been posted.

Given under my hand and the seal of this Court on

**July 19, 2022**
DATE

**Chaz W. Haywood**, Clerk

by _Rebekah Carter_, Deputy Clerk