IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF**

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Substitute Plaintiff pursuant to Fed. R. Civ. P. 25(a)(1), and for good cause shown,

IT IS HEREBY on this _____ day of _____, 2022

ORDERED that Plaintiff's Unopposed Motion to Substitute Plaintiff is granted.

**IT IS SO ORDERED.**

By: _____
     JUDGE