IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:
Plaintiffs listed in Exhibit A

---

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice. The

Complaint of Plaintiffs' listed in Exhibit A attached hereto are hereby dismissed in entirety, with

prejudice. Each party shall bear its own costs.

SO ORDERED this 11th day of August 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

# EXHIBIT A

| Plaintiff Name | Case No. |
|---|---|
| Ariwite, Jennifer | 1:16-cv-00183 |
| Bailey, Mickey | 1:16-cv-00218 |
| Clinger, Randy L. | 1:16-cv-00221 |
| Callahan, Patricia A. | 1:16-cv-00247 |
| Bragg, Vaughn Keith | 1:16-cv-01941 |
| Britton, Aaron L. | 1:16-cv-01943 |
| Brock, Michael D. | 1:16-cv-01944 |
| Adams, Paulette S. | 1:16-cv-02220 |
| Beach, Lela J. [ESTATE] | 1:17-cv-01957 |
| Abraham, Carol L. | 1:17-cv-01963 |
| Barnes, Gerald | 1:17-cv-01975 |
| Boseman, Vivian L. | 1:17-cv-01990 |
| Bradshaw, Eric N. | 1:17-cv-01992 |
| Bronson, Edward | 1:17-cv-02087 |
| Brooks, Coralie A. | 1:17-cv-02088 |
| Brown, Roy W. | 1:17-cv-02089 |
| Carr, Shanyse L. | 1:17-cv-02090 |
| Adesina, Abideen | 1:17-cv-03123 |
| Awad, Belal A. | 1:17-cv-03125 |
| Boyd, Shaunda | 1:17-cv-03128 |
| Bryant, Alesia | 1:17-cv-03131 |
| Camacho, Joni | 1:17-cv-03133 |
| Condon, Dianne | 1:17-cv-03134 |
| Barrera, Daniella | 1:17-cv-03179 |
| Campbell, Chiquita L. | 1:17-cv-03181 |
| Clark, Eric | 1:17-cv-03182 |
| Conley, Germaine L. | 1:17-cv-03183 |
| Brown, Ruthie M. | 1:17-cv-03702 |
| Congdon, David J. | 1:17-cv-03709 |
| Cirincione, Michael J. | 1:17-cv-03711 |
| Atkins, Adrian D. | 1:17-cv-03727 |
| Coleman, Michelle N. | 1:17-cv-03731 |
| Burns, Donna J. | 1:17-cv-03835 |
| Conlon, Kathy F. | 1:17-cv-03844 |
| Caspoli, Marco E. | 1:17-cv-03893 |
| Alhilali, Crystal | 1:17-cv-03904 |
| Anderson, Deloris | 1:17-cv-03907 |
| Barnwell, Arthur Sr. | 1:17-cv-03932 |

| | |
|---|---|
| Clark, Sandra J. | 1:17-cv-04054 |
| Burpee, Patrick | 1:17-cv-04055 |
| Chesnutt, Michael D. | 1:17-cv-04058 |
| Benson, Susan M. | 1:17-cv-04061 |
| Cates, John O. | 1:17-cv-04082 |
| Biggs, Paul K. | 1:17-cv-04084 |
| Ballaine, Colten | 1:17-cv-04115 |
| Bagley, Alfred | 1:17-cv-04138 |
| Anthony, Joe | 1:17-cv-04139 |
| Chatmon, Anthony B. | 1:17-cv-04228 |
| Carpenter, Conrad F. | 1:17-cv-04230 |
| Berry, Timothy D. | 1:17-cv-04237 |
| Beck, Cherie | 1:17-cv-04247 |
| Brown, Kimberly T. | 1:17-cv-04251 |
| Bryant, Beverly H. | 1:17-cv-04252 |
| Brooks, Brian A. | 1:17-cv-04285 |
| Brown, Steve | 1:17-cv-04317 |
| Bowen, Kathleen M. | 1:17-cv-04448 |
| Bialas, Monika H. | 1:17-cv-04450 |
| Aultman, Ella F. | 1:17-cv-04455 |
| Bredall, Susanne M. | 1:17-cv-04458 |
| Ayala, Maria M. | 1:17-cv-04514 |
| Ashe, Bryant | 1:18-cv-00579 |
| Campos, Paul | 1:18-cv-00584 |
| Cathey, Pamela | 1:18-cv-00599 |
| Adeniyi, Isaac O. | 1:18-cv-01074 |
| Anderson, Zita F. | 1:18-cv-01075 |
| Autery, Neal L. | 1:18-cv-01076 |
| Benitez, David C. | 1:18-cv-01079 |
| Betterly, Martha J. | 1:18-cv-01106 |
| Blanton, Sherry L. | 1:18-cv-01107 |
| Boyd, LaVonne | 1:18-cv-01108 |
| Comer, Tony A. | 1:18-cv-01112 |
| Bloss, Walter L. | 1:18-cv-01314 |
| Althouse, Ira A. | 1:18-cv-01465 |
| Campagne, Agnes R. | 1:19-cv-00238 |
| Bentley, Denise S. | 1:19-cv-01284 |
| Baird, Janet K. | 1:19-cv-01363 |
| Allenbaugh, Judith Ann | 1:19-cv-01389 |
| Boros, Kathleen L. | 1:19-cv-01552 |
| Chism, Tina Louise | 1:19-cv-01658 |

| | |
|---|---|
| Bowles, Walter | 1:19-cv-01691 |
| Clark, Jon D. | 1:19-cv-01719 |
| Clark, Cathy Dixon | 1:19-cv-02299 |
| Clements, Scott White | 1:19-cv-02606 |
| Allegier, Rick Lee | 1:19-cv-02636 |
| Bruso, Cynthia | 1:19-cv-02683 |
| Capala, Maria A. | 1:19-cv-02764 |
| Bowman, Lottie M. | 1:19-cv-03026 |
| Adams, Robert Eugene | 1:19-cv-03028 |
| Conforti, Diane Marie | 1:19-cv-03113 |
| Bradley, Derek Lee | 1:19-cv-03130 |
| Barfield, Gail Yvonne | 1:19-cv-03170 |
| Brown, Sharon Lee | 1:19-cv-03171 |
| Anderson, Rachel Earl | 1:19-cv-03208 |
| Chambers, April S. | 1:19-cv-03211 |
| Bales, Tommy Dirk | 1:19-cv-03243 |
| Bega, Darrin C. | 1:19-cv-03304 |
| Allen, Willie Ruth | 1:19-cv-03559 |
| Bailey, David Scott | 1:19-cv-03686 |
| Armstrong, Roger Blair | 1:19-cv-04475 |
| Byers-Opoka, Arlene | 1:19-cv-04525 |