# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:22-cv-01017 | 1:22-cv-01447 | 1:22-cv-06823 |
| 1:22-cv-01040 | 1:22-cv-01470 | 1:22-cv-06836 |
| 1:22-cv-01299 | 1:22-cv-01510 | 1:22-cv-06837 |
| 1:22-cv-01300 | 1:22-cv-01513 | 1:22-cv-06838 |
| 1:22-cv-01312 | 1:22-cv-01517 | 1:22-cv-06842 |
| 1:22-cv-01325 | | 1:22-cv-06843 |
| 1:22-cv-01346 | | 1:22-cv-06845 |
| 1:22-cv-01347 | | 1:22-cv-06846 |
| 1:22-cv-01373 | | 1:22-cv-06848 |
| 1:22-cv-01440 | | 1:22-cv-06856 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: August 15, 2022

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson