IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sarah E. Windley 1:22-cv-06771-RLY-TAB

## MOTION TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rule 15, Plaintiff moves this Court to amend her Short Form Complaint (Dkt. 21896; "SFC") in the above captioned action and, in support, states as follows:

1. A party may amend her pleading "[w]ith … the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. A party may also amend the pleadings as may be necessary "at any time" "to conform them to the evidence." Fed. R. Civ. P. 15(b)(2).

3. Plaintiff listed her implant date on her SFC as "04/11/2011" on page three in section 11.

4. Plaintiff's actual date of implant was 04/08/2011.

5. Plaintiff seeks to amend her SFC to clarify that her Cook IVC filter was implanted on 04/08/2011.

6. The proposed Amended Short Form Complaint is attached as Exhibit A.

7. No prejudice would result from this amendment.

Respectfully submitted,

/s/Jennifer Rethemeier
Jennifer Rethemeier
(Admitted Pro Hac Vice, AZ Bar No. 031398)
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
jennifer.rethemeier@drlawllp.com

*Lead Counsel for Plaintiff*

Dated: August 16, 2022

## **CERTIFICATE OF SERVICE**

    I certify that on August 16, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.


        */s/Jennifer Rethemeier*
        Jennifer Rethemeier