IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : Paul Cornett

Civil Case  No.: 1:16-cv-2123

## MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff, Paul Cornett, respectfully moves this Court to grant leave to file the attached First Amended Short Form Complaint attached hereto as Exhibit 1.  In support of this Motion, movant states as follows:

1. Plaintiff anticipates that Defendants will be filing a motion to dismiss pursuant to CMO-28, Statute of Repose defense;

2. Plaintiff wishes to add additional key facts regarding injuries and accrual notice supporting his claims of timely filing of his case pursuant to the exception set out in Ind. Code § 34-20-3-1[b][2];

3. Plaintiff wishes to add additional key facts regarding Waiver of Express and implied Warranties by Defendants and latent disease exceptions

WHEREFORE, Plaintiff prays for the following relief:  [1] the Court grant leave to file the attached First Amended Short Form Complaint; and [2] the Court deem the attached First Amended Short Form Complaint filed instanter.  A Proposed Order is attached hereto.

Date:  August 18, 2022                    Respectfully submitted,

**THE DUDLEY LAW FIRM, LLC**

By: */s/ Elizabeth Dudley*
Elizabeth Dudley (KS Bar No. 21582)
(admitted *pro hac vice*)
**The Dudley Law Firm, LLC**
23438 SW Pilot Point Rd
Douglass, Ks  67039
(316) 746-3969
(316) 746-3922 (fax)
Liz@lizdudleylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/ s/ Elizabeth Dudley