

# Günther Tulip™
### VENA CAVA FILTER



## Leave it or retrieve it, but use the filter you can trust.

**TRUSTED LINE**
The industry's most comprehensive, most trusted IVC filter line, including the world's first optional filter.

**SIMPLE PLACEMENT**
Tulip's unique hook enables accurate and simple jugular placement…and superior retrievability.

**SECURE FIXATION**
Specially designed anchors to achieve strong caval fixation.



# Günther Tulip™
## VENA CAVA FILTER



Now available with NavAlign™ delivery
- Hemostatic valve
- Added safety mechanism with one-push filter delivery
- Femoral and jugular delivery options
- Femoral option includes tactile bump indicating filter is fully advanced
- NavAlign multipurpose dilator includes radiopaque sizing bands and flush sideports

| Global Product Number | Order Number | Filter Maximum Diameter mm | Filter Length mm | Introducer Sheath Fr | Introducer Sheath Length cm |
|---|---|---|---|---|---|
| **Femoral** | | | | | |
| G52917 | IGTCFS-65-1-FEM-TULIP | 30 | 50 | 7.0 | 65 |
| **Jugular** | | | | | |
| G52916 | IGTCFS-65-1-JUG-TULIP | 30 | 50 | 7.0 | 65 |
| **UniSet** | | | | | |
| G52918 | IGTCFS-65-1-UNI-TULIP | 30 | 50 | 7.0 | 65 |

| Global Product Number | Order Number | Retrieval Loop System Catheter Fr | Retrieval Loop System Length cm | Retrieval Sheath Fr | Retrieval Sheath Length cm |
|---|---|---|---|---|---|
| **Günther Tulip Vena Cava Filter Retrieval Set (Filter Not Included)*** | | | | | |
| G13287 | GTRS-200-RB | 6.3 | 80 | 11.0 | 60 |

*Set contains the following: coaxial sheath system, retrieval loop system, Coons dilator, needle, wire guide and three-way stopcock.



www.cookmedical.com

COOK MEDICAL INCORPORATED
P.O. Box 4195, Bloomington, IN 47402-4195 U.S.A.
Phone: 812.339.2235, Toll Free: 800.457.4500, Toll Free Fax: 800.554.8335

COOK (CANADA) INC.
111 Sandiford Drive, Stouffville, Ontario, L4A 7X5 CANADA
Phone: 905.640.7110, Toll Free: 800.668.0300

WILLIAM A. COOK AUSTRALIA PTY. LTD.
95 Brandl Street, Brisbane Technology Park, Eight Mile Plains
Brisbane, QLD 4113 AUSTRALIA, Phone: +61 7 3841 1188

WILLIAM COOK EUROPE ApS
Sandet 6, DK-4632, Bjaeverskov, DENMARK, Phone: +45 56 86 86 86

© COOK 2009      PIV-BM-GTVCFNDS-EN-200909

AORTIC INTERVENTION | CARDIOLOGY | CRITICAL CARE | ENDOSCOPY | INTERVENTIONAL RADIOLOGY | **PERIPHERAL INTERVENTION** | SURGERY | UROLOGY | WOMEN'S HEALTH