IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : **Paul Cornett**

Civil Case <u>1:16-cv-2123</u>

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED-SHORT FORM COMPLAINT**

ON THIS DAY came for consideration **Paul Cornett's** Motion for Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: [1] Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and [2] the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

Dated this _____ day of _____, 2022

SO ORDERED:_____