**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

This Document Relates to:

Kathleen Kennedy

Civil Case # 1:22-cv-6851-RLY-TAB

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this

case on behalf of Plaintiff set forth in the above referenced matter.

                                                  Respectively submitted,

                                                  */s/ Jennifer Rethemeier*
Dated: 8/19/22                                    Jennifer Rethemeier
                                                  (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                                  **DALIMONTE RUEB STOLLER, LLP**
                                                  2425 E. Camelback Road, Suite 500
                                                  Phoenix, Arizona 85016
                                                  Tel: (602) 892-0341
                                                  Fax: (855) 203-2035
                                                  jennifer.rethemeier@drlawllp.com

                                                  ***Lead Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2022, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


*/s/ Jennifer Rethemeier*

Jennifer Rethemeier