# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: Cook IVC Filters<br>Products Liability Litigation | Civil No. 1:14-ml-2570<br><br>**NOTICE OF WITHDRAWAL AND<br>SUBSTITUTION OF COUNSEL** |

This Document Relates to:

    All Actions listed in Exhibit A attached hereto.

    PLEASE TAKE NOTICE that, pursuant to Rule 83-7(c) of the Local Rules of the United States District Court for the Southern District of Indiana, the undersigned attorney hereby notifies the Court that Don K. Ledgard is no longer with the firm Capretz & Associates and is withdrawing his appearance of all Plaintiffs in Exhibit A and counsel Julie Lim, of Capretz & Associates hereby gives her appearance as counsel in connection with the above-referenced action. It is respectfully requested that Julie Lim replace Don K. Ledgard as attorney of record for Plaintiffs.

Dated: __August 20, 2022_____   /s/ Julie Lim_____
                                                                           Julie Lim, Esq.
                                                                          CAPRETZ & ASSOCIATES
                                                                          4667 MacArthur Blvd., Suite 310
                                                                          Newport Beach, CA 92660
                                                                          Telephone: (949) 724-3000
                                                                          Facsimile: (949) 757-2635
                                                                          julie@capretz.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2022, the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUION OF COUNSEL was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

Date:  August 20, 2022

Respectfully submitted by:
/s/ Julie Lim_____
Julie Lim, Esq.
CAPRETZ & ASSOCIATES
4667 MacArthur Blvd., Suite 310
Newport Beach, CA 92660
Telephone:  (949) 724-3000
Facsimile:  (949) 757-2635
julie@capretz.com

## **EXHIBIT A**

| | |
|---|---|
| Peter Alfaro v. Cook IVC Filters | 1:18-cv-620 |
| Denise Ybarra v. Cook IVC Filters | 1:17-cv-3890 |