# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Autumne Bowens-Johnson**
**Civil Case No.: 1:19-cv-01398**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Autumne Bowens-Johnson, died on or about July 02, 2020.

Dated: August 24, 2022                                        Respectfully Submitted,

**FLINT COOPER, LLC**

By: *Laci Whitley*
Laci M. Whitley IL Bar No. 6314263
Attorney for Plaintiff
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintcooper.com