IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
Plaintiff(s): Autumne Bowens-Johnson
Civil Case No.: 1:19-cv-01398

**MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

**COMES NOW**, MICHAEL BOWENS, personal representative of the Estate of Autumne Bowens-Johnson, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Michael Bowens as personal representative of the Estate of Autumne Bowens-Johnson (deceased), for Plaintiff Autumne Bowens-Johnson and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Autumne Bowens-Johnson filed a Short Form Complaint for this action in this Court on April 05, 2019.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about April 15, 2019, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On July 02, 2020, Plaintiff Autumne Bowens-Johnson passed away from acute hypoxic respiratory failure, acute chronic heart failure and cerebral infarct.

4. Autumne Bowens-Johnson's action against Defendants survives her death and is not extinguished.

5. See about NOK paperwork – Exhibit A.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Michael Bowens, as personal representative of the Estate of Autumne Bowens-Johnson, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Michael Bowens, as personal representative of the Estate of Autumne Bowens-Johnson, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Autumne Bowens-Johnson is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Michael Bowens, as personal representative of the Estate of Autumne Bowens-Johnson, deceased, as Party Plaintiff for Autumne Bowens-Johnson; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-01398-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: August 24, 2022                        Respectfully Submitted,

                                          **FLINT COOPER, LLC**

                                          /s/  Laci M. Whitley
                                          Laci M. Whitley (IL6314263)
                                          Attorney for Plaintiffs
                                          222 East Park Street, Suite 500
                                          Edwardsville, IL 62025
                                          Phone: (618) 288-4777
                                          Fax: (618) 288-2864
                                          lwhitley@flintcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                                Laci M. Whitley
                                                                Attorney for Plaintiff