# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned,

__Michael Keith Deshaun Bowens__ ("affiant") residing at

_____

is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, __Michael K. D. Bowens__, can state as truth that:

1. I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named __Autumne Monique Bowens-Johnson__

2. There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3. I am of sound mind.

4. I have not been coached or coerced in any way concerning this testimony and affidavit.

5. My relationship to decedent is: __SON__.

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this __16th__ day of __August__, __2022__

__MB__                          __Michael Bowens__
Signature of Affiant            Print Name of Affiant

__8433 Dexter Ave Detroit MI 48206__
Address of Affiant

STATE OF __Michigan__   COUNTY OF __WAYNE__

In __Detroit__, on the __16th__ day of __August__, 20__22__, before me, a Notary Public in and for the above state and County __Wayne__, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced: __Dr State ID__   Affiant ___ is __✓__ is not personally known to me

__Yolanda Maria Lockett__
NOTARY PUBLIC

My Commission Expires: __6·18·2025__   (SEAL)

YOLANDA MARIA LOCKETT
Notary Public - State of Michigan
County of Wayne
My Commission Expires Jun 18, 2025
Acting in the County of __Wayne__