# EXHIBIT C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Autumne Bowens-Johnson**
**Civil Case No.: 1:19-cv-01398**

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Michael Bowen's Motion to Substitute himself, as personal representative of the Estate of Autumne Bowens-Johnson, deceased, as Party Plaintiff for Autumne Bowens-Johnson and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Michael Bowens, as Dependent Administrator of the Estate of Autumne Bowens-Johnson, is hereby substituted as Party Plaintiff for Autumne Bowens-Johnson in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

So Ordered.

Dated: August 24, 2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana