**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## PROPOSED ORDER

This matter came before the Court on Plaintiffs' motion for an order to suspend the deadline for Plaintiffs' compliance with CMO 30 until more guidance is provided by the court. Having duly considered the motion,

IT IS HEREBY ORDERED:

1. That the Plaintiffs' motion is in all respects granted, and

2. That the deadline for the Plaintiffs' compliance with CMO 30 is suspended until further notice from the Court.

**SO ORDERED** this ____ day of _____ 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana