# EXHIBIT A

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

3668341 **COMMONWEALTH OF VIRGINIA**
DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

**COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH**
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

| DATE RECORD FILED | STATE FILE NUMBER |
|---|---|
| JANUARY 4, 2022 | 21-083506 |

**1. FULL NAME OF DECEDENT** (first) (middle) (last)
CLARA — JANE — KEISTER

**2. SEX:** FEMALE

**3. DATE OF DEATH:** DECEMBER 31, 2021 — ☒ ACTUAL

**4. DATE OF BIRTH:** 1936

**5. AGE:** 85

**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?** NO

**7. BIRTHPLACE (STATE OR FOREIGN COUNTRY):** NORTH CAROLINA

**8. SOCIAL SECURITY NUMBER:** ___-__-0227

**9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.):** 4420 RAWLEY PIKE

**10. CITY OR TOWN OF RESIDENCE:** HARRISONBURG

**11. COUNTY OF DECEDENT'S RESIDENCE:** ROCKINGHAM COUNTY

**12. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE:** VIRGINIA

**12a. ZIP CODE:** 22801

**13. RACE OF DECEDENT:** ☒ WHITE

**14. DECEDENT OF HISPANIC ORIGIN?** NON-HISPANIC

**15. EDUCATION:** ☒ HIGH SCHOOL DIPLOMA

**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA

**17. USUAL OR LAST OCCUPATION:** CASHIER

**18. KIND OF BUSINESS OR INDUSTRY:** RETAIL/CONVENIENCE STORE

**19. MARITAL STATUS:** ☒ MARRIED

**20. IF MARRIED, SEPARATED OR WIDOWED NAME OF SPOUSE:** JAMES EDWARD KEISTER SR.

**21. FULL NAME OF DECEDENT'S FATHER OR PARENT:** DOUG PEARCE
**21a. GENDER:** MALE

**22. FULL NAME OF DECEDENT'S MOTHER OR PARENT:** BETTY DUNCAN
**22a. GENDER:** FEMALE

**23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION:** SON

**24. FULL NAME OF INFORMANT OR NAME OF SOURCE:** JACK KEISTER

**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** BRIDGEWATER HOME

**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** ☒ NURSING HOME

**27. CITY OR TOWN OF DEATH:** BRIDGEWATER

**28. STREET ADDRESS OR RT. NO. OF PLACE OF DEATH:** 302 NORTH SECOND STREET

**28a. ZIP CODE:** 22812

**28b. COUNTY OF DEATH:** ROCKINGHAM COUNTY

**29. METHOD OF DISPOSITION:** ☒ CREMATION/INCINERATION

**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY:** JOHNSON FUNERAL SERVICE, INC - T/A COMMONWEALTH CREMATION SERVICES

**31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY:** 201 DOGWOOD AVE

**31a. CITY COUNTY:** GROTTOES

**31b. STATE:** VIRGINIA

**31c. ZIP CODE:** 24441

**32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE:** /S/ JOHN JOHNSON

**32a. LICENSEE'S NO.:** 0502900346

**32b. NAME OF FUNERAL HOME OR FACILITY:** JOHNSON FUNERAL SERVICE, INC.

**33. NAME OF FUNERAL DIRECTOR / LICENSEE:** JOHN JOHNSON

**33a. STREET ADDRESS OF FUNERAL HOME/FACILITY:** 208 MAIN STREET BOX 41 BRIDGEWATER VIRGINIA 22812

**34. TIME OF DEATH:** 03:33 AM — ☒ ACTUAL

**35. PART I.** Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

**IMMEDIATE CAUSE OF DEATH** (Final disease or condition resulting in death)
(A) ACUTE ON CHRONIC RESPIRATORY FAILURE

Sequentially list conditions, if any, leading to the immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
(B) MALIGNANT NEOPLASM OF RIGHT LUNG WITH LYMPHANGITIC CARCINOMATOSIS
(C)
(D)

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
CHRONIC SYSTOLIC AND DIASTOLIC CONGESTIVE HEART FAILURE, PULMONARY EMBOLISM, ATRIAL FIBRILLATION, HYPERTENSION, HYPERLIPIDEMIA, TYPE 2 DIABETES MELLITUS, CHRONIC KIDNEY DISEASE, NEUROPATHY, ANASARCA

**36. WAS THE MEDICAL EXAMINER CONTACTED?** ☒ NO

**37. DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ NO

**38. IF FEMALE:** ☒ NOT PREGNANT WITHIN PAST YEAR

**48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH:** /S/ CRYSTAL KAYE BLOSSER

**48a. TITLE:** ☒ MEDICAL DOCTOR

**48b. DATE SIGNED:** JANUARY 3, 2022

**49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** CRYSTAL KAYE BLOSSER

**49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** P. O. BOX 169 HARRISONBURG VIRGINIA 22803

**49b. MEDICAL LICENSE NO.:** 0024170509

**50. ARE YOU A DESIGNEE?** ☒ NO

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED   JANUARY 4, 2022

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

