IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)            Plaintiff Demands a Trial by Jury

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

### MOTION TO MAINTAIN DOCUMENT NO. 22523-1 UNDER SEAL

Pursuant to S.D. Ind. Local Rule 5-11(d), Plaintiff moves this Court to maintain Document No. 22523-1, filed in the above captioned case, under seal. In support, Plaintiff states as follows:

1. On or about August 11, 2022, Document No. 22523-1 was filed in this matter.

2. The filing contains personal data identifiers (PDIs), which require redaction.

3. The Court accordingly has sealed Document No. 22523-1.

4. To comply with the E-Government Act, Document No. 22523-1 must be kept maintained under seal within the court's ECF system.

Plaintiff, therefore, requests that the Court order that Document No. 22523-1 be maintained under seal within the Court's ECF system.

Respectfully submitted,

*/s/ Steven B. Rotman*
Steven B. Rotman

                                                      Hausfeld
                                                      One Marina Park Drive
                                                      Suite 1410
                                                      Boston, MA 02110
                                                      (617) 207-0600
                                                      srotman@hausfeld.com
                                                      *Counsel for Plaintiff*

Dated: August 26, 2022

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/ Steven B. Rotman*
Steven B. Rotman