IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to Plaintiff(s)

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT 22523-1 UNDER SEAL

**THIS MATTER** having come before the Court upon Plaintiff's Motion to Maintain

Document 22523-1 Under Seal pursuant to S.D. Ind. Local Rule 5-11(d) and for good cause

shown,

IT IS HEREBY on this _____ day of _____, 2022

ORDERED that Plaintiff's Motion to Maintain Document 22523-1 Under Seal is granted.

**IT IS SO ORDERED.**

By: _____
JUDGE