# EXHIBIT 1

| Date | Vendor | Cost |
|---|---|---|
| 11/30/2021 | The Marker Group | $5.28 |
| 12/1/2021 | [REDACTED EXPERT NAME] | $16,940.00 |
| 12/31/2021 | The Marker Group | $85.66 |
| 12/31/2021 | [REDACTED EXPERT NAME] | $22,470.00 |
| 2/28/2022 | [REDACTED EXPERT NAME] | $27,930.00 |
| | | **$67,430.94** |

Invoice # : **RFBAKP00002**

**THE MARKER GROUP, INC.**
13105 Northwest Freeway, Suite 300
Houston, TX 77040
713.460.9070 Main
713.460.6534 Fax



| Faegre Drinker Biddle & Reath LLP. | Invoice # : | **RFBAKP00002** |
| 1717 Main Street, Suite 5400 | Invoice Date | **11/30/2021** |
| Dallas, TX  75201 | | **Wilson, Julie** |
| | | 420040 |

| Case Number | Date | Code | Description | Units | Amount |
|---|---|---|---|---|---|
| 420040 | 11/12/2021 | E118 | Excessive Follow-Up: Julie Wilson - Santa Monica Hematology-Oncology (Medical Records Department) | 1 | 5 00 |
| 420040 | 11/16/2021 | E118 | Digital Copy with OCR: Julie Wilson - Santa Monica Hematology-Oncology (Medical Records Department) | 1 | 0 10 |
| 420040 | 11/30/2021 | E118 | Postage: Julie Wilson - | 1 | 0 11 |
| 420040 | 11/30/2021 | E118 | Long Distance: Julie Wilson - | 1 | 0 07 |

Invoice Total **5.28**

Invoice # :  **RFBALP00004**

**THE MARKER GROUP, INC.**
13105 Northwest Freeway, Suite 300
Houston, TX 77040
713.460.9070 Main
713.460.6534 Fax



| Faegre Drinker Biddle & Reath LLP. | Invoice # : | **RFBALP00004** |
| 1717 Main Street, Suite 5400 | Invoice Date | **12/31/2021** |
| Dallas, TX  75201 | | **Wilson, Julie** |
| | | 420040 |

| Case Number | Date | Code | Description | Units | Amount |
|---|---|---|---|---|---|
| 420040 | 12/09/2021 | E118 | Retrieval via Authorization: Julie Wilson - Providence Health & Services (Patient Accounts) | 1 | 35 00 |
| 420040 | 12/15/2021 | E118 | Rush Collection: Julie Wilson - Providence Health & Services (Patient Accounts) | 1 | 10 00 |
| 420040 | 12/28/2021 | E118 | Digital Copy with OCR: Julie Wilson - Mammoth Hospital (Patient Accounts) | 48 | 4 80 |
| 420040 | 12/28/2021 | E118 | Retrieval via Authorization: Julie Wilson - Mammoth Hospital (Patient Accounts) | 1 | 35 00 |
| 420040 | 12/31/2021 | E118 | Postage: Julie Wilson - | 1 | 0 42 |
| 420040 | 12/31/2021 | E118 | Long Distance: Julie Wilson - | 1 | 0 44 |

Invoice Total  **85.66**

**Faegre Drinker Biddle & Reath LLP (Faegre Drinker)**

November 2021

$700/hour ($1400/hour for trial testimony)

| Date | Task | Hours |
|---|---|---|
| ███ | ███ | ███ |
| 11/11/2021 | Print and review ███ | 5.5 |
| 11/15/2021 | Review ███ | 1.0 |
| 11/16/2021 | Review ███ | 4.5 |
| 11/17/2021 | Review ███ | 4.2 |
| 11/18/2021 | Review ███ | 2.0 |
| 11/19/2021 | Review ███ | 6.0 |
| 11/30/2021 | Review ███ | 1.0 |
| | **MDL (Wilson) Total** | **24.2** |
| ███ | ███ | ███ |

MDL (Wilson): 24.2 hours * $700/hour = $16,940

**Faegre Drinker Biddle & Reath LLP (Faegre Drinker)**

January + February 2022

$700/hour ($1400/hour for trial testimony)

| Date | Task | Hours |
|---|---|---|
| 1/3/2022 | Review Literature for Wilson case | 2.5 |
| 1/4/2022 | Review Literature and Draft Tulip report for Wilson case | 5.0 |
| 1/5/2022 | Draft Tulip report for Wilson case | 2.0 |
| 1/25/2022 | Draft Tulip report for Wilson case | 1.2 |
| 1/26/2022 | Draft Tulip report for Wilson case | 5.0 |
| 1/27/2022 | Draft Tulip report for Wilson case | 2.0 |
| 1/28/2022 | Draft Tulip report for Wilson case; call with attorneys | 4.0 |
| 2/4/2022 | Draft Tulip report for Wilson case | 3.2 |
| 2/8/2022 | Draft Tulip report for Wilson case | 3.0 |
| 2/9/2022 | Draft Tulip report for Wilson case | 2.5 |
| 2/10/2022 | Draft Tulip report for Wilson case | 5.5 |
| 2/11/2022 | Draft Tulip report for Wilson case | 4.0 |
| | **MDL (Wilson) Total** | **39.9** |
| | | |
| | | |
| | ▬▬▬▬▬▬▬▬▬ | 0.0 |

MDL (Wilson): 39.9 hours * $700/hour = $27,930
▬▬▬▬ 0.0 hours * $700/hour = $0

**Total invoice: $27,930.00**

**Faegre Drinker Biddle & Reath LLP (Faegre Drinker)**

December 2021

$700/hour ($1400/hour for trial testimony)

| Date | Task | Hours |
|---|---|---|
| 12/2/2021 | Call with attorneys; download Wilson imaging files | 0.8 |
| 12/3/2021 | Review Wilson imaging files | 1.2 |
| 12/17/2021 | Draft Tulip report for Wilson case | 0.6 |
| 12/20/2021 | Draft Tulip report for Wilson case | 4.5 |
| 12/21/2021 | Draft Tulip report for Wilson case | 7.5 |
| 12/22/2021 | Draft Tulip report for Wilson case | 3.0 |
| 12/23/2021 | Draft Tulip report for Wilson case | 5.0 |
| 12/27/2021 | Draft Tulip report for Wilson case; call with attorneys | 2.0 |
| 12/28/2021 | Draft Tulip report for Wilson case | 4.0 |
| 12/29/2021 | Draft Tulip report for Wilson case | 3.5 |
| | **MDL (Wilson) Total** | **32.1** |

MDL (Wilson): 32.1 hours * $700/hour = $22,470