IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF**

THIS MATTER, having come before this Court, upon the Plaintiff's Motion to Substitute Party (Dkt. 22523), and the Court being otherwise fully advised in the premises, that Plaintiff's motion to substitute a party is granted.

IT IS THEREFORE ORDERED that Joseph P. Keister, as the Administrator of the Estate of Clara Jane Keister is substituted as Party Plaintiff for Clara Keister, deceased, in this case, and that all future pleadings shall reflect the proper party.

Date: 8/26/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.