IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Mary R. Berard, Case No. 1:18-cv-02462 -RLY-TAB

## ORDER ON AUGUST 25, 2022, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel August 25, 2022, for a telephonic status conference to address her counsel's motion to withdraw. [Filing No. 22037.] Plaintiff failed to appear for the conference, despite a warning from the Court that her failure to appear may result in dismissal. [Filing No. 22447.] Plaintiff also failed to appear as ordered on July 18, 2022. [Filing No. 22053.] Plaintiff's counsel advised the Court that they had made numerous attempts to reach Plaintiff to no avail. Accordingly, the magistrate judge recommends the district judge dismiss this case for failure to prosecute.

Date: 8/29/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Fred Thompson, III and Donald A. Migliori are required to serve Plaintiff, Mary R. Berard.