IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Gary Andress

Civil Case # 1:22-cv-6863-RLY-TAB

**AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Gary Andress

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Michigan

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Michigan

6.  Plaintiff's/Deceased Party's current state of residence:

    Michigan

7.  District Court and Division in which venue would be proper absent direct filing:

    Eastern District of Michigan

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6-28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

 December 15, 2004 _____

 _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Hurley Medical Center               Flint, MI _____

 _____

13. Implanting Physician(s):

 Dr. Muniyappa _____

 _____

 _____

 _____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:       Strict Products Liability – Failure to Warn

☑ Count II:      Strict Products Liability – Design Defect

☑ Count III:     Negligence

☑ Count IV:      Negligence Per Se

☑ Count V:      Breach of Express Warranty

☑ Count VI:      Breach of Implied Warranty

☑ Count VII:      Violations of Applicable  <u>Michigan</u>  (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:      Loss of Consortium

☐ Count IX:      Wrongful Death

☐ Count X:      Survival

☑ Count XI:      Punitive Damages

☐ Other:      _____ (please state the facts supporting this Count in the space, immediately below)

☑ Other:      _____ (please state the facts supporting this Count in the space, immediately below)

<u>Plaintiff incorporates by reference and in full the complaint originally filed in the</u>

<u>United States District Court for the Eastern District of Michigan on</u>

<u>May 24, 2022 (Dkt. 1, 2:22-cv-11138)</u>

_____

_____

15. Attorney for Plaintiff(s):

<u>Peter E. Goss</u>

16. Address and bar information for Attorney for Plaintiff(s):

The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Missouri Bar #57933

Dated this the  30th   day of  August                          , 20 22   .


Respectfully submitted,

**THE GOSS LAW FIRM, P.C.**

**s/Peter E. Goss**

Peter E. Goss            MO#57933
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310

E-mail: pgoss@goss-lawfirm.com
**ATTORNEYS FOR PLAINTIFF**