IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

CLARA KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT 22523-1 UNDER SEAL**

    This matter is before the Court on Plaintiff's motion to maintain Document No. 22523-1 under seal. Plaintiff's basis for moving to see this exhibit is that it contains Plaintiff's personal identifying information, including Plaintiff's social security number, date of birth, and other medical information protected by Fed. R. Civ. P. 5.2 and HIPPA. Plaintiff sets forth good cause to maintain this exhibit under seal. Accordingly, Plaintiff's motion to seal [Filing No. 22587] is granted. The Clerk shall maintain Filing No. 22523-1 under seal.

Date: 8/30/2022

                                                  Tim A. Baker
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.