IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)          Plaintiff Demands a Trial by Jury

JOSEPH P. KEISTER, as Administrator of the Estate
of CLARA JANE KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

## UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure, Rules 15 and 25, Plaintiff moves this Court for leave to amend her Complaint in the above captioned action and, in support, states as follows:

1. A party may amend her pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. Plaintiff Clara Keister (hereinafter the "decedent"), died on December 31, 2021.

3. Joseph P. Keister is decedent's son.

4. Joseph P. Keister was appointed as the Administrator of the Estate of Clara Jane Keister on July 19, 2022.

5. Joseph P. Keister filed an Unopposed Motion to Substitute Plaintiff on August 11, 2022. (*See* ECF No. 22523).

6. Joseph P. Keister was substituted as Plaintiff in this matter by order of this Court on August 26, 2022. (*See* ECF No. 22589).

7. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

8. Plaintiff requests leave to amend her Short Form Complaint to:

    a. Assert allegations under the Virginia survival statute, Va. Code §8.01-25.

9. The proposed Third Amended Short Form Complaint is attached as Exhibit A.

10. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

Respectfully submitted,

*/s/ Steven B. Rotman*
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com
*Counsel for Plaintiff*

Dated: September 1, 2022

## **CERTIFICATE OF SERVICE**

I certify that on September 1, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/ Steven B. Rotman*
Steven B. Rotman