IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH P. KEISTER, as Administrator of the Estate of
CLARA JANE KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion for Leave to Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15(a), and for good cause shown,

IT IS HEREBY on this _____ day of _____, 2022 ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Short Form Complaint is granted.

**IT IS SO ORDERED.**

By: _____
JUDGE