IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sarah E. Windley 1:22-cv-06771-RLY-TAB

## ORDER

This matter is before the Court upon consideration of Plaintiff's Motion to Amend Short Form Complaint, and having considered the motion, the Court concludes that said motion [Filing No. 22547] is **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff's Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 9/2/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.