IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

JOSEPH P. KEISTER, as Administrator of the Estate of
CLARA JANE KEISTER

Civil Case # 1:17-cv-00277-RLY-TAB

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO THIRD AMEND SHORT FORM COMPLAINT

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion for Leave to File Third Amend Short Form Complaint pursuant to Fed. R. Civ. P. 15(a), and for good cause shown, the Court concludes that said motion [Filing No. 22608] is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Third Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 9/2/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.