# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | |
|---|---|---|
| 1:19-cv-04805 | 1:22-cv-01637 | 1:22-cv-06854 |
| 1:20-cv-01138 | 1:22-cv-01644 | 1:22-cv-06855 |
| 1:22-cv-01471 | 1:22-cv-01646 | 1:22-cv-06871 |
| 1:22-cv-01595 | 1:22-cv-06580 | 1:22-cv-06872 |
| 1:22-cv-01601 | 1:22-cv-06847 | 1:22-cv-06873 |
| 1:22-cv-01605 | 1:22-cv-06850 | |
| 1:22-cv-01621 | 1:22-cv-06851 | |
| 1:22-cv-01635 | 1:22-cv-06852 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

  Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
  Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
  William Cook Europe ApS

Dated: September 2, 2022

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald