IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff : **Paul Cornett**

Civil Case 1:16-cv-2123-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED-SHORT FORM COMPLAINT**

This matter is before the Court on Plaintiff's Motion for Leave to File a First Amended Short Form Complaint [Filing No. 22553], and finding said motion is meritorious and therefore, is hereby GRANTED.

IT IS ORDERED, ADJUDGED AND DECLARED that Plaintiff shall file his First Amended Short Form Complaint with all attachments within 7 days of the date of this order.

Date: 9/7/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.