AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| James Lockhart | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-6865-RLY-TAB |
| Cook Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Lockhart.

Date: 09/07/2022

s/ Peter E. Goss
*Attorney's signature*

Peter E. Goss, MO Bar # 57933
*Printed name and bar number*

The Goss Law Firm
1501 Westport Road
Kansas City, MO 64111
*Address*

pgoss@goss-lawfirm.com
*E-mail address*

(816) 336-1300
*Telephone number*

(816) 336-1310
*FAX number*