IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Autumne Bowens-Johnson Civil**
**Case No.: 1:19-cv-01398-RLY-TAB**

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Considering the parties' Motion for Substitution of Michael Bowen to substitute himself, as personal representative of the Estate of Autumne Bowens-Johnson, deceased, as Party Plaintiff for Autumne Bowens-Johnson (Dkt. 22580).

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Motion for Substitution is hereby GRANTED and that Michael Bowen shall be substituted as personal representative of the Estate of Autumne Bowens-Johnson, deceased, in this action. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter and is hereby deemed filed as of the date of this order.

Date: 9/8/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.