IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Auerbach, Benjamin, Case No. 1:17-cv-04218

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 9, 2022

| | |
|---|---|
| */s/ David B. Rheingold* | */s/ Jessica Benson Cox* |
| David B. Rheingold, Esq. | Jessica Benson Cox, Esq. |
| Rheingold Giuffra Ruffo & Plotkin LLP | Faegre Drinker Biddle & Reath LLP |
| 551 5th Avenue, Floor 29 | 300 North Meridian Street, Suite 2500 |
| New York, New York 10176 | Indianapolis, Indiana 46204 |
| Telephone: (212) 684-1880 | Telephone: (317) 237-0300 |
| Facsimile: (212) 689-8156 | Facsimile: (317) 237-1000 |
| Email: drheingold@rheingoldlaw.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Jessica Benson Cox*
Jessica Benson Cox