## GÜNTHER TULIP™ VENA CAVA FILTER SET
## For Jugular Vein Approach

## INSTRUCTIONS FOR USE

**These recommendations are designed to serve only as a general guideline.  They are not intended to supersede institutional protocols or professional clinical judgment concerning patient care.**

**CAUTION: U.S. Federal Law restricts this device to sale by or on the order of a physician (or properly licensed practitioner).**

## DEVICE DESCRIPTION
The Günther Tulip™ Vena Cava Filter Set for jugular approach consists of a non-magnetic Tulip filter, 30 mm expanded diameter, 45 mm long; filter loading introducer system with stainless steel grasping hook; needle, wire guide, dilator and an 8.5 French coaxial introducer system for introduction.

## FILTER COMPONENTS



## SET COMPONENTS

---

October 31, 2003                                           COMPANY CONFIDENTIAL

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                                IVC00001196



CATHETER INTRODUCER NEEDLE
18 gage 7.0 cm long

TFE COATED CURVED MOVABLE TEFCOR WIRE GUIDE
.035 inch diameter 145 cm long with 3 mm tip curve radius

COONS DILATOR
Radiopaque 12.0 French 20 cm long

COAXIAL INTRODUCER SHEATH SYSTEM
Radiopaque sheath 8.5 French 80 cm long with radiopaque band
and radiopaque polyethylene introducer dilator

Tuohy-Borst
Side-Arm Adapter
FILTER LOADING INTRODUCER SYSTEM

THREE-WAY STOPCOCK
Plastic

GÜNTHER TULIP VENA CAVA
MReye™ FILTER
To be loaded on the
Filter Loading Introducer

## INTENDED USE

The Günther Tulip™ Vena Cava Filter Set is indicated for the prevention of recurrent pulmonary embolism via placement in the vena cava in the following situations:

- Pulmonary thromboembolism when anticoagulant therapy is contraindicated;
- Failure of anticoagulant therapy in thromboembolic diseases;
- Emergency treatment following massive pulmonary embolism where anticipated benefits of conventional therapy are reduced; and
- Chronic, recurrent pulmonary embolism where anticoagulant therapy has failed or is contraindicated.

The Günther Tulip™ Vena Cava Filter may be retrieved according to the instructions supplied in the section labeled: **Optional Retrieval Procedure**.

## GENERAL USE INFORMATION

The product is intended for use by physicians trained and experienced in diagnostic and interventional techniques.

Standard techniques for placement of vascular access sheaths, angiographic catheters and wire guides should be employed.

Upon removal from package, inspect the product to ensure no damage has occurred.

This Günther Tulip™ Vena Cava Filter Set has been designed for percutaneous placement via a jugular vein for filtration of inferior vena cava (IVC) blood to prevent pulmonary thromboembolism (PTE).

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                          IVC00001197

## CONTRAINDICATIONS

- Megacava (diameter of the IVC > 30 mm).
- Vena Cava Filters should not be implanted in patients with risk of septic embolism.
- Retrieval of the filter with significant amounts of trapped thrombus (greater than 25% of the volume of the cone).
- Retrieval of the filter for patients with an on-going high risk for pulmonary embolism (PE).


## WARNINGS

**For Filter Placement:**

- The Günther Tulip™ Vena Cava Filter is MRI Compatible with an MR scanner not exceeding 1.5 Tesla.
- **This product contains NATURAL RUBBER LATEX which may cause allergic reactions.  The latex component is in the Side-Arm Fitting.**
- Manipulation of products requires fluoroscopic control.
- This Günther Tulip™ Vena Cava Filter is intended for only jugular vein approach and **cannot** be used for femoral vein access approach.


**For Optional Filter Retrieval:**

- **Excessive force should not be used to retrieve the filter.**
- An inferior vena cavagram evaluation for residual captured thrombus should be performed prior to attempted retrieval.
- Available data from retrievals in a 41 patient study suggest that the device can be safely retrieved (mean of 11.4 days, range 2-20 days).  Please refer to the "Clinical Experience" section of this booklet.
- Possible allergic reactions should be considered.


