AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| JASON ALFORD | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | )   This document relates to case no.   1:22-cv-06886-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jason Alford                                                                                                          .

Date:      09/13/2022                                            /s/Basil E. Adham
                                                                          *Attorney's signature*

                                                                   Basil E. Adham TX Bar No. 24081742
                                                                         *Printed name and bar number*

                                                                          Johnson Law Group
                                                                   2925 Richmond Ave, Suite 1700
                                                                          Houston, TX 77098

                                                                                *Address*

                                                                   IVC@johnsonlawgroup.com
                                                                            *E-mail address*

                                                                             (713) 626-9336
                                                                           *Telephone number*

                                                                             (713) 626-3394
                                                                               *FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|