UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mary R. Berard, 1:18-cv-02462-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed for failure to prosecute.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 22594).  This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 19th day of September 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.