UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mary R. Berard, 1:18-cv-02462-RLY-TAB

## FINAL JUDGMENT

Consistent with the Order dismissing Plaintiff's case for failure to prosecute, the court hereby issues final judgment in favor of Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS and against the Plaintiff.

**SO ORDERED** this 19th day of September 2022.

Roger Sharpe, Clerk
United States District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.