IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Sep 21, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sparks, Frankie, Case No. 1:22-cv-06868

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 23, 2022

| | |
|---|---|
| */s/ Brian L. Kinsley* | */s/ Jessica Benson Cox* |
| Brian L. Kinsley, Esq. | Jessica Benson Cox, Esq. |
| Crumley Roberts, LLP | Faegre Drinker Biddle & Reath LLP |
| 2400 Freeman Mill Road, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Greensboro, North Carolina  27406 | Indianapolis, Indiana  46204 |
| Telephone:  (336) 333-9899 | Telephone:  (317) 237-0300 |
| Facsimile:  (336) 333-9894 | Facsimile:  (317) 237-1000 |
| Email: blkinsley@crumleyroberts.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |