# EXHIBIT

# A

| | **Exhibit A - Johnson Law Group** | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO 30 | 7(e) Email Received** |
| 1 | Anderson, Lisa | 1:19-cv-03773 | JOHNSON LAW GROUP | Yes | No |
| 3 | Bell, April | 1:19-cv-04942 | JOHNSON LAW GROUP | Yes | No |
| 4 | Briggs, Robin | 1:17-cv-03274 | JOHNSON LAW GROUP | Yes | No |
| 5 | Bryant, Kyle | 1:20-cv-00198 | JOHNSON LAW GROUP | Yes | No |
| 6 | Castro, Roberto | 1:17-cv-04661 | JOHNSON LAW GROUP | Yes | No |
| 8 | Christy, Anne | 1:18-cv-03276 | JOHNSON LAW GROUP | Yes | No |
| 9 | Clucas, Katherine | 1:18-cv-03832 | JOHNSON LAW GROUP | Yes | No |
| 10 | Compton, Jaben | 1:20-cv-01717 | JOHNSON LAW GROUP | Yes | No |
| 12 | Dority, Mary | 1:18-cv-00252 | JOHNSON LAW GROUP | Yes | No |
| 13 | Duncan, Stanton | 1:19-cv-01350 | JOHNSON LAW GROUP | Yes | No |
| 15 | Edwards, Eddie | 1:18-cv-02974 | JOHNSON LAW GROUP | Yes | No |
| 20 | Gerardi, Diana | 1:20-cv-01044 | JOHNSON LAW GROUP | Yes | No |
| 21 | Gibson, David | 1:18-cv-01430 | JOHNSON LAW GROUP | Yes | No |
| 22 | Goforth, Sandra | 1:21-cv-00309 | JOHNSON LAW GROUP | Yes | No |
| 23 | Gosling, Teresa | 1:21-cv-00619 | JOHNSON LAW GROUP | Yes | No |
| 24 | Graham, Michael | 1:20-cv-06211 | JOHNSON LAW GROUP | Yes | No |
| 25 | Hill, Sandra | 1:19-cv-04945 | JOHNSON LAW GROUP | Yes | No |
| 26 | Ingram, Linda | 1:21-cv-00125 | JOHNSON LAW GROUP | Yes | No |
| 28 | Lambert, Sammie | 1:19-cv-02561 | JOHNSON LAW GROUP | Yes | No |
| 29 | Lister, Lance | 1:20-cv-00318 | JOHNSON LAW GROUP | Yes | No |
| 33 | Mathuren, Patricia | 1:19-cv-00952 | JOHNSON LAW GROUP | Yes | No |
| 34 | McCracken, Joshua | 1:21-cv-00485 | JOHNSON LAW GROUP | Yes | No |
| 35 | Medeiros, Daniel S. | 1:20-cv-00508 | JOHNSON LAW GROUP | Yes | No |
| 36 | Miles, Sherry | 1:20-cv-06136 | JOHNSON LAW GROUP | Yes | No |
| 37 | Moore, Timothy | 1:19-cv-04031 | JOHNSON LAW GROUP | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 38 | Moran, Tracy | 1:19-cv-03196 | JOHNSON LAW GROUP | Yes | No |
| 39 | Morris, Carenthia | 1:21-cv-01218 | JOHNSON LAW GROUP | Yes | No |
| 40 | Morrison, James | 1:21-cv-02472 | JOHNSON LAW GROUP | Yes | No |
| 41 | Pena, Antonio | 1:19-cv-04520 | JOHNSON LAW GROUP | Yes | No |
| 42 | Perry, Brandon | 1:21-cv-06663 | JOHNSON LAW GROUP | Yes | No |
| 43 | Phillips, Marcie | 1:21-cv-00617 | JOHNSON LAW GROUP | Yes | No |
| 44 | Pierson, James | 1:22-cv-00167 | JOHNSON LAW GROUP | Yes | No |
| 45 | Pongetti, Dolores | 1:19-cv-05069 | JOHNSON LAW GROUP | Yes | No |
| 46 | Ramirez, Frederick | 1:21-cv-06376 | JOHNSON LAW GROUP | Yes | No |
| 47 | Rivera, Maira | 1:20-cv-00681 | JOHNSON LAW GROUP | Yes | No |
| 48 | Ruel, Brian | 1:22-cv-00553 | JOHNSON LAW GROUP | Yes | No |
| 49 | Ruppersburg, Luke | 1:20-cv-02060 | JOHNSON LAW GROUP | Yes | No |
| 51 | Russomano, Raymond | 1:19-cv-03719 | JOHNSON LAW GROUP | Yes | No |
| 52 | Rutledge, Russell | 1:18-cv-00480 | JOHNSON LAW GROUP | Yes | No |
| 53 | Sanchez, Patricia | 1:20-cv-02555 | JOHNSON LAW GROUP | Yes | No |
| 54 | Schleifer, Daryl | 1:19-cv-04857 | JOHNSON LAW GROUP | Yes | No |
| 55 | Schroth, Bonnie | 1:18-cv-02410 | JOHNSON LAW GROUP | Yes | No |
| 56 | Severe, Ted | 1:21-cv-00776 | JOHNSON LAW GROUP | Yes | No |
| 57 | Sexton, Fleet | 1:20-cv-00073 | JOHNSON LAW GROUP | Yes | No |
| 58 | Sheets, Roger | 1:22-cv-06761 | JOHNSON LAW GROUP | Yes | No |
| 59 | Shofestall, Rodney | 1:19-cv-03533 | JOHNSON LAW GROUP | Yes | No |
| 60 | Steudman, Carol | 1:20-cv-00304 | JOHNSON LAW GROUP | Yes | No |
| 61 | Stewart, Donald | 1:19-cv-00608 | JOHNSON LAW GROUP | Yes | No |
| 63 | Swick, Brian | 1:19-cv-03246 | JOHNSON LAW GROUP | Yes | No |
| 64 | Tanks, Frederick | 1:18-cv-02810 | JOHNSON LAW GROUP | Yes | No |
| 65 | Upshur, Charlie | 1:19-cv-04383 | JOHNSON LAW GROUP | Yes | No |
| 66 | Varela, Jimmy | 1:17-cv-02807 | JOHNSON LAW GROUP | Yes | No |
| 67 | Waters, Jennie | 1:19-cv-04883 | JOHNSON LAW GROUP | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| 69 | West, Evan | 1:20-cv-02182 | JOHNSON LAW GROUP | Yes | No |
| 70 | Wetherill, Ruth | 1:19-cv-04725 | JOHNSON LAW GROUP | Yes | No |
| 71 | Whyte, Shaun | 1:17-cv-04216 | JOHNSON LAW GROUP | Yes | No |
| 73 | Woolridge, Tabitha | 1:21-cv-01238 | JOHNSON LAW GROUP | Yes | No |