# Exhibit B

| | Exhibit B - Johnson Law Group Non-Compliant CMO 30 Submission | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **CMO 30 \| 7(e) Email Received** | **CCF Indicates 7(e) Injury*** | **Date of Record**** | **Record indicating filter/strut is in another structure or organ** | **Measurement amount given in record that the filter has perforated** |
| 1 | Araujo, April | 1:19-cv-04228 | JOHNSON LAW GROUP | Yes | Yes | 5/14/2019 | No | 2 mm |
| 2 | Archibald, Creed | 1:19-cv-02858 | JOHNSON LAW GROUP | Yes | Yes | 11/29/2017 | No | No perforation measurements given |
| 3 | Atwell, Charmaine | 1:18-cv-00508 | JOHNSON LAW GROUP | Yes | Yes | 10/25/2016 2/25/2016 | No | No perforation measurements given |
| 4 | Banks, Brenda | 1:20-cv-03208 | JOHNSON LAW GROUP | Yes | Yes | 12/27/2018 | No | No perforation measurements given |
| 5 | Barbee, Bobby Wayne [ESTATE OF] | 1:20-cv-00211 | JOHNSON LAW GROUP | Yes | Yes | 1/18/2018 | No | No perforation measurements given |
| 6 | Barker, Carol | 1:19-cv-03692 | JOHNSON LAW GROUP | Yes | Yes | 5/11/2018 | No | No perforation measurements given |
| 7 | Berry, George | 1:19-cv-01912 | JOHNSON LAW GROUP | Yes | No | 8/16/2017 | No | 2 mm |
| 8 | Bishop, Lyle | 1:20-cv-01122 | JOHNSON LAW GROUP | Yes | No | 7/3/2019 7/3/2018 | No | No perforation measurements given |
| 9 | Borg, Nancy | 1:18-cv-01139 | JOHNSON LAW GROUP | Yes | No | 8/17/2017 | No | No perforation measurements given |
| 10 | Boyd, Tracie | 1:20-cv-06127 | JOHNSON LAW GROUP | Yes | No | 1/28/2017 | No | No perforation measurements given |
| 11 | Braden, Eva | 1:21-cv-01119 | JOHNSON LAW GROUP | Yes | Yes | 5/20/2019 | No | No perforation measurements given |
| 12 | Brazil, Dwayne | 1:19-cv-03540 | JOHNSON LAW GROUP | Yes | Yes | 7/25/2019 | No | No perforation measurements given |
| 13 | Bright, Adele | 1:19-cv-05068 | JOHNSON LAW GROUP | Yes | No | 3/26/2018 | No | No perforation measurements given |
| 14 | Brown, Yvette | 1:21-cv-06570 | JOHNSON LAW GROUP | Yes | Yes | 8/13/2018 | No | No perforation measurements given |
| 15 | Buck, Mary Lou [ESTATE OF] | 1:20-cv-02062 | JOHNSON LAW GROUP | Yes | Yes | 8/7/2018 | No | No perforation measurements given |
| 16 | Busche, William | 1:20-cv-00474 | JOHNSON LAW GROUP | Yes | No | 8/28/2019 | No | 1-2 mm |
| 17 | Caldwell, James | 1:19-cv-02835 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No perforation measurements given |
| 18 | Capobianco, Becky | 1:19-cv-00609 | JOHNSON LAW GROUP | Yes | Yes | 2/17/2017 | No | No perforation measurements given |
| 19 | Cardinal, Darlene | 1:19-cv-04217 | JOHNSON LAW GROUP | Yes | No | 10/23/2017 | No | No perforation measurements given |
| 20 | Carroll, Sheila | 1:20-cv-00922 | JOHNSON LAW GROUP | Yes | Yes | 7/9/2019 | No | 2 mm |
| 21 | Carrow, Lori Ann | 1:20-cv-02091 | JOHNSON LAW GROUP | Yes | Yes | 7/22/2020 | No | No perforation measurements given |
| 22 | Carter, Josie | 1:21-cv-02741 | JOHNSON LAW GROUP | Yes | Yes | 12/17/2019 | No | No perforation measurements given |
