IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Janet Molina

Civil Case# 1:22-cv-06854-RLY-TAB

### DECLARATION THAT PARTY WAS UNABLE TO FILE IN A TIMELY MANNER DUE TO TECHNICAL DIFFICULTIES

I, Jennifer Rethemeier, declare

1. I am an attorney with the law firm Dalimonte Rueb Stoller, LLP ("DRS").

2. I am duly admitted pro hac vice to practice before this Court.

3. I represent Plaintiff in this matter.

4. The deadline to file Plaintiff's Response in Opposition to Defendants' Motion for Judgment under CMO 28 (the "Opposition") was September 22, 2022.

5. I attempted but was unable to file the Opposition on that date despite good faith efforts.

6. On September 22, 2022, from around 2:00 pm up until 6:00 pm Pacific time, DRS made several attempts to log into the United States District Court for the Southern District of Indiana's Casa Management/Electronic Case Filing System ("CM/ECF").

7. Despite several attempts, we were unable to login.

8. The Court's website included a notice that the CM/ECF system was experiencing multiple issues.

9. On September 22, 2022, at 7:08 pm Pacific time, Luis Quinonez, Paralegal from DRS, sent an email to Laura Townsend, Deputy in Charge, New Albany Division to inform her of the problems we were having while trying to log into CM/ECF and attached to that email a copy of the Opposition.

10. The next morning, at 8:15 am Pacific time, I forwarded that email, with the Opposition attached, to opposing counsel Jessica Benson Cox.

11. Also on the morning of September 23, 2022, DRS again tried to log in to the Court's website, but unable to do so.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of September 2022.

*Jennifer Rethemeier*
Jennifer Rethemeier