IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Coreas, Sarah - 1:20-cv-01012

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 22, 2022

| | |
|---|---|
| */s/ Stephanie Marie Herrmann*<br>Stephanie Marie Herrmann<br>Florida Bar #123836<br>Fenstersheib Law Group, P.A<br>520 W. Hallandale Beach Blvd.<br>Hallandale, FL 33009<br>Telephone: (954) 456-2488<br>Facsimile: (954) 212-2757<br>Email: smh@fernstersheib.com | */s/ Jessica Benson Cox*<br>Jessica Benson Cox, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: jessica.cox@faegredrinker.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Stephanie Marie Herrmann*
Stephanie Marie Herrman