# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| 1:18-cv-03338 | 1:19-cv-00089 |
| 1:18-cv-03344 | 1:19-cv-00092 |
| 1:18-cv-03346 | 1:19-cv-00093 |
| 1:18-cv-03347 | 1:19-cv-00097 |
| 1:18-cv-03376 | 1:19-cv-00101 |
| 1:18-cv-03379 | 1:19-cv-00111 |
| 1:18-cv-03381 | 1:19-cv-00124 |
| 1:18-cv-03385 | 1:19-cv-00140 |
| 1:18-cv-03386 | 1:19-cv-00143 |
| 1:18-cv-03388 | 1:19-cv-00144 |
| 1:18-cv-03389 | 1:19-cv-00154 |
| 1:18-cv-03392 | 1:19-cv-00159 |
| 1:18-cv-03395 | 1:19-cv-00162 |
| 1:18-cv-03399 | 1:19-cv-00163 |
| 1:18-cv-03401 | 1:19-cv-00165 |
| 1:18-cv-03409 | 1:19-cv-00168 |
| 1:18-cv-03421 | 1:19-cv-00169 |
| 1:18-cv-03424 | 1:19-cv-00170 |
| 1:18-cv-03425 | 1:19-cv-00211 |
| 1:18-cv-03426 | 1:19-cv-00904 |
| 1:18-cv-03430 | 1:19-cv-00905 |
| 1:18-cv-03431 | 1:19-cv-00961 |
| 1:18-cv-03432 | 1:19-cv-01010 |
| 1:18-cv-03434 | 1:19-cv-01209 |
| 1:18-cv-03436 | 1:19-cv-01212 |
| 1:18-cv-03438 | 1:19-cv-01337 |
| 1:18-cv-03457 | 1:19-cv-01340 |
| 1:18-cv-03555 | 1:19-cv-01341 |
| 1:18-cv-03557 | 1:19-cv-01354 |
| 1:18-cv-03561 | 1:19-cv-01358 |
| 1:18-cv-03565 | 1:19-cv-01429 |
| 1:18-cv-03588 | 1:19-cv-01434 |
| 1:18-cv-03609 | 1:19-cv-01437 |
| 1:18-cv-03625 | 1:19-cv-01502 |
| 1:18-cv-03641 | 1:19-cv-01510 |

| | |
|---|---|
| 1:18-cv-03643 | 1:19-cv-01557 |
| 1:18-cv-03744 | 1:19-cv-01562 |
| 1:18-cv-03774 | 1:19-cv-01570 |
| 1:18-cv-03814 | 1:19-cv-01614 |
| 1:18-cv-03824 | 1:19-cv-01804 |
| 1:18-cv-03825 | 1:19-cv-02036 |
| 1:18-cv-03847 | 1:19-cv-02049 |
| 1:18-cv-03852 | 1:19-cv-02249 |
| 1:18-cv-03890 | 1:19-cv-02250 |
| 1:19-cv-00057 | 1:19-cv-02251 |
| 1:19-cv-00060 | 1:19-cv-02294 |
| 1:19-cv-00070 | 1:19-cv-02295 |
| 1:19-cv-00072 | 1:19-cv-02296 |
| 1:19-cv-00073 | 1:19-cv-02297 |
| 1:19-cv-00074 | 1:19-cv-02298 |

## **ORDER**

The Court took under advisement the Motion to Withdraw Matthew R. McCarley as an attorney representing Plaintiffs in the above-captioned cases. [Filing Nos. 21145, 21123]. The Court had previously granted a substitution of counsel for the Plaintiff in Case No. 1:18-cv-03774-RLY-TAB (Christie A. Ramirez). [Filing No. 20649.] Therefore, this Motion to Withdraw [Filing No. 21123] is denied as moot.

Date: 9/23/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.