IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

Master Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):

ANDREA LAMB,

Civil Case No.1:19-cv-671-RLY-TAB

_____

Considering the parties' Stipulated Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of

Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice.

Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice. Each party shall bear its

own costs.

SO ORDERED this 23rd day of September 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record