# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Johnny Horton ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00785 |
| Cook Incorporated, et al. ) | |
| *Defendant* ) | |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Johnny Horton.

Date: 9/26/22

/s/ Alexandra Colella
*Attorney's signature*

Alexandra Colella (NY 203112017)
*Printed name and bar number*
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, New York, 10165

*Address*

acolella@bernllp.com
*E-mail address*

(212) 702-5000
*Telephone number*

(212) 818-0164
*FAX number*