UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

_____

This document relates to:
**All Cases**

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7, the undersigned, Victoria R. Calhoon, respectfully moves to withdraw her Appearance as counsel of record for the Cook Defendants in the master file and in all cases associated with MDL No. 2570 in which her appearance has been entered, and hereby shows the Court as follows:

1. Local Rule 83-7(c)(4) of this Court provides that "The requirements of sub-paragraphs (2)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of his intent to withdraw] do not apply when another attorney has appeared and remains of record for that party."

2. Andrea Roberts Pierson, Kip McDonald and/or other Faegre Drinker Biddle & Reath LLP attorneys have previously entered their Appearances for the Cook Defendants in every case in this MDL.

3. The Cook Defendants have been advised that this Motion will be filed and have consented to the withdrawal of Victoria R. Calhoon from all cases associated with this MDL.

Dated: September 27, 2022

Respectfully Submitted,

/s/  *Victoria R. Calhoon*
Victoria R. Calhoon (#28492-49)
Andrea Roberts Pierson (#18435-49)
Kip S. M. McDonald (#29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
victoria.calhoon@faegredrinker.com
andera.pierson@gaegredrinker.com
kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, a copy of the foregoing Motion To Withdraw Appearance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Victoria R. Calhoon*