UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____
IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:
**All Cases**
_____

## ORDER ON MOTION TO WITHDRAW APPEARANCE

THE COURT, having reviewed the motion for Victoria R. Calhoon to withdraw as counsel of record for Cook Defendants in the master file and all cases associated with the MDL No. 2570 in which her appearance has been entered, and being fully advised in the premises thereof, hereby

GRANTS the motion, and

ORDERS that the Appearance of attorney Victoria R. Calhoon be withdrawn from 1:14-ml-2570 and all Cook Filter MDL member cases in which she has appeared.

DONE THIS _____ day of _____, 2022

                                                                          _____
                                                                          Judge, United States District Court
                                                                          Southern District of Indiana
                                                                          Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system