# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John Basie

Civil Case # 1:20-cv-01195-RLY-TAB

## **NOTICE OF APPEARANCE**

To:  The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff John Basie.

| | |
|---|---|
| Dated:  September 28, 2022. | Respectfully submitted,<br><br>*/s/ Thomas Wm. Arbon*<br>Thomas Wm. Arbon, TX Bar No. 01284275<br>**Martin Baughman, PLLC**<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Tel.:  (214) 761-6614<br>Fax:  (214) 744-7590<br>tarbon@martinbaughman.com<br><br>***Attorney for Plaintiff*** |

## CERTIFICATE OF SERVICE

  I hereby certify that on September 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                 */s/ Thomas Wm. Arbon*
                 Thomas Wm. Arbon