# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Judy Parks

Civil Case # 1:19-cv-04772-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Judy Parks.

Dated: September 29, 2022.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@martinbaughman.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         */s/ Ben C. Martin*
                                         Ben C. Martin