# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Guadalupe Gamboa and Leonard Gamboa, Jr.

Civil Case # 1:19-cv-04819-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Guadalupe Gamboa and Leonard Gamboa, Jr.

Dated:  September 29, 2022.

Respectfully submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@martinbaughman.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                      */s/ Thomas Wm. Arbon*
                                      Thomas Wm. Arbon