UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

_____

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:

| | |
|---|---|
| 1:14-cv-06016-RLY-TAB | HILL v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-06018-RLY-TAB | BRAND et al v. COOK MEDICAL INC., et al |
| 1:18-cv-00946-RLY-TAB | MCDERMITT et al v. COOK INCORPORATED et al |
| 1:18-cv-06088-RLY-TAB | PAVLOCK v COOK INCORPORATED, et al. |

## ORDER ON MOTION TO WITHDRAW APPEARANCE

THE COURT, having reviewed the motion for Victoria R. Calhoon to withdraw as counsel of record for Cook Defendants in the master file and all cases listed above, and being fully advised in the premises thereof, hereby GRANTS the motion. [Filing No. 22757.]

IT IS THEREFORE ORDERED that the Appearance of attorney Victoria R. Calhoon be withdrawn from the master file 1:14-ml-2570 and and all cases listed above.

Date: 10/4/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.