IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  Master File No. 1:14-ml-2570-RLY-TAB  )  MDL 2570  )  )  ) |

**This Document Relates to:**
**See Attached List of Cases**

### MOTION TO WITHDRAWAL AS COUNSEL OF RECORD FOR PLAINTIFFS AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 83-7 of the Local Rules of the United States District Court for the Southern District of Indiana, counsel for Plaintiffs, William H. Barfield of McDonald Worley, PC, hereby moves this Court to allow for his withdrawal as counsel of record and be removed from any further notices associated with these cases. Scott Fraser and Don Worley of McDonald Worley, PC will substitute as attorneys of record for Plaintiffs and have filed Notices of Appearances in each case.

This 5th day of October 2022.

Respectfully submitted:

*/s/ William H.Barfield*
William H. Barfield,TX Bar #24031725
McDonald Worley,PC.
1770 St.James Pl. Ste.100.
Houston,TX 77056.
P:713-523-5500
F:713-523-5501
bill@mcdonaldworley.com
***Attorneys for Plaintiffs***

**Attachment 1**

| | |
|---|---|
| 1:20-cv-1527 | 1:22-cv-530 |
| 1:19-cv-1493-RLY-TAB | 1:21-cv-01007-TWP-MJD |
| 1:22-cv-287 | 1:22-cv-508 |
| 1:19-cv-1693-RLY-TAB | 1:22-cv-289 |
| 1:22-cv-5 | 1:22-cv-529 |
| 1:22-cv-182; | 1:22-cv-526 |
| 1:20-cv-01813-RLY-TAB | 1:22-cv-527 |
| 1:22-cv-00148 | 1:18-cv-03771 |
| 1:20-cv-01517-RLY-TAB | 1:21-cv-00703-JPH-DML |
| 1:20-cv-01522-RLY-TAB | 1:21-cv-00590-JPH-MPB |
| 1:19-cv-03395-RLY-TAB | 1:19-cv-01382-RLY-TAB |
| 1:18-cv-03769-RLY-TAB | 1:19-cv-03914-RLY-TAB |
| 1:20-cv-1380 | 1:21-cv-00999-jms-mjd |
| 1:19-cv-4708-RLY-TAB | 1:20-cv-01523-RLY-TAB |
| 1:20-cv-1382 | 1:20-cv-01860-JPH-DLP |
| 1:20-cv-1384 | 1:22-cv-277 |
| 1:20-cv-1385 | 1:21-cv-01031 |
| 1:18-cv-03769-RLY-TAB | 1:18-cv-03773-JPH-TAB |
| 1:20-cv-1395 | 1:21-cv-01031 |
| 1:20-cv-738- RLY-TAB | 1:18-cv-03773-JPH-TAB |
| 1:20-cv-1389 | 1:19-cv-01384-RLY-TAB |
| 1:20-cv-1814 | 1:20-cv-01524-RLY-TAB |
| 1:20-cv-660-RLY-TAB | 1:18-cv-03783-SEB-TAB |
| 1:20-cv-1390 | 1:22-cv-171 |
| 1:20-cv-1857 | 1:22-cv-292 |
| 1:20-cv-1399 | 1:18-cv-03787-JRS-MJD |
| 1:19-cv-4661 | 1:18-cv-03790-JPH-MJD |
| 1:20-cv-1392 | 1:21-cv-01062 |
| 1:20-cv-1853 | 1:19-cv-01374-RLY-TAB |
| 1:20-cv-1400 | 1:21-cv-00579-JPH-MPB |
| 1:20-cv-1393 | 1:22-cv-00060-JRS-TAB |
| 1:20-cv-1854 | 1:19-cv-01566-RLY-TAB |
| 1:18-cv-03793-RLY-TAB | 1:20-cv-01530-RLY-TAB |
| 1:20-cv-01536-RLY-TAB | 1:19-cv-01567-RLY-TAB |
| 1:20-cv-01383-JPH-DLP | 18-cv-03797-TWP-TAB |
| 1:22-cv-00067 | 1:21-cv-00704-RLY-MJD |
| 1:22-cv-517 | 1:22-cv-259 |
| 1:20-cv-01386-JRS-TAB | 1:18-cv-03798-RLY-TAB |
| 1:22-CV-533 | 1:22-cv-273 |
| 1:20-cv-01391-JRS-TAB | 1:22-cv-519 |
| 1:19-cv-01565-RLY-TAB | 1:21-cv-1032-JRS- DLP |
| 1:20-cv-01346-TWP-DLP | 1:20-cv-661-RLY-TAB |
| 1:18-cv-03769 | 1:20-cv-1347 |
| 1:22-cv-279 | 1:19-cv-4705 |
| 1:14-ml-2570-RLY-TAB | 1:20-cv-1397 |
| 1:20-cv-01516-RLY-TAB | 1:20-cv-1394 |
| 1:22-cv-00281 | 1:20-cv-1348 |
| 1:19-cv-04660 | 1:21-cv-984 |

1:20-cv-1396
1:19-cv-4706
1:21-cv-1004
1:19-cv-3916
1:20-cv-1350
1:20-cv-1350
1:19-cv-3557
1:20-cv-491-RLY-TAB
1:20-cv-1377
1:19-cv-4709-RLY-TAB
1:20-cv-1851
1:20-cv-1379
1:19-cv-4707-RLY-TAB

## CERTIFICATE OF SERVICE

I hereby certify that on this __5th__ day of October 2022, I electronically filed the foregoing Notice of Withdrawal of Appearance and Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William H. Barfield*

William H.Barfield, TX Bar #24031725
McDonald Worley,PC.
1770 St.James Pl. Ste.100.
Houston,TX 77056.
P:713-523-5500
F:713-523-5501
bill@mcdonaldworley.com

***Attorneys for Plaintiffs***