AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Melton, et al.<br>*Plaintiff*<br>v.<br>Cook Medical Inc, et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:14ML-2570-RLY-TAB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

1:18-cv-03793-RLY-TAB;1:20-cv-01536-RLY-TAB;1:20-cv-01383-JPH-DLP;1:22-cv-00067;1:22-cv-517;1:20-cv-01386-JRS-TAB;1:22-CV-533;1:20-cv-01391-JRS-TAB;1:19-cv-01565-RLY-TAB;1:20-cv-01346-TWP-DLP;1:20-cv-1527;1:20-cv-1380 ;1:19-cv-4708-RLY-TAB

1:18-cv-03769;1:22-cv-279;1:14-ml-2570-RLY-TAB :20-cv-01516-RLY-TAB 1:22-cv-00281 1:19-cv-04660-1:22-cv-530;1:21-cv-01007-TWP-MJD 1:22-cv-508;1:22-cv-289;1:22-cv-529;;1:22-cv-526; 1:22-cv-527;1:18-cv-03771;1:20-cv-1382 1:20-cv-1384 1:20-cv-1385

1:19-cv-1493-RLY-TAB ;1:22-cv-287 ;1:19-cv-1693-RLY-TAB ;1:22-cv-5;1:22-cv-182;1:20-cv-01813-RLY-TAB;1:22-cv-00148;1:20-cv-01517-RLY-TAB;1:20-cv-01522-RLY-TAB;1:9-cv-03395-RLY-TAB ;1:18-cv-03769-RLY-TAB;1:18-cv-03769-RLY-TAB ;1:20-cv-1395 ;1:20-cv-738- RLY-TAB

1:21-cv-00703-JPH-DML;1:21-cv-00590-JPH-MPB;1:19-cv-01382-RLY-TAB ;1:19-cv-03914-RLY-TAB;1:21-cv-00999-jms-mjd ;1:20-cv-01523-RLY-TAB ;1:20-cv-01860-JPH-DLP ;1:22-cv-277;1:21-cv-01031;1:18-cv-03773-JPH-TAB;1:20-cv-1389 ;1:20-cv-1814 ;1:20-cv-660-RLY-TAB

1:21-cv-01031;1:18-cv-03773-JPH-TAB ;1:19-cv-01384-RLY-TAB;1:20-cv-01524-RLY-TAB;1:18-cv-03783-SEB-TAB ;1:22-cv-171;1:22-cv-292;1:18-cv-03787-JRS-MJD; 1:18-cv-03790-JPH-MJD;1:21-cv-01062;1:19-cv-01374-RLY-TAB;1:20-cv-1390 1:20-cv-1857 ;1:20-cv-1399

1:21-cv-00579-JPH-MPB;1:22-cv-00060-JRS-TAB;1:19-cv-01566-RLY-TAB;1:20-cv-01530-RLY-TAB; 1:19-cv-01567-RLY-TAB;18-cv-03797-TWP-TAB;1:21-cv-00704-RLY-MJD; 1:22-cv-259;1:18-cv-03798-RLY-TAB;1:19-cv-4661 ;1:20-cv-1392 ;1:20-cv-1853

1:22-cv-273;1:22-cv-519;1:21-cv-1032-JRS- DLP;1:20-cv-661-RLY-TAB; 1:20-cv-1347; 1:19-cv-4705;1:20-cv-1397;1:20-cv-1394;1:20-cv-1348;1:21-cv-984;1:20-cv-1396;1:19-cv-4706;1:21-cv-1004;1:19-cv-3916;1:20-cv-1350

1:20-cv-1350;1:19-cv-3557;1:20-cv-491-RLY-TAB;1:20-cv-1377;1:19-cv-4709-RLY-TAB;1:20-cv-1851;1:20-cv-1379; 1:19-cv-4707-RLY-TAB;1:20-cv-1400 1:20-cv-1393 ;1:20-cv-1854

Date: 10/05/2022

/S/ Scott Fraser
*Attorney's signature*

Scott Fraser - TX Bar 24031725
*Printed name and bar number*

/S/McDonald Worley
*Attorney's signature*

McDonald Worley- TX Bar 24003208
*Printed name and bar number*

1770 Saint James Place, Suite 100
Houston, Texas 77056
*Address*

scott@mcdonaldworley.com
*E-mail address*

(713) 523-5500
*Telephone number*

(713) 523-5501
*FAX Number*