# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Stephenson, Michael – 1:19-cv-03644
Shull, Melissa – 1:18-cv-02228
Quinones, Mirta – 1:19-cv-03942

_____

## ORDER GRANTING THE COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL TABS 1-3 OF EXHIBIT B TO MOTION FOR ORDER TO SHOW CAUSE

This matter has come before the Court on The Cook Defendants' Motion to Maintain Under Seal Tabs 1-3 of Exhibit B to Motion for Order to Show Cause.

The Court, having reviewed the Cook Defendants' Motion to Maintain Under Seal and being otherwise duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be GRANTED.

IT IS THEREFORE ORDERED that **Tabs 1-3 of Exhibit B [Dkt. Nos. 22718, 22719, and 22720]** to the Cook Defendants' Motion for Order to Show Cause – Johnson Law Group [Dkt. No. 22717] **are to be maintained** *under seal.*

SO ORDERED this ____ day of _____, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.