IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Tammara Foote
Case No. 1:17-cv-3973

## **Appearance**

To:    The Clerk of Court and all parties of record

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above Plaintiff Tammara Foote.

Date: October 7, 2022                                    Respectfully submitted:

                                                        WILLIAMS & PIATT, LLC

                                                        /s/ *Joseph N. Williams*
                                                        Joseph N. Williams, Atty. No. 25874-49
                                                        1101 North Delaware Street
                                                        Indianapolis, Indiana 46202
                                                        (317) 633-5270
                                                        Fax:  (317) 426-3348
                                                        joe@williamspiatt.com

                                                        *Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on October 7, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams