# EXHIBIT 1

| Plaintiff | Cause Number | Other injuries | List of injuries noted |
|---|---|---|---|
| Atwell, Charmaine | 1:18-cv-00508 | Yes | Migration |
| Banks, Brenda | 1:20-cv-03208 | Yes | Tilt |
| Borg, Nancy | 1:18-cv-01139 | Yes | Failed removal (2014), IVC thrombotic occlusion |
| Boyd, Tracie | 1:20-cv-06127 | Yes | IVC thrombotic occulsion |
| Brazil, Dwayne | 1:19-cv-03540 | Yes | Tilt, migration |
| Bright, Adele | 1:19-cv-05068 | Yes | Tilt, PE |
| Carter, Josie | 1:21-cv-02741 | Yes | Tilt |
| Dornik, Joseph | 1:18-cv-03849 | Yes | Embedment, tilt, |
| Fontanez, Michelle | 1:22-cv-01131 | Yes | Tilt |
| Fuller, Stacie | 1:21-cv-00441 | Yes | Tilt |
| Gates, Van | 1:20-cv-02975 | Yes | Tilt |
| Johnson, Melinda | 1:19-cv-00842 | Yes | Migration |
| Kendrick, Tavis | 1:21-cv-01080 | Yes | DVT |
| Knochel, Keisha | 1:19-cv-01495 | Yes | Migration, DVT |
| Kotwicki, Helen | 1:19-cv-04715 | Yes | Tilt |
| Kreske, Renee | 1:18-cv-01697 | Yes | DVT |
| Lewis, Saundra | 1:19-cv-04535 | Yes | Embedment. |
| Lloyd, Lisa | 1:18-cv-02365 | Yes | Embedment. |
| Macklin, Jacqueline | 1:21-cv-00872 | Yes | Tilt |
| McMillan-Romero, Cassandra | 1:22-cv-00201 | Yes | Embedment, tilt, Migration |
| Pirro, Vincent | 1:21-cv-01082 | YES | Migration |
| Prescott, Megan | 1:21-cv-02697 | YES | Tilt |
| Quinones, Mirta | 1:19-cv-03942 | YES | Migration |
| Robertson, Kelita | 1:21-cv-01809 | YES | Stenosis |
| Sherman, Marc L. | 1:20-cv-06135 | YES | Back pain. Thrombotic occlusion. Fracture. Migration. |
| Stuller, Barbara | 1:21-cv-06404 | YES | Tilt |
| Watkins, Lakeshia (ESTATE OF) | 1:21-cv-02907 | YES | Tilt |
| Maynard, Karen | 1:21-cv-01054 | YES | Tilt |
| McLeod, Melissa | 1:19-cv-04168 | YES | DVT |
| Carrow, Lori Ann | 1:20-cv-02091 | YES | Failed Removal in 09/12/18. Embedment and Tilt. |
| Morris, Heidi | 1:16-cv-03421 | YES | DVT |
| Perez, Henry Samuel | 1:21-cv-02618 | YES | Failed Removal in 11/19/19. Tilt. |
| Sripuntanagoon, Nancy | 1:19-cv-02710 | YES | Abdominal Pain. Complex Removal in 10/26/2018. Embedment. DVT. |
| Stearns, Adam | 1:21-cv-00452 | YES | Tilt |
| Stephenson, Michael | 1:19-cv-03644 | YES | Abdominal and groin pain. Thrombosis. DVT. |