# EXHIBIT 2



faegredrinker.com

**Jessica Benson Cox**
Partner
jessica.cox@faegredrinker.com
+1 317 237 1234 direct
+1 317 501 6905 mobile

Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
+1 317 237 0300 main
+1 317 237 1000 fax

August 31, 2022

**VIA EMAIL**

Lauren Chrisman, Esq.
JOHNSON LAW GROUP
2925 Richmond Ave., Suite 1700
Houston, TX 77098

Re:   Response to Johnson Law Group's CMO 30 Submissions

Dear Counsel:

Faegre Drinker Biddle & Reath, LLP represents Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook") for claims and suits related to Cook's IVC filters.  I am writing in response to your submissions pursuant to Case Management Order 30 (Dkt. 21704) ("CMO 30").

Per CMO 30 and the Court's order granting an extension of time to comply (Dkt. 22258), by August 26, 2022 you were required to (1) review medical evidence submitted with Category 7(e) plaintiffs and confirm that he/she has provided a medical record or expert report supporting (a) IVC filter protrusion 3 or more mm outside the wall of the IVC and (b) that the documented protrusion has caused a present physical impairment or physical harm or (2) if such evidence was not previously submitted, to do so promptly.

To date, your firm has 345[1] cases which Cook intends to designate as "Non-Compliant" pursuant to CMO 30 requirements. The list of Non-Compliant plaintiffs are included as Exhibits A and B. Please submit materials as required by CMO 30 by Wednesday, September 7th, or Cook may be forced to pursue motion practice.  Please let me know if you have any questions.

---

[1] 28 additional cases remain under review, and our outlined in Exhibit C.  We would appreciate it you would check the records in those case to confirm they support (a) an IVC filter protrusion of 3 or more mm and (b) document the protrusion has caused a present physical impairment or physical harm, as required by CMO 30, and or supplement the records in those cases if required by September 7th as well.

Johnson Law Group — - 2 - — August 31, 2022

Sincerely,

Jessica Benson Cox

cc:     Ben C. Martin
        David P. Matthews
        Michael W. Heaviside
        Joseph N. Williams

