# EXHIBIT 3

|    | Plaintiff | Cause Number | JLG Response | Perforated Organ |
|----|-----------|--------------|--------------|------------------|
| 1  | Fink, Russell | 1:17-cv-02615 | Organ Perforation | Aorta |
| 2  | Overton, Rechell | 1:18-cv-01444 | Organ Perforation | Aorta |
| 3  | Flink, Donald | 1:19-cv-02455 | Organ Perforation | Duodenum |
| 4  | Franki, Carmen | 1:21-cv-00793 | Organ Perforation | Duodenum |
| 5  | Garcia, Mia | 1:18-cv-00154 | Organ Perforation | Duodenum |
| 6  | Goddard, Bobbi | 1:18-cv-01167 | Organ Perforation | Duodenum |
| 7  | Araujo, April | 1:19-cv-04228 | Organ Perforation | Duodenum |
| 8  | Felty, Corey | 1:22-cv-01125 | Organ Perforation | Duodenum |
| 9  | Taylor, Robert (MS) | 1:20-cv-01982 | Organ Perforation | Duodenum |
| 10 | Reid, Richard | 1:20-cv-01371 | Organ Perforation | Gonadal Vein |
| 11 | Rossman, Robert | 1:21-cv-00873 | Organ Perforation | Gonadal Vein |
| 12 | Graham, James (PA) | 1:18-cv-02174 | Organ Perforation | Mesenteric Vein |
| 13 | Ryan, Daniel | 1:21-cv-01983 | Organ Perforation | Psoas Muscle, Duodenum |
| 14 | Horn, Susan | 1:21-cv-00549 | Organ Perforation | Renal Vein |
| 15 | Wylie, Ricky | 1:19-cv-03062 | Organ Perforation | Renal Vein |
| 16 | Caldwell, James | 1:19-cv-02835 | Organ Perforation | Renal Vein |
| 17 | Brown, Yvette | 1:21-cv-06570 | Organ Perforation | Vertebra |
| 18 | Carroll, Sheila | 1:20-cv-00922 | Organ Perforation | Vertebra |
| 19 | Capobianco, Becky | 1:19-cv-00609 | Organ Perforation | Vertebra |
| 20 | Morris, Eleanor F. | 1:21-cv-01258 | Organ Perforation | Vertebra |
| 21 | Nierman, Bonnie | 1:20-cv-00042 | Organ Perforation | Vertebra |
| 22 | Staley, James | 1:19-cv-04679 | Organ Perforation | Vertebra, Aorta, Lumbar Veins, Psoas Muscle |
| 23 | Matthews, Jermaine | 1:18-cv-03833 | Organ Perforation | Vertebra, Duodenum, Aorta |

|   | Plaintiff | Cause Number | JLG Response | Measurement |
|---|---|---|---|---|
| 1 | Walls, Quinton | 1:20-cv-00493 | Perforation over 3mm | 4mm |
| 2 | Buck, Mary Lou [ESTATE OF] | 1:20-cv-02062 | Perforation over 3mm | 3.7mm |
| 3 | Rossi, Patricia | 1:20-cv-00112 | Perforation over 3mm | 7mm |
| 4 | Sumbrum, James | 1:22-cv-06703 | Perforation over 3mm | 14mm |
| 5 | Wene, Regina | 1:19-cv-03947 | Perforation over 3mm | 10mm |
| 6 | Taylor, Aaron | 1:19-cv-01220 | Perforation over 3mm | 13mm |

|   | **Plaintiff** | **Cause Number** | **JLG Response** |
|---|---|---|---|
| 1 | Bishop, Lyle | 1:20-cv-01122 | Recategorized |
| 2 | Cardinal, Darlene | 1:19-cv-04217 | Recategorized |
| 3 | Sanders, Antwoine | 1:21-cv-00727 | Recategorized |
| 4 | Jablonski, Krystal | 1:20-cv-01091 | Recategorized |
| 5 | Kunz, Scott | 1:19-cv-03969 | Recategorized |
| 6 | Berry, George | 1:19-cv-01912 | Recategorized |
| 7 | Busche, William | 1:20-cv-00474 | Recategorized |
| 8 | Clay, Shawn | 1:19-cv-01786 | Recategorized |
| 9 | Ollis, Robin | 1:17-cv-03405 | Recategorized |
| 10 | Lein, Adam | 1:20-cv-02879 | Recategorized |
| 11 | Malone, Monica [ESTATE | 1:20-cv-06254 | Recategorized |
| 12 | McDaniel, Arthur Lee | 1:19-cv-03545 | Recategorized |
| 13 | Bryant, Kyle | 1:20-cv-00198 | Recategorized |
| 14 | West, Evan | 1:20-cv-02182 | Recategorized |
| 15 | Graham, Michael | 1:20-cv-06211 | Recategorized |
| 16 | Morrison, James | 1:21-cv-02472 | Recategorized |
| 17 | Pierson, James | 1:22-cv-00167 | Recategorized |
| 18 | Ruel, Brian | 1:22-cv-00553 | Recategorized |

|   | Plaintiff | Cause Number |
|---|-----------|--------------|
| 1 | Shull, Melissa | 1:18-cv-02228 |