IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
All Plaintiff's Subject to Cook's Motion to Show Cause Dkt. 22717_____

**MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5-11(d)(2)(A), JLG Plaintiffs ("Plaintiffs"), by and through their attorneys, hereby submit this brief in support of their motion to maintain Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 [Dkt. 22810] to JLG's Motion in Opposition to Cook's Motion to Show Cause for Non-Compliance CMO 30 Cases [Dkt. 22809] under seal states:

1. On September 23, 2022, Cook filed a Motion to Show Cause [Dkt. 22717] naming over 170 of JLG's Plaintiffs as being non-compliant with CMO 30.

2. On October 7, 2022, Plaintiffs filed a Response in Opposition to Cook's Motion to Show Cause.

3. Plaintiffs filed separately under seal, as support for their motion a handful of Plaintiffs' medical records and case categorization forms, who are named in Cook's motion, as examples of compliance with CMO 30. [Dkt. 20810].

4. Plaintiff filed Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 under seal [Dkt. 22810] because the documents contain the Plaintiffs' medical information protected by Fed. R. Civ. P. 5.2 and HIPPA.

1

5. Exhibit 4 is a copy of a limited number of medical records and case categorization forms for Plaintiffs Russel Fink (1:17-cv-02615); James Sumbrum (1:22-cv-06703); and Daniel Ryan (1:21-cv-01983) which are protected under Fed R. Civ. P. 5.2 and HIPPA.

6. Exhibit 5 contains select pages of medical records for Plaintiff, Mirta Quinones (1:19-cv-03942) also protected by Fed R. Civ. P. 5.2 and HIPPA.

7. Exhibit 6 is a copy of a limited amount of pages of medical records for Plaintiff Henry Samuel Perez (1:21-cv-02618) which are protected under Fed R. Civ. P. 5.2 and HIPPA.

8. Finally, Exhibit 7 is a copy of a limited amount of pages of medical records for Plaintiff James Staley (1:19-cv-04679) which are protected under Fed R. Civ. P. 5.2 and HIPPA.

9. The information cannot be redacted because the information provided shows unique information, providing evidence to show that these Plaintiffs and many other Plaintiffs with similar evidence should not be subject to a Show Cause Order.

10. To ensure that the Plaintiffs' personal and medical information remains private, Plaintiffs request the documents filed, remain under seal.

11. Sealing of these documents is not opposed by any party.

A proposed order is attached hereto.

Dated: October 7, 2022.

Respectfully submitted,

**JOHNSON LAW GROUP**

 s/ Basil E. Adham
Basil E. Adham
TX Bar No 24081742

2

        Jessica Glitz
TX Bar No. 24076095
Johnson Law Group
2925 Richmond Ave.,
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394
***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

<u>s/ Basil E. Adham</u>
Basil E. Adham
TX Bar No 24081742
Jessica Glitz
TX Bar No. 24076095
Johnson Law Group
2925 Richmond Ave.,
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394
***Counsel for Plaintiffs***