IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Named in Cook's Motion to Show Cause Dkt. 22717

### ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal **Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 [Dkt. 22810]** in Support of Plaintiffs' Motion in Opposition to Cook's Motion to Show Cause **[Dkt. 22809].** Having considered the Supplemental Response, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 [Dkt. 22810]** in Support of Motion in Opposition to Cook's Motion to Show Cause **[Dkt. 22809]** is to be maintained under seal.

Dated this ___ of _____, 2022.


SO ORDERED: _____