IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff<br>Megan L. Roberts | Civil Case #  1:22-cv-00619 |

### SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff/Deceased Party:

   Megan L. Roberts

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   James Roberts

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Mississippi

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Mississippi

6. Plaintiff's/Deceased Party's current state of residence:

   Mississippi

7. District Court and Division in which venue would be proper absent direct filing:

   <u>U.S. District Court for the Northern District of Mississippi, Oxford Division</u>

8. Defendants (Check Defendants against whom Complaint is made):

   [X] Cook Incorporated

   [X] Cook Medical LLC

   [X] William Cook Europe ApS

9. Basis of Jurisdiction

   [X] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraph in Consolidated Master Complaint upon which venue and jurisdiction lie:

   <u>Venue: Paragraphs 27-28</u>

   <u>Subject Matter Jurisdiction: Paragraph 23</u>

   <u>Personal Jurisdiction: Paragraphs 24 and 26</u>

   b. Other allegations of jurisdiction and venue

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable inferior Vena Cava Filters):

    [X] Gunther Tulip® Vena Cava Filter

    [ ] Cook Celect® Vena Cava Filter

    [ ] Gunther Tulip Mreye

    [ ] Cook Celect Platinum

☐ Other

_____

11. Date of Implantation as to each product:

   1/18/2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Baptist Memorial Hospital Memphis, Tennessee</u>

13. Implanting Physician(s)

   Ralph T. Ho, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s)

| | | |
|---|---|---|
| [X] | Count 1: | Strict Products Liability - Failure to Warn |
| [X] | Count II: | Strict Products Liability - Design Defect |
| [X] | Count III: | Negligence |
| [X] | Count IV | Negligence Per Se |
| [X] | Count V: | Breach of Express Warranty |
| [X] | Count VI: | Breach of Implied Warranty |
| [X] | Count VII: | Violation of Applicable Mississippi Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| [X] | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| [X] | Count XI: | Punitive Damages |

| | | |
|---|---|---|
| [X] | Other: | All other counts and claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact. |
| [X] | Other: | Defendants Expressly and Impliedly Warranted that the Cook IVC filter was a permanent lifetime implant and downplayed the risks associated with migration, perforation, tilt, fracture, and other risk relied upon by the plaintiff to her detriment. |

15. Attorney for Plaintiff(s)

   Donald W. Medley, Medley Law Group; Gerald Talmadge Braddock

16. Address and bar information for Attorney for Plaintiff(s):

   Donald W. Medley, MS Bar No. 2832, 902 W. Pine St., Hattiesburg, MS 39401; Gerald Talmadge Braddock, MS Bar No.10071, P.O. Box 1419, Biloxi, MS 39533;

/s/ *Gerald Talmadge Braddock*  /s/ *Donald W. Medley*
Gerald Talmadge Braddock   Donald W. Medley
   Attorneys for Plaintiff

Gerald Talmadge Braddock   Donald W. Medley
MS Bar #10071   MS Bar #2832
P. O. Box 1419   Medley Law Group
Biloxi MS 39533   902 W. Pine St.
Telephone: (228) 234-1926   Hattiesburg, MS 39401
Attorneybraddock@icloud.com   Don@medleylagroup.com