IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Isaac J. Ramos 1:22-cv-06829-RLY-TAB

## MOTION TO AMEND SHORT FORM COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15, Plaintiff moves this Court to amend his Short Form Complaint (Dkt. 22406; "SFC") in the above captioned action and, in support, states as follows:

1. A party may amend her pleading "[w]ith . . . the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. A party may also amend the pleadings as may be necessary "at any time" "to conform them to the evidence." Fed. R. Civ. P. 15(b)(2).

3. Plaintiff listed his implant date on his SFC as "06/06/2012" on page three in section 11.

4. Plaintiff's actual date of implant was 06/07/2012.

5. Plaintiff seeks to amend his SFC to clarify that his Cook IVC filter was implanted on 06/07/2012.

6. The proposed Amended Short Form Complaint is attached as **Exhibit A**.

7. No prejudice would result from this amendment.

Respectfully submitted,

<u>/s/Jennifer Rethemeier</u>
Jennifer Rethemeier
(Admitted Pro Hac Vice, AZ Bar No. 031398)
DALIMONTE RUEB STOLLER, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
jennifer.rethemeier@drlawllp.com

***Counsel for Plaintiff***

Dated: October 12, 2022

## CERTIFICATE OF SERVICE

I certify that on October 13, 2022, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/Jennifer Rethemeier*
Jennifer Rethemeier