# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Isaac J. Ramos 1:22-cv-06829-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Amend Short Form Complaint, it is found that good cause is shown. Therefore, said motion is **GRANTED**. Plaintiff is **ORDERED** to file the Amended Short Form Complaint within seven (7) days of the date of this order.

So ordered this ____ day of October, 2022.

_____
Tim A. Baker, USMJ