# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:20-cv-01150 | 1:22-cv-01766 | 1:22-cv-06860 | 1:22-cv-06877 |
| 1:22-cv-00619 | 1:22-cv-01799 | 1:22-cv-06861 | 1:22-cv-06878 |
| 1:22-cv-01547 | 1:22-cv-01814 | 1:22-cv-06863 | 1:22-cv-06882 |
| 1:22-cv-01553 | 1:22-cv-01844 | 1:22-cv-06864 | 1:22-cv-06883 |
| 1:22-cv-01743 | 1:22-cv-01846 | 1:22-cv-06865 | 1:22-cv-06884 |
| 1:22-cv-01744 | 1:22-cv-01848 | 1:22-cv-06866 | 1:22-cv-06885 |
| 1:22-cv-01747 | 1:22-cv-01849 | 1:22-cv-06867 | 1:22-cv-06886 |
| 1:22-cv-01748 | 1:22-cv-01861 | 1:22-cv-06869 | 1:22-cv-06887 |
| 1:22-cv-01749 | 1:22-cv-06857 | 1:22-cv-06870 | 1:22-cv-06890 |
| 1:22-cv-01754 | 1:22-cv-06858 | 1:22-cv-06874 | 1:22-cv-06894 |
| 1:22-cv-01758 | 1:22-cv-06859 | 1:22-cv-06875 | 1:22-cv-06895 |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and William Cook Europe ApS

| | |
|---|---|
| Dated: October 13, 2022 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson