## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES         Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

Cases Listed in Cook's Motion for Order to Show Cause – Johnson Law Group

_____

### THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS ("the Cook Defendants" or "Cook") move the Court for an extension of one day to file their reply in support of their Motion For Order To Show Cause - Johnson Law Group (Dkt. 22717).

Plaintiffs filed their response to Cook's motion on Thursday, October 7, 2022, making Cook's reply due on Thursday, October 13.  Because of the large number of cases involved in the motion and the issues presented by Plaintiffs' response, Cook needs an additional day, until Friday, October 14, to complete its reply in support of its motion.

The undersigned has consulted with Plaintiffs' attorneys and they have stated that they have no objection to Cook filing the reply on the morning of Friday, October 14.

For these reasons, the Cook Defendants respectfully request a one-day extension of the due date for their reply, until October 14, 2022.

Dated: October 13, 2022

Respectfully submitted,

/s/  Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:          (317) 237-0300
Facsimile:          (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com


James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:          (260) 424-8000
Facsimile:          (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on October 13, 2022, a copy of the foregoing **THE COOK DEFENDANTS'**

**MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION**

**FOR ORDER TO SHOW CAUSE** was filed electronically.   Parties may access this filing

through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox