IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
All Cases Listed on Exhibits A and B to Dkt. 22717
and Exhibit B-2 to the Cook Defendants' Reply

### DECLARATION IN SUPPORT OF THE COOK DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE – JOHNSON LAW GROUP

I, Jessica Benson Cox, being over the age of 18 and having first been duly sworn on oath, state as follows:

1. I am a partner in the law firm of Faegre Drinker Biddle & Reath ("the Firm"), which the Cook Defendants have retained to defend them in this litigation.

2. On August 25, 2022, Johnson Law Group ("JLG") submitted to Cook a spreadsheet with the name, filing date, case number, and case title for 717 plaintiffs, alleging compliance with CMO 30 and "intend[ing] to supplement … upon receipt of additional expert reports."

3. Cook responded to JLG on August 28, 2022 to clarify that 89 of the Plaintiffs listed on the August 25th spreadsheet did not allege Category 7(e).

4. On August 26, 2022, JLG emailed Cook alleging final compliance of 653 of its cases.

5. On August 31, 2022, Cook notified JLG that 345 of its cases were non-compliant with CMO 30. Of these 345 Plaintiffs, 209 had failed to submit a compliance email

1

at all and 136 provided records that were inadequate to comply with CMO 30.

6. On September 1, 2022, Johnson Law Group certified that 23 of the Plaintiffs Cook had included in its late August letter were compliant and stated the firm was "in the process of curing [deficiencies]" on the others.

7. On September 7, 2022, JLG requested an extension to comply and stated it was "still in the process of curing the remaining outstanding deficiencies." Cook granted JLG's request for an extension to September 16.

8. At various times between August 31, 2022 and Cook's filing of the Motion for Order to Show Cause, JLG also certified compliance for an additional 222 cases.

9. In Cook's Motion, the non-compliant cases that failed to make a CMO 30 compliance submission did not include any Plaintiffs for whom JLG had indicated compliance in their August 25, 2022 submission.

10. On October 4, 2022, Cook, JLG, and PSC met and conferred to discuss JLG's non-compliant cases. JLG again requested an extension of time to comply which Cook declined.

11. Cook agreed to review any case JLG thought was improperly on the non-compliant list and further agreed to remove such cases from its Motion if adequate medical evidence were provided.

12. Cook has continually offered to meet and confer with JLG. To date, JLG has not requested an additional meeting.

13. On October 5, 2022, after the deadline for JLG's Response had passed, JLG provided to Cook an additional list of Plaintiffs that JLG said it believed were mistakenly identified in the Motion.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 14, 2022.

                                                                          /s/ *Jessica Benson Cox*
                                                                          Jessica Benson Cox