**Exhibit B-1 - Johnson Law Group**
**Non-Compliant CMO 30 Submission**

| | Plaintiff | Cause Number | Lead Counsel | CMO 30 7(e) Email Received | CCF Indicates 7(e) Injury | Date of Record | Record indicating filter/strut is in another structure or organ | Measurement amount given in record that the filter has perforated |
|---|---|---|---|---|---|---|---|---|
| 1 | Atwell, Charmaine | 1:18-cv-00508 | JOHNSON LAW GROUP | Yes | Yes | 10/25/2016 2/25/2016 | No | No perforation measurements given |
| 2 | Barbee, Bobby Wayne [ESTATE OF] | 1:20-cv-00211 | JOHNSON LAW GROUP | Yes | Yes | 1/18/2018 | No | No perforation measurements given |
| 3 | Boyd, Tracie | 1:20-cv-06127 | JOHNSON LAW GROUP | Yes | Yes | 1/28/2017 | No | No perforation measurements given |
| 4 | Castilleja, Lisa | 1:20-cv-00663 | JOHNSON LAW GROUP | Yes | Yes | 9/4/2019 | No | No perforation measurements given |
| 5 | Crawley, Patsy | 1:19-cv-00108 | JOHNSON LAW GROUP | Yes | Yes | 2/21/2017 | No | No perforation measurements given |
| 6 | Faucher, Denise | 1:21-cv-02345 | JOHNSON LAW GROUP | Yes | Yes | 9/20/2019 | No | 1 mm |
| 7 | Frazier, Lesia | 1:20-cv-00043 | JOHNSON LAW GROUP | Yes | Yes | 11/29/2018 | No | No perforation measurements given |
| 8 | Harmon, Lynda | 1:22-cv-01412 | JOHNSON LAW GROUP | Yes | Yes | 8/27/2020 | No | No perforation measurements given |
| 9 | Harrell, Jasmine | 1:20-cv-02702 | JOHNSON LAW GROUP | Yes | Yes | 11/2/2018 | No | No perforation measurements given |
| 10 | Hill, Eddie | 1:20-cv-02331 | JOHNSON LAW GROUP | Yes | Yes | 10/2/2018 | No | No perforation measurements given |
| 11 | Horn, Susan | 1:21-cv-00549 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2019 | No | No perforation measurements given |
| 12 | Indelicato, James | 1:21-cv-06420 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | 2 mm |
| 13 | Johnson, Melinda | 1:19-cv-00842 | JOHNSON LAW GROUP | Yes | Yes | 6/1/2018 8/25/2013 | No | No perforation measurements given |
| 14 | Kendrick, Tavis | 1:21-cv-01080 | JOHNSON LAW GROUP | Yes | Yes | 8/2/2019 | No | No perforation measurements given |
| 15 | Knochel, Keisha | 1:19-cv-01495 | JOHNSON LAW GROUP | Yes | Yes | 4/20/2016 4/17/2016 | No | No perforation measurements given |
| 16 | Kotwicki, Helen | 1:19-cv-04715 | JOHNSON LAW GROUP | Yes | Yes | 11/28/2017 | No | No perforation measurements given |
| 17 | Kreske, Renee | 1:18-cv-01697 | JOHNSON LAW GROUP | Yes | Yes | 11/22/2017 | No | No perforation measurements given |
| 18 | Leitao-Grant, Maria | 1:21-cv-06390 | JOHNSON LAW GROUP | Yes | Yes | 9/25/2017 | No | No perforation measurements given |
| 19 | Lewis, Saundra | 1:19-cv-04535 | JOHNSON LAW GROUP | Yes | Yes | 8/3/2017 | No | No perforation measurements given |
| 20 | Lloyd, Lisa | 1:18-cv-02365 | JOHNSON LAW GROUP | Yes | Yes | 10/7/2016 12/8/2016 | No | No perforation measurements given |
| 21 | Logan, Joann | 1:19-cv-03499 | JOHNSON LAW GROUP | Yes | Yes | 8/18/2017 | No | No perforation measurements given |
| 22 | Macklin, Jacqueline | 1:21-cv-00872 | JOHNSON LAW GROUP | Yes | Yes | 4/15/2019 | No | No perforation measurements given |
| 23 | Manges, David | 1:19-cv-00059 | JOHNSON LAW GROUP | Yes | Yes | 3/20/2018 | No | No perforation measurements given |
| 24 | Maynard, Karen | 1:21-cv-01054 | JOHNSON LAW GROUP | Yes | Yes | 5/6/2019 | No | 2 mm |
| 25 | Mcentire, Shirley | 1:21-cv-02107 | JOHNSON LAW GROUP | Yes | Yes | 9/9/2019 | No | No perforation measurements given |
| 26 | McKee, Elizabeth | 1:19-cv-04029 | JOHNSON LAW GROUP | Yes | Yes | 9/28/2017 | No | No perforation measurements given |
