UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  Shiquita Houff, 1:17-cv-04073  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

**ORDER TO SHOW CAUSE**

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 nearly eight months ago. (*See* Filing No. 21157). Plaintiff Shiquita Houff failed to respond. Plaintiff is **ORDERED TO SHOW CAUSE** why her case should not be dismissed on or before **November 15, 2022**. Failure to do so will result in dismissal of Plaintiff's case for failure to prosecute.

**SO ORDERED** this 17th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.