UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Marija and Ljubisa Kulijanin, 1:16-cv-278; Fallon and Randy Mindt, 1:17-cv-1496 Nalini Rajendran, 1:17-cv-1247 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER TO SHOW CAUSE**

The Cook Defendants filed Motions for Judgment in Plaintiffs' Cases Pursuant to CMO-28 nearly ten months ago.  (*See* Filing Nos. 20617 (Kulijanin); 20624 (Mindt); 20626 (Nalini)).  Plaintiffs Kulijanin, Mindt, and Rajendran failed to respond.  Plaintiffs are **ORDERED TO SHOW CAUSE** why their cases should not be dismissed on or before **November 15, 2022**.  Failure to do so will result in dismissal of their cases for failure to prosecute.

**SO ORDERED** this 17th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.