UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Cases Listed in Cook's Motion for Order to Show Cause – Johnson Law Group
Attached hereto as Exhibits A and B

**ORDER ON THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

This matter is before the Court on Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS ("the Cook Defendants" or "Cook") motion for an extension of one day to file their reply in support of their Motion For Order To Show Cause - Johnson Law Group (Dkt. 22717), and the Court being duly advised, now GRANTS said motion. [Filing No. 22820.]

IT IS THEREFORE ORDERED that the Cook Defendants shall have up and until October 14, 2022, to file their reply in support of their Motion For Order To Show Cause - Johnson Law Group (Dkt. 22717).

Date: 10/17/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.