IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIAN
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re:  COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : Master File No. 1:14-ml-2570-RLY-TAB<br>: MDL No. 2570<br>:<br>:<br>: |

**This Document Relates to:Attachment I**

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS AND SUBSTITUTE OF COUNSEL

The Motion to Withdraw as Counsel of Record for Plaintiffs is GRANTED. William H. Barfield is permitted to withdraw as counsel for record for all Plaintiffs listed on Attachment I. Scott Fraser and Don Wolrey of McDonald Worley, PC will substitute as attorneys of records for Plaintiffs. Scott Fraser and Don Worley of McDonald Worley, PC will substitute as attorneys of record for Plaintiffs

Accordingly, it is

ORDERED:

1. The Motion to Withdraw is GRANTED.

2. William H. Barfield is relieved of further responsibility in this case as counsel for aforementioned Plaintiffs.

3. Scott Fraser and Don Worley of McDonald Worley, PC will substitute as attorneys of record for Plaintiffs.

This 18th day of October 2022.          DONE AND ORDERED

_____, 2022.:

**Attachment I**

| | |
|---|---|
| 1:18-cv-03769-RLY-TAB | 1:20-cv-01392-RLY-TAB |
| 1:18-cv-03771-RLY-TAB | 1:20-cv-01393-RLY-TAB |
| 1:18-cv-03773-RLY-TAB | 1:20-cv-01394-RLY-TAB |
| 1:18-cv-03783-RLY-TAB | 1:20-cv-01395-RLY-TAB |
| 1:18-cv-03787-RLY-TAB | 1:20-cv-01396-RLY-TAB |
| 1:18-cv-03790-RLY-TAB | 1:20-cv-01397-RLY-TAB |
| 1:18-cv-03793-RLY-TAB | 1:20-cv-01398-RLY-TAB |
| 1:18-cv-03796-RLY-TAB | 1:20-cv-01399-RLY-TAB |
| 1:18-cv-03797-RLY-TAB | 1:20-cv-01400-RLY-TAB |
| 1:18-cv-03798-RLY-TAB | 1:20-cv-01516-RLY-TAB |
| 1:18-cv-04020-RLY-TAB | 1:20-cv-01517-RLY-TAB |
| 1:18-cv-04025-RLY-TAB | 1:20-cv-01522-RLY-TAB |
| 1:19-cv-01374-RLY-TAB | 1:20-cv-01523-RLY-TAB |
| 1:19-cv-01382-RLY-TAB | 1:20-cv-01524-RLY-TAB |
| 1:19-cv-01384-RLY-TAB | 1:20-cv-01527-RLY-TAB |
| 1:19-cv-01493-RLY-TAB | 1:20-cv-01530-RLY-TAB |
| 1:19-cv-01565-RLY-TAB | 1:20-cv-01536-RLY-TAB |
| 1:19-cv-01566-RLY-TAB | 1:20-cv-01813-RLY-TAB |
| 1:19-cv-01567-RLY-TAB | 1:20-cv-01814-RLY-TAB |
| 1:19-cv-01693-RLY-TAB | 1:20-cv-01851-RLY-TAB |
| 1:19-cv-03395-RLY-TAB | 1:20-cv-01853-RLY-TAB |
| 1:19-cv-03557-RLY-TAB | 1:20-cv-01854-RLY-TAB |
| 1:19-cv-03914-RLY-TAB | 1:20-cv-01857-RLY-TAB |
| 1:19-cv-03916-RLY-TAB | 1:20-cv-01860-RLY-TAB |
| 1:19-cv-04660-RLY-TAB | 1:21-cv-00579-RLY-TAB |
| 1:19-cv-04661-RLY-TAB | 1:21-cv-00590-RLY-TAB |
| 1:19-cv-04705-RLY-TAB | 1:21-cv-00703-RLY-TAB |
| 1:19-cv-04706-RLY-TAB | 1:21-cv-00704-RLY-TAB |
| 1:19-cv-04707-RLY-TAB | 1:21-cv-00978-RLY-TAB |
| 1:19-cv-04708-RLY-TAB | 1:21-cv-00984-RLY-TAB |
| 1:19-cv-04709-RLY-TAB | 1:21-cv-00999-RLY-TAB |
| 1:20-cv-00491-RLY-TAB | 1:21-cv-01004-RLY-TAB |
| 1:20-cv-00660-RLY-TAB | 1:21-cv-01007-RLY-TAB |
| 1:20-cv-00661-RLY-TAB | 1:21-cv-01031-RLY-TAB |
| 1:20-cv-00738-RLY-TAB | 1:21-cv-01032-RLY-TAB |
| 1:20-cv-01346-RLY-TAB | 1:21-cv-01062-RLY-TAB |
| 1:20-cv-01347-RLY-TAB | 1:22-cv-00060-RLY-TAB |
| 1:20-cv-01348-RLY-TAB | 1:22-cv-00067-RLY-TAB |
| 1:20-cv-01350-RLY-TAB | 1:22-cv-00148-RLY-TAB |
| 1:20-cv-01377-RLY-TAB | 1:22-cv-00171-RLY-TAB |
| 1:20-cv-01378-RLY-TAB | 1:22-cv-00182-RLY-TAB |
| 1:20-cv-01379-RLY-TAB | 1:22-cv-00259-RLY-TAB |
| 1:20-cv-01380-RLY-TAB | 1:22-cv-00273-RLY-TAB |
| 1:20-cv-01382-RLY-TAB | 1:22-cv-00277-RLY-TAB |
| 1:20-cv-01383-RLY-TAB | 1:22-cv-00279-RLY-TAB |
| 1:20-cv-01384-RLY-TAB | 1:22-cv-00281-RLY-TAB |
| 1:20-cv-01385-RLY-TAB | 1:22-cv-00287-RLY-TAB |
| 1:20-cv-01386-RLY-TAB | 1:22-cv-00289-RLY-TAB |
| 1:20-cv-01389-RLY-TAB | 1:22-cv-00292-RLY-TAB |
| 1:20-cv-01390-RLY-TAB | 1:22-cv-00508-RLY-TAB |
| 1:20-cv-01391-RLY-TAB | 1:22-cv-00519-RLY-TAB |
| | 1:22-cv-00526-RLY-TAB |