UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | )<br>)<br>)<br>)<br>) 1:14-ml-02570-RLY-TAB<br>) MDL No. 2570 |
| This Document Relates to All Actions | )<br>) |

**ORDER GRANTING PLAINTIFFS' MOTION TO SUSPEND THE DEADLINE FOR COMPLIANCE WITH CMO-30**

On behalf of the Plaintiffs in this MDL, the Plaintiffs' Steering Committee ("PSC") moves to suspend the deadline for compliance with Case Management Order 30, Screening Order for Symptomatic Perforation, until the court rules on the PSC's Motion for Relief from CMO-30, or in the alternative, Motion to Amend CMO-30. The court, having reviewed the parties' submissions, now **GRANTS** the motion (Filing No. 22585).

**SO ORDERED** this 18th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.