**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

GUILLERMO PEREZ,

     Plaintiff,

     v.

COOK GROUP, INC., COOK MEDICAL
INCORPORATED a/k/a COOK MEDICAL,
INC., COOK MEDICAL, LLC, and COOK
INCORPORATED,

     Defendants.

Civil Action No. 1:22-cv-6899

COMPLAINT AND JURY
DEMAND

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND AND FILE HIS FIRST AMENDED
COMPLAINT**

COMES NOW Plaintiff Guillermo, by and through his attorneys, The Oshman Firm,

LLC and Flint Cooper LLC and move to amend his Complaint, and states as follows:

1.     F.R.C.P. Rule 15(a)(2) provides that "a party may amend its pleading only with

the opposing party's written consent or the court's leave" and that "[t]he court should freely give

leave when justice so requires". F.R.C.P. Rule 15(a)(2).

2.     In the present action, Plaintiff filed his Complaint on August 17, 2022 with a

typographical error in ¶ 7 where Plaintiff's counsel mistakenly alleged that Plaintiff was

implanted with "Defendants' Gunther Tulip IVC filter". *See* [Doc. 1], ¶ 7.

3.     In all other paragraphs in the Complaint, Plaintiff's counsel accurately alleges that

Plaintiff was implanted with the Celect filter. *See generally* [Doc. 1].

4.     Plaintiff's First Amended Complaint properly alleges in ¶ 7 that Plaintiff was

implanted with "Defendants' Celect IVC filter". *See* First Amended Complaint attached herein

as Exhibit 1.

5.      Plaintiff's counsel has provided Defendants' counsel with this Motion and First Amended Complaint and Defendants' counsel are not opposed to the Motion.

6.      In addition, considering that the correction of the typographical error in the original Complaint is necessary for the accurate pleading and efficient litigation of this case, justice requires Plaintiff be allowed to file his First Amended Complaint attached hereto as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Amend and grant leave to file his First Amended Complaint attached as Exhibit 1.

Dated:  October 19, 2022

Respectfully submitted,

*/s/ Theodore Oshman*
Theodore Oshman, Esq.
THE OSHMAN FIRM, LLC
25 Central Park West, Suite 14T
New York, New York 10038
(212) 233-2100(O)
(917) 566-5566 (C)
(800) 335-0585 fax

Laci M. Whitley
FLINT LAW FIRM, LLC
222 E. Park St., Suite 500
Edwardsville, IL 62025
Phone: 618-288-4777
Fax: 618-288-2864
lwhitley@flintlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Laci M. Whitley, certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service.

*/s/ Laci M. Whitley*
*Counsel for Plaintiff*