IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Named in Cook's Motion to Show Cause Dkt. 22831

### ORDER GRANTING JOHNSON LAW GROUP'S MOTION TO STRIKE OR IN THE ALTERNATIVE STAY

ON THIS DAY came for consideration Johnson Law Group ("JLG") Motion to Strike or in the Alternative to Stay Cook's Motion for Order to Show. Having considered JLG's motion and in light of the Court's recent order to suspend deadline for compliance with CMO 30, Screening Order for Symptomatic Perforation, until the Court rules on the PSC's Motion for Relief from CMO 30 or in the alternative, Motion to Amend CMO 30 **[Dkt. 22859]** and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike on the Alternative Stay Cook's Motion for Order to Show Cause-Johnson Law Group **[Dkt. 22717]** is granted.  If new deadlines or terms are deemed necessary by the Court for Plaintiffs to have time to comply with CMO 30 then all the Plaintiffs listed on Cook's Amended Ex. B [Dkt.22831-2] will be allowed the same timeline as all other Plaintiffs subject to a new or revised timeline to comply if one is deemed necessary by the Court.

Dated this ___ of _____, 2022.

SO ORDERED: _____

SO ORDERED: