IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JASON GLASSON as ADMINISTRATOR  §
for the ESTATE of DONALD GLASSON  §
                                 §
v.                               §               Case No. 1:14-ml-2570-RLY-TAB
                                 §                          MDL No. 2570
COOK INCORPORATED ET AL.         §
                                 §        **THIS FILING RELATES TO:**
                                 §        **1:22-cv-01595-RLY-TAB**

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff files this Unopposed Motion, pursuant to Rule 15(a)(2), Fed. R. Civ. P., and as required in the Scheduling Order, for Leave to Amend Complaint, because:

1.      This is a products liability case in which Plaintiff seeks damages for injuries allegedly sustained as a result of being implanted with a defective and unreasonably dangerous Inferior Vena Cava ("IVC") filter manufactured by Defendants.

2.      Plaintiff's counsel has learned that Kara Butcher is the Administrator for the Estate of Donald Glasson.  Kara Butcher is now the Administrator for the Estate of Donald Glasson, in lieu of Jason Glasson.

3.      Plaintiff seeks leave to amend complaint, add a survival claim, filed as an attachment, as Plaintiff's "Amended Short Form Complaint," to substitute Kara Butcher for Jason Glasson and add a survival claim.

4.      "A party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Rule 15(a)(2, Fed. R. Civ. P.; *Foman v. Davis*, 371 U.S. 178, 182 (1962).  Defendants have provided written consent, attached to the contemporaneously filed (as an attachment) Amended Short Form Complaint, as Exhibit A.

5.      No new causes of action are being introduced, and no substantive facts have changed.  No depositions have been taken. Therefore, no prejudice will come to any party by allowing Plaintiff to amend their Complaint.

**WHEREFORE,** Plaintiff prays that this Motion be granted, that Plaintiff's Amended Short Form Complaint be deemed as filed, on the date of filing with this Motion, upon the Court's signed Order, and for such other appropriate relief.

Respectfully Submitted,

FERRER, POIROT, & WANSBROUGH

By: /s/John T. Kirtley, III
      John T. Kirtley, III
      Texas Bar No. 11534050
      2603 Oak Lawn Avenue, Suite 300
      Dallas, Texas 75219-9109
      jkirtley@lawyerworks.com
      (Asst. molvera@lawyerworks.com)
      (214) 521-4412
      Fax (214) 526-6026
      *Attorney-in charge for Plaintiff*

### Certificate of Conference

Counsel for Plaintiff/Movant has conferred with Counsel for Defendants/Respondents on September 29, 2022.  Counsel for Defendants stated he consents and has provided written consent to this proposed amendment.

/s/John T. Kirtley, III
John T. Kirtley, III

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing instrument has been provided to all counsel of record in this cause via ECF and/or any other method authorized by the Federal Rules of Civil Procedure, on this the 20th day of October, 2022.

/s/John T. Kirtley, III
John T. Kirtley, III