IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
All Cases Listed on Exhibit B-2 (Dkt. 22831-2)

### DECLARATION IN SUPPORT OF THE COOK DEFENDANTS' RESPONSE IN OPPOSITION TO JOHNSON LAW GROUP'S MOTION TO STRIKE OR IN THE ALTERNATIVE TO STAY COOK'S MOTION FOR ORDER TO SHOW CAUSE – JOHNSON LAW GROUP

I, Jessica Benson Cox, being over the age of 18 and having first been duly sworn on oath, state as follows:

1. I am a partner in the law firm of Faegre Drinker Biddle & Reath ("the Firm"), which the Cook Defendants have retained to defend them in this litigation.

2. On October 17, 2022, Johnson Law Group ("JLG") submitted medical evidence to Cook on behalf of Plaintiff Nakia Reid (case no. 1:17-cv-4603, formerly no. 40 on Exhibit B-2 (Dkt. 22831-2)).

3. On October 18, 2022, Cook agreed that Plaintiff Reid should be removed from Cook's Motion for Order to Show Cause.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 21, 2022.

/s/ *Jessica Benson Cox*
Jessica Benson Cox