IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Tammy Beasley
Civil Case No. 1:16-cv-00992-RLY-TAB

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Tammy Beasley, on or about June 21, 2021. Counsel respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Tammy Beasley's estate.

Respectfully submitted:

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                      */s/ Charles G. Orr*
                                                                      Charles G. Orr