IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): James Brown and Joyce Brown**
**Civil Case No.: 1:19-cv-03484**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, Robyn Keith, personal representative of the Estate of James Brown and Joyce Brown, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Robyn Keith as personal representative of the Estate of James Brown (deceased) and Joyce Brown (deceased), for Plaintiff James Brown and Joyce Brown and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff James Brown filed a Short Form Complaint for this action in this Court on August 15, 2019.

2. On January 09, 2022, Plaintiff James Brown passed away from COVID 19 pneumonia.

3. On July 05, 2021, Plaintiff's spouse, Joyce Brown, passed away from Respiratory Failure, Cardiac Arrest, and Breast Cancer.

4. James Brown's action against Defendants survives his death and is not extinguished.

5. See about NOK paperwork – Exhibit A.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Robyn Keith, as personal representative of the Estate of James Brown, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Robyn Keith, as personal representative of the Estate of James Brown, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff James Brown and Joyce Brown is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Robyn Keith, as personal representative of the Estate of James Brown, deceased, Joyce Brown, deceased, as Party Plaintiff for James Brown and Joyce Brown; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-03484-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: October 24, 2022    Respectfully Submitted,

**FLINT COOPER, LLC**

/s/ *Laci M. Whitley*
Laci M. Whitley (IL6314263)
Attorney for Plaintiffs
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintcooper.com

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

      /s/ *Laci M. Whitley*
      Laci M. Whitley
      Attorney for Plaintiff