# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned,

__Robyn M. Keith__ ("affiant") residing at __23633 Sterling Rd. Cambridge Springs, PA 16403__

is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, __Robyn M. Keith__, can state as truth that:

1. I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named __James Brown__

2. There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3. I am of sound mind.

4. I have not been coached or coerced in any way concerning this testimony and affidavit.

5. My relationship to decedent is: __Daughter__

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this __28th__ day of __September__, __2022__

__Robyn M. Keith__  
Signature of Affiant

__Robyn M. Keith__  
Print Name of Affiant

__23633 Sterling Rd. Cambridge Springs, PA 16403__  
Address of Affiant

STATE OF __Pennsylvania__   COUNTY OF __Erie__

In _____, on the __28__ day of __September__, 20__22__, before me, a Notary Public in and for the above state and County __Robyn M. Keith__, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced: __PA Driver license__ Affiant ___ is __✓__ is not personally known to me

__Vickie A. Melnick__  
NOTARY PUBLIC

My Commission Expires: __1-28-26__ (SEAL)

Commonwealth of Pennsylvania - Notary Seal  
Vickie A. Melnick, Notary Public  
Erie County  
My commission expires January 28, 2026  
Commission number 1110120  
Member, Pennsylvania Association of Notaries