# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): James Brown and Joyce Brown**
**Civil Case No.: 1:19-cv-03484**

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Robyn Keith's Motion to Substitute herself, as personal representative of the Estate of James Brown, deceased, and Joyce Brown, deceased, as Party Plaintiff for James Brown and Joyce Brown and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Robyn Keith, as Dependent Administrator of the Estate of James Brown and Joyce Brown, is hereby substituted as Party Plaintiff for James Brown and Joyce Brown in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

So Ordered.

Dated: October 24, 2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana