IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                         MDL No. 2570

This Document Relates to Plaintiff:

John Taylor
Civil Case No. 1:20-CV-02307-RLY-TAB

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel

hereby informs the Honorable Court of the death of the Plaintiff, John Taylor, on or about

November 6, 2021.  Counsel respectfully informs this Court that a Motion for Substitution of

Plaintiff will be filed by the appropriate representative of John Taylor's estate.

Respectfully submitted:


*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


/s/ *Charles G. Orr*_____
Charles G. Orr