IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Tammy Beasley
Civil Case No. 1:16-cv-00992-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Tammy Beasley, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Tammy Beasley with Randy Beasley as Plaintiff and anticipated Personal Representative of the Estate of Tammy Beasley, and in support states as follows:

1. Plaintiff Tammy Beasley filed the present action in the United States District Court for the Southern District of Indiana on May 2, 2016.

2. Plaintiff Tammy Beasley passed away on or about June 21, 2021.  A Notice and Suggestion of Death was filed with the Court on October 24, 2022. *See* Doc. No. [22884]

3. Randy Beasley, surviving spouse of Tammy Beasley, is a proper party plaintiff to substitute for Plaintiff-decedent Tammy Beasley and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of Tammy Beasley pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party.  A

1

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Randy Beasley as the proper party plaintiff in this action.

Dated: October 25, 2022

        Respectfully submitted:

        */s/ Charles G. Orr*
        Charles G. Orr, TX SBN: 00788148
        **BARON & BUDD, P.C.**
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX 75219
        Telephone: (214) 521-3605
        Facsimile: (214) 520-1181
        corr@baronbudd.com

        ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on October 25, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                              */s/ Charles G. Orr*
                                              Charles G. Orr