IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Juan Gonzales
Civil Case No. 1:16-cv-01810-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Juan Gonzales, and pursuant to
Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting
Plaintiff Juan Gonzales with Juanita Balderas as Plaintiff and anticipated Personal Representative
of the Estate of Juan Gonzales, and in support states as follows:

1. Plaintiff Juan Gonzales filed the present action in the United States District Court for
   the Southern District of Indiana on July 7, 2016.

2. Plaintiff Juan Gonzales passed away on or about February 21, 2021.  A Notice and
   Suggestion of Death was filed with the Court on October 24, 2022. *See* Doc. No.
   [22885]

3. Juanita Balderas, surviving mother of Juan Gonzales, is a proper party plaintiff to
   substitute for Plaintiff-decedent Juan Gonzales and has proper capacity to proceed with
   the surviving products liability lawsuit on behalf of the Estate of Juan Gonzales
   pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and
   the claim is not extinguished, the Court may order substitution of the proper party.  A

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Juanita Balderas as the proper party plaintiff in this action.

Dated: October 25, 2022

Respectfully submitted:


/s/ Charles G. Orr
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Charles G. Orr*
Charles G. Orr