IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Linda Howard
Civil Case No. 1:16-cv-01060-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Linda Howard, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Linda Howard with David Wimbush as Plaintiff and anticipated Personal Representative of the Estate of Linda Howard, and in support states as follows:

1. Plaintiff Linda Howard filed the present action in the United States District Court for the Southern District of Indiana on May 3, 2016.

2. Plaintiff Linda Howard passed away on or about July 12, 2021. A Notice and Suggestion of Death was filed with the Court on October 24, 2022. *See* Doc. No. [22888].

3. David Wimbush, son of Linda Howard, is a proper party plaintiff to substitute for Plaintiff-decedent Linda Howard and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of Linda Howard pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for

1

substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute David Wimbush as the proper party plaintiff in this action.

Dated: October 25, 2022

                                        Respectfully submitted:

                                        */s/ Charles G. Orr*
                                        Charles G. Orr, TX SBN: 00788148
                                        **BARON & BUDD, P.C.**
                                        3102 Oak Lawn Avenue, Suite 1100
                                        Dallas, TX 75219
                                        Telephone: (214) 521-3605
                                        Facsimile: (214) 520-1181
                                        corr@baronbudd.com

                                        ***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                    */s/ Charles G. Orr*_____
                                    Charles G. Orr