IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Gary Keuntje
Civil Case No. 1:17-cv-01455-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Gary Keuntje, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Gary Keuntje with Susan Keuntje as Plaintiff and Personal Representative of the Estate of Gary Keuntje, and in support states as follows:

1. Plaintiff Gary Keuntje filed the present action in the United States District Court for the Southern District of Indiana on May 5, 2017.

2. Plaintiff Gary Keuntje passed away on or about August 13, 2019. A Notice and Suggestion of Death was filed with the Court on October 24, 2022. *See* Doc. No. [22889].

3. Susan Keuntje, surviving spouse of Gary Keuntje and Personal Representative of the Estate of Gary Keuntje, is a proper party plaintiff to substitute for Plaintiff-decedent Gary Keuntje and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of Gary Keuntje pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and the claim is not extinguished, the

Court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Susan Keuntje as the proper party plaintiff in this action.

Dated: October 25, 2022

Respectfully submitted:

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    */s/ Charles G. Orr*
                                                    Charles G. Orr