IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Gary Keuntje
Civil Case No. 1:17-cv-01455-RLY-TAB

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS said motion.

IT IS THEREFORE ORDERED that Susan Keuntje, on behalf of the Estate of Gary Keuntje, is substituted as Plaintiff in the above referenced action.

Date:

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana