IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff:

John Taylor
Civil Case No. 1:20-CV-02307-RLY-TAB

_____

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, John Taylor, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff John Taylor with Christine Taylor as Plaintiff and anticipated Personal Representative of the Estate of John Taylor, and in support states as follows:

1. Plaintiff John Taylor filed the present action in the United States District Court for the Southern District of Indiana on September 3, 2020.

2. Plaintiff John Taylor passed away on or about November 6, 2021.  A Notice and Suggestion of Death was filed with the Court on October 24, 2022. *See* Doc. No. [22891].

3. Christine Taylor, surviving spouse of John Taylor, is a proper party plaintiff to substitute for Plaintiff-decedent John Taylor and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of John Taylor pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party.  A motion for

1

substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Christine Taylor as the proper party plaintiff in this action.

Dated: October 25, 2022

Respectfully submitted:


/s/ Charles G. Orr_____
Charles G. Orr, TX SBN: 00788148
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

***Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Charles G. Orr*_____
Charles G. Orr