# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Howard Banks ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|     Plaintiff ) | |
| v. ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. ) | |
|     Defendant ) | |

## SUGGESTION OF DEATH

Plaintiff, Howard Banks, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby suggests upon the record the death of Plaintiff, Howard Banks. Upon information and belief, Plaintiff, Howard Banks died on or about August 10, 2022.

Date: 10/25/22                    Respectfully submitted,

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
  Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on    Oct. 25        , 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III