*APPROVED. Case is dismissed with prejudice.*
*Dated: Oct 25, 2022*

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Diane Hale, 1:21-cv-03084

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana. If Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

| | |
|---|---|
| /s/ *Basil E. Adham*<br>Basil E. Adham<br>TX Bar No 24081742<br>JOHNSON LAW GROUP<br>2925 Richmond Ave., Suite 1700<br>Houston, TX 77098<br>Telephone: (713) 626-9336<br>Facsimile: (713) 626-3394<br>ivc@johnsonlawgroup.com<br><br>*Attorney for Plaintiffs* | /s/ *Jessica Benson Cox*<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>jessica.cox@faegredrinker.com<br><br>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, & William Cook Europe ApS* |

Dated: August 3, 2022