IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is
dismissed with prejudice.
Dated:  Oct 25, 2022

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Wineinger, Carol (Estate), Case No. 1:22-cv-06826

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be

dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  October 19, 2022

/s/ Laci M. Whitley
Laci M. Whitley, Esq.
Flint Cooper, LLC
222 East Park Street, Suite 500
Edwardsville, Illinois  62025
Telephone:  (618) 288-4777
Facsimile:  (618) 288-2864
Email: lwhitley@flintlaw.com

**Attorney for Plaintiff**

/s/ Jessica Benson Cox
Jessica Benson Cox, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: jessica.cox@faegredrinker.com

**Attorney for Defendants**