UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____  This Document Relates to:  All Cases listed on Exhibit B-2 (Filing No. 22831)  _____ | ) ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON JOHNSON LAW GROUP'S MOTION TO STRIKE OR IN THE ALTERNATIVE TO STAY COOK'S MOTION FOR ORDER TO SHOW CAUSE- JOHNSON LAW GROUP**

Given the court's recent order granting Plaintiffs' Motion to Suspend the Deadline for Compliance with Case Management Order ("CMO") 30, the Johnson Law Group moves the court to strike or, in the alternative, stay the Cook Defendants' Motion for Order to Show Cause—Johnson Law Group. The court, having reviewed the same, now **GRANTS** the Johnson Law Group's Motion to Stay. (Filing No. 22865).

**IT IS THEREFORE ORDERED** that the Cook Defendants' Motion for Order to Show Cause—Johnson Law Group is hereby **STAYED** until the court rules on the Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the alternative, Motion to Amend CMO-30.

**SO ORDERED** this 25th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.