IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    CHERYL NICHOLS
    1:15-cv-01688-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, Cheryl Nichols.

    Respectfully submitted:

    **BARON & BUDD, P.C.**

    */s/ Charles G. Orr*
    Charles G. Orr, TX SBN: 00788148
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219
    Telephone: (214) 521-3605
    Facsimile: (214) 520-1181
    corr@baronbudd.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                      */s/ Charles G. Orr*
                                                      Charles G. Orr
                                                      Counsel for Plaintiff