IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---

This Document Relates to Plaintiff:

    JOHN BARBER
    1:20-cv-00165-RLY-TAB

---

## **NOTICE OF APPEARANCE**

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, John Barber.

Respectfully submitted:

**BARON & BUDD, P.C.**

*/s/ Charles G. Orr*
Charles G. Orr, TX SBN: 00788148
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
corr@baronbudd.com

***Counsel for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 26, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*/s/ Charles G. Orr*_____
Charles G. Orr
Counsel for Plaintiff