IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    ROBERT A. McRAE, Sr.
    1:19-cv-05049-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, Robert A. McRae, Sr.

                        Respectfully submitted:

                        **BARON & BUDD, P.C.**

                        */s/ Charles G. Orr*
                        Charles G. Orr, TX SBN: 00788148
                        3102 Oak Lawn Avenue, Suite 1100
                        Dallas, TX 75219
                        Telephone: (214) 521-3605
                        Facsimile: (214) 520-1181
                        corr@baronbudd.com

                        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Charles G. Orr*
                Charles G. Orr
                Counsel for Plaintiff