**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Kelly Zandbergen
_____

Civil Case # 1:22-cv-06904-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:      The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Kelly Zandbergen.

Dated:  October 26, 2022.                    Respectfully submitted,

                                            _/s/ Thomas Wm. Arbon_____
                                            Thomas Wm. Arbon, TX Bar No. 01284275
                                            **Martin Baughman, PLLC**
                                            3141 Hood Street, Suite 600
                                            Dallas, TX 75219
                                            Tel.:  (214) 761-6614
                                            Fax:  (214) 744-7590
                                            tarbon@martinbaughman.com

                                            *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon

2