IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Michael Jameson

Civil Case No.  1:22-cv-732

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties further agree and stipulate that this dismissal shall have no effect on Plaintiff Michael Jameson's case in this Court, Case No. 1:21-cv-01327.

IT IS SO STIPULATED:

| | |
|---|---|
| /s/ Lawana S. Wichmann<br>Lawana S. Wichmann<br>ONDERLAW, LLC.<br>110 East Lockwood Avenue<br>St. Louis, MO 63119<br>Telephone: (314) 963-9000<br>Facsimile: (314) 963-1700<br><br>*Attorney for Plaintiffs*<br><br>Dated: October 27, 2022 | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH, LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br><br>*Attorney for Defendants*<br><br>Dated: October 27, 2022 |