SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Stephenson, Michael, 1:19-cv-3644
Shull, Melissa, 1:18-cv-02228
Quinones, Mirta, 1:19-cv-03942

## **ORDER**

This matter is before the Court on the Cook Defendants' motion [Filing No. 22806] to maintain under seal Tabs 1-3 of Exhibit B [Filing No. 22718; Filing No. 22719; and Filing No. 22720] to the Cook Defendants' Motion for Order to Show Cause – Johnson Law Group [Filing No. 22717]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), the Cook Defendants' basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiffs.

Motions to seal are disfavored in many circumstances and, in practice, are often overbroad. Nevertheless, the Court has granted a number of such motions in this case, which implicates many trade secrets, medical records, and other confidential information. Given the privacy concerns raised by the Cook Defendants, this motion is granted. The Court notes, however, that to the extent that information sealed by this order (or any other) is relevant to other motions that are pending or may come before the Court, the Court may, as appropriate, publicly reference this information in ruling on these motions. Likewise, to the extent such information is

relevant to issues to be addressed at any trial in this matter, this information may need to be publicly referenced. With these caveats in mind, the Cook Defendants' motion [Filing No. 22806] is granted.

Date: 10/28/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.