SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs subject to Cook's Mot. to Show Cause 22717

## **ORDER**

This matter is before the Court on JLG Plaintiffs' motion [Filing No. 22811] to maintain under seal Exhibit 4, Exhibit 5, Exhibit 6, and Exhibit 7 [Filing No. 22810] to JLG's Motion in Opposition to Cook's Motion to Show Cause for Non-Compliance CMO 30 Cases [Filing No. 22809]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), JLG Plaintiffs' basis for moving to seal these documents is to protect the medical privacy of the above-captioned Plaintiffs.

Motions to seal are disfavored in many circumstances and, in practice, are often overbroad. Nevertheless, the Court has granted a number of such motions in this case, which implicates many trade secrets, medical records, and other confidential information. Given the privacy concerns raised by JLG Plaintiffs, this motion is granted. The Court notes, however, that to the extent that information sealed by this order (or any other) is relevant to other motions that are pending or may come before the Court, the Court may, as appropriate, publicly reference this information in ruling on these motions. Likewise, to the extent such information is relevant to

issues to be addressed at any trial in this matter, this information may need to be publicly referenced.  With these caveats in mind, JLG Plaintiffs' motion [Filing No. 22811] is granted.

Date: 10/28/2022

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.