# EXHIBIT A

# STATE OF WISCONSIN
## DEPARTMENT OF HEALTH SERVICES
## ORIGINAL CERTIFICATE OF DEATH
### FACT OF DEATH

**STATE FILE DATE:** SEPTEMBER 14, 2021
**STATE FILE NUMBER:** 2021038539

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME | First: FRANCIS   Middle: EDMUND   Last: OLEJNICZAK |
| 2 | SOCIAL SECURITY NUMBER | ███-██-6718 |
| 3 | DATE PRONOUNCED DEAD | SEPTEMBER 10, 2021 |
| 4 | TIME PRONOUNCED DEAD (24hr) | 08:42 |
| 5 | AGE | 82 YEARS |
| 6 | DATE OF BIRTH | ███████ 1938 |
| 7 | SEX | MALE |
| 8 | CITY, VILLAGE, OR TOWNSHIP OF DEATH | OCONTO (CITY) |
| 9 | COUNTY OF DEATH | OCONTO |
| 10 | PLACE OF DEATH | NURSING HOME |
| 11 | FACILITY NAME AND ADDRESS OF DEATH | ███████████████ |
| 12 | RESIDENCE ADDRESS | 4729 COUNTY ROAD J |
| 13 | RESIDENCE CITY, VILLAGE, OR TOWNSHIP | PENSAUKEE (TOWN) |
| 14 | RESIDENCE COUNTY | OCONTO |
| 15 | RESIDENCE STATE | WISCONSIN |
| 16 | MARITAL STATUS | MARRIED |
| 17 | WI DOMESTIC PARTNERSHIP | NO |
| 18 | SURVIVING SPOUSE'S BIRTH NAME | SUSAN MARY CIESLEWICZ |
| 19 | STATE OF BIRTH | WISCONSIN |
| 20 | DECEDENT'S BIRTH LAST NAME | OLEJNICZAK |
| 21 | FATHER'S BIRTH NAME | EDMUND OLEJNICZAK |
| 22 | MOTHER'S BIRTH NAME | MARGARET AMBROSIUS |
| 23 | INFORMANT'S NAME | SUSAN MARY OLEJNICZAK |
| 24 | INFORMANT'S MAILING ADDRESS | ███████████████ |
| 25 | NAME AND ADDRESS OF FUNERAL FACILITY | JONES FUNERAL SERVICE, 107 S FRANKLIN ST, OCONTO FALLS, WI 54154 |
| 26 | FUNERAL DIRECTOR'S NAME | JONES, GREG |
| 27 | DATE SIGNED | SEPTEMBER 14, 2021 |
| 28 | TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 29 | MEDICAL CERTIFIER'S NAME AND TITLE | AMY ROMANDINE-KRATZ, MD |
| 30 | DATE SIGNED | SEPTEMBER 13, 2021 |
| 31 | DATE OF DEATH | SEPTEMBER 10, 2021 |
| 32 | TIME OF DEATH (24hr) | 08:42 |
| 33 | MEDICAL CERTIFIER'S MAILING ADDRESS | 835 SOUTH MAIN STREET, OCONTO FALLS, WI 54154 |

### EXTENDED FACT OF DEATH

| # | Field | Value |
|---|---|---|
| 34 | USUAL OCCUPATION | MATERIAL HANDLER |
| 35 | KIND OF BUSINESS/INDUSTRY | LIFT EQUIPMENT PROVIDER |
| 36 | EVER IN US ARMED FORCES | YES |
| 37 | DECEDENT TRIBAL MEMBER | NO   TRIBE NAME(S): |
| 38 | MANNER OF DEATH | NATURAL |
| 39 | METHOD OF DISPOSITION | CREMATION |
| 40 | PLACE AND LOCATION OF DISPOSITION | ███████████████ |

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | Cause | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | ███████████████ | |
| Due to or as a consequence of: (b) | | |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.   ███████████████

| # | Field | Value |
|---|---|---|
| 42 | AUTOPSY PERFORMED | NO |
| 43 | DATE OF INJURY | |
| 44 | TIME OF INJURY (24hr) | |
| 45 | INJURY AT WORK | |
| 46 | PLACE OF INJURY | |
| 47 | LOCATION OF INJURY | |
| 48 | COUNTY OF INJURY | |
| 49 | IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED | |

**NO AMENDMENTS PRESENT**

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

4104859



*Laurie Wusterbarth*
LAURIE WUSTERBARTH
OCONTO COUNTY REGISTER OF DEEDS



22456521

Date Issued: SEPTEMBER 15, 2021



THIS CERTIFICATE HAS A BLUE/PINK/BLUE BACKGROUND ON THE FACE AND TWO RAISED SEALS - THE PAPER CONTAINS A VISIBLE VITAL RECORD WATERMARK - HOLD TO LIGHT TO VERIFY PRESENCE

WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)