# EXHIBIT A

# WISCONSIN CERTIFICATE OF VITAL RECORD

**STATE OF WISCONSIN**
**DEPARTMENT OF HEALTH SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**
FACT OF DEATH

**STATE FILE DATE:** SEPTEMBER 14, 2021
**STATE FILE NUMBER:** 2021038539

| 1. DECEDENT'S NAME | | | 2. SOCIAL SECURITY NUMBER | 3. DATE PRONOUNCED DEAD |
|---|---|---|---|---|
| First: FRANCIS | Middle: EDMUND | Last: OLEJNICZAK | ███████6718 | SEPTEMBER 10, 2021 |

| 4. TIME PRONOUNCED DEAD (24hr) | 5. AGE | 6. DATE OF BIRTH | 7. SEX | 8. CITY, VILLAGE, OR TOWNSHIP OF DEATH | 9. COUNTY OF DEATH |
|---|---|---|---|---|---|
| 08:42 | 82 YEARS | ██████ 1938 | MALE | OCONTO (CITY) | OCONTO |

| 10. PLACE OF DEATH | 11. FACILITY NAME AND ADDRESS OF DEATH |
|---|---|
| NURSING HOME | ████████████████ |

| 12. RESIDENCE ADDRESS | 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP | 14. RESIDENCE COUNTY | 15. RESIDENCE STATE |
|---|---|---|---|
| 4729 COUNTY ROAD J | PENSAUKEE (TOWN) | OCONTO | WISCONSIN |

| 16. MARITAL STATUS | 17. WI DOMESTIC PARTNERSHIP | 18. SURVIVING SPOUSE'S BIRTH NAME | 19. STATE OF BIRTH | 20. DECEDENT'S BIRTH LAST NAME |
|---|---|---|---|---|
| MARRIED | NO | SUSAN MARY CIESLEWICZ | WISCONSIN | OLEJNICZAK |

| 21. FATHER'S BIRTH NAME | 22. MOTHER'S BIRTH NAME |
|---|---|
| EDMUND OLEJNICZAK | MARGARET AMBROSIUS |

| 23. INFORMANT'S NAME | 24. INFORMANT'S MAILING ADDRESS |
|---|---|
| SUSAN MARY OLEJNICZAK | ████████████████ |

| 25. NAME AND ADDRESS OF FUNERAL FACILITY | 26. FUNERAL DIRECTOR'S NAME | 27. DATE SIGNED |
|---|---|---|
| JONES FUNERAL SERVICE, 107 S FRANKLIN ST, OCONTO FALLS, WI 54154 | JONES, GREG | SEPTEMBER 14, 2021 |

| 28. TYPE OF MEDICAL CERTIFIER | 29. MEDICAL CERTIFIER'S NAME AND TITLE | 30. DATE SIGNED |
|---|---|---|
| PHYSICIAN | AMY ROMANDINE-KRATZ, MD | SEPTEMBER 13, 2021 |

| 31. DATE OF DEATH | 32. TIME OF DEATH (24hr) | 33. MEDICAL CERTIFIER'S MAILING ADDRESS |
|---|---|---|
| SEPTEMBER 10, 2021 | 08:42 | 835 SOUTH MAIN STREET, OCONTO FALLS, WI 54154 |

## EXTENDED FACT OF DEATH

| 34. USUAL OCCUPATION | 35. KIND OF BUSINESS/INDUSTRY | 36. EVER IN US ARMED FORCES | 37. DECEDENT TRIBAL MEMBER |
|---|---|---|---|
| MATERIAL HANDLER | LIFT EQUIPMENT PROVIDER | YES | NO   TRIBE NAME(S): |

| 38. MANNER OF DEATH | 39. METHOD OF DISPOSITION | 40. PLACE AND LOCATION OF DISPOSITION |
|---|---|---|
| NATURAL | CREMATION | ████████████████ |

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause: (a) | ████████████████ | |
| Due to or as a consequence of: (b) | | |
| Due to or as a consequence of: (c) | | |
| Due to or as a consequence of: (d) | | |

**41. PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.    ████████████████

| 42. AUTOPSY PERFORMED | 43. DATE OF INJURY | 44. TIME OF INJURY (24hr) | 45. INJURY AT WORK | 46. PLACE OF INJURY |
|---|---|---|---|---|
| NO | | | | |

| 47. LOCATION OF INJURY | 48. COUNTY OF INJURY |
|---|---|

**49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED.**

4104859





LAURIE WUSTERBARTH
OCONTO COUNTY REGISTER OF DEEDS

**NO AMENDMENTS PRESENT**
I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

22456521

Date Issued: SEPTEMBER 15, 2021



THIS CERTIFICATE HAS A BLUE/PINK/BLUE BACKGROUND ON THE FACE AND TWO RAISED SEALS - THE PAPER CONTAINS A VISIBLE VITAL RECORD WATERMARK - HOLD TO LIGHT TO VERIFY PRESENCE