# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Francis Olejniczak

Civil Case #: __1:20-cv-2498__

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Francis Olejniczak, which occurred on September 10, 2021. *See* Copy of Certificate of Death, attached hereto as Exhibit A. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff, within 90 days of service of this suggestion of death, as Plaintiff's claim is not extinguished by his death.

DATED this 28th day of October 2022.

Respectfully Submitted,

/s/ Taylor W. Williams
Taylor W. Williams, UT Bar # 17348
**DRIGGS, BILLS & DAY, PC**
737 E. Winchester St.
Salt Lake City, UT 84107
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

*/s/ Taylor W. Williams*
Taylor W. Williams
