IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Francis Olejniczak

Civil Case #: 1:20-cv-2498

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

Considering the Plaintiff's Motion for Substitution of Proper Party, IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that the Motion for Substitution of Proper Party is hereby GRANTED, and Susan Olejniczak, on behalf of Francis Olejniczak, is substituted as Plaintiff in the instant case. The Clerk of the Court is directed to substitute Susan Olejniczak, as next of kin, in place of the deceased Plaintiff Francis Olejniczak in the instant case.

DATED: _____ day of _____, 2022.

_____
United States District Court Judge