UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Sylvester Johnson, 1:17-cv-01054 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER TO SHOW CAUSE

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 on July 6, 2022.  (*See* Filing No. 22296).  Plaintiff Sylvester Johnson failed to respond.  Plaintiff is **ORDERED TO SHOW CAUSE** why his case should not be dismissed on or before **November 30, 2022**.  Failure to do so will result in dismissal of Plaintiff's case for failure to prosecute.

**SO ORDERED** this 28th day of October 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1