IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Gerald Brown
    1:18-cv-00663-RLY-MJD

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Dora Estelle Brown, as Personal Representative of the Estate of Gerald Lee Brown, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Dora Estelle Brown, as Personal Representative of the Estate of Gerald Lee Brown, for Plaintiff Gerald Brown and to grant leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Gerald Brown filed a Short Form Complaint for this action in this Court on March 5, 2018. His action was originally included as part of the multi-plaintiff action of *Anthony Halinski, et al. v. Cook Group Inc., et al.*, No. 1:17-cv-6066, and the Short Form Complaint was filed in this Court pursuant to this court's order of January 18, 2018, No. 1:14-ml-02570, CM/ECF Doc. 7507.

2. On June 6, 2021, Plaintiff Gerald Brown passed away from injuries not related to the IVC Filter at issue.

1

3. On September 12, 2022, movant Dora Estelle Brown was appointed Personal Representative of the Estate of Gerald Lee Brown. This estate is pending in the Probate Court of the County of Kershaw, State of South Carolina, and bears Case No. 2022ES2800502. A copy of that appointment is attached hereto Exhibit 1. As the duly appointed Personal Representative of the Estate of Gerald Lee Brown, movant is now the appropriate party to continue this action in place of the decedent. A proposed First Amended Short Form Complaint containing a survival count is attached hereto as Exhibit 2.

4. The undersigned counsel has counsel has conferred with Defendants and Defendants have no objection to the substitution.

WHEREFORE, movant prays for the following relief: (1) the Court substitute Dora Estelle Brown, as Personal Representative of the Estate of Gerald Lee Brown, deceased, as Party Plaintiff for Gerald Brown; (2) the Court grant leave to file the attached First Amended Short Form Complaint: (3) the Court deem the attached First Amended Short Form Complaint filed *instanter*.

Respectfully Submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, EDMo # 57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 31st day of October 2022, by way of the Court's CM/ECF filing system.

*/s/ Michael S. Kruse*