# EXHIBIT 1

STATE OF SOUTH CAROLINA  
COUNTY OF KERSHAW

IN THE MATTER OF  
GERALD LEE BROWN  
(Decedent)

IN THE PROBATE COURT

**CERTIFICATE OF APPOINTMENT**

CASE NUMBER: 2022ES2800502

**This is to certify that**

DORA ESTELLE BROWN

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE  
☐ SUCCESSOR PERSONAL REPRESENTATIVE  
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the 12th day of September, 2022 is now in full force and effect.

**RESTRICTIONS:**

Executed this 12th day of September 2022.

_(signature)_ Debra B. Branham

DEBRA B. BRANHAM, PROBATE JUDGE

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)  
62-1-305, 62-3-103