IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

    Gerald Brown
    1:18-cv-00663

_____

## **ORDER**

ON THIS DAY came for consideration Dora Estelle Brown's Motion to Substitute herself, as Personal Representative of the Estate of Gerald Lee Brown, deceased, as Party Plaintiff for Gerald Brown and for Leave to file a First Amended Short Form Complaint.  Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Dora Estelle Brown, as Personal Representative of the Estate of Gerald Lee Brown, is hereby substituted as Party Plaintiff for Gerald Brown in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 2 is hereby deemed filed *instanter*.

           SO ORDERED:      _____

                                         Date