# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Isaac J. Ramos 1:22-cv-06829-RLY-TAB

## ORDER

ON THIS DAY came for consideration Plaintiff Isaac J. Ramos's Motion to Amend Short Form Complaint. Having considered the Motion, the Court concludes the Motion [Filing No. 22815] shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 10/31/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.