# AFFIDAVIT OF SERVICE

FLINT COOPER, LLC   Hope Jones

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

LINDA WINFREE, as Next-of-Kin for MICHAEL SHOWERS, Decedent,
           PLAINTIFF

- vs -

COOK GROUP, INCORPORATED, ETAL
           DEFENDANT

Index No. 3:22-cv-0751
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF **INDIANA**, COUNTY OF **MARION** :SS:

**CHRISTINA GREGORY**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **IN**.

On **10-11-2022** at **12:15 PM**,

at **CORPORATION SERVICE COMPANY 251 EAST OHIO STREET SUITE 500 INDIANAPOLIS, IN 46204**

deponent served the within **CIVIL CASE INFORMATION STATEMENT, COMPLAINT, SUMMONS IN A CIVIL ACTION** on: **COOK GROUP, INCORPORATED**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**X** #2 CORPORATION — By delivering a true copy of each personally to **MYA ZAJAKOWSKI**, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the DEFENDANT.

Deponent knew the person so served to be the **LEGAL PROCESSOR** of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON — By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find DEFENDANT or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by

___ #5 MAIL COPY — On ~~_____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**X** #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: **F**   Color: **lt. brown**   Hair: **brown**
Age: **24**   Height: **5'6"**   Weight: **130**
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the DEFENDANT in the amount of $ _____

___ #8 MILITARY SRVC — Deponent asked person spoken to whether the DEFENDANT was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT was not.

___ #9 OTHER

NOTARY NAME & DATE: *[signature]* 10/11/22

*[signature: Christina Gregory]*

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-7354780

**ERIN TURNER**
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0740509
My Commission Expires Apr 13, 2030

