# AFFIDAVIT OF SERVICE

FLINT COOPER, LLC     Hope Jones

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

LINDA WINFREE, as Next-of-Kin for MICHAEL SHOWERS, Decedent,
PLAINTIFF

- vs -

COOK GROUP, INCORPORATED, ETAL
DEFENDANT

index No. 3:22-cv-0751
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF **Utah**, COUNTY OF **Salt Lake** :SS:

**John Udy**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **Utah**.

On **September 28, 2022** at **2:05 pm**,

at **CORPORATION SERVICE COMPANY 15 WEST SOUTH TEMPLE SUITE 600 SALT LAKE CITY, UT 84101**

deponent served the within **CIVIL CASE INFORMATION STATEMENT, COMPLAINT, SUMMONS IN A CIVIL ACTION** on: **COOK MEDICAL, LLC**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X  #2 CORPORATION   By delivering a true copy of each personally to **Jordan Firth, process agent**, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT'S**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT'S**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ #5 MAIL COPY   On ~~_____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X  #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: **female**   Color: **white**   Hair: **blonde**
Age: **30**   Height: **5'3"**   Weight: **130**
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE
Wendy Neff    09/30/2022

WENDY NEFF
NOTARY PUBLIC * STATE of UTAH
COMMISSION NO. 703426
COMM. EXP. 12/14/2022

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-7354798