# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| GUILLERMO PEREZ, | |
|    Plaintiff, | |
| | Case No. 1:14-ml-2570-RLY-TAB |
| v. | MDL No. 2570 |
| COOK GROUP, INC., COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL, LLC, and COOK INCORPORATED, | Civil Action No. 1:22-cv-6899- RLY-TAB |

## ORDER

ON THIS DAY came for consideration Plaintiff Guillermo Perez's Motion to Amend his Complaint. Having considered the Motion, the Court concludes the Motion [Filing No. 22860] shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is hereby deemed filed as of the date of this order.

Date: 11/2/2022

                                            Tim A. Baker
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.