IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
KARA BUTCHER as ADMINISTRATOR for the
ESTATE of DONALD GLASSON
Civil Case No. 1:22-cv-1595-RLY-TAB

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

ON THIS DAY came for consideration Plaintiff Kara Butcher as Administrator for the Estate of Donald Glasson's Motion to Amend the Complaint. Having considered the Motion, the Court concludes the Motion [Filing No. 22866] shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is hereby deemed filed as of the date of this order.

Date: 11/2/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.