IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

KARA BUTCHER as ADMINISTRATOR for the ESTATE of DONALD GLASSON

Civil Case# 1:22-cv-1595-RLY-TAB

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Donald Glasson

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Kara Butcher, Administrator of the Estate

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6.  Plaintiff's/Deceased Party's current state of residence:

California

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court for the Eastern District of California

8.  Defendants (Check Defendants against whom Complaint is made):

✔  Cook Incorporated

✔  Cook Medical LLC

✔  William Cook Europe ApS

9.  Basis of Jurisdiction:

✔  Diversity of Citizenship

☐  Other:  N/A

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 11: Subject Matter

Paragraph 11: Personal

Paragraph 12: Venue

b.  Other allegations of jurisdiction and venue:

N/A

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

[✔] Günther Tulip® Vena Cava Filter

[ ] Cook Celect® Vena Cava Filter

[ ] Gunther Tulip Mreye

[ ] Cook Celect Platinum

[ ] Other:

N/A

11. Date of Implantation as to each product:

9/12/2018

12. Hospital(s) where Plaintiff was implanted (including City and State):

Kaiser Permanente Fresno Medical Center

7300 N Fresno St, Fresno, CA 93720

13. Implanting Physician(s):

Heilman, Elizabeth Ruth M.D., 7300 N Fresno St, Fresno, CA 93720

14. Counts in the Master Complaint brought by Plaintiff(s):

[✔] Count I:   Strict Products Liability – Failure to Warn

[✔] Count II:   Strict Products Liability – Design Defect

[✔] Count III:   Negligence

[✔] Count IV:   Negligence Per Se

3

☑     Count V:       Breach of Express Warranty

☑     Count VI:       Breach of Implied Warranty

☑     Count VII:      Violations of Applicable __CA_____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:       Wrongful Death

☑     Count X:       Survival

☑     Count XI:       Punitive Damages

☐     Other:       __N/A_____ (please state the facts supporting

this Count in the space, immediately below)

☐     Other:       __N/A_____ (please state the facts supporting

this Count in the space, immediately below)

N/A _____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

__John T. Kirtley III - Ferrer Poirot & Wansbrough_____

16. Address and bar information for Attorney for Plaintiff(s):

2603 Oak Lawn Ave. Suite 300

Dallas, Texas 75219

Texas Bar No. 11534050

Respectfully submitted,

**/S/ JOHN T. KIRTLEY, III**
**John T. Kirtley, III**
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
   Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com

ATTORNEY FOR THE PLAINTIFFS
KARA BUTCHER as ADMINISTRATOR for the ESTATE of DONALD GLASSON

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III