AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE**

SERVICE OF: **LETTER, SUMMONS AND COMPLAINT, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, DESIGNATION FORM**
EFFECTED (1) BY ME: Mark Fleming
TITLE: **PROCESS SERVER**   DATE: July 29, 2022   2:59 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

COOK GROUP INCORPORATED C/O CORPORATION SERVICE COMPANY  Authorized Agent Becky Mayo

Place where served:

251 EAST OHIO STREET, SUITE 500  INDIANAPOLIS IN 46204

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Authorized Agent

Description of Person Accepting Service:

SEX: F   AGE: 50-55   HEIGHT: 5'4"   WEIGHT: 120 lbs   SKIN: White   HAIR: Salt + Pepper   OTHER: No Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 7/29/2022

Mark Fleming L.S.
SIGNATURE OF Mark Fleming
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MICHAEL A. GALPERN, ESQ.
PLAINTIFF: FAY NASE
DEFENDANT: COOK GROUP INC, ET AL
VENUE: DISTRICT
DOCKET: 2 22 CV 02901 JP
COMMENT: