20220728143022

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

**SERVICE OF:** LETTER, SUMMONS AND COMPLAINT, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, DESIGNATION FORM
**EFFECTED (1) BY ME:** C. Anderson
**TITLE:** PROCESS SERVER    DATE: 8-4-22 / 3:00p

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
COOK MEDICAL LLC. C/O CORPORATION SERVICE COMPANY, Jordan Firth

Place where served:

15 WEST SOUTH TEMPLE SUITE 600 SALT LAKE CITY UT 84101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant    R / A

Description of Person Accepting Service:

SEX: F  AGE: 20  HEIGHT: 5'2"  WEIGHT: 80  SKIN: W  HAIR: Blonde  OTHER: —

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____    SERVICES $ _____.____    TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 8/5/20 22    C. Curl                L.S.

SIGNATURE OF C. Anderson
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MICHAEL A. GALPERN, ESQ.
PLAINTIFF: FAY NASE
DEFENDANT: COOK GROUP INC, ET AL
VENUE: DISTRICT
DOCKET: 2 22 CV 02901 JP
COMMENT: