AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **LETTER, SUMMONS AND COMPLAINT, CERTIFICATE OF SERVICE, CIVIL COVER SHEET, DESIGNATION FORM**
EFFECTED (1) BY ME: Mark Fleming
TITLE: **PROCESS SERVER**   DATE: August 3, 2022  2:36 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant

COOK INCORPORATED C/O CORPORATION SERVICE COMPANY

Place where served:

251 EAST OHIO STREET, SUITE 500   INDIANAPOLIS  IN  46204

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant   Alicia Stephens, Authorized Agent

Description of Person Accepting Service:

SEX: F   AGE: 40-45   HEIGHT: 5'3"   WEIGHT: 185 lbs   SKIN: White   HAIR: Gray   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____   SERVICES $ _____ . ____   TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
Docusign Court Approved E-Signature

DATE: 8/3/2022

SIGNATURE OF Mark Fleming  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MICHAEL A. GALPERN, ESQ.
PLAINTIFF: FAY NASE
DEFENDANT: COOK GROUP INC, ET AL
VENUE: DISTRICT
DOCKET: 2 22 CV 02901 JP
COMMENT: