UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| Samuel C. Henderson, 1:21-cv-01185 | |

## FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 2nd day of November 2022.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1