AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| Dana Jones | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14:ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) This document relates to Case No. 1:16-cv-00703-RLY-TAB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dana Jones  .

Date: 11/03/2021

/s/ Ramon Rossi Lopez
*Attorney's signature*

Ramon Rossi Lopez, CA Bar No. 86361
*Printed name and bar number*

LOPEZ McHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
*Address*

rlopez@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ramon Rossi Lopez