IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 02, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Andress, Gary – 1:22-cv-06863

## STIPULATED DISMISSAL WITH PREJUDICE

The Parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that two (2) separate cases were filed for the above-referenced Plaintiff. Plaintiff hereby, and with the consent of the Defendants, dismisses Cause No. 1:22-cv-06863 claims against all Defendants. Each party shall bear its own fees and costs.

This stipulation does not include Cause No. 1:21-cv-03089, which will remain open and not dismissed.

Dated: October 28, 2022

| | |
|---|---|
| */s/ Peter E. Goss* | */s/ Kip S.M. McDonald* |
| Peter E. Goss | Kip S.M. McDonald |
| THE GOSS LAW FIRM, P.C. | FAEGRE DRINKER BIDDLE & REATH LLP |
| 1501 Westport Rd. | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO 64111 | Indianapolis, IN 46204 |
| Telephone: (816) 336-1300 | Telephone: (317) 237-0300 |
| Fascimile: (816) 336-1310 | Facsimile: (317) 237-1000 |
| pgoss@goss-lawfirm.com | Kip.McDonald@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1