AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Melissa Kelley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:14:ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) | This document relates to Case No. 1:16-cv-00159-RLY-TAB |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Melissa Kelley                                                             .

Date:   11/03/2021                                   /s/ Ramon Rossi Lopez
                                                               *Attorney's signature*

                                                        Ramon Rossi Lopez, CA Bar No. 86361
                                                               *Printed name and bar number*

                                                        LOPEZ McHUGH LLP
                                                        120 Vantis Drive, Suite 430
                                                        Aliso Viejo, CA  92656
                                                               *Address*

                                                        rlopez@lopezmchugh.com
                                                               *E-mail address*

                                                        (949) 737-1501
                                                               *Telephone number*

                                                        (949) 737-1504
                                                               *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ramon Rossi Lopez*