AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Brent Lena  <br>*Plaintiff* | ) <br> ) | |
| v. | ) | Case No.   1:14:ml-2570-RLY-TAB |
| COOK INCORPORATED, et al.  <br>*Defendant* | ) <br> ) | This document relates to Case No. 1:16-cv-02219-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Brent Lena                                                                                                                  .

Date:   11/03/2021                                            /s/ Ramon Rossi Lopez
                                                                                    *Attorney's signature*

                                                             Ramon Rossi Lopez, CA Bar No. 86361
                                                                              *Printed name and bar number*

                                                                              LOPEZ McHUGH LLP
                                                                              120 Vantis Drive, Suite 430
                                                                              Aliso Viejo, CA  92656
                                                                                            *Address*

                                                                              rlopez@lopezmchugh.com
                                                                                       *E-mail address*

                                                                                    (949) 737-1501
                                                                                    *Telephone number*

                                                                                    (949) 737-1504
                                                                                      *FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ramon Rossi Lopez*