AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Denise Williams; Timothy Williams ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:14:ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. ) | This document relates to Case No. 1:16-cv-01394-RLY-TAB |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Denise Williams; Timothy Williams                                            .

Date:    11/03/2021                              /s/ Ramon Rossi Lopez
                                                      *Attorney's signature*

                                                 Ramon Rossi Lopez, CA Bar No. 86361
                                                   *Printed name and bar number*

                                                       LOPEZ McHUGH LLP
                                                    120 Vantis Drive, Suite 430
                                                       Aliso Viejo, CA  92656

                                                               *Address*

                                                     rlopez@lopezmchugh.com
                                                          *E-mail address*

                                                         (949) 737-1501
                                                       *Telephone number*

                                                         (949) 737-1504
                                                          *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ramon Rossi Lopez*