AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| Donald Steven Merkel; Alison Ann Leonard-Merkel | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14:ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) | This document relates to Case No. 1:16-cv-00484-RLY-TAB |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Donald Steven Merkel; Alison Ann Leonard-Merkel                                                      .

Date:      11/03/2021

/s/ Ramon Rossi Lopez
*Attorney's signature*

Ramon Rossi Lopez, CA Bar No. 86361
*Printed name and bar number*

LOPEZ McHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656

*Address*

rlopez@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Ramon Rossi Lopez*_____