# EXHIBIT A

# STATE OF UTAH
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH
State File Number: 2022008981

### John Douglas Arnett

**DECEDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date of Death: | May 17, 2022 | Time of Death: | 07:00 |
| City of Death: | Murray | County of Death: | Salt Lake |
| Age: | 77 | Date of Birth: | ████ 1944 |
| Place of Birth: | Houston, Texas | Sex: | Male |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | Martha Jeanette Hetzel | Usual Occupation: | Electrician |
| Industry/Business: | Arnett Electric | Education: | Bachelor's Degree |
| Residence: | Murray, Utah | Father's Name: | Wilburn Arnett |
| Mother's Name: | Gladys Jean Neill | Facility Type: | Home |
| Facility or Address: | ████ | | |

**INFORMANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Aaron W Arnett | Relationship: | Son |
| Mailing Address: | ████ | | |

**DISPOSITION INFORMATION**

| | |
|---|---|
| Method of Disposition: | Cremation |
| Place of Disposition: | ████ |
| Date of Disposition: | May 23, 2022 |

**FUNERAL HOME INFORMATION**

| | |
|---|---|
| Funeral Home: | Premier Funeral Services |
| Address: | 67 East 8000 South, , Midvale, Utah 84047 |
| Funeral Director: | Janna Markland |

**MEDICAL CERTIFICATION**

Certifying Physician: LeeAnn Freeman APRN, Intermountain Hospice, 11520 South Redwood Road, South Jordan, Utah 84095

**CAUSE OF DEATH**

████

Tobacco Use: Non-user
Medical Examiner Contacted: Yes    Autopsy Performed: No    Manner of Death: Natural

Date Registered: May 23, 2022
Date Issued: May 23, 2022

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW
State Registrar
Rev. 07/21


*067119950*

Angela C. Dunn, MD, MPH
Director/Health Officer
County/District Health Department


SALT LAKE COUNTY HEALTH DEPARTMENT