IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

John Douglas Arnett

Civil Case #:   1:20-cv-1182

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Plaintiff John Douglas Arnett and files this motion to substitute his surviving next of kin, Martha Jeannette Arnett, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court as follows:

1. Plaintiff John Douglas Arnett filed the present action in the United States District Court of the Southern District of Indiana on April 16, 2020.

2. Plaintiff John Douglas Arnett passed away on May 17, 2022. *See* Copy of Certificate of Death, attached hereto as Exhibit A.

3. Rule 25(a)(1) of the Federal Rules of Civil Procedure allows for the substitution of a party in the event of death.

4. John Douglas Arnett's product liability action survived plaintiff-decedent's death and is not concluded.

5. Notice of Suggestion of Death was provided on November 4, 2022. *See* Doc 23020, attached hereto as Exhibit B.

6. Martha Jeannette Arnett, wife of decedent, is the proper party to substitute for plaintiff-decedent John Douglas Arnett and has proper capacity to proceed with the surviving

products liability action on plaintiff-decedent's behalf.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to substitute Martha Jeannette Arnett as the proper party in this action.

DATED this 4th day of November 2022.

Respectfully Submitted,

/s/ Taylor W. Williams
Taylor W. Williams, UT Bar # 17348
**DRIGGS, BILLS & DAY, PC**
737 E. Winchester St.
Salt Lake City, UT 84107
T: 801-308-9179
F: 801-752-0607
twilliams@advocates.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

/s/ Taylor W. Williams
Taylor W. Williams