IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Plaintiff(s): James Brown and Joyce Brown
Civil Case No.: 1:19-cv-03484-RLY-TAB

### ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Robyn Keith's Motion to Substitute herself, as personal representative of the Estate of James Brown, deceased, and Joyce Brown, deceased, as Party Plaintiff for James Brown and Joyce Brown and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court GRANTS the Motion. [Filing No. 22886.]

IT IS THEREFORE ORDERED that: (1) Robyn Keith, as Dependent Administrator of the Estate of James Brown and Joyce Brown, is hereby substituted as Party Plaintiff for James Brown and Joyce Brown in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 11/9/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via /ECF.