IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs:

John Hecker and Karen Hecker
Civil Case No. 1:16-cv-01058-RLY-TAB

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the

Court, being duly advised in the premises, now GRANTS said motion.  [Filing No. 22894.]

IT IS THEREFORE ORDERED that Michael Dom Hecker, on behalf of the Estate of John

Hecker, is substituted as Plaintiff in this case, and that all future pleadings shall reflect the proper

party.

Date: 11/9/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.