IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

John Taylor
Civil Case No. 1:20-CV-02307-RLY-TAB

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the

Court, being duly advised in the premises, now GRANTS said motion.  [Filing No. 22898.]

IT IS THEREFORE ORDERED that Christine Taylor, on behalf of the Estate of John

Taylor, is substituted as Plaintiff in this case, and that all future pleadings shall reflect the proper

party.

Date: 11/9/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.