IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Francis Olejniczak

Civil Case #: 1:20-cv-2498-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 22945.]

IT IS THEREFORE ORDERED that Susan Olejniczak, on behalf of Francis Olejniczak, is substituted as Plaintiff in this case, and that all future pleadings shall reflect the proper party.

Date: 11/9/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.