IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Gerald Brown
1:18-cv-00663

**ORDER**

ON THIS DAY came for consideration Dora Estelle Brown's Motion to Substitute herself, as Personal Representative of the Estate of Gerald Lee Brown, deceased, as Party Plaintiff for Gerald Brown and for Leave to file a First Amended Short Form Complaint. Having considered the Motion, the Court GRANTS the Motion. [Filing No. 22953.]

IT IS THEREFORE ORDERED that: (1) Dora Estelle Brown, as Personal Representative of the Estate of Gerald Lee Brown, is hereby substituted as Party Plaintiff for Gerald Brown in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 11/9/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.