IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Kenneth Ducote

Civil Case # 1:17-cv-1328

## SUGGESTION OF DEATH OF PLAINTIFF KENNETH DUCOTE

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff Kenneth Ducote, which occurred on August 5, 2021. Please see the death certificate attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 11th day of November, 2022.

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*