# Exhibit A

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER:  
STATE FILE NUMBER: 2021-031-00043

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DUCOTE, KENNETH PAUL |
| DATE OF BIRTH | 08/05/2021 |
| DATE OF DEATH | |
| TIME OF DEATH | 03:20 PM (FOUND) |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | COTTONPORT, LA UNITED STATES |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | |
| AGE | 68 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | AVOYELLES |

8393462

**PERSONAL**

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | CARPENTER |
| INDUSTRY OF OCCUPATION | CONSTRUCTION |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | MADRIGAL, HOPE |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DUCOTE, JUNE P |
| FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | COTTONPORT, LA UNITED STATES |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DOZIER, OLA |
| MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | COTTONPORT, LA UNITED STATES |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DUCOTE, HOPE MADRIGAL |
| RELATIONSHIP TO DECEDENT | WIFE |
| INFORMANT'S ADDRESS | |
| EDUCATION: 8TH GRADE OR LESS | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | |
| RACE: WHITE | |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | BATON ROUGE GENERAL MEDICAL CENTER - MID CITY ON FLORIDA |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 3600 FLORIDA BLVD., BATON ROUGE, LA 70806 UNITED STATES |
| PARISH/COUNTY | EAST BATON ROUGE |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | PYTHIAN CEMETERY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | BUNKIE, LA UNITED STATES |
| DATE OF DISPOSITION | 08/11/2021 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | HIXSON - DUCOTE FUNERAL HOME - BUNKIE |
| ADDRESS OF FUNERAL FACILITY | 302 ST JOHN ST., BUNKIE, LA 71322 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | DUCOTE, MARIE ROY |
| LICENSE NUMBER | U1476 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 8/10/2021 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

APPROXIMATE INTERVAL: Onset to Death

| Line | Cause | Interval |
|---|---|---|
| a. IMMEDIATE CAUSE (Final disease or condition resulting in death) | RESPIRATORY FAILURE DUE TO CORONA VIRUS | 3 WEEKS |
| b. Sequentially list conditions, if any, leading to the cause listed on line a. | | |
| c. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | | |
| d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)  
PARISH/COUNTY

DESCRIBE HOW INJURY OCCURED

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 8/5/2021 TO 8/5/2021 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER: | *e-sign* |
| DATE | 8/10/2021 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | BANDA, VENKAT |
| CERTIFIER TITLE: | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 8585 PICARDY BLVD., BATON ROUGE, LA 70809 UNITED STATES |
| BURIAL TRANSIT PERMIT | 434862 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 08/09/2021 |
| DATE FILED WITH REGISTRAR | 8/10/2021 |

**REGISTRAR**

| Field | Value |
|---|---|
| SIGNATURE OF REGISTRAR | DEVIN GEORGE *e-sign* |
| ISSUED BY: Sellers, Kim | Issued On: 8/12/2021 2:41:19 PM |



008393462

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.


DEVIN GEORGE  
STATE REGISTRAR



A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

AmeriTech, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE