IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Kenneth Ducote_____

 Civil Case # 1:17-cv-1328_____

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Hope Ducote, as the surviving spouse to the Estate of Kenneth Ducote, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Hope Ducote, as the surviving spouse to the Estate of Kenneth Ducote (deceased), for Plaintiff Kenneth Ducote and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1.      Plaintiff Kenneth Ducote filed a Short Form Complaint for this action in this Court on April 26, 2017.

2.      All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about April 26, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3.      On August 5, 2021, Plaintiff Kenneth Ducote passed away from injuries not related to the IVC filter at issue. *See* Death Certificate (DN 23054-1).

1

4.      Kenneth Ducote's action against Defendants survives his death and is not extinguished.

5.      Hope Ducote, decedent's surviving spouse, is decedent's heir and has a right to maintain and continue this action.

6.      Plaintiff's counsel filed the Suggestion of Death contemporaneously herewith (see DN 23054).

7.      Plaintiff thus moves to substitute Hope Ducote, as and surviving spouse to the Estate of Kenneth Ducote, deceased, as Plaintiff in the present action.

8.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Hope Ducote, as and surviving spouse to the Estate of Kenneth Ducote, deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Kenneth Ducote is now deceased.

9.      A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10.     Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Hope Ducote, as surviving spouse to the Estate of Kenneth Ducote, deceased, as Party Plaintiff for Kenneth Ducote; (2) the Court grant leave to file the attached First Amended Short Form Complaint; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto.

Respectfully submitted,

**SHRADER & ASSOCIATES, L.L.P.**

*/s/ A. Layne Stackhouse*
A. Layne Stackhouse (KY# 94038)
9 Greenway Plaza, Suite 2300
Houston, TX 77046
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*/s/ A. Layne Stackhouse*