IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

This Document Relates to Plaintiff(s)
 Kenneth Ducote

Civil Case # 1:17-cv-1328

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Hope Ducote's Motion to Substitute herself, as the surviving spouse to the Estate of Kenneth Ducote, deceased, as Party Plaintiff for Kenneth Ducote and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Hope Ducote, as surviving spouse to the Estate of Kenneth Ducote, is hereby substituted as Party Plaintiff for Kenneth Ducote in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed.

Dated this _____ day of _____, 2022.


SO ORDERED: _____.