IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:
    Lisa Melton-1:18-cv-03793
    Patricia Anderson- 1:19-cv-03769
    Carolyn Clark-1:18-cv-03771

## MOTION TO WITHDRAW FILING

William H. Barfield respectfully asks this Court to withdraw his Amended Motion to Withdraw Attorney Apperance, for Lisa Melton ( 1:18-cv-03793), Patricia Anderson ( 1:19-cv-03769), and Carolyn Clark (1:18-cv-03771), Doc. No. 22802 & 22857. The Motion was mistakenly filed under William H. Barfield's account instead of Scott Fraser.

The Motion will be refiled under Scott Fraser's account.

Dated: November 14, 2022

/s/ William H. Barfield
**William H. Barfield**
Texas Bar No. 24031725
bill@mcdonaldworley.com
**McDonald Worley,PC**
1770 St.James Pl. Ste. 100
Houston,TX 77056
Tel. (713)523-5500
Fax (713)523-5501

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William H. Barfield*
**William H. Barfield**

IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Case:
Lisa Melton- 1:18-cv-03793
Patricia Anderson-1:19-cv-03769
Carolyn Clark-1:18-cv-03771

**ORDER ON MOTION TO WITHDRAW DKT.**

After considering Plaintiff's Motion to Withdraw Dkt. 22802 & 22857, Plaintiff's Amended Motion to Withdraw Attorney William H.Barfield (Dkt.22802 & 22857). The Court, having reviewed the Motion and being duly advised in the premises, not GRANTS the Motion.

IT IS THEREFORE ORDERED that Dkt. 22802 & 22857 is hereby withdrawn from the docket.

Date: 11/14/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via ECF.