IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs identified in Exhibit "A" Attached

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLAINTIFFS GIVE NOTICE that William H. Barfield, is no longer with the firm of McDonald Worley,PC, and should be withdrawn as counsel of record for certain Plaintiffs in this matter, as set out in Exhibit "A" attached hereto.  Plaintiffs request that William H. Barfield be withdrawn as counsel of record for all Plaintiffs on Exhibit "A", and Scott Fraser, of the  McDonald Worley,PC  law firm, be substituted in his place.

Respectfully submitted,

*/s/ Scott Fraser*
Scott Fraser,TX Bar No.24093452
McDonald Worley,PC

1770 St.James Pl. Ste. 100, Houston,TX 77056

scott@mcdonaldworley.com

T:(713)523-5500

F:(713)523-5501

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATION OF SERVICE

  I hereby certify that on this 14th day of November, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access the filing through the Court's system.

                */s/ Scott Fraser*
                Scott Fraser

| | | |
|---|---|---|
| 1:18-cv-03769-RLY-TAB | ANDERSON v. COOK INCORPORATED et al. | filed 11/30/18 |
| 1:18-cv-03771-RLY-TAB | CLARK v. COOK INCORPORATED et al. | filed 11/30/18 |
| 1:18-cv-03773-RLY-TAB | HARMON v. COOK INCORPORATED et al | filed 11/30/18 |
| 1:18-cv-03783-RLY-TAB | HERBERHOLZ v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03787-RLY-TAB | JOHNSON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03790-RLY-TAB | KNIGHT v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03793-RLY-TAB | MELTON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03796-RLY-TAB | NEWAY v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03797-RLY-TAB | ROSS v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03798-RLY-TAB | SIMON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-04020-RLY-TAB | BROUGHTON v. COOK INCORPORATED et al | filed 12/20/18 |
| 1:18-cv-04025-RLY-TAB | FRYTAG v. COOK MEDICAL, LLC et al. | filed 12/21/18 |
| 1:19-cv-01374-RLY-TAB | LAURA v. COOK MEDICAL LLC et al. | filed 04/04/19 |
| 1:19-cv-01382-RLY-TAB | GOSS v. COOK INCORPORATED et al. | filed 04/04/19 |
| 1:19-cv-01384-RLY-TAB | HARRINGTON v. COOK INCORPORATED et al | filed 04/05/19 |
| 1:19-cv-01493-RLY-TAB | COWLEY v. COOK INCORPORATED, et al. | filed 04/15/19 |
| 1:19-cv-01565-RLY-TAB | WICKLUND v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01566-RLY-TAB | LONG v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01567-RLY-TAB | RICH v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01693-RLY-TAB | DAVIS v. COOK INCORPORATED et al | filed 04/26/19 |
| 1:19-cv-03395-RLY-TAB | FLOOR v. COOK INCORPORATED et al | filed 08/09/19 |
| 1:19-cv-03557-RLY-TAB | HAINES v. COOK INCORPORATED et al | filed 08/21/19 |
| 1:19-cv-03914-RLY-TAB | GOZA v. COOK INCORPORATED, et al. | filed 09/13/19 |
| 1:19-cv-03916-RLY-TAB | GONZALEZ v. COOK MEDICAL INC, et al | filed 09/13/19 |
| 1:19-cv-04660-RLY-TAB | BOEA v. COOK INCORPORATED et al | filed 11/22/19 |

| | | |
|---|---|---|
| 1:19-cv-04661-RLY-TAB | TACKETT v. COOK INCORPORATED et al | filed 11/22/19 |
| 1:19-cv-04705-RLY-TAB | BRANDLI-HEUSBOURG v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04706-RLY-TAB | COCHRAN v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04707-RLY-TAB | KRAFT v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04708-RLY-TAB | MCKAY v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04709-RLY-TAB | JACKSON v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:20-cv-00491-RLY-TAB | HALL v. COOK INCORPORATED et al. | filed 02/12/20 |
| 1:20-cv-00660-RLY-TAB | SCOTTO v. COOK INCORPORATED et al | filed 02/27/20 |
| 1:20-cv-00661-RLY-TAB | AXCELL v. COOK MEDICAL INC, et al | filed 02/27/20 |
| 1:20-cv-00738-RLY-TAB | PLUMMER v. COOK INCORPORATED et al | filed 03/06/20 |
| 1:20-cv-01346-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01347-RLY-TAB | BOYLES v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01348-RLY-TAB | CASHMORE v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01350-RLY-TAB | GRIMES v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01377-RLY-TAB | GRUBE v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01378-RLY-TAB | HUMPHREY v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01379-RLY-TAB | JOHNSON v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01380-RLY-TAB | MALEY v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01382-RLY-TAB | MEAGHER v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01383-RLY-TAB | MICOLUCCI v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01384-RLY-TAB | MILLER v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01385-RLY-TAB | MILNICK v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01386-RLY-TAB | ORR v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01389-RLY-TAB | ROBERSON v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01390-RLY-TAB | SELF v. COOK INCORPORATED et al | filed 05/14/20 |

