# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Lorraine Benedetto</u>

Civil Case # 1:17-cv-03989-RLY-TAB

## **ORDER**

This matter is before the Court on the Plaintiff Lorraine Benedetto's Motion to Withdrawal of Counsel Basil E. Adham, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC shall be substituted for Basil E. Adham of the law firm Johnson Law Group. Basil E. Adham and all members of the Johnson Law Group are withdrawn as counsel of record in this action and removed from all future electronic filings.

_____
United States District Judge