# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | | |
|---|---|---|---|---|
| 1:22-cv-02010 | 1:22-cv-02063 | 1:22-cv-02142 | 1:22-cv-06900 | 1:22-cv-06919 |
| 1:22-cv-02017 | 1:22-cv-02076 | 1:22-cv-06879 | 1:22-cv-06901 | 1:22-cv-06920 |
| 1:22-cv-02018 | 1:22-cv-02078 | 1:22-cv-06888 | 1:22-cv-06902 | 1:22-cv-06921 |
| 1:22-cv-02019 | 1:22-cv-02085 | 1:22-cv-06889 | 1:22-cv-06903 | |
| 1:22-cv-02027 | 1:22-cv-02086 | 1:22-cv-06891 | 1:22-cv-06904 | |
| 1:22-cv-02030 | 1:22-cv-02109 | 1:22-cv-06892 | 1:22-cv-06905 | |
| 1:22-cv-02031 | 1:22-cv-02110 | 1:22-cv-06893 | 1:22-cv-06906 | |
| 1:22-cv-02047 | 1:22-cv-02111 | 1:22-cv-06896 | 1:22-cv-06907 | |
| 1:22-cv-02055 | 1:22-cv-02112 | 1:22-cv-06897 | 1:22-cv-06908 | |
| 1:22-cv-02056 | 1:22-cv-02137 | 1:22-cv-06899 | 1:22-cv-06909 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: November 21, 2022

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail:  andrea.pierson@faegredrinker.com
E-Mail:  kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald