UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO : Diane Hale    1:21-cv-3084 | ) ) ) ) | |

## CORRECTING ENTRY

It has come to the court's attention that there is an error in the dismissal order entered October 25, 2022 (Docket No. 22911).   The dismissal should have been WITHOUT prejudice, not WITH.   This Entry shall correct the disposition of the matter in case 1:21-cv-3084 to be DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this 21st day of November 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record