IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 21, 2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Sanders, Mark – Case No. 1:21-cv-02895

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 26, 2022.

| | |
|---|---|
| /s/ A. Craig Eiland | /s/ Jessica Benson Cox |
| A. Craig Eiland, Esq. | Jessica Benson Cox, Esq. |
| The Law Offices of A. Craig Eiland, PC | Faegre Drinker Biddle & Reath LLP |
| 1220 Colorado Street, Suite 300 | 300 North Meridian Street, Suite 2500 |
| Austin, Texas 78701 | Indianapolis, Indiana 46204 |
| Telephone: (409) 763-3260 | Telephone: (317) 237-0300 |
| Facsimile: (713) 513-5211 | Facsimile: (317) 237-1000 |
| Email: ceiland@eilandlaw.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |