IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITATGATION | Case No. 1:14-ml-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Victor Friedman, 1:17-cv-4572-TWP-MJD

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has considered the Joint Stipulation of Dismissal with Prejudice of the above Plaintiff and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the stipulation of dismissal with prejudice of the above Plaintiff is **GRANTED.** The claims of the Plaintiff are dismissed in their entirety with prejudice, and the parties are to bear their own costs.

Dated this   21st   day of  November  , 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record