IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Nov 21, 2022
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Coreas, Sarah - 1:20-cv-01012

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 22, 2022

| | |
|---|---|
| */s/ Stephanie Marie Herrmann* | */s/ Jessica Benson Cox* |
| Stephanie Marie Herrmann | Jessica Benson Cox, Esq. |
| Florida Bar #123836 | Faegre Drinker Biddle & Reath LLP |
| Fenstersheib Law Group, P.A | 300 North Meridian Street, Suite 2500 |
| 520 W. Hallandale Beach Blvd. | Indianapolis, Indiana  46204 |
| Hallandale, FL 33009 | Telephone:  (317) 237-0300 |
| Telephone:  (954) 456-2488 | Facsimile:   (317) 237-1000 |
| Facsimile:  (954) 212-2757 | Email: jessica.cox@faegredrinker.com |
| Email: smh@fernstersheib.com | |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |