UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed without prejudice.
> Date: 11/21/2022
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., ) | |
| IVC FILTERS MARKETING, ) | 1:14-ml-02570-RLY-TAB |
| SALES PRACTICES AND PRODUCT ) | MDL No. 2570 |
| LIABILITY LITIGATION ) | |
| ) | |
| This Document Relates to: ) | |
| FRANCES FINK, **1:22-cv-01552** ) | |
| ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Frances Fink ("Plaintiff") and Defendants Cook Incorporated, Cook Medical LLC, formerly known as Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Defendants") stipulate and agree, by and through their undersigned counsel, that the above-captioned action should be dismissed without prejudice pursuant to Federal Rule 41. Each party shall bear its own costs, fees and expenses.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court dismiss this case without prejudice.

Dated: September 26, 2022                              Respectfully submitted,

*/s/Alexandra Colella*                                  /s/Kip S.M. McDonald
Alexandra Colella                                       Kip S.M. McDonald
*Attorney for Plaintiff*                                *Attorney for Defendants*
MARC J. BERN & PARTNERS, LLP                            FAEGRE DRINKER BIDDLE & REATH LLP
60 East 42nd Street, #950                               300 N. Meridian Street, Suite 2500
New York, New York 10165                                Indianapolis, Indiana 46204
Tel: (212) 702-5000                                     Tel: (317) 237-0300
AColella@bernllp.com                                    Kip.McDonald@Faegredrinker.com