> APPROVED. Case is dismissed without prejudice.
> Date: 11/21/2022
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Terrell L. Evans 1:22-cv-6880-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that he dismisses, *without prejudice*, the above captioned action against all defendants. The Complaint in this action was filed in United States District Court for the District of Connecticut on August 4, 2022 (Dkt 1). This action was transferred into the above captioned MDL pending in this Court on August 29, 20221, as part of Conditional Transfer Order 218 (Dkt 22593).

Defendants have not filed an answer or motion for summary judgment; therefore, this Notice is proper under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: September 16, 2022

/s/ Jennifer Rethemeier
Jennifer Rethemeier
(Admitted *Pro Hac* Vice, AZ Bar No. 031398)
**DALIMONTE RUEB STOLLER, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
jennifer.rethermeier@drlawllp.com

*Lead Counsel for Plaintiff*