# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) ) |

### NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): LaTonya Yvette Nash**
**Civil Case No.: 1:17-cv-02431**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, LaTonya Yvette Nash, died on or about August 22, 2021.

Dated: November 23, 2022                Respectfully Submitted,

**FLINT COOPER, LLC**

By: _Laci Whitley_
Laci M. Whitley IL Bar No. 6314263
Attorney for Plaintiff
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintcooper.com