IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): LaTonya Yvette Nash**
**Civil Case No.: 1:17-cv-02431**

**MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

**COMES NOW**, CORLISS JOHNSON, personal representative of the Estate of LaTonya Yvette Nash, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Corliss Johnson as personal representative of the Estate of LaTonya Yvette Nash (deceased), for Plaintiff LaTonya Yvette Nash and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff LaTonya Yvette Nash filed a Short Form Complaint for this action in this Court on July 19, 2017.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about August 15, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On August 22, 2021, Plaintiff LaTonya Yvette Nash passed away.

4. LaTonya Yvette Nash's action against Defendants survives her death and is not extinguished.

5. Corliss Johnson, decedent's surviving heir, has now been appointed as the personal representative for the Estate of LaTonya Yvette Nash. See the Next of Kin Affidavit attached hereto as Exhibit A.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Corliss Johnson, as personal representative of the Estate of LaTonya Yvette Nash, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Corliss Johnson, as personal representative of the Estate of LaTonya Yvette Nash, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff LaTonya Yvette Nash is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Corliss Johnson, as personal representative of the Estate of LaTonya Yvette Nash, deceased, as Party Plaintiff for LaTonya Yvette Nash; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-02431 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: November 23, 2022                    Respectfully Submitted,

**FLINT COOPER, LLC**

/s/ Laci M. Whitley
Laci M. Whitley (IL6314263)
Attorney for Plaintiffs
222 East Park Street, Suite 500
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintcooper.com

CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

_____
Laci M. Whitley
Attorney for Plaintiff