# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned, _Corliss A. Johnson_ ("affiant") residing at

is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, _Corliss A. Johnson_, can state as truth that:

1. I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named _Corliss A. Johnson_

2. There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3. I am of sound mind.

4. I have not been coached or coerced in any way concerning this testimony and affidavit.

5. My relationship to decedent is: _mother_.

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this _21st_ day of _October, 2021_

_Corliss A. Johnson_  
Signature of Affiant

_Corliss A Johnson_  
Print Name of Affiant

_3533-22nd Street_  
Address of Affiant

STATE OF _Alabama_ COUNTY OF _Tuscaloosa_

In _Tusc_, on the _21_ day of _October_, 20_21_, before me, a Notary Public in and for the above state and County _Tuscaloosa_, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced _Drivers License_ Affiant ___ is ___ is not personally known to me

_Cheryl L. Hood_  
NOTARY PUBLIC

My Commission Expires: CHERYL L. HOOD, Notary Public, Alabama State At Large, My Commission Expires _10-26-24_ (SEAL)