UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) | |

**SCHEDULING ORDER**

A status conference is set for **DECEMBER 15, 2022 at 4:00 p.m.** Leadership counsel shall appear before the Honorable Richard L. Young, Judge, in room 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 29th day of November 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record