# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Jeannette Mathis

Civil Case No. 1:22-cv-01423

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

IT IS SO STIPULATED:

| | |
|---|---|
| /s/ Lawana S. Wichmann<br>Lawana S. Wichmann<br>ONDER LAW, LLC.<br>110 East Lockwood Avenue<br>St. Louis, MO 63119<br>Telephone: (314) 963-9000<br>Facsimile: (314) 963-1700<br><br>*Attorney for Plaintiffs*<br><br>Dated: November 29, 2022 | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH, LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (973) 549-7000<br><br>*Attorney for Defendants*<br><br>Dated: November 29, 2022 |