IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
 Kenneth Ducote

Civil Case # 1:17-cv-1328-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

This matter is before the Court upon consideration of Hope Ducote's Motion to Substitute herself, as the surviving spouse to the Estate of Kenneth Ducote, deceased, as Party Plaintiff for Kenneth Ducote and Leave to File a First Amended Short Form Complaint, and having considered the motion, the Court concludes that said motion [Filing No. 23055] is GRANTED.

IT IS THEREFORE ORDERED that Hope Ducote, as surviving spouse to the Estate of Kenneth Ducote, is hereby substituted as Party Plaintiff for Kenneth Ducote in this action, and that Plaintiff's Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 12/1/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.