AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

IN RE: COOK MEDICAL, INC.
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION
This Document Relates to:

)
)
)
)
)
)

Case No.  1:22-cv-6926-RLY-TAB

MDL No. 2570

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pamela Wyckoff                              .

Date:  12/02/2022

/s/ Rhett A. McSweeney
*Attorney's signature*

Rhett A. McSweeney MN Bar No. 269542
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

ram@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*