AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| DENISE HASKINS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) This document relates to case no. 1:22-cv-06931-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Denise Haskins                                                                                      .

Date:  12/05/2022                                   /s/Jessica Glitz
                                                              *Attorney's signature*

                                                    Jessica Glitz TX Bar No. 24076095
                                                         *Printed name and bar number*

                                                    Johnson Law Group
                                                    2925 Richmond Ave, Suite 1700
                                                    Houston, TX 77098
                                                              *Address*

                                                    IVC@johnsonlawgroup.com
                                                          *E-mail address*

                                                    (713) 626-9336
                                                        *Telephone number*

                                                    (713) 626-3394
                                                         *FAX number*

Print     Save As...                                                                     Reset