# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   MARNIE D. ADAMSKI

Civil Case #  1:17-cv-00076-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and Parties of the death of Plaintiff Marnie D. Adamski, which occurred on November 25, 2018.  *See* copy of Certificate of Death attached hereto as Exhibit A. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff within 90 days of service of this suggestion of death as Plaintiff's claim is not extinguished by her death.

Dated:  December 5, 2022

                                                    Respectfully submitted,

                                                    By:   */s/ Rand P. Nolen*
                                                         Rand P. Nolen (Pro Hac Vice)
                                                        **FLEMING, NOLEN & JEZ, L.L.P.**
                                                         2800 Post Oak Blvd., Suite 4000
                                                         Houston, Texas 77056-3109
                                                         Telephone:  (713) 621-7944
                                                         Facsimile:  (713) 621-9638
                                                         Email:  rand_nolen@fleming-law.com

                                                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                  */s/ Rand P. Nolen*
                                                  Rand P. Nolen