# EXHIBIT

# A

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| STATE FILE NUMBER | 2018 0094825 |
| MEDICAL EXAMINER'S CASE NUMBER | ME2018-05589 |
| DATE ISSUED | 11/28/2018 |
| DECEDENT'S LEGAL NAME | MARNIE DOLORES ADAMSKI |
| SEX | FEMALE |
| DATE OF DEATH | NOVEMBER 25, 2018 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 48 YEARS |
| DATE OF BIRTH | 1970 |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | MELROSE PARK, IL |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | YES |
| APT. NO | |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60656 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | WARREN ADAMSKI |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | GERALDINE STRAMAGLIO |
| INFORMANT'S NAME | GERALDINE ADAMSKI |
| RELATIONSHIP | MOTHER |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | ACACIA PARK CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | CHICAGO, IL |
| DATE OF DISPOSITION | NOVEMBER 30, 2018 |
| FUNERAL HOME | CUMBERLAND CHAPELS, 8300 W LAWRENCE AVE, NORRIDGE, IL, 60706 |
| FUNERAL DIRECTOR'S NAME | ROBERT C SNIDER |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015105 |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | NOVEMBER 27, 2018 |

**CAUSE OF DEATH**

PART I
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): INTRACEREBRAL HEMORRHAGE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
HEPATIC CIRRHOSIS

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | YES |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | YES |
| FEMALE PREGNANCY STATUS | UNKNOWN |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | |
| DATE LAST SEEN ALIVE | |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | |
| DATE PRONOUNCED | NOVEMBER 25, 2018 |
| TIME OF DEATH | 06:10 PM |
| CERTIFIER | MEDICAL EXAMINER/CORONER |
| DATE CERTIFIED | NOVEMBER 27, 2018 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PONNI ARUNKUMAR MD, 2121 W HARRISON ST, CHICAGO, IL, 60612 |
| PHYSICIAN'S LICENSE NUMBER | 0579160 |





This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

David Orr
Cook County Clerk

THE WORD VOID APPEARS WHEN PHOTOCOPIED

NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE