# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   MARNIE D. ADAMSKI

Civil Case #   1:17-cv-00076-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Marnie D. Adamski, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Marnie D. Adamski with Geraldine Adamski as Plaintiff and Personal Representative of the Estate of Marnie D. Adamski, and in support states as follows:

1. Plaintiff Marnie D. Adamski filed the present action in the United States District Court for the Southern District of Indiana on January 10, 2017.

2. Plaintiff Marnie D. Adamski passed away on or about November 25, 2018. A Notice of Suggestion of Death was filed with the Court on December 5, 2022. *See* Doc. No. [23153].

3. Geraldine Adamski, mother of Marnie D. Adamski, is a proper party plaintiff to substitute for Plaintiff-decedent Marnie D. Adamski and has proper capacity as Marnie D. Adamski's only surviving heir to proceed with the products liability lawsuit pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, stating that "if a party dies and the claim is not extinguished, the Court may order substitution of the proper party.

A motion for substitution may be made by the party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Geraldine Adamski as the proper party plaintiff in this action.

Dated:  December 5, 2022

                                          Respectfully submitted,

                                          By:    */s/ Rand P. Nolen*
                                                Rand P. Nolen (Pro Hac Vice)
                                                **FLEMING, NOLEN & JEZ, L.L.P.**
                                                2800 Post Oak Blvd., Suite 4000
                                                Houston, Texas 77056-3109
                                                Telephone:  (713) 621-7944
                                                Facsimile:   (713) 621-9638
                                                Email:  rand_nolen@fleming-law.com

                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

                                                       */s/ Rand P. Nolen*
                                                Rand P. Nolen