**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
      MARY JEAN T. CAMPBELL

Civil Case #    1:16-cv-01939-RLY-TAB

---

**NOTICE OF SUGGESTION OF DEATH**

---

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and Parties of the death of Plaintiff Mary T. Jean Campbell, which occurred on April 30, 2021.  *See* copy of Certificate of Death attached hereto as Exhibit A.  In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff within 90 days of service of this suggestion of death as Plaintiff's claim is not extinguished by her death.

Dated:  December 5, 2022

Respectfully submitted,

By:    */s/ Rand P. Nolen*
      Rand P. Nolen (Pro Hac Vice)
      **FLEMING, NOLEN & JEZ, L.L.P.**
      2800 Post Oak Blvd., Suite 4000
      Houston, Texas 77056-3109
      Telephone:  (713) 621-7944
      Facsimile:   (713) 621-9638
      Email:  rand_nolen@fleming-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

_/s/ Rand P. Nolen_
Rand P. Nolen