# EXHIBIT

# A

H105.H05 REV (2/21)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH
### WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



P 28245900
Certification Number

This is to certify that the information here given [is] correctly copied from an original Certificate of D[eath] duly filed with me as Local Registrar. The orig[inal] certificate will be forwarded to the State V[ital] Records Office for permanent filing.

Local Registrar — 5/5/[16]
Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA · DEPARTMENT OF HEALTH · VITAL RECORDS**
**CERTIFICATE OF DEATH**   State File Number: 351989-2021

1. Decedent's Legal Name: **Mary Jean T. Campbell**
2. Sex: Female
4. Date of Death: April 30, 2021
5a. Age: 76
6. Date of Birth: 1944
7a. Birthplace: Baltimore, Maryland
7b. Birthplace (County): Baltimore (city)
8a. Residence (State): Pennsylvania
8b. Residence (County): Chester
8c. Did Decedent live in a Township: Yes, East Vincent Township
8e. Residence (Street): 12 Lake Drive
8f. Zip Code: 19475
9. Ever in US Armed Forces: No
10. Marital Status: Widowed
12. Father's Name: Walter Leshinskia
13. Mother's Name Prior to First Marriage: Mary Rita Schindler
14a. Informant's Name: Steven Stefanowicz
14b. Relationship to Decedent: Son
12a. Place of Death: Nursing Home/Long-Term Care Facility
15a. Facility Name: The Community at Rockhill
15b. City: Sellersville, Pennsylvania 18960
15c. County of Death: Bucks
16a. Method of Disposition: Burial
16b. Date of Disposition: May 07, 2021
16c. Place of Disposition: Trinity Cemetery of Telford
16d. Location of Disposition: Telford, Pennsylvania
17a. Signature of Funeral Service Licensee: Mark P. Dougherty (Electronically Signed)
17b. License Number: FD014336L
17c. Funeral Facility: Williams-Bergey-Koffel Funeral Home Inc, 667 Harleysville Pike Telford, Pennsylvania 18969
18. Decedent's Education: Associate degree (e.g. AA, AS)
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Single Race Self-Designation: White
22a. Decedent's Usual Occupation: Mobile Caretaker
22b. Kind of Business/Industry: Healthcare
23a. Date Pronounced Dead: April 30, 2021
23b. Signature of Person Pronouncing Death: Claire Hoey RN
23c. License Number: RN620190
24. Time of Death: 08:57
25. Was Medical Examiner or Coroner Contacted: No

**CAUSE OF DEATH**

26. Part I.
a. IMMEDIATE CAUSE: malnutrition — Onset to Death: 0900
b. cholecystitis — 0900
c.
d.

26. Part II. Other significant conditions: CVA

27. Was an autopsy performed: No
28. Were autopsy findings available to complete cause of death: No

30. Did Tobacco Use Contribute to Death: No
31. Manner of Death: Natural

39a. Certifier: Certifying only
Signature of Certifier: Kelly Peszko (Electronically Signed)
Title of Certifier: CRNP
License Number: SP015606
39b. Name, Address: Kelly Peszko, 3250 State Road Sellersville, Pennsylvania 18960
39c. Date Signed: April 30, 2021
40. Registrar's District Number: 46-424
41. Registrar's Signature: Sally Huber (Electronically Signed)
42. Registrar File Date: May 05, 2021

Disposition Permit No. E361075

H105-143 REV 11/2017-E