# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
   __MARY JEAN T. CAMPBELL__

Civil Case #__1:16-cv-01939-RLY-TAB__

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Mary Jean T. Campbell, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Mary Jean T. Campbell with Steven A. Stefanowicz as Plaintiff and Administrator of the Estate of Mary Jean T. Campbell, and in support states as follows:

1. Plaintiff Mary Jean T. Campbell filed the present action in the United States District Court for the Southern District of Indiana on July 22, 2016.

2. Plaintiff Mary Jean T. Campbell passed away on or about April 30, 2021. A Notice of Suggestion of Death was filed with the Court on December 5, 2022. *See* Doc. No. [23155].

3. Steven A. Stefanowicz, son of Mary Jean T. Campbell, is a proper party plaintiff to substitute for Plaintiff-decedent Mary Jean T. Campbell and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of Mary Jean T. Campbell pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, stating that "if a party dies and the claim is not extinguished, the Court may order

substitution of the proper party. A motion for substitution may be made by the party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute Steven A. Stefanowicz as the proper party plaintiff in this action.

Dated: December 5, 2022

Respectfully submitted,

By: */s/ Rand P. Nolen*
Rand P. Nolen (Pro Hac Vice)
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: rand_nolen@fleming-law.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

*/s/ Rand P. Nolen*
Rand P. Nolen