UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local R. 83-7(b), Thomas P. Cartmell, Andrew N. Faes, and the law firm of Wagstaff & Cartmell, LLP, counsel of record for Plaintiff, Whitney Tucker, respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the following grounds:

1. Whiney Tucker has informed her attorney Andrew N. Faes that she no longer wishes to be represented by the firm of Wagstaff & Cartmell, LLP or its attorneys in these proceedings.

2. Whitney Tucker has been notified, in writing, by her counsel of their intention to withdraw as her attorneys in this action per her instructions.

3. Whitney Tucker's last known address is 103 NW Golfview Drive, Blue Springs, MO 64014 and telephone number is: (316) 650-3631.

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Wagstaff & Cartmell, LLP has sent this Motion to Withdraw by certified mail,

1

return receipt requested, and first-class mail, to Whitney Tucker's last known address, thereby informing her of this Motion to Withdraw. A copy of the correspondence is attached hereto as Exhibit A.

Dated: December 9, 2022.                    Respectfully submitted,

                                                  **WAGSTAFF & CARTMELL LLP**

                                                By    /s/ Andrew N. Faes
                                                       Andrew N. Faes
                                                       Thomas P. Cartmell
                                                       Wagstaff & Cartmell LLP
                                                       4740 Grand Ave., Suite 300
                                                       Kansas City, MO 64112
                                                       Phone: (816) 701-1100
                                                       afaes@wcllp.com
                                                       tcartmell@wcllp.com

                                                    ***Attorneys for Plaintiff Whitney Tucker***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  /s/ Andrew N. Faes