# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

To:   Whitney Tucker
      103 NW Golfview Drive
      Blue Springs, MO 64014
      **Sent Via First Class Mail and Certified Mail, Return Receipt Requested**

YOU ARE HEREBY NOTIFIED that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record, before the Honorable Richard L. Young at 46 E. Ohio St., Indianapolis, IN, 46204 at such future date and time as may be determined by the Court.

YOU ARE FURTHER NOTIFIED:

1.   That you may appear in court, if you so desire;

2.   That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3.   That if you do not obtain an attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit or default judgment may be

1

rendered against you; and

    4.    That no trial dates are currently set in this case.

Dated: December 2, 2022.        Respectfully submitted,

**WAGSTAFF & CARTMELL LLP**

By    /s/ Andrew N. Faes
        Andrew N. Faes
        Thomas P. Cartmell
        Wagstaff & Cartmell LLP
        4740 Grand Ave., Suite 300
        Kansas City, MO 64112
        Phone: (816) 701-1100
        afaes@wcllp.com
        tcartmell@wcllp.com

*Attorneys for Plaintiff Whitney Tucker*