# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court upon Plaintiff's Motion to Withdraw as Counsel of Record. Upon consideration and for good cause, the motion to withdraw is granted. Thomas P. Cartmell, Andrew N. Faes, and Wagstaff & Cartmell, LLP are withdrawn as counsel of record for the Plaintiff. The movant shall serve a copy of this Order upon Plaintiff Whitney Tucker.

Upon termination of counsel from the docket, the Clerk shall list the Plaintiff as *pro se* with the following contact information: 103 NW Golfview Drive, Blue Springs, MO 64014.

Plaintiff Whitney Tucker is granted 60 days from the date of this order to either secure counsel or proceed *pro se* in this litigation. Should Plaintiff fail to make an appearance in this case in that time frame, the Court may dismiss this action.

IT IS ORDERED this _____ day of _____, 2022.

_____
HONORABLE RICHARD L. YOUNG