AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana ▼

Indianapolis Division

| | | |
|---|---|---|
| Stephanie Koonce-Hilliard | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1: 14-ml-02570 RLY-TAB |
| Cook Incorporated et. al | ) | This Document relates to 1:22-cv-6933 RLY-TAB |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephanie Koonce-Hilliard                                                                                   .

Date:  _12/12/2022_____                              *Terence Sweeney*
                                                                    _____
                                                                    *Attorney's signature*

Terence J. Sweeney (NJ 036731987)
Terence J. Sweeney  036731987 NJ
_____
*Printed name and bar number*

44 Fairmount Avenue
Suite One
Chatham, NJ  07928
44 Fairmount Avenue, Suite One, Chatham, NJ 07928
_____
*Address*

Sweeneylawfirm@optonline.net
Sweeneylawfirm@optonline.net
_____
*E-mail address*

(973) 665-0400(973) 665-0400
_____
*Telephone number*

(973) 665-0400(973) 665-0401
_____
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2022, I  filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF registrants registered to receive service in this MDL.

By:    s/    Terence J. Sweeney

Terence J. Sweeney (5914)
44 Fairmount Avenue
Suite One
Chatham, New Jersey 07928
Telephone  (973) 665-0400
Facsimile  (973) 665-0401
Attorneys for the plaintiff