IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Stephanie Koonce-Hilliard

Civil Case # 1:22-cv-6933

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Stephanie Koonce Hilliard

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New Jersey

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

   New Jersey

7. District Court and Division in which venue would be proper absent direct filing:

   Federal District Court of New Jersey-Newark

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

   ☐ Günther Tulip® Vena Cava Filter

   ☒ Cook Celect® Vena Cava Filter

   ☐ Gunther Tulip Mreye

   ☐ Cook Celect Platinum

   ☐ Other: _____

11. Date of Implantation as to each product:

   June 7, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

   St. Barnabas Medical Center, Livingston, NJ

13. Implanting Physician(s):

   Michael Addis, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I: Strict Products Liability – Failure to Warn

   ☒ Count II: Strict Products Liability – Design Defect

   ☒ Count III: Negligence

   ☒ Count IV: Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable __New Jersey__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: <u>Fraudulant Concealment</u> (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

_____

_____

_____

15. Attorney for Plaintiff(s):

    Terence J. Sweeney, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

44 Fairmount Avenue, Suite One
Chatham, NJ  07928
NJ Bar No.:  036731987

4

RESPECTFULLY SUBMITTED this 12th day of December, 2022.

    /s/ Terence J. Sweeney

Terence J. Sweeney, Esq. (NJ Bar No.: 036731987)
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue, Suite One
Chatham, New Jersey  07928
Telephone: (973) 665-0400
Facsimile: (973) 665-0401
Sweeneylawfirm@optonline.net

Attorney for the Plaintiff Stephanie Koonce-Hilliard

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of December, 2022, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to CM/ECF registrants registered to receive service in this MDL.

      By:   s/   Terence J. Sweeney
               Terence J. Sweeney, Esq.
               44 Fairmount Avenue
               Suite One
               Chatham, New Jersey 07928
               Telephone  (973) 665-0400
               Facsimile   (973) 665-0401
               Attorneys for the plaintiff