UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Third Motion to Authorize Payment to Escrow Agent

Pursuant to Section IV(A) of the Court's *Order Amending "Rules, Policies, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund* [Filing No. 14361, at ECF p. 100963], the Plaintiffs' Steering Committee respectfully moves the Court for an Order authorizing payment from the Common Benefit Fund to BGBC Partners, LLP. In support, the PSC states the following:

1. The Common Benefit Order states upon approval of the Court, "the CPA's bills shall be paid from the Cook IVC Filters Expense Fund and shall be considered a shared cost." [Filing No. 14361, and ECF p. 100963.]

2. BGBC has submitted the following invoices for payment (all of which are attached to this motion as Exhibit A), which the PSC respectfully suggests should be paid:

| Invoice No. | Date | Amount |
|---|---|---|
| **254845** | 03/25/2022 | $2,193.00 |
| **257845** | 07/28/2022 | $869.00 |
| **259993** | 12/07/2022 | $1,263.00 |
| | | **Total**<br><br>**$4,325.00** |

**Wherefore,** Plaintiffs' Steering Committee respectfully requests the Court to enter an Order allowing $4,325.00 to be paid from the Cook IVC Filters Expense Fund to BGBC Partners, LLP, for administering the Fund.

Respectfully Submitted,

WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
1101 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: joe@williamspiatt.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on December 14, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams