

**CPAs & ADVISORS**

300 N. Meridian Street
1100
Indianapolis, IN 46204

Cook MDL 2570 PSC Funds
3141 Hood Street
Ste 600
Dallas, TX 75219

Date: 3/25/2022
Invoice #: 254845
Client ID: 90277

For professional services rendered through March 15, 2022 including fund bookkeeping, Form 1099 preparation, and completion of for 1120-SF income tax return.

*S. Pollom and associates (14.0 hours).*

Total Due: $2,193.00

EXHIBIT
A



300 N. Meridian Street
1100
Indianapolis, IN 46204

| Cook MDL 2570 PSC Funds | Date: | 7/28/2022 |
| Ben Martin c/o Martin Baughman PLLC | Invoice #: | 257845 |
| 3141 Hood Street | Client ID: | 90277 |
| Ste 600 | | |
| Dallas, TX 75219 | | |

For professional services rendered from April 5, 2022 through July 28, 2022, including bookkeeping and estimated tax payments for settlement fund.

*(S. Pollom and associates - 5.75 hours)*

Total Due:   $869.00



135 N. Pennsylvania Street
Suite 2600
Indianapolis, IN 46204

| | |
|---|---|
| **Cook MDL 2570 PSC Funds** | Date: 12/7/2022 |
| Ben Martin c/o Martin Baughman PLLC | Invoice #: 259993 |
| 3141 Hood Street | Client ID: 90277 |
| Ste 600 | |
| Dallas, TX 75219 | |

For professional services rendered from August 1, 2022 through December 6, 2022, including bookkeeping and estimated tax payments, plus administrative services, for settlement fund.

S. Pollom and associates. - 9.0 hours.

Total Due: $1,263.00



**EFFECTIVE DECEMBER 1, 2022**
Our new location will be in the BMO Plaza.
135 N. Pennsylvania St., Suite 2600  Indianapolis, IN 46204.

PLEASE UPDATE YOUR RECORDS.