IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION      MDL No. 2570

---

This Document Relates to:

This Document Relates to:
All Plaintiffs identified in Exhibit A attached

---

## ORDER

This matter is before the Court on several motions filed by the Plaintiffs.  The Plaintiffs

filed a motion to withdraw appearance of William H. Barfield and substitute Scott Fraser for all

Plaintiffs listed in the attached Exhibit A.  [Filing No. 22802.]  This filing is in error because it

was submitted under Fraser's user account but Fraser did not appear in the signature block.

Pursuant to Local Rule 5-7, the filing attorney's name must appear in the signature block on all

electronically filed documents.  Court staff orally instructed Plaintiffs' counsel to withdraw

Filing No. 22802.  The Plaintiffs instead filed a notice [motion] to withdraw William H. Barfield

as counsel for Plaintiffs and substitute Scott Fraser and Don Worley as counsel for Plaintiffs.

[Filing No. 22857.]   This filing is in error because Worley did not appear in the signature block.

As noted above, pursuant to Local Rule 5-7, the filing attorney's name must appear in the

signature block on all electronically filed documents.  Court staff orally instructed Plaintiffs'

counsel to withdraw both motions. [Filing Nos. 22802 and 22857.]  Although Plaintiffs filed a

motion to withdraw Filing Nos. 22802 and 22857, Plaintiffs filed this motion in only three cases

instead of in all of the cases listed in Exhibit A attached.  Plaintiffs' counsel then filed  another motion to withdrawal counsel William H.Barfield and substitute with counsel Scott Fraser in all cases listed in Exhibit A attached.  [Docket No. 23058.]  The Court GRANTS this motion. Counsel are instructed to more carefully review this Court's local rules and follow these rules in future filings, so as to avoid the needless expenditure of time and resources necessitated by Plaintiffs' erroneous filings.

IT IS THEREFORE ORDERED that Scott Fraser shall be substituted for William H. Barfield in all of the cases listed in Exhibit A attached.  William H. Barfield is withdrawn as counsel of record in these actions and removed from all electronic filings.

IT IS FURTHER ORDERED that Filing No. 23056 withdrawing Filing Nos. 22802 and 22857 is GRANTED and the Clerk shall show Filing Nos. 22802 and 22857 as withdrawn.

Date: 12/14/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

## EXHIBIT A

| | | |
|---|---|---|
| 1:18-cv-03769-RLY-TAB | ANDERSON v. COOK INCORPORATED et al. | filed 11/30/18 |
| 1:18-cv-03771-RLY-TAB | CLARK v. COOK INCORPORATED et al. | filed 11/30/18 |
| 1:18-cv-03773-RLY-TAB | HARMON v. COOK INCORPORATED et al | filed 11/30/18 |
| 1:18-cv-03783-RLY-TAB | HERBERHOLZ v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03787-RLY-TAB | JOHNSON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03790-RLY-TAB | KNIGHT v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03793-RLY-TAB | MELTON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03796-RLY-TAB | NEWAY v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03797-RLY-TAB | ROSS v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-03798-RLY-TAB | SIMON v. COOK INCORPORATED et al | filed 12/03/18 |
| 1:18-cv-04020-RLY-TAB | BROUGHTON v. COOK INCORPORATED et al | filed 12/20/18 |
| 1:18-cv-04025-RLY-TAB | FRYTAG v. COOK MEDICAL, LLC et al. | filed 12/21/18 |
| 1:19-cv-01374-RLY-TAB | LAURA v. COOK MEDICAL LLC et al. | filed 04/04/19 |
| 1:19-cv-01382-RLY-TAB | GOSS v. COOK INCORPORATED et al. | filed 04/04/19 |
| 1:19-cv-01384-RLY-TAB | HARRINGTON v. COOK INCORPORATED et al | filed 04/05/19 |
| 1:19-cv-01493-RLY-TAB | COWLEY v. COOK INCORPORATED, et al. | filed 04/15/19 |
| 1:19-cv-01565-RLY-TAB | WICKLUND v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01566-RLY-TAB | LONG v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01567-RLY-TAB | RICH v. COOK MEDICAL INC, et al | filed 04/18/19 |
| 1:19-cv-01693-RLY-TAB | DAVIS v. COOK INCORPORATED et al | filed 04/26/19 |
| 1:19-cv-03395-RLY-TAB | FLOOR v. COOK INCORPORATED et al | filed 08/09/19 |
| 1:19-cv-03557-RLY-TAB | HAINES v. COOK INCORPORATED et al | filed 08/21/19 |
| 1:19-cv-03914-RLY-TAB | GOZA v. COOK INCORPORATED, et al. | filed 09/13/19 |
| 1:19-cv-03916-RLY-TAB | GONZALEZ v. COOK MEDICAL INC, et al | filed 09/13/19 |
| 1:19-cv-04660-RLY-TAB | BOEA v. COOK INCORPORATED et al | filed 11/22/19 |

