UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC ) <br> FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> Jeanette Mathis, 1:22-cv-01423 ) <br> _____ ) | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

## ORDER TO CLOSE CASE

The parties' filed a Stipulation of Dismissal in this case on November 29, 2022

(Filing No. 23119).  The Stipulation is **APPROVED**, and the clerk is **DIRECTED** to

close the member case.  *Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078

(7th Cir. 1987).  The Cook Defendants' Motion for Judgment in Plaintiff's Case (Filing

No. 22629) is **DENIED AS MOOT**.

**SO ORDERED** this 15th day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.