UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions. _____ | ) ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S THIRD MOTION TO AUTHORIZE PAYMENT TO ESCROW AGENT

This matter comes before the Court on Plaintiffs' Steering Committee's Third Motion to Authorize Payment to Escrow Agent. The court, being duly advised, hereby **GRANTS** said motion (Filing No. 23170).

**IT IS THEREFORE ORDERED** that $4,325.00 is to be paid from the Cook IVC Filters Expense Fund to BGBC Partners, LLP, for administrating the Fund.

**SO ORDERED** this 15th day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.