UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Sylvester Johnson, 1:17-cv-01054 _____ | ) ) ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB MDL No. 2570 |

### ORDER DISMISSING CASE

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 on July 6, 2022. Because Plaintiff had not responded, the court ordered him to show cause why his case should not be dismissed for failure to prosecute by November 30, 2022. Plaintiff failed to respond. Therefore, Plaintiff's case is **DISMISSED WITH PREJUDICE** for failure to prosecute. The Cook Defendants' Motion for Judgment (Filing No. 22296) is **DENIED AS MOOT**. Judgment consistent with this Order shall issue.

**SO ORDERED** this 15th day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record