UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |
| This Document Relates to: <br><br> Shiquita Houff, 1:17-cv-04073 | ) ) ) ) ) |

**ORDER DISMISSING CASE**

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 on February 17, 2022. Because Plaintiff had not responded, the court ordered her to show cause why her case should not be dismissed for failure to prosecute by November 15, 2022. Plaintiff failed to respond. Therefore, Plaintiff's case is **DISMISSED WITH PREJUDICE** for failure to prosecute. The Cook Defendants' Motion for Judgment (Filing No. 21157) is **DENIED AS MOOT**. Judgment consistent with this Order shall issue.

**SO ORDERED** this 15th day of December, 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1