IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

CLARA ROMERO and ALVARO ROMERO

Civil Case #1:18-cv-1571

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Clara Romero.

Respectfully submitted December 16, 2022.

    GOMEZ TRIAL ATTORNEYS
    */s/ Jessica S. Williams*
    John H. Gomez (CA Bar # 171485)
    Jessica S. Williams (CA Bar # 314762)
    655 West Broadway, Suite 1700
    San Diego, California 92101
    Telephone: (619) 237-3490
    Facsimile: (619) 237-3496
    *john@thegomezfirm.com*
    *jwilliams@thegomezfirm.com*

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: December 16, 2022

                                                    */s/ Jessica S. Williams*
                                                    Jessica S. Williams