IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

**COOK DEFENDANTS' RESPONSE TO MOTION
TO WITHDRAW AS COUNSEL OF RECORD**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively "Cook" or "the Cook Defendants") submit this response to the Motion by the attorneys for Plaintiff Whitney Tucker to withdraw as counsel of record. The Motion omits several critical facts, and any relief granted with respect to the motion should be come with several conditions.

Most critically, the Motion fails to mention that Plaintiff Whitney's case has been designated by Judge Young for a bellwether trial. *See* Dkt. 15886; Dkt. 15886-1 at 14. Although the Motion is technically accurate in stating that "No trial dates are currently set in this case," Dkt. 23165 at 1, the moving attorneys are well aware that Judge Young plans a 2023 trial in Plaintiff Whitney's case.

The status of this case as a bellwether complicates the issue of the requested withdrawal. The moving law firm simply proposes to withdraw as counsel of record; they do not suggest that

1

any other attorneys will assume Plaintiff Whitney's representation. Yet Plaintiff Whitney obviously cannot represent herself in a bellwether trial; allowing her to proceed *pro se* would undercut many of the goals of the bellwether process, including allowing attorneys on both sides to test the merits of their arguments in a balanced adversarial setting. The Motion neither acknowledged this issue nor suggests how the Court might address it.

Moreover, the timing of this proposed withdrawal is at best troubling. Plaintiff Whitney's action has been on the list of possible bellwether trials since Cook's submission in October 2020 and was formally selected for a bellwether trial on February 18, 2021. Dkt. 15886; Dkt. 15886-1 at 14. Yet it was only when Cook began in earnest to pursue discovery in the case—including multiple deposition notices of Plaintiff herself, each one postponed—that issues concerning Plaintiff's representation apparently arose. As the Court will recall, a similar sequence of events occurred in *Wilson*, the last aborted bellwether trial (*see* Dkt. 20373), where Cook invested substantially in discovery efforts before the case was eventually dismissed and Cook was awarded the costs it unnecessarily incurred in discovery, Dkt. 22391 at 2.

Finally, the Motion offers only the law firm's word concerning Plaintiff's desires and intentions concerning her attorneys. Although the moving attorneys are clearly in communication with Plaintiff, the motion is unaccompanied by any declaration by either Plaintiff or any of her attorneys concerning her "wishes" about representation. At the very least, the Court should seek clarification and certainty about what Plaintiff Whitney actually wants, perhaps through a conference call with the Court.

Based on these concerns, if the Court is inclined to grant the motion to withdraw, Cook asks that the Court's order include the following conditions:

1. Plaintiff Whitney be given 14 days to either obtain new counsel or voluntarily dismiss her action;

2. If Plaintiff Whitney obtains new counsel, her case will remain as a bellwether trial in 2023;

3. If Plaintiff Whitney elects to dismiss her claim, Cook will be entitled to recover from her and her attorneys the costs and fees it incurred in conducting discovery in her case.

Respectfully submitted,

Dated: December 20, 2022

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2022, a copy of the foregoing Cook Defendants' Memorandum in Support of Motion For Partial Summary Judgment on Punitive Damages Claim was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/   Andrea Roberts Pierson