IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Amy Bishop

Civil Case # 1:22-cv-06947-RLY-TAB

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Amy Bishop.

Dated:  December 20, 2022.                              Respectfully submitted,

                                                          */s/ Ben C. Martin*
                                                          Ben C. Martin, TX Bar No. 13052400
                                                          **Martin Baughman, PLLC**
                                                          3141 Hood Street, Suite 600
                                                          Dallas, TX 75219
                                                          Tel.:  (214) 761-6614
                                                          Fax:  (214) 744-7590
                                                          bmartin@martinbaughman.com

                                                          ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         */s/ Ben C. Martin*
                                         Ben C. Martin