**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Amy Bishop

Civil Case # 1:22-cv-06947-RLY-TAB

**NOTICE OF APPEARANCE**

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Amy Bishop.

Dated:  December 20, 2022.
                                                                Respectfully submitted,

                                                                */s/ Thomas Wm. Arbon*
                                                                Thomas Wm. Arbon, TX Bar No. 01284275
                                                                **Martin Baughman, PLLC**
                                                                3141 Hood Street, Suite 600
                                                                Dallas, TX 75219
                                                                Tel.:  (214) 761-6614
                                                                Fax:  (214) 744-7590
                                                                tarbon@martinbaughman.com

                                                                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that on December 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                */s/ Thomas Wm. Arbon*
                Thomas Wm. Arbon