# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:21-cv-02766 | 1:22-cv-02314 | 1:22-cv-06915 |
| 1:22-cv-02155 | 1:22-cv-02339 | 1:22-cv-06916 |
| 1:22-cv-02168 | 1:22-cv-02343 | 1:22-cv-06917 |
| 1:22-cv-02197 | 1:22-cv-02348 | 1:22-cv-06918 |
| 1:22-cv-02203 | 1:22-cv-02358 | 1:22-cv-06922 |
| 1:22-cv-02214 | 1:22-cv-02364 | 1:22-cv-06923 |
| 1:22-cv-02221 | 1:22-cv-06797 | 1:22-cv-06926 |
| 1:22-cv-02245 | 1:22-cv-06911 | 1:22-cv-06928 |
| 1:22-cv-02259 | 1:22-cv-06912 | 1:22-cv-06931 |
| 1:22-cv-02263 | 1:22-cv-06913 | 1:22-cv-06934 |
| 1:22-cv-02284 | 1:22-cv-06914 | 1:22-cv-06935 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: December 21, 2022 | /s/ Andrea Roberts Pierson<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson