**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

_____


This Document Relates to Plaintiff:

     ANNIE J. BROWN
     1:19-cv-01585-RLY-TAB

_____

     Considering the parties' Stipulation of Dismissal with Prejudice:

     IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

against the Cook Defendants in this Action are hereby dismissed with prejudice.  Plaintiff's

Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its own costs.


Signed this _____ day of _____, 2022.



                       _____
                       Hon. Judge Richard L. Young
                       United States District Judge
                       Southern District of Indiana