**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

**PLAINTIFF'S MOTION TO STRIKE COOK DEFENDANTS' UNTIMLEY RESPONSE TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Plaintiff Whitney Tucker Moves to Strike Defendants' Response to Plaintiff's Motion to withdraw as counsel of record (Doc. No. 23193). Defendants' response is untimely, and they neither requested additional time to file it nor presented sufficient grounds to justify their belated filing.

On December 9, Plaintiff timely filed its motion to withdraw as counsel of record (Doc. No. 23165) Pursuant to Amended Pretrial Order #18, response to the motion was due "within ten (10) days of the filing of the motion." That deadline was on December 19, 2022. Defendants acknowledged that this was the deadline. *See* Exhibit A, attached hereto. However, Defendants filed the response on December 20, 2022.

Pursuant to Local Rule 7-1, The Court may summarily rule on a motion of an opposing party does not file a response by the deadline. Defendants' failure to file a response within the deadline may be considered consent to the granting of Plaintiff's motion. *Id.*

1

Plaintiff requests that the Court disregard Defendants' belated response and/or deem Defendants' failure to comply with Amended Pretrial Order #18 as consent to granting of Plaintiff's Motion.

In the alternative, Plaintiff intends to submit a Reply to Defendants' Response, and unless directed by the Court otherwise, will file the Reply no later than December 27, 2022.

Dated: December 21, 2022.                    Respectfully submitted,

**WAGSTAFF & CARTMELL LLP**

By     /s/ Andrew N. Faes
       Andrew N. Faes
       Thomas P. Cartmell
       Wagstaff & Cartmell LLP
       4740 Grand Ave., Suite 300
       Kansas City, MO 64112
       Phone: (816) 701-1100
       afaes@wcllp.com
       tcartmell@wcllp.com

*Attorneys for Plaintiff Whitney Tucker*

**CERTIFICATE OF SERVICE**

2

I hereby certify that on December 21, 2022, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrew N. Faes