# EXHIBIT A

# Andrew N. Faes

| | |
|---|---|
| **From:** | McDonald, Kip S.M. <kip.mcdonald@faegredrinker.com> |
| **Sent:** | Monday, December 12, 2022 1:26 PM |
| **To:** | denise_brown@insd.uscourts.gov; Tina Doyle |
| **Cc:** | Cox, Jessica Benson; Andrew N. Faes; Tom P. Cartmell |
| **Subject:** | [EXTERNAL] Cook MDL 2570 - Whitney Tucker Motion |

Denise & Tina,

Plaintiffs' counsel filed a Motion to Withdraw as Counsel of Record in the *Tucker* bellwether matter on Friday. We have copied Ms. Tucker's counsel above. We wanted to make the Court aware that Cook will file a response within the 10-day deadline pursuant to Amended CMO #18 (no later than December 19). Please let us know if you have any questions or concerns.

Best regards,
Kip


**Kip S.M. McDonald**
Partner
kip.mcdonald@faegredrinker.com
Connect: vCard

+1 317 237 1485 direct / +1 812 459 7486 mobile / +1 317 237 1000 fax

**Faegre Drinker Biddle & Reath** LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.