# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

**ORDER GRANTING MOTION TO STRIKE COOK DEFENDANTS' UNTIMLEY RESPONSE TO MOTION TO WITHDRAW AS COUNSEL OF RECORD**

This matter is before the Court upon Plaintiff's Motion to Strike Defendants' Response to Plaintiff's Motion to withdraw as counsel of record (Doc. No. 23193). Upon consideration and for good cause, the Motion to Strike is granted.

IT IS ORDERED this _____ day of _____, 2022.

_____
HONORABLE RICHARD L. YOUNG