UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |
| This Document Relates to:  ) ) ) | |
| Marija and Ljubisa Kuljanin, 1:16-cv-278; Fallon and Randy Mindt, 1:17-cv-1496  ) ) ) | |

**ORDER TO CLOSE CASES**

The Stipulation of Dismissal (Filing No. 23027) filed by Plaintiffs Marija and Ljubisa Kuljanin and Fallon and Randy Mindt on November 8, 2022, is **APPROVED**. The Cook Defendants' Motions for Judgment (Filing Nos. 20617 (Kuljanin); 20624 (Mindt)) are **DENIED AS MOOT**.

The Clerk is directed to close the member cases.

**SO ORDERED** this 22nd day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.