# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JOAN RAUCHUT and THOMAS RAUCHUT

Civil Case # 1:22-cv-06940-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

|  |  |
|---|---|
|  | Respectfully submitted: |
| Date: 1/3/2023 | */s/ Carrie R. Capouellez*<br>Carrie R. Capouellez, Esquire<br>PA Attorney ID: 91578<br>Lopez McHugh, LLP<br>214 Flynn Avenue<br>Moorestown, NJ 08057<br>Telephone: (856) 273-8500<br>Facsimile: (856) 273-8502<br>Email: ccapouellez@lopezmchugh.com<br><br>*Lead Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Carrie R. Capouellez*
Carrie R. Capouellez, Esquire