> APPROVED. Case is dismissed with prejudice.
> Dated: Jan 03, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Amber Miller, 1:19-cv-01596-JRS-MPB

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Amber Miller ("Plaintiff") and hereby provides notice, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases (CMO 28) and Fed. R. Civ. P. 41(a)(2), of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe ApS ("Cook Defendants") in this particular Civil Action No. 1:19-cv-01596-JRS-MPB filed on April 22, 2019. In accordance with CMO 28, each side will bear its own costs and attorney's fees.

Date: June 21, 2022

                                              Respectfully submitted,

                                              **JOHNSON LAW GROUP**

                                              */s/ Basil E. Adham*
                                              Basil E. Adham, (TX Bar No. 24081742)
                                              2925 Richmond Ave, Suite 1700
                                              Houston, TX 77098
                                              Telephone: (713) 626-9336
                                              Facsimile: (713) 583-9460
                                              E-mail: ivc@johnsonlawgroup.com
                                              ***Attorney for Plaintiff***