IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Jan 03, 2023
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff: Sandra Baker

Civil Case No. 1:21-cv-604

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties further agree and stipulate that this dismissal shall have no effect on Plaintiff Sandra Baker's case in this Court, Case No. 1:20-cv-06181.

IT IS SO STIPULATED:

/s/ Lawana S. Wichmann
Lawana S. Wichmann
ONDERLAW, LLC.
110 East Lockwood Avenue
St. Louis, MO 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700

*Attorney for Plaintiffs*

Dated: October 27, 2022

/s/ Jessica Benson Cox
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH, LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300

*Attorney for Defendants*

Dated: October 27, 2022