IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs <u>SABRINA WHITE, Administratrix of the Estate of TEONI WHITE-BAKER, Deceased</u>

Civil Case # <u>1:22:cv-06932-RLY-TAB</u>

# SHORT FORM COMPLAINT

COME NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiffs further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   <u>TEONI WHITE-BAKER, Deceased</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   <u>Not applicable</u>

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   <u>SABRINA WHITE, Administratrix</u>

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>New York</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New Jersey

6. Plaintiff's/Deceased Party's current state of residence:

   Decedent's residence at time of death was New Jersey; Administratrix, Sabrina White's current residence is New York

7. District Court and Division in which venue would be proper absent direct filing:

   Not applicable; this case was originally filed in the District of New Jersey and transferred to the MDL

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated
   ☒ Cook Medical, LLC
   ☒ William Cook Europe APS

9. Basis of Jurisdiction
   ☒ Diversity of Citizenship
   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☑ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other:

11. Date of implantation as to each product:

    On or about May 24, 2016

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Maimonides Medical Center, Brooklyn, NY

13. Implanting Physician(s):

    Robert Y. Rhee, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

    ☑ Count I:     Strict Products Liability - Failure to Warn
    ☑ Count II:    Strict Products Liability - Design Defect
    ☑ Count III:   Negligence
    ☑ Count IV:    Negligence *Per Se*
    ☑ Count V:     Breach of Express Warranty
    ☑ Count VI:    Breach of Implied Warranty

☑ Count VII:    Violations of New Jersey and New York Laws Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☑ Count IX:    Wrongful Death

☑ Count X:     Survival

☑ Count XI:    Punitive Damages

☐ Other:

15. Attorney for Plaintiffs:

Carrie R. Capouellez and Michael S. Katz; LOPEZ McHUGH LLP

16. Address and bar information for Attorney for Plaintiffs:

Carrie R. Capouellez, PA Bar ID  91578; Michael S. Katz, PA Bar ID 76119

LOPEZ McHUGH LLP, 214 Flynn Avenue, Moorestown, NJ  08057

Date: January 4, 2023

Respectfully submitted,

By: *s/ Carrie R. Capouellez*
Carrie R. Capouellez (PA Bar ID  91578)
Michael S. Katz (PA Bar ID 76119)
**Lopez McHugh LLP**
214 Flynn Avenue
Moorestown, NJ  08057
(856) 273-8500
(853) 273-8502 (fax)
ccapouellez@lopezmchugh.com
mkatz@lopezmchugh.com

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

*s/ Carrie R. Capouellez*
