IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Michael Killian; 1:19-cv-01780-RLY-TAB
Peter Sickeri; 1:20-cv-01076-SEB-TAB
Tony Barnett; 1:21-cv-06525-RLY-TAB
Katherine Jones; 1:20-cv-01456-RLY-TAB

APPROVED. Case is dismissed with prejudice.
Dated: Jan 03, 2023
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed with prejudice and with each party to bear its own costs.

Date: October 18, 2022.

Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ *Basil Adham*
Basil Adham
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

**FAEGRE DRINKER BIDDLE & REATH**

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
300 North Meridian St, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
E-mail: andrea.pierson@faegredrinker.com
***Attorney for Cook Defendants***