IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Jan 03, 2023
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Edward Sevenau

Civil Case No. 1:22-cv-1365

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties further agree and stipulate that this dismissal shall have no effect on Plaintiff Edward Sevenau's case in this Court, Case No. 1:19-cv-4454.

IT IS SO STIPULATED:

| | |
|---|---|
| /s/ Lawana S. Wichmann<br>Lawana S. Wichmann<br>ONDER LAW, LLC.<br>110 East Lockwood Avenue<br>St. Louis, MO 63119<br>Telephone: (314) 963-9000<br>Facsimile: (314) 963-1700<br><br>*Attorney for Plaintiffs*<br><br>Dated: November 3, 2022 | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>FAEGRE DRINKER BIDDLE & REATH, LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (973) 549-7000<br><br>*Attorney for Defendants*<br><br>Dated: November 3, 2022 |