> APPROVED. Case is dismissed with prejudice as to Plaintiff Sharina Peterson only.
> Date: 1/04/2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Darius Peterson and Sharina Peterson

Civil Case # 1:17-cv-4480

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
FOR CONSORTIUM CLAIM ONLY OF SHARINA PETERSON**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SHARINA PETERSON only, hereby dismisses her consortium claim against Defendants COOK INCORPORATED, COOK MEDICAL LLC, and WILLIAM COOK EUROPE APS, with prejudice, with each party to bear its own costs and attorneys' fees. Additionally, herein that only Count VIII of the Complaint (Loss of Consortium) applicable to Plaintiff SHARINA PETERSON, is hereby stricken.

Dated this 9th day of November 2022.

Respectfully submitted,

By: */s/ Joseph A. Osborne*
Osborne & Francis
433 Plaza Real Blvd., Suite 271
Boca Raton, Florida 33432
Tel: (561) 293-2600
Fax: (561) 923-8100
josborne@realtoughlawyers.com
rbell@realtoughlawyers.com

*Attorneys for Plaintiff*