**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                          MDL No. 2570

_____


This Document Relates to Plaintiff:

    ANTHONY COLA O/B/O The ESTATE OF NAIRA COLA
    1:20-cv-02510-RLY-TAB
_____

    Considering the parties' Stipulation of Dismissal with Prejudice:

    IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

against the Cook Defendants in this Action are hereby dismissed with prejudice.  Plaintiff's

Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its own costs.


 SO ORDERED this 4th day of January 2023.



_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana



Distributed Electronically to Registered Counsel of Record