# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to:

Robert C. Arnold, Jr.

Civil Case # 1:22-cv-06941-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this

case on behalf of Plaintiff set forth in the above referenced matter.

Respectfully submitted,

*/s/ Jennifer Rethemeier*

Dated: 1/5/23                                Jennifer Rethemeier
                                             (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                             **DALIMONTE RUEB STOLLER, LLP**
                                             2425 E. Camelback Road, Suite 500
                                             Phoenix, Arizona 85016
                                             Tel: (602) 892-0341
                                             Fax: (855) 203-2035
                                             jennifer.rethemeier@drlawllp.com

                                             ***Lead Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier