UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>)<br>Glen Welker, )<br>1:19-cv-02424-RLY-TAB )<br>_____ ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

**ORDER DISMISSING CASE**

On August 25, 2022, Plaintiff filed a notice of suggestion of death. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. A motion to substitute has not been filed. Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 5th day of January 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.