**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____


This Document Relates to Plaintiff:

      RICKY MYERS
      1:16-cv-01003-RLY-TAB


_____

      Considering the parties' Stipulation of Dismissal with Prejudice:

      IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff

against the Cook Defendants in this Action are hereby dismissed with prejudice.  Plaintiff's

Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its own costs.


   SO ORDERED this 6th day of January 2023.



_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana



   Distributed Electronically to Registered Counsel of Record