IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cindy Lou Norman

Civil Case # 1:18-cv-06092-RLY-TAB

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Cindy Lou Norman gives notice that, Paul T. Boudreaux of the law firm Richardson, Richardson, Boudreaux, PLLC should be withdrawn as counsel of record in this matter on request of the Plaintiff and agreement amongst Plaintiff's counsel. Plaintiff requests that Paul T. Boudreaux, and all members of Richardson, Richardson, Boudreaux, PLLC be withdrawn as her counsel of record, and Ben C. Martin of the law firm Martin Baughman, PLLC be substituted in his place.

Accordingly, the Plaintiff respectfully requests that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiff Cindy Lou Norman.

Dated:  January 10, 2023.

/s/ Ben C. Martin
Ben C. Martin, TX Bar No. 13052400
**Martin Baughman, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@martinbaughman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin