IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cindy Lou Norman

Civil Case # 1:18-cv-06092-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff Cindy Lou Norman's Motion for Withdrawal of Counsel Paul T. Boudreaux, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC shall be substituted for Paul T. Boudreaux of the law firm Richardson, Richardson, Boudreaux, PLLC. Paul T. Boudreaux and all members of the Richardson, Richardson, Boudreaux, PLLC are withdrawn as counsel of record in this action and removed from all future electronic filings.

_____
United States District Judge