# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
      MARY JEAN T. CAMPBELL

Civil Case #   1:16-cv-01939-RLY-TAB

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court being duly advised in the premises, now GRANTS said motion. [Filing No. 23156.]

IT IS THEREFORE ORDERED that Steven A. Stefanowicz, on behalf of the Estate of Mary Jean T. Campbell, is substituted as Plaintiff in this case, and that all future pleadings shall reflect the proper party.

Date: 1/11/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.