**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| | § | |
| This Document Relates to Plaintiff: | § § | Case No. 1:22-cv-06885-RLY-TAB |
| Christopher Parks, | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| Cook Incorporated, Cook Medical LLC, and William Cook Europe APS | § § § | |
| Defendants. | § § | |

**Order on Motion for Leave to
Amend Complaint**

ON THIS DAY came for consideration Plaintiff Christopher Parks' Motion to Amend his Complaint. Having considered the Motion, the Court concludes the Motion [Filing No. 23158] shall be granted.

IT IS THEREFORE ORDERED that Plaintiff's Amended Complaint is hereby deemed filed as of the date of this order.

Date: 1/11/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.