IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>MAJED KALLABAT<br>Civil Case #1:19-cv-5019 | |

### NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Majed Kallabat.

Respectfully submitted January 11, 2023.

                                             */s/ David M. Langevin*
                                             David M. Langevin, #329563
                                             McSweeney/Langevin
                                             2116 Second Avenue South
                                             Minneapolis, MN 55404
                                             Phone: (612) 542-4646
                                             Fax: (612) 454-2678
                                             dave@westrikeback.com
                                             **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 11, 2023

<u>/s/ David M. Langevin</u><br>
David M. Langevin