UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, ) ) ) ) ) _____ )       1:14-ml-02570-RLY-TAB ) THIS DOCUMENT RELATED TO ALL      ) ACTIONS                                                      ) | |

## SCHEDULING ORDER

Due to a scheduling conflict, the status conference set for DECEMBER 15, 2022 was not held.  This matter is now rescheduled for **FEBRUARY 22, 2023 at 1:30 p.m. (Central time)** and will be held in Evansville, IN.  Leadership counsel shall appear before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 12th day of January 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record