IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

>Tommy Pointer
>1:18-cv-3404

## SUGGESTION OF DEATH

To:   The Clerk of Court and all parties of record:

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff Tommy Pointer, whose death occurred on March 14, 2020.

Respectfully Submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, EDMo # 57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 12th day of January 2023, by way of the Court's CM/ECF filing system.

/s/ Michael S. Kruse