IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Tommy Pointer
    1:18-cv-3404

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Raley L. Wiggins, as Administrator of the Estate of Tommy Joe Pointer, deceased, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Raley L. Wiggins, as Administrator of the Estate of Tommy Joe Pointer for Plaintiff Tommy Pointer and to grant leave to file the attached First Amended Short Form Complaint.  In support of this motion, movant states the following:

    1.    Plaintiff Tommy Pointer filed a Short Form Complaint for this action in this Court on November 2, 2018.

    2.    On March 14, 2020, Plaintiff Tommy Pointer passed away from injuries not related to the IVC Filter at issue.

    3.    On December 29, 2022, movant Raley L. Wiggins was appointed Administrator of the Estate of Tommy Joe Pointer, the deceased Plaintiff in this action. This estate is pending in the Probate Court of Elmore County, State of Alabama, and bears Case No. 2022-375.  A copy of that appointment is attached hereto Exhibit 1.  As the duly appointed Administrator of the Estate of

Tommy Joe Pointer, movant is now the appropriate party to continue this action in place of the decedent. A proposed First Amended Short Form Complaint containing a survival count is attached hereto as Exhibit 2.

WHEREFORE, movant prays for the following relief: (1) the Court substitute Raley L. Wiggins, as Administrator of the Estate of Tommy Joe Pointer deceased, as Party Plaintiff for Tommy Pointer; (2) the Court grant leave to file the attached First Amended Short Form Complaint: (3) the Court deem the attached First Amended Short Form Complaint filed *instanter*.

Respectfully Submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, EDMo # 57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 12th day of January 2023, by way of the Court's CM/ECF filing system.

*/s/ Michael S. Kruse*