# EXHIBIT 1

PROBAT P2022 13211

# IN THE PROBATE COURT
## OF ELMORE COUNTY, ALABAMA

IN THE MATTER OF THE ESTATE OF
TOMMY JOE POINTER,
DECEASED

CASE NO: 2022-375

```
                                    FILED
                           12/29/2022 10:55:46 AM
                                JOHN THORNTON
                                PROBATE JUDGE
                               Elmore County, AL
```

## ORDER GRANTING LETTERS OF ADMINISTRATION

The Petitioner, RALEY L. WIGGINS, has presented to the Court a petition in writing, under oath, praying that Letters of Administration over the Estate of TOMMY JOE POINTER, deceased, issue to Petitioner. It appears to the Court from the sworn information contained in said Petition, and from other good and sufficient evidence, that the said TOMMY JOE POINTER departed this life a resident of Elmore County, Alabama on or about March 14, 2020.

Based on the information set out in the Petition, the Court finds that at the time of death, TOMMY JOE POINTER was an inhabitant of Elmore County, Alabama and died intestate leaving assets in said County and State as set out in the Petition and the death of the said decedent has been known for more than five days before this date. It further appearing to the satisfaction of the Court that RALEY L. WIGGINS is of legal age; is an inhabitant of the State of Alabama; and is, under the law and in the estimation of the Court, qualified to serve as Administrator. No other person has appeared to oppose the granting of the Letters of Administration to the said RALEY L. WIGGINS or to show cause why the Petition should not be granted and it is the opinion of the Court that said Petition should be granted.

IT IS ORDERED that the Petition for Letters of Administration filed by RALEY L. WIGGINS is granted and that RALEY L. WIGGINS shall be appointed to serve as Administrator of the Estate of TOMMY JOE POINTER provided that Petitioner shall first file in this Court a bond in the penal sum of $25,000.00 conditioned and payable according to the statute in such cases and with sureties as may be approved by the Court. During the Administration of the Estate, the Court, for good cause, retains the right and authority to increase or decrease the required Bond amount.

RALEY L. WIGGINS having presented to the Court for approval a bond in form and amount as required by this Court, said bond is taken, approved, and recorded.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that Letters of Administration over the Estate of TOMMY JOE POINTER be granted to the said RALEY L. WIGGINS and that RALEY L. WIGGINS be and is authorized to administer said estate. IT IS FURTHER ORDERED that the said RALEY L. WIGGINS proceed immediately to collect and take into such Administrator's possession the assets of the Estate except for any assets specifically exempt from administration under the laws of the State of Alabama, and make due return, under oath, to the Court of a full and complete inventory thereof within two months of this date, unless such inventory has been previously filed.

Additionally, the Administrator appointed herein is directed, pursuant to and in compliance with Alabama Law at Section 43-2-697, Code of Alabama, 1975, to immediately give notice to the Alabama Medicaid Agency of such Administrator's appointment. If such notice is given by Certified Mail, the Administrator, appointed herein, additionally is directed to file with this Court, as directed by Alabama Law, a copy of such notice along with an affidavit of Certified Mailing. If such Notice is given by approved Electronic Filing, the Administrator, appointed herein, is directed to file with this Court, as directed by Alabama Law, proof of Electronic Filing of such Notice.

IT IS FURTHER ORDERED that said Administrator, appointed herein, pay the cost of this proceeding from the assets of the estate for which let execution issue.

ORDERED this the 29th day of December, 2022.

JOHN THORNTON
JUDGE OF PROBATE
ELMORE COUNTY, ALABAMA