# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Howard Banks ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|    Plaintiff ) | |
| v. ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. ) | |
|    Defendant ) | |

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

## ALTERNATIVELY, PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

1.    On October 25, 2022, Plaintiff, Howard Banks, by and through the undersigned counsel and pursuant to Fed. R. Civ. P., 25, notified the Court of Howard Banks' death. (Doc. 22908). According to the Rule, and per the Court's Order, a Motion to Substitute Party must be filed within 90 days of October 25, 2022, or by January 23, 2023. (Doc. 23025; Order signed November 8, 2022).

2.    On or about October 25, 2022, Plaintiff's counsel's law firm was under the impression that we could move forward with having Howard Banks' son appointed administrator for the Estate of Howard Banks. However, on November 16, 2022, Mr. Banks' son decided he did not want to go forward with the appointment. Instead, he wanted his grandmother, Betty Banks, Howard Banks' mother, to be appointed administrator.

3.    On November 18, 2022, Mrs. Banks approved an estimate we received from local counsel, Kasey Libby, of Dekalb County, Georgia, to handle the probate work. We reached an understanding with local counsel on November 22, 2022, to pursue appointment for the Estate of Howard Banks, and Mr. Libby provided his Retainer Agreement and W-9 for our office. Mrs. Banks wanted the retainer agreement with Mr. Libby mailed to her. Mr. Libby could not start work on the

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**

**ALTERNATIVELY, PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY** – Page 1

appointment until he received a retainer agreement and check. Local counsel, Kasey Libby, provided our office with his retainer agreement form.

4. On December 8, 2022, we received our firm's signed Fee Agreement from Betty Banks. Due to the holidays, the strain on personnel resources at Plaintiff's counsel's firm, and slow pace of mail, on January 7, 2023, Mr. Libby received the client's signed retainer agreement and the retainer check.

5. On or about January 11, 2023, Mr. Libby, advised the undersigned counsel's law firm that the process to appoint Betty Banks as Administrator, for the Estate of Howard Banks, will take a minimum of eight weeks for Mrs. Banks to be appointed. We, therefore, anticipate this process to be completed no later than March 31, 2023.

6. Nevertheless, there is no known impediment to Betty Banks being appointed Administrator, and Plaintiff respectfully prays that she be substituted in for Howard Banks, decedent.

7. Alternatively, Plaintiff moves for an extension of the 90-day deadline.

8. Rule 6(b)(1)(A), *Fed. R. Civ. P.* states:

> (b) **Extending Time**.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

9. Good cause exists for extending the time to comply Rule 25, as Plaintiff is diligently pursuing the appointment of Betty Banks, as administrator. The limitations of having to pursue appointment with Betty Banks, rather than Howard Banks' son, the use regular mail, the holidays and the time necessary to process the appointment demonstrate that although Betty Banks will not be

appointed by the expiration of the 90-day period, Plaintiff is, nevertheless, exercising due diligence in pursuing this appointment.

WHEREFORE, Howard Banks prays that the Court substitute Betty Banks in as Administrator for the Estate of Howard Banks, Deceased. Alternatively, Plaintiff prays that the Court enter an Order extending the deadline to file a Motion to Substitute Party to March 31, 2023. Plaintiff prays for such other appropriate relief.

Date: 1/13/23

Respectfully submitted,

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III

Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
  Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on   January   13, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**

**ALTERNATIVELY, PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY** – Page 3

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Howard Banks | ) | MDL NO. 1:14-ml-2570-RLY-TAB |
| Plaintiff | ) | |
| v. | ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. | ) | |
| Defendant | ) | |

## AFFIDAVIT OF ADAM COOK

## IN SUPPORT OF PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

## ALTERNATIVELY, PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY

STATE OF MASSACHUSETTS

COUNTY OF _Middlesex_

On this 12th day of January, 2023, before me, the undersigned authority, appeared ADAM COOK, who, personally known to me, was sworn and stated:

"My name is Adam Cook. I am over the age of 18 years, competent to make this affidavit and I have never been convicted of a crime.

I am an attorney, licensed in the State of Massachusetts and employed by the firm of Ferrer, Poirot & Wansbrough. I have reviewed Plaintiff's Motion to Substitute Party and, alternatively, Plaintiff's Motion for Leave to Extend the 90 day Deadline to File a Motion to Substitute Party, and the facts stated therein are based upon my personal knowledge and true and correct."

Further affiant sayeth naught.

_____
ADAM COOK, BBO659575

Sworn to and subscribed before me, the undersigned authority, on this 13th day of January, 2023, to certify which witness my hand and seal.

[Seal]

My commission expires:

_09/21/2029_

Aury Mejia
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES
September 21, 2029

01/13/2023

NOTARY PUBLIC, STATE OF MASSACHUSETTS