# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Howard Banks ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|     Plaintiff ) | |
| v. ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. ) | |
|     Defendant ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Plaintiff's Motion to Substitute Party is GRANTED. Betty Banks, Administrator for the Estate of Howard Banks, Deceased, is hereby substituted in as Plaintiff in the above cause. Plaintiff shall submit an amended complaint, naming Betty Banks, Administrator for the Estate of Howard Banks, Deceased, within 20 days of this Court's signed Order.

So Ordered on _____, 2023.

_____
United States District Judge or Magistrate Judge Presiding