UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Howard Banks | ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|     Plaintiff | ) | |
| v. | ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. | ) | |
|     Defendant | ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY

Plaintiff's Motion For Leave To Extend The 90 Day Deadline To File A Motion To Substitute Party is GRANTED.

The Court, pursuant to Rule 6(b)(1)(A), *Fed. R. Civ. P.*, finds good cause to extend the deadline for Plaintiff to file its Motion to Substitute Party to March 31, 2023.

So Ordered on _____, 2023.

_____
United States District Judge or Magistrate Judge Presiding