IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff

Donald Knosp
Civil Case # 1:23-cv-6960-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Donald Knosp

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   New York

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   New York

6. Plaintiff's/Deceased Party's current state of residence:

   New York

7. District Court and Division in which venue would be proper absent direct filing:

   Northern District of New York, Syracuse Division (this case was transferred in)

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ COOK INCORPORATED

   ☒ COOK MEDICAL LLC

   ☒ WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      23

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

2

☐ Other: Cook Celect® Filter Set Femoral and Jugular Approach

11. Date of Implantation as to each product:

September 4, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Joseph's Hospital Health Center, Syracuse, New York

13. Implanting Physician(s):

JT Riley, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable _____ and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

  ☐  Other: _____ (please state the facts supporting

this Count in the space, immediately below)

15. Attorneys for Plaintiff:

Joseph N. Williams, Joseph J. Zonies, and Gregory D. Bentley

16. Address and bar information for Attorneys for Plaintiff(s):

Williams & Piatt, LLC, 1101 North Delaware Street, Indianapolis, Indiana 46202,

Joseph N. Williams Indiana Bar No. 25874-49

Zonies Law LLC, 1700 Lincoln Street, Suite 2400, Denver, CO 80203

Joseph J. Zonies Colorado Attorney Registration No. 29539

Gregory D. Bentley, Colorado Attorney Registration No. 42655

    Respectfully submitted,

    WILLIAMS & PIATT, LLC


    /s/ *Joseph N. Williams*
    Joseph N. Williams (#25874-49)
    1101 North Delaware Street
    Indianapolis, Indiana 46202
    Telephone: (317) 633-5270
    Facsimile: (317) 426-3348
    joe@williamspiatt.com

    *Lead Counsel for Plaintiff*

ZONIES LAW LLC

/s/ *Joseph J. Zonies*
Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
1700 Lincoln Street, Suite 2400
Denver, CO 80203
Telephone: (720) 464-5300
Facsimile: (720) 464-5357
jzonies@zonieslaw.com
gbentley@zonieslaw.com

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that on the 13th day of January, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams