IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Willie Clark

Civil Case # 1:23-cv-6953-RLY-TAB

### PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY ELLEN A. PRESBY

Plaintiff Willie Clark, by his undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the Northern District of Texas, where it was captioned *Clark v. Cook Incorporated et al.*, 3:22-cv-02772-K.

2. On January 3, 2023, this case was transferred to this Court and into MDL No. 2570. (Dkt. No. 23301).

3. Ellen A. Presby, from the law firm of Ferrer Poirot Wansbrough Feller Daniel, previously appeared on Willie Clark's behalf in the Northern District of Texas. For that reason, Ellen A. Presby was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, David M. Langevin, from the law firm of McSweeney/Langevin has been admitted to this Court to substitute for Ellen A. Presby as trial counsel.

5. David M. Langevin entered his appearance in this matter on January 4, 2023. (Dkt. 23346).

6. Accordingly, David M. Langevin hereby requests leave to withdraw the appearance of Ellen A. Presby.

Dated: January 16, 2023          Respectfully submitted,

/s/ Ellen A. Presby
Ellen A Presby
Ferrer Poirot Wansbrough Feller Daniel
2603 Oak Lawn Avenue, Suite 300
Dallas, TX 75219
214-521-4412
Fax: 866-513-0115
epresby@lawyerworks.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed using the Court's CM/ECF system this 16th day of January, 2023, which will automatically serve a copy to all known counsel of record via electronic mail.

/s/ Ellen A. Presby
Ellen A. Presby