IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Willie Clark

Civil Case  1:23-cv-6953-RLY-TAB_____

**[PROPOSED] ORDER ON PLAINTIFF'S
MOTION TO WITHDRAW APPEARANCE BY
ELLEN A. PRESBY**

This case has been transferred to the above MDL, and David M. Langevin, from the law

firm of McSweeney/Langevin has been admitted to this Court to substitute for Ellen A. Presby as

trial counsel.  David M. Langevin entered his appearance in this matter on January 4, 2023. (Dkt.

No. 23346).  Accordingly, Ellen A. Presby's motion to withdraw her appearance as counsel for the

Plaintiff is granted.

So ordered,

Dated:                                          _____