# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MRKETING, SALES PRACTICES AND PRODCUTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>STRONG v. COOK INCORPORATED et al.<br><br>Civil Case No.: 1:21-cv-6334-RLY-TAB | |

## NOTICE OF SUBSTITITION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to L.R. 83-7(c), that McSweeney / Langevin LLC continues to represent Plaintiff and Rhett A. McSweeney has here by substituted for Jonathan R. Mencel as counsel for Plaintiff. Please direct all further notices and pleadings as follows:

    Rhett A. McSweeney
    McSweeney Langevin, LLC
    2116 Second Avenue South
    Minneapolis, MN 55404
    Tel. (877) 542-4646
    Fax (612) 454-2678
    Email: filing@westrikeback.com

Dated: January 16, 2023

    Respectfully submitted,

    */s/ Rhett A. McSweeney*
    Rhett A. McSweeney
    McSweeney Langevin, LLC
    2116 Second Avenue South
    Minneapolis, MN 55404
    Tel. (877) 542-4646
    Fax (612) 238-2678
    Email: filing@westrikeback.com
          ram@westrikeback.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 16th day of January 2023.

/s/ Rhett A. McSweeney
Rhett A. McSweeney