IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Willie Clark

Civil Case  1:23-cv-6953-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY ELLEN A. PRESBY

After considering the Motion to Withdraw Ellen A. Presby as counsel for Plaintiff, Willie Clark, the Court GRANTS the Motion. [Filing No. 23411.]

IT IS THEREFORE ORDERED that Ellen A. Presby is withdrawn as counsel of record in this action and removed from all future electronic filings.  David M. Langevin, from the law firm of McSweeney/Langevin will continue to represent Plaintiff in this matter.

Date: 1/17/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.