**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:22-cv-02368 | 1:22-cv-02490 | 1:22-cv-06937 |
| 1:22-cv-02378 | 1:22-cv-06910 | 1:22-cv-06938 |
| 1:22-cv-02401 | 1:22-cv-06924 | 1:22-cv-06939 |
| 1:22-cv-02407 | 1:22-cv-06925 | 1:22-cv-06940 |
| 1:22-cv-02432 | 1:22-cv-06927 | 1:22-cv-06941 |
| 1:22-cv-02445 | 1:22-cv-06929 | 1:22-cv-06944 |
| 1:22-cv-02455 | 1:22-cv-06930 | 1:22-cv-06947 |
| 1:22-cv-02463 | 1:22-cv-06932 | 1:23-cv-06953 |
| 1:22-cv-02479 | 1:22-cv-06936 | 1:23-cv-06955 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: January 17, 2023 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald