EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Jackie Tasker | 1:14-cv-00139-RLY-TAB |
| Elfredia Carter | 1:14-cv-01209-RLY-TAB |
| Robert Hibble | 1:14-cv-01579-RLY-TAB |
| Joseph Willinsky | 1:14-cv-01971-RLY-TAB |
| Lindsey Arsanto | 1:14-cv-02130-RLY-TAB |
| Robert Brady | 1:14-cv-06000-RLY-TAB |
| Joyce Beddell | 1:15-cv-00246-RLY-TAB |
| Theodore Enright | 1:15-cv-00248-RLY-TAB |
| Shirley Figart | 1:15-cv-00250-RLY-TAB |
| Lisa Griffey | 1:15-cv-00256-RLY-TAB |
| Michael Mingo | 1:15-cv-00258-RLY-TAB |
| Sally Schierer | 1:15-cv-00414-RLY-TAB |
| Timothy Vixay | 1:15-cv-00525-RLY-TAB |
| Julie Halatek | 1:15-cv-00595-RLY-TAB |
| Michael Gurmu | 1:15-cv-01388-RLY-TAB |
| Joseph Osgood | 1:15-cv-01543-RLY-TAB |
| Lucillia Dixon | 1:15-cv-01635-RLY-TAB |
| Patricia Spavold | 1:15-cv-01793-RLY-TAB |
| Nichelle Tramble | 1:15-cv-06025-RLY-TAB |
| Melissa Kelley | 1:16-cv-00159-RLY-TAB |
| Jesse Skinner | 1:16-cv-00268-RLY-TAB |
| Lewis Palmer | 1:16-cv-00286-RLY-TAB |
| Laura Exterkamp | 1:16-cv-00460-RLY-TAB |
| Steven Merkel | 1:16-cv-00484-RLY-TAB |
| Michael Lauterbach | 1:16-cv-00488-RLY-TAB |