# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MRKETING, SALES PRACTICES AND PRODCUTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>HANDRICK v. COOK INCORPORATED et al.<br><br>Civil Case No.: 1:21-cv-06501-RLY-TAB | |

## NOTICE OF SUBSTITITION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to L.R. 83-7(c), that McSweeney / Langevin LLC continues to represent Plaintiff and David M. Langevin has here by substituted for Jonathan R. Mencel as counsel for Plaintiff. Please direct all further notices and pleadings as follows:

| | | |
|---|---|---|
| David M. Langevin<br>McSweeney Langevin, LLC<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Tel. (877) 542-4646<br>Fax (612) 454-2678<br>Email: filing@westrikeback.com | -AND- | Basil E. Adham (*pro hac vice*)<br>Johnson Law Group<br>2925 Richmond Avenue, Suite 1700<br>Houston, Texas 77098<br>Phone: (713) 626-9336<br>Fax: (713) 583-9460<br>ivc@johnsonlawgroup.com |

Dated: January 18, 2023

                                                                       Respectfully submitted,

                                                                       */s/ David M. Langevin*
                                                                       David M. Langevin
                                                                        McSweeney Langevin, LLC
                                                                        2116 Second Avenue South
                                                                        Minneapolis, MN 55404
                                                                        Tel. (877) 542-4646
                                                                        Fax (612) 238-2678
                                                                        Email: filing@westrikeback.com
                                                                               dave@westrikeback.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 18th day of January 2023.

*/s/ David M. Langevin*
David M. Langevin