IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND      Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

_____

This Document Relates to:
Whitney Tucker, Case No. 1:19-cv-3546-RLY-TAB
_____

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**This matter is set for a telephonic status conference at 10 a.m. (Eastern Time) on January 31, 2023**, before Magistrate Judge Tim A. Baker. Parties shall participate in this conference by counsel. The purpose of this conference is to address Plaintiff's motion to withdraw as counsel of record [Filing No. 23165], and Plaintiff's motion to strike Defendant's response to that motion. [Filing No. 23212.] The Court will first address Plaintiff's motion to strike, then proceed *ex parte* with Plaintiff and her counsel for the remainder of the conference and address the motion to withdraw. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Whitney Tucker shall personally participate in this conference by calling Chambers at 317-229-3660**.

Date: 1/18/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Andrew N. Faes and Thomas P. Cartmell are required to serve Plaintiff, Whitney Tucker