# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MRKETING, SALES PRACTICES AND PRODCUTS LIABILITY LITIGATION<br><br>This Document Relates to Plaintiff:<br>PERRY v. COOK INCORPORATED et al.<br><br>Civil Case No.: 1:21-cv-06663-RLY-TAB | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## NOTICE OF SUBSTITITION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to L.R. 83-7(c), that McSweeney / Langevin LLC continues to represent Plaintiff and Rhett A. McSweeney has here by substituted for Jonathan R. Mencel as counsel for Plaintiff. Please direct all further notices and pleadings as follows:

Rhett A. McSweeney  
McSweeney Langevin, LLC  
2116 Second Avenue South  
Minneapolis, MN 55404  
Tel. (877) 542-4646  
Fax (612) 454-2678  
Email: filing@westrikeback.com  

-AND-

Basil E. Adham (*pro hac vice*)  
Johnson Law Group  
2925 Richmond Avenue, Suite 1700  
Houston, Texas 77098  
Phone: (713) 626-9336  
Fax: (713) 583-9460  
ivc@johnsonlawgroup.com  

Dated: January 18, 2023

Respectfully submitted,

*/s/ Rhett A. McSweeney*  
Rhett A. McSweeney  
McSweeney Langevin, LLC  
2116 Second Avenue South  
Minneapolis, MN 55404  
Tel. (877) 542-4646  
Fax (612) 238-2678  
Email: filing@westrikeback.com  
ram@westrikeback.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 18th day of January 2023.

/s/ Rhett A. McSweeney
Rhett A. McSweeney