**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MRKETING, SALES PRACTICES AND PRODCUTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: KAMPA v. COOK INCORPORATED et al. | |
| Civil Case No.: 1:21-cv-06392-RLY-TAB | |

### NOTICE OF SUBSTITITION OF COUNSEL

TO   THE   CLERK   OF   COURT   AND   ALL   PARTIES   OF   RECORD:

NOTICE IS HEREBY GIVEN pursuant to L.R. 83-7(c), that McSweeney / Langevin LLC

continues to represent Plaintiff and David M. Langevin has here by substituted for Jonathan R.

Mencel as counsel for Plaintiff. Please direct all further notices and pleadings as follows:

David M. Langevin
McSweeney Langevin, LLC
2116 Second Avenue South
Minneapolis, MN 55404                    -AND-
Tel. (877) 542-4646
Fax (612) 454-2678
Email: filing@westrikeback.com

Basil E. Adham (*pro hac vice*)
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, Texas 77098
Phone: (713) 626-9336
Fax: (713) 583-9460
ivc@johnsonlawgroup.com

Dated: January 18, 2023

Respectfully submitted,

*/s/ David M. Langevin*
David M. Langevin
McSweeney Langevin, LLC
2116 Second Avenue South
Minneapolis, MN 55404
Tel. (877) 542-4646
Fax (612) 238-2678
Email: filing@westrikeback.com
        dave@westrikeback.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 18th day of January 2023.

*/s/ David M. Langevin*

David M. Langevin
