# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MRKETING, SALES PRACTICES AND PRODCUTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>STANGLER v. COOK INCORPORATED et al.<br><br>Civil Case No.: 1:21-cv-06665-RLY-TAB | |

## NOTICE OF SUBSTITITION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN pursuant to L.R. 83-7(c), that McSweeney / Langevin LLC continues to represent Plaintiff and Rhett A. McSweeney has here by substituted for Jonathan R. Mencel as counsel for Plaintiff. Please direct all further notices and pleadings as follows:

| | | |
|---|---|---|
| Rhett A. McSweeney<br>McSweeney Langevin, LLC<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>Tel. (877) 542-4646<br>Fax (612) 454-2678<br>Email: filing@westrikeback.com | -AND- | Basil E. Adham (*pro hac vice*)<br>Johnson Law Group<br>2925 Richmond Avenue, Suite 1700<br>Houston, Texas 77098<br>Phone: (713) 626-9336<br>Fax: (713) 583-9460<br>ivc@johnsonlawgroup.com |

Dated: January 18, 2023

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin, LLC
2116 Second Avenue South
Minneapolis, MN 55404
Tel. (877) 542-4646
Fax (612) 238-2678
Email: filing@westrikeback.com
ram@westrikeback.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 18th day of January 2023.

/s/ *Rhett A. McSweeney*
Rhett A. McSweeney