IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

### COOK DEFENDANTS' UNOPPOSED MOTION TO CONTINUE JANUARY 31, 2023 TELEPHONIC STATUS CONFERENCE

The Cook Defendants, by counsel, respectfully move the Court to continue the telephonic status conference scheduled for January 31, 2023, in this matter. In support, the Cook Defendants state:

1. This matter is currently set for a telephonic status conference at 10:00 a.m. on January 31, 2023. (Dkt. No. 23427.)

2. Counsel for Cook Defendants are unavailable on this date.

3. Counsel for Plaintiff do not oppose continuing the telephonic status conference.

4. Counsel for both parties are available for this telephonic status conference on either February 6, 2023, between 12:00 and 3:00 pm (Eastern Time) or on February 8, 2023, before 3:30 pm (Eastern Time).

WHEREFORE, the Cook Defendants respectfully request that the Court continue the January 31, 2023, telephonic status conference to either February 6, 2023, between 12:00 and 3:00 pm (Eastern Time) or February 8, 2023, before 3:30 pm (Eastern Time).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 19, 2023 | /s/ Jessica Benson Cox |

Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, a copy of the foregoing Cook Defendants' Unopposed Motion To Continue January 31, 2023 Telephonic Status Conference was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                    /s/   Jessica Benson Cox