IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

### ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION TO CONTINUE JANUARY 31, 2023 TELEPHONIC STATUS CONFERENCE

This cause has come before the Court upon the unopposed motion of the Cook Defendants for a continuance of the January 31, 2023, telephonic status conference. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Telephonic Status Conference scheduled for January 31, 2023 (Dkt. No. 23427) is hereby reset to February _____, 2023, at \_\_\_\_ a.m./p.m. (Eastern Time). The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Whitney Tucker shall personally participate in this conference by calling Chambers at 317-229-3660**

Entered this \_\_\_\_\_ day of January, 2023.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Andrew N. Faes and Thomas P. Cartmell are required to serve Plaintiff, Whitney Tucker

1