IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

---

### ORDER GRANTING COOK DEFENDANTS' UNOPPOSED MOTION TO CONTINUE JANUARY 31, 2023 TELEPHONIC STATUS CONFERENCE

This cause has come before the Court upon the unopposed motion of the Cook Defendants for a continuance of the January 31, 2023, telephonic status conference. Being duly advised, the Court GRANTS the motion. [Filing No. 23436.]

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Telephonic Status Conference scheduled for January 31, 2023 (Filing No. 23427), is hereby vacated and reset to 2 p.m. (Eastern Time) on February 8, 2023. The purpose of this conference is to address Plaintiff's motion to withdraw as counsel of record [Filing No. 23165], and Plaintiff's motion to strike Defendant's response to that motion. [Filing No. 23212.] The Court will first address Plaintiff's motion to strike, then proceed *ex parte* with Plaintiff and her counsel for the remainder of the conference and address the motion to withdraw. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Whitney Tucker shall personally participate in this conference by calling Chambers at 317-229-3660.**

Date: 1/20/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Andrew N. Faes and Thomas P. Cartmell are required to serve Plaintiff, Whitney Tucker