EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Jessica Reynolds | 1:15-cv-01794-RLY-TAB |
| Jeffery White | 1:15-cv-01905-RLY-TAB |
| Ronald J. Eason | 1:16-cv-00498-RLY-TAB |
| Dana Jones | 1:16-cv-00703-RLY-TAB |
| David Convery | 1:16-cv-00848-RLY-TAB |
| Ramon DeJesus | 1:16-cv-00959-RLY-TAB |
| Lakita Dinkins | 1:16-cv-01114-RLY-TAB |
| A. J. Satberry | 1:16-cv-01119-RLY-TAB |
| Megan Boling | 1:16-cv-01308-RLY-TAB |
| Carl McComb | 1:16-cv-01379-RLY-TAB |
| Denise Williams | 1:16-cv-01394-RLY-TAB |
| Patricia Riggs | 1:16-cv-01669-RLY-TAB |
| Christopher Avilez | 1:16-cv-01782-RLY-TAB |
| Susan Erickson | 1:16-cv-01783-RLY-TAB |
| Katie Gearheart | 1:16-cv-01929-RLY-TAB |
| Margo Clift | 1:16-cv-01953-RLY-TAB |
| Ella Sue Odell | 1:16-cv-02167-RLY-TAB |
| Brent Lena | 1:16-cv-02219-RLY-TAB |
| Madelyn Smith | 1:16-cv-02282-RLY-TAB |
| Kennety Witkus | 1:16-cv-02941-RLY-TAB |
| Kristeena Alford | 1:16-cv-02977-RLY-TAB |
| Vivette Baker | 1:16-cv-02978-RLY-TAB |
| Mary McBride | 1:16-cv-02979-RLY-TAB |
| Corey Teamer | 1:16-cv-03016-RLY-TAB |
| Carissa McComas | 1:16-cv-03033-RLY-TAB |
| Robert Carman | 1:16-cv-03129-RLY-TAB |
| Ricardo Clay | 1:16-cv-03262-RLY-TAB |
| Corinthia Ford | 1:16-cv-03388-RLY-TAB |
| Joan Wiseman | 1:16-cv-06041-RLY-TAB |
| Pablo Sosa | 1:17:cv-01210-RLY-TAB |