IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                         MDL No. 2570

_____

This Document Relates to
All Cases Listed on Exhibit A

## ORDER WITHDRAWING APPEARANCE

      This matter comes before the Court on the motion of Ramon Rossi Lopez to withdraw the appearance of Matthew Lopez on behalf of all plaintiffs in the cases listed on Exhibit A.

      The court having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion

      IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Matthew Lopez is hereby withdrawn as counsel of record for all plaintiffs in the cases listed in Exhibit A.

**SO ORDERED** this ___ day of January 2023.

 

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered counsel of Record.

EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Jessica Reynolds | 1:15-cv-01794-RLY-TAB |
| Jeffery White | 1:15-cv-01905-RLY-TAB |
| Ronald J. Eason | 1:16-cv-00498-RLY-TAB |
| Dana Jones | 1:16-cv-00703-RLY-TAB |
| David Convery | 1:16-cv-00848-RLY-TAB |
| Ramon DeJesus | 1:16-cv-00959-RLY-TAB |
| Lakita Dinkins | 1:16-cv-01114-RLY-TAB |
| A. J. Satberry | 1:16-cv-01119-RLY-TAB |
| Megan Boling | 1:16-cv-01308-RLY-TAB |
| Carl McComb | 1:16-cv-01379-RLY-TAB |
| Denise Williams | 1:16-cv-01394-RLY-TAB |
| Patricia Riggs | 1:16-cv-01669-RLY-TAB |
| Christopher Avilez | 1:16-cv-01782-RLY-TAB |
| Susan Erickson | 1:16-cv-01783-RLY-TAB |
| Katie Gearheart | 1:16-cv-01929-RLY-TAB |
| Margo Clift | 1:16-cv-01953-RLY-TAB |
| Ella Sue Odell | 1:16-cv-02167-RLY-TAB |
| Brent Lena | 1:16-cv-02219-RLY-TAB |
| Madelyn Smith | 1:16-cv-02282-RLY-TAB |
| Kennety Witkus | 1:16-cv-02941-RLY-TAB |
| Kristeena Alford | 1:16-cv-02977-RLY-TAB |
| Vivette Baker | 1:16-cv-02978-RLY-TAB |
| Mary McBride | 1:16-cv-02979-RLY-TAB |
| Corey Teamer | 1:16-cv-03016-RLY-TAB |
| Carissa McComas | 1:16-cv-03033-RLY-TAB |
| Robert Carman | 1:16-cv-03129-RLY-TAB |
| Ricardo Clay | 1:16-cv-03262-RLY-TAB |
| Corinthia Ford | 1:16-cv-03388-RLY-TAB |
| Joan Wiseman | 1:16-cv-06041-RLY-TAB |
| Pablo Sosa | 1:17:cv-01210-RLY-TAB |