# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC | ) MDL NO. 1:14-ml-2570-RLY-TAB |
| FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Kristian J. Hronek**
**Civil Case No.: 1:18-cv-02578**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Kristian J. Hronek, died on or about September 27, 2018.

Dated: January 23, 2023                     Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

 /s/ *Samuel M. Wendt*
Samuel M. Wendt
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Fax: (816) 531-2507
Email: sam@wendtlaw.com