# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC | ) MDL NO. 1:14-ml-2570-RLY-TAB |
| FILTERS MARKETING, SALES | ) |
| PRACTICES AND PRODUCT LIABILITY | ) |
| LITIGATION | ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): James Mullin**
**Civil Case No.: 1:17-cv-02496**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, James Mullin, died on or about October 2, 2019.

Dated: January 23, 2023                     Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

 /s/ *Samuel M. Wendt*
Samuel M. Wendt
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Fax: (816) 531-2507
**Email: sam@wendtlaw.com**