# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC** | ) MDL NO. 1:14-ml-2570-RLY-TAB |
| **FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | ) ) ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Robert Munn**
**Civil Case No.: 1:17-cv-04727**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Robert Munn, died on or about April 9, 2019.

Dated: January 23, 2023                              Respectfully Submitted,

                                                              **WENDT LAW FIRM, P.C.**

                                                               _/s/ Samuel M. Wendt_
                                                              Samuel M. Wendt
                                                              4717 Grand Avenue, Suite 130
                                                              Kansas City, Missouri 64112
                                                              Telephone: (816) 531-4415
                                                              Fax: (816) 531-2507
                                                              Email: **sam@wendtlaw.com**