AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Edward Clark | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | ) |

Case No.  1:14:ml-2570-RLY-TAB

This document relates to Case No. 1:21-cv-06456-RLY-TAB

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Edward Cark                                                                                          .

Date:   01/23/2023

/s/ Ramon Rossi Lopez
*Attorney's signature*

Ramon Rossi Lopez, CA Bar No. 86361
*Printed name and bar number*

LOPEZ McHUGH LLP
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656

*Address*

rlopez@lopezmchugh.com
*E-mail address*

(949) 737-1501
*Telephone number*

(949) 737-1504
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronical filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ramon Rossi Lopez*