IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Kristian J. Hronek**
**Civil Case No.: 1:18-cv-02578**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, Autumn Motnky, mother and personal representative of Kristian J. Hronek, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Autumn Motnky as personal representative of Kristian J. Hronek (deceased), for Plaintiff Kristian J. Hronek and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Kristian J. Hronek filed a Short Form Complaint for this action in this Court on August 21, 2018.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about August 21, 2018, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On September 27, 2018, Plaintiff Kristian J. Hronek passed away.

4. Kristian J. Hronek's action against Defendants survives his death and is not extinguished.

1. Autumn Motnyk, decedent's surviving mother, is the Next of Kin for Kristian J. Hronek.

2. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

3. Plaintiff thus moves to substitute Autumn Motnyk, as personal representative of Kristian J. Hronek, deceased, as Plaintiff in the present action.

4. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Autumn Motnyk, as personal representative of Kristian J. Hronek, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Kristian J. Hronek is now deceased.

5. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Autumn Motnyk, as personal representative of Kristian J. Hronek, deceased, as Plaintiff for Kristian J. Hronek; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-02578-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: January 24, 2023                              Respectfully Submitted,

                                    **WENDT LAW FIRM, P.C.**

                                    */s/ Samuel M. Wendt*
                                    Samuel M. Wendt
                                    4717 Grand Avenue, Suite 130
                                    Kansas City, Missouri 64112
                                    Telephone: (816) 531-4415
                                    Fax: (816) 531-2507
                                    sam@wendtlaw.com

                            CERTIFICATE OF SERVICE

     I hereby certify that on January 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                    */s/ Samuel M. Wendt*
                                    Samuel M. Wendt
                                    Attorney for Plaintiff