IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Kristian J. Hronek**
**Civil Case No.: 1:18-cv-02578**

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Autumn Motnyk's Motion to Substitute herself, as personal representative of Kristian J. Hronek, deceased, as Plaintiff for Kristian J. Hronek and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Autumn Motnyk, as Next of Kin of Kristian J. Hronek, is hereby substituted as Plaintiff for Kristian J. Hronek in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

SO ORDERED.

Dated: January 24, 2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana