IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Carl Jackson**
**Civil Case No.: 1:17-cv-02113**

### MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, Minile Jackson, personal representative and next of kin of Carl Jackson, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Minile Jackson as personal representative of Carl Jackson (deceased), and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Carl Jackson filed a Short Form Complaint for this action in this Court on June 19, 2017.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about June 19, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On March 13, 2019, Plaintiff Carl Jackson passed away.

4. Carl Jackson's action against Defendants survives his death and is not extinguished.

1. Minile Jackson, decedent's surviving sister, is the Next of Kin for Plaintiff, Carl Jackson.

2. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

3. Plaintiff thus moves to substitute Minile Jackson, as personal representative of Carl Jackson, deceased, as Plaintiff in the present action.

4. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Minile Jackson, as personal representative of Carl Jackson, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Carl Jackson is now deceased.

5. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Minile Jackson, as personal representative of Carl Jackson, deceased, as Plaintiff for Carl Jackson; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-02113-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: January 24, 2023                             Respectfully Submitted,

                                      **WENDT LAW FIRM, P.C.**

                                      */s/ Samuel M. Wendt*
                                      Samuel M. Wendt
                                      4717 Grand Avenue, Suite 130
                                      Kansas City, Missouri 64112
                                      Telephone: (816) 531-4415
                                      Fax: (816) 531-2507
                                      sam@wendtlaw.com

                              CERTIFICATE OF SERVICE

    I hereby certify that on January 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.


                                      */s/ Samuel M. Wendt*
                                      Samuel M. Wendt
                                      Attorney for Plaintiff