# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Case No. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** |

**This Document Relates to**
**Plaintiff(s): James W. Mullin**
**Civil Case No.: 1:17-cv-02496**

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Linda Mullin's Motion to Substitute herself, as personal representative of James W. Mullin, deceased, as Plaintiff for James W. Mullin and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Linda Mullin, as personal representative of James W. Mullin (deceased), is hereby substituted as Plaintiff for James W. Mullin in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

So Ordered.

Dated: _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana