IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FITLER MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Plaintiff(s): James W. Mullin
Civil Case No.: 1:17-cv-02496

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, Linda Mullin, spouse, and personal representative of James W. Mullin, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Linda Mullin as personal representative of James W. Mullin (deceased), for Plaintiff James W. Mullin and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff James W. Mullin filed a Short Form Complaint for this action in this Court on July 24, 2017.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about July 24, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On October 2, 2019, Plaintiff James W. Mullin passed away.

4. James Mullin's action against Defendants survives his death and is not extinguished.

1. Linda Mullin, decedent's surviving spouse, is the Next of Kin for James W. Mullin.

2. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

3. Plaintiff thus moves to substitute Linda Mullin, as personal representative of James W. Mullin, deceased, as Plaintiff in the present action.

4. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Linda Mullin, as personal representative of James W. Mullin, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff James Mullin is now deceased.

5. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Linda Mullins, as personal representative of James Mullin, deceased, as Plaintiff for James W. Mullin; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-02496-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: January 24, 2023                              Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

  */s/ Samuel M. Wendt*
Samuel M. Wendt
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Fax: (816) 531-2507
sam@wendtlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

  */s/ Samuel M. Wendt*
Samuel M. Wendt
Attorney for Plaintiff