# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Robert Munn**
**Civil Case No.: 1:17-cv-04727**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COMES NOW**, Eva Munn, as Dependent Administrator of the Estate of Robert Munn, deceased, by and through his undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Eva Munn, surviving daughter and dependent administrator of the Estate of Robert Munn (deceased), for Plaintiff Robert Munn and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Robert Munn filed a Short Form Complaint for this action in this Court on December 22, 2017.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about December 22, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On April 9, 2019, Plaintiff Robert Munn passed away.

4. Robert Munn's action against Defendants survives his death and is not extinguished.

1. Eva Munn, decedent's surviving daughter, is dependent administrator of the Estate of Robert Munn.

2. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

3. Plaintiff thus moves to substitute Eva Munn, as dependent administrator of the Estate of Robert Munn, deceased, as Plaintiff in the present action.

4. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Eva Munn, as dependent administrator of the Estate of Robert Munn, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Robert Munn is now deceased.

5. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

6. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Eva Munn, as dependent administrator of the Estate of Robert Munn, deceased, as Plaintiff for Robert Munn; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-04727-RLY-TAB and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: January 24, 2023                                   Respectfully Submitted,

**WENDT LAW FIRM, P.C.**

_/s/ Samuel M. Wendt_
Samuel M. Wendt
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Fax: (816) 531-2507
sam@wendtlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

_/s/ Samuel M. Wendt_
Samuel M. Wendt
Attorney for Plaintiff