IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
All Cases Listed on Exhibit A

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Ramon Rossi Lopez of Lopez McHugh LLP, counsel of record for all plaintiffs in the cases listed in Exhibit A, respectfully requests the Court withdraw the appearance of Matthew Lopez for all plaintiffs in all cases listed in Exhibit A.

Mr. Lopez is a former employee of Lopez McHugh LLP. As an associate of Lopez McHugh Matthew Lopez entered an appearance on behalf of all plaintiffs in the cases listed in Exhibit A.

Mr. Lopez's employment with Lopez McHugh ended on June 30, 2022. Since then, Mr. Lopez's contact information was changed with the Court. When his contact information was updated with the Electronic Court Filing System (ECF), it changed his contact information for each case in which he had appeared on behalf of plaintiffs represented by Lopez McHugh during his employment with Lopez McHugh.

Plaintiffs now respectfully request that for the reason set forth above, the Court remove Matthew Lopez's appearance in all of the cases listed on Exhibit A.

Date: January 25, 2023

          Respectfully submitted,

          */s/ Ramon Rossi Lopez*
          Ramon Rossi Lopez (CA Bar No. 86361)
           (admitted *pro hac vice*)
          **Lopez McHugh LLP**
          120 Vantis Drive, Suite 430
          Aliso Viejo, CA  92656
          (949) 737-1501
          (949) 737-1504 (fax)
          rlopez@lopezmchugh.com

          ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

  I hereby certify that on January 25, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

          *s/ Ramon Rossi Lopez*