EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Joe Billy Beasley, Sr | 1:17-cv-00213-RLY-TAB |
| Barbara Meredith | 1:17-cv-00638-RLY-TAB |
| Dorothy Brown | 1:17-cv-00761-RLY-TAB |
| Jason Luu | 1:17-cv-00991-RLY-TAB |
| Andrea Morris | 1:17-cv-01010-RLY-TAB |
| Erin Graham | 1:17-cv-01143-RLY-TAB |
| Cheryl Francis | 1:17-cv-01185-RLY-TAB |
| Nalini Rajendran | 1:17-cv-01247-RLY-TAB |
| Barbara Pearlman | 1:17-cv-01269-RLY-TAB |
| Donald Bowie | 1:17-cv-01270-RLY-TAB |
| Kristen White | 1:17-cv-01476-RLY-TAB |
| Tanja Douglass | 1:17-cv-01478-RLY-TAB |
| Joan Pennewill | 1:17-cv-01499-RLY-TAB |
| Daniel J. Taylor | 1:17-cv-01501-RLY-TAB |
| Joshua Fallis | 1:17-cv-01504-RLY-TAB |
| Eric Glover | 1:17-cv-01506-RLY-TAB |
| Victoria Burton | 1:17-cv-01669-RLY-TAB |
| Robert Shankie | 1:17-cv-01902-RLY-TAB |
| Melissa Smith | 1:17-cv-02068-RLY-TAB |
| Jayne Armstrong | 1:17-cv-02196-RLY-TAB |
| Mary Wagner | 1:17-cv-02240-RLY-TAB |
| Manuel Torres | 1:17-cv-02289-RLY-TAB |
| Joey Little | 1:17-cv-02403-RLY-TAB |
| Robert Benton, Jr. | 1:17-cv-02404-RLY-TAB |
| Jessica Knoss | 1:17-cv-02481-RLY-TAB |