IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to
All Cases Listed on Exhibit A

## ORDER WITHDRAWING APPEARANCE

This matter comes before the Court on the motion of Ramon Rossi Lopez to withdraw the appearance of Matthew Lopez on behalf of all plaintiffs in the cases listed on Exhibit A.

The court having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Matthew Lopez is hereby withdrawn as counsel of record for all plaintiffs in the cases listed in Exhibit A.

**SO ORDERED** this ___ day of January 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered counsel of Record.

EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Joe Billy Beasley, Sr | 1:17-cv-00213-RLY-TAB |
| Barbara Meredith | 1:17-cv-00638-RLY-TAB |
| Dorothy Brown | 1:17-cv-00761-RLY-TAB |
| Jason Luu | 1:17-cv-00991-RLY-TAB |
| Andrea Morris | 1:17-cv-01010-RLY-TAB |
| Erin Graham | 1:17-cv-01143-RLY-TAB |
| Cheryl Francis | 1:17-cv-01185-RLY-TAB |
| Nalini Rajendran | 1:17-cv-01247-RLY-TAB |
| Barbara Pearlman | 1:17-cv-01269-RLY-TAB |
| Donald Bowie | 1:17-cv-01270-RLY-TAB |
| Kristen White | 1:17-cv-01476-RLY-TAB |
| Tanja Douglass | 1:17-cv-01478-RLY-TAB |
| Joan Pennewill | 1:17-cv-01499-RLY-TAB |
| Daniel J. Taylor | 1:17-cv-01501-RLY-TAB |
| Joshua Fallis | 1:17-cv-01504-RLY-TAB |
| Eric Glover | 1:17-cv-01506-RLY-TAB |
| Victoria Burton | 1:17-cv-01669-RLY-TAB |
| Robert Shankie | 1:17-cv-01902-RLY-TAB |
| Melissa Smith | 1:17-cv-02068-RLY-TAB |
| Jayne Armstrong | 1:17-cv-02196-RLY-TAB |
| Mary Wagner | 1:17-cv-02240-RLY-TAB |
| Manuel Torres | 1:17-cv-02289-RLY-TAB |
| Joey Little | 1:17-cv-02403-RLY-TAB |
| Robert Benton, Jr. | 1:17-cv-02404-RLY-TAB |
| Jessica Knoss | 1:17-cv-02481-RLY-TAB |