IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>JOHN MOELLER and DOROTHY JEAN MOELLER<br><br>Civil Case # 1:18-cv-00010-RLY-TAB | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, John Moeller and Dorothy Jean Moeller, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:18-cv-00010-RLY-TAB. Each side will bear its own costs.

Date: January 26, 2023                                  Respectfully Submitted,

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | FAEGRE DRINKER BIDDLE & REATH, LLP |
| By:   */s/ Randi Kassan*<br>Randi Kassan<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Telephone: (516) 741-5600<br>rkassan@milberg.com | By:   */s/ Joshua Busch*<br>Joshua T. Busch<br>320 South Canal Street, Suite 3300<br>Chicago, IL 60606<br>Telephone: (312) 212-6541<br>joshua.busch@faegredrinker.com |
| ***Counsel for Plaintiffs*** | ***Counsel for Defendants*** |

## CERTIFICATE OF SERVICE

I, Randi Kassan, hereby certify that on January 26, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Randi Kassan
Randi Kassan