AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | |
|---|---|
| ALESHIA THOMAS | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) |
| *Defendant* | )  This document relates to case no.  1:23-cv-06962-RLY-TAB |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Aleshia Thomas                                                                                            .

Date:      01/26/2023                                        /s/Jessica Glitz
                                                                    *Attorney's signature*


                                                          Jessica Glitz TX Bar No. 24076095
                                                                *Printed name and bar number*

                                                               Johnson Law Group
                                                         2925 Richmond Ave, Suite 1700
                                                               Houston, TX 77098

                                                                       *Address*

                                                          IVC@johnsonlawgroup.com
                                                                   *E-mail address*

                                                               (713) 626-9336
                                                                *Telephone number*

                                                               (713) 626-3394
                                                                    *FAX number*