# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Jamie Eden - 1:20-cv-06307-RLY-TAB<br>Jamey Wiley - 1:21-cv-06326-RLY-TAB<br>Eddie Poole - 1:21-cv-06322-RLY-TAB<br>Aisha Howard - 1:21-cv-06330-RLY-TAB<br>Vanessa Santiago - 1:20-cv-06289-RLY-TAB<br>Bernadette Clark - 1:21-cv-06327-RLY-TAB<br>Shante Martin - 1:22-cv-06831-RLY-TAB<br>Robbill Mohammed - 1:22-cv-06832-RLY-TAB | |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

NOW COMES the above-captioned Plaintiffs who respectfully request permission to withdraw the attorney appearance of Blake G. Tanase and for such would show the Court as follows:

1. Plaintiffs were initially represented by both Blake G. Tanase and Basil E. Adham of Johnson Law Group.

2. Blake G. Tanase has subsequently left the law firm of Johnson Law Group.

3. Basil E. Adham and Johnson Law Group continue to represent Plaintiffs in each respective matter.

4. As such, Plaintiffs seek an Order from the Court withdrawing Blake G. Tanase as counsel of record in each respective matter.

  5.  Plaintiffs have approved the withdrawal.

  6.  This withdrawal is not requested for purposes of delay and will not prejudice any party.

WHEREFORE, Plaintiffs pray that this Honorable Court GRANT Plaintiffs' Motion to Withdraw Attorney Appearance, removing Blake G. Tanase as counsel of record for Plaintiffs.

**DATED:** January 31, 2023      Respectfully Submitted,

                /s/ Basil E. Adham
                Basil E. Adham (TX Bar No. 2408172)
                **JOHNSON LAW GROUP**
                2925 Richmond Ave., Ste. 1700
                Houston, TX 77098
                Phone: (713) 626-9336
                ivc@johnsonlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

**DATED**: January 31, 2023                     */s/ Basil E. Adham*
                                                Basil E. Adham