IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Jamie Eden - 1:20-cv-06307-RLY-TAB<br>Jamey Wiley - 1:21-cv-06326-RLY-TAB<br>Eddie Poole - 1:21-cv-06322-RLY-TAB<br>Aisha Howard - 1:21-cv-06330-RLY-TAB<br>Vanessa Santiago - 1:20-cv-06289-RLY-TAB<br>Bernadette Clark - 1:21-cv-06327-RLY-TAB<br>Shante Martin - 1:22-cv-06831-RLY-TAB<br>Robbill Mohammed - 1:22-cv-06832-RLY-TAB | |

**ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE**

Plaintiffs' Motion to Withdraw Attorney Appearance of Blake G. Tanase is GRANTED, it is therefore,

ORDERED that Blake G. Tanase is withdrawn as attorney of record for Plaintiffs Jamie Eden, Jamey Wiley, Eddie Poole, Aisha Howard, Vanessa Santiago, Bernadette Clark, Shante Martin, and Robbill Mohammed effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiffs.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana