IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: MAJED KALLABAT

Civil Case #1:19-cv-5019-TAB-RLY

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court taking it into consideration, hereby grants the Motion. [Filing No. 23397.]

**IT IS THEREFORE ORDERED** that Michael Kallabat, on behalf of the Estate of Majed Kallabat, is substituted as Plaintiff in the above referenced action.

Date: 1/31/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.