IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND             MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

       Tommy Pointer
       1:18-cv-3404-RLY-TAB

## **ORDER**

ON THIS DAY came for consideration Raley L. Wiggins's Motion to Substitute himself, as Administrator of the Estate of Tommy Joe Pointer, deceased, as Party Plaintiff for Tommy Pointer and for Leave to file a First Amended Short Form Complaint. Having considered the Motion, the Court now GRANTS the motion. [Filing No. 23405.]

IT IS THEREFORE ORDERED that Raley L. Wiggins, as Administrator of the Estate of Tommy Joe Pointer, is hereby substituted as Party Plaintiff for Tommy Pointer in this action.

IT IS FURTHER ORDERED that Plaintiff's First Amended Short Form Complaint is hereby deemed filed as the date of this order.

Date: 1/31/2023

                                        _____
                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.