UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Howard Banks | ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|     Plaintiff | ) | |
| v. | ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. | ) | |
|     Defendant | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE TO FILE A MOTION TO SUBSTITUTE PARTY**

This matter is before the Court on Plaintiff's Motion For Leave To Extend The 90 Day Deadline To File A Motion To Substitute Party. Having considered the Motion, the Court now GRANTS the motion. [Filing No. 23408.]

IT IS THEREFORE ORDERED that the deadline for Plaintiff to file its Motion to Substitute Party shall be no later than March 31, 2023.

Date: 1/31/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.