IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Scott
1:17-cv-04240

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE
## FIRST AMENDED SHORT FORM COMPLAINT

Raley L. Wiggins, as Administrator of the Estate of Mark Leslie Scott, deceased, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Raley L. Wiggins, as Administrator of the Estate of Mark Leslie Scott for Plaintiff Mark Scott, and to grant leave to file the attached First Amended Short Form Complaint.  In support of this motion, movant states the following:

1.      Plaintiff Mark Scott filed a Short Form Complaint for this action in this Court on November 14, 2017.

2.      On February 13, 2021, Plaintiff Mark Scott passed away from injuries not related to the IVC Filter at issue.

3.      On January 18, 2023, movant Raley L. Wiggins was appointed Administrator of the Estate of Mark Leslie Scott, the deceased Plaintiff in this action. This estate is pending in the Probate Court of Tuscaloosa, State of Alabama, and bears Case No. 2023-46.  A copy of that appointment is attached hereto Exhibit 1.  As the duly appointed Administrator of the Estate of

Mark Leslie Scott, movant is now the appropriate party to continue this action in place of the decedent. A proposed First Amended Short Form Complaint containing a survival count is attached hereto as Exhibit 2.

WHEREFORE, movant prays for the following relief: (1) the Court substitute Raley L. Wiggins, as Administrator of the Estate of Mark Leslie Scott deceased, as Party Plaintiff for Mark Scott; (2) the Court grant leave to file the attached First Amended Short Form Complaint: (3) the Court deem the attached First Amended Short Form Complaint filed *instanter*.

Respectfully Submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, EDMo # 57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of

record this 31st day of January 2023, by way of the Court's CM/ECF filing system.


*/s/ Michael S. Kruse*