# Exhibit 1

## IN THE PROBATE COURT OF TUSCALOOSA COUNTY ALABAMA

IN RE THE ESTATE OF
MARK LESLIE SCOTT,
  Deceased.

CASE NO. 2023-46

### ORDER GRANTING LETTERS OF ADMINISTRATION

This day came Raley L. Wiggins and presented a petition in writing, under oath, praying that Letters of Administration for the Estate of Mark Leslie Scott, Deceased, be issued to said Petitioner. This Petition was examined by the Court and it was filed and recorded. It appears to the Court that the allegations contained in said Petition are true and correct, and that those statements are as follows:

1. The Deceased died on or about February 13, 2021.

2. The Petition was filed more than five days after the date of the Deceased's death.

3. Mark Leslie Scott was at the time of his death an inhabitant of Tuscaloosa County, Alabama.

4. Petitioner Raley L. Wiggins is an attorney at law who is unrelated to the Decedent and is a resident of Montgomery, Alabama.

5. Petitioner is over the age of nineteen years and is in no respect disqualified under the law from serving as Personal Representative.

6. More than forty (40) days have elapsed since the death of the said Mark Leslie Scott, and no one entitled to appointment pursuant to Ala. Code (1975) § 43-2-42(a)(1) – (3) or § 43-2-42(b)(1) – (3) has applied for letters of administration, and any such individuals have therefore relinquished his or her right to be appointed as administrator pursuant to Ala. Code § 43-2-43(b) (1975); therefore, anyone who would otherwise be entitled to appointment as administrator of the above-entitled estate of the decedent has relinquished his or her right to be appointed as such administrator. Ala. Code § 43-2-43(b) (1975).

-1-

FILED 1-18 2023
Ward D. Robertson, III
Judge of Probate
TUSCALOOSA COUNTY, ALABAMA

7. The Deceased left no last will and testament.

8. The Deceased left surviving the following heirs at law and next of kin who are as follows, to-wit:

    a. BRIGGETTE B. GREY, Decedent's surviving spouse, whose address is 2557 W. 117th Street, Chicago, Illinois, 60655; and

    b. LESLIE BAKER, Decedent's the adult daughter, whose address is 6142 France Avenue North, Brookland Center, Minnesota, 55429.

9. All of the foregoing heirs at law and next of kin are under no legal disability such as would require the appointment of a guardian ad litem.

10. It further appears that the Petitioner has filed for approval a bond, as required by Ala. Code § 43-2-851(a) (1975), in the penal sum of $20,000.00, and it appears to the Court, having examined the bond, that the bond is in order with sufficient sureties thereon, and that the bond should therefore be approved.

It is therefore ORDERED, ADJUDGED and DECREED:

A. Letters of Administration are due to be and are hereby granted to Raley L. Wiggins;

B. That the Petition of Raley L. Wiggins heretofore filed with this Court shall be recorded in the Probate Records of Tuscaloosa County, Alabama;

C. That the Administrator's bond heretofore filed by said Petitioner is hereby approved and taken, and is to be recorded; and

D. Petitioner is hereby authorized to administer the Estate of the Mark Leslie Scott, deceased.

DONE this the 18th day of January, 2023.

*Ward D. Robertson*
Hon. Ward D. Robertson, III
Judge of Probate
Tuscaloosa County, Alabama