IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Mark Scott
    1:17-cv-4240

## **ORDER**

ON THIS DAY came for consideration Raley L. Wiggins's Motion to Substitute himself, as Administrator of the Estate of Mark Leslie Scott, Deceased, as Party Plaintiff for Mark Scott and for Leave to file a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Raley L. Wiggins, as Administrator of the Estate of Mark Leslie Scott, is hereby substituted as Party Plaintiff for Mark Scott in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 2 is hereby deemed filed *instanter*.

SO ORDERED:      _____
                                                                                                 Date