IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>GINA SMITH<br>Civil Case #1:20-cv-639 | |

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Gina Smith.

Respectfully submitted February 1, 2023.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Rhett@westrikeback.com
**Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: February 1, 2023

                                                                                          */s/ Rhett A. McSweeney*
                                                                                       Rhett A. McSweeney