IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>GINA SMITH<br>Civil Case #1:20-cv-639 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Gina Smith and files this motion to substitute her surviving spouse, Gregory Smith, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Gina Smith filed the present action in the United States District Court of the Southern District of Indiana on February 26, 2020.

2. Plaintiff Gina Smith died on September 3, 2022.

3. On February 2, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [22556] and Doc. No. [8]. Plaintiff's counsel recently learned of the death of Mrs. Smith after filing the lawsuit and contacting her husband.

4. Gregory Smith surviving spouse of Gina Smith, is the proper party plaintiff to substitute for Plaintiff-decedent Gina Smith and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be

made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Gregory Smith as the proper party plaintiff in this action.

Respectfully submitted February 1, 2023.

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney #269542
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Rhett@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: February 1, 2023

                                                */s/ Rhett A. McSweeney*
                                                Rhett A. McSweeney