EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Michelle Acosta | 1:17-cv-04086-RLY-TAB |
| Roxanne Boshardy | 1:17-cv-04686-RLY-TAB |
| Bonnie Jean Brown | 1:17-cv-03332-RLY-TAB |
| Sheron Clark | 1:17-cv-04624-RLY-TAB |
| Violet Dobbins | 1:17-cv-04645-RLY-TAB |
| Robert Dykes | 1:17-cv-03191-RLY-TAB |
| William Froelich | 1:17-cv-03207-RLY-TAB |
| Penelope Garcia | 1:17-cv-03086-RLY-TAB |
| Lora Gibson | 1:17-cv-03694-RLY-TAB |
| Lawrence Greene | 1:18-cv-00598-RLY-TAB |
| Patrick Hatten | 1:18-cv-00326-RLY-TAB |
| Karen Hilton-Clarke | 1:18-cv-00645-RLY-TAB |
| Arthur Hoye | 1:17-cv-03353-RLY-TAB |
| Sharon Ann Hutchinson | 1:17-cv-04087-RLY-TAB |
| Luanna Koch | 1:17-cv-04649-RLY-TAB |
| Christine Lopez | 1:17-cv-03030-RLY-TAB |
| Carolyn Mycek | 1:18-cv-00042-RLY-TAB |
| Gregory Gene Myers | 1:17-cv-04754-RLY-TAB |
| Sharon Powell | 1:18-cv-01245-RLY-TAB |
| William Sanchez | 1:17-cv-03067-RLY-TAB |
| Karen Vezina | 1:18-cv-01511-RLY-TAB |
| Crystal Whitehead | 1:18-cv-01170-RLY-TAB |
| Sherby Wilborn | 1:18-cv-01759-RLY-TAB |
| Connie Yandell | 1:18-cv-01073-RLY-TAB |