IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
All Cases Listed on Exhibit A

## ORDER WITHDRAWING APPEARANCE

This matter comes before the Court on the motion of Ramon Rossi Lopez to withdraw the appearance of Matthew Lopez on behalf of all plaintiffs in the cases listed on Exhibit A.

The court having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Matthew Lopez is hereby withdrawn as counsel of record for all plaintiffs in the cases listed in Exhibit A.

**SO ORDERED** this ___ day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered counsel of Record.

EXHIBIT A

| Plaintiff | Case No. |
| --- | --- |
| Michelle Acosta | 1:17-cv-04086-RLY-TAB |
| Roxanne Boshardy | 1:17-cv-04686-RLY-TAB |
| Bonnie Jean Brown | 1:17-cv-03332-RLY-TAB |
| Sheron Clark | 1:17-cv-04624-RLY-TAB |
| Violet Dobbins | 1:17-cv-04645-RLY-TAB |
| Robert Dykes | 1:17-cv-03191-RLY-TAB |
| William Froelich | 1:17-cv-03207-RLY-TAB |
| Penelope Garcia | 1:17-cv-03086-RLY-TAB |
| Lora Gibson | 1:17-cv-03694-RLY-TAB |
| Lawrence Greene | 1:18-cv-00598-RLY-TAB |
| Patrick Hatten | 1:18-cv-00326-RLY-TAB |
| Karen Hilton-Clarke | 1:18-cv-00645-RLY-TAB |
| Arthur Hoye | 1:17-cv-03353-RLY-TAB |
| Sharon Ann Hutchinson | 1:17-cv-04087-RLY-TAB |
| Luanna Koch | 1:17-cv-04649-RLY-TAB |
| Christine Lopez | 1:17-cv-03030-RLY-TAB |
| Carolyn Mycek | 1:18-cv-00042-RLY-TAB |
| Gregory Gene Myers | 1:17-cv-04754-RLY-TAB |
| Sharon Powell | 1:18-cv-01245-RLY-TAB |
| William Sanchez | 1:17-cv-03067-RLY-TAB |
| Karen Vezina | 1:18-cv-01511-RLY-TAB |
| Crystal Whitehead | 1:18-cv-01170-RLY-TAB |
| Sherby Wilborn | 1:18-cv-01759-RLY-TAB |
| Connie Yandell | 1:18-cv-01073-RLY-TAB |