EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Tammy Hughes | 1:18-cv-02068-RLY-TAB |
| Monica Wilson | 1:18-cv-02069-RLY-TAB |
| Luvenia Bason | 1:18-cv-02145-RLY-TAB |
| Morris Ullom | 1:18-cv-02325-RLY-TAB |
| Kenneth Hunter | 1:18-cv-02339-RLY-TAB |
| Nettie Foster | 1:18-cv-02851-RLY-TAB |
| Katherine Sjomeling | 1:18-cv-03013-RLY-TAB |
| Drake Ulmer | 1:18-cv-03027-RLY-TAB |
| John Coulston | 1:18-cv-03348-RLY-TAB |
| Holly Cain | 1:18-cv-03480-RLY-TAB |
| Bruce Belfield | 1:18-cv-03799-RLY-TAB |
| William Roy Seidler-Brennan | 1:18-cv-04086-RLY-TAB |
| Keniel Leonardo Martinez | 1:18-cv-04088-RLY-TAB |
| Mariyn Kreblin | 1:19-cv-00207-RLY-TAB |
| Ana Maria Gonzalez | 1:19-cv-00567-RLY-TAB |
| Patrick Murphy | 1:19-cv-00644-RLY-TAB |
| Patricia Dietrich | 1:19-cv-02412-RLY-TAB |
| Ashley Riggins | 1:19-cv-02415-RLY-TAB |
| James Bennett | 1:19-cv-02738-RLY-TAB |
| Barbara Jones | 1:19-cv-03805-RLY-TAB |
| Ruth Jumper | 1:19-cv-04487-RLY-TAB |
| Kathleen Snyder | 1:20-cv-00507-RLY-TAB |
| Darrell Johnson | 1:20-cv-00602-RLY-TAB |
| Valerie Edwards | 1:21:cv-06689-RLY-TAB |
| Ziad Gammoh | 1:21-cv-06401-RLY-TAB |
| Edward Clark | 1:21-cv-06456-RLY-TAB |