IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
All Cases Listed on Exhibit A

## ORDER WITHDRAWING APPEARANCE

This matter comes before the Court on the motion of Ramon Rossi Lopez to withdraw the appearance of Matthew Lopez on behalf of all plaintiffs in the cases listed on Exhibit A.

The court having reviewed counsel's motion, and otherwise being duly advised in the premises, hereby GRANTS said Motion

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Matthew Lopez is hereby withdrawn as counsel of record for all plaintiffs in the cases listed in Exhibit A.

**SO ORDERED** this ___ day of February 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered counsel of Record.

EXHIBIT A

| Plaintiff | Case No. |
|---|---|
| Tammy Hughes | 1:18-cv-02068-RLY-TAB |
| Monica Wilson | 1:18-cv-02069-RLY-TAB |
| Luvenia Bason | 1:18-cv-02145-RLY-TAB |
| Morris Ullom | 1:18-cv-02325-RLY-TAB |
| Kenneth Hunter | 1:18-cv-02339-RLY-TAB |
| Nettie Foster | 1:18-cv-02851-RLY-TAB |
| Katherine Sjomeling | 1:18-cv-03013-RLY-TAB |
| Drake Ulmer | 1:18-cv-03027-RLY-TAB |
| John Coulston | 1:18-cv-03348-RLY-TAB |
| Holly Cain | 1:18-cv-03480-RLY-TAB |
| Bruce Belfield | 1:18-cv-03799-RLY-TAB |
| William Roy Seidler-Brennan | 1:18-cv-04086-RLY-TAB |
| Keniel Leonardo Martinez | 1:18-cv-04088-RLY-TAB |
| Mariyn Kreblin | 1:19-cv-00207-RLY-TAB |
| Ana Maria Gonzalez | 1:19-cv-00567-RLY-TAB |
| Patrick Murphy | 1:19-cv-00644-RLY-TAB |
| Patricia Dietrich | 1:19-cv-02412-RLY-TAB |
| Ashley Riggins | 1:19-cv-02415-RLY-TAB |
| James Bennett | 1:19-cv-02738-RLY-TAB |
| Barbara Jones | 1:19-cv-03805-RLY-TAB |
| Ruth Jumper | 1:19-cv-04487-RLY-TAB |
| Kathleen Snyder | 1:20-cv-00507-RLY-TAB |
| Darrell Johnson | 1:20-cv-00602-RLY-TAB |
| Valerie Edwards | 1:21:cv-06689-RLY-TAB |
| Ziad Gammoh | 1:21-cv-06401-RLY-TAB |
| Edward Clark | 1:21-cv-06456-RLY-TAB |