IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Jamie Eden - 1:20-cv-06307-RLY-TAB<br>Jamey Wiley - 1:21-cv-06326-RLY-TAB<br>Eddie Poole - 1:21-cv-06322-RLY-TAB<br>Aisha Howard - 1:21-cv-06330-RLY-TAB<br>Vanessa Santiago - 1:20-cv-06289-RLY-TAB<br>Bernadette Clark - 1:21-cv-06327-RLY-TAB<br>Shante Martin - 1:22-cv-06831-RLY-TAB<br>Robbill Mohammed - 1:22-cv-06832-RLY-TAB | |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY APPEARANCE

This matter is before the Court on the above-referenced Plaintiffs' Motion to Withdraw Attorney Appearance of Blake G. Tanase. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 23520.]

IT IS THEREFORE ORDERED that Blake G. Tanase is withdrawn as attorney of record for Plaintiffs Jamie Eden, Jamey Wiley, Eddie Poole, Aisha Howard, Vanessa Santiago, Bernadette Clark, Shante Martin, and Robbill Mohammed effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiffs.

Date: 2/3/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.