# FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) MDL NO. 1:14-ml-2570-RLY-TAB ) ) ) |

## NOTICE OF SUGGESTION OF DEATH

**This Document Relates to**
**Plaintiff(s): Troy Alexander**
**Civil Case No.: 1:17-cv-01238**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Troy Alexander, died on or about June 18, 2019.

Dated: February 08, 2023                               Respectfully Submitted,

                                                                        **FLINT COOPER, LLC**
                                                                        By: _Laci Whitley_
                                                                        Laci M. Whitley IL Bar No. 6314263
                                                                        Attorney for Plaintiff
                                                                        222 East Park Street, Suite 500
                                                                        Edwardsville, IL 62025
                                                                        Phone: (618) 288-4777
                                                                        Fax: (618) 288-2864
                                                                        lwhitley@flintcooper.com