# EXHIBIT A

## Affidavit of Next of Kin

THIS INSTRUMENT HEREBY ACKNOWLEDGES that the undersigned,

__Teneisha Hall__ ("affiant") residing at __3533 ferncliff Ave A7 Nw Roanoke, VA__ is of legal age, and does hereby swear and affirm that the following is true and accurate, to the best of his/her knowledge, under penalty of perjury:

That I, __Teneisha Hall__, can state as truth that:

1. I am legally entitled under state law and applicable statutes to request any and all medical records, employment records, military records, tax records and social security records for the deceased person named __Troy Alexander__.

2. There is no other person or persons who have been granted or appointed as the personal representative for the above named deceased person, whatsoever.

3. I am of sound mind.

4. I have not been coached or coerced in any way concerning this testimony and affidavit.

5. My relationship to decedent is: __His daughter__

I certify that all the information contained in this affidavit is true, correct, and complete, and made in good faith.

I understand that knowingly making any false or fraudulent statement or representation in this matter may constitute a violation of federal, state, or local statutes, and may result in penalties.

Signed to this __26th__ day of __September__, __2022__

__T. Hall__                        __Teneisha Hall__
Signature of Affiant               Print Name of Affiant

__3533 ferncliff Ave A7 Nw Roanoke, VA 24017__
Address of Affiant

STATE OF __Virginia__     COUNTY OF __Roanoke__

In __Roanoke__, on the __26th__ day of __September__, 20__22__, before me, a Notary Public in and for the above state and County __Roanoke__, personally appeared known to me or proved to be the person who executed the foregoing instrument, and being first duly sworn, such person acknowledged that he or she executed said instrument for the purposes therein contained as his or her free and voluntary act and deed.

Type of ID Produced: __Drivers License__  Affiant __is ✓__ is not personally known to me

__Kristy L. Jennings__
NOTARY PUBLIC
My Commission Expires: __May 31, 2024__ (SEAL)

KRISTY L. JENNINGS
NOTARY PUBLIC
REG. #7157551
MY COMMISSION EXPIRES 05/31/2024
COMMONWEALTH OF VIRGINIA