# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Brian Bazinet - 1:21-cv-06351-RLY-TAB<br>Kenneth Doran - 1:20-cv-06208-RLY-TAB<br>Antonio Quistian - 1:21-cv-06347-RLY-TAB | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

This matter is before the Court on the above-referenced Plaintiffs' Motion to Withdraw Attorney Appearance of Katelyn E. Richardson. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 23522.]

IT IS THEREFORE ORDERED that Katelyn E. Richardson is withdrawn as attorney of record for Plaintiffs Brian Bazinet, Kenneth Doran, and Antonio Quistian effective immediately. Basil E. Adham and Johnson Law Group shall continue to serve as counsel of record for Plaintiffs.

Date: 2/3/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.