IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
All Cases Listed on Exhibit A

## ORDER WITHDRAWING APPEARANCE

This matter comes before the Court on several motions of Ramon Rossi Lopez to withdraw the appearances of Matthew Lopez on behalf of all plaintiffs in the cases listed on Exhibit A, and the court having reviewed counsel's motions, and otherwise being duly advised in the premises, hereby GRANTS said Motions. [Filing Nos. 23423, 23466, 23489, 23547, 23458.]

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Matthew Lopez is hereby withdrawn as counsel of record for all plaintiffs in the cases listed in Exhibit A.

Date: 2/8/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.