1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC.

1:14-cv-00139-RLY-TAB TASKER v. COOK MEDICAL INCORPORATED et al

1:14-cv-01209-RLY-TAB CARTER v. COOK MEDICAL INCORPORATED et al

1:14-cv-01579-RLY-TAB HIBBLE v. COOK MEDICAL INCORPORATED et al

1:14-cv-01971-RLY-TAB WILLINSKY v. COOK MEDICAL INCORPORATED et al

1:14-cv-02130-RLY-TAB ARSANTO et al v. COOK MEDICAL INCORPORATED et al

1:14-cv-06000-RLY-TAB BRADY et al v. COOK MEDICAL INCORPORATED et al

1:15-cv-00246-RLY-TAB BEDDELL v. COOK MEDICAL INCORPORATED et al

1:15-cv-00248-RLY-TAB ENRIGHT v. COOK MEDICAL INCORPORATED et al

1:15-cv-00250-RLY-TAB FIGART et al v. COOK MEDICAL INCORPORATED et al

1:15-cv-00256-RLY-TAB GRIFFEY et al v. COOK GROUP, INC. et al

1:15-cv-00258-RLY-TAB MINGO et al v. COOK GROUP, INC. et al

1:15-cv-00414-RLY-TAB SCHIERER et al v. COOK GROUP, INC. et al

1:15-cv-00525-RLY-TAB VIXAY v. COOK INCORPORATED et al

1:15-cv-00595-RLY-TAB HALATEK et al v. COOK INCORPORATED et al

1:15-cv-01388-RLY-TAB GURMU v. COOK INCORPORATED et al

1:15-cv-01543-RLY-TAB OSGOOD v. COOK INCORPORATED et al

1:15-cv-01635-RLY-TAB DIXON et al v. COOK MEDICAL INC. et al

1:15-cv-01793-RLY-TAB SPAVOLD v. COOK MEDICAL INCORPORATED et al

1:15-cv-01794-RLY-TAB REYNOLDS v. COOK MEDICAL INCORPORATED et al

1:15-cv-01905-RLY-TAB WHITE v. COOK MEDICAL INC.

