# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Peggy Meadows**
**Civil Case No.: 1:16-cv-02733**

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Peggy Meadows, who died on or about November 7, 2022.

Dated: February 09, 2023

Respectfully Submitted,

**FARRIS, RILEY & PITT**

*/s/ Calle Mendenhall*
Calle Mendenhall
AL BAR: ASB-798-W37-E
505 20th Street North
Birmingham, AL 35203
(Tel) 205-324-1212
(Fax) 205-324-1255
cmendenhall@frplegal.com