# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to**
**Plaintiff(s): Peggy Meadows**
**Civil Case No.: 1:16-cv-02733**

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

**COME NOW**, RICHARD JEFFORY MEADOWS and BRYAN ROY MEADOWS, personal representatives of the Estate of Peggy Meadows, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Richard Jeffory Meadows and Bryan Roy Meadows as personal representatives of the Estate of Peggy Meadows (deceased), for Plaintiffs Richard Jeffory Meadows and Bryan Roy Meadows and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Peggy Meadows filed a Short Form Complaint for this action in this Court on October 11, 2016.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about October 11, 2016, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On November 10, 2022, Plaintiff Peggy Meadows passed away.

4. Peggy Meadow's action against Defendants survives her death and is not extinguished.

5. Richard Jeffory Meadows and Bryan Roy Meadows, decedent's surviving heirs, have now been appointed as the personal representatives for the Estate of Peggy Meadows. See the Letters of Testamentary attached hereto as Exhibit A.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves to substitute Richard Jeffory Meadows and Bryan Roy Meadows, as personal representatives of the Estate of Peggy Meadows, deceased, as Plaintiffs in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Richard Jeffory Meadows and Bryan Roy Meadows, as personal representatives of the Estate of Peggy Meadows, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Peggy Meadows is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

**WHEREFORE**, Plaintiff prays for the following relief (1) the Court substitute Richard Jeffory Meadows and Bryan Roy Meadows, as personal representatives of the Estate of Peggy Meadows, deceased, as Party Plaintiffs for Peggy Meadows; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:16-cv-02733 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Dated: February 09, 2023            Respectfully Submitted,

**FARRIS, RILEY & PITT**

*/s/ Calle Mendenhall*
Calle Mendenhall
AL BAR: ASB-798-W37-E
505 20th Street North
Birmingham, AL 35203
(Tel) 205-324-1212
(Fax) 205-324-1255
cmendenhall@frplegal.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 9th day of February 2023, by way of the Court's CM/ECF filing system.

*/s/ Calle Mendenhall*