# Exhibit A

| LETTERS TESTAMENTARY | PROBATE - 60 |
|---|---|

IN THE MATTER OF:  
THE ESTATE OF:  
PEGGY S. MEADOWS,  
DECEASED

IN THE PROBATE COURT OF  
JEFFERSON COUNTY, ALABAMA  
CASE NUMBER: 23BES000053

## LETTERS TESTAMENTARY

TO ALL WHOM IT MAY CONCERN:

The Will of the above-named deceased having been duly admitted to record in said county, Letters Testamentary are hereby granted to RICHARD JEFFORY MEADOWS AND BRYAN ROY MEADOWS the Personal Representatives named in said will, who has complied with the requisitions of the law and is authorized to administer the estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representatives, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, 19TH DAY OF JANUARY, 2023.

_____  
**JUDGE OF PROBATE**

I, JAMES P. NAFTEL, Judge of the Court of Probate of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the Letters Testamentary issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

WITNESS my hand and seal of said Court this date, 19TH DAY OF JANUARY, 2023.

_____  
**JUDGE OF PROBATE**