IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):
Carl Jackson
Civil Case No.: 1:17-cv-02113-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Minile Jackson's Motion to Substitute herself, as personal representative of Carl Jackson, deceased, as Plaintiff for Carl Jackson and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court now grants the motion. [Filing No. 23484.]

IT IS THEREFORE ORDERED that: (1) Minile Jackson, as personal representative and next of kin of Carl Jackson, is hereby substituted as Plaintiff for Carl Jackson in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/9/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.