IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

This Document Relates to Plaintiff(s)
Robert Munn

 Civil Case #1:17-cv-04727-RLY-TAB

---

### SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Robert Munn

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

     NA

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     Eva Munn (Daughter & Next of Kin)  Dependant Administrator of Estate of Robert Munn

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

     North Carolina

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6.  Plaintiff's/Deceased Party's current state of residence:

   North Carolina

7.  District Court and Division in which venue would be proper absent direct filing:

   Eastern District Court of North Carolina

8.  Defendants (Check Defendants against whom Complaint is made):

   ☑   Cook Incorporated

   ☑   Cook Medical LLC

   ☑   William Cook Europe ApS

9.  Basis of Jurisdiction:

   ☑   Diversity of Citizenship

   ☐   Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-28

   _____

   _____

   b.  Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☑ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

_____

11. Date of Implantation as to each product:

 January 12, 2015 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

NEW HANOVER REGIONAL MEDICAL CENTER _____

2131 S. 17th Street, Wilmington, NC 28401 _____

13. Implanting Physician(s):

 Andrew Hall, M.D. _____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:      Strict Products Liability – Failure to Warn

☑ Count II:     Strict Products Liability – Design Defect

☑ Count III:    Negligence

☑ Count IV:    Negligence Per Se

☑     Count V:      Breach of Express Warranty

☑     Count VI:     Breach of Implied Warranty

☑     Count VII:    Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:    Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:      Survival

☑     Count XI:     Punitive Damages

☐     Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐     Other:        _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Samuel M. Wendt _____

16. Address and bar information for Attorney for Plaintiff(s):

Dated this the  24      day of  January                    ,  20 23    .


Respectfully submitted,

**WENDT LAW FIRM, P.C.**

**s/Samuel M. Wendt**

Samuel M. Wendt      MO#53573
4717 Grand Avenue, Suite 130
Kansas City, MO 64112
Phone: (816) 531-4415
Fax: (816) 531-2507
E-mail: sam@wendtlaw.com
**ATTORNEY FOR PLAINTIFF**