IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

_____

This Document Relates to:
Whitney Tucker, Case No. 1:19-cv-3546-RLY-TAB

_____

**ORDER ON FEBRUARY 8, 2023, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel February 8, 2023, for a telephonic status conference. Plaintiff failed to appear as ordered. Plaintiff shall show cause by February 23, 2023, why sanctions, including dismissal, shall not issue for Plaintiff's failure to appear as ordered. Plaintiff's show cause response shall include a statement, signed by Plaintiff, stating whether she wants her counsel to withdraw. If Plaintiff wants counsel to withdraw, the Court will grant Plaintiff's counsel's motion to withdraw [Filing No. 23165], in which case Plaintiff will be given 14 days to retain new counsel or she will be deemed to be proceeding *pro se*. If Plaintiff's signed statement indicates she does not want her counsel to withdraw, the Court anticipates denying the motion to withdraw, which motion for now remains under advisement. Plaintiff's motion to strike Defendants' response to Plaintiff's motion to withdraw [Filing No. 23212] is denied. Although the motion to strike correctly notes Defendants' response was filed one day late, the Court finds no prejudice in this untimely filing and exercises its discretion to deny the motion to strike, which would have been better left unfiled.

Date: 2/9/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Andrew N. Faes and Thomas P. Cartmell are required to serve Plaintiff, Whitney Tucker