# EXHIBIT B

```
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION
                    UNITED STATES DISTRICT COURT


IN RE: COOK MEDICAL, INC.,      )
IVC FILTERS MARKETING, SALES    ) Cause No.
PRACTICES AND LIABILITY,        ) 1:14-ML-2570-RLY-TAB
LITIGATION                      ) Evansville, Indiana
                                ) May 2, 2018
                                ) 11:28 a.m.
                                )


                        Before the Honorable
                         RICHARD L. YOUNG

                   OFFICIAL REPORTER'S TRANSCRIPT OF
                          STATUS CONFERENCE




For Plaintiffs:           Ben C. Martin, Esq.
                          LAW OFFICES OF BEN C. MARTIN
                          3710 Rawlins St., Suite 1230
                          Dallas, TX  75219

                          Joseph N. Williams, Esq.
                          RILEY WILLIAMS & PIATT, LLC
                          301 Massachusetts Avenue
                          Indianapolis, IN  46204

                          Michael W. Heaviside, Esq.
                          HEAVISIDE REED ZAIC
                          910 17th Street NW, Suite 800
                          Washington, D.C.  20006
```

```
 1  motion for protective order regarding general discovery.  What
 2  your position is, in my perusal of the papers early this
 3  morning here, is that this is -- this has been the train has
 4  left the station on this a long time ago regarding discovery.
 5              MS. PIERSON:  Your Honor, you may recall when I
 6  first became involved in this MDL, company discovery had been
 7  going on for a year and a half at that point in time, and
 8  there was a hearing that we had in Indianapolis where Mr. King
 9  said:  We just need to know what's the cut-off for company
10  discovery as to the products in this litigation.  And there
11  was a long list of grievances that Mr. Martin had with Cook
12  about things that Cook had not produced, and you told the
13  plaintiffs essentially:  Send them a list of what your
14  grievances are and Cook, you take care of that list.  We did.
15  That was back in 2016 and early 2017.
16              It's our position from that point on that company
17  discovery was closed, and we had this issue come up in the
18  Hill case and made the argument then company discovery is
19  closed.  We produced millions of pages of documents.  We spent
20  so much time and money letting the plaintiffs discover
21  everything they wanted to discover about these products, but
22  we ought not be responding to new things.  The issue in that
23  motion is again, we're asking Your Honor to make clear company
24  discovery was closed a long time ago.  We're not going back
25  and redoing that.  But the parties have fully briefed the
```

```
 1  issue and we stand on our papers and are prepared for you to
 2  rule whenever you're prepared to rule.
 3              THE COURT:  On the other item going back,
 4  Ms. Pierson, these cases -- litigation has been going on for
 5  quite some time, you want to assert an additional 20
 6  defenses -- affirmative defenses?
 7              MS. PIERSON:  Thank you, Your Honor.  There's some
 8  debate about what needs to be pled and what doesn't need to be
 9  pled in terms of an affirmative defense.  Most of the things
10  that we've asked to add to that are not things that are listed
11  under the rule as affirmative defenses.  I consider them
12  additional defenses and I think it's a good idea to put each
13  other on notice of claims and additional defenses, but many of
14  those we're not obligated to raise.  We can just argue them at
15  the time of the individual cases.
16              But we have asked to amend the answer to conform to
17  what we know are the issues in these cases.
18              THE COURT:  Are you just finding this out now?
19              MS. PIERSON:  No, Your Honor.  The motion has been
20  pending for quite awhile but the -- once we got through the
21  Hill trial, certainly nothing that we did would affect the
22  Hill trial and we were late enough in the game, in looking at
23  the master answer, that we wouldn't have sought to amend it in
24  the midst of the Hill trial.  But once we got out of the Hill
25  trial, then we brought this issue to the Court's attention.
```