IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

David A. Haynes Jr.

Case No. 1:18-cv-00973

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  February 15, 2023

 */s/ Scott Brady*  
Scott Brady  
Bohrer Brady LLC  
8712 Jefferson Highway, Suite B  
Baton Rouge, Louisiana 70809  
Telephone:  (225) 925-5297  
Fascimile:   (225) 231-7000  
Email: scott@bohrerbrady.com  

*Attorney for Plaintiff*

*/s/ Kip S.M. McDonald*  
Kip S.M. McDonald  
Faegre Drinker Biddle & Reath LLP  
300 North Meridian Street, Suite 2500  
Indianapolis, Indiana  46204  
Telephone:  (317) 237-0300  
Facsimile:   (317) 237-1000  
Email: kip.mcdonald@faegredrinker.com  

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/   Kip S.M. McDonald*