## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | . . . | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Dorinda Faust,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | . . . . . . . . . . | Case No.  1:22-cv-02445-TWP-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on 12/21/2022, with consent from Defense Counsel.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 10. Counsel would like to amend the complaint to reflect the filter in question is in fact a Cook Celect.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully request that this Court grant Plaintiffs motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Date: February 15, 2023

                                            Respectfully submitted,

                                            **JOHNSON LAW GROUP**

                                            /s/ Basil Adham_____
                                            Basil Adham, (TX Bar No.24081742)
                                            2925 Richmond Ave, Suite 1700
                                            Houston, TX 77098
                                            Telephone: (713) 626-9336
                                            Facsimile: (713) 583-9460
                                            E-mail: ivc@johnsonlawgroup.com
                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 15th day of February 2023, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                            /s/ Basil Adham_____