# EXHIBIT A

## EXHIBIT A

| Plaintiff Name | Filing No. |
|---|---|
| Davis, Matthew F. | 1:16-cv-00473 |
| Upton, Michael D. | 1:16-cv-00601 |
| Tully, Ellen M. | 1:16-cv-00766 |
| Campbell, Mary Jean T. | 1:16-cv-01939 |
| Pitsker, Peter B. | 1:16-cv-02142 |
| Brown, Cleveland S. | 1:16-cv-02181 |
| Nelson, Melodie J. | 1:16-cv-02692 |
| Damon, Melissa L. | 1:16-cv-02854 |
| Adamski, Marnie D. (Geraldine Adamski, Representative of the Estate) | 1:17-cv-00076 |
| Foster, Steven | 1:17-cv-01474 |
| Hawkins, Kenneth M. | 1:17-cv-02017 |
| Price, Laurel J. | 1:17-cv-03417 |
| Berlanga, John A. | 1:18-cv-00524 |
| Traore, Leonidas J. | 1:19-cv-01344 |

US.355800404.01