**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Steven Smith and Barbara Smith

Civil Case # 1:17-cv-00198-RLY-TAB

**ORDER**

This matter is before the Court on Plaintiffs Steven Smith's and Barbara Smith's Motion for Withdrawal of Counsel TaKeena M. Thompson, and Substitution of Counsel filed by Ben C. Martin.  For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC, shall be substituted for TaKeena M. Thompson of the law firm Cohen & Malad, LLP. TaKeena M. Thompson and all members of the law firm Cohen & Malad, LLP, are withdrawn as counsel of record in this action and removed from all future electronic filings.

_____
United States District Judge