**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS              Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Reginald Dixon

Civil Case # 1:16-cv-00568-RLY-TAB

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Reginald Dixon gives notice that, TaKeena M. Thompson and Jeff Gibson of the law firm Cohen & Malad, LLP should be withdrawn as counsel of record in this matter on request of the Plaintiff and agreement amongst Plaintiff's counsel.  Plaintiff requests that TaKeena M. Thompson, Jeff Gibson, and all members of Cohen & Malad, LLP be withdrawn as his counsel of record, and Ben C. Martin of the law firm Martin Baughman, PLLC be substituted in their place.

Accordingly, the Plaintiff respectfully requests that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiff Reginald Dixon.

Dated:  February 16, 2023.                    */s/ Ben C. Martin*
                                                               Ben C. Martin, TX Bar No. 13052400
                                                               MARTIN | BAUGHMAN, PLLC
                                                               3141 Hood Street, Suite 600
                                                               Dallas, TX 75219
                                                               Tel.:  (214) 761-6614
                                                               Fax:  (214) 744-7590
                                                               bmartin@martinbaughman.com
                                                               *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin