# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Reginald Dixon</u>

Civil Case # 1:16-cv-00568-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff Reginald Dixon's Motion for Withdrawal of Counsel TaKeena M. Thompson and Jeff Gibson, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC, shall be substituted for TaKeena M. Thompson and Jeff Gibson of the law firm Cohen & Malad, LLP. TaKeena M. Thompson, Jeff Gibson, and all members of the law firm Cohen & Malad, LLP, are withdrawn as counsel of record in this action and removed from all future electronic filings.

_____
United States District Judge