# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Leo Butler

Civil Case # 1:17-cv-00185-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiff Leo Butler's Motion for Withdrawal of Counsel TaKeena M. Thompson and Jeff Gibson, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC, shall be substituted for TaKeena M. Thompson and Jeff Gibson of the law firm Cohen & Malad, LLP. TaKeena M. Thompson, Jeff Gibson, and all members of the law firm Cohen & Malad, LLP, are withdrawn as counsel of record in this action and removed from all future electronic filings.

_____
United States District Judge