IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>**Corey B. Allen, as Administrator of the Estate of Virginia Little**<br>Case No. 1:16-CV-1299-RLY-TAB | |

> APPROVED. Case is dismissed with prejudice.
> Dated: Feb 16, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 15, 2023

| | |
|---|---|
| /s/   Ethan L. Shaw | /s/     Kip S.M. McDonald |
| ETHAN L. SHAW, Esq. | Kip S. M. McDonald, Esq. |
| SHAW COWART LLP | Faegre Drinker Biddle & Reath LLP |
| 1609 Shoal Creek Blvd., Ste. 301 | 300 North Meridian Street, Suite 2500 |
| Austin, Texas 78701 | Indianapolis, Indiana  46204 |
| Telephone:  (512) 499-8900 | Telephone:  (317) 237-0300 |
| Fascimile:  (512) 320-8906 | Facsimile:  (317) 237-1000 |
| Email: elshaw@shawcowart.com | Email: kip.mcdonald@faegredrinker.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |