IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Feb 16, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Joanne Boyer

Case No. 1:21-cv-06418

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 15, 2023

| | |
|---|---|
| */s/ Bret D. Stanley* | */s/ Kip S.M. McDonald* |
| Bret D. Stanley | Kip S.M. McDonald |
| Pulaski Kherkher, PLLC | Faegre Drinker Biddle & Reath LLP |
| 2925 Richmond Avenue, Suite 1725 | 300 North Meridian Street, Suite 2500 |
| Houston, Texas 77098 | Indianapolis, Indiana 46204 |
| Telephone: (832) 856-6486 | Telephone: (317) 237-0300 |
| Fascimile: (713) 664-7543 | Facsimile: (317) 237-1000 |
| Email: bstanley@pulaskilawfirm.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |