IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Feb 16, 2023
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Raymond Jackson<br><br>Case No. 1:16-cv-02483 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 15, 2023

| | |
|---|---|
| */s/ Stuart F. Cubbon* | */s/ Kip S.M. McDonald* |
| Stuart F. Cubbon | Kip S.M. McDonald |
| Cubbon & Associates, Co., L.P.A. | Faegre Drinker Biddle & Reath LLP |
| One SeaGate, Suite 1845 | 300 North Meridian Street, Suite 2500 |
| Toledo, Ohio 43604 | Indianapolis, Indiana 46204 |
| Telephone: (419) 243-7243 | Telephone: (317) 237-0300 |
| Fascimile: (419) 243-9512 | Facsimile: (317) 237-1000 |
| Email: stucubbon@cubbon.com | Email: kip.mcdonald@faegredrinker.com |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |