IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff:**<br><br>Phyllis Nicholson - 1:2019-cv-02522-RLY-TAB | |

**MOTION TO WITHDRAW ATTORNEY APPEARANCE**

The undersigned attorney, Christopher K. Johnston, hereby moves this Court for permission to withdraw as counsel of record for Plaintiff Phyllis Nicholson in the above-captioned case, and in support of this Motion states as follows:

1. I, Christopher K. Johnston, initially appeared as counsel of record for Plaintiff on June 21, 2019, by filing the original Complaint in this matter.

2. On February 6, 2023, attorney Jennifer Rethemeier of the law firm Dalimonte Rueb Stoller, LLP made an appearance as lead counsel of record for Plaintiff.

3. I informed Plaintiff of my withdrawal as counsel by written notice on February 7, 2023, and Plaintiff agreed to my withdrawal.

4. Jennifer Rethemeier and Dalimonte Rueb Stoller, LLP continue to represent Plaintiff in this matter.

5. This withdrawal is not requested for purposes of delay and will not prejudice any party.

6. WHEREFORE, I respectfully request that this Court grant this Motion, removing me as counsel of record for Plaintiff and that any notices, motions, and other filings no longer be directed to me, whether through the CM/ECF filing system or otherwise.

Respectfully submitted on February 16, 2023.

                                                By: */s/ Christopher K. Johnston*
Christopher K. Johnston
California Bar No. 261474
**LAW OFFICE OF**
**CHRISTOPHER K JOHNSTON, LLC**
268 Ponce de León Ave
Ste 301 PMB 5610
San Juan, PR 00918
Tel: 415-744-1500
Fax: 415-202-6264
Email: kyle@masstortslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christopher K. Johnston*
Christopher K. Johnston