# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff:**<br><br>Phyllis Nicholson - 1:2019-cv-02522-RLY-TAB | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

Plaintiff's Motion to Withdraw Attorney Appearance of Christopher K. Johnston is GRANTED; it is, therefore,

ORDERED that Christopher K. Johnston is withdrawn as attorney of record for Plaintiff Phyllis Nicholson effective immediately. Jennifer Rethemeier and Dalimonte Rueb Stoller, LLP shall continue to serve as counsel of record for Plaintiff.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana