IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED. Case is dismissed with prejudice.
Dated: Feb 16, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Debra Rittenhouse (Estate)

Case No. 1:16-cv-03289

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 15, 2023

| | |
|---|---|
| */s/ Peyton Murphy* | */s/ Kip S.M. McDonald* |
| Peyton Murphy | Kip S.M. McDonald |
| Murphy Law Firm LLC | Faegre Drinker Biddle & Reath LLP |
| 2354 South Acadian Thruway | 300 North Meridian Street, Suite 2500 |
| Baton Rouge, LA 70808 | Indianapolis, Indiana  46204 |
| Telephone:  (225) 928-8800 | Telephone:  (317) 237-0300 |
| Fascimile:  (225) 264-8780 | Facsimile:  (317) 237-1000 |
| Email: peyton@murphylawfirm.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |