IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Melissa A. Dyer and Donald Dyer, Jr.

Civil Case # 1:17-cv-00190-RLY-TAB

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs Melissa A. Dyer and Donald Dyer, Jr. give notice that, TaKeena M. Thompson and Jeff Gibson of the law firm Cohen & Malad, LLP should be withdrawn as counsel of record in this matter on request of the Plaintiffs and agreement amongst Plaintiffs' counsel. Plaintiffs request that TaKeena M. Thompson, Jeff Gibson, and all members of Cohen & Malad, LLP be withdrawn as their counsel of record, and Ben C. Martin of the law firm Martin Baughman, PLLC be substituted in their place.

Accordingly, the Plaintiffs respectfully request that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiffs Melissa A. Dyer and Donald Dyer, Jr.

| | |
|---|---|
| Dated: February 16, 2023. | /s/ Ben C. Martin<br>Ben C. Martin, TX Bar No. 13052400<br>MARTIN \| BAUGHMAN, PLLC<br>3141 Hood Street, Suite 600<br>Dallas, TX 75219<br>Tel.: (214) 761-6614<br>Fax: (214) 744-7590 |

                                      bmartin@martinbaughman.com
                                      ***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                        */s/ Ben C. Martin*
                                        Ben C. Martin