IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Feb 16, 2023
> /s/ RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Teneisha Stirling

Case No. 1:18-cv-00974

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 15, 2023

| | |
|---|---|
| /s/ Scott Brady | /s/ Kip S.M. McDonald |
| Scott Brady | Kip S.M. McDonald |
| Bohrer Brady LLC | Faegre Drinker Biddle & Reath LLP |
| 8712 Jefferson Highway, Suite B | 300 North Meridian Street, Suite 2500 |
| Baton Rouge, Louisiana 70809 | Indianapolis, Indiana 46204 |
| Telephone: (225) 925-5297 | Telephone: (317) 237-0300 |
| Fascimile: (225) 231-7000 | Facsimile: (317) 237-1000 |
| Email: scott@bohrerbrady.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |