IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s) | Plaintiff Demands A Trial By Jury |
| Marcus Mathews | |
| Civil Case # 1:2021cv06696 | |

## NOTICE OF ATTORNEY DISSASOCIATION

**NOTICE IS HEREBY GIVEN** that John Dalimonte is no longer affiliated with Dalimonte Rueb Stoller, LLP[1].

Mr. Dalimonte previously appeared as counsel of record in this case on behalf of the Plaintiff therein ("Plaintiff"). Because Mr. Dalimonte is no longer a member of Dalimonte Rueb Stoller, he no longer represents Plaintiff.

Plaintiff will continue to be represented by Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP.

Respectfully submitted,

*/s/Jennifer Rethemeier*
Jennifer Rethemeier
**DALIMONTE RUEB STOLLER, LLP**
2425 East Camelback Rd., Suite 500
Phoenix, Arizona 85016
Telephone: (602) 892-0341
Jennifer.rethemeier@drlawllp.com

*Lead Counsel for Plaintiffs*

---

[1] Incorrectly listed by the Clerk as Dalimonte Rueb Law Group

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Jennifer Rethemeier*