IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

APPROVED.  Case is dismissed with prejudice.
Dated:  Feb 17, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

JOHN MOELLER and DOROTHY JEAN MOELLER

Civil Case # 1:18-cv-00010-RLY-TAB

STIPULATION OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, that Plaintiffs, John Moeller and

Dorothy Jean Moeller, hereby dismisses all claims in this matter with prejudice against all

Defendants in this action, Civil  Case No. 1:18-cv-00010-RLY-TAB. Each side will bear its

own costs.

Date: January 26, 2023

Respectfully Submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By:   */s/ Randi Kassan*
Randi Kassan
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
rkassan@milberg.com

***Counsel for Plaintiffs***

FAEGRE DRINKER BIDDLE &
REATH, LLP

By:   */s/ Joshua Busch*
Joshua T. Busch
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 212-6541
joshua.busch@faegredrinker.com

***Counsel for Defendants***