IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Evelyn M. Crapps

Civil Case # 1:19-cv-01590-RLY-TAB

**MOTION TO DISMISS DUPLICATIVE ACTION WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff moves to voluntarily dismisses any and all claims against all Defendants in the above-captioned action only *without prejudice* to the continuance of her previously filed action, 1:18-cv-3434 (filed under her prior name, Evelyn Davis). Plaintiff Evelyn M. Crapps has inadvertently filed duplicative actions in this MDL proceeding. Good cause exists to continue in her original action dismiss this later-filed action.

Respectfully Submitted,

Dated: 02/17/2023

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
(Admitted Pro Hac Vice, AZ Bar No 031398)
**DALIMONTE RUEB STOLLER LLP**
2425 E. Camelback Rd., Suite 500
Phoenix, AZ 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
Email: jennifer.rethemeier@drlawllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants registered to receive service in this MDL

                                                  */s/ Jennifer Rethemeier*
                                                  Jennifer Rethemeier