IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Evelyn M. Crapps

Civil Case # 1:19-cv-01590-RLY-TAB

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO DISMISS DUPLICATIVE ACTION WITHOUT PREJUDICE

This matter came before the Court on Plaintiff's Motion to Dismiss Duplicative Action Without Prejudice. Having duly considered the motion:

IT IS HEREBY ORDERED:

Plaintiff's Motion to Dismiss Duplicative Action Without Prejudice is GRANTED as to the following duplicative case, which is dismissed without prejudice:

- Crapps, Evelyn M.    1:19-cv-01590-RLY-TAB

SO ORDERED this ____ day _____ 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Judge
Southern District of Indiana