**EXHIBIT A**

| Plaintiff Name | Filing No. |
|---|---|
| Malone, Edrick | 1:16-cv-06040 |
| Trombetta, Lisa | 1:16-cv-06040 |
| Watson, Gary | 1:16-cv-06040 |
| Bourgade, Megan | 1:17-cv-00895 |
| Barma, Aimen | 1:17-cv-02207 |
| Bechtold, Carl R. | 1:17-cv-03002 |
| Herrera, Wilfred | 1:17-cv-03021 |
| Hawkins, Whitney | 1:17-cv-06069 |
| Johnson, Ronald D. | 1:17-cv-06069 |
| Pursley, Keri | 1:17-cv-06069 |
| Tisdale, Elizabeth | 1:17-cv-06069 |
| Turquitt, Michael W. | 1:17-cv-06069 |
| Fernandez, Adela R. | 1:18-cv-01200 |
| Hessler, John F. | 1:19-cv-01043 |
| Pittman, James E. | 1:19-cv-01070 |