IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mark Scott
1:17-cv-4240-RLY-TAB

## ORDER

ON THIS DAY came for consideration Raley L. Wiggins's Motion to Substitute himself, as Administrator of the Estate of Mark Leslie Scott, Deceased, as Party Plaintiff for Mark Scott and for Leave to file a First Amended Short Form Complaint.  Having considered the Motion, the Court grants the motion.  [Filing No. 23535.]

IT IS THEREFORE ORDERED that: (1) Raley L. Wiggins, as Administrator of the Estate of Mark Leslie Scott, is hereby substituted as Party Plaintiff for Mark Scott in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is deemed filed as of the date of this order.

Date: 2/21/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.