IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: GINA SMITH

Civil Case #1:20-cv-639-RLY-TAB

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff Gina Smith's Motion to Substitute Party Plaintiff, Gregory Smith, as the proper plaintiff, and the Court Having considered the motion, the Court grants the motion. [Filing No. 23537.]

**IT IS THEREFORE ORDERED** that Gregory Smith, on behalf of the Estate of Gina Smith, is substituted as Plaintiff in the above referenced action.

Date: 2/21/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.