IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Dorinda Faust,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | § § § § § § § § § § § § § § | Case No. 1:22-cv-02445-RLY-TAB |

**Order on Motion for Leave to Amend Complaint**

This matter is before the Court on the Motion for Leave to for Plaintiff to Amend Complaint of Dorinda Faust, and the Court Having considered the Motion, now grants the motion. [Filing No. 23590.]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint and the First Amended Short Form Complaint is deemed filed as of the date of this order.

Date: 2/21/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.