IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Steven Smith and Barbara Smith

Civil Case # 1:17-cv-00198-RLY-TAB

## ORDER

This matter is before the Court on Plaintiffs Steven Smith's and Barbara Smith's Motion for Withdrawal of Counsel TaKeena M. Thompson, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 23595.]

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC, shall be substituted for TaKeena M. Thompson formerly from the law firm Cohen & Malad, LLP, and all members of the law firm Cohen & Malad, LLP including Jonathan A. Knoll, are withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 2/21/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.