**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| 1:22-cv-01716 | 1:23-cv-06948 |
| 1:23-cv-00002 | 1:23-cv-06949 |
| 1:23-cv-00136 | 1:23-cv-06951 |
| 1:23-cv-00275 | 1:23-cv-06952 |
| 1:23-cv-00091 | 1:23-cv-06957 |
| 1:23-cv-00092 | 1:23-cv-06958 |
| 1:23-cv-00093 | 1:23-cv-06959 |
| 1:23-cv-00117 | 1:23-cv-06962 |
| 1:23-cv-00135 | 1:23-cv-06964 |
| 1:23-cv-00190 | 1:23-cv-06965 |
| 1:23-cv-00205 | 1:23-cv-06966 |
| 1:23-cv-00247 | 1:23-cv-06970 |
| 1:23-cv-00251 | 1:23-cv-06971 |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: February 21, 2023

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson