IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

CLARA ROMERO and ALVARO ROMERO

Civil Case #1:18-cv-1571

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d)(2)(A), Plaintiff Clara Romero ("Plaintiff"), by and through her attorneys, hereby submits her motion to maintain Exhibit A, [Dkt. 23187-1] to Plaintiff's Notice of Suggestion of Death [Dkt. 23187] under seal. Plaintiff states:

1. On December 16, 2022, Plaintiff filed a Notice of Suggestion of Death [Dkt. 23187] notifying the court of Clara Romero's death.

2. Plaintiff attached to her Notice of Suggestion of Death a death certificate for Clara Romero. [Dkt. 23187-1].

3. Exhibit A to the Suggestion of Death [Dkt. 23187-1] is a full copy of Plaintiff's death certificate, which contains Plaintiff's last known address at time of death, social security number, cause of death, address of informant, and date of birth.

4. To ensure that the Plaintiff's personal information remains private, Plaintiff requests the documents filed remain under seal.

5. A redacted version of the Death Certificate has been provided via the Court's electronic

filing system for public viewing.

A proposed order is attached hereto.

Dated: February 21, 2023.

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/ Jessica S. Williams*

John H. Gomez (CA Bar # 171485)
Jessica S. Williams (CA Bar # 314762)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*jwilliams@thegomezfirm.com*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: February 21, 2023

*/s/ Jessica S. Williams*
Jessica S. Williams