# CERTIFICATION OF DEATH RECORD

## VILLAGE OF LIBERTYVILLE
## LIBERTYVILLE, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| Field | Value | Field | Value |
|---|---|---|---|
| STATE FILE NUMBER | 2019 0032759 | DATE ISSUED | 4/26/2019 |
| DECEDENT'S LEGAL NAME | CLARA ROMERO | SEX | FEMALE |
| | | DATE OF DEATH | [REDACTED] |
| COUNTY OF DEATH | LAKE | AGE AT LAST BIRTHDAY | 50 YEARS |
| | | DATE OF BIRTH | [REDACTED] |
| CITY OR TOWN | BARRINGTON | HOSPITAL OR OTHER INSTITUTION NAME | JOURNEYCARE, INC |
| PLACE OF DEATH | HOSPICE FACILITY | | |
| BIRTHPLACE | MEXICO | STATUS AT TIME OF DEATH | MARRIED |
| SOCIAL SECURITY NUMBER | [REDACTED] | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | ALVARO ROMERO |
| EVER IN U.S. ARMED FORCES? | NO | | |
| RESIDENCE | [REDACTED] | CITY OR TOWN | CARPENTERSVILLE |
| INSIDE CITY LIMITS? | YES | | |
| COUNTY | KANE | STATE | IL |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | LINO CASAREZ | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | RUFINA CEA LERMA |
| INFORMANT'S NAME | ALVARO ROMERO | RELATIONSHIP | HUSBAND |
| MAILING ADDRESS | [REDACTED] CARPENTERSVILLE, IL | | |
| METHOD OF DISPOSITION | CREMATION | PLACE OF DISPOSITION | FOREST CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | HOMEWOOD, IL | DATE OF DISPOSITION | APRIL 24, 2019 |
| FUNERAL HOME | ILLINOIS CREMATION CENTERS, 1000 ROHLWING ROAD, LOMBARD, IL, 60148 | | |
| FUNERAL DIRECTOR'S NAME | MARK JOHN KAZLAUSKAS | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015610 |
| LOCAL REGISTRAR'S NAME | KELLY ANNE AMIDEI | DATE FILED WITH LOCAL REGISTRAR | APRIL 24, 2019 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. STAGE IV OVARIAN CANCER
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: [REDACTED]

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT PREGNANT WITHIN LAST YEAR |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | APRIL 22, 2019 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 08:32 AM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | APRIL 23, 2019 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DANA DELACH, 405 LAKE ZURICH ROAD, BARRINGTON, ILLINOIS, 60010 |
| PHYSICIAN'S LICENSE NUMBER | 036141484 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Kelly A. Amidei*
Kelly A. Amidei
Village Of Libertyville, Local Registrar



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE