IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

CLARA ROMERO and ALVARO ROMERO

Civil Case #1:18-cv-1571

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL

ON THIS DAY came for consideration Plaintiff's Motion to Maintain Document Under Seal, **Exhibit A [Dkt. 23187-1]**, to the Notice of Suggestion of Death for Clara Romero **[Dkt. 23187]**. Having considered the Motion, and for good cause shown, the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that **Exhibit A** to the Plaintiff's Notice of Suggestion of Death **[Dkt. 23187-1]** is to be maintained under seal.

Dated this ___ day of _____, 2023.

_____
MAGISTRATE JUDGE TIM A. BAKER