# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Bonny and Robert Altamura

Civil Case # 1:17-cv-03276-RLY-TAB

## ORDER

This matter is before the Court on Plaintiffs Bonny and Robert Altamura's Motion for Withdrawal of Counsel Jeff Gibson, and Jonathan Knoll, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 23606.]

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Martin Baughman, PLLC, shall be substituted for Jeff Gibson formerly of the law firm Cohen & Malad, LLP and all members of the law firm Cohen & Malad, LLP, including Jonathan A. Knoll,, are withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 2/21/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.