# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF
# INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff:**<br><br>Phyllis Nicholson - 1:19-cv-02522-RLY-TAB | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

This matter is before the Court on Plaintiff's Motion to Withdraw Attorney Appearance of Christopher K. Johnston, and the Court considering the motion, hereby grants the motion. [Filing No. 23609.]

IT IS THEREFORE ORDERED that Christopher K. Johnston is withdrawn as attorney of record for Plaintiff Phyllis Nicholson effective immediately. Jennifer Rethemeier and Dalimonte Rueb Stoller, LLP shall continue to serve as counsel of record for Plaintiff.

Date: 2/21/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.