AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| Heather Robards | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:22-cv02111-JMS-TAB |
| Cook Medical Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

In re: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Heather Robards.

Date:   01/24/2023

/s/ George Andre Fields
*Attorney's signature*

George Andre Fields, WSBA #25973
*Printed name and bar number*

PO Box 231024
Sacramento, CA 95823

*Address*

gafieldsdisabilitylaw@gmail.com
*E-mail address*

(800) 567-1556
*Telephone number*

(877) 327-5090
*FAX number*