# EXHIBIT A

| Plaintiff Name | Filing No. |
| --- | --- |
| Scofield, Andrew and Lauren | 1:16-cv-03512 |
| Hendricks, Patricia A. and Charles J. | 1:17-cv-00310 |
| Bywater, Melissa | 1:17-cv-01804 |
| Cook, Arnold and Alice | 1:17-cv-02416 |
| Pemberton, Kathleen and Dennis | 1:17-cv-03008 |
| Elsen, Gregorie | 1:17-cv-03010 |
| Keiter, Jessica | 1:17-cv-03011 |
| Rohrabaugh, Patricia and Ronald | 1:17-cv-03012 |
| Schmidt, Christina and Mark | 1:17-cv-03015 |
| Thomason-Malin, Amber | 1:17-cv-03019 |
| Boyer, Mandi | 1:17-cv-03020 |
| Long, Thomas and Kristin | 1:17-cv-03481 |
| Wilson, Kristian | 1:17-cv-03560 |
| Stripling, Rayford and Marilyn | 1:18-cv-01194 |
| Mattson, Johannas | 1:18-cv-02497 |
| Fimowicz, Jo-ann M. (deceased) and Thomas Jo-Ann (administrator) | 1:18-cv-03244 |
| Dockery, Ayana N. | 1:18-cv-03592 |
| Anderson, Ryburn and Cathy | 1:18-cv-03594 |
| Shortell, Caprice and Keith | 1:18-cv-03638 |
| Seitzinger, Pamela and John | 1:18-cv-03639 |
| Cupal, Peter | 1:18-cv-03640 |
| McMullen, Narvell and Lori | 1:18-cv-03647 |
| Johnson, Tara S. and Scott | 1:18-cv-03678 |
| Sieggreen, Carleen and Dale | 1:18-cv-03679 |
| Brown, Gwendolyn | 1:18-cv-03680 |
| Browne, Christy | 1:18-cv-03681 |
| Coulthard, James | 1:18-cv-03761 |
| Lewis, Richard and Catherine | 1:18-cv-03765 |
| Williams, Vivian | 1:18-cv-03780 |
| Pulhamus, Dorothy | 1:19-cv-00830 |
| Bryson, Edwin L. | 1:19-cv-01677 |
| Peranio, Heather and Cotter, Keith | 1:19-cv-01920 |
| White, Rebekah and Eric | 1:19-cv-01921 |
| Been, Jerry & Gerald | 1:19-cv-02693 |
| Keefer, Jr., Marshall and Dawn | 1:19-cv-02694 |
| McDannel, Mary and John | 1:19-cv-03119 |
| Heintz, Andrew and Sharon | 1:19-cv-03122 |
| Hoskins, Kirk and Gwenda | 1:19-cv-03123 |

| | |
|---|---|
| Hauk, Randy | 1:19-cv-03124 |
| Knapp, Danielle and Wesley | 1:20-cv-00701 |