**EXHIBIT A**

| Plaintiff Name | File Number |
|---|---|
| Turner, Eric Derrone | 1:16-cv-00449 |
| Groves, Daniel Woodrow | 1:16-cv-02183 |
| Flores, Jillian Nichole | 1:16-cv-02216 |
| Gonzalez, Carmen B. & Marte, Frank | 1:16-cv-03023 |
| Blanton, George E. & Sally A. | 1:16-cv-03157 |
| Ponder, Lelve Ival | 1:17-cv-00331 |
| Morgan, Yvette | 1:17-cv-00363 |
| Reed, Shirley | 1:17-cv-00511 |
| Ryals, Donna Cobb & Michael L. Sr. | 1:17-cv-01345 |
| Franklin, Sharon H. & Paul A. | 1:17-cv-02162 |
| McGee, Michelle D. | 1:17-cv-02221 |
| Arcand, Sandra and Arthur | 1:17-cv-02271 |
| Gallagher-Gross, Bridget A. and John Gross | 1:17-cv-02304 |
| Montani, Clarie D. | 1:17-cv-02358 |
| Resch, Sharon L. and Daniel L. | 1:17-cv-02914 |
| Harrell, Pendora | 1:17-cv-03773 |
| Weber, Sheila [ESTATE] | 1:17-cv-03947 |
| Crone, Charleen M. and Donald L. | 1:17-cv-04451 |
| LaMunion, Frances JoAnne A. and Richard L. | 1:17-cv-04475 |
| Girts, Jennifer M. | 1:18-cv-02613 |
| Sawyer, Sonja M. | 1:18-cv-02926 |
| Spicuzza, Krista S. | 1:18-cv-03350 |
| Gibbs, Goldy L. | 1:19-cv-01035 |
| Giles, William C. and Elena | 1:19-cv-01044 |
| Sommers, Connie | 1:19-cv-01743 |
| Gallagher, Steven M. | 1:19-cv-02174 |
| Brady, Mary and James | 1:19-cv-02612 |
| Jenson, Lorna DeAnn | 1:19-cv-02622 |
| Morris, Dirk C. | 1:19-cv-02655 |
| Briggs-Judkins, Sylvia & Jessie Judkins | 1:19-cv-03874 |

| Kepas, Demetrios E. | 1:19-cv-03886 |
|---|---|
| Schutz, Mitchell J. and Suzanne | 1:19-cv-04025 |
| White, Raymond D. | 1:19-cv-04173 |
| Ligons, Carrie S. | 1:19-cv-04329 |
| Phipps, Garold H. & Beverly | 1:20-cv-00298 |
| Sloan, Robert J. [ESTATE OF] | 1:20-cv-02425 |