# EXHIBIT A

# EXHIBIT A

| Plaintiff Name | Filing No. |
| --- | --- |
| Hollebeek, David and Julie | 1:16-cv-00174 |
| Horton, Glenda | 1:16-cv-00175 |
| Lake, Jason J. | 1:16-cv-00444 |
| Gross, Kevin & Bethany | 1:16-cv-00546 |
| Guthrie-Varner, Kaytlyn | 1:16-cv-00547 |
| Klahre, Krysten | 1:16-cv-00602 |
| Harris, Cynthia | 1:16-cv-02335 |
| Woods, Betsy | 1:17-cv-00329 |
| Denard, Solita | 1:17-cv-03124 |
| Talley, Alkesha | 1:17-cv-03983 |
| Aryana, Courtney | 1:18-cv-00167 |
| Romero, Carolyn | 1:18-cv-00282 |
| Biank, Amy | 1:18-cv-00641 |
| Zepeda, Justin | 1:18-cv-00707 |
| Johnson, Darrell and Cynthia (estate) | 1:18-cv-00960 |
| Johnson, Michael C. | 1:18-cv-01412 |
| Burris, Frankie and David, Jr | 1:18-cv-02344 |
| Barrington, Karon V. | 1:18-cv-03267 |
| Clines, Christopher | 1:19-cv-04332 |
| Kripak, Kenneth G. Sr. | 1:19-cv-04489 |
| Nash, Leroy | 1:19-cv-04508 |
| Norman, Maria | 1:20-cv-00956 |
| Wilson, Darrell T. | 1:20-cv-00957 |
| Causer, Allana | 1:20-cv-01402 |
| Simpson, Joseph R. | 1:20-cv-01403 |
| Lunn, Leonard | 1:20-cv-06192 |
| Sing, Miriam | 1:20-cv-06227 |
| Shimkus, Thomas M. | 1:21-cv-06313 |