IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Melissa Cash

Case No. 1:14-cv-01202

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 22, 2023

/s/ Randal Kauffman
Randal A. Kauffman
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713) 626-3700
Fascimile: (713) 626-3709
Email: rkauffman@hdhtex.com

*Attorney for Plaintiff*

/s/ Kip S.M. McDonald
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants*

US.355796376.01

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/   *Kip S.M. McDonald*