IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Darlene Jones, Individually and as Special Administrator for the Estate of Mary Ann Jones<br><br>Case No. 1:17-cv-03960 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  February 22, 2023

| | |
|---|---|
| */s/ Eric M. Terry*<br>Eric M. Terry<br>TorHoerman Law LLC<br>210 S. Main Street<br>Edwardsville, Illinois 62025<br>Telephone:  (618) 656-4400<br>Fascimile:  (618) 656-4401<br>Email: eric@thlawyer.com<br><br>***Attorney for Plaintiffs*** | */s/ Kip S.M. McDonald*<br>Kip S.M. McDonald<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>Email: kip.mcdonald@faegredrinker.com<br><br>***Attorney for Defendants*** |

US.355923056.01

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/   Kip S.M. McDonald*

US.355923056.01