UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) | |
| John McCormack, 1:18-cv-02110 Sammie Lambert, 1:19-cv-02561 Bailey Howarth, 1:19-cv-01018 | ) ) ) ) | |

**ORDER DENYING AS MOOT MOTIONS FOR ORAL ARGUMENT**

The Plaintiffs listed above filed Motions for Oral Argument regarding their Responses in Opposition to the Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations (Filing No. 11921). As the Cook Defendants' motion is no longer pending, Plaintiffs' Motions for Oral Argument (Filing Nos. 12271 (McCormack, Lambert) & 12302 (Howarth)) are **DENIED AS MOOT**.

**SO ORDERED** this 22nd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.