UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| Kelly Frank, 1:15-cv-01070<br>James & Darina Buell, 1:17-cv-516<br>Amber Taylor, 1:18-cv-2549<br>Alicia Medford, 1:18-cv-2940<br>Terry Deleski, 1:18-cv-498<br>Zachary Bennett, 1:18-cv-01148<br>Betty Poteat, 1:19-cv-00843<br>Diondrae Boone, 1:19-cv-02047 | |

**ORDER DENYING AS MOOT MOTIONS FOR ORAL ARGUMENT**

The Plaintiffs listed above filed Motions for Oral Argument regarding their Responses in Opposition to the Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations in Five States (Filing No. 11725). As the Cook Defendants' motion is no longer pending, Plaintiffs' Motions for Oral Argument (Filing Nos. 12021 (Buell), 12039 (Taylor, Medford, Deleski, Poteat), and 12053 (Frank, Bennett, Boone)) are **DENIED AS MOOT**.

**SO ORDERED** this 22nd day of February 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.