# **EXHIBIT A**

|    | Case Number    | Plaintiff's Name    | Case Name                                  |
|----|----------------|---------------------|--------------------------------------------|
| 1. | 1:2019cv01327  | Ewing, Leo E.       | EWING v. COOK INCORPORATED et al           |
| 2. | 1:2021cv06513  | Heissner, Aaron R.  | HEISSNER v. COOK INCORPORATED et al        |
| 3. | 1:2021cv06632  | Hiles, John R.      | HILES v. COOK INCORPORATED et al           |
| 4. | 1:2020cv06190  | Horton, Amanda      | HORTON v. COOK INCORPORATED et al          |
| 5. | 1:2021cv06366  | Kirkpatrick, Brian J. | KIRKPATRICK v. COOK INCORPORATED et al   |
| 6. | 1:2021cv06522  | Paul, Betty J..     | PAUL v. COOK INCORPORATED et al            |
| 7. | 1:2020cv06153  | Williams, Cathryn D. | WILLIAMS et al v. COOK INCORPORATED et al |