UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> This Document Relates to: <br> Ernie R. Scott, <br> 1:20-cv-0196-RLY-TAB | ) ) ) ) ) ) ) ) )     1:14-ml-02570-RLY-TAB |

## SCHEDULING ORDER

The court, upon agreement of parties, SETS this matter for trial by jury on **DECEMBER 4, 2023 at 9:00 a.m.** before the Honorable Richard L. Young in Room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville, Indiana 47708. The court has allotted 10 days for this trial.

**SO ORDERED** this 23rd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record