IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
CLARA ROMERO and ALVARO ROMERO
Case No. 1:18-cv-0157-RLY-TAB

## ORDER ON MOTION TO SEAL

This matter is before the Court on Plaintiffs, Clara Romero and Alvaro Romero's motion [Filing No. 23635] to maintain Exhibit A [Filing No. 23187-1] to Plaintiffs' Notice of Suggestion of Death under seal. Plaintiff's basis for moving to see these exhibits is that they contain Plaintiff's personal identifying information, including Plaintiff's social security number, date of birth, and other medical information protected by Fed. R. Civ. P. 5.2 and HIPPA. Plaintiff sets forth good cause to maintain these exhibits under seal. Accordingly, Plaintiff's motion to seal [Filing No. 23635] is granted.` The Clerk shall maintain Filing No. 23187-1 under seal.

Date: 2/23/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.