UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION <br><br> This Document Relates to: <br> All Actions | 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 |

**ENTRY FOR FEBRUARY 22, 2023**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a monthly motions hearing. Plaintiffs' Leadership Committee appeared by Ben Martin, Joe Williams, Charles Siegel, and Mike Heaviside; the Cook Defendants appeared by Andrea Pierson, Jessica Benson, Steve Bennett, and Kip McDonald. The court heard argument on the Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30, and took the motion (Filing No. 22064) **UNDER ADVISEMENT**. At the suggestion of Mr. Siegel, the court scheduled a hearing on Plaintiffs' Motion for Suggestion of Remand (Filing No. 23580) for **April 13, 2023**, at 9:00 a.m. at the Birch Bayh Federal Building in Indianapolis.

**SO ORDERED** this 23rd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1