UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) |
| | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Beverly Frost, 1:17-cv-2742 | ) ) ) ) ) |

**ORDER DENYING AS MOOT MOTION FOR ORAL ARGUMENT**

The Plaintiff listed above filed a Motion for Oral Argument regarding her Response in Opposition to the Cook Defendants' Omnibus Motion for Summary Judgment Based on Statute of Limitations in Five States (Filing No. 11725). As the Cook Defendants' motion is no longer pending, Plaintiff's Motion for Oral Argument (Filing No. 11980) is **DENIED AS MOOT**.

**SO ORDERED** this 23rd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.