UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Thomas Acree, 1:18-cv-00947 Dominique Haughton, 1:19-cv-00569 Sammy Sadler, 1:19-cv-01156 Ronald Osment, 1:19-cv-02392 Keith McNeil, 1:19-cv-02890 Margaret Caylor, 1:19-cv-03850 Jeffrey Garrett, 1:19-cv-04703 Mary Saldana, 1:20-cv-00130 Addie Burks-Henry, 1:20-cv-00330 _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DENYING AS MOOT MOTION FOR ORAL ARGUMENT**

The Plaintiffs listed above filed a Motion for Oral Argument regarding their

Responses in Opposition to the Cook Defendants' Omnibus Motion for Judgment on the

Pleadings Based on Statute of Repose in Texas and Tennessee (Filing No. 13760).  As

Plaintiffs' cases are now closed, their Motion for Oral Argument (Filing No. 13822) is

**DENIED AS MOOT**.

**SO ORDERED** this 23rd day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1