UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
Whitney Tucker,
Civil Case No. 1:19-cv-3546-RLY-TAB

**PLAINTIFF WHITNEY TUCKER'S RESPONSE TO SHOW CAUSE ORDER**

Plaintiff Whitney Tucker, by and through undersigned counsel, hereby files her response to the Court's February 9, 2023, Show Cause Order [Doc. 23571] (the "Order"), as follows:

1. On January 31, 2023, this Court entered an order setting a telephonic status conference at 2 p.m. (Eastern Time) on February 8, 2023. [Doc. 23446] Counsel for Plaintiff served this order on Whitney Tucker via e-mail and certified mail on January 31, 2023. Plaintiff Whitney Tucker was ordered to personally appear by calling chambers.

2. The parties appeared by counsel on February 8, 2023 at the scheduled time. Plaintiff did not personally appear as ordered. Plaintiff is a resident of Blue Springs, Missouri, which is in the Central Time zone. Plaintiff mistakenly believed that the status conference was scheduled for 2 p.m. Central time, rather than 2 p.m. Eastern time, which is the reason why she did not appear as ordered. During the conference, counsel for Plaintiff informed the Court that they had received a phone message from Whitney Tucker which indicated that Plaintiff had

1

misinterpreted the correct time for the hearing, but counsel was unsuccessful in their attempt to reach the Plaintiff to correct this misinterpretation prior to the conference.

3.      On February 8, 2023, at 2:20 p.m., (Eastern Time) upon being realizing she had misinterpreted the time for the hearing, Whitney Tucker attempted to personally participate in the conference by calling chambers as ordered.  However, the conference had already concluded.

4.      On February 22, 2023, Plaintiff informed Wagstaff & Cartmell, LLP that she no longer wishes to pursue a claim against the Cook Defendants for alleged injuries from her Cook IVC filter and directed them to dismiss the claim.  Per the Court's order, she provided a written statement of her wishes. (signed via google docs and returned via electronic mail).  This statement is attached hereto as Exhibit A.

5.      Based on the wishes and instructions of Plaintiff Whitney Tucker, Wagstaff & Cartmell will continue to work on her behalf for the purposes of dismissing her claim, and will file either a joint stipulation of dismissal, or a motion to dismiss by March 2, 2023.

## CONCLUSION

As described above, Plaintiff made a good faith effort to comply with the Court's January 31, 2023 scheduling order, and her failure to timely appear was due to an excusable error.  For the foregoing reasons, Plaintiff respectfully requests that the Court vacate its Show Cause Order as to why she should not be sanctioned for failing to personally appear as ordered on February 8, 2023.

Dated: February 23, 2023.                    Respectfully submitted,

                                              **WAGSTAFF & CARTMELL LLP**

                                        By        /s/ Andrew N. Faes
                                                       Andrew N. Faes
                                                       Thomas P. Cartmell
                                                       Wagstaff & Cartmell LLP
                                                       4740 Grand Ave., Suite 300
                                                       Kansas City, MO 64112
                                                       Phone: (816) 701-1100
                                                       afaes@wcllp.com
                                                       tcartmell@wcllp.com

                                               ***Attorneys for Plaintiff Whitney Tucker***

## CERTIFICATE OF SERVICE

     I hereby certify that on February 23, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                            /s/ Andrew N. Faes