

February 22, 2023

Whitney Tucker
103 NW Golfview Drive
Blue Springs, MO 64014

**RE: Cook IVC Filter Case**
File No.: 970-2013

Dear Ms. Tucker:

This letter is in response to your request to no longer pursue a claim against Cook Incorporated, et. al., for your alleged injuries due to an Inferior Vena Cava ("IVC") Filter. In order to voluntarily dismiss your claim, please sign this letter verifying that you have requested we close your case and that you acknowledge the possibility that you may be unable to refile your claim, due to any applicable statute of limitations.

Please sign and return this letter to our office and retain the enclosed copy for your records. Upon receipt of the signed letter, we will proceed with the closing of your case and will no longer take any action on your behalf in regards to your IVC claim.

Sincerely,

____/s/_____
Andrew N. Faes


I acknowledge that dismissal of my claim will likely result in the inability to refile it due to the applicable statute of limitations and court rules, and I hereby instruct Wagstaff & Cartmell, LLP to dismiss my IVC claim against all Cook Defendants.


_____whitney tucker_____
(print) Whitney Tucker

whitney tucker_____2/22/23__ _whitney tucker

2/22/23_whitney tucker_____  Signature Date