IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Albert Cason and Geraldine Cason
1:17-cv-3335

# SUGGESTION OF DEATH

To: The Clerk of Court and all parties of record:

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby suggests the death, on the record, of Plaintiff Albert Cason, whose death occurred on April 3, 2019.

    Respectfully submitted,

    s/ John C. Duane

    John C. Duane (Fed. ID 8047)
    jduane@motleyrice.com
    Donald A. Migliori (Fed. ID 4936)
    dmigliori@motleyrice.com
    Fred Thompson, III (Fed. ID 4081)
    fthompson@motleyrice.com
    MOTLEY RICE LLC
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29466
    843-216-9000
    843-216-9450 Fax

    Attorneys for Plaintiffs
    Albert E. Cason and Geraldine Cason

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 23rd day of February 2023, by way of the Court's CM/ECF filing system.

                                                  s/ *John C. Duane*