IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Albert E. Cason and Geraldine Cason
1:17-cv-3335

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Geraldine Cason, as Administrator of the Estate of Albert E. Cason, deceased, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Geraldine Cason, as Administrator of the Estate of Albert E. Cason for Plaintiff Albert E. Cason and to grant leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Albert E. Cason filed a Short Form Complaint for this action in this Court on September 20, 2017.

2. On April 3, 2019, Plaintiff Albert E. Cason passed away from injuries not related to the IVC Filter at issue.

3. December 9, 2022, movant Geraldine Cason was appointed Administrator of the Estate of Albert E. Cason, the deceased Plaintiff in this action. This estate is pending in the Probate Court of Clark County, State of Ohio, and bears Case No. 20220751. A copy of that appointment is attached hereto as Exhibit 1. As the duly appointed Administrator of the Estate of Albert E. Cason, movant is now the appropriate party to continue this action in place of the decedent. A proposed First Amended Short Form Complaint containing a survival count is attached hereto as Exhibit 2.

1

WHEREFORE, movant prays for the following relief: (1) the Court substitute Geraldine Cason, as Administrator of the Estate of Albert E. Cason deceased, as Party Plaintiff for Albert E. Cason; (2) the Court grant leave to file the attached First Amended Short Form Complaint: (3) the Court deem the attached First Amended Short Form Complaint filed *instanter*.

Respectfully submitted,

s/ John C. Duane

John C. Duane (Fed. ID 8047)
jduane@motleyrice.com
Donald A. Migliori (Fed. ID 4936)
dmigliori@motleyrice.com
Fred Thompson, III (Fed. ID 4081)
fthompson@motleyrice.com
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29466
843-216-9000
843-216-9450 Fax

Attorneys for Plaintiffs
Albert E. Cason and Geraldine Cason

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 23rd day of February 2023, by way of the Court's CM/ECF filing system.

                                        s/ *John C. Duane*