# EXHIBIT 1

20220751

# PROBATE COURT OF CLARK COUNTY, OHIO
## RICHARD P. CAREY, JUDGE

ESTATE OF ALBERT EARL CASON , DECEASED

CASE NO. _____

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
[For Executors and all Administrators]

Name and Title of Fiduciary Geraldine Cason

Administrator

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died **[check one of the following]** ☐ testate - ☒ intestate - on 04/3/2019, domiciled in City of Springfield, Ohio.

**[Check one of the following]** ☐ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ☒ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_____     _____
Date                        PROBATE JUDGE
                            Richard P. Carey

FILED
CLARK COUNTY PROBATE COURT
DEC - 9 2022
RICHARD P. CAREY
PROBATE JUDGE

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

_____
Probate Judge / Clerk
Richard P. Carey

[Seal]     by Karen Brucker
           December 9, 2022
           Date

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY