# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Geraldine Cason, as Administrator of the Estate</u>
<u>of Albert E. Cason, deceased</u>

Civil Case # 1:17-cv-03335-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Albert E. Cason

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Geraldine Cason

3. Other Plaintiff and capacity (*i.e.*, administrator, executor, guardian, conservator):

   Geraldine Cason, as Administrator of the Estate of Albert E. Cason, deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Ohio; Dayton Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9, 10, 12 and 19

   b. Other allegations of jurisdiction and venue:

      _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

2

11. Date of Implantation as to each product:

On or about March 21, 2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

Springfield Regional Medical Center; Springfield, Ohio

13. Implanting Physician(s):

Dr. Kevin McGraw

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Failure to Warn
- ☒ Count II: Strict Products Liability – Design Defect
- ☒ Count III: Negligence
- ☒ Count IV: Negligence Per Se
- ☒ Count V: Breach of Express Warranty
- ☒ Count VI: Breach of Implied Warranty
- ☒ Count VII: Violations of Applicable <u>OH</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- ☒ Count VIII: Loss of Consortium
- ☐ Count IX: Wrongful Death
- ☒ Count X: Survival
- ☒ Count XI: Punitive Damages
- ☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

3

☐   Other: _____  (please state the facts supporting

this Count in the space, immediately below)

_____

15.  Attorney for Plaintiff(s):

John C. Duane, Esq., Motley Rice LLC_____

16.  Address and bar information for Attorney for Plaintiff(s):

28 Bridgeside Boulevard, Mount Pleasant, SC 29464_____

Fed. ID 8047_____

                                  Respectfully submitted,

                                  s/ John C. Duane_____

                                  John C. Duane (Fed. ID 8047)
                                  jduane@motleyrice.com
                                  Donald A. Migliori (Fed. ID 4936)
                                  dmigliori@motleyrice.com
                                  Fred Thompson, III (Fed. ID 4081)
                                  fthompson@motleyrice.com
                                  MOTLEY RICE LLC
                                  28 Bridgeside Boulevard
                                  Mount Pleasant, SC 29466
                                  843-216-9000
                                  843-216-9450 Fax

                                  Attorneys for Plaintiff(s)
                                  Albert E. Cason and Geraldine Cason

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ John C. Duane