IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Albert E. Cason and Geraldine Cason
1:17-cv-3335

**ORDER**

ON THIS DAY came for consideration Geraldine Cason's Motion to Substitute herself, as Administrator of the Estate of Albert E. Cason, deceased, as Party Plaintiff for Albert E. Cason and for Leave to file a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Geraldine Cason as Administrator of the Estate of Albert E. Cason, is hereby substituted as Party Plaintiff for Albert E. Cason in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 2 is hereby deemed filed *instanter*.

SO ORDERED:

_____ Date