IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**
Troy Alexander
**Civil Case No.: 1:17-cv-01238-RLY-TAB**

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Teneisha Hall's Motion to Substitute herself, as personal representative of the Estate of Troy Alexander, deceased, as Party Plaintiff for Troy Alexander and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court grants the Motion. [Filing No. 23552.]

IT IS THEREFORE ORDERED that: (1) Teneisha Hall, as Dependent Administrator of the Estate of Troy Alexander, is hereby substituted as Party Plaintiff for Troy Alexander in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/24/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.