**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>All Category 7 cases | § § § § § | |

**PLAINTIFFS' PROPOSED ORDER ON THEIR MOTION FOR SUGGESTION OF REMAND**

Came on to be considered plaintiffs' motion for suggestion of remand. The Court having read the briefs of the parties and heard argument, the motion for suggestion of remand is granted. Accordingly, the Court will suggest to the Judicial Panel on Multidistrict Litigation that all Category 7 cases be remanded to their designated originating federal courts. The Plaintiffs' Steering Committee is Ordered to submit to the Court a proposed form of such suggestion.

SO ORDERED.

April _____, 2023.

_____
HONORABLE RICHARD L. YOUNG
United States District Judge