UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

Minnie Allen; 1:19-cv-00579

_____

**MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Theresa DeRoos, personal representative and next of kin of Minnie Allen, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Theresa DeRoos as personal representative of Minnie Allen (deceased), and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Minnie Allen filed a Short Form Complaint for this action in this Court on February 6, 2019.

2. All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6). On or about June 19, 2017, Defendants Cook, Inc., et al., were served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3. On April 23, 2021, Plaintiff Minnie Allen passed away.

4. Minnie Allen's action against Defendants survives her death and is not extinguished.

5. Theresa DeRoos, decedent's surviving daughter, is the Next of Kin for Plaintiff, Minnie Allen.

6. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

7. Plaintiff thus moves the substitute Theresa DeRoos, as personal representative of Minnie Allen, deceased, as Plaintiff in the present action.

8. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Theresa DeRoos, as personal representative of Minnie Allen, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Minnie Allen is now deceased.

9. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

10. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent of the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Theresa DeRoos, as personal representative of Minnie Allen, deceased, as Plaintiff for Minnie Allen; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-00579 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: February 24, 2023

Respectfully submitted,

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney  (Bar No. 51236)
*Admitted Pro Hac Vice*
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 222-2222

CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney for Plaintiff