UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Minnie Allen | Civil Case # 1:19-cv-579 |

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

Minnie Allen

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

Theresa DeRoos (Daughter and Next of Kin)

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

Pennsylvania

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

Maine

6. Plaintiff's/Deceased Party's current state of residence:

Maine

7. District Court and Division in which venue would be proper absent direct filing:

Maine District Court

8. Defendants (Check Defendants against whom Complaint is made):

- ☒ Cook Incorporated
- ☒ Cook Medical LLC
- ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

- ☒ Diversity of Citizenship
- ☒ Other:

In excess of $75,000

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 through 28, inclusive.

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other:

---

11. Date of Implantation as to each product:

<u>4/2/2014</u>

12. Hospital(s) where Plaintiff was implanted (including City and State):

<u>Wayne Memorial Hospital 601 Park Street Honesdale, PA 18431</u>

13. Implanting Physician(s):

<u>J. Garry Wrobleski, Jr., D.O.</u>

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☒ Other: <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>: (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

<u>Seth S. Webb</u>

16. Address and bar information for Attorney for Plaintiff(s):

<u>Seth S. Webb #51236, Brown and Crouppen, P.C., 211 North Broadway, Suite 1600, St. Louis, MO 63102</u>

Dated:  February 24, 2023

        Brown & Crouppen, P.C. Inc.

        <u>/s/Seth S. Webb</u>
        Attorney  (Bar No. 51236_)
        *Admitted Pro Hac Vice*
        Brown and Crouppen, P.C.
        211 North Broadway, Suite 1600
        St. Louis, MO 63102