IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

All Plaintiffs in Exhibit A

Civil Case #  See Exhibit A

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Southern District of Indiana Local Rule 83-7(c), John Dalimonte is hereby substituted by Jennifer Rethemeier of Dalimonte Rueb Stoller, LLP (formerly known as Dalimonte Rueb LLP[1]) as counsel of record for Plaintiffs listed on the attached **Exhibit A**.  All future pleadings and notifications should be delivered as follows:

> Jennifer Rethemeier
> DALIMONTE RUEB STOLLER
> 2425 East Camelback Rd., Suite 500
> Phoenix, Arizona 85016
> jennifer.rethemeier@drlawllp.com

The substitution affects **only** counsel of record from the law firm Dalimonte Rueb Stoller.

DATED:  February 27, 2023.        Respectfully submitted,

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
**DALIMONTE RUEB STOLLER, LLP**
2425 East Camelback Rd., Suite 500
Phoenix, Arizona 85016
Telephone: (602) 892-0341
Jennifer.rethemeier@drlawllp.com
*Lead Counsel for Plaintiffs*

---

[1] Incorrectly listed by Clerk as Dalimonte Rueb Law Group.

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Jennifer Rethemeier*