# EXHIBIT A

| | |
|---|---|
| 1:2019cv01152 | Carmen Huddleston v. Cook Incorporated et al. |
| 1:2019cv01305 | Jeremy Isenberg v. Cook Incorporated et al. |
| 1:2019cv02646 | Cynthia M. Jackson v. Cook Incorporated et al. |
| 1:2019cv01304 | Jeffrey L. Jernigan v. Cook Incorporated et al. |
| 1:2019cv01300 | Kenneth R. Lafleur v. Cook Incorporated et al. |
| 1:2019cv01151 | Norma Lamaris v. Cook Incorporated et al. |
| 1:2019cv01150 | Bernadine Lampkins v. Cook Incorporated et al. |
| 1:2019cv01290 | Erica R. Lillie v. Cook Incorporated et al. |
| 1:2019cv01844 | Prenka Ljucovic v. Cook Incorporated et al. |
| 1:2019cv01406 | Allen Loewen v. Cook Incorporated et al. |
| 1:2019cv01175 | Cheryle McCarthy v. Cook Incorporated et al. |
| 1:2019cv01165 | Charlotte S. Miller v. Cook Incorporated et al. |
| 1:2018cv02986 | Christine L. Mitchum v. Cook Incorporated et al. |
| 1:2019cv01222 | Dennis J. Patrick v. Cook Incorporated et al. |
| 1:2019cv01153 | Willie A. Pearman, Jr.  v. Cook Incorporated et al. |
| 1:2020cv01098 | John E. Ramos v. Cook Incorporated et al. |
| 1:2018cv03083 | Tommy R. Richardson v. Cook Incorporated et al. |
| 1:2019cv01287 | Tori L. Riles v. Cook Incorporated et al. |
| 1:2019cv01108 | Charles Roberts v. Cook Incorporated et al. |