# EXHIBIT A

| | | |
|---|---|---|
| 1:2014cv01323 | Ormond, Jacob R. | ORMOND v. COOK MEDICAL INCORPORATED et al |
| 1:2019cv01176 | Ross, Lena M. | ROSS v. COOK INCORPORATED et al |
| 1:2019cv01227 | Rothlisberger, William Brian | ROTHLISBERGER v. COOK INCORPORATED et al |
| 1:2019cv01298 | Schroeder, John A., Jr. | SCHROEDER v. COOK INCORPORATED et al |
| 1:2019cv01226 | Schubert, Earl L. | SCHUBERT v. COOK INCORPORATED et al |
| 1:2019cv01302 | Southall, Linda A. | SOUTHALL v. COOK INCORPORATED et al |
| 1:2019cv01848 | Stevens, Jacqueline G. | STEVENS v. COOK INCORPORATED et al |
| 1:2019cv01177 | Strausbaugh, Irvin R. AND Donna Smith | STRAUSBAUGH et al v. COOK INCORPORATED et al |
| 1:2019cv01404 | Sullivan, Roderick M. | RODERICK v. COOK INCORPORATED et al |
| 1:2015cv02069 | Summers, Arthur Colin | SUMMERS v. COOK INCORPORATED, et al. |
| 1:2019cv01109 | Swint, Jason E. | SWINT v. COOK INCORPORATED et al |
| 1:2015cv06024 | Taylor, Gina AND Taylor, Jeffrey | TAYLOR et al v. COOK MEDICAL LLC et al |
| 1:2019cv01294 | Thieme, Frank | THIEME v. COOK INCORPORATED et al |
| 1:2019cv01166 | Thomas, Kim M. | THOMAS v. COOK INCORPORATED et al |
| 1:2019cv01286 | Townsend, Carla | TOWNSEND v. COOK INCORPORATED et al |
| 1:2019cv01405 | Velazquez, Luis | VELAZQUEZ v. COOK INCORPORATED et al |
| 1:2019cv01306 | White, Eddie L. | WHITE v. COOK INCORPORATED et al |
| 1:2019cv01291 | Williams, Robert L. | WILLIAMS v. COOK INCORPORATED et al |
| 1:2019cv01308 | Winters, Sarah L. | WINTERS v. COOK INCORPORATED et al |
| 1:2019cv01292 | Woods, Charles | WOODS v. COOK INCORPORATED et al |