IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

ROBERT E. WAGNER

Civil Case # 1:19-cv-3434

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Robert E.

Wagner Jr., on behalf of the Estate of Robert E. Wagner, is substituted as Plaintiff in the above

referenced action.

Dated this _____ day of _____, 2023.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana