# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

**IN RE: COOK MEDICAL, INC., IVC FITLER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

**Case No. 1:14-ml-2570-RLY-TAB**

**MDL No. 2570**

---

**This Document Relates to Plaintiff(s):**
**Peggy Meadows**
**Civil Case No.: 1:16-cv-02733-RLY-TAB**

---

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Richard Jeffory Meadow's and Bryan Roy Meadow's Motion to Substitute themselves, as personal representatives of the Estate of Peggy Meadows, deceased, as Party Plaintiffs for Peggy Meadows and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court grants the Motion. [Filing No. 23562.]

IT IS THEREFORE ORDERED that: (1) Richard Jeffory Meadows and Bryan Roy Meadows, as personal representatives of the Estate of Peggy Meadows, are hereby substituted as Party Plaintiffs for Peggy Meadows in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 3/2/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.