IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

**RICHARD JEFFORY MEADOWS AND BRYAN ROY MEADOWS as personal representatives of the ESTATE OF PEGGY MEADOWS**
Civil Case # 1:16-cv-02733-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Peggy Meadows

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Richard Jeffory Meadows and Bryan Roy Meadows as personal representatives of the Estate of Peggy Meadows

   Plaintiff's/Deceased Party's state of residence at the time of implant:

   Alabama

4. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Alabama

5. Plaintiff's/Deceased Party's current state of residence:

   Alabama

6. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court, Northern District of Alabama

7. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

8. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6-26 (Jurisdiction); Paragraphs 27-28 (Venue)

   b. Other allegations of jurisdiction and venue:

9. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

  ☐ Günther Tulip® Vena Cava Filter

  ☒ Cook Celect® Vena Cava Filter

  ☐ Gunther Tulip Mreye

  ☐ Cook Celect Platinum

  ☐ Other: _____

10. Date of Implantation as to each product:

    May 8, 2010

11. Hospital(s) where Plaintiff was implanted (including City and State):

    UAB Hospital

    Birmingham, AL

12. Implanting Physician(s):

    Marc Passman, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

  ☒ Count I:    Strict Products Liability – Failure to Warn

  ☒ Count II:   Strict Products Liability – Design Defect

  ☒ Count III:  Negligence

  ☒ Count IV:   Negligence Per Se

  ☒ Count V:    Breach of Express Warranty

  ☒ Count VI:   Breach of Implied Warranty

| | | |
|---|---|---|
| ☒ | Count VII: | Violations of Applicable <u>Maryland</u> State Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☒ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | Manufacturing defect |
| ☒ | Other: | Intentional and Negligent Infliction of Emotional Distress |

_____

_____

_____

_____

_____

14. Attorney for Plaintiff(s):

Calle Mendenhall_____

15. Address and bar information for Attorney for Plaintiff(s):

Calle Mendenhall, AL State Bar No. ASB-798-W37-E _____

Farris, Riley & Pitt, LLP, 505 20th Street North, Suite 1700_____

Birmingham, Alabama 35203; (205) 324-1212 Phone; (205) 324-1255 Fax_____

Respectfully submitted,

*/s/ Calle Mendenhall*
Calle Mendenhall
AL BAR: ASB-798-W37-E
**FARRIS, RILEY & PITT, L.L.P.**
505 20th Street North, Suite 1700
Birmingham, AL  35203
(205) 324-1212 phone
(205) 324-1255 fax
cmendenhall@frplegal.com
*Attorney for the Plaintiff*