# EXHIBIT A

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                          SS:

COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

### **WITHDRAWING AS COUNSEL LETTER**

On January 19, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail (_____ 7022 0410 0002 1029 8529 _____), addressed to the last known address of the addressee as indicated below:

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

Stefanie Holley

Sworn to before me January 19, 2023

NOTARY PUBLIC

KATIE RAMOS
Notary Public, State of New York
No. 01RA6304491
Qualified in Queens County
Commission Expires May 27, 2026