UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,　　　　　　　　　Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES　　　　　　　　MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____
This Document Relates to Plaintiff:
Frank Alexander
Civil Case No. 1:17-cv-03510-RLY-TAB
-------------------------------------------------X

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local R. 83.7(b), Randi Kassan, and the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the grounds:

1. That, unfortunately, there exists irreconcilable conflicts between counsel at Milberg Coleman Bryson Phillips Grossman, PLLC and Plaintiff relating to the continuation of the claims in the above captioned action.

2. Plaintiff Frank Alexander has been notified, in writing, of counsel's intention to withdraw as attorneys in this action by Certified Mail and First Class Mail on February 16, 2023. A copy of the Affidavit of Mailing is attached as Exhibit A.

3. Plaintiff's last known address and telephone number are:

   Frank Alexander
   2751 Buckskin Avenue
   Kingman, AZ 86401
   (928) 899-2502

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Milberg Coleman Bryson Phillips Grossman, PLLC has sent this Motion to Withdraw by certified mail and first class mail to Plaintiff's last known address, thereby informing them of this Motion to Withdraw. A copy of the Affidavit of Mailing is attached as Exhibit B.

6. Counsel is willing to do an in-camera affidavit or appear for an Ex Parte telephonic conference to address further details, if needed.

7. Plaintiff's counsel has conferred with Defendants' counsel. Defendants do not oppose this motion.

8. WHEREFORE, Plaintiff respectfully requests that the Court enter an order relieving Milberg Coleman Bryson Phillips Grossman, PLLC as attorneys for the Plaintiff, and provide any other relief which the court deems just and proper.

Dated: March 2, 2023

          MILBERG COLEMAN BRYSON
          PHILLIPS GROSSMAN, PLLC

By:   /s/ Randi Kassan
      Randi Kassan, Esq. (NY-4375754)
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      Telephone: (516) 741-5600
      Fax: (516) 741-0128
      RKassan@milberg.com
      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: March 2, 2023

                                              MILBERG COLEMAN BRYSON
                                              PHILLIPS GROSSMAN, PLLC

By:      <u>/s/ Randi Kassan</u>
           Randi Kassan, Esq. (NY-4375754)
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           Telephone: (516) 741-5600
           Fax: (516) 741-0128
           RKassan@milberg.com
           *Counsel for Plaintiff*