# EXHIBIT A

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                        SS:
COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

**WITHDRAWING AS COUNSEL LETTER**

On February 16, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail ( 7022 0410 0002 1029 8611 ), addressed to the last known address of the addressee as indicated below:

SECOND NOTICE
Frank Alexander
2751 Buckskin Avenue
Kingman, AZ 86401

Stefanie Holley

Sworn to before me February 16, 2023

NOTARY PUBLIC

KATIE RAMOS
Notary Public, State of New York
No. 01RA6304491
Qualified in Queens County
Commission Expires May 27, 20 26