UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| _____<br>This Document Relates to Plaintiff:<br>Frank Alexander<br>Civil Case No. 1:17-cv-03510-RLY-TAB<br>-------------------------------------------------X | **PROPOSED ORDER FOR<br>MOTION TO WITHDRAW<br>AS COUNSEL FOR PLAINTIFF** |

THIS MATTER having been opened to the Court by Milberg Coleman Bryson Phillips Grossman, PLLC, attorneys for the Plaintiff, and the Court having considered the papers filed in support and in opposition thereto, if any, and for other good cause being shown, it is on this _____ day of _____, 2023

ORDERED that Milberg Coleman Bryson Phillips Grossman, PLLC is hereby relieved as counsel for the Plaintiff, FRANK ALEXANDER, and it is further ORDERED that a copy of this Order shall be served upon all counsel of record within _____ days of receipt.

_____
Honorable Tim A. Baker
United States Magistrate Judge