# EXHIBIT A

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                              SS:
COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

**WITHDRAWING AS COUNSEL LETTER**

On January 19, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail ( 7022 0410 0002 1029 8543 ), addressed to the last known address of the addressee as indicated below:

Robert Mott
P.O. Box 702
Mansfield Center, CT 06235

Stefanie Holley

Sworn to before me January 19, 2023

_____
NOTARY PUBLIC

KATIE RAMOS
Notary Public, State of New York
No. 01RA6304491
Qualified in Queens County
Commission Expires May 27, 2026