UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,         Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES         MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:
Gayle McCleary-Watkins
Civil Case No. 1:16-cv-03486-RLY-TAB
-------------------------------------------------X

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

Pursuant to Local R. 83.7(b), Randi Kassan, and the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC and co-counsel law firm Pogust Braslow & Millrood LLC respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the grounds:

1. That, unfortunately, there exists irreconcilable conflicts between counsel at Milberg Coleman Bryson Phillips Grossman, PLLC, Pogust Braslow & Millrood LLC, and Plaintiff relating to the continuation of the claims in the above captioned action.

2. Plaintiff Gayle McCleary-Watkins has been notified, in writing, of counsel's intention to withdraw as attorneys in this action by Certified Mail and First Class Mail on January 19, 2023. A copy of the Affidavit of Mailing is attached as Exhibit A.

3. Plaintiff's last known address and telephone number are:

Gayle McCleary-Watkins
7219 Park Heights Avenue, Apt. 104
Baltimore, MD 21208
(410) 206-8001

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Milberg Coleman Bryson Phillips Grossman, PLLC has sent this Motion to Withdraw by certified mail and first class mail to Plaintiff's last known address, thereby informing them of this Motion to Withdraw. A copy of the Affidavit of Mailing is attached as Exhibit B.

6. Counsel is willing to do an in-camera affidavit or appear for an Ex Parte telephonic conference to address further details, if needed.

7. Plaintiff's counsel has conferred with Defendants' counsel. Defendants do not oppose this motion.

8. WHEREFORE, Plaintiff respectfully request that the Court enter an order relieving Milberg Coleman Bryson Phillips Grossman, PLLC, Pogust Braslow & Millrood LLC and co-counsel as attorneys for the Plaintiff, and provide any other relief which the court deems just and proper.

Dated: March 2, 2023

                                        MILBERG COLEMAN BRYSON
                                      PHILLIPS GROSSMAN, PLLC

By: /s/ Randi Kassan
Randi Kassan, Esq. (NY-4375754)
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Fax: (516) 741-0128
RKassan@milberg.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: March 2, 2023

                                              MILBERG COLEMAN BRYSON
                                              PHILLIPS GROSSMAN, PLLC

By:     <u>/s/ Randi Kassan</u>
        Randi Kassan, Esq. (NY-4375754)
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Telephone: (516) 741-5600
        Fax: (516) 741-0128
        RKassan@milberg.com
        *Counsel for Plaintiff*