UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: Gayle McCleary-Watkins Civil Case No. 1:16-cv-03486-RLY-TAB ------------------------------------------------X | **PROPOSED ORDER FOR MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

THIS MATTER having been opened to the Court by Milberg Coleman Bryson Phillips Grossman, PLLC and Pogust Braslow & Millrood LLC, attorneys for the Plaintiff, and the Court having considered the papers filed in support and in opposition thereto, if any, and for other good cause being shown, it is on this _____ day of _____, 2023

ORDERED that Milberg Coleman Bryson Phillips Grossman, PLLC, Pogust Braslow & Millrood LLC and co-counsel are hereby relieved as counsel for the Plaintiff, GAYLE MCCLEARY-WATKINS, and it is further ORDERED that a copy of this Order shall be served upon all counsel of record within _____ days of receipt.

_____
Honorable Tim A. Baker
United States Magistrate Judge