IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)
 Lane Duda

 Civil Case #_1:23-6985-RLY-TAB_

---

## SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Lane Duda

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    N/A

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   West Virginia
   _____

6. Plaintiff's/Deceased Party's current state of residence:

   Maryland
   _____

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of West Virginia Clarksburg Division
   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒        Cook Incorporated

   ☒        Cook Medical LLC

   ☒        William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒        Diversity of Citizenship

   ☐        Other: _____

   a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:
       Paragraphs 6-28
       _____

       _____

       _____

   b.  Other allegations of jurisdiction and venue:

       _____

       _____

       _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

    ☒      Günther Tulip® Vena Cava Filter

    ☐      Cook Celect® Vena Cava Filter

                Gunther Tulip Mreye

                Cook Celect Platinum

                Other:

    _____

11. Date of Implantation as to each product:

   04/02/2007_____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   West Virginia University Hospital, Morgantown, West Virginia_____

   _____

13. Implanting Physician(s):

   Thomas Darius Roberts, M.D._____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒      Count I:      Strict Products Liability – Failure to Warn

    ☒      Count II:     Strict Products Liability – Design Defect

    ☒      Count III:    Negligence

    ☒      Count IV:    Negligence Per Se

☒      Count V:      Breach of Express Warranty

☒      Count VI:      Breach of Implied Warranty

☒      Count VII:      Violations of Applicable __West Virginia__ (insert State)

                   Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

                   Practices

☐      Count VIII:      Loss of Consortium

☐      Count IX:      Wrongful Death

☐      Count X:      Survival

☒      Count XI:      Punitive Damages

☐      Other:      _____ (please state the facts supporting

                   this Count in the space, immediately below)

☒      Other:      _____ (please state the facts supporting

                   this Count in the space, immediately below)

__Plaintiff incorporates by reference and in full the complaint filed in the__

__United States District Court for the Northern District of West Virginia Clarksburg Division__

__on 02/09/2023   Case 1:23-cv-00017-TSK__

_____

_____

15. Attorney for Plaintiff(s):

    David M. Langevin

16. Address and bar information for Attorney for Plaintiff(s):

2116 Second Ave South

Minneapolis, Minnesota 55404

 MN Bar No. 269542

Respectfully submitted,

*/s/ David M. Langevin*
David M. Langevin
MN Bar No. 329563
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
dave@westrikeback.com

***Lead Counsel for Plaintiff(s)***