# Exhibit A

| | |
|---|---|
| 1:2019cv01159 | Gerald W. Beacht v. Cook Incorporated Et Al |
| 1:2019cv01307 | Catherine Bentivegna v. Cook Incorporated Et Al |
| 1:2019cv01180 | Pamela S. Birmingham v. Cook Incorporated Et Al |
| 1:2019cv01293 | Steven Z. Brock v. Cook Incorporated Et Al |
| 1:2019cv01228 | Thomas L. Carey, Jr. v. Cook Incorporated Et Al |
| 1:2019cv02420 | Michael A. Chambers v. Cook Incorporated Et Al |
| 1:2019cv01154 | Roberta J. Cherry v. Cook Incorporated Et Al |
| 1:2019cv01149 | Eddi J. Conley v. Cook Incorporated Et Al |
| 1:2019cv01297 | Michael, Sr. Daniel v. Cook Incorporated Et Al |
| 1:2019cv01179 | Roy Jerome Davis v. Cook Incorporated Et Al |
| 1:2019cv01223 | Juliana Dixon v. Cook Incorporated Et Al |
| 1:2019cv01107 | Janet Dudgeon v. Cook Incorporated Et Al |
| 1:2019cv01160 | Victoria L. Everhardt v. Cook Incorporated Et Al |
| 1:2019cv01833 | Rita G. Guy v. Cook Incorporated Et Al |
| 1:2019cv01838 | Nicholas James Hamlin v. Cook Incorporated Et Al |
| 1:2018cv02635 | Ebony Monique Harrison v. Cook Medical LLC, et al. |
| 1:2019cv01295 | Richard Haywood v. Cook Incorporated Et Al |
| 1:2019cv00969 | Ethyl F. Hendee v. Cook Incorporated Et Al |
| 1:2019cv01168 | Dan L. Henry, II v. Cook Incorporated Et Al |
| 1:2018cv02988 | Fred L. Hiebert, II v. Cook Medical, LLC, et al. |