# EXHIBIT A

BEN MARTIN LAW GROUP

COOK MDL CASE LIST

| **Name:** | | **Case No.** |
|---|---|---|
| 1. | Long, Alex | 1:13-cv-00986-RLY-TAB |
| 2. | Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 3. | Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 4. | Moore, Rosalind and Kourtney Harris | 1:14-cv-00736-RLY-TAB |
| 5. | Chapman, Zach | 1:14-cv-00998-RLY-TAB |
| 6. | Deschenes, Judith | 1:14-cv-01451-RLY-TAB |
| 7. | Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 8. | Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 9. | Perry-O'Farrow, Letitia | 1:14-cv-06005-RLY-TAB |
| 10. | Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 11. | Eslick, Karen | 1:14-cv-06011-RLY-TAB |
| 12. | Ayers, Naomi | 1:14-cv-06017-RLY-TAB |
| 13. | Pfleiderer, Debbie | 1:15-cv-00479-RLY-TAB |
| 14. | Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 15. | Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |
| 16. | Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 17. | Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 18. | Parker, Michael G. | 1:15-cv-00597-RLY-TAB |
| 19. | Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 20. | Fulk, Kimberly Dawn | 1:15-cv-00763-RLY-TAB |
| 21. | Sadler, Lonnie Ray | 1:15-cv-00852-RLY-TAB |
| 22. | White, Thomas III | 1:15-cv-01020-RLY-TAB |
| 23. | Shaw, Alexis Miranda | 1:15-cv-01021-RLY-TAB |
| 24. | Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 25. | Voyles, Joel | 1:15-cv-01159-RLY-TAB |
| 26. | George, Preston Jay | 1:15-cv-01176-RLY-TAB |
| 27. | Darida, Sandra | 1:15-cv-01445-RLY-TAB |
| 28. | Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 29. | Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 30. | Harris, James Allen | 1:15-cv-01943-RLY-TAB |
| 31. | Tickner, Pat | 1:15-cv-06021-RLY-TAB |
| 32. | Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 33. | Calistro, Carol | 1:16-cv-00064-RLY-TAB |
| 34. | Pemberton, Patricia Ann | 1:16-cv-00432-RLY-TAB |
| 35. | Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 36. | Alexander, Cecelia Elizabeth | 1:16-cv-00435-RLY-TAB |
| 37. | Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 38. | Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 39. | Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 40. | Shields, Paul | 1:16-cv-00577-RLY-TAB |
| 41. | Koopman, Mark Frederick | 1:16-cv-00599-RLY-TAB |

| | | |
|---|---|---|
| 42. | Higgins, Jesse | 1:16-cv-00728-RLY-TAB |
| 43. | Sexton, Harold | 1:16-cv-00771-RLY-TAB |
| 44. | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 45. | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 46. | Moore, Lucy and Timothy Hall | 1:16-cv-01083-RLY-TAB |
| 47. | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 48. | Debord, Robert Douglas | 1:16-cv-01518-RLY-TAB |
