# EXHIBIT A

BEN MARTIN LAW GROUP

COOK MDL CASE LIST

| Name: | Case No. |
|---|---|
| 1. Long, Alex | 1:13-cv-00986-RLY-TAB |
| 2. Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 3. Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 4. Moore, Rosalind and Kourtney Harris | 1:14-cv-00736-RLY-TAB |
| 5. Chapman, Zach | 1:14-cv-00998-RLY-TAB |
| 6. Deschenes, Judith | 1:14-cv-01451-RLY-TAB |
| 7. Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 8. Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 9. Perry-O'Farrow, Letitia | 1:14-cv-06005-RLY-TAB |
| 10. Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 11. Eslick, Karen | 1:14-cv-06011-RLY-TAB |
| 12. Ayers, Naomi | 1:14-cv-06017-RLY-TAB |
| 13. Pfleiderer, Debbie | 1:15-cv-00479-RLY-TAB |
| 14. Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 15. Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |
| 16. Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 17. Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 18. Parker, Michael G. | 1:15-cv-00597-RLY-TAB |
| 19. Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 20. Fulk, Kimberly Dawn | 1:15-cv-00763-RLY-TAB |
| 21. Sadler, Lonnie Ray | 1:15-cv-00852-RLY-TAB |
| 22. White, Thomas III | 1:15-cv-01020-RLY-TAB |
| 23. Shaw, Alexis Miranda | 1:15-cv-01021-RLY-TAB |
| 24. Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 25. Voyles, Joel | 1:15-cv-01159-RLY-TAB |
| 26. George, Preston Jay | 1:15-cv-01176-RLY-TAB |
| 27. Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 28. Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 29. Harris, James Allen | 1:15-cv-01943-RLY-TAB |
| 30. Tickner, Pat | 1:15-cv-06021-RLY-TAB |
| 31. Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 32. Calistro, Carol | 1:16-cv-00064-RLY-TAB |
| 33. Pemberton, Patricia Ann | 1:16-cv-00432-RLY-TAB |
| 34. Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 35. Alexander, Cecelia Elizabeth | 1:16-cv-00435-RLY-TAB |
| 36. Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 37. Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 38. Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 39. Shields, Paul | 1:16-cv-00577-RLY-TAB |
| 40. Koopman, Mark Frederick | 1:16-cv-00599-RLY-TAB |
| 41. Higgins, Jesse | 1:16-cv-00728-RLY-TAB |

| | | |
|---|---|---|
| 42. | Sexton, Harold | 1:16-cv-00771-RLY-TAB |
| 43. | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 44. | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 45. | Moore, Lucy and Timothy Hall | 1:16-cv-01083-RLY-TAB |
| 46. | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 47. | Debord, Robert Douglas | 1:16-cv-01518-RLY-TAB |
| 48. | Eberz, Ronald M. | 1:16-cv-01533-RLY-TAB |
| 49. | Lemmon, Nicole Marie | 1:16-cv-01837-RLY-TAB |
| 50. | Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 51. | Pearson, Crystal Anne | 1:16-cv-01839-RLY-TAB |
| 52. | Mckellop-Maxwell, Catherine | 1:16-cv-02095-RLY-TAB |
| 53. | Cutlip, Jeffrey Darren | 1:16-cv-02238-RLY-TAB |
