# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO:   ALL PARTIES

Pending Case No(s).[1]

)
)
)
)
)
)
)

1:23-cv-06948-RLY-TAB
1:23-cv-06966-RLY-TAB
1:23-cv-06971-RLY-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Ben C. Martin | Ben C. Martin |
| **Law Firm, Company, and/or Agency:** | MARTIN BAUGHMAN, PLLC | BEN MARTIN LAW GROUP |
| **Address:** | 3141 Hood Street<br>Suite 600<br>Dallas, Texas 75219 | 3141 Hood Street<br>Suite 600<br>Dallas, Texas |
| **Primary E-mail:** | bmartin@martinbaughman.com | bmartin@bencmartin.com |
| **Secondary E-mail(s):** | eservice@martinbaughman.com | eservice@bencmartin.com |
| **Telephone Number:** | (214) 761-6614 | (214) 761-6614 |
| **Facsimile:** | (214) 744-7590 | (214) 744-7590 |

Date: 03/03/2023                    s/ Ben C. Martin

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.