IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**CLAUDE HUSBAND**

Civil Case #  1:22-cv-06824-RLY-TAB

## PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE BY DAVID SHELTON

Plaintiff Claude Husband, by her undersigned counsel, hereby moves the Court to withdraw Plaintiff's counsel, as follows:

1. The above-captioned case was initially filed in the United States District Court for the Southern District of Mississippi, where it was captioned *Husband v. Cook Incorporated et al.*, 1:22-cv-00070.

2. On June 15, 2022, this case was transferred to this Court and into MDL No. 2570.

3. David Shelton, Esq. from the law firm Shelton Davis, PLLC, previously appeared on Plaintiff's behalf in the Southern District of Mississippi. For that reason, Mr. Shelton was listed as counsel of record for the Plaintiff in this case.

4. Now, since this case was transferred to the MDL, Peter E. Goss, from The Goss Law Firm, P.C. has been admitted to this Court to substitute for Mr. Shelton as trial counsel.

5. Peter E. Goss entered his appearance in this matter on June 20, 2022. (Dkt. 22236).

6. Accordingly, David Shelton and the law firm Shelton Davis PLLC hereby requests leave to withdraw his appearance.

Dated: March 6, 2023

Respectfully submitted,

*/s/ David Shelton*
David Shelton, Esq. (MS Bar #99675)
Shelton Davis
1223 Jackson Ave. East, Ste. 202
P.O. Box 2541
Oxford, MS 38655
Phone: (662) 281-1212
david@sheltondavispllc.com

Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kanas City, MO 64111
Phone: (816) 336-1300
Facsimile: (816) 336-1310
pgoss@goss-lawfirm.com

**ATTORNEY FOR PLAINTIFF**