# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

> Susan Keuntje, Individually and O/B/O
> the Estate of Gary Keuntje
> 1:17-cv-01455-RLY-TAB

Considering the parties' Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice.  Plaintiffs' Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its own costs.

Signed this _____ day of _____, 2023.

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana