IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Karen Hecker and Michael Dom Hecker,
Individually and O/B/O the Estate of John Hecker
1:16-cv-01058-RLY-TAB

Considering the parties' Stipulation of Dismissal with Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECLARED that all claims of Plaintiff(s) against the Cook Defendants in this Action are hereby dismissed with prejudice.  Plaintiffs' Complaint is hereby dismissed in its entirety, with prejudice.  Each party shall bear its own costs.

Signed this _____ day of _____, 2023.

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana