IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
**CLAUDE HUSBAND**

Civil Case  1:22-cv-06824-RLY-TAB

## ORDER PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE OF DAVID SHELTON

This matter came before the Court upon PLAINTIFF'S MOTION FOR WITHDRAWAL OF APPEARANCE OF DAVID SHELTON (Dkt. 23711). Pursuant to Local Rule 83-7, at the request of attorney Peter E. Goss, Plaintiff's Motion for Withdrawal of Appearance of David Shelton is GRANTED.  Peter E. Goss of The Goss Law Firm, P.C. will continue as counsel of record on behalf of Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel, David Shelton, is withdrawn from the above-captioned case.

Date: 3/7/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.