IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Robert Mott and Ellen Mott<br>1:17-cv-01104-RLY-TAB | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **2:30 p.m. (Eastern Time) on April 12, 2023,** before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendants representatives or counsel should attend.  Plaintiffs shall appear by counsel, including an attorney from Pogust Braslow & Millrood LLC.  The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiffs, Robert Mott and Ellen Mott shall personally participate in this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to address Plaintiffs' counsel (Randi Kassan) motion to withdraw as counsel of record [Filing No. 23696].

Date: 3/9/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Randi Kassan is responsible for serving Plaintiffs Robert Mott and Ellen Mott via U.S. Mail.