IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                MDL No. 2570

_____

This Document Relates to:
Frank Alexander
1:17-cv-03510-RLY-TAB

_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **2:45 p.m. (Eastern Time) on**

**April 12, 2023,** before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and

neither Defendants representatives or counsel should attend.  Plaintiff shall appear by counsel.

The information needed by counsel of record to participate in this telephonic conference will be

provided by separate notification. **Plaintiff Frank Alexander shall personally participate in**

**this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference

is to address Plaintiffs' counsel (Randi Kassan) motion to withdraw as counsel of record [Filing

No. 23695].

   Date: 3/9/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Randi Kassan is responsible for serving Plaintiff Frank Alexander via U.S. Mail.