EXHIBIT A

| | |
|---|---|
| Ramon Bass | Case No. 1:16-cv-01101 |
| Randy Beasley, on behalf of the Estate of Tammy Beasley, Deceased | Case No. 1:16-cv-00992 |
| Theo Brannon | Case No. 1:16-cv-01063 |
| Juanita Balderas, on behalf of the Estate of Juan Gonzales, Deceased | Case No. 1:16-cv-01810 |
| Edgar Dickerson | Case No. 1:16-cv-01055 |
| David Wimbush, on behalf of the Estate of Linda Howard, Deceased | Case No. 1:16-cv-01060 |
| Anthony London | Case No. 1:19-cv-04177 |
| Shana Pritchett, on behalf of the Estate of Paula Bitter, Deceased | Case No. 1:17-cv-01465 |
| Pattie Robison | Case No. 1:16-cv-01080 |
| Terri Sottile | Case No. 1:20-CV-02781 |
| Christine Taylor, on behalf of John Taylor, Deceased | Case No. 1:20-CV-02307 |