# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Pattie Robison**
**Civil Case No. 1:16-cv-01080-RLY-TAB**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

To: Pattie Robison

370 Tarlton Rd.

Circleville, OH 43113

**Sent via First Class Mail and Certified Mail, Return Receipt Requested**

YOU ARE HEREBY NOTIFIED that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record, before the Honorable Tim A. Baker at 46 E. Ohio St., Indianapolis, IN 46204 at such future date and time as may be determined by the Court.

YOU ARE FURTHER NOTIFIED:

1. That you may appear in Court, if you so desire;
2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;
3. That if you do not obtain an attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a dismissal or default judgment may be rendered against you; and
4. That no trial dates are currently set in this case.

Dated: March 9, 2023

Respectfully submitted,

**BARON & BUDD, P.C.**

*/s/ Anna Rol*
Anna Rol
Charles Orr
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-520-1181 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*