IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>CLARA ROMERO and ALVARO ROMERO<br><br>Civil Case #1:18- cv-01571-RLY-TAB | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Clara Romero and files this motion to substitute her surviving daughter, Karina Adilene Romero, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Clara Romero filed the present action in the United States District Court of the Southern District of Indiana on May 23, 2018.

2. Plaintiff Clara Romero died on April 22, 2019.

3. On December 16, 2022, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [23187] and Doc. No. [23657]. Plaintiff's counsel recently learned of the death of Ms. Romero after filing the lawsuit and contacting her daughter.

4. Karina A. Romero, surviving daughter of Clara Romero, is the proper party plaintiff to substitute for Plaintiff-decedent Clara Romero and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not

1

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Karina A. Romero as the proper party plaintiff in this action.

Respectfully submitted March 10, 2023

*/s/ Jessica S. Williams*
John H. Gomez (CA Bar # 329563)
Jessica S. Williams (CA Bar # 314762)
Gomez Trial Attorneys
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*jwilliams@thegomezfirm.com*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 10, 2023

                                             */s/ Jessica S. Williams*
                                             Jessica S. Williams

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

CLARA ROMERO and ALVARO ROMERO

Civil Case #1:18-cv-01571-RLY-TAB

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Karina Adilene Romero, on behalf of the Estate of Clara Romero, is substituted as Plaintiff in the above referenced action.

Dated this _____ day of _____, 2023.

 

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana