# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                       MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Category 7 Actions

_____

## THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR SUGGESTION OF REMAND

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS ("the Cook Defendants" or "Cook") move the Court for an extension of one week to file their response to the Plaintiffs Steering Committee's Motion for a suggestion of remand of all Category 7 cases, Dkt. 23580.

The prior deadline for this response agreed between Cook and the PSC was March 10, 2023. Because of the large number of cases involved in the motion and the multiple issues raised by Plaintiffs' motion, Cook asks that the Court extend the deadline for its response by one week to Friday, March 17, 2023.

The undersigned has attempted to contact PSC attorney Joe Williams to determine whether the PSC will consent to the requested extension, but as of the time of the submission of this motion, Cook has received no response from Mr. Williams.

For these reasons, the Cook Defendants respectfully request an extension of the due date for their response to Dkt. 23580 until March 17, 2023.

Respectfully submitted,

Dated: March 10, 2023

/s/ Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:      (317) 237-0300
Facsimile:      (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:      (260) 424-8000
Facsimile:      (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2023, a copy of the foregoing **THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR SUGGESTION OF REMAND** was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox