IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Category 7 Actions

**[PROPOSED] ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR SUGGESTION OF REMAND**

This matter has come before the Court on the Cook Defendants' Motion for Extension of Time to File Response to Plaintiffs' Steering Committee's Motion for Suggestion of Remand. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that the Cook Defendants' Motion for Extension of Time to File Response to Plaintiffs' Steering Committee's Motion for Suggestion of Remand is granted and that the deadline for the Cook Defendants' response is extended to March 17, 2023.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Richard L. Young
United States District Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.