# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Category 7 Actions

**[ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR SUGGESTION OF REMAND**

This matter has come before the Court on the Cook Defendants' Motion for Extension of Time to File Response to Plaintiffs' Steering Committee's Motion for Suggestion of Remand. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and the relief sought and hereby grants the Motion. [Filing No. 23736.].

IT IS THEREFORE ORDERED that the Cook Defendants' shall file a response to Plaintiffs' Steering Committee's motion for suggestion of remand no later than March 17, 2023.

Date: 3/13/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.