IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff: Vicki Dickey<br>Case No. 1:23-cv-6987-RLY-TAB | |

### ENTRY OF APPEARANCE

COMES NOW attorney Laci M. Whitley of the Flint Cooper, LLC, and hereby enters her appearance on behalf of Plaintiff in the above referenced action.

Respectfully submitted,

**FLINT COOPER, LLC**

/s/ Laci M. Whitley
Laci M. Whitley IL Bar No. 6314263
FLINT COOPER, LLC
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintcooper.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Hope Jones