AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

IN RE: COOK MEDICAL, INC.
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION
This Document Relates to:

)
)
)
)
)
)

Case No.   1:23-cv-6993-RLY-TAB

MDL No. 2570

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alberta Jackson

Date:   03/15/2023

/s/ David M. Langevin
*Attorney's signature*

David M. Langevin MN Bar No. 329563
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

dave@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*