IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br><u>Michele R. D'Amico; Spouse Joseph D'Amico;</u><br><u>Children Joseph D'Amico and Andrew D'Amico</u><br><br>Civil Case # 1:18-cv-02922-RLY-TAB | |

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiffs Michele R. D'Amico, Joseph D'Amico (Spouse), Joseph D'Amico, and Andrew D'Amico (Children) give notice that, Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman, P.C. should be withdrawn as counsel of record in this matter on request of the Plaintiffs and agreement amongst Plaintiffs' counsel. Plaintiffs request that Nicole K.H. Maldonado and all members of Baum Hedlund Aristei & Goldman, P.C. be withdrawn as their counsel of record, and Ben C. Martin of the law firm Ben Martin Law Group be substituted in her place.

Accordingly, the Plaintiffs respectfully request that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiffs Michele R. D'Amico, Joseph D'Amico (Spouse), Joseph D'Amico, and Andrew D'Amico (Children).

Dated: March 15, 2023.

1

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
