## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Michele R. D'Amico; Spouse Joseph D'Amico;</u>
<u>Children Joseph D'Amico and Andrew D'Amico</u>

Civil Case # 1:18-cv-02922-RLY-TAB

## ORDER

This matter is before the Court on Plaintiffs Michele R. D'Amico, Joseph D'Amico (Spouse), Joseph D'Amico, and Andrew D'Amico's Motion for Withdrawal of Counsel Nicole K.H. Maldonado, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Ben Martin Law Group shall be substituted for Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman, P.C. Nicole K.H. Maldonado and all members of the law firm Baum Hedlund Aristei & Goldman, P.C., are withdrawn as counsel of record in this action and removed from all future electronic filings.

**SO ORDERED** this _____ day of _____, 2023.

_____
United States District Judge