# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Patricia E. Locke

Civil Case # 1:17-cv-04774-RLY-TAB

## **MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Plaintiff Patricia E. Locke gives notice that, Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman, P.C. should be withdrawn as counsel of record in this matter on request of the Plaintiff and agreement amongst Plaintiff's counsel. Plaintiff requests that Nicole K.H. Maldonado and all members of Baum Hedlund Aristei & Goldman, P.C. be withdrawn as her counsel of record, and Ben C. Martin of the law firm Ben Martin Law Group be substituted in her place.

Accordingly, the Plaintiff respectfully requests that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiff Patricia E. Locke.

Dated: March 15, 2023.

/s/ Ben C. Martin
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin