IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Christina Parker

Civil Case # 1:23-cv-6986

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Christina Parker

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Robert Whipple

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not Applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Arizona

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Arizona

6.  Plaintiff's/Deceased Party's current state of residence:

    Nevada

7.  District Court and Division in which venue would be proper absent direct filing:

    District of Arizona

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑ Cook Incorporated

    ☑ Cook Medical LLC

    ☑ William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    23, 24, 25, 26 ,27, 28

    b.  Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☑    Günther Tulip® Vena Cava Filter

   ☐    Cook Celect® Vena Cava Filter

   ☐    Gunther Tulip Mreye

   ☐    Cook Celect Platinum

   ☐    Other: _____

11. Date of Implantation as to each product:

   On or about 2005

   _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Abrazo Arrowhead Campus - Glendale, AZ

   _____

   _____

13. Implanting Physician(s):

   Record purged - Abrazo Arrowhead Campus - Glendale, AZ

   _____

   _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☑    Count I:      Strict Products Liability – Failure to Warn

   ☑    Count II:     Strict Products Liability – Design Defect

   ☑    Count III:    Negligence

   ☑    Count IV:     Negligence Per Se

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable ___Arizona___ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☐ Count X:      Survival

☑ Count XI:     Punitive Damages

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:        _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

Laci M. Whitley
_____

16. Address and bar information for Attorney for Plaintiff(s):

4

Laci M. Whitley, IL Bar No. 6314263 Flint Cooper, LLC

---

222 East Park Street, Suite 500, P.O. Box 189, Edwardsville, IL 62025

---

lwhitley@flintlaw.com  Phone: (618) 288-4777  Fax: (618) 288-2864

---

Respectfully submitted,

**FLINT COOPER, LLC**


   */s/ Laci M. Whitley*
Laci M. Whitley IL Bar No. 6314263
**FLINT COOPER, LLC**
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
lwhitley@flintlaw.com
***Attorney for Plaintiff***