# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| MITCHEL MOYERS<br>*Plaintiff*<br>v.<br>COOK INCORPORATED, et al.<br>*Defendant* | Case No. 1:14-ml-2570-RLY-TAB<br>This document relates to case no. 1:23-cv-06994-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mitchel Moyers.

Date:  03/16/2023

/s/Basil E. Adham
*Attorney's signature*

Basil E. Adham TX Bar No. 24081742
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*