# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

1:2018cv00689; 1:2019cv02219; 1:2017cv01645; 1:2017cv02958; 1:2017cv03880; 1:2018cv00338; 1:2018cv00346; 1:2018cv00534; 1:2018cv02883; 1:2018cv03644; 1:2019cv01269; 1:2019cv02030; 1:2019cv02032; 1:2019cv02148; 1:2019cv02156; 1:2019cv02138; 1:2019cv02133; 1:2019cv02203; 1:2019cv02196; 1:2019cv02199; 1:2021cv02643; & 1:2019cv02190

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: March 16, 2023

| | |
|---|---|
| /s/Christopher Kyle Johnson<br>Christopher Kyle Johnson<br>LAW OFFICE OF<br>CHRISTOPHER K. JOHNSTON, LLC<br>268 Ponce de León Ave., Ste. 1020<br>San Juan, PR 00918<br>Tel: (415) 744-1500<br>Fax: (415) 202-6264<br>kyle@masstortslaw.com<br><br>ATTORNEY FOR PLAINTIFFS | /s/Kip S.M. McDonald<br>Kip S.M. McDonald<br>FAEGRE DRINKER BIDDLE & REATH<br>LLP 300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Tel: 317-237-0300<br>Fax: 317-237-1000<br>Email: kip.mcdonald@faegredrinker.com<br><br>ATTORNEY FOR DEFENDANTS |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/Christopher Kyle Johnson
Christopher Kyle Johnson
