IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs in Exhibit A

Civil Case#  See Exhibit A

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiffs set forth in the attached Exhibit A.

Dated:  March 16, 2023

                                                Respectfully submitted,

                                                */s/ Jennifer Rethemeier*
                                                Jennifer Rethemeier
                                                (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                                **RUEB STOLLER DANIEL, LLP**
                                                2425 E. Camelback Road, Suite 500
                                                Phoenix, Arizona 85016
                                                Tel: (602) 892-0341
                                                Fax: (855) 203-2035
                                                jennifer.rethemeier@lawrsd.com
                                                *Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    */s/ Jennifer Rethemeier*
    Jennifer Rethemeier