# EXHIBIT A

| Case No. | Plaintiff's Name | Case Name |
| --- | --- | --- |
| 1:2013cv00013 | Adams, Lara L. AND Adams, Keith N. | ADAMS et al v. COOK MEDICAL et al |
| 1:2019cv02933 | Aiken, Betty K. | AIKEN v. COOK INCORPORATED et al |
| 1:2019cv02935 | Amedekey, Daniel | AMEDEKEY v. COOK INCORPORATED et al |
| 1:2019cv02407 | Anderson, Richard M. | ANDERSON v. COOK INCORPORATED et al |
| 1:2019cv01747 | Andrews, Robert | ANDREWS v. COOK INCORPORATED et al |
| 1:2019cv01697 | Andrews, Velma L. | ANDREWS v. COOK MEDICAL LLC et al |
| 1:2019cv01522 | Apuzzo, Michael J. | APUZZO v. COOK INCORPORATED et al |
| 1:2019cv02499 | Averette, Rodney J. | AVERETTE v. COOK INCORPORATED et al |
| 1:2019cv02515 | Baber, Helen J. | BABER v. COOK INCORPORATED et al |
| 1:2019cv03641 | Bakken, Roger J. | BAKKEN v. COOK INCORPORATED et al |
| 1:2020cv00834 | Bale, Larry K. (Estate of Larry Bale Sr. - [Patricia Bale, Rep.) | BALE et al v. COOK INCORPORATED et al |
| 1:2019cv02551 | Bandel, Peter, Sr. | BANDEL v. COOK INCORPORATED et al |
| 1:2019cv02629 | Bapple, Joseph H. | BAPPLE v. COOK INCORPORATED et al |
| 1:2019cv01489 | Barnes, Kenneth C. | BARNES v. COOK INCORPORATED et al |
| 1:2019cv02404 | Bass, Clinton L. | BASS v. COOK INCORPORATED et al |
| 1:2019cv02937 | Bates, Kimberly | BATES v. COOK INCORPORATED et al |
| 1:2019cv01656 | Bates, Melvin | BATES v. COOK INCORPORATED et al |
| 1:2019cv02410 | Beasley, Blaine E. | BEASLEY v. COOK INCORPORATED et al |
| 1:2019cv01748 | Becker, Rebecca J. | BECKER v. COOK INCORPORATED et al |
| 1:2019cv01694 | Bierbaum, Douglas Martin | BIERBAUM v. COOK INCORPORATED et al |