**EXHIBIT A**

| | |
|---|---|
| 1:2019cv01749 | BONILLA v. COOK INCORPORATED et al |
| 1:2019cv02939 | BROWN v. COOK INCORPORATED et al |
| 1:2019cv01702 | THE ESTATE OF PATRICK ALAN BROWN et al v. COOK INCORPORATED et al |
| 1:2019cv03450 | BURNETT v. COOK INCORPORATED et al |
| 1:2019cv01750 | BYERS v. COOK INCORPORATED et al |
| 1:2014cv06006 | CADLE v. COOK MEDICAL INCORPORATED, et al. |
| 1:2019cv02630 | CARSON-DAWSON v. COOK INCORPORATED et al |
| 1:2019cv02940 | CASAREZ v. COOK INCORPORATED et al |
| 1:2018cv00771 | CASSIN v. COOK MEDICAL LLC et al |
| 1:2019cv02414 | CAUTHORNE v. COOK INCORPORATED et al |
| 1:2016cv03398 | CENICEROS v. COOK INCORPORATED et al |
| 1:2019cv01751 | CHARLES v. COOK INCORPORATED et al |
| 1:2019cv02422 | CISNEROS v. COOK INCORPORATED et al |
| 1:2017cv03069 | CLAXON v. COOK INCORPORATED et al |
| 1:2019cv01825 | CLONEY v. COOK INCORPORATED et al |
| 1:2019cv02631 | COCKRUM v. COOK INCORPORATED et al |
| 1:2020cv00114 | COLLINS v. COOK INCORPORATED et al |
| 1:2019cv01486 | COOKS v. COOK INCORPORATED et al |
| 1:2019cv02425 | CORSINO v. COOK INCORPORATED et al |
| 1:2019cv02987 | COULTER v. COOK INCORPORATED et al |