# EXHIBIT G

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 1

1            UNITED STATES DISTRICT COURT
2            SOUTHERN DISTRICT OF INDIANA
3               INDIANAPOLIS DIVISION
4
5  IN RE:  COOK MEDICAL, INC.,       )
   IVC FILTERS MARKETING, SALES      ) 1:14-ML-2570-RLY-TAB
6  PRACTICES AND PRODUCT LIABILITY   ) MDL No. 2570
   LITIGATION,                       )
7                                    )
                                     )
8  This Document Relates to ALL      )
   ACTIONS.                          )
9                                    )
10
11
12
13
14         VIDEOTAPED DEPOSITION of ROBERT McMEEKING,
15  Ph.D., taken on behalf of Defendants commencing at 9:30
16  a.m., Thursday, June 1, 2017, at 420 East Carrillo
17  Street, Santa Barbara, California, before
18  TARA SANDFORD, RPR, CSR #3374, Certified Shorthand
19  Reporter in the County of Santa Barbara, State of
20  California.
21
22
23
24
25

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Page 50

1 Plaintiff's side that were there?
2     A.  That's it, no.
3     Q.  All of the experts that you mentioned, just to
4 state the obvious, are all experts who have been
5 retained by the Plaintiffs in this case?
6     A.  That's correct.
7     Q.  Was that just a one-day conference?
8     A.  It was a one-day conference, yes.
9     Q.  And were -- was it just the experts or were
10 some of the lawyers for the Plaintiffs in attendance?
11     A.  A number of lawyers for the Plaintiffs were in
12 attendance, as well.
13     Q.  Do you recall the lawyers who attended?
14     A.  Miss Baughman was there.  I don't remember if
15 Mr. Dalimonte was there.
16     Q.  Uh-huh.
17     A.  Mr. Matthews was there.
18     Q.  Uh-huh.
19     A.  And there was two or three others that I'm
20 afraid my memory is failing me in terms of who exactly
21 they were.
22     Q.  Sure.  Fair enough.  Okay.  So the --
23         Have you submitted any other invoices to the
24 Plaintiffs' lawyers for your work on the case after this
25 April 14 invoice?

Page 51

1     A.  No.
2     Q.  Okay.  Is there any additional work that you're
3 currently planning to do on the case other than,
4 perhaps, testify at trial?
5     A.  Yeah --
6         MS. BAUGHMAN:  Objection.  Vague as to "case."
7 Do you mean Hill and Gage?
8     Q.  BY MR. WEBBER:  Yeah.  Is there -- is there any
9 work that you are currently -- additional work you are
10 planning to do in any of the Cook litigation that you
11 have been retained?
12     A.  I am always thinking in terms of --
13         MS. BAUGHMAN:  I'm going to object to the
14 extent you are asking him about anything other than Hill
15 and Gage because he hasn't been identified as an expert
16 in any Cook case other than Hill and Gage at this point.
17 So anything else would be consulting work.
18     Q.  BY MR. WEBBER:  Okay.  Well, let me start
19 with -- there are two individual cases you understand
20 that deal with plaintiffs, one is Elizabeth Hill and one
21 is named Arthur Gage; correct?
22     A.  Right.
23     Q.  And you're aware you have been designated as an
24 expert witness in both of those individual cases?
25     A.  That's my understanding.

Page 52

1     Q.  So strictly with respect to those two cases, do
2 you currently anticipate doing any additional work on
3 those cases?
4     A.  The only plans I have for additional work is
5 continue checking the work I have done already and
6 looking further at Cook documents to understand them
7 further and to relate them to the work that I have done
8 already.
9     Q.  Okay.  How about more broadly with the Cook
10 cases otherwise?  Is there additional work you are
11 expecting to do?
12         MS. BAUGHMAN:  I am going to object that that
13 would be consulting work and it is privileged and
14 instruct you not to answer.
15     Q.  BY MR. WEBBER:  Let me ask you, then, turning
16 to your expert report, is there --
17         Well, let me ask it this way:  If you turn with
18 me to page 48 of your expert report, Section 20 of your
19 report, are you with me there?  I will give you a
20 second.
21     A.  Yes.
22     Q.  All right.  Section 20, starting on page 48 is
23 called "Assessment."  And my question is -- is Section
24 20 of your report intended to be a statement of your
25 opinions in this case, or is there something else in the

