# EXHIBIT I

```
 1                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION

 3

 4   IN RE: COOK MEDICAL, INC.,      )
     IVC FILTERS MARKETING, SALES    ) Cause No.
 5   PRACTICES AND LIABILITY,        ) 1:14-ML-2570-RLY-TAB
     LITIGATION                      ) Indianapolis, Indiana
 6                                   ) October 25, 2019
                                     ) 10:09 a.m.
 7                                   )

 8

 9

10                      Before the Honorable
                         RICHARD L. YOUNG
11
                   OFFICIAL REPORTER'S TRANSCRIPT OF
12                       STATUS CONFERENCE

13

14   For Plaintiffs:
                                  Ben C. Martin, Esq.
15                                Law Offices of Ben C. Martin
                                  3710 Rawlins Street, Suite 1230
16                                Dallas, TX   75219

17

18                                Joseph N. Williams, Esq.
                                  Riley Williams & Piatt, LLC
19                                301 Massachusetts Ave.
                                  Indianapolis, IN 46204
20

21
                                  Michael W. Heaviside, Esq.
22                                Heaviside Reed Zaic
                                  910 17th Street NW, Suite 800
23                                Washington, D.C.   20006

24

25
```

```
 1  I don't -- I'm going to preliminarily let you know I don't
 2  believe that that applies here.  And also, I'm going to
 3  preliminarily let you know that I believe that there's no
 4  direct filing order.  It is the law of the case at this time.
 5  Believe me, 6,000 cases directly filed on my docket, if we had
 6  a direct filing order, they would be remanded at some point in
 7  time, unless the case is resolved; but -- which would
 8  certainly be in my benefit.  But at this point preliminarily I
 9  don't find that there is a sufficient direct filing order in
10  this case.
11             So as I've said previously, cases filed originally
12  in this Court, there's no Lexecon issue to be presented
13  because it's not transferred from the panel.  So with that,
14  we'll let you go.  We'll try to get something out on this
15  quickly and we'll go from there.  Anything else today,
16  Ms. Pierson?
17             MS. PIERSON:  I don't think so, Your Honor.
18  Mr. Williams had suggested by email that we might want to talk
19  about the procedure for the next argument when -- the
20  individual hearings, when we have -- I think we'll have more
21  lawyers here then because we've got 109 cases and now our
22  job --
23             THE COURT:  I thought we agreed on something like
24  that.  That maybe we'd have a maximum of five lawyers here.
25             MS. PIERSON:  We did.
```