**EXHIBIT A**

| | | |
|---|---|---|
| 1:2019cv01524 | Davis, Michael Leon, Jr. | DAVIS v. COOK INCORPORATED et al |
| 1:2016cv01031 | Davis, Ricky W. and Deborah Davis | DAVIS et al v. COOK INCORPORATED et al |
| 1:2019cv02252 | Dawson, Tommy A. | DAWSON v. COOK INCORPORATED et al |
| 1:2019cv02991 | Delwisch, Kristin K. | DELWISCH v. COOK INCORPORATED et al |
| 1:2019cv02428 | Dewhard, Adonis Anton | DEWHARD et al v. COOK INCORPORATED et al |
| 1:2016cv03400 | Donahue, Robert L.; AND Donahue, Rebecca | DONAHUE et al v. COOK INCORPORATED et al |
| 1:2017cv02210 | Drake, Philip A. (dec) - "NANCY CARROLL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PHILIP AARON DRAKE" | CARROLL v. COOK INCORPORATED et al |
| 1:2016cv02650 | Dunbar, Susan E.; AND Dunbar, Marvin | DUNBAR et al v. COOK INCORPORATED et al |
| 1:2019cv02633 | Dunphy, Philip E. | DUNPHY v. COOK INCORPORATED et al |
| 1:2019cv01827 | Dupree, James T., Jr. | DUPREE v. COOK INCORPORATED et al |
| 1:2015cv00238 | Durham, Jason T. | DURHAM v. COOK GROUP, INC. et al |
| 1:2019cv02634 | Echols, Sandra R. | ECHOLS v. COOK INCORPORATED et al |
| 1:2019cv01673 | El-Amin, Talib B. | EL-AMIN v. COOK INCORPORATED et al |
| 1:2019cv01699 | Elerick, Michael James | ELERICK v. COOK INCORPORATED et al |
| 1:2016cv00530 | Flood, James B. | FLOOD et al v. COOK INCORPORATED |
| 1:2019cv04552 | Foley, Elmorris, Sr. | FOLEY v. COOK INCORPORATED et al |
| 1:2019cv01830 | Foster, Leo A. | FOSTER v. COOK INCORPORATED et al |
| 1:2019cv04194 | Frazier, John | FRAZIER v. COOK INCORPORATED et al |
| 1:2019cv01696 | Frazier, Stephen M. | FRAZIER v. COOK INCORPORATED et al |
| 1:2019cv01649 | Gaines, Shironica D. | GAINES v. COOK INCORPORATED et al |