**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS         Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Dean J. Voigt and Alison Lake, Partner_____

Civil Case # 1:19-cv-04682-RLY-TAB

_____

## ORDER

This matter is before the Court on Plaintiffs Dean J. Voigt's and Alison Lake's Motion for

Withdrawal of Counsel Nicole K.H. Maldonado, and Substitution of Counsel filed by Ben C.

Martin.  For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Ben Martin Law Group

shall be substituted for Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman,

P.C.  Nicole K.H. Maldonado and all members of the law firm Baum Hedlund Aristei & Goldman,

P.C., are withdrawn as counsel of record in this action and removed from all future electronic

filings.

**SO ORDERED** this _____ day of _____, 2023.


                                                    _____
                                                    United States District Judge