# EXHIBIT A

| Case Number | Plaintiff's Name | Case Name |
|---|---|---|
| 1:2019cv02637 | Gangloff, Jacqueline | GANGLOFF v. COOK INCORPORATED et al |
| 1:2019cv02639 | Green, Alisa J. | GREEN v. COOK INCORPORATED et al |
| 1:2019cv02641 | Green, Joann | GREEN v. COOK INCORPORATED et al |
| 1:2019cv02993 | Greer, James | GREER v. COOK INCORPORATED et al |
| 1:2019cv02994 | Greer, Jesse D., Sr. | GREER v. COOK INCORPORATED et al |
| 1:2019cv02995 | Hacker, Jessica J. | HACKER v. COOK INCORPORATED et al |
| 1:2019cv01321 | Hall-Elert, Laurie | HALL-ELERT v. COOK INCORPORATED et al |
| 1:2019cv03067 | Hampton, Janet V. | HAMPTON v. COOK INCORPORATED et al |
| 1:2016cv03407 | Haning, Thurman | HANNING v. COOK INCORPORATED et al |
| 1:2019cv02644 | Hare, Matthew | HARE v. COOK INCORPORATED et al |
| 1:2019cv03069 | Harris, Adrienne | HARRIS v. COOK INCORPORATED et al |
| 1:2019cv01487 | Hetland, Brenda | HETLAND v. COOK INCORPORATED et al |
| 1:2019cv02431 | Hicks, Tommy L. | HICKS v. COOK INCORPORATED et al |
| 1:2019cv03073 | Hill, Arnette I. | HILL v. COOK INCORPORATED et al |
| 1:2017cv02857 | Hughes, Shuntay I. | HUGHES v. COOK INCORPORATED et al |
| 1:2019cv02432 | Hutton, Janice Elaine | HUTTON v. COOK INCORPORATED et al |
| 1:2017cv03982 | Insley, Thomas B., Sr. | INSLEY, SR. v. COOK MEDICAL LLC et al |
| 1:2019cv02433 | Jackson, Charla D. | JACKSON v. COOK INCORPORATED et al |
| 1:2017cv02854 | James, George | JAMES v. COOK INCORPORATED et al |
| 1:2020cv01220 | Jawaid, Mi Hyang | JAWAID v. COOK INCORPORATED et al |