IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Carol Bible

Civil Case # 1:18-cv-01732

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Carol Bible.

Respectfully submitted March 21, 2023.

>	*/s/ David M. Langevin*
>	Rhett A. McSweeney, #269542
>	David M. Langevin, #329563
>	McSweeney/Langevin
>	2116 Second Avenue South
>	Minneapolis, MN 55404
>	Phone: (612) 542-4646
>	Fax: (612) 454-2678
>	dave@westrikeback.com
>	ram@westrikeback.com
>	**Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 21, 2023

                                              /s/ Rhett A. McSweeney
                                              Rhett A. McSweeney