IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Carol Bible

Civil Case # 1:18-cv-01732

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Angela Reagan on behalf of the Estate of Carol Bible, is substituted as Plaintiff in the above referenced action.

Dated this _____ day of _____, 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana