IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

 All Plaintiffs in Exhibit A

Civil Case#  See Exhibit A

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiffs set forth in the attached Exhibit A.

Dated:  March 21, 2023

                                              Respectfully submitted,

                                              */s/ Jennifer Rethemeier*
                                              Jennifer Rethemeier
                                              (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                              **RUEB STOLLER DANIEL, LLP**
                                              2425 E. Camelback Road, Suite 500
                                              Phoenix, Arizona 85016
                                              Tel: (602) 892-0341
                                              Fax: (855) 203-2035
                                              jennifer.rethemeier@lawrsd.com
                                              ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                             */s/ Jennifer Rethemeier*
                                             Jennifer Rethemeier