# EXHIBIT A

| Case No. | Plaintiff's Name | Case Name |
| --- | --- | --- |
| 1:2016cv03248 | Jenkins, Bobby L. AND Jenkins, Rhonda | JENKINS et al v. COOK MEDICAL LLC et al |
| 1:2019cv02794 | Johnson, Diana F. | JOHNSON v. COOK INCORPORATED et al |
| 1:2019cv01700 | Johnson, Jack R. | JOHNSON v. COOK INCORPORATED et al |
| 1:2019cv01840 | Johnson, Van E. | JOHNSON v. COOK INCORPORATED et al |
| 1:2019cv05041 | Jones, Erica A. | JONES v. COOK INCORPORATED et al |
| 1:2019cv03076 | Jones, Evette | JONES v. COOK INCORPORATED et al |
| 1:2019cv02435 | Jones-Miller, Shirley | JONES-MILLER v. COOK INCORPORATED et al |
| 1:2013cv00925 | Jung, Marlies | JUNG v. COOK MEDICAL INCORPORATED et al |
| 1:2019cv01835 | Jynes, Leroy | JYNES v. COOK INCORPORATED et al |
| 1:2019cv03449 | Kellogg, Byron G. | KELLOGG v. COOK INCORPORATED et al |
| 1:2019cv02795 | Kelly, Johnathan Louis | KELLY v. COOK INCORPORATED et al |
| 1:2019cv01695 | Koerner, Edwina | KOERNER v. COOK INCORPORATED et al |
| 1:2019cv02796 | Lang, James C., Sr. | LANG, SR v. COOK INCORPORATED et al |
| 1:2019cv03077 | Langley-Allen, Robin B. | LANGLEY-ALLEN v. COOK INCORPORATED et al |
| 1:2019cv01843 | Ledwell-Turner, Contessa M. | LEDWELL v. COOK INCORPORATED et al |
| 1:2019cv03082 | Lee, Louverta C. | LEE v. COOK INCORPORATED et al |
| 1:2019cv03423 | Leser, Walter Paul | LESER v. COOK INCORPORATED et al |
| 1:2019cv04986 | Lewis, Karren | LEWIS v. COOK INCORPORATED et al |
| 1:2019cv03111 | Licea, Barbarito | LICEA v. COOK INCORPORATED et al |
| 1:2019cv02797 | Lumley, Lulamae | LUMLEY v. COOK INCORPORATED et al |