# UNITED STATES DISTRICT COURT
Southern District of Indiana

# **NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO:   ALL PARTIES

|   |   |
|---|---|
| Pending Case No(s).[1] | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jennifer Cummins Rethemeier | Jennifer Cummins Rethemeier |
| **Law Firm, Company, and/or Agency:** | Dalimonte Rueb Stoller, LLP | Rueb Stoller Daniel, LLP |
| **Address:** | 2425 E. Camelback Road, Suite 500<br>Phoenix, AZ  85016 | 2425 E. Camelback Road, Suite 500<br>Phoenix, AZ  85016 |
| **Primary E-mail:** | jennifer.rethemeier@drlawllp.com | jennifer.rethemeier@lawrsd.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 602-892-0341 | 602-892-0341 |
| **Facsimile:** | 855-203-2035 | 602-892-0341 |

Date: March 23, 2023                           s/ Jennifer Rethemeier

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.