**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

This Document Relates to:

 All Plaintiffs in Exhibit A

Civil Case#  See Exhibit A

---

### NOTICE OF APPEARANCE

---

To: The Clerk of Court and all parties of record

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case

on behalf of Plaintiffs set forth in the attached Exhibit A.

Dated:  March 23, 2023

                                            Respectfully submitted,

                                             */s/ Jennifer Rethemeier*
                                             Jennifer Rethemeier
                                             (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
                                             **RUEB STOLLER DANIEL, LLP**
                                             2425 E. Camelback Road, Suite 500
                                             Phoenix, Arizona 85016
                                             Tel: (602) 892-0341
                                             Fax: (855) 203-2035
                                             jennifer.rethemeier@lawrsd.com
                                             ***Lead Counsel for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 23, 2023, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the CM/ECF participants registered to receive service in this MDL.


 */s/ Jennifer Rethemeier*
Jennifer Rethemeier