# EXHIBIT A

| Case No. | Plaintiff's Name | Case Name |
|---|---|---|
| 1:2019cv02798 | Mainprize, Evelyn M. | MAINPRIZE v. COOK INCORPORATED et al |
| 1:2019cv01490 | Malone, Tawana M. | MALONE v. COOK INCORPORATED et al |
| 1:2019cv02799 | Manzo, Dominick Steven | MANZO v. COOK INCORPORATED et al |
| 1:2019cv03109 | Martin, Jeffrey Lyn | MARTIN v. COOK INCORPORATED et al |
| 1:2019cv01845 | Mastrorocco, Peter | MASTROROCCO v. COOK INCORPORATED et al |
| 1:2019cv04551 | Matthews, T'juana | MATTHEWS v. COOK INCORPORATED et al |
| 1:2016cv02648 | McCormick, SuAnne AND McCormick, Patrick J. | MCCORMICK v. COOK INCORPORATED et al |
| 1:2019cv01846 | Meadows, Larry Garland | MEADOWS v. COOK INCORPORATED et al |
| 1:2019cv01591 | Messina, Joan F. | MESSINA v. COOK INCORPORATED et al |
| 1:2019cv01698 | Mills, Antoinette | MILLS v. COOK INCORPORATED et al |
| 1:2019cv03093 | Mills, Dolores | MILLS v. COOK INCORPORATED et al |
| 1:2020cv00884 | Moffatt, Cynthia K. | MOFFATT v. COOK INCORPORATED et al |
| 1:2019cv04319 | Molin, Harriet | MOLIN v. COOK INCORPORATED et al |
| 1:2019cv02434 | Molitor, William Orville | MOLITOR v. COOK INCORPORATED et al |
| 1:2019cv02800 | Moore, Dianne R. | MOORE v. COOK INCORPORATED et al |
| 1:2020cv00477 | Moorman, Clifton D., Sr. | MOORMAN v. COOK INCORPORATED et al |
| 1:2019cv02801 | Morris, Carl L. | MORRIS v. COOK INCORPORATED et al |
| 1:2019cv04856 | Oglinsky, Patricia A. | OGLINSKY v. COOK INCORPORATED et al |
| 1:2016cv03402 | Overly, Gary L., Sr. | OVERLY v. WILLIAM COOK EUROPE APS |
| 1:2019cv02802 | Patterson, Troy | PATTERSON v. COOK INCORPORATED et al |