IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

 Piotr Lech

Civil Case # 1:20-cv-01774

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I, Stuart L. Goldenberg, am admitted or otherwise authorized to practice in this Court, and I appear in this case as co-counsel for Plaintiff Piotr Lech. All other counsel remain unchanged.

Dated: March 23, 2023                    Respectfully submitted,

*Stuart L. Goldenberg*
Stuart L. Goldenberg, Bar No. 0158719
**GoldenbergLaw, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Tel.:  (612) 335-9960
Fax:  (612) 568-9946
slg@goldenberglaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                       */s/ Stuart L. Goldenberg*
                                       Stuart L. Goldenberg