# EXHIBIT A

| Case NO. | Plaintiff's Name | Case Name |
|---|---|---|
| 1:2020cv00742 | Peavy, Terry | PEAVY v. COOK INCORPORATED et al |
| 1:2020cv01166 | Petitt, Martha A. | PETITT v. COOK INCORPORATED et al |
| 1:2016cv03408 | Pheifer, Courtney A. AND Daniel Pheifer | PHEIFER et al v. COOK INCORPORATED et al |
| 1:2019cv03092 | Phillips, Heather | PHILLIPS v. COOK INCORPORATED et al |
| 1:2019cv02803 | Pierce, Tammy J. | PIERCE v. COOK INCORPORATED et al |
| 1:2016cv03403 | Ramos, Karina M. | RAMOS v. COOK INCORPORATED et al |
| 1:2019cv03091 | Ratliff, Don | RATLIFF v. COOK INCORPORATED et al |
| 1:2016cv02647 | Raymond, John A. | RAYMOND v. COOK INCORPORATED et al |
| 1:2019cv03090 | Sanders, Natarsha P. | SANDERS v. COOK INCORPORATED et al |
| 1:2019cv01589 | Schafer, John Andrew | SCHAFER v. COOK INCORPORATED et al |
| 1:2019cv02429 | Sears, Anthony A. | SEARS v. COOK INCORPORATED et al |
| 1:2017cv03070 | Sedlacek, Eileen | SEDLACEK v. COOK INCORPORATED et al |
| 1:2019cv03089 | Shaw, Robert A. | SHAW v. COOK INCORPORATED et al |
| 1:2020cv00662 | Sheehan, Lisa | SHEEHAN v. COOK INCORPORATED et al |
| 1:2020cv00218 | Slabaugh, Sharon M. | SLABAUGH v. COOK INCORPORATED et al |
| 1:2019cv04797 | Smith, Belinda | SMITH v. COOK INCORPORATED et al |
| 1:2019cv01323 | Smith, John | SMITH v. COOK INCORPORATED et l |
| 1:2019cv02084 | Smith, Jonie Louise | SMITH v. COOK INCORPORATED et al |
| 1:2019cv02827 | Smith, Ryan A. | SMITH v. COOK INCORPORATED et al |
| 1:2019cv03448 | Snell, Robert S. | SNELL v. COOK INCORPORATED et al |