# EXHIBIT A

| Case No. | Plaintiff's Name | Case Name |
|---|---|---|
| 1:2019cv01701 | Spivey, Spencer | SPIVEY v. COOK INCORPORATED et al |
| 1:2019cv01847 | Standridge, Norma J. | STANDRIDGE v. COOK INCORPORATED et al |
| 1:2014cv06003 | Stockton, Cynthia as Administratrix of Estate of Ronald Huffman | STOCKTON v. COOK MEDICAL INCORPORATED et al |
| 1:2019cv03088 | Stottlemire, Robert | STOTTLEMIRE v. COOK INCORPORATED et al |
| 1:2013cv01845 | Sumner, Ginger Renay | SUMNER v. COOK MEDICAL INCORPORATED et al |
| 1:2019cv02427 | Taylor, Shan | TAYLOR v. COOK INCORPORATED et al |
| 1:2019cv01729 | Thomas, Roy J. - Estate of - [Shirley Thomas, spouse] | ESTATE OF ROY JOSEPH THOMAS v. COOK INCORPORATED et al |
| 1:2019cv02828 | Tierney, Helen M. | TIERNEY v. COOK INCORPORATED et al |
| 1:2019cv03087 | Vasquez, Gilberto | VASQUEZ v. COOK INCORPORATED et al |
| 1:2019cv02289 | Wagner, Christopher R. | WAGNER v. COOK INCORPORATED et al |
| 1:2014cv06008 | Walck, Melissa | Walck v. Cook Medical Incorporated et al |
| 1:2019cv01348 | Walden, Henry L. | WALDEN v. COOK INCORPORATED et al |
| 1:2019cv02426 | Walker, Dustin James | WALKER v. COOK INCORPORATED et al |
| 1:2019cv02829 | Waller, Mary Lou | WALLER v. COOK INCORPORATED et al |
| 1:2019cv01849 | Ward, Kenneth A, | WARD v. COOK INCORPORATED et al |
| 1:2016cv01030 | Washington, Griffin C., Jr. | WASHINGTON v. COOK MEDICAL LLC et al |
| 1:2019cv02831 | Werenski, William | WERENSKI v. COOK INCORPORATED et al |
| 1:2019cv03086 | Wiggins, Michelle | WIGGINS v. COOK INCORPORATED et al |
| 1:2019cv02386 | Wike, Samuel E. | WIKE v. COOK INCORPORATED et al |
| 1:2019cv02833 | Williams, Christopher Michael, Sr. | WILLIAMS, SR. v. COOK INCORPORATED et al |
| 1:2019cv02832 | Williams, Wendell Simron | WILLIAMS v. COOK INCORPORATED et al |
| 1:2019cv01347 | Willis, Brenda J. | WILLIS v. COOK INCORPORATED et al |
| 1:2016cv02651 | Wilson, Carolyn Sue | WILSON v. COOKS INCORPORATED et al |

# EXHIBIT A

| Case No. | Plaintiff's Name | Case Name |
|---|---|---|
| 1:2019cv01850 | Wilson, Cindy M.Q | WILSON v. COOK INCORPORATED et al |
| 1:2014cv06007 | Wonder, Alisha M. | WONDER v. COOK MEDICAL INCORPORATED et al |
| 1:2019cv03084 | Yakunin, Andrey | YAKUNIN v. COOK INCORPORATED et al |
| 1:2019cv03083 | Yancey, Ondre W. | YANCEY v. COOK INCORPORATED et al |
| 1:2017cv02855 | Young, Faye | YOUNG v. COOK INCORPORATED et al |
| 1:2019cv02423 | Zurfas, Bryan W. | ZURFAS v. COOK INCORPORATED et al |