IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**Booker Bullock, Jr.**

**Civil Case#: 1:18-cv-03753-JRS-DML**

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of Booker Bullock, Jr., Plaintiff in this case. Upon information and belief, Plaintiff Booker Bullock, Jr. died on December 10, 2020. The Death Certificate is attached hereto as Exhibit "A".

Dated: March 24, 2023

                                              Respectfully submitted,

                                              By: /s/ Willard J. Moody_____
                                              Willard J. Moody, Jr., Esquire (VSB #22866)
                                              THE MOODY LAW FIRM, INC.
                                              500 Crawford Street, Suite 200
                                              Portsmouth, VA 23704
                                              (757) 393-6020 Phone
                                              (757  399-3019 Fax
                                              will@moodyrrlaw.com

                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.