## IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**Booker Bullock, Jr.**

**Civil Case#: 1:18-cv-03753-JRS-DML**

### MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff, Booker Bullock, Jr., respectfully moves this Court to permit the substitution of Booker Terrance Bullock as the Personal Representative for the Estate of Booker Bullock, Jr., Deceased, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, and be permitted to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1.   Plaintiff, Booker Bullock, Jr., originally filed a product liability lawsuit against Defendants on November 29, 2018, in the Southern District of Indiana, Indianapolis Division.

2.   On January 23, 2019, Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3.   On March 24, 2023, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 23800]

4.      Plaintiff moves to substitute Booker Terrance Bullock as Personal Representative for the Estate of Booker Bullock, Jr., Deceased, as Plaintiff in the present action.

5.      A copy of the death certificate is attached as **Exhibit A**.

6.      A copy of Letters of Administration are attached as **Exhibit B**.

7.      Additionally, Counsel seeks to amend the Complaint, including the caption thereof, to correct the proper Plaintiff (specifically Booker Terrance Bullock, as Personal Representative for the Estate of Booker Bullock, Jr.) and to update and include information, allegations and actions within the Complaint to reflect that Booker Bullock, Jr. is now deceased.

8.      A copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit C**.

9.      Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Booker Bullock, respectfully requests the Court grant Plaintiff's Motion to Substitute Party, grant leave to file the Amended Complaint and direct the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: March 24, 2023         Respectfully submitted,

By: /s/ Willard J. Moody

Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.