# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

## STATE OF MARYLAND
### Maryland Department of Health
### Division of Vital Records

**Certificate of Death**

File Number: 32020MD057106

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | BOOKER T. BULLOCK, JR. |
| 2. Date of Death | 12/10/2020 |
| 3. Time of Death | 1131 |
| 4a. Facility Name | 21326 JETTISON DRIVE |
| 4b. City, Town or Location of Death | LEXINGTON PARK |
| 4c. County of Death | ST. MARY'S |
| 5. Social Security Number | [redacted] |
| 6. Sex | M |
| 7. Age | 66 YR |
| 8. Date of Birth | [redacted] |
| 9. Birthplace | VIRGINIA |
| 10a. State | MARYLAND |
| 10b. County | ST. MARY'S |
| 10c. City, Town or Location | LEXINGTON PARK |
| 10d. Inside City Limits? | NO |
| 10e. Address | 21326 JETTISON DRIVE |
| 10f. Zip Code | 20653 |
| 11. Marital Status | DIVORCED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | BLACK |
| 15. Decedent's Education | HS OR GED |
| 16a. Decedent's Usual Occupation | HOUSE KEEPING SUP. |
| 16b. Business/Industry | EDUCATION |
| 17. Father's Name | BOOKER T. BULLOCK, SR |
| 18. Mother's Name Prior to First Marriage | CATHERINE L. MOORE |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | BOOKER TERRANCE BULLOCK |
| 20b. Informant's Relationship | SON |
| 20c. Informant's Mailing Address | 2033 TANNERS MILL DR., DURHAM, NORTH CAROLINA 27703 |
| 21a. Method of Disposition | CREMATION |
| 21b. Place of Disposition | BRINSFIELD FUNERAL HOME AND CREMATORY |
| 21c. Date of Disposition | 12/22/2020 |
| 21d. Location | 30195 THREE NOTCH ROAD, CHARLOTTE HALL, MARYLAND 20622 |
| 22a. Signature of Funeral Service Licensee | MICHELE L. BRINSFIELD |
| 22b. License No | M01662 |
| 22c. Name and Address of Funeral Facility | BRINSFIELD FUNERAL HOME, P.A., 22955 HOLLYWOOD ROAD, LEONARDTOWN, MD 20650 |

### 23a. Part I. Disease, Injuries, or complications that directly caused the death

| Cause | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause | HYPERTENSION | 10 YEARS |
| Due to (or as a consequence of) | COPD | 10 YEARS |
| Conditions, if any, leading to immediate cause | | |
| Due to (or as a consequence of) | | |
| Due to (or as a consequence of) | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I: H/O PROSTATE CANCER, HYPERLIPIDEMIA

**23b. Did tobacco use contribute to the cause of death?** YES

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 26. Place of Death | HOME |
| 28c. Injury at work? | |
| 28d. Transportation Injury? | |
| 28f. Place of Injury | |
| 28e. How injury occurred | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | SURESH H PATEL, MD |
| 29c. License No | D62213 |
| 29d. Date signed | 12/18/2020 |
| 30a. Name of person who completed cause of death | SURESH H. PATEL |
| 30b. Address of person who completed cause of death | 22650 CEDAR LANE COURT, LEONARDTOWN, MARYLAND 20650 |
| 31. Date Filed | 12/29/2020 |
| 32. Registrar of Filing | CRYSTAL D. WEAVER |
| 33. Date Issued | 12/29/2020 |

34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records.

Registrar's Signature: *Crystal D. Weaver*

4291183

DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE