# EXHIBIT B

IN THE ORPHANS' COURT FOR
(OR)
BEFORE THE REGISTER OF WILLS FOR    ST. MARY'S COUNTY, MARYLAND

IN THE ESTATE OF:
BOOKER T. BULLOCK, JR.                    ESTATE NO. 21889

# ORDER FOR SMALL ESTATE

Upon the foregoing Petition, it is this **16th** day of **MARCH**, **2023**, by the Register of Wills ordered that:

1. The estate of **BOOKER T. BULLOCK, JR.** shall be administered as a small estate.
2. **BOOKER TERRANCE BULLOCK** shall serve as personal representative(s).
3. The personal representative shall pay fees due the register, expenses of administration, allowable funeral expenses, and statutory family allowances, and, if necessary, sell property of the decedent in order to pay them.
4. The will dated _____
   (including codicils, if any, dated _____) accompanying the petition is:
   ☐ admitted to probate; or
   ☐ retained on file only.
5. Publication is:
   ☑ not required; or
   ☐ required and Notice of Appointment shall be published once in a newspaper of general circulation in the county of appointment.
6. When publication is required, the personal representative shall, subject to the statutory order of priorities and the resolution of disputed claims by the parties or by the court: (a) pay all proper claims, expenses, and allowances not previously paid; (b) if necessary, sell property of the estate in order to do so; and (c) distribute the remaining property of the estate in accordance with the will or, if none, with the intestacy laws of this State.

_/s/ Phyllis A. Superior_
PHYLLIS A. SUPERIOR
Register of Wills

**THIS ORDER DOES NOT CONSTITUTE LETTERS OF ADMINISTRATION
AND DOES NOT AUTHORIZE THE TRANSFER OF ASSETS.**

### Certificate of Service

I hereby certify that on this **16th** day of **MARCH**, **2023**, I delivered or mailed, postage prepaid, a copy of the foregoing Order to **BOOKER TERRANCE BULLOCK**
_____ Personal Representative.

BOOKER TERRANCE BULLOCK
2033 TANNERS MILL DRIVE
DURHAM, NC 27703

_/s/ Phyllis A. Superior_
PHYLLIS A. SUPERIOR
Register of Wills

RW1108
Rev. 07/01/2011

ROWNET
07/2011



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 21889

I certify that administration of the Estate of

**BOOKER T. BULLOCK, JR.**

was granted on the  16th  day of  MARCH, 2023 ,

to  BOOKER TERRANCE BULLOCK

as personal representative(s) and the appointment is in effect

this  16th  day of  MARCH, 2023

☐ Will probated _____
                      (date)

☑ Intestate estate

☐ Unprobated Will - Probate Not Required

*(signature)*

PHYLLIS A. SUPERIOR
Register of Wills for
ST. MARY'S COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1107

ROWNET
11/2009