IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>Booker Bullock Jr.</u>

**Civil Case#: 1:18-cv-03753-JRS-DML**

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party and For Leave to Amend Short Form Complaint is **granted**. Booker Terrance Bullock is substituted for Booker Bullock, Jr., deceased, in this action, continuing the claims originally brought by Booker Bullock, Jr. on behalf of his Estate. The Clerk of Court is directed to file the amended short form complaint into the record in this matter.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA