APPROVED. Case is dismissed with prejudice.
Dated: Mar 24, 2023
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Melissa Cash<br><br>Case No. 1:14-cv-01202 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 22, 2023

| | |
|---|---|
| /s/ Randal Kauffman<br>Randal A. Kauffman<br>Houssiere, Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, Texas 77056-3812<br>Telephone: (713) 626-3700<br>Fascimile: (713) 626-3709<br>Email: rkauffman@hdhtex.com<br><br>**Attorney for Plaintiff** | /s/ Kip S.M. McDonald<br>Kip S.M. McDonald<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: kip.mcdonald@faegredrinker.com<br><br>**Attorney for Defendants** |