IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED.  Case is dismissed with prejudice.
> Dated:  Mar 24, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Kangas, Randy

Case No. 1:19-cv-4539

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  February 23, 2023

| | |
|---|---|
| */s/ Steven Wohlford* | */s/ Kip S.M. McDonald* |
| Steven Wohlford | Kip S.M. McDonald |
| SWMW Law, LLC | Faegre Drinker Biddle & Reath LLP |
| 701 Market St., Ste. 1000 | 300 North Meridian Street, Suite 2500 |
| St. Louis, Missouri 63141 | Indianapolis, Indiana  46204 |
| Telephone:  (314) 480-5180 | Telephone:  (317) 237-0300 |
| Fascimile:  (314) 932-1566 | Facsimile:   (317) 237-1000 |
| Email: ashley@swmwlaw.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |