IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Heflin, Pamela Hellams

Case No. 1:20-cv-01669

> APPROVED. Case is dismissed with prejudice.
> Dated: Mar 24, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 20, 2023

| | |
|---|---|
| */s/ P*aul Stoller | */s/ Kip S.M. McDonald* |
| Paul Stoller | Kip S.M. McDonald |
| Dalimonte Rueb Stoller, LLP | Faegre Drinker Biddle & Reath LLP |
| 2425 East Camelback Road. Suite 500 | 300 North Meridian Street, Suite 2500 |
| Phoenix, AZ 85016 | Indianapolis, Indiana 46204 |
| Telephone: (602) 888-2807 | Telephone: (317) 237-0300 |
| Fascimile: (855) 203-2035 | Facsimile: (317) 237-1000 |
| Email: paul@drlawllp.com | Email: kip.mcdonald@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |