IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Robin Zimberlin

Case No. 1:18-cv-06094

> APPROVED. Case is dismissed with prejudice.
> Dated: Mar 24, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 22, 2023

/s/ Mark E. Stephenson
Mark E. Stephenson
Trigilio Stephenson & Dattilo, PLL
5750 Cooper Foster Park Road, W., Suite 102
Lorain, Ohio 44053-4132
Telephone: (440) 988-9500
Fascimile: (440) 988-9511
Email: mes@tsohiolaw.com

*Attorney for Plaintiffs*

/s/ Kip S.M. McDonald
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants*