> APPROVED. Case is dismissed with prejudice.
> Dated: Mar 24, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Darlene Jones, Individually and as Special Administrator for the Estate of Mary Ann Jones

Case No. 1:17-cv-03960

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: February 22, 2023

*/s/ Eric M. Terry*
Eric M. Terry
TorHoerman Law LLC
210 S. Main Street
Edwardsville, Illinois 62025
Telephone: (618) 656-4400
Fascimile: (618) 656-4401
Email: eric@thlawyer.com

***Attorney for Plaintiffs***

*/s/ Kip S.M. McDonald*
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

***Attorney for Defendants***