APPROVED. Case is dismissed with prejudice.
Dated: Mar 24, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Whitney Tucker,

Civil Case No. 1:19-cv-3546

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice.

Dated: February 28, 2023.

| | |
|---|---|
| /s/ Andrew N. Faes<br>Andrew N. Faes<br>Wagstaff & Cartmell LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, Missouri 64112<br>Telephone: (816) 701-1100<br>Facsimile: (816) 531-2372<br>Email: afaes@wcllp.com<br><br>***Attorney for Plaintiff*** | /s/ Jessica Benson Cox<br>Jessica Benson Cox<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: jessica.cox@faegredrinker.com<br><br>***Attorney for Defendants*** |