### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

The ESTATE of Christopher W. Uvegas 1:23-cv-06979-RLY-TAB

## **PLAINTIFF'S MOTION TO AMEND CAPTION**

Plaintiff Anna M. Uveges, as adult daughter and prospective personal representative of the Estate of Christopher W. Uveges ("Plaintiff"), by and through her undersigned counsel, moves this Court to amend Plaintiff's name in the caption of the instant case from "Uvegas" to "Uveges." As grounds therefore, Plaintiff states as follows:

1. On February 7, 2023, Plaintiff's counsel filed a complaint in the Middle District of Florida on behalf of Plaintiff as the prospective personal representative of The Estate (Dkt 1).

2. Plaintiff's complaint listed her names as Anna M. Uvegas

3. Plaintiff's complaint listed The Estate's name as The ESTATE of Christopher W. Uvegas.

4. After filing of the complaint and transfer of the case to this Court, it was discovered that both Plaintiff's and The Estate's last names were inadvertently misspelled.

5. Plaintiff's name is "Anna M. Uveges".

6. The Estate's name is "The ESTATE of Christopher M. Uveges".

7. Plaintiff seeks to amend the caption to correct the spelling of her name to Ann M. Uveges.

8. Plaintiff also seek to amend the caption to correct the spelling of The Estate's name to The ESTATE of Christopher W. Uveges.

9.   No prejudice would result from either of these amendments.

WHEREFORE, Plaintiff respectfully requests that this Court amend her name in the caption of the instant case from Ann M. Uvegas to Anna M. Uveges. Plaintiff also respectfully requests this Court amend The Estate's name from The ESTATE of Christopher M. Uvegas to The ESTATE of Christopher M. Uveges.

Dated: March 27, 2023

Respectfully submitted,

/s/*Jennifer Rethemeier*
Jennifer Rethemeier
(Admitted *Pro Hac Vice*, AZ Bar No. 031398)
**RUEB STOLLER DANIEL, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 982-0341
Fax: (855) 203-2035
jennifer.rethemeier@lawrsd.com

*Attorneys for Plaintiff Anna M. Uveges*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ Jennifer Rethemeier*
                                               Jennifer Rethemeier