# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

The ESTATE of Christopher W. Uvegas 1:23-cv-06979-RLY-TAB

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption it is found that good cause is shown. Therefore, it is so ordered that said motion is **GRANTED**. The Clerk of the Court is directed to amend the Plaintiff's names from Anna M. Uvegas to Anna M. Uveges in the caption of the instant case. In addition, The Clerk of the Court is directed to amend The Estate's name from The ESTATE of Christopher W. Uvegas to The ESTATE of Christopher W. Uveges in the caption of the instant case.

So ordered this ____ day of _____, 2023.

_____
Tim A. Baker, USMJ