# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Deborah R. Briones-Ubaldo

Civil Case # 1:18-cv-03189-RLY-TAB

## ORDER

This matter is before the Court on Plaintiffs Deborah R. Briones-Ubaldo, Miguel Ubaldo, and David Ubaldo-Briones' Motion for Withdrawal of Counsel Nicole K.H. Maldonado, and Substitution of Counsel filed by Ben C. Martin.  For good cause shown, the Court hereby GRANTS this motion.  [Filing No. 23754.]

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Ben Martin Law Group shall be substituted for Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman, P.C.  Nicole K.H. Maldonado and all members of the law firm Baum Hedlund Aristei & Goldman, P.C., are withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 3/27/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.