UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Johnson, Crystal,
Civil Case No. 1:18-cv-00640

**PLAINTIFF CRYSTAL JOHNSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO CMO-28**

Plaintiff Crystal Johnson moves the Court for an extension of 6 days to file her response to Defendants' Motion for Judgement pursuant to CMO-28, Dkt. 23740.

The prior deadline for this response was March 28, 2023.  Because of the complex factual issues surrounding the Plaintiff's injuries and the timing of the filing of her Complaints, Plaintiff asks that the Court extend the deadline for her response by six (6) days to April 3, 2023.

The undersigned has conferred Defendants' Attorney Jessica Benson Cox who does not oppose Plaintiff's motion provided Defendants also receive an additional six (6) days to file any reply.

For these reasons, Plaintiff respectfully requests an extension of the due date for their response to Dkt. 23740 until April 3, 2023, and that Defendants have until April 24, 2023 to file their reply.

1

Dated: March 27, 2023.                Respectfully submitted,

                                                **WAGSTAFF & CARTMELL LLP**

                                                By    /s/ Andrew N. Faes
                                                           Andrew N. Faes
                                                           Thomas P. Cartmell
                                                           Wagstaff & Cartmell LLP
                                                           4740 Grand Ave., Suite 300
                                                           Kansas City, MO 64112
                                                           Phone: (816) 701-1100
                                                           afaes@wcllp.com
                                                           tcartmell@wcllp.com

                                               ***Attorneys for Plaintiff Crystal Johnson***

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                                /s/ Andrew N. Faes