UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Johnson, Crystal,
Civil Case No. 1:18-cv-00640

**[PROPOSED] ORDER GRANTING PLAINTIFF CRYSTAL JOHNSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' <u>MOTION FOR JUDGMENT PURSUANT TO CMO-28</u>**

This matter has come before the Court on Plaintiff Crystal Johnson's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgement Pursuant to CMO-28. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and the relief sought should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Crystal Johnson's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgement Pursuant to CMO-28 is granted and that the deadline for Plaintiff's response is extended to April 3, 2023. Defendants have until April 24, 2023 to file their reply.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Richard L. Young
United States District Judge
Southern District of Indiana

Copies to all registered counsel of Record via the Court's ECF System