IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Patricia E. Locke

Civil Case # 1:17-cv-04774-RLY-TAB

## ORDER

This matter is before the Court on Plaintiff Patricia E. Locke's Motion for Withdrawal of Counsel Nicole K.H. Maldonado, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 23757.]

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Ben Martin Law Group shall be substituted for Nicole K.H. Maldonado of the law firm Baum Hedlund Aristei & Goldman, P.C. Nicole K.H. Maldonado and all members of the law firm Baum Hedlund Aristei & Goldman, P.C., are withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 3/27/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.