IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
The ESTATE of Christopher W. Uvegas
Civil Case No. 1:23-cv-06979-RLY-TAB

### ORDER

Upon consideration of the Plaintiff's Motion to Amend Caption it is found that good cause is shown, and the Court hereby GRANTS the motion. [Filing No. 23823.]

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to amend the Plaintiff's names from Anna M. Uvegas to Anna M. Uveges in the caption of the instant case. In addition, The Clerk of the Court is directed to amend The Estate's name from The ESTATE of Christopher W. Uvegas to The ESTATE of Christopher W. Uveges in the caption of the instant case.

Date: 3/28/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.