UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Johnson, Crystal,
Civil Case No. 1:18-cv-00640-RLY-TAB

### ORDER GRANTING PLAINTIFF CRYSTAL JOHNSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO CMO-28

This matter has come before the Court on Plaintiff Crystal Johnson's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgement Pursuant to CMO-28. The Court, having reviewed the Motion, and being otherwise duly advised, finds that good cause exists and no grants the motion. [Filing no. 23829.]

IT IS THEREFORE ORDERED that Plaintiff Crystal Johnson's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Judgement Pursuant to CMO-28 is granted and that the deadline for Plaintiff's response is extended to April 3, 2023. Defendants have until April 24, 2023 to file their reply.

Date: 3/28/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of Record via the Court's ECF System