UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,            Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES            MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:
Christopher Ray Grant, Sr.
Civil Case No. 1:17-cv-04605-RLY-TAB
-------------------------------------------------X

_____

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
_____

Pursuant to Local R. 83.7(b), Randi Kassan, and the law firm of Milberg Coleman Bryson Phillips Grossman, PLLC and co-counsel law firm Paglialunga & Harris, PS, respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the grounds:

1. That, unfortunately, there exists irreconcilable conflicts between counsel at Milberg Coleman Bryson Phillips Grossman, PLLC, Paglialunga & Harris, PS, and Plaintiff relating to the continuation of the claims in the above captioned action.

2. Plaintiff Christopher Ray Grant, Sr. has been notified, in writing, of counsel's intention to withdraw as attorneys in this action by Federal Express Mail on March 16, 2023. A copy of the Affidavit of Mailing is attached as Exhibit A.

3. Plaintiff's last known address and telephone number are:

Christopher Ray Grant, Sr.
913 E. 98th Street N.
Sperry, OK 74073
(918) 896-1598

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Milberg Coleman Bryson Phillips Grossman, PLLC has sent this Motion to Withdraw by certified mail and first class mail to Plaintiff's last known address, thereby informing them of this Motion to Withdraw. A copy of the Affidavit of Mailing is attached as Exhibit B.

6. Counsel is willing to do an in-camera affidavit or appear for an Ex Parte telephonic conference to address further details, if needed.

7. Plaintiff's counsel has conferred with Defendants' counsel. Defendants do not oppose this motion.

8. WHEREFORE, Plaintiff respectfully requests that the Court enter an order relieving Milberg Coleman Bryson Phillips Grossman, PLLC, Paglialunga & Harris, PS, and co-counsel as attorneys for the Plaintiff, and provide any other relief which the court deems just and proper.

Dated: March 28, 2023

                    MILBERG COLEMAN BRYSON
                    PHILLIPS GROSSMAN, PLLC

By:   /s/ Randi Kassan
       Randi Kassan, Esq. (NY-4375754)
       100 Garden City Plaza, Suite 500
       Garden City, NY 11530
       Telephone: (516) 741-5600
       Fax: (516) 741-0128
       RKassan@milberg.com
       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: March 28, 2023

                                                MILBERG COLEMAN BRYSON
                                                PHILLIPS GROSSMAN, PLLC

By:    /s/ Randi Kassan
           Randi Kassan, Esq. (NY-4375754)
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           Telephone: (516) 741-5600
           Fax: (516) 741-0128
           RKassan@milberg.com
           *Counsel for Plaintiffs*