# EXHIBIT A

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

**NOTICE LETTER REGARDING MOTION TO WITHDRAW AS COUNSEL**

On March 16, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771572181089**
Christopher Grant
913 E. 98th Street N.
Sperry, OK 74073

Stefanie Holley

Sworn to before me March 16, 2023

NOTARY PUBLIC

KATIE RAMOS
Notary Public, State of New York
No. 01RA6304491
Qualified in Queens County
Commission Expires May 27, 2026