# EXHIBIT B

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**MOTION TO WITHDRAW AS COUNSEL**

On March 22, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail ( 7022 0410 0002 1029 9922 ), addressed to the last known address of the addressee as indicated below:

Christopher Grant
913 E. 98th Street N.
Sperry, OK 74073

_____
Andy Moreno

Sworn to before me March 22, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026