IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
Christopher Ray Grant, Sr.
1:17-cv-04605-RLY-TAB

_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **3:15 p.m. (Eastern Time) on
April 12, 2023,** before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and
neither Defendants representatives or counsel should attend.  Plaintiffs shall appear by counsel,
including Charles T. Paglialunga from Paglialunga & Harris, PS.  The information needed by
counsel of record to participate in this telephonic conference will be provided by separate
notification. **Plaintiff Christopher Ray Grant, Sr. shall personally participate in this
conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to
address Plaintiffs' counsel (Randi Kassan) motion to withdraw as counsel of record [Filing No.
23838].

Date: 3/28/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Randi Kassan is responsible for serving Plaintiff Christopher Ray Grant, Sr. via U.S. Mail.