# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

    1:17-cv-02686-RLY-TAB
    Sally and James Kimmey

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby suggests upon the record the death of Plaintiff Sally Kimmey. Upon information and belief, Plaintiff Sally Kimmey died on or about September 22, 2020.

Dated: March 28, 2023

Respectfully submitted,

LIPPSMITH LLP

*/s/ Graham B. LippSmith*
Graham B. LippSmith
555 S. Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: (213) 344-1820
Fax: (213) 513-2495
g@lippsmith.com

*Counsel for Plaintiffs*
*Sally and James Kimmey*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, a copy of the foregoing **NOTICE OF SUGGESTION OF DEATH** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that a copy of the **NOTICE OF SUGGESTION OF DEATH** was served on the following persons addressed as follows:

☑ (BY MAIL) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

James Kimmey

[redacted]

James Kimmey

[redacted]

Pamela Hemenway

[redacted]

Pamela Hemenway

[redacted]

*/s/ Graham B. LippSmith*
Graham B. LippSmith

2