# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Howard Banks ) | MDL NO. 1:14-ml-2570-RLY-TAB |
|     Plaintiff ) | |
| v. ) | Case No. 1:22-cv-312-RLY-TAB |
| Cook Incorporated, et al. ) | |
|     Defendant ) | |

## NOTICE REGARDING EXTENSION OF TIME TO APPOINT ADMINISTRATOR

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Howard Banks, deceased, was given an extension of time, to March 31, 2023, to have an administrator appointed for his Estate. Plaintiff's counsel, at the time the Motion for Extension of Time was filed, had a good faith belief that Betty Banks would qualify, serve and cooperate with Plaintiff's counsel, as administrator, to participate in the prosecution of Howard Bank's case.

Since the time of the Court's granting Plaintiff's Motion, however, Plaintiff's counsel has been advised that Betty Banks no longer wishes to pursue this matter. Thus, no administrator for the Estate of Howard Banks will have been appointed by the March 31, 2023 deadline, and no further extension of time will be sought. The Court's disposition of this matter will not be opposed.

Date: 3/31/23

                                              Respectfully submitted,

                                              /s/ JOHN T. KIRTLEY, III
                                              John T. Kirtley, III

                                              Texas Bar No. 11534050
                                              2603 Oak Lawn Avenue, Suite 300
                                              Dallas, Texas 75219
                                              (214) 521-4412 (214) 526-6026 Fax
                                               jkirtley@lawyerworks.com
                                                Asst. molvera@lawyerworks.com
                                              ivcfiling@lawyerworks.com
                                                ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on   March 31   , 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                     /s/ JOHN T. KIRTLEY, III
                                     John T. Kirtley, III