# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

> Juanita Balderas, Individually and O/B/O
> the Estate of Juan Gonzales
> 1:16-cv-01810-RLY-TAB

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff(s) and the Cook Defendants[1], through their undersigned counsel, that all claims in this case are dismissed with prejudice, and each party shall bear its own costs and attorneys' fees. The parties request that the Complaint be dismissed in its entirety, with prejudice.

Dated: March, 31, 2023

---

[1] The "Cook Defendants" include any Cook entity named in the lawsuit, including Cook Group Incorporated, Cook Medical, Inc., Cook Medical, LLC (formerly known as Cook Medical Incorporated), Cook, Inc., Medical Engineering and Development Institute, Inc. (now known as Cook Research Incorporated ("CRI")), Cook Medical Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe ApS, Cook Nederland BV, and William Cook Europe ApS, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services, Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Holding AB, and Cook Nederland Holding Cooperatief U.A, including all of their predecessors and successors in interest, parent companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest, as well as their insurers and all of their past, present, and officers, directors, employees, shareholders, successors, partners, agents, representatives, suppliers, distributors, customers, insurers, assigns, servants, attorneys, insurers, excess and umbrella insurance carriers, reinsurers, assignees, sales representatives, heirs, and executors, and any other person or entity involved in the design, manufacture, labeling, packaging, marketing, promotion, sale, or distribution of any IVC Filter Product(s) manufactured, distributed, and/or designed by Cook, including but not limited to any and all suppliers of materials, components, and services used in the manufacture of Cook IVC Filter Products.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrea Roberts Pierson* | */s/ Anna N. Rol* |
| Andrea Roberts Pierson, Esq. | Anna N. Rol, Esq. |
| **Faegre Drinker Biddle & Reath LLP** | **Baron & Budd, P.C.** |
| 300 N. Meridian Street | 3102 Oak Lawn Avenue |
| Suite 2500 | Suite 1100 |
| Indianapolis, IN 46204 | Dallas, TX 75219 |
| | |
| *Counsel for the Cook Defendants* | *Counsel for Plaintiff(s)* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Co-Counsel for Plaintiffs will serve any non-CM/ECF registered parties.

/s/ *Anna N. Rol*
Anna N. Rol