IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:19-cv-00220 | 1:23-cv-00419 | 1:23-cv-06972 | 1:23-cv-06985 |
| 1:22-cv-00292 | 1:23-cv-00420 | 1:23-cv-06973 | 1:23-cv-06986 |
| 1:22-cv-00482 | 1:23-cv-00430 | 1:23-cv-06974 | 1:23-cv-06987 |
| 1:22-cv-00547 | 1:23-cv-00463 | 1:23-cv-06975 | 1:23-cv-06989 |
| 1:22-cv-00613 | 1:23-cv-00480 | 1:23-cv-06976 | 1:23-cv-06990 |
| 1:22-cv-00701 | 1:23-cv-00514 | 1:23-cv-06977 | 1:23-cv-06993 |
| 1:23-cv-00122 | 1:23-cv-00529 | 1:23-cv-06978 | 1:23-cv-06996 |
| 1:23-cv-00288 | 1:23-cv-06949 | 1:23-cv-06979 | |
| 1:23-cv-00289 | 1:23-cv-06961 | 1:23-cv-06980 | |
| 1:23-cv-00290 | 1:23-cv-06963 | 1:23-cv-06981 | |
| 1:23-cv-00310 | 1:23-cv-06967 | 1:23-cv-06982 | |
| 1:23-cv-00387 | 1:23-cv-06968 | 1:23-cv-06983 | |
| 1:23-cv-00417 | 1:23-cv-06969 | 1:23-cv-06984 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: April 3, 2023

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Kip S. M. McDonald