UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Evelyn M. Crapps, 1:19-cv-01590-RLY-TAB

**ORDER GRANTING MOTION TO DISMISS DUPLICATIVE ACTION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff moves to dismiss the claims asserted in the above-captioned action without prejudice to the continuance of her previously filed action, 1:18-cv-03434. Plaintiff's Motion to Dismiss Duplicative Action Without Prejudice (Filing No. 23620) is **GRANTED**. Plaintiff's other filed action, 1:18-cv-03434, shall continue.

**SO ORDERED** this 3rd day of April 2023.

                                                                          _____
                                                                          RICHARD L. YOUNG, JUDGE
                                                                          United States District Court
                                                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.