# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

This Document Relates to:
      1:16-cv-6049-RLY-TAB   Gilbert
      1:17-cv-6065-RLY-TAB   Collins
      1:17-cv-6066-RLY-TAB   Halinski
      1:17-cv-6071-RLY-TAB   Lowicki
      1:17-cv-6072-RLY-TAB   Osorio
      1:17-cv-6073-RLY-TAB   Schmellick, Jr.
      1:17-cv-6076-RLY-TAB   Berman-Cheung
      1:17-cv-6077-RLY-TAB   Jewett
      1:17-cv-6078-RLY-TAB   Givney
      1:17-cv-6079-RLY-TAB   Strickland
      1:17-cv-6080-RLY-TAB   Pleasant
      1:17-cv-6081-RLY-TAB   Brownlow
      1:17-cv-6082-RLY-TAB   Tew
      1:17-cv-6083-RLY-TAB   Pierce
      1:17-cv-6084-RLY-TAB   Kelley
      1:17-cv-6085-RLY-TAB   Eacret
      1:17-cv-6086-RLY-TAB   Hendricks

**ORDER ON TRANSFERRED CASE**

This matter was transferred to the Southern District of Indiana by the Judicial Panel on Multidistrict Litigation for inclusion in the Cook Medical, Inc. IVC Filters litigation. All motions that were pending in this matter at the time the case was transferred were administratively terminated. Therefore, within 14 days the parties shall file a joint notice with this court identifying all motions they believe are still pending and in need of a ruling. All pending motions should be identified by date of filing and docket number. *Please use the docket*

numbers assigned in the Southern District of Indiana. Any briefs, responses, replies, and/or exhibits shall also be identified. Any motions not identified in the parties' submission are considered denied as moot.

If there were no pending motions requiring the Court's attention at the time of transfer, the parties need not file a notice. Pending motions filed directly in this Court after this matter was transferred need not be included in the notice.

Date: 12/1/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Distribution to all non-registered counsel of record shall be made by Plaintiffs' Lead Counsel.