# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Kenyon A. Collins, et al. Cause No. 1:17-cv-6065-RLY-TAB Anthony Halinski, et al. Cause No. 1:17-cv-6066-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON JOINT MOTION REGARDING AGREED DISPOSITION OF MOTIONS PENDING IN *COLLINS* AND *HALINSKI***

The court, having considered the parties' Joint Motion Regarding Disposition of Pending Motions in *Collins* and *Halinski*, now **GRANTS** the Motion.

**IT IS THEREFORE ORDERED**:

a. Plaintiffs' Motions to Remand (1:17-cv-6065 RLY-TAB, Filing No. 33; 1:17-cv-6066, Filing No. 33) in *Collins* and *Halinski* are hereby deemed **WITHDRAWN;**

b. Cook's Motions to Dismiss (1:17-cv-6065-RLY-TAB, Filing Nos. 7, 12 and 13; and in 1:17-cv-6066-RLY-TAB, Filing Nos. 7, 16 and 26) are hereby deemed **WITHDRAWN**;

1

c. Cook's Motions to Sever (1:17-cv-6065 RLY-TAB; Filing No. 18; 1:17-cv-6066, Filing No. 21) are **GRANTED**. *Collins* and *Halinski* shall be severed into individual suits under Federal Rules of Civil Procedure 20 and 21, one Plaintiff per lawsuit.

d. Plaintiffs shall open a new civil case for each of the severed causes of action within sixty (60) days of the date of this Order. Each new case will be initiated by the filing of a Short Form Complaint and payment of a filing fee.

e. As to the severed causes of action, the filing date will relate back to the filing date of the Plaintiff's original Complaint in the Missouri state court. Cook waives any statute of limitations defense as to each severed cause of action.

f. Plaintiffs shall file the first forty (40) of the Plaintiff Profile Sheets within sixty (60) days of the court's Order on this Motion and forty (40) more by each consecutive thirty-day (30) period on a rolling basis; the order of filing shall be alphabetical.

g. The Indiana Plaintiffs—Thomas Wade Chrisman, Geraldine Dailey, and Larry Combs—shall voluntarily dismiss their claims against Cook without prejudice after they submit Plaintiff Profile Sheets establishing that they are indeed Indiana citizens. For purposes of any analysis of the statute of limitations, should Plaintiffs Thomas Wade Chrisman, Geraldine Dailey, and Larry Combs re-file in Indiana state court within sixty (60) days of the

2

    date of the Entry dismissing their cases, the date of filing shall be

    considered to be the date of filing of the Complaint in the Plaintiffs'

    original actions filed in Missouri state court.

  h.  The Clerk is directed to terminate all severed Plaintiffs.

**SO ORDERED** this 18th day of January 2018.

               _____
               RICHARD L. YOUNG, JUDGE
               United States District Court
               Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.