# EXHIBIT E

Print this Page

Johnson, Crystal     Sex: F     BD: ▮▮▮▮     MR#: 000000581200     PT#: 361000194940
Rm/Bed: 423 02

**CONSULTATION**                                                                  Feb 10, 2010 11:45


DAVID M. RAEZER, M.D.
MERCY FITZGERALD HOSPITAL
CONSULTATION REPORT
PATIENT:              CRYSTAL JOHNSON
MR #:                 00581200
ACCT #:               361000194940
DOB:                  ▮▮▮▮▮▮▮▮▮▮
DATE OF CONSULTATION: 02/10/2010
CONSULTING PHYSICIAN: DAVID M. RAEZER, M.D.
REQUESTING PHYSICIAN: MOHAMMAD ALAUDDIN, M.D.
REASON FOR CONSULTATION: Right renal pain, right double-J catheter.
HISTORY OF PRESENT ILLNESS: This 44-year-old African American female was admitted to the hospital from the emergency room when she presented with right-sided pain which was severe and intolerable. The patient had a double-J catheter inserted at Hahnemann Hospital 2 weeks ago because of a urinary tract infection. She denied any right flank pain at that time. She was told by the urologist that he was apprehensive to remove the double-J catheter. The patient is known to me, having been admitted to Mercy Fitzgerald Hospital on 07/31/2009 with abdominal and right flank pain. The patient underwent a CAT scan of the abdomen and pelvis which demonstrated the presence of a recent onset of right hydronephrosis and a demonstration of the migration of her IVC filter through her vena cava. The IVC filter prong was impinging on the right proximal ureter causing her to have right hydroureteronephrosis. The obstruction was substantiated by Lasix renal scan. The patient also had a painful umbilical hernia as well. It was concluded the patient would be best served if the filter could be removed by Dr. Simmons in invasive radiology. The patient was, therefore, discharged from the hospital and readmitted on 07/31/2009 with the conclusion by Dr. Simmons that that was not possible. The conclusion was that the IVC filter could not be removed endovascularly. Consequently, it was felt that she would be better served by simply moving the ureter away from the filter. The opportunity would be taken at that time also to repair her umbilical hernia. Consequently, on 08/28/2009, after Dr. Domingo had repaired her umbilical hernia through an abdominal approach, I approached her right ureter through a flank approach. The patient underwent a right ureterolysis with excision of the offending prong of the inferior vena cava filter. The ureter was wrapped in an omental pedicle graft. Mobilization of the omentum was achieved through abdominolysis. The patient was discharged from the hospital only to return rapidly because of blocked double-J. The patient was free of all her double-Js until she recently was admitted to Hahnemann Hospital for lower abdominal pain. The patient is not exactly sure why the double-J catheter was placed, although it was her impression that the IVC filter was in good position and there was no evidence of impingement or recurrence of her hydronephrosis. The patient is familiar with the pain of double-J catheters and she concludes that that is what this is about.
PAST MEDICAL HISTORY: Positive for hypertension, asthma, DVT with pulmonary embolus, status post IVC filter, postpartum DVT, CMS, status post chemotherapy and x-ray therapy. She has also had a splenectomy.
FAMILY HISTORY: Positive for breast cancer.
ALLERGIES: Percocet, morphine.

MEDICATIONS:
1. Colace 100 mg twice a day.
2. Flexeril 10 mg 3 times a day.
3. Lansoprazole 30 mg twice a day.
4. Morphine IR 15 mg every 4 hours as needed for pain.
5. Morphine SR 16 mg q.12 h.
6. Norvasc 10 mg daily.
7. Senna orally p.r.n.
8. Vicodin 1 tablet every 6 hours for pain.
9. Zofran 4 mg 4 times a day for nausea and vomiting.

REVIEW OF SYSTEMS: Positive for skin rash and pain in her kidney area. She says she was told she had a recent bladder infection.

PHYSICAL EXAMINATION: Blood pressure 135/63, heart rate 92, respirations 16, temperature 98.8, pulse oximetry 100%. HEENT: Pupils equal and round. Neck supple. Chest: Clear to auscultation and percussion. Heart: Regular rhythm. Abdomen: Right flank scar. Right flank and right upper quadrant tenderness. Bowel sounds present. Extremities: No edema.

