# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Johnson, Crystal, 1:18-cv-00640

## AFFIDAVIT OF CRYSTAL D. JOHNSON

BEFORE ME, the undersigned authority, on this day personally appeared Crystal D. Johnson, who, after being duly sworn, upon her oath deposed and stated as follows.

1. My name is Crystal D. Johnson. I am more than eighteen (18) years of age and am competent and authorized to make this affidavit. I have personal knowledge of the facts set forth herein and they are true and correct.

2. I had no idea there was a problem or defect with my IVC filter until I saw a public health bulletin sometime in September, 2015. It was not until I saw that announcement that I realized that some of the problems I had experienced in the past could be caused by a problem with my IVC filter.

3. At the time of my hernia surgery in 2009, I did not think there was any problem or issue with the IVC filter. At that time, I thought any problems I was experiencing were a normal part of the healing process, and the pain I was experiencing was due to my hernia.

4. None of my doctors who treated me in 2009 told me there was any problem or defect with the IVC filter or that it was going to be a problem. They told me that everything was going to be okay.

1

*Crystal D. Johnson* (signature)
Crystal D. Johnson

COMMONWEALTH OF PENNSYLVANIA )

COUNTY OF PHILADELPHIA )

Before me, the undersigned, personally appeared the within named Crystal D. Johnson, whose identity is known to me, and after being first duly sworn, acknowledged that she has read the foregoing document or had it read to her, and the contents thereof are true and correct to the best of her knowledge and belief, and that he executed the same as her own free act and deed for the purposes therein expressed.

WITNESS my hand and seal on this 1st day of April, 2023, and Commonwealth aforesaid.

Commonwealth of Pennsylvania - Notary Seal
Tandree Bennett, Notary Public
Montgomery County
My Commission Expires March 3, 2026
Commission Number 1251131

*Tandree Bennett* (signature)

2