IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Edgar Dickerson
1:16-cv-01055-RLY-TAB

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **3:30 p.m. (Eastern Time) on May 11, 2023,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants representatives or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Edgar Dickerson shall personally participate in this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel (Anna Rol) motion to withdraw as counsel of record [Filing No. 23725].

Date: 4/4/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Anna Rol is responsible for serving Plaintiff Edgar Dickerson via U.S. Mail.