UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER VACATING ORAL ARGUMENT**

The court, on its own motion, **VACATES** oral argument on Plaintiffs' Motion for Suggestion of Remand (Filing No. 23580) scheduled for April 13, 2023. This matter will be reset after a ruling is issued by the Seventh Circuit Court of Appeals in the *Sykes/Parton* appeal.

**SO ORDERED** this 10th day of April 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1