**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Ramon Bass**
**Civil Case No. 1:16-cv-01101-RLY-TAB**

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel of Record. Upon consideration and for good cause, the motion to withdraw is GRANTED.

Anna Rol, Charles Orr, and the law firm of Baron & Budd, P.C., are withdrawn as counsel of record for Plaintiff Ramon Bass. Baron & Budd, P.C. shall serve a copy of this Order upon Plaintiff Ramon Bass.

All further notices regarding this case shall be directed to Plaintiff at:

16824 Princeton St.
Detroit, MI 48221

IT IS ORDERED this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana