UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This document relates to Plaintiff:**
**Terri Sottile**
**Civil Case No. 1:20-cv-02781-RLY-TAB**

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGES OF THIS COURT AND THE CLERK OF THE COURT:

Pursuant to Local R. 83-7(b), Anna Rol, Charles Orr, and the law firm of Baron & Budd, P.C., respectfully request that this Court allow the aforementioned to withdraw as counsel in this matter on the following grounds:

1. There exists a fundamental disagreement between the above-named counsel and Plaintiff Terri Sottile regarding the prosecution of this matter. This has resulted in a breakdown in communication between the attorneys and client.

2. Terri Sottile has been notified, in writing, by her counsel of their intention to withdraw as her attorneys in this action.

3. As required by Southern District of Indiana Local Rule, LR 83-7(b)(3), Plaintiff's last known address is: 4472 San Joaquin St., Oceanside, CA 92057, and Plaintiff's last known telephone number is (661)547-5720.

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Baron & Budd, P.C. has sent this Motion to Withdraw by certified mail, return receipt requested, and first class mail to Plaintiff Terri Sottile's last known address, thereby

informing her of this Motion to Withdraw. A copy of the correspondence is attached hereto as Exhibit A.

WHEREFORE, the undersigned counsel and Baron & Budd, P.C. request that the Court enter an order permitting Anna Rol, Charles Orr, and Baron & Budd, P.C. to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal.

Respectfully submitted,

*/s/ Anna Rol*
Anna Rol
Charles Orr
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-520-1181 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Anna Rol*
Anna Rol