UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Terri Sottile**
**Civil Case No. 1:20-cv-02781-RLY-TAB**

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel of Record. Upon consideration and for good cause, the motion to withdraw is GRANTED.

Anna Rol, Charles Orr, and the law firm of Baron & Budd, P.C., are withdrawn as counsel of record for Plaintiff Terri Sottile. Baron & Budd, P.C. shall serve a copy of this Order upon Plaintiff Terri Sottile.

All further notices regarding this case shall be directed to Plaintiff at:

4472 San Joaquin St.
Oceanside, CA 92057

IT IS ORDERED this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana