UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:
Lisa Goetz Bouknight and John K. Bouknight
Civil Case No. 1:17-cv-03435-RLY-TAB
---------------------------------------------------X

## AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Motion to Withdraw as Counsel and Scheduling Order on Plaintiffs Lisa Goetz Bouknight and John K. Bouknight by USPS First Class Mail, Certified Mail, and Federal Express to Plaintiffs' last known address.

Copies of the Affidavits of Mailing and Proof of Delivery are attached hereto.

- USPS Certified Mail – Delivered March 7, 2023
- FedEx – Delivered April 10, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 10, 2023

/s/Randi Kassan
Randi Kassan

# EXHIBIT A

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                 SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**MOTION TO WITHDRAW AS COUNSEL**

On February 27, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail ( 7022 0410 0002 1029 9786 ), addressed to the last known address of the addressee as indicated below:

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

_____
Andy Moreno

Sworn to before me February 27, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70220410000210299786

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 9:07 am on March 7, 2023 in BEND, OR 97703.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered

**Delivered, Left with Individual**
BEND, OR 97703
March 7, 2023, 9:07 am

**Out for Delivery**
BEND, OR 97701
March 7, 2023, 6:10 am

**Arrived at Post Office**
BEND, OR 97701
March 6, 2023, 6:14 pm

**Arrived at USPS Facility**
BEND, OR 97701
March 6, 2023, 1:42 pm

**Arrived at USPS Facility**
PORTLAND, OR 97215
March 5, 2023, 7:27 am

**In Transit to Next Facility**

# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                    SS:

COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**SCHEDULING ORDER FOR TELEPHONIC STATUS CONFERENCE RE: MOTION TO WITHDRAW AS COUNSEL**

On April 7, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771788746640**
Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701
keppiwolfe@hotmail.com
jbouknight@cocc.edu

_____
Andy Moreno

Sworn to before me April 7, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2026

April 10, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771788746640

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | Bend, OR, |
| | | **Delivery date:** | Apr 10, 2023 12:02 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771788746640 | **Ship Date:** | Apr 7, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
Bend, OR, US,

**Shipper:**  
GARDEN CITY, NY, US,

**Reference**    161379

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx