UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,          Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES          MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____

This Document Relates to Plaintiff:
Frank Alexander
Civil Case No. 1:17-cv-03510-RLY-TAB
---------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Motion to Withdraw as Counsel and Scheduling Order on Plaintiff Frank Alexander by USPS First Class Mail, Certified Mail, and Federal Express to Plaintiff's last known address.

Copies of the Affidavits of Mailing and Proof of Delivery are attached hereto.

- USPS Certified Mail – Delivered March 2, 2023
- FedEx – Delivered April 10, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 11, 2023

                                                 /s/Randi Kassan
                                                 Randi Kassan

# EXHIBIT A

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**MOTION TO WITHDRAW AS COUNSEL**

On February 27, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail ( 7022 0410 0002 1029 9779 ), addressed to the last known address of the addressee as indicated below:

Frank Alexander
2751 Buckskin Avenue
Kingman, AZ 86401

Andy Moreno

Sworn to before me February 27, 2023

NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2026

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70220410000210299779

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:37 am on March 2, 2023 in KINGMAN, AZ 86401.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
KINGMAN, AZ 86401
March 2, 2023, 11:37 am

### Departed USPS Regional Facility
LAS VEGAS NV DISTRIBUTION CENTER
March 2, 2023, 9:04 am

### Arrived at USPS Regional Facility
LAS VEGAS NV DISTRIBUTION CENTER
March 1, 2023, 10:11 am

### In Transit to Next Facility
February 28, 2023

### Arrived at USPS Regional Facility
MID NY DISTRIBUTION CENTER
February 27, 2023, 9:51 pm

Feedback

# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                              SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**SCHEDULING ORDER FOR TELEPHONIC STATUS CONFERENCE RE: MOTION TO WITHDRAW AS COUNSEL**

On April 7, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771788642263**
Frank Alexander
2751 Buckskin Avenue
Kingman, AZ 86401
fsaatpres@gmail.com

_____
Andy Moreno

Sworn to before me April 7, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

April 11, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771788642263

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Kingman, AZ, |
| | | **Delivery date:** | Apr 10, 2023 13:33 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771788642263 | **Ship Date:** | Apr 7, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**  
Kingman, AZ, US,

**Shipper:**  
GARDEN CITY, NY, US,

**Reference**         140634

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx