UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,            Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES         MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

_____
This Document Relates to Plaintiffs:
Robert Mott and Ellen Mott
Civil Case No. 1:17-cv-01104-RLY-TAB
---------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Motion to Withdraw as Counsel and Scheduling Order on Plaintiffs Robert Mott and Ellen Mott by USPS First Class Mail and Certified Mail to Plaintiffs' last known address.

Copies of the Affidavits of Mailing and Proof of Delivery are attached hereto.

- USPS Certified Mail – Delivered March 3, 2023
- USPS Certified Mail – Delivered April 10, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 11, 2023

                                               /s/Randi Kassan
                                               Randi Kassan

# EXHIBIT A

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                        SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**MOTION TO WITHDRAW AS COUNSEL**

On February 27, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail (  7022 0410 0002 1029 9793  ), addressed to the last known address of the addressee as indicated below:

Robert Mott
P.O. Box 702
Mansfield Center, CT 06235

_____
Andy Moreno

Sworn to before me February 27, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70220410000210299793

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 9:43 am on March 3, 2023 in MANSFIELD CENTER, CT 06250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
MANSFIELD CENTER, CT 06250
March 3, 2023, 9:43 am

### Available for Pickup
MANSFIELD CENTER, CT 06250
March 3, 2023, 8:49 am

### Arrived at Post Office
MANSFIELD CENTER, CT 06250
March 3, 2023, 8:49 am

### Departed USPS Regional Facility
SPRINGFIELD MA NETWORK DISTRIBUTION CENTER
March 2, 2023, 6:19 pm

### Arrived at USPS Regional Facility
SPRINGFIELD MA NETWORK DISTRIBUTION CENTER
March 1, 2023, 9:56 am

### In Transit to Next Facility

Feedback

# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                              SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**SCHEDULING ORDER FOR TELEPHONIC STATUS CONFERENCE RE: MOTION TO WITHDRAW AS COUNSEL**

On April 7, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, via Certified Mail, addressed to the last known address of the addressee as indicated below:

**USPS Certified Tracking Number: 7022 0410 0002 1029 8567**
Robert Mott
P.O. Box 702
Mansfield Center, CT 06235
r.e.c.mott@gmail.com

_____
Andy Moreno

Sworn to before me April 7, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70220410000210298567

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 3:20 pm on April 10, 2023 in MANSFIELD CENTER, CT 06250.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**
MANSFIELD CENTER, CT 06250
April 10, 2023, 3:20 pm

**Available for Pickup**
MANSFIELD CENTER, CT 06250
April 10, 2023, 12:02 pm

**Arrived at Post Office**
MANSFIELD CENTER, CT 06250
April 10, 2023, 12:01 pm

**In Transit to Next Facility**
April 9, 2023

**Departed USPS Regional Facility**
SPRINGFIELD MA NETWORK DISTRIBUTION CENTER
April 8, 2023, 8:06 pm

**Arrived at USPS Regional Facility**

Feedback