UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,　　　　　　　　Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES　　　　　　　　　MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

_____
This Document Relates to Plaintiff:
Gayle McCleary-Watkins
Civil Case No. 1:16-cv-03486-RLY-TAB
---------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Motion to Withdraw as Counsel and Scheduling Order on Plaintiff Gayle McCleary-Watkins by USPS First Class Mail, Certified Mail, and Federal Express to Plaintiff's last known address.

Copies of the Affidavits of Mailing and Proof of Delivery are attached hereto.

- USPS Certified Mail – Delivered March 3, 2023
- FedEx – Delivered April 11, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　/s/Randi Kassan
　　　　　　　　　　　　　　　　　　　　　　　Randi Kassan

# EXHIBIT A

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

## MOTION TO WITHDRAW AS COUNSEL

On February 27, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York and Via Certified Mail (  7022 0410 0002 1029 9809  ), addressed to the last known address of the addressee as indicated below:

Gayle McCleary-Watkins
7219 Park Heights Avenue, Apt. 104
Baltimore, MD 21208

_____
Andy Moreno

Sworn to before me February 27, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70220410000210299809

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:44 pm on March 3, 2023 in PIKESVILLE, MD 21208.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
PIKESVILLE, MD 21208
March 3, 2023, 2:44 pm

### Departed USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER
March 2, 2023, 9:45 pm

### Arrived at USPS Regional Facility
BALTIMORE MD DISTRIBUTION CENTER
March 2, 2023, 12:22 pm

### In Transit to Next Facility
March 1, 2023

### Departed USPS Regional Facility
MID NY DISTRIBUTION CENTER
February 27, 2023, 11:55 pm

### Arrived at USPS Regional Facility

Feedback

# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

       SS:

COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

### SCHEDULING ORDER FOR TELEPHONIC STATUS CONFERENCE RE: MOTION TO WITHDRAW AS COUNSEL

On April 7, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771788538680**
Gayle McCleary-Watkins
7219 Park Heights Avenue, Apt. 104
Baltimore, MD 21208
enchantingjinn@verizon.net

_____
Andy Moreno

Sworn to before me April 7, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27, 2026

April 11, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771788538680

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | Pikesville, MD, |
| | | **Delivery date:** | Apr 11, 2023 13:52 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771788538680 | **Ship Date:** | Apr 10, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| BALTIMORE, MD, US, | | GARDEN CITY, NY, US, | |

**Reference**     155851

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx