UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
Christopher Ray Grant, Sr.
Civil Case No. 1:17-cv-04605-RLY-TAB
-----------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Motion to Withdraw as Counsel and Scheduling Order on Plaintiff Christopher Grant by Federal Express to Plaintiff's last known address.

Copies of the Affidavits of Mailing and Proof of Delivery are attached hereto.

- FedEx – Delivered March 20, 2023
- FedEx – Delivered April 11, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 12, 2023

/s/Randi Kassan
Randi Kassan

# EXHIBIT A

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

**NOTICE LETTER REGARDING MOTION TO WITHDRAW AS COUNSEL**

On March 16, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771572181089**
Christopher Grant
913 E. 98th Street N.
Sperry, OK 74073

                                                              Stefanie Holley

Sworn to before me March 16, 2023

NOTARY PUBLIC

KATIE RAMOS
Notary Public, State of New York
No. 01RA6304491
Qualified in Queens County
Commission Expires May 27, 2026

FedEx

March 22, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771572181089

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | Sperry, OK, |
| | | **Delivery date:** | Mar 20, 2023 13:32 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771572181089 | **Ship Date:** | Mar 17, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| Sperry, OK, US, | | GARDEN CITY, NY, US, | |

| Reference | 161364 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT B

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**SCHEDULING ORDER FOR TELEPHONIC STATUS CONFERENCE RE: MOTION TO WITHDRAW AS COUNSEL**

On April 7, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771788833850**
Christopher Grant
913 E. 98th Street N.
Sperry, OK 74073
christophergrant1960@gmail.com
chrisgrantsr60@gmail.com

_____
Andy Moreno

Sworn to before me April 7, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

FedEx

April 12, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771788833850

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | Sperry, OK, |
| | | **Delivery date:** | Apr 11, 2023 17:36 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 771788833850 | **Ship Date:** | Apr 7, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

Sperry, OK, US,

**Shipper:**

GARDEN CITY, NY, US,

**Reference**     161364

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx