IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Pattie Robison<br>1:16-cv-01080-RLY-TAB | |

**ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE**

The Court, on it's own, vacates the telephonic status conference currently set for May 11, 2023 at 3:15 p.m. (Eastern Time) and RESETS it for **2 p.m. (Eastern Time) on May 25, 2023,** before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendants representatives or counsel should attend.  Plaintiff shall appear by counsel.  The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Pattie Robison shall personally participate in this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel (Anna Rol) motion to withdraw as counsel of record [Filing No. 23724].

Date: 4/11/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Anna Rol is responsible for serving Plaintiff Pattie Robison via U.S. Mail.