UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Cases:

Jerome Mattson, 1:17-cv-00356

_____

### ORDER FOR FURTHER BRIEFING ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28

The Cook Defendants move for judgment in Plaintiff Mattson's case pursuant to CMO-28. The parties operated under the assumption that Indiana law applies. Given the Seventh Circuit's *Looper* decision, the court finds Wisconsin law applies, as Plaintiff is a Wisconsin resident and his alleged injury occurred in Wisconsin. *See Looper v. Cook Inc.*, 20 F.4th 387, 394 (7th Cir. 2021) (holding Cook "implicitly, but clearly, consented to the application of originating state choice-of-law rules to directly filed cases"). The court therefore requests the parties to supplement their submissions applying Wisconsin law. Cook's submission is due on or before **May 31, 2023**, and Plaintiff's response is due on or before **June 15, 2023**.

**SO ORDERED** this 13th day of April 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.