**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Cases:

Johnson, Johnnie Mae, 1:17-cv-02856

_____

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE**
**TO FILE A SURREPLY OPPOSING PLAINTIFF JOHNNIE MAE JOHNSON'S**
**CROSS-MOTION TO STAY**

The Court, having considered the Cook Defendants' Motion for Leave to File a Surreply Opposing Plaintiff Johnnie Mae Johnson's Cross-Motion to Stay and being otherwise duly advised, finds that the Cook Defendants' Motion for Leave is made for good cause. Accordingly, the Cook Defendants' Motion for Leave is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Cook Defendants are granted leave to file their surreply and that their surreply attached as Exhibit A to their Motion for Leave is deemed filed as of the date of this order.

Dated: 4/18/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Copies to all registered counsel of record via the Court's ECF system.