**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Charlesetta Latasia Thompson

Civil Case # 1:20-cv-06275-RLY-TAB

---

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE
SECOND AMENDED SHORT FORM COMPLAINT**

ON THIS DAY came for consideration Plaintiff Charlesetta Latasia Thompson's Motion

to Amend and Leave to File a Second Amended Short Form Complaint.  Having considered the

Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby

granted Leave to File a Second Amended Short Form Complaint; and (2) the Second Amended

Short Form Complaint is hereby deemed filed.

**SO ORDERED** this _____ day of _____, 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.