AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| <u>APRIL REYES</u> | ) |
| *Plaintiff* | ) |
| v. | )  Case No.   1:14-ml-2570-RLY-TAB |
| <u>COOK INCORPORATED, et al.</u> | ) |
| *Defendant* | ) This document relates to case no. |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>April Reyes</u>                                                      .

Date:    <u>04/18/2023</u>

<u>/s/Basil E. Adham</u>
*Attorney's signature*

<u>Basil E. Adham TX Bar No. 24081742</u>
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098

*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*