## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Darwin Frison, 1:15-cv-01073

_____

## FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiffs.

**SO ORDERED** this 18th day of April 2023.

| | |
|---|---|
| Roger Sharpe, Clerk<br>United States District Court | _____<br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |
| _____<br>By: Deputy Clerk | |

Distributed Electronically to Registered Counsel of Record.

1