AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| WILLIE JENKINS <br> *Plaintiff* <br> v. <br> COOK INCORPORATED, et al. <br> *Defendant* | ) ) ) ) ) ) Case No.  1:14-ml-2570-RLY-TAB <br> This document relates to case no. 1:23-cv-07001-RLY-TAB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Willie Jenkins                                                                                                                       .

Date:   04/18/2023                                                        /s/Basil E. Adham
                                                                                       *Attorney's signature*

                                                                 Basil E. Adham TX Bar No. 24081742
                                                                      *Printed name and bar number*

                                                                               Johnson Law Group
                                                                       2925 Richmond Ave, Suite 1700
                                                                                Houston, TX 77098

                                                                                       *Address*

                                                                     IVC@johnsonlawgroup.com
                                                                                  *E-mail address*

                                                                                (713) 626-9336
                                                                               *Telephone number*

                                                                                (713) 626-3394
                                                                                   *FAX number*