UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |

_____
This Document Relates to Plaintiffs:
Lisa Goetz Bouknight and John K. Bouknight
Civil Case No. 1:17-cv-03435-RLY-TAB
---------------------------------------------------X

### AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Documents Requested by Plaintiff During April 12, 2023 Telephonic Status Conference on Plaintiffs Lisa Goetz Bouknight and John K. Bouknight by Federal Express to Plaintiffs' last known address.

A copy of the Affidavit of Mailing and Proof of Delivery are attached hereto.

- FedEx – Delivered April 19, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 19, 2023

/s/Randi Kassan
Randi Kassan

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                    SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**DOCUMENTS REQUESTED BY PLAINTIFF DURING 4-12-23 TELEPHONIC STATUS CONFERENCE**

On April 13, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number:** 771840072279
Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

_____
Andy Moreno

Sworn to before me April 13, 2023

_____
NOTARY PUBLIC

STEFANIE M. HOLLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01HO6227767
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEPTEMBER 7, 2026

April 19, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771840072279

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Bend, OR, |
| | | Delivery date: | Apr 19, 2023 09:40 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771840072279 | Ship Date: | Apr 13, 2023 |
| | | Weight: | 1.0 LB/0.45 KG |

Recipient:  
Bend, OR, US,

Shipper:  
GARDEN CITY, NY, US,

Reference     161379

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx