**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Cases:

Johnnie Mae Johnson, 1:17-cv-02856

---

**ENTRY ON DEFENDANTS' MOTION FOR JUDGMENT IN PLAINTIFF'S
CASE PURSUANT TO CMO-28**

Pursuant to Federal Rule of Civil Procedure 12(c) and the process provided by

Case Management Order #28, the Cook Defendants[1] move for judgment on the pleadings

in Plaintiff Johnnie Mae Johnson's case.  The court, having read and reviewed the parties'

submissions and the applicable law, finds the Cook Defendants' motion should be

**GRANTED**.

**I.    Background**

Plaintiff, a Louisiana resident, was implanted with a Günther Tulip Vena Cava

filter on November 9, 2012, at Rapides Regional Medical Center in Alexandria,

Louisiana.  (Cause No. 1:17-cv-02856, Filing No. 1, Short Form Compl. ¶¶ 4-6, 10-12).

She returned to the hospital on January 8, 2013, to have the filter removed.  (Filing No.

20148, Case Categorization Medical Record at 8).  Because the filter was "tilted to the

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical
Incorporated), and William Cook Europe APS.

right with the hook portion of the apex of the filter embedded in the wall [of the vena cava]," the attempt was unsuccessful. (*Id.*). The filter was left in place as a permanent device. (*Id.*).

Plaintiff filed suit against the Cook Defendants on August 20, 2017. Her Short Form Complaint alleges claims for negligence, strict products liability, breach of warranty, and consumer fraud, and she seeks punitive damages. (Short Form Compl. ¶ 14).

## II.     Discussion

Cook argues Plaintiff's product liability claims are time-barred under Louisiana law because she filed her action more than one year after the unsuccessful attempt to retrieve her filter.

Louisiana law provides a one-year liberative prescription period for personal injury claims. La. Civ. Code Art. § 3492 (establishing one-year prescription period for "[d]elictual actions"). "This prescription commences to run from the day injury or damage is sustained." *Id.* !Louisiana's discovery rule tolls the prescriptive period only until the plaintiff has "actual or constructive knowledge of facts that would indicate to a reasonable person that [s]he is the victim of a tort." *Oil Ins. Ltd. v. Dow Chem. Co.*, 977 So. 2d 18, 22 (La. Ct. App. 2007). Thus, the prescription runs "from the time there is notice enough to call for *inquiry* about a claim, not from the time when the inquiry reveals facts or evidence sufficient to *prove* the claim." *In re Taxotere (Docetaxel) Prods. Liab. Litig.*, 995 F.3d 384, 391 (5th Cir. 2021) (quoting *Terrel v. Perkins*, 704 So. 2d 35, 39 (La. Ct. App. 1997)) (emphasis in original).

Plaintiff's claimed injury[2] is the inability to retrieve her filter.  (Case Categorization Form at 5).  The unsuccessful attempt to retrieve her filter gave Plaintiff inquiry notice of both her claimed injury and of its connection to her filter.  Plaintiff's negligence and products liability claims are therefore barred.

Plaintiff did not respond to Cook's arguments regarding her breach of warranty and consumer fraud claims.  That leads the court to conclude that she waived any argument regarding the legal sufficiency of those claims.  *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010).  As no claims remain, Plaintiff is not entitled to punitive damages.

## III.   Conclusion

For the reasons set forth above, Cook's Motion for Judgment (Filing No. 20147) is **GRANTED**.

**SO ORDERED** this 21st day of April 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[2] Plaintiff also asks the court to stay the resolution of this motion until the court determines whether a failed percutaneous retrieval is a legally cognizable injury.  That request is denied.