UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Kristeena Alford, 1:16-cv-02977 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER TO SHOW CAUSE

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to CMO-30 over 16 months ago. (Filing No. 20619). Plaintiff has failed to respond. Plaintiff is therefore **ORDERED TO SHOW CAUSE** why her case should not be dismissed on or before **May 8, 2023**. Failure to do so will result in dismissal of her case for failure to prosecute.

**SO ORDERED** this 21st day of April 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.