## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Nalini Rajendran, 1:17-cv-01247

_____

## ORDER DISMISSING CASE

On October 17, 2022, the court issued an Order to Show Cause because Plaintiff failed to respond to the Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28. The court warned Plaintiff that failure to respond to the Show Cause Order would result in dismissal for failure to prosecute. As Plaintiff has not responded to the court's Order, Plaintiff's case is hereby **DISMISSED** for failure to prosecute. Cook's Motion for Judgment (Filing No. 20626) is **DENIED AS MOOT**.

Judgment shall issue by separate order.

**SO ORDERED** this 21st day of April 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.