IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
John Philip Anthony

Civil Case #  1:17-cv-03712-RLY-TAB

# SUGGESTION OF DEATH

Plaintiff by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, John Philip Anthony, which occurred on July 14, 2018.  Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of John Philip Anthony's estate.

Dated April 21, 2023.

                                              Respectfully submitted,

                                              **Matthews & Associates**

                                              *s/ David P. Matthews*
                                              David P. Matthews, Bar No. 13206200
                                              2905 Sackett Street
                                              Houston, TX 77098
                                              Telephone:  (713) 522-5250
                                              Facsimile:  (713) 535-7184
                                              matthewsivc@thematthewslawfirm.com
                                              dmatthews@thematthewslawfirm.com

                                              *Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*s/ David P. Matthews*