**AFFIDAVIT OF SERVICE**



FLINT COOPER, LLC    Hope Jones
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

MARK KNOX,                                                           index No. 4:23-cv-00211-ALM
                                                                     Date Filed
                          - vs -                    **PLAINTIFF**    File No.
COOK GROUP, INC., ETAL                                               Court Date:
                                                    **DEFENDANT**    **AFFIDAVIT OF SERVICE**

STATE OF _Indiana_, COUNTY OF _Marion_ :SS:

_Christina Gregory_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Indiana_.

On _March 22, 2023_ at _12:52 PM_,

at **Corporation Service Company 251 EAST OHIO STREET SUITE 500 INDIANAPOLIS, IN 46204**

deponent served the within **CIVIL CASE INFORMATION STATEMENT, COMPLAINT, SUMMONS IN A CIVIL ACTION** on:
**COOK GROUP, INCORPORATED**, the **DEFENDANT** therein named.

| | | |
|---|---|---|
| ___ #1 INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. | |
| X #2 CORPORATION | By delivering a true copy of each personally to _Kiana Roudebush_, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**. Deponent knew the person so served to be the _Registered Agent_ of the corporation, and authorized to accept service on behalf of the corporation. | |
| ___ #3 SUITABLE AGE PERSON | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. | |
| ___ #4 AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. | |

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____  day of _____  at _____
on the _____  day of _____  at _____
on the _____  day of _____  at _____
on the _____  day of _____  at _____

Address confirmed by _____

___ #5 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION    Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3) deponent's ability at the time and circumstances of the service as follows.
Sex: _Female_      Color: _White_      Hair: _Brown_
Age: _24_          Height: _5'6"_      Weight: _120_
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

___ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

_[notary signature]_ 3/22/23                              _[Christina Gregory signature]_
NOTARY NAME & DATE

[Notary Seal: ERIN TURNER, Marion County Notary Public - Seal, State of Indiana, Commission Number NP0740509, My Commission Expires Apr 13, 20__]