

P8763344

AFFIDAVIT OF SERVICE

FLINT COOPER, LLC      Hope Jones
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

MARK KNOX,

                            - vs -             **PLAINTIFF**

COOK GROUP, INC., ETAL

                                       **DEFENDANT**

index No. 4:23-cv-00211-ALM
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF _Indiana_ , COUNTY OF _Marion_ :SS:

_Christina Gregory_ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Indiana_ .

On _March 22, 2023_ at _12:54 PM_ ,

at **Corporation Service Company 251 EAST OHIO STREET SUITE 500 INDIANAPOLIS, IN 46204**

\_\_\_\_,

deponent served the within **CIVIL CASE INFORMATION STATEMENT, COMPLAINT, SUMMONS IN A CIVIL ACTION** on:
**COOK INCORPORATED**, the **DEFENDANT** therein named.

\_\_\_\_ **#1 INDIVIDUAL**    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X **#2 CORPORATION**    By delivering a true copy of each personally to _Kiara Roudebush_ , who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the _Registered Agent_ of the corporation, and authorized to accept service on behalf of the corporation.

\_\_\_\_ **#3 SUITABLE AGE PERSON**    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

\_\_\_\_ **#4 AFFIXING TO DOOR**    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

Address confirmed by

On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1ˢᵗ class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X **#6 DESCRIPTION (USE WITH #1, 2 OR 3)** Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _Female_     Color: _White_     Hair: _Brown_
Age: _24_     Height: _5'6"_     Weight: _120_
OTHER IDENTIFYING FEATURES: _____

\_\_\_\_ **#7 WITNESS FEES**    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

\_\_\_\_ **#8 MILITARY SRVC**    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

\_\_\_\_ **#9 OTHER**

_(signature)_ 3/22/22

NOTARY NAME & DATE

ERIN TURNER
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0740503
My Commission Expires Apr 13, 2030