IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)
Marjorie L. Stephen

 Civil Case #  1:19-cv-01794-RLY-TAB

**SUGGESTION OF DEATH**

Plaintiff by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal

Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Marjorie

L. Stephen, which occurred on February 28, 2020.  Plaintiff respectfully informs this Court that a

Motion for Substitution of Parties will be filed by the appropriate representative of Marjorie L.

Stephen's estate.

Dated  April 21, 2023                              .

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on ____April 21, 2023_____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


*s/ David P. Matthews*