IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Gaetano P. Sessa_____

 Civil Case #__1:17-cv-04053-RLY-TAB_____

_____

### SUGGESTION OF DEATH

_____

        Plaintiff by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal

Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Gaetano

P. Sessa, which occurred on May 17, 2019.  Plaintiff respectfully informs this Court that a Motion

for Substitution of Parties will be filed by the appropriate representative of Gaetano P. Sessa's

estate.

        Dated _April 21, 2023_____.

                                Respectfully submitted,

                                **Matthews & Associates**

                                *s/ David P. Matthews_____*
                                David P. Matthews, Bar No. 13206200
                                2905 Sackett Street
                                Houston, TX 77098
                                Telephone:  (713) 522-5250
                                Facsimile:  (713) 535-7184
                                matthewsivc@thematthewslawfirm.com
                                dmatthews@thematthewslawfirm.com

                                ***Lead Counsel for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on   <u>April 21, 2023</u>  , a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                                                          *s/ David P. Matthews*