IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Charlesetta Latasia Thompson

Civil Case # 1:20-cv-06275-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Plaintiff Charlesetta Latasia Thompson's Motion to Amend and Leave to File a Second Amended Short Form Complaint. Having considered the Motion, the Court grants this motion. [Filing No. 23934].

IT IS THEREFORE ORDERED that Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and the Second Amended Short Form Complaint is hereby deemed filed as of the date of this order.

Date: 4/21/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.