UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiffs:<br>Lisa Goetz Bouknight and John K. Bouknight<br>Civil Case No. 1:17-cv-03435-RLY-TAB<br>-------------------------------------------------X | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local R. 83.7(b), Charles Paglialunga and the law firm of Paglialunga & Harris PS joins co-counsel Milberg Coleman Bryson Phillips Grossman, PLLC to respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the grounds:

1. That, unfortunately, there exists irreconcilable conflicts between counsel at Milberg Coleman Bryson Phillips Grossman, PLLC, Paglialunga & Harris, PS, and Plaintiffs relating to the continuation of the claims in the above captioned action.

2. Plaintiffs Lisa Goetz Bouknight and John K. Bouknight have been notified, in writing, of counsel's intention to withdraw as attorneys in this action by Certified Mail and First Class Mail on April 20, 2023. A copy of the Affidavit of Mailing was attached as Exhibit A to the motion to withdraw filed by co-counsel Randi Kassan incorporated by this reference.

3. Plaintiffs' last known address and telephone number are:

Lisa Goetz Bouknight and John K. Bouknight
63525 Gold Spur Way
Bend, OR 97701
(541) 617-5909

4. No trial dates are currently set in this case in which withdrawal is requested.

5. Paglialunga & Harris, PS has sent this Motion to Withdraw by certified mail and first class mail to Plaintiffs' last known address, thereby informing them of this Motion to Withdraw. A copy of the Affidavit of Mailing will be filed herein as Exhibit A.

6. Counsel is willing to do an in-camera affidavit or appear for an Ex Parte telephonic conference to address further details, if needed.

7. Plaintiff's co-counsel Randi Kassan has conferred with Defendants' counsel. Defendants do not oppose this motion.

8. WHEREFORE, Counsel respectfully request that the Court enter an order relieving Milberg Coleman Bryson Phillips Grossman, PLLC, Paglialunga & Harris, PS, and co-counsel as attorneys for the Plaintiffs, and provide any other relief which the court deems just and proper.

Dated: April 20, 2023

                                    PAGLIALUNGA & HARRIS, PS

By:    /s/ Charles Paglialunga
        Charles T Paglialunga, Esq. (CA296106)
        600 B Street, Suite 300
        San Diego, CA  92101
        chuckpaglialunga@gmail.com
        (206) 300-1793
        Fax: (858) 384.4848
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated: April 20, 2023

By: /s/ Charles Paglialunga
Charles T Paglialunga, Esq. (CA296106)
600 B Street, Suite 300
San Diego, CA  92101
chuckpaglialunga@gmail.com
(206) 300-1793
Fax: (858) 384.4848
*Counsel for Plaintiffs*