# EXHIBIT A

## AFFIDAVIT OF SERVICE

STATE OF ARIZONA
                    SS:
COUNTY OF MARICOPA

Charles Paglialunga, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Maricopa County in the State of Arizona.

I served a true copy of the annexed

### MOTION TO WITHDRAW AS COUNSEL

On April 20, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the US Postal Service within the State of Arizona via Certified Mail _7022 2410 0001 6980 1553_ addressed to the last known address of the addressee as indicated below:

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

Charles Paglialunga

Sworn to before me on April 20th, 2023

NOTARY PUBLIC

JENNADY ORENDAIN
Notary Public - Arizona
Maricopa County
Commission # 598100
My Commission Expires February 9, 2025