IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Robert Lee Dagostino

Civil Case #  1:18-cv-01373-RLY-TAB

## SUGGESTION OF DEATH

Plaintiff by and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Honorable Court of the death of Plaintiff, Robert Lee Dagostino, which occurred on April 22, 2018.  Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Robert Lee Dagostino's estate.

Dated          April 24, 2023          .

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
dmatthews@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on _____April 24, 2023_____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                         *s/ David P. Matthews*