AFFIDAVIT OF SERVICE

FLINT COOPER, LLC    Hope Jones

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

MARK KNOX,
                                                                PLAINTIFF
                        - vs -

COOK GROUP, INC., ETAL
                                                                DEFENDANT

Index No. 4:23-cv-00211-ALM
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF Utah, COUNTY OF Salt Lake :SS:

Lisa Rees, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Utah.

On March 21, 2023 at 03:33 pm,

at Corporation Service Company 15 WEST SOUTH TEMPLE SUITE 600 SALT LAKE CITY, UT 84101

deponent served the within **CIVIL CASE INFORMATION STATEMENT, COMPLAINT, SUMMONS IN A CIVIL ACTION** on: **COOK MEDICAL LLC**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X #2 CORPORATION  By delivering a true copy of each personally to Wendy Phippen, process agent, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

____ #4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

____ #5 MAIL COPY  On ~~I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION  Deponent describes the person served as aforesaid to the best of
(USE WITH #1, 2 OR 3) deponent's ability at the time and circumstances of the service as follows.
Sex: female    Color: white    Hair: gray
Age: 60    Height: 5'5"    Weight: 140
OTHER IDENTIFYING FEATURES: _____

____ #7 WITNESS FEES  The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____ #8 MILITARY SRVC  Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #9 OTHER

NOTARY NAME & DATE
Wendy Neff 03/24/2023


NOTARY PUBLIC
WENDY NEFF
728023
MY COMMISSION EXPIRES
DECEMBER 14, 2026
STATE OF UTAH

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-8763377