IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Lisa Ward

Civil Case No.: 1:23-cv-00658

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Lisa Ward

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   Not applicable

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Not applicable

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Illinois

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Illinois

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Eastern District of Texas

8. Defendants (Check Defendants against whom Complaint is made):

   [✓] Cook Incorporated

   [✓] Cook Medical LLC

   [✓] William Cook Europe ApS

9. Basis of Jurisdiction:

   [✓] Diversity of Citizenship

   [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Venue: Paragraphs 27 and 28

   Subject Matter Jurisdiction: Paragraph 23

   Personal Jurisdiction: Paragraphs 24 and 26

   b. Other allegations of jurisdiction and venue:

   None

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [✓] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    April 12, 2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University of Chicago Medicine - Chicago, IL

13. Implanting Physician(s):

    Giancarlo Piano, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✓] Count I:   Strict Products Liability – Failure to Warn
- [✓] Count II:  Strict Products Liability – Design Defect
- [✓] Count III: Negligence
- [✓] Count IV:  Negligence Per Se

3

- [✓] Count V: Breach of Express Warranty
- [✓] Count VI: Breach of Implied Warranty
- [✓] Count VII: Violations of Applicable Illinois and Texas (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
- [ ] Count VIII: Loss of Consortium
- [ ] Count IX: Wrongful Death
- [ ] Count X: Survival
- [✓] Count XI: Punitive Damages
- [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)
- [✓] Other: Fraudulent concealment (please state the facts supporting this Count in the space, immediately below)

Counts supporting Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

15. Attorney for Plaintiff(s):

    Nicholas R. Farnolo, Esq.

16. Address and bar information for Attorney for Plaintiff(s):

Nicholas R. Farnolo, Esq. (NY SBN. 4605952)

Napoli Shkolnik, PLLC

400 Broadhollow Road, Ste 305, Melville, NY 11747

Dated: 04/24/2023

           Respectfully submitted,

           By: */s/Nicholas R. Farnolo*
                Nicholas R. Farnolo, Esq.
                **NAPOLI SHKOLNIK, PLLC**
                400 Broadhollow Road, Suite 305
                Melville, NY 11747
                Tel: (212) 397-1000
                Email: Nfarnolo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 24, 2023</u> a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<u>/s/Nicholas R. Farnolo</u>