IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

LARRY FORD

Civil Case # 1:17-cv-2508

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Larry Ford.

Respectfully submitted April 25, 2023.

                                                                */s/ Rhett A. McSweeney*
                                                                Rhett A. McSweeney, #269542
                                                                David M. Langevin, #329563
                                                                McSweeney/Langevin
                                                                2116 Second Avenue South
                                                                Minneapolis, MN 55404
                                                                Phone: (612) 542-4646
                                                                Fax: (612) 454-2678
                                                                dave@westrikeback.com
                                                                ram@westrikeback.com
                                                                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 25, 2023

                                                            */s/ Rhett A. McSweeney*
                                                            Rhett A. McSweeney