IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>LARRY FORD<br>Civil Case # 1:17-cv-2508 | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Larry Ford and files this motion to substitute the executor of his estate, Annette Ford, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Larry Ford filed the present action in the United States District Court of the Southern District of Indiana on July 25, 2017.

2. Plaintiff Larry Ford died on March 30, 2021.

3. On April 25, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [24059] and Doc. No. [11]. Plaintiff's counsel recently learned of the death of Mr. Wagner after filing the lawsuit and contacting his son.

4. Annette Ford, surviving spouse, is the proper party plaintiff to substitute for Plaintiff-decedent Larry Ford and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may

1

order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Annette Ford. as the proper party plaintiff in this action.

Respectfully submitted April 25, 2023.

>/s/ Rhett A. McSweeney_____
> Rhett A. McSweeney, #269542
> David M. Langevin, #329563
> McSweeney/Langevin
> 2116 Second Avenue South
> Minneapolis, MN 55404
> Phone: (612) 542-4646
> Fax: (612) 454-2678
> dave@westrikeback.com
> ram@westrikeback.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 25, 2023

                                                       */s/ Rhett A. McSweeney*
                                                        Rhett A. McSweeney