UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown Division

| | |
|---|---|
| VALERIE FREEMAN,<br><br>*Plaintiff,*<br><br>vs.<br><br>COOK INCORPORATED;<br>COOK MEDICAL INCORPORATED;<br>COOK GROUP INCORPORATED; COOK MEDICAL, LLC; and, WILLIAM COOK EUROPE APS,<br><br>*Defendants.* | Civil Action No. 3:23-cv-00052<br><br>Denied as moot.  Pursuant to the Judicial Panel on Multi-District Litigation, this case was transferred from the Western District of Pennsylvania to the Southern District of Indiana on April 25, 2023. [Filing Nos. 10, 11 and 12.]  Mr. Martin shall file his appearance in this case pursuant to the "Third Amended Order Establishing Policies and Procedures" in the 1:14-ml-02570-RLY-TAB MDL Cook case [Filing No. 13.]<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>April 26, 2023 |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.2(B), Ben C. Martin, attorney for Plaintiff, Valerie Freeman, in the above-captioned action, hereby moves this Court to admit **Ben C. Martin**, *pro hac vice* to appear and participate as counsel in this case for Valerie Freeman.

Movant represents that **Ben C. Martin** is a member in good standing of the highest court of Texas, as attested by the certificate from that court and the Affidavit of **Ben C. Martin** (attached hereto as *Exhibit "A"*).  This Motion is accompanied by the required $70.00 fee.

**Ben C. Martin's** relevant identifying information is as follows:

Ben Martin Law Group
3141 Hood Street, Suite 600
Dallas, TX 75219
Office:  (214) 761-6614
Fax:  (214) 744-7590
bmartin@bencmartin.com

**Ben C. Martin** has never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States, nor has he received any