UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff:
Lisa Goetz Bouknight and John K. Bouknight
Civil Case No. 1:17-cv-03435-RLY-TAB
--------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the Order on April 12, 2023 Telephonic Status Conference and Order Setting Telephonic Status Conference on behalf of all counsel of record for Plaintiffs, on Plaintiffs Lisa Goetz Bouknight and John K. Bouknight by Federal Express to Plaintiffs' last known address.

Copies of the Affidavit of Mailing and Proof of Delivery are attached hereto.

- FedEx – Delivered April 26, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: April 27, 2023

/s/Randi Kassan
Randi Kassan

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                              SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**ORDER ON APRIL 12, 2023, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE, ON BEHALF OF ALL COUNSEL OF RECORD FOR PLAINTIFFS**

On April 19, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771900583029**
Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

_____
Andy Moreno

Sworn to before me April 19, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

April 27, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771900583029

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Ground | | |
| **Special Handling:** | | | Bend, OR, |
| | | **Delivery date:** | Apr 26, 2023 14:56 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771900583029 | **Ship Date:** | Apr 20, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| **Recipient:** | **Shipper:** |
|---|---|
| Bend, OR, US, | GARDEN CITY, NY, US, |

| **Reference** | 161379 |
|---|---|

Thank you for choosing FedEx