UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,                    Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES              MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____
This Document Relates to Plaintiff:
Christopher Ray Grant, Sr.
Civil Case No. 1:17-cv-04605-RLY-TAB
-------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b),

by serving a copy of the Order on April 12, 2023 Telephonic Status Conference and Order

Setting Telephonic Status Conference on behalf of all Counsel of record for Plaintiff, on Plaintiff

Christopher Ray Grant, Sr. by Federal Express to Plaintiff's last known address.

Copies of the Affidavit of Mailing and Proof of Delivery are attached hereto.

- FedEx – Delivered April 24, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.


Dated: April 27, 2023


/s/Randi Kassan
Randi Kassan

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                            SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**ORDER ON APRIL 12, 2023, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE, ON BEHALF OF ALL COUNSEL OF RECORD FOR PLAINTIFF**

On April 19, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771900699329**
Christopher Grant
913 E. 98th Street N.
Sperry, OK 74073

_____
Andy Moreno


Sworn to before me April 19, 2023

_____
NOTARY PUBLIC


ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

**FedEx**

April 27, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771900699329

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Sperry, OK, |
| | | Delivery date: | Apr 24, 2023 15:19 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 771900699329 | Ship Date: | Apr 20, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| Sperry, OK, US, | | GARDEN CITY, NY, US, | |
| **Reference** | 161364 | | |

Thank you for choosing FedEx