IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>William Constable<br><br>Civil Case#: 1:18-cv-1368 | |

## MOTION TO WITHDRAW

Pursuant to Local R. 83-7(b), counsel for Plaintiff, William Constable, moves this Court for an Order allowing counsel to withdraw from representation.

1. Counsel will withdraw from representation upon entry of an Order of this Honorable Court permitting same.

2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on April 26, 2023.

3. Counsel's withdrawal is based on the fact that there has been a breakdown in the attorney-client relationship that prevents the attorney from effectively representing the client in the case. The representation has been rendered unreasonable difficult by the client; and other good cause for withdrawal exists.

4. William Constable's current address and phone number is as follows:

       158 Main Street
       Tidioter, Pennsylvania 16351
       (724) 664-6722

Dated: April 28, 2023

                                  Respectfully submitted,

                                  By: /s/ Willard J. Moody, Jr.
                                  Willard J. Moody, Jr., Esquire (VSB #22866)
                                  THE MOODY LAW FIRM, INC.
                                  500 Crawford Street, Suite 200
                                  Portsmouth, VA 23704
                                  (757) 393-6020 Phone
                                  (757) 399-3019 Fax
                                  will@moodyrrlaw.com

                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record, and on said date I also mailed a copy via USPS First Class Mail and Certified Mail, Return Receipt Requested, as follows:

> William Constable
> 158 Main Street
> Tidioter, Pennsylvania 16351

.                                   /s/ Willard J. Moody, Jr.