# EXHIBIT A

# AFFIDAVIT OF SERVICE

STATE OF VIRGINIA

                        SS:

COUNTY OF PORTSMOUTH

Amy L. Stone, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the State of Virginia.

I served a true copy of the annexed

**MOTION TO WITHDRAW AS COUNSEL**

On April 28, 2023

By mailing in a sealed envelope, within the State of Virginia via USPS First Class Mail and Certified Mail, Return Receipt Requested, #9414 7266 9904 2977 5407 68, addressed to the last known address of the addressee as indicated below:

William Constable
158 Main Street
Tidioute, Pennsylvania 16351.

Further, affiant states that on April 25, 2023, a letter advising William Constable of the intent of Willard J. Moody, Jr., to withdraw as counsel was delivered to Mr. Constable at the address listed above by Federal Express Overnight Delivery #7719 4147 1261, as per the tracking information provided for same by Federal Express.

_____
Amy L. Stone

Sworn to before me on April 28, 2023

_____
NOTARY PUBLIC

RENEE STUART
NOTARY PUBLIC
REGISTRATION # 210544
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 04/30/2025

1