IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>William Constable<br><br>Civil Case#: 1:18-cv-1368 | [PROPOSED] ORDER FOR MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

THIS MATTER having been opened to the Court by The Moody Law Firm, Inc, attorneys for the Plaintiff, and the Court having considered the Motion to Withdraw, for good cause being shown, it is on this _____ day of _____, 2023, ORDERED that Willard J. Moody, Jr., and The Moody Law Firm, Inc., are hereby relieved as counsel for the Plaintiff, WILLIAM CONSTABLE, and it is further ORDERED that a copy of this Order shall be served upon Plaintiff and all counsel of record within _____ days of receipt.

_____
Honorable Tim A. Baker
United States Magistrate Judge