AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| RHONDA BROWN <br> *Plaintiff* <br> v. <br> COOK INCORPORATED, et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 1:14-ml-2570-RLY-TAB <br> This document relates to case no. 1:23-cv-07004-RLY-TAB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rhonda Brown.

Date: 05/01/2023

/s/Jessica Glitz
*Attorney's signature*

Jessica Glitz TX Bar No. 24076095
*Printed name and bar number*

Johnson Law Group
2925 Richmond Ave, Suite 1700
Houston, TX 77098
*Address*

IVC@johnsonlawgroup.com
*E-mail address*

(713) 626-9336
*Telephone number*

(713) 626-3394
*FAX number*