# EXHIBIT A

| **Exhibit A – *Scott* Deadlines** ||
|---|---|
| *Scott* | Task |
| 5/19/23 | Independent Medical Examination |
| 6/16/23 | Fact Discovery Closes |
| 6/16/23 | Plaintiff Expert Disclosures & Reports |
| 6/30/23 | Defendant Expert Disclosures & Reports |
| 7/10/23 | Plaintiff Rebuttal Expert Reports (optional) |
| 7/14/23 | Preliminary Witness and Exhibit Lists |
| 8/4/23 | Expert Discovery Closes |
| 9/8/23 | *Daubert* and Dispositive Motions |
| 9/15/23 | Deposition Designations |
| 9/25/23 | Counter Depo Designations and Objections |
| 9/22/23 | Responses to *Daubert* and Dispositive motions |
| 9/29/23 | Replies to *Daubert* and Dispositive motions |
| 10/6/23 | Motions in Limine and to Bifurcate Issues and Claims |
| 10/9/23 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 10/20/23 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 10/20/23 | Responses to Motions in Limine and to Bifurcate Issues and Claims |
| 10/23/23 | Final Witness List and Notice of Witnesses to Attend Trial |
| 10/30/23 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 11/3/23 | Jury Instructions & Verdict Forms |
| TBD | Hearing on *Daubert*, Summary Judgment, and In Limine Motions |
| TBD | Final Pretrial Conference |
| 12/4/23 | Jury Selection |
| 12/4/23 | Trial Start Date |