UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,                    Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES                  MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____
This Document Relates to Plaintiffs:
Robert Mott and Ellen Mott
Civil Case No. 1:17-cv-01104-RLY-TAB
-------------------------------------------------X

### AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b),

by serving a copy of the Order on April 12, 2023 Telephonic Status Conference and Order

Setting Telephonic Status Conference on behalf of all counsel of record for Plaintiffs, on

Plaintiffs Robert Mott and Ellen Mott by Federal Express to Plaintiffs' last known address.

Copies of the Affidavit of Mailing and Proof of Delivery are attached hereto.

- FedEx – Delivered April 29, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.


Dated: May 2, 2023                            /s/Randi Kassan
                                              Randi Kassan

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                    SS:

COUNTY OF NASSAU

Stefanie Holley, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Suffolk County in the State of New York.

I served a true copy of the annexed

**ORDER ON APRIL 12, 2023, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE - ON BEHALF OF ALL COUNSEL FOR PLAINTIFFS**

On April 28, 2023

By mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 771990951721**
<u>SECOND NOTICE</u>
Robert Mott
69 Crooked Trail
Woodstock, CT 06281

Stefanie Holley

Sworn to before me April 28, 2023

NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

May 02, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 771990951721

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Woodstock, CT, |
| | | Delivery date: | Apr 29, 2023 19:27 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 771990951721 | Ship Date: | Apr 28, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| Woodstock, CT, US, | | GARDEN CITY, NY, US, | |
| **Reference** | 155826 | | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx