# UNITED STATES DISTRICT COURT
Southern District of Indiana

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

)  Case No. 1:14-ml-2570-RLY-TAB
)  MDL No. 2570
)
Pending Case No(s).[1]   )
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Monte Bond | Monte Bond |
| **Law Firm, Company, and/or Agency:** | Tautfest Bond, PLLC | Tautfest Bond, PLLC |
| **Address:** | 5151 Belt Line Rd., Suite 1000<br>Dallas, TX 75254 | 5473 Blair Rd., Suite 2000<br>Dallas, TX 75231 |
| **Primary E-mail:** | mbond@tbtorts.com | mbond@tbtorts.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 214-617-9980 | 214-617-9980 |
| **Facsimile:** | 214-853-4281 | 214-853-4281 |

Date: 5/3/2023          s/ Monte Bond

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.