IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Alford, Kristeena– Case No. 1:16-cv-02977

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Case Management Order No. 28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: May 4, 2023

| | |
|---|---|
| */s/ Ramon Rossi Lopez* | */s/ Jessica Benson Cox* |
| Ramon Rossi Lopez, Esq. | Jessica Benson Cox, Esq. |
| Lopez McHugh LLP | Faegre Drinker Biddle & Reath LLP |
| 120 Vantis Dr., Suite 430 | 300 North Meridian Street, Suite 2500 |
| Aliso Viejo, California 92656 | Indianapolis, Indiana 46204 |
| Telephone: (949) 737-1501 | Telephone: (317) 237-0300 |
| Facsimile: (949) 737-1504 | Facsimile: (317) 237-1000 |
| Email: rlopez@lopezmchugh.com | Email: jessica.cox@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ramon Rossi Lopez
Ramon Rossi Lopez