IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Shari Goldberg,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>　　　　Defendants. | Case No.  1:23-cv-07002-RLY-TAB<br><br>**Motion for Leave to Amend Complaint** |

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully move this Court for an Order to amend the Short Form Complaint filed on April 5, 2023, due to a clerical error.

1. Plaintiff respectfully seeks leave to file the attached short form complaint to correct an issue in item number 10. Counsel selected "Cook Celect Vena Cava Filter" instead of "Cook Celect Platinum".

2. Plaintiff's attached complaint corrects this inadvertent error.

2. Plaintiff's counsel has conferred with Defendants' counsel and Defendants' counsel has provided written confirmation they do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests that this Court grant Plaintiff's

motion for leave to amend her Complaint and enter the attached Amended Short Form Complaint.

Date: May 5, 2023

                                              Respectfully submitted,

**JOHNSON LAW GROUP**

/s/ Basil Adham_____
Basil Adham, (TX Bar No.24081742)
Jessica Glitz (TX Bar No. 24076095)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 5th day of May 2023, I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

/s/ Basil Adham_____