**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Valerie Freeman
_____

Civil Case # 1:23-cv-07007-RLY-TAB

_____

**NOTICE OF APPEARANCE**

To:      The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Valerie Freeman.


Dated:  May 5, 2023.                                        Respectfully submitted,

                                                            _/s/ Thomas Wm. Arbon_
                                                            Thomas Wm. Arbon, TX Bar No. 01284275
                                                            **Ben Martin Law Group**
                                                            3141 Hood Street, Suite 600
                                                            Dallas, TX 75219
                                                            Tel.:  (214) 761-6614
                                                            Fax:  (214) 744-7590
                                                            tarbon@bencmartin.com

                                                            ***Attorney for Plaintiff***

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
