IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs

Jay Jermier and Caryl Jermier,
Civil Case #1:23-cv-7018-RLY-TAB

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jay Jermier

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Caryl Jermier

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Iowa

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Minnesota

1

6. Plaintiff's/Deceased Party's current state of residence:

   Minnesota

7. District Court and Division in which venue would be proper absent direct filing:

   This case was **not** "direct filed." This case was transferred in from the United States District Court for the District of Minnesota, St. Paul Division. The United States District Court for the District of Minnesota, St. Paul Division is the proper district court and division for Plaintiffs' lawsuit.

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ COOK INCORPORATED

   ☒ COOK MEDICAL LLC

   ☒ WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   This case was transferred in from the United States District Court for the District of Minnesota, St. Paul Division. Paragraphs 14-18 of Plaintiffs' Minnesota complaint set forth the jurisdictional and venue allegations.

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

2

- ■ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other:  Cook Celect® Filter Set Femoral and Jugular Approach

11. Date of Implantation as to each product:

   May 6, 2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Gundersen Health System, La Crosse, Wisconsin

13. Implanting Physician(s):

   Clark A. Davis, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒ Count I: Strict Products Liability – Failure to Warn

   ☒ Count II: Strict Products Liability – Design Defect

   ☒ Count III: Negligence

   ☒ Count IV: Negligence Per Se

   ☒ Count V: Breach of Express Warranty

   ☒ Count VI: Breach of Implied Warranty

   ☒ Count VII: Violations of Applicable Florida and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☒ Count VIII: Loss of Consortium

   ☐ Count IX: Wrongful Death

   ☐ Count X: Survival

   ☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiff:

Joseph Williams, WILLIAMS & PIATT, LLC

16. Address and bar information for Attorney for Plaintiff(s):

Williams & Piatt, LLC, 1101 North Delaware Street, Indianapolis, Indiana 46202,

Joseph N. Williams, Indiana Bar No. 25874-49

Respectfully submitted,

WILLIAMS & PIATT, LLC

*/s/ Joseph N. Williams*
Joseph N. Williams, IN Atty. No. 25874-49
1101 North Delaware Street
Indianapolis, Indiana 46202
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
joe@williamspiatt.com

*Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joseph N. Williams*
Joseph N. Williams