IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Jay Jermier and Caryl Jermier,
Civil Case #1:23-cv-7018-RLY-TAB

## Appearance

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the above Plaintiffs, Jay and Caryl Jermier.

Date: May 8, 2023

Respectfully submitted:

WILLIAMS & PIATT, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams, Atty. No. 25874-49
1101 North Delaware Street
Indianapolis, Indiana 46202
(317) 633-5270
Fax:  (317) 426-3348
joe@williamspiatt.com

*Counsel for Plaintiffs*

## Certificate of Service

      I hereby certify that on the 8th day of May, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ *Joseph N. Williams*
                                                  Joseph N. Williams