IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14:ml-2570-RLY-TAB  MDL No. 2570 |

This Document Relates to Plaintiff

        Thomas Carpenter, Jr.

Civil Case #     1:17-CV-1490-RLY-TAB

## SHORT FORM  COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as  follows:

1.  Plaintiff/Deceased  Party:

    Thomas Carpenter, Jr.

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4.  Plaintiff's/Deceased  Party's  state  of residence at the time of the implant:

    New York

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

New York

6.  Plaintiff's/Deceased Party's current state of residence:

New York

7.  District Court and Division in which venue would be proper absent direct filing:

Northern District of New York

8.  Defendants (Check Defendants against whom Complaint is made):

X  Cook Incorporated

X  Cook Medical LLC

X  William Cook Europe ApS

9.  Basis of Jurisdiction:

X  Diversity of Citizenship

☐ Other:

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraphs 6 – 28. For purposes of remand and trial, venue is proper pursuant to

28 U.S.C. Section 1391 in the federal judicial district of the Plaintiff's state of

residence. A substantial amount of activity giving rise to the claims occurred in

this District, and Defendants may be found within this District, therefore venue is

proper in this jurisdiction under 28 U.S.C. Section 1391.

b.  Other allegations of jurisdiction and venue:

N/A

Case 1:14-ml-02570-RLW-TAB   Document 24096-1   Filed 05/08/23   Page 3 of 5 PageID #:
Case 1:17-cv-01496-WTL-DML   Document 155   Filed 05/08/23   Page 3 of 3 PageID #:
137455

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☐   Gunther Tulip® Vena Cava Filter

X   Cook Celect® Vena Cava Filter

☐   Gunther Tulip Mreye

☐   Cook Celect Platinum

☐   Other:

_____

11. Date of Implantation  as to each product:

 August 29, 2013 

12. Hospital(s) where Plaintiff was implanted (including City and State):

 Albany Medical Center, 43 New Scotland Avenue, Albany, NY  12208 

13. Implanting Physician(s):

 Dr. Susie Park 

14. Counts in the Master Complaint brought by Plaintiff(s):

X   Count I:   Strict Products Liability – Failure to Warn

X   Count II:   Strict Products Liability – Design Defect

X   Count III:   Negligence

X   Count IV:   Negligence Per Se

X   Count V:   Breach of Express Warranty

X   Count VI:   Breach of Implied Warranty

X   Count VII:   Violations of Applicable New York Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

| | Count VIII: | Loss of Consortium |
|---|---|---|
| ☐ | | |

☐       Count VIII:       Loss of Consortium

☐       Count IX:        Wrongful Death

☐       Count X:         Survival

X̲       Count XI:        Punitive Damages

☐       Other:           _____ (please state the facts supporting this

Count in this space, immediately below.

_____

15. Attorney for Plaintiff:

 Rosemarie Riddell Bogdan, Esq., Martin, Harding & Mazzotti, LLP            

16. Address and bar information for Attorney for Plaintiff:

Rosemarie Riddell Bogdan, Esq.
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
1222 Troy-Schenectady Road
PO Box 15141
Albany, NY 12212-5141

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbivccook@1800law1010.com

Dated:  May 8, 2017

Case 1:14-ml-02570-RLY-TAB Document 24096-1 Filed 05/08/23 Page 5 of 5 PageID #:
Case 1:17-cv-51490-WTL-DML Document 196 Filed 05/08/17 Page 5 of 5 PageID #:
137457

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, a copy of the foregoing was served electronically
and notice of the service of this document will be sent to all parties by operation of the Court's
electronic filing system to CM/ECF participants registered to receive service in this matter.
Parties may access this filing through the Court's system.

*/s/Rosemarie Riddell Bogdan*