UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates Only to the Following Case:**

**Case: Carpenter, Jr., Thomas, 1:17-cv-01490-RLY-TAB**

**ORDER PURSUANT TO FRCP RULE 59(E) GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT DISMISSING COMPLAINT**

Plaintiff, Thomas Carpenter, Jr. filed a motion pursuant to Rule 59(e) to alter or amend this Court's Final Judgment entered 4/21/2023 (Docket 23961) to deny so much of the Cook Defendants' motion for judgment as to Plaintiff's complaint alleging breach of implied warranty on the basis that New York law was not argued by the parties based on previous rulings of this Court that Indiana law would apply to a direct-filed case such as Plaintiff's herein. The law applicable for choice-of-law for Plaintiff's case was changed by the 7th Circuit in *Looper v. Cook Inc.*, 20 F.4th 387,394 (7th Cir. 2021) subsequent to submission of the Cook Defendant's motion for judgment pursuant to CMO-28 and Plaintiff's opposition to same.

Based on the intervening change in applicable law in this MDL due to the *Looper* decision, the Court grants Plaintiff's motion pursuant to Rule 59(e) and amends its Final Judgment entered 4/21/2023 (Docket 23961) and denies that portion of the Cook Defendant's motion for judgment as it pertains to Plaintiff's Complaint alleging breach of implied warranty.

**SO ORDERED** this _____ day of _____, 2023.

                                                    _____
                                                  RICHARD L. YOUNG, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: