UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Kristeena Alford, 1:16-cv-02977 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASE

On April 21, 2023, the court issued Plaintiff an Order to Show Cause why this case should not be dismissed for her failure to respond to the Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-30. Plaintiff responded by filing a Stipulated Dismissal with Prejudice (Filing No. 24088) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), signed by both parties.

Under Rule 41(a), "no order is needed to effect a voluntary dismissal." *Jenkins v. Vill. of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007). "Dismissal [i]s effective immediately upon the filing of the Stipulation." *Id.* at 624. Accordingly, Cook's Motion for Judgment (Filing No. 20619) is **DENIED as MOOT**. This case is now **CLOSED**.

**SO ORDERED** this 9th day of May 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1