# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**Robert Childers**

**Civil Case#: 1:19-cv-02271-TWP-TAB**

## NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of Robert Childers, Plaintiff in this case. Upon information and belief, Robert Childers died on March 16, 2021. The Death Certificate is attached hereto as Exhibit "A".

Dated: May 10, 2023

Respectfully submitted,

By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757  399-3019 Fax
will@moodyrrlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.