# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**Robert Childers**

**Civil Case#: 1:19-cv-02271-TWP-TAB**

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiff, Robert Childers, respectfully moves this Court to permit the substitution of Daniel Childers as the Personal Representative for the Estate of Robert Childers, Deceased, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, and be permitted to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff, Robert Childers, originally filed a product liability lawsuit against Defendants on June 07, 2019, in the Southern District of Indiana, Indianapolis Division.

2. On July 08, 2019 Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3. On May 09, 2023, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. 24102]

4. Plaintiff moves to substitute Daniel Childers as Personal Representative for the Estate of Robert Childers, Deceased, as Plaintiff in the present action.

5. A copy of the death certificate is attached as **Exhibit A**.

6. A copy of Letters of Appointment are attached as **Exhibit B**.

7. Additionally, Counsel seeks to amend the Complaint, including the caption thereof, to correct the proper Plaintiff (specifically Daniel Childers, as Personal Representative for the Robert Childers) and to update and include information, allegations and actions within the Complaint to reflect that Robert Childers is now deceased.

8. A copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit C**.

9. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Robert Childers, respectfully requests the Court grant Plaintiff's Motion to Substitute Party, grant leave to file the Amended Complaint and direct the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: May 10, 2023

Respectfully submitted,
By: /s/ Willard J. Moody_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.