# EXHIBIT A

# STATE OF IOWA
## IOWA DEPARTMENT OF PUBLIC HEALTH
### CERTIFICATE OF DEATH

114-2021-006865

## DECEDENT INFORMATION

**BIRTH NUMBER:** Not Available
**NAME:** Robert Eldon Childers
**ALIAS:**
**PLACE OF BIRTH:** Iowa
**ARMED FORCES:** Yes
**DECEDENT MAIDEN LAST NAME:** Not Available
**FATHER'S NAME** (prior to any marriage): Glenn Childers
**MOTHER'S NAME** (prior to any marriage): Marie Swiger
**RESIDENTIAL ADDRESS:** 3924 Chisholm Trail
Davenport, Iowa 52804
**INFORMANT NAME:** Danny Childers
**INFORMANT RELATIONSHIP:** Son
**MARITAL STATUS:** Divorced

**DATE FILED:** 03/25/2021
**SSN:**
**SEX:** Male
**DATE OF BIRTH/AGE:** 75 Years
**DATE/TIME OF DEATH:** 03/16/2021 (Actual) 10:00 PM (Actual)
**RESIDENCE COUNTY:** Scott
**COUNTY OF DEATH:** Johnson
**PLACE OF DEATH:** Inpatient
**FACILITY/ADDRESS:** University of Iowa Hospitals & Clinics
Iowa City, Iowa 52242

## MEDICAL CAUSE OF DEATH INFORMATION

| | | INTERVAL | UNITS |
|---|---|---|---|
| **IMMEDIATE CAUSE OF DEATH:** | Cardiac Arrest | | Minutes |
| **DUE TO OR AS A CONSEQUENCE OF:** | Liver Hemorrhage | 24 | Hours |
| **DUE TO OR AS A CONSEQUENCE OF:** | Liver Cirrhosis | | Unknown |
| **UNDERLYING CAUSE, IF ANY:** | | | |
| **OTHER SIGNIFICANT CONDITIONS:** | | | |

**MANNER OF DEATH:** Natural
**AUTOPSY PERFORMED/FINDINGS:** No
**TOBACCO CONTRIBUTED TO DEATH:** No
**M.E. CONTACTED:** No

**DESCRIPTION OF INJURY:** None

**METHOD OF DISPOSITION:** Burial
**PLACE:** Rose Hill Cemetery-Buffalo
**LOCATION:** Buffalo, Iowa
**FUNERAL DIRECTOR:** Sheila L. Benson
The Runge Mortuary and Crematory
Davenport, Iowa 52807

**CERTIFIER/TITLE:** Cholene Danielle Espinoza MD
**DATE CERTIFIED:** 03/24/2021
**CERTIFIER ADDRESS:** 200 Hawkins Drive
Iowa City, Iowa 52242

This is to certify that this is a true and correct reproduction of the original record as recorded in this state, issued under the authority of Chapter 144, Code of Iowa. This copy is not valid unless prepared on engraved border displaying state seal and signature of the Registrar or Designee.

**THIS COPY NOT VALID UNLESS UNALTERED AND PREPARED ON CERTIFIED SECURITY PAPER**

**DATE ISSUED:** 03/29/2021
**COUNTY REGISTRAR:** Rita A. Vargas
**DEPUTY STATE REGISTRAR:** Melissa R. Bird
County of Issuance: Scott

FORM #588-0328S (Revised 09/2017)

