# EXHIBIT B

| E-FILED | ESPR080418 - 2021 APR 06 10:37 AM<br>CLERK OF DISTRICT COURT | SCOTT<br>Page 1 of 1 |

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

IN THE MATTER OF THE

ESTATE OF ROBERT ELDON CHILDERS

Case No. 07821 ESPR080418

**Letters of Appointment**

Docket Event Code: LEAP

KNOW ALL PERSONS BY THESE PRESENTS:
That having been duly appointed and qualified as Administrator of the above entitled matter,

Daniel J. Childers

is vested with all powers authorized by law in the premises.

Letters issued: April 6, 2021

/s/ Julie Carlin by Theresa Gentz
Clerk of Court/Designee
SCOTT County

