# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-RAB
PRODUCTS LIABILITY LITIGATION                        MDL No. 2570

This Document Relates to Plaintiff(s)
Daniel Childers, Administrator of the Robert Childers

Civil Case #1:19-cv-02271-TWP-TAB

## AMENDED SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named

below, incorporate The Master Complaint in MDL No. 2570 by reference.  Plaintiff(s) further

show the court as follows:

1.    Plaintiff/Deceased Party:

      Robert Childers, Deceased

2.    Spouse Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

      N/A

3.    Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

      Daniel Childers, Administrator of the Estate of Robert Childers

4.    Plaintiff's/Deceased Party's state of residence at the time of implant:

      Iowa

5.    Plaintiff's/Deceased Party's state of residence at the time of the injury:

      Iowa

6.    Plaintiff's/Deceased Party's current state of residence:

Revised: 1/4/13

<u>Iowa</u>

7.    District Court and Division in which venue would be proper absent direct filing:

<u>In the United States District Court for the Southern District of Iowa</u>

8.    Defendant (Check Defendants against whom Complaint is made):

☒    Cook Incorporated

☒    Cook Medical LLC

☒    William Cook Europe ApS

9.    Basis of Jurisdiction

☒    Diversity of Citizenship

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

<u>Paragraphs 1 through 7; 11 of the Master Complaint.</u>

b. Other allegations of jurisdiction and venue

<u>A substantial portion of the events leading to Plaintiff's injuries arose in Iowa making</u>

<u>venue proper.</u>

10.    Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒    Gunther Tulip ® Vena Cava Filter

☐    Cook Celect ® Vena Cava Filter

☐    Gunther Tulip Mreye

☐    Cook Celect Platinum

☐    Other:

2

11.   Date of Implantation as to each product:

<u>11/02/2011</u>

12.   Hospital(s) where Plaintiff was implanted (including City and State)

<u>North Kansas City Hospital in North Kansas City, MO</u>

13.   Implanting Physician(s):

<u>Dr. Breann Smith, M.D.</u>

14.   Counts in the Master Complaint brought by Plaintiff(s)

☒   Count I:        Strict Products Liability-Failure to warn

☒   Count II:       Strict Products Liability-Design Defect

☒   Count III:      Negligence

☒   Count IV:      Negligence Per Se

☒   Count V:       Breach of Express Warranty

☒   Count VI:      Breach of Implied Warranty

☒   Count VII:     Violations of Applicable Wyoming

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:    Loss of Consortium

☐   Count IX:      Wrongful Death

☐   Count X:       Survival

☒   Count XI:      Punitive Damages

3

May 10, 2023                                    Respectfully submitted,

                                               By: /s/ Willard J. Moody
                                               Willard J. Moody, Jr., Esquire (VSB #22866)
                                               THE MOODY LAW FIRM, INC.
                                               500 Crawford Street, Suite 200
                                               Portsmouth, VA 23704
                                               (757) 393-4093
                                               will@moodyrrlaw.com

                                               ATTORNEY FOR THE PLAINTIFF