# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

William Constable

**Civil Case#: 1:18-cv-1368**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Notice of Telephonic Status Conference has been served via Federal Express upon William Constable, 158 Main Street, Tidioute, PA 16351.

Signed this 10th day of May, 2023

                                       */s/ Willard J. Moody, r.*
                                       Willard J. Moody, Jr.