**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **IN RE: COOK IVC FILTER** ) | **MDL NO. 2570** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **JUDGE TIM A. BAKER** |
| ) ) ) ) ) | |

**This Document Relates to:**
*DYVIG v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-cv-00563-RLY-TAB*

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Patricia Dyvig, on or about January 10, 2023.

Dated: May 10, 2023

Respectfully Submitted,

 *s/ Monte Bond*
Monte Bond No. 02585625
**Tautfest Bond, PLLC**
5473 Blair Rd., Suite 2000
 Dallas, TX 75231
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: May 10, 2023

Respectfully Submitted,

*s/ Monte Bond*
Monte Bond No. 02585625
**Tautfest Bond, PLLC**
5473 Blair Rd., Suite 2000
 Dallas, TX 75231
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com

***Attorneys for Plaintiff***