UNITED STATES DISTRICT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. | ) | MDL NO. 2570 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | JUDGE TIM A. BAKER |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*DYVIG v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:19-cv-00563-RLY-TAB*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Patricia Dyvig, and Richard Dyvig respectfully move this court to substitute Richard Dyvig, the plaintiff's spouse, individually and as successor-in-interest to Patricia Dyvig, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1.     Plaintiff Patricia Dyvig's case was filed on or about February 5, 2019,

(*DVYIG v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:19-cv-00563-RLY-TAB*).

2.     All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

    a.  On or about February 7, 2019, Defendant Cook, Inc., et al.  was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3.      On or about January 10, 2023 Plaintiffs' counsel was informed that Patricia

Dyvig, passed away on or about January 10, 2023.

4.      Patricia Dyvig's action against Defendants survives her death and is

not extinguished.

5.      Plaintiffs' counsel filed the Notice and Suggestion of Death on or about May 10,

2023.

6.      Plaintiff thus moves to substitute Richard Dyvig, individually and as successor-

in-interest to Patricia Dyvig, Deceased, as Plaintiff in the present action.

7.      Additionally, Counsel seeks to amend the Complaint, as well as the caption of the

Complaint to correct the proper Plaintiffs (Richard Dyvig, individually and as successor-in-

interest to Patricia Dyvig, Deceased) and to update and include information, allegations and

actions within the Complaint to reflect that Plaintiff Patricia Dyvig is now deceased. Counsel

also seeks to amend the Complaint to allege wrongful death.

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its

pleading only with the opposing party's written consent or the court's leave. The court should

freely give leave when justice so requires.


WHEREFORE, Counsel for Plaintiffs, Patricia Dyvig and Richard Dyvig, respectfully

request the Court grant Plaintiffs' Motion to Substitute Richard Dyvig, individually and as

successor-in-interest to Patricia Dyvig, Deceased, and to grant leave to file the Amended

Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto,

into the record of this matter.

Dated: May 10, 2023                                        Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5473 Blair Rd., Suite 2000
Dallas, Texas  75231
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tbtorts.com

**ATTORNEY FOR PLAINTIFF(S)**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: May 10, 2023

Respectfully Submitted,

By: */s/ Monte Bond*_____
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5473 Blair Rd., Suite 2000
Dallas, Texas  75231
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tbtorts.com

*Attorney for Plaintiff*