# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101  2023-02552

| | |
|---|---|
| 1. DECEASED LEGAL NAME: Patricia Mae Dyvig | 2. DATE AND TIME OF DEATH: Jan 10, 2023  0613 |
| 3. ALIAS NAME (IF ANY): None Given | 4. DATE AND TIME PRONOUNCED DEAD: |
| 5. COUNTY OF DEATH: Mobile | 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE: Mobile, 36652 |
| 7. PLACE OF DEATH: Mobile Infirmary Medical Center | |
| 8. SEX: Female | 9. LAST NAME PRIOR TO FIRST MARRIAGE: Nelson |
| 10. SERVED IN ARMED FORCES: No | |
| 11. AGE: 76 | 12. DATE OF BIRTH: [redacted] |
| 13. BIRTHPLACE: Alabama | 14. SOCIAL SECURITY NUMBER: [redacted] |
| 15. MARITAL STATUS: Married | 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE: Richard Dyvig |
| 17. RESIDENCE STATE: Alabama | |
| 18. RESIDENCE COUNTY: Mobile | 19. CITY, TOWN OR LOCATION AND ZIP CODE: Mobile, 36609 |
| 20. STREET ADDRESS: [redacted] | |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS: Richard Dyvig, Husband, [redacted] | |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Leonard Nelson Sr | 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE: Betty Kaley |
| 24. DISPOSITION OF BODY: Burial | 25. CEMETERY OR CREMATORY: Magnolia Cemetery |
| 26. LOCATION: Mobile, Alabama | |
| 27. DATE OF DISPOSITION: Jan 23, 2023 | 28. FUNERAL DIRECTOR OR OTHER AGENT: Tim Street |
| 29. LICENSE NUMBER: 05302 | 30. DATE SIGNED: Jan 25, 2023 |
| 31. FUNERAL HOME NAME AND ADDRESS: Cottage Hill Memorial Funeral Home, 7158 Cottage Hill Rd, Mobile, AL 36695 | 32. LICENSE NUMBER: |

**33. MEDICAL CERTIFICATION:** Certifying Physician

| | |
|---|---|
| 34. NAME: Noel Curcio | 35. LICENSE NUMBER: 2619 |
| | 36. DATE SIGNED: Jan 15, 2023 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: 5 Mobile Infirmary Circle, Mobile, Alabama 36652 | |
| 38. REGISTRAR: Nicole Henderson Rushing | 39. DATE FILED: Jan 25, 2023 |

### CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. [redacted] | hours |
| DUE TO (OR AS A CONSEQUENCE OF): B. [redacted] | days |
| DUE TO (OR AS A CONSEQUENCE OF): C. | |
| DUE TO (OR AS A CONSEQUENCE OF): D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: [redacted]

| 42. MANNER OF DEATH: [redacted] | 43. PREGNANT (IF FEMALE): | 44. AUTOPSY: | 45. FINDINGS CONSIDERED: No | 46. TOXICOLOGY: | 47. FINDINGS CONSIDERED: No | 48. TOBACCO USE CONTRIBUTED TO DEATH: Unknown |

49. HOW INJURY OCCURRED:

| 50. DATE AND TIME OF INJURY: | 51. INJURY AT WORK: | 52. IF TRANSPORTATION INJURY, SPECIFY: |
| 53. PLACE OF INJURY: | 54. LOCATION OF INJURY: | |

ADPH HS E2/REV 01-21

---

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2023-138-373-6

February 1, 2023

*Nicole H. Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics