# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 2570 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*DYVIG v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:19-cv-00563-RLY-TAB*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Richard Dyvig, individually and as successor-in-interest to Patricia Dyvig, deceased, is substituted for Plaintiff Patricia Dyvig in the above captioned cause.

Date: _____

_____
Hon. Tim A. Baker
United States Magistrate Judge
Southern District of Indiana