IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Patricia Dyvig_____

 Civil Case # 1:19-cv-00563-RLY-TAB_____

## **MOTION TO MAINTAIN DOCUMENT AS REDACTED**

Pursuant to Local Rule 5-11(d)(2)(A) and Fed. R. Civ. P. 5.2, Plaintiff Patricia Dyvig respectfully moves the Court to maintain as redacted Exhibit A **[Dkt. No. 24106]** to Plaintiff's Motion to Substitute Party (filed May 10, 2023). Plaintiff states Exhibits B **[Dkt. No. 24106]** is the Plaintiff's death certificate that provides personal information including address of Plaintiff and that is not pertinent to this motion.

A proposed order is attached hereto.

Dated: May 10, 2023

Respectfully submitted,

**Tautfest Bond, PLLC**
 */s/ Monte Bond*_____
 Monte Bond TX No. 02585625
 Tautfest Bond, PLLC
 5473 Blair Rd., Suite 2000,
 Dallas, TX 75231
 Telephone: (214) 617-9998
 Facsimile: (214) 853-4281
 mbond@tbtorts.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/ Monte Bond
Monte Bond TX No. 02585625
Tautfest Bond, PLLC
5473 Blair Rd., Suite 2000,
Dallas, TX 75231
Telephone: (214) 617-9998
Facsimile: (214) 853-4281
mbond@tbtorts.com

**Counsel for Plaintiff**