**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS** | **Case No. 1:14-ml-2570-RLY-TAB** |
| **MARKETING, SALES PRACTICES AND** | **MDL No. 2570** |
| **PRODUCTS LIABILITY LITIGATION** | |

**This document relates to Plaintiff:**
**Anthony London**
**Civil Case No. 1:19-cv-04177-RLY-TAB**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that Plaintiff, Anthony London, was served with a true copy of the

Order Setting Telephonic Status Conference (Dkt. No. 23918) via Certified Mail, Return Receipt

Requested on April 17, 2023 at Plaintiff's current home address of 8162 Wooded Terrance Lane,

Humble, TX 77338.

Signed this 15th day of May, 2023.

Respectfully submitted,

*/s/ Anna Rol*
Anna Rol
Charles Orr
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-523-6600 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*