**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Edgar Dickerson**
**Civil Case No. 1:16-cv-01055-RLY-TAB**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Edgar Dickerson, was served with a true copy of the Order Vacating and Resetting Telephonic Status Conference (Dkt. No. 23914) via Certified Mail, Return Receipt Requested on April 14, 2023 at Plaintiff's current home address of 17910 Hwy 152, Union City, OK 73090.

Signed this 15th day of May, 2023.

Respectfully submitted,

*/s/ Anna Rol*
Anna Rol
Charles Orr
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-523-6600 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*