UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

**This document relates to Plaintiff:**
**Ramon Bass**
**Civil Case No. 1:16-cv-01101-RLY-TAB**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Ramon Bass, was served with a true copy of the Order Setting Telephonic Status Conference (Dkt. No. 23917) via Certified Mail, Return Receipt Requested on April 17, 2023, and via Federal Express on May 15, 2023, at Plaintiff's current home address of 16824 Princeton Street, Detroit, MI 48221.

Signed this 15th day of May, 2023.

Respectfully submitted,

*/s/ Anna Rol*
Anna Rol
Charles Orr
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-523-6600 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*