UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,                    Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES                          MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:
Lisa Goetz Bouknight and John K. Bouknight
Civil Case No. 1:17-cv-03435-RLY-TAB
--------------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFFS**

THIS MATTER having been opened to the Court by Motion to Withdraw for Charles

Paglialunga and the law firm of Paglialunga & Harris PS, attorneys for the Plaintiffs, and the

Court having considered the motion, and for other good cause being shown, hereby grants the

motion.  [Filing No. 23997.]

IT IS THEREFORE ORDERED that Charles Paglialunga and the law firm of

Paglialunga & Harris PS are withdrawn as counsel of record for plaintiffs in this action and

shall be removed from all future electronic filings.

Date: 5/16/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Charles T Paglialunga is responsible for serving Plaintiffs Lisa Goetz Bouknight and John K.
Bouknight via U.S. Mail.