IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
Dionne Parmley
George Parmley
Case No. 1:16-cv-03458 -RLY-TAB

_____

## ORDER ON MAY 11, 2023, TELEPHONIC STATUS CONFERENCE

The Court previously ordered Plaintiffs to attend a telephonic status conference on April 12, 2023, to address his counsel's motion to withdraw. [Filing No. 23718.] Plaintiffs failed to appear as ordered and the Court then issued an order setting a second conference for May 11, 2023. The Court also ordered Plaintiffs to show cause by May 9, 2023, why Plaintiffs should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the April 12 conference. [Filing 23928.] Plaintiffs' counsel appeared at the May 11, 2023, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiffs have failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 5/16/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Michael G. Daly, Randi Kassan and T. Matthew Leckman are required to serve Plaintiffs, Dionne Parmley and George Parmley via U.S. Mail.