IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                 MDL No. 2570

This Document Relates to:
Christopher Ray Grant, Sr.
Case No. 1:17-cv-04605-RLY-TAB

### ORDER ON MAY 11, 2023, TELEPHONIC STATUS CONFERENCE

The Court previously ordered Plaintiff to attend a telephonic status conference on April 12, 2023, to address his counsel's motion to withdraw. [Filing No. 23840.] Plaintiff failed to appear as ordered and the Court then issued an order setting a second conference for May 11, 2023. The Court also ordered Plaintiff to show cause by May 9, 2023, why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the April 12 conference. [Filing 23927.] Plaintiff's counsel appeared at the May 11, 2023, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiff has failed to respond to the order to show cause. Accordingly, the Magistrate Judge recommends the District Judge dismiss this case without prejudice.

Date: 5/16/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Randi Kassan and Charles T. Paglialunga are required to serve Plaintiff, Christopher Ray Grant, Sr. via U.S. Mail.