IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:
Lisa Goetz Bouknight
John K. Bouknight
Case No. 1:17-cv-03435-RLY-TAB

_____

# ORDER ON MAY 11, 2023, TELEPHONIC STATUS CONFERENCE

Plaintiffs appeared in person and by counsel May 11, 2023, for a telephonic status conference to address Plaintiffs' counsel's motion to withdraw, which the Court previously denied. [Filing Nos. 23693, 23929.] Based upon statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Plaintiffs requested that their current counsel be permitted to withdraw. The Court now reconsiders Plaintiffs' counsel's motion to withdraw and grants it. The appearance of Randi Kassan is withdrawn on behalf of Plaintiffs. [Filing Nos. 23693.] The Court encouraged Plaintiffs to find replacement counsel. Nevertheless, Plaintiffs are responsible for meeting all deadlines and case obligations regardless of whether they have counsel. The Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiffs at the following address: 63525 Gold Spur Way, Bend, OR 97701. Plaintiffs are required to file a notice with the Court if there is any change in this information.

Date: 5/16/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail.

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

John K. Bouknight
63525 Gold Spur Way
Bend, OR 97701