AFFIDAVIT OF SERVICE


P9089970

FLINT COOPER, LLC    Hope Jones
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
MARIO GRACIANI
                                                    PLAINTIFF         index No. 7:23-cv-00141
                           - vs -                                     Date Filed
                                                                      File No.
COOK INC, ETAL                                                        Court Date:
                                                    DEFENDANT         AFFIDAVIT OF SERVICE

STATE OF _Indiana_, COUNTY OF _Marion_ :SS:

_Chris Gregory_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Indiana_

On _4-28-2023_ at _12:20 pm_,

at **CORPORATION SERVICE COMPANY 251 E. OHIO STREET, STE. 500 INDIANAPOLIS, IN 46204**

deponent served the within **SUMMONS AND COMPLAINT** on: **COOK INCORPORATED**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
X #2 CORPORATION  By delivering a true copy of each personally to _Kiana Roudebush_, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the _Legal Processor_ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ #5 MAIL COPY  On ~~_____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION (USE WITH #1, 2 OR 3)  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _F_    Color: _white_    Hair: _brown_
Age: _25_   Height: _5'7"_    Weight: _125_
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES  The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC  Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

_Catherine_  4/28/23
NOTARY NAME & DATE

_Christina Gregory_

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-9089970

ERIN TURNER
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0740509
My Commission Expires Apr 13, 2030