Case 1:14-ml-02570-RLY-TAB   Document 24136   Filed 05/17/23   Page 1 of 2 PageID #: 137595
Case 7:23-cv-00141   Document 4   Filed on 04/25/23 in TXSD   Page 4 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:23-cv-00141

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cook Medical, LLC

was received by me on *(date)* 04/27/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jordan Firth, process agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service
Company, at 15 W South Temple #600, SLC UT on *(date)* 05/01/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/08/2023

*Server's signature*

Lisa Rees, #R112101
*Printed name and title*
for Lexitas Legal
1235 Broadway, 2nd Fl
New York, NY 10001

*Server's address*

Additional information regarding attempted service, etc:
SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MARIO GRACIANI <br><br> *Plaintiff(s)* <br> v. <br> Cook Medical, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:23-cv-00141 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cook Medical, LLC
Corporation Service Company
15 West South Temple, Suite 600
Salt Lake City, UT 84101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Flint Cooper LLC
Kyle Beale
222 E. Park St.
Ste. 500
Edwardsville, IL 62025
Phone: 618-288-4777
kbeale@flintcooper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: April 25, 2023

*s/ Karen Lopez*
*Signature of Clerk or Deputy Clerk*