UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: James Albert Johnson, 1:17-cv-01236 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DENYING AGREED MOTION AS MOOT**

As the above-captioned case is now closed, the Agreed Motion to Extend Fact Discovery Deadline (Filing No. 13194) is **DENIED as MOOT**.

**SO ORDERED** this 17th day of May 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.