AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Charles Glenberg and Helen Kulkin-Glenberg | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00733-RLY-TAB |
| Cook Incorporated, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charles Glenberg and Helen Kulkin-Glenberg.

Date:   05/18/2023

/s/Christopher LoPalo
*Attorney's signature*

Christopher LoPalo, NY Bar No. 4184859
*Printed name and bar number*

1302 Avenida Ponce de Leon
Santurce, PR 00907
*Address*

clopalo@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*