# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:23-cv-00552 | 1:23-cv-00715 | 1:23-cv-06949 | 1:23-cv-07004 |
| 1:23-cv-00594 | 1:23-cv-00722 | 1:23-cv-06988 | 1:23-cv-07005 |
| 1:23-cv-00601 | 1:23-cv-00723 | 1:23-cv-06991 | 1:23-cv-07006 |
| 1:23-cv-00608 | 1:23-cv-00724 | 1:23-cv-06992 | 1:23-cv-07008 |
| 1:23-cv-00622 | 1:23-cv-00733 | 1:23-cv-06995 | 1:23-cv-07018 |
| 1:23-cv-00658 | 1:23-cv-00760 | 1:23-cv-06997 | 1:23-cv-07020 |
| 1:23-cv-00676 | 1:23-cv-00766 | 1:23-cv-06999 | |
| 1:23-cv-00707 | 1:23-cv-00768 | 1:23-cv-07000 | |
| 1:23-cv-00710 | 1:23-cv-00772 | 1:23-cv-07002 | |
| 1:23-cv-00713 | 1:23-cv-00773 | 1:23-cv-07003 | |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: May 18, 2023

/s/ Kip S. M. McDonald
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald