UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Carpenter, Thomas, Jr., 1:17-cv-01490

**COOK DEFENDANTS' UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE RESPONSE TO RULE 59(e) MOTION**

Defendants Cook Incorporated; Cook Medical LLC, f/k/a Cook Medical Incorporated; and William Cook Europe ApS (collectively, the "Cook Defendants") respectfully request that the Court extend the deadline for the Cook Defendants to respond to Plaintiff Thomas Carpenter, Jr.'s Rule 59(e) Motion to Alter or Amend Judgment in Favor of Defendants, Dkt. 24096, to June 8, 2023. More specifically, the Cook Defendants state:

1. The Cook Defendants filed a motion for judgment on the pleadings under CMO-28 in Plaintiff Carpenter's case on September 24, 2021. Dkt. 20006. The motion was fully briefed prior to the Seventh Circuit's ruling in the *Looper/Lambert* appeal.

2. On April 23, 2023, the Court granted the Cook Defendant's motion for judgment and dismissed Plaintiff Carpenter's case. Dkts. 23960 & 23961.

3. On May 8, 2023, Plaintiff Carpenter filed his Rule 59(e) motion, arguing that the *Looper/Lambert* decision constitutes an intervening change in the law that warrants a reconsideration of the Court's final judgment in his case. *See generally* Dkt. 24096.

4. Under CMO-18, the Cook Defendants' 10-day deadline to respond to Plaintiff's Rule 59(e) motion is May 18, 2023.

5.  Additional time is needed for the Cook Defendants to determine their position regarding Plaintiff's Rule 59(e) motion, and whether or not they will oppose.

6.  Counsel for the Cook Defendants has conferred with counsel for Plaintiff prior to the filing of this motion. Plaintiff consents to the Cook Defendants' request to extend the deadline to respond to Plaintiff's Rule 59(e) motion to June 8, 2023.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to extend the Cook Defendants' briefing deadline from May 18, 2023 to June 8, 2023.

Dated: May 18, 2023                                Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2023, a copy of the foregoing **COOK DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO RULE 59(e) MOTION** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*