# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Carpenter, Thomas, Jr., 1:17-cv-01490

## [PROPOSED] ORDER ON COOK DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO RULE 59(e) MOTION

On May 18, 2023, the Cook Defendants filed an unopposed motion requesting that the Court extend the deadline for the Cook Defendants to respond to Plaintiff Thomas Carpenter, Jr.'s Rule 59(e) Motion to Alter or Amend Judgment in Favor of Defendants, Dkt. 24096, to June 8, 2023.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including June 8, 2023 to file their response.

**SO ORDERED** this day of \_\_\_\_\_ day of May, 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record