UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Carpenter, Thomas, Jr., 1:17-cv-01490-RLY-TAB

**ORDER ON COOK DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO RULE 59(e) MOTION**

On May 18, 2023, the Cook Defendants filed an unopposed motion requesting that the Court extend the deadline for the Cook Defendants to respond to Plaintiff Thomas Carpenter, Jr.'s Rule 59(e) Motion to Alter or Amend Judgment in Favor of Defendants, Dkt. 24096, to June 8, 2023. The Court having considered the motion, and for other good cause being shown, hereby grants the motion. [Filing No. 24147.]

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including June 8, 2023 to file their response.

Date: 5/19/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system