AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC.<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS LIABILITY<br>LITIGATION<br>This Document Relates to: | )<br>)<br>)<br>)   Case No.   1:23-cv-7021<br>)<br>)                  MDL No. 2570<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Irma Ramirez

Date: 05/19/2023

/s/ Rhett A. McSweeney
*Attorney's signature*

Rhett A. McSweeney MN Bar No. 269542
*Printed name and bar number*

McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
*Address*

ram@westrikeback.com
*E-mail address*

(612) 746-4646
*Telephone number*

(612) 454-2678
*FAX number*