IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
___Irma Ramirez_____

Civil Case #_____1:23-cv-7021_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   ___Irma Ramirez_____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   ___N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   ___N/A_____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ___Nevada_____

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Nevada

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Nevada

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
      Paragraphs 6-28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    01/23/2009

12. Hospital(s) where Plaintiff was implanted (including City and State):

    University Medical Center - Las Vegas, Nevada

13. Implanting Physician(s):

    Michael Schunk, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:    Strict Products Liability – Failure to Warn

    ☒ Count II:   Strict Products Liability – Design Defect

    ☒ Count III:  Negligence

    ☒ Count IV:   Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable __Nevada__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☒ Other: __See below__ (please state the facts supporting this Count in the space, immediately below)

Plaintiff incorporates by reference and in full the complaint filed in the United States District Court for the District of Nevada on 4/18/2023 - Case No: 2:23-cv-00581

15. Attorney for Plaintiff(s):

Rhett A. McSweeney

16. Address and bar information for Attorney for Plaintiff(s):

4

2116 Second Ave South

Minneapolis, Minnesota 55404

MN Bar No. 269542

 

Respectfully submitted,

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
MN Bar No. 269542
**McSweeney Langevin LLC**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile:  (612) 454-2678
ram@westrikeback.com

***Lead Counsel for Plaintiff(s)***