AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Michelle Bouchard and Gary Bouchard )
*Plaintiff* )
v. ) Case No. 1:23-cv-00723-RLY-TAB
Cook Incorporated, et al )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michelle Bouchard and Gary Bouchard .

Date: 05/19/2023

/s/Christopher LoPalo
*Attorney's signature*

Christopher LoPalo, NY Bar No. 4184859
*Printed name and bar number*

1302 Avenida Ponce de León
Santurce, PR 00907
*Address*

clopalo@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*