AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Rita Lynn Coleman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00724-RLY-TAB |
| Cook Incorporated, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rita Lynn Coleman  .

Date:  05/19/2023

/s/Christopher LoPalo
*Attorney's signature*

Christopher LoPalo, NY Bar No. 4184859
*Printed name and bar number*

1302 Avenida Ponce de León
Santurce, PR 00907
*Address*

clopalo@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*