AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Lydia Terry and Allen Terry ) | | |
| *Plaintiff* ) | | |
| v.   ) | Case No. | 1:23-cv-00710-RLY-TAB |
| Cook Incorporated, et al ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lydia Terry and Allen Terry.

Date: 05/19/2023

/s/Christopher LoPalo
*Attorney's signature*

Christopher LoPalo, NY Bar No. 4184859
*Printed name and bar number*

1302 Avenida Ponce de León
Santurce, PR 00907
*Address*

clopalo@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*