UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Rosalinda and Francisco Gonzalez, 1:20-cv-03133 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

# FINAL JUDGMENT

Today, the court granted the Cook Defendants' Motion for Judgment in Plaintiffs' Case Pursuant to CMO-28.  Therefore, the court enters final judgment in favor of the Cook Defendants and against the Plaintiffs, Rosalinda and Francisco Gonzalez.

**SO ORDERED** this 19th day of May 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.