AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Tasha Trimmier | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00247-RLY-TAB |
| Cook Incorporated, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tasha Trimmier                                                                                                                        .

Date:   05/19/2023                                                                /s/Christopher LoPalo
                                                                                                *Attorney's signature*

                                                                                Christopher LoPalo, NY Bar No. 4184859
                                                                                *Printed name and bar number*

                                                                                1302 Avenida Ponce de León
                                                                                Santurce, PR 00907
                                                                                *Address*

                                                                                clopalo@nsprlaw.com
                                                                                *E-mail address*

                                                                                (787) 493-5088
                                                                                *Telephone number*

                                                                                (646) 843-7603
                                                                                *FAX number*