IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## THE COOK DEFENDANTS' MOTION FOR
## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("Cook" or "the Cook Defendants") give notice that, Anne K. Ricchiuto is no longer with the firm, Faegre Drinker Biddle & Reath LLP and should be withdrawn as counsel of record in this matter. The Cook Defendants request that Anne K. Ricchiuto be withdrawn as counsel of record, and J. Benjamin Broadhead with Faegre Drinker Biddle & Reath LLP be substituted in her place.

Dated: May 22, 2023

Respectfully submitted,

/s/  Kip S.M. McDonald
Kip S. M. McDonald (29370-49)
J. Benjamin Broadhead (35169-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:        (317) 237-0300
Facsimile:         (317) 237-1000
E-mail: kip.mcdonald@faegredrinker.com
E-mail: ben.broadhead@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S. M. McDonald*