IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES     Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                   MDL No. 2570
LIABILITY LITIGATION

This Document Relates to All Actions

**ORDER**

This matter is before the Court on the Cook Defendants Motion for Withdrawal of Counsel, Anne K. Ricchiuto, and Substitution of Counsel filed by J. Benjamin Broadhead. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that J. Benjamin Broadhead of the law firm Faegre Drinker Biddle & Reath, shall be substituted for Anne K. Ricchiuto and she is withdrawn as counsel of record in this action and removed from all future electronic filings.

United States District Judge