IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

    JAMES C. LANG

Civil Case#  1:2019cv02796

## NOTICE OF ERRATA AND NOTICE OF CHANGE OF FIRM NAME

Plaintiff respectfully submits this errata to Plaintiff's Short Form Complaint filed JULY 8, 2019. Due to an inadvertent clerical error, Plaintiff's law firm's name was erroneously identified as "Dalimonte Rueb Law Group LLP." The correct firm name at the time was Dalimonte Rueb Stoller, LLP.

Plaintiff further provides notice that the name of the law firm Dalimonte Rueb Stoller, LLP, has since been changed. The Firm's new name is Rueb Stoller Daniel, LLP. All further communication should be directed as follows:

    Jennifer Rethemeier
    Rueb Stoller Daniel, LLP
    2425 East Camelback Rd., Suite 500
    Phoenix, Arizona. 85016
    jennifer.rethemeier@lawrsd.com
    602-892-0341

<<Signature on Next Page>>

Dated:  May 23, 2023

        Respectfully submitted,

        */s/ Jennifer Rethemeier*
        Jennifer Rethemeier
        **RUEB STOLLER DANIEL, LLP**
        2425 E. Camelback Road, Suite 500
        Phoenix, Arizona 85016
        Tel: (602) 892-0341
        Fax: (855) 203-2035
        jennifer.rethemeier@lawrsd.com
        ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I electronically filed the foregoing document, Notice of Errata and Notice of Change of Firm Name, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Jennifer Rethemeier*
        Jennifer Rethemeier