IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

   Linda Carson-Dawson

Civil Case#   1:19-cv-02630

## NOTICE OF ERRATA AND NOTICE OF CHANGE OF FIRM NAME

Plaintiff respectfully submits this errata to Plaintiff's Short Form Complaint filed June 27, 2019. Due to an inadvertent clerical error, Plaintiff's law firm's name was erroneously identified as "Dalimonte Rueb Law Group LLP." The correct firm name at the time was Dalimonte Rueb Stoller, LLP.

Plaintiff further provides notice that the name of the law firm Dalimonte Rueb Stoller, LLP, has since been changed. The Firm's new name is Rueb Stoller Daniel, LLP. All further communication should be directed as follows:

        Jennifer Rethemeier
        Rueb Stoller Daniel, LLP
        2425 East Camelback Rd., Suite 500
        Phoenix, Arizona. 85016
        jennifer.rethemeier@lawrsd.com
        602-892-0341

<<Signature on Next Page>>

Dated: May 26, 2023

                                               Respectfully submitted,

                                               */s/ Jennifer Rethemeier*
                                               Jennifer Rethemeier
                                               **RUEB STOLLER DANIEL, LLP**
                                               2425 E. Camelback Road, Suite 500
                                               Phoenix, Arizona 85016
                                               Tel: (602) 892-0341
                                               Fax: (855) 203-2035
                                               jennifer.rethemeier@lawrsd.com
                                               ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing document, Notice of Errata and Notice of Change of Firm Name, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                               */s/ Jennifer Rethemeier*
                                               Jennifer Rethemeier