AFFIDAVIT OF SERVICE



FLINT COOPER, LLC    HOPE JONES
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

LILLIAN GRAHAM
                                          PLAINTIFF
            - vs -
COOK GROUP, INC., ETAL
                                          DEFENDANT

index No. 3:23-cv-00532-BJD-PDB
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF __Indiana__, COUNTY OF __Marion__ :SS:

__Christina Gregory__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __Indiana__.

On __5/10/2023__ at __4:00pm__.

at C/O CORPORATION SERVICE COMPANY, 251 EAST OHIO STREET, SUITE. 500 INDIANAPOLIS, IN 46204

deponent served the within **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** on: **COOK GROUP, INC.**, the **DEFENDANT** therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**✓ #2 CORPORATION** By delivering a true copy of each personally to __Kiana Rovdebush__, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the __Legal Processor__ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

**#5 MAIL COPY** On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**✓ #6 DESCRIPTION** Deponent describes the person served as aforesaid to the best of (USE WITH #1, 2 OR 3) deponent's ability at the time and circumstances of the service as follows.
Sex: __F__    Color: __white__    Hair: __brown__
Age: __25__    Height: __5'7"__    Weight: __125__
OTHER IDENTIFYING FEATURES: _____

**#7 WITNESS FEES** The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

**#8 MILITARY SRVC** Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

**#9 OTHER**

__Jillian Newkirk__    5/10/23          __Christina M Gregory__
NOTARY NAME & DATE

Jillian Newkirk
Notary Public Seal State of Indiana
Marion County
Commission Number NP0745961
My Commission Expires 1/9/2031

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-9193434