AFFIDAVIT OF SERVICE



FLINT COOPER, LLC     HOPE JONES
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
LILLIAN GRAHAM
                                                            index No. 3:23-cv-00532-BJD-PDB
                                          PLAINTIFF         Date Filed
                    - vs -                                  File No.
                                                            Court Date:
COOK GROUP, INC., ETAL
                                          DEFENDANT         AFFIDAVIT OF SERVICE

STATE OF **Indiana**, COUNTY OF **Marion** :SS:

**Christina Gregory**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **Indiana**.

On **5/10/2023** at **4:00 pm**,

at C/O CORPORATION SERVICE COMPANY, 251 EAST OHIO STREET, SUITE. 500 INDIANAPOLIS, IN 46204

deponent served the within **CIVIL COVER SHEET, SUMMONS AND COMPLAINT** on: **COOK INCORPORATED**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

✓ #2 CORPORATION    By delivering a true copy of each personally to **Kiana Rovdebush**, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the **Legal Processor** of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT**'s: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ #5 MAIL COPY    On ~~_____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

✓ #6 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: **F**    Color: **white**    Hair: **brown**
Age: **25**    Height: **5'7"**    Weight: **125**
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

___ #9 OTHER

NOTARY NAME & DATE   **5/10/23**

Jillian Newkirk
Notary Public Seal State of Indiana
Marion County
Commission Number NP0745961
My Commission Expires 1/9/2031

Christina Gregory

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-9193517