# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 23-CV-532-BJD-PDB

Plaintiff:
**LILLIAN GRAHAM**

vs.

Defendant:
**COOK GROUP, INC., COOK MEDICAL, LLC and COOK INCORPORATED**


KDY2023020933

For:
ANTHONY C. HEVIA, ESQ.
VARGAS GONZALEZ HEVIA BALDWIN LLP

Received by LEXITAS LEGAL (FL) on the 16th day of May, 2023 at 8:15 pm to be served on **COOK MEDICAL, LLC C/O CORPORATION SERVICE COMPANY, RA, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, JAMES KADY, do hereby affirm that on the **18th day of May, 2023** at **1:00 pm**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS IN A CIVIL ACTION AND COMPLAINT** to: **Sheena Black** as Service Liaison, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **1201 Hays Street, Tallahassee, FL 32301.** on behalf of **COOK MEDICAL, LLC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 32, Sex: F, Race/Skin Color: Caucasian, Height: 5'4", Weight: 140, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**JAMES KADY**
65

**LEXITAS LEGAL (FL)**
**20 NORTH ORANGE AVE**
**SUITE 700**
**ORLANDO, FL 32801**

Our Job Serial Number: KDY-2023020933
Ref: SC1913491

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1z

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LILLIAN GRAHAM | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-cv-532-BJD-PDB |
| COOK GROUP, INC., COOK MEDICAL, LLC, and COOK INCORPORATED, | )<br>)<br>) Served Date: 5/16/23  Time 1:00 pm<br>) James Kady #065<br>) 2nd Judicial Circuit |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COOK MEDICAL, LLC
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LOUIS A. GONZALEZ, ESQ.
VARGAS GONZALEZ BALDWIN DELOMBARD, LLP
2745 WEST FAIRBANKS AVENUE
WINTER PARK, FL 32789

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 5, 2023

*Signature of Clerk or Deputy Clerk*