IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

SAMUEL DAWES, Plaintiff

Civil Case# 1:22-cv-6766-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice. Doc._____.

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. _____) is **granted.**

This case, Samuel Dawes v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, No. 1:22-cv-6766-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims SAMUEL DAWES may have against any and all Defendants in Cause no. 1:21-cv-1004, filed in this MDL.

    Costs of Court shall be taxed against the party incurring same.

    Dated this _____ day of May, 2023.

_____
United States District Judge