UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Mattson, Jerome, 1:17-cv-00356

_____

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF JEROME MATTSON'S CASE PURSUANT TO CMO-28

The Cook Defendants hereby withdraw their July 30, 2021, motion for dismissal pursuant to CMO-28 in Plaintiff's case. *See* Dkt. 19498. The Cook Defendants reserve their right to renew this motion or bring a similar motion at a later point in the litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 31, 2023 | /s/ *Jessica Benson Cox* |
|  | Jessica Benson Cox |
|  | Andrea Roberts Pierson |
|  | FAEGRE DRINKER BIDDLE & REATH LLP |
|  | 300 North Meridian Street, Suite 2500 |
|  | Indianapolis, Indiana 46204 |
|  | Telephone: (317) 237-0300 |
|  | Andrea.Pierson@FaegreDrinker.com |
|  | Jessica.Cox@FaegreDrinker.com |
|  |  |
|  | James Stephen Bennett |
|  | FAEGRE DRINKER BIDDLE & REATH LLP |
|  | 110 West Berry Street, Suite 2400 |
|  | Fort Wayne, Indiana 46802 |
|  | Telephone: (260) 424-8000 |
|  | Stephen.Bennett@FaegreDrinker.com |
|  |  |
|  | *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS* |

US.357780845.01

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, a copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF JEROME MATTSON'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Jessica Benson Cox