UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | MDL No. 2570 |
| This Document Relates to: | ) ) | |
| | ) | |
| Cheryl Barnett, 1:16-cv-01879 | ) | |
| _____ | ) | |

## ORDER TO SHOW CAUSE

The Cook Defendants filed a Motion for Judgment in Plaintiff's Case Pursuant to

CMO-28 on May 16, 2022.  (*See* Filing No. 22017).  Plaintiff Cheryl Barnett failed to

respond.  Plaintiff is **ORDERED TO SHOW CAUSE** why her case should not be

dismissed on or before **June 28, 2023**.  Failure to do so will result in dismissal of

Plaintiff's case for failure to prosecute.


**SO ORDERED** this 31st day of May 2023.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

1