IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Edgar Dickerson
1:16-cv-01055-RLY-TAB

**ORDER ON MAY 25, 2023, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel May 25, 2023, for a telephonic status conference. Plaintiff and counsel confirmed this case is settled. The parties shall file a stipulation of dismissal within 28 days.

Date: 5/31/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Anna Rol is responsible for serving Plaintiff Edgar Dickerson via U.S. Mail.