IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
William Constable
Case No. 1:18-cv-1368-RLY-TAB

### ORDER ON MAY 31, 2023, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel May 31, 2023, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 24069.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 24097.] Accordingly, Plaintiff shall show cause by June 14, 2023, why sanctions should not issue for Plaintiff's failure to attend this conference as ordered. **This matter is set for a telephonic status conference at 4 p.m. (Eastern Time) on June 21, 2023**, to address Plaintiff's show cause response. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action. Plaintiff's motion to withdraw [Filing No. 24069] shall remain under advisement.

Date:  5/31/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Willard J. Moody, Jr. is responsible for serving Plaintiff William Constable via U.S. Mail.