IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
Anthony London
1:19-cv-04177-RLY-TAB
_____

**ORDER ON MAY 25, 2023, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel May 25, 2023, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 23882.] Based upon statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Moreover, Plaintiff requested that his current counsel be permitted to withdraw. Accordingly, the motion to withdraw is granted and the appearance of Anna Rol, Charles Orr, and the law firm of Baron & Budd, P.C. are withdrawn on behalf of Plaintiff. The Court encouraged Plaintiff to find replacement counsel. Nevertheless, Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether he has counsel. The Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 8162 Wooded Terrace Ln., Humble, TX 77338. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 5/31/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail.

Anthony London
8162 Wooded Terrace Ln.,
Humble, TX 77338,