IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Terri Sottile
1:20-cv-02781-RLY-TAB

**ORDER ON MAY 25, 2023, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel May 25, 2023, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 23884]. The Court finds that there is not an irretrievable breakdown in the attorney client relationship. Plaintiff's motion to withdraw is denied. [Filing No. 23884.]

Date: 5/31/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Anna Rol is responsible for serving Plaintiff Terri Sottile via U.S. Mail.