IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):

PATRICIA A. OGLINSKY

Civil Case#    1:2019cv04856

## NOTICE OF ERRATA AND NOTICE OF CHANGE OF FIRM NAME

Plaintiff respectfully submits this errata to Plaintiff's Short Form Complaint filed December 9, 2019. Due to an inadvertent clerical error, Plaintiff's law firm's name was erroneously identified as "Dalimonte Rueb Law Group LLP." The correct firm name at the time was Dalimonte Rueb Stoller, LLP.

Plaintiff further provides notice that the name of the law firm Dalimonte Rueb Stoller, LLP, has since been changed. The Firm's new name is Rueb Stoller Daniel, LLP. All further communication should be directed as follows:

>  Jennifer Rethemeier
>  Rueb Stoller Daniel, LLP
>  2425 East Camelback Rd., Suite 500
>  Phoenix, Arizona. 85016
>  jennifer.rethemeier@lawrsd.com
>  602-892-0341

<<Signature on Next Page>>

Dated: June 1, 2023

                                          Respectfully submitted,

                                          */s/ Jennifer Rethemeier*
                                          Jennifer Rethemeier
                                          **RUEB STOLLER DANIEL, LLP**
                                          2425 E. Camelback Road, Suite 500
                                          Phoenix, Arizona 85016
                                          Tel: (602) 892-0341
                                          Fax: (855) 203-2035
                                          jennifer.rethemeier@lawrsd.com
                                          ***Lead Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing document, Notice of Errata and Notice of Change of Firm Name, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                          */s/ Jennifer Rethemeier*
                                          Jennifer Rethemeier