IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MAXIE KNOX

Civil Case # 1:19-cv-03938

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Maxie Knox and files this motion to substitute her surviving son, Randy Knox, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Maxie Knox filed the present action in the United States District Court of the Southern District of Indiana on September 17, 2019.

2. Plaintiff Maxie Knox died on November 30, 2022.

3. On June 2, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [24330] and Doc. No. [9]. Plaintiff's counsel recently learned of the death of Ms. Knox after filing the lawsuit and contacting his son.

4. Randy Knox, surviving son, is the proper party plaintiff to substitute for Plaintiff-decedent Maxie Knox and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any

party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Randy Knox as the proper party plaintiff in this action.

Respectfully submitted June 2, 2023.

*/s/ David M. Langevin*
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 2, 2023

/s/ David M. Langevin
David M. Langevin