# EXHIBIT A

Case 1:14-ml-02570-RLY-TAB   Document 24339-1   Filed 06/05/23   Page 1 of 2 PageID #: 138012

# EXHIBIT FILED SEPARATELY UNDER SEAL PURSUANT TO CMO # 29