UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                  No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                   MDL No. 2570

_____

This Document Relates to the Following Cases:

Darrin Hogue, 1:19-cv-01705

_____

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 6th day of June 2023.


Roger Sharpe, Clerk
United States District Court                    RICHARD L. YOUNG, JUDGE
                                                United States District Court
_____                     Southern District of Indiana
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.