UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:
Dionne Parmley and George Parmley
Civil Case No. 1:16-cv-03458-RLY-TAB
-----------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

I, Randi Kassan, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the ORDER ON MAY 11, 2023 TELEPHONIC STATUS CONFERENCE, and ORDER DISMISSING CASE, on Plaintiffs Dionne Parmley and George Parmley by Federal Express to Plaintiffs' last known address.

Copies of the Affidavit of Mailing and Proof of Delivery are attached hereto.

- Federal Express – Delivered June 2, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: June 6, 2023

/s/ Randi Kassan
Randi Kassan, Esq.

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                        SS:
COUNTY OF NASSAU

Andy Moreno, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Nassau County in the State of New York.

I served a true copy of the annexed

**ORDER ON MAY 11, 2023 TELEPHONIC STATUS CONFERENCE, AND ORDER DISMISSING CASE**

On May 25, 2023

By electronic mail, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of New York, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 772255388897**
Dionne Parmley
27622 Audrey Ave.
Warren, MI 48092

_____
Andy Moreno

Sworn to before me May 25, 2023

_____
NOTARY PUBLIC

ARNOLD POORAN
Notary Public, State of New York
Reg. No. 01PO6232753
Qualified in Queens County
Commission Expires December 27 2026

June 06, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772255388897

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Ground | | |
| Special Handling: | | | Warren, MI, |
| | | Delivery date: | Jun 2, 2023 13:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772255388897 | Ship Date: | May 30, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:  
Warren, MI, US,

Shipper:  
GARDEN CITY, NY, US,

Reference                 155821

Proof-of-delivery details appear below; however, no signature is available for this FedEx Ground shipment because a signature was not required.

Thank you for choosing FedEx