**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: *Gayle McCleary-Watkins* Civil Case No. 1:16-cv-03486-RLY-TAB | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local R. 83.7(b), Michael Daly and the law firm of Pogust Goodhead, LLC (formerly Pogust Braslow & Millrood LLC) respectfully request that this Court allow the aforementioned to withdraw as counsel for this matter on the grounds:

1. That, unfortunately, there exists irreconcilable conflicts between counsel at Milberg Coleman Bryson Phillips Grossman, PLLC, Pogust Goodhead LLC, and Plaintiff relating to the continuation of the claims in the above captioned action.

2. Co-counsel Milberg Coleman Bryson Phillips Grossman, PLLC, on behalf of themselves and undersigned counsel, provided Plaintiff with a Motion to Withdraw by certified mail and first-class mail on January 19, 2023, to Plaintiff's last known address. Affidavits of service and mailing are attached to co-counsel's previously filed Motion to Withdraw in this matter. A copy of the present Motion to Withdraw is being forwarded to Plaintiff via FedEx at which time undersigned counsel will file an affidavit of service with the Court.

3. Plaintiff's last known address and telephone number are:

Gayle McCleary-Watkins
7219 Park Heights Avenue, Apt. 104
Baltimore, MD 21208
(410) 206-8001

4. No trial dates are currently set in this case in which withdrawal is requested.

6. On Thursday May 11, 2023, Plaintiff appeared via telephone conference for a hearing on co-counsel's previously filed Motion to Withdraw where she acknowledged receipt of the same. Plaintiff expressed no objections to counsel's withdrawal from the above listed matter and requested time to identify and retain new counsel in this matter. At the conclusion of the hearing, the Court instructed the law firm of Pogust Goodhead, LLC to file a separate motion to withdraw in this matter. This motion follows.

8. WHEREFORE, the undersigned respectfully requests that the Court enter an order relieving Pogust Goodhead LLC as attorneys for the Plaintiff, and provide any other relief which the court deems just and proper.

Dated: June 6, 2023

          Respectfully submitted,

By:    */s/ Michael G. Daly*
      Michael Daly, Esq (PA – 309911)
      **POGUST GOODHEAD LLC**
      161 Washington Street, Ste. 250
      Conshohocken, PA 19428

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing. Dated: June 6, 2023

By:    */s/ Michael G. Daly*
      Michael Daly, Esq (PA – 309911)
      Pogust Goodhead LLC
      161 Washington Street, Ste. 250
      Conshohocken, PA 19428