**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br>*Gayle McCleary-Watkins*<br>Civil Case No. 1:16-cv-03486-RLY-TAB | |

**[PROPOSED] ORDER GRANTING THE MOTION OF POGUST GOODHEAD, LLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

THIS MATTER having been opened to the Court by Pogust Goodhead, LLC, attorneys for the Plaintiff, and the Court having considered the papers filed in support and in opposition thereto, if any, and for other good cause being shown, it is on this _____ day of _____, 2023 ORDERED that Pogust Goodhead LLC are hereby relieved as counsel for the Plaintiff, GAYLE MCCLEARY-WATKINS, and it is further ORDERED that a copy of this Order shall be served upon all counsel of record within _____ days of receipt.

_____
Honorable Tim A. Baker
United States Magistrate Judge