UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Lead Case No. 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to Plaintiff: *Gayle McCleary-Watkins* Civil Case No. 1:16-cv-03486-RLY-TAB | |

### ORDER GRANTING THE MOTION OF POGUST GOODHEAD, LLC TO WITHDRAW AS COUNSEL FOR PLAINTIFF

THIS MATTER is before the Court on Pogust Goodhead, LLC (formerly Pogust Braslow & Millrood LLC), attorneys for the Plaintiff, Motion to Withdraw as Counsel for Plaintiff and the Court having considered, and for other good cause being shown, hereby grants the motion. [Filing No. 24359.]

IT IS THEREFORE ORDERED that Pogust Goodhead, LLC (formerly Pogust Braslow & Millrood LLC) are hereby relieved as counsel for the Plaintiff, GAYLE MCCLEARY-WATKINS.

Date: 6/7/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Michael Daly is responsible for serving Plaintiff Gayle McCleary-Watkins via U.S. Mail.