IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:
Gayle McCleary-Watkins
Case No. 1:16-cv-03486-RLY-TAB
_____

**ORDER ON MAY 11, 2023, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel May 11, 2023, for a telephonic status conference to address counsel for Plaintiff's motion to withdraw, which the Court previously denied. [Filing Nos. 23697, 23925.] Based upon statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Moreover, Plaintiff requested that her current counsel be permitted to withdraw. Accordingly, the Court now reconsiders Plaintiff's counsel's motion to withdraw and grants it. The appearance of Randi Kassan is withdrawn on behalf of Plaintiff. The Court encouraged Plaintiff to find replacement counsel. Nevertheless, Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether they have counsel. The Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 7219 Park Heights Avenue, Apt. 104, Baltimore, MD 21208. Plaintiff is required to file a notice with the Court if there is any change in this information.

Date: 6/7/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail.

Gayle McCleary-Watkins
7219 Park Heights Avenue, Apt. 104
Baltimore, MD 21208