# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |ашей
| **This Document Relates to Plaintiff(s):**<br><br>William Constable<br><br>**Civil Case#: 1:18-cv-1368** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Order to Show Cause was served via Federal Express upon William Constable, 158 Main Street, Tidioute, PA 16351 on June 02, 2023.

Signed this 8th day of June, 2023

> */s/ Willard J. Moody, Jr.*
> Willard J. Moody, Jr.

1