# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>William Constable<br><br>Civil Case#: 1:18-cv-1368 | |

## AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE

I, Willard J. Moody, Jr., Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a notice of the Order to Show Cause on William Constable, by Federal Express to Plaintiff's last known address.

A copy of the Proof of Delivery is attached hereto:

- Federal Express-Delivered June 2, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: June 09, 2023

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr., Esq.

**FedEx**

June 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772321829646

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | W.CONSTABLE | Delivery Location: | 158 MAIN ST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | TIDIOUTE, PA, 16351 |
| | | Delivery date: | Jun 2, 2023 14:10 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 772321829646 | Ship Date: | Jun 1, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
William Constable, William Constable
158 Main Street
TIDIOUTE, PA, US, 16351

**Shipper:**
Renee Stuart, The Moody Law Firm
500 Crawford Street
Suite 200
Portsmouth, VA, US, 23704

Reference      17MT-37717/ 092



## AFFIDAVIT OF SERVICE

STATE OF VIRGINIA

SS:

COUNTY OF PORTSMOUTH

Amy L. Stone, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the State of Virginia.

I served a true copy of the annexed notice of the Order to Show Cause

June 02, 2023

By sending in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of Virginia, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number: 772321829646**
William Constable
158 Main Street
Tidioute, Pennsylvania 16351

Amy L. Stone

Sworn to before me on 6/9/23

Renee Stuart
NOTARY PUBLIC

RENEE STUART
NOTARY PUBLIC
REGISTRATION # 210544
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 04/30/2025

1



WILLARD J. MOODY, SR. VA
1924-2019
WILLARD J. MOODY, JR. VA FL WV NC
CLAUDE W. ANDERSON, JR. VA NC
MICHAEL R. DAVIS VA WV
JONATHAN L. STONE VA WV
JOHN H. COSTON, IV VA
AMY L. STONE VA NC
DAVID S. SCHNITZER VA FL WV

MASS TORT
500 Crawford Street
Post Office Box 1138
Portsmouth, Virginia 23705
(757) 393-6020
(800) 793-4816
Fax: (757) 399-3019
www.moodyrrlaw.com

MICHAEL T. SCIANCALEPORE
Chief Financial Officer

THOMAS J. TERRELL, JR.
Director of Administration

June 1, 2023

<u>Via Federal Express Overnight Delivery</u>

William Constable
158 Main Street
Tidioute, Pennsylvania 16351

Re: Cook IVC Filter Case
17MT-37717

Dear Mr. Constable:

I am writing to notify you that, as we had previously advised, a telephonic status conference was held yesterday, May 31, 2023, to address our motion to withdraw as counsel. Contrary to the order setting this conference, you failed to appear. Accordingly, The Magistrate Judge has issued an order for you to show cause by June 14, 2023, why sanctions should not issue for your failure to attend that conference as ordered. Please file an appropriate response by this deadline.

This matter is set for a telephonic status conference at **4 p.m. (Eastern Time)** on **June 21, 2023**, to address your show cause response. You are to participate in this conference by phone by calling Chambers directly at **317-229-3660**, to participate in this conference. If you fail to attend this conference, the Magistrate Judge will recommend dismissal of your case.

Thank you for your attention to this matter.

Sincerely,

Willard J. Moody, Jr.

WJMJr/als