# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>William Constable<br><br>Civil Case#: 1:18-cv-1368 | |

## AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE

I, Willard J. Moody, Jr., Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving the Order to Show Cause on William Constable, by Federal Express to Plaintiff's last known address.

A copy of the Proof of Delivery is attached hereto:

- Federal Express-Delivered June 12, 2023

I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: June 12, 2023

/s/ Willard J. Moody, Jr.<br>
Willard J. Moody, Jr., Esq.

1

**FedEx**

June 12, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772400163327

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | 158 MAIN ST |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | TIDIOUTE, PA, 16351 |
| | | Delivery date: | Jun 12, 2023 10:20 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772400163327 | Ship Date: | Jun 9, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
William Constable, William Constable
158 Main Street
TIDIOUTE, PA, US, 16351

Shipper:
Renee Stuart, The Moody Law Firm
500 Crawford Street
Suite 200
Portsmouth, VA, US, 23704

Reference         17MT-37717/ 092

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

## AFFIDAVIT OF SERVICE

STATE OF VIRGINIA

SS:

COUNTY OF PORTSMOUTH

Amy L. Stone, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the State of Virginia.

I served a true copy of the annexed Order to Show Cause

Which was delivered to the addressee on June 12, 2023

By sending in a sealed envelope, with postage prepaid thereon, in a FedEx or official depository of the FedEx within the State of Virginia, addressed to the last known address of the addressee as indicated below:

**FedEx Tracking Number:** 772400163327
William Constable
158 Main Street
Tidioute, Pennsylvania 16351

_____
Amy L. Stone

Sworn to before me on  6/12/23

_Renee Stuart_
NOTARY PUBLIC

RENEE STUART
NOTARY PUBLIC
REGISTRATION # 210544
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 04/30/2025

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
William Constable
Case No. 1:18-cv-1368-RLY-TAB

### ORDER ON MAY 31, 2023, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel May 31, 2023, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 24069.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 24097.] Accordingly, Plaintiff shall show cause by June 14, 2023, why sanctions should not issue for Plaintiff's failure to attend this conference as ordered. **This matter is set for a telephonic status conference at 4 p.m. (Eastern Time) on June 21, 2023**, to address Plaintiff's show cause response. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action. Plaintiff's motion to withdraw [Filing No. 24069] shall remain under advisement.

Date: 5/31/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana