UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
Ernie Scott, Civil Case No. 1:20-cv-196

**COOK DEFENDANTS' AGREED
MOTION TO EXTEND FACT DISCOVERY DEADLINE**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of the June 16, 2023 fact discovery deadline through June 22, 2023 for the limited purpose of taking the deposition of John Moriarty, M.D. In support of this Motion, the Cook Defendants state as follows:

1. The current deadline for completing fact discovery in this matter is June 16, 2023. *See* Dkt. 24082, Case Management Order #31.

2. Due to scheduling conflicts of the parties and the deponent, the Cook Defendants were unable to schedule of the deposition of John Moriarty, M.D., one of Plaintiff's treating physicians, until June 22, 2023.

3. Accordingly, the Cook Defendants request that the Court extend the June 16, 2023 fact discovery deadline through June 22, 2023 for the limited purpose of taking the deposition of John Moriarty, M.D.

4. The Cook Defendants have conferred with Plaintiff's counsel regarding this Motion, and Plaintiff's counsel has agreed to the proposed extension.

1

WHEREFORE, the Cook Defendants respectfully request that the Court grant their Motion to extend the fact discovery deadline through **June 22, 2023** for the limited purpose of taking the deposition of John Moriarty, M.D.

Dated: June 12, 2023

Respectfully Submitted,

/s/ Jessica Benson Cox
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:      (317) 237-0300
Facsimile:       (317) 237-1000
jessica.cox@faegredrinker.com
andrea.pierson@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:      (260) 424-8000
Facsimile:       (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th of June, 2023, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Jessica Benson Cox