AFFIDAVIT OF SERVICE


P9214875

FLINT COOPER, LLC   HOPE JONES
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
CHARLES HATTABAUGH
                                                    PLAINTIFF
                          - vs -
COOK INCORPORATED, ETAL
                                                    DEFENDANT

index No. 1:23-cv-00694-JLT-CDB
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF Indiana, COUNTY OF Marion :SS:

Christina Gregory, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of Indiana
On 5/17/2023 at 1:37 pm,
at C/O CORPORATION SERVICE COMPANY 135 N PENNSYLVANIA ST, SUITE 1610  INDIANAPOLIS, IN 46204

deponent served the within CIVIL COVER SHEET, SUMMONS AND COMPLAINT on: COOK MEDICAL LLC, the DEFENDANT therein named.

___ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

X  #2 CORPORATION   By delivering a true copy of each personally to Kiana Roudebush, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the DEFENDANT.
Deponent knew the person so served to be the Legal Processor of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find DEFENDANT or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by

___ #5 MAIL COPY   On ___ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X  #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
Sex: F   Color: white   Hair: brown
Age: 25   Height: 5'4"   Weight: 125
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the DEFENDANT in the amount of $___

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the DEFENDANT was presently in military service of the United States Government or of the State of ___ and was informed that DEFENDANT was not.

#9 OTHER

_____   5/17/23         Christina Gregory
NOTARY NAME & DATE

Jillian Newkirk
Notary Public Seal State of Indiana
Marion County
Number NP0735??
Commission Expires 1/8/20??

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-9214875