UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) 1:14-ml-02570-RLY-TAB ) MDL No. 2570 ) |
| This Document Relates to: | ) ) ) |
| Alonda Parson, 1:18-cv-00846 | ) ) |

# FINAL JUDGMENT

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 13th day of June 2023.

_____
RICHARD L. YOUNG, JUDGE
Roger Sharpe, Clerk                 United States District Court
United States District Court        Southern District of Indiana

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.