UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Ursula A. Foley, 1:18-cv-00831

_____

## FINAL JUDGMENT

Today, the court granted the Cook Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28. Therefore, the court enters final judgment in favor of the Cook Defendants and against the Plaintiff, Ursula A. Foley.

**SO ORDERED** this 13th day of June 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1