# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

CARLOS MORENO

Civil Case # 1:23-cv-07033-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Respectfully submitted:

*/s/ Carrie R. Capouellez*
Carrie R. Capouellez, Esquire
PA Attorney ID: 91578
Lopez McHugh, LLP
214 Flynn Avenue
Moorestown, NJ 08057
Telephone: (856) 273-8500
Facsimile: (856) 273-8502
Email: ccapouellez@lopezmchugh.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Carrie R. Capouellez*
Carrie R. Capouellez, Esquire