IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)  CARLOS MORENO

Civil Case #  1:23-cv-07033-RLY-TAB

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   CARLOS MORENO

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Not applicable.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Not applicable.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   California

6. Plaintiff's/Deceased Party's current state of residence:

   California

7. District Court and Division in which venue would be proper absent direct filing:

   Not applicable; this case was originally filed in the Central District of California and transferred to the MDL

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical, LLC

   ☑ William Cook Europe APS

9. Basis of Jurisdiction
   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   PARAGRAPHS 6 THROUGH 28

   b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip Vena Cava Filter
    ☑ Cook Celect Vena Cava Filter
    ☐ Günther Tulip Mreye
    ☐ Cook Celect Platinum
    ☐ Other: _____

11. Date of implantation as to each product:

    On or about May 10, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Northridge Hospital Medical Center, Northridge, CA

13. Implanting Physician(s):

    Rajiv Pai, M.D.

14. Counts in the Master Complaint brought by Plaintiffs:

    ☑ Count I:    Strict Products Liability - Failure to Warn
    ☑ Count II:   Strict Products Liability - Design Defect
    ☑ Count III:  Negligence
    ☑ Count IV:   Negligence *Per Se*

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of California Laws Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in the space, immediately below)

15. Attorney for Plaintiffs:

RAMON ROSSI LOPEZ; CARRIE R. CAPOUELLEZ

16. Address and bar information for Attorney for Plaintiffs:

LOPEZ McHUGH LLP

Ramon Rossi Lopez, CA Bar. No.86361, 120 Vantis Dr. Ste. 430, Aliso Viejo, CA 92656

Carrie R. Capouellez, PA Bar ID 81578, 214 Flynn Ave., Moorestown, NJ  08057

Date: June 13, 2023

Respectfully submitted,

By: s/ *Carrie R. Capouellez*
Carrie R. Capouellez (PA Bar ID 91578)
**LOPEZ McHGH LLP**
214 Flynn Avenue
Moorestown, NJ  08057
(856) 273-8500
(856) 273-8502 (fax)
ccapouellez@lopezmuchugh.com

Ramon Rossi Lopez (CA Bar No. 86361)
**LOPEZ McHUGH LLP**
120 Vantis Drive, Suite 430
Aliso Viejo, CA  92656
(949) 737-1501
(949) 737-1504 (fax)
rlopez@lopezmchugh.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

    /s/  Carrie R. Capouellez