**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to
Ernie Scott, Civil Case No. 1:20-cv-196

**ORDER GRANTING COOK DEFENDANTS'**
**AGREED MOTION TO EXTEND FACT DISCOVERY DEADLINE**

This matter has come before the Court on the Cook Defendants' Agreed Motion to Extend Fact Discovery Deadline. The Court, having reviewed the Cook Defendants' Motion and being otherwise duly advised, finds that good cause exists and grants the motion. [Filing No. 24416.]

IT IS THEREFORE ORDERED THAT the June 16, 2023 fact discovery deadline is extended through June 22, 2023 for the limited purpose of taking the deposition of John Moriarty, M.D.

Date: 6/14/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record