IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                            MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Jessica Gehner_____

Civil Case # 1:16-cv-1166

## ORDER

Plaintiff's Motion to Reconsider the Court's Entry on Defendant's Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (CM/ECF Mast. Doc. 24128/ Ind. Doc. 67) is hereby GRANTED.  Defendant's Motion for Judgment Pursuant to CMO-28 (CM/ECF Doc. 16201) is hereby DENIED with respect to Plaintiff's product liability and breach of implied warranty claims, and those claims shall proceed.  Plaintiff's express warranty and consumer protection claims are hereby dismissed.

**SO ORDERED**:                          _____
                                         Richard L. Young, JUDGE          Dated
                                         United States District Court
                                         Southern District of Indiana