UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,          Lead Case No. 1:14-ml-02570-RLY-TAB
IVC FILTERS MARKETING, SALES          MDL No. 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:
Lisa Goetz Bouknight and John K. Bouknight
Civil Case No. 1:17-cv-03435-RLY-TAB
-----------------------------------------------------X

**AFFIDAVIT OF COMPLIANCE AND PROOF OF SERVICE**

       I, Charles Paglialunga, Esq., hereby state and affirm I have complied with Local Rule 83-7(b), by serving a copy of the ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS on Plaintiffs Lisa Goetz Bouknight and John K. Bouknight by US Mail as specified I the order to Plaintiffs' last known address.

       Attached is the Affidavit of Service.

       I verify the statements made in this Affidavit are true and correct to my knowledge.

Dated: June 14, 2023

                                                                Charles Paglialunga, Esq.

## AFFIDAVIT OF SERVICE

STATE OF ARIZONA
                    SS:
COUNTY OF MARICOPA

Charles Paglialunga, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Maricopa County in the State of Arizona.

I served a true copy of the annexed

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

On 6/14/2023

By mailing the same in a sealed envelope, with postage prepaid thereon, via US Mail, addressed to the last known address of the addressee as indicated below:

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

_____
Charles T. Paglialunga

Sworn to before me on 06/14/2023

_____
NOTARY PUBLIC

MARIA TICHY
Notary Public -- Arizona
Maricopa County
My Commission Expires
March 30, 2024

## AFFIDAVIT OF SERVICE

STATE OF ARIZONA

SS:

COUNTY OF MARICOPA

Charles Paglialunga, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Maricopa County in the State of Arizona.

I served a true copy of the annexed

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

On 6/14/2023

By mailing the same in a sealed envelope, with postage prepaid thereon, via US Mail, addressed to the last known address of the addressee as indicated below:

Lisa Goetz Bouknight
63525 Gold Spur Way
Bend, OR 97701

Charles T. Paglialunga

Sworn to before me on 06/14/2023

NOTARY PUBLIC

MARIA TICHY
Notary Public -- Arizona
Maricopa County
My Commission Expires
March 30, 2024