IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Igor Khasidov

Civil Case # 1:16-cv-02562-RLY-TAB

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed *with prejudice* against all Defendants, with each party to bear its own costs.

DATED:  June 20, 2023.

| | |
|---|---|
| */s/ Ben C. Martin*<br>Ben C. Martin, TX Bar No. 13052400<br>Ben Martin Law Group<br>3141 Hood Street, Ste. 600<br>Dallas, TX 75219<br>T:  (214) 761-6614<br>F:  (214) 744-7590<br>bmartin@bencmartin.com<br>**Counsel for Plaintiff** | */s/ Kip S.M. McDonald*<br>Kip S.M. McDonald, #29370-49<br>Faegre Drinker Biddle & Reath LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204, USA<br>T:  (317) 237-1485<br>F:  (317) 237-1000<br>kip.mcdonald@faegredrinker.com<br>**Counsel for Defendants** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ben C. Martin
Ben C. Martin