IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Igor Khasidov

Civil Case # 1:16-cv-02562-RLY-TAB

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice, filed on June 20, 2023. The Parties stipulate and agreed that the above-captioned case be dismissed with prejudice, with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

**IT IS ORDERED** that the case is hereby **CLOSED.**

SIGNED this _____ day of _____, 2023.

_____
United States District Judge