# EXHIBIT A

| Messaging | Visits | My Medical Record | Billing | Preferences | Res |



# CT-ABDOMEN & PELVIS W CONT - Details

## Details

## Impression

IMPRESSION:

1. Nonobstructing renal calculus measuring 9 x 3.8 x 4.9 cm lower pole right kidney

2. Small left ovarian cyst identified and IUD in place in the uterus as well as fallopian tube Essure occlusion devices

3. No sign of any free fluid or active inflammation with normal-appearing gallbladder and appendix

4. IVC filter in place with no sign of any bowel obstruction or adenopathy appreciated

Signed By: Munschauer, Philip

## Component Results

There is no component information for this result.

## General Information

Collected: 02/10/2014 8:05 AM
Resulted: 02/10/2014 8:13 AM
Ordered By: Gail L. Bongiovanni, MD
Result Status: Final result

This test result has been released by an automatic process.

Back to the Test Results List