IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>DEBORAH JOHNSON<br><br>Civil Case # 1:16-cv-02668-RLY-TAB | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Deborah Johnson, dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:16-cv-02668-RLY-TAB. This dismissal shall have no bearing on the claims brought against all Defendants as to Plaintiff Michael Johnson. Each side will bear its own costs.

Date: June 21, 2023

Respectfully Submitted,

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | FAEGRE DRINKER BIDDLE & REATH, LLP |
| By: */s/ Randi Kassan* | By: */s/ Andrea Roberts Pierson* |
| Randi Kassan<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Telephone: (516) 741-5600<br>Fax:(516)741-0128<br>rkassan@milberg.com | Andrea Roberts Pierson<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com |
| ***Counsel for Plaintiff*** | ***Counsel for Defendants*** |