IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

IRVING ORTIZ

Civil Case # 1:16-cv-02709-RLY-TAB

STIPULATION OF
DISMISSAL WITH
PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Irving Ortiz,

dismisses all claims in this matter with prejudice against all Defendants in this action,

Civil  Case No. 1:16-cv-02709-RLY-TAB. This dismissal shall have no bearing on the

claims brought against all Defendants as to Plaintiff Deborah Ortiz. Each side will bear its

own costs.

Date: June 21, 2023                                     Respectfully Submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By:     /s/ Randi Kassan
        Randi Kassan
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Telephone: (516) 741-5600
        rkassan@milberg.com

        **Counsel for Plaintiff**

FAEGRE DRINKER BIDDLE &
REATH, LLP

By:     /s/ Andrea Roberts Pierson
        Andrea Roberts Pierson
        300 North Meridian Street, Suite 2500
        Indianapolis, IN 46204
        Telephone: (317) 237-0300
        Fax: (317) 237-1000
        andrea.pierson@faegredrinker.com
        **Counsel for Defendants**