IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>NANCY PAYNE<br><br>Civil Case # 1:16-cv-02511-RLY-TAB | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Nancy Payne, dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:16-cv-02511-RLY-TAB. This dismissal shall have no bearing on the claims brought against all Defendants as to Plaintiff Gregory Payne. Each side will bear its own costs.

Date: June 21, 2023                                                Respectfully Submitted,

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | FAEGRE DRINKER BIDDLE & REATH, LLP |
| By:   */s/ Randi Kassan*<br>Randi Kassan<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Telephone: (516) 741-5600<br>rkassan@milberg.com<br><br>**Counsel for Plaintiff** | By:   */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com<br>**Counsel for Defendants** |