IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
William Constable
1:18-cv-01368-RLY-TAB

## ORDER ON JUNE 21, 2023, TELEPHONIC STATUS CONFERENCE

Plaintiff appeared in person and by counsel June 21, 2023, for an *ex parte* telephonic status conference to address counsel for Plaintiff's motion to withdraw. [Filing No. 24069.] Based upon statements made during the conference, there is clearly a breakdown in the attorney-client relationship. Therefore, the motion to withdraw is granted. The appearance of Willard J. Moody , Jr. is withdrawn on behalf of Plaintiff.  The Court encouraged Plaintiff to find replacement counsel. Nevertheless, Plaintiff is responsible for meeting all deadlines and case obligations regardless of whether they have counsel. The Plaintiffs' Leadership Committee shall be responsible for serving all filings and orders in this matter only on Plaintiff at the following address: 158 Main Street, Tidioute, Pennsylvania 16351. Plaintiff is required to file a notice with the Court if there is any change in this information.

In addition, the show cause order [Filing No. 24294] is discharged.

Date: 6/22/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Willard J. Moody, Jr. is responsible for serving Plaintiff William Constable via U.S. Mail.