# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Ernie R. Scott, Civil Case No. 1:20-cv-196

## MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES

Plaintiff Ernie R. Scott moves the Court for an extension of the related pre-trial deadlines, as detailed below. We met and conferred with Cook defense counsel Eric Friedman and Jessica Cox, however, they do not agree with the number of days extension to which we are requesting. This is the first request for an extension in this matter. In support of this motion, the Plaintiff state as follows:

1. Under Rule 16(b)(4), the decision to extend pretrial deadlines is within the Court's discretion upon a showing of good cause. The Plaintiff submits there is good cause to extend the pre-trial deadlines. The facts and reasons supporting the Plaintiffs' requests are detailed below.

2. This is a complex medical product liability case in connection with an IVC Filter implant surgery that Plaintiff underwent in April 2017.

3. Plaintiff's case was set in September 2022 as a bellwether trial case.

4. Upon being set Plaintiff counsel contacted our experts to begin preparation of expert reports. Plaintiff experts requested radiology films that were not contained in our original medical record collection.

5. A request for medical records, specifically for all venograms and images, was mailed as a hard copy to Harbor UCLA Medical Center on February 27, 2023.

6. Harbor UCLA Medical Center mailed us a breakdown of the records CD on March 9, 2023. However, no images or venograms were produced. We were directed to mail a $21 cashier's check to obtain the CD and did so that same day.

7. Our office received medical records from Harbor UCLA Medical Center on March 22, 2023, in response to our request. However, the images and venograms again were not produced.

8. We called the records department at Harbor UCLA on 03/28/2023 to follow up. We were told that our cashier's check was not yet received. On April 4, 2023, we followed up again with their records department and were informed that the records CD would be mailed to our office.

9. We reached out to the records department at Harbor UCLA again on April 28 and were informed that our cashier's check was received, and our order was processed. We were informed that we would receive the records CD within two weeks.

10. We did not receive a CD records breakdown from UCLA until June 7, 2023. Upon receipt, we mailed a cashier's check via FED-EX Overnight service along with the CD breakdown as instructed on June 7. Our tracking number did indicate that our mail was delivered on June 8, 2023. We called UCLA and was informed that our mail was received, and it could take an additional 15 business days for them to release the films on a CD to our office.

11. The Plaintiff respectfully requests an extension of the expert disclosure dates by 30 days—the first requested extension—so plaintiff can properly complete fact and expert discovery.

| Action or Event | Current Deadline | Requested Deadline |
|---|---|---|
| Fact Discovery Closes | June 16, 2023 | July 16, 2023 |
| Plaintiff's Expert Report Disclosure | June 16, 2023 | July 16, 2023 |
| Defendant's Expert Report Disclosure | June 30, 2023 | July 30, 2023 |
| Plaintiff Rebuttal Expert Reports | July 10, 2023 | August 10, 2023 |
| Preliminary Witness and Exhibit Lists | July 14, 2023 | August 14, 2024 |
| Expert Discovery Closes | August 4, 2023 | September 4, 2024 |
| Daubert and Dispositive Motions | September 8, 2023 | October 8, 2024 |
| Deposition Designations | September 15, 2023 | October 15, 2023 |
| Counter Depo Designations and Objections | September 25, 2023 | October 25, 2023 |
| Responses to Daubert and Dispositive Motions | September 22, 2023 | October 22, 2023 |
| Replies to Daubert and Dispositive Motions | September 29, 2023 | October 29 2023 |
| Motions in Limine and to Bifurcate Issues and Claims | October 6, 2023 | November 6, 2023 |
| Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations | October 9, 2023 | November 9, 2023 |

3

| **Action or Event** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings | October 20, 2023 | November 20, 2023 |
| Responses to Motions in Limine and to Bifurcate Issues and Claims | October 20, 2023 | November 20, 2023 |
| Final Witness List and Notice of Witnesses to Attend Trial | October 23, 2023 | November 23, 2023 |
| Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment | October 30, 2023 | November 30, 2023 |
| Jury Instructions & Verdict Forms | November 3, 2023 | December 3, 2023 |
| Hearing on Daubert, Summary Judgment, and In Limine Motions | TBD | |
| Final Pretrial Conference | TBD | |
| Jury Selection | TBD | |
| Trial Start Date | December 4, 2023 | December 4, 2023 |

**CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated:  June 22, 2023                    Respectfully Submitted,

**/s/ Joseph H. Saunders**
Joseph H. Saunders
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd N, Suite 200
Pinellas Park, FL 33781
P: (727) 579-4500, F: (727) 577-9696
joe@saunderslawyers.com
Attorney for Plaintiff Ernie R. Scott