# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ernie R. Scott

Civil Case # 1:20-cv-00196-RLY-TAB

### [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES

ON THIS DAY came for consideration Plaintiff Ernie R. Scott's Motion to Extend Trial and Pre-Trial Deadlines in this case. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Plaintiff is hereby granted an Extension of Trial and Pre-Trial deadlines.

**SO ORDERED** this _____ day of _____, 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.