IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

KATHERINE A. BLOSSER
                          Plaintiff(s)

   vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                         Defendants.

*Civil Case #:* 1:19-cv-02596

-------------------------------------------------------------X

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 20, 2023

                        Respectfully submitted,

                        WEITZ & LUXENBERG, P.C.
                        *Attorneys for Plaintiff(s)*


                        By:   /s/Melinda D. Nokes
                            Melinda D. Nokes (Pro hac vice-CA Bar #167787

                        1880 Century Park East, Suite 700
                        Los Angeles, CA 90067
                        Phone: (310) 247-0921
                        Fax: (310) 786-9927
                        Email:  MNokes@weitzlux.com