IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Pattie Robison - 1:16-cv-1080-RLY-TAB

**ORDER ON JUNE 22, 2023, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff to attend a telephonic status conference on May 25, 2023, to address her counsel's motion to withdraw. [Filing No. 23724.] Plaintiff failed to appear as ordered and the Court then issued an order setting a second conference for June 22, 2023. The Court also ordered Plaintiff to show cause by June 13, 2023, why Plaintiff should not be sanctioned, and why her case should not be dismissed, due to her failure to appear for the May 25th conference. [Filing 24291.] Plaintiff's counsel appeared at the June 22, 2023, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 6/22/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record
 via the Court's ECF system and to the following via U.S. Mail:

Pattie Robison
370 Tarlton Rd.
Circleville, OH 43113