IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

DORIS BRADY, INDIVIDUALLY, AND
AS THE ADMINISTRATRIX OF THE ESTATE
OF, ROLANDA L. BRADY

                         Plaintiff(s)

   vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                         Defendants.

*Civil Case #: 1:18-cv-02240*

------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:        The Clerk and all parties of record:

       I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiff in this case for Plaintiff, Doris Brady, Individually, and as the Administratrix of the Estate of, Rolanda L. Brady.

Date:  June 20, 2023

                         Respectfully submitted,

                         WEITZ & LUXENBERG, P.C.
                         *Attorneys for Plaintiff(s)*

By: /s/Melinda D. Nokes
    Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com