IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

MARY M. BUHS

       Plaintiff(s)

 vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

       Defendants.

*Civil Case #: 1:18-cv-03739*

------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:  The Clerk and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiff in this case for Plaintiff, Mary M. Buhs.

Date: June 20, 2023

      Respectfully submitted,

      WEITZ & LUXENBERG, P.C.
      *Attorneys for Plaintiff(s)*


      By:__/s/Melinda D. Nokes_____
       Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com

Case 1:14-ml-02570-RLY-TAB   Document 24488   Filed 06/22/23   Page 2 of 2 PageID #: 138403