IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND MDL No. 2570
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

HEIDI CAMP and SHAWN CAMP,

      Plaintiff(s)

  vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

      Defendants.

***Civil Case #: 1:19-cv-02082***

------------------------------------------------------------X

### <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 20, 2023

     Respectfully submitted,

     WEITZ & LUXENBERG, P.C.
     *Attorneys for Plaintiff(s)*


     By:\_\_/s/Melinda D. Nokes_____
      Melinda D. Nokes (Pro hac vice-CA Bar #167787

     1880 Century Park East, Suite 700
     Los Angeles, CA 90067
     Phone: (310) 247-0921
     Fax: (310) 786-9927
     Email:  MNokes@weitzlux.com