IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS          Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

KEVIN CHRISTENSEN,

                    Plaintiff(s)

        vs.


COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                    Defendants.

***Civil Case #: 1:18-cv-00013***

------------------------------------------------------------X


**<u>APPEARANCE OF COUNSEL</u>**

To:          The Clerk and all parties of record:

              I am admitted or otherwise authorized to practice in this Court, and I appear as

additional counsel for plaintiff in this case for Plaintiff, Kevin Christensen.

Date:  June 20, 2023

                    Respectfully submitted,

                    WEITZ & LUXENBERG, P.C.
                    *Attorneys for Plaintiff(s)*



              By:__/s/Melinda D. Nokes_____
                    Melinda D. Nokes (Pro hac vice-CA Bar #167787

1

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com