IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

PAMELA CURRAN,

                Plaintiff(s)

  vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                Defendants.

*Civil Case #: 1:18-cv-01932*

-------------------------------------------------------------X


## APPEARANCE OF COUNSEL

To:      The Clerk and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiff in this case for Plaintiff, Pamela Curran.

Date:  June 20, 2023

                Respectfully submitted,

                WEITZ & LUXENBERG, P.C.
                *Attorneys for Plaintiff(s)*


                By:  /s/Melinda D. Nokes
                    Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com