IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

CARLOS A. DOWNING,

       Plaintiff(s)

 vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

       Defendants.

*Civil Case #: 1:18-cv-02379*

------------------------------------------------------------X

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 20, 2023

       Respectfully submitted,

       WEITZ & LUXENBERG, P.C.
       *Attorneys for Plaintiff(s)*


       By:  /s/Melinda D. Nokes
        Melinda D. Nokes (Pro hac vice-CA Bar #167787

       1880 Century Park East, Suite 700
       Los Angeles, CA 90067
       Phone: (310) 247-0921
       Fax: (310) 786-9927
       Email:  MNokes@weitzlux.com