IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS         Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------X

*This document relates to Plaintiff(s)*

SCOTT EGAN,

                        Plaintiff(s)

    vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                        Defendants.

*Civil Case #: 1:17-cv-00760*

---------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:        The Clerk and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiff in this case for Plaintiff, STEVEN RAY FULK as Proposed Administrator of the ESTATE OF DIANNE K. FULK.

Date:  June 20, 2023

                        Respectfully submitted,

                        WEITZ & LUXENBERG, P.C.
                        *Attorneys for Plaintiff(s)*


                        By:__/s/Melinda D. Nokes_____

        Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com