IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-----------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-----------------------------------------------------------X

*This document relates to Plaintiff(s)*

STEVEN RAY FULK as Proposed Administrator
of the ESTATE OF DIANNE K. FULK,
      Plaintiff(s)

 vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

     Defendants.

*Civil Case #: 1:18-cv-00980*

-----------------------------------------------------------X

**APPEARANCE OF COUNSEL**

To:  The Clerk and all parties of record:

  I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiff in this case for Plaintiff, STEVEN RAY FULK as Proposed Administrator of the ESTATE OF DIANNE K. FULK.

Date: June 20, 2023

       Respectfully submitted,

       WEITZ & LUXENBERG, P.C.
       *Attorneys for Plaintiff(s)*

By: /s/Melinda D. Nokes
   Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com