IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS     Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------X

*This document relates to Plaintiff(s)*

FRANK GORI,

                      Plaintiff(s)

vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                      Defendants.

***Civil Case #:*** 1:20-cv-01128

------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 21, 2023

                      Respectfully submitted,

                      WEITZ & LUXENBERG, P.C.
                      *Attorneys for Plaintiff(s)*


                      By:   /s/Melinda D. Nokes
                          Melinda D. Nokes (Pro hac vice-CA Bar #167787

                      1880 Century Park East, Suite 700
                      Los Angeles, CA 90067
                      Phone: (310) 247-0921
                      Fax: (310) 786-9927

Email:  MNokes@weitzlux.com