IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Theo Brannon
Civil Case No. 1:16-cv-01063-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW the undersigned counsel for the Plaintiff, Theo Brannon, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff Theo Brannon with James Michael Morgan as Plaintiff and anticipated Personal Representative of the Estate of Theo Brannon, and in support states as follows:

1. Plaintiff Theo Brannon filed the present action in the United States District Court for the Southern District of Indiana on May 3, 2016.

2. Plaintiff Theo Brannon passed away on or about April 26, 2020. A Notice and Suggestion of Death was filed with the Court on June 27, 2023. *See* Doc. No. 24539.

3. James Michael Morgan, nephew of Theo Brannon and guardian of Theo Brannon's daughter, Laura Brannon, is a proper party plaintiff to substitute for Plaintiff-decedent Theo Brannon and has proper capacity to proceed with the surviving products liability lawsuit on behalf of the Estate of Theo Brannon pursuant to Federal Rule of Civil Procedure 25(a)(1), stating that "if a party dies and the claim is not extinguished, the

Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests this Court grant this motion to substitute James Michael Morgan as the proper party plaintiff in this action.

Dated: June 27, 2023

                                  Respectfully submitted:

                                  */s/ Anna N. Rol*
                                  Anna N. Rol, TX SBN: 24094924
                                  **BARON & BUDD, P.C.**
                                  3102 Oak Lawn Avenue, Suite 1100
                                  Dallas, TX 75219
                                  Telephone: (214) 521-3605
                                  Facsimile: (214) 523-6600
                                  arol@baronbudd.com

                                  **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                             */s/ Anna N. Rol*_____
                                             Anna N. Rol