IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff:

Theo Brannon
Civil Case No. 1:16-cv-01063-RLY-TAB

---

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS said motion.

IT IS THEREFORE ORDERED that James Michael Morgan, on behalf of the Estate of Theo Brannon, is substituted as Plaintiff in the above referenced action.

Date:

_____
Hon. Judge Richard L. Young
United States District Judge
Southern District of Indiana