UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Ramon Bass**
**Civil Case No. 1:16-cv-01101-RLY-TAB**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW the undersigned counsel for the Plaintiff, Ramon Bass, and for the reasons set forth below, respectfully request an additional forty-five (45) days to file a dismissal of this action. Counsel for the Cook Defendants[1] do not oppose this motion.

On May 25, 2023, Plaintiff Ramon Bass appeared in person and by counsel for a telephonic status conference during which the Plaintiff advised the Court that a settlement has been reached in this case. On May 31, 2023, Judge Tim A. Baker entered an Order directing the parties to file a stipulation of dismissal within twenty-eight (28) days.

Since that time, Plaintiff Ramon Bass has submitted the necessary paperwork to counsel for the Cook Defendants, however the Parties expect that they will need an additional forty-five (45) days to review the settlement paperwork and confirm it is complete and fund the settlement.

---

[1] The "Cook Defendants" include any Cook entity named in the lawsuit, including Cook Group Incorporated, Cook Medical, Inc., Cook Medical, LLC (formerly known as Cook Medical Incorporated), Cook, Inc., Medical Engineering and Development Institute, Inc. (now known as Cook Research Incorporated ("CRI")), Cook Medical Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe ApS, Cook Nederland BV, and William Cook Europe ApS, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services, Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Holding AB, and Cook Nederland Holding Cooperatief U.A, including all of their predecessors and successors in interest, parent companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest, as well as their insurers and all of their past, present, and officers, directors, employees, shareholders, successors, partners, agents, representatives, suppliers, distributors, customers, insurers, assigns, servants, attorneys, insurers, excess and umbrella insurance carriers, reinsurers, assignees, sales representatives, heirs, and executors, and any other person or entity involved in the design, manufacture, labeling, packaging, marketing, promotion, sale, or distribution of any IVC Filter Product(s) manufactured, distributed, and/or designed by Cook, including but not limited to any and all suppliers of materials, components, and services used in the manufacture of Cook IVC Filter Products.

Once these steps are completed and the settlement has funded, the Parties will promptly inform the Court and file a joint stipulation of dismissal with prejudice in this action.

WHEREFORE, the undersigned counsel requests an Order providing the Parties an additional forty-five (45) days to file a dismissal in this matter.

Dated: June 27, 2023

    Respectfully submitted,

*/s/ Anna N. Rol*
Anna N. Rol
Charles G. Orr
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
214-521-3605
214-523-6600 Fax
arol@baronbudd.com
corr@baronbudd.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Anna N. Rol*
Anna N. Rol