UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Edgar Dickerson**
**Civil Case No. 1:16-cv-01055-RLY-TAB**

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time. Upon consideration and for good cause, the motion for extension of time is GRANTED.

The Parties shall file within forty-five (45) days from the date of this Order a stipulation of dismissal in this action. If the Parties are unable to file a dismissal of this matter within forty-five (45) days from the date of this Order, the Parties shall submit a status report seven (7) days prior to the dismissal deadline set forth above.

IT IS ORDERED this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana