UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Ernie R. Scott, Civil Case No. 1:20-cv-196

## COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES

On June 22, 2023, Plaintiff Ernie Scott filed his Motion to Extend Trial and Pre-Trial Deadlines. *See* Dkt. 24479. The parties subsequently conferred regarding Plaintiff's Motion and were able to reach agreement on the amended case management deadlines set forth in Exhibit A. Specifically, the parties have agreed to (1) extend the deadline for Plaintiff's Expert Disclosures & Reports from June 16, 2023 to July 14, 2023, (2) extend the deadline for the Cook Defendants' Expert Disclosures & Reports from June 30, 2023 to August 11, 2023, (3) remove the deadline for Plaintiff's Rebuttal Expert Reports, and (4) extend the deadline for Expert Discovery from August 4, 2023 to August 25, 2023.

WHEREFORE, the Cook Defendants respectfully request that the Court enter an order adopting the agreed deadlines set forth in Exhibit A.

Dated: July 3, 2023

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300

Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, a copy of the foregoing **COOK DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*