UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

The Estate of Jacquelyn Hoskins and Paul Hoskins,
1:17-cv-03097

**COOK DEFENDANTS' MOTION FOR LEAVE TO FILE
BRIEF REGARDING THEIR POSITION ON PLAINTIFF HOSKINS (ESTATE)'S
RESPONSE TO COURT'S MAY 16, 2023 SHOW CAUSE ORDER**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for leave to file a brief by July 7, 2023, stating the Cook Defendants' position on the issues raised by the Court's May 16, 2023 show-cause order in the above-referenced case and by Plaintiff's June 16, 2023 response to the show-cause order. More specifically, the Cook Defendants state:

1. On May 16, 2023, the Court granted the Cook Defendants' CMO-28 Motion for Judgment (Dkt. 15863) in the Hoskins Estate's case with respect to the wrongful death, product liability, and breach of implied warranty claims. *See* Dkt. 24129 at 5. The Court also ordered the Estate to show cause by June 16, 2023 as to "why its express warranty and consumer protection claims should not be dismissed on or before June 16, 2023." *Id.*

2. On June 16, 2023, the Estate filed its response to the show cause order regarding these remaining claims in the case. *See* Dkt. 24457.

3. The Cook Defendants have reviewed the pleadings, the categorization form and records, and the response filed by the Estate. Based on this review, the Cook Defendants do not believe that the Estate has pled viable claims for violation of express warranties or consumer protection statutes under Ohio law.

4. The Cook Defendants therefore ask the Court for leave to file a brief setting out their position on these issues and the remaining claims in the case. The Cook Defendants propose to file this brief no later than July 7, 2023.

5. Prior to the filing of this motion for leave, the Cook Defendants' counsel conferred with counsel for the Estate. Counsel for the Estate said they oppose this motion, and asked that if the Court was inclined to grant, the Estate be afforded an opportunity to file a reply 14 days thereafter. The Cook Defendants do not oppose the filing of a reply brief and have included a July 21, 2023 reply brief deadline in the accompanying proposed order.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to allow them to file a brief by July 7, 2023 regarding the Cook Defendants' position on the issues raised by the Court's May 16, 2023 show cause order and the Estate's June 16, 2023 response to the show cause order.

Dated: July 3, 2023

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

> James Stephen Bennett
> FAEGRE DRINKER BIDDLE & REATH LLP
> 110 West Berry Street, Suite 2400
> Fort Wayne, Indiana 46802
> Telephone: (260) 424-8000
> Stephen.Bennett@FaegreDrinker.com
>
> *Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*