## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

The Estate of Jacquelyn Hoskins and Paul Hoskins,
1:17-cv-03097

## ORDER

On July 3, 2023, the Cook Defendants filed a consent motion for leave to file a brief by July 7, 2023 regarding their position on the issues raised by the Court's May 16, 2023, show cause order in this case and the Estate's June 16, 2023, response.

**IT IS THEREFORE ORDERED:**

1. That the Cook Defendants' motion is granted;

2. That the Cook Defendants shall have up to and including July 7, 2023 to file their brief; and

3. That the Hoskins Estate shall have up to and including July 21, 2023 to file its reply brief.

**SO ORDERED** this day of _____ day of July, 2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record