# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | | | |
|---|---|---|---|
| 1:23-cv-00854 | 1:23-cv-01053 | 1:23-cv-07015 | 1:23-cv-07031 |
| 1:23-cv-00865 | 1:23-cv-01055 | 1:23-cv-07016 | 1:23-cv-07032 |
| 1:23-cv-00919 | 1:23-cv-01078 | 1:23-cv-07017 | 1:23-cv-07033 |
| 1:23-cv-00937 | 1:23-cv-06949 | 1:23-cv-07019 | 1:23-cv-07034 |
| 1:23-cv-00946 | 1:23-cv-07005 | 1:23-cv-07021 | 1:23-cv-07035 |
| 1:23-cv-00951 | 1:23-cv-07009 | 1:23-cv-07023 | 1:23-cv-07037 |
| 1:23-cv-00997 | 1:23-cv-07010 | 1:23-cv-07024 | 1:23-cv-07038 |
| 1:23-cv-01007 | 1:23-cv-07011 | 1:23-cv-07025 | 1:23-cv-07042 |
| 1:23-cv-01017 | 1:23-cv-07012 | 1:23-cv-07028 | 1:23-cv-07043 |
| 1:23-cv-01018 | 1:23-cv-07013 | 1:23-cv-07029 | |
| 1:23-cv-01046 | 1:23-cv-07014 | 1:23-cv-07030 | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: July 5, 2023

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson (# 18435-49)
Kip S. M. McDonald (# 29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-Mail: andrea.pierson@faegredrinker.com
E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Andrea Roberts Pierson