IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Willie Harris

Civil Case #: __1:21-cv-2312__

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Plaintiff Willie Harris and files this motion to substitute his surviving next of kin, Akila Harris, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court as follows:

1. Plaintiff Willie Harris filed the present action in the United States District Court of the Southern District of Indiana on August 23, 2021.

2. Plaintiff Willie Harris passed away on March 15, 2023. *See* Copy of Certificate of Death, attached hereto as Exhibit A.

3. Rule 25(a)(1) of the Federal Rules of Civil Procedure allows for the substitution of a party in the event of death.

4. Willie Harris' product liability action survived plaintiff-decedent's death and is not concluded.

5. Notice of Suggestion of Death was provided on July 5, 2023. *See* Doc 24556, attached hereto as Exhibit B.

6. Akila Harris, natural daughter of decedent, is the proper party to substitute for plaintiff-decedent Willie Harris and has proper capacity to proceed with the surviving

products liability action on plaintiff-decedent's behalf.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to substitute Akila Harris as the proper party in this action.

DATED this 5th day of July 2023.

        Respectfully Submitted,

        */s/ Taylor W. Williams*
        Taylor W. Williams, UT Bar # 17348
        **DRIGGS, BILLS & DAY, PC**
        737 E. Winchester St.
        Salt Lake City, UT 84107
        T: 801-308-9179
        F: 801-752-0607
        twilliams@advocates.com

        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

        */s/ Taylor W. Williams*
        Taylor W. Williams