# EXHIBIT A

# GEORGIA DEATH CERTIFICATE

State File Number: 2023GA000018897

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | WILLIE SAMUEL HARRIS JR |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 03/15/2023 |
| 3. SOCIAL SECURITY NUMBER | ███-██-2234 |
| 4a. AGE (Years) | 54 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | ██/██/1968 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | CARROLL |
| 7c. CITY, TOWN | CARROLLTON |
| 7d. STREET AND NUMBER | 1121 ROME STREET APT 705 |
| 7e. ZIP CODE | 30117 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | RETIRED |
| 8b. KIND OF INDUSTRY OR BUSINESS | - |
| 9. MARITAL STATUS | MARRIED, BUT SEPARATED |
| 10. SPOUSE NAME | VEDRA PARHAM |
| 11. FATHER'S FULL NAME (First, Middle, Last) | WILLIE SAMUEL HARRIS SR |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | RUDINE DUNSON |
| 13a. INFORMANT'S NAME (First, Middle, Last) | AKILA HARRIS |
| 13b. RELATIONSHIP TO DECEDENT | CHILD |
| 13c. MAILING ADDRESS | [REDACTED] |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | [REDACTED] |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | [REDACTED] |
| 19. CITY, TOWN or LOCATION OF DEATH | CARROLLTON |
| 20. COUNTY OF DEATH | CARROLL |
| 21. METHOD OF DISPOSITION | CREMATION |
| 22. PLACE OF DISPOSITION | [REDACTED] |
| 23. DISPOSITION DATE (Mo., Day, Year) | 03/17/2023 |
| 24a. EMBALMER'S NAME | |
| 24b. EMBALMER LICENSE NO. | |
| 25. FUNERAL HOME NAME | ELLIOTT PARHAM MORTUARY |
| 25a. FUNERAL HOME ADDRESS | 142 W CENTER STREET CARROLLTON GEORGIA 30117 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | BELINDA WOODALL GLASS |
| 26b. FUN. DIR. LICENSE NO | 3412 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD | 03/15/2023 |
| 28. HOUR PRONOUNCED DEAD | 11:25 AM |
| 29a. PRONOUNCER'S NAME | LESLIE E HILL |
| 29b. LICENSE NUMBER | 285681 |
| 29c. DATE SIGNED | 03/15/2023 |
| 30. TIME OF DEATH | 11:25 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | [REDACTED] | UNKNOWN |
| Due to, or as a consequence of B. | | |
| Due to, or as a consequence of C. | | |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. Medical Certifier | FAIZAN SHAIKH, MD, 82784 |
| 45a. DATE SIGNED | 03/24/2023 |
| 45b. HOUR OF DEATH | 11:25 AM |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | FAIZAN SHAIKH 960 JOE FRANK HARRIS PARKWAY CARTERSVILLE GEORGIA 30120 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 03/24/2023 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Christopher H Harrison*

**STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS**

COUNTY CUSTODIAN: *Delra McCormick-DR*

ISSUED BY: *Delra McC*

DATE ISSUED: 5/2/23

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**