IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Buell, James and Darina – Case No. 1:17-cv-00516

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and CMO-28, that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  July 6, 2023

| | |
|---|---|
| */s/ Stuart L. Goldenberg* | */s/ Jessica Benson Cox* |
| Stuart L. Goldenberg, Esq. | Jessica Benson Cox, Esq. |
| GoldenbergLaw, PLLC | Faegre Drinker Biddle & Reath LLP |
| 800 LaSalle Avenue, Suite 2150 | 300 North Meridian Street, Suite 2500 |
| Minneapolis, Minnesota  55402 | Indianapolis, Indiana  46204 |
| Telephone:  (612) 333-4662 | Telephone:  (317) 237-0300 |
| Facsimile:  (612) 367-8107 | Facsimile:  (317) 237-1000 |
| Email: slgoldenberg@goldenberglaw.com | Email: jessica.cox@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jessica Benson Cox*
Jessica Benson Cox