IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Stacey O. Moore

Civil Case # 1:23-cv-07039-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 7/7/23

    Respectfully submitted,

    */s/ Jennifer Rethemeier*
    Jennifer Rethemeier
    (Admitted *Pro Hac Vice*, AZ Bar No. 031398)
    **Rueb Stoller Daniel, LLP**
    2425 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016
    Tel: (602) 892-0341
    Fax: (855) 203-2035
    jennifer.rethemeier@lawrsd.com

    ***Lead Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
