IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS   Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND            MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------------X

*This document relates to Plaintiff(s)*

| Name | Case No. |
|---|---|
| Grice, Betty | 1:19-cv-00832 |
| Guithues, Molly | 1:20-cv-01885 |
| Jackson, Brenda | 1:19-cv-01946 |
| Johnson Gilmore, Joyce | 1:20-cv-00137 |
| Jordan, Aleta | 1:19-cv-00917 |
| Kirkeby, Carmella | 1:17-cv-03878 |
| MacRae, Peter | 1:19-cv-04274 |
| Mauser, Joanne | 1:17-cv-00882 |
| McAdam (Hassenfratz), June | 1:19-cv-01864 |
| McKean Allison, Lori | 1:18-cv-02087 |
| Meadows, Marilyn | 1:19-cv-01117 |
| Meyers, Tammy | 1:20-cv-02004 |
| Nicholas, Brian | 1:19-cv-01446 |
| O'Blia, Yvonne | 1:18-cv-00433 |
| Ornan, Sonja | 1:18-cv-02342 |
| Ramunni, Kathleen | 1:18-cv-02752 |
| Remington, Jennifer | 1:16-cv-01188 |
| Robinson, Kathleen | 1:19-cv-00746 |
| Schnetzler, Ann | 1:19-cv-01613 |
| Scribner, Roberta | 1:19-cv-02220 |
| Shultz, Diana | 1:19-cv-00269 |
| Simmons, Deyonka | 1:19-cv-04358 |

---------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:     The Clerk and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear as additional counsel for plaintiffs in this case in the above-captioned matters.

Date: July 7, 2023

1

Respectfully submitted,

WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiff(s)*


By:\_\_/s/Melinda D. Nokes_____
   Melinda D. Nokes (Pro hac vice-CA Bar #167787

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (310) 247-0921
Fax: (310) 786-9927
Email:  MNokes@weitzlux.com