UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Renea Jones, 1:19-cv-03362 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON STATUTE OF REPOSE GROUNDS (OREGON)**

This motion was originally filed against five Plaintiffs: Gregory Denton, 1:16-cv-01140; Leroy Palmer, 1:18-cv-02272; Andrea Sons, 1:18-cv-03422; Renea Jones, 1:19-cv-03362; and Valerie Cortez, 1:20-cv-00896.  After the court's ruling on November 13, 2020, only one plaintiff remained—Plaintiff Jones.  (Filing No. 14809 (granting Cook's motion with respect to Plaintiffs Palmer, Cortez, and Sons, and denying the motion as moot with respect to Plaintiff Denton)).  Plaintiff Jones filed a Stipulation of Dismissal on July 8, 2022, which was approved by the court on August 10, 2022.  (Filing Nos. 22328, 22518).  Accordingly, Cook's motion (Filing No. 14068) against Ms. Jones is **DENIED as MOOT**.

**SO ORDERED** this 10th day of July 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.