UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                    MDL No. 2570

_____

This Document Relates to the Following Cases:

Thomas Carpenter, Jr., 1:17-cv-01490

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

On April 21, 2023, the court entered final judgment in favor of the Cook Defendants and against the Plaintiff on Plaintiff's claims for strict products liability, negligence, negligence per se, breach of express warranty, breach of implied warranty, and consumer fraud. Pursuant to Federal Rule of Civil Procedure 59(e), Plaintiff moves to alter or amend the court's final judgment only with respect to his breach of implied warranty claim. Given the Seventh Circuit's *Looper v. Cook Inc.* decision, which held that the originating state choice-of-law rules apply to direct-filed cases in this MDL, the court finds Plaintiff's implied warranty claim should be analyzed under New York law, not Indiana law. 20 F.4th 387, 394 (7th Cir. 2021). Accordingly, Plaintiff's Motion to Alter or Amend Judgment (Filing No. 24096) is **GRANTED**. The court's April 21, 2023 Entry (Filing No. 23960) is **AMENDED** to show that the Cook Defendants' Motion for Judgment is **GRANTED** on Plaintiff's claims for strict products liability, negligence, negligence per se, breach of express warranty, and consumer fraud and **DENIED** with

respect to Plaintiff's breach of implied warranty claim.  The April 21, 2023 Judgment (Filing No. 23961) is **AMENDED** to reflect judgment in favor of the Cook Defendants and against Plaintiff on Plaintiff's claims for strict products liability, negligence, negligence per se, breach of express warranty, and consumer fraud.  Plaintiff's breach of implied warranty claim survives.

**SO ORDERED** this 10th day of July 2023.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.