UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Pattie Robison, 1:16-cv-01080

## ORDER DISMISSING CASE

The Magistrate Judge issued an order to show cause why Plaintiff Pattie Robison's case should not be dismissed due to her failure to appear for a telephonic status conference on May 25, 2023.  Because Plaintiff failed to respond to the order to show cause and failed to appear at the June 22, 2023 telephonic status conference, the Magistrate Judge recommended this case be dismissed without prejudice.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 24485).  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 10th day of July 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.