UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Charlene McCarter, Individually and as Personal Representative of the Estate of Mark A. McCarter, 1:18-cv-03889 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER TO SHOW CAUSE**

On September 28, 2020, the court issued an Order on the Cook Defendants' Omnibus Motion for Judgment on the Pleadings Based on the Texas and Tennessee Statutes of Repose. (Filing No. 14426). Of the 34 Plaintiffs subject to the motion, the court granted the motion with respect to 12 Plaintiffs; denied the motion as moot with respect to 12 Plaintiffs; and held the motion in abeyance with respect to two Plaintiffs, Charlene McCarter, individually and as personal representative of the Estate of Mark McCarter, 1:18-cv-03889, and Douglas Solock, 1:19-cv-04923. Plaintiff Solock's case was dismissed on August 4, 2022, leaving only Plaintiff McCarter's case without a ruling. Based on the court's review of the docket, Plaintiff McCarter never responded to Cook's motion. (*See* Filing No. 13846, Cook's Reply at 1, n.2 (listing Tennessee Plaintiffs who opposed to the motion)). Accordingly, the court **ORDERS** Plaintiff McCarter to **SHOW CAUSE** why her case should not be dismissed on or before **July 24, 2023**. Failure to

1

respond to the court's Order shall result in **dismissal** of Plaintiff McCarter's case **with prejudice**.

**SO ORDERED** this 10th day of July 2023.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.