UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Vickie Kirk, 1:17-cv-01813 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING PLAINTIFF'S EXPRESS WARRANTY AND CONSUMER FRAUD CLAIMS

On June 6, 2023, the court granted the Cook Defendants' Motion for Judgment Pursuant to CMO-28 and dismissed Plaintiff's strict products liability, negligence, negligence per se, and breach of implied warranty claims with prejudice. The court also dismissed her breach of express warranty and consumer fraud claims without prejudice and granted her leave to amend those claims on or before June 26, 2023. Plaintiff failed to amend those claims. Accordingly, Plaintiff's breach of express warranty and consumer fraud claims are **DISMISSED WITH PREJUDICE**. As no claims remain, final judgment shall issue forthwith.

**SO ORDERED** this 11th day of July 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.