UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Cheryl Barnett, 1:16-cv-01879 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DISMISSING CASE**

On May 31, 2023, the court issued an Order to Show Cause why Plaintiff's case should not be dismissed for her failure to respond to the Cook Defendants' Motion for Judgment by June 28, 2023. The court warned Plaintiff that failure to respond to the court's order would result in dismissal of her case with prejudice. Plaintiff did not file a response. Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 11th day of July 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.