# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ernie R. Scott

Civil Case # 1:20-cv-00196-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES

ON THIS DAY came for consideration Plaintiff Ernie R. Scott's Motion to Extend Trial and Pre-Trial Deadlines in this case. Having considered the Motion, the Court grants the Motion. [Filing No. 24479.]

IT IS THEREFORE ORDERED that Trial and Pre-Trial deadlines are now as follows:

| *Scott* Amended Case Management Deadlines ||
|---|---|
| *Scott* | Task |
| 5/19/23 | Independent Medical Examination |
| 6/16/23 | Fact Discovery Closes |
| 7/14/23 | Plaintiff Expert Disclosures & Reports |
| 8/11/23 | Defendant Expert Disclosures & Reports |
| 7/14/23 | Preliminary Witness and Exhibit Lists |
| 8/25/23 | Expert Discovery Closes |
| 9/8/23 | *Daubert* and Dispositive Motions |
| 9/15/23 | Deposition Designations |
| 9/25/23 | Counter Depo Designations and Objections |
| 9/22/23 | Responses to *Daubert* and Dispositive motions |
| 9/29/23 | Replies to *Daubert* and Dispositive motions |
| 10/6/23 | Motions in Limine and to Bifurcate Issues and Claims |
| 10/9/23 | Re-direct Depo Designations, Responses to Objections, and Objections to Counter Designations |
| 10/20/23 | Responses to Objections to Re-direct Depo Designations & Submit to Court for Rulings |
| 10/20/23 | Responses to Motions in Limine and to Bifurcate Issues and Claims |
| 10/23/23 | Final Witness List and Notice of Witnesses to Attend Trial |
| 10/30/23 | Parties Submit Stipulations of Facts, Trial Briefs, and Notice to Court of Use of Evidence Presentation Equipment |
| 11/3/23 | Jury Instructions & Verdict Forms |
| TBD | Hearing on *Daubert*, Summary Judgment, and In Limine Motions |
| TBD | Final Pretrial Conference |
| TBD | Jury Selection |
| 12/4/23 | Trial Start Date |

**SO ORDERED AND APPROVED.**

Date: 7/11/2023

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.