UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document relates to Plaintiff:**
**Edgar Dickerson**
**Civil Case No. 1:16-cv-01055-RLY-TAB**

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time. Upon consideration and for good cause, the Court hereby grants the Motion. [Filing No. 24543.]

The Parties shall file no later than August 28, 2023, a stipulation of dismissal in this action. If the Parties are unable to file a dismissal of this matter by August 28, 2023, the Parties shall submit a status report seven (7) days prior to the dismissal deadline set forth above.

Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.