# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

The Estate of Jacquelyn Hoskins and Paul Hoskins,
1:17-cv-03097

## ORDER

On July 3, 2023, the Cook Defendants filed a consent motion for leave to file a brief by July 7, 2023 regarding their position on the issues raised by the Court's May 16, 2023, show cause order in this case and the Estate's June 16, 2023, response.

**IT IS THEREFORE ORDERED:**

1. That the Cook Defendants' motion [Filing No. 24551] is granted;

2. That the Cook Defendants shall have up to and including July 7, 2023 to file their brief; and

3. That the Hoskins Estate shall have up to and including July 21, 2023 to file its reply brief.

Date: 7/12/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.