IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

## ORDER

This matter is before the Court on the Cook Defendants Motion for Withdrawal of Counsel, Anne K. Ricchiuto, and Substitution of Counsel filed by J. Benjamin Broadhead. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 24185.]

IT IS THEREFORE ORDERED that J. Benjamin Broadhead of the law firm Faegre Drinker Biddle & Reath, shall be substituted for Anne K. Ricchiuto and she is withdrawn as counsel of record in this action and removed from all future electronic filings.

Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.