IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>**Robert Childers**<br><br>**Civil Case#: 1:19-cv-02271-TWP-TAB** | |

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND SHORT FORM COMPLAINT

ON THIS DAY came for consideration Motion to Substitute himself, as personal representative of Robert Childers, deceased, and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court grants the motion. [Filing No. 24103.]

IT IS THEREFORE ORDERED that: (1) Daniel Childers as the Personal Representative for the Estate of Robert Childers, is hereby substituted as Plaintiff in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 7/12/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.