# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK IVC FILTER ) | MDL NO. 1:14-ml-02570-RLY-TAB |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | JUDGE TIM A. BAKER |
| ) | |

**This Document Relates to:**
*DYVIG v. COOK MEDICAL, INC, IVC FILTERS*
*Civil Action No. 1:19-cv-00563-RLY-TAB*

## ORDER

ON THIS DAY came for consideration Motion to Substitute Plaintiff Richard Dyvig, individually and as successor-in-interest to Patricia Dyvig, deceased, and Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court grants the motion. [Filing No. 24106.]

IT IS THEREFORE ORDERED that: (1) Richard Dyvig, individually and as successor-in-interest to Patricia Dyvig, deceased, is hereby substituted as Plaintiff in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.