IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to Plaintiff(s)
Patricia Dyvig_____

Civil Case #_1:19-cv-00563-RLY-TAB_____

## ORDER GRANTING PLAINTIFF'S MOTION TO MAINTAIN
## DOCUMENT 24107 UNDER SEAL

     This matter is before the Court on Plaintiff's motion to maintain Document No. 24107

under seal. Plaintiff's basis for moving to see this exhibit is that it contains Plaintiff's personal

identifying information, including Plaintiff's social security number, date of birth, and other

medical information protected by Fed. R. Civ. P. 5.2 and HIPPA. Plaintiff sets forth good cause

to maintain this exhibit under seal. Accordingly, Plaintiff's motion to seal [Filing No. 24108] is

granted. The Clerk shall maintain Filing No. 24107 under seal.

     Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.

1