IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DEBRA NEELY

Civil Case # 1:21-cv-6393

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Debra Neely and files this motion to substitute her surviving sister, Diane Myers, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Debra Neely filed the present action in the United States District Court of the Eastern District of Michigan on March 11, 2021.

2. The present action was transferred to the United States District Court for the Southern District of Indiana on April 14, 2021.  *See* Doc. No. 7.

3. Plaintiff Debra Neely died on April 15, 2022.

4. On July 12, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 24625 and Doc. No. 14.   Plaintiff's counsel recently learned of the death of Ms. Neely after filing the lawsuit and contacting her sister.

5. Diane Myers, sole surviving sibling of Debra Neely, is the proper party plaintiff to substitute for Plaintiff-decedent Debra Neely and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf,

pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Diane Myers, on behalf of Decedent Debra Neely, as the proper party plaintiff in this action.

Respectfully submitted July 12, 2023.

                                              */s/ David M. Langevin*
                                              David M. Langevin, #329563
                                              McSweeney/Langevin
                                              2116 Second Avenue South
                                              Minneapolis, MN 55404
                                              Phone: (612) 542-4646
                                              Fax: (612) 454-2678
                                              dave@westrikeback.com
                                              filing@westrikeback.com
                                              **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 12, 2023

/s/ *David M. Langevin*
David M. Langevin