UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>1:14-cv-06013 (Snow, Ronald)<br>1:16-cv-02395 (Kelso, Jeanna)<br>1:16-cv-02642 (Clark, Thomas and Karen M.)<br>1:17-cv-00347 (Lachenmayr, Carolyn Greenwood and Walter F.)<br>1:17-cv-01685 (Silva, Graciano and Gloria)<br>1:17-cv-03833 (Mohr, Leonard C.)<br>1:17-cv-03973 (Foote, Tammara)<br>1:17-cv-06074 (Foley, Maureen)<br>1:19-cv-01128 (Rabah, Dawn)<br>1:19-cv-01472 (Kuntzler, Audrey)<br>1:19-cv-01584 (House, Carl E.)<br>1:19-cv-01586 (Scott, Loretta)<br>1:19-cv-01602 (Olsen, Betty J.)<br>1:19-cv-01746 (Hamm, David)<br>1:19-cv-01854 (Lang, Henrietta)<br>1:19-cv-01863 (Rice, Teresa)<br>1:19-cv-01896 (Dillard, Mary E.)<br>1:19-cv-01900 (Keller Jr., Douglas M.)<br>1:19-cv-01948 (Smith, Larry K.)<br>1:19-cv-02908 (Krappitz, Alan)<br>1:20-cv-00537 (Clifton, David)<br>1:20-cv-01183 (Drew, Lorin)<br>1:20-cv-01184 (Ratliff, Reginald)<br>1:20-cv-01187 (Johnson, Jahmel and Shauntae)<br>1:20-cv-02601 (Mortensen, Sandra)<br>1:20-cv-02603 (Harris, Darlene, as Executor of the Estate of Darlene Williams)<br>1:21-cv-06553 (Dinwiddie, Jennifer)<br>1:21-cv-06675 (Kane, Sheila Jane)<br>1:21-cv-06695 (Miller, Kathy Ann)<br>1:22-cv-00367 (King, Crystal D.) | **Notice of Change of Attorney Information** |

1:23-cv-6960 (Knosp, Donald)
1:23-cv-7018 (Jermier, Jay and Caryl)

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Joseph N. Williams | Joseph N. Williams |
| **Law Firm, Company, and/or Agency:** | Williams & Piatt, LLC | Williams Law Group, LLC |
| **Address:** | 1101 North Delaware Street<br>Indianapolis, IN 46202 | 1101 North Delaware Street<br>Suite 200<br>Indianapolis, IN 46202 |
| **Primary E-mail:** | joe@williamspiatt.com | joe@williamsgroup.law |
| **Secondary E-mail(s):** | jonwilli@gmail.com<br>mary@williamspiatt.com<br>nancy@williamspiatt.com | jonwilli@gmail.com<br>mary@williamsgroup.law<br>nancy@williamsgroup.law |
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date:  July 12, 2023

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS LAW GROUP, LLC
1101 North Delaware Street, Suite 200
Indianapolis, IN 46202
(317) 633-5270
Fax:  (317) 426-3348
joe@williamsgroup.law

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of July, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams