IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB<br>§ MDL No. 2570<br>§<br>§ |
| This Document Relates to Plaintiff:<br><br>Jackie Watkins,<br><br>    Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>    Defendants. | § Case No. 1:21-cv-02764-RLY-TAB<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**Order on Motion for Leave to Amend Complaint**

Considering the parties' Motion for Leave to Amend Complaint of Jackie Watkins.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that the Unopposed Motion for Leave to Amend the Complaint [Filing No. 24544] filed by Jackie Watkins is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF