IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Willie Harris

Civil Case #: 1:21-cv-2312-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court taking it into consideration, hereby grants the Motion. [Filing No. 24560.]

IT IS THEREFORE ORDERED that Akila Harris, on behalf of Willie Harris, is substituted as Plaintiff in the above referenced action.

Date: 7/12/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF