IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

SAMUEL DAWES, Plaintiff

Civil Case# 1:22-cv-6766-RLY-TAB

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court has considered the Parties' Stipulation of Dismissal With Prejudice.

**IT IS ORDERED** that the parties' Stipulation of Dismissal is **granted.**

This case, Samuel Dawes v. Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS, No. 1:22-cv-6766-RLY-TAB, is hereby dismissed with prejudice, but without prejudice as to any claims SAMUEL DAWES may have against any and all Defendants in Cause no. 1:21-cv-1004, filed in this MDL.

Costs of Court shall be taxed against the party incurring same.

Dated this 12th day of July 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record