> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 12, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTIES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: Ruth Albright

Civil Case No. 1:22-cv-1377

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own costs. The parties further agree and stipulate that this dismissal shall have no effect on Plaintiff Ruth Albright's case in this Court, Case No. 1:19-cv-4971.

IT IS SO STIPULATED:

| | |
|---|---|
| /s/ Lawana S. Wichmann<br>Lawana S. Wichmann<br>ONDER LAW, LLC.<br>110 East Lockwood Avenue<br>St. Louis, MO 63119<br>Telephone: (314) 963-9000<br>Facsimile: (314) 963-1700 | /s/ Kip McDonald<br>FAEGRE DRINKER BIDDLE & REATH, LLP<br>300 North Meridian St., Suite 2500<br>Indianapolis, IN 46204<br>Tel: (317) 237-0300<br>Facsimile: (317) 237-1000 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |
| Dated: June 1, 2023 | Dated: June 1, 2023 |