**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Igor Khasidov

Civil Case # 1:16-cv-02562-RLY-TAB

---

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice, filed on June 20, 2023.  The Parties stipulate and agreed that the above-captioned case be dismissed with prejudice, with each party to bear its own costs.  (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

**IT IS ORDERED** that the case is hereby **CLOSED.**

SO ORDERED this 12th day of July 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record