IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 12, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>DEBORAH JOHNSON<br><br>Civil Case # 1:16-cv-02668-RLY-TAB | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Deborah Johnson, dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:16-cv-02668-RLY-TAB. This dismissal shall have no bearing on the claims brought against all Defendants as to Plaintiff Michael Johnson. Each side will bear its own costs.

Date: June 21, 2023

Respectfully Submitted,

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

By:  */s/ Randi Kassan*
Randi Kassan
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 741-5600
Fax:(516)741-0128
rkassan@milberg.com

***Counsel for Plaintiff***

FAEGRE DRINKER BIDDLE & REATH, LLP

By:  */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@faegredrinker.com

***Counsel for Defendants***