> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 12, 2023
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s)<br><br>IRVING ORTIZ<br><br>Civil Case # 1:16-cv-02709-RLY-TAB | STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Irving Ortiz, dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:16-cv-02709-RLY-TAB. This dismissal shall have no bearing on the claims brought against all Defendants as to Plaintiff Deborah Ortiz. Each side will bear its own costs.

Date: June 21, 2023                                                Respectfully Submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By:    */s/ Randi Kassan*
         Randi Kassan
         100 Garden City Plaza, Suite 500
         Garden City, NY 11530
         Telephone: (516) 741-5600
         rkassan@milberg.com

         **Counsel for Plaintiff**

FAEGRE DRINKER BIDDLE &
REATH, LLP

By:    */s/ Andrea Roberts Pierson*
         Andrea Roberts Pierson
         300 North Meridian Street, Suite 2500
         Indianapolis, IN 46204
         Telephone: (317) 237-0300
         Fax: (317) 237-1000
         andrea.pierson@faegredrinker.com
         **Counsel for Defendants**