IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Claims of NANCY PAYNE against Defendants are DISMISSED WITH PREJUDICE.
> Date: 7/13/2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)

NANCY PAYNE

Civil Case # 1:16-cv-02511-RLY-TAB

STIPULATION OF DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, Nancy Payne, dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Case No. 1:16-cv-02511-RLY-TAB. This dismissal shall have no bearing on the claims brought against all Defendants as to Plaintiff Gregory Payne. Each side will bear its own costs.

Date: June 21, 2023

Respectfully Submitted,

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | FAEGRE DRINKER BIDDLE & REATH, LLP |
| By: */s/ Randi Kassan*<br>Randi Kassan<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Telephone: (516) 741-5600<br>rkassan@milberg.com | By: */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com |
| **Counsel for Plaintiff** | **Counsel for Defendants** |