APPROVED. Case is dismissed with prejudice.
Dated: Jul 12, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

KATHERINE A. BLOSSER
                Plaintiff(s)
   vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                Defendants.
*Civil Case #:* 1:19-cv-02596

-------------------------------------------------------------X

        <u>*NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)*</u>

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 20, 2023

                Respectfully submitted,

                WEITZ & LUXENBERG, P.C.
                *Attorneys for Plaintiff(s)*


                By:  /s/Melinda D. Nokes
                   Melinda D. Nokes (Pro hac vice-CA Bar #167787

                1880 Century Park East, Suite 700
                Los Angeles, CA 90067
                Phone: (310) 247-0921
                Fax: (310) 786-9927
                Email:  MNokes@weitzlux.com