UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

Allysha Ramon,
1:16-cv-01046

### COOK DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF REGARDING THEIR POSITION ON PLAINTIFF'S RESPONSE TO COURT'S MAY 31, 2023 SHOW CAUSE ORDER

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for leave to file a brief by July 21, 2023, stating the Cook Defendants' position on the issues raised by Plaintiff's June 26, 2023 response to the Court's May 31, 2023 show-cause order. More specifically, the Cook Defendants state:

1. On May 31, 2023, the Court granted the Cook Defendants' CMO-28 Motion for Judgment (Dkt. 17975) in Ramon's case with respect to the negligence, negligence per se, products liability, and breach of implied and express warranty claims. *See* Dkt. 24280 at 5. The Court also ordered Plaintiff to show cause as to why her "consumer fraud claim [sic]" should not be dismissed for violating the pleading requirements of Rule 9(b) and thus failing to state a claim. *Id.*

2. On June 26, 2023, Plaintiff filed her response to the show cause order regarding this remaining claim in the case. *See* Dkt. 24529.

3.  The Cook Defendants have reviewed the pleadings, the categorization form and records, and the response filed by Plaintiff. Based on this review, the Cook Defendants do not believe that Plaintiff has pled a viable claim under Rule 9(b).

4.  The Cook Defendants therefore ask the Court for leave to file a brief setting out their position on the remaining claim in the case. The Cook Defendants propose to file this brief no later than July 21, 2023.

5.  Prior to the filing of this motion for leave, the Cook Defendants' counsel conferred with Plaintiff's Counsel. Plaintiff's Counsel opposes this motion.

For the foregoing reasons, the Cook Defendants respectfully ask the Court to allow them to file a brief by July 21, 2023 regarding the Cook Defendants' position on the issues raised by Plaintiff's June 26, 2023 response to the Court's May 31, 2023 show cause order.

Dated: July 13, 2023

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ <i>Jessica Benson Cox</i>