# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Allysha Ramon,
1:16-cv-01046

## ORDER

On July 13, 2023, the Cook Defendants filed a consent motion for leave to file a brief by July 21, 2023 regarding their position on the issues raised by the Plaintiff's June 26, 2023 response to this Court's May 31, 2023 show cause order.

**IT IS THEREFORE ORDERED:**

1. That the Cook Defendants' motion is granted; and

2. That the Cook Defendants shall have up to and including July 21, 2023, to file their brief.

**SO ORDERED** this day of _____ day of July, 2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record