# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates Only to the Following Case:

Ernie R. Scott, Civil Case No. 1:20-cv-196

_____

## COOK DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS

The defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants"), hereby submit their preliminary witness and exhibit lists. These lists have been prepared before the Cook Defendants have completed their investigation of the claims and defenses at issue in this action, or issued expert disclosures, and prior to any rulings by the Court on dispositive motions, motions to exclude pursuant to Rule 702 of the Federal Rules of Evidence, or motions in limine. Therefore, the Cook Defendants reserve the right to amend and supplement these lists during the course of this litigation. If the Cook Defendants identify additional witnesses they intend to call at trial, or documents they intend to use at trial, the Cook Defendants' counsel will promptly amend this document. In addition, the Cook Defendants do not represent that they will call all witnesses listed or offer at trial all exhibits listed in **Exhibit A**. The Cook Defendants reserve the right not to offer exhibits listed and to object to the introduction of evidence based on the Court's rulings on dispositive motions, motions in limine, and motions to exclude pursuant to Rule 702 of the Federal Rules of Evidence.

## PRELIMINARY WITNESS LIST

1. Anton Mlikotic, M.D.

2. John Moriarty, M.D.

3. James Yeh, M.D.

4. Mark Breedlove

5. Matthew Graf

6. Henrik Gyllun

7. Theodore Heise, Ph.D.

8. Rob Lyles

9. Ernie R. Scott

10. Tracey Scott

11. All witnesses listed on Plaintiff's witness list.

12. Additional witnesses necessary for impeachment or rebuttal.

13. All witnesses retained as experts by any party for the purpose of testifying at trial.[1]

14. All witnesses who may be necessary to authenticate or otherwise lay evidentiary foundation for exhibits.


Dated: July 14, 2023                    Respectfully submitted,

                                        /s/ *Jessica Benson Cox*
                                        Jessica Benson Cox
                                        Andrea Roberts Pierson
                                        FAEGRE DRINKER BIDDLE & REATH LLP

---

[1] The Cook Defendants will disclose their retained expert witnesses by the Court-ordered deadline of August 11, 2023. *See* Dkt. 24612, Order on Plaintiff's Motion to Extend Trial and Pre-Trial Deadlines.

        300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                                */s/ Jessica Benson Cox*

