## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION** | **MDL NO. 1:14-ml-2570-RLY-TAB** <br> **MDL No. 2570** |
| **This Document Relates to Plaintiff(s):** <br><br> **Booker Terrance Bullock, Administrator of the Estate of Booker Bullock, Jr.** <br><br> **Civil Case#: 1:18-cv-03753-JRS-DML** | |

## MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff, Booker Terrance Bullock, Administrator of the Estate of Booker Bullock, Jr., by Counsel, and respectfully moves this Court to be permitted to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff, Booker Bullock, Jr., originally filed a product liability lawsuit against Defendants on November 29, 2018, in the Southern District of Indiana, Indianapolis Division.

2. A motion was filed to permit the filing of an Amended Complaint after said Plaintiff passed away, to substitute the Administrator of his Estate as the party Plaintiff.

3. The Amended Complaint inadvertently contains scrivener's errors that need to be corrected.

4. A copy of Plaintiff's proposed Second Amended Complaint is attached hereto as <u>Exhibit A</u>.

5. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's consent or the Court's leave. The Court should freely give leave when justice so requires.

6. Defendants consent to the filing of a Second Amended Complaint.

WHEREFORE, Plaintiff respectfully requests the Court grant his Motion to Amend Complaint.

Dated: July 19, 2023

Respectfully submitted,
By: /s/ Willard J. Moody_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.