IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>**Booker Terrance Bullock, Administrator of the Estate of Booker Bullock, Jr.**</u>

**Civil Case#: 1:18-cv-03753-JRS-DML**

**[PROPOSED]** <u>**ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT**</u>

**IT IS ORDERED** that Plaintiff's Motion to Amend the Complaint is **granted**. The Clerk of Court is directed to file the amended complaint into the record in this matter.

Dated: _____.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF INDIANA

1