UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) ) | |
| Allysha Ramon, 1:16-cv-01046 | ) ) ) ) | |

**PLAINTIFF'S OPPOSITION TO COOK DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF REGARDING THEIR POSITION ON PLAINTIFF'S RESPONSE TO COURT'S MAY 31, 2023 SHOW CAUSE ORDER**

Plaintiff Allysha Ramon hereby files her opposition to Cook Defendants' motion for leave to file a brief regarding their position on the issues raised in Plaintiff's response to the Court's May 31, 2023 show cause order (Doc. 24643). More specifically, Plaintiff states:

1. The Cook Defendants' first attempt to dismiss Plaintiff's case as being time barred occurred on September 5, 2019 (Doc. 11725). Plaintiff fully briefed her position on this issue in her response filed on October 3, 2019 (*See* Doc. 12050).

2. The Cook Defendants' again filed a motion for summary judgment on April 16, 2021 based on the Plaintiff's claims being time barred (Doc. 17975). The Plaintiff fully briefed her position in the response filed on April 29, 2021(*See* Doc. 18297).

3. On May 31, 2023, the Court granted Cook's CMO-28 Motion for Judgment dismissing Plaintiff's negligence, negligence per se, products liability, and breach of implied and express warranty claims (Doc. 24280). In this same pleading, Plaintiff was ordered to show cause as to why her "consumer fraud claim [sic]" should not be dismissed for violating the

pleading requirements of Rule 9(b) and thus failing to state a claim. (*Id.*)

In response to the Court's May 31, 2023 Order, on June 26, 2023, Plaintiff Alysha Ramon filed her response on the remaining claim (Doc. 24529).  In that response, Plaintiff argued that her claims were being mischaracterized as consumer fraud claims and erroneously analyzed under Oregon state law instead of Texas state law citing that Plaintiff's claims were inadequately pled under Rule 9(b) and should be dismissed for failure to state a claim. Plaintiff pointed out to the Court that she lived in Texas and was at all times a resident of Texas and the findings related to the Oregon cases should not apply to her claims.  Additionally, Plaintiff pointed out that the claims that she actually pled were not claims of fraud or mistake but were her separate independent claims for Defendants' statutory violations of the Texas Deceptive Trade Practices Act (DTPA), TEX. BUS. & COM. CODE § 17.41 et seq. Therefore, Plaintiff argued that Rule 9(b) should not be extended beyond its terms to independent state law statutory claims, *i.e.,* violations of the Texas DTPA, and that the general pleading requirements under Rule 8 should apply.  Plaintiff also argued that she has met the pleading requirements and in the alternative, if the court finds to the contrary, she has asked for leave of the Court to replead. (*Id.*)

4. On July 10, 2023, counsel for Cook Defendants' reached out via email asking if the Plaintiff would consent or oppose their request for leave to file a response to Plaintiff's response to the Court's May 31, 2023 Order.  The same day, the undersigned counsel for Plaintiff responded that we would oppose their request noting that the Cook Defendants have argued for the dismissal of this case ad nauseam.  It is the Plaintiff's position that the Cook Defendants have had more than ample time since their first dismissal attempt to brief any issues with regard to this case.

5. The Cook Defendants have now filed an opposed motion asking the Court for leave to brief their position regarding Plaintiff's show cause response. (Doc. 24643).

For the foregoing reasons, Plaintiff Allysha Ramon respectfully requests that the Court deny the Cook Defendants' motion for leave to file a brief in response to Plaintiff's June 26, 2023 show cause order response.  Additionally, the Plaintiff stands ready for a hearing related to her June 26, 2023 response.


Dated: July 19, 2023				Respectfully submitted,

					<u>s/ *Harold T. McCall, Jr.*</u>
					Harold T. McCall, Jr.
					TX 24054279
					Wright McCall
					5707 W. Interstate 10
					San Antonio, TX 78201
					Telephone: (205) 558-9000
					E-Mail: hmccall@wrightmccall.com

					*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19th 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ *Harold T. McCall, Jr.*
Harold T. McCall, Jr.
