**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SCOTT v. COOK INCORPORATED et al

Civil Case # 1:20-cv-00196-RLY-TAB

**NOTICE OF SERVICE OF PRELIMINARY WITNESS LIST AND PRELIMINARY EXHIBIT LIST**

To: The Clerk of Court and all parties of record:

Please Note that Plaintiff's preliminary Witness List and Exhibit List has been served on defendants in the matter mentioned above.

Respectfully submitted,

Dated: 7/20/23

*/ s /   Joseph Saunders*
Joseph Saunders
**SAUNDERS 7 WALKER, P.A**
3491 Gandy Blvd N. Ste. 200
Pinellas Park, FL 33781
Tel: (727) 579-4500
Fax: (727) 577-9696
joe@saunderslawyers.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Joseph Saunders*
Joseph Saunders