AFFIDAVIT OF SERVICE



FLINT COOPER, LLC    HOPE JONES
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
ALICE SENA
                                        PLAINTIFF       Index No. 1:23-cv-00477-JFR-GJF
                - vs -                                  Date Filed
                                                        File No.
COOK MEDICAL, LLC, ETAL                                 Court Date:
                                        DEFENDANT       AFFIDAVIT OF SERVICE

STATE OF __Indiana__, COUNTY OF __Marion__ :SS:
__Christina Gregory__, being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides in the State of __Indiana__.
On __6-13-2023__ at __2:00pm__,
at ~~C/O CORPORATION SERVICE COMPANY, 251 E. OHIO STREET, STE. 500~~ INDIANAPOLIS, IN 46204
__135 N Pennsylvania St, Ste 1610__,

deponent served the within SUMMONS AND COMPLAINT on: COOK INCORPORATED, the DEFENDANT therein named.

__#1 INDIVIDUAL__  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
**X** __#2 CORPORATION__  By delivering a true copy of each personally to __David Hockett__, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the DEFENDANT.
Deponent knew the person so served to be the __Legal Processor__ of the corporation, and authorized to accept service on behalf of the corporation.

__#3 SUITABLE AGE PERSON__  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

__#4 AFFIXING TO DOOR__  By affixing a true copy of each to the door of said premises, which is DEFENDANT's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find DEFENDANT or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

__#5 MAIL COPY__  ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**X** __#6 DESCRIPTION__ (USE WITH #1, 2 OR 3)  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
Sex: __M__    Color: __white__    Hair: __brown__
Age: __24__    Height: __5'9"__    Weight: __160__
OTHER IDENTIFYING FEATURES: _____

__#7 WITNESS FEES__  The authorized witness fee and / or traveling expenses were paid (tendered) to the DEFENDANT in the amount of $_____

__#8 MILITARY SRVC__  Deponent asked person spoken to whether the DEFENDANT was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT was not.

__#9 OTHER__

__[signature]__  __6/13/23__                                __Christina Gregory__
NOTARY NAME & DATE

ERIN TURNER
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0740509
My Commission Expires Apr 13, 2030

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-F&ALLC-9375551