Civil Action No. 1:23-cv-00477-JFR-GJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cook Medical, LLC c/o Corporation Service Co
was received by me on *(date)* 06/20/2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sydney Alger, process agent , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Co at 15 W South Temple #600, Salt Lake UT on *(date)* 06/23/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/28/2023

*Server's signature*

Lisa Rees, #R112101
*Printed name and title*

Lexitas Legal
1235 Broadway, 2nd Fl
New York, NY  10001
*Server's address*

Additional information regarding attempted service, etc:
SUMMONS IN A CIVIL ACTION; COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| ALICE SENA <br><br> *Plaintiff(s)* <br> v. <br> Cook Medical, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-00477-JFR-GJF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cook Medical, LLC
Corporation Service Company
15 West South Temple, Suite 600
Salt Lake City, UT 84101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lowe Law Group
Jason Harmon
6028 Ridgeline Dr., Suite 200
Odgen, UT 84405
Phone: 385-298-0175
j.harmon@lowelawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, June 05, 2023          Jacob Garcia
*Signature of Clerk or Deputy Clerk*