AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| GERRY IRICK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-ml-2570-RLY-TAB |
| COOK INCORPORATED, et al. | ) | |
| *Defendant* | ) | This document relates to case no.  1:23-cv-07051-RLY-TAB |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GERRY IRICK                                                                                                              .

Date:    07/21/2023                                          /s/Basil E. Adham
                                                                                *Attorney's signature*

                                                                 Basil E. Adham TX Bar No. 24081742
                                                                    *Printed name and bar number*

                                                                          Johnson Law Group
                                                                   2925 Richmond Ave, Suite 1700
                                                                          Houston, TX 77098
                                                                                *Address*

                                                                   IVC@johnsonlawgroup.com
                                                                            *E-mail address*

                                                                            (713) 626-9336
                                                                          *Telephone number*

                                                                            (713) 626-3394
                                                                             *FAX number*