## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Elizabeth Adeshewo

Civil Case # 1:18-cv-02937-RLY-TAB

### MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Elizabeth Adeshewo gives notice that Seth S. Webb of the law firm Brown & Crouppen, P.C. should be withdrawn as counsel of record in this matter on request of the Plaintiff and agreement amongst Plaintiff's counsel.  Plaintiff requests that Seth S. Webb, and all members of Brown & Crouppen, P.C. be withdrawn as her counsel of record, and Ben C. Martin of the law firm Ben Martin Law Group be substituted in their place.

Accordingly, the Plaintiff respectfully requests that the Court modify its records and service list to include Ben C. Martin and that all future documents, including, but not limited to pleadings, notices, motions, and discovery, be served upon him as counsel for Plaintiff Elizabeth Adeshewo.

Dated:  July 26, 2023.

/s/ Ben C. Martin
Ben C. Martin, TX Bar No. 13052400
BEN MARTIN LAW GROUP
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
bmartin@bencmartin.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
