IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Elizabeth Adeshewo

Civil Case # 1:18-cv-02937-RLY-TAB

## ORDER

This matter is before the Court on Plaintiff Elizabeth Adeshewo's Motion for Withdrawal of Counsel Seth S. Webb, and Substitution of Counsel filed by Ben C. Martin. For good cause shown, the Court hereby GRANTS this motion.

IT IS THEREFORE ORDERED that Ben C. Martin of the law firm Ben Martin Law Group shall be substituted for Seth S. Webb of the law firm Brown & Crouppen, P.C. Seth S. Webb, and all members of the law firm Brown & Crouppen, P.C., are withdrawn as counsel of record in this action and removed from all future electronic filings.

Signed this _____ day of _____, 2023.

_____
United States District Judge