# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Elizabeth Adeshewo

Civil Case # 1:18-cv-02937-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Elizabeth Adeshewo.

Dated:  July 27, 2023.                     Respectfully submitted,

                                           */s/ Thomas Wm. Arbon*
                                           Thomas Wm. Arbon, TX Bar No. 01284275
                                           **Ben Martin Law Group**
                                           3141 Hood Street, Suite 600
                                           Dallas, TX 75219
                                           Tel.:  (214) 761-6614
                                           Fax:  (214) 744-7590
                                           tarbon@bencmartin.com

                                           ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on July 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                           */s/ Thomas Wm. Arbon*
                                                           Thomas Wm. Arbon