# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Cases:

Shirley A. Parton, 1:18-cv-03371
Teresa Sykes, 1:19-cv-01167

_____

## ORDER DISMISSING PLAINTIFFS' CASES FOR LACK OF SUBJECT MATTER JURISDICTION

On June 23, 2023, the Seventh Circuit Court of Appeals vacated the court's judgment granting the Cook Defendants' Motion for Judgment on the Pleadings in the above-captioned cases and remanded with instructions to dismiss these cases without prejudice for lack of subject-matter jurisdiction. The court received the Notice of Mandate on July 17, 2023. Accordingly, the court hereby **DISMISSES** Shirley Parton's case (1:18-cv-03371) and Teresa Sykes' case (1:19-cv-01167) **WITHOUT PREJUDICE** for lack of subject matter jurisdiction. Final judgment shall issue forthwith.

**SO ORDERED** this 1st day of August 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.