UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION               MDL No. 2570

_____

This Document Relates to the Following Cases:

Shirley A. Parton, 1:18-cv-03371
Teresa Sykes, 1:19-cv-01167

_____

## JUDGMENT

Consistent with the Order issued this date, the court enters final judgment. The following cases are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction: Shirley A. Parton, 1:18-cv-03371 and Teresa Sykes, 1:19-cv-01167.

**SO ORDERED** this 1st day of August 2023.

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.