UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Charlene McCarter, Individually and as Personal Representative of the Estate of Mark A. McCarter, 1:18-cv-03889 | ) ) ) ) ) ) ) |

## ORDER DISMISSING CASE

On June 10, 2023, the court ordered Plaintiff to show cause why her case should not be dismissed by July 24, 2023, for her failure to respond to the Cook Defendants' Omnibus Motion for Judgment on the Pleadings Based on the Texas and Tennessee Statutes of Repose.  Plaintiff did not comply with the court's order.  Accordingly, Plaintiff's case is **DISMISSED WITH PREJUDICE**.  Final judgment shall issue by separate order.

**SO ORDERED** this 1st day of August 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.