UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: Charlene McCarter, Individually and as Personal Representative of the Estate of Mark A. McCarter, 1:18-cv-03889 _____ | ) ) ) ) ) ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**FINAL JUDGMENT**

Pursuant to the Order issued this date, the court enters final judgment in favor of the Cook Defendants---Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS---and against the Plaintiff.

**SO ORDERED** this 1st day of August 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.