# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Willie Jenkins,<br><br>   Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>   Defendants. | Case No. 1:23-cv-07001-RLY-TAB<br><br><br>**Stipulation of Dismissal<br>With Prejudice** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed with prejudice and with each party to bear its own costs.

Date: August 8, 2023.

Respectfully submitted,

**JOHNSON LAW GROUP**      **FAEGRE DRINKER BIDDLE & REATH**

/s/ *Basil Adham*      /s/ *Andrea Roberts Pierson*
Basil Adham      Andrea Roberts Pierson
2925 Richmond Ave, Suite 1700      300 North Meridian St, Suite 2500
Houston, TX 77098      Indianapolis, Indiana 46204
Telephone: (713) 626-9336      Telephone: (317) 237-0300
E-mail: ivc@johnsonlawgroup.com      E-mail: andrea.pierson@faegredrinker.com
*Attorney for Plaintiff*      *Attorney for Cook Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of August 2023, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                           /s/ *Basil Adham*