1UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to the Following Actions:<br><br>1:16-cv-02642 (Clark, Thomas and Karen M.)<br>1:17-cv-00347 (Lachenmayr, Carolyn Greenwood and Walter F.)<br>1:17-cv-01685 (Silva, Graciano and Gloria)<br>1:19-cv-01602 (Olsen, Betty J.) | **Notice of Change of Attorney Information** |

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | James A. Piatt | James A. Piatt |
| **Law Firm, Company, and/or Agency:** | Williams & Piatt, LLC | Williams Law Group, LLC |
| **Address:** | 1101 North Delaware Street<br>Indianapolis, IN 46202 | 1101 North Delaware Street<br>Suite 200<br>Indianapolis, IN 46202 |
| **Primary E-mail:** | james@williamspiatt.com | james@williamsgroup.law |
| **Secondary E-mail(s):** | mary@williamspiatt.com<br>nancy@williamspiatt.com | mary@williamsgroup.law<br>nancy@williamsgroup.law |
| **Telephone Number:** | (317) 633-5270 | (317) 633-5270 |
| **Facsimile:** | (317) 426-3348 | (317) 426-3348 |

Date: August 3, 2023 /s/ *James A. Piatt*
James A. Piatt (#28320-49)
WILLIAMS LAW GROUP, LLC
1101 North Delaware Street, Suite 200
Indianapolis, IN 46202
(317) 633-5270
Fax: (317) 426-3348
james@williamspiatt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Piatt*
James A. Piatt