IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

<u>**Booker Terrance Bullock, Administrator of the Estate of Booker Bullock, Jr.**</u>

**Civil Case#: 1:18-cv-03753-RLY-TAB**

<u>**ORDER ON PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT**</u>

This matter is before the Court on Plaintiff, Booker Terrance Bullock, Administrator of the Estate of Booker Bullock, Jr. Motion file a Second Amended Complaint. The Court, having considered the Motion, hereby grants this motion. [Filing No. 24653].

IT IS THEREFORE ORDERED that Plaintiff's Second Amended Complaint is hereby deemed filed as of the date of this order.

Date: 8/3/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.