UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Linda Daugherty; 1:18-cv-2928

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Linda Daugherty, died on or about July 10, 2020.

Dated: August 4, 2023

Respectfully submitted,

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney  (Bar No. 51236)
*Admitted Pro Hac Vice*
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 222-2222