UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Linda Daugherty; 1:18-cv-2928 | |

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Dana Baker, personal representative and next of kin of Linda Daugherty, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Dana Baker as personal representative of Linda Daugherty (deceased), and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff Linda Daugherty filed a Short Form Complaint for this action in this Court on September 21, 2018.

2. On July 10, 2020, Plaintiff Linda Daugherty passed away.

3. Linda Daugherty's action against Defendants survives her death and is not extinguished.

4. Dana Baker, decedent's surviving daughter, is the Next of Kin for Plaintiff, Linda Daugherty.

5. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

6. Plaintiff thus moves the substitute Dana Baker, as personal representative of Linda Daugherty, deceased, as Plaintiff in the present action.

7. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Dana Baker, as personal representative of Linda Daugherty, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Linda Daugherty is now deceased.

8. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent of the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Dana Baker, as personal representative of Linda Daugherty, deceased, as Plaintiff for Linda Daugherty; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-2928 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: August 4, 2023

                                                Respectfully submitted,

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney  (Bar No. 51236)
*Admitted Pro Hac Vice*
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 222-2222

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney for Plaintiff