UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to:

Linda Daugherty; 1:18-cv-2928

### ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

ON THIS DAY came for consideration Dana Baker' Motion to Substitute herself, as personal representative of Linda Daugherty, deceased, as Plaintiff for Linda Daugherty and Leave to File a First Amended Short Form Complaint. Having considered the motion, the Court concludes the Motion should be granted and, therefore: (1) Dana Baker, as personal representative and next of kin of Linda Daugherty, is hereby substituted as Plaintiff for Linda Daugherty in this action; (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

So Ordered.

Dated: _____, 2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana