UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>David Schroeder; 1:16-cv-1245 | |

### MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Carolyn Schroeder, personal representative and next of kin of David Schroeder, deceased, by and through her undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 25(a)(1), respectfully moves the Court to substitute Carolyn Schroeder as personal representative of David Schroeder (deceased), and grant leave to file the attached First Amended Short Form Complaint. In support of this Motion, movant states as follows:

1. Plaintiff David Schroeder filed a Short Form Complaint for this action in this Court on May 19, 2016.

2. On April 16, 2017, Plaintiff David Schroeder passed away.

3. David Schroeder's action against Defendants survives his death and is not extinguished.

4. Carolyn Schroeder, decedent's surviving spouse, is the Next of Kin for Plaintiff, David Schroeder.

5. Plaintiff's counsel filed the Suggestion of Death prior to the filing of the within matter.

6. Plaintiff thus moves the substitute Carolyn Schroeder, as personal representative of David Schroeder, deceased, as Plaintiff in the present action.

7. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically Carolyn Schroeder, as personal representative of David Schroeder, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff David Schroeder is now deceased.

8. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

9. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, Plaintiff prays for the following relief (1) the Court substitute Carolyn Schroeder, as personal representative of David Schroeder, deceased, as Plaintiff for David Schroeder; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:16-cv-1245 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Dated: August 7, 2023

                Respectfully submitted,

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney  (Bar No. 51236)
*Admitted Pro Hac Vice*
211 North Broadway, Suite 1600
St. Louis, MO 63102
(314) 222-2222

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Seth S. Webb
Brown & Crouppen, P.C.
Attorney for Plaintiff