**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

<u>Elizabeth Adeshewo</u>

Civil Case # 1:18-cv-02937-RLY-TAB

## [PROPOSED] ORDER

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Records is here by _____.

Ordered and Signed this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge