# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

<u>Karen Wilson, et al.</u>

Civil Case # 1:17-cv-01798-RLY-TAB

## [PROPOSED] ORDER

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Records is here by _____.

Ordered and Signed this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge