IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

___

| | |
|---|---|
| In RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

<u>April Madison</u>

Civil Case # 1:18-cv-2934-RLY-TAB

___

**[PROPOSED] ORDER**

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Records is here by _____.

Ordered and Signed this _____ day of _____, 2023.

_____
Honorable Tim A. Baker
United States Magistrate Judge
