IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates To:

Jerry Wright, et al.

Civil Case # 1:18-cv-2935-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Seth S. Webb and the law firm Brown & Crouppen pursuant to Local Rule 83-7 move the court for an Order allowing them to withdraw as attorneys of record for Plaintiff Jerry Wright. In support of this Motion counsel for Plaintiffs states as follows:

1. On September 21, 2018 the undersigned filed the instant action on behalf of Jerry Wright.

2. The Plaintiff is currently represented by Ben Martin Law Group who intend to have local counsel enter on their behalf.

3. Plaintiff was given notice in a letter via USPS of the undersigned intent to withdraw as attorneys in this matter.

4. Plaintiff will remain in this litigation.

5. Ben Martin Law Group's address is 3141 Hood Street, Suite 600, Dallas, TX 75219.

6. All future notices should be sent to Ben Martin Law Group.

WHEREFORE, Seth Webb and Brown & Crouppen respectfully request this Court to grant its Motion to Withdraw.

DATED: August 07, 2023

/s/Seth Sharrock Webb
Seth Sharrock Webb, # 51236
**BROWN & CROUPPEN, P.C.**
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
sethw@getbc.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, the foregoing was electronically filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing. Dated: July 31, 2023

/s/ Seth S. Webb
Seth S. Webb