IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>Ernie R. Scott, Case No. 1:20-cv-00196-RLY-TAB | |

_____

**ORDER ON AUGUST 7, 2023, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel August 7, 2023, to address an issue that has arisen regarding the timing of the deposition of Plaintiff's expert witness, Dr. Robert Allen. Allen was to have been deposed on the agreed upon date of August 10, but due to what appears to have been a failure of Plaintiff's counsel to properly follow up with Allen, Allen no longer is available for a deposition on that date. Plaintiff's counsel also failed to adhere to the deadline for expert disclosures. Defendants offered to depose Dr. Allen on September 23, 2023, provided that the Court revises certain deadlines. The Court agreed to revise the deadlines, but given this matter is set for trial on December 4, 2023, these revised deadlines (set forth below) will not be extended further. Moreover, if Plaintiff fails to produce Allen for deposition on September 23, or fails to meet any of the deadlines below, the Court may strike Allen as a witness.

The revised deadlines are as follows:

(1) Allen shall be produced for an in-person deposition on September 23;

(2) Defendants will disclose expert reports by September 24;

(3) Expert discovery will close September 25; and

(4) Any *Daubert* motion will be filed by September 29, with responses filed by October 4 and any replies filed by October 11.

Date: 8/7/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

1

Distribution to all registered counsel of record via the Court's ECF system.