IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON AUGUST 8, 2023, PRETRIAL CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel August 8, 2023, for a pretrial conference. Discussion held regarding case status.

**This matter is set for a telephonic status conference at 10 a.m. (Eastern Time) on September 25, 2023, before Magistrate Judge Tim A. Baker.** Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to discuss case status.

Date: 8/9/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.