# Exhibit A

H105.805 REV (7/18)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 26603955
Certification Number

*Karen L. Martino* 02/26/2020
Local Registrar                Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

**CERTIFICATE OF DEATH**

State File Number: 313928-2020

1. Decedent's Legal Name: Ruth P. Schreffler
2. Sex: Female
4. Date of Death: February 20, 2020
5a. Age: 69
6. Date of Birth: December 16, 1950
7a. Birthplace: Evans City, Pennsylvania
7b. Birthplace (County): Butler
8a. Residence (State): Pennsylvania
8c. Did Decedent Live in a Township?: Yes, Connoquenessing Township
8d. Residence (County): Butler
8e. Residence (Zip Code): 16053
10. Marital Status at Time of Death: Widowed
12. Father's Name: Howard Nicklas
13. Mother's Name Prior to First Marriage: Hazel Williams
14a. Informant's Name: Timmi S. Longdon
14b. Relationship to Decedent: Daughter
15a. Place of Death: Decedent's Home
15c. City or Town, State, and Zip Code: Connoquenessing Township, Pennsylvania 16053
15d. County of Death: Butler
16a. Method of Disposition: Burial
16b. Date of Disposition: February 25, 2020
16c. Place of Disposition: St. John's Lutheran Church Cemetery
16d. Location of Disposition: Connoquenessing, Pennsylvania
17a. Signature of Funeral Service Licensee: Ashley L. Baldauf-Kreil (Electronically Signed)
17b. License Number: FD139193
17c. Name and Complete Address of Funeral Facility: Boylan Funeral Home and Cremation Center Inc, 856 Evans City Road Renfrew, Pennsylvania 16053
18. Decedent's Education: High school graduate or GED completed
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: Secretary
22b. Kind of Business/Industry: Business

24. Time of Death: 04:45 PM
25. Was Medical Examiner or Coroner Contacted?: Yes

**CAUSE OF DEATH**

26. Part I. [redacted]

27. Was an autopsy performed?: No
30. Did Tobacco Use Contribute to Death?: Yes
31. Manner of Death: Natural

39a. Certifier: Certifying only
Signature of certifier: JEFFRY ROSS WAHL (Signature on File)
Title: MD
License Number: MD040649L
39b. Name, Address and Zip Code of Person Completing Cause of Death: JEFFRY WAHL, 835 EDMOND STREET Harmony, Pennsylvania 16037
39c. Date Signed: February 21, 2020
40. Registrar's District Number: 10-118
41. Registrar's Signature: Karen Martino (Signature on File)
42. Registrar File Date: February 25, 2020

Disposition Permit No. 1715000

H105-143 REV 11/2017-E