IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:18-cv-03190<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
CARLOS NEGRON_____

Civil Case No. 1:18-cv-03190

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Carlos Negron and files this motion to substitute her surviving spouse, Wanda Negron, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Carlos Negron filed the present action in the United States District Court of the Southern District of Indiana on October 15, 2018.

2. Plaintiff Carlos Negron died on or about April 5, 2019.

3. On August 9, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 24744. Plaintiff's counsel recently learned of the death of Mr. Negron after contacting his spouse.

4. Wanda Negron, surviving spouse of Carlos Negron, is the proper party plaintiff to substitute for Plaintiff-decedent Carlos Negron and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies,

and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Wanda Negron, as the personal representative of the Estate of Carlos Negron, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Wanda Negron, as personal representatives of the Estate of Carlos Negron, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Carlos Negron is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit B.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Wanda Negron as the personal representative of the Estate of Carlos Negron, deceased, as Party Plaintiff for Carlos Negron; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:18-cv-03190 and (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit C.

Date: August 10, 2023

        Johnson Law Group

        /s/Basil Adham_____
        Basil E. Adham, TX Bar No. 2408172
        2925 Richmond Avenue, Suite 1700
        Houston, TX 77098
        Telephone: (713) 626-9336
        Fax: (713) 583-9460
        Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 10, 2023, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham_____