IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates To:

Jerry Wright, et al.

Civil Case # 1:18-cv-2935-RLY-TAB

## ORDER

This matter is before the Court on Plaintiff Jerry Wright's Motion for Withdrawal of Counsel Seth S. Webb. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 24735.]

IT IS THEREFORE ORDERED that Seth S. Webb of the law firm Brown & Crouppen, P.C. Seth S. Webb, and all members of the law firm Brown & Crouppen, P.C., are withdrawn as counsel of record in this action and removed from all future electronic filings. Ben C. Martin of the law firm Ben Martin Law Group shall continue to represent the Plaintiffs in this matter.

Date: 8/11/2023

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.