# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Ernie R. Scott, Civil Case No. 1:20-cv-196

## JOINT MOTION TO AMEND CASE DEADLINES

The Cook Defendants, by counsel, and Plaintiff, by counsel, jointly move this Court for an order amending the briefing schedule for dispositive motions so that it mirrors the revised briefing schedule for Daubert motions. In support of this motion, the parties state as follows:

1. On June 22, 2023, Plaintiff filed his Motion to Extend Trial and Pre-Trial Deadlines. Dkt. 24479. Therein, he sought to extend his deadline to serve expert reports from June 16, 2023 (which date had already passed before the motion was filed) to July 16, 2023. *Id.* at 3.

2. Defense counsel did not agree to the length of the extension that Plaintiff sought. *See id.* at 1. The parties met and conferred on an alternate schedule, which they submitted and the Court entered on July 11, 2023. *See* Dkt. 24612. That schedule retained a July 14, 2023 deadline for preliminary witness and expert lists but shifted Plaintiff's expert disclosure date to July 14, 2023. *Id.* at 2. It also shifted the close of expert discovery out to August 25, 2023 and called for *Daubert* **and** dispositive motions to be filed by September 8, 2023. *Id.*

3. Both the amended schedule entered on July 11, 2023 and the schedule it amended (Dkt. 24082) contemplated *Daubert* motions, responses, and replies having the same deadlines as those for dispositive motions, responses, and replies.

4. On August 7, 2023, following the status conference with the parties, the Court issued an order revising certain case deadlines related to expert witnesses in this matter. *See* Dkt. 24736. Specifically, the Court ordered Dr. Allen to appear for deposition on September 23, 2023 and established a new briefing schedule for *Daubert* motions, setting deadlines of September 29, 2023 for *Daubert* motions, October 4, 2023 for response briefs, and October 11, 2023 for reply briefs. *Id.*

5. The parties, however, failed to ask the Court to revise the briefing schedule for dispositive motions, which has always been synchronized with the briefing schedule for *Daubert* motions under the Court's previous scheduling orders. *See* Dkts. 24082 and 24612.

6. The current deadline for dispositive motions is September 8, 2023 – more than two weeks before Dr. Allen's deposition, which is scheduled for September 23, 2023. Thus, under the current schedule, the Cook Defendants would not be able to address the testimony of Dr. Allen in support of their motion for summary judgment. This would severely and unfairly prejudice the Cook Defendants.

7. In order to keep the deadlines for *Daubert* and dispositive motions synchronized, which will allow the Cook Defendants to address the deposition testimony of Dr. Allen in support of their motion for summary judgment, the Cook Defendants respectfully request that the Court enter an order amending the briefing schedule for dispositive motions so that it mirrors the revised briefing schedule for *Daubert* motions. Specifically, the Cook Defendants request that the Court

order that dispositive motions shall be filed by September 29, 2023, with responses filed by October 4, 2023 and any replies filed by October 11, 2023.

8.  This motion is not made for the purpose of delay. The dispositive motion deadlines that are the subject of this motion have not previously been extended.

WHEREFORE, the parties respectfully request that this Court grant their Joint Motion to Amend Case Deadlines.

Dated: August 14, 2023

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

/s/ *Joseph H. Saunders*
Joseph H. Saunders
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd N., Suite 200
Pinellas Park, FL 33781
P: (727) 579-4500, F: (727) 577-9696
joe@saunderslawyers.com

*Attorney for Plaintiff Ernie R. Scott*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2023, a copy of the foregoing **JOINT MOTION TO AMEND CASE DEADLINES** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                                      /s/ *Jessica Benson Cox*