UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Ernie R. Scott, Civil Case No. 1:20-cv-196-RLY-TAB

## ORDER GRANTING JOINT MOTION TO AMEND CASE DEADLINES

This matter comes before the Court on the parties' Joint Motion to Amend Case Deadlines. The Court, having reviewed the Motion and being otherwise duly advised, finds that good cause exists and hereby grants the Motion. [Filing No. 24757.].

IT IS THEREFORE ORDERED that the briefing schedule for dispositive motions is hereby synchronized with the revised briefing schedule for *Daubert* motions. The parties shall file their dispositive motions and *Daubert* motions by September 29, 2023. Response briefs shall be filed by October 4, 2023, and reply briefs shall be filed by October 11, 2023.

Date: 8/15/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.