IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS | Case No.: 1:14-ml-2570-RLY-TAB |
| MARKETING, SALES PRACTICES AND | MDL No. 2570 |
| PRODUCTS LIABILITY LITIGATION | |

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

DORIS BRADY, INDIVIDUALLY, AND
AS THE ADMINISTRATRIX OF THE ESTATE
OF, ROLANDA L. BRADY

      Plaintiff(s)

  vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

      Defendants.
*Civil Case #: 1:18-cv-02240*

-------------------------------------------------------------X

[Stamp, top right:]

APPROVED. Case is
dismissed with prejudice.
Dated:  Aug 15, 2023

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel

hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against

the Defendants.

Date:  June 20, 2023

      Respectfully submitted,

      WEITZ & LUXENBERG, P.C.
      *Attorneys for Plaintiff(s)*

      By:__/s/Melinda D. Nokes_____
       Melinda D. Nokes (Pro hac vice-CA Bar #167787

      1880 Century Park East, Suite 700
      Los Angeles, CA 90067
      Phone: (310) 247-0921