> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 15, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

MARY M. BUHS

                 Plaintiff(s)

   vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                 Defendants.

*Civil Case #:* 1:18-cv-03739

-------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 20, 2023

                                   Respectfully submitted,

                                   WEITZ & LUXENBERG, P.C.
                                   *Attorneys for Plaintiff(s)*

                                   By:   /s/Melinda D. Nokes
                                      Melinda D. Nokes (Pro hac vice-CA Bar #167787

                                  1880 Century Park East, Suite 700
                                  Los Angeles, CA 90067
                                  Phone: (310) 247-0921
                                  Fax: (310) 786-9927
                                  Email:  MNokes@weitzlux.com