> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 15, 2023
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-----------------------------------------------------------X

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

-----------------------------------------------------------X

*This document relates to Plaintiff(s)*

MICHAEL JARED BURNS,

                      Plaintiff(s)

    vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                      Defendants.

*Civil Case #:* 1:17-cv-03548

-----------------------------------------------------------X

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date: June 20, 2023

                      Respectfully submitted,

                      WEITZ & LUXENBERG, P.C.
                      *Attorneys for Plaintiff(s)*

                      By:  /s/Melinda D. Nokes
                         Melinda D. Nokes (Pro hac vice-CA Bar #167787

                      1880 Century Park East, Suite 700
                      Los Angeles, CA 90067
                      Phone: (310) 247-0921
                      Fax: (310) 786-9927
                      Email:  MNokes@weitzlux.com