IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

----------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS     Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

----------------------------------------------------------X

*This document relates to Plaintiff(s)*

ANGEL DAVID DIAZ GUAL,

                 Plaintiff(s)

    vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                 Defendants.

*Civil Case #: 1:17-cv-04593*

----------------------------------------------------------X

> **APPROVED. Case is dismissed with prejudice.**
> **Dated: Aug 15, 2023**
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

<u>*NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)*</u>

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date: June 20, 2023

                 Respectfully submitted,

                 WEITZ & LUXENBERG, P.C.
                 *Attorneys for Plaintiff(s)*

                 By:   /s/Melinda D. Nokes
                   Melinda D. Nokes (Pro hac vice-CA Bar #167787)

                 1880 Century Park East, Suite 700
                 Los Angeles, CA 90067
                 Phone: (310) 247-0921
                 Fax: (310) 786-9927
                 Email: MNokes@weitzlux.com