IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 15, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

---------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS      Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------X

*This document relates to Plaintiff(s)*

WILLIAM BENTON EDWARDS,
                    Plaintiff(s)

    vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                    Defendants.

*Civil Case #: 1:16-cv-00879*

---------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date: June 20, 2023

        Respectfully submitted,

        WEITZ & LUXENBERG, P.C.
        *Attorneys for Plaintiff(s)*

        By: /s/Melinda D. Nokes
        Melinda D. Nokes (Pro hac vice-CA Bar #167787

        1880 Century Park East, Suite 700
        Los Angeles, CA 90067
        Phone: (310) 247-0921
        Fax: (310) 786-9927
        Email: MNokes@weitzlux.com