APPROVED. Case is dismissed with prejudice.
Dated: Aug 15, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS  Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

SCOTT EGAN,
                        Plaintiff(s)

    vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                        Defendants.

*Civil Case #: 1:17-cv-00760*

-------------------------------------------------------------X

       NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date: June 20, 2023

                        Respectfully submitted,

                        WEITZ & LUXENBERG, P.C.
                        *Attorneys for Plaintiff(s)*

                        By:   /s/Melinda D. Nokes
                            Melinda D. Nokes (Pro hac vice-CA Bar #167787

                        1880 Century Park East, Suite 700
                        Los Angeles, CA 90067
                        Phone: (310) 247-0921
                        Fax: (310) 786-9927
                        Email: MNokes@weitzlux.com