> APPROVED. Case is dismissed with prejudice.
> Dated: Aug 15, 2023
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

-------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS     Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

-------------------------------------------------------------X

*This document relates to Plaintiff(s)*

FRANK GORI,

                 Plaintiff(s)
   vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                 Defendants.

***Civil Case #:*** 1:20-cv-01128

-------------------------------------------------------------X

       <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendants.

Date:  June 21, 2023

                 Respectfully submitted,

                 WEITZ & LUXENBERG, P.C.
                 *Attorneys for Plaintiff(s)*

                 By:__/s/Melinda D. Nokes_____
                     Melinda D. Nokes (Pro hac vice-CA Bar #167787

                 1880 Century Park East, Suite 700
                 Los Angeles, CA 90067
                 Phone: (310) 247-0921
                 Fax: (310) 786-9927