# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB <br> § MDL No. 2570 |
| This Document Relates to Plaintiff: <br><br> Willie Jenkins, <br><br>     Plaintiff, <br><br> v. <br><br> Cook Incorporated, Cook Medical LLC, and William Cook Europe APS <br><br>     Defendants. | § Case No. 1:23-cv-07001-RLY-TAB <br><br> **Order on Stipulation of Dismissal With Prejudice** |

Considering the parties' Stipulation of Dismissal with Prejudice of Willie Jenkins.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that all claims of Willie Jenkins against Cook Incorporated, Cook Medical LLC, and William Cook Europe APS in Civil Action 1:14-ml-2570-RLY-TAB (Member Case 1:23-cv-07001-RLY-TAB) are dismissed in their entirety with prejudice as to the refiling of same and each party shall bear its own costs.

Date: 8/15/2023

                                               RICHARD L. YOUNG, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Distributed Electronically to Registered Counsel of Record