APPROVED.  Case is
dismissed with prejudice.
Dated:  Aug 16, 2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS        Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND               MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---------------------------------------------------------X

*This document relates to Plaintiff(s)*

SAMANTHA DRIVER,

                              Plaintiff(s)

        vs.

COOK INCORPORATED, COOK MEDICAL LLC;
AND WILLIAM COOK EUROPE APS,

                              Defendants.

***Civil Case #: 1:17-cv-03262***

---------------------------------------------------------X

### <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff(s) and its counsel

hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against

the Defendants.

Date:  June 20, 2023

                        Respectfully submitted,

                        WEITZ & LUXENBERG, P.C.
                        *Attorneys for Plaintiff(s)*

                        By:___/s/Melinda D. Nokes_____
                             Melinda D. Nokes (Pro hac vice-CA Bar #167787

                        1880 Century Park East, Suite 700
                        Los Angeles, CA 90067
                        Phone: (310) 247-0921
                        Fax: (310) 786-9927
                        Email:  MNokes@weitzlux.com