UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Deborah Ortiz, 1:16-cv-02709

_____

## ORDER REOPENING CASE

Plaintiff Irving Ortiz filed a Stipulation of Dismissal on June 21, 2023. When the court approved the Stipulation, it dismissed not only the claims brought by Mr. Ortiz, but also the claims brought by his wife, Plaintiff Deborah Ortiz. To remedy this error, the court hereby **REOPENS** this case with respect to the claims brought by Deborah Ortiz.

**SO ORDERED** this 17th day of August 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.