UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | 1:14-ml-02570-RLY-TAB  MDL No. 2570 |

This Document Relates to:

Michael Johnson,  1:16-cv-02668

_____

### ORDER REOPENING CASE

Plaintiff Deborah Johnson filed a Stipulation of Dismissal on June 21, 2023. When the court approved the Stipulation, it dismissed not only the claims brought by Ms. Johnson, but also the claims brought by her husband, Plaintiff Michael Johnson. To remedy this error, the court hereby **REOPENS** this case with respect to the claims brought by Michael Johnson.

**SO ORDERED** this 17th day of August 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.