### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) <br> IVC FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br>  ) <br> This Document Relates to Plaintiff: ) <br>  ) <br> *Angela Barnes v. Cook Incorporated et al.* ) <br> Case No. 1:18-cv-01773-RLY-TAB ) | Case No. 1:14-ml-02570-RLY-TAB <br> MDL No. 2570 <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker |

### **NOTICE OF APPEARNCE**

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Angela Barnes.

Dated:  August 24, 2023              Respectfully Submitted,

LAW OFFICES OF JEFFREY S.
GLASSMAN, LLC

*/s/ Julie E. Lamkin*
Julie E. Lamkin (Ma Bar 680482)
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Phone:  (617) 367-2900
Fax:  (617) 722-9999
jlamkin@jeffreysglassman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 24, 2023

/s/ Julie E. Lamkin
Julie E. Lamkin (Ma Bar 680482)
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Phone:  (617) 367-2900
Fax:  (617) 722-9999
jlamkin@jeffreysglassman.com