# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL Case No. 1:14-ml-02570-RLY-TAB<br><br>Judge Richard L. Young<br>Magistrate Judge Tim A. Baker |
| This Document Relates to Plaintiff:<br><br>*Angela Barnes v. Cook Incorporated et al.*<br>Case No. 1:18-cv-01773-RLY-TAB | ) ) ) ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform the Honorable Court of the death of Plaintiff Angela Barnes, on or about April 9, 2023.

Dated: August 24, 2023

Respectfully Submitted,

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC

*/s/ Julie E. Lamkin*
Julie E. Lamkin (Ma Bar 680482)
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999
jlamkin@jeffreysglassman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated:  August 24, 2023 | /s/ Julie E. Lamkin<br>Julie E. Lamkin (Ma Bar 680482)<br>Law Offices of Jeffrey S. Glassman, LLC<br>One International Place, Suite 1810<br>Boston, MA 02110<br>Phone:  (617) 367-2900<br>Fax:  (617) 722-9999<br>jlamkin@jeffreysglassman.com |