UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) <br> IVC FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> *Angela Barnes v. Cook Incorporated et al.* ) <br> Case No. 1:18-cv-01773-RLY-TAB ) | MDL Case No. 1:14-ml-02570-RLY-TAB <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Angela Barnes, and files this motion to substitute her son, Christopher William Barnes, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support of this motion, the Plaintiff respectfully shows the Court the following:

1. Plaintiff Angela Barnes filed the present action in the United States District Court for the Southern District of Indiana on June 11, 2018.

2. Plaintiff Angela Barnes passed away on April 9, 2023. **[See Exhibit 1]**.

3. Plaintiff's counsel recently learned of the death of Angela Barnes, which occurred after the filing of this lawsuit. On August 24, 2023, Plaintiff's counsel filed a Suggestion of Death pursuant to Fed. R. Civ. P. 25(a). (Doc. 3).

4. Christopher William Barnes, son of Angela Barnes, filed a petition to open the estate of Angela Barnes and was appointed as Personal Representative of her estate, "Estate of Angela Jean Barnes," on May 30, 2023 by the Probate Court of Hampden County, Massachusetts. **[See Exhibit 2]**.

5. Rule 25 of the Federal Rules of Civil Procedure provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R.

Civ. P. 25(a)(1). A motion for substitution may be made by any party or by the decedent's successor or representative. *Id*.

6. Pursuant to Fed. R. Civ. P. 25(a)(1), as the Personal Representative of her estate, Christopher William Barnes is the proper party Plaintiff to substitute for Plaintiff-decedent, Angela Barnes, and has proper capacity to move forward with this products liability lawsuit on Plaintiff-decedent's behalf.

WHEREFORE, Counsel for Plaintiff requests this Court grant this motion to substitute Christopher William Barnes, on behalf of the Estate of Angela Jean Barnes, as the proper party Plaintiff to this action.

Respectfully submitted this 24th day of August, 2023.

Dated: August 24, 2023

Respectfully Submitted,

LAW OFFICES OF JEFFREY S. GLASSMAN, LLC

*/s/ Julie E. Lamkin*
Julie E. Lamkin (Ma Bar 680482)
Law Offices of Jeffrey S. Glassman, LLC
One International Place, Suite 1810
Boston, MA 02110
Phone: (617) 367-2900
Fax: (617) 722-9999
jlamkin@jeffreysglassman.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated:  August 24, 2023        */s/ Julie E. Lamkin*
　　　　　　　　　　　　　　　　　　Julie E. Lamkin (Ma Bar 680482)
　　　　　　　　　　　　　　　　　　Law Offices of Jeffrey S. Glassman, LLC
　　　　　　　　　　　　　　　　　　One International Place, Suite 1810
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Phone:  (617) 367-2900
　　　　　　　　　　　　　　　　　　Fax:  (617) 722-9999
　　　　　　　　　　　　　　　　　　jlamkin@jeffreysglassman.com