# Exhibit 3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., ) <br> IVC FILTERS MARKETING, SALES ) <br> PRACTICES AND PRODUCT ) <br> LIABILITY LITIGATION ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> *Angela Barnes v. Cook Incorporated et al.* ) <br> Case No. 1:18-cv-01773-RLY-TAB ) | MDL Case No. 1:14-ml-02570-RLY-TAB <br><br> Judge Richard L. Young <br> Magistrate Judge Tim A. Baker |

## ORDER MOTION TO SUBSTITUTE PARTY PLAINTIFF

IT IS ORDERED that the Motion to Substitute Party Plaintiff is GRANTED and Christopher William Barnes, on behalf of the Estate of Angela Jean Barnes, is substituted as Plaintiff in the above-referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana