IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Actions

### THE COOK DEFENDANTS' MOTION FOR
### SCREENING ORDER REGARDING AMOUNT IN CONTROVERSY

The Cook Defendants[1] move the Court to enter a screening order requiring each plaintiff in this MDL to demonstrate that the Court has subject-matter jurisdiction over his or her claims; specifically, that the claim places more than $75,000 in controversy. Such an order is both necessary and proper for the reasons set forth in the accompanying memorandum of law. A proposed screening order is submitted as **Exhibit A**. This screening order will implement the Seventh Circuit's recent guidance in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023) and remove from this MDL cases that are not properly before this Court "because [the] plaintiffs [cannot] allege injuries in good faith that satisfied 28 U.S.C. § 1332(a)'s amount-in-controversy requirement." *Sykes*, 72 F.4th at 216. Additionally, the Cook Defendants submit a proposed Fifth Amended Case Management Order No. 4 (**Exhibit B**; a redline showing changes relative to Fourth Amended Case Management Order No. 4 is attached as **Exhibit C**) in order to complement the proposed screening

---

[1] The defendants are Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS and are referred to collectively herein as "Cook" or the "Cook Defendants."

order.

Dated: August 31, 2023

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
Eric M. Friedman
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com
eric.friedman@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegredrinker.com

Bruce Jones
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota  55402
Telephone:	(612) 766-7000
Facsimile:	(612) 766-1600
bruce.jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

I certify that on August 31, 2023, a copy of the foregoing **THE COOK DEFENDANTS' MOTION FOR SCREENING ORDER REGARDING AMOUNT IN CONTROVERSY** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson

US.358882132.02