# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Actions

**[PROPOSED] CASE MANAGEMENT ORDER NO. 32:**
**AMOUNT IN CONTROVERSY CERTIFICATION PROCESS**

On review of the Court of Appeals' decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), and in consideration of that decision's potential impact on the jurisdiction of the Court in many other cases, this Court determines that it has the authority and obligation to implement a procedure to ensure that it has subject-matter jurisdiction in every case included in this MDL.

1.     Within sixty (60) days of entry of this Order, every plaintiff in this MDL must certify whether the amount in controversy in that plaintiff's action exceeds $75,000, exclusive of interests and costs.

2.     Plaintiffs shall provide the certification using Amount in Controversy Certification Form attached as **Exhibit 1**. Plaintiffs shall serve the completed forms on the Cook Defendants in accordance with the process set forth in Third Amended Case Management Order No. 6.

3.     Plaintiffs who lack the evidence to make this certification must dismiss their cases without prejudice using the form attached to this Order as **Exhibit 2**.

4.     Failure by a plaintiff to timely comply with this Order will result in a presumption that the plaintiff could not make a good-faith showing that the amount-in-controversy requirement has been met. Within thirty (30) days after the passage of the deadline in Paragraph 1 above, the

US.359016346.04

Cook Defendants and the Plaintiffs' Steering Committee shall jointly submit to the Court a list of plaintiffs who have not complied with this Order. The Court will dismiss such cases for failure to prosecute under Federal Rule 41(b) by separate order.

5.  To address this jurisdictional issue in any cases filed in the future and included in this MDL, the Court has simultaneously amended Case Management Order No. 4 to require amount-in-controversy certification in any newly filed cases. The purpose of that amendment is to establish a common 30-day deadline after filing in, or transfer to, the MDL for plaintiffs in any future cases to submit the PFS, categorization form and records, and the certification form in support of establishing the amount-in-controversy. Plaintiffs' counsel are instructed to consider fully whether any future filter case meets *all* requirements of subject-matter jurisdiction before filing that case in federal court. Failure to comply with this requirement may result in an order imposing reasonable costs and attorneys' fees.

Dated: _____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

[*Plaintiff Name*, Case Number]

### AMOUNT IN CONTROVERSY CERTIFICATION FORM

Plaintiff's Name: _____

Plaintiff's Case Number: _____

Plaintiff's Case Categorization: _____

Certification: The undersigned counsel has (1) reviewed Plaintiff's case, including all available medical records, billing records, and imaging records and reports; (2) reviewed Case Management Order No. 32 and the Circuit Court's opinion in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023); and (3) discussed this case and the requirement to establish the $75,000 amount-in-controversy with Plaintiff. Based on that review and discussion with Plaintiff, the undersigned counsel makes the following certifications regarding Plaintiff's case:

**Question 1:**
Upon review, counsel has a good-faith basis to assert the damages in Plaintiff's action exceed $75,000, exclusive of interests and costs: _____Yes _____ No

**Question 2(a):** If Yes:

The medical and other evidence relied on to make this certification has been produced to the Cook Defendants or is being produced with this Certification Form. _____Yes _____ No

**Question 2(b):** If No:

Plaintiff's counsel has submitted contemporaneously with this Certification a signed Stipulation of Dismissal for voluntary dismissal using the form provided as Exhibit B to CMO-32. _____Yes _____ No

The undersigned counsel declares under the penalty of perjury that the foregoing is true and correct.

Plaintiff's Counsel Name: _____

Plaintiff's Counsel's Firm: _____

Plaintiff's Counsel's Signature: _____

# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*[Plaintiff Name]* – Case No. *[Add]*

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

*[Note: Plaintiffs represented by the same law firm may file a single stipulation.]*

Dated: _____ 2023

| | |
|---|---|
| /s/_____ | /s/_____ |
| Attorney Name | Andrea Roberts Pierson |
| Firm Name | Faegre Drinker Biddle & Reath LLP |
| Address | 300 North Meridian Street, Suite 2500 |
| Address | Indianapolis, Indiana  46204 |
| Telephone: | Telephone:  (317) 237-0300 |
| Facsimile: | Facsimile:   (317) 237-1000 |
| Email: | Email: andrea.pierson@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |