IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

    Anthony Matthews
    1:19-cv-1375

## MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Cody Matthews, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, respectfully moves the Court to substitute Cody Matthews for Plaintiff Anthony Matthews, deceased. and to grant leave to file the attached First Amended Short Form Complaint. In support of this motion, movant states the following:

1. Plaintiff Anthony Matthews filed a Short Form Complaint for this action in this Court on April 4, 2019.

2. On December 1, 2021, Plaintiff Anthony Matthews passed away from injuries not related to the IVC Filter at issue. Mr. Matthews was citizen of Louisiana at the time of his passing.

3. Plaintiff Anthony Matthews claim arose in and would be governed by the laws of the State of Lousiana.

4. Plaintiff Anthony Matthews was unmarried at the time of his passing and movant Cody Matthews is the only child, living or dead, of Anthony Matthews. See Declaration of Cody Matthews, attached hereto as Exhibit 1.

5. Pursuant to Lousiana Civil Code Article 2315.1, movant Cody Matthews, as the only child of Anthony Matthews, is the proper party to be substituted as Plaintiff to continue this action.

6. A Proposed First Amended Short Form Complaint containing a survival count is attached hereto as Exhibit 2.

7. Movant has conferred with Defendants prior to filing and Defendants have no objection to this Motion.

WHEREFORE, Movant prays for the following relief: (1) the Court substitute Cody Matthews as Party Plaintiff for Anthony Matthews; (2) the Court grant leave to file the attached First Amended Short Form Complaint: (3) the Court deem the attached First Amended Short Form Complaint filed *instanter*.

    Respectfully Submitted,

*/s/Michael S. Kruse*
Michael S. Kruse, EDMo # 57818MO
NIEMEYER, GREBEL & KRUSE, LLC
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
kruse@ngklawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed and served on all counsel of record this 1st day of September, 2023, by way of the Court's CM/ECF filing system.

*/s/ Michael S. Kruse*