IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2750-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff

Anthony Matthews
1:19-cv-1375

### DECLARATION OF CODY MATTHEWS

1. My name is Cody Matthews, and I am over the age of eighteen (18).

2. I am competent to make this declaration since here and based upon my personal knowledge.

3. I am the only child of Anthony Matthews, deceased, the Plaintiff in the above-referenced action.

4. My father was not married at the time of his passing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**FURTHER DECLARIANT SAYETH NAUGHT.**

_____
**Cody Matthews**

**EXHIBIT 1**