IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Anthony Matthews
1:19-cv-1375

## **ORDER**

ON THIS DAY came for consideration Cody Matthews's Motion to Substitute himself as Party Plaintiff for Anthony Matthews and for Leave to file a First Amended Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted and, therefore: (1) Cody Matthews is hereby substituted as Party Plaintiff for Anthony Matthews in this action; (2) Plaintiff is hereby granted Leave to file a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to the Motion at issue as Exhibit 2 is hereby deemed filed *instanter*.

SO ORDERED:    _____
                                        Date