UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Igor Khasidov, 1:16-cv-02562 | |

**ORDER ON THE COOK DEFENDANT'S MOTION FOR JUDGMENT IN PLAINTIFF'S CASE PURSUANT TO CMO-28**

The Cook Defendants[1] move for judgment on the pleadings in Plaintiff Igor Khasidov's case pursuant to Case Management Order #28. Since the filing of this motion, the parties filed a Joint Stipulation of Dismissal with Prejudice. Accordingly, the Cook Defendants' motion (Filing No. 24339) is **DENIED AS MOOT**.

**SO ORDERED** this 5th day of September 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1