UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION </br></br>This Document Relates to:</br></br>Steven Lies-Blanchard, 1:16-cv-03401</br>Amy Graham, 1:17-cv-02723</br>Louis Paciocco, 1:17-cv-03100</br>Eleanor Williams, 1:19-cv-02302</br>Wanda Allen, 1:19-cv-01325 | 1:14-ml-02570-RLY-TAB</br>MDL No. 2570 |

**ORDER GRANTING LEAVE TO AMEND**

The Cook Defendants[1] filed Motions for Judgment based on North Carolina's statute of repose against the Plaintiffs herein. Plaintiffs argue in part that Cook waived the statute of repose by expressly warrantying their IVC filters are "safe for permanent implantation" or "safe for permanent placement." In the alternative, they request leave to amend their Short Form Complaints to add additional allegations regarding Cook's alleged warranties. That request is **GRANTED**. Plaintiffs' amended Short Form Complaints must be filed no later than **October 2, 2023**.

**SO ORDERED** this 5th day of September 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

1

Distributed Electronically to Registered Counsel of Record.