UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER DENYING AS MOOT PSC'S UNOPPOSED MOTION FOR ENLARGMENT OF TIME**

The PSC moved for an extension of time to respond to the Cook Defendants' renewed motion to dismiss a fraudulent concealment defense. The PSC then filed another motion for extension of time, which was granted, and filed their response within the time allotted. Therefore, the PSC's first motion for enlargement of time (Filing No. 18388) is **DENIED AS MOOT**.

**SO ORDERED** this 5th day of September 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.