IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Doris M. Lenox

Civil Case # 1:23-cv-07055-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 9/7/23

Respectfully submitted,

*/s/ Jennifer Rethemeier*
Jennifer Rethemeier
(Admitted *Pro Hac Vice*, AZ Bar No. 031398)
**Rueb Stoller Daniel, LLP**
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Tel: (602) 892-0341
Fax: (855) 203-2035
jennifer.rethemeier@lawrsd.com

*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                           */s/ Jennifer Rethemeier*
                                                                           Jennifer Rethemeier