**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | | |
|---|---|---|
| 1:20-cv-01113 | 1:23-cv-01201 | 1:23-cv-01470 |
| 1:23-cv-00983 | 1:23-cv-01223 | 1:23-cv-07039 |
| 1:23-cv-01084 | 1:23-cv-01298 | 1:23-cv-07040 |
| 1:23-cv-01105 | 1:23-cv-01311 | 1:23-cv-07041 |
| 1:23-cv-01109 | 1:23-cv-01338 | 1:23-cv-07045 |
| 1:23-cv-01152 | 1:23-cv-01351 | 1:23-cv-07046 |
| 1:23-cv-01178 | 1:23-cv-01383 | 1:23-cv-07047 |
| 1:23-cv-01183 | 1:23-cv-01405 | 1:23-cv-07050 |
| 1:23-cv-01188 | 1:23-cv-01443 | 1:23-cv-07051 |
| 1:23-cv-01193 | 1:23-cv-01444 | |

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

| | |
|---|---|
| Dated: September 12, 2023 | /s/ Kip S. M. McDonald<br>Andrea Roberts Pierson (# 18435-49)<br>Kip S. M. McDonald (# 29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>E-Mail: andrea.pierson@faegredrinker.com<br>E-Mail: kip.mcdonald@faegredrinker.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald