UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br>This Document Relates: <br>Ernie R. Scott, 1:20-cv-00196 | ) ) ) ) ) ) ) ) ) <br><br>1:14-ml-02570-RLY-TAB <br>MDL No. 2570 |

**ORDER DENYING REQUEST TO STAY SCHEDULING ORDER**

Given the Seventh Circuit's recent decision in *Sykes v. Cook Incorporated*, 72 F.4th 195 (7th Cir. 2023), Plaintiff requests a stay of the scheduling order in this case because his case "may" not meet the amount-in-controversy requirement for purposes of diversity jurisdiction. Plaintiff's request is **DENIED**. The deposition of Plaintiff's expert, scheduled for tomorrow in Denver, Colorado, stands.

**SO ORDERED** this 22nd day of September 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.