# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ernie R. Scott

Civil Case # 1:20-cv-00196-RLY-TAB

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

ON THIS DAY came for consideration Plaintiff Ernie R. Scott's Motion. Having considered the Motion, the Court concludes that there is no subject matter jurisdiction because the amount in controversy has not been met. *Sykes v. Cook Incorporated*, 72 F.4th 195(7th Cir. 2023). This matter is hereby dismissed without prejudice.

**SO ORDERED** this _____ day of _____, 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.