IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Actions

## COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON EXPRESS WARRANTY CLAIMS

Pursuant to Federal Rule of Civil Procedure 12(c), Cook[1] respectfully moves the Court for judgment on all Plaintiffs' express warranty claims, as set out in Plaintiffs' Master Consolidated Complaint for Individual Claims (the "Master Complaint"), Dkt. 213, Count V, ¶¶ 93-99, and as incorporated by various Plaintiffs in their respective Short-Form Complaints.

Cook is entitled to the dismissal of these claims as a matter of law because Plaintiffs have failed to sufficiently plead such a claim in the Master Complaint or in Plaintiffs' individual Short-Form Complaints.  Specifically, this Court has consistently ruled in individual cases that (1) the Master Complaint fails to adequately plead a claim for breach of express warranty and (2) the documents cited in the Master Complaint as supporting Plaintiffs' express warranty claims do not in fact contain language constituting express warranties.  Thus, Plaintiffs fail to identify the content and source of the alleged express warranties that they claim Cook has breached, which is fatal to their express warranty claim in every jurisdiction because all jurisdictions impose a threshold

---

[1] The Cook Defendants in this matter are Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS.

requirement for a plaintiff to plead an affirmative statement that serves as the basis of the purported express warranty. *See In re Testosterone Replacement Therapy Prods. Liab. Litig.*, 2014 WL 7365872, at *8 (N.D. Ill. Dec. 23, 2014) ("[T]o state a claim for breach of express warranty in every state at issue, plaintiffs must point to a specific affirmation or promise on which the plaintiffs relied."); *In re Bisphenol-A (BPA) Polycarbonate Plastic Prods. Liab. Litig.*, 687 F. Supp. 2d 897, 905 (W.D. Mo. 2009) (noting that "[e]very state has adopted the Uniform Commercial Code" and dismissing MDL plaintiffs' express warranty claims for failure to plead any "affirmation of fact or promise"); *see also* Warranty Appendix (attached as Exhibit 1 to the accompanying memorandum in support of this motion).

Cook has prevailed on the express warranty claim in all bellwether cases to date and through motion practice in numerous individual cases by either prevailing on the merits or Plaintiffs abandoning their express warranty claims when challenged by a dispositive motion. The time is therefore ripe for the Court to apply its existing rulings in a global manner and dismiss the express warranty claims as alleged by Plaintiffs' Master Complaint and individual short-form complaints.

For the foregoing reasons, and the reasons set forth in more detail in the accompanying memorandum in support and exhibits, Cook urges the Court to grant this Motion and dismiss Plaintiffs' express warranty claims.

Dated:  December 15, 2023

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, a copy of the foregoing Cook Defendants' Motion For Judgment on the Pleadings on Express Warranty Claims was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson