IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES      Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                   MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Actions
_____

**AMENDED CASE MANAGEMENT ORDER NO. 33:**
**UPDATED CASE CATEGORIZATION PROCESS**

The Court entered its original case categorization order in October and November 2018 respectively. *See* Filing Nos. 9322 & 9638. The categorization process allows for classification of cases based on claimed injury or complication and certification of those claims through accompanying medical records. *See* Filing Nos. 9638 & 9638-1. The categorization requirement, along with other required disclosures, applies to all cases filed or transferred to this Court per the terms of Fifth Amended Case Management Order No. 4 ("CMO-4"); *see also* Filing No. 10617 (extending categorization requirement to new cases).

To facilitate the collection of more complete and accurate information about the cases pending before this Court, the Court amended the process outlined in CMO-4, and its related attachments, in the Fifth Amended CMO-4. *See* Filing No. 25599.

Contemporaneously with this amendment to CMO-33, the Court is enacting Sixth Amended CMO-4 to adopt the Second Amended Case Categorization Form (Exhibit 2 to Sixth Amended CMO-4), which clarifies the certification statement in Section F of the Form. To ensure accurate and complete information is collected on all the cases currently pending in this MDL, however, the Court further **ORDERS** as follows:

1. All Plaintiffs must review the Sixth Amended CMO-4, and submit the information required.

2. For those Plaintiffs who previously submitted Plaintiff Profile Sheets and Case Categorization Forms prior to the Sixth Amended CMO-4: (1) Plaintiffs are not required to submit new and/or updated Plaintiff Profile Sheets; however, (2) Plaintiffs are required to submit a new Case Categorization Form (attached as Exhibit 2 to the Sixth Amended CMO-4) by **July 17, 2024**; and (3) submit the Amount in Controversy Certification (attached as Exhibit 3 to the Fifth Amended CMO-4 (if applicable)), by **July 17, 2024**.[1]

3. Plaintiffs who previously provided information pursuant to the Fourth Amended CMO-4 that fail to provide the information outlined in Paragraph 2 of this Order in accordance with the deadlines set forth in Paragraph 2 of this Order will be treated as

---

[1] The electronically fillable versions of these forms are located on the Court's website at https://www.insd.uscourts.gov/cook-mdl-case-management. The amended case categorization form is located under CMO-4 and the amount in controversy certification form is located under CMO-32.

non-compliant and subject to the non-compliance process set forth in Paragraph 4 of the Sixth Amended CMO-4.

**SO ORDERED** this 24th day of June 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record