UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Jul 18, 2024
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Lucille Iacobelli - Case No. 1:17-cv-01565

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: July 10th, 2024

*/s/ Christian Fannin*
Christian Fannin
Kreindler & Kreindler LLP
485 Lexington Avenue
New York, New York 10017
Telephone: (347) 448-1550
Email: cfannin@kreindler.com

*Attorney for Plaintiffs*

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Email: andrea.pierson@faegredrinker.com

*Attorney for Defendants*