# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SUSAN SILVA,                                                    Civil Action No. 1:18-cv-01363-RLY-TAB
        Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Susan Silva, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-01363-RLY-TAB.

Date: August 12, 2024                          Respectfully Submitted,

                                                  **THE MOODY LAW FIRM**
                                                  By: */s/ Willard J. Moody, Jr.*
                                                  Willard J. Moody, Jr.
                                                  500 Crawford Street, Suite 200
                                                  Portsmouth, VA 23704
                                                  (757) 393-6020
                                                  will@moodyrrlaw.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                      /s/ Willard J. Moody, Jr.
                                      Willard J. Moody, Jr.