IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:
Roger Botsford
1:17-cv-01891-RLY-TAB

---

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference at **11:00 a.m. (Eastern Time) on October 2, 2024,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants representatives nor counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Roger Botsford shall personally participate in this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel, Chelsie M. Rohan's motion to withdraw as counsel of record [Filing No. 25873].

Date: 8/12/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Chelsie M. Rohan is responsible for serving Plaintiff Roger Botsford via U.S. Mail.