# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff(s):<br><br>**Willie Ross**<br><br>**Civil Case#: 1:19-cv-00660-SEB-MJD** | |

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

COMES NOW, Plaintiff Willie Ross, by and through undersigned counsel, and pursuant to Fed.R.Civ.P 25(a), and moves the Court to substitute Felecia Ross as Administrator of the Estate of Willie Ross, deceased.

1. Plaintiff Willie Ross originally filed a product liability lawsuit against Defendants on February 14, 2019 in the Southern District of Indiana, Indianapolis Division.

2. On March 14, 2019, Plaintiff's counsel served Defendants with a Plaintiff Profile Form.

3. On August 12, 2024, Plaintiff's counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1). [See Doc. No. 25890]

4. Felecia Ross, surviving spouse of Willie Ross, is a proper party to substitute for Plaintiff-decedent Willie Ross and has proper capacity to continue the claims made in this lawsuit pursuant to Fed.R.Civ.P.25(a)(1): "if a party dies and the claim is not extinguished, the

Court may order substitution of the proper party. A motion for substitution may be made by any part or by the decedent's successor or representative."

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and direct the Clerk to reflect this substitution in the file and the Court's ECF system.

Dated: August 13, 2014                    Respectfully submitted,

                                          By: /s/ Willard J. Moody_____
                                          Willard J. Moody, Jr., Esquire (VSB #22866)
                                          THE MOODY LAW FIRM, INC.
                                          500 Crawford Street, Suite 200
                                          Portsmouth, VA 23704
                                          (757) 393-6020
                                          will@moodyrrlaw.com

                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2014 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.