# EXHIBIT B

RECEIVED CLERK'S OFFICE

2020 SEP -2 PM 2:59

## IN THE PROBATE COURT OF BIBB COUNTY
## STATE OF GEORGIA

IN RE: )
)
**WILLIE ROSS, JR.** , ) ESTATE NO. 20PV44895
**DECEASED** )

### PETITION FOR YEAR'S SUPPORT

The Petition of **FELECIA A. ROSS**
[Full name of Petitioner]  First   Middle   Last

whose physical address is 2747 Barrett Avenue, Macon, Bibb County, GA 31206-4831
Street   City   County   State   Zip Code

and mailing address(es) is/are (same)
Street   City   County   State   Zip Code

shows the Court the following:

1.

The Petitioner is:

__X__ (a) The Surviving Spouse who has not married since the death of the Decedent.
_____ (b) A guardian or other individual acting on behalf of the minor child(ren), who have not turned 18 prior to the filing of this Petition and have not married [state specific relationship]: _____

**WILLIE ROSS, JR**
[Full name of Decedent] First   Middle   Last

whose place of domicile was 2747 Barrett Avenue, Macon, Bibb County, GA 31206-4831
Street   City   County   State   Zip Code

departed this life on **February 9, 2020**.

2.

[Initial one]

__X__ (a) There is not a Will. [List in Exhibit "B" all of the Decedent's heirs at law, with age or majority status, address and relationship to the Decedent set opposite the name of each. For any minor, include the date of birth and the name and address of the parent or guardian.]

_____ (b) There is a Will, which has been offered for probate; however, a Personal Representative has not been appointed as of the date this Petition was filed. [List the Personal Representative to be appointed, all of the heirs at law of the Decedent, with age or majority status, address and relationship to the Decedent set opposite the name of each, the beneficiaries named in the Will in Exhibit "B." For any minor, include the date of birth and the name and address of the parent or guardian.]

GPCSF 10   PROBATE COURT OF BIBB COUNTY [1]   Eff. July 2017

Recorded in Imaged Records
Docket No: 20PV44895
Date Imaged: 11/16/2020

_____ (c)    There is a Will, which will be offered for probate. *[List the Personal Representative to be appointed, all of the heirs at law of the Decedent, with age or majority status, address and relationship to the Decedent set opposite the name of each, the beneficiaries named in the Will in Exhibit "B." For any minor, include the date of birth and the name and address of the parent or guardian.]*

_____ (d)    There is a Will, which will not be offered for probate but is hereby filed with this Petition as Exhibit "____" or is already on file with this Court. *[List the Personal Representative named in the Will, all of the heirs at law of the Decedent, with age or majority status, address and relationship to the Decedent set opposite the name of each, the beneficiaries named in the Will in Exhibit "B." For any minor, include the date of birth and the name and address of the parent or guardian.]*

_____ (e)    There is a Will, which has been probated. *[List the appointed Personal Representative. The names of the beneficiaries are not required to be listed in Exhibit "B" unless the appointed Personal Representative and the Petitioner are the same person. For any minor, include the date of birth and the name and address of the parent or guardian.]* A copy of the Final Order and Letters of Appointment are attached as Exhibit "____," in the event the Letters were not issued by the Probate Court named in the style above.

_____ (f)    There is an appointed Administrator. *[List the appointed Personal Representative in Exhibit "B." The names of the heirs are not required to be listed in Exhibit "B" unless the Personal Representative and the Petitioner are the same person. For any minor, include the date of birth and the name and address of the parent or guardian.]* A copy of the Final Order and Letters of Appointment are attached as Exhibit "____," in the event the Letters were not issued by the Probate Court named in the style above.

3.

**Required for all estates in which the heirs must be listed in Exhibit "B"** *[Provide sufficient factual information to enable the Court to conclude that all of the heirs of the Decedent are included and that there are no heirs of the same or closer degree according to O.C.G.A. § 53-2-1. Provide the names of any deceased heirs and include the date of death for each. [See instructions for further clarification.] Also, state here all pertinent facts that may govern the method of giving notice to any party and that may determine whether or not a guardian ad litem should be appointed for any party. If any heirs listed in Exhibit "B" are cousins, grandchildren, nephews or nieces of the Decedent, indicate the deceased ancestor through whom they are related to the Decedent.]*

Decedent was married at the time of his death and was survived by his wife, who is the Petitioner. During his lifetime, Decedent had four and only four children, whose names are: Brianna A. Peterson, Nicholas D. Ross, Willie M. Ross, III, and Shameika Ross. Decedent never had nor adopted any other children and he had no deceased children. The wife and all four children are listed on *Exhibit "B"* as heirs of the Decedent.

4.

Petitioner shows that ~~the minor child(ren) of the Decedent and/or~~ the Surviving Spouse (is) ~~(are)~~ entitled, before the payment of debts of the Decedent, to an allowance called Year's Support, which Petitioner hereby claims for the individual~~(s)~~ named above.

5.

The Decedent's estate consists of real and/or personal property of the probable value of One Hundred, Forty-five Thousand ($145,000) dollars.

6.

A schedule of the property or a statement of the amount of money, or both, which the Petitioner proposes to have set aside to the following individual: **FELECIA A. ROSS.** *[List the full name(s) of the individual(s) whom the Petitioner proposes the year's support be set aside to, usually the Spouse and minor child(ren).]* The schedule is attached hereto as Exhibit "A," and made a part hereof.

7.

In addition to all taxes and tax liens on real property accrued for years prior to the year of the Decedent's death, Petitioner elects to have property taxes on any real property set apart as year's support divested as follows:

*[Only select one]*

    \_\_\_\_\_ (a)    Real property taxes accrued in the year of Decedent's death;
    \_X\_ (b)    Real property taxes accrued in the year in which this Petition is filed; or
    \_\_\_\_\_ (c)    Real property taxes accrued in the year following the filing of this Petition if this Petition is filed in the year of the Decedent's death.

8.

Additional Data: *[Where full particulars are lacking, state here the reasons for any such omission.]*
The Petitioner is disabled and was fully supported by her late husband Willie Ross, Jr. prior to his death.

WHEREFORE, Petitioner prays:

1. That this Petition be accepted and filed.
2. That notice issue and be published and served as described above.
3. ~~That any interested person who is a minor or an incapacitated adult have a guardian ad litem appointed for him or her.~~ That this Petition be granted by the Court and that the property requested be set aside and awarded to Petitioner.
4. That this Court grant such other and further relief as it deems proper under the circumstances.

This 27th day of July, 2020.

_Felecia A. Ross_
Signature of the Petitioner

**FELECIA A. ROSS**
Printed Name of the Petitioner

2747 Barrett Avenue

Macon, GA 31206-4831
Mailing Address

(478) 390-6782
Telephone Number

Signature of Attorney

Printed Name of Attorney **William J. Self,** "Of Counsel"

Address   Anderson Walker & Reichert, LLP

P. O. Box 6497, Macon, GA 31208-6497

Telephone Number   478-743-8651   State Bar # 635150

GPCSF 10                                  [4]                                 Eff. July 2017