IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br><u>Willie Ross</u><br><br>**Civil Case#: 1:19-cv-00660-SEB-MJD** | |

### ORDER

Pending before the Court is Plaintiff's Motion to Substitute Party.

**IT IS ORDERED** that Plaintiff's Motion to Substitute Party is **granted**. Felecia Ross is substituted for Willie Ross, deceased, in this action, continuing the claims originally brought by Willie Ross on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Dated: _____.        .

                                                                         _____
                                                                         UNITED STATES DISTICT JUDGE
                                                                         SOUTHERN DISTRICT OF INDIANA