IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Rita Mildred Airozo

Civil Case # 1:18-cv-461

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Rita Mildred Airozo

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Colorado

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Colorado/New Mexico

6. Plaintiff's/Deceased Party's current state of residence:

   New Mexico

7. District Court and Division in which venue would be proper absent direct filing:

   District of Colorado/Southern District of Indiana, Indianapolis Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      9-26

   b. Other allegations of jurisdiction and venue:

      Plaintiff believes her claims exceed $75,000.00

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - [X] Günther Tulip® Vena Cava Filter
    - [ ] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:

    7/29/2004

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Rose Medical Center, Denver, Colorado

13. Implanting Physician(s):

    Dick Slater, M.D./ David Rothman M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - [X] Count I:    Strict Products Liability – Failure to Warn
    - [X] Count II:   Strict Products Liability – Design Defect
    - [X] Count III:  Negligence
    - [X] Count IV:   Negligence Per Se

3

| | | |
|---|---|---|
| ☒ | Count V: | Breach of Express Warranty |
| ☒ | Count VI: | Breach of Implied Warranty |
| ☒ | Count VII: | Violations of Applicable <u>Colorado/Indiana</u> (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count VIII: | Loss of Consortium |
| ☐ | Count IX: | Wrongful Death |
| ☐ | Count X: | Survival |
| ☒ | Count XI: | Punitive Damages |
| ☒ | Other: | <u>Mental Anguish/Anxiety</u> (please state the facts supporting this Count in the space, immediately below) |
| ☒ | Other: | _____ (please state the facts supporting this Count in the space, immediately below) |

<u>Plaintiff has suffered severe and ongoing bodily harm, physical injury, anxiety, mental anguish, and pain from the implantation of the filter. Plaintiff has complained of pain and anxiety regarding the filter to her physicians. Plaintiff's physical injury includes, but is not limited to, pain and perforation.</u>

15. Attorney for Plaintiff(s):

    Joshua D. Christian, Christian & Davis, LLC

16. Address and bar information for Attorney for Plaintiff(s):

1007 East Washington Street, Greenville, SC 29601

S.C. Bar No. 73820

Federal Bar No. 9732

                    Respectfully submitted,

                    CHRISTIAN & CHRISTIAN, LLC

                    *s/Joshua D. Christian*

Joshua D. Christian
1007 East Washington Street
Greenville, SC 29601
864-232-7363
864-370-3731 (F)
jchristian@christiananddavis.com
LEAD COUNSEL FOR PLAINTIFFS

5