IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_Rita Mildred Airozo_

Civil Case # 1:18-cv-461

## ORDER TO AMEND COMPLAINT

ON THIS DAY came for consideration Rita Airozo's Motion to Amend the Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted. Therefore,

1. Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and,

2. The Amended Short Form Complaint attached to the Motion at issue as Exhibit A is hereby deemed filed instanter.

Dated this _____ of _____, 2024.

SO ORDERED: _____