IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. MDL 2570 |
| This Document Relates to: All Actions | |

**ORDER EXTENDING TIME FOR CERTAIN PLAINTIFFS
TO COMPLY WITH AMENDED CMO-32 AND AMENDED 33**

This matter came before the Court on the Plaintiffs' Steering Committee's motion for an order to extend the deadline for compliance with Amended CMO-32 and Amended CMO-33 for certain plaintiffs represented by law firms with a high number of claimants in the MDL. Having duly considered the motion and additional information provided by the parties' conferrals on this issue,

**IT IS HEREBY ORDERED:**

1. That the deadline to comply with Amended CMO-32 and Amended CMO-33 is extended for those law firms who have appeared in 250 or more active cases pending in the MDL ("Qualifying Law Firm(s)"). Except for certain Gunther Tulip cases subject to Paragraph 2 below, Plaintiffs represented by such Qualifying Law Firms are permitted until **Tuesday, November 12, 2024**, to submit new Case Categorization Forms and Amount in Controversy Certifications (if applicable). The Qualifying Law Firms shall provide a rolling production of these forms by uploading groups of fifty (50) Second Amended Case Categorization Forms and the Amount in Controversy Certifications (if any) as they are completed.

1

2. Plaintiffs represented by Qualifying Law Firms, whose claims are based upon the implantation of a **Gunther Tulip filter** that has penetrated or perforated through the IVC wall as the only injury (i.e. Category 6(b) and/or, 7(e) injuries), shall upload their Second Amended Case Categorization Forms and their Amount in Controversy Certifications by **September 30, 2024.**

3. Each Qualified Law Firm shall confer with Cook's counsel before seeking leave from the Court for any further extensions or relief from these deadlines.

4. By agreeing to produce the Second Amended Case Categorization Forms and their Amount in Controversy Certifications for Gunther Tulip filters with penetration or perforation only injuries at an earlier date than other types of filters or injury claims, the Court notes that neither the Plaintiffs nor the Plaintiffs' counsel are consenting to limit the potential pool of any future bellwether cases to such claims. The Court and the parties are still in discussions as to parameters for a bellwether selection plan.

**SO ORDERED** this 14th day of August 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record