IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
*Vickie M. Prevatt, an individual, and Stephen Shane Prevatt, Spouse*

Civil Case # 1:18-cv-451

## MOTION TO AMEND COMPLAINT

Counsel for Plaintiffs Vickie M. Prevatt and Stephen Shane Prevatt respectfully moves this court to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, the movant states as follows:

1. Plaintiffs Vickie M. Prevatt and Stephen Shane Prevatt filed a Short Form Complaint for this action in this Court on February 15, 2018, (Prevatt v. Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation; Case No. 1:18-cv-451).

2. Defendants waived their right to service on or about April 27, 2018, pursuant to Document 8145.

3. Counsel seeks to Amend the Complaint and to update and include information, allegations, and actions within the Complaint to reflect the injuries Plaintiff has suffered.

4. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

5. A proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs pray that the Court grant leave to file the Amended Short Form Complaint and direct the Clerk of Court to enter the Amended Complaint, attached hereto, into the record of this matter. A Proposed Order is attached hereto.

CHRISTIAN & CHRISTIAN
Attorneys at Law
Post Office Box 332
Greenville, South Carolina 29602
(864) 232-7363

s/Joshua D. Christian
Joshua D. Christian
S.C. Bar No.: 73820
Federal ID No.: 09732
Attorney for Plaintiff

Greenville, South Carolina
Date: August 15, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Taryn L. Carpenter
Paralegal to Joshua. D. Christian