IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
*Vickie M. Prevatt, an individual, and Stephen Shane Prevatt, Spouse*

Civil Case # 1:18-cv-451

## ORDER TO AMEND COMPLAINT

ON THIS DAY came for consideration Vickie M. Prevatt and Stephen Shane Prevatt's Motion to Amend the Short Form Complaint. Having considered the Motion, the Court concludes the Motion should be granted. Therefore,

1. Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and,

2. The Amended Short Form Complaint attached to the Motion at issue as Exhibit A is hereby deemed filed instanter.

Dated this _____ of _____, 2024.

SO ORDERED: _____