IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

| | |
|---|---|
| CHRISTINE RICHARD | Civil Case #1:18-cv-03620-RLY-TAB |
| RUTH WETHERILL | Civil Case #1:19-cv-04725-RLY-TAB |
| JOANN KAUFFMAN | Civil Case #1:21-cv-01125-RLY-TAB |
| ANGELA GARCIA | Civil Case #1:19-cv-04049-RLY-TAB |

---

## ORDER ON SUGGESTIONS OF DEATH

On June 26, 2024, Plaintiffs' counsel filed notices of suggestion of death of Plaintiffs

listed above [Filing Nos. 25722, 25723, 25724, 25725]. Pursuant to Fed. R. Civ. P. 25(a)(1), a

party has 90 days from the date the Court is notified of a party's death to file a motion to

substitute the proper party. Failure to file such a motion within 90 days will result in the

dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in

the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 8/16/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.