IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MICHELE GALLANDER

Civil Case # 1:18-cv-03300-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 25711.]

IT IS THEREFORE ORDERED that Renee Lefebvre, on behalf of Decedent Michele Gallander, is substituted as Plaintiff in the above referenced action.

Date: 8/16/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.