IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

---

This Document Relates to Plaintiff:   **WILLIAM J. FELTES**

Civil Case **1:16-cv-01983-RLY-TAB**

---

### FIRST AMENDED SHORT FORM COMPLAINT

---

COMES NOW the Plaintiff named below, and files this Amended Complaint against the Defendants named below, and incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:  <u>WILLIAM J. FELTES</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    Marian Feltes

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Omaha, NE

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Omaha,NE

6. Plaintiff's/Deceased Party's current state of residence:

    Omaha, NE

7.  District Court and Division in which venue would be proper absent direct filing:
    U.S.D.C.  for the District of Nebraska
    p

8.  Defendants (Check Defendants against whom Complaint is made):

    ☑  Cook Incorporated

    ☑  Cook Medical, LLC

    ☑  William Cook Europe APS

9.  Basis of Jurisdiction
    ☑  Diversity of Citizenship

    ☐  Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 6 THROUGH 28; Venue: paragraph 27, SMJ: Paragraph 23, Personal
    Jurisdiction: Paragraphs 24-26.

    b.  Other allegations of jurisdiction and venue:
        Plaintiff alleges symptomatic perforation with damages exceeding $75,000.  Plaintiff
        bases his jurisdictional allegations on injuries from the 4 struts perforating the IVC
        wall & impinging on his duodenum, Lumbar disks and vertebral bodies along with
        likely perforated duodenum causing  symptoms documented in his medical records of
        dyspnea & abdominal pain.  Plaintiff's symptoms have caused him pain & suffering
        now, in the past  and  will continue into the future.  Plaintiff will also require
        continued radiographic monitoring of his IVCF to asses its integrity & damages.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
    (Check applicable Inferior Vena Cava Filters):

    ☐  Günther Tulip Vena Cava Filter

    XX☐      Cook Celect Vena Cava Filter

    ☐  Günther Tulip Mreye

    ☐  Cook Celect Platinum

    ☐  Other: _____

11. Date of implantation as to each product:

3.5.2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

ACH Immanuel Med. Ctr, 6901 N. 72nd St, Omaha, NE  68122

13. Implanting Physician(s):

C.Christian Schlaepfer, MD, Omaha, NE

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☑ Count I:      Strict Products Liability - Failure to Warn

    ☑ Count II:     Strict Products Liability - Design Defect

    ☑ Count III:    Negligence

    ☑ Count IV:    Negligence *Per Se*

    ☑ Count V:     Breach of Express Warranty

    ☑ Count VI:    Breach of Implied Warranty

    ☑ Count VII:   Violations of Applicable Nebraska Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐ Count VIII:  Loss of Consortium

    ☐ Count IX:    Wrongful Death

    ☐ Count X:     Survival

    ☑ Count XI:    Punitive Damages if allowed by state law

    xx Other:       See Below  (please state the facts supporting this Count in the space, immediately below)

    Plaintiff alleges symptomatic perforation of his IVC wall with damages exceeding $75,000.  Plaintiff bases his jurisdictional and complaint allegations on injuries documented in the 5.20.2016 CT Chest radiology films documenting findings of the 4 struts perforating the IVC wall & impinging on his duodenum, Lumbar disks and vertebral bodies along with a likely perforated duodenum causing  symptoms documented in his medical records of dyspnea, shortness of breath & abdominal pain.  Plaintiff's symptoms have caused him physical and mental pain & suffering now, in the past  and  will continue into the future.  Plaintiff also has associated medical treatments, diagnostic imaging with the associated costs in the past and continuing into the future.

3

Plaintiff has a good faith basis to believe that punitive damages may be awarded if allowed by state law.


Attorney for Plaintiff:

Elizabeth Dudley


15. Address and bar information for Attorney for Plaintiff:

Elizabeth Dudley, THE DUDLEY LAW FIRM, LLC, 23438 SW Pilot Point Rd, Douglass, Ks  67039; KS 21582

Date: July 11,2024

Respectfully submitted,

By: /s/Elizabeth Dudley
Elizabeth Dudley (KS Bar No. 21582)
 (admitted *pro hac vice*)

THE DUDLEY LAW FIRM, LLC,
23438 SW Pilot Point Rd,
 Douglass, Ks  67039;
316-746-3969
316-746-3922 (fax)
Liz@lizdudleylaw.com
***Attorney for Plaintiff***


## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.


/ s/Elizabeth Dudley