IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTSLIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to Plaintiff:  **Donald G. Hauck**

Civil Case # 1:16-cv-2143-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name: Donald G. Hauck

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim: NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   CALIFORNIA

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   CALIFORNIA

6. Plaintiff's/Deceased Party's current state of residence:

   TEXAS

7. District Court and Division in which venue would be proper absent direct filing:

USDC  SOUTHERN DISTRICT OF CALIFORNIA

8.  Defendants (Check Defendants against whom Complaint is made):

☑  Cook Incorporated

☑  Cook Medical, LLC

☑  William Cook Europe APS

9.  Basis of Jurisdiction
    ☑  Diversity of Citizenship

    ☐  Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    PARAGRAPHS 6 THROUGH 28; Venue: paragraph 27, SMJ: Paragraph 23, Personal Jurisdiction: Paragraphs 24-26.

    b.  Other allegations of jurisdiction and venue:
    Plaintiff alleges symptomatic perforation with damages exceeding $75,000.  Upon plaintiff's information and belief, Plaintiff bases his jurisdictional allegations on injuries from the 4 struts perforating the IVC wall causing  symptoms documented in his medical records of abdominal & flank pain, chest pain, dyspnea and failed removal attempt along with recurrent pulmonary emboli, filter occluded and misshapen.  Plaintiff's symptoms have caused him pain & suffering now, in the past and  will continue into the future.  Plaintiff will also require continued radiographic monitoring of his IVCF to asses its integrity & damage.

10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim
     (Check applicable Inferior Vena Cava Filters):

     X☐ Günther Tulip Vena Cava Filter

     ☐  Cook Celect Vena Cava Filter

     ☐  Günther Tulip Mreye

     ☐  Cook Celect Platinum

     ☐  Other: _____

11. Date of implantation as to each product:

5.9.2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

Huntington Hosp, Pasadena, CA

13. Implanting Physician(s):

Roy D. Kohl, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I:        Strict Products Liability - Failure to Warn

☑ Count II:       Strict Products Liability - Design Defect

☑ Count III:      Negligence

☑ Count IV:       Negligence *Per Se*

☑ Count V:        Breach of Express Warranty

☑ Count VI:       Breach of Implied Warranty

☑ Count VII:      Violations of Applicable CALIFORNIA Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:     Loss of Consortium

☐ Count IX:       Wrongful Death

☐ Count X:        Survival

☑ Count XI:       Punitive Damages

☐ Other:          see below (please state the facts supporting this Count in the space, immediately below)

Upon plaintiff's information and belief, Plaintiff 's allegations involve injuries from the 4 COOK GUNTER TULIP struts perforating the IVC wall causing  symptoms documented in his medical records of abdominal & flank pain, chest pain, dyspnea and failed removal attempt along with recurrent pulmonary emboli, filter occluded and misshapen.  Plaintiff's symptoms have caused him pain & suffering now, in the past  and  will continue into the future.  As a result, Plaintiff requires continued medical care will also require continued radiographic monitoring of his IVCF to asses its integrity & damage.

Plaintiff's medical records document permanent and continuous injuries,pain

[ABDOMINAL AND FLANK PAIN, CHEST PAIN, SHORTNESS OF BREATH, LEG PAIN] and suffering, disability and impairment along with the emotional trauma, mental anguish that will continue into the future that will impede his ability to live a normal life.

Attorney for Plaintiff:

Elizabeth Dudley _____

15. Address and bar information for Attorney for Plaintiff:

Elizabeth Dudley,

THE DUDLEY LAW FIRM, LLC,

23438 SW Pilot Point Rd,

Douglass, Ks  67039; KS 21582 _____

Date: July 13, 2024

Respectfully submitted,

By: s/Elizabeth Dudley _____
Elizabeth Dudley (KS Bar No. 21582)
  (admitted *pro hac vice*)

THE DUDLEY LAW FIRM, LLC,
23438 SW Pilot Point Rd,
 Douglass, Ks  67039;
316-746-3969
316-746-3922 (fax)
Liz@lizdudleylaw.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/ s/Elizabeth Dudley _____