IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: **Karen A. Young**

Civil Case # 1:16-cv-2305-RLY-TAB

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED- SHORT FORM COMPLAINT

ON THIS DAY came for consideration Plaintiff Karen A. Young's Motion for Leave to File a First Amended Short Form Complaint. Having considered the Motion, the Court hereby grants the Motion. [Filing No. 25796.]

IT IS THEREFORE ORDERED that: [1] Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and [2] the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of Plaintiff's filing of her Motion for Leave to File First Amended Complaint. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 8/19/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.