# STATE OF NEW JERSEY



**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 20240006564

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Ricky H Wylie, Sr. |
| 1b. Also Known As (AKA) | — |
| 2. Sex | Male |
| 3. Social Security Number | 9265 |
| 4a. Age | 64 Years |
| 5. Date of Birth | 1959 |
| 6. Birthplace | Chester, South Carolina |
| 7a. Residence-State | New Jersey |
| 7b. County | Mercer |
| 7c. Municipality/City | Trenton City |
| 7d. Street and Number | 42 Winder Ave. |
| 7e. Apt No. | — |
| 7f. Zip Code | 08609 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War | — |
| 8c. War Service Dates | 1977 - 1982 |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | Deborah Lane |
| 11. Father's Name | James Wylie |
| 12. Mother's Name Prior to First Marriage | Geneva Simpson |
| 13a. Name of Informant | Ricky H Wylie, Jr. |
| 13b. Relationship to Decedent | Son |
| 13c. Mailing Address | 42 Winder Ave., Trenton, NJ 08609 |
| 14. Method of Disposition | Burial |
| 15. Place of Disposition | Washington Crossing National Cemetery |
| 16. Location | Newtown, Pennsylvania United States |
| 17. Name and Complete Address of Funeral Facility | Hughes Funeral Home, 324 Bellevue Avenue, Trenton, NJ 08618-4625 |
| 18. Electronic Signature of Funeral Director | Corey D Hughes |
| 19. NJ License Number | 23JP00402100 |
| 20. Decedent Education | Bachelor's degree (BA, AB, BS) |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | Black or African American |
| 23. Occupation of Decedent | Classification Officer |
| 24. Kind of Business/Industry | State |
| 25. Name and Address of Last Employer | New Jersey Department of Corrections, NJ |
| 31. Date of Death | 01/28/2024 |
| 32. Time of Death | 1144 |
| 33. Was Medical Examiner Contacted? | Yes |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | 42 Windsor Avenue |
| 35b. Municipality | Trenton City |
| 35c. County | Mercer |

**CAUSE OF DEATH:**
- 36a. PART I — IMMEDIATE CAUSE:
  - a. Cardiac Arrhythmia — Interval: 5 minutes
  - b. Atherosclerotic Heart Disease — Interval: 10 years
  - c.
  - d.
- 36b. PART II — Other significant conditions: DM type 2, Hypercoagulable condition, elevated homocysteine Hypertension, OSA
- 37. Was an Autopsy Performed? No
- 38. Were Autopsy Findings Available to Complete Cause of Death? Not Applicable

| Field | Value |
|---|---|
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | Yes |
| 48. Did Tobacco Use Contribute to Death? | Unknown |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Arthur G Pacia, M.D., 445 Whitehorse Ave, Trenton, NJ 08610-1408 |
| 52. Electronic Signature of Certifier | Arthur G Pacia |
| 53. License Number | 25MA04514700 |
| 54. Date Certified | 02/01/2024 |
| 55. Electronic Signature of Local Registrar | Maricarmen Barrientos |
| 56. District No. | V1155 |
| 57. Date Received | 02/02/2024 |
| Case ID Number | 2557577 |

**DATE ISSUED:** February 02, 2024
**ISSUED BY:** Trenton City
**Maricarmen Barrientos, Local Registrar**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

*Tiffany Drennon*
Tiffany Drennon
State Registrar
Office of Vital Statistics and Registry



REG-42B
JUL 23

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED