IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

Matthew D. Arbit, as Independent Administrator of the Estate of Janette Arbit, Deceased

Civil Case # 1:15-CV-6026

## Amended **SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:
   Janette Arbit, Deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Matthew D. Arbit, as Independent Administrator of the Estate of Janette Arbit, Deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Illinois

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    Illinois

6.  Plaintiff's/Deceased Party's current state of residence:

    Illinois

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court for the Northern District of Illinois

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 6 through 28

    _____

    _____

    b.  Other allegations of jurisdiction and venue:

    None

    _____

    _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

December 17, 2004
_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Highland Park Hospital in Highland Park, Illinois
_____

_____

13. Implanting Physician(s):

Sean M. Tutton, M.D.
_____

_____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I:      Strict Products Liability – Failure to Warn

☒ Count II:     Strict Products Liability – Design Defect

☒ Count III:    Negligence

☒ Count IV:     Negligence Per Se

3

    ☒        Count V:       Breach of Express Warranty

    ☒        Count VI:      Breach of Implied Warranty

    ☐        Count VII:     Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    ☐        Count VIII:    Loss of Consortium

    ☐        Count IX:      Wrongful Death

    ☐        Count X:       Survival

    ☐        Count XI:      Punitive Damages

    ☒        Other:        Strict Product Liability - <u>Manufacturing Defect</u>   (please state the facts supporting this Count in the space, immediately below)

    ☐        Other:        _____ (please state the facts supporting this Count in the space, immediately below)

The subject IVC filter's exterior surface was inadequately prepared and/or finished,

a. The subject IVC filter's exterior surface was inadequately prepared and/or finished, causing the device to be at substantial risk of weakening and failure;

b. The subject IVC filter was unable to withstand the global stressors of the respiratory and cardiac cycles of the human body; and,

c. The subject IVC filter had insufficient strength or structural integrity to withstand normal placement in the human body.

15. Attorney for Plaintiff(s):

Michael T. Mertz

16. Address and bar information for Attorney for Plaintiff(s):

Michael T. Mertz (IL ARDC #6243489)
Hurley McKenna & Mertz, P.C.
20 S. Clark Street, Suite 2250
Chicago, IL 60603