STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021034500

**DATE ISSUED:** JULY 25, 2024

**DATE FILED:** FEBRUARY 19, 2021

## DECEDENT INFORMATION

NAME: CYNTHIA   KAY  WATTS

DATE OF DEATH: JANUARY 31, 2021          SEX: FEMALE    SSN: ▓▓-9642     AGE: 060  YEARS
DATE OF BIRTH: ▓▓▓▓▓, 1960          BIRTHPLACE: PENSACOLA, FLORIDA, UNITED STATES
PLACE OF DEATH: NURSING HOME
FACILITY NAME OR STREET ADDRESS: SOUTHERN OAKS REHAB & NURSING CENTER
LOCATION OF DEATH: PENSACOLA, ESCAMBIA COUNTY, 32502
RESIDENCE: 1905 WEST ST. JOSEPH AVENUE, PENSACOLA, FLORIDA 32501, UNITED STATES    COUNTY: ESCAMBIA
OCCUPATION, INDUSTRY: DISABLED, DISABLED
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE          EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: BLACK OR AFRICAN AMERICAN

## SURVIVING SPOUSE / PARENT NAME INFORMATION

### (NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE

FATHER'S/PARENT'S NAME:  GEORGE  CROMWELL  R
MOTHER'S/PARENT'S NAME:  JESSICA  CROMWELL

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:  JESSICA  CROMWELL
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 5334 KENNETH ROAD, PENSACOLA, FLORIDA 32583, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: TRACY MORTON, F045492
FUNERAL FACILITY:  TRACY MORTON MEMORIAL CHAPEL F054863
                   55 COAST RD, PENSACOLA, FLORIDA 32507
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: RESTHAVEN MEMORIAL GARDENS
                     PENSACOLA, FLORIDA

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN          MEDICAL EXAMINER CASE NUMBER:  NOT APPLICABLE
TIME OF DEATH (24 HOUR):   1458          DATE CERTIFIED: FEBRUARY 18, 2021
CERTIFIER'S NAME:  MANNING H HANLINE
CERTIFIER'S LICENSE NUMBER:  ME32755
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. END STAGE KIDNEY FAILURE                                                      YEARS

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
STAPHYLOCOCCAL ENDOCARDITIS

AUTOPSY PERFORMED? NO               AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:                    DID TOBACCO USE CONTRIBUTE TO DEATH? NO
REASON FOR SURGERY:
PREGNANCY INFORMATION:   NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE          TIME OF INJURY (24 HOUR):          INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:          TYPE OF VEHICLE:

*,STATE REGISTRAR*

REQ: 2026746445

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

GREAT SEAL OF THE STATE OF FLORIDA · IN GOD WE TRUST

\* 6 0 9 3 4 8 6 7 \*

CERTIFICATION OF VITAL RECORD

Florida HEALTH