UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
[1:15-CV-6026- RLY-TAB]

## PLAINTIFF'S MOTION TO WITHDRAW DOCUMENT NUMBER 25926

NOW COMES the Plaintiff, JANETTE ARBIT, Deceased, by and through her attorneys in this regard, HURLEY McKENNA & MERTZ, P.C., and as her Motion to Withdraw Document Number 25926, states as follows:

1. Plaintiff seeks to withdraw document number 25926 as it was inadvertently filed without the last signature page.

2. Thereafter, Plaintiff will refile the Amended Short Form Complaint with the signature page.

WHEREFORE, Plaintiff prays that this Honorable Court allow Plaintiff to withdraw document number 25926 and refile the Amended Short Form Complaint.

/s/ *Michael T. Mertz*
MICHAEL T. MERTZ
Attorney for Plaintiff

Michael T. Mertz (ARDC 6243489)
HURLEY McKENNA & MERTZ, P.C.
Attorney for Plaintiff
20 S. Clark Street, Suite 2250
Chicago, Illinois 60603
P: (312) 553-4900
Mmertz@hurley-law.com