UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

[*Janette Arbit*, 1:15-CV-6026]

## ORDER

THIS CAUSE, coming to be heard on Plaintiff's Motion to Withdraw Document 25926, the Court being fully advised,

**IT IS HEREBY ORDERED**:

- Plaintiff's Motion is granted. Plaintiff voluntarily withdraws document number 25926 as inadvertently filed without the last signature page.

- Plaintiff is granted leave to then file a First Amended Short Form Complaint *instanter*, naming MATTHEW D. ARBIT, Independent Administrator of the Estate of JANETTE ARBIT, deceased, as Plaintiff, and including the last signature page and certificate of service.

ENTERED:

_____
Judge