# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To:<br><br>SHELSIE DATILUS<br><br>    Plaintiff,<br><br>v.<br><br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>    Defendants. | CASE NO. 1:14-ML-2570-RLY-TAB<br><br><br><br>CASE NO. 1:17-cv-01542-TWP-DML |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Shelsie Datilus. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Shelsie Datilus' estate.

DATED: August 22, 2024

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on August 14, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*