**STATE OF FLORIDA**

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2023086700
**DATE ISSUED:** MAY 23, 2023
**DATE FILED:** MAY 18, 2023

### DECEDENT INFORMATION

NAME: PHILIP ALAN COLE

DATE OF DEATH: MAY 16, 2023            SEX: MALE    SSN: [redacted]-2242    AGE: 044 YEARS
DATE OF BIRTH: [redacted] 1978          BIRTHPLACE: DICKSON, TENNESSEE, UNITED STATES
PLACE OF DEATH: Correctional Facility
FACILITY NAME OR STREET ADDRESS: 219 EAST ANDERSON AVENUE
LOCATION OF DEATH: BUSHNELL, SUMTER COUNTY, 33513
RESIDENCE: 5013 HWY 24 EAST, BLUFF CITY, ARKANSAS 71722, UNITED STATES    COUNTY: NEVADA
OCCUPATION, INDUSTRY: LABORER, CONSTRUCTION INDUSTRY
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA           EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: BRANDI STRICKLAND
FATHER'S/PARENT'S NAME: ROGER COLE
MOTHER'S/PARENT'S NAME: DEBRA TURNBOW

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: DEBRA WILSON
RELATIONSHIP TO DECEDENT: MOTHER
INFORMANT'S ADDRESS: 5013 HWY 24 EAST, BLUFF CITY, ARKANSAS 71722, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: JACOB HOWARTH, F088704
FUNERAL FACILITY: PAGE-THEUS FUNERAL HOME AND CREMATION SERVICES F040736
914 W MAIN ST, LEESBURG, FLORIDA 34748
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: METRO CREMATORY
OCOEE, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER    MEDICAL EXAMINER CASE NUMBER: 23*0246
TIME OF DEATH (24 HOUR): FOUND AT 1928            DATE CERTIFIED: MAY 18, 2023
CERTIFIER'S NAME: WENDY ANN LAVEZZI
CERTIFIER'S LICENSE NUMBER: ME100621
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: SUICIDE
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
  a. Hanging
  b.
  c.
  d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? YES                AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? YES
DATE OF SURGERY:                      DID TOBACCO USE CONTRIBUTE TO DEATH? No
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: MAY 16, 2023          TIME OF INJURY (24 HOUR): UNKNOWN    INJURY AT WORK? NO
LOCATION OF INJURY: 219 East Anderson Avenue, Bushnell, FLORIDA, 33513, UNITED STATES

VOID IF ALTERED OR ERASED

OCOEE, FLORIDA

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: **DISTRICT MEDICAL EXAMINER**  MEDICAL EXAMINER CASE NUMBER: **23*0246**
TIME OF DEATH (24 HOUR): **FOUND AT 1928**  DATE CERTIFIED: **MAY 18, 2023**
CERTIFIER'S NAME: **WENDY ANN LAVEZZI**
CERTIFIER'S LICENSE NUMBER: **ME100621**
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): **NOT APPLICABLE**

## CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: **SUICIDE**
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. **Hanging**

b.

c.

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? **YES**  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? **YES**
DATE OF SURGERY:  DID TOBACCO USE CONTRIBUTE TO DEATH? **No**
REASON FOR SURGERY:
PREGNANCY INFORMATION: **NOT APPLICABLE**
DATE OF INJURY: **MAY 16, 2023**  TIME OF INJURY (24 HOUR): **UNKNOWN**  INJURY AT WORK? **NO**
LOCATION OF INJURY: **219 East Anderson Avenue, Bushnell, FLORIDA 33513, UNITED STATES**
DESCRIBE HOW INJURY OCCURRED:
**Hanged self**

PLACE OF INJURY: **Correctional Facility**
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:  TYPE OF VEHICLE:

, STATE REGISTRAR

REQ: **2025285344**

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

**CERTIFICATION OF VITAL RECORD**   Florida HEALTH

*6057947*

VOID IF ALTERED OR