# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
*Janette Arbit*, 1:15-CV-6026-RLY-TAB

## ORDER

THIS CAUSE, coming to be heard on Plaintiff's Motion to Withdraw Document 25926, the Court being fully advised, hereby grants the motion. [Filing No. 25934.]

IT IS THEREFORE ORDERED that Document No. 25926 is hereby withdrawn.

Date: 8/26/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's EFC system.