**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):
 Janette Arbit, 1:15-CV-6026-RLY-TAB

## ORDER

THIS CAUSE, coming to be heard on Plaintiff's Motion for Leave to File Amended Short Form Complaint Substituting the Independent Administrator as Plaintiff, the Court being fully advised, hereby grants the Motion. [Filing No. 25841.]

IT IS THEREFORE ORDERED that: (1) MATTHEW D. ARBIT, Independent Administrator of the Estate of JANETTE ARBIT, deceased, is substituted as Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the First Amended Short Form Complaint is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 8/26/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.