UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**Alan Krappitz**<br>**Case No. 1:19-cv-2908-RLY-TAB** | |

# Notice of Suggestion of Death

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel notifies this Honorable Court of Plaintiff Alan Krappitz's death, which occurred on or about June 4, 2020.

Respectfully Submitted,

Williams Law Group, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
1101 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 633-5270
Facsimile: (317) 426-3348
Email: joe@williamsgroup.law

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on August 27, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams