IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND          Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION          MDL No. 2570
_____

This Document Relates to:

ELLIOT FRIEDMAN,          Civil Action No. 1:18-cv-03554-RLY-TAB

         Plaintiff,
v.

COOK MEDICAL, INC. IVC FILTERS,

         Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Elliot Friedman, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-03554-RLY-TAB.

Date: September 06, 2024          Respectfully Submitted,

         **THE MOODY LAW FIRM**
         By: */s/ Willard J. Moody, Jr.*
         Willard J. Moody, Jr.
         500 Crawford Street, Suite 200
         Portsmouth, VA 23704
         (757) 393-6020
         will@moodyrrlaw.com
         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 06, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                /s/ Willard J. Moody, Jr.
                Willard J. Moody, Jr.