# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVSION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　　　Case: 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　MDL No. 2570
_____

This Document Relates to:

CURTIS KEMP,　　　　　　　　　　　　　　　　Civil Action No. 1:19-cv-01077-RLY-TAB

　　　　　　Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

　　　　　　Defendants.
_____

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Curtis Kemp, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:19-cv-01077-RLY-TAB.

Date: September 06, 2024　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**THE MOODY LAW FIRM**
　　　　　　　　　　　　　　　　　　　　　　By: */s/ Willard J. Moody, Jr.*
　　　　　　　　　　　　　　　　　　　　　　Willard J. Moody, Jr.
　　　　　　　　　　　　　　　　　　　　　　500 Crawford Street, Suite 200
　　　　　　　　　　　　　　　　　　　　　　Portsmouth, VA 23704
　　　　　　　　　　　　　　　　　　　　　　(757) 393-6020
　　　　　　　　　　　　　　　　　　　　　　will@moodyrrlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 06, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.