# CERTIFICATE OF DEATH

Primary Reg. Dist. No. 5701
Registrar's No. 5700-2023007093
State File No. 2023112662

## DECEDENT

**1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any):** JILL LOUISE CONLEY
**2. Sex:** FEMALE
**3. Date of Death (Mo/Day/Year):** NOVEMBER 17, 2023
**4. Social Security Number:** ****-4288
**5a. Age (Years):** 71
**6. Date of Birth (Mo/Day/Year):** ****, 1952
**7. Birthplace (City and State or Foreign Country):** DAYTON, OHIO
**8a. Residence State:** OHIO
**8b. County:** MONTGOMERY
**8c. City or Town:** DAYTON
**8d. Street Address and Zip Code:** 5901 DAYTON-FARMERSVILLE ROAD 45417
**9. Ever in US Armed Forces?:** NO
**10. Marital Status at Time of Death:** MARRIED
**11. Surviving Spouse's Name (If wife, give name prior to first marriage):** EARL CONLEY
**12. Decedent's Education:** 9TH THRU 12TH GRADE; NO DIPLOMA
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** WHITE
**15. Father's Name:** HOWARD F FRY
**16. Mother's Name (prior to first marriage):** JEAN L LOWMAN
**17a. Informant's Name:** EARL CONLEY
**17b. Relationship to Decedent:** HUSBAND
**17c. Mailing Address:** 5901 DAYTON-FARMERSVILLE ROAD, DAYTON, OHIO 45417
**18a. Place of Death:** NONHOSPITAL - HOSPICE FACILITY
**18b. Facility Name:** HOSPICE OF DAYTON INC
**18c. City or Town, State and Zip Code:** DAYTON, OH 45420
**18d. County of Death:** MONTGOMERY

## DISPOSITION

**19. Funeral Service Licensee or Other Agent:** MATTHEW J CARTER
**20. License Number (of licensee):** 009773
**21. Name and Complete Address of Funeral Facility:** NEWCOMER CREMATIONS, FUNERALS AND, 820 MIAMISBURG-CENTERVILLE ROAD, CENTERVILLE, OH 45459
**22. Method and Place of Disposition:** CREMATION - NEWCOMER CREMATORY, KETTERING, OH
**23. Local Registrar:** BARRY STILES
**24. Date Filed (Month/Day/Year):** NOVEMBER 29, 2023

## CERTIFIER

**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 09:45
**26c. Date Pronounced Dead:** NOVEMBER 17, 2023
**26d. Was Case Referred to Medical Examiner or Coroner?:** NO
**26e. Certifier Name and Title:** RICHARD LEE GREENO, JR. MD
**26f. License number:** 35.066921
**26g. Date Signed:** NOVEMBER 29, 2023
**27. Name and Address of Person who Completed Cause of Death:** RICHARD LEE GREENO, JR., 324 WILMINGTON AVENUE, DAYTON, OH 45420

## CAUSE OF DEATH

**28. Part I.**
a. Immediate Cause: ENDOCARDITIS — Approximate Interval: WEEKS
b. Due to: DENTAL CARIES — MONTHS
c. Due to:
d. Due to:

**Part II. Other significant conditions:**

**29a. Was An Autopsy Performed?:** NO
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?:** NOT APPLICABLE
**30. Did Tobacco Use Contribute to Death?:** PROBABLY
**31. If Female, Pregnancy Status:** NOT APPLICABLE
**32. Manner of Death:** NATURAL

HEA 2724  Rev. 08/18

BARRY STILES
LOCAL REGISTRAR
DEC 01 2023
*Barry Stiles* (signature)

I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH

VOID (watermark throughout)