IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:18-cv-00514<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
JILL CONLEY

Civil Case No. 1:18-cv-00514

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Jill Conley and files this motion to substitute her surviving spouse, Earl Conley, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Jill Conley filed the present action in the United States District Court of the Southern District of Indiana on February 22, 2018.

2. Plaintiff Jill Conley died on or about November 17, 2023.

3. On September 9, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 25960. Plaintiff's counsel recently learned of the death of Ms. Conley after contacting her spouse.

4. Earl Conley, surviving spouse of Jill Conley, is the proper party plaintiff to substitute for Plaintiff-decedent Jill Conley and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for

substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Earl Conley, as the personal representative of the Estate of Jill Conley, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Earl Conley, as personal representatives of the Estate of Jill Conley, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Jill Conley is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Earl Conley as the personal representative of the Estate of Jill Conley, deceased, as Party Plaintiff for Jill Conley; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-00514 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: September 09, 2024

                                             Johnson Law Group

                                             /s/Basil Adham_____
                                             Basil E. Adham, TX Bar No. 2408172
                                             2925 Richmond Avenue, Suite 1700
                                             Houston, TX 77098

Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 9, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                 /s/Basil Adham