IN THE COURT OF COMMON PLEAS OF CAMBRIA COUNTY, PENNSYLVANIA

CIVIL DIVISION

IN RE: __Sara Lynn Swick__

NAME CHANGE OF
**SURVIVING SPOUSE**

File No: __2023-1979__

## NOTICE TO RESUME PRIOR NAME

Notice is hereby given that __Sara Lynn Swick__
(NAME)

A surviving spouse of __Brian J Swick__ elects to resume the prior
(DECEDENT)

surname of __Rodkey__, and gives this written notice

avowing his/her intention pursuant to the provisions of 54 P.S. § 704.1.

Date: __5/8/23__

__Sara Ann Swick__
SIGNATURE

__Sara Lynn Rodkey__
SIGNATURE OF NAME BEING RESUMED

(NOTE: This notice must be accompanied by an original certificate of death for the decedent.)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF __CAMBRIA__

On the __8th__ day of __May__, ~~2021,~~ 2023 before me, the Prothonotary or a Notary Public, personally appeared the above affiant known to me to be the person whose name is subscribed to the within document and acknowledged that he/she executed the foregoing for the purpose therein contained.

In Witness Whereof, I have hereunto set my hand and official seal.

EXTRACT FROM THE RECORD
CERTIFIED THIS __16th__ DAY OF
__May__ A.D. 20__23__

__Lisa Creynoch__
PROTHONOTARY

__Kristy Guillarmod__
Prothonotary or Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kristy Guillarmod, Notary Public
Cambria County
My commission expires October 28, 2023
Commission number 1358754
Member, Pennsylvania Association of Notaries

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 29265441
Certification Number

Nancy R Baker — Local Registrar
Date Issued: 11/21/22

---

**COMMONWEALTH OF PENNSYLVANIA – DEPARTMENT OF HEALTH – VITAL RECORDS**
**CERTIFICATE OF DEATH**
State File Number: 426069-2022

Type/Print in Permanent Black Ink

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Brian J Swick |
| 2. Sex | Male |
| 3. Social Security Number | ***-**-2045 |
| 4. Date of Death | November 14, 2022 |
| 5a. Age-Last Birthday | 62 |
| 6. Date of Birth | [redacted] 1960 |
| 7a. Birthplace | Johnstown, Pennsylvania |
| 7b. Birthplace (County) | Cambria |
| 8a. Residence (State) | Pennsylvania |
| 8b. Residence (Street) | 219 Fifth Street |
| 8c. Did Decedent Live in a Township? | Yes, decedent lived in Conemaugh twp. |
| 8d. Residence (County) | Cambria |
| 8e. Residence (Zip Code) | 15909 |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status at Time of Death | Married |
| 11. Surviving Spouse's Name | Sara Rodkey |
| 12. Father/Parent's Name | Paul W Swick |
| 13. Mother/Parent's Name Prior to First Marriage | Leona Ruth Croyle |
| 14a. Informant's Name | Sara Swick |
| 14b. Relationship to Decedent | Spouse |
| 14c. Informant's Mailing Address | 219 Fifth Street Conemaugh, PA 15909 |
| 15a. Place of Death | Hospice Facility |
| 15b. Facility Name | Windber Hospice |
| 15c. City or Town, State, and Zip Code | Windber, Pennsylvania 15963 |
| 15d. County of Death | Somerset |
| 16a. Method of Disposition | Cremation |
| 16b. Date of Disposition | November 18, 2022 |
| 16c. Place of Disposition | Hindman Funeral Homes & Crematory Inc. |
| 16d. Location of Disposition | Johnstown, Pennsylvania |
| 17a. Signature of Funeral Service Licensee | Frank A Barta (Electronically Signed) |
| 17b. License Number | FD139594 |
| 17c. Name and Complete Address of Funeral Facility | Hindman Funeral Homes & Crematory Inc (Frankstown Rd) 1521 Frankstown Road Johnstown, Pennsylvania 15902 |
| 18. Decedent's Education | Associate degree (e.g. AA, AS) |
| 19. Decedent of Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Decedent's Single Race Self-Designation | White |
| 22a. Decedent's Usual Occupation | Labor |
| 22b. Kind of Business/Industry | Food |
| 23a. Date Pronounced Dead | November 14, 2022 |
| 23b. Signature of Person Pronouncing Death | Pamela D Stossel RN |
| 23c. License Number | RN597925 |
| 23d. Date Signed | November 14, 2022 |
| 24. Time of Death | 11:00 AM |
| 25. Was Medical Examiner or Coroner Contacted? | No |

**CAUSE OF DEATH**

26. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | ES Renal Failure | years |
| b. Due to | DM | decades |
| c. Due to | Pressure Ulcer Coccyx | months |
| d. Due to | | |

26. Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I:
CHF; Sick Sinus Syndrome; CAD; Right BKA

27. Was an autopsy performed? No
28. Were autopsy findings available to complete the cause of death? No
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Natural

| Field | Value |
|---|---|
| 39a. Certifier | Pronouncing & Certifying — MD |
| Signature of certifier | KELLY C. WARSHEL (Signature on File) |
| Title of certifier | MD |
| License Number | MD060939L |
| 39b. Name, Address and Zip Code of Person Completing Cause of Death | KELLY WARSHEL, 600 Somerset Avenue Windber, Pennsylvania 15963 |
| 39c. Date Signed | November 14, 2022 |
| 40. Registrar's District Number | 11-128 |
| 41. Registrar's Signature | Nancy R Baker (Signature on File) |
| 42. Registrar File Date | November 18, 2022 |
| 43. Amendments | |

Disposition Permit No. E564801

H105-143 REV 11/2017-E