IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:19-cv-03246<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
BRIAN SWICK

Civil Case No. 1:19-cv-03246

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint is **GRANTED**, and (1) Sara Rodkey as the personal representative, on behalf of the estate of the Decedent Brian Swick, is substituted as Plaintiff in the above referenced action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana