Amended 06/24/2022

**WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES**
**BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION OFFICE**
**PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH**
350 CAPITOL STREET, ROOM 165, CHARLESTON, WV 25301

STATE FILE NUMBER: 2022-002437

1. DECEDENT'S LEGAL NAME: Rebecca Ann Atik
2. GENDER: Female
3. SOCIAL SECURITY NUMBER: -9105
4a. AGE (Years): 49
5. DATE OF BIRTH: /1972
6. BIRTHPLACE: Hinton, West Virginia
7a. RESIDENCE (STATE): West Virginia
7b. COUNTY: Raleigh
7c. CITY OR TOWN: Beckley
7d. STREET AND NUMBER: 133 Brown Street
7f. ZIP CODE: 25801
8. EVER IN US ARMED FORCES? No
9. MARITAL STATUS AT TIME OF DEATH: Married
10. SURVIVING SPOUSE'S NAME: Yassir Atik
11. FATHER'S NAME: Charles Gill
12. MOTHER'S NAME: Judy Adkins
13a. INFORMANT'S NAME: Ronald Sears
13b. RELATIONSHIP TO DECEDENT: Son
13c. MAILING ADDRESS: 138 Jade Drive, Nimitz, WV, 25978

14. PLACE OF DEATH: Emergency Room/Outpatient
15. FACILITY NAME: Plateau Medical Center
16. CITY OR TOWN, STATE, AND ZIP CODE: Oak Hill, West Virginia 25901
17. COUNTY OF DEATH: Fayette
18. METHOD OF DISPOSITION: Cremation
19. PLACE OF DISPOSITION: Ronald Meadows Funeral Parlors & Cremation Care
20. DISPOSITION LOCATION: Hinton, WV
21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY: Ronald Meadows Funeral Parlors, Inc. 130 Temple Street, Hinton, West Virginia, 25951
22. SIGNATURE OF FUNERAL SERVICE LICENSEE: William Mark Fox, Electronically Signed
23. LICENSE NUMBER: 3593

24. DATE PRONOUNCED DEAD: 02/22/2022
25. TIME PRONOUNCED DEAD: 08:16 AM
28. ACTUAL OR PRESUMED DATE OF DEATH: 02/22/2022 Actual
29. ACTUAL OR PRESUMED TIME OF DEATH: 07:20 AM Found
30. WAS MEDICAL EXAMINER OR CORONER CONTACTED? Yes — CASE # 22-01597

**CAUSE OF DEATH**
31. PART I.
a. IMMEDIATE CAUSE: Combined Morphine, Hydrocodone, and Oxycodone intoxication — Approximate Interval: Minutes
b. <<<>>>
c. <<<>>>
d. <<<>>>

PART II. Other significant conditions: Cardiomegaly

32a. WAS AN AUTOPSY PERFORMED? Yes
32b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? Yes
33. DID TOBACCO USE CONTRIBUTE TO DEATH? No
34. IF FEMALE: Unknown if pregnant within the last year
35b. FINAL MANNER OF DEATH: Accident

36a. DATE OF INJURY: 02/22/2022
36b. TIME OF INJURY: 07:20 AM
36c. PLACE OF INJURY: Residential Institution
36d. INJURY AT WORK? Yes
36e. LOCATION OF INJURY: 100 Hresan Boulevard, Fayetteville, WV, 25840
36f. DESCRIBE HOW INJURY OCCURRED: Injected prescription drugs.

37a. CERTIFIER: Medical Examiner/Coroner
Signature of Certifier: Jacqueline Ann Marie Benja, Electronically Signed
Date Certified: 02/24/2022
37b. Jacqueline Ann Marie Benjamin 619 Virginia Street W, Charleston, WV 25302
37c. TITLE OF CERTIFIER: Medical Examiner

38. SIGNATURE OF REGISTRAR: Matthew Wickert, Electronically Signed
39. DATE FILED: 02/25/2022

FORM VS-002 (Rev. 5/2020)