IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:21-cv-00683<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
REBECCA ATIK

Civil Case No. 1:21-cv-00683

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Rebecca Atik and files this motion to substitute her surviving spouse, Yassir Atik, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Rebecca Atik filed the present action in the United States District Court of the Southern District of Indiana on March 19, 2021.

2. Plaintiff Rebecca Atik died on or about February 22, 2022.

3. On September 10, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 25966. Plaintiff's counsel recently learned of the death of Rebecca Atik after contacting her spouse.

4. Yassir Atik, surviving spouse of Rebecca Atik, is the proper party plaintiff to substitute for Plaintiff-decedent Rebecca Atik and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for

substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Yassir Atik, as the personal representative of the Estate of Rebecca Atik, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Yassir Atik, as personal representatives of the Estate of Rebecca Atik, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Rebecca Atik is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Yassir Atik as the personal representative of the Estate of Rebecca Atik, deceased, as Party Plaintiff for Rebecca Atik; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:21-cv-00683 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: September 10, 2024

Johnson Law Group

/s/Basil Adham_____
Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700

Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham