UNITED STATERS DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) 1:14-ML-02570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: *Chad Lockard v. Cook Medical, Inc., et al.* Case No. 1:18-cv-06093 | ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Chad Lockard's Motion for Leave to File Amended Short-Form Complaint, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff is granted Leave to File an Amended Complaint and the Amended Short Form Complaint is hereby deemed filed.

**SO ORDERED.**

_____                                        _____
Date                                                                                       RICHARD L. YOUNG
                                                                                                    United States District Court