UNITED STATERS DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) 1:14-ML-02570-RLY-TAB ) MDL No. 2570 |
| This Document Relates to: *Chad Lockard v. Cook Medical, Inc., et al.* Case No. 1:18-cv-06093 | ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Chad Lockard's Motion for Suggestion of Remand, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the Court will suggest to the Judicial Panel on Multidistrict Litigation that Plaintiff Chad Lockard's case be remanded to the United States District Court for the Middle District of Florida, Tampa Division.

**SO ORDERED.**

_____          _____
Date                                                                           RICHARD L. YOUNG
                                                                                          United States District Court