UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

Rosemary J. McCant   Case No. 1:18-cv-2331

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the matters pertaining to Plaintiff Rosemary J. McCant, Case No. 1:18-cv-2331, are dismissed with prejudice due to a dual representation and filing of her claims. All matters in Ms. McCant's dual-filed claim have been settled. Therefore, the matters in Case No. 1:18-cv-2331 are dismissed with prejudice with each party to bear its own costs.

Dated: September 10th, 2024

| | |
|---|---|
| /s/ A. Craig Eiland | /s/ Andrea Roberts Pierson |
| A. Craig Eiland | Andrea Roberts Pierson |
| EILAND & BONNIN, P.C. | Faegre Drinker Biddle & Reath LLP |
| 2200 Market Street, Suite 501 | 300 North Meridian Street, Suite 2500 |
| Galveston, Texas 77550 | Indianapolis, Indiana 42604 |
| PH:   (409) 763-3260 | PH:   (317) 237-0300 |
| FAX:  (409) 763-8154 | FAX:  (317) 237-1000 |
| Email: ceiland@eilandlaw.com | Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*