# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### CUMBERLAND COUNTY
### OFFICE OF REGISTER OF DEEDS

**JAN 05 2021**

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

BOOK 343 PAGE 218

REGISTRATION DISTRICT NO. 026-95    LOCAL NO.    COUNTY OF DEATH: Cumberland    STATE FILE NO. 000024

**DECEDENT'S LEGAL NAME**
- First: Robert
- Middle: Earl
- Last: Merkerson

**2. SEX:** M
**3a. AGE-LAST BIRTHDAY:** 68
**4. DATE OF BIRTH:** [redacted] 1952
**5. BIRTHPLACE:** Wayne, MI
**6. DATE OF DEATH:** December 21, 2020

**7. PLACE OF DEATH:** Nursing home/long term care facility
**7c. FACILITY NAME:** Community Harmony at Hope Mills
**7d. CITY OR TOWN:** Fayetteville
**7e. COUNTY OF DEATH:** Cumberland

**8. MARITAL STATUS:** Widowed
**10a. DECEDENT'S USUAL OCCUPATION:** Army
**10b. KIND OF BUSINESS/INDUSTRY:** Military

**11. SOCIAL SECURITY NUMBER:** [redacted]-8744
**12a. RESIDENCE-STATE:** NC
**12b. COUNTY:** Hoke
**12c. CITY OR TOWN:** Raeford
**12d. STREET AND NUMBER:** 235 Booth Pond Rd
**12e. INSIDE CITY LIMITS:** No
**12f. ZIP CODE:** 28376
**13. WAS DECEDENT EVER IN U.S. ARMED FORCES?** Yes

**14. DECEDENT'S EDUCATION:** Bachelor's degree (e.g., BA, AB, BS)
**15. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
**16. DECEDENT'S RACE:** Black or African American

**17. FATHER/PARENT NAME:** Raymond Lewis Merkerson
**18. MOTHER/PARENT NAME:** Alice Lee Manor

**19a. INFORMANT'S NAME:** Sherri Merkerson Latham
**19b. RELATIONSHIP TO DECEDENT:** Daughter
**19c. MAILING ADDRESS:** 1506 Matthews Allen Circle, Kannapolis, NC 28081

**20a. METHOD OF DISPOSITION:** Burial
**20b. PLACE OF DISPOSITION:** Silver Grove Cemetery
**20c. LOCATION:** Raeford, NC

**21a. SIGNATURE OF FUNERAL DIRECTOR:** Kenneth D. McEwen
**21b. LICENSE NUMBER:** FSL-1141
**21c. NAME OF EMBALMER:** William Bulla
**21d. LICENSE NUMBER:** FSL-126
**22. NAME AND ADDRESS OF FUNERAL HOME:** Buie Funeral Home, 543 Vass Rd., Raeford, NC 28376

**23. Part I. IMMEDIATE CAUSE:**
a. Severe Calorie Protein Malnutrition

**24a. WAS AN AUTOPSY PERFORMED?** No

**25. MANNER OF DEATH:** Natural
**26a. WAS CASE REFERRED TO MEDICAL EXAMINER?** No
**27. TIME OF DEATH:** 0744
**28. DID TOBACCO USE CONTRIBUTE TO DEATH?** Probably / Unknown

**32. CERTIFIER:** Certifying physician
**33a. SIGNATURE AND TITLE OF CERTIFIER:** S.L. Hartman, MD
**33b. LICENSE NUMBER:** NC-22478
**33c. DATE SIGNED:** 12-31-2020
**33d. NAME AND ADDRESS OF CERTIFIER:** S.L. Hartman, MD - 215 W. Turlington St. - Smithfield, NC 27577

**34. LOCAL REGISTRAR:** Jennifer Green
**35. DATE FILED:** 1/5/2021

Substitute For
DHHS 1572 (REVISED 11/2017)
N.C. VITAL RECORDS

