# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARK PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2024030376
**DATE ISSUED:** FEBRUARY 21, 2024
**DATE FILED:** FEBRUARY 20, 2024

### DECENT INFORMATION

NAME: MIGDIESER TIRADO

DATE OF DEATH: FEBRUARY 16, 2024      SEX: MALE      SSN: ███-██-9070      AGE: 046 YEARS
DATE OF BIRTH: ███████ 1977           BIRTHPLACE: SAN JUAN, PUERTO RICO
PLACE OF DEATH: HOSPICE
FACILITY NAME OR STREET ADDRESS: GOOD SHEPHERD HOSPICE
LOCATION OF DEATH: LAKELAND, POLK COUNTY, 33805
RESIDENCE: 8026 GRAND PINES BLVD, LAKELAND, FLORIDA 33810, UNITED STATES      COUNTY: POLK
OCCUPATION, INDUSTRY: LABORER, WAREHOUSING
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED      EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? YES, PUERTO RICAN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: OLGA MARINA
FATHER'S/PARENT'S NAME: DELIO TIRADO
MOTHER'S/PARENT'S NAME: MARGARITA CORDERO

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: OLGA M CASTRO CURRY
RELATIONSHIP TO DECEDENT: WIFE
INFORMANT'S ADDRESS: 8026 GRAND PINES BLVD, LAKELAND, FLORIDA 33810, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: DONALD F BELLAR, F044786
FUNERAL FACILITY: GENTRY MORRISON FUNERAL HOME SERENITY GARDENS F041615
3350 MALL HILL DRIVE, LAKELAND, FLORIDA 33810
METHOD OF DISPOSITION: BURIAL
PLACE OF DISPOSITION: SERENITY GARDENS
LAKELAND, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN      MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1630              DATE CERTIFIED: FEBRUARY 20, 2024
CERTIFIER'S NAME: KHAZI MOHAMMED NAYEEMUDDIN
CERTIFIER'S LICENSE NUMBER: ME146782
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. FACTOR 5 LADEN COAGULATION DISORDER- HEREDITARY COAGULOPATHY      YEARS
b.
c.
d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
MDRO, MESENTERIC VEIN THROMBOSIS, FAILED MULTIPLE ANTICOAGULATION FOR THE DVTS ASCENDING CHOLANGITIS, BOWEL OBSTRUCTION, ENTEROCOLITIS, LOWER GI BLEED, MRSA, RECTAL BLEEDING,

AUTOPSY PERFORMED? NO                    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:                          DID TOBACCO USE CONTRIBUTE TO DEATH? NO
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE           TIME OF INJURY (24 HOUR):           INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:      TYPE OF VEHICLE:

_[signature]_ STATE REGISTRAR

REQ: 2026210488

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

*61415126*

DH FORM 1947 (08/01/2022)

CERTIFICATION OF VITAL RECORD


Florida HEALTH