UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § § § § § | Case No. 1:14-ml-2570-RLY-TAB  MDL No. 2570 |
| This document relates to:  All Category 7 cases | § § § § § | |

**PLAINTIFFS' SECOND SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUGGESTION OF REMAND**

Plaintiffs' motion for suggestion of remand was filed on February 14, 2023. Doc. 23580. Oral argument on this motion was held on December 18, 2023. Plaintiffs filed a supplement to the motion on January 18, 2024. Doc. 25211. Plaintiffs respectfully submit the following materials in further support of their motion for suggestion of remand.

Plaintiffs' original motion for suggestion of remand contained a chart of the products liability MDLs with origination dates earlier than this one. At that time, only eleven such MDLs were older than this one. As plaintiffs pointed out, even that number was misleadingly high, since virtually all of those MDLs were active only in a technical sense: two of them had no active cases, one contained five and another seven. None of them had even five percent of the number of cases pending in this MDL. See doc. 23580 at 7.

At the hearing on this motion on Dec. 18, 2023, plaintiffs' counsel referred to this chart, and stated that certain of the eleven MDLs had now concluded. Those were MDL 2197, *In re De Puy Orthopaedics ASR Hip Implant*; MDL 2331, *In re Propecia*; and MDL 2545, *In re*

1

*Testosterone Replacement Therapy*.  There are thus now only eight product liability MDLs older than this one.

Here is the current updated chart:[1]

| MDL Number | MDL Case Name | Total Cases | Cases Remaining |
|---|---|---|---|
| 1358 | *In re MTBE Prods.* | 190 | 14 |
| 1871 | *In re Avandia* | 5,299 | 0 |
| 2047 | *In re Chinese-Manufactured Drywall* | 422 | 40 |
| 2151 | *In re Toyota Motor Corp. Unintended Acceleration* | 465 | 8 |
| 2197 | *In re DePuy Orthopaedics, Inc. ASR Hip Implant* | 10,450 | 241 |
| 2243 | *In re Fosamax* | 1,288 | 5 |
| 2244 | *In re DePuy Orthopaedics Inc. Pinnacle Hip Implant* | 10,581 | 0 |
| 2241 | *In re Stryker Rejuvenate and ABG II Hip Implant* | 3,627 | 62 |

As the Court can see, of the remaining eight older products liability MDLs, two of them still exist in name only, since they have no active cases.  One case has five plaintiffs, and another has eight.  No case has even five percent of the number of cases still in this MDL.

In sum, this MDL continues to be the oldest products liability MDL in the country with any substantial number of cases.  Plaintiffs respectfully urge the Court, with the MDL now into its eleventh year, to begin remanding cases.

## CONCLUSION

Wherefore, premises considered, plaintiffs respectfully pray that this Court file a suggestion of remand for all category 7 cases with the Judicial Panel on Multidistrict Litigation.

---

[1] These data are derived from www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_District-Sept. 3, 2024.pdf (showing number of total actions and actions now pending for active MDLs), and www.jpml.uscourts.gov/sites/jpml/files/Pending_MDL_Dockets_By_Docket_Type-Sept. 3, 2024.pdf (showing products liability MDLs sorted by creation date).

Respectfully submitted,

*/s/ Joseph N. Williams*
Joseph N. Williams
Williams Law Group, LLC
1101 North Delaware St., Suite 200
Indianapolis, IN  46202
(317) 672-0948
Email:  joe@williamsgroup.law
*Liaison Counsel to Plaintiffs Steering Committee and on Behalf of Plaintiffs Steering Committee*

Michael Heaviside
Heaviside Reed Zaic
800 Connecticut Ave.
Suite 300
Washington, DC  20006
(202) 223-1993
mheaviside@hrzlaw.com

Ben C. Martin
Law Office of Ben C. Martin
3141 Hood St.
Suite 600
Dallas, TX  75219
(214) 761-6614
bmartin@martinbaughman.com

David P. Matthews
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

Charles S. Siegel
Waters Kraus & Paul
3141 Hood St.
Suite 200
Dallas, TX  75219
(214) 357-6244
siegel@waterskraus.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September 2024, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                               */s/ Joseph N. Williams*
                                               Joseph N. Williams