# EXHIBIT B

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
06/05/2024 02:40 PM

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **COOK INCORPORATED** | Business ID: | **197705-806** |
| Entity Type: | **Domestic For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **05/31/1977** | Inactive Date: | |
| Principal Office Address: | **750 DANIELS WAY, Bloomington, IN, 47404, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **05/31/2025** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Vice President | Gene Baker | 750 Daniels Way, Bloomington, IN, 47404, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| EDWIN BROECKER | Incorporator | 135 N PENNSYLVANIA ST, STE 2400, Indianapolis, IN, 46204, USA |

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **CORPORATION SERVICE COMPANY**

Address: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA**