# EXHIBIT C

<div style="border:1px solid #000;">

**BUSINESS INFORMATION**
DIEGO MORALES
INDIANA SECRETARY OF STATE
06/05/2024 02:41 PM

</div>

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | **COOK MEDICAL LLC** | Business ID: | **2003110600893** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **11/06/2003** | Inactive Date: | |
| Principal Office Address: | **1025 West Acuff Road, Bloomington, IN, 47404, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **11/30/2025** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| CFO | John R. Kamstra | 750 Daniels Way, Bloomington, IN, 47404, USA |

## Incorporators Information

| Name | Title | Address |
|---|---|---|
| SHAUNA J WEST | Incorporator | ONE IBM PLAZA, 39TH FLOOR, CHICAGO, IL, 60611, USA |

## Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **CORPORATION SERVICE COMPANY** |
| Address: | **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA** |