# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
DEC 18 2018

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER: 142-18-189905**

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Maiden): **VALENTIN VELA**
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): **DECEMBER 9, 2018**
3. SEX: **MALE**
4. DATE OF BIRTH (mm-dd-yyyy): **DECEMBER 31, 1963**
5. AGE-Last Birthday (Years): **54**
6. BIRTHPLACE (City & State or Foreign Country): **LAMESA, TX**
7. SOCIAL SECURITY NUMBER: **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**
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage): **MARY HINOJOSA**
10a. RESIDENCE STREET ADDRESS: **309 N. ST. PAUL**
10c. CITY OR TOWN: **STANTON**
10d. COUNTY: **MARTIN**
10e. STATE: **TEXAS**
10f. ZIP CODE: **79782**
10g. INSIDE CITY LIMITS?: ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: **JUAN VELA**
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: **MARIA LOSOYA**
13. PLACE OF DEATH: ☒ Inpatient
14. COUNTY OF DEATH: **MIDLAND**
15. CITY/TOWN, ZIP: **MIDLAND, 79701**
16. FACILITY NAME: **MIDLAND MEMORIAL HOSPITAL**
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: **MARY VELA - WIFE**
18. MAILING ADDRESS OF INFORMANT: **PO BOX 557, STANTON, TX 79782**
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: **OSCAR ORNELAS SANCHEZ, BY ELECTRONIC SIGNATURE - 10011**
21. Section **22**, Block ___, Lot **D**, Space **3**
22. PLACE OF DISPOSITION: **ST. JOSEPH CATHOLIC CEMETERY**
23. LOCATION (City/Town, and State): **STANTON, TX**
24. NAME OF FUNERAL FACILITY: **STANTON MEMORIAL FUNERAL HOME & CHAPEL**
25. COMPLETE ADDRESS OF FUNERAL FACILITY: **408 NORTH ST. PETER, STANTON, TX 79782**
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: **ALLEN ELVIN GIBSON, BY ELECTRONIC SIGNATURE**
28. DATE CERTIFIED: **DECEMBER 13, 2018**
29. LICENSE NUMBER: **M5703**
30. TIME OF DEATH: **14:02**
31. PRINTED NAME, ADDRESS OF CERTIFIER: **ALLEN ELVIN GIBSON, 5703 SAN SABA AVE, MIDLAND, TX 79707**
32. TITLE OF CERTIFIER: **MD**

33. PART 1. CAUSE OF DEATH:
   a. IMMEDIATE CAUSE: **INTRACRANIAL BLEEDING** — Approximate interval Onset to death: **DAYS**

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: **CIRRHOSIS OF THE LIVER, COAGULOPATHY, THROMBOCYTOPENIA**

34. WAS AN AUTOPSY PERFORMED?: ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: ___
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ No
38. IF FEMALE: ___
39. IF TRANSPORTATION INJURY, SPECIFY: ___

42a. REGISTRAR FILE NO.: **02-1125**
42b. DATE RECEIVED BY LOCAL REGISTRAR: **DECEMBER 18, 2018**
42c. REGISTRAR: **REGISTRAR - MIDLAND COUNTY CLERK, ELECTRONICALLY FILED**
EDR NUMBER: **000002424929**

VS-112 REV 1/2006
QA1381104 11

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED: **DEC 20 2018**

**TARA DAS**
**STATE REGISTRAR**

JLF

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE