UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-00190; 1:18-cv-01903; 1:18-cv-02143;
1:18-cv-03887; 1:19-cv-01005; 1:19-cv-02353;
1:19-cv-04169; 1:19-cv-04277; 1:19-cv-04553;
1:19-cv-04707; 1:19-cv-04827; 1:20-cv-01851

## NOTICE OF OCTOBER 4, 2024 MOTIONS HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the October 4, 2024, motions hearing. Pursuant to Amended Case Management Order 18 entered on March 24, 2020 Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.

Dated: September 19, 2024

        Respectfully Submitted,

        */s/ Andrea Roberts Pierson*
        Andrea Roberts Pierson
        Jessica Benson Cox
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com

        James Stephen Bennett
        FAEGRE DRINKER BIDDLE & REATH LLP
        110 W. Berry Street, Suite 2400
        Fort Wayne, Indiana 46802
        Telephone: (260) 424-8000
        Stephen.Bennett@FaegreDrinker.com

        *Attorneys for Defendants Cook Incorporated,*
        *Cook Medical LLC, and William Cook Europe*
        *ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, a copy of the foregoing Notice of October 4, 2024, Motions Hearing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*