UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-00190; 1:18-cv-01903; 1:18-cv-02143;
1:18-cv-03887; 1:19-cv-01005; 1:19-cv-02353;
1:19-cv-04169; 1:19-cv-04277; 1:19-cv-04553;
1:19-cv-04707; 1:19-cv-04827; 1:20-cv-01851

## EXHIBIT A TO
## NOTICE OF OCTOBER 4, 2024 MOTIONS HEARING

1. Cooks Defendants' Omnibus Motion to Dismiss Cases Filed by Indiana Plaintiffs for Lack of Subject Matter Jurisdiction

   - Motion: (Dkt. 25979)
   - Response (not yet filed)
   - Reply (not yet filed)

2. Cook Defendants' Motions for Rule 11 Sanctions[1]

   - Motion regarding *Ben Martin Law Group* (Dkt. 25980)
   - Response (not yet filed)
   - Reply (not yet filed)
     o
   - Motion regarding *McDonald Worley, PC* (Dkt. 25981)
   - Response (not yet filed)
   - Reply (not yet filed)

   - Motion regarding *Flint Cooper, LLP* (Dkt. 25983)
   - Response (not yet filed)
   - Reply (not yet filed)

   - Motion regarding *Nations Law Firm* (Dkt. 25984)

---

[1] For clarification, the Rule 11 motions were filed in the same 12 cases as the motion to dismiss, but the Rule 11 motions were filed on a per-firm basis.

- Response (not yet filed)
- Reply (not yet filed)


- Motion regarding *Marc J. Bern & Partners, LLP* (Dkt. 25985)
- Response (not yet filed)
- Reply (not yet filed)


- Motion regarding *Moody Law Firm* (Dkt. 25986)
- Response (not yet filed)
- Reply (not yet filed)


- Motion regarding *Waters and Kraus, LLP* (Dkt. 25987)
- Response (not yet filed)
- Reply (not yet filed)