IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>**<u>Willie Ross</u>**<br><br>**Civil Case#: 1:19-cv-00660-RLY-TAB** | |

### ORDER

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and the Court, having reviewed the motion and being duly advised, now GRANTS the motion. [Filing No. 25892.]

**IT IS THEREFORE ORDERED** that Felecia Ross is substituted for Willie Ross, deceased, in this action, continuing the claims originally brought by Willie Ross on behalf of his Estate. The Clerk of Court is directed to make the necessary adjustments to reflect this substitution in the file and the Court's ECF system.

Date: 9/20/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.