IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_Rita Mildred Airozo_

Civil Case # 1:18-cv-461-RLY-TAB

## ORDER TO AMEND COMPLAINT

ON THIS DAY came for consideration Rita Airozo's Motion to Amend the Short Form Complaint. Having considered the Motion, the Court herein grants the Motion. [Filing No. 25895.]

IT IS THEREFORE ORDERED that the Amended Short Form Complaint is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 9/20/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.