IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No: 1:19-cv-03062
MARKETING, SALES PRACTICES AND                       MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Documents Relates to Plaintiff(s):
RICKY WYLIE

Civil Case No. 1:19-cv-03062-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint. Having considered the Motion, the Court herein grants the Motion. [Filing No. 25923.]

**IT IS THEREFORE ORDERED** that: (1) Ricky Wylie Jr. as the personal representative, on behalf of the estate of the Decedent Ricky Wylie Sr., is substituted as Plaintiff in the above referenced action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 9/20/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.