IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                    Case No: 1:22-cv-01754
MARKETING, SALES PRACTICES AND                                  MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Documents Relates to Plaintiff(s):
BERNARD DERUBEIS

Civil Case No. 1:22-cv-01754-RLY-TAB

_____

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint. Having considered the Motion, the Court herein grants the Motion. [Filing No. 25927.]

IT IS THEREFORE ORDERED that: (1) Rebecca DeRubeis as the personal representative, on behalf of the estate of the Decedent Bernard DeRubeis, is substituted as Plaintiff in the above referenced action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and (3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Date: 9/20/2024                              _____
                                             Tim A. Baker
                                             United States Magistrate Judge
                                             Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.