IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-00617<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
CYNTHIA WATTS

Civil Case No. 1:20-cv-00617-RLY-TAB

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint. Having considered the Motion, the Court herein grants the Motion. [Filing No. 25930.]

IT IS THEREFORE ORDERED that: (1) Jessica Cromwell as the personal representative, on behalf of the estate of the Decedent Cynthia Watts, is substituted as Plaintiff in the above referenced action. (2) Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this Order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 9/20/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.