UNITED STATERS DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ML-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| *Chad Lockard v. Cook Medical, Inc., et al.* | |
| Case No. 1:18-cv-06093 | |

**PLAINTIFF'S NOTICE OF CORRECTED FILING**

Plaintiff Chad Lockard respectfully notifies the Court that in filing his Motion to Amend Short-Form Complaint (ECF No. 25968) **and** Opposition to Cook Defendants' Motion for Judgment on the Pleadings (ECF No. 25969), Plaintiff inadvertently filed the wrong Exhibit A with the Motions. The correct exhibit should have been Plaintiff's Proposed Amended Short Form Complaint. The correct Exhibit A is attached to this Notice of Corrected Filing.

Dated: September 20, 2024

Respectfully submitted,

/s/ Matthew S. Mokwa
Matthew S. Mokwa
Fla Bar. No. 47761
THE MAHER LAW FIRM
398 W. Morse Blvd., Suite 200
Winter Park, FL  32789
407-839-0866

mmokwa@maherlawfirm.com

*Counsel for Plaintiff Chad Lockard*

## CERTIFICATE OF SERVICE

I, Matthew S. Mokwa, hereby certify that on September 20, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

*/s/ Matthew S. Mokwa*