# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Adam Coleman, Sr. and Rose Coleman
1:18-cv-2143

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

COME NOW, TRENT MIRACLE, JACOB FLINT, and the law firm of FLINT COOPER COHN THOMPSON AND MIRACLE ("Flint Cooper"), as counsel for the Plaintiffs, Adam Coleman, Sr. and Rose Coleman ("Plaintiffs"), and respectfully request this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

2. Plaintiffs Adam Coleman, Sr. and Rose Coleman are both deceased and Plaintiffs' counsel has been unable to contact their son and heir, Adam Coleman, Jr. regarding the claim.

3. As Plaintiffs are deceased, Plaintiffs' counsel has no clients in this claim.

4. Adam Coleman, Jr. has been notified, in writing, by Plaintiffs' counsel of their intention to withdraw as Plaintiffs' attorneys in this action.

5. Adam Coleman, Jr.'s last known contact information is as follows:

   Adam Coleman, Jr.
   20 Sandy Brook Drive
   North Vernon, IN 47265
   (812) 346-7643

6. No trial dates are currently set in this case in which withdrawal is requested.

7. Flint Cooper has sent this Motion to Withdraw by certified mail, return receipt requested, and first-class mail to Adam Coleman Jr.'s last known address, thereby informing him of this Motion to Withdraw. A copy of the correspondence is attached as Exhibit A.

WHEREFORE, the undersigned counsel and Flint Cooper Cohn Thompson & Miracle request that the Court enter an Order permitting Trent Miracle, Jacob Flint, and the law firm of Flint Cooper Cohn Thompson & Miracle to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal.

Respectfully Submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

/s/ Trent B. Miracle_____
Trent B. Miracle
Jacob A. Flint
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: 618-288-4777
tmiracle@flintcooper.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Trent B. Miracle_____
Trent B. Miracle