# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Adam Coleman, Sr. and Rose Coleman
1:18-cv-2143

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

To:   **Via Certified Mail, Return Receipt Requested, and First-Class Mail**

Adam Coleman, Jr.
20 Sandy Brook Drive
North Vernon, IN 47265

**YOU ARE HEREBY NOTIFIED** that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record for Plaintiff, before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

**YOU ARE FUTHER NOTIFIED:**

1. That you may appear in court, if you so desire;

2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3. That if you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit or default judgment may be rendered against you; and

4. That no trial dates are currently set in this case.

Dated: September 24, 2024

        Respectfully Submitted,

        **FLINT COOPER COHN THOMPSON & MIRACLE**

        */s/ Trent B. Miracle*_____
Trent B. Miracle
Jacob A. Flint
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: 618-288-4777
tmiracle@flintcooper.com