**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Adam Coleman, Sr. and Rose Coleman
1:18-cv-2143

### [PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

This matter is before the Court on Plaintiffs' counsel's Motion to Withdraw as Counsel for Plaintiff in the matter of Case 1:18-cv-2143, entitled Adam Coleman, Sr. and Rose Coleman v. Cook Medical, Inc., et al.  Upon consideration and for good cause, the Motion to Withdraw is GRANTED.

Trent Miracle, Jacob Flint, and the law firm of Flint Cooper Cohn Thompson & Miracle are withdrawn as counsel of record for Plaintiffs Adam Coleman, Sr. and Rose Coleman, and Flint Cooper Cohn Thompson & Miracle shall serve a copy of this Order upon Plaintiffs' heir, Adam Coleman Jr.

All further notices regarding this case shall be directed to Plaintiffs' heir at:

Adam Coleman, Jr.
20 Sandy Brook Drive
North Vernon, IN 47265

ORDERED this _____ day of _____, 202____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana