IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION
_____

Case No.: 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES
TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS ON NEGLIGENCE PER SE CLAIMS AND
MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS
ON PLAINTIFFS' "OTHER NEGLIGENCE" CLAIMS**

COMES NOW the Plaintiffs' Steering Committee, who files this unopposed motion for an extension of time and requests the Court for an additional extension to file their response to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835], filed on July 22, 2024, and the Cook's Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842], filed on July 23, 2024, and in support of this Motion, Plaintiffs respectfully show the Court the following:

On July 22, 2024, the Cook Defendants filed their Motion for Judgment on the Pleadings on Negligence Per Se Claims, [Dkt. 25835].  Pursuant to the briefing schedule entered by the Court, the deadline to respond is September 24, 2024.  Because of the large number of cases involved in the motion and the multiple state laws which must be reviewed individually, Plaintiffs' Steering Committee requests the Court to extend the deadline for

its response by an additional 7 days, to October 1, 2024. Similarly, Cook Defendants filed their Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims the day after on July 23, 2024 [Dkt. 25842]. Due to the complexity of Cook Defendants' motion and the number of issues it addresses, Plaintiffs' Steering Committee, also respectfully requests the Court to extend the deadline for its response by an additional 7 days to October 8, 2024. On September 20, 2024, Plaintiffs contacted defense counsel regarding a short extension.

On September 22 and 23, 2024, Plaintiffs' counsel conferred with defense counsel via email as to whether Cook would agree to more time for responding to the Cook Defendants' motions. On September 23, 2024, Defense counsel responded that Cook would agree to the requested extensions and counsel for the Parties further agreed on extensions for Cook Defendants' reply brief deadlines. Specifically, the Parties agreed:

1) for the Plaintiffs' Steering Committee to file its response to Cook Defendants Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835] by October 1, 2024, and for the Cook Defendants to file their reply brief by October 22, 2024; and,

2) for the Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842] by October 8, 2024, and for the Cook Defendants to file their reply brief by October 29, 2024.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs' Steering Committee respectfully requests that the deadline to respond to the Cook Defendants' Motions be extended by an additional week and that Plaintiffs' Steering Committee may have until October 1, 2024, to file its response to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835], and the Cook Defendants may have until October 22, 2024, to file a reply.  It is further requested that Plaintiffs' Steering Committee may have until October 8, 2024, to file its response to the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842], and the Cook Defendants may have until October 29, 2024, to file a reply.

Dated:  September 24, 2024.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin
Ben Martin Law Group
3141 Hood St., Suite 600
Dallas, TX  75219
(214) 761-6614
bmartin@bencmartin.com

Joseph N. Williams
Williams Law Group, LLC
1101 North Delaware St.
Indianapolis, IN  46202
(317) 203-9075
joe@williamsgroup.law
*Liaison Counsel to Plaintiffs'*
*Steering Committee and on*
*Behalf of Plaintiffs'*
*Steering Committee*

>Michael Heaviside
>Heaviside Reed Zaic
>800 Connecticut Ave.
>Suite 300
>Washington, DC  20006
>(202) 223-1993
>mheaviside@hrzlaw.com
>
>David P. Matthews
>Matthews and Associates
>2509 Sackett St.
>Houston, TX 77098
>(713) 522-5250
>dmatthews@thematthewslawfirm.com
>
>Charles S. Siegel
>Waters Kraus & Paul
>3141 Hood St.
>Suite 200
>Dallas, TX  75219
>(214) 357-6244
>siegel@waterskraus.com

## CERTIFICATE OF CONFERENCE

I certify that on September 22 and 23, 2024, Plaintiffs' counsel conferred with defense counsel regarding this motion. Defense counsel responded on September 23, 2024, that Cook would agree to extending the deadline for Plaintiffs' Steering Committee to file its response to Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835] until October 1, 2024. In addition, Plaintiffs' Steering Committee has agreed to extending the deadline for Cook to file its reply until October 22, 2024. Additionally, Defense counsel agreed to extend the deadline for Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842] until October 8, 2024. In addition, Plaintiffs' Steering Committee has agreed to extending the deadline for Cook to file its reply until October 29, 2024.

>*/s/ Ben C. Martin*
>Ben C. Martin

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                             */s/ Ben C. Martin*
                                             Ben C. Martin