IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT LIABILITY
LITIGATION
_____

Case No.: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions
_____

## PROPOSED ORDER

This matter came before the Court on Plaintiffs' Steering Committee's Unopposed Motion for Extension of Time to File a Response to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835] and the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842]. Having reviewed the pleadings and considered the motion, the Court finds the Motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that Plaintiffs' Steering Committee's motion is in all respects granted. Accordingly, the deadline for Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims [Dkt. 25835] is extended until **October 1, 2024**; and, the deadline for the Cook Defendants to file its reply is extended until **October 22, 2024.** Additionally, the deadline for Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims [Dkt. 25842] is extended until **October 8, 2024**, and the deadline for the Cook Defendants to file its reply is extended until **October 29, 2024.**

**SO ORDERED** this _____ day of _____, 2024.

 _____
 RICHARD L. YOUNG, JUDGE
 United States District Court
 Southern District of Indiana