# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

TALISHA NORMAN, §
§
§
Plaintiff(s), §
vs. § Civil Action No. 3:24-cv-02272-K
§
§ INSD 1:24-cv-7117-RLY-TAB
COOK INCORPORATED, et al., §
§
Defendant(s). §

## RETURN OF SERVICE

*filed in error*

**FILED**
**09/24/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Came to my hand on **Friday, September 13, 2024 at 5:11 PM**,
Executed at: **135 N. PENNSYLVANIA ST, STE 1610, INDIANAPOLIS, IN 46204**
at **11:50 AM**, on **Tuesday, September 17, 2024**,
by delivering to the within named:

### COOK MEDICAL INCORPORATED

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, ALEX STANGI-WEIG**

a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT with
### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

BEFORE ME, the undersigned authority, on this day personally appeared RAYMOND BANDY who after being duly sworn on oath states: "My name is RAYMOND BANDY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**RAYMOND BANDY – Process Server**

Subscribed and Sworn to by RAYMOND BANDY, Before Me, the undersigned authority, on this
___19___ day of September, 2024.

_____
Notary Public in and for the State of Indiana

PAIGE A COBB
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0750091
My Commission Expires Jul 11, 2031

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Talisha Norman <br> *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:24-cv-02272-K |
| Cook Group Incorporated, et al <br> *Defendant* | ) ) ) | |

**Summons in a Civil Action**

**TO:** Cook Medical Incorporated

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ben Martin
3141 Hood Street
Suite 600
Dallas , TX 75219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 09/05/2024

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-02272-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

*filed in error*

FILED-USDC-NDTX-DA
'24 SEP 23 AM 9:21
KMB

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TALISHA NORMAN, | § § § § | |
| Plaintiff(s), | § | |
| vs. | § § | Civil Action No. 3:24-cv-02272-K |
| COOK INCORPORATED, et al., | § § § | INSD No. 1:24-cv-7117-RLY-TAB |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Friday, September 13, 2024 at 5:11 PM,**
Executed at: **135 N. PENNSYLVANIA ST, STE 1610, INDIANAPOLIS, IN 46204**
at **11:50 AM,** on **Tuesday, September 17, 2024,**
by delivering to the within named:

### COOK GROUP INCORPORATED

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, ALEX STANGI-WEIG**

a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT with
### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

BEFORE ME, the undersigned authority, on this day personally appeared RAYMOND BANDY who after being duly sworn on oath states: "My name is RAYMOND BANDY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**RAYMOND BANDY – Process Server**

Subscribed and Sworn to by RAYMOND BANDY, Before Me, the undersigned authority, on this ___19___ day of September, 2024.

_____
Notary Public in and for the State of Indiana

PAIGE A COBB
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0750091
My Commission Expires Jul 11, 2031

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Talisha Norman <br> *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 3:24-cv-02272-K |
| Cook Group Incorporated, et al <br> *Defendant* | ) ) ) | |

**Summons in a Civil Action**

**TO:** Cook Group Incorporated

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ben Martin
3141 Hood Street
Suite 600
Dallas , TX 75219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/05/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-02272-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:24-CV-02272-K

INSD No. 1:24-cv-7117-RLY-TAB

Plaintiff:
**TALISHA NORMAN**

vs.

Defendant:
**COOK GROUP INCORPORATED,**
et al

Received these papers on the 13th day of September, 2024 at 2:50 pm to be served on **COOK MEDICAL, LLC by delivering to its Registered Agent, CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Vivian Smith, being duly sworn, depose and say that on the **16th day of September, 2024** at **11:15 am, I:**

hand-delivered a true copy of this **Summons in a Civil Action, Complaint, and Certificate of Interested Persons/Disclosure Statement,** to **COOK MEDICAL, LLC by delivering to its Registered Agent, CORPORATION SERVICE COMPANY DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY** by and through its authorized agent, **KANEISHA GROSS,** at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 16th day of September, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC



HELEN BROUSSARD
Notary ID #130429927
My Commission Expires
November 16, 2027

Vivian Smith
PSC-12617, Exp. 5/31/2026

Our Job Serial Number: THP-2024005830
Ref: 2560371

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Talisha Norman | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-02272-K |
| | ) |
| Cook Group Incorporated, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Cook Medical LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ben Martin
3141 Hood Street
Suite 600
Dallas , TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 09/05/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-02272-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

*[Stamp: RETURN / AFFIDAVIT / PROOF / ATTACHED]*

*filed in error*

FILED-USDC-NDTX-DA
'24 SEP 23 AM 9:20
KAB

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

TALISHA NORMAN,

        Plaintiff(s),

vs.

COOK INCORPORATED, et al.,

        Defendant(s).

Civil Action No. **3:24-cv-02272-K**

INSD Case No. 1:24-cv-7117-RLY-TAB

## RETURN OF SERVICE

Came to my hand on **Friday, September 13, 2024 at 5:11 PM**,
Executed at: **135 N. PENNSYLVANIA ST, STE 1610, INDIANAPOLIS, IN 46204**
at **11:50 AM**, on **Tuesday, September 17, 2024**,
by delivering to the within named:

### COOK INCORPORATED

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, ALEX STANGI-WEIG**

a true copy of this

**SUMMONS IN A CIVIL ACTION and COMPLAINT with
CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT**

BEFORE ME, the undersigned authority, on this day personally appeared RAYMOND BANDY who after being duly sworn on oath states: "My name is RAYMOND BANDY. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Indiana. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _/s/ Raymond Bandy_
**RAYMOND BANDY – Process Server**

Subscribed and Sworn to by RAYMOND BANDY, Before Me, the undersigned authority, on this __19__ day of September, 2024.

_/s/ Paige A Cobb_
Notary Public in and for the State of Indiana

PAIGE A COBB
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0750091
My Commission Expires Jul 11, 2031

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Talisha Norman <br> *Plaintiff* <br> v. <br> Cook Group Incorporated, et al <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-02272-K |

**Summons in a Civil Action**

**TO:** Cook Incorporated

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Ben Martin
3141 Hood Street
Suite 600
Dallas , TX 75219

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 09/05/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-02272-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: