IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Actions

### THE COOK DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS, ON PLAINTIFFS' MANUFACTURING DEFECT CLAIMS

The Cook Defendants urge the Court to grant their motion for judgment on the pleadings as to certain Plaintiffs' claims based on manufacturing defect. The Plaintiffs' Steering Committee has filed no response to the Cook Defendants' motion for partial judgment on the pleadings, Dkt. 25837, which seeks dismissal of those portions of Count VI of the Master Complaint that assert manufacturing defect claims with respect to certain Plaintiffs. *See* Dkt. 25837. Cook and the PSC stipulated to a deadline of September 10, 2024, for Plaintiffs' response to that motion, and the Court adopted that deadline. *See* Dkts. 25867, 25877. That deadline has passed, and the PSC has filed no response to Cook's motion.

The only response that Cook received to its motion was filed on behalf of individual Plaintiff Chad Lockard, Case No. 1:18-cv-06093. *See* Dkt. 25969. In his response, Plaintiff Lockard proposes to amend his complaint to add what he characterizes as specific allegations of manufacturing defects, and he has moved the Court to permit such an amendment. *See* Dkt. 25968; Dkt. 26021 (corrected filing). Cook therefore withdraws the present motion with respect to the

*Lockard* case only, and asks the Court to rule on the motion only as to all other affected Plaintiffs. Cook reserves the right to renew the motion or bring a new motion to dismiss in the *Lockard* case based on Cook's analysis of Plaintiff's amended complaint.

As for the remainder of the Plaintiffs whose manufacturing claims are at issue in this motion, their failure to respond to the motion (either individually or collectively) requires the dismissal of their claims. "Failure to respond to a motion to dismiss constitutes forfeiture or waiver." *Barfield v. XPO Logistics*, No. 119CV04579RLYMPB, 2021 WL 4894907, at *2 (S.D. Ind. Feb. 19, 2021); *see also Boogaard v. Nat'l Hockey League*, 891 F.3d 289, 295 (7th Cir. 2018) (Barrett, J.) ("[A] district court may hold a claim forfeited if a plaintiff fails to respond to the substance of the defendant's motion to dismiss."); *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument ... results in waiver."). Here, other than Plaintiff Lockard, all the affected Plaintiffs have failed to respond to Cook's motion, and that failure "is grounds alone for granting the motion." *Barfield,* 2021 WL 4894907, at *2.

Cook therefore asks the Court to grant its motion and to enter partial judgment on the pleadings in favor of the Cook Defendants and against those Plaintiffs who assert manufacturing defect claims under the laws of Alabama, Arkansas, Arizona, California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Kentucky, Louisiana, Massachusetts, Michigan, Minnesota, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, South Carolina, Texas, Utah, Virginia, West Virginia, and Wisconsin. As noted in Cook's original memorandum, Dkt. 25838, the Court need not determine now exactly which MDL cases would apply the laws of these states; the Court may simply grant the motion

based on the existing pleadings, and either this Court or another court after transfer or remand can apply that ruling to the appropriate cases.

                                              Respectfully submitted,

Dated:  September 24, 2024

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, a copy of the foregoing **THE COOK DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS ON PLAINTIFFS' MANUFACTURING DEFECT CLAIMS** was filed electronically and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*