UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sheila Kennon v. Cook Incorporated, et al.*<br>Civil Action No. 1:19-cv-02038-RLY-TAB | CASE NO. 1:14-ml-2570-RLY-TAB<br>MDL NO. 2570<br><br>NOTICE OF CHANGE OF FIRM FOR RACHEL B. ABRAMS |

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION FOR ATTORNEY RACHEL B. ABRAMS

TO:   ALL INTERESTED PARTIES

Rachel B. Abrams, Counsel for Plaintiff, Sheila Kennon, hereby notify this Court that as of March 24, 2024, she has a change of firm, telephone number, facsimile, and email address, and as of September 1, 2024, she has a change of address as follows:

Rachel B. Abrams
**Peiffer Wolf Carr Kane Conway & Wise, LLP**
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 766-3544
Facsimile: (415) 840-9435
Email: rabrams@peifferwolf.com

This 25th day of September, 2024.

By: */s/ Rachel B. Abrams*
Rachel B. Abrams
PEIFFER WOLF CARR
KANE CONWAY & WISE, LLP
555 Montgomery St., Ste. 820
San Francisco, CA 94111
Telephone: 415-766-3544
*rabrams@peifferwolf.com*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 25, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF System.

                                        */s/ Rachel B. Abrams*
                                        Rachel B. Abrams