# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to: | |
| VINKE DURWIN, | Civil Action No.: 1:19-cv-00508 |
| Plaintiff, | |
| v. | |
| COOK MEDICAL, INC., *et al.* | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Vinke Durwin, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Actin No. 1:19-cv-00508.

| | |
|---|---|
| Dated: September 25, 2024 | By: */s/ Andrew F. Kirkendall*<br>Andrew F. Kirkendall<br>Texas Bar No. 24050882<br>Alexander G. Dwyer<br>Texas Bar No. 24054271<br>Kirkendall Dwyer LLP<br>4343 Sigma Rd., Ste 200<br>Dallas, TX 75244<br>Phone: 214-271-4027<br>Fax: 214-253-0629<br>ak@kirkendalldwyer.com<br>ad@kirkendalldwyer.com<br><br>*Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Andrew F. Kirkendall*