IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

BRIAN GOLDSTOCK

Civil Case # 1:19-cv-2697

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff is **GRANTED**, and Zachary Goldstock, on behalf of Decedent Brian Goldstock, is substituted as Plaintiff in the above referenced action.

Dated this _____ day of _____, 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana