# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

This Document Relates to:

PATRICK WYNN,                                Civil Action No.: 1:20-cv-01175

    Plaintiff,

v.

COOK MEDICAL, INC., *et al.*

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Patrick Wynn, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Actin No. 1:20-cv-01175.

Dated: September 25, 2024          By: */s/ Andrew F. Kirkendall*
                                                       Andrew F. Kirkendall
                                                       Texas Bar No. 24050882
                                                       Alexander G. Dwyer
                                                       Texas Bar No. 24054271
                                                       Kirkendall Dwyer LLP
                                                       4343 Sigma Rd., Ste 200
                                                       Dallas, TX 75244
                                                       Phone: 214-271-4027
                                                       Fax: 214-253-0629
                                                       ak@kirkendalldwyer.com
                                                       ad@kirkendalldwyer.com

                                                       *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

By: */s/ Andrew F. Kirkendall*