# EXHIBIT 1



*faegredrinker.com*

**Jessica Benson Cox**
Partner
jessica.cox@faegredrinker.com
+1 317 237 1234 direct
+1 317 501 6905 mobile

**Faegre Drinker Biddle & Reath** LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
+1 317 237 0300 main
+1 317 237 1000 fax

June 5, 2024

<u>**VIA E-MAIL**</u>
will@moodyrrlaw.com

William J. Moody, Jr.
Moody Law Firm
500 Crawford St., Suite 200
Portsmouth, VA 23704

Re:     In Re: Cook Medical, Inc. re Neven Fingerhut, No. 2570

Dear Mr. Moody:

I attach and serve on you by email in connection with the case described above:

1. The Cook Defendants' Omnibus Motion to Dismiss Cases Filed by Indiana Plaintiffs for Lack of Subject Matter Jurisdiction;
2. The Cook Defendants' Motion for Rule 11 Sanctions; and
3. Declaration of Eldin Hasic.

Pursuant to Federal Rule of Civil Procedure 11(c)(2), we are only *serving* these documents on you at this time.  We have not yet filed these documents with the Court, and we will not do so until at least 21 days have passed from the date of this service.

During that intervening period, we ask that you look once again at this case, recognize the lack of diversity of citizenship and therefore the lack of federal subject matter jurisdiction, and agree to voluntarily dismiss this case.  If you do agree to dismiss, please complete the form Stipulation of Dismissal Without Prejudice that I enclose and return it to me for filing.

We look forward to receiving your agreement to dismissal at your earliest convenience.  If we do not hear from us within the 21 days contemplated by Rule 11, we expect to file these motions with the Court and seek our attorney's fees and costs incurred in preparing the motions.

Very truly yours,

Jessica Benson Cox

JBC/jlv

Enclosures