IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document Relates to Plaintiff:<br><br>LORETTA BOSTIC<br>Case No. 1:19-cv-02458-RLY-TAB | |

## MOTION FOR EXTENSION OF TIME TO CURE DEFICIENCIES

Plaintiff Loretta Bostic, by and through undersigned counsel, moves this court for its order extending the time for plaintiff to submit her certified Second Amended Case Categorization Form ("CCF") and Amount in Controversy Certification Form for thirty (30) days, or until October 25, 2024.

On Friday, September 20, 2024, plaintiff's counsel received a deficiency letter from defense counsel advising that plaintiff Bostic had not submitted a CCF by the July 17, 2024, deadline set out in the Sixth Amended Case Management Order No. 4. Defense counsel gave plaintiff Bostic five days to cure said deficiency. Both forms are required to be submitted for plaintiff Bostic.

Undersigned counsel immediately attempted to contact plaintiff Bostic but learned that the information on file was no longer current. A skip trace provided no new contact information except for a few additional possible email addresses. To date, those emails have gone unanswered.

A Truthfinder report provided contact information for possible relatives of plaintiff Bostic. Many telephone numbers that were provided were no longer current, and voicemail messages that were left have gone unreturned. One relative that was reached informed undersigned counsel that he has not spoken with plaintiff Bostic for years and does not have any current contact information.

Undersigned counsel's office even attempted to make personal contact with plaintiff Bostic at her last known address, however we were advised that plaintiff Bostic has not lived there for years. No forwarding address was provided.

Undersigned counsel has taken extensive steps to locate Ms. Bostic to obtain her signature on the necessary forms. Unfortunately, those attempts have thus far been unsuccessful. Therefore, undersigned counsel respectfully moves this court for its order granting plaintiff a thirty (30) day extension, or until October 25, 2024, to cure the deficiencies outlined in defense counsel's September 20, 2024 letter and to comply with the court's Sixth Amended Case Management Order No. 4 and Amended Case Management Order No. 32.

RESPECTFULLY SUBMITTED this 25th day of September, 2024.

**SNYDER AND WENNER, P.C.**

/s/ David A. Wenner
By_____
David A. Wenner, Esq.
8800 N Gainey Center Drive, Ste 265
Scottsdale, AZ  85258
*Attorneys for Plaintiff*

///

///

///

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____