# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document Relates to Plaintiff:<br><br>LORETTA BOSTIC<br>Case No. 1:19-cv-02458-RLY-TAB | |

## ORDER FOR EXTENSION OF TIME TO CURE DEFICIENCIES

The Court, having received and considered Plaintiff Bostic's Motion for Extension of Time to Cure Deficiencies, and finding good cause exists,

IT IS HEREBY ORDERED extending the time for plaintiff Bostic to submit her certified Second Amended Case Categorization Form ("CCF") and Amount in Controversy Certification Form for thirty (30) days, <u>or until October 25, 2024</u>.

DATED: _____

_____
Richard L. Young, Judge
United States District Court
Southern District of Indiana