# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

ELLA SUE ODELL and JAMES FLOYD ODELL

Civil Case # 1:16-cv-02167-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiffs set forth in the above referenced matter.

DATED:  September 25, 2024

                                          Respectfully submitted:

                                          */s/ Carrie R. Capouellez*
                                          Carrie R. Capouellez, Esquire
                                          PA Attorney ID: 91578
                                          Lopez McHugh, LLP
                                          214 Flynn Avenue
                                          Moorestown, NJ 08057
                                          Telephone: (856) 273-8500
                                          Facsimile: (856) 273-8502
                                          Email: ccapouellez@lopezmchugh.com

                                          *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Carrie R. Capouellez*
Carrie R. Capouellez, Esquire