IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to
Plaintiff A. J. SATBERRY

Civil Case # 1:16-cv-01119-RLY-TAB

# NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable court of the death of plaintiff A. J. SATBERRY, on or about January 22, 2019.

Date: September 25, 2024

                        Respectfully submitted,

                        /s/ Carrie R. Capouellez
                        Carrie R. Capoullez (PA Attornry ID 91578)
                        (admitted *pro hac vice*)
                        **Lopez McHugh LLP**
                        214 Flynn Ave.
                        Moorestown, NJ  08057
                        Telephone:  (856) 273-8500
                        Facsimile:   (856) 273-8502
                        ccapouellez@lopezmchugh.com

                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Carrie R. Capouellez*