IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Greene, Lawrence– Case No. 1:18-cv-00598
Hatten, Patrick – Case No. 1:18-cv-00326
Odell, Ella Sue and James Floyd– Case No. 1:16-cv-02167
Sosa, Pablo – Case No. 1:17-cv-01210

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 25, 2024

| | |
|---|---|
| */s/ Carrie R. Capouellez* | */s/ Jessica Benson Cox* |
| Carrie R. Capouellez, Esq. | Jessica Benson Cox, Esq. |
| Lopez McHugh LLP | Faegre Drinker Biddle & Reath LLP |
| 214 Flynn Ave. | 300 North Meridian Street, Suite 2500 |
| Moorestown, NJ  08056 | Indianapolis, IN  46204 |
| Telephone:  (856) 273-8500 | Telephone:  (317) 237-0300 |
| Facsimile:  (856) 273-8502 | Facsimile:  (317) 237-1000 |
| Email: ccapouellez@lopezmchugh.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorney for Defendants** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Carrie R. Capouellez*
Carrie R. Capouellez