UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

Lockard, Chad
Case No. 1:18-cv-06093

**COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND MOTION FOR SUGGESTION OF REMAND**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants") respectfully move the Court for an extension of time to file their response briefs on the motion for leave to amend and motion for remand filed by Plaintiff Lockard by October 11, 2024. More specifically, the Cook Defendants state:

1. On July 22, 2024, the Cook Defendants filed an omnibus motion for judgment on the pleadings, on manufacturing defect, Dkt. 25837. As such, this motion applied to all pending cases in the MDL, including Plaintiff Lockard's case.

2. On September 10, 2024, Plaintiff Lockard filed an individual response in opposition to the motion (Dkt. 25969). Plaintiff Lockard also filed two motions that same day – a motion to amend the complaint with allegations about manufacturing defect, Dkt. 25968, and a motion for suggestion of remand the case to the Middle District of Florida, Dkt 25970.

DMS_US.137171159.4

3. On Friday, September 20, 2024, counsel for the Cook Defendants contacted counsel for Plaintiff to ask if Plaintiff intended to file a proposed amended complaint, because it was referenced in both motions (Dkts. 25968 & 25970) as Cook's counsel did not locate it with the filings on the docket.

4. That same day, counsel for Plaintiff explained the intent was to file a proposed amended complaint as an exhibit and provided a copy of the proposed amended complaint. Counsel also filed a corrected filing. *See* Dkt. 26021 (attaching proposed amended complaint and explaining that the wrong exhibit was inadvertently filed).

5. On Monday, September 23, 2024, counsel for the Cook Defendants contacted Plaintiff's counsel and asked for an extension of time to review the proposed amended complaint and respond to Plaintiff's motions. Specifically, Plaintiff's counsel consented to October 11, 2024, as the deadline for the Cook Defendants' responses to Plaintiff's two motions (Dkts. 25968 & 25970).

For the foregoing reasons, the Cook Defendants respectfully ask the Court to permit the Cook Defendants to file response briefs to Plaintiff Lockard's motion for leave to amend the short form complaint (Dkt. 25968) and motion for remand (Dkt. 25970) by October 11, 2024.

Dated: September 26, 2024               Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

>James Stephen Bennett, Co-Lead Counsel
>FAEGRE DRINKER BIDDLE & REATH LLP
>110 West Berry Street, Suite 2400
>Fort Wayne, Indiana  46802
>Telephone:  (260) 424-8000
>Stephen.Bennett@FaegreDrinker.com
>
>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a copy of the foregoing **COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND MOTION FOR SUGGESTION OF REMAND** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*