UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Action:

Lockard, Chad
Case No. 1:18-cv-06093

## ORDER

On September 26, 2024, the Cook Defendants filed a consent motion for an extension of time to file their responses to Plaintiff Chad Lockard's motion to amend complaint (Dkt. 25968) and motion for suggestion of remand (Dkt. 25970) by October 11, 2024.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including October 11, 2024 to file their responses to these two motions.

**SO ORDERED** this day of _____ day of _____, 2024

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

DMS_US.366549535.2