# EXHIBIT A

**BEN MARTIN**
**LAW GROUP**

3141 Hood Street
Suite 600
Dallas, Texas 75219

O  214.761.6614
F  214.744.7590

bencmartin.com

June 26, 2024

*via e-mail:  jessica.cox@faegredrinker.com*

Jessica Benson Cox
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

      **RE:**    Lack of Diversity Jurisdiction (Indiana Resident Cases)
              *Arnie Pike* **and** *Tracey J. Wood* **- Case No. 1:19-cv-04827**

Dear Ms. Cox:

      We are in receipt of your letter dated June 5, 2024, requesting dismissal of the above-referenced case.  As I previously responded to Mr. Hasic in January of this year, we simply cannot voluntarily dismiss the case.  I proposed that we agree to a stipulation that would dismiss the case from the MDL with the agreement that Cook would not oppose us refiling the case in the Marion County, Indiana State Court and seek consolidation with the cases pending there.

      Sincerely,

      **BEN MARTIN LAW GROUP, PLLC**

      _____
      Thomas Wm. Arbon, Esq.

TWA/hl

cc:    *via e-mail:  lmaclean@waterskraus.com*
       Leslie MacLean