# MISSOURI

## CERTIFICATION OF DEATH

DATE FILED: JANUARY 14, 2021     STATE FILE NUMBER: 124-20-048625

DECEDENT NAME: RICHARD WAYNE GARCIA     SEX: MALE

DATE OF DEATH: DECEMBER 31, 2020     COUNTY OF DEATH: GREENE

DATE OF BIRTH: ▇▇ ▇▇ 1965     MARITAL STATUS: MARRIED     EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: ▇▇▇-▇▇-2388     RESIDENCE ADDRESS: 51 AUTUMN CIRCLE ROGERSVILLE, MISSOURI

SURVIVING SPOUSE:
(IF WIFE, MAIDEN NAME): ELVA S HENDRICKS

FUNERAL HOME: MIDWEST CREMATION AND FUNERAL SERVICES LLC

UNDERLYING CAUSE (ICD CODE):     MANNER: NATURAL

ACUTE HYPOXEMIC RESPIRATORY FAILURE
COVID-19 PNEUMONITIS
SIG COND: ACUTE KIDNEY INJURY

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: GREENE

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

DATE ISSUED: JANUARY 15, 2021

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

00743045KP