# EXHIBIT A

# BEN MARTIN
## LAW GROUP

3141 Hood Street
Suite 600
Dallas, Texas 75219

O  214.761.6614
F  214.744.7590

bencmartin.com

June 26, 2024

***via e-mail:  jessica.cox@faegredrinker.com***

Jessica Benson Cox
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

**RE:**   *In Re: Cook Medical, Inc., re:  Steven Chester, Melissa A. Dyer and Donald Dyer, Jr., and Richard Nunez, MDL No. 2570*

Dear Ms. Cox:

We are in receipt of your letter dated June 5, 2024, requesting dismissal of the cases referenced above.  I previously discussed the dismissal of these cases with Eldin Hasic back on 11/01/2023 and explained that we simply could not voluntarily dismiss the cases.  In my response to Mr. Hasic on January 18, 2024, I proposed that we would agree to a stipulation that would dismiss the cases from the MDL with the agreement that Cook would not oppose us refiling the cases in the Marion County, Indiana State Court and seek consolidation with the cases pending there.

Sincerely,

**BEN MARTIN LAW GROUP, PLLC**

Thomas Wm. Arbon, Esq.

TWA/hl

cc:      ***via e-mail:  bmartin@bencmartin.com***
         Ben C. Martin, Esq.