UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Maria Godina*, 1:17-cv-01966

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 27, 2024

| | |
|---|---|
| /s/ *Harold T. McCall, Jr.*<br>Harold T. McCall, Jr.<br>Wright McCall, LLC<br>5707 W. Interstate 10<br>San Antonio, TX 78201<br>Telephone: (205) 558-9000<br>E-Mail: hmccall@wrightmccall.com<br><br>**Attorney for Plaintiff** | /s/ *Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Email: andrea.pierson@faegredrinker.com<br><br>**Attorney for Defendants** |

DMS_US.365034972.1