**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Adrienne LaRue

Civil Case No. 1:18-cv-00143

## SUGGESTION OF DEATH AND UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the records, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Adrienne LaRue, and moves this Court to substitute her daughter, Tristan Herlihy, as personal representative of the estate of Adrienne LaRue.

Ms. Herlihy is the proper party plaintiff to substitute for Plaintiff-decedent and has the capacity to proceed with the lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25(a), which provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor representative." Fed. R. Civ. P. 25a).

Accordingly, counsel for Ms. Herlihy respectfully requests that the Court grant this motion to substitute her on behalf of her mother, Ms. LaRue, as the plaintiff in this action. Counsel for Defendants confirmed that Defendants do not oppose this request.

Dated: September 27, 2024

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Wendy R. Fleishman

Wendy R. Fleishman
Daniel E. Seltz
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:     wfleishman@lchb.com
                  dseltz@lchb.com
                  dleathers@lchb.com

*Counsel for Plaintiff Adrienne LaRue and Proposed Plaintiff Tristan Herlihy*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th of September, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

/s/ Wendy R. Fleishman

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Shaunta M. Bunch

Civil Case No. 1:16-cv-01413-JMS-MPB

## ORDER

Considering the parties' Suggestion of Death and Motion to Substitute Party to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that the Suggestion of Death and Motion to Substitute Party to substitute Lisa Parsons, Representative of the Estate of Shaunta M. Bunch, Deceased, is GRANTED.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana