## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This Document Relates to Plaintiff(s):**

**Jill Snyder**
**Kim Snyder**

**Civil Case#: 1:16-cv-01734-RLY-TAB**

### NOTICE OF SUGGESTION OF DEATH

Counsel for Plaintiffs in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the discovered death of Jill Snyder, Plaintiff in this case, on August 10, 2017. Mrs. Snyder's widower and children notified the undersigned that they will not be opening an estate and do not wish to continue pending case.

Dated: September 27, 2024          Respectfully submitted,

By: /s/ Willard J. Moody
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com
*Attorney for Plaintiff*

1

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify that on September 27, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<ins>/s/ Willard J. Moody, Jr.</ins>

2