IN THE UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Fingerhut, Neven, 1:18-cv-0190;
Coleman, Adam Sr. and Rose, 1:18-cv-02143;
Small, Deborah Jo, 1:19-cv-01005;
Pittman, Karen Lynn and Fred Jr., 1:19-cv-02353;
Terrell, Stella M., 1:19-cv-04553;

### PLAINTIFFS' JOINT MOTION TO CONTINUE HEARING ON COOK DEFENDANTS' MOTION FOR RULE 11 SANCTIONS CURRENTLY SET FOR OCTOBER 4, 2024

The foregoing MDL Plaintiffs, by counsel, respectfully move the Court to continue the Motions Hearing scheduled for October 4, 2024, in this matter. In support, the foregoing MDL Plaintiffs state:

1. On September 12, 2024, Cook Defendants filed their Omnibus Motion to Dismiss Cases Filed by Indiana Plaintiffs for Lack of Subject Matter Jurisdiction (Dkt. 25979) against the following MDL Plaintiffs:

   i. Dyer, Melissa A. & Donald, 1:17-cv-00190, represented by Ben Martin Law Group;
   ii. Fingerhut, Neven, 1:18-cv-01903, represented by The Moody Law Firm, Inc.;
   iii. Coleman, Adam Sr. and Rose, 1:18-cv-02143, represented by Flint Cooper, LLC;
   iv. Bell, Kathy, 1:18-cv-03887, represented by Marc J. Bern & Partners, LLP;
   v. Small, Deborah Jo, 1:19-cv-01005, represented by The Nations Law Firm;
   vi. Pittman, Karen Lynn and Fred Jr., 1:19-cv-02353, represented by The Nations Law Firm;
   vii. Nunez, Richard, 1:19-cv-04169, represented by Ben Martin Law Group;
   viii. Chester, Steven, 1:19-cv-04277, represented by Ben Martin Law Group;

1

      ix.      Terrell, Stella M., 1:19-cv-04553, represented by Flint Cooper, LLC;
      x.      Kraft, James, 1:19-cv-04707;
      xi.      Pike, Arnie and Wood, Tracey J., 1:19-cv-04827, represented by Waters & Kraus, LLP and Ben Martin Law Group; and
      xii.      James, Brandy, 1:20-cv-01851, represented by McDonald Worley, PC.

2. On September 12, 2024, Cook Defendants also filed multiple Motions for Rule 11 Sanctions against the above Plaintiffs, seeking sanctions and attorney's fees from the attorneys and law firms representing the MDL Plaintiffs listed above (Dkts. 25980, 25981, 25983, 25984, 25985, 25986, 25987).

3. On September 19, 2024, without conferring with Plaintiffs' attorneys, Cook Defendants unilaterally set this matter for hearing on October 4, 2024 (Dkt. 26005). As a result, this matter is currently set for a Motions Hearing at 9:00 a.m. on October 4, 2024. (Dkt. 26005.)

4. Counsel for Plaintiffs represented by The Moody Law Firm, The Nations Law Firm, and Flint Cooper Thompson Cohn & Miracle are unavailable on this date. Specifically, Trent Miracle has a Case Management Conference in *In Re: Suboxone (Buprenorphine/Naxolone) Film Products Liability Litigation (MDL No. 3079)* on the same date that requires his attendance. Willard J. Moody, Jr., has two videotaped depositions of medical care providers on the same date that require his attendance.

5. Although Amended Case Management Order 18 (Dkt. 13121 ¶ 8) states that parties shall designate no more than two attorneys per side to present oral argument on each motion, given the gravity of the allegations against the involved firms and the potential repercussions related to Rule 11 motions generally, Plaintiffs' counsel from each firm should have a chance to defend their clients, their firms, and themselves personally against such Rule 11 motions. Each firm negotiated with Defense Counsel individually, and each firm should be allowed to argue the lengths to which they attempted to cooperate with the Cook Defendants to avoid this situation. Furthermore, since Cook Defendants filed each Rule 11 Motion separately against each law firm, Plaintiffs should be

2

allowed to designate an attorney to present oral argument on each *separate* motion.

6. Leadership firms, Ben Martin Law Group and Waters & Kraus, LLP, have also had Rule 11 motions filed against them by the Cook Defendants. Plaintiffs' leadership counsel supports this Joint Motion and agree that since several law firms will be defending these Rule 11 Motions, it is best if all oral arguments regarding the Rule 11 Motions be heard on the same day.

WHEREFORE, the MDL Plaintiffs and undersigned counsel respectfully request that the Court continue the October 4, 2024 Motions Hearing to a mutually agreed upon date.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

/s/ Trent B. Miracle
Trent B. Miracle
Alex Parker
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com
aparker@flintcooper.com
*Attorneys for Plaintiffs Coleman and Terrell*


/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
The Moody Law Firm, Inc.
500 Crawford Street, Suite 200
Portsmouth, Virginia 23704
Telephone:  757-393-4093
Facsimile:  757-397-7257
E-mail:  will@moodyrrlaw.com
*Attorney for Plaintiff Fingerhut*

/s/ Howard L. Nations
Howard L. Nations
The Nations Law Firm
9703 Richmond Ave., Suite 200
Houston, Texas 77042
Telephone: (713) 807-8400
Facsimile: (713) 807-8423
E-mail: nations@howardnations.com
*Attorney for Plaintiffs Small and Pittman*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2024, a copy of the foregoing Plaintiffs' Joint Motion to Continue hearing on Cook Defendants' Motion for Rule 11 Sanctions currently set for October 4, 2024 was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/     Trent B. Miracle