IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Civil No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Fingerhut, Neven, 1:18-cv-0190;
Coleman, Adam Sr. and Rose, 1:18-cv-02143;
Small, Deborah Jo, 1:19-cv-01005;
Pittman, Karen Lynn and Fred Jr., 1:19-cv-02353;
Terrell, Stella M., 1:19-cv-04553;

### ORDER GRANTING PLAINTIFFS' JOINT MOTION TO CONTINUE HEARING ON COOK DEFENDANTS' MOTION FOR RULE 11 SANCTIONS

This cause has come before the Court upon the joint motion of the MDL Plaintiffs for a continuance of the October 4, 2024 Motions Hearing. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motions Hearing scheduled for October 4, 2024 (Dkt. 26005) is hereby reset to October _____, 2024 at \_\_:00 am.

Entered this _____ day of September, 2024

_____
Richard L. Young
United States District Court Judge
Southern District of Indiana