IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

<u>This Document Relates to Plaintiff:</u>

DIXIE TRISLER

Civil Case #1:18-cv-02223

## **NOTICE OF SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Dixie Trisler.

Respectfully submitted September 30, 2024.

        */s/ Rhett A. McSweeney*
        Rhett A. McSweeney, #269542
        David M. Langevin, #329563
        McSweeney/Langevin
        2116 Second Avenue South
        Minneapolis, MN 55404
        Phone: (612) 542-4646
        Fax: (612) 454-2678
        dave@westrikeback.com
        ram@westrikeback.com
        **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 30, 2024

               */s/ Rhett A. McSweeney*
               Rhett A. McSweeney