IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DIXIE TRISLER

Civil Case #1:18-cv-02223

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Dixie Trisler and files this motion to substitute her surviving daughter, Loretta Wood, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Dixie Trisler filed the present action in the United States District Court of the Southern District of Indiana on July 18, 2018.

2. Plaintiff Dixie Trisler died on April 3, 2021.

3. On September 30, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [26069] and Doc. No. [10].   Plaintiff's counsel recently learned of the death of Ms. Trisler after filing the lawsuit and contacting her surviving daughter.

4. Loretta Wood, surviving daughter of Dixie Trisler, is a proper party plaintiff to substitute for Plaintiff-decedent Dixie Trisler and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for

substitution may be made by any party or by the decedent's successor or

representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute

Loretta Wood as the proper party plaintiff in this action.

Respectfully submitted September 30, 2024.

*/s/ Rhett A. McSweeney*_____
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney

of record through the Court's Electronic Court Filing System.

Dated: September 30, 2024

/s/ Rhett A. McSweeney
Rhett A. McSweeney