UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB |

**ORDER VACATING HEARING AND DENYING MOTION**

The status/motion hearing set for **OCTOBER 4, 2024 is VACATED** and will be rescheduled by separate entry.

In light of this order, the Joint Motion to Continue (dkt. 26067) filed by Plaintiffs Coleman, Terrell, Fingerhut, Small and Pittman is **DENIED AS MOOT**.

**SO ORDERED** this 1st day of October 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record