# EXHIBIT A

# BEN MARTIN
## LAW GROUP

3141 Hood Street
Suite 600
Dallas, Texas 75219

O  214.761.6614
F  214.744.7590

bencmartin.com

June 26, 2024

*via e-mail:  jessica.cox@faegredrinker.com*

Jessica Benson Cox
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

        **RE:**    *In Re: Cook Medical, Inc., re:  Steven Chester, Melissa A. Dyer and Donald Dyer, Jr., and Richard Nunez, MDL No. 2570*

Dear Ms. Cox:

    We are in receipt of your letter dated June 5, 2024, requesting dismissal of the cases referenced above.  I previously discussed the dismissal of these cases with Eldin Hasic back on 11/01/2023 and explained that we simply could not voluntarily dismiss the cases.  In my response to Mr. Hasic on January 18, 2024, I proposed that we would agree to a stipulation that would dismiss the cases from the MDL with the agreement that Cook would not oppose us refiling the cases in the Marion County, Indiana State Court and seek consolidation with the cases pending there.

              Sincerely,

              **BEN MARTIN LAW GROUP, PLLC**

              Thomas Wm. Arbon, Esq.

TWA/hl

cc:    *via e-mail:  bmartin@bencmartin.com*
        Ben C. Martin, Esq.

**BEN MARTIN**
**LAW GROUP**

3141 Hood Street
Suite 600
Dallas, Texas 75219

O  214.761.6614
F  214.744.7590

bencmartin.com

June 26, 2024

*via e-mail:  jessica.cox@faegredrinker.com*

Jessica Benson Cox
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204

      **RE:**    Lack of Diversity Jurisdiction (Indiana Resident Cases)
                *Arnie Pike* **and** *Tracey J. Wood* **- Case No. 1:19-cv-04827**

Dear Ms. Cox:

      We are in receipt of your letter dated June 5, 2024, requesting dismissal of the above-referenced case.  As I previously responded to Mr. Hasic in January of this year, we simply cannot voluntarily dismiss the case.  I proposed that we agree to a stipulation that would dismiss the case from the MDL with the agreement that Cook would not oppose us refiling the case in the Marion County, Indiana State Court and seek consolidation with the cases pending there.

                                                    Sincerely,

                                                    **BEN MARTIN LAW GROUP, PLLC**

                                                    Thomas Wm. Arbon, Esq.

TWA/hl

      cc:    *via e-mail:  lmaclean@waterskraus.com*
                    Leslie MacLean

**From:** Tom Arbon
**Sent:** Thursday, January 18, 2024 3:18 PM
**To:** 'Hasic, Eldin' <eldin.hasic@faegredrinker.com>; Ben Martin <bmartin@bencmartin.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@faegredrinker.com>; Cook Filter File Clerk <CookFilterFileclerk@faegredrinker.com>; Lindig, Kaye S. <kaye.lindig@faegredrinker.com>
**Subject:** RE: EXTERNALRE: Lack of Diversity Jurisdiction (Indiana Resident Cases)

Eldin,

You may recall that we discussed the dismissal of these cases back on 11/1/2023.  I explained that we could not agree to voluntarily dismiss these cases but proposed we agree to a stipulation that would dismiss the cases from the MDL with agreement that Cook would not assert statute of limitation as a defense when we refile in the Marion County, Indiana Court and seek consolidation with the cases pending there. You were going to follow-up on your side and let me know.   Will Cook agree?

With kind regards,

Tom

**Thomas Wm. Arbon | Attorney**

3141 Hood Street, Suite 600 | Dallas, TX 75219

Office (214) 761-6614 | Direct (214) 269-7340

Fax (214) 744-7590 | bencmartin.com

****PLEASE NOTE NEW ADDRESS ABOVE****

This message and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this message in error or if the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message and any

attachments in error and that any review, dissemination, distribution, copying or alteration of this message and/or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail, and delete the original message. Please note that any views or opinions presented in this message are solely those of the author and do not necessarily represent those of the company. Finally the recipient should check this message and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this message.

**From:** Hasic, Eldin <eldin.hasic@faegredrinker.com>
**Sent:** Tuesday, January 16, 2024 7:40 PM
**To:** Ben Martin <bmartin@bencmartin.com>; Tom Arbon <tarbon@bencmartin.com>
**Cc:** Symons, Rochelle R. <rochelle.symons@faegredrinker.com>; Cook Filter File Clerk <CookFilterFileclerk@faegredrinker.com>; Lindig, Kaye S. <kaye.lindig@faegredrinker.com>
**Subject:** EXTERNALRE: Lack of Diversity Jurisdiction (Indiana Resident Cases)

[CAUTION: This email originated from outside the Ben C Martin email environment.]

Ben/Tom:

We are going to move forward with a motion to dismiss cases in the MDL filed by Indiana-resident Plaintiffs. Our understanding is that Plaintiffs Chester, Dyer, and Nunez have not agreed to dismiss voluntarily and we are planning to include them in the motion. If they would agree to dismiss voluntarily, please let us know by this Friday.

Thank you,

**Eldin Hasic**

Associate

*Admitted to Practice in Indiana*

eldin.hasic@faegredrinker.com

Connect: vCard / LinkedIn

+1 260 460 1704 direct / +1 260 348 9230 mobile

**Faegre Drinker Biddle & Reath LLP**

110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Hasic, Eldin
**Sent:** Friday, October 20, 2023 2:30 PM
**To:** bmartin@bencmartin.com; twarbon@bencmartin.com
**Cc:** Symons, Rochelle R. <rochelle.symons@faegredrinker.com>; Cook Filter File Clerk <CookFilterFileclerk@faegredrinker.com>; Lindig, Kaye S. <kaye.lindig@faegredrinker.com>
**Subject:** RE: Lack of Diversity Jurisdiction (Indiana Resident Cases)

Ben and Tom,

Could you please let us know if you intend to respond to our letters regarding lack of diversity jurisdiction in the Chester, Dyer, and Nunez cases? Please let us know if Plaintiffs will agree to dismiss without prejudice for lack of jurisdiction by next Friday, October 27. We will otherwise include these cases in our motion to dismiss.

Thank you,

**Eldin Hasic**

Associate

*Admitted to Practice in Indiana*

eldin.hasic@faegredrinker.com

Connect: vCard / LinkedIn

+1 260 460 1704 direct / +1 260 348 9230 mobile

**Faegre Drinker Biddle & Reath LLP**

110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.