**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO.** 2570<br>No. 1:14-ml-02570-RLY-TAB |

**This Document Relates to:**
Case No. 1:24-cv-07116-RLY-TAB

**Kathleen Vanderslice, v.**
**Cook Medical, Inc., et al.**

<u>**NOTICE OF APPEARANCE**</u>

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Kathleen Vanderslice with respect to the above-mentioned matter.

Dated: New York, NY
September 30, 2024

Respectfully submitted,

By: _/s/ David B. Rheingold_____
David B. Rheingold
Rheingold Giuffra Ruffo & Plotkin LLP
551 Fifth Ave, 29th Fl
New York, NY 10176
Telephone: (212) 684-1880
Facsimile: (212) 689-8156
Email: drheingold@rheingoldlaw.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed on September 30, 2024. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's EFC system.

*/s/ David B. Rheingold*
**David B. Rheingold**