UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Chad Lockard, 1:18-cv-06093-RLY-TAB _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

On September 26, 2024, the Cook Defendants filed an unopposed motion for an extension of time to file their responses to Plaintiff Chad Lockard's Motion for Leave to File Amended Short Form Complaint (Filing No. 25968) and Motion for Suggestion of Remand (Filing No. 25970) by October 11, 2024.  The motion (Filing No. 26053) is **GRANTED**.  The Cook Defendants shall have up to and including **October 11, 2024**, to file their responses to these two motions.

**IT IS SO ORDERED** this 1st day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.