IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibits A & B

**JOINT NOTICE REGARDING
AMOUNT IN CONTROVERSY CERTIFICATION**

PLEASE TAKE NOTICE that the Plaintiffs identified in **Exhibits A** and **B** have not submitted Amount in Controversy Certification Forms, as required by the Sixth Amended Case Management Order No. 4 ("CMO-4"), *see* Dkt. 25716 at ¶ 3, and Amended Case Management Order No. 32 ("CMO-32"), *see generally* Dkt. 25741. Each of these Plaintiffs has categorized his or her only injury as Category 6 (Non-Symptomatic Injury), Category 7(e) (Symptomatic Penetration or Perforation), or as both Category 6 and Category 7(e) (the "Subject Categories").[1] *See id.* at ¶ 1. The deadline for these Plaintiffs to submit Amount in Controversy Certification Forms expired on September 3, 2024.[2] *Id.* at ¶ 1. **Exhibit A** lists Plaintiffs (1) who have submitted Second Amended Case Categorization Forms pursuant to Amended CMO-33 and Sixth Amended CMO-4, and categorized their only injuries in the Subject Categories but (2) who have not

---

[1] Per CMO-32, injuries categorized in Category 1 or Category 2 are ignored for purposes of determining whether the Plaintiff must submit an Amount in Controversy Certification Form. *See id.* at ¶ 1 n.1.

[2] Plaintiffs subject to this Joint Notice are represented by law firms who have appeared in less than 250 cases pending in the MDL and, therefore, do not receive the benefit of the Court's Order Extending Time for Certain Plaintiffs to Comply with Amended CMO-32 and Amended CMO-33. *See* Dkt. 25896.

submitted Amount in Controversy Certification Forms.  **Exhibit B** lists Plaintiffs (1) who have failed to submit Second Amended Case Categorization Forms pursuant to Amended CMO-33 and Sixth Amended CMO-4, but who categorized their only injuries in the Subject Categories through the original categorization process and (2) who have not submitted Amount in Controversy Certification Forms.

Plaintiffs listed in **Exhibits A** and **B** have failed to certify that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, as is required for the Court to exercise subject-matter jurisdiction, *see* 28 U.S.C. § 1332(a). Plaintiffs have **fourteen (14) days** from the date of this Joint Notice to submit their Amount in Controversy Certification Forms to Cook at CookFilterMDL@FaegreDrinker.com.  These Plaintiffs should *not* file a response to this Joint Notice.

Cook will notify the Court if any of these Plaintiffs fail to cure their deficiencies within fourteen (14) days of this Joint Notice.  Under the terms of Amended CMO-32, the actions of those Plaintiffs who fail to cure their deficiencies within 14 days will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.  *See* Dkt. 25741 at ¶ 3.

Dated: October 4, 2024

                                    Respectfully submitted,

                                    /s/  Jessica Benson Cox
                                  Andrea Roberts Pierson
                                  Jessica Benson Cox
                                  FAEGRE DRINKER BIDDLE & REATH LLP
                                  300 North Meridian Street, Suite 2700
                                  Indianapolis, Indiana  46204
                                  Telephone:          (317) 237-0300
                                  Facsimile:           (317) 237-1000
                                  andrea.pierson@faegredrinker.com
                                  jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:           (260) 424-8000
Facsimile:            (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on October 4, 2024, a copy of the foregoing **JOINT NOTICE REGARDING AMOUNT IN CONTROVERSY CERTIFICATION** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox