# Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Pulford, Joseph V. | 1:15-cv-01824 | THE NATIONS LAW FIRM |
| Jennings, Steven | 1:16-cv-00461 | THE NATIONS LAW FIRM |
| Pepiot, William Stephan & Mary Magdelena | 1:16-cv-00693 | THE NATIONS LAW FIRM |
| Snyder, Jill & Kim | 1:16-cv-01734 | THE MOODY LAW FIRM, INC. |
| Taylor, Roger D. | 1:16-cv-01793 | CURTIS LAW GROUP |
| Klein, Warren Arnold | 1:16-cv-02018 | THE NATIONS LAW FIRM |
| Duvall, Don M. | 1:16-cv-02066 | THE NATIONS LAW FIRM |
| Stone, Duncan & Teems, Catherine | 1:16-cv-02136 | COWPER LAW |
| Hollman, Floyd & Geneice | 1:16-cv-02156 | THE NATIONS LAW FIRM |
| Meacham, Anna Faye | 1:16-cv-02264 | THE NATIONS LAW FIRM |
| Washington, Jeffrey & Norma Yvonne | 1:16-cv-02303 | THE NATIONS LAW FIRM |
| Brown, Stephen G. & Glenda | 1:16-cv-02753 | THE NATIONS LAW FIRM |
| Humphrey, Charles & Sabrina | 1:16-cv-02766 | LOWE LAW GROUP |
| Hotaling, Roger | 1:16-cv-03310 | BERTRAM & GRAF, L.L.C. |
| Coleman, Diane | 1:16-cv-03409 | THE NATIONS LAW FIRM |

**Exhibit A**

| Klein, Robert | 1:17-cv-00513 | GOLDENBERGLAW, PLLC |
|---|---|---|
| Turner, Kevin | 1:17-cv-00554 | THE NATIONS LAW FIRM |
| Sanders, Charles | 1:17-cv-00565 | THE NATIONS LAW FIRM |
| Kennedy, Charles Franklin & Jobeth Hurley | 1:17-cv-00732 | THE NATIONS LAW FIRM |
| Crawford, Patricia | 1:17-cv-00735 | THE NATIONS LAW FIRM |
| Essary, Timothy Eugene & Vicki Rene | 1:17-cv-00751 | THE NATIONS LAW FIRM |
| Myles, Denise Carol | 1:17-cv-00773 | THE NATIONS LAW FIRM |
| White, Carolyn Rene | 1:17-cv-00936 | THE NATIONS LAW FIRM |
| Doss, Kerry Suzanne | 1:17-cv-00944 | THE NATIONS LAW FIRM |
| Rhodes, Rachel Wright | 1:17-cv-00950 | THE NATIONS LAW FIRM |
| Klein, Darrell Wayne | 1:17-cv-00964 | THE NATIONS LAW FIRM |
| Via, David O'Daniel | 1:17-cv-00993 | THE NATIONS LAW FIRM |
| Bergansky, Robert Allen | 1:17-cv-00995 | THE NATIONS LAW FIRM |
| McCartney, Lynne Marie & Paul Anthony | 1:17-cv-01031 | THE NATIONS LAW FIRM |
| Jackson, Latisha Trena | 1:17-cv-01042 | THE NATIONS LAW FIRM |
| Betterton, Mykel Nolan | 1:17-cv-01129 | THE NATIONS LAW FIRM |
| Wright, Larry Lee & Mary Linda | 1:17-cv-01186 | THE NATIONS LAW FIRM |

