**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                        MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Plaintiffs in Exhibit A

_____

**NOTICE OF NONCOMPLIANCE:**
**SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)**

PLEASE TAKE NOTICE that the Plaintiffs identified in **Exhibit A** have not submitted

Second Amended Case Categorization Forms, as required by Sixth Amended Case Management

Order No. 4 ("CMO-4"), *see* Dkt. 25716 at ¶ 2, and Amended Case Management Order No. 33,

*see generally* Dkt. 25717.  The deadline for these Plaintiffs to submit Second Amended Case

Categorization Forms expired on July 17, 2024.[1]  *Id.* at ¶ 2.  Pursuant to the process outlined in

CMO-4, Cook has provided written notice of noncompliance to Plaintiffs' Lead Counsel and

counsel for the Plaintiffs at issue, informing them that their cases would be included on a Notice

of Noncompliance if Second Amended Case Categorization Forms were not submitted within five

days of the correspondence.  *See* Dkt. 25716 at ¶ 4.  Despite these written notices, the Plaintiffs

identified in **Exhibit A** have still not submitted Second Amended Case Categorization Forms

within the allotted five days.

_____

[1] Plaintiffs subject to this Notice of Noncompliance are represented by law firms who have appeared in less than 250 cases pending in the MDL and therefore do not receive the benefit of the Court's Order Extending Time for Certain Plaintiffs to Comply with Amended CMO-32 and Amended CMO-33.  *See* Dkt. 25896.

The Plaintiffs subject to this Notice of Noncompliance should ***not*** file a response.  Dkt. 25716 at ¶ 4.  Instead, Plaintiffs have **fourteen (14) days** from the date of the Notice of Noncompliance to submit their Amended Case Categorization Forms to Cook at [CookFilterMDL@FaegreDrinker.com](mailto:CookFilterMDL@FaegreDrinker.com).  *Id.*  Cook will notify the Court if any of these Plaintiffs fail to cure their deficiencies within fourteen (14) days of this Notice of Noncompliance, which will result in their cases being dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's Order.  *Id.*

Dated: October 4, 2024

Respectfully submitted,

/s/  Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:           (317) 237-0300
Facsimile:           (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone:           (260) 424-8000
Facsimile:           (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 4, 2024, a copy of the foregoing **NOTICE OF NONCOMPLIANCE: SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)** was filed electronically.  Parties may access this filing through the Court's electronic records system.

<u>/s/ Jessica Benson Cox</u>
Jessica Benson Cox