

# CERTIFICATION OF VITAL RECORD

**VIEW PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

## STATE OF MARYLAND
### Maryland Department of Health
### Division of Vital Records
### Certificate of Death

*320200238750000*   File Number *32020MD023874*

| Field | Value |
|---|---|
| 1. Decedent's Name, AKA Name (if any) | JUDY BRISKMAN / JUDITH L. BRISKMAN |
| 2. Date of Death | 05/28/2020 |
| 3. Time of Death | 0000 |
| 4a. Facility Name | DOCTORS' COMMUNITY HOSPITAL |
| 4b. City, Town or Location of Death | LANHAM |
| 4c. County of Death | PRINCE GEORGE'S |
| 5. Social Security Number | [redacted] |
| 6. Sex | F |
| 7. Age | 71 YR |
| 8. Date of Birth | [redacted] |
| 9. Birthplace | PENNSYLVANIA |
| 10a. State (Usual Residence) | MARYLAND |
| 10b. County | PRINCE GEORGE'S |
| 10c. City, Town or Location | LANHAM |
| 10d. Inside City Limits? | NO |
| 10e. Address | [redacted] |
| 10f. Zip Code | 20706 |
| 11. Marital Status | DIVORCED (AND NOT REMARRIED) |
| 12. Ever in U.S. Armed Forces? | NO |
| 13. Hispanic Origin? | NO |
| 14. Race | WHITE |
| 15. Decedent's Education | ASSOCIATE |
| 16a. Decedent's Usual Occupation | LEGAL SECRETARY |
| 16b. Business/Industry | LAW |
| 17. Father's Name | HARRY LEVINE |
| 18. Mother's Name Prior to First Marriage | MARCELLA NEDLIN |
| 19. Surviving Spouse's Name | |
| 20a. Informant's Name | JANIS BLOOM |
| 20b. Informant's Relationship | SISTER |
| 20c. Informant's Mailing Address | [redacted] |
| 21a. Method of Disposition | BURIAL, REMOVAL |
| 21b. Place of Disposition | KING DAVID MEMORIAL GARDEN |
| 21c. Date of Disposition | 06/01/2020 |
| 21d. Location | 7482 LEE HIGHWAY, FALLS CHURCH, VIRGINIA 22042 |
| 22a. Signature of Funeral Service Licensee | ASCIA SAWYER-DURANT |
| 22b. License No | M01685 |
| 22c. Name and Address of Funeral Facility | HINES-RINALDI FUNERAL HOME, 11800 NEW HAMPSHIRE AVE, SILVER SPRING, MD 20904 |

### 23a. Part I. Disease, injuries, or complications that directly caused the death

| Cause | Condition | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (final disease or condition resulting in death) a. | ACUTE AND CHRONIC HYPOXIC RESPIRATORY FAILURE | DAYS |
| Conditions, if any, leading to immediate cause b. Due to (or as a consequence of): | BILATERAL BACTERIAL PNEUMONIA | DAYS |
| c. Due to (or as a consequence of): | BILATERAL PLEURAL EFFUSION | DAYS |
| d. Due to (or as a consequence of): | | |

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I: END-STAGE RENAL DISEASE

**23b. Did tobacco use contribute to the cause of death?** NO

| Field | Value |
|---|---|
| 24a. Was an autopsy performed? | NO |
| 24b. Were autopsy findings available prior to completion of cause of death? | |
| 25a. Was case referred to medical examiner? | NO |
| 25b. Medical Examiner Countersignature | |
| 26. Place of Death | INPATIENT |
| 27. Manner of Death | NATURAL |
| 28a. Date of Injury | |
| 28b. Time of Injury | |
| 28c. How injury occurred | |
| 28d. Injury at work? | |
| 28e. Transportation Injury? | |
| 28f. Place of injury | |
| 28g. Location of Injury | |
| 29a. Certifier Type | CERTIFYING PHYSICIAN |
| 29b. Signature and Title of Certifier | MOHAMED ELKOMY, MD |
| 29c. License No | D75118 |
| 29d. Date signed | 05/28/2020 |
| 30a. Name of person who completed cause of death | MOHAMED K ELKOMY |
| 30b. Address of person who completed cause of death | 8118 GOOD LUCK ROAD, LANHAM, MARYLAND 20706 |

c. Due to (or as a consequence of):

d.

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I
END-STAGE RENAL DISEASE

**23b. Did tobacco use contribute to the cause of death?**
NO

| 24a. Was an autopsy performed? NO | 24b. Were autopsy findings available prior to completion of cause of death? | 25a. Was case referred to medical examiner? NO | 25b. Medical Examiner Countersignature | | |
|---|---|---|---|---|---|
| 26. Place of Death INPATIENT | | 27. Manner of Death NATURAL | | 28a. Date of Injury | 28b. Time of Injury |
| 28c. How injury occurred | | | 28d. Injury at work? | 28e. Transportation Injury? | 28f. Place of injury |

28g. Location of Injury

| 29a. Certifier Type CERTIFYING PHYSICIAN | 29b. Signature and Title of Certifier MOHAMED ELKOMY, MD | | 29c. License No D75118 | 29d. Date signed 05/28/2020 |
|---|---|---|---|---|
| 30a. Name of person who completed cause of death MOHAMED K ELKOMY | 30b. Address of person who completed cause of death 8118 GOOD LUCK ROAD, LANHAM, MARYLAND 20706 | | | |

For Office Use Only:

| 31. Date Filed 05/29/2020 | 32. Registrar at Filing CRYSTAL D. WEAVER | 33. Date Issued 06/10/2020 | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. Registrar's Signature *Crystal D. Weaver* |
|---|---|---|---|

4102802



DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE