IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Roger Botsford
1:17-cv-01891-RLY-TAB

**ORDER ON OCTOBER 2, 2024, TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared by counsel October 2, 2024, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 25873.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 25891.] Plaintiff's counsel informed the Court that in September of 2023 Plaintiff advised counsel that he no longer wished to pursue this case. Since that time, counsel has heard nothing further from Plaintiff, despite multiple efforts to communicate with Plaintiff. Therefore, it appears Plaintiff has abandoned this case. Accordingly, the magistrate judge recommends dismissal of this action.

Date: 10/2/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail.

Roger Botsford
1075 Sage Avenue
Reading, PA 19605