# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No.: 1:14-ML-2570-RLY-TAB |
| This Document Relates To:<br><br>JUDY BRISKMAN<br>    Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | Civil Action No. 1:18-cv-01876-RLY-TAB |

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Plaintiff Judy Briskman, by and through undersigned counsel, and pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Jason Bloom, Administrator of the Estate of Judy Briskman, as Plaintiff by way of an Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Judy Briskman filed a Complaint against the Defendants relating to injuries sustained as a result of her Cook IVC Filter.

2. Plaintiff Judy Briskman passed away May 28, 2020.

3. Plaintiff's counsel recently learned of Ms. Briskman's passing.

4. Jason Bloom is the Administrator of the Estate of Judy Briskman.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1,

which substitutes Jason Bloom, Administrator of the Estate of Judy Briskman, as Plaintiff.

7. The death certificate of Judy Briskman is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Judy Briskman was filed on 10/07/2024.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint, attached hereto as Exhibit 1.

DATED: October 7, 2024

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*