

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 118275

I certify that administration of the Estate of

**JUDITH L BRISKMAN**
AKA: JUDY BRISKMAN

was granted on the ___8th___ day of ___OCTOBER, 2020___,
to ___JASON D BLOOM___

as personal representative(s) and the appointment is in effect
this ___8th___ day of ___OCTOBER___ ___2020___,

☑ Will probated ___October 8, 2020___
(date)

☐ Intestate estate

_____
CERETA A. LEE
**Register of Wills for**
PRINCE GEORGE'S

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009