UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ | ) ) ) ) ) ) | 1:14-ml-02570-RLY-TAB MDL No. 2570 |
| This Document Relates to: | ) ) | |
| Plaintiffs subject to Filing Nos. 25835 and 25842  _____ | ) ) ) ) | |

**ORDER GRANTING PLAINTIFFS' STEERING COMMITTEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON NEGLIGENCE PER SE CLAIMS AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS ON PLAINTIFFS' "OTHER NEGLIGENCE" CLAIMS**

The Plaintiffs' Steering Committee's Unopposed Motion for Extension of Time to File Responses to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims and Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims (Filing No. 26025) is **GRANTED**. Accordingly, the deadline for the Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Judgment on the Pleadings on Negligence Per Se Claims (Filing No. 25835) is extended to **October 1, 2024**, and the deadline for the Cook Defendants to file their reply is extended to **October 22, 2024**. Additionally, the deadline for Plaintiffs' Steering Committee to file its response to the Cook Defendants' Motion for Partial

1

Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims (Filing No. 25842) is extended to **October 8, 2024**, and the deadline for the Cook Defendants to file their reply is extended to **October 29, 2024**.

**SO ORDERED** this 2nd day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.