# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Adrienne LaRue

Civil Case No. 1:18-cv-00143

## [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION (CORRECTED)

IT IS HEREBY ORDERED and ADJUDGED that Plaintiff's motion to substitute Tristan Herlihy, the daughter and personal representative of deceased Plaintiff Adrienne LaRue, is hereby GRANTED.

Dated:

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.  Parties may access this filing through the Court's system.

*/s/ Daniel E. Seltz*
Daniel E. Seltz

3103497.1