ACKNOWLEDGED.  Case is dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/07/2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case: 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

LEON SANDERS,                                                     Civil Action No. 1:18-cv-03701-RLY-TAB

            Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

            Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Leon Sanders, and hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants,

Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-

03701-RLY-TAB.


Date: September 06, 2024                    Respectfully Submitted,

                                           **THE MOODY LAW FIRM**
                                           By: */s/ Willard J. Moody, Jr.*
                                           Willard J. Moody, Jr.
                                           500 Crawford Street, Suite 200
                                           Portsmouth, VA 23704
                                           (757) 393-6020
                                           will@moodyrrlaw.com
                                           *Attorney for Plaintiff*

1