IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570

MDL No. 2570

This Document Relates to:

Irving, John F. and Pamela Case No. 1:16-cv-03468
Baker, Jada Case No. 1:17-cv-02435
Walker, Teresa Case No. 1:18-cv-00516

> ACKNOWLEDGED. Cases are dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/07/2024

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 9, 2024

*/s/ Sean T. Keith*
Sean T. Keith
Keith Law Group, PLLC
Regions Bank Building
5050 W. Northgate Road, Suite 108
Rogers, AR 72758
Telephone: (479) 335-1355
Facsimile: (479) 244-2889
Email: sean@keithlawgroup.com

*Attorney for Plaintiff*

*/s/ Kip S.M. McDonald*
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

*Attorney for Defendants*