IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/08/2024

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SHERRY TURNER,                                Civil Action No. 1:18-cv-03755-RLY-TAB

        Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Sherry Turner, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-03755-RLY-TAB.

Date: September 06, 2024                 Respectfully Submitted,

                                                             **THE MOODY LAW FIRM**
                                                             By: */s/ Willard J. Moody, Jr.*
                                                             Willard J. Moody, Jr.
                                                             500 Crawford Street, Suite 200
                                                             Portsmouth, VA 23704
                                                              (757) 393-6020
                                                              will@moodyrrlaw.com
                                                              *Attorney for Plaintiff*