IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/08/2024

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |
| This Document Relates to: | |
| DANIEL WANSTEN, | Civil Action No.: 1:20-cv-01173 |
| Plaintiff, | |
| v. | |
| COOK MEDICAL, INC., *et al.* | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Daniel Wansten, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Actin No. 1:20-cv-01173.

Dated: September 25, 2024

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*