> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

*Maria Godina*, 1:17-cv-01966

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 27, 2024

| | |
|---|---|
| /s/ *Harold T. McCall, Jr.* | /s/ *Andrea Roberts Pierson* |
| Harold T. McCall, Jr. | Andrea Roberts Pierson |
| Wright McCall, LLC | Faegre Drinker Biddle & Reath LLP |
| 5707 W. Interstate 10 | 300 North Meridian Street, Suite 2500 |
| San Antonio, TX 78201 | Indianapolis, Indiana 46204 |
| Telephone: (205) 558-9000 | Telephone: (317) 237-0300 |
| E-Mail: hmccall@wrightmccall.com | Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |