UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**This document Relates to:**

**Braden Nicholson, Case No. 1:16-cv-2767**

<u>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**</u>

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: October 1, 2024.

HOUSSIERE, DURANT & HOUSSIERE, LLP

| | |
|---|---|
| /s/Randal Kauffman-_____ | /s/Andrea Roberts Pierson_____ |
| Charles R. Houssiere, III | Andrea Roberts Pierson |
| Attorney in Charge | Faegre Drinker Biddle & Reath, LLP |
| Texas Bar No. 10050700 | 300 North Meridian Street, Suite 2500 |
| choussiere@HDHtex.com | Indianapolis, Indiana 46204 |
| Randal A. Kauffman | Telephone: (713)626-3700 |
| Texas Bar No. 11111700 | Facsimile: (713)626-3709 |
| rkauffman@HDHtex.com | Email: andrea.person.faegredrinker.com |
| 1990 Post Oak Blvd., Suite 800 | |
| Houston, Texas 77056-3812 | **Attorney for Defendants** |
| Telephone: (713)626-3700 | |
| Facsimile: (713)626-3709 | |

**Attorneys for Plaintiffs**

### Certificate of Service

    I hereby certify that I filed the above document through the Court's electronic filing system on October 1, 2024 and that all counsel of record will be served with the above pleading through the Court's electronic filing system.

/s/Randal Kauffman-_____
Randal A. Kauffman