IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to: Elizabeth Hughes and James Hughes<br><br>Case No. 1:14-cv-06019 | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 9, 2024

| | |
|---|---|
| /s/ Randal Kauffman-<br>Randal A. Kauffman<br>Charles R. Houssiere, III, Esq.<br>Houssiere, Durant & Houssiere, LLP<br>1990 Post Oak Blvd., Suite 800<br>Houston, Texas 77056-3812<br>Telephone: (713)626-3700<br>Fascimile: (713)626-3709<br>Email: Rkauffman@hdhtex.com<br>Email: choussiere@hdhtex.com<br><br>***Attorney for Plaintiff*** | /s/ Stephen Bennett<br>Stephen Bennett, Esq.<br>Faegre Drinker Biddle & Reath LLP<br>110 W. Berry Street, Suite 2400<br>Fort Wayne, Indiana 46802<br>Telephone: (260) 424-8000<br>Facsimile: (260) 460-1700<br>Email: Stephen.Bennett@Faegredrinker.com<br><br>***Attorney for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/   Randal Kauffman-
Randal A. Kauffman