UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Donald Creel – 1:18-cv-01119;
Leonard Henning – Case No. 1:19-cv-01604;
Emmie Herndon – Case No. 1:19-cv-00890;
Hector Lugo – Case No. 1:19-cv-01639;
Kimberly Moye – Case No. 1:19-cv-1056;
Sheila Murphy – Case No. 1:19-cv-03352; and
Robin Roberts-Watley – Case No. 1:19-cv-03619

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: October 9, 2024

| | |
|---|---|
| */s/ Benjamin A. Bertram* | */s/ Andrea Roberts Pierson* |
| Benjamin A. Bertram | Andrea Roberts Pierson |
| Bertram & Graf, L.L.C. | Faegre Drinker Biddle & Reath LLP |
| 2345 Grand Boulevard, Suite 1925 | 300 North Meridian Street, Suite 2500 |
| Kansas City, Missouri 64108 | Indianapolis, Indiana 46204 |
| Telephone: (816) 523-2205 | Telephone: (317) 237-0300 |

Facsimile:  (816) 523-8258  
Email: benbertram@bertramgraf.com

Facsimile:  (317) 237-1000  
Email: andrea.pierson@faegredrinker.com

***Attorney for Plaintiff***

***Attorney for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

     /s/ Benjamin A. Bertram

*Attorney for Plaintiff*