IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| Cases Listed in Exhibit A | |

**THE COOK DEFENDANTS' REPLY IN SUPPORT OF
OMNIBUS MOTION TO DISMISS CASES FILED BY INDIANA PLAINTIFFS FOR
LACK OF SUBJECT MATTER JURISDICTION**

The Cook Defendants urge the Court move to grant their motion to dismiss the actions of the Plaintiffs listed in **Exhibit A** (the "Indiana Plaintiffs") for lack of subject matter jurisdiction.[1]

Of the Indiana Plaintiffs, Plaintiffs Brandy James, James Kraft, Deborah Jo Small, Karen Lynn and Fred Pittman, Jr., and Richard Nunez filed no responses to Cook's motion to dismiss. By failing to respond, these Plaintiffs who did not respond have waived any objection to the motion. *See Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument . . . results in waiver."); *United States v. Gaona,* 697 F.3d 638, 641 (7th Cir.2012) ("[W]aiver occurs when a defendant intentionally relinquishes or abandons a known right"). The Court should therefore grant the motion as to those Plaintiffs. *Barfield v. XPO Logistics*, No. 119CV04579RLYMPB, 2021 WL 4894907, at *2 (S.D. Ind. Feb. 19, 2021) (holding that failure to respond to motion "is grounds alone for granting the motion").

---

[1] Because of voluntary dismissals after Cook's motion was filed, the list of cases subject to this motion has been reduced. Cook attaches an updated Exhibit A to this reply, and the Court should use that revised Exhibit A in identifying the cases addressed in its ruling on this motion.

The Plaintiffs who did respond (Neven Fingerhut, Adam and Rose Coleman, Stella Terrell, Steven Chester, Melissa and Donald Dyer, Richard Nunez, Arnie Pike, and Tracey Wood) all voluntarily concede the merits of Cook's motion, all agree that the Court lacks subject matter jurisdiction over their actions, and all state that they "do not oppose the involuntary dismissal" of their actions. *See* Dkt. 26047 at 6; Dkt. 26045 at 5. Nevertheless, these Plaintiffs refuse to dismiss and attempt to justify their refusals by arguing that to invoke Indiana's Journey Account Statute, Ind. Code § 34-11-8-1, they needed the dismissals to be compelled by the Court. But the Indiana Journey Account statute has nothing to do with the sole question before this Court on Cook's motion: does this Court have subject matter jurisdiction over these cases?[2] If and when these Plaintiffs refile their cases in an Indiana state court, that court can address the nature and propriety of Plaintiffs' newly filed cases under the Indiana statute.

In sum, these Indiana Plaintiffs concede that this Court lacks subject matter jurisdiction over their actions, and the Court should therefore dismiss the actions without prejudice.

---

[2] To the extent that Plaintiffs cite the Indiana Journey Account Statute in responding to Cook's motions for sanctions, Cook addresses that Statute in its separate reply in support of those motions.

                                            Respectfully submitted,

Dated: October 9, 2024                /s/ Jessica Benson Cox
                                            Andrea Roberts Pierson
                                            Jessica Benson Cox
                                            FAEGRE DRINKER BIDDLE & REATH LLP
                                            300 North Meridian Street, Suite 2700
                                            Indianapolis, Indiana  46204
                                            Telephone:  (317) 237-0300
                                            Facsimile:  (317) 237-1000
                                            andrea.pierson@faegredrinker.com
                                            jessica.cox@faegredrinker.com

                                            James Stephen Bennett
                                            FAEGRE DRINKER BIDDLE & REATH LLP
                                            110 W. Berry Street, Suite 2400
                                            Fort Wayne, Indiana  46802
                                            Telephone:  (260) 424-8000
                                            Facsimile:  (260) 460-1700
                                            stephen.bennett@faegredrinker.com

                                            *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe APS*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 9th day of October, 2024, a copy of the foregoing Cook Defendants' Reply in Support of Omnibus Motion to Dismiss Indiana Cases for Lack of Subject Matter Jurisdiction was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            /s/ Jessica Benson Cox
                                            Jessica Benson Cox