# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### EXHIBIT A TO MOTION TO DISMISS
### <u>INDIANA RESIDENT CASES FOR LACK OF DIVERSITY JURISDICTION</u>

| **Plaintiff** | **Cause Number** | **Lead Counsel** |
|---|---|---|
| Dyer, Melissa A. & Donald | 1:17-cv-00190 | BEN MARTIN LAW GROUP |
| Fingerhut, Neven | 1:18-cv-01903 | MOODY LAW FIRM |
| Coleman, Adam Sr. and Rose | 1:18-cv-02143 | FLINT COOPER, LLC |
| Small, Deborah Jo | 1:19-cv-01005 | THE NATIONS LAW FIRM |
| Pittman, Karen Lynn and Fred Jr. | 1:19-cv-02353 | THE NATIONS LAW FIRM |
| Nunez, Richard | 1:19-cv-04169 | BEN MARTIN LAW GROUP |
| Chester, Steven | 1:19-cv-04277 | BEN MARTIN LAW GROUP |
| Terrell, Stella M. | 1:19-cv-04553 | FLINT COOPER, LLC |
| Kraft, James | 1:19-cv-04707 | MCDONALD WORLEY, PC |
| Pike, Arnie and Wood, Tracey J. | 1:19-cv-04827 | WATERS & KRAUS, LLP / BEN MARTIN LAW GROUP |
| James, Brandy | 1:20-cv-01851 | MCDONALD WORLEY, PC |