**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

Cases Listed in Exhibit A

_____

**[PROPOSED] ORDER GRANTING COOK DEFENDANTS' OMNIBUS
MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION**

The Cook Defendants have moved the Court to dismiss the actions of the Plaintiffs listed in **Exhibit A** (the "Indiana Plaintiffs") for lack of subject matter jurisdiction. Specifically, the Cook Defendants argue that there is no diversity of citizenship between these Plaintiffs and defendants Cook Incorporated and Cook Medical, Inc., and that this Court therefore lacks subject matter jurisdiction over these actions.

Of the Plaintiffs listed on Exhibit A, Plaintiffs Brandy James, James Kraft, Arnie Pike, Tracey J. Wood, Melissa and Donald Dyer, Deborah Jo Small, Karen Lynn and Fred Pittman, Jr., Richard Nunez, and Steven Chester filed no responses to Cook's motion to dismiss. These Plaintiffs have waived any objection to the motion. *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument . . . results in waiver."); *United States v. Gaona,* 697 F.3d 638, 641 (7th Cir.2012) ("[W]aiver occurs when a defendant intentionally relinquishes or abandons a known right"). The Court will therefore grant the motion as to those Plaintiffs. *See Barfield v. XPO Logistics*, No. 119CV04579RLYMPB, 2021 WL 4894907, at *2 (S.D. Ind. Feb. 19, 2021) (holding that failure to respond to motion "is grounds alone for granting the motion").

The three Plaintiffs who did respond (Neven Fingerhut, Adam and Rose Coleman, and Stella Terrell) all concede the merits of Cook's motion, all agree that the Court lacks subject matter jurisdiction over their actions, and all state that they "do not oppose the involuntary dismissal" of their actions.  *See* Dkt. 26047 at 6; Dkt. 26045 at 5.  Given these voluntary concessions of the motion's merits, the Court will grant the motion as to these Plaintiffs as well.

THEREFORE, IT IS HEREBY ORDERED:

1. That the Cook Defendants' motion is granted in all respects as to the actions listed on Exhibit A; and

2. The actions listed on Exhibit A are hereby dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

So ORDERED this ___ day of _____, 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana