**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Daniel E. Dyer 1:22-cv-6845-RLY-TAB

**SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff, Daniel E. Dyer which occurred approximately on December 17, 2023 (Exhibit A). Plaintiff's claim is not extinguished by his death.

Dated; October 10, 2024

Respectively submitted,

/s/ Matthew Lopez

Matthew R. Lopez
(Admitted Pro Hac Vice, CA Bar No. 263134)
Rueb Stoller Daniel, LLP
120 Vantis,
Suite 430
Aliso Viejo, CA 92656
Tel: (866) 225-5773
Fax: (855) 203-2035
matt.lopez@lawrsd.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Matthew R. Lopez*
Matthew R. Lopez

# **Exhibit A**

CERTIFICATION OF VITAL RECORD

# State of New Hampshire

## CERTIFICATE OF DEATH

FILE # 2023013305

| | |
|---|---|
| FULL NAME OF DECEASED | DANIEL ERNEST DYER |
| DATE OF DEATH | APPROX DECEMBER 17, 2023 — AGE 59 YRS — SEX MALE |
| TIME OF DEATH | UNKNOWN |
| DATE OF BIRTH | MAY 18, |
| BIRTHPLACE | CLAREMONT, NEW HAMPSHIRE |
| MOTHER'S/PARENT'S NAME | NANCY A EVANS (SERBIAN) |
| FATHER'S/PARENT'S NAME | MAYNARD L DYER |
| PLACE OF DEATH | CLAREMONT, NEW HAMPSHIRE |
| DOMESTIC STATUS | NEVER MARRIED/CIVIL UNION |
| SPOUSE'S/PARTNER'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | |
| SOCIAL SECURITY NUMBER | |
| RESIDENCE | CLAREMONT, NEW HAMPSHIRE |
| PLACE OF DISPOSITION | CLAREMONT CREMATORIUM, CLAREMONT, NEW HAMPSHIRE |
| FINAL PLACE OF DISPOSITION | ST. MARY'S CEMETERY, CLAREMONT, NEW HAMPSHIRE |
| DATE OF DISPOSITION | DECEMBER 20, 2023 |
| MANNER OF DEATH | NATURAL — FILE DATE DECEMBER 20, 2023 |

CAUSE OF DEATH — APPROX INTERVAL: ONSET TO DEATH

a COMPLICATIONS OF ATHEROSCLEROTIC HYPERTENSIVE DISEASE — NOT STATED

b HYPERTENSION — NOT STATED

c

d

OTHER SIGNIFICANT CONDITIONS

DESCRIBE HOW INJURY OCCURRED

DATE/TIME OF INJURY

PLACE OF INJURY

LOCATION OF INJURY

NAME AND ADDRESS OF CERTIFIER

FERNANDA MILETTO MD, 241 ELM STREET, CLAREMONT, NEW HAMPSHIRE 03743

MARGINAL NOTES

4089825

I HEREBY CERTIFY THIS IS A TRUE COPY ISSUED FROM THE OFFICIAL RECORDS ON FILE AT THIS OFFICE AND SHALL BE RECEIVED AS EVIDENCE WITH THE SAME EFFECT AS THE ORIGINAL.

ATTEST: [signature] STATE/LOCAL REGISTRAR [signature]

Kristin M. Kenaliton, State Registrar

DATE ISSUED: December 20, 2023 STATE/CITY/TOWN OF: CLAREMONT

This copy not valid without official vital records watermark, holographic seals, and displaying certs and signatures of Registrar. It shall be unlawful for any persons to reproduce this certificate other than local or State Registrar.

