IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

This Document Relates to Plaintiff(s)

Mary Dillard

Civil Case #    1:19-CV-1896

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b), Williams Law Group, LLC and Zonies Law LLC, respectfully move the Court to allow withdrawal of their representation of Mary Dillard. In support, counsel states the following:

1.      Ms. Dillard will no longer respond to counsel.

2.      On August 26, 2024, the undersigned sent Ms. Dillard a letter stating that if she did not respond on or before September 9, 2024, that he would be withdrawing from her representation. A copy of this letter (with privileged information redacted) is attached as Exhibit A to this motion.

3.      Counsel has received no response.

4.      Ms. Dillard's last known address is 220 Baughman Hill Rd, #10, Azle, Tex. 76020. Her last known telephone number is 817-443-2631.

**Wherefore,** Williams Law Group LLC and Zonies Law LLC move to withdraw their appearance previously entered on behalf of Mary Dillard in this cause, and for all further just and appropriate relief.

Respectfully submitted,

WILLIAMS LAW GROUP, LLC


/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
1101 North Delaware Street, Suite 200
Indianapolis, IN  46202
Telephone:     (317) 633-5270
Facsimile:     (317) 426-3348
joe@williamsgroup.law

ZONIES LAW LLC
Joseph J. Zonies, Esq., (CO Atty. Reg. No. 29539)
Gregory D. Bentley, Esq. (CO Atty. Reg. No. 42655)
1700 Lincoln Street, Suite 2400
Denver, CO  80203
Telephone: (720) 464-5300
jzonies@zonieslaw.com
gbentley@zonieslaw.com

ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I certify that on the 11th of October 2024, the foregoing was filed electronically and

served upon counsel of record via the Court's ECF filing system.

/s/ *Joseph N. Williams*
Joseph N. Williams