IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Mary Dillard

Civil Case #  1:19-CV-1896

### ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Williams Law Group, LLC and Zonies Law LLC filed their Motion to Withdraw Appearance, and the Court, having reviewed the motion and being duly advised in the premises, now finds that the Motion should be **granted**.

**It is, therefore, Ordered, Adjusted and Decreed** that the Motion to Withdraw Appearance is **granted**, and the Appearances of Williams Law Group, LLC and Zonies Law LLC are hereby withdrawn. The Clerk is directed to serve future filings upon Plaintiff Mary Dillard by first class mail at her last known address as follows: Mary Dillard, 220 Baughman Hill Rd., #10, Azle, TX 76020.

Date:_____

Tim A. Baker, Magistrate Judge
U.S. District Court
Southern District of Indiana

Distribution to counsel of record via the Court's ECF Filing System.

Plaintiff Mary Dillard by first class mail as follows:
Mary Dillard, 220 Baughman Hill Rd., #10, Azle, TX  76020