IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:19-cv-04784<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
<u>LINDA RAGAN</u>

Civil Case No. 1:19-cv-04784

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Linda Ragan and files this motion to substitute her surviving granddaughter, Cassidy May, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Linda Ragan filed the present action in the United States District Court of the Southern District of Indiana on December 04, 2019.

2. Plaintiff Linda Ragan died on or about December 29, 2021.

3. On October 11, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 26131. Plaintiff's counsel recently learned of the death of Linda Ragan after contacting Ms. Cassidy May.

4. Cassidy May, surviving granddaughter of Linda Ragan, is the proper party plaintiff to substitute for Plaintiff-decedent Linda Ragan and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not

extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Cassidy May, as the personal representative of the Estate of Linda Ragan, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Cassidy May, as personal representatives of the Estate of Linda Ragan, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Linda Ragan is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Cassidy May as the personal representative of the Estate of Linda Ragan, deceased, as Party Plaintiff for Linda Ragan; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-04784 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: October 11, 2024

>Johnson Law Group
>
>/s/Basil Adham_____
>Basil E. Adham, TX Bar No. 2408172

2925 Richmond Avenue, Suite 1700  
Houston, TX 77098  
Telephone: (713) 626-9336  
Fax: (713) 583-9460  
Email: IVC@johnsonlawgroup.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 11, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                   /s/Basil Adham_____