# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To: | CASE NO. 1:14-ML-2570-RLY-TAB |
| SHANEEKA BRANCHE | |
| Plaintiff, | |
| v. | CASE NO. 1:19-cv-00125 |
| COK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS | |
| Defendants. | |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Shaneeka Branche on 02/12/2021. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Shaneeka Branche's estate.

DATED: October 14, 2024

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
Minnesota Bar #
Goldenberg Lauricella, PLLC
800 LaSalle Ave. Suite #2150
Minneapolis, MN
P: (612) 335-9960
F: (612) 367-8107
Email:
slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (952) 456-2488
F: (954) 21202757
Email: rjf@fenstersheib.com

*Attorney for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY October 10, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
Minnesota Bar #
Goldenberg Lauricella, PLLC
800 LaSalle Ave. Suite #2150
Minneapolis, MN
P: (612) 335-9960
F: (612) 367-8107
Email:
slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (952) 456-2488
F: (954) 21202757
Email: rjf@fenstersheib.com

*Attorney for Plaintiff(s)*