IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Venetia Rivers as Representative for Shaneeka Branche

Civil Case # 1:19-cv-125

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Shaneeka Branche

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Venetia Rivers, Administrator of the Estate of Shaneeka Branche

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   Maryland

   [Commented [MG1]: Verify that this is correct.]

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Maryland_____

   > **Commented [MG2]:** Verify that this is correct.

6. Plaintiff's/Deceased Party's current state of residence:

   Maryland_____

7. District Court and Division in which venue would be proper absent direct filing:

   District of Mayland – Baltimore_____

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other

   > **Commented [MG3]:** If the client is from Indiana, we need to file in state court.

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      N/A_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

2

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

    03/27/2006

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Holy Cross Hospital, 1500 Forest Glen Rd., Silver Spring, MD 20910

13. Implanting Physician(s):

    Dr. Dean Kevin Lurie

14. Counts in the Master Complaint brought by Plaintiff(s):

  ☒  Count I:  Strict Products Liability — Failure to Warn

  ☒  Count II:  Strict Products Liability — Design Defect

  ☒  Count III:  Negligence

  ☒  Count IV:  Negligence Per Se

  ☒  Count V:  Breach of Express Warranty

  ☒  Count VI:  Breach of Implied Warranty

  ☒  Count VII:  Breach of Applicable Maryland Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

> **Commented [MG4]:** Only check this box if the client is living and is married. If we check this box, the spouse also needs to be a plaintiff.

  ☐  Count IX:  Wrongful Death

  ☒  Count X:  Survival

> **Commented [MG5]:** Only check these boxes if the client passed away.

  ☒  Count XI:  Punitive Damages

3

 ☐ Other: _____ (please state the facts supporting this

  Count in the space immediately below)

 ☐ Other: _____ (please state the facts supporting this

  Count in the space immediately below)

  N/A_____

15. Attorney for Plaintiff(s):

 Robert J. Fenstersheib (Florida Bar #307300)_____

 Stuart L. Goldenberg (Minnesota Bar No.0158719)_____

16. Address and bar information for Attorney for Plaintiff(s):

 520 W. Hallandale Beach Blvd., Hallandale, FL 33009_____

 800 LaSalle Ave. Suite #2150, Minneapolis, MN_____

Dated: October 14, 2024\_\_\_

*/s/ Stuart L. Goldenberg*\_\_\_
Stuart L. Goldenberg
Minnesota Bar #
Goldenberg Lauricella, PLLC
800 LaSalle Ave. Suite #2150
Minneapolis, MN
P: (612) 335-9960
F: (612) 367-8107
Email: slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*\_\_\_
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (952) 456-2488
F: (954) 21202757

Email: rjf@fenstersheib.com

*Attorney for Plaintiff(s)*

5