

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 229728

I certify that administration of the Estate of

**SHANEEKA RENEE BRANCHE**

was granted on the ___17TH___ day of ___JULY, 2024___,
to ___VENETIA RIVERS___

as personal representative(s) and the appointment is in effect
this ___17TH___ day of ___JULY___ ___2024___,

☐ Will probated _____
                (date)

☑ Intestate estate

*Alexis Burrell-Rohde*
ALEXIS BURRELL-ROHDE
**Register of Wills for**
BALTIMORE COUNTY

VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

RW1120

ROWNET
11/2009