# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>SHANEEKA BRANCHE<br>　　　Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>　　　Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:19-cv-00125 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Shaneeka Branche and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Venetia Rivers be substituted as Plaintiff of record on behalf of the deceased, Shaneeka Branche.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** The Clerk of Court is directed to substitute Venetia Rivers as Plaintiff of record in Case No. 01542.

Dated this _____ day of _____ 2024.

**BY THE COURT**

_____
United States District Court Judge