IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    RODNEY GRAY
    Civil Case No. 1:19-cv-01527-RLY-TAB

## **SUGGESTION OF DEATH**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Plaintiff hereby gives notice of the death of Plaintiff Rodney Gray on July 1, 2023, in Philadelphia, Pennsylvania.

Dated: October 15, 2024                Respectfully submitted,

                                                **BERTRAM & GRAF, L.L.C.**

                                                /s/ Benjamin A. Bertram
                                                Benjamin A. Bertram, MO Bar #56945
                                                2345 Grand Boulevard, Suite 1925
                                                Kansas City, MO 64108
                                                Telephone: (816) 523-2205
                                                Facsimile: (816) 523-8258
                                                benbertram@bertramgraf.com

                                                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiffs*