IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    CORNELIA PALMER
    Civil Case No. 1:19-cv-03356-RLY-TAB

## SUGGESTION OF DEATH

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Plaintiff hereby gives notice of the death of Plaintiff Cornelia Palmer on July 8, 2024, in Columbia, South Carolina.

Dated: October 15, 2024        Respectfully submitted,

                                      **BERTRAM & GRAF, L.L.C.**

                                      /s/ Benjamin A. Bertram
                                      Benjamin A. Bertram, MO Bar #56945
                                      2345 Grand Boulevard, Suite 1925
                                      Kansas City, MO 64108
                                      Telephone: (816) 523-2205
                                      Facsimile:  (816) 523-8258
                                      benbertram@bertramgraf.com

                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/ Benjamin A. Bertram
*Attorney for Plaintiffs*