> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 16, 2024
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Genea E. Sutton and David Sutton Jr.
Case No. 1:17-cv-02389

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiffs and Defendants, by and through counsel, pursuant to ¶ 3 of Case Management Order 28 Screening for Time-Barred Cases ("CMO 28"), and respectfully give notice to the USDC, Southern District of Indiana, that Plaintiffs are voluntarily dismissing their causes of action against all Defendants with prejudice. In particular, Civil Action No. 1:17-cv-02389 filed on July 14, 2017. In accordance with CMO 28, each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Barry D. Levy | /s/ Andrea Roberts Pierson |
| Barry D. Levy – 0018986 | Andrea Roberts Pierson |
| O'Connor, Acciani & Levy LPA | Faegre Drinker Biddle & Reath LLP |
| 600 Vine Street – Suite 1600 | 300 North Meridian Street – Suite 2500 |
| Cincinnati, OH 45202 | Indianapolis, IN 46204 |
| Phone: 513-842-1907 | Phone: 317-237-0300 |
| Fax: 513-842-1880 | Fax: 317-237-1000 |
| Email: bdl@oal-law.com | Email: andrea.pierson@faegredrinker.com |
| | |
| *Attorney for Plaintiffs – Genea E. Sutton and David Sutton, Jr.* | *Attorney for Defendants - Cook Medical LLC, Cook Incorporated and Cook Europe APS William* |