ACKNOWLEDGED. Case is dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/16/2024

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND     Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                            MDL No. 2570

_____

This document Relates to:

Braden Nicholson, Case No. 1:16-cv-2767

_____

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit

Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above

captioned case acknowledges that, based on review of the evidence, the amount in controversy

in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and

costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the

Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack

of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: October 1, 2024.