IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 16, 2024
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Elizabeth Hughes and James Hughes

Case No. 1:14-cv-06019

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 9, 2024

| | |
|---|---|
| /s/ Randal Kauffman- | /s/ Stephen Bennett |
| Randal A. Kauffman | Stephen Bennett, Esq. |
| Charles R. Houssiere, III, Esq. | Faegre Drinker Biddle & Reath LLP |
| Houssiere, Durant & Houssiere, LLP | 110 W. Berry Street, Suite 2400 |
| 1990 Post Oak Blvd., Suite 800 | Fort Wayne, Indiana 46802 |
| Houston, Texas 77056-3812 | Telephone: (260) 424-8000 |
| Telephone: (713)626-3700 | Facsimile: (260) 460-1700 |
| Fascimile: (713)626-3709 | Email: Stephen.Bennett@Faegredrinker.com |
| Email: Rkauffman@hdhtex.com | |
| Email: choussiere@hdhtex.com | |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |