IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/16/2024

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:
 KAREN SEITZ
 1:17-cv-2474

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS jointly stipulate that the above-captioned case is dismissed without prejudice, with each party to bear its own costs. To the extend not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiff may refile her case in the Southern District of Indiana. If the Plaintiff refiles her case in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

/s/ Robert J. Hills
Robert J. Hills
Illinois Bar No. 6303525
Westervelt, Johnson, Nicoll & Keller LLC 416 Main Street, Suite 200
Peoria, IL  61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
rhills@wjnklaw.com

*Attorney for Plaintiff*

/s/ Jessica Benson Cox
Jessica Benson Cox
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
jessica.cox@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, & William Cook Europe ApS*

Dated:  October 9, 2024