UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ouida Garner, *as personal representative of the Estate of Slater Smith* – 1:16-cv-02899

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 17, 2024

| | |
|---|---|
| */s/ Matthew Lee White* | */s/ Andrea Roberts Pierson* |
| Matthew Lee White | Andrea Roberts Pierson |
| Gray & White Law | Faegre Drinker Biddle & Reath LLP |
| 2301 River Road, Suite 300 | 300 North Meridian Street, Suite 2500 |
| Louisville, Kentucky 40206 | Indianapolis, Indiana 46204 |
| Telephone: (502) 210-8942 | Telephone: (317) 237-0300 |
| Facsimile: (502) 618-4059 | Facsimile: (317) 237-1000 |
| Email: mwhite@grayandwhitelaw.com | Email: andrea.pierson@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*