IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

MICHAEL LLEWELLYN
Civil Case #1:24-cv-00404-RLY-TAB

## ORDER ON SUGGESTION OF DEATH

On April 4, 2024, Plaintiff's counsel filed a notice of suggestion of death of Plaintiff, MICHAEL LLEWELLYN [Filing No. 25437]. In the notice, counsel stated in "accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff within 90 days of service of this suggestion of death, as Plaintiff's claim is not extinguished by his death." The Court has yet to receive this motion. The Plaintiff shall have until **October 31, 2024**, to file this motion or failure to do so will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB.

Date: 10/18/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.