IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                 Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to:

| | |
|---|---|
| THOMAS CHAMBERS | Civil Case # 1:17-cv-02729-RLY-TAB |
| JUDY SMITH | Civil Case # 1:18-cv-02433-RLY-TAB |
| HENRIANNA PEARCE | Civil Case # 1:18-cv-02428-RLY-TAB |
| ANNE CHRISTY | Civil Case # 1:18-cv-03276-RLY-TAB |
| THOMAS POWELL | Civil Case # 1:22-cv-01743-RLY-TAB |
| CLARA EKMAN | Civil Case # 1:19-cv-03772-RLY-TAB |
| SHELIA DAVENPORT | Civil Case # 1:21-cv-02538-RLY-TAB |

**ORDER ON SUGGESTIONS OF DEATH**

On April 12, 2024, Plaintiff's counsel in the above listed cases filed a notice of suggestion of death of Plaintiffs listed above [Filing Nos. 25455, 25456, 25457, 25458, 25459, 25460, 25461]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. The Plaintiffs listed above shall have until **October 31, 2024**, to file this motion or failure to do so will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB.

Date: 10/18/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.