IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

VALENTIN VELA AND MARY VELA -  Civil Case #1:17-cv-02189-RLY-TAB

## ORDER ON SUGGESTION OF DEATH

On September 12, 2024, Plaintiff's counsel filed a notice of suggestion of death of Plaintiffs, VALENTIN VELA AND MARY VELA [Filing No. 25982]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 10/18/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.