IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

DANIEL E. DYER            Civil Case # 1:22-cv-6845-RLY-TAB
MARK C. SNYDER            Civil Case # 1:21-cv-02806-RLY-TAB
DENNIS ALAN SECKMAN       Civil Case # 1:21-cv-06538--RLY-TAB

**ORDER ON SUGGESTIONS OF DEATH**

On October 10, 2024, Plaintiff's counsel in the above listed cases filed a notice of suggestion of death of Plaintiffs listed above [Filing Nos. 26127, 26128, 26129]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 10/18/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.