IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND              Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to:

| | |
|---|---|
| BETTY BLEDSOE | Civil Case # 1:19-cv-01500-RLY-TAB |
| SHARON CARVER | Civil Case # 1:18-cv-03868-RLY-TAB |
| WILLIE COTTON | Civil Case # 1: 19-cv-00884-RLY-TAB |
| RODNEY GRAY | Civil Case # 1: 19-cv-01527-RLY-TAB |
| BEVERLY MARTIN | Civil Case # 1:19-cv-03349-RLY-TAB |
| JAMES PAIGE | Civil Case # 1: 19-cv-03355-RLY-TAB |
| CORNELIA PALMER | Civil Case # 1:19-cv-03356-RLY-TAB |
| GARY THORNTON | Civil Case # 1: 20-cv-00582-RLY-TAB |

**ORDER ON SUGGESTIONS OF DEATH**

On October 15, 2024, Plaintiffs' counsel in the above listed cases filed notices of suggestion of death of Plaintiffs listed above [Filing Nos. 26145, 26146, 26147, 26148, 26149, 26150, 26151, 26152].  Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 10/18/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.