IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This document Relates to Plaintiff: <br><br> LORETTA BOSTIC <br> Case No. 1:19-cv-02458-RLY-TAB <br><br> _____ | NO. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

## ORDER FOR EXTENSION OF TIME TO CURE DEFICIENCIES

The Court, having received and considered Plaintiff Bostic's Motion for Extension of Time to Cure Deficiencies, and finding good cause exists, hereby grants the motion. [Filing No. 26048.]

IT IS THEREFORE ORDERED that Plaintiff Bostic shall have up to and including October 25, 2024, to submit her certified Second Amended Case Categorization Form ("CCF") and Amount in Controversy Certification Form.

Date: 10/18/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system

1