UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ADAM COLEMAN, SR., | ) | |
| ROSE COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02143-RLY-TAB |
| | ) | |
| COOK INCORPORATED, COOK MEDICAL | ) | |
| LLC, WILLIAM COOK EUROPE APS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 11 a.m. (Eastern Time) on**

**November 5, 2024,** before Magistrate Judge Tim A. Baker.  Parties shall appear by counsel.  The

information needed by counsel of record to participate in this telephonic conference will be

provided by separate notification.  The purpose of this conference is to address case status.

Date: 10/21/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jacob A. Flint
FLINT LAW FIRM, LLC
jflint@flintlaw.com

Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
Kip.McDonald@Faegredrinker.com

Trent Miracle
Flint Cooper Cohn Thompson & Miracle, LLC
tmiracle@flintcooper.com

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP (Indianapolis)
andrea.pierson@faegredrinker.com