UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLY SEVERE, as personal representative for the ESTATE OF TED SEVERE, deceased. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOK INCORPORATED, et al. )<br>)<br>Defendants. )<br>) | CASE NO. 1:21-cv-00776-RLY-TAB |

**<u>ORDER GRANTING MOTION TO MAINTAIN DOCUMENT UNDER SEAL</u>**

This matter having come before the Court on the Motion to Maintain Document Under Seal filed by Plaintiff; and the Court, being duly advised, finds that the documents contain personal data identifiers that require protection under Federal Rules of Civil Procedure 5.2. Therefore, the Court hereby GRANTS the motion and ORDERS that Dkt. # 26002-1 in case number 1:14-ml-02570 (see also Dkt. # 9-1 in 1:21-cv-00776) be maintained under seal until further order of the Court.

Dated: _____   _____
TIM A. BAKER
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.