# STATE OF UTAH
## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH
State File Number: 2022003009

### Edgar Gilman Severe
(AKA Ted)

**DECEDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date of Death: | February 9, 2022 | Time of Death: | 05:55 |
| City of Death: | Riverton | County of Death: | Salt Lake |
| Age: | 72 | Date of Birth: | ▇▇▇ 1949 |
| Place of Birth: | Burley, Idaho | Sex: | Male |
| Armed Services: | Yes | Marital Status: | Married |
| Spouse's Name: | Beverly Marie Thompson | Usual Occupation: | Maintenance Supervisor |
| Industry/Business: | Industrial | Education: | Some College but No Degree |
| Residence: | Riverton, Utah | Father's Name: | Robert Gilman Severe |
| Mother's Name: | Madge Maurine Seal | Facility Type: | Home |
| Facility or Address: | 4177 West 13400 South | | |

**INFORMANT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | Beverly Severe | Relationship: | Wife |
| Mailing Address: | 4177 West 13400 South, Riverton, Utah 84096 | | |

**DISPOSITION INFORMATION**

Method of Disposition: Cremation
Place of Disposition: Utah Funeral Directors Cremation Center, South Jordan, Utah
Date of Disposition: February 16, 2022

**FUNERAL HOME INFORMATION**

Funeral Home: Jenkins-Soffe South Valley
Address: 1007 West South Jordan Parkway, , South Jordan, Utah 84095
Funeral Director: Eldon Barton

**MEDICAL CERTIFICATION**

Certifying Physician: Sharon M Weinstein MD, 2000 Circle of Hope Drive, Salt Lake City, Utah 84112

**CAUSE OF DEATH**

Severe Protein Calorie Malnutrition
Tobacco Use: Non-user
Medical Examiner Contacted: Yes   Autopsy Performed: No   Manner of Death: Natural

Date Registered: February 11, 2022
Date Issued: February 11, 2022

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW
State Registrar
Rev. 12/20



UTAH DEPARTMENT OF HEALTH
Office of Vital Records & Statistics
Salt Lake City, Utah



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE