# Exhibit D

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Snyder, Jill & Kim | 1:16-cv-01734 | THE MOODY LAW FIRM, INC. |
| DeJesus, Kurt | 1:19-cv-00055 | CELLINO & BARNES, P.C. |
| Edwards, Alice | 1:19-cv-00584 | PROVOST & UMPHREY LAW FIRM LLP |
| Holst, Sara | 1:19-cv-02077 | PROVOST & UMPHREY LAW FIRM LLP |
| Bender, Andrew | 1:19-cv-02099 | PROVOST & UMPHREY LAW FIRM LLP |
| Bostic, Loretta | 1:19-cv-02458 | SNYDER AND WENNER, P.C. |
| Florent, Dennis | 1:21-cv-00709 | GOMEZ TRIAL ATTORNEYS |
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM |

DMS_US.366977120.1