IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibits A, B & C

### [PROPOSED] ORDER ON NOTICE OF NONCOMPLIANCE: SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)

On October 4, 2024, Cook filed a Notice of Noncompliance listing Plaintiffs who have not submitted Second Amended Case Categorization Forms. *See* Dkt. 26084; *see also* Sixth Amended Case Management Order No. 4 ("CMO-4"), Dkt. 25716 at ¶ 2; Amended Case Management Order No. 33, Dkt. 25717. The deadline for these Plaintiffs to submit Second Amended Case Categorization Forms expired on July 17, 2024.[1] *Id.* at ¶ 2. Pursuant to the process outlined in CMO-4, Cook provided written notice of noncompliance to Plaintiffs' Lead Counsel and counsel for the Plaintiffs at issue prior to filing their Notice of Non-Compliance. *See* Dkt. 25716 at ¶ 4.

Plaintiffs listed in **Exhibit A** failed to submit Second Amended Case Categorization Forms within fourteen (14) days of the filing of the Notice of Noncompliance. The cases identified in **Exhibit A** are therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the

---

[1] Plaintiffs subject to this Notice of Noncompliance are represented by law firms who have appeared in less than 250 cases pending in the MDL and therefore do not receive the benefit of the Court's Order Extending Time for Certain Plaintiffs to Comply with Amended CMO-32 and Amended CMO-33. *See* Dkt. 25896.

1

Court's order.  Plaintiffs listed in **Exhibit B**, however, have cured their deficiencies.  The Notice of Non-Compliance is therefore **MOOT** as to those Plaintiffs listed in **Exhibit B**.  Plaintiffs listed in **Exhibit C** have requested additional time to comply with CMO-33, to which Cook has agreed.  A ruling is **DEFERRED** as to the Plaintiffs listed in **Exhibit C**.

All parties shall bear their own fees and costs.

**SO ORDERED** this _____ day of _____ 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.