UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates to the Following Cases:

Eric and Aprile Harrier, 1:19-cv-00979

_____

### ORDER TO AMEND SHORT FORM COMPLAINT

The Cook Defendants[1] (or "Cook") move for judgment on the pleadings in Plaintiffs' case pursuant to CMO-28. Plaintiff Eric Harrier's claimed injuries are based on two failed percutaneous retrieval procedures that occurred on December 30, 2014, and January 30, 2015, and abdominal pain. He and his wife, Aprile, filed the present lawsuit against Cook on March 9, 2019. In their Short Form Complaint, Eric alleges claims for products liability, negligence, breach of warranty, and consumer fraud. Aprile brings a claim for loss of consortium.

Before reaching the merits of Cook's motion, the court must satisfy itself that it has diversity jurisdiction over this case. The court understands the parties are of diverse citizenship; the court's concern is whether Plaintiff meets the amount-in-controversy requirement. *Sykes v. Cook Inc.*, 72 F. 4th 195, 206 (7th Cir. 2023) ("The court has an

---

[1] The Cook Defendants are: Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS.

independent obligation to ensure it has jurisdiction, and it may raise an amount-in-controversy issue even if the parties do not."). Pursuant to 28 U.S.C. § 1332(a), the matter in controversy must "exceed[] the sum or value of $75,000, exclusive of interest and costs." Accordingly, Plaintiff is **ORDERED** to file a Second Amended Short Form Complaint containing jurisdictional allegations by **November 25, 2024**.

**SO ORDERED** this 23rd day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.