UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| Roger Botsford,<br>1:17-cv-01891-RLY-TAB | |

### ORDER DISMISSING CASE

The Magistrate Judge recommends this action be dismissed, as Plaintiff no longer wishes to pursue this case. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 26086). Accordingly, this case is **DISMISSED**.

**SO ORDERED** this 23rd day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:
Roger Botsford
1075 Sage Avenue
Reading, PA  19605