IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

JOHN STEWART     Civil Case # 1: 19-cv-02454-RLY-TAB
JEFFREY KUCINSKI     Civil Case # 1:19-cv-00855-RLY-TAB

## ORDER ON SUGGESTIONS OF DEATH

On October 18, 2024, Plaintiffs' counsel in the above listed cases filed notices of suggestion of death of Plaintiffs listed above [Filing Nos. 26174, 26177]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 10/24/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.