# Exhibit C

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| DeJesus, Kurt | 1:19-cv-00055 | CELLINO & BARNES, P.C. |
| Bostic, Loretta | 1:19-cv-02458 | SNYDER AND WENNER, P.C. |
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM |

DMS_US.366976333.1