# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § Case No. 1:14-ml-2570-RLY-TAB <br> § MDL No. 2570 <br> § |
| This Document Relates to Plaintiff: <br><br> Pearly Mae Thomas, as Personal Representative of the Estate of Maggie Fisher <br><br> Plaintiff, <br><br> v. <br><br> Cook Incorporated, Cook Medical LLC, and William Cook Europe APS <br><br> Defendants. | § <br> § Case No. 1:22-cv-01278-RLY-TAB <br> § § § § § § § § § § § § § § |

**Order on Motion for Leave to Amend Complaint**

The Court has considered the Plaintiff's Motion for Leave to Amend Complaint of Pearly Mae Thomas and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26153.]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** that Amended Complaint of Pearly Mae Thomas attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 10/24/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.