# Exhibit B

| Plaintiff | Cause Number | Lead Counsel |
|---|---|---|
| Rogers, Gloria | 1:16-cv-02706 | MURPHY LAW FIRM, LLC |
| Hartzog, Lorna | 1:17-cv-00018 | SIFERS JENSEN PALMER |
| Bush, Phyllis | 1:17-cv-00161 | THE GALLAGHER LAW FIRM PLLC |
| Bell, Bessie | 1:17-cv-00212 | SIFERS JENSEN PALMER |
| Boze, Joann | 1:17-cv-01268 | SIFERS JENSEN PALMER |
| Johnson, Marlene | 1:17-cv-02994 | SIFERS JENSEN PALMER |
| Campbell, Kristi | 1:17-cv-03326 | RICHARD J. PLEZIA & ASSOCIATES |
| Friend, Eric | 1:18-cv-00370 | SIFERS JENSEN PALMER |
| Boivin, Michael | 1:18-cv-00431 | SIFERS JENSEN PALMER |
| Perry, Kevin S. | 1:18-cv-00619 | SIFERS JENSEN PALMER |
| Vaughan, Barry | 1:18-cv-01389 | SIFERS JENSEN PALMER |
| Harrington, Ann | 1:18-cv-02606 | CAREY DANIS & LOWE |
| Karlberg, Diane | 1:18-cv-03466 | RICHARD J. PLEZIA & ASSOCIATES |
| Marsden, Bonnie | 1:18-cv-03521 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Dulski, Katherine | 1:19-cv-00153 | SIFERS JENSEN PALMER |

**Amended Exhibit B**

| | | |
|---|---|---|
| Wilson, Gloria A., | 1:19-cv-01026 | SIFERS JENSEN PALMER |
| Fisher, Tonya | 1:19-cv-01201 | THE GALLAGHER LAW FIRM PLLC |
| Schock, Laureen | 1:19-cv-01311 | THE SEIDEMAN LAW FIRM, PC |
| Rice, Teresa | 1:19-cv-01863 | ZONIES LAW LLC |
| Amaya, Tonya | 1:19-cv-02236 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Marshall, Edwin Jr. | 1:19-cv-02528 | LAW OFFICE OF CHRISTOPHER K. JOHNSTON, LLC |
| Anderson, Michael David | 1:20-cv-01130 | PRINCENTHAL & MAY, LLC |

DMS_US.367072453.1