UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Kurt DeJesus– Case No. 1: 19-cv-000055

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: October 25, 2024

| | |
|---|---|
| /s/ *Joe Vazquez* | /s/ *Andrea Roberts Pierson* |
| Joe Vazquez | Andrea Roberts Pierson |
| The Barnes Firm | Faegre Drinker Biddle & Reath LLP |
| 420 Lexington Ave, Suite 2140 | 300 North Meridian Street, Suite 2500 |
| New York, New York 10170 | Indianapolis, Indiana 46204 |
| Telephone: 800-800-0000 Ext. 438 | Telephone: (317) 237-0300 |
| Facsimile: 800-853-5153 | Facsimile: (317) 237-1000 |
| Email: Joe.Vazquez@thebarnesfirm.com | Email: andrea.pierson@faegredrinker.com |
| **Attorney For Plaintiff(s)** | **Attorney for Defendants** |