*UNITED STATES DISTRICT COURT*
*FOR THE*
*SOUTHERN DISTRICT OF INDIANA*
*INDIANAPOLIS DIVISION*

| | |
|---|---|
| TRACEY L.A. MINCEY, et al. | ) |
| Plaintiff(s), | ) |
| vs. | ) 1:18−cv−03228−TWP−MPB |
| | ) |
| COOK INCORPORATED, et al. | ) |
| Defendant(s). | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF CONSORTIUM CLAIM ONLY

Consortium Plaintiff James Mincey hereby dismisses his consortium claim with prejudice in this matter.

Date: 10/29/2024

**/s/ Joseph Saunders**
Joseph H. Saunders, 0341746
3491 Gandy Blvd N. Ste. 200
Pinellas Park, FL 33781
727-579-4500
joe@saunderslawyers.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

**/s/ Joseph Saunders, Esq.**