## N THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                      MDL No. 2570
LIABILITY LITIGATION

---

This Document Relates to:

All Actions

---

### [PROPOSED] ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS ON PLAINTIFFS' "OTHER NEGLIGENCE" CLAIMS

Having considered the parties' briefing on the Cook Defendants' Motion for Partial Judgment on the Pleadings on Plaintiffs' "Other Negligence" Claims, [Dkt. 25842], and being fully advised, the Court now **GRANTS** the motion to the extent that:

- The Court finds that "other negligence" claims—specifically, negligence-based product liability claims other than claims for negligent design, negligent manufacture, and negligent failure to warn—are not cognizable under the laws of the following states: Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, New Jersey, New York, North Carolina, Rhode Island, South Dakota, Utah, Virginia, Washington, and Wisconsin. Plaintiffs whose cases are subject to the laws of these states therefore cannot pursue "other negligence" claims in this litigation. The Cook Defendants are entitled to judgment in their favor on any "other negligence" claims asserted under the laws of

those states. The Court therefore **DISMISSES with prejudice** all claims of "other negligence" that have been or may be asserted by Plaintiffs whose claims are governed by the laws of the 29 states identified above.

- The Court finds that the allegations in Plaintiffs' Master Complaint are insufficient under Federal Rule of Civil Procedure 8 to state any "other negligence" claim under the law of any state. Accordingly, the Court **DISMISSES without prejudice** all claims by all Plaintiffs of negligence other than negligent design, negligent manufacture, or negligent failure to warn.

[If any Plaintiff whose case is subject to the law of any of the 21 remaining states not identified in this Order seeks to assert any "other negligence" claim, that Plaintiff shall have **30 days** from the date of this Order to file an amended Short-Form Complaint. Each amended Short-Form Complaint shall clearly set forth the negligence claims being asserted and the specific factual basis for those claims. Any Plaintiff's failure to file an amended Short-Form Complaint by this deadline will result in that Plaintiff being precluded from asserting any "other negligence" claim in this action.][1]

      **SO ORDERED**.



Dated: _____

                                            _____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to all Registered Counsel of Record.

---

[1] Bracketed language should be included only in the event that the Court decides to permit Plaintiffs to amend their Short-Form Complaints.