UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, <br><br> _____ <br><br> THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

The status/motion hearing set for **NOVEMBER 15, 2024 is VACATED** and RESET to **NOVEMBER 26, 2024 at 1:00 p.m.** Leadership counsel shall appear before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. Participation by telephone for observation of hearings will not be permitted.

**SO ORDERED** this 30th day of October 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record