IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document Relates to Plaintiff:<br><br>LORETTA BOSTIC<br>Case No. 1:19-cv-02458-RLY-TAB | |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Rule 25(a)(1), Fed.R.Civ.P., undersigned counsel respectfully moves this court for its order substituting John Pruett, the surviving husband of plaintiff Loretta Bostic as a party in this action, in place of Loretta Bostic, now deceased.

Counsel was recently informed that plaintiff passed away. She is survived by her husband, John Pruett.

Therefore, undersigned counsel respectfully moves this court for its order granting substitution of John Pruett as a party in this action, in place of Loretta Bostic.

RESPECTFULLY SUBMITTED this 30th day of October, 2024.

**SNYDER AND WENNER, P.C.**

By /s/ David A. Wenner
_____
David A. Wenner, Esq.
8800 N Gainey Center Drive, Ste 265
Scottsdale, AZ  85258
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ David A. Wenner
_____