IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document Relates to Plaintiff:<br><br>LORETTA BOSTIC<br>Case No. 1:19-cv-02458-RLY-TAB | |

## ORDER TO SUBSTITUTE PARTY

The Court, having received and considered plaintiff's counsel's Motion to Substitute Party, and finding good cause exists, hereby grants the motion.

IT IS THEREFORE ORDERED that John Pruett, the surviving husband of plaintiff Loretta Bostic, is hereby substituted as a party in this action, in place of Loretta Bostic, now deceased.

DATED: _____

_____
Tim A. Baker, United States Magistrate Judge
Southern District of Indiana

1