IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS    Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND            MDL No. 2570
PRODUCTS LIABILITY LITIGATION
_____

This Document Relates to Plaintiffs:

  KIMBERLY M. WILLIAMS
  1:17-cv-2320
  ALINE SMALL
  1:17-cv-2381
  JOHN C. ROSS
  1:17-cv-2468
  WESLEY STONE
  1:17-cv-3871
  WILLIAM P. MARTIN
  1:18-cv-0250


_____

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

 Plaintiff, Kimberly M. Williams
 Plaintiff, Aline Small
 Plaintiff, John C. Ross
 Plaintiff, Wesley Stone
 Plaintiff, William P. Martin

 I am substituting into these cases in place of Attorney Robert J. Hills who has left this law firm for a new position elsewhere.

1

Dated: October 30, 2024 /s/ Michelle R. Eggert
Michelle R. Eggert, IL Bar No. 6225976
**Westervelt, Johnson, Nicoll & Keller LLC**
416 Main Street, Suite 200
Peoria, IL  61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorney for Plaintiffs*