# EXHIBIT A

## AFFIDAVIT OF SERVICE

STATE OF VIRGINIA

SS:

CITY OF PORTSMOUTH

Amy L. Stone, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in the State of Virginia.

I served a true copy of the Notice of Intent to Withdraw as Counsel to Cathy Howe on October 21, 2024 by sending such notice in a sealed envelope, with postage prepaid thereon, in a USPS box within the State of Virginia, addressed to the last known addresses of the addressee as indicated below:

Cathy Howe
142 Granger Street
Syracuse, NY  13202

Cathy Howe
Post Office Box 11325
Syracuse, NY  13218

Amy L. Stone

Sworn to before me on 10/31/2024

NOTARY PUBLIC

RENEE STUART
NOTARY PUBLIC
REGISTRATION # 210544
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 04/30/2025