# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Cathy Howe<br><br>Civil Case#: 1:18-cv-03103-WTL-TAB | [PROPOSED] ORDER ALLOWING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

THIS MATTER having come before the Court by The Moody Law Firm, Inc, attorneys for the Plaintiff, and the Court having considered the Motion to Withdraw, for good cause shown, it is on this day,

ORDERED that Willard J. Moody, Jr., and The Moody Law Firm, Inc., are hereby relieved as counsel for the Plaintiff, CATHY HOWE, and it is further ORDERED that a copy of this Order shall be served upon Plaintiff and all counsel of record within five (5) days of receipt.

Date: _____        _____
                              **Honorable Tim A. Baker**
                              **United States Magistrate Judge**