IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

SHELSIE DATILUS

Civil Case No. 1:17-cv-01542-TWP-DML

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

COMES NOW, Plaintiff Shelsie Datilus and files this motion to substitute her surviving sister, Myrna Datilus, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). Counsel for Defendant confirmed that Defendants do not oppose this request. In support therefore, the Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Shelsie Datilus filed the present action in the United States District Court of the Southern District of Indiana on May 10, 2017.

2. Plaintiff Shelsie Datilus passed away April 7, 2024.

3. On August 22, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [26069] and Doc. No. [10]. Plaintiff's counsel recently learned of the death of Ms. Datilus after filing the lawsuit and contacting her surviving sister.

4. Myrna Datilus, surviving sister of Shelsie Datilus, is a proper party plaintiff to substitute for Plaintiff-decedent Shelsie Datilus and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by

any party or by the decedent's successor or representative."

5. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Myrna Datilus as Plaintiff.

6. The death certificate of Shelsie Datilus is attached as Exhibit A to the Amended Short Form Complaint.

7. The Suggestion of Death for Shelsie Datilus was filed on August 22, 2024.

8. WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Myrna Datilus as the proper party plaintiff in this action.

Dated: October 31, 2024                             Respectfully submitted,

                                                    */s/ Stuart L. Goldenberg*

                                                    Stuart L. Goldenberg (MN 0158719)
                                                    Goldenberg Lauricella, PLLC
                                                    800 LaSalle Avenue, Suite 2150
                                                    Minneapolis, MN 54502
                                                    Phone: (612) 335-9960
                                                    slgoldenberg@goldenberglaw.com

                                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 31, 2024                    /s/ *Stuart L. Goldenberg*
                                           Stuart L. Goldenberg