# NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20240023033

**1a. Legal Name of Decedent** (First, Middle, Last, Suffix): Shelsie Brittany Datilus

**1b. Also Known As (AKA), If Any** (First, Middle, Last, Suffix):

**2. Sex:** Female
**3. Social Security Number:** [redacted]
**4a. Age:** 35 Years
**5. Date of Birth** (Mo/Day/Yr): [redacted]

**6. Birthplace** (City & State/Foreign Country): Elizabeth, New Jersey

**7a. Residence-State:** New Jersey
**7b. County:** Essex
**7c. Municipality/City:** East Orange City
**7d. Street and Number:** [redacted]
**7e. Apt No.:**
**7f. Zip Code:** 07018
**7g. Inside City Limits?** Yes

**8a. Ever in US Armed Forces?** No
**8b. If Yes, Name of War:**
**8c. War Service Dates (From/To):**

**9. Domestic Status at Time of Death:** Single/Never Married
**10. Name of Surviving Spouse/Partner:**

**11. Father's Name** (First, Middle, Last): Levelt Datilus

**12. Mother's Name Prior to First Marriage** (First, Middle, Last): Myriam Jean

**13a. Name of Informant:** Myriam Jean
**13b. Relationship to Decedent:** Mother
**13c. Mailing Address:** [redacted]

**14. Method of Disposition:** Entombment
**15. Place of Disposition:** Hollywood Memorial Park
**16. Location - City & State/Foreign Country:** Union Township, New Jersey

**17. Name and Complete Address of Funeral Facility:** Island Memorial Funeral Home, LLC, 49 South Munn Avenue, East Orange, NJ 07018

**18. Electronic Signature of Funeral Director:** Geidy A Saint Amand
**19. NJ License Number:** 23JP00530100

**20. Decedent Education:** Associate degree (AA, AS)
**21. Decedent of Hispanic Origin?** Not Spanish / Hispanic / Latino
**22. Decedent Race:** Black or African American; Other Race: Haitian, West-Indian

**23. Occupation of Decedent:** Commerce
**24. Kind of Business/Industry:** Entrepreneur

**25. Name and Address of Last Employer:** Unknown, Unknown, Unknown,

**26. Date Pronounced Dead** (Mo/Day/Yr): 04/07/2024
**28. Name of Person Pronouncing Death:** Maham Suhail
**27. Time Pronounced Dead** (24-hr): 0725
**29. License Number:** Medical Resident
**30. Date Signed** (Mo/Day/Yr): 04/07/2024

**31. Date of Death** (Mo/Day/Yr): 04/07/2024
**32. Time of Death** (24-hr): 0725
**33. Was Medical Examiner Contacted?** No
**34. Place of Death:** Hospital: Inpatient

**35a. Facility Name:** Newark Beth Israel Medical Center
**35b. Municipality:** Newark City
**35c. County:** Essex

**CAUSE OF DEATH:**

**36a. PART I - IMMEDIATE CAUSE**

| | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Cardiac arrest | few days |
| b. Due to | ARDS | few hours |
| c. Due to | Influenza | unknown |
| d. Due to | Bacteremia | unknown |

**36b. PART II** - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.

**37. Was an Autopsy Performed?** Yes
**38. Were Autopsy Findings Available to Complete Cause of Death?** Unknown

**39. Date of Injury:**
**40. Time of Injury:**
**41. Place of Injury:**
**42. Injury at work?**
**43a. Location of Injury:**
**43b. Municipality:**
**43c. County:**
**43d. State:**
**44. Describe How Injury Occurred:**
**45. If Transportation Injury:**

**46. Manner of Death:** Natural
**47. Did Decedent Have Diabetes?** Yes
**48. Did Tobacco Use Contribute to Death?** No
**49. If Female, Pregnancy State:** Not pregnant within the past year

**50. Certifier Type:** Certifying Physician or APN
**51. Name, Address, and Zip Code of Certifier:** Nitasa Sahu, 246 Espanong Rd, Lake Hopatcong, NJ 07849

**52. Electronic Signature of Certifier:** Nitasa Sahu
**53. License Number:** 25MA10017700
**54. Date Certified** (Mo/Day/Yr): 04/07/2024

**55. Electronic Signature of Local Registrar:** Frances Pitts-Tubbs
**56. District No.:** V0724
**57. Date Received:** 04/19/2024
**Case ID Number:** 2554143

**DATE ISSUED:** April 25, 2024
**ISSUED BY:**

Record Contains Amendment