# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 1:14-ML-2570-RLY-TAB |
| SHELSIE DATILUS<br>          Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>          Defendants. | CASE NO. 1:17-cv-01542-TWP-DML |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Shelsie Datilus and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Myrna Datilus be substituted as Plaintiff of record on behalf of her deceased sister, Shelsie Datilus.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** The Clerk of Court is directed to substitute Myrna Datilus as Plaintiff of record in Case No. 01542.

Dated this _____ day of _____ 2024.

**BY THE COURT**

_____
United States District Court Judge