# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Casey, Chatuisha – 1:19-cv-02962
Shelton, Steven – 1:18-cv-03949

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned case acknowledge that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 4, 2024

| | |
|---|---|
| */s/ M. Brandon Smith (with permission)* | */s/ Andrea Roberts Pierson* |
| M. Brandon Smith | Andrea Roberts Pierson |
| Childers, Schlueter & Smith, LLC 1932 North Druid Hills Road, Suite 100 | Faegre Drinker Biddle & Reath LLP 300 North Meridian Street, Suite 2500 |
| Atlanta, Georgia 30319 | Indianapolis, Indiana 46204 |
| Telephone: (404) 419-9500 Facsimile: (404) 419-9501 | Telephone: (317) 237-0300 Facsimile: (317) 237-1000 |
| Email: bsmith@cssfirm.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorneys for Defendants*** |