IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

Adam Coleman, Sr., and Rose Coleman
1:18-cv-02143-RLY-TAB

_____

### ORDER ON NOVEMBER 5, 2024, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel November 5, 2024, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 26024.] Plaintiffs' counsel advised the Court that Plaintiffs are deceased, and that all efforts to contact any successor or representative have not been successful. The Court advised Plaintiffs' counsel that the proper procedure would be to file a suggestion of death, not to withdraw. Plaintiffs' counsel's motion to withdraw is denied. Plaintiff shall have until November 12, 2024, to file a Rule 25 suggestion of death. Failure to file a suggestion of death by this deadline may result in dismissal. In addition, consistent with Rule 25, if a motion for substitution is not made within 90 days after the suggestion of death is filed, this action must be dismissed.

Date: 11/6/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail.