IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

WESLEY STONE
Civil Case #  1:17-cv-3871

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b), Westervelt, Johnson, Nicoll & Keller, LLC respectfully move the Court to allow withdrawal of its representation of Wesley Stone. In support, counsel states the following:

1. Mr. Stone will no longer respond to counsel.

2. On October 15, 2024, attorney Robert J. Hills of Westervelt, Johnson, Nicoll & Keller, LLC sent Mr. Stone a letter stating that if he did not respond on or before October 31, 2024, that Westervelt, Johnson, Nicoll & Keller, LLC would be withdrawing from his representation.  A copy of this letter is attached as Exhibit A to this motion.

3. Counsel has received no response.

4. Mr. Stone's last known address is 1290 Fort Jackpine Dr., Gilchrist, OR  97737. His last known telephone number is 541-639-9293.

1

WHEREFORE, Westervelt, Johnson, Nicoll & Keller, LLC moves to withdraw its appearance previously entered on behalf of Wesley Stone in this cause, and for all further just and appropriate relief.

        Respectfully submitted,

        WESTERVELT, JOHNSON, NICOLL & KELLER, LLC


        */s/ Michelle R. Eggert*
        Michelle R. Eggert, IL Bar No. 6225976
        416 Main Street, Suite 200
        Peoria, IL  61602
        Telephone: (309) 671-3550
        Facsimile: (309) 671-3588
        meggert@wjnklaw.com

        ***Attorney for Plaintiff***


## CERTIFICATE OF SERVICE

I certify that on the 7th day of November, 2024, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

        */s/ Michelle R. Eggert*
        Michelle R. Eggert