**WESTERVELT, JOHNSON, NICOLL & KELLER, LLC**
ATTORNEYS AND COUNSELORS
SUITE 200
416 MAIN STREET
**PEORIA, ILLINOIS 61602**

FOUNDED IN 1865 AS McCOY & STEVENS

TELEPHONE (309) 671-3550
FAX (309) 671-3588

O.P. WESTERVELT
(1887-1970)

EUGENE R. JOHNSON
(1899-1981)

DAVID A. NICOLL
(1913-1993)

HOMER W. KELLER
(1917-2009)

October 15, 2024

Mr. Wesley Stone
1290 Fort Jackpine Dr.
Gilchrist, OR  97737

Re:   *IVC Filter Litigation*
       Our File No.:  9092/48587

Dear Mr. Stone:

I am writing with regards to the litigation we filed against Cook Medical on your behalf. I have written to you several times requesting that you contact me or my assistant, Sue Elliott, to discuss this matter but to no avail. I will be leaving this law firm, and Attorney Michelle R. Eggert will be entering her appearance in this case.

Please contact Attorney Michelle R. Eggert as soon as possible at (309) 671-3550 or her assistant, Sue Elliott at (309) 272-0637.  If we don't hear from you by October 31, 2024, this firm will be moving to withdraw from your representation.

Very truly yours,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

BY:_____
       Robert J. Hills

RJH/jse