IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

WESLEY STONE
Civil Case #  1:17-cv-3871

## {PROPOSED} ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Westervelt, Johnson, Nicoll & Keller, LLC filed its Motion to Withdraw Appearance, and the Court, having reviewed the motion and being duly advised in the premises, now finds that the Motion should be **granted.**

**It is, therefore, Ordered, Adjusted and Decreed** that the Motion to Withdraw Appearance is granted, and the Appearance of Westervelt, Johnson, Nicoll & Keller, LLC is hereby withdrawn. The Clerk is directed to serve future filings upon Plaintiff Wesley Stone by first class mail at his last known address as follows:  Wesley Stone, 1290 Fort Jackpine Dr., Gilchrist, OR  97737.

Date: _____                           _____
                                           Tim A. Baker, Magistrate Judge
                                           U.S. District Court
                                           Southern District of Indiana

Distribution of counsel of record via the Court's ECF Filing System.

Plaintiff Wesley Stone by first class mail as follows:
Wesley Stone, 1290 Fort Jackpine Dr., Gilchrist, OR  97737