UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to the Following Case:

Kathy Bell, 1:18-cv-03887

_____

**ORDER ON THE COOK DEFEDANTS' MOTION FOR RULE 11 SANCTIONS**

The Cook Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS, filed a motion for Rule 11 sanctions against the attorney who filed Plaintiff Kathy Bell's case. Plaintiff has since stipulated to the dismissal of her case without prejudice. Therefore, the Cook Defendants' motion for sanctions (Filing No. 25985) is **DENIED as MOOT**.

**SO ORDERED** this 7th day of November 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1