IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**JUNE KNIGHT, Plaintiff,**
**Civil Action No.: 1:17-cv-00306**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, June Knight, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-00306.

Dated: November 8, 2024

                                  Respectfully submitted,

                                  */s/ Samuel M. Wendt*
                                  Samuel M. Wendt, Esq.
                                  MO Bar # 53573
                                  **WENDT LAW FIRM, P.C.**
                                  4717 Grand Avenue, Suite 130
                                  Kansas City, Missouri 64112
                                  Telephone: (816) 531-4415
                                  Facsimile: (816) 531-2507
                                  Email: sam@wendtlaw.com

                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Samuel M. Wendt
**Samuel M. Wendt**