AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Cathy Howe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-03103-RLY-TAB |
| Cook Medical, Inc., IVC Filters ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 11/08/2024

/s/ Amy L. Stone
*Attorney's signature*

Amy L. Stone; VSB#: 80327
*Printed name and bar number*
The Moody Law Firm, Inc.
500 Crawford Street, Suite 300
Portsmouth, VA 23704

*Address*

astone@moodyrrlaw.com
*E-mail address*

(757) 393-6020
*Telephone number*

(757) 399-3019
*FAX number*