IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**LINDA MULLIN on behalf of**
**JAMES W. MULLIN (Deceased), Plaintiff,**
**Civil Action No.: 1:17-cv-02496**

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Linda Mullin on behalf of James W. Mullin (Deceased), and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-02496.

Dated: November 8, 2024

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                      */s/ Samuel M. Wendt*
                                                      **Samuel M. Wendt**