## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Hutchings, Gloria (Estate) – 1:19-cv-02540
Vonholtz, Alexander – 1:19-cv-02730
Gibble, Paul (Estate) – 1:19-cv-02711

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledge that, based on review of the evidence, the amount in controversy in these matters does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in these actions without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 8, 2024

| | |
|---|---|
| */s/ Charles H. Johnson* | */s/ Andrea Roberts Pierson* |
| Charles H. Johnson | Andrea Roberts Pierson |
| Law Offices of Charles H. Johnson, PA | Faegre Drinker Biddle & Reath LLP |
| 2599 Mississippi Street | 300 North Meridian Street, Suite 2500 |
| New Brighton, Minnesota 55112 | Indianapolis, Indiana 46204 |
| Telephone: (651) 633-5685 | Telephone: (317) 237-0300 |
| Facsimile: (651) 633-4442 | Facsimile: (317) 237-1000 |
| Email: bdehkes@charleshjohnsonlaw.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


                                                       */s/ Andrea Roberts Pierson*