# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES      Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS          MDL No. 2570
LIABILITY LITIGATION

---

This Document Relates to:

Adkins, Charles P. – 1:19-cv-02044

---

### <u>STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated:  November 8, 2024

*/s/ Robert M. Hammers, Jr.*                    */s/ Andrea Roberts Pierson*
Robert M. Hammers, Jr.                        Andrea Roberts Pierson
Hammers Law Firm                            Faegre Drinker Biddle & Reath LLP
5555 Glenridge Connector, Suite 975      300 North Meridian Street, Suite 2500
Atlanta, Georgia 30342                      Indianapolis, Indiana 46204
Telephone: (770) 394-0047               Telephone: (317) 237-0300
Email: rob@hammerslawfirm.com       Facsimile: (317) 237-1000
                                       Email: andrea.pierson@faegredrinker.com

***Attorney for Plaintiff***

                                       ***Attorneys for Defendants***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


*/s/ Andrea Roberts Pierson*