# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Vinegar, Roderick – 1:19-cv-02898

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 11, 2024

| | |
|---|---|
| */s/ Douglas M. Schreiner*<br>Douglas M. Schreiner<br>Blackridge Law Group<br>9500 Nall Avenue, Suite 400<br>Overland Park, Kansas 66207<br>Telephone: (913) 955-3388<br>Facsimile: (913) 955-3257<br>Email: doug@jslegalteam.com | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorneys for Defendants** |