IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

LILLIAN REINSTEIN

Civil Case # 1:19-cv-3271

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Lillian Reinstein and files this motion to substitute her appointed Personal Representative of the Estate of Lillian Reinstein, deceased, Marguerite Lance, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Lillian Reinstein filed the present action in the United States District Court of the Southern District of Indiana on August 5, 2019.

2. Plaintiff Lillian Reinstein died on September 27, 2023.

3. On November 13, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. 26274 and Doc. 9. Plaintiff's counsel recently learned of the death of Ms. Reinstein after filing the lawsuit and contacting her family.

4. Marguerite Lance, appointed Personal Representative of the Estate of Lillian Reinstein, deceased, is the proper party plaintiff to substitute for Plaintiff-decedent Lillian Reinstein and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Marguerite Lance, on behalf of the Estate of Lillian Reinstein, as the proper party plaintiff in this action.

Respectfully submitted November 13, 2024.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 13, 2024

                                                    */s/ Rhett A. McSweeney*
                                                    Rhett A. McSweeney