IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DARNELL LANGSTON

Civil Case # 1:19-cv-3778

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Darnell Langston and files this motion to substitute his surviving spouse, Sandra Langston, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Darnell Langston filed the present action in the United States District Court of the Southern District of Indiana on September 5, 2019.

2. Plaintiff Darnell Langston died on July 3, 2023.

3. On November 13, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 26276 and Doc. No. 12.  Plaintiff's counsel recently learned of the death of Mr. Langston after filing the lawsuit and contacting his surviving spouse.

4. Sandra Langston, surviving spouse of Darnell Langston, is the proper party plaintiff to substitute for Plaintiff-decedent Darnell Langston and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not

1

extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Sandra Langston, on behalf of Decedent Darnell Langston, as the proper party plaintiff in this action.

Respectfully submitted November 13, 2024.

<u>/s/ David M. Langevin</u>
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
filing@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 13, 2024

                                                                           */s/ David M. Langevin*
                                                                          David M. Langevin