# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To: MARTIN CORTES         Plaintiff, | CASE NO. 1:14-ML-2570-RLY-TAB |
| v. COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS         Defendants. | CASE NO. 1:17-cv-01779-TWP-DKL |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Martin Cortes. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Martin Cortes's estate.

DATED: November 13, 2024

                                                */s/ Stuart L. Goldenberg*
                                              Stuart L. Goldenberg (MN 0158719)
                                              Goldenberg Lauricella, PLLC
                                              800 LaSalle Avenue, Suite 2150
                                              Minneapolis, MN 54502
                                              Phone: (612) 335-9960
                                              slgoldenberg@goldenberglaw.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on November 13, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
P: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*