# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
JUN 26 2017

**STATE OF TEXAS — CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 142-17-092276

1. **LEGAL NAME OF DECEASED:** MARTIN CORTES-LOPEZ
2. **DATE OF DEATH (ACTUAL OR PRESUMED):** JUNE 16, 2017
3. **SEX:** MALE
4. **DATE OF BIRTH:** (redacted)
5. **AGE-Last Birthday (Years):** 62
6. **BIRTHPLACE:** UTUADO, PR
7. **SOCIAL SECURITY NUMBER:** (redacted)
8. **MARITAL STATUS AT TIME OF DEATH:** Married
9. **SURVIVING SPOUSE'S NAME:** DIANA ROSARIO CORDERO
10a. **RESIDENCE STREET ADDRESS:** (redacted)
10b. **APT. NO.:** 47
10c. **CITY OR TOWN:** HOUSTON
10d. **COUNTY:** HARRIS
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 77092
10g. **INSIDE CITY LIMITS?:** Yes
11. **FATHER'S NAME PRIOR TO FIRST MARRIAGE:** JUAN CORTES
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** ROSA LOPEZ
13. **PLACE OF DEATH:** Inpatient
14. **COUNTY OF DEATH:** HARRIS
15. **CITY/TOWN, ZIP:** HOUSTON, 77008
16. **FACILITY NAME:** MEMORIAL HERMANN GREATER HEIGHTS HOSPITAL
17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** DIANA CORTES - SPOUSE
18. **MAILING ADDRESS OF INFORMANT:** (redacted)
19. **METHOD OF DISPOSITION:** Cremation
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** CARLY GONZALES, BY ELECTRONIC SIGNATURE - 12319
21. Section/Block/Lot/Space: Unknown
22. **PLACE OF DISPOSITION:** CREMATE TEXAS
23. **LOCATION:** SOUTH HOUSTON, TX
24. **NAME OF FUNERAL FACILITY:** VETERANS FUNERAL SERVICES
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 10567 VETERANS MEMORIAL DR, HOUSTON, TX 77038
26. **CERTIFIER:** Certifying physician
27. **SIGNATURE OF CERTIFIER:** HAMIDREZA IRANMANESH, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** JUNE 21, 2017
29. **LICENSE NUMBER:** N3749
30. **TIME OF DEATH:** 14:00
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** HAMIDREZA IRANMANESH 1635 N LOOP WEST, HOUSTON, TX 77008
32. **TITLE OF CERTIFIER:** MD

33. **PART 1. CHAIN OF EVENTS:**

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | LIVER CIRRHOSIS | N/A |
| b. | KIDNEY FAILURE | N/A |
| c. | HEPATIC ENCEPHALOPATHY | N/A |
| d. | PERITONITIS | N/A |

**PART 2. OTHER SIGNIFICANT CONDITIONS:** LIVER CIRRHOSIS

34. **WAS AN AUTOPSY PERFORMED?:** No
35. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?:** (blank)
36. **MANNER OF DEATH:** Natural
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?:** Unknown
38. **IF FEMALE:** (n/a)
39. **IF TRANSPORTATION INJURY:** (n/a)

42a. **REGISTRAR FILE NO.:** 0211024
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** JUNE 26, 2017
42c. **REGISTRAR:** REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED

EDR NUMBER 000002121403

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED:** JUN 27 2017

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-112 REV 1/2006
QA11005816