IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

MARTIN CORTES

Civil Case No. 1:17-cv-01779-TWP-DKL

**PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY
AND AMEND THE COMPLAINT**

COMES NOW, Plaintiff Martin Cortes and files this motion to substitute his surviving son, Omar Cortes, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). Counsel for Defendant confirmed that Defendants do not oppose this request. In support therefore, the Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Martin Cortes filed the present action in the United States District Court of the Southern District of Indiana on May 30, 2017.

2. Plaintiff Martin Cortes passed away June 16, 2017.

3. On November 13 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. [26069] and Doc. No. [10]. Plaintiff's counsel recently learned of the death of Mr. Cortes after filing the lawsuit and contacting his surviving son.

4. Omar Cortes, surviving son of Martin Cortes, is a proper party plaintiff to substitute for Plaintiff-decedent Martin Cortes and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by

1

any party or by the decedent's successor or representative."

5. Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Omar Cortes as Plaintiff.

6. The death certificate of Martin Cortes is attached as Exhibit A to the Amended Short Form Complaint.

7. The Suggestion of Death for Martin Cortes was filed on November 13, 2024.

8. WHEREFORE, counsel for Plaintiff requests this Court grant this motion to substitute Omar Cortes as the proper party plaintiff in this action.

Dated: November 13, 2024                           Respectfully submitted,

                                                   /s/ Stuart L. Goldenberg

                                                   Stuart L. Goldenberg (MN 0158719)
                                                   Goldenberg Lauricella, PLLC
                                                   800 LaSalle Avenue, Suite 2150
                                                   Minneapolis, MN 54502
                                                   Phone: (612) 335-9960
                                                   slgoldenberg@goldenberglaw.com

                                                   *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 13, 2024 */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg