THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460

28 OCT 2024 PM 4 L

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 46204
02 7H
0006155747    $ 000.69⁰
OCT 28 2024

Roger Botsford
1075 Sage Avenue
Reading, PA 19605

FILED
NOV 08 2024
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

19605-330975
46204>1999 ANK

NIXIE   171  FE 1700   0011/04/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 46204199999   *2012-02727-28-39