IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mary Dillard, Case No. 1:19-cv-01896 -RLY-TAB

**ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE**

The Court, on its own motion, vacates the telephonic status conference set for 2:30 p.m. (Eastern Time) on November 26, 2024, and **resets this conference for 4 p.m. (Eastern Time) on November 26, 2024,** before Magistrate Judge Tim A. Baker. **Please note this is a change in time only.** The conference will be *ex parte* and neither Defendants representatives nor counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Mary Dillard shall personally participate in this conference by calling Chambers directly at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel, Joseph N. Williams from the Williams Law Group, LLC and Joseph J. Zonies's motion to withdraw as counsel of record [Filing No. 26130].

Date: 11/15/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph N. Williams is required to serve Plaintiff, Mary Dillard