THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 1:17-cv-1551-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## ORDER

This matter came before the Court on Plaintiff's Motion to Withdraw Document Number 26292. Having reviewed the Motion and being otherwise duly advised,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion is GRANTED and Document Number 26292 is hereby withdrawn.

Dated:

_____
Judge