**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
**CASE NO. 1:14-ML-2570-RLY-TAB**
**Relates to 1:17-cv-02190-RLY-TAB**

| | |
|---|---|
| JIMMY D. FLIPPO | Plaintiff |
| | vs |
| COOK MEDICAL INC, ET AL. | Defendants |

## MOTION TO SUBSTITUTE PROPER PARTY

COMES NOW, Counsel for Plaintiff and moves the Court for an order substituting Mary Ann Dillon, Surviving spouse of Jimmy D. Flippo, in place of Jimmy D. Flippo, deceased, pursuant to Fed.R.Civ.P 25(a):

1. Plaintiff Jimmy D. Flippo originally filed a product liability lawsuit against Defendants on June 26, 2017 with under USDC, Southern District of Indiana, Indianapolis Division, under Case No. 1:14-ML-2570-RLY-TAB, and was assigned Civil Case 1:17-cv-2190-RLY-TAB.

2. On November 7, Plaintiffs' counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1), with the USDC, Southern District of Indiana, Indianapolis Division, under Civil Case 1:17-cv-02190-RLY-TAB [Dkt No 12].

3. Jimmy D. Flippo's lawsuit against Defendants survived his death and is not concluded.

4. Mary Ann Dillon is the surviving Spouse of Jimmy D. Flippo.

5. Pursuant to Tenn Code Ann. 20-5-107 Decedent's surviving spouse, Mary Ann Dillon, is a proper party to substitute for Plaintiff-decedent.

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and direct the Clerk to reflect this substitution in the file and Court's ECF system.

Date: November 21, 2024.

Respectfully Submitted,<br>
O'CONNOR, ACCIANI & LEVY LPA<br>
<i>/s/ Barry D. Levy</i>_____<br>
Barry D. Levy – OH 0018986<br>
<i>Attorney for Plaintiff</i><br>
600 Vine Street, Suite 1600<br>
Cincinnati, Ohio 45202<br>
Telephone: 513-241-7111<br>
Facsimile:  513-241-7197<br>
Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 21th day of November, 2024. Parties may access this filing through the Court's system.

<i>/s/ Barry D. Levy</i>_____<br>
Barry D. Levy – (OH 0018986)<br>
<i>Attorney for Plaintiff</i>