**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**
**CASE NO. 1:14-ML-2570-RLY-TAB**
**Relates to 1:17-cv-02190-RLY-TAB**

| | |
|---|---|
| JIMMY D. FLIPPO | Plaintiff |
| | vs |
| COOK MEDICAL INC, ET AL. | Defendants |

### ORDER GRANTING MOTION TO SUBSTITUTE PROPER PARTY

IT IS SO ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and Mary Ann Dillon, on behalf of Jimmy D. Flippo, is substituted as Plaintiff in the above referenced action.

Date:_____

_____
HONORABLE JUDGE
United States District Court
Southern District of Indiana
Indianapolis Division

Distribution to all registered counsel of record via ECF.