AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| DANIEL CLARK | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-CV-00183-RLY-TAB |
| COOKO MEDICAL LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF - DANIEL CLARK                                                                    .

Date:     11/21/2024

/S/
*Attorney's signature*

Christopher LoPalo, NY Bar No. 4184859
*Printed name and bar number*

1302 Avenida Ponce de Leon
Santure, PR 00907

*Address*

clopalo@nsprlaw.com
*E-mail address*

(212) 397-1000
*Telephone number*

(646) 843-7603
*FAX number*