IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND
PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

Name: Randolph, Beatrice
Case No. 1:16-cv-01088

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.

Dated:  November 22, 2024

/s/Anna Natalie Rol
Anna Natalie Rol
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 77056
Telephone: (214) 521-3605
Facsimile: (214) 279-9915
Email: arol@baronbudd.com

**Attorney for Plaintiff**

/s/ Kip S.M. McDonald
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

**Attorney for Defendants**

DMS_US.366738997.1

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of November, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<i>/s/   Kip S.M. McDonald</i>

DMS_US.366738997.1