# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>STEVEN PRESLAR<br><br>    Plaintiff,<br><br>v.<br><br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS,<br><br>    Defendants. | MDL No.: 1:14-ML-2570-RLY-TAB<br><br><br><br>Civil Action No. 1:17-cv-00743-LSA-DML |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Steven Preslar, which occurred on June 16, 2021. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Steven Preslar's estate.

DATED: November 26, 2024

                                             */s/ Stuart L. Goldenberg*
                                             Stuart L. Goldenberg (MN 0158719)
                                             Goldenberg Lauricella, PLLC
                                             800 LaSalle Avenue, Suite 2150
                                             Minneapolis, MN 54502
                                             Phone: (612) 335-9960
                                             slgoldenberg@goldenberglaw.com

                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on November 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*