# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

I.D. TAG NO.: 905498
STATE FILE NUMBER: 136-2021-018272

| Field | Value |
|---|---|
| Legal Name (First, Middle, Last) | Steven Brent Preslar |
| Suffix | |
| Death Date | June 16, 2021 |
| Sex | Male |
| Age | 81 years |
| Social Security Number | [redacted] |
| County of Death | Klamath |
| Birthdate | [redacted] |
| Birthplace | Pocatello, Idaho |
| Was Decedent Ever in U.S. Armed Forces? | Yes |
| Residence | [redacted] |
| City/Town | Klamath Falls |
| Residence County | Klamath |
| State or Foreign Country | Oregon |
| Zip Code + 4 | 97603 |
| Inside City Limits? | No |
| Marital Status at Time of Death | Married |
| Spouse's Name Prior to First Marriage | Golda Jeanne Condit |
| Father's Name | Leland Preslar |
| Mother's Name Prior to First Marriage | Djonna Parkinson |
| Informant's Name | Golda Preslar |
| Telephone Number | Not Available |
| Relationship to Decedent | Spouse |
| Mailing Address | 4716 Alpine Drive, Klamath Falls, OR 97603 |
| Place of Death | Decedent's Residence - Hospice |
| Facility Name | |
| Location of Death | 4716 Alpine Drive |
| City/Town or Location of Death | Klamath Falls |
| State | Oregon |
| Zip Code + 4 | 97603 |
| Method of Disposition | Cremation |
| Place of Disposition | Pyramid Cremations |
| Location (City/Town and State) | Klamath Falls, Oregon |
| Name and Complete Address of Funeral Facility | O'Hair - Wards Funeral Chapel, 515 Pine Street, Klamath Falls, Oregon 97601 |
| Date of Disposition | TBD |
| Funeral Director's Signature | Gary J Mueller (Electronically Signed) |
| OR License Number | FS-0588 |
| Registrar's Signature | Jennifer A. Woodward |
| Date Received | June 21, 2021 |
| Local File Number | |
| Amendment | |

45-2CCS (01/06)

*20210625974*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: June 22, 2021

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

007035133