# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| I.D. Tag No. | 905498 |
| State File Number | 136-2021-018272 |
| Legal Name (First) | Steven |
| Middle | Brent |
| Last | Preslar |
| Suffix | |
| Death Date | June 16, 2021 |
| Sex | Male |
| Age | 81 years |
| Social Security Number | |
| County of Death | Klamath |
| Birthdate | |
| Birthplace | Pocatello, Idaho |
| Was Decedent Ever in U.S. Armed Forces? | Yes |
| Residence | |
| City/Town | Klamath Falls |
| Residence County | Klamath |
| State or Foreign Country | Oregon |
| Zip Code + 4 | 97603 |
| Inside City Limits? | No |
| Marital Status at Time of Death | Married |
| Spouse's Name Prior to First Marriage | Golda Jeanne Condit |
| Father's Name | Leland Preslar |
| Mother's Name Prior to First Marriage | Djonna Parkinson |
| Informant's Name | Golda Preslar |
| Telephone Number | Not Available |
| Relationship to Decedent | Spouse |
| Mailing Address | Klamath Falls, OR 97603 |
| Place of Death | Decedent's Residence - Hospice |
| Facility Name | |
| Location of Death | |
| City/Town or Location of Death | Klamath Falls |
| State | Oregon |
| Zip Code + 4 | 97603 |
| Method of Disposition | Cremation |
| Place of Disposition | Pyramid Cremations |
| Location (City/Town and State) | Klamath Falls, Oregon |
| Name and Complete Address of Funeral Facility | O'Hair - Wards Funeral Chapel, 515 Pine Street, Klamath Falls, Oregon 97601 |
| Date of Disposition | TBD |
| Funeral Director's Signature | Gary J Mueller (Electronically Signed) |
| OR License Number | FS-0588 |
| Registrar's Signature | Jennifer A. Woodward |
| Date Received | June 21, 2021 |
| Local File Number | |
| Amendment | |

45-2CCS  (01/06)

*20210625974*




I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

DATE ISSUED: June 22, 2021

JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

007035133