## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| This Document Relates To: | MDL No.: 1:14-ML-2570-RLY-TAB |
| STEVEN PRESLAR<br>        Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>        Defendants. | Civil Action No.: 1:17-cv-00743-LSA-DML |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Steven Preslar and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Golda Preslar be substituted as Plaintiff of record on behalf of her deceased husband, Steven Preslar. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. ____) is **GRANTED.** The Clerk of Court is directed to substitute Golda Preslar as Plaintiff of record in Case No. 00743.

Dated this _____ day of _____, 2024.

### BY THE COURT

_____
United States District Court Judge