IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

Mary Dillard
1:19-cv-01896 -RLY-TAB
_____

### ORDER ON NOVEMBER 26, 2024, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel November 26, 2024, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 26130.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 26290.] Accordingly, Plaintiff shall show cause why sanctions should not issue for Plaintiff's failure to attend this conference as ordered. **This matter is set for a telephonic status conference at 4 p.m. December 9, 2024**, to address Plaintiff's show cause response. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 11/27/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Joseph N. Williams is required to serve Plaintiff, Mary Dillard