# Exhibit A

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2020-073715

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | KAREN, SUE, BORQUEZ |
| 2. AKA'S (IF ANY) | |
| 3. DATE OF DEATH | 11/18/2020 |
| 4. SEX | FEMALE |
| 5. SOCIAL SECURITY NUMBER | [redacted] |
| 6. DATE OF BIRTH | [redacted] |
| 7. AGE | 70 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | MESA, MARICOPA, 85206 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | INPATIENT - BANNER BAYWOOD MEDICAL CENTER |
| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | PHOENIX, ARIZONA |
| 11. MARITAL STATUS | DIVORCED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | NOT LISTED |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP) | [redacted], PHOENIX, MARICOPA, AZ, 85009 |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | YES, MEXICAN, MEXICAN AMERICAN, CHICANO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | UNKNOWN |
| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | GABRIEL, B, BORQUEZ |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | CLEO, , FIGUEROA |
| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | ANITA, M, RODRIGUEZ |
| 21. RELATIONSHIP | DAUGHTER |
| 22. INFORMANT'S MAILING ADDRESS | [redacted] |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | HORIZON FUNERAL CARE, 7510 E MAIN STREET, MESA, AZ, 85207 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | JAMES, , ROBINSON |
| 25. LICENSE NUMBER | FDL-001535 |
| 26. METHOD(S) OF DISPOSITION | CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | SERENITY MORTUARY SERVICES, INC, PHOENIX, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | |

## MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| # | Cause | Approximate Interval |
|---|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | [redacted] | 30. NA |
| 31. B. DUE TO OR AS A CONSEQUENCE OF | [redacted] | 32. NA |
| 33. C. DUE TO OR AS A CONSEQUENCE OF | [redacted] | 34. NA |
| 35. D. DUE TO OR AS A CONSEQUENCE OF | | 36. |

## CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I | [redacted] |
| 38. INJURY? | NO |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | NATURAL DEATH |
| 41. TIME OF DEATH | 14:32 |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## CAUSE AND MANNER CERTIFICATION

TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | LALITH, KUMAR, GANDE |
| 45. DATE CERTIFIED | 12/30/2020 |
| 46. CERTIFIER'S ADDRESS | 3555 S VAL VISTA ROAD, GILBERT, AZ, 85297 |

Date Registered: 12/30/2020    Date Issued: 01/19/2021    VS-49 Rev. 12/2017



J2475740

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA. Revised 02/2016



KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR



ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**