## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: <u>Karen Borquez</u><br><br>Case Number: <u>1:18-cv-02675</u> | JUDGE RICHARD YOUNG<br>MAG. JUDGE TIM BAKER |

## **MOTION FOR SUBSTITUTION OF PROPER PARTY**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Mario Ybarra on behalf of the Estate of Karen Borquez, as Plaintiff in the above captioned cause.

1. Karen Borquez filed a product liability lawsuit against defendants on August 28, 2018.

2. Plaintiff Karen Borquez died on or about November 18, 2020.

3. Karen Borquez product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on December 2, 2024, attached hereto as "Exhibit A."

5. Mario Ybarra, surviving son of Karen Borquez, is a proper party to substitute for plaintiff Karen Borquez and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the

claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.


Dated: December 2, 2024							Respectfully submitted,


							JOHNSON LAW GROUP


							/s/ Basil Adham_____
							Basil Adham TX 24081742
							Jessica Glitz TX No 24076095
							2925 Richmond Avenue Ste. 1700
							Houston, TX 77098
							Telephone: (713) 626-9336
							Facsimile: (713) 583-9460
							Email: ivc@johnsonlawgroup.com

							*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2024 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 2, 2024

                                                     /s/ Basil Adham
                                                   Basil Adham