# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL NO. 2570 |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: <u>Karen Borquez</u><br><br>Case Number: <u>1:18-cv-02675</u> | JUDGE RICHARD YOUNG<br>MAG. JUDGE TIM BAKER |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Mario Ybarra, on behalf of the Estate of Karen Borquez, is substituted for Plaintiff Karen Borquez in the above captioned cause and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date: _____          _____
                                                         Judge Richard Young