# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff:<br><br>Martin Wright,<br><br>　　　Plaintiff,<br><br>v.<br><br>Cook Incorporated, Cook Medical LLC, and William Cook Europe APS<br><br>　　　Defendants. | Case No. 1:20-cv-00293-JRS-DLP<br><br>**Stipulation of Dismissal With Prejudice** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above matter is dismissed with prejudice with each party to bear its own costs.

Date: December 3, 2024

Respectfully submitted,

| **JOHNSON LAW GROUP** | **FAEGRE DRINKER BIDDLE & REATH** |
|---|---|
| /s/ *Basil Adham*<br>Basil Adham<br>2925 Richmond Ave, Suite 1700<br>Houston, TX 77098<br>Telephone: (713) 626-9336<br>E-mail: ivc@johnsonlawgroup.com<br>***Attorney for Plaintiff*** | /s/ *Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>300 North Meridian St, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>E-mail: andrea.pierson@faegredrinker.com<br>***Attorney for Cook Defendants*** |

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of December 2024, I electronically transmitted the foregoing Stipulation of Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                                            /s/ *Basil Adham*