THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case No. 1:17-cv-1551-RLY-TAB | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### PLAINTIFF'S MOTION TO MAINTAIN UNDER SEAL DOCUMENT #26292

**COMES NOW** the Plaintiff, by and through counsel, and respectfully submits this Motion to Maintain Under Seal Document #26292 pursuant to Federal Rule of Civil Procedure 5.2, Local Rule 5-11(d), and the E-Government Act. In support of this motion, Plaintiff states as follows:

**1. BACKGROUND**

1. On November 18, 2024, Document #26292 was filed in this matter, inadvertently containing personal data identifiers (PDIs), specifically the full date of birth and social security number, in violation of Federal Rule of Civil Procedure 5.2.

2. Upon notification by the Court, the document has been sealed temporarily to prevent public access.

3. Plaintiff have prepared a redacted version of Document #26292, which complies with Federal Rule of Civil Procedure 5.2 by removing the full date of birth and social security number. The redacted document is attached hereto as Exhibit A.

4. To comply with the Court's directive and applicable rules, Plaintiff seeks to maintain the original, unredacted Document #26292 under seal permanently to prevent the disclosure of sensitive personal information.

**2. LEGAL BASIS**

1. Federal Rule of Civil Procedure 5.2 and Local Rule 5-11(d) require the redaction of personal identifiers to protect the privacy of individuals.

2. Document #26292 includes unredacted personal identifiers that, if disclosed, would violate the E-Government Act's privacy protections and potentially harm the individuals involved.

3. Maintaining Document #26292 under seal ensures compliance with these requirements and avoids potential prejudice or harm to affected parties.

**3. PROPOSED ACTION**

1. As directed by the Court, this motion seeks to maintain Document #26292 under seal to ensure compliance with procedural rules and the Court's directive.

2. Counsel is prepared to refile any necessary materials with appropriate redactions.

**4. REQUESTED RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant this Motion to Maintain Under Seal Document #26292;

2. Allow the original, unredacted Document #26292 to remain permanently sealed;

3. Accept the redacted version of Document #26292, attached as Exhibit A, for filing in place of the original document; and

4. Grant any other relief the Court deems just and proper.

Date: December 6, 2024                                /s/ David B. Rheingold
                                                     David B. Rheingold, Esq.
                                                     RHEINGOLD GIUFFRA RUFFO
                                                     PLOTKIN & HELLMAN, LLP
                                                     551 Fifth Avenue, 29th FL,
                                                     New York, NY 10176
                                                     P: 212-684-1880
                                                     drheingold@rheingoldlaw.com
                                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2024, a copy of the foregoing **Motion to Maintain Under Seal Document #26292** was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: December 6, 2024

          */s/ David B. Rheingold*
David B. Rheingold, Esq.
RHEINGOLD GIUFFRA RUFFO
PLOTKIN & HELLMAN, LLP
551 Fifth Avenue, 29th FL,
New York, NY 10176
P: 212-684-1880
drheingold@rheingoldlaw.com
Attorney for Plaintiff