# EXHIBIT A

RHEINGOLD GIUFFRA RUFFO
PLOTKIN & HELLMAN, LLP
551 Fifth Ave, 29th Fl
New York, NY 10176
T: (212) 684-1880
F: (212) 689-8156

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2570 JUDGE<br><br>RICHARD L. YOUNG |

**This Document Relates to:**
*MOONEY v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:17-cv-1551*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff CAROL ANN MOONEY, on or about October 25, 2021.

Dated: **D**ecember 2, 2024

Respectfully Submitted,

*/s/ David B. Rheingold*
David B. Rheingold
**Rheingold Giuffra Ruffo Plotkin & Hellman, LLP**
551 5th Ave, Floor 29
New York, NY 10176
Telephone: (212) 684-1880
Fax: (212) 689-8156
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 2, 2024

Respectfully Submitted,

*/s/ David B. Rheingold*
David B. Rheingold
**Rheingold Giuffra Ruffo Plotkin & Hellman, LLP**
551 5th Ave, Floor 29
New York, NY 10176
Telephone: (212) 684-1880
Fax: (212) 689-8156
*Attorneys for Plaintiff*

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052021274727
**LOCAL REGISTRATION NUMBER:** 3202119064354

### CERTIFICATE OF DEATH — STATE OF CALIFORNIA

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST (Given): CAROL
- 2. MIDDLE: ANN
- 3. LAST (Family): MOONEY
- 4. DATE OF BIRTH: [redacted]/1943
- 5. AGE Yrs.: 77
- 6. SEX: F
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS: WIDOWED
- 7. DATE OF DEATH: 10/25/2021
- 8. HOUR (24 Hours): 1830
- 13. EDUCATION: MASTER'S
- 14/15. HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: CAUCASIAN
- 17. USUAL OCCUPATION: TEACHER
- 18. KIND OF BUSINESS OR INDUSTRY: ELEMENTARY SCHOOL
- 19. YEARS IN OCCUPATION: 37

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 19379 GREEN MOUNTAIN DRIVE
- 21. CITY: NEWHALL
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 91321
- 24. YEARS IN COUNTY: 40
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: JERRY MCMAINS, BROTHER
- 27. INFORMANT'S MAILING ADDRESS: 19379 GREEN MOUNTAIN DRIVE, NEWHALL, CA 91321

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
- 31. NAME OF FATHER/PARENT—FIRST: MARVIN
- 33. LAST: MCMAINS
- 34. BIRTH STATE: IA
- 35. NAME OF MOTHER/PARENT—FIRST: BERDENA
- 37. LAST (BIRTH NAME): GAUSE
- 38. BIRTH STATE: IA

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 11/09/2021
- 40. PLACE OF FINAL DISPOSITION: RESIDENCE JERRY MCMAINS, 19379 GREEN MOUNTAIN DRIVE, NEWHALL, CA 91321
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 44. NAME OF FUNERAL ESTABLISHMENT: VALLEY OF PEACE CREMATION AND BURIAL
- 45. LICENSE NUMBER: FD2318
- 46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
- 47. DATE: 11/08/2021

**PLACE OF DEATH**
- 101. PLACE OF DEATH: HENRY MAYO NEWHALL HOSPITAL
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS: 23845 MCBEAN PKWY
- 106. CITY: VALENCIA

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: PNEUMONIA — DAYS
  - (B) COVID-19 — DAYS
  - (C)
  - (D)
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: 
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: ANEMIA, ACUTE KIDNEY FAILURE, WEGENER'S GRANULOMATOSIS
- 113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**
- 114. DECEDENT ATTENDED SINCE: 12/04/2020
- DECEDENT LAST SEEN ALIVE: 10/25/2021
- 115. SIGNATURE AND TITLE OF CERTIFIER: ARMAND T. MASONGSONG, MD
- 116. LICENSE NUMBER: A70428
- 117. DATE: 11/08/2021
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: ARMAND T MASONGSONG, MD, 21700 GOLDEN TRIANGLE RD # 105, SANTA CLARITA, CA 91350

**CORONER'S USE ONLY** (blank)

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



*0031683868*



Health Officer and Registrar, MD

DATE ISSUED: NOV -9 2021

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
DO 12

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

