IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2570

_____

This Document Relates to:

Cathy Howe
1:18-cv-03103-RLY-TAB

_____

**ORDER ON DECEMBER 9, 2024, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared by counsel December 9, 2024, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 26240.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 26243.] Accordingly, Plaintiff shall show cause by December 30, 2024, why sanctions should not issue for Plaintiff's failure to attend this conference as ordered. **This matter is set for a telephonic status conference at 11 a.m. January 6, 2025**, to address Plaintiff's show cause response. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 12/10/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Willard J. Moody, Jr. & Amy Lorrelle Stone are required to serve Plaintiff, Cathy Howe.