IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:COOK MEDICAL INC., IVC FILTERS CASE NO.1:14-ml-2570-RLY-TAB
ERIC FRANKLIN SANTIAGO AKA JUAN F. TURCIOS/MOTION TO COMPEL.

PLAINTIFF, (IVC) Filter is now unreatrebable, plaintiff was taken to Texas Tech Medical Center on August 24, 2024.

Currently plaintiff is at Hughes Prison awaiting possible release coming up soon, also plaintiff respectfully request the Honorable Court for time extention to compell as during present time is unable to retrieved any of necessary documents to show proof.

Plaintiff received the Court's document on 12/03/2024(1)Showing proof of service(2)Respectfuly requesting time extentionfor later date.

Executed this this 3rd day of December of 2024.

Respectfully Eric Franklin Santiago/aka
Juan F. Turcios #1790019

( 1 of 1 )

JUAN F. TURCIOS
ERIC FRANKLIN SANTIAGO #1790019
3201 FM 929 TDCJ
GATESVILLE, TX 76597
/AKA JUAN F. TURCIOS

AUSTIN TX 787
RIO GRANDE DISTRICT
4 DEC 2024  PM 2 L



**FILED**

DEC - 9 2024

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT
  SOUTHERN DISTRICT OF INDIANA
    INDIANANAPOLIS DIVISION
210 FEDERAL BUILDING
121 WEST SPRING STREET
NEW ALBANY, INDIANA 47150
                     47150

47150-364599