UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DECEMBER 3, 2024

JUAN F. TURCIOS /ERIC FRANKLIN SANTIAGO #1790019

3201 FM 929

GATESVILLE, TX 76597

Dear Clerk

Enclose please fine answer for motion to compel from plaintiff received on 12/03/2024, and answer on the same date, to be presented to the Honorable Court Judge Tim A. Baker.

Respectfully Eric Franklin Santiago

ERIC FRANKLIN SANTIAGO/JUAN F. TURECIOS #1790019

3201 FM 929 TDCJ

GATESVILEE, TX 76597