IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Mary Dillard
Case No. 1:19-cv-1896-RLY-TAB

**ORDER ON DECEMBER 9, 2024, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff to attend a telephonic status conference on November 26, 2024, to address his counsel's motion to withdraw. [Filing No. 26290.] Plaintiff failed to appear as ordered and the Court then issued an order setting a second conference for December 9, 2024. The Court also ordered Plaintiff to show cause why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the November 26 conference. [Filing No. 26306.] Plaintiff's counsel appeared at the December 9, 2024, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiff has failed to respond to the order to show cause. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 12/10/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph N. Williams is required to serve Plaintiff, Mary Dillard, via U.S. Mail.