UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mary E. Dillard
Case No. 1:19-cv-1896-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed without prejudice for Plaintiffs' failure to appear at two telephonic status conferences and her failure to respond to a show cause order.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 26325).  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 11th day of December 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1