UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ORDER ON THE COOK DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS ON PLAINTIFFS' "OTHER NEGLIGENCE" CLAIMS**

Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe (the "Cook Defendants" or "Cook") move for partial judgment on the pleadings as to all portions of Count III of Plaintiffs' Master Complaint that assert claims of negligence based on theories other than negligent design, negligent manufacturing, and negligent failure to warn on the ground that Plaintiffs' Master Complaint does not adequately plead such claims. In their Response, Plaintiffs concede that negligence claims other than negligent design, negligent manufacturing, and negligent failure to warn are not cognizable under the laws of the following 29 states: Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, New Jersey, New York, North Carolina, Rhode Island, South Dakota, Utah, Virginia, Washington, and Wisconsin. As for the Plaintiffs whose claims are governed by the laws of the 21 states in which claims based on "other

1

negligence" may be cognizable, the court finds the motion is best addressed on an individual basis when a case is remanded.

Accordingly, Cook's motion (Filing No. 25842) is **GRANTED in part** and **DENIED in part**. Specifically, Cook's motion is **GRANTED** with respect to Plaintiffs who assert "other negligence" claims under the 29 states' laws listed above. Such claims are **DISMISSED with PREJUDICE**. This Order does not limit Plaintiffs from bringing evidence of other allegations to support their claims of negligent design, negligent manufacturing, and negligent failure to warn, including but not limited to negligent marketing, negligent testing, negligent advertising, negligent training, and negligent development. Cook's motion is **DENIED** with respect to Plaintiffs who assert "other negligence" claims based on the laws of the remaining 21 states' laws. Cook's motion is **WITHDRAWN** with respect to Oklahoma Plaintiff Tim Marshal, who pled specific claims of "other negligence" in his Amended Short-Form Complaint. (*See* Case No. 1:17-cv-01812-RLY-TAB, Filing No. 16 (asserting claims for "Negligent Managing, Supervising, Hiring and Reviewing Performance of Product, Testing and/or Staff")). **SO ORDERED** this 11th day of December 2024.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.