# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>SHANEEKA BRANCHE<br>    Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | MDL No.: 1:14-ML-2570-RLY-TAB<br><br>Civil Action No. 1:19-cv-00125 |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND FOR LEAVE TO AMEND THE COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Shaneeka Branche, by and through undersigned counsel, respectfully moves this Court for an Order to amend the Short Form Complaint filed on October 1, 2024.

1. Plaintiff respectfully seeks leave to file the attached Second Amended Short Form Complaint to correct an issue with the First Amended Short Form Complaint. The filed version of the First Amended Short Form Complaint included notes on the right side of the document and thus, was not a final copy. Counsel requests to withdraw the previously filed Short Form Complaint and to refile a Second Amended Short Form Complaint.

2. Plaintiff's counsel has conferred with Defense counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Plaintiff respectfully requests the Court grant Plaintiff's motion to withdraw the First Amended Short Form Complaint and for leave to amend the Complaint and enter the attached Second Amended Short Form Complaint.

Plaintiff, pursuant to FRCP 25(a) and 15(a)(2) hereby move the Court to substitute Venetia Rivers, Administrator of the Estate of Shaneeka Branche, as Plaintiff by way of a Second Amended Short Form Complaint in the form attached hereto as Exhibit 1, and in support, states as follows:

1. Plaintiff Shaneeka Branche filed a Complaint against the Defendants relating to injuries sustained as a result of her Cook IVC Filter.

2. Plaintiff Shaneeka Branche passed away February 12, 2021.

3. Plaintiff's counsel recently learned of Ms. Branche's passing.

4. Venetia Rivers is the Administrator of the Estate of Shaneeka Branche.

5. Federal Rule of Civil Procedure 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Plaintiff hereby submits a Second Amended Short Form Complaint, attached hereto as Exhibit 1, which substitutes Venetia Rivers, Administrator of the Estate of Shaneeka Branche, as Plaintiff.

7. The death certificate of Shaneeka Branche is attached as Exhibit A to the Amended Short Form Complaint.

8. The Suggestion of Death for Shaneeka Branche was filed on October 1, 2024.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Substitute Party and Amend the Complaint and order the Clerk to file the Second Amended Short Form Complaint, attached hereto as Exhibit 1.

Date: December 12, 2024

/s/ *Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

/s/ *Robert J. Fenstersheib*
Robert J/ Fenstersheib
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
Phone: (952) 456-2488
rjf@fenstersheib.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the foregoing Leave to Amend Complaint to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

Date: December 12, 2024

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com