

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

ESTATE NO. 229728

I certify that administration of the Estate of

**SHANEEKA RENEE BRANCHE**

was granted on the __17TH__ day of __JULY, 2024__,
to __VENETIA RIVERS__

as personal representative(s) and the appointment is in effect
this __17TH__ day of __JULY__ __2024__,

☐ Will probated _____
                  (date)

☑ Intestate estate

_Alexis Burrell-Rohde_
ALEXIS BURRELL-ROHDE
**Register of Wills for**
BALTIMORE COUNTY

VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER

RW1120

ROWNET
11/2009