# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>SHANEEKA BRANCHE<br>　　　Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>　　　Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:19-cv-00125 |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Shaneeka Branche and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Venetia Rivers be substituted as Plaintiff of record on behalf of the deceased, Shaneeka Branche. Plaintiff has also requested that the Amended Short Form Complaint (previously filed on October 1st) be withdrawn, and the Second Amended Short Form Complaint be filed into the record in this matter.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** The Clerk of Court is directed to substitute Venetia Rivers as Plaintiff of record in Case No. 01542 and to withdraw the First Amended Short Form Complaint and to file the Second Amended Short Form Complaint.

Dated this _____ day of _____ 2024.

**BY THE COURT**

_____
United States District Court Judge