IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Case No. 1:20-cv-00852-RLY-TAB

IN RE: COOK MEDICAL INC., IVC FILTERS CASE NO. 1:14-ml-2570-RLY-TAB
ERIC FRANKLIN SANTIAGO AKA JUAN F. TURCIOS/MOTION TO COMPEL.

PLAINTIFF, (IVC) Filter is now unreatrebable, plaintiff was taken to Texas Tech Medical Center on August 24, 2024.

Currently plaintiff is at Hughes Prison awaiting possible release coming up soon, also plaintiff respectfully request the Honorable Court for time extention to compell as during present time is unable to retrieved any of necessary documents to show proof.

Plaintiff received the Court's document on 12/03/2024 (1) Showing proof of service (2) Respectfuly requesting time extention for later date.

Executed this this 3rd day of December of 2024.

Respectfully Eric Franklin Santiago/aka
Juan F. Turcios #1790019

The time for Plaintiff to effect service on Defendant, and file with the Court proof of having done so, is extended to January 3, 2025.

Tim A. Baker
U.S. Magistrate Judge
Dated: 12/12/2024

Distribution:

JUAN F. TURCIOS
01790019
a/k/a Eric F. Santiago
3 Jester Road
Richmond, TX 77406

( 1 of 1 )