IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Patsy Wickizer

Civil Case# 1:24-cv-07120-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above referenced matter.

Dated: 12/17/24

    Respectfully submitted,

    */s/ Matthew R. Lopez*
Matthew R. Lopez
**RUEB STOLLER DANIEL, LLP**
120 Vantis Drive, Suite 520
Aliso Viejo, CA 92656
matt.lopez@lawrsd.com

*Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  */s/ Matthew R. Lopez*
                                                  Matthew R. Lopez