**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Letitia Perry-O'Farrow and Jeriah O'Farrow</u>

Civil Case # 1:14-cv-06005-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, Timothy K. Moore of the law firm of Tim Moore, Attorney at Law, P.A. pursuant to Local Rule 83-7, and move the court for an Order allowing them to withdraw as attorneys of record for Plaintiffs Letitia Perry-O'Farrow and Jeriah O'Farrow. In support of this Motion, counsel for Plaintiffs state as follows:

1. On April 15, 2013, the undersigned filed the instant action on behalf of Plaintiffs Letitia Perry-O'Farrow and Jeriah O'Farrow.

2. The Plaintiffs are currently represented by Ben C. Martin and Thomas Wm. Arbon of Ben Martin Law Group, PLLC who will remain in this action as counsel of record for Plaintiffs.

3. Plaintiffs were given notice of the undersigned attorneys' intent to withdraw as counsel in this matter.

4. Plaintiffs will remain in this litigation.

5. Ben Martin Law Group, PLLC's address is 3141 Hood Street, Suite 600, Dallas, Texas 75219.

6. All future notices should be sent to Ben Martin Law Group, PLLC.

WHEREFORE, Timothy K. Moore of the law firm of Tim Moore, Attorney at Law, P.A. respectfully requests the Court to grant this motion.

Dated:  December 17, 2024.                                    Respectfully submitted,

/s/ Timothy K. Moore
Timothy K. Moore
North Carolina State Bar No. 22220
Tim Moore, Attorney at Law, P.A.
305 East King Street
Kings Mountain, North Carolina 28086
T: (704) 739-1221
F: (704) 739-5051
tim@timmoorelaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Timothy K. Moore
Timothy K. Moore