# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>PIOTR LECH<br>    Plaintiff,<br>v.<br>COK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:20-cv-01774 |

## **SUGGESTION OF DEATH**

Plaintiff, by and through undersigned counsel and pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Piotr Lech. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Piotr Lech's estate.

Dated: December 18, 2024

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*
Robert J/ Fenstersheib
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
Phone: (952) 456-2488
rjf@fenstersheib.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that December 18, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*/s/ Robert J. Fenstersheib*
Robert J/ Fenstersheib
Fenstersheib Law Group P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
Phone: (952) 456-2488
rjf@fenstersheib.com

*Counsel for Plaintiff*