# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2023 0102610  
DATE ISSUED: 12/15/2023

**DECEDENT'S LEGAL NAME:** PIOTR WALDEMAR LECH  
**SEX:** MALE  
**DATE OF DEATH:** DECEMBER 13, 2023  

**COUNTY OF DEATH:** COOK  
**AGE AT LAST BIRTHDAY:** 56 YEARS  
**DATE OF BIRTH:** [redacted]  

**CITY OR TOWN:** CHICAGO  
**HOSPITAL OR OTHER INSTITUTION NAME:** COMMUNITY FIRST MEDICAL CENTER  

**PLACE OF DEATH:** EMERGENCY ROOM / OUTPATIENT  

**BIRTHPLACE:** POLAND  
**SOCIAL SECURITY NUMBER:** [redacted]  
**STATUS AT TIME OF DEATH:** DIVORCED FROM MARRIAGE  
**SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME:** [blank]  
**EVER IN U.S. ARMED FORCES?** NO  

**RESIDENCE:** [redacted]  
**APT. NO.:** [blank]  
**CITY OR TOWN:** CHICAGO  
**INSIDE CITY LIMITS?** YES  

**COUNTY:** COOK  
**STATE:** IL  
**ZIP CODE:** 60634  
**FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** WACLAW LECH  
**MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION:** APOLONIA OSZAJEC  

**INFORMANT'S NAME:** ANNA LECH-MISZCZYK  
**RELATIONSHIP:** SISTER  
**MAILING ADDRESS:** [redacted]  

**METHOD OF DISPOSITION:** BURIAL  
**PLACE OF DISPOSITION:** KOMUNALNY CEMETERY  
**LOCATION - CITY OR TOWN AND STATE:** DEBICA, POLAND  
**DATE OF DISPOSITION:** DECEMBER 30, 2023  

**FUNERAL HOME:** SKAJA TERRACE FUNERAL HOME, 7812 N. MILWAUKEE AVENUE, NILES, IL, 60714  

**FUNERAL DIRECTOR'S NAME:** MARK JOSEPH CIOLEK  
**FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER:** 034012344  

**LOCAL REGISTRAR'S NAME:** KAREN A YARBROUGH  
**DATE FILED WITH LOCAL REGISTRAR:** DECEMBER 14, 2023  

**CAUSE OF DEATH**  
PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)  
a. MYOCARDIAL INFARCTION — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: >1 DAYS  
b. Due to (or as a consequence of): [blank]  
c. Due to (or as a consequence of): [blank]  
Due to (or as a consequence of): [blank]  

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.: [blank]  

**WAS AN AUTOPSY PERFORMED?** NO  
**WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?** N/A  

**FEMALE PREGNANCY STATUS:** NOT APPLICABLE  
**MANNER OF DEATH:** NATURAL  

**DATE OF INJURY:** [blank]  
**TIME OF INJURY:** [blank]  
**PLACE OF INJURY:** [blank]  
**INJURY AT WORK?** [blank]  
**LOCATION OF INJURY:** [blank]  
**DESCRIBE HOW INJURY OCCURRED:** [blank]  
**IF TRANSPORTATION INJURY, SPECIFY:** [blank]  

**ATTEND THE DECEASED?** YES  
**DATE LAST SEEN ALIVE:** DECEMBER 12, 2023  
**WAS MEDICAL EXAMINER OR CORONER CONTACTED?** YES  
**DATE PRONOUNCED:** [blank]  
**TIME OF DEATH:** 03:22 AM  

**CERTIFIER:** PHYSICIAN  
**DATE CERTIFIED:** DECEMBER 13, 2023  

**NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** HARESH SAWLANI, 3445 N CENTRAL AVE, CHICAGO, ILLINOIS, 60634  
**PHYSICIAN'S LICENSE NUMBER:** 036091782  

2881130




This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough  
Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE