IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570

MDL No. 2570

This Document Relates to:

McDonald, Kevin Ray; Case No. 1:16-cv-01832
Chrisman, Thomas W.; Case No. 1:16-cv-01833
Ratliff, Dallas K. and Kathyann Tiller; Case No. 1:17-cv-01807

ACKNOWLEDGED. Cases listed in the caption are dismissed with prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 12/19/2024

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: November 22, 2024

/s/ Joseph R. Johnson
Joseph R. Johnson
Babbitt & Johnson, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
Telephone: (888) 666-0523
Facsimile: (561) 684-6308
Email: jjohnson@babbitt-johnson.com

**Attorney for Plaintiff**

/s/ Kip S.M. McDonald
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

**Attorney for Defendants**