# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 1:14-ML-2570-RLY-TAB |
| SHANEEKA BRANCHE<br>    Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | CASE NO. 1:19-cv-00125-RLY-TAB |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS said motions. [Filing Nos. 26135, 26329.]

IT IS THEREFORE ORDERED that: (1) Venetia Rivers is substituted as Plaintiff of record on behalf of the deceased, Shaneeka Brancheas in the above referenced action. (2) Plaintiff is hereby granted Leave to File a Second Amended Short Form Complaint; and (3) the Second Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 12/20/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.