**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ACKNOWLEDGED. Case is voluntarily dismissed.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 12/20/2024

**IN RE: COOK MEDICAL, INC. IVC**
**FILTERS MARKETING, SALES**
**PRACTICES AND PRODUCTS LIABLITY**
**LITIGATION**

**Case: 1:14-ml-2570-RLY-TAB**
**MDL No.: 2570**

**This Document Relates to:**

**LINDA MULLIN on behalf of**
**JAMES W. MULLIN (Deceased), Plaintiff,**
**Civil Action No.: 1:17-cv-02496**

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, the undersigned counsel on behalf of Plaintiff, Linda Mullin on behalf of

James W. Mullin (Deceased), and hereby respectfully gives notice of the voluntary dismissal of the

above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-02496.

Dated: November 8, 2024

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*