IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Campbell, Nevia – 1:19-cv-04423

ACKNOWLEDGED. Case is dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 12/20/2024

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 5, 2024

*/s/ Ryan E. Hodge (with permission)*
Ryan E. Hodge
Ray Hodge & Associates, L.L.C.
8558 W. 21st St. N., Suite 300
Wichita, Kansas 67205
Telephone: (316) 269-1414
Facsimile: (316) 263-6019
Email: hodgelaw@kansaslaw.com

**Attorney for Plaintiff**

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com

**Attorneys for Defendants**