IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/20/2024

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Linda Banks, 1:17-cv-04325

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS, hereby stipulate that Plaintiff's claims against Defendants are dismissed without prejudice. Each party to bear its own fees and costs.

By: */s/ Richard W. Schulte*
WRIGHT & SCHULTE, LLC
Richard W. Schulte
865 S. Dixie Drive
Vandalia, OH 45377
Tel: (937) 435-7500
Fax: (937) 435-7511
Rschulte@yourlegalhelp.com

*Counsel for Plaintiff*

Dated: October 17, 2024

By: */s/ Kip S. M. McDonald (with permission)*
Kip S.M. McDonald
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
kip.mcdonald@faegredrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: October 17, 2024