> ACKNOWLEDGED. Cases listed in caption are dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/20/2024

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Colligan, Russell – 1:19-cv-02154
Lament, Charles and Jeanette – 1:19-cv-03052
Simpson, Yolanda – 1:19-cv-04806

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned case acknowledge that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 8, 2024

| | |
|---|---|
| */s/ C. Moze Cowper* | */s/ Andrea Roberts Pierson* |
| C. Moze Cowper | Andrea Roberts Pierson |
| Cowper Law LLP | Faegre Drinker Biddle & Reath LLP |
| 10880 Wilshire Boulevard, Suite 1840 | 300 North Meridian Street, Suite 2500 |
| Los Angeles, California 90024 | Indianapolis, Indiana 46204 |
| Telephone: (877) 529-3707 | Telephone: (317) 237-0300 |
| Facsimile: (877) 284-0980 | Facsimile: (317) 237-1000 |
| Email: mcowper@cowperlaw.com | Email: andrea.pierson@faegredrinker.com |
| **Attorney for Plaintiffs** | **Attorneys for Defendants** |