# COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2023 0102610  
DATE ISSUED: 12/15/2023

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | PIOTR WALDEMAR LECH |
| SEX | MALE |
| DATE OF DEATH | DECEMBER 13, 2023 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 56 YEARS |
| DATE OF BIRTH | [redacted] |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | COMMUNITY FIRST MEDICAL CENTER |
| PLACE OF DEATH | EMERGENCY ROOM / OUTPATIENT |
| BIRTHPLACE | POLAND |
| SOCIAL SECURITY NUMBER | [redacted] |
| STATUS AT TIME OF DEATH | DIVORCED FROM MARRIAGE |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | [redacted] |
| APT. NO. | |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60634 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | WACLAW LECH |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | APOLONIA OSZAJEC |
| INFORMANT'S NAME | ANNA LECH-MISZCZYK |
| RELATIONSHIP | SISTER |
| MAILING ADDRESS | [redacted] |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | KOMUNALNY CEMETERY |
| LOCATION - CITY OR TOWN AND STATE | DEBICA, POLAND |
| DATE OF DISPOSITION | DECEMBER 30, 2023 |
| FUNERAL HOME | SKAJA TERRACE FUNERAL HOME, 7812 N. MILWAUKEE AVENUE, NILES, IL, 60714 |
| FUNERAL DIRECTOR'S NAME | MARK JOSEPH CIOLEK |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034012344 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | DECEMBER 14, 2023 |

**CAUSE OF DEATH**

PART I. IMMEDIATE CAUSE (Final disease or condition resulting in death)  
a. MYOCARDIAL INFARCTION — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: >1 DAYS  
b.  
c.  

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED? NO  
WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A  
FEMALE PREGNANCY STATUS: NOT APPLICABLE  
MANNER OF DEATH: NATURAL  

DATE OF INJURY:   TIME OF INJURY:   PLACE OF INJURY:   INJURY AT WORK:  
LOCATION OF INJURY:  
DESCRIBE HOW INJURY OCCURRED:  
IF TRANSPORTATION INJURY, SPECIFY:  

ATTEND THE DECEASED? YES  
DATE LAST SEEN ALIVE: DECEMBER 12, 2023  
WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES  
DATE PRONOUNCED:  
TIME OF DEATH: 03:22 AM  
CERTIFIER: PHYSICIAN  
DATE CERTIFIED: DECEMBER 13, 2023  
NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: HARESH SAWLANI, 3445 N CENTRAL AVE, CHICAGO, ILLINOIS, 60634  
PHYSICIAN'S LICENSE NUMBER: 036091782  

2881130




This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Karen A. Yarbrough*  
Cook County Clerk

THE WORD VOID APPEARS WHEN PHOTOCOPIED — NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE