IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Paula A. Harris

Civil Case # 1:17-cv-1717

## SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Paula A. Harris

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Ohio

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Ohio

6. Plaintiff's/Deceased Party's current state of residence:

   Ohio

7. District Court and Division in which venue would be proper absent direct filing:

   U.S. District Court for the Southern District of Ohio, Cincinnati Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒　Cook Incorporated

   ☒　Cook Medical LLC

   ☒　William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒　Diversity of Citizenship

   ☐　Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   1-52

   b. Other allegations of jurisdiction and venue:

   The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs as Plaintiff underwent invasive and extensive medical care and treatment as a result of the faulty and defective Cook Gunther Tulip Vena Cava Filter. More specifically, this is at least a Category 5 case as Plaintiff underwent a failed percutaneous retrieval on or about March 16, 2012.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☒ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

December 27, 2011

12. Hospital(s) where Plaintiff was implanted (including City and State):

Bethesda Trihealth Good Samaritan

Cincinnati, OH

13. Implanting Physician(s):

Dr. Patrick Muck

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Failure to Warn

☒ Count II: Strict Products Liability – Design Defect

☒ Count III: Negligence

☒ Count IV: Negligence Per Se

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒     Count VII:     Violations of Applicable Ohio Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:     Wrongful Death

☐     Count X:     Survival

☐     Count XI:     Punitive Damages

☒     Other:     Tolling of Statute of Limitations (please state the facts supporting this Count in the space, immediately below)

<u>Plaintiff and the physicians reasonably relied upon the skill and judgment of Defendants. As soon as the true nature of the IVC FILTER and the fact that the warranty and representations were false were ascertained, Plaintiff was notified of the breach. Due to Defendants' deception, and failure to notify individuals of the defects, Plaintiff could not have known of the falsehood and therefore could not have taken action before this time.</u>

☒     Other: (please state the facts supporting this Count in the space, immediately below)

<u>Fraudulent Concealment. See brief filed at Document Number 14 in this specific case, and 17467 in the main MDL, for specific allegations.</u>

15. Attorney for Plaintiff(s):

    <u>Karen H. Beyea-Schroeder</u>

16. Address and bar information for Attorney for Plaintiff(s):

4

Karen H. Beyea-Schroeder, Burnett Law Firm, 3737 Buffalo Speedway, 18th Floor, Houston, TX 77098

Bar Information: U.S. Supreme Court No. 291652, U.S. District Court for the Southern District of Texas No. 871854

A Jury Trial is hereby demanded on all Counts.

                          Respectfully submitted,

                          **BURNETT LAW FIRM**

By: */s/ Karen H. Beyea-Schroeder*
     Karen H. Beyea-Schroeder
     3737 Buffalo Speedway, 18th Floor
     Houston, Texas 77098
     Office Tel: (832) 413-4410
     Cell: (832) 585-9829
     Fax: (832) 900-2120
     Email:
     Karen.Schroeder@RBurnettLaw.com
     *Attorneys for Plaintiff(s)*

     ***Lead Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      */s/ Karen H. Beyea-Schroeder*