UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ | ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

This Document Relates to:

James Mincey, 1:18-cv-3228
_____

# ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff James Mincey's Notice of Voluntary Dismissal with Prejudice (Filing No. 26232) is **APPROVED**. The Clerk is **DIRECTED** to remove his name from the caption.

**SO ORDERED** this 2nd day of January 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.