# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br><br>CHIEF JUDGE:<br>RICHARD L. YOUNG<br><br>MAGISTRATE JUDGE:<br>TIM A. BAKER |
| This Document Relates to:<br><br>Dennis Zeigler and Sherry Zeigler<br>1:16-cv-1128 | Case No. 1:14-ml-2570-RLY-TAB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Sherry Zeigler's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: January 6, 2025

| | |
|---|---|
| /s/ Christopher A. Seeger<br>Christopher A. Seeger<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Tel: (973) 639-9100<br>Fax: (973) 679-8656<br>Email: cseeger@seegerweiss.com<br>Attorney for Plaintiff(s) | /s/Andrea Roberts Pierson<br>Andrea Roberts Pierson<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Tel: 317-237-0300<br>Fax: 317-237-1000<br>Email: andrea.pierson@faegredrinker.com<br>Attorney for Defendant(s) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2025, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notifications to all counsel of record.

/s/ Christopher A. Seeger
Christopher A. Seeger