# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates:
Case No.: 1:19-cv—02384

Plaintiff: Barnes, Annete and Harry
      vs.

Defendant: Cook Medical

## NOTICE/SUGGESTION OF DEATH

      The death of Annette Barnes, the Plaintiff in the above action, on July 28, 2024, during pendency of this action is noted upon the record. See Obituary attached hereto as Exhibit "A."

      Respectfully submitted,

By:   */s/ Peter D. Friday*
      Peter D. Friday, Esquire
      pfriday@friaylaw.com
      Attorney for Plaintiff
      PA I.D. # 48746

## CERTIFICATE OF SERVICE

I hereby certify on the 11th day of December, 2024 that a copy of the foregoing

***NOTICE/SUGGESTION OF DEATH*** was served upon the following, by ECF Filing:

All Counsel Upon Record

Friday & Cox LLC

Respectfully submitted,

By: */s/ Peter D. Friday*
Peter D. Friday, Esquire
pfriday@fridaylaw.com
Attorney for Plaintiff
PA I.D. # 48746