# ANNETTE BARNES

November 12, 1942 - July 28, 2024



BARNES
ANNETTE

Annette Barnes, 81, of Upper St. Clair, Pennsylvania, passed away peacefully on July 28, 2024, surrounded by her loved ones. She was born on November 12, 1942, in Pittsburgh to Arthur and Nellie King.

Annette was a devoted wife to Harry Barnes for 59 years. Together they raised their two children, David (Kathleen) Barnes and Karen (Kevin) Lucca. She was also a cherished grandmother to Camille (Oggie), Samuel, Jacob, William, Julia, Joseph, and Jordan; and great-grandmother to Vera and Whit. As a beloved sister to James, who recently passed away in October of 2023, she held her family close to her heart and created a legacy of love and kindness that will endure through generations.

Annette spent most of her working years managing the family tax accounting and real estate businesses. She was known for her kindness and endless generosity to her family and others. She fostered children in her home and adopted several dogs and cats over the years. She also found time to assist elderly members of the community with their errands and shopping. Annette dedicated her life to spending quality time with her family. She loved going on family vacations, and she never turned down a shopping trip or an ice cream cone. Her home was always filled with warmth and an abundance of sweet treats. She will be deeply missed by all who knew her. Her love and generosity will live on in the hearts of her family and friends.

Annette will be laid to rest at the National Cemetery of the Alleghenies. A celebration of her life will be held on August 16th, from 4:00 p.m. to 8:00 pm. at the Fairview Sunset Room, 3326 Washington Pike, Bridgeville, PA 15017. Family and friends are invited to attend, celebrate her life, and share their memories of her. In lieu of flowers, donations may be made to the Washington Area Humane Society in her honor. Arrangements entrusted to BALL FUNERAL CHAPEL, INC.

**No Events Scheduled At This Time**