FORM 20

## DEPARTMENT OF COURT RECORDS, WILLS/ORPHANS' COURT DIVISION

*COMMONWEALTH OF PENNSYLVANIA*

*ALLEGHENY COUNTY*

SS:   No.:   2296088

No.   022406455

I, Michael McGeever, Director of the Department of Court Records in and for the County of Allegheny in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on the

8th day of October, 2024   LETTERS OF TESTAMENTARY

on the Estate of ANNETTE BARNES,

deceased, were granted to DAVID K. BARNES

having first been qualified well and truly to administer the same. And, I further certify that no revocation of said Letters appears of record in my office.

Date of Death   7/28/2024

Social Security No.   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

Given under my hand and seal of office, at Pittsburgh this 8th day of October   2024

*Michael McGeever*
Director, Department of Court Records

*[signature]*
Clerk

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**