UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates:
Case No.: 1:19-cv—02384

Plaintiff: Barnes, Annette and Harry
       vs.

Defendant: Cook Medical

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Plaintiffs' Motion to Substitute Personal Representative for Deceased Plaintiff is GRANTED. The amended caption shall read as follows:

IN RE: COOK MEDICAL, INC., IVC FILTERS         Case No.: 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCT LIABILITY LITIGATION
_____

This Document Relates:
Case No.: 1:19-cv—02384

Plaintiff: DAVID K. BARNES, as Executor of
the Estate of ANNETTE BARNES, deceased and
HARRY BARNES, individually

vs.

Defendant: Cook Medical

BY THE COURT:

_____