IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Cathy Howe
1:18-cv-03103-RLY-TAB

**ORDER ON JANUARY 6, 2025, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff to attend a telephonic status conference on December 9, 2024, to address his counsel's motion to withdraw. [Filing No. 26240.] Plaintiff failed to appear as ordered and the Court then issued an order setting a second conference for January 6, 2025. The Court also ordered Plaintiff to show cause by December 30, 2024, why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to her failure to appear for the December 9 conference. [Filing 26323.] Plaintiff's counsel appeared at the January 6, 2025, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiff has failed to respond to the order to show cause. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 1/7/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Willard J. Moody, Jr. & Amy Lorrelle Stone are required to serve Plaintiff, Cathy Howe.