# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS
### CERTIFICATE OF DEATH

**State File Number:** 23-031437
**Date Received by Registrar:** JUNE 1, 2023

| Field | Value |
|---|---|
| 1. Full Name of Decedent | MARK CARLTON LAYMAN |
| 2. Sex | MALE |
| 3. Date of Birth | (redacted), Age 58 |
| 4. Date of Death | MAY 29, 2023 |
| 6. Was Decedent Ever in U.S. Armed Forces? | YES |
| 7. Birthplace | VIRGINIA |
| 11. County of Decedent's Residence | HENRICO COUNTY |
| 10. City or Town of Residence | RICHMOND |
| 11. State | VIRGINIA |
| 11d. Zip Code | 23228 |
| 13. Citizen of What Country | UNITED STATES OF AMERICA |
| 15. Education | BACHELOR'S DEGREE |
| 16. Marital Status | NEVER MARRIED |
| 17. Usual or Last Occupation | DISABLED |
| 21. Father's Name | LAWRENCE LAYMAN |
| 22. Mother's Name | SHIRLEY DULANEY |
| 23. Informant | LAWRENCE SCOTT LAYMAN (BROTHER) |
| 25. Name of Hospital or Institution of Death | HENRICO DOCTORS' FOREST HOSPITAL |
| 27. City of Death | RICHMOND |
| 29. Method of Disposition | CREMATION / INCINERATION |
| 30. Place of Disposition | AFFINITY CREMATORY |
| 31. Funeral Home Street Address | 8074 MECHANICSVILLE TURNPIKE, MECHANICSVILLE, VIRGINIA |
| 32. Funeral Director License No. | 0502810015 |
| 33. Name of Funeral Facility | AFFINITY FUNERAL SERVICE - RICHMOND |
| Funeral Address | 2720 ENTERPRISE PARKWAY, RICHMOND, VIRGINIA 23294 |
| 34. Time of Death | 09:15 A.M. |
| PART I. Immediate Cause | (a) KIDNEY FAILURE |
| Due to | (b) ESSENTIAL HYPERTENSION |
| Due to | (c) RESPIRATORY FAILURE WITH HYPOXIA |
| 38. Autopsy | NO |
| 39. Pregnant | NOT PREGNANT WITHIN PAST YEAR |
| 40. Military Death | NO |
| 41. Date of Injury | — |
| 44. Place of Injury | — |
| 48. Name of Person Providing Medical Certification of Death | NIRAJ J PATEL |
| Signature | /S/ NIRAJ J PATEL |
| 49a. Title | MEDICAL DOCTOR |
| 49b. Address | 10800 MIDLOTHIAN TURNPIKE NORTH CHESTERFIELD, VIRGINIA 23235 |
| 49c. Medical License No. | 0101252936 |
| 49d. Date Signed | JUNE 1, 2023 |

**Date Issued:** June 2, 2023

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

*Seth Austin*
Seth Austin, Director and State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.
VS 15C

Dear Sir or Madam,

This document is a record of the information provided at the time of the event. This certificate legal document and all information should be reviewed for accuracy.
If you have any questions or concerns please return the certificate (if necessary) with a letter explanation to:

State Health Department
Office of Vital Records
P.O. Box 1000
Richmond, VA 23218