## PRECAUTIONS

**For Filter Placement:**

- For placement of the filter, the right jugular vein is preferable.  An approach via the left jugular vein is possible.
- Never pull back the loaded filter introducer.  The barbed hooks of the filter might scratch off particles from the sheath.
- If repositioning of the vena cava filter is needed when the filter is free of the sheath, the operator may advance the sheath over the filter only to the barbed hooks, and then gently correct the position.  To avoid scratching particles off the sheath, do not advance the sheath over the barbed hooks.


**For Optional Filter Retrieval:**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001198

- For filter retrieval, a right jugular approach is preferable.  An approach via the left jugular vein is possible; however, there is no available data which demonstrates the safety or effectiveness of filter retrieval via the left jugular vein.
- The filter has been designed to be retrieved with the Günther Tulip™ Vena Cava Filter Retrieval Set.  COOK® has not performed testing to evaluate the safety or effectiveness of filter retrieval using other retrieval systems.
- Never re-deploy a retrieved filter.

## POTENTIAL ADVERSE EVENTS
- Acute damage to the inferior vena cava.
- Acute pulmonary embolism (PE).
- Extravasation of contrast material at time of vena cavagram.
- Hematoma at retrieval vascular access site.
- Hemorrhage.
- Thrombosis or stenosis at implant site.
- Wound infection at retrieval vascular access site.
- Death.

## CLINICAL EXPERIENCE
To evaluate the safety of retrieving the Günther Tulip™ Vena Cava Filter, a clinical study was conducted in which 41 patients [female (n=19); male (n=22)] were enrolled for possible retrieval of the filter.  Mean age of patients was 47.7 years and age range was 20.1-73.0 years. Indications for placement of retrievable filter in the study included: bleeding while anticoagulated (n=2), recent bleeding not anticoagulated (n=0), prophylactic pre-op (n=12), prophylactic post-op (n=3), failure of anticoagulation resulting in recurrent PE (n=1), failure of anticoagulation resulting in extension of DVT (n=0), prophylaxis following PE (n=3), prophylaxis with extensive DVT (n=3), trauma (n=13) and other (n=4).

Retrieval was not attempted in 15 patients due to the continued need for permanent implantation of the filter.  A total of 26 attempted retrievals in 26 patients were successful.  [n= number of filters retrieved]  Retrieval of filter immediately after deployment at Day 0 (n=1), Day 2 (n=1), Day 7 (n=1), Day 9 (n=3), Day 10 (n=6), Day 11(n=2), Day 12 (n=1), Day 13 (n=4), Day 14 (n=6), Day 20 (n=1).  Please see histogram in **Fig. A** below depicting time to retrieval.  No adverse events were reported in the retrieved filter group.  23 patients in whom a filter was retrieved were followed for three months post retrieval with no abnormalities reported, except 1 patient with left iliac vein non-occluding thrombus from inguinal ligament to near confluence of iliac veins; 3 patients were lost to follow-up.  Results from the clinical study showed that the filter could be safely retrieved up to 14 days or longer in patients who no longer required an inferior vena cava filter.  Time to retrieval ranged from 2-20 days with a mean implantation time of 11.4 days.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                          IVC00001199



**Fig. A.  Gunther Tulip Filter—Time to Retrieval**

In addition, the following published sources demonstrate that the Günther Tulip™ Vena Cava Filter may be safely retrieved:

1.  Ivanovic V, Bjarnason H, Johnson CM., *"Retrievable IVC Filter Placement: Indications and Outcomes,"* Abstract submitted to Radiological Society of North America 2003.
2.  Given M, Lyon S, Foster A, McGrath F, Lee M., *"Retrievable Günther Tulip Filter: Experience in 41 Patients,"* Paper.  2002 Annual Meeting Radiological Society of North America.  2002.
3.  Dumbleton S, Ryan J, Smith T., *"A Single US Center's Initial Experience with the Retrievable Günther Tulip Filter,"* Paper.  2002 Annual Meeting Radiological Society of North America.  2002.
4.  Nadkarni S, Macdonald S, Cleveland TJ, Gaines PA., *"Placement of a retrievable Günther Tulip Filter in the superior vena cava for upper extremity deep venous thrombosis,"* Cardiovasc Intervent Radiol  2002 Nov-Dec;25(6):524-6.
5.  Tay KH, Martin ML, Fry PD, Webb JG, Machan LS., *"Repeated Günther Tulip inferior vena cava filter repositioning to prolong implantation time,"*  J Vasc Interv Radiol 2002 May;13(5):509-12.
6.  Brenner C, Molloy M, McEniff N., *"Use of inferior vena cava filters in thromboembolic disease two case reports,"* Ir Med J  2001 Oct;94(9):267-8.
7.  Millward SF, Oliva VL, Bell SD, Valenti DA, Rasuli P, Asch M, Hadziomerovic A, Kachura JR., *" Günther Tulip Retrievable Vena Cava Filter: results from the Registry of the Canadian Interventional Radiology Association,"* J Vasc Interv Radiol 2001 Sep;12(9):1053-8.
8.  Millward SF., *"Günther Tulip retrievable filter: why, when and how?"*  Can Assoc Radiol J 2001 Jun;52(3):188-92.
9.  Lin M, Soo TB, Horn LC., *"Successful retrieval of infected Günther Tulip IVC filter,"* J Vasc Interv Radiol 2000 Nov-Dec;11(10):1341-3.
10.  Millward SF, Bhargava A, Aquino J Jr, Peterson RA, Veinot JP, Bormanis J, Wells PS., *"Günther Tulip filter: preliminary clinical experience with retrieval,"* J Vasc Interv Radiol 2000 Jan;11(1):75-82.

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001200

11. Ponchon M, Goffette P, Hainaut P., *"Temporary vena caval filtration. Preliminary clinical experience with removable vena caval filters,"* Acta Clin Belg 1999 Aug;54(4):223-8.

12. Abbott, G., *"Prophylactic Use of Temporary IVC Filters for Prevention of Pulmonary Thromboembolization in a District General Hospital."* Poster No. 210. 1999 Society of Cardiovascular & Interventional Radiology. 1999 March.

13. Linsenmaier U, Rieger J, Schenk F, Rock C, Mangel E, Pfeifer KJ., *"Indications, management, and complications of temporary inferior vena cava filters,"* Cardiovasc Intervent Radiol 1998 Nov-Dec;21(6):464-9.

14. Capasso P, Bianchi D, Meuwly J-Y, Schnyder P., *"Perioperative thromboembolic protection using the Günther Tulip inferior vena cava (IVC) filter as a temporary prosthesis,"* Paper. CIRSE 98 Annual Meeting of Cardiovascular & Interventional Radiological Society of Europe. 1998:21(1).

15. Lorch H, Zwaan M, Siemens H-J, Wagner T, Weiss H-D., *"Temporary vena cava filters and UHSK thrombolysis therapy,"* Paper. CIRSE 98 Annual Meeting of Cardiovascular & Interventional Radiological Society of Europe. 1998:21(1).

16. Khong PL, John PR., *"Technical aspects of insertion and removal of an inferior vena cava IVC filter for prophylactic treatment of pulmonary embolus,"* Pediatr Radiol 1997 Mar;27(3):239-41.

17. Owen RJ, Krarup KC., *"Case report: the successful use and removal of the Günther Tulip inferior vena caval filter in pregnancy,"* Clin Radiol 1997 Mar;52(3):241-3.