| 23 | Castilleja, Lisa | 1:20-cv-00663 | JOHNSON LAW GROUP | Yes | Yes | 9/4/2019 | No | No perforation measurements given |
| 24 | Chasteen, Marsha | 1:21-cv-01409 | JOHNSON LAW GROUP | Yes | Yes | 7/1/2019 | No | No perforation measurements given |
| 25 | Clark-Thomas, Karen | 1:19-cv-02838 | JOHNSON LAW GROUP | Yes | Yes | 2/21/2018 | No | No perforation measurements given |
| 26 | Clay, Shawn | 1:19-cv-01786 | JOHNSON LAW GROUP | Yes | Yes | 6/15/2018 | No | 2.5 mm |
| 27 | Corvera, Eduardo | 1:20-cv-06250 | JOHNSON LAW GROUP | Yes | Yes | 10/19/2018 | No | No perforation measurements given |
| 28 | Crawley, Patsy | 1:19-cv-00108 | JOHNSON LAW GROUP | Yes | Yes | 2/21/2017 | No | No perforation measurements given |
| 29 | Dornik, Joseph | 1:18-cv-03849 | JOHNSON LAW GROUP | Yes | Yes | 3/21/2018 | No | No perforation measurements given |
| 30 | Dunn, Barbara | 1:21-cv-06634 | JOHNSON LAW GROUP | Yes | Yes | 10/19/2017 | No | No perforation measurements given |
| 31 | Estep, Shellia | 1:20-cv-02165 | JOHNSON LAW GROUP | Yes | Yes | 11/2/2018 | No | No perforation measurements given |
| 32 | Faucher, Denise | 1:21-cv-02345 | JOHNSON LAW GROUP | Yes | Yes | 9/20/2019 | No | 1 mm |
| 33 | Felty, Corey | 1:22-cv-01125 | JOHNSON LAW GROUP | Yes | Yes | 7/9/2020 | No | 2mm |
| 34 | Fife, Robert | 1:22-cv-00150 | JOHNSON LAW GROUP | Yes | Yes | 3/5/2020 | No | No perforation measurements given |
| 35 | Fink, Russell | 1:17-cv-02615 | JOHNSON LAW GROUP | Yes | Yes | 12/1/2017 | No | No perforation measurements given |
| 36 | Flink, Donald | 1:19-cv-02455 | JOHNSON LAW GROUP | Yes | Yes | 2/27/2019 | No | No perforation measurements given |
| 37 | Fontanez, Michelle | 1:22-cv-01131 | JOHNSON LAW GROUP | Yes | Yes | 7/13/2020 | No | No perforation measurements given |
| 38 | Franki, Carmen | 1:21-cv-00793 | JOHNSON LAW GROUP | Yes | Yes | 1/24/2019 | No | No perforation measurements given |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | Fuller, Stacie | 1:21-cv-00441 | JOHNSON LAW GROUP | Yes | Yes | 3/5/2019 | No | No perforation measurements given |
| 40 | Garcia, Mia | 1:18-cv-00154 | JOHNSON LAW GROUP | Yes | Yes | 8/7/2017 9/20/2017 | No | No perforation measurements given |
| 41 | Gates, Van | 1:20-cv-02975 | JOHNSON LAW GROUP | Yes | Yes | 12/4/2018 | No | No perforation measurements given |
| 42 | Genteel, James | 1:20-cv-02181 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2018 | No | No perforation measurements given |
| 43 | Goddard, Bobbi | 1:18-cv-01167 | JOHNSON LAW GROUP | Yes | Yes | 3/31/2017 | No | No perforation measurements given |
| 44 | Graham, James (PA) | 1:18-cv-02174 | JOHNSON LAW GROUP | Yes | Yes | 10/5/2017 | No | No perforation measurements given |
| 45 | Harmon, Lynda | 1:22-cv-01412 | JOHNSON LAW GROUP | Yes | Yes | 8/27/2020 | No | No perforation measurements given |
| 46 | Harrell, Jasmine | 1:20-cv-02702 | JOHNSON LAW GROUP | Yes | Yes | 11/2/2018 | No | No perforation measurements given |