# Exhibit A

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 1 | Addison, Wintoni | 1:21-cv-00792 | JOHNSON LAW GROUP | Yes | No |
| 2 | Anderson, Lisa | 1:19-cv-03773 | JOHNSON LAW GROUP | Yes | No |
| 3 | Atik, Rebecca | 1:21-cv-00683 | JOHNSON LAW GROUP | Yes | No |
| 4 | Austin, John | 1:19-cv-01025 | JOHNSON LAW GROUP | Yes | No |
| 5 | Ball, Thomas | 1:19-cv-02864 | JOHNSON LAW GROUP | Yes | No |
| 6 | Bannister, Lemuel | 1:18-cv-02191 | JOHNSON LAW GROUP | Yes | No |
| 7 | Barnett, Tony | 1:21-cv-06525 | JOHNSON LAW GROUP | Yes | No |
| 8 | Bazinet, Brian | 1:21-cv-06351 | JOHNSON LAW GROUP | Yes | No |
| 9 | Beasley, James | 1:21-cv-00903 | JOHNSON LAW GROUP | Yes | No |
| 10 | Bell, April | 1:19-cv-04942 | JOHNSON LAW GROUP | Yes | No |
| 11 | Bennett, Lando | 1:18-cv-02833 | JOHNSON LAW GROUP | Yes | No |
| 12 | Benson, Howard | 1:21-cv-06564 | JOHNSON LAW GROUP | Yes | No |
| 13 | Bentley, James | 1:21-cv-02765 | JOHNSON LAW GROUP | Yes | No |
| 14 | Blackbird, Thomas | 1:20-cv-00991 | JOHNSON LAW GROUP | Yes | No |
| 15 | Blakeney, Brenda [ESTATE OF] | 1:20-cv-00175 | JOHNSON LAW GROUP | Yes | No |
| 16 | Blow-Enty, Rasheed | 1:19-cv-02066 | JOHNSON LAW GROUP | Yes | No |
| 17 | Bonds, Sabrina | 1:20-cv-00379 | JOHNSON LAW GROUP | Yes | No |
| 18 | Booher, Shelley | 1:21-cv-00856 | JOHNSON LAW GROUP | Yes | No |
| 19 | Borquez, Karen | 1:18-cv-02675 | JOHNSON LAW GROUP | Yes | No |
| 20 | Boucher, Lorraine | 1:19-cv-04050 | JOHNSON LAW | Yes | No |
| 21 | Briggs, Robin | 1:17-cv-03274 | JOHNSON LAW GROUP | Yes | No |
| 22 | Brown, Harry | 1:21-cv-02086 | JOHNSON LAW GROUP | Yes | No |
| 23 | Bryan, Jerry | 1:18-cv-01686 | JOHNSON LAW GROUP | Yes | No |
| 24 | Burden, Marty | 1:18-cv-03328 | JOHNSON LAW GROUP | Yes | No |
| 25 | Burney, Steven | 1:21-cv-00892 | JOHNSON LAW GROUP | Yes | No |
| 26 | Capelle, Timothy [GUARDIANSHIP ESTATE] | 1:20-cv-01207 | JOHNSON LAW GROUP | Yes | No |
| 27 | Carey, Robert | 1:20-cv-01211 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 28 | Carlson, Lysbeth-Ann | 1:21-cv-00584 | JOHNSON LAW GROUP | Yes | No |
| 29 | Carrow, Lori Ann | 1:20-cv-02091 | JOHNSON LAW GROUP | Yes | No |
| 30 | Casselman, Bruce | 1:21-cv-06605 | JOHNSON LAW GROUP | Yes | No |
| 31 | Castro, Roberto | 1:17-cv-04661 | JOHNSON LAW GROUP | Yes | No |
| 32 | Cavanaugh, Kevin | 1:20-cv-01124 | JOHNSON LAW GROUP | Yes | No |
| 33 | Cheeks, Stephen | 1:19-cv-04877 | JOHNSON LAW GROUP | Yes | No |
| 34 | Chisholm, Sherralyne | 1:17-cv-00595 | JOHNSON LAW GROUP | Yes | No |
| 35 | Christy, Anne | 1:18-cv-03276 | JOHNSON LAW GROUP | Yes | No |
| 36 | Clark, Deborah | 1:20-cv-01309 | JOHNSON LAW GROUP | Yes | No |
| 37 | Cloutier, Lisa | 1:19-cv-04124 | JOHNSON LAW GROUP | Yes | No |
| 38 | Clucas, Katherine | 1:18-cv-03832 | JOHNSON LAW GROUP | Yes | No |
| 39 | Cole, Roberta | 1:21-cv-01293 | JOHNSON LAW GROUP | Yes | No |
| 40 | Compton, Jaben | 1:20-cv-01717 | JOHNSON LAW GROUP | Yes | No |
| 41 | Coury, William | 1:22-cv-00754 | JOHNSON LAW GROUP | Yes | No |
| 42 | Crabbs, Emily | 1:22-cv-00648 | JOHNSON LAW GROUP | Yes | No |
| 43 | Dority, Mary | 1:18-cv-00252 | JOHNSON LAW GROUP | Yes | No |
| 44 | Dorris, Verneitte | 1:18-cv-02701 | JOHNSON LAW GROUP | Yes | No |
| 45 | Downey, Maureen | 1:18-cv-03869 | JOHNSON LAW GROUP | Yes | No |
| 46 | Drake, Brenda | 1:21-cv-02728 | JOHNSON LAW GROUP | Yes | No |
| 47 | Duncan, Stanton | 1:19-cv-01350 | JOHNSON LAW GROUP | Yes | No |
| 48 | Edwards, Eddie | 1:18-cv-02974 | JOHNSON LAW GROUP | Yes | No |
| 49 | Elrod, Alora | 1:20-cv-01940 | JOHNSON LAW GROUP | Yes | No |
| 50 | Filo, Nancy | 1:19-cv-00912 | JOHNSON LAW GROUP | Yes | No |
| 51 | Finney, Richard | 1:21-cv-02814 | JOHNSON LAW GROUP | Yes | No |
| 52 | Flores, Angelique | 1:20-cv-00301 | JOHNSON LAW GROUP | Yes | No |
| 53 | Fonseca, Lourdes | 1:19-cv-04080 | JOHNSON LAW GROUP | Yes | No |
| 54 | Fougere, Marianne | 1:21-cv-06472 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 55 | Garcia, Angela | 1:19-cv-04049 | JOHNSON LAW GROUP | Yes | No |
| 56 | Geddes, Lynn | 1:18-cv-01972 | JOHNSON LAW GROUP | Yes | No |
| 57 | Gerardi, Diana | 1:20-cv-01044 | JOHNSON LAW GROUP | Yes | No |
| 58 | Gibson, David | 1:18-cv-01430 | JOHNSON LAW GROUP | Yes | No |
| 59 | Gillespie, James | 1:21-cv-03114 | JOHNSON LAW GROUP | Yes | No |
| 60 | Givens, Marie | 1:19-cv-03751 | JOHNSON LAW GROUP | Yes | No |
| 61 | Goforth, Sandra | 1:21-cv-00309 | JOHNSON LAW GROUP | Yes | No |
| 62 | Gonzalez, Alejandra | 1:20-cv-01758 | JOHNSON LAW GROUP | Yes | No |
| 63 | Gosling, Teresa | 1:21-cv-00619 | JOHNSON LAW GROUP | Yes | No |
| 64 | Graham, Michael | 1:20-cv-06211 | JOHNSON LAW GROUP | Yes | No |
| 65 | Grant, Pamela | 1:21-cv-01939 | JOHNSON LAW GROUP | Yes | No |
| 66 | Greene, Yvette | 1:19-cv-04700 | JOHNSON LAW GROUP | Yes | No |
| 67 | Grindle, Jeffrey | 1:20-cv-01786 | JOHNSON LAW GROUP | Yes | No |
| 68 | Grove, Dennis | 1:19-cv-03187 | JOHNSON LAW GROUP | Yes | No |
| 69 | Haire, Mary | 1:20-cv-06126 | JOHNSON LAW GROUP | Yes | No |
| 70 | Hale, Diane | 1:21-cv-03084 | JOHNSON LAW GROUP | Yes | No |
| 71 | Hargrove, Fabia | 1:21-cv-06475 | JOHNSON LAW GROUP | Yes | No |
| 72 | Harrison, Sheryl | 1:21-cv-06312 | JOHNSON LAW GROUP | Yes | No |
| 73 | Hart, Brenda | 1:20-cv-01192 | JOHNSON LAW GROUP | Yes | No |
| 74 | Hill, Sandra | 1:19-cv-04945 | JOHNSON LAW GROUP | Yes | No |
| 75 | Hinson, Mary Elizabeth | 1:21-cv-00934 | JOHNSON LAW GROUP | Yes | No |
| 76 | Hirschtick, Lani [ESTATE OF] | 1:19-cv-03989 | JOHNSON LAW GROUP | Yes | No |
| 77 | Hojnik, Mimi | 1:20-cv-02143 | JOHNSON LAW GROUP | Yes | No |
| 78 | Holguin, Diana | 1:20-cv-06166 | JOHNSON LAW GROUP | Yes | No |
| 79 | Huffman, Aubry | 1:19-cv-04388 | JOHNSON LAW GROUP | Yes | No |
| 80 | Ingram, Linda | 1:21-cv-00125 | JOHNSON LAW GROUP | Yes | No |
| 81 | Ivory, Tiffany | 1:21-cv-02370 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 | 7(e) Email Received** |
| 82 | Jackson, Maria | 1:19-cv-03741 | JOHNSON LAW GROUP | Yes | No |
| 83 | Jenkins, Larry | 1:21-cv-06604 | JOHNSON LAW GROUP | Yes | No |
| 84 | Johnson, Sharon (PA) | 1:19-cv-04107 | JOHNSON LAW GROUP | Yes | No |
| 85 | Jones, London | 1:20-cv-02219 | JOHNSON LAW GROUP | Yes | No |
| 86 | Klingler, Annette | 1:21-cv-02672 | JOHNSON LAW GROUP | Yes | No |
| 87 | Kruzich, Anthony | 1:20-cv-00969 | JOHNSON LAW GROUP | Yes | No |
| 88 | Lambert, Sammie | 1:19-cv-02561 | JOHNSON LAW GROUP | Yes | No |
| 89 | Legair, Lisa | 1:21-02635 | JOHNSON LAW GROUP | Yes | No |
| 90 | Lister, Lance | 1:20-cv-00318 | JOHNSON LAW GROUP | Yes | No |
| 91 | Loudermilk, Jessica | 1:20-cv-00255 | JOHNSON LAW GROUP | Yes | No |
| 92 | Lowe, Lois | 1:20-cv-03215 | JOHNSON LAW GROUP | Yes | No |
| 93 | Majors-Rambo, Lily | 1:21-cv-00699 | JOHNSON LAW GROUP | Yes | No |
| 94 | Marrero, Linda | 1:21-cv-02819 | JOHNSON LAW GROUP | Yes | No |
| 95 | Masters, Brian | 1:20-cv-00246 | JOHNSON LAW GROUP | Yes | No |