| 27 | McMillan-Romero, Cassandra | 1:22-cv-00201 | JOHNSON LAW GROUP | Yes | Yes | 3/18/2020 | No | No perforation measurements given |
| 28 | Morris, Heidi | 1:16-cv-03421 | JOHNSON LAW GROUP | Yes | Yes | 5/3/2018 8/31/2021 | No | No perforation measurements given |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | Morton, Delbert | 1:19-cv-04934 | JOHNSON LAW GROUP | Yes | Yes | 3/29/2019 | No | No perforation measurements given |
| 30 | Munoz, Alfred | 1:18-cv-03064 | JOHNSON LAW GROUP | Yes | Yes | 2/5/2018 | No | No perforation measurements given |
| 31 | Paschal, Debbie | 1:20-cv-06222 | JOHNSON LAW GROUP | Yes | Yes | 8/17/2017 | No | No perforation measurements given |
| 32 | Pedersen, Nadean | 1:22-cv-06840 | JOHNSON LAW GROUP | Yes | Yes | 8/20/2007 | No | No perforation measurements given |
| 33 | Perez, Henry Samuel | 1:21-cv-02618 | JOHNSON LAW GROUP | Yes | Yes | 11/19/2019 | No | No perforation measurements given |
| 34 | Phillips, Betty | 1:19-cv-04792 | JOHNSON LAW GROUP | Yes | Yes | 12/7/2017 | No | No perforation measurements given |
| 35 | Pirro, Vincent | 1:21-cv-01082 | JOHNSON LAW GROUP | Yes | Yes | 5/14/2019 | No | No perforation measurements given |
| 36 | Prescott, Megan | 1:21-cv-02697 | JOHNSON LAW GROUP | Yes | Yes | 12/11/2019 | No | No perforation measurements given |
| 37 | Preston, Dena | 1:22-cv-06839 | JOHNSON LAW GROUP | Yes | Yes | 6/26/2019 | No | No perforation measurements given |
| 38 | Quinones, Mirta | 1:19-cv-03942 | JOHNSON LAW GROUP | Yes | Yes | 9/19/2017 | No | No perforation measurements given |
| 39 | Ratliff, Joel | 1:18-cv-03920 | JOHNSON LAW GROUP | Yes | Yes | 12/14/2016 | No | No perforation measurements given |
| 40 | Reid, Nakia | 1:17-cv-04603 | JOHNSON LAW GROUP | Yes | Yes | 1/4/2016 | No | No perforation measurements given |
| 41 | Richards, Edna | 1:18-cv-01559 | JOHNSON LAW GROUP | Yes | Yes | 4/17/2018 | No | No perforation measurements given |
| 42 | Roberts, Jill | 1:20-cv-00336 | JOHNSON LAW GROUP | Yes | Yes | 5/1/2019 | No | No perforation measurements given |
| 43 | Robertson, Kelita | 1:21-cv-01809 | JOHNSON LAW GROUP | Yes | Yes | 7/29/2019 | No | No perforation measurements given |
| 44 | Santiago, Vanessa | 1:20-cv-06289 | JOHNSON LAW GROUP | Yes | Yes | 11/12/2014 | No | No perforation measurements given |
| 45 | Sripuntanagoon, Nancy | 1:19-cv-02710 | JOHNSON LAW GROUP | Yes | Yes | 10/23/2018 | No | No perforation measurements given |
| 46 | Steely, Carol | 1:20-cv-00067 | JOHNSON LAW GROUP | Yes | Yes | 2/1/2018 | No | No perforation measurements given |
| 47 | Stuller, Barbara | 1:21-cv-06404 | JOHNSON LAW GROUP | Yes | Yes | 8/15/2017 | No | No perforation measurements given |
| 48 | Tierney, Katherine | 1:19-cv-03492 | JOHNSON LAW GROUP | Yes | Yes | 9/27/2017 | No | No perforation measurements given |
| 49 | Todd, Joan | 1:21-cv-00484 | JOHNSON LAW GROUP | Yes | Yes | 3/8/2019 | No | 2 mm |
| 50 | Watkins, Lakeshia (ESTATE OF) | 1:21-cv-02907 | JOHNSON LAW GROUP | Yes | Yes | 12/13/2019 | No | No perforation measurements given |
| 51 | Williams, Jacki | 1:20-cv-00095 | JOHNSON LAW GROUP | Yes | Yes | 3/19/2019 | No | 1 mm |
| 52 | Williams, James E. Jr. | 1:19-cv-03336 | JOHNSON LAW GROUP | Yes | Yes | 9/7/2017 | No | No perforation measurements given |
| 53 | Wright, Wendell | 1:21-cv-01407 | JOHNSON LAW GROUP | Yes | Yes | 6/18/2019 | No | 2 mm |
| 54 | Wylie, Ricky | 1:19-cv-03062 | JOHNSON LAW GROUP | Yes | Yes | 8/17/2017 | No | 1 mm |
| 55 | Wylie, Thomas | 1:19-cv-04140 | JOHNSON LAW GROUP | Yes | Yes | 5/25/2018 | No | No perforation measurements given |