| | | |
|---|---|---|
| 1:20-cv-01391-RLY-TAB | TABB v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01392-RLY-TAB | UNDIEME v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01393-RLY-TAB | VINCENT v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01394-RLY-TAB | CARREON v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01395-RLY-TAB | PINI v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01396-RLY-TAB | CHAVES v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01397-RLY-TAB | BURDICK v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01398-RLY-TAB | PARKER v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01399-RLY-TAB | STORY v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01400-RLY-TAB | VANGESSEL v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01516-RLY-TAB | AYERS v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01517-RLY-TAB | FELDMAN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01522-RLY-TAB | FITHEN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01523-RLY-TAB | GRAHAM v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01524-RLY-TAB | HARTLEY v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01527-RLY-TAB | LAFLEUR v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01530-RLY-TAB | LUTZKANIN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01536-RLY-TAB | METCALF v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01813-RLY-TAB | VARHOL-KING v. COOK INCORPORATED et al | filed 07/07/20 |
| 1:20-cv-01814-RLY-TAB | ROBINSON v. COOK INCORPORATED et al | filed 07/07/20 |
| 1:20-cv-01851-RLY-TAB | JAMES v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01853-RLY-TAB | VALENTINE v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01854-RLY-TAB | YOUNG v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01857-RLY-TAB | SPRAGUE v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01860-RLY-TAB | GRAY v. COOK INCORPORATED et al | filed 07/10/20 |

| | | |
|---|---|---|
| 1:21-cv-00579-RLY-TAB | LEDGER v. COOK INCORPORATED et al | filed 03/10/21 |
| 1:21-cv-00590-RLY-TAB | GILLESPIE v. COOK MEDICAL LLC et al | filed 03/11/21 |
| 1:21-cv-00703-RLY-TAB | GARCIA v. COOK MEDICAL LLC et al ` | filed 03/23/21 |
| 1:21-cv-00704-RLY-TAB | ROUSE v. COOK MEDICAL LLC et al | filed 03/23/21 |
| 1:21-cv-00978-RLY-TAB | AXTON v. COOK MEDICAL, INC. et al | filed 04/21/21 |
| 1:21-cv-00984-RLY-TAB | CHAVES v. COOK INCORPORATED et al | filed 04/21/21 |
| 1:21-cv-00999-RLY-TAB | GRAHAM v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01004-RLY-TAB | DAWES v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01007-RLY-TAB | STANDLEY v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01031-RLY-TAB | HADLEY v. COOK INCORPORATED et al | filed 04/26/21 |
| 1:21-cv-01032-RLY-TAB | WHITE v. COOK INCORPORATED et al | filed 04/26/21 |
| 1:21-cv-01062-RLY-TAB | KYTTLE v. COOK INCORPORATED et al | filed 04/28/21 |
| 1:22-cv-00060-RLY-TAB | LEE V. COOK INCORPORATED, et al. | filed 01/11/22 |
| 1:22-cv-00067-RLY-TAB | NICHOLAS v. COOK INCORPORATED, et al. | filed 01/12/22 |
| 1:22-cv-00148-RLY-TAB | FAIRRINGER v. COOK INCORPORATED et al. | filed 01/19/22 |
| 1:22-cv-00171-RLY-TAB | HILL v. COOK INCORPORATED, et al. | filed 01/21/22 |
| 1:22-cv-00182-RLY-TAB | TATUM v. COOK INCORPORATED et al | filed 01/25/22 |
| 1:22-cv-00259-RLY-TAB | SALINAS v. COOK INCORPORATED, et al. | filed 02/03/22 |
| 1:22-cv-00273-RLY-TAB | SMITH v. COOK INCORPORATED et al | filed 02/07/22 |
| 1:22-cv-00277-RLY-TAB | GRIFFIN v. COOK INCORPORATED et al | filed 02/07/22 |
| 1:22-cv-00279-RLY-TAB | AUGUSTIN v. COOK INCORPORATED et al | filed 02/08/22 |
| 1:22-cv-00281-RLY-TAB | BELDIN v. COOK INCORPORATED et al | filed 02/08/22 |
| 1:22-cv-00287-RLY-TAB | CRONLEY v. COOK INCORPORATED et al | filed 02/09/22 |
| 1:22-cv-00289-RLY-TAB | WILLIAMS v. COOK INCORPORATED et at | filed 02/09/22 |
| 1:22-cv-00292-RLY-TAB | JARAMILLO v. COOK INCORPORATED et al | filed 02/09/22 |

| | | |
|---|---|---|
| 1:22-cv-00508-RLY-TAB | STILL v. COOK INCORPORATED et al | filed 03/16/22 |
| 1:22-cv-00519-RLY-TAB | WALTON v. COOK INCORPORATED et al | filed 03/17/22 |
| 1:22-cv-00526-RLY-TAB | CHAPMAN v. COOK INCORPORATED et al | filed 03/18/22 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs identified in Exhibit A attached

**ORDER**

This matter is before the Court on the Plaintiffs' Motion to Withdrawal of Counsel William H. Barfield and Substitution of Counsel filed by Scott Fraser [Docket No. 22802 & 22857]. Despite counsel stating in their motion that "Plaintiffs request that William H. Barfield be withdrawn as counsel of record for all Plaintiffs on Exhibit "A", and Scott Fraser, of the McDonald Worley, PC law firm, be substituted in his place," the Court has found that William H. Barfield is not an attorney of record in Docket No. 22802 & 22857. However, since Scott Fraser has filed an appearance in Docket No. 22802 & 22857, the court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Scott Fraser shall be substituted for William H. Barfield in all of the cases listed in Exhibit A attached. William H. Barfield is withdrawn as counsel of record in these actions and removed from all electronic filings.

Date: 11/14/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system