| | | |
|---|---|---|
| 1:19-cv-04661-RLY-TAB | TACKETT v. COOK INCORPORATED et al | filed 11/22/19 |
| 1:19-cv-04705-RLY-TAB | BRANDLI-HEUSBOURG v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04706-RLY-TAB | COCHRAN v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04707-RLY-TAB | KRAFT v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04708-RLY-TAB | MCKAY v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:19-cv-04709-RLY-TAB | JACKSON v. COOK MEDICAL LLC et al | filed 11/26/19 |
| 1:20-cv-00491-RLY-TAB | HALL v. COOK INCORPORATED et al. | filed 02/12/20 |
| 1:20-cv-00660-RLY-TAB | SCOTTO v. COOK INCORPORATED et al | filed 02/27/20 |
| 1:20-cv-00661-RLY-TAB | AXCELL v. COOK MEDICAL INC, et al | filed 02/27/20 |
| 1:20-cv-00738-RLY-TAB | PLUMMER v. COOK INCORPORATED et al | filed 03/06/20 |
| 1:20-cv-01346-RLY-TAB | WILLIAMS v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01347-RLY-TAB | BOYLES v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01348-RLY-TAB | CASHMORE v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01350-RLY-TAB | GRIMES v. COOK INCORPORATED et al | filed 05/08/20 |
| 1:20-cv-01377-RLY-TAB | GRUBE v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01378-RLY-TAB | HUMPHREY v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01379-RLY-TAB | JOHNSON v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01380-RLY-TAB | MALEY v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01382-RLY-TAB | MEAGHER v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01383-RLY-TAB | MICOLUCCI v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01384-RLY-TAB | MILLER v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01385-RLY-TAB | MILNICK v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01386-RLY-TAB | ORR v. COOK INCORPORATED et al | filed 05/13/20 |
| 1:20-cv-01389-RLY-TAB | ROBERSON v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01390-RLY-TAB | SELF v. COOK INCORPORATED et al | filed 05/14/20 |

| | | |
|---|---|---|
| 1:20-cv-01391-RLY-TAB | TABB v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01392-RLY-TAB | UNDIEME v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01393-RLY-TAB | VINCENT v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01394-RLY-TAB | CARREON v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01395-RLY-TAB | PINI v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01396-RLY-TAB | CHAVES v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01397-RLY-TAB | BURDICK v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01398-RLY-TAB | PARKER v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01399-RLY-TAB | STORY v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01400-RLY-TAB | VANGESSEL v. COOK INCORPORATED et al | filed 05/14/20 |
| 1:20-cv-01516-RLY-TAB | AYERS v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01517-RLY-TAB | FELDMAN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01522-RLY-TAB | FITHEN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01523-RLY-TAB | GRAHAM v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01524-RLY-TAB | HARTLEY v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01527-RLY-TAB | LAFLEUR v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01530-RLY-TAB | LUTZKANIN v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01536-RLY-TAB | METCALF v. COOK MEDICAL LLC et al | filed 05/28/20 |
| 1:20-cv-01813-RLY-TAB | VARHOL-KING v. COOK INCORPORATED et al | filed 07/07/20 |
| 1:20-cv-01814-RLY-TAB | ROBINSON v. COOK INCORPORATED et al | filed 07/07/20 |
| 1:20-cv-01851-RLY-TAB | JAMES v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01853-RLY-TAB | VALENTINE v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01854-RLY-TAB | YOUNG v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01857-RLY-TAB | SPRAGUE v. COOK INCORPORATED et al | filed 07/10/20 |
| 1:20-cv-01860-RLY-TAB | GRAY v. COOK INCORPORATED et al | filed 07/10/20 |