1:15-cv-06025-RLY-TAB TRAMBLE et al v. COOK MEDICAL LLC et al

1:16-cv-00159-RLY-TAB KELLEY v. COOK MEDICAL INCORPORATED et al

1:16-cv-00268-RLY-TAB SKINNER et al v. COOK INCORPORATED et al

1:16-cv-00286-RLY-TAB PALMER v. COOK INCORPORATED et al

1:16-cv-00460-RLY-TAB EXTERKAMP v. COOK INCORPORATED et al

1:16-cv-00484-RLY-TAB MERKEL et al v. COOK INCORPORATED et al

1:16-cv-00488-RLY-TAB LAUTERBACH et al v. COOK INCORPORATED et al

1:16-cv-00498-RLY-TAB EASON et al v. COOK INCORPORATED et al

1:16-cv-00703-RLY-TAB JONES v. COOK INCORPORATED et al

1:16-cv-00848-RLY-TAB CONVERY et al v. COOK INCORPORATED et al

1:16-cv-00959-RLY-TAB DEJESUS et al v. COOK INCORPORATED et al

1:16-cv-01114-RLY-TAB DINKINS v. COOK INCORPORATED et al

1:16-cv-01119-RLY-TAB SATBERRY et al v. COOK INCORPORATED et al

1:16-cv-01308-RLY-TAB BOLING v. COOK INCORPORATED et al

1:16-cv-01379-RLY-TAB MCCOMB et al v. COOK INCORPORATED et al

1:16-cv-01394-RLY-TAB WILLIAMS et al v. COOK INCORPORATED et al

1:16-cv-01669-RLY-TAB RIGGS et al v. COOK INCORPORATED et al

1:16-cv-01782-RLY-TAB AVILEZ v. COOK INCORPORATED et al

1:16-cv-01783-RLY-TAB ERICKSON v. COOK INCORPORATED et al

1:16-cv-01929-RLY-TAB GEARHEART et al v. COOK INCORPORATED et al

1:16-cv-01953-RLY-TAB CLIFT et al v. COOK INCORPORATED et al

1:16-cv-02167-RLY-TAB ODELL et al v. COOK INCORPORATED et al

1:16-cv-02219-RLY-TAB LENA v. COOK INCORPORATED et al

1:16-cv-02282-RLY-TAB SMITH v. COOK INCORPORATED et al

1:16-cv-02941-RLY-TAB WITKUS et al v. COOK INCORPORATED et al

1:16-cv-02977-RLY-TAB ALFORD v. COOK INCORPORATED et al

1:16-cv-02978-RLY-TAB BAKER v. COOK INCORPORATED et al

1:16-cv-02979-RLY-TAB MCBRIDE v. COOK INCORPORATED et al

1:16-cv-03016-RLY-TAB TEAMER v. COOK INCORPORATED et al

1:16-cv-03033-RLY-TAB MCCOMAS et al v. COOK INCORPORATED et al

1:16-cv-03129-RLY-TAB CARMAN v. COOK INCORPORATED et al

1:16-cv-03262-RLY-TAB CLAY et al v. COOK INCORPORATED et al

1:16-cv-03388-RLY-TAB FORD v. COOK INCORPORATED et al

1:16-cv-06041-RLY-TAB JOAN WISEMAN v. COOK MEDICAL INCORPORATED et al

1:17-cv-00213-RLY-TAB BEASLEY et al v. COOK INCORPORATED et al

1:17-cv-00638-RLY-TAB MEREDITH et al v. COOK INCORPORATED et al

1:17-cv-00761-RLY-TAB BROWN et al v. COOK INCORPORATED et al

1:17-cv-00991-RLY-TAB LUU v. COOK INCORPORATED et al

1:17-cv-01010-RLY-TAB MORRIS et al v. COOK INCORPORATED et al

1:17-cv-01143-RLY-TAB GRAHAM et al v. COOK INCORPORATED et al

1:17-cv-01185-RLY-TAB FRANCIS v. COOK INCORPORATED et al

1:17-cv-01210-RLY-TAB SOSA v. COOK INCORPORATED et al

1:17-cv-01247-RLY-TAB RAJENDRAN v. COOK INCORPORATED et al

1:17-cv-01269-RLY-TAB PEARLMAN v. COOK INCORPORATED et al

1:17-cv-01270-RLY-TAB BOWIE v. COOK INCORPORATED et al

1:17-cv-01476-RLY-TAB WHITE v. COOK INCORPORATED et al

1:17-cv-01478-RLY-TAB DOUGLASS et al v. COOK INCORPORATED et al

1:17-cv-01499-RLY-TAB PENNEWILL v. COOK INCORPORATED et al

1:17-cv-01501-RLY-TAB TAYLOR et al v. COOK INCORPORATED et al

1:17-cv-01504-RLY-TAB FALLIS et al v. COOK INCORPORATED et al

1:17-cv-01506-RLY-TAB GLOVER v. COOK INCORPORATED et al

1:17-cv-01669-RLY-TAB BURTON v. COOK INCORPORATED et al

1:17-cv-01902-RLY-TAB SHANKIE v. COOK INCORPORATED et al

1:17-cv-02068-RLY-TAB SMITH et al v. COOK INCORPORATED et al

1:17-cv-02196-RLY-TAB ARMSTRONG et al v. COOK INCORPORATED et al