| 49. | Eberz, Ronald M. | 1:16-cv-01533-RLY-TAB |
| 50. | Lemmon, Nicole Marie | 1:16-cv-01837-RLY-TAB |
| 51. | Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 52. | Pearson, Crystal Anne | 1:16-cv-01839-RLY-TAB |
| 53. | Mckellop-Maxwell, Catherine | 1:16-cv-02095-RLY-TAB |
| 54. | Cutlip, Jeffrey Darren | 1:16-cv-02238-RLY-TAB |
| 55. | James, Steve Allan | 1:16-cv-02253-RLY-TAB |
| 56. | Forbus, Roberta Lynn | 1:16-cv-02286-RLY-TAB |
| 57. | Ellingsen, Christopher | 1:16-cv-02308-RLY-TAB |
| 58. | Langer, Scott Andrew | 1:16-cv-02379-RLY-TAB |
| 59. | Wadsworth, Donna | 1:16-cv-02476-RLY-TAB |
| 60. | Connelly, Thomas | 1:16-cv-02507-RLY-TAB |
| 61. | Burroughs, Collette | 1:16-cv-02524-RLY-TAB |
| 62. | Khasidov, Igor | 1:16-cv-02562-RLY-TAB |
| 63. | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 64. | Hart, Billy | 1:16-cv-02829-RLY-TAB |
| 65. | Williams, Barbara | 1:16-cv-03048-RLY-TAB |
| 66. | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 67. | Vinnik, Charles Alan | 1:16-cv-03273-RLY-TAB |
| 68. | Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 69. | Kennedy, Kristin | 1:16-cv-03275-RLY-TAB |
| 70. | Morris, Richard C. | 1:16-cv-03280-RLY-TAB |
| 71. | Darnell, Julie | 1:16-cv-03305-RLY-TAB |
| 72. | Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 73. | Hess, Robert | 1:16-cv-03312-RLY-TAB |
| 74. | Chambers, Megan | 1:16-cv-06031-RLY-TAB |
| 75. | Hayes, Charles II | 1:16-cv-06042-RLY-TAB |
| 76. | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 77. | Scott, Judith | 1:17-cv-00115-RLY-TAB |
| 78. | Zernov, Jeffrey Peter | 1:17-cv-00130-RLY-TAB |
| 79. | Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 80. | Mercer, Susan | 1:17-cv-00256-RLY-TAB |
| 81. | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 82. | Rahe, Peggy | 1:17-cv-00267-RLY-TAB |
| 83. | Smith, Kenneth Earl | 1:17-cv-00408-RLY-TAB |
| 84. | Newman, Donald; Newman, Lorna | 1:17-cv-00466-RLY-TAB |
| 85. | Parsley, Christina | 1:17-cv-00543-RLY-TAB |
| 86. | Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 87. | LoBue, Anthony | 1:17-cv-00582-RLY-TAB |
| 88. | Craig, Caitlin | 1:17-cv-00731-RLY-TAB |
| 89. | Payne, Susan | 1:17-cv-00762-RLY-TAB |

| | | |
|---|---|---|
| 90. | Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 91. | Page, Terry, Jr. | 1:17-cv-00921-RLY-TAB |
| 92. | Haag, Kathryn | 1:17-cv-01107-RLY-TAB |
| 93. | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 94. | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 95. | Renninger, Gregory | 1:17-cv-01121-RLY-TAB |
| 96. | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 97. | Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 98. | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 99. | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 100. | Craig, Amber | 1:17-cv-01697-RLY-TAB |