| 54. | James, Steve Allan | 1:16-cv-02253-RLY-TAB |
| 55. | Forbus, Roberta Lynn | 1:16-cv-02286-RLY-TAB |
| 56. | Ellingsen, Christopher | 1:16-cv-02308-RLY-TAB |
| 57. | Langer, Scott Andrew | 1:16-cv-02379-RLY-TAB |
| 58. | Wadsworth, Donna | 1:16-cv-02476-RLY-TAB |
| 59. | Connelly, Thomas | 1:16-cv-02507-RLY-TAB |
| 60. | Burroughs, Collette | 1:16-cv-02524-RLY-TAB |
| 61. | Khasidov, Igor | 1:16-cv-02562-RLY-TAB |
| 62. | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 63. | Hart, Billy | 1:16-cv-02829-RLY-TAB |
| 64. | Williams, Barbara | 1:16-cv-03048-RLY-TAB |
| 65. | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 66. | Vinnik, Charles Alan | 1:16-cv-03273-RLY-TAB |
| 67. | Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 68. | Kennedy, Kristin | 1:16-cv-03275-RLY-TAB |
| 69. | Morris, Richard C. | 1:16-cv-03280-RLY-TAB |
| 70. | Darnell, Julie | 1:16-cv-03305-RLY-TAB |
| 71. | Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 72. | Hess, Robert | 1:16-cv-03312-RLY-TAB |
| 73. | Chambers, Megan | 1:16-cv-06031-RLY-TAB |
| 74. | Hayes, Charles II | 1:16-cv-06042-RLY-TAB |
| 75. | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 76. | Zernov, Jeffrey Peter | 1:17-cv-00130-RLY-TAB |
| 77. | Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 78. | Mercer, Susan | 1:17-cv-00256-RLY-TAB |
| 79. | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 80. | Smith, Kenneth Earl | 1:17-cv-00408-RLY-TAB |
| 81. | Newman, Donald; Newman, Lorna | 1:17-cv-00466-RLY-TAB |
| 82. | Parsley, Christina | 1:17-cv-00543-RLY-TAB |
| 83. | Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 84. | LoBue, Anthony | 1:17-cv-00582-RLY-TAB |
| 85. | Craig, Caitlin | 1:17-cv-00731-RLY-TAB |
| 86. | Payne, Susan | 1:17-cv-00762-RLY-TAB |
| 87. | Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 88. | Page, Terry, Jr. | 1:17-cv-00921-RLY-TAB |
| 89. | Haag, Kathryn | 1:17-cv-01107-RLY-TAB |

| # | Name | Case Number |
|---|------|-------------|
| 90. | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 91. | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 92. | Renninger, Gregory | 1:17-cv-01121-RLY-TAB |
| 93. | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 94. | Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 95. | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 96. | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 97. | Craig, Amber | 1:17-cv-01697-RLY-TAB |
| 98. | Falstad, Cheryl E.; Falstad, Edwin | 1:17-cv-01744-RLY-TAB |
| 99. | Faust, David | 1:17-cv-01762-RLY-TAB |
| 100. | Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 101. | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 102. | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 103. | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 104. | Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 105. | Brouse, Thomas, Jr. | 1:17-cv-02463-RLY-TAB |
| 106. | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 107. | Hatchett, Rosemary | 1:17-cv-02612-RLY-TAB |