Page 53

1 report that constitutes kind of the best statement of
2 your opinions?  I am just looking for what is the best
3 statement of your opinions so I make sure I'm clear on
4 them.
5         MS. BAUGHMAN:  I would object to that question
6 on -- for form.  Vague.  Overbroad.
7         MR. WEBBER:  On the grounds it was a crappy
8 question.
9         MS. BAUGHMAN:  He is not required to have a
10 section.  The whole report is his opinion.
11         MR. WEBBER:  Let me start over because it was a
12 bad question.
13     Q.  Is Section 20 the -- sort of the best statement
14 of your bottom-line conclusions in this case, or is
15 there something else that constitutes that?
16     A.  I would -- I would say the whole report
17 constitutes the basis of my opinion and that there's
18 no -- no specific section that summarizes it or states
19 it in any concise fashion.
20     Q.  Okay.  So Section 20 where you're saying, "It
21 is my opinion that, for example, both the Tulip and the
22 Celect filter had deficient designs."
23         You also say, "I have the following opinion,"
24 et cetera.  You regard these as summaries of the
25 opinions that you have?

14 (Pages 50 - 53)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## Page 318

```
 1          REPORTER'S CERTIFICATE
 2
    STATE OF CALIFORNIA,       )
 3                             ) ss
    COUNTY OF SANTA BARBARA.   )
 4
 5     I, TARA SANDFORD, RPR CSR #3374, Certified Shorthand
 6  Reporter, in the County of Santa Barbara, State of
 7  California, hereby certify:
 8      That, prior to being examined, the witness named in
 9  the foregoing deposition, to wit, ROBERT McMEEKING,
10  Ph.D.,
11  was by me duly sworn to testify the truth, the whole
12  truth, and nothing but the truth;
13     That the deposition of the witness in this
14  proceeding was taken down by me in stenotype at the time
15  and place herein named and thereafter reduced to
16  typewriting by computer-aided transcription under my
17  direction.
18     I further certify that I am not interested in the
19  event of the action.
20     WITNESS my hand this _____day of _____
21  2017, at Santa Barbara, California.
22
23         _____
            Certified Shorthand Reporter
24         State of California
           CSR No. 3374
25
```

## Page 319

```
 1              Veritext Legal Solutions
              1 North Franklin Street - Suite 3000
 2                 Chicago, Illinois 60606
                   Phone: 312-442-9087
 3
 4
    June 5, 2017
 5
    To: Laura J. Baughman
 6
    Case Name: In Re: Cook Medical Inc., et al. v.
 7
    Veritext Reference Number: 2596863
 8
    Witness:  Robert McMeeking    Deposition Date:  6/1/2017
 9
10  Dear Sir/Madam:
11  Enclosed please find a deposition transcript.  Please have the witness
12  review the transcript and note any changes or corrections on the
13  included errata sheet, indicating the page, line number, change, and
14  the reason for the change.  Have the witness' signature at the bottom
15  of the sheet notarized and forward errata sheet back to us at the
16  address shown above, or email to production-midwest@veritext.com.
17
18  If the errata is not returned within thirty days of your receipt of
19  this letter, the reading and signing will be deemed waived.
20
21
22
23  Sincerely,
24
25  Production Department
```

## Page 320

```
 1             DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2
       ASSIGNMENT NO: 2596863
 3     CASE NAME: In Re: Cook Medical Inc., et al. v.
       DATE OF DEPOSITION: 6/1/2017
 4     WITNESS' NAME: Robert McMeeking
 5     In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7     I have made no changes to the testimony
    as transcribed by the court reporter.
 8
    _____    _____
 9   Date                Robert McMeeking
10     Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
       Statement; and
14     Their execution of this Statement is of
       their free act and deed.
15
       I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
             _____
18           Notary Public
19           _____
             Commission Expiration Date
20
21
22
23
24
25
```

## Page 321

```
 1             DEPOSITION REVIEW
              CERTIFICATION OF WITNESS
 2
       ASSIGNMENT NO: 2596863
 3     CASE NAME: In Re: Cook Medical Inc., et al. v.
       DATE OF DEPOSITION: 6/1/2017
 4     WITNESS' NAME: Robert McMeeking
 5     In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7     I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s).
 9     I request that these changes be entered
    as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____    _____
     Date                Robert McMeeking
14
       Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18     in the appended Errata Sheet;
       They signed the foregoing Sworn
19     Statement; and
       Their execution of this Statement is of
20     their free act and deed.
21     I have affixed my name and official seal
22  this _____ day of_____, 20____.
23           _____
             Notary Public
24
             _____
25           Commission Expiration Date
```