LABORATORY DATA/IMAGING STUDIES: White blood cell count 10.9, hemoglobin 9.9, hematocrit 32, platelets 639. Sodium 138, potassium 3.8, chloride 100, CO2 of 27, BUN 13, creatinine 0.7. Liver function tests within normal limits. CAT scan of the abdomen and pelvis: Moderate right hydronephrosis, IVC filter apparently in normal position. No formal report at this time.

IMPRESSION:
1. Inferior vena cava filter migration by history.
2. Right hydronephrosis secondary to impingement on right ureter by migrating inferior vena cava filter.
3. Right double-J catheter for questionable reason.
4. Urinary tract infection by history.
5. Deep vein thrombosis and pulmonary embolus, status post inferior vena cava filter.
6. Hypertension.
7. Asthma.
8. Chronic myelogenous leukemia, status post chemotherapy, x-ray therapy and splenectomy.

PLAN: Will get Lasix renal scan. Am confused as to why double-J catheter was placed. Will get urinalysis, urine for culture and sensitivity to see if there is any infection present. I suspect the double-J catheter can be removed. Will get a better handle of things once Lasix renal scan and cultures become available. Will follow.

DICTATED BY: DAVID M. RAEZER, M.D.
ELECTRONICALLY SIGNED BY David M. Raezer, M.D. ON 02/12/2010 08:51
DMR/che/90006//3449/2003086
DD: 02/10/2010 11:45
DT: 02/10/2010 12:31
cc: Mohammad Alauddin, M.D., 1500 Lansdowne Ave, Darby, PA 19023
David M. Raezer, M.D., 1501 Lnsdwne Ave, Darby, PA 19023, FAX: 610-534-6104

MERCY FITZGERALD HOSPITAL
OPERATIVE REPORT

PATIENT: CRYSTAL JOHNSON
DOB:            SEX: F
ROOM #: 115

MR #: 581200
ACCT#: 360901326924

BED #: 01

DATE OF OPERATION: 09/08/2009

SURGEON: DAVID M. RAEZER, M.D.

PREOPERATIVE DIAGNOSES:
1. Right hydronephrosis.
2. Malfunction of right blocked double-J.

POSTOPERATIVE DIAGNOSES:
1. Right hydronephrosis.
2. Malfunction of right blocked double-J.

PROCEDURES:
1. Cystoscopy.
2. Change of right double-J.
3. Right ureteroscopy.

ASSISTANT:

ANESTHESIA: General endotracheal.

ESTIMATED BLOOD LOSS: Minimal.

SPECIMEN REMOVED: Right double-J.

FINDINGS: It appeared as if the proximal 2 cm of the double-J was kinked back on the double-J obstructing it.

COMPLICATIONS: None.

DRAINS: A 26-cm 6-French double-J.

OPERATIVE INDICATIONS: This 44-year-old African-American female was admitted to the hospital from the emergency room. She presented with right-sided abdominal pain and a history of vomiting such that she was unable to keep her pain medicine down. She also had associated with this, diarrhea. She called me on September 4, 2009, in the morning and then later in the afternoon such that I recommended that she should go to the emergency room for evaluation. The patient is known to me having been admitted to Mercy Fitzgerald Hospital on July 31, 2009, with abdominal pain and right-sided flank pain. The patient underwent a CAT scan of the abdomen and pelvis, which demonstrated the presence of a recent onset of right-sided hydronephrosis and the demonstration of an IVC filter that was migrating through the walls of the vena cava. The IVC filter prong was impinging on her right proximal ureter causing her to have a right hydroureteronephrosis. The obstruction was substantiated by Lasix renal scan. The patient also had a painful umbilical hernia. It was concluded that the patient would be best served if the filter could be removed by Dr. Simmons in invasive radiology. The patient was discharged from the hospital and readmitted on July 31, 2009, so that proper equipment could be obtained for an