# EXHIBIT A

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 1 | Gunther Tulip Vena Cava Filter Set for Jugular Vein Approach V.2 | CookMDL2570_1376742 | CookMDL2570_1376752 |
| 2 | Gunther Tulip Vena Cava Filter Set for Jugular Vein Approach V.1 | CookMDL2570_1376730 | CookMDL2570_1376741 |
| 3 | Gunther Tulip Vena Cava Filter Set for Jugular Vein Approach V.0 | CookMDL2570_1376718 | CookMDL2570_1376729 |
| 4 | Exemplar of Gunther Tulip with delivery system | | |
| 5 | Gunther Tulip Retrieval Kit | | |
| 6 | K000855 - 510(k) Original Submission - Gunther Tulip Vena Cava MReye Filter Set | CookMDL2570_0006563 | CookMDL2570_0006953 |
| 7 | 00-Docket - K000855<br>02-K000855 - FDA Acknowledgement of Receipt and Number Assigned<br>03 and 04-K000855 - 3/31/00 Record of Telephone Contact<br>05-K000855 - 3/31/00 Response to FDA Request for Copies of Submission<br>06-K000855 - 5/9/00 Record of Telephone Contact<br>07-K000855 - Response to FDA Request for CIRSE Abstract and Data<br>08-K000855 - 6/15/00 Status Request<br>09-K000855 - 6/22/00 FDA Status Request Response - On hold for additional info<br>10-K000855 - 6/14/00 FDA Request for Information<br>11-K000855 - 7/13/00 Response to FDA Request for Information<br>12-K000855 - 7/14/00 Acknowledgement of Additional Information<br>13-K000855 - 9/1/00 FDA Request for Information<br>14-K000855 - 9/8/00 Notice of Submission on Hold pending additional information<br>15-K000855 - 9/29/00 Response to FDA Request for Information<br>16-K000855 - 10/02/00 Acknowledgement of Additional Information<br>17-K000855 - Substantially Equivalent Letter | CookMDL2570_0006562<br>CookMDL2570_0006954<br>CookMDL2570_0006956<br>CookMDL2570_0006957<br>CookMDL2570_0006959<br>CookMDL2570_0006960<br>CookMDL2570_0006975<br>CookMDL2570_0006977<br>CookMDL2570_0006978<br>CookMDL2570_0006981<br>CookMDL2570_0007036<br>CookMDL2570_0007037<br>CookMDL2570_0007040<br>CookMDL2570_0007041<br>CookMDL2570_0007052<br>CookMDL2570_0007053 | <br>CookMDL2570_0006955<br>CookMDL2570_0006956<br>CookMDL2570_0006958<br>CookMDL2570_0006959<br>CookMDL2570_0006974<br>CookMDL2570_0006976<br>CookMDL2570_0006977<br>CookMDL2570_0006980<br>CookMDL2570_0007035<br>CookMDL2570_0007036<br>CookMDL2570_0007039<br>CookMDL2570_0007040<br>CookMDL2570_0007051<br>CookMDL2570_0007052<br>CookMDL2570_0007055 |
| 8 | K032426 - Original Submission<br>01 510(k) Premarket Notification<br>02 Table of Contents<br>03 Exhibit 2 Draft Labeling<br>04 Femoral IFU<br>05 Jugular IFU<br>06 Retrieval IFU<br>07 Journal Articles Cited in IFU<br>08 Exhibit 3 Tensile Test<br>09 Exhibit 4 IDE Study Results<br>10 Exhibit 5 Literature<br>11 Exhibit 6 Comparison to Predicate Devices<br>12 Exhibit 7 Predicate Device Labeling<br>13 Exhibit 8 510k Summary | CookMDL2570_0064368<br>CookMDL2570_0064372<br>CookMDL2570_0064398<br>CookMDL2570_0064403<br>CookMDL2570_0064414<br>CookMDL2570_0064425<br>CookMDL2570_0064432<br>CookMDL2570_0064458<br>CookMDL2570_0064464<br>CookMDL2570_0064479<br>CookMDL2570_0064567<br>CookMDL2570_0064570<br>CookMDL2570_0064608 | CookMDL2570_0064371<br>CookMDL2570_0064397<br>CookMDL2570_0064402<br>CookMDL2570_0064413<br>CookMDL2570_0064424<br>CookMDL2570_0064431<br>CookMDL2570_0064457<br>CookMDL2570_0064463<br>CookMDL2570_0064478<br>CookMDL2570_0064566<br>CookMDL2570_0064569<br>CookMDL2570_0064607<br>CookMDL2570_0064610 |
| 9 | K032426 -Response to FDA<br>01 Email-Hard Copy Response to Request for Addl Info<br>02, 03, 04 - IFU's | CookMDL2570_0064611<br>CookMDL2570_0064612 | CookMDL2570_0064611<br>CookMDL2570_0064639 |
| 10 | K032426 - to FDA<br>01 Email-Revised IFUs<br>02, 03, 04, 05, 06, 07 - Response | CookMDL2570_0064640<br>CookMDL2570_0064641 | CookMDL2570_0064640<br>CookMDL2570_0064671 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 11 | 000 Docket - K032426<br>01-K032426 - 6/4/03 Letter to FDA Requesting Meeting<br>02-K032426 - 6/11/03 Record of Telephone Contact - FDA Requesting Labeling before Submitting 510(k)<br>03-K032426 - 6/17/03 Email sending Draft Labeling<br>04-K032426 - 6/19/03 Email to FDA to Confirm Receipt of Draft Labeling<br>05-K032426 - 6/20/03 Email from FDA Confirming Receipt of Draft Labeling<br>06-K032426 - 7/14/03 Email to FDA re Labeling Review<br>07-K032426 - 7/28/03 Email to FDA re Draft Labeling<br>08-K032426 - 7/29/03 Email from FDA re Draft Labeling Request<br>09-K032426 - 7/29/03 Record of Telephone Contact<br>10-K032426 - 7/29/03 Email to FDA encl Draft Labeling<br>11-K032426 - 7/30/03 Email from FDA re Labeling Reviewed-Suggestions Made<br>12-K032426 - 8/1/03 Email to FDA re Response to Labeling Suggestions<br>13-K032426 - 8/1/03 Email from FDA re Acknowledged Response to Suggestions<br>15-K032426 - 8/5/03 Faxed User Fee Cover Sheet<br>16-K032426 - 8/6/03 FDA Request User Fee Payment<br>17-K032426 - 8/7/03 User Fee Paid<br>18-K032426 - 8/8/03 Request User Fee Payment<br>19-K032426 - 8/13/03 FDA Confimation of Submission Received<br>20-K032426 - 8/18/03 Record of Phone Contact - Copies for Expedited Review | CookMDL2570_0064189<br>CookMDL2570_0064191<br>CookMDL2570_0064199<br>CookMDL2570_0064200<br>CookMDL2570_0064228<br>CookMDL2570_0064229<br>CookMDL2570_0064230<br>CookMDL2570_0064231<br>CookMDL2570_0064232<br>CookMDL2570_0064233<br>CookMDL2570_0064234<br>CookMDL2570_0064262<br>CookMDL2570_0064264<br>CookMDL2570_0064267<br>CookMDL2570_0064270<br>CookMDL2570_0064271<br>CookMDL2570_0064274<br>CookMDL2570_0064277<br>CookMDL2570_0064282<br>CookMDL2570_0064283 | CookMDL2570_0064189<br>CookMDL2570_0064198<br>CookMDL2570_0064199<br>CookMDL2570_0064227<br>CookMDL2570_0064228<br>CookMDL2570_0064229<br>CookMDL2570_0064230<br>CookMDL2570_0064231<br>CookMDL2570_0064232<br>CookMDL2570_0064233<br>CookMDL2570_0064234<br>CookMDL2570_0064263<br>CookMDL2570_0064266<br>CookMDL2570_0064269<br>CookMDL2570_0064270<br>CookMDL2570_0064273<br>CookMDL2570_0064276<br>CookMDL2570_0064281<br>CookMDL2570_0064282<br>CookMDL2570_0064283 |
| 12 | 21-K032426 - 8/19/03 Additional Copy Sent to FDA<br>22-K032426 - Email to FDA re Status Request<br>23-K032426 - 9/3/03 Email from FDA re Status<br>24-K032426 - 9/3/03 Record of Phone Contact - Submission Status<br>25-K032426 - 9/3/03 Record of Phone Contact - Submission Status<br>26-K032426 - 9/24/03 Record of Phone Contact Request for Additional Information<br>27-K032426 - 9/24/03 Email to FDA encl Additional Information<br>28-K032426 - 9/25/03 Email from FDA Acknowledging Additional Information<br>29-K032426 - 10/17/03 Record of Telephone Contact Request for Additional Information<br>30-K032426 - 10/20/03 Record of Telephone Contact Request for Electronic Labeling<br>31-K032426 - 10/21/03 Email to FDA encl Electronic Labeling<br>32-K032426 - 10/22/03 Record of Telephone Contact Requesting Labeling in Word<br>33-K032426 - 10/22/03 Email to FDA encl Labeling in Word<br>34-K032426 - 10/22/03 Record of Telephone Contact IFU Suggestions<br>35-K032426 - 10/22/03 Email to FDA re IDE Retrieval Sites<br>36-K032426 - 10/22/03 Email from Angela Smith to Jennifer Bosley re IFU recommendations<br>37-K032426 - 10/22/03 Record of Telephone Contact Request for Additional Information | CookMDL2570_0064284<br>CookMDL2570_0064286<br>CookMDL2570_0064287<br>CookMDL2570_0064288<br>CookMDL2570_0064289<br>CookMDL2570_0064290<br>CookMDL2570_0064291<br>CookMDL2570_0064295<br>CookMDL2570_0064296<br>CookMDL2570_0064297<br>CookMDL2570_0064298<br>CookMDL2570_0064333<br>CookMDL2570_0064334<br>CookMDL2570_0064335<br>CookMDL2570_0064336<br>CookMDL2570_0064337<br>CookMDL2570_0064355 | CookMDL2570_0064285<br>CookMDL2570_0064286<br>CookMDL2570_0064287<br>CookMDL2570_0064288<br>CookMDL2570_0064289<br>CookMDL2570_0064290<br>CookMDL2570_0064294<br>CookMDL2570_0064295<br>CookMDL2570_0064296<br>CookMDL2570_0064297<br>CookMDL2570_0064332<br>CookMDL2570_0064333<br>CookMDL2570_0064334<br>CookMDL2570_0064335<br>CookMDL2570_0064336<br>CookMDL2570_0064354<br>CookMDL2570_0064355 |