**Exhibit A**

| | | |
|---|---|---|
| Harris, April Latrice | 1:17-cv-01196 | THE NATIONS LAW FIRM |
| Binford, Lina Evelyn | 1:17-cv-01235 | THE NATIONS LAW FIRM |
| Chapman, Marcia Rena | 1:17-cv-01374 | THE NATIONS LAW FIRM |
| Swann, Ramon Fisco | 1:17-cv-01383 | THE NATIONS LAW FIRM |
| Blassingame, Sandra Denise | 1:17-cv-01399 | THE NATIONS LAW FIRM |
| Aikens, Heather | 1:17-cv-01414 | THE NATIONS LAW FIRM |
| Kanorr, Walter Ray | 1:17-cv-01420 | THE NATIONS LAW FIRM |
| Thompson, Michael Richard | 1:17-cv-01484 | THE NATIONS LAW FIRM |
| Mensen, Ronald Raymond Jr. and Ashley Ann | 1:17-cv-01765 | THE NATIONS LAW FIRM |
| Rosell, Lillie Marie | 1:17-cv-01767 | THE NATIONS LAW FIRM |
| Pantall, Alva Patrick and Pamela Symons Pantall | 1:17-cv-01768 | THE NATIONS LAW FIRM |
| Redmond, Michael Anthony | 1:17-cv-01861 | THE NATIONS LAW FIRM |
| Campbell, Charles Sr. | 1:17-cv-01905 | GOLDENBERGLAW, PLLC |
| Schlagel, David Mitchell Jr. and Nikki Sue | 1:17-cv-01995 | THE NATIONS LAW FIRM |
| Regner, William | 1:17-cv-02140 | HOTZE RUNKLE, PLLC |
| Whitworth, Michael Wayne and Catherine Elizabeth | 1:17-cv-02913 | THE NATIONS LAW FIRM |
| Palumbo, Noreen A. | 1:17-cv-03023 | BERTRAM & GRAF, L.L.C. |

**Exhibit A**

| Name | Case No. | Law Firm |
|---|---|---|
| Kubin, Kelly | 1:17-cv-03199 | BURNETT LAW FIRM |
| Roberson, Charlene | 1:17-cv-03316 | DAVIS BETHUNE & JONES, LLC |
| Blender, Trudy S. | 1:17-cv-03691 | THE NATIONS LAW FIRM |
| Hackney, Willis Douglas and Sherry Hopkins | 1:17-cv-03913 | THE NATIONS LAW FIRM |
| Miller, Delbert Edwin | 1:17-cv-03940 | THE NATIONS LAW FIRM |
| Karsteter, Carl Lee and Barbara Laverne | 1:17-cv-04315 | THE NATIONS LAW FIRM |
| Williams, Charles Nathaniel Jr. | 1:17-cv-04430 | THE NATIONS LAW FIRM |
| Mohler, Meredith | 1:17-cv-04465 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Spinks, Frances Louise | 1:17-cv-04652 | THE NATIONS LAW FIRM |
| Metzger, Barbara | 1:17-cv-04716 | SWMW LAW, LLC |
| Moore, Kelvin | 1:17-cv-04735 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| Banks, Yvette and Charles | 1:18-cv-00033 | DEGARIS WRIGHT MCCALL |
| Brevard, Steven Roland | 1:18-cv-00268 | THE NATIONS LAW FIRM |
| Park, John Gilson and Elaine Day | 1:18-cv-00278 | THE NATIONS LAW FIRM |
| McLane, Brenda Joyce and Roger Dale | 1:18-cv-00361 | THE NATIONS LAW FIRM |
| Becker, Linda Lee and Carl Paul | 1:18-cv-00362 | THE NATIONS LAW FIRM |
| Sheppard, Lena Mae | 1:18-cv-00395 | THE NATIONS LAW FIRM |

**Exhibit A**

| | | |
|---|---|---|
| Henry, Frances Lee | 1:18-cv-00517 | THE NATIONS LAW FIRM |
| Gonzalez, Hector Luis | 1:18-cv-00546 | THE NATIONS LAW FIRM |
| Farmer, Gregory Neil and Tonya Good | 1:18-cv-00551 | THE NATIONS LAW FIRM |
| McGill, Charles Randall and Linda Susan | 1:18-cv-00622 | THE NATIONS LAW FIRM |
| Rosen, Larry and Dorothy Lynn | 1:18-cv-00626 | THE NATIONS LAW FIRM |
| Steele, John A. Jr. | 1:18-cv-00701 | WAGSTAFF & CARTMELL, LLP |
| Pendroy, Patricia A. | 1:18-cv-00906 | BERTRAM & GRAF, L.L.C. |
| Creel, Donald | 1:18-cv-01119 | BERTRAM & GRAF, L.L.C. |
| Salcida, Albert Pedro | 1:18-cv-01188 | THE NATIONS LAW FIRM |
| York, Elizabeth Daniel | 1:18-cv-01213 | THE NATIONS LAW FIRM |
| Smith, Donald J. | 1:18-cv-01262 | BERTRAM & GRAF, L.L.C. |
| Jones, William D. | 1:18-cv-01299 | BERTRAM & GRAF, L.L.C. |
| Palm, Jordan | 1:18-cv-01369 | BERTRAM & GRAF, L.L.C. |
| Owens, Jerry | 1:18-cv-01547 | THE MOODY LAW FIRM, INC. |
| Cosner, Delmer | 1:18-cv-01636 | BERTRAM & GRAF, L.L.C. |
| Oubre, Sheila | 1:18-cv-01814 | BERTRAM & GRAF, L.L.C. |
| Darrin, Billie | 1:18-cv-01834 | BERTRAM & GRAF, L.L.C. |