18. Neuerburg JM, Günther RW, Vorwerk D, Dondelinger RF, Jager H, Lackner KJ, Schild HH, Plant GR, Joffre FG, Schneider PA, Janssen JH., *"Results of a multicenter study of the retrievable Tulip Vena Cava Filter: early clinical experience,"* Cardiovasc Intervent Radiol 1997 Jan-Feb;20(1):10-6.

## INSTRUCTIONS FOR USE

### Filter Placement



Fig. 1

1. With the Peel-Away® loader still on the filter loading introducer, push the proximal metal knob to advance the grasping hook, hook up the filter, and release the knob. **(Fig. 1)**
   **WARNING: Once the filter is attached to the introducer, do not inadvertently push the metal knob before final filter positioning. Pushing the metal knob will release the filter.**



Fig. 2

2. To prepare for insertion, advance the Peel-Away® loader over the filter only to the barbed hooks. The barbed hooks must remain outside the sheath. **(Fig. 2)**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001201

3.  Puncture the right jugular vein using the Seldinger technique.

4.  Dilate the puncture site with the Coons dilator over the wire guide.  Remove the dilator.

5.  Advance the coaxial introducer sheath system over the wire guide.

6.  Remove the introducer dilator and wire guide.

7.  With a hand injection, perform a cavography to verify position below (caudad to) the renal veins.



Fig. 3

8.  Place the filter introducer system with the Peel-Away® loader containing the mounted filter into the hub of the introducer sheath.  Advance the filter introducer system into the sheath.  **(Fig. 3)**



Fig. 4

9.  After loading the filter into the sheath, peel off the Peel-Away® loader.  **(Fig. 4)**



Fig. 5

10. Advance the Tuohy-Borst side-arm adapter and connect it to the sheath.  Tighten the Tuohy-Borst adapter around the filter loading introducer system to prevent loss of blood.  **(Fig. 5)**

  **WARNING: Do not pull back on the loaded filter introducer assembly.  The barbed hook on the filter may scratch off particles from the sheath.  If problems occur during introduction, stop and evaluate the situation before proceeding.  If required, remove the loaded filter introducer assembly and sheath introducer as a unit.  To continue the placement, push the filter out and proceed with loading procedure.  Initiate a new jugular access.**



Fig. 6

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001202

510(k) Premarket Notification—K032426     Günther Tulip™ Vena Cava Filter **IFU—Jugular**     8
COOK INCORPORATED

11. Advance the filter loading introducer to the radiopaque band of the introducer sheath, leaving the barbed hooks of the filter inside the sheath.  The hook eye of the filter must be below the renal veins.  It may be necessary to advance the sheath to obtain proper position.  Verify the position by injection of contrast medium.  **(Fig. 6)**



Fig. 7

12. After correct position has been verified, stabilize the position of the filter loading introducer and withdraw the sheath.  The filter is now fully expanded in the vena cava and free of the sheath.  **(Fig. 7)**

At this point, the filter is still connected to the filter loading introducer system.

If not correctly positioned, advance the sheath over the filter only to the barbed hooks and     gently correct the position.

**WARNING: Do not advance the sheath over the barbed hook to avoid scratching    particles of the sheath.**



Fig. 8

13. When the filter position is correct, push the "Push Button" release metal knob once.  It must be pushed fully to prevent the hook of the filter introducer from sticking to the caval wall.  The filter is now released.  A cavagram is obtained to verify filter position. The introducer system is withdrawn.  **(Fig. 8)**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001203

## Optional Retrieval Procedure

**NOTE: If a filter retrieval is going to be performed, please refer to Instructions For Use provided with the Günther Tulip™ Vena Cava Filter Retrieval Set for device description and caution statement.**



Fig. 9

1. Hold the clear Y-fitting and pull back the plastic pin vise on the wire loop retriever to cover the loop.  Tighten the screw of the clear Y-fitting to keep the loop inside the catheter **(Fig. 9).**

2. Puncture the right jugular vein using the Seldinger technique.

3. Position a flush catheter inferior to the filter and perform a diagnostic vena cavagram. Exchange the flush catheter for the coaxial retrieval sheath system advancing it over the wire guide.