| 47 | Hill, Eddie | 1:20-cv-02331 | JOHNSON LAW GROUP | Yes | Yes | 10/2/2018 | No | No perforation measurements given |
| 48 | Horn, Susan | 1:21-cv-00549 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2019 | No | No perforation measurements given |
| 49 | Indelicato, James | 1:21-cv-06420 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | 2 mm |
| 50 | Jablonski, Krystal | 1:20-cv-01091 | JOHNSON LAW GROUP | Yes | No | 7/25/2019 | No | 2 mm |
| 51 | Johnson, Melinda | 1:19-cv-00842 | JOHNSON LAW GROUP | Yes | Yes | 6/1/2018 8/25/2013 | No | No perforation measurements given |
| 52 | Kendrick, Tavis | 1:21-cv-01080 | JOHNSON LAW GROUP | Yes | Yes | 8/2/2019 | No | No perforation measurements given |
| 53 | Knochel, Keisha | 1:19-cv-01495 | JOHNSON LAW GROUP | Yes | Yes | 4/20/2016 4/17/2016 | No | No perforation measurements given |
| 54 | Kotwicki, Helen | 1:19-cv-04715 | JOHNSON LAW GROUP | Yes | Yes | 11/28/2017 | No | No perforation measurements given |
| 55 | Kreske, Renee | 1:18-cv-01697 | JOHNSON LAW GROUP | Yes | Yes | 11/22/2017 | No | No perforation measurements given |
| 56 | Kunz, Scott | 1:19-cv-03969 | JOHNSON LAW GROUP | Yes | No | 9/15/2017 | No | No perforation measurements given |
| 57 | Lein, Adam | 1:20-cv-02879 | JOHNSON LAW GROUP | Yes | Yes | 4/25/2019 | No | 2 mm |
| 58 | Leitao-Grant, Maria | 1:21-cv-06390 | JOHNSON LAW GROUP | Yes | Yes | 9/25/2017 | No | No perforation measurements given |
| 59 | Lewis, Saundra | 1:19-cv-04535 | JOHNSON LAW GROUP | Yes | Yes | 8/3/2017 | No | No perforation measurements given |
| 60 | Lloyd, Lisa | 1:18-cv-02365 | JOHNSON LAW GROUP | Yes | Yes | 10/7/2016 12/8/2016 | No | No perforation measurements given |
| 61 | Logan, Joann | 1:19-cv-03499 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No perforation measurements given |
| 62 | Macklin, Jacqueline | 1:21-cv-00872 | JOHNSON LAW GROUP | Yes | Yes | 4/15/2019 | No | No perforation measurements given |
| 63 | Malone, Monica [ESTATE OF] | 1:20-cv-06254 | JOHNSON LAW GROUP | Yes | Yes | 10/3/2018 | No | 2.2 mm |
| 64 | Manges, David | 1:19-cv-00059 | JOHNSON LAW GROUP | Yes | Yes | 3/20/2018 | No | No perforation measurements given |
| 65 | Matthews, Jermaine | 1:18-cv-03833 | JOHNSON LAW GROUP | Yes | Yes | 2/23/2018 | No | No perforation measurements given |
| 66 | Maynard, Karen | 1:21-cv-01054 | JOHNSON LAW GROUP | Yes | Yes | 5/6/2019 | No | 2 mm |
| 67 | McDaniel, Arthur Lee | 1:19-cv-03545 | JOHNSON LAW GROUP | Yes | Yes | 11/1/2019 2/26/2018 | No | No perforation measurements given |
| 68 | Mcentire, Shirley | 1:21-cv-02107 | JOHNSON LAW GROUP | Yes | Yes | 9/9/2019 | No | No perforation measurements given |
| 69 | McKee, Elizabeth | 1:19-cv-04029 | JOHNSON LAW GROUP | Yes | Yes | 9/28/2017 | No | No perforation measurements given |
| 70 | McLeod, Melissa | 1:19-cv-04168 | JOHNSON LAW GROUP | Yes | No | 2/18/2019 | No | 2.5 mm |
| 71 | McMillan-Romero, Cassandra | 1:22-cv-00201 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2020 | No | No perforation measurements given |