| 96 | Mathuren, Patricia | 1:19-cv-00952 | JOHNSON LAW GROUP | Yes | No |
| 97 | McCalister, Bernadine | 1:19-cv-01871 | JOHNSON LAW GROUP | Yes | No |
| 98 | McCracken, Bernice | 1:18-cv-02965 | JOHNSON LAW GROUP | Yes | No |
| 99 | McCracken, Joshua | 1:21-cv-00485 | JOHNSON LAW GROUP | Yes | No |
| 100 | McQueen, Walter | 1:19-cv-01368 | JOHNSON LAW GROUP | Yes | No |
| 101 | McTeer, Erin | 1:21-cv-01274 | JOHNSON LAW GROUP | Yes | No |
| 102 | Medeiros, Daniel S. | 1:20-cv-00508 | JOHNSON LAW GROUP | Yes | No |
| 103 | Miles, Sherry | 1:20-cv-06136 | JOHNSON LAW GROUP | Yes | No |
| 104 | Miller, Amber | 1:19-cv-01596 | JOHNSON LAW GROUP | Yes | No |
| 105 | Moffett, Lillian | 1:18-cv-02834 | JOHNSON LAW GROUP | Yes | No |
| 106 | Mohammed, Robbill | 1:22-cv-06832 | JOHNSON LAW GROUP | Yes | No |
| 107 | Montague, Barbara | 1:19-cv-02502 | JOHNSON LAW GROUP | Yes | No |
| 108 | Moody, Patricia (ESTATE OF) | 1:21-cv-02956 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 109 | Moore, Carla [REFILE] | 1:20-cv-00385 | JOHNSON LAW GROUP | Yes | No |
| 110 | Moore, Timothy | 1:19-cv-04031 | JOHNSON LAW GROUP | Yes | No |
| 111 | Morales, Edna | 1:20-cv-02965 | JOHNSON LAW GROUP | Yes | No |
| 112 | Moran, Tracy | 1:19-cv-03196 | JOHNSON LAW GROUP | Yes | No |
| 113 | Morris, Carenthia | 1:21-cv-01218 | JOHNSON LAW GROUP | Yes | No |
| 114 | Morrison, James | 1:21-cv-02472 | JOHNSON LAW GROUP | Yes | No |
| 115 | Moss, Richard | 1:18-cv-02465 | JOHNSON LAW GROUP | Yes | No |
| 116 | Nelson, Roger | 1:21-cv-00536 | JOHNSON LAW GROUP | Yes | No |
| 117 | Nielsen, Jonathan | 1:18-cv-03738 | JOHNSON LAW GROUP | Yes | No |
| 118 | Owen, Shirley Diana | 1:19-cv-03673 | JOHNSON LAW GROUP | Yes | No |
| 119 | Pace, Arthur | 1:19-cv-00538 | JOHNSON LAW GROUP | Yes | No |
| 120 | Parker, Lisa | 1:21-cv-06391 | JOHNSON LAW GROUP | Yes | No |
| 121 | Parmelee, Nancy | 1:18-cv-02173 | JOHNSON LAW GROUP | Yes | No |
| 122 | Pearce, Henrianna | 1:18-cv-02428 | JOHNSON LAW GROUP | Yes | No |
| 123 | Pearl, Ilene | 1:19-cv-01299 | JOHNSON LAW GROUP | Yes | No |
| 124 | Pena, Antonio | 1:19-cv-04520 | JOHNSON LAW GROUP | Yes | No |
| 125 | Perez, Henry Samuel | 1:21-cv-02618 | JOHNSON LAW GROUP | Yes | No |
| 126 | Perez, Jonathan | 1:21-cv-00564 | JOHNSON LAW GROUP | Yes | No |
| 127 | Perry, Brandon | 1:21-cv-06663 | JOHNSON LAW GROUP | Yes | No |
| 128 | Pettit, Sharon | 1:21-cv-00911 | JOHNSON LAW GROUP | Yes | No |
| 129 | Phelps, David | 1:21-cv-00424 | JOHNSON LAW GROUP | Yes | No |
| 130 | Phillips, Marcie | 1:21-cv-00617 | JOHNSON LAW GROUP | Yes | No |
| 131 | Pierson, James | 1:22-cv-00167 | JOHNSON LAW GROUP | Yes | No |
| 132 | Pleasant, Ursula | 1:21-cv-01122 | JOHNSON LAW GROUP | Yes | No |
| 133 | Pongetti, Dolores | 1:19-cv-05069 | JOHNSON LAW GROUP | Yes | No |
| 134 | Popoola, Michael | 1:19-cv-02594 | JOHNSON LAW GROUP | Yes | No |
| 135 | Ramirez, Frederick | 1:21-cv-06376 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 136 | Rattay, Anna Marie | 1:18-cv-03031 | JOHNSON LAW GROUP | Yes | No |
| 137 | Riffel, Rodney | 1:18-cv-03178 | JOHNSON LAW GROUP | Yes | No |
| 138 | Rivera, Coral | 1:21-cv-06662 | JOHNSON LAW GROUP | Yes | No |
| 139 | Rivera, Maira | 1:20-cv-00681 | JOHNSON LAW GROUP | Yes | No |
| 140 | Roberts, Yvonnie | 1:20-cv-00149 | JOHNSON LAW GROUP | Yes | No |
| 141 | Roybal, Florinda | 1:21-cv-00289 | JOHNSON LAW GROUP | Yes | No |
| 142 | Ruel, Brian | 1:22-cv-00553 | JOHNSON LAW GROUP | Yes | No |
| 143 | Ruppersburg, Luke | 1:20-cv-02060 | JOHNSON LAW GROUP | Yes | No |
| 144 | Russomano, Raymond | 1:19-cv-03719 | JOHNSON LAW GROUP | Yes | No |
| 145 | Rutledge, Gary (ESTATE OF) | 1:21-cv-00413 | JOHNSON LAW GROUP | Yes | No |
| 146 | Rutledge, Russell | 1:18-cv-00480 | JOHNSON LAW GROUP | Yes | No |
| 147 | Ryan, John | 1:18-cv-02982 | JOHNSON LAW GROUP | Yes | No |
| 148 | Samuel, Doris | 1:19-cv-01274 | JOHNSON LAW GROUP | Yes | No |
| 149 | Sanchez, Patricia | 1:20-cv-02555 | JOHNSON LAW GROUP | Yes | No |
| 150 | Scales, Cherie | 1:19-cv-03332 | JOHNSON LAW GROUP | Yes | No |
| 151 | Scheehle, Rebecca | 1:19-cv-01204 | JOHNSON LAW GROUP | Yes | No |
| 152 | Schleifer, Daryl | 1:19-cv-04857 | JOHNSON LAW GROUP | Yes | No |
| 153 | Schoonman, David | 1:20-cv-00397 | JOHNSON LAW GROUP | Yes | No |
| 154 | Schroth, Bonnie | 1:18-cv-02410 | JOHNSON LAW GROUP | Yes | No |
| 155 | Schultz, Joshua | 1:20-cv-06204 | JOHNSON LAW GROUP | Yes | No |
| 156 | Seal, Annette | 1:19-cv-01310 | JOHNSON LAW GROUP | Yes | No |
| 157 | Seiwoh, Minkailu | 1:20-cv-01482 | JOHNSON LAW GROUP | Yes | No |
| 158 | Sellers, Ashley | 1:20-cv-00047 | JOHNSON LAW GROUP | Yes | No |
| 159 | Severe, Ted | 1:21-cv-00776 | JOHNSON LAW GROUP | Yes | No |
| 160 | Sexton, Fleet | 1:20-cv-00073 | JOHNSON LAW GROUP | Yes | No |
| 161 | Sheets, Roger | 1:22-cv-06761 | JOHNSON LAW GROUP | Yes | No |
| 162 | Shell, Linda | 1:19-cv-01678 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 | 7(e) Email Received** |
| 163 | Shofestall, Rodney | 1:19-cv-03533 | JOHNSON LAW GROUP | Yes | No |
| 164 | Shull, Melissa Ann | 1:18-cv-02228 | JOHNSON LAW GROUP | Yes | No |
| 165 | Smith, Gloria | 1:21-cv-01995 | JOHNSON LAW GROUP | Yes | No |
| 166 | Smith, Ronald (OH) | 1:20-cv-00308 | JOHNSON LAW GROUP | Yes | No |
| 167 | Smoot, Debra | 1:20-cv-03310 | JOHNSON LAW GROUP | Yes | No |
| 168 | Stairs, Wayne | 1:19-cv-02942 | JOHNSON LAW GROUP | Yes | No |
| 169 | Stangler, Brenda | 1:21-cv-06665 | JOHNSON LAW GROUP | Yes | No |
| 170 | Starks, John | 1:18-cv-02946 | JOHNSON LAW GROUP | Yes | No |
| 171 | Stephenson, Michael | 1:19-cv-03644 | JOHNSON LAW GROUP | Yes | No |
| 172 | Steudman, Carol | 1:20-cv-00304 | JOHNSON LAW GROUP | Yes | No |
| 173 | Stewart, Donald | 1:19-cv-00608 | JOHNSON LAW GROUP | Yes | No |
| 174 | Stewart, James (MO) | 1:18-cv-02880 | JOHNSON LAW GROUP | Yes | No |
| 175 | Stockton, William | 1:18-cv-02886 | JOHNSON LAW GROUP | Yes | No |
| 176 | Strawn, James | 1:20-cv-06220 | JOHNSON LAW GROUP | Yes | No |
| 177 | Sumbrum, James | 1:22-cv-06703 | JOHNSON LAW GROUP | Yes | No |
| 178 | Sutton, Kimberly | 1:21-cv-00902 | JOHNSON LAW GROUP | Yes | No |
| 179 | Swick, Brian | 1:19-cv-03246 | JOHNSON LAW GROUP | Yes | No |
| 180 | Talavera, Hector | 1:18-cv-03826 | JOHNSON LAW GROUP | Yes | No |
| 181 | Tanks, Frederick | 1:18-cv-02810 | JOHNSON LAW GROUP | Yes | No |
| 182 | Tardo, Patrick | 1:19-cv-02713 | JOHNSON LAW GROUP | Yes | No |
| 183 | Tatum, Solomon [ESTATE OF] | 1:20-cv-00802 | JOHNSON LAW GROUP | Yes | No |
| 184 | Terrana, Charles | 1:18-cv-03614 | JOHNSON LAW GROUP | Yes | No |
| 185 | Thomas, Dwayne | 1:19-cv-03932 | JOHNSON LAW GROUP | Yes | No |
| 186 | Tierney, Katherine | 1:19-cv-03492 | JOHNSON LAW GROUP | Yes | No |
| 187 | Triggs, Roy | 1:19-cv-04762 | JOHNSON LAW GROUP | Yes | No |
| 188 | Tucker, Virginia | 1:21-cv-06576 | JOHNSON LAW GROUP | Yes | No |
| 189 | Turner, Christopher | 1:21-cv-00726 | JOHNSON LAW GROUP | Yes | No |