| | | |
|---|---|---|
| 1:21-cv-00579-RLY-TAB | LEDGER v. COOK INCORPORATED et al | filed 03/10/21 |
| 1:21-cv-00590-RLY-TAB | GILLESPIE v. COOK MEDICAL LLC et al | filed 03/11/21 |
| 1:21-cv-00703-RLY-TAB | GARCIA v. COOK MEDICAL LLC et al ` | filed 03/23/21 |
| 1:21-cv-00704-RLY-TAB | ROUSE v. COOK MEDICAL LLC et al | filed 03/23/21 |
| 1:21-cv-00978-RLY-TAB | AXTON v. COOK MEDICAL, INC. et al | filed 04/21/21 |
| 1:21-cv-00984-RLY-TAB | CHAVES v. COOK INCORPORATED et al | filed 04/21/21 |
| 1:21-cv-00999-RLY-TAB | GRAHAM v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01004-RLY-TAB | DAWES v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01007-RLY-TAB | STANDLEY v. COOK INCORPORATED et al | filed 04/23/21 |
| 1:21-cv-01031-RLY-TAB | HADLEY v. COOK INCORPORATED et al | filed 04/26/21 |
| 1:21-cv-01032-RLY-TAB | WHITE v. COOK INCORPORATED et al | filed 04/26/21 |
| 1:21-cv-01062-RLY-TAB | KYTTLE v. COOK INCORPORATED et al | filed 04/28/21 |
| 1:22-cv-00060-RLY-TAB | LEE V. COOK INCORPORATED, et al. | filed 01/11/22 |
| 1:22-cv-00067-RLY-TAB | NICHOLAS v. COOK INCORPORATED, et al. | filed 01/12/22 |
| 1:22-cv-00148-RLY-TAB | FAIRRINGER v. COOK INCORPORATED et al. | filed 01/19/22 |
| 1:22-cv-00171-RLY-TAB | HILL v. COOK INCORPORATED, et al. | filed 01/21/22 |
| 1:22-cv-00182-RLY-TAB | TATUM v. COOK INCORPORATED et al | filed 01/25/22 |
| 1:22-cv-00259-RLY-TAB | SALINAS v. COOK INCORPORATED, et al. | filed 02/03/22 |
| 1:22-cv-00273-RLY-TAB | SMITH v. COOK INCORPORATED et al | filed 02/07/22 |
| 1:22-cv-00277-RLY-TAB | GRIFFIN v. COOK INCORPORATED et al | filed 02/07/22 |
| 1:22-cv-00279-RLY-TAB | AUGUSTIN v. COOK INCORPORATED et al | filed 02/08/22 |
| 1:22-cv-00281-RLY-TAB | BELDIN v. COOK INCORPORATED et al | filed 02/08/22 |
| 1:22-cv-00287-RLY-TAB | CRONLEY v. COOK INCORPORATED et al | filed 02/09/22 |
| 1:22-cv-00289-RLY-TAB | WILLIAMS v. COOK INCORPORATED et at | filed 02/09/22 |
| 1:22-cv-00292-RLY-TAB | JARAMILLO v. COOK INCORPORATED et al | filed 02/09/22 |

| | | |
|---|---|---|
| 1:22-cv-00508-RLY-TAB | STILL v. COOK INCORPORATED et al | filed 03/16/22 |
| 1:22-cv-00519-RLY-TAB | WALTON v. COOK INCORPORATED et al | filed 03/17/22 |
| 1:22-cv-00526-RLY-TAB | CHAPMAN v. COOK INCORPORATED et al | filed 03/18/22 |