1:17-cv-02240-RLY-TAB WAGNER v. COOK INCORPORATED et al

1:17-cv-02289-RLY-TAB TORRES v. COOK INCORPORATED et al

1:17-cv-02403-RLY-TAB LITTLE v. COOK INCORPORATED et al

1:17-cv-02404-RLY-TAB BENTON, JR. et al v. COOK INCORPORATED et al

1:17-cv-02481-RLY-TAB KNOSS v. COOK INCORPORATED et al

1:17-cv-03030-RLY-TAB LOPEZ et al v. COOK INCORPORATED et al

1:17-cv-03067-RLY-TAB SANCHEZ v. COOK INCORPORATED et al

1:17-cv-03086-RLY-TAB GARCIA et al v. COOK INCORPORATED et al

1:17-cv-03191-RLY-TAB DYKES JR. v. COOK INCORPORATED et al

1:17-cv-03207-RLY-TAB FROELICH et al v. COOK INCORPORATED et al

1:17-cv-03332-RLY-TAB BROWN v. COOK INCORPORATED et al

1:17-cv-03353-RLY-TAB  HOYE v. COOK INCORPORATED et al

1:17-cv-03694-RLY-TAB  GIBSON v. COOK INCORPORATED et al

1:17-cv-04086-RLY-TAB  ACOSTA v. COOK INCORPORATED et al

1:17-cv-04087-RLY-TAB  HUTCHINSON v. COOK INCORPORATED et al

1:17-cv-04624-RLY-TAB  CLARK v. COOK INCORPORATED et al

1:17-cv-04645-RLY-TAB  DOBBINS et al v. COOK INCORPORATED et al

1:17-cv-04649-RLY-TAB  KOCH et al v. COOK INCORPORATED et al

1:17-cv-04686-RLY-TAB  BOSHARDY et al v. COOK INCORPORATED et al

1:17-cv-04754-RLY-TAB  MYERS v. COOK INCORPORATED et al

1:18-cv-00042-RLY-TAB  MYCEK v. COOK INCORPORATED et al

1:18-cv-00326-RLY-TAB  HATTEN v. COOK INCORPORATED et al

1:18-cv-00598-RLY-TAB  GREENE v. COOK INCORPORATED et al

1:18-cv-00645-RLY-TAB  HILTON-CLARKE v. COOK INCORPORATED et al

1:18-cv-01073-RLY-TAB  YANDELL et al v. COOK INCORPORATED et al

1:18-cv-01170-RLY-TAB  WHITEHEAD v. COOK INCORPORATED et al

1:18-cv-01245-RLY-TAB  POWELL et al v. COOK INCORPORATED et al

1:18-cv-01511-RLY-TAB  VEZINA v. COOK INCORPORATED et al

1:18-cv-01759-RLY-TAB  WILBORN v. COOK INCORPORATED et al

1:18-cv-02068-RLY-TAB  HUGHES et al v. COOK INCORPORATED et al

1:18-cv-02069-RLY-TAB  WILSON v. COOK INCORPORATED et al

1:18-cv-02145-RLY-TAB  BASON v. COOK INCORPORATED et al

1:18-cv-02325-RLY-TAB  ULLOM v. COOK INCORPORATED et al

1:18-cv-02339-RLY-TAB  HUNTER v. COOK INCORPORATED et al

1:18-cv-02851-RLY-TAB  FOSTER v. COOK INCORPORATED et al

1:18-cv-03013-RLY-TAB  SJOMELING et al v. COOK INCORPORATED et al

1:18-cv-03027-RLY-TAB  ULMER v. COOK INCORPORATED et al

1:18-cv-03348-RLY-TAB  COULSTON et al v. COOK INCORPORATED et al

1:18-cv-03480-RLY-TAB  CAIN v. COOK INCORPORATED et al

1:18-cv-03799-RLY-TAB  BELFIELD v. COOK INCORPORATED et al

1:18-cv-04086-RLY-TAB SEIDLER-BRENNAN et al v. COOK INCORPORATED et al

1:18-cv-04088-RLY-TAB MARTINEZ v. COOK INCORPORATED et al

1:19-cv-00207-RLY-TAB KREBLIN v. COOK INCORPORATED et al

1:19-cv-00567-RLY-TAB GONZALEZ et al v. COOK INCORPORATED et al

1:19-cv-00644-RLY-TAB MURPHY et al v. COOK INCORPORATED et al

1:19-cv-02412-RLY-TAB DIETRICH et al v. COOK INCORPORATED et al

1:19-cv-02415-RLY-TAB RIGGINS v. COOK INCORPORATED et al

1:19-cv-02738-RLY-TAB BENNETT et al v. COOK INCORPORATED et al

1:19-cv-03805-RLY-TAB JONES v. COOK INCORPORATED et al

1:19-cv-04487-RLY-TAB JUMPER v. COOK INCORPORATED et al

1:20-cv-00507-RLY-TAB SNYDER v. COOK INCORPORATED et al

1:20-cv-00602-RLY-TAB JOHNSON v. COOK INCORPORATED et al

1:21-cv-06401-RLY-TAB GAMMOH v. COOK INCORPORATED et al

1:21-cv-06456-RLY-TAB CLARK v. COOK INCORPORATED et al

1:21-cv-06689-RLY-TAB EDWARDS v. COOK INCORPORATED et al