| 101. | Falstad, Cheryl E.; Falstad, Edwin | 1:17-cv-01744-RLY-TAB |
| 102. | Faust, David | 1:17-cv-01762-RLY-TAB |
| 103. | Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 104. | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 105. | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 106. | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 107. | Kamp, Kimberly | 1:17-cv-02144-RLY-TAB |
| 108. | Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 109. | Brouse, Thomas, Jr. | 1:17-cv-02463-RLY-TAB |
| 110. | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 111. | Hatchett, Rosemary | 1:17-cv-02612-RLY-TAB |
| 112. | Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 113. | Edmundson, Kathy C. | 1:17-cv-02902-RLY-TAB |
| 114. | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 115. | Tancredi, Daniel | 1:17-cv-02953-RLY-TAB |
| 116. | Seckar, Philip | 1:17-cv-02963-RLY-TAB |
| 117. | Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 118. | Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |
| 119. | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 120. | Pellegrino, Patrick | 1:17-cv-03784-RLY-TAB |
| 121. | Russell, Leslie | 1:17-cv-03786-RLY-TAB |
| 122. | Benedetto, Lorraine | 1:17-cv-03989-RLY-TAB |
| 123. | Lang, Jacqueline S. | 1:17-cv-04142-RLY-TAB |
| 124. | Johnson, Alice | 1:17-cv-04244-RLY-TAB |
| 125. | Vaughan, Larry John, Jr. | 1:17-cv-04340-RLY-TAB |
| 126. | Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 127. | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 128. | Cole, Jeanne | 1:17-cv-04732-RLY-TAB |
| 129. | Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 130. | Sauls, Rodney Joseph | 1:18-cv-00081-RLY-TAB |
| 131. | Cochran, Teresita | 1:18-cv-00098-RLY-TAB |
| 132. | French, Darin | 1:18-cv-00103-RLY-TAB |
| 133. | Aceto, Tiffany | 1:18-cv-00141-RLY-TAB |
| 134. | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 135. | Demsko, Jane M. | 1:18-cv-00221-RLY-TAB |
| 136. | Caldwell, Karen | 1:18-cv-00394-RLY-TAB |
| 137. | Westphal, Sandra Lou | 1:18-cv-00513-RLY-TAB |

| | | |
|---|---|---|
| 138. | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 139. | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |
| 140. | Adams, Kimberly | 1:18-cv-00800-RLY-TAB |
| 141. | Adolf, David | 1:18-cv-00801-RLY-TAB |
| 142. | Alliss, Lisa Renee | 1:18-cv-00802-RLY-TAB |
| 143. | Banks, Terasa Marie | 1:18-cv-00803-RLY-TAB |
| 144. | Clark, Cynthia | 1:18-cv-00804-RLY-TAB |
| 145. | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 146. | Brown, Thomas H. | 1:18-cv-00814-RLY-TAB |
| 147. | Haas, Frederick J. | 1:18-cv-00816-RLY-TAB |