| 108. | Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 109. | Edmundson, Kathy C. | 1:17-cv-02902-RLY-TAB |
| 110. | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 111. | Tancredi, Daniel | 1:17-cv-02953-RLY-TAB |
| 112. | Seckar, Philip | 1:17-cv-02963-RLY-TAB |
| 113. | Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 114. | Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |
| 115. | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 116. | Pellegrino, Patrick | 1:17-cv-03784-RLY-TAB |
| 117. | Russell, Leslie | 1:17-cv-03786-RLY-TAB |
| 118. | Lang, Jacqueline S. | 1:17-cv-04142-RLY-TAB |
| 119. | Johnson, Alice | 1:17-cv-04244-RLY-TAB |
| 120. | Vaughan, Larry John, Jr. | 1:17-cv-04340-RLY-TAB |
| 121. | Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 122. | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 123. | Cole, Jeanne | 1:17-cv-04732-RLY-TAB |
| 124. | Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 125. | Sauls, Rodney Joseph | 1:18-cv-00081-RLY-TAB |
| 126. | Cochran, Teresita | 1:18-cv-00098-RLY-TAB |
| 127. | French, Darin | 1:18-cv-00103-RLY-TAB |
| 128. | Aceto, Tiffany | 1:18-cv-00141-RLY-TAB |
| 129. | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 130. | Demsko, Jane M. | 1:18-cv-00221-RLY-TAB |
| 131. | Caldwell, Karen | 1:18-cv-00394-RLY-TAB |
| 132. | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 133. | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |
| 134. | Adams, Kimberly | 1:18-cv-00800-RLY-TAB |
| 135. | Adolf, David | 1:18-cv-00801-RLY-TAB |
| 136. | Alliss, Lisa Renee | 1:18-cv-00802-RLY-TAB |
| 137. | Banks, Terasa Marie | 1:18-cv-00803-RLY-TAB |

| | | |
|---|---|---|
| 138. | Clark, Cynthia | 1:18-cv-00804-RLY-TAB |
| 139. | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 140. | Brown, Thomas H. | 1:18-cv-00814-RLY-TAB |
| 141. | Haas, Frederick J. | 1:18-cv-00816-RLY-TAB |
| 142. | Dyer, Eileen May | 1:18-cv-00817-RLY-TAB |
| 143. | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 144. | Deo, Michael David | 1:18-cv-00828-RLY-TAB |
| 145. | Dean, Thomas J. III | 1:18-cv-00830-RLY-TAB |
| 146. | Foley, Ursula A. | 1:18-cv-00831-RLY-TAB |
| 147. | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 148. | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 149. | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 150. | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 151. | Smith, Larry Lee | 1:18-cv-00838-RLY-TAB |
| 152. | Gibson, Susan Padgett | 1:18-cv-00839-RLY-TAB |
| 153. | Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 154. | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 155. | Parson, Alonda | 1:18-cv-00846-RLY-TAB |
| 156. | Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 157. | Wood, David | 1:18-cv-01046-RLY-TAB |
| 158. | Cinovoj, Aleksandras | 1:18-cv-01227-RLY-TAB |
| 159. | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 160. | Owens, Autumn | 1:18-cv-01458-RLY-TAB |