ORIGINAL

Johnson, Crystal - FMH - 0018

PATIENT:  CRYSTAL JOHNSON
MR #:  581200
OPERATIVE REPORT

attempt at removing it endovascularly. The patient was readmitted to the hospital in my service on August 11, 2009. The reason for the admission under my service would be to place a double-J catheter and evaluate the status of the right ureter. Dr. Simmons and I felt that would be the best course. The double-J would act as further identification of the ureter while she was doing her work endovascularly. The patient was found at the time of exchange of her double-J by ureteroscopy that the prong did not penetrate the lumen of the ureter, although it appeared to be impinging on the adventitia. It was clearly the point of ureteral obstruction. The patient, on the following day, was taken to invasive radiology where Dr. Simmons concluded that the IVC filter could not be removed endovascularly. Consequently, the patient was scheduled for surgery on August 28, 2009, for ureterolysis and pulling the ureter away from the filter. This was done after a consultation with Dr. Simmons and Dr. Ahmadinejad. Dr. Domingo was also a part of these discussions and it was concluded that the filter could remain where it was and that the ureter could be taken out of harm's way. Consequently, the ureter was lysed and the prong that was impinging on the right ureter was cut and sent to pathology along with periureteral tissue. The ureter was wrapped in an omental pedicle graft with the mobilization of the omentum being achieved from the abdominal cavity by abdominal lysis. At that same setting, Dr. Domingo repaired the periumbilical hernia. The patient was discharged from the hospital on September 2, 2009, with the idea that the double-J would be pulled in the next three to six weeks. The patient; however, developed pain with vomiting and had to be readmitted. The CAT scan of the abdomen and pelvis demonstrated persistent hydro with some delayed function and the patient was admitted because of her signs, symptoms, and findings on CAT scan. The patient was brought to the operating room now for exchange of her double-J catheter and reevaluation of the status of her ureter by retrograde study and ureteroscopy.

OPERATIVE PROCEDURE: The patient was taken to the operating room and after a successful general endotracheal anesthesia in the dorsal lithotomy position, was prepped and draped in the usual manner. A 21-French panendoscope showed no evidence of urethral pathology. The bladder showed no mucosal lesions. The left ureteral orifice was visualized and it appeared to emit clear urine. The right ureter had the double-J catheter coming from it and that was pulled out of the urethra where it was then cannulized with a guide wire. The guide wire was passed, but would not go to the end due to a sharp kink in the double-J and I left it simply to pull the double-J out. An open-ended catheter was then introduced into the ureter. Retrograde study showed inflammatory changes in the ureter at the site of the surgery with the ureter now clearly being brought away from the IVC filter. Ureteroscopy confirmed the inflammatory state of the ureter and led to my conclusion that the patient would be best served by keeping the double-J catheter in for another three to six weeks. Consequently, with ureteroscopy completed, which showed no evidence of stone, only the inflammatory changes and an unremarkable kidney, a double-J catheter was placed. Urine for culture and sensitivity was taken from the right renal pelvis to the ureteroscope. A 28-cm 6-French double-J catheter was then introduced in place under fluoroscopic guidance.

Print this Page

Johnson, Crystal    Sex: F   BD: ▓▓▓▓▓   MR#: 000000581200   PT#: 361000194940
Rm/Bed: 423 02

## OPERATIVE REPORT

Feb 12, 2010 15:17

```
DAVID M. RAEZER, M.D.
MERCY FITZGERALD HOSPITAL
OPERATIVE REPORT
PATIENT:       CRYSTAL JOHNSON
MR #:          00581200
ACCT #:        361000194940
DOB:
DATE OF OPERATION:  02/12/2010
SURGEON: DAVID M. RAEZER, M.D.
ASSISTANT: DAVID YOUNG, MS-4
ANESTHESIA: General.
PREOPERATIVE DIAGNOSES:
1.   Right double-J catheter.
2.   Right Inferior vena cava filter migration with right ureteral
impingement by history.
3.   Right hydronephrosis, rule out recurrence.
POSTOPERATIVE DIAGNOSES:
1.   Right double-J catheter.
2.   Right Inferior vena cava filter migration with right ureteral
impingement by history.
3.   Right hydronephrosis, doubt persistent, patent right ureter.
PROCEDURE PERFORMED: Cystoscopy, removal of right double-J, right
retrograde ureterogram, right ureteroscopy.
FINDINGS: Patent right ureter by ureteroscopy and retrograde study.  Some
retention of contrast at completion of study.
SPECIMEN REMOVED:  Right double-J catheter sent for culture and
sensitivity.
ESTIMATED BLOOD LOSS:  Minimal.
COMPLICATIONS:   None.
SPECIMENS REMOVED:
DRAINS:  None.
OPERATIVE INDICATIONS: This 44-year-old African American female was
admitted to the hospital from the emergency room when she presented with
right-sided pain which was severe and intolerable.  The patient had a
double-J catheter inserted at Hahnemann Hospital 2 weeks ago because of a
urinary tract infection.  She denied any flank pain at that time.  She was
told by the urologist at Hahnemann that he was apprehensive to remove the
double-J catheter.  The patient came complaining of the pain of the
double-J catheter which she knew because she had experienced that before.
The patient is known to me, having been admitted to Mercy Fitzgerald
Hospital on 07/31/2009 with abdominal pain and right flank pain.  The
patient underwent a CAT scan of the abdomen and pelvis which demonstrated
the presence of a recent o
```