| 13 | 38-K032426 - 10/23/03 Email to FDA encl Revised IFUs<br>40-K032426 - 10/29/03 Record of Telephone Contact IFU Modification<br>41-K032426 - 10/31/03 Record of Telephone Contact IFU Suggestions<br>43-K032426 - 10/31/03 Email from FDA re SE Letter<br>44-K032426 - 11/3/03 Email to FDA RE SE Letter Request<br>45-K032426 - 11/3/03 Email from FDA re SE Letter<br>46-K032426 - 10/31/03 Substantially Equivalent Letter<br>K032426 - 10/23/03 Email from FDA re IFU Suggestions | CookMDL2570_0064356<br>CookMDL2570_0064357<br>CookMDL2570_0064358<br>CookMDL2570_0064359<br>CookMDL2570_0064360<br>CookMDL2570_0064361<br>CookMDL2570_0064362<br>CookMDL2570_0664337 | CookMDL2570_0064356<br>CookMDL2570_0064357<br>CookMDL2570_0064358<br>CookMDL2570_0064359<br>CookMDL2570_0064360<br>CookMDL2570_0064361<br>CookMDL2570_0064367<br>CookMDL2570_0064354 |
| 14 | K043509 - 510(k) Original Submission - Introducer Change | CookMDL2570_0007605 | CookMDL2570_0007650 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 15 | 00-Docket - K043509<br>02- Request for User Fee Payment<br>03- Receipt of Submission and Payment<br>04- Phone call- questions on the submission<br>05- Email- short response to questions<br>06- Phone- additional questions<br>07- Email- request for additional information<br>08- Hold letter for request for additional information<br>09- Email- Clarification on request for additional information<br>10- Request for extension letter<br>11- Extension granted<br>12- Response to request for additional information<br>13- Receipt of additional information<br>14- Phone call regarding Additional info email<br>15- Additional information request<br>16- Response to email<br>17- Thank-you email<br>18- Emailed copy of 4-21-05 response<br>19- Response to request for additional info 4-21-05<br>20- Request for additional informaiton 5-2-05<br>21- Emailed copy of 5-2-05 response<br>22- Response to additional information request<br>23- Thank-you email<br>24- Clearance letter | CookMDL2570_0007604<br>CookMDL2570_0007651<br>CookMDL2570_0007655<br>CookMDL2570_0007656<br>CookMDL2570_0007657<br>CookMDL2570_0007658<br>CookMDL2570_0007659<br>CookMDL2570_0007661<br>CookMDL2570_0007663<br>CookMDL2570_0007664<br>CookMDL2570_0007665<br>CookMDL2570_0007666<br>CookMDL2570_0007706<br>CookMDL2570_0007707<br>CookMDL2570_0007708<br>CookMDL2570_0007710<br>CookMDL2570_0007712<br>CookMDL2570_0007714<br>CookMDL2570_0007715<br>CookMDL2570_0007736<br>CookMDL2570_0007738<br>CookMDL2570_0007740<br>CookMDL2570_0007743<br>CookMDL2570_0007745 | CookMDL2570_0007654<br>CookMDL2570_0007655<br>CookMDL2570_0007656<br>CookMDL2570_0007657<br>CookMDL2570_0007658<br>CookMDL2570_0007660<br>CookMDL2570_0007662<br>CookMDL2570_0007663<br>CookMDL2570_0007664<br>CookMDL2570_0007665<br>CookMDL2570_0007705<br>CookMDL2570_0007706<br>CookMDL2570_0007707<br>CookMDL2570_0007709<br>CookMDL2570_0007711<br>CookMDL2570_0007713<br>CookMDL2570_0007714<br>CookMDL2570_0007735<br>CookMDL2570_0007737<br>CookMDL2570_0007739<br>CookMDL2570_0007742<br>CookMDL2570_0007744<br>CookMDL2570_0007747 |
| 16 | K072240 08-09-2007 510(k) Submission | CookMDL2570_0007748 | CookMDL2570_0007850 |
| 17 | K072240 09-04-2007 Request for Additional Information<br>K072240 10-04-2007 Response Part 1<br>K072240 10-04-2007 Response Part 2<br>K072240 10-04-2007 Response Part 3<br>K072240 10-04-2007 Response Part 4<br>K072240 10-04-2007 Response Part 5<br>K072240 11-08-2007 Substantially Equivalent Letter | CookMDL2570_0007851<br>CookMDL2570_0007853<br>CookMDL2570_0007972<br>CookMDL2570_0008107<br>CookMDL2570_0008234<br>CookMDL2570_0008370<br>CookMDL2570_0008466 | CookMDL2570_0007852<br>CookMDL2570_0007971<br>CookMDL2570_00078106<br>CookMDL2570_0008233<br>CookMDL2570_0008369<br>CookMDL2570_0008465<br>CookMDL2570_0008468 |
| 18 | 00 - Docket for K983823a<br>08 - Supported NSE Decision for K983823<br>09 - Minutes of 12-14-99 Meeting for K983823<br>510(k) Original Submission - Gunther Tulip Vena Cava MREye Filter Set<br>FDA Receipt of 510(k) and Assignment of DCN<br>Premarket Notification 510k Status Request and Response<br>FDA NSE Letter<br>Request for Finished Device Manufacturing Sites<br>Completed Request for Finished Device Manufacturing Sites<br>Cook-CFR21 10.75 Appeal of NSE<br>FDA Receipt of Appeal Request<br>Thank you to FDA for Organizing the Meeting Held 12-14-99 and Mtg. Summary | CookMDL2570_0736820<br>CookMDL2570_0736844<br>CookMDL2570_0736846<br>CookMDL2570_0061818<br>CookMDL2570_0062071<br>CookMDL2570_0060658<br>CookMDL2570_0060671<br>CookMDL2570_0060694<br>CookMDL2570_0060710<br>CookMDL2570_0060714<br>CookMDL2570_0060835<br>CookMDL2570_0060837 | CookMDL2570_0736821<br>CookMDL2570_0736845<br>CookMDL2570_0736851<br>CookMDL2570_0062070<br>CookMDL2570_0062072<br>CookMDL2570_0060660<br>CookMDL2570_0060675<br>CookMDL2570_0060696<br>CookMDL2570_0060713<br>CookMDL2570_0060717<br>CookMDL2570_0060836<br>CookMDL2570_0060842 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 19 | Original Submission - K090140<br>01 Special 510(k) Premarket Notification-Device Modification<br>02 Indications for Use Statement, Attachment 1<br>03 Draft labels & Instructions for use, Attachment 2<br>04 Device Description, Attachment 3<br>05 Summary of Design Control Activities, Attachment 4<br>06 Substantial Equivilence Information, Attachment 5<br>07 Packaging and Sterilization, Attachment 6<br>08 510(k) Summary, Attachment 7<br>09 Truthful and Accurate Statement, Attachment 8<br>10 Declaration of Conformity with Design Controls, Attachment 9<br>11 IFU, Appendix A<br>12 Gunther Tulip Vena Cava Filter Clinical Data Summary, Appendix B<br>13 Risk Analysis, Appendix C | CookMDL2570_0068176<br>CookMDL2570_0068206<br>CookMDL2570_0068208<br>CookMDL2570_0068220<br>CookMDL2570_0068220<br>CookMDL2570_0068227<br>CookMDL2570_0068233<br>CookMDL2570_0068235<br>CookMDL2570_0068239<br>CookMDL2570_0068241<br>CookMDL2570_0068243<br>CookMDL2570_0068322<br>CookMDL2570_0068355 | CookMDL2570_0068205<br>CookMDL2570_0068207<br>CookMDL2570_0068216<br>CookMDL2570_0068226<br>CookMDL2570_0068226<br>CookMDL2570_0068232<br>CookMDL2570_0068234<br>CookMDL2570_0068238<br>CookMDL2570_0068240<br>CookMDL2570_0068242<br>CookMDL2570_0068321<br>CookMDL2570_0068354<br>CookMDL2570_0068406 |
| 20 | K090140 - Cook Submission in Response to FDA<br>01 Cook Response<br>02 Instructions for Use, Appendix A | CookMDL2570_0068407<br>CookMDL2570_0068415 | CookMDL2570_0068414<br>CookMDL2570_006841573 |
| 21 | K090140 - 000 Docket<br>002 Fax Receipt and assignment of DCN<br>003 Receipt and assignment of DCN<br>004 Adding User Fee Cover Sheet to submission<br>005 Phone conversation explaining FDA concern<br>006 Follow-up summarizing telephone call<br>007 Email describing Cook rational on bundling<br>008 Discusion on bundling 510k<br>015 Substantially equivalent letter<br>016 Substantially equivalent letter | CookMDL2570_0068121<br>CookMDL2570_0068122<br>CookMDL2570_0068125<br>CookMDL2570_0068127<br>CookMDL2570_0068129<br>CookMDL2570_0068130<br>CookMDL2570_0068131<br>CookMDL2570_0068147<br>CookMDL2570_0068170<br>CookMDL2570_0068173 | CookMDL2570_0068121<br>CookMDL2570_0068124<br>CookMDL2570_0068126<br>CookMDL2570_0068128<br>CookMDL2570_0068129<br>CookMDL2570_0068130<br>CookMDL2570_0068146<br>CookMDL2570_0068148<br>CookMDL2570_0068172<br>CookMDL2570_0068175 |