**Exhibit A**

| | | |
|---|---|---|
| Shiverdaker, Jackie Joe and Willie Rebecca | 1:18-cv-01869 | THE NATIONS LAW FIRM |
| Gil, Nilda | 1:18-cv-02498 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| Rich, Eric Lanard | 1:18-cv-02601 | THE NATIONS LAW FIRM |
| Dawkins, Bradley | 1:18-cv-03232 | WAGSTAFF & CARTMELL, LLP |
| Scott, Veronica Delisa and Bryant Maurice | 1:18-cv-03245 | THE NATIONS LAW FIRM |
| LaMotte, Jan | 1:18-cv-03728 | THE MOODY LAW FIRM, INC. |
| Melton, Lisa Ann | 1:18-cv-03793 | MCDONALD WORLEY, PC |
| Hodor, Alexander | 1:18-cv-03863 | BERTRAM & GRAF, L.L.C. |
| Carver, Sharon | 1:18-cv-03868 | BERTRAM & GRAF, L.L.C. |
| Rollins, Joandra | 1:18-cv-03988 | BERTRAM & GRAF, L.L.C. |
| McDonald, Mell | 1:18-cv-04081 | BERTRAM & GRAF, L.L.C. |
| Smith, Raffel | 1:18-cv-04096 | BERTRAM & GRAF, L.L.C. |
| Owens, Janet | 1:19-cv-00021 | BERTRAM & GRAF, L.L.C. |
| Rini, Pearlie | 1:19-cv-00150 | BERTRAM & GRAF, L.L.C. |
| Fields, Bicie | 1:19-cv-00155 | BERTRAM & GRAF, L.L.C. |
| Edwards, Alice | 1:19-cv-00584 | PROVOST & UMPHREY LAW FIRM LLP |
| Hunter, Adlai Richard | 1:19-cv-00620 | THE NATIONS LAW FIRM |

**Exhibit A**

| | | |
|---|---|---|
| Kucinski, Jeffrey | 1:19-cv-00855 | BERTRAM & GRAF, L.L.C. |
| Cotton, Willie | 1:19-cv-00884 | BERTRAM & GRAF, L.L.C. |
| Herndon, Emmie | 1:19-cv-00890 | BERTRAM & GRAF, L.L.C. |
| Moye, Kimberly | 1:19-cv-01056 | BERTRAM & GRAF, L.L.C. |
| Avant, Barbara | 1:19-cv-01498 | BERTRAM & GRAF, L.L.C. |
| Bledsoe, Betty | 1:19-cv-01500 | BERTRAM & GRAF, L.L.C. |
| Brandon, Vicky | 1:19-cv-01501 | BERTRAM & GRAF, L.L.C. |
| Conley, Hubert | 1:19-cv-01508 | BERTRAM & GRAF, L.L.C. |
| Davis, Mona | 1:19-cv-01518 | BERTRAM & GRAF, L.L.C. |
| Dubose, Todd | 1:19-cv-01520 | BERTRAM & GRAF, L.L.C. |
| Dunkleberg, Donald | 1:19-cv-01526 | BERTRAM & GRAF, L.L.C. |
| Gray, Rodney | 1:19-cv-01527 | BERTRAM & GRAF, L.L.C. |
| Harrison, Michele | 1:19-cv-01529 | BERTRAM & GRAF, L.L.C. |
| Rich, Ronald | 1:19-cv-01567 | MCDONALD WORLEY, PC |
| Henning, Leonard | 1:19-cv-01604 | BERTRAM & GRAF, L.L.C. |
| Hervey, Charles | 1:19-cv-01608 | BERTRAM & GRAF, L.L.C. |
| Higgins, Phillip | 1:19-cv-01610 | BERTRAM & GRAF, L.L.C. |