Fig. 10

4. Remove the red inner coaxial catheter and the wire guide.  Verify the position by injection of contrast medium **(Fig. 10).**



Fig. 11

5. Introduce the retrieval loop system through the coaxial retrieval sheath system, advance and connect the white Tuohy-Borst side-arm adapter of the loop system to the sheath system. The Tuohy-Borst adapter can be tightened around the -catheter to prevent loss of blood **(Fig. 11).**



Figure 12

6. Loosen the screw of the clear Y-fitting to enable advancement of the loop inside the catheter. Hold the clear Y-fitting and push forward the pin vise.  Advance until the loop has fully expanded inside the vena cava and surrounds the filter **(Fig. 12).**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001204



Fig. 13

7.   Pull back the loop until it engages the hook of the filter **(Fig. 13).**

     **CAUTION: Do not pull on the filter beyond what is required to keep tension on the
     loop.  Do so may cause damage to the caval wall.**



Fig. 14

8.   Hold the loop wire steady with the pin vise, then push the clear Y-fitting with the catheter
     forward until it touches the hook.  To snare the filter in this position make sure to firmly lock
     the screw of the clear Y-fitting on the loop wire **(Fig. 14).**

     **NOTE: If the retrieval wire loop is losing its shape during the attempt to engage the
     hook of the filter, it can be removed and gently reshaped.  After reshaping, clean loop
     and proceed from step 6.**



Fig. 15

9.  While holding steady the retrieval loop system with the clear Y-fitting, push forward the white
    Tuohy-Borst side-arm adapter with the coaxial retrieval system.  The filter collapses and the
    hooks disengage from the caval wall **(Fig. 15).**

     **CAUTION: Advance the inner sheath over the filter to collapse it.  Do not retract the
     loop snare.  This may cause damage to the caval wall.**



Fig. 16

10.  When the tip of the coaxial retrieval system is at the barbed hooks, loosen the hub of the
     outer sheath, and push the outer sheath forward to cover the whole filter, and retrieve the
     complete assembly **(Fig. 16).**
     **CAUTION: If the outer sheath is not advanced over the inner sheath to cover the
     barbed hooks, the barbed hooks may scratch or damage the caval wall.**

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                    IVC00001205

## POST-RETRIEVAL CARE

After retrieval of filter, hospital standard of care should be followed for removing the sheath and providing hemostasis to prevent bleeding at the vascular access site.

## HOW SUPPLIED

Supplied sterilized by ethylene oxide gas in peel-open packages.  Intended for one-time use.  Sterile if package is unopened or undamaged.  Do not use the product if there is doubt as to whether the product is sterile.  Store in a dark, dry, cool place.  Avoid extended exposure to light.

COOK INCORPORATED
750 Daniels Way, P.O. Box 489
Bloomington, IN 47402-0489 U.S.A.
Phone: 812 339-2235
Toll Free: 800 457-4500
Toll Free FAX: 800 554-8335

COOK (CANADA) INC.
111 Sandiford Drive
Stouffville, Ontario
L4A 7X5 CANADA
Phone: 905 640-7110
Toll Free: 800 668-0300

WILLIAM A. COOK AUSTRALIA PTY. LTD.
Brisbane Technology Park
12 Electronics Street
Eight Mile Plains
Brisbane, QLD 4113 AUSTRALIA
Phone:  +61 7 38 41 11 88

WILLIAM COOK EUROPE ApS
Sandet 6, DK-4632
Bjaeverskov, DENMARK
Phone: +45 56 86 86 86

www.cookgroup.com

© COPYRIGHT  COOK INCORPORATED 2003        T-IGTCFS603

CONFIDENTIAL: SUBJECT TO PROTECTIVE ORDER                                   IVC00001206