| 72 | Morris, Eleanor F. | 1:21-cv-01258 | JOHNSON LAW GROUP | Yes | Yes | 6/18/2019 | No | No perforation measurements given |
| 73 | Morris, Heidi | 1:16-cv-03421 | JOHNSON LAW GROUP | Yes | Yes | 5/3/2018 8/31/2021 | No | No perforation measurements given |
| 74 | Morton, Delbert | 1:19-cv-04934 | JOHNSON LAW GROUP | Yes | Yes | 3/29/2019 | No | No perforation measurements given |
| 75 | Munoz, Alfred | 1:18-cv-03064 | JOHNSON LAW GROUP | Yes | Yes | 2/5/2018 | No | No perforation measurements given |
| 76 | Nierman, Bonnie | 1:20-cv-00042 | JOHNSON LAW GROUP | Yes | No | 8/6/2019 | No | No perforation measurements given |
| 77 | Ollis, Robin | 1:17-cv-03405 | JOHNSON LAW GROUP | Yes | No | 12/8/2017 | No | 2mm |
| 78 | Overton, Rechell | 1:18-cv-01444 | JOHNSON LAW GROUP | Yes | Yes | 1/8/2019 1/3/2016 | No | No perforation measurements given |
| 79 | Paschal, Debbie | 1:20-cv-06222 | JOHNSON LAW GROUP | Yes | Yes | 8/17/2017 | No | No perforation measurements given |

| # | Name | Case No. | Firm | | | Date | | Perforation |
|---|---|---|---|---|---|---|---|---|
| 80 | Perez, Henry Samuel | 1:21-cv-02618 | JOHNSON LAW GROUP | Yes | Yes | 11/19/2019 | No | No perforation measurements given |
| 81 | Phillips, Betty | 1:19-cv-04792 | JOHNSON LAW GROUP | Yes | Yes | 12/7/2017 | No | No perforation measurements given |
| 82 | Pirro, Vincent | 1:21-cv-01082 | JOHNSON LAW GROUP | Yes | Yes | 5/14/2019 | No | No perforation measurements given |
| 83 | Prescott, Megan | 1:21-cv-02697 | JOHNSON LAW GROUP | Yes | Yes | 12/11/2019 | No | No perforation measurements given |
| 84 | Preston, Dena | 1:22-cv-06839 | JOHNSON LAW GROUP | Yes | Yes | 6/26/2019 | No | No perforation measurements given |
| 85 | Quinones, Mirta | 1:19-cv-03942 | JOHNSON LAW GROUP | Yes | Yes | 9/19/2017 | No | No perforation measurements given |
| 86 | Ratliff, Joel | 1:18-cv-03920 | JOHNSON LAW GROUP | Yes | Yes | 12/14/2016 | No | No perforation measurements given |
| 87 | Reid, Richard | 1:20-cv-01371 | JOHNSON LAW GROUP | Yes | Yes | 9/12/2018 | No | No perforation measurements given |
| 88 | Richards, Edna | 1:18-cv-01559 | JOHNSON LAW GROUP | Yes | No | 4/17/2018 | No | No perforation measurements given |
| 89 | Roberts, Jill | 1:20-cv-00336 | JOHNSON LAW GROUP | Yes | Yes | 5/1/2019 | No | No perforation measurements given |
| 90 | Robertson, Kelita | 1:21-cv-01809 | JOHNSON LAW GROUP | Yes | Yes | 7/29/2019 | No | No perforation measurements given |
| 91 | Rossi, Patricia | 1:20-cv-00112 | JOHNSON LAW GROUP | Yes | Yes | 5/17/2019 | No | No perforation measurements given |
| 92 | Rossman, Robert | 1:21-cv-00873 | JOHNSON LAW GROUP | Yes | Yes | 4/12/2019 | No | No perforation measurements given |
| 93 | Ryan, Daniel | 1:21-cv-01983 | JOHNSON LAW GROUP | Yes | Yes | 4/9/2019 | No | No perforation measurements given |
| 94 | Sanders, Antwoine | 1:21-cv-00727 | JOHNSON LAW GROUP | Yes | Yes | 4/22/2020 | No | 2 mm |