| | Exhibit A - Johnson Law Group | | | | |
|---|---|---|---|---|---|
| | **No CMO 30 Submission** | | | | |
| | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Category 7(e)** | **CMO-30 \| 7(e) Email Received** |
| 190 | Underwood, Cynthia | 1:19-cv-03416 | JOHNSON LAW GROUP | Yes | No |
| 191 | Upshur, Charlie | 1:19-cv-04383 | JOHNSON LAW GROUP | Yes | No |
| 192 | Vail, Rick | 1:21-cv-00278 | JOHNSON LAW GROUP | Yes | No |
| 193 | Varela, Jimmy | 1:17-cv-02807 | JOHNSON LAW GROUP | Yes | No |
| 194 | Vincent, Charles | 1:21-cv-01571 | JOHNSON LAW GROUP | Yes | No |
| 195 | Vinson, April | 1:21-cv-00446 | JOHNSON LAW GROUP | Yes | No |
| 196 | Walls, Quinton | 1:20-cv-00493 | JOHNSON LAW GROUP | Yes | No |
| 197 | Walsh, Thomas | 1:18-cv-03384 | JOHNSON LAW GROUP | Yes | No |
| 198 | Waters, Jennie | 1:19-cv-04883 | JOHNSON LAW GROUP | Yes | No |
| 199 | Webb, Mike | 1:19-cv-03798 | JOHNSON LAW GROUP | Yes | No |
| 200 | Wene, Regina | 1:19-cv-03947 | JOHNSON LAW GROUP | Yes | No |
| 201 | West, Evan | 1:20-cv-02182 | JOHNSON LAW GROUP | Yes | No |
| 202 | Wetherill, Ruth | 1:19-cv-04725 | JOHNSON LAW GROUP | Yes | No |
| 203 | Whyte, Shaun | 1:17-cv-04216 | JOHNSON LAW GROUP | Yes | No |
| 204 | Williams, Cassandra | 1:20-cv-01953 | JOHNSON LAW GROUP | Yes | No |
| 205 | Wilson, Matthew | 1:20-cv-02650 | JOHNSON LAW GROUP | Yes | No |
| 206 | Woods, Pamela | 1:18-cv-03396 | JOHNSON LAW GROUP | Yes | No |
| 207 | Woolridge, Tabitha | 1:21-cv-01238 | JOHNSON LAW GROUP | Yes | No |
| 208 | Wyatt, Maria | 1:22-cv-00445 | JOHNSON LAW GROUP | Yes | No |
| 209 | Young, Sharon | 1:20-v-01920 | JOHNSON LAW GROUP | Yes | No |