| 148. | Dyer, Eileen May | 1:18-cv-00817-RLY-TAB |
| 149. | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 150. | Pinson, Timothy | 1:18-cv-00822-RLY-TAB |
| 151. | Deo, Michael David | 1:18-cv-00828-RLY-TAB |
| 152. | Dean, Thomas J. III | 1:18-cv-00830-RLY-TAB |
| 153. | Foley, Ursula A. | 1:18-cv-00831-RLY-TAB |
| 154. | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 155. | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 156. | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 157. | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 158. | Smith, Larry Lee | 1:18-cv-00838-RLY-TAB |
| 159. | Gibson, Susan Padgett | 1:18-cv-00839-RLY-TAB |
| 160. | Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 161. | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 162. | Parson, Alonda | 1:18-cv-00846-RLY-TAB |
| 163. | Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 164. | Wood, David | 1:18-cv-01046-RLY-TAB |
| 165. | Schlitz, Lynda Kay | 1:18-cv-01193-RLY-TAB |
| 166. | Cinovoj, Aleksandras | 1:18-cv-01227-RLY-TAB |
| 167. | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 168. | Owens, Autumn | 1:18-cv-01458-RLY-TAB |
| 169. | Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 170. | Umbaugh, Paul M. | 1:18-cv-02178-RLY-TAB |
| 171. | Lewis, Willie | 1:18-cv-02180-RLY-TAB |
| 172. | Walker, James | 1:18-cv-02212-RLY-TAB |
| 173. | Gray, Carol C. | 1:18-cv-02227-RLY-TAB |
| 174. | Lamb, Oliver | 1:18-cv-02330-RLY-TAB |
| 175. | Borgens, Angelo | 1:18-cv-02451-RLY-TAB |
| 176. | Conner, Dana | 1:18-cv-02472-RLY-TAB |
| 177. | Seibert, John Stewart | 1:18-cv-02522-RLY-TAB |
| 178. | Patterson, James | 1:18-cv-02554-RLY-TAB |
| 179. | Johnson, Frederick | 1:18-cv-02611-RLY-TAB |
| 180. | Lowe, Tomika | 1:18-cv-02657-RLY-TAB |
| 181. | Pierce, Alan | 1:18-cv-02862-RLY-TAB |
| 182. | D'Amico, Michele | 1:18-cv-02922-RLY-TAB |
| 183. | Briones-Ubaldo, Deborah R. | 1:18-cv-03189-RLY-TAB |
| 184. | Crehen, Judith | 1:18-cv-03356-RLY-TAB |
| 185. | Johansen, Marie Lee | 1:18-cv-03358-RLY-TAB |

| | | |
|---|---|---|
| 186. | Hatchett, Rosemary | 1:18-cv-03369-RLY-TAB |
| 187. | McClusky, Nina | 1:18-cv-03402-RLY-TAB |
| 188. | Benge, Robert | 1:18-cv-03458-RLY-TAB |
| 189. | Underwood, Terry | 1:18-cv-03499-RLY-TAB |
| 190. | Newton, Maria Anna | 1:18-cv-03500-RLY-TAB |
| 191. | Gharib, Rawia | 1:18-cv-03501-RLY-TAB |
| 192. | Farnham, Diana | 1:18-cv-03503-RLY-TAB |
| 193. | Cherry, Timothy John | 1:18-cv-03504-RLY-TAB |
| 194. | Haney, Roy Allen | 1:18-cv-03725-RLY-TAB |
| 195. | Bailey, Hessard Charles | 1:18-cv-04045-RLY-TAB |
| 196. | Rogers, Sarah Ellen; Rogers-Price, Melissa | 1:18-cv-04094-RLY-TAB |
| 197. | Norman, Cindy Lou | 1:18-cv-06092-RLY-TAB |