| 161. | Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 162. | Umbaugh, Paul M. | 1:18-cv-02178-RLY-TAB |
| 163. | Lewis, Willie | 1:18-cv-02180-RLY-TAB |
| 164. | Walker, James | 1:18-cv-02212-RLY-TAB |
| 165. | Lamb, Oliver | 1:18-cv-02330-RLY-TAB |
| 166. | Borgens, Angelo | 1:18-cv-02451-RLY-TAB |
| 167. | Conner, Dana | 1:18-cv-02472-RLY-TAB |
| 168. | Seibert, John Stewart | 1:18-cv-02522-RLY-TAB |
| 169. | Patterson, James | 1:18-cv-02554-RLY-TAB |
| 170. | Johnson, Frederick | 1:18-cv-02611-RLY-TAB |
| 171. | Lowe, Tomika | 1:18-cv-02657-RLY-TAB |
| 172. | Pierce, Alan | 1:18-cv-02862-RLY-TAB |
| 173. | Briones-Ubaldo, Deborah R. | 1:18-cv-03189-RLY-TAB |
| 174. | McClusky, Nina | 1:18-cv-03402-RLY-TAB |
| 175. | Williams, Joshua Jordan | 1:19-cv-00232-RLY-TAB |
| 176. | Blanding, Naydean | 1:19-cv-01215-RLY-TAB |
| 177. | Campbell, Ashley Brooke | 1:19-cv-02441-RLY-TAB |
| 178. | Myers, Doris | 1:19-cv-02443-RLY-TAB |
| 179. | Outlaw, Audrey | 1:19-cv-02444-RLY-TAB |
| 180. | Cressman, Robert III | 1:19-cv-02615-RLY-TAB |
| 181. | Hendrickson, Terry | 1:19-cv-02620-RLY-TAB |
| 182. | Nazarian, Tina | 1:19-cv-02621-RLY-TAB |
| 183. | Hunt, Ashly | 1:19-cv-02661-RLY-TAB |
| 184. | Glaser-Zakem, Loraine | 1:19-cv-02664-RLY-TAB |
| 185. | Wimberly, Sonya D. | 1:19-cv-02673-RLY-TAB |

| | | |
|---|---|---|
| 186. | McDavid, Virginia P. | 1:19-cv-02679-RLY-TAB |
| 187. | Mitchell, John M. | 1:19-cv-02848-RLY-TAB |
| 188. | Shields, Michael | 1:19-cv-02850-RLY-TAB |
| 189. | Chavers, Amaris | 1:19-cv-02851-RLY-TAB |
| 190. | Manseau, Michael | 1:19-cv-02852-RLY-TAB |
| 191. | Carter, Shay L. | 1:19-cv-03342-RLY-TAB |
| 192. | Jenkins, Kimily | 1:19-cv-03497-RLY-TAB |
| 193. | Miller-Harris, Darlene | 1:19-cv-03645-RLY-TAB |
| 194. | Jude, Shannon | 1:19-cv-03742-RLY-TAB |
| 195. | Spence, Jessica | 1:19-cv-03819-RLY-TAB |
| 196. | Kribbs, James | 1:19-cv-03875-RLY-TAB |
| 197. | Deluca, Maura | 1:19-cv-03899-RLY-TAB |
| 198. | Lewis, Shirlene | 1:19-cv-04008-RLY-TAB |
| 199. | Workman, Goldie | 1:19-cv-04161-RLY-TAB |
| 200. | Nunez, Richard B. | 1:19-cv-04169-RLY-TAB |
| 201. | Chester, Steven | 1:19-cv-04277-RLY-TAB |
| 202. | Daniels, Laurie | 1:19-cv-04341-RLY-TAB |
| 203. | Simons, Lonnie | 1:19-cv-04376-RLY-TAB |
| 204. | Sproul, Ashly | 1:19-cv-04452-RLY-TAB |
| 205. | Parks, Judy | 1:19-cv-04772-RLY-TAB |
| 206. | Gamboa, Guadalupe | 1:19-cv-04819-RLY-TAB |
| 207. | Segars, Ramona | 1:19-cv-04825-RLY-TAB |
| 208. | Pike, Arnie | 1:19-cv-04827-RLY-TAB |
| 209. | Wasserstrom, Teresa A. | 1:19-cv-04914-RLY-TAB |
| 210. | Martell, Daniel | 1:19-cv-04918-RLY-TAB |
| 211. | Sanders, Melissa | 1:19-cv-04922-RLY-TAB |
| 212. | Solorio, Gabriel | 1:19-cv-05012-RLY-TAB |
| 213. | Hill, Charles | 1:19-cv-06102-RLY-TAB |
| 214. | Snow, Donald | 1:20-cv-00108-RLY-TAB |
| 215. | White, Crystal | 1:20-cv-00223-RLY-TAB |
| 216. | Fruge, Maria | 1:20-cv-00326-RLY-TAB |
| 217. | Hereid, James | 1:20-cv-00368-RLY-TAB |