Print this Page

Johnson, Crystal   Sex: F   BD:            MR#: 000000581200   PT#: 361000194940
Rm/Bed: 423 02

**CONSULTATION**                                                   Feb 10, 2010 11:45

DAVID M. RAEZER, M.D.
MERCY FITZGERALD HOSPITAL
CONSULTATION REPORT
PATIENT:              CRYSTAL JOHNSON
MR #:                 00581200
ACCT #:               361000194940
DOB:
DATE OF CONSULTATION: 02/10/2010
CONSULTING PHYSICIAN: DAVID M. RAEZER, M.D.
REQUESTING PHYSICIAN: MOHAMMAD ALAUDDIN, M.D.
REASON FOR CONSULTATION: Right renal pain, right double-J catheter.
HISTORY OF PRESENT ILLNESS: This 44-year-old African American female was admitted to the hospital from the emergency room when she presented with right-sided pain which was severe and intolerable. The patient had a double-J catheter inserted at Hahnemann Hospital 2 weeks ago because of a urinary tract infection. She denied any right flank pain at that time. She was told by the urologist that he was apprehensive to remove the double-J catheter. The patient is known to me, having been admitted to Mercy Fitzgerald Hospital on 07/31/2009 with abdominal and right flank pain. The patient underwent a CAT scan of the abdomen and pelvis which demonstrated the presence of a recent onset of right hydronephrosis and a demonstration of the migration of her IVC filter through her vena cava. The IVC filter prong was impinging on the right proximal ureter causing her to have right hydroureteronephrosis. The obstruction was substantiated by Lasix renal scan. The patient also had a painful umbilical hernia as well. It was concluded the patient would be best served if the filter could be removed by Dr. Simmons in invasive radiology. The patient was, therefore, discharged from the hospital and readmitted on 07/31/2009 with the conclusion by Dr. Simmons that that was not possible. The conclusion was that the IVC filter could not be removed endovascularly. Consequently, it was felt that she would be better served by simply moving the ureter away from the filter. The opportunity would be taken at that time also to repair her umbilical hernia. Consequently, on 08/28/2009, after Dr. Domingo had repaired her umbilical hernia through an abdominal approach, I approached her right ureter through a flank approach. The patient underwent a right ureterolysis with excision of the offending prong of the inferior vena cava filter. The ureter was wrapped in an omental pedicle graft. Mobilization of the omentum was achieved through abdominolysis. The patient was discharged from the hospital only to return rapidly because of blocked double-J. The patient was free of all her double-Js until she recently was admitted to Hahnemann Hospital for lower abdominal pain. The patient is not exactly sure why the double-J catheter was placed, although it was her impression that the IVC filter was in good position and there was no evidence of impingement or recurrence of her hydronephrosis. The patient is familiar with the pain of double-J catheters and she concludes that that is what this is about.
PAST MEDICAL HISTORY: Positive for hypertension, asthma, DVT with pulmonary embolus, status post IVC filter, postpartum DVT, CMS, status post chemotherapy and x-ray therapy. She has also had a splenectomy.
FAMILY HISTORY: Positive for breast cancer.
ALLERGIES: Percocet, morphine.