| 22 | K121057 - Submission 510(k) Device Modification | CookMDL2570_0011194 | CookMDL2570_0011196 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 23 | K121057 - 001_Medical Device User Fee Cover Sheet<br>002_FORM FDA 3514<br>003_FORM FDA 3514_Attachment A<br>005_s510k_Cook Celect and Gunther Tulip Filter Sets<br>001_Appendix A_Risk Analysis_Celect dFMECA<br>002_Appendix A_Risk Analysis_Tulip dFMECA<br>003_Appendix B_Declaration of Conformity with Design Controls<br>004_Appendix C_Celect FEM Label<br>005_Appendix C_Celect UNI Label<br>006_Appendix C_Celect FEM IFU<br>007_Appendix C_Celect UNI IFU<br>008_Appendix C_Celect_Patient Card<br>009_Appendix C_Gunther Tulip FEM Label<br>010_Appendix C_Gunther Tulip UNI Label<br>011_Appendix C_Gunther Tulip FEM IFU<br>012_Appendix C_Gunther Tulip UNI IFU<br>013_Appendix C_Gunther Tulip_Patient Card<br>014_Appendix D_Shipping Protocol Celect<br>015_Appendix D_Shipping Protocol Gunther Tulip<br>016_Appendix D_Aging Protocol<br>017_Appendix E_Cytotoxicity<br>018_Appendix E_Sensitization<br>019_Appendix E_Intracutaneous Irritation<br>020_Appendix E_Acute Systemic Toxicity<br>021_Appendix E_Hemolysis<br>022_Appendix E_Material-mediated Pyrogenicity | CookMDL2570_0011186<br>CookMDL2570_0011187<br>CookMDL2570_0011192<br>CookMDL2570_0011197<br>CookMDL2570_0011279<br>CookMDL2570_0011317<br>CookMDL2570_0011354<br>CookMDL2570_0011355<br>CookMDL2570_0011356<br>CookMDL2570_0011357<br>CookMDL2570_0011365<br>CookMDL2570_0011373<br>CookMDL2570_0011377<br>CookMDL2570_0011378<br>CookMDL2570_0011379<br>CookMDL2570_0011387<br>CookMDL2570_0011395<br>CookMDL2570_0011399<br>CookMDL2570_0011408<br>CookMDL2570_0011417<br>CookMDL2570_0011439<br>CookMDL2570_0011457<br>CookMDL2570_0011487<br>CookMDL2570_0011509<br>CookMDL2570_0011530<br>CookMDL2570_0011549 | CookMDL2570_0011186<br>CookMDL2570_0011191<br>CookMDL2570_0011193<br>CookMDL2570_0011278<br>CookMDL2570_0011316<br>CookMDL2570_0011353<br>CookMDL2570_0011354<br>CookMDL2570_0011355<br>CookMDL2570_0011356<br>CookMDL2570_0011364<br>CookMDL2570_0011372<br>CookMDL2570_0011376<br>CookMDL2570_0011377<br>CookMDL2570_0011378<br>CookMDL2570_0011386<br>CookMDL2570_0011394<br>CookMDL2570_0011398<br>CookMDL2570_0011407<br>CookMDL2570_0011416<br>CookMDL2570_0011438<br>CookMDL2570_0011456<br>CookMDL2570_0011486<br>CookMDL2570_0011508<br>CookMDL2570_0011529<br>CookMDL2570_0011548<br>CookMDL2570_0011567 |
| 24 | K121057 - 023_Appendix F_Celect Deployment<br>024_Appendix F_Gunther Tulip Deployment<br>025_Appendix F_Trackability<br>026_Appendix F_Tensile Filter Attachment<br>027_Appendix F_Tensile Joints<br>028_Appendix F_Tensile and compression<br>029_Appendix G_Standards Data Report<br>FDA Approval and Clearance Letter packet | CookMDL2570_0011568<br>CookMDL2570_0011580<br>CookMDL2570_0011592<br>CookMDL2570_0011604<br>CookMDL2570_0011614<br>CookMDL2570_0011621<br>CookMDL2570_0011629<br>CookMDL2570_0011644 | CookMDL2570_0011579<br>CookMDL2570_0011591<br>CookMDL2570_0011603<br>CookMDL2570_0011613<br>CookMDL2570_0011620<br>CookMDL2570_0011628<br>CookMDL2570_0011643<br>CookMDL2570_0011651 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 25 | K112119 - 510k Original Submission USIVCFilterSet_FINAL - Sections 1-17<br>010_Appendix D_Celect_Label<br>011_Appendix D_Celect_IFU<br>007_Appendix D_Gunther_Tulip_Label<br>003_FORM FDA 3514 Attachment A indications from labeling<br>012_Appendix D_Celect_Patient Card<br>008_Appendix D_Gunther_Tulip_IFU<br>009_Appendix D_Gunther_Tulip_Patient_Card<br>006_Appendix A_Risk Analysis - Celect dFMECA<br>012_Appendix E_1 year_Sheath_Shelf Life Protocol<br>007_Appendix B_Declaration of Conformity with Design Controls<br>013_Appendix E_1 year_Sheath Clip_Shelf Life Protocol<br>005_Appendix F_Thrombogenicity<br>008_Appendix C_Gunther Tulip Label<br>012_Appendix G_3427_Sheath Clip Performance<br>009_Appendix C_Celect Label<br>001_Appendix F_Acute Systemic Toxicity<br>013_Appendix G_3547_Introducer Sheath Performance<br>006_Appendix F_Intracutaneous Irritation<br>Appendix G 3583 Sheath Tip Echo-opacity<br>002_Appendix F_Cytotoxicity<br>014_Appendix G_Sheath Tip Echo-opacity Report<br>007_Appendix F_Pyrogenicity<br>015_Appendix G_Sheath Tip Radio-opacity Report<br>003_Appendix F_Complement Activation | CookMDL2570_0145317<br>CookMDL2570_0145309<br>CookMDL2570_0145331<br>CookMDL2570_0145375<br>CookMDL2570_0145377<br>CookMDL2570_0145379<br>CookMDL2570_0145389<br>CookMDL2570_0145398<br>CookMDL2570_0145403<br>CookMDL2570_0145435<br>CookMDL2570_0145445<br>CookMDL2570_0145448<br>CookMDL2570_0145458<br>CookMDL2570_0145482<br>CookMDL2570_0145483<br>CookMDL2570_0145491<br>CookMDL2570_0145492<br>CookMDL2570_0145514<br>CookMDL2570_0145524<br>CookMDL2570_0145546<br>CookMDL2570_0145549<br>CookMDL2570_0145568<br>CookMDL2570_0145571<br>CookMDL2570_0145590<br>CookMDL2570_0145595 | CookMDL2570_0145317<br>CookMDL2570_0145309<br>CookMDL2570_0145338<br>CookMDL2570_0145375<br>CookMDL2570_0145378<br>CookMDL2570_0145382<br>CookMDL2570_0145396<br>CookMDL2570_0145401<br>CookMDL2570_0145434<br>CookMDL2570_0145444<br>CookMDL2570_0145445<br>CookMDL2570_0145457<br>CookMDL2570_0145481<br>CookMDL2570_0145482<br>CookMDL2570_0145490<br>CookMDL2570_0145491<br>CookMDL2570_0145513<br>CookMDL2570_0145523<br>CookMDL2570_0145545<br>CookMDL2570_0145548<br>CookMDL2570_0145567<br>CookMDL2570_0145570<br>CookMDL2570_0145589<br>CookMDL2570_0145594<br>CookMDL2570_0145622 |
| 26 | 008_Appendix F_Sensitization<br>004_Appendix F_Hemolysis<br>Cover Letter_7 22 11-final | CookMDL2570_0145623<br>CookMDL2570_0145654<br>CookMDL2570_0166562 | CookMDL2570_0145653<br>CookMDL2570_0145672<br>CookMDL2570_0166564 |
| 27 | K112119 - 001_Cover letter response to 9.26.2011 FDA request<br>002_K112119_Responses to Sept 26 Letter | CookMDL2570_0145319<br>CookMDL2570_0145339 | CookMDL2570_0145320<br>CookMDL2570_0145373 |
| 28 | K112119 - 002_K112119_Responses to Nov 10 Letter<br>Cover letter signed and dated_08Dec2011 | CookMDL2570_0145321<br>CookMDL2570_0166704 | CookMDL2570_0145330<br>CookMDL2570_0166705 |
| 29 | K112119 - 002_K112119_Response to 11.10.2011 FDA request<br>001_Cook Cover letter response to 11.10.11 FDA request | CookMDL2570_0145294<br>CookMDL2570_0145446 | CookMDL2570_0145308<br>CookMDL2570_0145447 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 30 | K112119_FDA Letter granting 2nd extension | CookMDL2570_0145293 | CookMDL2570_0145293 |
| | K112119_Second Request for extension | CookMDL2570_0145310 | CookMDL2570_0145310 |
| | K112119_FDA Letter request for information | CookMDL2570_0145311 | CookMDL2570_0145316 |
| | Record of Telephone Contact -K112119 27Mar2012 | CookMDL2570_0145318 | CookMDL2570_0145318 |
| | K112119_Cook letter_Ti02 particle size 3.28.12 | CookMDL2570_0145374 | CookMDL2570_0145374 |
| | K112119_FDA letter request for information | CookMDL2570_0145384 | CookMDL2570_0145387 |
| | K112119_Appendix A - Updated Section 3 - 510k summary | CookMDL2570_0145397 | CookMDL2570_0145397 |
| | K112119_Section 2 - Indications for Use Statement | CookMDL2570_0145402 | CookMDL2570_0145402 |
| | K112119 FDA Clearance letter 2012-03-30 | CookMDL2570_0163475 | CookMDL2570_0163478 |
| | Signed and dated cover letter_15Dec2011 | CookMDL2570_0166811 | CookMDL2570_0166811 |
| | K112119_FDA letter granting extension request | CookMDL2570_0166878 | CookMDL2570_0166878 |
| | K112119 FDA confirmation of new submission receipt | CookMDL2570_0168109 | CookMDL2570_0168111 |
| | K112119 converted to trad. 510k | CookMDL2570_0168112 | CookMDL2570_0168113 |