**Exhibit A**

| | | |
|---|---|---|
| Lugo, Hector | 1:19-cv-01639 | BERTRAM & GRAF, L.L.C. |
| Martinez, Manuel A. | 1:19-cv-01654 | BERTRAM & GRAF, L.L.C. |
| McCain, Roma | 1:19-cv-01655 | BERTRAM & GRAF, L.L.C. |
| Hamm, David L. | 1:19-cv-01746 | ZONIES LAW LLC |
| Dillard, Mary E. | 1:19-cv-01896 | ZONIES LAW LLC |
| Holst, Sara | 1:19-cv-02077 | PROVOST & UMPHREY LAW FIRM LLP |
| Bender, Andrew | 1:19-cv-02099 | PROVOST & UMPHREY LAW FIRM LLP |
| Lewis, Richard | 1:19-cv-02101 | PROVOST & UMPHREY LAW FIRM LLP |
| McCray, Johnnie | 1:19-cv-03079 | REICH & BINSTOCK, LLP |
| Cachie, David | 1:19-cv-03320 | BERTRAM & GRAF, L.L.C. |
| Martin, Beverly | 1:19-cv-03349 | BERTRAM & GRAF, L.L.C. |
| Mora, Johanna | 1:19-cv-03350 | BERTRAM & GRAF, L.L.C. |
| Murphy, Barbara | 1:19-cv-03351 | BERTRAM & GRAF, L.L.C. |
| Murphy, Sheila | 1:19-cv-03352 | BERTRAM & GRAF, L.L.C. |
| Padilla, Modesto | 1:19-cv-03354 | BERTRAM & GRAF, L.L.C. |
| Paige, James | 1:19-cv-03355 | BERTRAM & GRAF, L.L.C. |
| Palmer, Cornelia | 1:19-cv-03356 | BERTRAM & GRAF, L.L.C. |

**Exhibit A**

| | | |
|---|---|---|
| Roberts-Watley, Robbin | 1:19-cv-03619 | BERTRAM & GRAF, L.L.C. |
| Robinson, James | 1:19-cv-03620 | BERTRAM & GRAF, L.L.C. |
| Vela, Moises | 1:19-cv-03701 | BERTRAM & GRAF, L.L.C. |
| Fitzgerald, Nicholas Patrick | 1:19-cv-03880 | THE NATIONS LAW FIRM |
| Scott, Sinnia | 1:19-cv-04134 | THE SEIDEMAN LAW FIRM, PC |
| Guerrero, Jesus Jr. and Maria Dolores | 1:20-cv-00517 | THE NATIONS LAW FIRM |
| Thornton, Gary | 1:20-cv-00582 | BERTRAM & GRAF, L.L.C. |
| Hassell, Royce | 1:20-cv-00634 | PERDUE & KIDD |
| Atkinson, Sheila Marguerite | 1:20-cv-01081 | THE NATIONS LAW FIRM |
| Arnett, John Douglas | 1:20-cv-01182 | DRIGGS, BILLS & DAY, PC |
| Delgado, Michael John and Marivel | 1:20-cv-01634 | THE NATIONS LAW FIRM |
| Griffin, Lontraill | 1:21-cv-00286 | BERTRAM & GRAF, L.L.C. |
| Tauschek, Derek Richard | 1:21-cv-00700 | THE NATIONS LAW FIRM |
| Florent, Dennis (REFILE) | 1:21-cv-00709 | GOMEZ TRIAL ATTORNEYS |
| Antonacci, Heidi (REFILE) | 1:21-cv-01958 | BERTRAM & GRAF, L.L.C. |
| Watts, Michael | 1:21-cv-02705 | ONDERLAW, LLC |
| Waddle, Albert | 1:21-cv-06545 | BERTRAM & GRAF, L.L.C. |

9

**Exhibit A**

| | | |
|---|---|---|
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM |
| Smith, Stephanie Ann | 1:22-cv-01973 | THE NATIONS LAW FIRM |
| Burkett, Herbert | 1:22-cv-02031 | REICH & BINSTOCK, LLP |
| Oliver, Jeffrey | 1:22-cv-02047 | DRIGGS, BILLS & DAY, PLLC |
| Morgan, Meredith | 1:22-cv-02049 | MCDONALD WORLEY, PC |
| Trimble, Gloria | 1:23-cv-00289 | REICH & BINSTOCK, LLP |
| Ford, Kathryn | 1:23-cv-00417 | REICH & BINSTOCK, LLP |
| Mack, Christopher | 1:23-cv-00420 | REICH & BINSTOCK, LLP |
| Carlson, Terri | 1:23-cv-06990 | WENDT LAW FIRM |