| 95 | Santiago, Vanessa | 1:20-cv-06289 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2018 | No | No perforation measurements given |
| 96 | Sherman, Marc L. | 1:20-cv-06135 | JOHNSON LAW GROUP | Yes | Yes | 10/25/2021 | No | No perforation measurements given |
| 97 | Shull, Melissa Ann | 1:18-cv-02228 | JOHNSON LAW GROUP | Yes | Yes | 8/22/2011 | No | No perforation measurements given |
| 98 | Sripuntanagoon, Nancy | 1:19-cv-02710 | JOHNSON LAW GROUP | Yes | Yes | 10/23/2018 | No | No perforation measurements given |
| 99 | Staley, James | 1:19-cv-04679 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | No perforation measurements given |
| 100 | Stearns, Adam | 1:21-cv-00452 | JOHNSON LAW GROUP | Yes | Yes | 4/7/2020 | No | 2 mm |
| 101 | Steely, Carol | 1:20-cv-00067 | JOHNSON LAW GROUP | Yes | Yes | 2/1/2018 | No | No perforation measurements given |
| 102 | Stephenson, Michael | 1:19-cv-03644 | JOHNSON LAW GROUP | Yes | Yes | 7/6/2019 11/6/2018 | No | No perforation measurements given |
| 103 | Stuller, Barbara | 1:21-cv-06404 | JOHNSON LAW GROUP | Yes | Yes | 8/15/2017 | No | No perforation measurements given |
| 104 | Sumbrum, James | 1:22-cv-06703 | JOHNSON LAW GROUP | Yes | Yes | 1/2/2019 | No | No perforation measurements given |
| 105 | Taylor, Aaron | 1:19-cv-01220 | JOHNSON LAW GROUP | Yes | No | 10/13/2009 | No | No perforation measurements given |
| 106 | Taylor, Robert (MS) | 1:20-cv-01982 | JOHNSON LAW GROUP | Yes | No | 10/17/2018 | No | No perforation measurements given |
| 107 | Tierney, Katherine | 1:19-cv-03492 | JOHNSON LAW GROUP | Yes | Yes | 9/27/2017 | No | No perforation measurements given |
| 108 | Todd, Joan | 1:21-cv-00484 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | 2 mm |
| 109 | Walls, Quinton | 1:20-cv-00493 | JOHNSON LAW GROUP | Yes | Yes | 2/14/2019 | No | No perforation measurements given |
| 110 | Watkins, Lakeshia (ESTATE OF) | 1:21-cv-02907 | JOHNSON LAW GROUP | Yes | Yes | 12/13/2019 | No | No perforation measurements given |
| 111 | Wene, Regina | 1:19-cv-03947 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2018 | No | No perforation measurements given |
| 112 | Wesner, Jonathan | 1:21-cv-01960 | JOHNSON LAW GROUP | Yes | Yes | 8/10/2020 | No | No perforation measurements given |
| 113 | Williams, Jacki | 1:20-cv-00095 | JOHNSON LAW GROUP | Yes | Yes | 3/19/2019 | No | 1 mm |
| 114 | Williams, James E. Jr. | 1:19-cv-03336 | JOHNSON LAW GROUP | Yes | Yes | 9/7/2017 | No | No perforation measurements given |
| 115 | Wright, Wendell | 1:21-cv-01407 | JOHNSON LAW GROUP | Yes | Yes | 6/18/2019 | No | 2 mm |
| 116 | Wylie, Ricky | 1:19-cv-03062 | JOHNSON LAW GROUP | Yes | No | 8/17/2017 | No | 1 mm |
| 117 | Wylie, Thomas | 1:19-cv-04140 | JOHNSON LAW GROUP | Yes | Yes | 5/25/2018 | No | No perforation measurements given |

*Counsel emailed stating they were complying with CMO 30 obligations despite not selecting Category 7(e) on the applicable CCF
**Multiple dates indicate additional records submitted