# Exhibit B

| | Exhibit B - Johnson Law Group | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Non-Compliant CMO 30 Submissions | | | | | | | | | |
| | Plaintiff | Cause Number | Lead Counsel | CMO-30 7(e) Email Received | CCF Indicates 7(e) Injury* | Date of Record | Record Support Injury | Record indicating filter/strut is in another structure or organ | Type of Structure or Organ | Measurement amount given in record that the filter has perforated |
| 1 | Adams, Tami | 1:21-cv-02300 | JOHNSON LAW GROUP | Yes | Yes | 10/5/2019 | No | No | N/A | N/A |
| 2 | Andrews, Michael | 1:19-cv-04659 | JOHNSON LAW GROUP | Yes | Yes | 12/2/2017 | No | No | N/A | N/A |
| 3 | Araujo, April | 1:19-cv-04228 | JOHNSON LAW GROUP | Yes | Yes | 5/14/2019 | No | No | N/A | N/A |
| 4 | Archibald, Creed | 1:19-cv-02858 | JOHNSON LAW GROUP | Yes | Yes | 11/29/2017 | No | No | N/A | N/A |
| 5 | Atwell, Charmaine | 1:18-cv-00508 | JOHNSON LAW GROUP | Yes | Yes | 10/25/2016 | No | No | N/A | N/A |
| 6 | Banks, Brenda | 1:20-cv-03208 | JOHNSON LAW GROUP | Yes | Yes | 12/27/2018 | No | No | N/A | N/A |
| 7 | Barbee, Bobby Wayne [ESTATE | 1:20-cv-00211 | JOHNSON LAW GROUP | Yes | Yes | 1/18/2018 | No | No | N/A | N/A |
| 8 | Barker, Carol | 1:19-cv-03692 | JOHNSON LAW GROUP | Yes | Yes | 5/11/2018 | No | No | N/A | N/A |
| 9 | Berry, George | 1:19-cv-01912 | JOHNSON LAW GROUP | Yes | No | 8/16/2017 | No | No | N/A | N/A |
| 10 | Bigwood, Barbara | 1:21-cv-02915 | JOHNSON LAW GROUP | Yes | Yes | 12/13/2019 | No | No | N/A | N/A |
| 11 | Blanchard, Celeste | 1:21-cv-02834 | JOHNSON LAW GROUP | Yes | Yes | 12/19/2019 | No | No | N/A | N/A |
| 12 | Borg, Nancy | 1:18-cv-01139 | JOHNSON LAW GROUP | Yes | No | 8/17/2017 | No | No | N/A | N/A |
| 13 | Boyd, Tracie | 1:20-cv-06127 | JOHNSON LAW GROUP | Yes | No | 1/28/2017 | No | No | N/A | N/A |
| 14 | Braden, Eva | 1:21-cv-01119 | JOHNSON LAW GROUP | Yes | Yes | 5/20/2019 | No | No | N/A | N/A |
| 15 | Brazil, Dwayne | 1:19-cv-03540 | JOHNSON LAW GROUP | Yes | Yes | 7/25/2019 | No | No | N/A | N/A |
| 16 | Bright, Adele | 1:19-cv-05068 | JOHNSON LAW GROUP | Yes | No | 3/26/2018 | No | No | N/A | N/A |
| 17 | Brown, Yvette | 1:21-cv-06570 | JOHNSON LAW GROUP | Yes | Yes | 8/13/2018 | No | No | N/A | N/A |
| 18 | Buck, Mary Lou [ESTATE OF] | 1:20-cv-02062 | JOHNSON LAW GROUP | Yes | Yes | 8/7/2018 | No | No | N/A | N/A |
| 19 | Burrows, Brock | 1:19-cv-02894 | JOHNSON LAW GROUP | Yes | Yes | 5/7/2018 | No | No | N/A | N/A |
| 20 | Busche, William | 1:20-cv-00474 | JOHNSON LAW GROUP | Yes | No | 8/28/2019 | No | No | N/A | 1-2 mm |
| 21 | Caldwell, James | 1:19-cv-02835 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No | N/A | N/A |
| 22 | Carroll, Sheila | 1:20-cv-00922 | JOHNSON LAW GROUP | Yes | Yes | 7/9/2019 | No | No | N/A | 2 mm |
| 23 | Carter, Josie | 1:21-cv-02741 | JOHNSON LAW GROUP | Yes | Yes | 12/17/2019 | No | No | N/A | N/A |
| 24 | Castilleja, Lisa | 1:20-cv-00663 | JOHNSON LAW GROUP | Yes | Yes | 9/4/2019 | No | No | N/A | N/A |
| 25 | Chasteen, Marsha | 1:21-cv-01409 | JOHNSON LAW GROUP | Yes | Yes | 7/1/2019 | No | No | N/A | N/A |
| 26 | Citizen, Kenneth | 1:20-cv-01305 | JOHNSON LAW GROUP | Yes | No | 6/11/2018 | No | No | N/A | N/A |
| 27 | Clark, Bernadette | 1:21-cv-06327 | JOHNSON LAW GROUP | Yes | Yes | 3/25/2019 | No | No | N/A | N/A |
| 28 | Clark-Thomas, Karen | 1:19-cv-02838 | JOHNSON LAW GROUP | Yes | Yes | 2/21/2018 | No | No | N/A | N/A |
| 29 | Clay, Shawn | 1:19-cv-01786 | JOHNSON LAW GROUP | Yes | Yes | 6/15/2018 | No | No | N/A | N/A |
| 30 | Corvera, Eduardo | 1:20-cv-06250 | JOHNSON LAW GROUP | Yes | Yes | 10/19/2018 | No | No | N/A | N/A |
| 31 | Crawley, Patsy | 1:19-cv-00108 | JOHNSON LAW GROUP | Yes | Yes | 2/21/2017 | No | No | N/A | N/A |
| 32 | Dornik, Joseph | 1:18-cv-03849 | JOHNSON LAW GROUP | Yes | Yes | 3/21/2018 | No | No | N/A | N/A |
| 33 | Dunn, Barbara | 1:21-cv-06634 | JOHNSON LAW GROUP | Yes | Yes | 10/19/2017 | No | No | N/A | N/A |
| 34 | Estep, Shellia | 1:20-cv-02165 | JOHNSON LAW GROUP | Yes | Yes | 11/2/2018 | No | No | N/A | N/A |
| 35 | Estes, Reginald | 1:18-cv-00511 | JOHNSON LAW GROUP | Yes | Yes | 3/23/2015 | No | No | N/A | N/A |
| 36 | Faucher, Denise | 1:21-cv-02345 | JOHNSON LAW GROUP | Yes | Yes | 9/20/2019 | No | No | N/A | N/A |
| 37 | Felty, Corey | 1:22-cv-01125 | JOHNSON LAW GROUP | Yes | Yes | 7/9/2020 | No | No | N/A | 2 mm |
| 38 | Fife, Robert | 1:22-cv-00150 | JOHNSON LAW GROUP | Yes | Yes | 3/5/2020 | No | No | N/A | N/A |
| 39 | Flink, Donald | 1:19-cv-02455 | JOHNSON LAW GROUP | Yes | Yes | 2/27/2019 | No | No | N/A | N/A |
| 40 | Fludd, Travis | 1:20-cv-01407 | JOHNSON LAW GROUP | Yes | Yes | 2/7/2019 | No | No | N/A | N/A |
| 41 | Fontanez, Michelle | 1:22-cv-01131 | JOHNSON LAW GROUP | Yes | Yes | 7/13/2020 | No | No | N/A | N/A |
| 42 | Franki, Carmen | 1:21-cv-00793 | JOHNSON LAW GROUP | Yes | Yes | 1/24/2019 | No | No | N/A | N/A |
| 43 | Frazier, Lesia | 1:20-cv-00043 | JOHNSON LAW GROUP | Yes | Yes | 11/29/2018 | No | No | N/A | N/A |
| 44 | Fuller, Stacie | 1:21-cv-00441 | JOHNSON LAW GROUP | Yes | Yes | 3/5/2019 | No | No | N/A | N/A |
| 45 | Garcia, Mia | 1:18-cv-00154 | JOHNSON LAW GROUP | Yes | Yes | 8/7/2017 | No | No | N/A | N/A |
| 46 | Gates, Van | 1:20-cv-02975 | JOHNSON LAW GROUP | Yes | Yes | 12/4/2018 | No | No | N/A | N/A |
| 47 | Genteel, James | 1:20-cv-02181 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2018 | No | No | N/A | N/A |
| 48 | Goddard, Bobbi | 1:18-cv-01167 | JOHNSON LAW GROUP | Yes | Yes | 3/31/2017 | No | No | N/A | N/A |
| 49 | Graham, James (PA) | 1:18-cv-02174 | JOHNSON LAW GROUP | Yes | Yes | 10/5/2017 | No | No | N/A | N/A |
| 50 | Green, John | 1:20-cv-01489 | JOHNSON LAW GROUP | Yes | No | 5/13/2019 | No | No | N/A | N/A |
| 51 | Harrell, Jasmine | 1:20-cv-02702 | JOHNSON LAW GROUP | Yes | Yes | 11/2/2019 | No | No | N/A | N/A |
| 52 | Harrison, Pauline | 1:21-cv-01393 | JOHNSON LAW GROUP | Yes | Yes | 6/14/2019 | No | No | N/A | N/A |
| 53 | Hill, Eddie | 1:20-cv-02331 | JOHNSON LAW GROUP | Yes | Yes | 10/2/2018 | No | No | N/A | N/A |
| 54 | Horn, Susan | 1:21-cv-00549 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2019 | No | No | N/A | N/A |
| 55 | Indelicato, James | 1:21-cv-06420 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No | N/A | N/A |
| 56 | Jablonski, Krystal | 1:20-cv-01091 | JOHNSON LAW GROUP | Yes | No | 7/25/2019 | No | No | N/A | N/A |
| 57 | Johnson, Melinda | 1:19-cv-00842 | JOHNSON LAW GROUP | Yes | Yes | 6/1/2018 | No | No | N/A | N/A |
| 58 | Kellenberger, John Sr. | 1:20-cv-00396 | JOHNSON LAW GROUP | Yes | Yes | 3/21/2018 | No | No | N/A | N/A |
| 59 | Kendrick, Tavis | 1:21-cv-01080 | JOHNSON LAW GROUP | Yes | Yes | 8/2/2019 | No | No | N/A | N/A |
| 60 | Knochel, Keisha | 1:19-cv-01495 | JOHNSON LAW GROUP | Yes | Yes | 4/20/2016 | No | No | N/A | N/A |