| 198. | Williams, Joshua Jordan | 1:19-cv-00232-RLY-TAB |
| 199. | Thompson, Nicole | 1:19-cv-01120-RLY-TAB |
| 200. | Blanding, Naydean | 1:19-cv-01215-RLY-TAB |
| 201. | Weglarz, John | 1:19-cv-01252-RLY-TAB |
| 202. | Alvarado, Cynthia | 1:19-cv-01362-RLY-TAB |
| 203. | Morgan, Amber | 1:19-cv-01496-RLY-TAB |
| 204. | Jara, Anthony | 1:19-cv-01560-RLY-TAB |
| 205. | Allen, Tina | 1:19-cv-01762-RLY-TAB |
| 206. | Robinson, Linder | 1:19-cv-01763-RLY-TAB |
| 207. | Carmon, Jesse James | 1:19-cv-01898-RLY-TAB |
| 208. | Maffia, Holly | 1:19-cv-01918-RLY-TAB |
| 209. | Macisaac, Martha | 1:19-cv-01927-RLY-TAB |
| 210. | Sotelo, Christina | 1:19-cv-01989-RLY-TAB |
| 211. | Brown, Kevin | 1:19-cv-01994-RLY-TAB |
| 212. | Turner, Paula | 1:19-cv-02023-RLY-TAB |
| 213. | Smithson, Arthur Donald, Jr. | 1:19-cv-02070-RLY-TAB |
| 214. | Guillory, Ralph Edward | 1:19-cv-02111-RLY-TAB |
| 215. | Smith, Robert L., Sr. | 1:19-cv-02419-RLY-TAB |
| 216. | Campbell, Ashley Brooke | 1:19-cv-02441-RLY-TAB |
| 217. | Myers, Doris | 1:19-cv-02443-RLY-TAB |
| 218. | Outlaw, Audrey | 1:19-cv-02444-RLY-TAB |
| 219. | Shrum, Karen | 1:19-cv-02478-RLY-TAB |
| 220. | Snyder, Barbara | 1:19-cv-02570-RLY-TAB |
| 221. | Jones, Monika | 1:19-cv-02576-RLY-TAB |
| 222. | Donahue, Troy | 1:19-cv-02580-RLY-TAB |
| 223. | Pierce, Tyrell | 1:19-cv-02587-RLY-TAB |
| 224. | Cressman, Robert III | 1:19-cv-02615-RLY-TAB |
| 225. | Hendrickson, Terry | 1:19-cv-02620-RLY-TAB |
| 226. | Nazarian, Tina | 1:19-cv-02621-RLY-TAB |
| 227. | Hunt, Ashly | 1:19-cv-02661-RLY-TAB |
| 228. | Glaser-Zakem, Loraine | 1:19-cv-02664-RLY-TAB |
| 229. | Wimberly, Sonya D. | 1:19-cv-02673-RLY-TAB |
| 230. | McDavid, Virginia P. | 1:19-cv-02679-RLY-TAB |
| 231. | Mitchell, John M. | 1:19-cv-02848-RLY-TAB |
| 232. | Shields, Michael | 1:19-cv-02850-RLY-TAB |
| 233. | Chavers, Amaris | 1:19-cv-02851-RLY-TAB |

| | | |
|---|---|---|
| 234. | Manseau, Michael | 1:19-cv-02852-RLY-TAB |
| 235. | Carter, Shay L. | 1:19-cv-03342-RLY-TAB |
| 236. | Jenkins, Kimily | 1:19-cv-03497-RLY-TAB |
| 237. | Miller-Harris, Darlene | 1:19-cv-03645-RLY-TAB |
| 238. | Jude, Shannon | 1:19-cv-03742-RLY-TAB |
| 239. | Spence, Jessica | 1:19-cv-03819-RLY-TAB |
| 240. | Kribbs, James | 1:19-cv-03875-RLY-TAB |
| 241. | Deluca, Maura | 1:19-cv-03899-RLY-TAB |
| 242. | Lewis, Shirlene | 1:19-cv-04008-RLY-TAB |
| 243. | Workman, Goldie | 1:19-cv-04161-RLY-TAB |
| 244. | Nunez, Richard B. | 1:19-cv-04169-RLY-TAB |
| 245. | Chester, Steven | 1:19-cv-04277-RLY-TAB |
| 246. | Daniels, Laurie | 1:19-cv-04341-RLY-TAB |
| 247. | Simons, Lonnie | 1:19-cv-04376-RLY-TAB |
| 248. | Sproul, Ashly | 1:19-cv-04452-RLY-TAB |
| 249. | Parks, Judy | 1:19-cv-04772-RLY-TAB |
| 250. | Gamboa, Guadalupe | 1:19-cv-04819-RLY-TAB |