| 218. | Eitel, Billie | 1:20-cv-00536-RLY-TAB |
| 219. | Basie, John | 1:20-cv-01195-RLY-TAB |
| 220. | Reyes, David | 1:20-cv-01761-RLY-TAB |
| 221. | Bryant, Michael | 1:20-cv-01846-RLY-TAB |
| 222. | Bercier, Marlene | 1:20-cv-01886-RLY-TAB |
| 223. | Pulido, Charity | 1:20-cv-02347-RLY-TAB |
| 224. | Perez, Linda | 1:20-cv-02560-RLY-TAB |
| 225. | Carter, Jody | 1:20-cv-02594-RLY-TAB |
| 226. | Oliver, Lester | 1:20-cv-02955-RLY-TAB |
| 227. | Duconge, Christopher | 1:20-cv-03109-RLY-TAB |
| 228. | Jacoby, John | 1:20-cv-06108-RLY-TAB |
| 229. | Storch, Lawrence | 1:20-cv-06109-RLY-TAB |
| 230. | Long, Barry | 1:20-cv-06111-RLY-TAB |
| 231. | Kane, Joseph | 1:20-cv-06120-RLY-TAB |
| 232. | Stephenson, Thomas | 1:20-cv-06128-RLY-TAB |
| 233. | Townley, Walter | 1:20-cv-06129-RLY-TAB |

| | | |
|---|---|---|
| 234. | Robbins, Joyce | 1:20-cv-06130-RLY-TAB |
| 235. | Beck, Lisa | 1:20-cv-06132-RLY-TAB |
| 236. | Kincaid, Ollie | 1:20-cv-06158-RLY-TAB |
| 237. | Elliott, Robert | 1:20-cv-06175-RLY-TAB |
| 238. | Simon, John | 1:20-cv-06185-RLY-TAB |
| 239. | Davis, David | 1:20-cv-06186-RLY-TAB |
| 240. | Hansen, Carl | 1:20-cv-06196-RLY-TAB |
| 241. | Alkamel, Lisa | 1:20-cv-06202-RLY-TAB |
| 242. | Warden, Jayson | 1:20-cv-06205-RLY-TAB |
| 243. | Hayslip, Stephen | 1:20-cv-06237-RLY-TAB |
| 244. | Sevene, Philip, Sr. | 1:20-cv-06246-RLY-TAB |
| 245. | Brown, Matthew A. | 1:20-cv-06247-RLY-TAB |
| 246. | Wright, Cheryl | 1:20-cv-06259-RLY-TAB |
| 247. | Loucks, Richard | 1:20-cv-06262-RLY-TAB |
| 248. | Montgomery, Paul | 1:20-cv-06267-RLY-TAB |
| 249. | Jaggi, Meena | 1:20-cv-06269-RLY-TAB |
| 250. | Thompson, Charlesetta L. | 1:20-cv-06275-RLY-TAB |
| 251. | Wiley, Crystal | 1:20-cv-06276-RLY-TAB |
| 252. | Castro, Odilie | 1:20-cv-06280-RLY-TAB |
| 253. | Kennedy, Verdica | 1:20-cv-06288-RLY-TAB |
| 254. | McQueary, Ellis Lee | 1:20-cv-06290-RLY-TAB |
| 255. | Castellow, Robert | 1:20-cv-06299-RLY-TAB |
| 256. | Burgman, Arnold | 1:20-cv-06303-RLY-TAB |
| 257. | Chandler, George Aaron | 1:20-cv-06311-RLY-TAB |
| 258. | Marshall, Stephen | 1:21-cv-00031-RLY-TAB |
| 259. | Sanchez, Remedios | 1:21-cv-00083-RLY-TAB |
| 260. | Olney, Michelle | 1:21-cv-00111-RLY-TAB |
| 261. | Simalton, Jerome | 1:21-cv-00140-RLY-TAB |
| 262. | Gautier, Lacey | 1:21-cv-00172-RLY-TAB |
| 263. | Mitchell, Nelda | 1:21-cv-00285-RLY-TAB |
| 264. | Williams, Loria Ann | 1:21-cv-00463-RLY-TAB |
| 265. | Currier, Larry | 1:21-cv-00464-RLY-TAB |
| 266. | Perez, Modesty | 1:21-cv-00749-RLY-TAB |
| 267. | Heglar, Bernice | 1:21-cv-00759-RLY-TAB |
| 268. | Streather, Valinda | 1:21-cv-00775-RLY-TAB |
| 269. | Simons, Lonnie | 1:21-cv-00777-RLY-TAB |
| 270. | Kommer, Steven P. | 1:21-cv-00816-RLY-TAB |
| 271. | Long, Gregory | 1:21-cv-00866-RLY-TAB |
| 272. | Hoyt, Brandy | 1:21-cv-01196-RLY-TAB |
| 273. | Apa, Patrick | 1:21-cv-01360-RLY-TAB |
| 274. | Washington, Zenobia | 1:21-cv-01445-RLY-TAB |
| 275. | Harriger, Preston | 1:21-cv-01549-RLY-TAB |