| | K112119_FDA letter confirming receipt of info 3.21.12 | CookMDL2570_0168115 | CookMDL2570_0168115 |
| | RE K112119 S002 | CookMDL2570_0168116 | CookMDL2570_0168121 |
| | RE K112119 S002 | CookMDL2570_0168122 | CookMDL2570_0168128 |
| | RE K112119 S002 | CookMDL2570_0168138 | CookMDL2570_0168141 |
| | RE K112119 S002 | CookMDL2570_0168142 | CookMDL2570_0168146 |
| | RE K112119 S002 | CookMDL2570_0168147 | CookMDL2570_0168152 |
| | RE K112119 S002 | CookMDL2570_0168153 | CookMDL2570_0168158 |
| | RE K112119 S002 | CookMDL2570_0168159 | CookMDL2570_0168163 |
| | RE K112119 S002 | CookMDL2570_0168164 | CookMDL2570_0168166 |
| | K112119 S002 | CookMDL2570_0168167 | CookMDL2570_0168170 |
| | RE K112119 S002 | CookMDL2570_0168171 | CookMDL2570_0168175 |
| | K112119 Cook Gunther Tulip Celect Vena Cava Filter sets | CookMDL2570_0168430 | CookMDL2570_0168434 |
| 31 | Lloyd's Register Quality Assurance, 1997 | CookMDL2570_0012561 | CookMDL2570_0012674 |
| 32 | Lloyd's Register Quality Assurance, 2002 | CookMDL2570_0161332 | CookMDL2570_0162418 |
| 33 | Lloyd's Register Quality Assurance, 2006 | CookMDL2570_0012675 | CookMDL2570_0013481 |
| 34 | Lloyd's Register Quality Assurance, 2007 | CookMDL2570_0160661 | CookMDL2570_0162424 |
| 35 | Lloyd's Register Quality Assurance, 2009 | CookMDL2570_0160660 | CookMDL2570_0162186 |
| 36 | Lloyd's Register Quality Assurance, 2011 | CookMDL2570_0013482 | CookMDL2570_0014248 |
| 37 | Lloyd's Register Quality Assurance, 20012 | CookMDL2570_0014249 | CookMDL2570_0014998 |
| 38 | List of Standards for MRI Tulip Filter, Project No. 170691 | CookMDL2570_0132346 | CookMDL2570_0132346 |
| 39 | Force Institute Laboratory Test of a Sample of 22 Vena Cava Filters, Type NMR Tulip from Elgiloy Wire | CookMDL2570_0132999 | CookMDL2570_0133030 |
| 40 | Design Review 1 - MReye Tulip Filter, Project 170691 | CookMDL2570_0133523 | CookMDL2570_0133525 |
| 41 | Design Review 1 and 2 - MReye Tulip Filter, Project 170691 | CookMDL2570_0133266 | CookMDL2570_0133294 |
| 42 | Design Failure Modes, Effects, and Criticality Analysis, Gunther Tulip Filter, TF #050-200 | CookMDL2570_0162292 | CookMDL2570_0162312 |
| 43 | Clinical Evidence Report Cook Gunther Tulip Vena Cava MReye Filter | CookMDL2570_0162327 | CookMDL2570_0162415 |
| 44 | Clinical Evidence Report Update on Design Changes to Gunther Tulip Vena Cava Mreye Filter, Tech File ID No 050-200 | CookMDL2570_0161846 | CookMDL2570_0161961 |
| 45 | Design Failure Modes, Effects, and Criticality Analysis, Gunter Tulip Filter, TF #050-200 | CookMDL2570_0060537 | CookMDL2570_0060569 |
| 46 | Project Request - Gunther Retrievable Vena Cava Filter | CookMDL2570_0115395 | CookMDL2570_0115398 |
| 47 | Cook Design Planning - Gunther Tulip Vena Cava Filter, Project # 154-02-98 | CookMDL2570_0115391 | CookMDL2570_0115394 |
| 48 | Design FMEA for Gunther Tulip Vena Cava Filter, Proj # 154-02-97 | CookMDL2570_0115379 | CookMDL2570_0115382 |
| 49 | Memo from Andy Hoffa to Design History File for Gunther Tulip Filter | CookMDL2570_0115374 | CookMDL2570_0115374 |
| 50 | Pre-Production/Transfer to Manufacturing Design Review Notes - Gunther Tulip Vena Cava Filter | CookMDL2570_0115312 | CookMDL2570_0115315 |
| 51 | Document Package Index for Transfer to Manufacturing - Gunther Tulip Vena Cava Filter | CookMDL2570_0115316 | CookMDL2570_0115316 |
| 52 | Design Verification, Gunther Tulip Vena Cava Filter, Project # 154-02-97 | CookMDL2570_0115372 | CookMDL2570_0115373 |
| 53 | Memo from Andy Hoffa to Design History File, GTRS-200-RB re Design Control | CookMDL2570_0118199 | CookMDL2570_0118207 |
| 54 | Final Report, November 2008, A non-randomized, Prospective Study of IVC Filter Retrieval Out to 12 Weeks Without Interim Filter Manuipulation Utilizing the Gunther Tulip Vena Cava Filter, Study Protocol # 04-507 | | |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 55 | Smouse, et all., *Long-term Retrieval Success Rate Profile for the Gunther Tulip Vena Cava Filter*, 20(7) JVIR 871-877 (2009) | | |
| 56 | 4/21/03 Gray Sheet page 21 | CookMDL2570_0183604 | CookMDL2570_0183604 |
| 57 | 6/11/03 record of telephone contact w/ FDA | CookMDL2570_0747210 | CookMDL2570_0747210 |
| 58 | 9/29/03 record of telepone contact w/ FDA | CookMDL2570_0182367 | CookMDL2570_0182367 |
| 59 | Tulip Design Binder 007 | CookMDL2570_0131826 | CookMDL2570_0132344 |
| 60 | Tulip Design Binder 008 | CookMDL2570_0133743 | CookMDL2570_0133937 |
| 61 | Tulip Design Binder 070 | CookMDL2570_0132345 | CookMDL2570_0132996 |
| 62 | Tulip Design Binder 071 | CookMDL2570_0132997 | CookMDL2570_0133713 |
| 63 | Tulip Design Binder 202 | CookMDL2570_0189680 | CookMDL2570_0189843 |
| 64 | Tulip Design Binder 453 | CookMDL2570_0190047 | CookMDL2570_0190269 |
| 65 | Tulip Design Binder 463 | CookMDL2570_0191020 | CookMDL2570_0191385 |
| 66 | Tulip Design Binder 499 | CookMDL2570_0190524 | CookMDL2570_0191019 |
| 67 | Tulip Design Binder 528 | CookMDL2570_0189595 | CookMDL2570_0189679 |
| 68 | Tulip Design Binder 529 | CookMDL2570_0190270 | CookMDL2570_0190523 |
| 69 | Tulip Design Binder 538 | CookMDL2570_0189844 | CookMDL2570_0190046 |
| 70 | 510(k) - K000855 -Tulip Permanent - DX0187 | CookMDL2570_0006563 | CookMDL2570_0006953 |
| 71 | 510(k) - K043509 - Introducer Change - DX0307 | CookMDL2570_0007605 | CookMDL2570_0007650 |
| 72 | AC Eng - Stress Analysis of GTF | CookMDL2570_0240964 | CookMDL2570_0240981 |
| 73 | Force Inst - Lab Test of 22 VC Filters Typer NMR from Elgiloy Wire | CookMDL2570_0324567 | CookMDL2570_0324577 |
| 74 | Hammer - In Vitro Eval of VC Filters | CookMDL2570_0727065 | CookMDL2570_0727072 |
| 75 | Jaeger - Comparative In Vitro Test of Temp VCF CIRSE 1998 | CookMDL2570_0061999 | CookMDL2570_0062000 |
| 76 | MEDI - Flat Plate Fatigue Testing of GTF -DX1327 | CookMDL2570_0623245 | CookMDL2570_0623250 |
| 77 | NAMSA Reports from K000855 | CookMDL2570_0006629 | CookMDL2570_0006806 |
| 78 | Neuerberg - Results of Multicenter Study on Retrievable Tulip VCF | CookMDL2570_0169631 | CookMDL2570_0169637 |
| 79 | Neuerburg - Cava Filter Placement Under MRI Control | | |
| 80 | Neuerburg - Developments in IVC Filters A European View (53 patients) | | |
| 81 | Neuerburg - New Retrievable Perc VC Filter Experimental In Vitro and In Vivo - 1993 | CookMDL2570_0424717 | CookMDL2570_0424722 |
| 82 | Neuerburg, Gunther - Bestimmung der Effectivitat Perkuntaner Kavafilter | | |
| 83 | Plant - IVC FIlters - Full Clinical & Rad Followup of 100 Cases | CookMDL2570_0006916 | CookMDL2570_0006917 |
| 84 | WCE - 1 Year Accelerated Aging Test NavAlign w Flex Tip - TR 3821 | CookMDL2570_0686426 | CookMDL2570_0686433 |
| 85 | WCE - Bench Deployment Test of GTF w Flex Tip - TR 3784 | CookMDL2570_0011580 | CookMDL2570_0011591 |
| 86 | WCE - Eval of Capturing of Emboli, Inc Blood Flow & Press - Celect & GTF - P030118D-01P | Cook IVCF 006899 | Cook IVCF 006918 |
| 87 | WCE - Perf Test of the Fem Introducer Sys - TR 3547 | CookMDL2570_0145514 | CookMDL2570_0145523 |
| 88 | WCE - Shelf Life Age Test of GTF - 092700AH | CookMDL2570_0604086 | CookMDL2570_0604090 |
| 89 | WCE - Simulated Shipping Test for NavAlign w Flextip - TP 3825 | CookMDL2570_0167273 | CookMDL2570_0167281 |
| 90 | WCE - Tensile Test of Filter Attach to Flextip - TR 3767 | CookMDL2570_0011604 | CookMDL2570_0011613 |
| 91 | WCE - Tensile Test of Joint in Flextip - TR 3769 | CookMDL2570_0011614 | CookMDL2570_0011620 |
| 92 | WCE - Tensile Test of Retrieval Cath and Filter Hook - TR 00854 | CookMDL2570_0064458 | CookMDL2570_0064463 |
| 93 | Xian - Multiple Emboli Filter and Function | CookMDL2570_0411620 | CookMDL2570_0411626 |