| | | | | Exhibit B - Johnson Law Group | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Non-Compliant CMO 30 Submissions** | | | | | | |
| | Plaintiff | Cause Number | Lead Counsel | CMO-30 7(e) Email Received | CCF Indicates 7(e) Injury* | Date of Record | Record Support Injury | Record indicating filter/strut is in another structure or organ | Type of Structure or Organ | Measurement amount given in record that the filter has perforated |
| 61 | Kotwicki, Helen | 1:19-cv-04715 | JOHNSON LAW GROUP | Yes | Yes | 11/28/2017 | No | No | N/A | N/A |
| 62 | Kreske, Renee | 1:18-cv-01697 | JOHNSON LAW GROUP | Yes | Yes | 11/22/2017 | No | No | N/A | N/A |
| 63 | Kunz, Scott | 1:19-cv-03969 | JOHNSON LAW GROUP | Yes | No | 9/15/2017 | No | No | N/A | N/A |
| 64 | Lamattery, Josiah | 1:22-cv-00023 | JOHNSON LAW GROUP | Yes | Yes | 1/31/2020 | No | No | N/A | N/A |
| 65 | Lein, Adam | 1:20-cv-02879 | JOHNSON LAW GROUP | Yes | Yes | 4/25/2019 | No | No | N/A | N/A |
| 66 | Leitao-Grant, Maria | 1:21-cv-06390 | JOHNSON LAW GROUP | Yes | Yes | 9/25/2017 | No | No | N/A | N/A |
| 67 | Lewis, Patricia | 1:21-cv-02032 | JOHNSON LAW GROUP | Yes | Yes | 9/6/2019 | No | No | N/A | N/A |
| 68 | Lewis, Saundra | 1:19-cv-04535 | JOHNSON LAW GROUP | Yes | Yes | 8/3/2017 | No | No | N/A | N/A |
| 69 | Lloyd, Lisa | 1:18-cv-02365 | JOHNSON LAW GROUP | Yes | Yes | 10/7/2016 | No | No | N/A | N/A |
| 70 | Logan, Joann | 1:19-cv-03499 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No | N/A | N/A |
| 71 | Macklin, Jacqueline | 1:21-cv-00872 | JOHNSON LAW GROUP | Yes | Yes | 4/15/2019 | No | No | N/A | N/A |
| 72 | Magee, Lynne | 1:20-cv-00601 | JOHNSON LAW GROUP | Yes | Yes | 3/19/2018 | No | No | N/A | 1.9 cm |
| 73 | Malone, Monica [ESTATE OF] | 1:20-cv-06254 | JOHNSON LAW GROUP | Yes | Yes | 10/3/2018 | No | No | N/A | N/A |
| 74 | Manges, David | 1:19-cv-00059 | JOHNSON LAW GROUP | Yes | Yes | 3/20/2018 | No | No | N/A | N/A |
| 75 | Maynard, Karen | 1:21-cv-01054 | JOHNSON LAW GROUP | Yes | Yes | 5/6/2019 | No | No | N/A | N/A |
| 76 | McDaniel, Arthur Lee | 1:19-cv-03545 | JOHNSON LAW GROUP | Yes | Yes | 11/1/2019 | No | No | N/A | N/A |
| 77 | Mcentire, Shirley | 1:21-cv-02107 | JOHNSON LAW GROUP | Yes | Yes | 9/9/2019 | No | No | N/A | N/A |
| 78 | McKee, Elizabeth | 1:19-cv-04029 | JOHNSON LAW GROUP | Yes | Yes | 9/28/2017 | No | No | N/A | N/A |
| 79 | McLeod, Melissa | 1:19-cv-04168 | JOHNSON LAW GROUP | Yes | No | 2/18/2019 | No | No | N/A | N/A |
| 80 | McMillan-Romero, Cassandra | 1:22-cv-00201 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2020 | No | No | N/A | N/A |
| 81 | McRae, Jason | 1:19-cv-04952 | JOHNSON LAW GROUP | Yes | No | 12/29/2017 | No | No | N/A | N/A |
| 82 | Mitchell, Tracy | 1:21-cv-01457 | JOHNSON LAW GROUP | Yes | Yes | 7/8/2019 | No | No | N/A | N/A |
| 83 | Mize, Dennis | 1:20-cv-00718 | JOHNSON LAW GROUP | Yes | Yes | 3/22/2018 | No | No | N/A | N/A |
| 84 | Morris, Eleanor F. | 1:21-cv-01258 | JOHNSON LAW GROUP | Yes | Yes | 6/18/2019 | No | No | N/A | N/A |
| 85 | Morris, Heidi | 1:16-cv-03421 | JOHNSON LAW GROUP | Yes | Yes | 5/3/2018 | No | No | N/A | N/A |
| 86 | Morton, Delbert | 1:19-cv-04934 | JOHNSON LAW GROUP | Yes | Yes | 3/29/2019 | No | No | N/A | N/A |
| 87 | Mulcahy, Roger | 1:20-cv-01015 | JOHNSON LAW GROUP | Yes | Yes | 9/27/2018 | No | No | N/A | 1 cm |
| 88 | Nicholson, Chyresse | 1:18-cv-03802 | JOHNSON LAW GROUP | Yes | No | N/A | No | No | N/A | N/A |
| 89 | Nierman, Bonnie | 1:20-cv-00042 | JOHNSON LAW GROUP | Yes | No | 8/6/2019 | No | No | N/A | N/A |
| 90 | Ollis, Robin | 1:17-cv-03405 | JOHNSON LAW GROUP | Yes | No | 12/8/2017 | No | No | N/A | 2mm |
| 91 | Overton, Rechell | 1:18-cv-01444 | JOHNSON LAW GROUP | Yes | Yes | 1/8/2019 | No | No | N/A | N/A |
| 92 | Paschal, Debbie | 1:20-cv-06222 | JOHNSON LAW GROUP | Yes | Yes | 8/17/2017 | No | No | N/A | N/A |
| 93 | Pedersen, Nadean | 1:22-cv-06840 | JOHNSON LAW GROUP | Yes | Yes | 8/20/2007 | No | No | N/A | N/A |
| 94 | Phillips, Betty | 1:19-cv-04792 | JOHNSON LAW GROUP | Yes | Yes | 12/7/2017 | No | No | N/A | N/A |
| 95 | Pirro, Vincent | 1:21-cv-01082 | JOHNSON LAW GROUP | Yes | Yes | 5/14/2019 | No | No | N/A | N/A |
| 96 | Prescott, Megan | 1:21-cv-02697 | JOHNSON LAW GROUP | Yes | Yes | 12/11/2019 | No | No | N/A | N/A |
| 97 | Prezioso, Gerald | 1:21-cv-06562 | JOHNSON LAW GROUP | Yes | Yes | 8/13/2019 | No | No | N/A | N/A |
| 98 | Pulfer, Phillip | 1:21-cv-00830 | JOHNSON LAW GROUP | Yes | Yes | 4/9/2019 | No | No | N/A | N/A |
| 99 | Quinones, Mirta | 1:19-cv-03942 | JOHNSON LAW GROUP | Yes | Yes | 9/19/2017 | No | No | N/A | N/A |
| 100 | Ratliff, Joel | 1:18-cv-03920 | JOHNSON LAW GROUP | Yes | Yes | 12/14/2016 | No | No | N/A | N/A |
| 101 | Razo-Sanchez, Carmen | 1:20-cv-00093 | JOHNSON LAW GROUP | Yes | No | N/A | No | No | N/A | N/A |
| 102 | Reid, Nakia | 1:17-cv-04603 | JOHNSON LAW GROUP | Yes | Yes | 1/4/2016 | No | No | N/A | N/A |
| 103 | Reid, Richard | 1:20-cv-01371 | JOHNSON LAW GROUP | Yes | Yes | 9/12/2018 | No | No | N/A | N/A |
| 104 | Rencher, J.D., Jr. | 1:21-cv-00002 | JOHNSON LAW GROUP | Yes | Yes | 1/7/2019 | No | No | N/A | N/A |
| 105 | Revels, Agusta [ESTATE OF] | 1:19-cv-02465 | JOHNSON LAW GROUP | Yes | Yes | 3/22/2018 | No | Yes | Pericaval/mesenteric fat | N/A |
| 106 | Richards, Edna | 1:18-cv-01559 | JOHNSON LAW GROUP | Yes | No | 4/17/2018 | No | No | N/A | N/A |
| 107 | Roberts, Jill | 1:20-cv-00336 | JOHNSON LAW GROUP | Yes | Yes | 5/1/2019 | No | No | N/A | N/A |
| 108 | Robertson, Kelita | 1:21-cv-01809 | JOHNSON LAW GROUP | Yes | Yes | 7/29/2019 | No | No | N/A | N/A |
| 109 | Rossi, Patricia | 1:20-cv-00112 | JOHNSON LAW GROUP | Yes | Yes | 5/17/2019 | No | No | N/A | N/A |
| 110 | Rossman, Robert | 1:21-cv-00873 | JOHNSON LAW GROUP | Yes | Yes | 4/12/2019 | No | No | N/A | N/A |
| 111 | Ryan, Daniel | 1:21-cv-01983 | JOHNSON LAW GROUP | Yes | Yes | 4/9/2019 | No | No | N/A | N/A |
| 112 | Sanders, Antwoine | 1:21-cv-00727 | JOHNSON LAW GROUP | Yes | Yes | 4/22/2020 | No | No | N/A | N/A |
| 113 | Santiago, Vanessa | 1:20-cv-06289 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2018 | No | No | N/A | N/A |
| 114 | Satterfield, Tippy | 1:18-cv-02131 | JOHNSON LAW GROUP | Yes | No | N/A | No | No | N/A | N/A |
| 115 | Sherman, Marc L. | 1:20-cv-06135 | JOHNSON LAW GROUP | Yes | Yes | N/A | No | No | N/A | N/A |
| 116 | Smith, Raneisha | 1:20-cv-00127 | JOHNSON LAW GROUP | Yes | Yes | 2/5/2019 | No | No | N/A | 2-3 mm |
| 117 | Sripuntanagoon, Nancy | 1:19-cv-02710 | JOHNSON LAW GROUP | Yes | Yes | 10/23/2018 | No | No | N/A | N/A |
| 118 | Staley, James | 1:19-cv-04679 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | No | N/A | N/A |
| 119 | Stearns, Adam | 1:21-cv-00452 | JOHNSON LAW GROUP | Yes | Yes | 4/7/2020 | No | No | N/A | N/A |
| 120 | Steely, Carol | 1:20-cv-00067 | JOHNSON LAW GROUP | Yes | Yes | 2/1/2018 | No | No | N/A | N/A |