| 251. | Segars, Ramona | 1:19-cv-04825-RLY-TAB |
| 252. | Pike, Arnie | 1:19-cv-04827-RLY-TAB |
| 253. | Wasserstrom, Teresa A. | 1:19-cv-04914-RLY-TAB |
| 254. | Martell, Daniel | 1:19-cv-04918-RLY-TAB |
| 255. | Sanders, Melissa | 1:19-cv-04922-RLY-TAB |
| 256. | Solorio, Gabriel | 1:19-cv-05012-RLY-TAB |
| 257. | Hill, Charles | 1:19-cv-06102-RLY-TAB |
| 258. | Snow, Donald | 1:20-cv-00108-RLY-TAB |
| 259. | White, Crystal | 1:20-cv-00223-RLY-TAB |
| 260. | Fruge, Maria | 1:20-cv-00326-RLY-TAB |
| 261. | Hereid, James | 1:20-cv-00368-RLY-TAB |
| 262. | Eitel, Billie | 1:20-cv-00536-RLY-TAB |
| 263. | Basie, John | 1:20-cv-01195-RLY-TAB |
| 264. | Reyes, David | 1:20-cv-01761-RLY-TAB |
| 265. | Bryant, Michael | 1:20-cv-01846-RLY-TAB |
| 266. | Bercier, Marlene | 1:20-cv-01886-RLY-TAB |
| 267. | Pulido, Charity | 1:20-cv-02347-RLY-TAB |
| 268. | Perez, Linda | 1:20-cv-02560-RLY-TAB |
| 269. | Carter, Jody | 1:20-cv-02594-RLY-TAB |
| 270. | Oliver, Lester | 1:20-cv-02955-RLY-TAB |
| 271. | Duconge, Christopher | 1:20-cv-03109-RLY-TAB |
| 272. | Jacoby, John | 1:20-cv-06108-RLY-TAB |
| 273. | Storch, Lawrence | 1:20-cv-06109-RLY-TAB |
| 274. | Long, Barry | 1:20-cv-06111-RLY-TAB |
| 275. | Kane, Joseph | 1:20-cv-06120-RLY-TAB |
| 276. | Stephenson, Thomas | 1:20-cv-06128-RLY-TAB |
| 277. | Townley, Walter | 1:20-cv-06129-RLY-TAB |
| 278. | Robbins, Joyce | 1:20-cv-06130-RLY-TAB |
| 279. | Beck, Lisa | 1:20-cv-06132-RLY-TAB |
| 280. | Kincaid, Ollie | 1:20-cv-06158-RLY-TAB |
| 281. | Elliott, Robert | 1:20-cv-06175-RLY-TAB |

| | | |
|---|---|---|
| 282. | Profit, Ruth E. | 1:20-cv-06184-RLY-TAB |
| 283. | Simon, John | 1:20-cv-06185-RLY-TAB |
| 284. | Davis, David | 1:20-cv-06186-RLY-TAB |
| 285. | Hansen, Carl | 1:20-cv-06196-RLY-TAB |
| 286. | Ryan, Dennis J. | 1:20-cv-06199-RLY-TAB |
| 287. | Alkamel, Lisa | 1:20-cv-06202-RLY-TAB |
| 288. | Warden, Jayson | 1:20-cv-06205-RLY-TAB |
| 289. | Hayslip, Stephen | 1:20-cv-06237-RLY-TAB |
| 290. | Sevene, Philip, Sr. | 1:20-cv-06246-RLY-TAB |
| 291. | Brown, Matthew A. | 1:20-cv-06247-RLY-TAB |
| 292. | Wright, Cheryl | 1:20-cv-06259-RLY-TAB |
| 293. | Loucks, Richard | 1:20-cv-06262-RLY-TAB |
| 294. | Montgomery, Paul | 1:20-cv-06267-RLY-TAB |
| 295. | Jaggi, Meena | 1:20-cv-06269-RLY-TAB |
| 296. | Thompson, Charlesetta L. | 1:20-cv-06275-RLY-TAB |
| 297. | Wiley, Crystal | 1:20-cv-06276-RLY-TAB |
| 298. | Castro, Odilie | 1:20-cv-06280-RLY-TAB |
| 299. | Kennedy, Verdica | 1:20-cv-06288-RLY-TAB |
| 300. | McQueary, Ellis Lee | 1:20-cv-06290-RLY-TAB |
| 301. | Monteith, Dorothy | 1:20-cv-06291-RLY-TAB |
| 302. | Castellow, Robert | 1:20-cv-06299-RLY-TAB |
| 303. | Burgman, Arnold | 1:20-cv-06303-RLY-TAB |
| 304. | Chandler, George Aaron | 1:20-cv-06311-RLY-TAB |