| 276. | Biggs, Michele | 1:21-cv-01976-RLY-TAB |
| 277. | Rodriguez, Casander | 1:21-cv-02142-RLY-TAB |
| 278. | Freer, Victor | 1:21-cv-02521-RLY-TAB |
| 279. | White, Duane | 1:21-cv-02667-RLY-TAB |
| 280. | Alexander, Audrey Renee | 1:21-cv-02762-RLY-TAB |
| 281. | Stiles, Larry | 1:21-cv-02789-RLY-TAB |

| | | |
|---|---|---|
| 282. | Norris, Rhonda | 1:21-cv-06325-RLY-TAB |
| 283. | Quiroz, Steven J. | 1:21-cv-06399-RLY-TAB |
| 284. | Phillips, Sarah | 1:21-cv-06417-RLY-TAB |
| 285. | Gatewood, Gloria | 1:21-cv-06431-RLY-TAB |
| 286. | Rex, Douglas J. | 1:21-cv-06436-RLY-TAB |
| 287. | Madden, Marilyn | 1:21-cv-06437-RLY-TAB |
| 288. | Souza, Alex | 1:21-cv-06443-RLY-TAB |
| 289. | Miliner, Patricia | 1:21-cv-06449-RLY-TAB |
| 290. | Cormier, Matthew | 1:21-cv-06458-RLY-TAB |
| 291. | Adams, Katie | 1:21-cv-06465-RLY-TAB |
| 292. | Felder, Torey M. | 1:21-cv-06476-RLY-TAB |
| 293. | Johnston, James | 1:21-cv-06497-RLY-TAB |
| 294. | Varady, Eric | 1:21-cv-06498-RLY-TAB |
| 295. | Buffington, Jeff | 1:21-cv-06514-RLY-TAB |
| 296. | Turgun, Dennis | 1:21-cv-06528-RLY-TAB |
| 297. | Meyers, David L. | 1:21-cv-06533-RLY-TAB |
| 298. | Grant, Nathaniel | 1:21-cv-06552-RLY-TAB |
| 299. | Harris, Allen | 1:21-cv-06595-RLY-TAB |
| 300. | James, Edward D. | 1:21-cv-06676-RLY-TAB |
| 301. | Ramirez, Laura C. | 1:21-cv-06680-RLY-TAB |
| 302. | Karas, Nick | 1:21-cv-06691-RLY-TAB |
| 303. | Wilson, William | 1:21-cv-06694-RLY-TAB |
| 304. | Holland, Jeffrey Todd | 1:22-cv-00163-RLY-TAB |
| 305. | Vullo, Frank | 1:22-cv-00451-RLY-TAB |
| 306. | Redden, Staci | 1:22-cv-00904-RLY-TAB |
| 307. | Allen, Randy | 1:22-cv-00905-RLY-TAB |
| 308. | Morris, Mark | 1:22-cv-01014-RLY-TAB |
| 309. | Ream, Brian | 1:22-cv-02017-RLY-TAB |
| 310. | Scruggs, David Lee | 1:22-cv-06711-RLY-TAB |
| 311. | Tetlow, Sandra Anne | 1:22-cv-06717-RLY-TAB |
| 312. | Williams, James | 1:22-cv-06723-RLY-TAB |
| 313. | Herron, Bobbie J. | 1:22-cv-06725-RLY-TAB |
| 314. | Gonzalez, Roberto | 1:22-cv-06730-RLY-TAB |
| 315. | Bache, Scott | 1:22-cv-06778-RLY-TAB |
| 316. | Holling, Leonard | 1:22-cv-06787-RLY-TAB |
| 317. | Cook, Manuel | 1:22-cv-06792-RLY-TAB |
| 318. | Davis, Larry D. | 1:22-cv-06795-RLY-TAB |
| 319. | Sosseh, Cheyene | 1:22-cv-06797-RLY-TAB |
| 320. | Barlow-Salter, Penny | 1:22-cv-06834-RLY-TAB |
| 321. | Rebel, Michael David | 1:22-cv-06841-RLY-TAB |
| 322. | Diaz, Iris | 1:22-cv-06856-RLY-TAB |
| 323. | Dequaine, Amy | 1:22-cv-06883-RLY-TAB |
| 324. | Loper, Tonya | 1:22-cv-06894-RLY-TAB |
| 325. | Zandbergen, Kelly | 1:22-cv-06904-RLY-TAB |
| 326. | Hall, Raizel | 1:22-cv-06934-RLY-TAB |
| 327. | Mootoo, Jessica | 1:22-cv-06935-RLY-TAB |
| 328. | Bissell, Debra | 1:22-cv-06944-RLY-TAB |
| 329. | Bishop, Amy | 1:22-cv-06947-RLY-TAB |

| | | |
|---|---|---|
| 330. | Adams, Carolyn | 1:23-cv-06964-RLY-TAB |
| 331. | Jones, Jennifer | 1:23-cv-06948-RLY-TAB |
| 332. | Plouffe, Lauren | 1:23-cv-06966-RLY-TAB |
| 333. | Bedford, Edwin | 1:23-cv-06971-RLY-TAB |