| 94 | 12/20/99 letter to FDA with Meeting Summary dated 12/14/1999 | CookMDL2570_0182490 | CookMDL2570_0182496 |
| 95 | 10/18/00 conditional IDE approval | CookMDL2570_0182584 | CookMDL2570_0182588 |
| 96 | Series of documents re: protocol | CookMDL2570_0183465 | CookMDL2570_0183476 |
| 97 | Clinical Trial Agreement for the Cook Gunther Tulip Vena Cava MReye Retrievable Filter Study (Includes Pilot Study protocol) | CookMDL2570_0183629 | CookMDL2570_0172575 |
| 98 | 10/18/00 conditional IDE approval | CookMDL2570_0182465 | CookMDL2570_0182482 |
| 99 | 2/7/02 IDE approval | CookMDL2570_0182402 | CookMDL2570_0182403 |
| 100 | 2/4/02 email correspondence with FDA | CookMDL2570_0182408 | CookMDL2570_0182408 |
| 101 | 2/4/02 email correspondence with FDA | CookMDL2570_0182409 | CookMDL2570_0182409 |
| 102 | 10/16/02 internal Cook memo reversing decision on pivotal | CookMDL2570_0180004 | CookMDL2570_0180007 |
| 103 | 12/12/02 weekly update on pilot study | CookMDL2570_0184646 | CookMDL2570_0184646 |
| 104 | 3/11/03 Final Report circulated within Cook | CookMDL2570_0182610 | CookMDL2570_0182624 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 105 | 4/18/03 email re: pivotal study protocol | CookMDL2570_0183728 | CookMDL2570_0183743 |
| 106 | April 2003 draft IDE supplement | CookMDL2570_0183629 | CookMDL2570_0183666 |
| 107 | 01-K032426 - 6/4/03 Letter to FDA Requesting Meeting | CookMDL2570_0064190 | CookMDL2570_0064198 |
| 108 | Original 510(k) Submission Gunther Tulip Vena Cava Mreye Filter and Retrieval Set | CookMDL2570_0007059 | CookMDL2570_0007301 |
| 109 | 8/28/03 Final Report submitted to FDA | CookMDL2570_0182369 | CookMDL2570_0182384 |
| 110 | IDE Pilot Study Final Report - Cook Gunther Tulip Vena Cava MReye Filter and Retrieval System | CookMDL2570_0182596 | CookMDL2570_0182609 |
| 111 | Pilot Study patient data - 0110001 | CookMDL2570_1303850 | CookMDL2570_1303898 |
| 112 | Pilot Study patient data - 0110002 | CookMDL2570_1303899 | CookMDL2570_1303940 |
| 113 | Pilot Study patient data - 0110003 | CookMDL2570_1303941 | CookMDL2570_1303975 |
| 114 | Pilot Study patient data - 0110004 | CookMDL2570_1303976 | CookMDL2570_1304000 |
| 115 | Pilot Study patient data - 0210001 | CookMDL2570_1304001 | CookMDL2570_1304042 |
| 116 | Pilot Study patient data - 0210002 | CookMDL2570_1304043 | CookMDL2570_1304067 |
| 117 | Pilot Study patient data - 0210003 | CookMDL2570_1304068 | CookMDL2570_1304108 |
| 118 | Pilot Study patient data - 0210004 | CookMDL2570_1304109 | CookMDL2570_1304175 |
| 119 | Pilot Study patient data - 0210005 | CookMDL2570_1304176 | CookMDL2570_1304233 |
| 120 | Pilot Study patient data - 0210006 | CookMDL2570_1304234 | CookMDL2570_1304260 |
| 121 | Pilot Study patient data - 0210007 | CookMDL2570_1304261 | CookMDL2570_1304317 |
| 122 | Pilot Study patient data - 0210008 | CookMDL2570_1304318 | CookMDL2570_1304341 |
| 123 | Pilot Study patient data - 0210009 | CookMDL2570_1304342 | CookMDL2570_1304387 |
| 124 | Pilot Study patient data - 0210010 | CookMDL2570_1304388 | CookMDL2570_1304411 |
| 125 | Pilot Study patient data - 0210011 | CookMDL2570_1304388 | CookMDL2570_1304411 |
| 126 | Pilot Study patient data - 0210012 | CookMDL2570_1304412 | CookMDL2570_1304452 |
| 127 | Pilot Study patient data - 0210014 | CookMDL2570_1304453 | CookMDL2570_1304470 |
| 128 | Pilot Study patient data - 0210015 | CookMDL2570_1304471 | CookMDL2570_1304496 |
| 129 | Pilot Study patient data - 0210016 | CookMDL2570_1304497 | CookMDL2570_1304529 |
| 130 | Pilot Study patient data - 0210018 | CookMDL2570_1304530 | CookMDL2570_1304557 |
| 131 | Pilot Study patient data - 0210019 | CookMDL2570_1304558 | CookMDL2570_1304581 |
| 132 | Pilot Study patient data - 0210020 | CookMDL2570_1304582 | CookMDL2570_1304616 |
| 133 | Pilot Study patient data - 0210021 | CookMDL2570_1304617 | CookMDL2570_1304649 |
| 134 | Pilot Study patient data - 0210023 | CookMDL2570_1304650 | CookMDL2570_1304664 |
| 135 | Pilot Study patient data - 0210024 | CookMDL2570_1304665 | CookMDL2570_1304680 |
| 136 | Pilot Study patient data - 0410001 | CookMDL2570_1304681 | CookMDL2570_1304730 |
| 137 | Pilot Study patient data - 0410002 | CookMDL2570_1304731 | CookMDL2570_1304780 |
| 138 | Pilot Study patient data - 0410003 | CookMDL2570_1304781 | CookMDL2570_1304812 |
| 139 | Pilot Study patient data - 0410004 | CookMDL2570_1304813 | CookMDL2570_1304845 |
| 140 | Pilot Study patient data - 0910001 | CookMDL2570_1304846 | CookMDL2570_1304880 |
| 141 | Pilot Study patient data - 0910002 | CookMDL2570_1304881 | CookMDL2570_1304914 |
| 142 | Pilot Study patient data - 0910003 | CookMDL2570_1304915 | CookMDL2570_1304961 |
| 143 | Pilot Study patient data - 0910004 | CookMDL2570_1304962 | CookMDL2570_1304992 |
| 144 | Pilot Study patient data - 0910005 | CookMDL2570_1304993 | CookMDL2570_1305023 |
| 145 | Pilot Study patient data - 1110001 | CookMDL2570_1305024 | CookMDL2570_1305072 |
| 146 | Pilot Study patient data - 1110002 | CookMDL2570_1305073 | CookMDL2570_1305094 |
| 147 | Pilot Study patient data - 1210001 | CookMDL2570_1305095 | CookMDL2570_1305127 |
| 148 | Pilot Study patient data - 1210002 | CookMDL2570_1305128 | CookMDL2570_1305155 |
| 149 | Pilot Study patient data - 1210003 | CookMDL2570_1305156 | CookMDL2570_1305189 |
| 150 | Pilot Study patient data - 1210004 | CookMDL2570_1305190 | CookMDL2570_1305218 |
| 151 | Pilot Study patient data - 1210005 | CookMDL2570_1305219 | CookMDL2570_1305251 |
| 152 | Pilot Study patient data - 1210006 | CookMDL2570_1305252 | CookMDL2570_1305284 |
| 153 | GTUS Operative Protocol | CookMDL2570_0394634 | CookMDL2570_0394650 |
| 154 | GTUS Site Correspondence | CookMDL2570_0361728 | CookMDL2570_0361742 |
| 155 | GTUS Final Report | CookMDL2570_0168886 | CookMDL2570_0168895 |
| 156 | Email from Dr. Dixon re: third draft | CookMDL2570_0684682 | CookMDL2570_0684683 |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 157 | Email from Dr. Van Ha re: third draft | | CookMDL2570_0684677 |
| 158 | 2/27/08 second draft of Smouse 2009 | CookMDL2570_0411582 | CookMDL2570_0411582 |
| 159 | Letter from Dept. of Health and Human Services to A. Lavender re additional information on 510(k) K98-3823, Gunther Tulip Vena Cava MReye Filter Set | CookMDL2570_0115206 | CookMDL2570_0115207 |
| 160 | Gunther Tulip MReye Inferior Vena Cava Filter February 2000 Mary Gossard | CookMDL2570_0174491 | CookMDL2570_0174494 |
| 161 | 9/15/00 IDE application | CookMDL2570_0182516 | CookMDL2570_0182557 |
| 162 | 12/1/00 Cook response to conditional approval letter | CookMDL2570_0182446 | CookMDL2570_0182464 |
| 163 | 1/3/01 IDE approval | CookMDL2570_0182444 | CookMDL2570_0182445 |
| 164 | 1/11/02 supplemental IDE | CookMDL2570_0182410 | CookMDL2570_0182410 |
| 165 | 6/11/03 record of telephone contact w/ FDA | CookMDL2570_0747209 | CookMDL2570_0747209 |
| 166 | 7/30/03 Email from Lisa Kennell to Jennifer Bosley, April Lavender re IFU Questions | CookMDL2570_0064262 | CookMDL2570_0064263 |
| 167 | 8/1/03 Email from Jennifer Bosley to Lisa Kennell re IFU Questions | CookMDL2570_0064264 | CookMDL2570_0064266 |
| 168 | Record of Telephone Contact from Angela Smith to J. Bosley re filters being sent to MED | CookMDL2570_0007323 | CookMDL2570_0007323 |
| 169 | Record of Telephone Contact from A. Lavender and J. Bosley to Amgela Smith re how to tailor the IFU | CookMDL2570_0007362 | CookMDL2570_0007362 |
| 170 | Email from J. Bosley to Angela Smith re K032426 labeling | CookMDL2570_0007363 | CookMDL2570_0007363 |