| | **Exhibit B - Johnson Law Group** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Non-Compliant CMO 30 Submissions** | | | | | | | | | |
| | Plaintiff | Cause Number | Lead Counsel | CMO-30 7(e) Email Received | CCF Indicates 7(e) Injury* | Date of Record | Record Support Injury | Record indicating filter/strut is in another structure or organ | Type of Structure or Organ | Measurement amount given in record that the filter has perforated |
| 121 | Stuller, Barbara | 1:21-cv-06404 | JOHNSON LAW GROUP | Yes | Yes | 8/15/2017 | No | No | N/A | N/A |
| 122 | Taylor, Aaron | 1:19-cv-01220 | JOHNSON LAW GROUP | Yes | No | 10/13/2009 | No | No | N/A | N/A |
| 123 | Taylor, Robert (MS) | 1:20-cv-01982 | JOHNSON LAW GROUP | Yes | No | 10/17/2018 | No | No | N/A | N/A |
| 124 | Todd, Joan | 1:21-cv-00484 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | No | N/A | N/A |
| 125 | Towle, Michele | 1:21-cv-01772 | JOHNSON LAW GROUP | Yes | Yes | 7/30/2019 | No | No | N/A | N/A |
| 126 | Vaughn, Karen | 1:20-cv-00401 | JOHNSON LAW GROUP | Yes | Yes | 2/20/2018 | No | No | N/A | N/A |
| 127 | Vaughn, Machel | 1:21-cv-00030 | JOHNSON LAW GROUP | Yes | Yes | 1/31/2020 | No | No | N/A | N/A |
| 128 | Walker-Hill, Debra | 1:20-cv-02933 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | No | N/A | N/A |
| 129 | Watkins, Lakeshia (ESTATE OF) | 1:21-cv-02907 | JOHNSON LAW GROUP | Yes | Yes | 12/13/2019 | No | No | N/A | N/A |
| 130 | Wesner, Jonathan | 1:21-cv-01960 | JOHNSON LAW GROUP | Yes | Yes | 8/10/2020 | No | No | N/A | N/A |
| 131 | Williams, Jacki | 1:20-cv-00095 | JOHNSON LAW GROUP | Yes | Yes | 3/19/2019 | No | No | N/A | N/A |
| 132 | Williams, James E. Jr. | 1:19-cv-03336 | JOHNSON LAW GROUP | Yes | Yes | 9/7/2017 | No | No | N/A | N/A |
| 133 | Wood, Lisa | 1:22-cv-00667 | JOHNSON LAW GROUP | Yes | Yes | 5/26/2020 | No | No | N/A | N/A |
| 134 | Wright, Wendell | 1:21-cv-01407 | JOHNSON LAW GROUP | Yes | Yes | 6/18/2019 | No | No | N/A | N/A |
| 135 | Wylie, Ricky | 1:19-cv-03062 | JOHNSON LAW GROUP | Yes | No | 8/17/2017 | No | No | N/A | N/A |
| 136 | Wylie, Thomas | 1:19-cv-04140 | JOHNSON LAW GROUP | Yes | Yes | 5/25/2018 | No | No | N/A | N/A |