| 305. | Marshall, Stephen | 1:21-cv-00031-RLY-TAB |
| 306. | Sanchez, Remedios | 1:21-cv-00083-RLY-TAB |
| 307. | Olney, Michelle | 1:21-cv-00111-RLY-TAB |
| 308. | Simalton, Jerome | 1:21-cv-00140-RLY-TAB |
| 309. | Gautier, Lacey | 1:21-cv-00172-RLY-TAB |
| 310. | Mitchell, Nelda | 1:21-cv-00285-RLY-TAB |
| 311. | Williams, Loria Ann | 1:21-cv-00463-RLY-TAB |
| 312. | Currier, Larry | 1:21-cv-00464-RLY-TAB |
| 313. | Perez, Modesty | 1:21-cv-00749-RLY-TAB |
| 314. | Heglar, Bernice | 1:21-cv-00759-RLY-TAB |
| 315. | Streather, Valinda | 1:21-cv-00775-RLY-TAB |
| 316. | Simons, Lonnie | 1:21-cv-00777-RLY-TAB |
| 317. | Kommer, Steven P. | 1:21-cv-00816-RLY-TAB |
| 318. | Long, Gregory | 1:21-cv-00866-RLY-TAB |
| 319. | Hoyt, Brandy | 1:21-cv-01196-RLY-TAB |
| 320. | Apa, Patrick | 1:21-cv-01360-RLY-TAB |
| 321. | Washington, Zenobia | 1:21-cv-01445-RLY-TAB |
| 322. | Harriger, Preston | 1:21-cv-01549-RLY-TAB |
| 323. | Biggs, Michele | 1:21-cv-01976-RLY-TAB |
| 324. | Rodriguez, Casander | 1:21-cv-02142-RLY-TAB |
| 325. | Freer, Victor | 1:21-cv-02521-RLY-TAB |
| 326. | White, Duane | 1:21-cv-02667-RLY-TAB |
| 327. | Alexander, Audrey Renee | 1:21-cv-02762-RLY-TAB |
| 328. | Stiles, Larry | 1:21-cv-02789-RLY-TAB |
| 329. | Lufkin, Roy | 1:21-cv-02838-RLY-TAB |

| | | |
|---|---|---|
| 330. | Hagerty, Charlotte A. | 1:21-cv-06317-RLY-TAB |
| 331. | Norris, Rhonda | 1:21-cv-06325-RLY-TAB |
| 332. | Quiroz, Steven J. | 1:21-cv-06399-RLY-TAB |
| 333. | Phillips, Sarah | 1:21-cv-06417-RLY-TAB |
| 334. | Lamb, Terry Lee | 1:21-cv-06425-RLY-TAB |
| 335. | Walz, Vonnie | 1:21-cv-06427-RLY-TAB |
| 336. | Gatewood, Gloria | 1:21-cv-06431-RLY-TAB |
| 337. | Rex, Douglas J. | 1:21-cv-06436-RLY-TAB |
| 338. | Madden, Marilyn | 1:21-cv-06437-RLY-TAB |
| 339. | Souza, Alex | 1:21-cv-06443-RLY-TAB |
| 340. | Miliner, Patricia | 1:21-cv-06449-RLY-TAB |
| 341. | Cormier, Matthew | 1:21-cv-06458-RLY-TAB |
| 342. | Adams, Katie | 1:21-cv-06465-RLY-TAB |
| 343. | Felder, Torey M. | 1:21-cv-06476-RLY-TAB |
| 344. | Hill-Gaugler, Denise | 1:21-cv-06485-RLY-TAB |
| 345. | Johnston, James | 1:21-cv-06497-RLY-TAB |
| 346. | Varady, Eric | 1:21-cv-06498-RLY-TAB |
| 347. | Brewer, Michael | 1:21-cv-06499-RLY-TAB |
| 348. | Buffington, Jeff | 1:21-cv-06514-RLY-TAB |
| 349. | Turgun, Dennis | 1:21-cv-06528-RLY-TAB |
| 350. | Meyers, David L. | 1:21-cv-06533-RLY-TAB |
| 351. | Arnold. Franklin N. | 1:21-cv-06547-RLY-TAB |
| 352. | Grant, Nathaniel | 1:21-cv-06552-RLY-TAB |
| 353. | McLeod, Angeline | 1:21-cv-06559-RLY-TAB |
| 354. | Jackson, John David | 1:21-cv-06572-RLY-TAB |
| 355. | Chapman, Kendal | 1:21-cv-06583-RLY-TAB |
| 356. | Harris, Allen | 1:21-cv-06595-RLY-TAB |
| 357. | Brathwaite, Jamal | 1:21-cv-06598-RLY-TAB |