| 171 | Engineering, Design & Development forms and instructions - EN.01 and EN.02 | CookMDL2570_0022003 | CookMDL2570_0022614 |
| 172 | Operational Processes -  OP.01 to OP.16 | CookMDL2570_0022615 | CookMDL2570_0024555 |
| 173 | Organizational Chart | CookMDL2570_0024556 | CookMDL2570_0024557 |
| 174 | Process Model Image | CookMDL2570_0024558 | CookMDL2570_0024560 |
| 175 | Quality Assurance - QA.01 to QA.08 | CookMDL2570_0024561 | CookMDL2570_0025227 |
| 176 | Quality Policy Manual | CookMDL2570_0025228 | CookMDL2570_0025309 |
| 177 | Regulatory Assessment - RA.01 to RA.05 | CookMDL2570_0025310 | CookMDL2570_0025454 |
| 178 | Instructions for Use for the Gunther Tulip Vena Cava Filter (I-IGTCFS-65-1-UNI-TULIP-0906-356-01EN) | | |
| 179 | Order of Immediate Possessiov | CookMDL2570-1387307 | CookMDL2570-1387311 |
| 180 | Cedars-Sinai Marina Del Ray Hospital  - Radiology | EScott-C-SMDRH-RD-420038-000001 | |
| 181 | Cedars-Sinai Marina Del Ray Hospital  - Certificate | EScott-C-SMDRH-RD-420038-000002 | |
| 182 | Cedars-Sinai Marina Del Ray Hospital  - Certificate | EScott-C-SMDRH-RD - 00000003 | |
| 183 | Cedars-Sinai Marina Del Ray Hospital  - Radiology | EScott-C-SMDRH-RD-420038-000003 | |
| 184 | Cedars-Sinai Marina Del Ray Hospital  - Imaging via CD | | |
| 185 | Harbor-UCLA Medical Center - Billing | EScott-H-UCLAMD-BD-420038-000001 | EScott-H-UCLAMD-BD-420038-000005 |
| 186 | Harbor-UCLA Medical Center - Certificate | EScott-H-UCLAMC-RD - 00000004 | |
| 187 | Harbor-UCLA Medical Center - Medical | Scott-H-UCLAMC-CD-420038-000002 | Scott-H-UCLAMC-CD-420038-000012 |
| 188 | Harbor-UCLA Medical Center - Medical | EScott-H-UCLAMC-CD - 00000013 | EScott-H-UCLAMC-CD - 00000015 |
| 189 | Harbor-UCLA Medical Center - Medical | EScott-H-UCLAMD-MD-420038-000001 | EScott-H-UCLAMD-MD-420038-000750 |
| 190 | Harbor-UCLA Medical Center - Medical | EScott-H-UCLAMD-MD-420038-000751 | EScott-H-UCLAMD-MD-420038-001055 |
| 191 | Harbor-UCLA Medical Center - Radiology | EScott-H-UCLAMC-CD-420038-000001 | |
| 192 | Harbor-UCLA Medical Center - Radiology | EScott-H-UCLAMC-RD-420038-000001 | EScott-H-UCLAMC-RD-420038-000002 |
| 193 | Harbor-UCLA Medical Center - Radiology | EScott-H-UCLAMC-RD-420038-000003 | |
| 194 | Harbor-UCLA Medical Center - Imaging via CD | | |
| 195 | Harbor UCLA - Medical | EScott-H-UCLAMC-Pharm-00000001 | EScott-H-UCLAMC-Pharm-00000750 |
| 196 | Harbor UCLA - Medical | EScott-H-UCLAMC-Pharm-00000751 | EScott-H-UCLAMC-Pharm-00001500 |
| 197 | Long Beach Comprehensive Health - Billing | EScott-LBCHC-00000001 | EScott-LBCHC-0000002 |
| 198 | Long Beach Comprehensive Health - Billing | EScott-LBCHC-00000004 | EScott-LBCHC-0000005 |
| 199 | Long Beach Comprehensive Health - Certification | EScott-LBCHC-00000006 | |
| 200 | Long Beach Comprehensive Health - Certification | EScott-LBCHC-420038-000035 | |
| 201 | Long Beach Comprehensive Health - Certification | EScott-LBCHC-00000036 | |
| 202 | Marina Del Rey Hospital - Cardiology | EScott-MarinaDelReyHosp-CD - 000004 | EScott-MarinaDelReyHosp-CD - 000006 |
| 203 | Marina Del Rey Hospital - Certification | EScott-MarinaDelReyHosp-BD-00000009 | EScott-MarinaDelReyHosp-BD-00000010 |
| 204 | Marina Del Rey Hospital - Certification | EScott-MarinaDelReyHospCardiologyDept - 00000001 | |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 205 | Marina Del Rey Hospital - Certification | EScott-MarinaDelReyHosp-MD - 00000127 | |
| 206 | Marina Del Rey Hospital - Certification | EScott-MarinaDelReyHosp-MD - 00000128 | |
| 207 | Marina Del Rey Hospital - Certification | EScott-MarinaDelReyHospMedRecsDept-00000007 | |
| 208 | Marina Del Rey Hospital - Medical | EScott-MarinaDelReyHosp-MD - 00000008 | EScott-MarinaDelReyHosp-MD - 00000126 |
| 209 | Marina Del Rey Hospital - Medical | EScott-MarinaDelReyHosp-MD - 00000001 | EScott-MarinaDelReyHosp-MD - 00000006 |
| 210 | Marina Del Rey Hospital - Pathology | EScott-MarinaDelReyHosp-PD-420038-000001 | EScott-MarinaDelReyHosp-PD-420038-000003 |
| 211 | Marina Del Rey Hospital - Pathology | EScott-MarinaDelReyHosp-PD-420038-000004 | |
| 212 | Ronald Reagan UCLA Medical Center - Certificate | EScott-RRUCLAMC-BD-420038-00000006 | |
| 213 | Ronald Reagan UCLA Medical Center - Certificate | EScott-RRUCLAMC-MD - 00000021 | |
| 214 | Ronald Reagan UCLA Medical Center - Certificate | EScott-RRUCLAMC-RD-420038-000002 | |
| 215 | Ronald Reagan UCLA Medical Center - Medical | EScott-RRUCLAMC-BD-420038-000001 | EScott-RRUCLAMC-BD-420038-000005 |
| 216 | Ronald Reagan UCLA Medical Center - Medical | EScott-RRUCLAMC-MD-420038-000001 | EScott-RRUCLAMC-MD-420038-000020 |
| 217 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-000001 | EScott-RRUCLAMC-PD-420038-000002 |
| 218 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-000003 | |
| 219 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-000004 | EScott-RRUCLAMC-PD-420038-000008 |
| 220 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-00000009 | EScott-RRUCLAMC-PD-420038-00000010 |
| 221 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-0000 11 | EScott-RRUCLAMC-PD-420038-0000 12 |
| 222 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-00000013 | |
| 223 | Ronald Reagan UCLA Medical Center - Pathology | EScott-RRUCLAMC-PD-420038-00000004 | EScott-RRUCLAMC-PD-420038-00000008 |
| 224 | Ronald Reagan UCLA Medical Center - Radiology | EScott-RRUCLAMC-RD-420038-000001 | |
| 225 | Ronald Reagan UCLA Medical Center - Radiology | EScott-RRUCLAMC-RD-00000003 | |
| 226 | Ronald Reagan UCLA Medical Center - Imaging via CD | | |
| 227 | Westwood Imaging Center & Interventional Radiology Clinic - Certificate | EScott-WestIC&IRC-BD - 00000001 | |
| 228 | Westwood Imaging Center & Interventional Radiology Clinic - Certificate | EScott-WestIC&IRC-BD - 00000002 | |
| 229 | Medical records provided by plaintiff with discovery responses | | |
| 230 | Plaintiff's PPS | | |
| 231 | Plaintiff's Response to Cook Defendants' First Set of Interrogatories to Plaintiff | | |
| 232 | Plaintiff's Response to Cook Defendants' First Set of Requests for Production to Plaintiff | | |
| 233 | Deposition of Anton A Mlikotic, MD, dated 06/15/23, Def. Ex. 1 - Subpoena to Testify at a Deposition in a Civil Action | | |
| 234 | Deposition of Anton A Mlikotic, MD, dated 06/15/23, Def. Ex. 2 - Anton A Mlikotic, MD CV | | |
| 235 | Deposition of Anton A Mlikotic, MD, dated 06/15/23, Def. Ex. 3 - Harbor - UCLA Medical Center records | EScott-H-VCLAMC-MD-420038-000890<br>EScott-H-UCLAMC-MD-420038-000969<br>EScott-H-VCLAMC-MD-420038-000972<br>EScott-H-UCLAMC-MD-420038-000967<br>EScott-H-UCLAMC-MD-420038-001354<br>EScott-H-UCLAMC-MD-420038-000110 | EScott-H-VCLAMC-MD-420038-000892<br>EScott-H-UCLAMC-MD-420038-000970<br>EScott-H-VCLAMC-MD-420038-000974<br>EScott-H-UCLAMC-MD-420038-000970<br>EScott-H-UCLAMC-MD-420038-001360<br>EScott-H-UCLAMC-MD-420038-000112 |
| 236 | Deposition of Anton A Mlikotic, MD, dated 06/15/23, Def. Ex. 4 - Informed Consent | EScott-H-UCLAMC-MD-420038-001354 | EScott-H-UCLAMC-MD-420038-001360 |
| 237 | Deposition of Anton A Mlikotic, MD, dated 06/15/23, Def. Ex. 5 - Gunther Tulip Instructions for Use | | |
| 238 | Deposition of Ernie Scott, dated 4/2523 Def. Ex. 1 - Informed Consent | EScott-H-UCLAMC-MD-420038-001354 | EScott-H-UCLAMC-MD-420038-001360 |
| 239 | Deposition of Ernie Scott, dated 4/2523 Def. Ex. 2 - Long Beach CHC Primary Care Records | EScott-LBCH C-420038-000011 | EScott-LBCH C-420038-000013 |
| 240 | Deposition of Ernie Scott, dated 4/2523 Def. Ex. 3 - Cook Defendants' First Ser of Interrogatories to Plaintiff Ernie Scott | | |