*Counsel emailed stating they were complying with CMO 30 obligations despite not selected Category 7(e) on the applicable CCF

# Exhibit C

| | Exhibit C - Johnson Law Group | | |
|---|---|---|---|
| | **Plaintiff** | **Cause Number** | **Lead Counsel** |
| 1 | Aguilera, Shane | 1:20-cv-00768 | JOHNSON LAW GROUP |
| 2 | Borg, Nancy | 1:18-cv-01139 | JOHNSON LAW GROUP |
| 3 | Boyd, Tracie | 1:20-cv-06127 | JOHNSON LAW GROUP |
| 4 | Burrell, Robert | 1:20-cv-00755 | JOHNSON LAW GROUP |
| 5 | Busche, William | 1:20-cv-00474 | JOHNSON LAW GROUP |
| 6 | Carroll, Sheila | 1:20-cv-00922 | JOHNSON LAW GROUP |
| 7 | Castilleja, Lisa | 1:20-cv-00663 | JOHNSON LAW GROUP |
| 8 | Dornik, Joseph | 1:18-cv-03849 | JOHNSON LAW GROUP |
| 9 | Felty, Corey | 1:22-cv-01125 | JOHNSON LAW GROUP |
| 10 | Genteel, James | 1:20-cv-02181 | JOHNSON LAW GROUP |
| 11 | Goddard, Bobbi | 1:18-cv-01167 | JOHNSON LAW GROUP |
| 12 | Graham, James (PA) | 1:18-cv-02174 | JOHNSON LAW GROUP |
| 13 | Hill, Eddie | 1:20-cv-02331 | JOHNSON LAW GROUP |
| 14 | McDaniel, Arthur Lee | 1:19-cv-03545 | JOHNSON LAW GROUP |
| 15 | Mize, Dennis | 1:20-cv-00718 | JOHNSON LAW GROUP |
| 16 | Morris, Heidi | 1:16-cv-03421 | JOHNSON LAW GROUP |
| 17 | Ohler, Richard | 1:20-cv-00424 | JOHNSON LAW GROUP |
| 18 | Paschal, Debbie | 1:20-cv-06222 | JOHNSON LAW GROUP |
| 19 | Quinones, Mirta | 1:19-cv-03942 | JOHNSON LAW GROUP |
| 20 | Ratliff, Joel | 1:18-cv-03920 | JOHNSON LAW GROUP |
| 21 | Reid, Nakia | 1:17-cv-04603 | JOHNSON LAW GROUP |
| 22 | Reid, Richard | 1:20-cv-01371 | JOHNSON LAW GROUP |
| 23 | Richards, Edna | 1:18-cv-01559 | JOHNSON LAW GROUP |
| 24 | Rossi, Patricia | 1:20-cv-00112 | JOHNSON LAW GROUP |
| 25 | Taylor, Robert (MS) | 1:20-cv-01982 | JOHNSON LAW GROUP |
| 26 | Williams, Jacki | 1:20-cv-00095 | JOHNSON LAW GROUP |
| 27 | Williams, James E. Jr. | 1:19-cv-03336 | JOHNSON LAW GROUP |
| 28 | Wylie, Thomas | 1:19-cv-04140 | JOHNSON LAW GROUP |