| 358. | Ross, Linette | 1:21-cv-06627-RLY-TAB |
| 359. | Hart, Evelyn | 1:21-cv-06628-RLY-TAB |
| 360. | Gardner, Celestine Martha | 1:21-cv-06629-RLY-TAB |
| 361. | Abdo, Elshaday | 1:21-cv-06649-RLY-TAB |
| 362. | James, Edward D. | 1:21-cv-06676-RLY-TAB |
| 363. | Ramirez, Laura C. | 1:21-cv-06680-RLY-TAB |
| 364. | Karas, Nick | 1:21-cv-06691-RLY-TAB |
| 365. | Wilson, William | 1:21-cv-06694-RLY-TAB |
| 366. | Holland, Jeffrey Todd | 1:22-cv-00163-RLY-TAB |
| 367. | Vullo, Frank | 1:22-cv-00451-RLY-TAB |
| 368. | Redden, Staci | 1:22-cv-00904-RLY-TAB |
| 369. | Allen, Randy | 1:22-cv-00905-RLY-TAB |
| 370. | Morris, Mark | 1:22-cv-01014-RLY-TAB |
| 371. | Ream, Brian | 1:22-cv-02017-RLY-TAB |
| 372. | Scruggs, David Lee | 1:22-cv-06711-RLY-TAB |
| 373. | Tetlow, Sandra Anne | 1:22-cv-06717-RLY-TAB |
| 374. | Williams, James | 1:22-cv-06723-RLY-TAB |
| 375. | Herron, Bobbie J. | 1:22-cv-06725-RLY-TAB |
| 376. | Gonzalez, Roberto | 1:22-cv-06730-RLY-TAB |
| 377. | Gonzalez, Anna-Lourdes | 1:22-cv-06732-RLY-TAB |

| | | |
|---|---|---|
| 378. | Didonato, David | 1:22-cv-06737-RLY-TAB |
| 379. | Cooper, Harold | 1:22-cv-06751-RLY-MPB |
| 380. | Swanson, Nicole | 1:22-cv-06753-RLY-TAB |
| 381. | Bache, Scott | 1:22-cv-06778-RLY-TAB |
| 382. | Holling, Leonard | 1:22-cv-06787-RLY-TAB |
| 383. | Herndon, Dolores | 1:22-cv-06789-RLY-TAB |
| 384. | Grant, Stephanie | 1:22-cv-06790-RLY-TAB |
| 385. | Jackson, Felicia | 1:22-cv-06791-RLY-TAB |
| 386. | Cook, Manuel | 1:22-cv-06792-RLY-TAB |
| 387. | Davis, Larry D. | 1:22-cv-06795-RLY-TAB |
| 388. | Sosseh, Cheyene | 1:22-cv-06797-RLY-TAB |
| 389. | Hope, Christopher M. | 1:22-cv-06810-RLY-TAB |
| 390. | Covington, Rhonda L. | 1:22-cv-06825-RLY-TAB |
| 391. | Barlow-Salter, Penny | 1:22-cv-06834-RLY-TAB |
| 392. | Gutknecht, Jean A. | 1:22-cv-06835-RLY-TAB |
| 393. | Rebel, Michael David | 1:22-cv-06841-RLY-TAB |
| 394. | Molina, Janet | 1:22-cv-06854-RLY-TAB |
| 395. | Leshko-Huard, Lori | 1:22-cv-06855-RLY-TAB |
| 396. | Diaz, Iris | 1:22-cv-06856-RLY-TAB |
| 397. | Bonner, Robert | 1:22-cv-06857-RLY-TAB |
| 398. | Jung, Katie | 1:22-cv-06878-RLY-TAB |
| 399. | Dequaine, Amy | 1:22-cv-06883-RLY-TAB |
| 400. | Loper, Tonya | 1:22-cv-06894-RLY-TAB |
| 401. | Reynolds, Anthony W. | 1:22-cv-06901-RLY-TAB |
| 402. | Zandbergen, Kelly | 1:22-cv-06904-RLY-TAB |
| 403. | Nava, Ma. Antonia Altamirano | 1:22-cv-06915-RLY-TAB |
| 404. | Ortenberg, Cecily | 1:22-cv-06916-RLY-TAB |
| 405. | Hall, Raizel | 1:22-cv-06934-RLY-TAB |
| 406. | Mootoo, Jessica | 1:22-cv-06935-RLY-TAB |
| 407. | Bissell, Debra | 1:22-cv-06944-RLY-TAB |
| 408. | Bishop, Amy | 1:22-cv-06947-RLY-TAB |
| 409. | Papillion, Teresa | 1:23-cv-06952-RLY-TAB |
| 410. | Adams, Carolyn | 1:23-cv-06964-RLY-TAB |