| Defendant Exhibit Number | Document Description | Bates Number Begin | Bates Number End |
|---|---|---|---|
| 241 | Demonstrative Exhibits | | |
| 242 | Rule 1006 Summaries | | |
| 243 | 1999 Guidance for Industry and FDA Staff: Guidance for Cardiovascular Intravascular Filter 510(k) Submissions Document issued on November 25, 1999 | | |
| 244 | P030118D-01P - Performance Test Clot trapping ability - Evaluation of the Capturing of Emboli, Including Blood Flow and Pressure Change around the filter - comparison of 2nd generation filter to Tulip (Dr. Gunther) | CookMDL2570_0049641 | CookMDL2570_0049660 |
| 245 | 10/22/2003 (5:02pm) – Email from Angela Smith to Jennifer Bosley regarding her recommended changes to the IFU | CookMDL2570_0064337 | CookMDL2570_0064354 |
| 246 | FDA Substantial Equivalence Letter | CookMDL2570_0007601 | CookMDL2570_0007603 |
| 247 | Cook Global Code of Conduct | CookMDL2570_0001843 | CookMDL2570_0001859 |
| 248 | Physician Experience Reports | | |
| 249 | All exhibits listed on plaintiff's exhibit list | | |
| 250 | Additional exhibits necessary for impeachment or rebuttal | | |
| 251 | August 2016 Cook Medical IVC Filter Data Summary | CookMDL2570_1276605 | CookMDL2570_1276693 |
| 252 | Cook's Amended Defendant Profile Form (served June 16, 2023) | | |
| 253 | Any and all literature relied upon by experts | | |
| 254 | Surgeon General's Call to Action to Prevent DVT and PE | | |
| 255 | Reports of retained experts that have yet to be disclosed | | |
| 256 | Curriculum vitaes of retained experts that have yet to be disclosed | | |
| 257 | Any and all documents listed on the reliance lists of retained experts that have yet to be disclosed | | |