# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Roy Klaster Mills, Jr.

Civil Case No. 1:16-cv-2313-RLY-TAB

## SUGGESTION OF DEATH AND UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Roy Klaster Mills, Jr., and moves this Court to substitute his sister, Alesia Mills, as Representative of the Estate of Roy Klaster Mills, Jr., Deceased.

Alesia Mills is listed as the sole surviving sibling of the Plaintiff, who is noted as having no additional heirs in the attached Small Estate Affidavit. (Exhibit A.) Personal data identifiers ("PDI"), as defined by Fed. R. Civ. P. 5.2(a) have been redacted from the attached Exhibit A. Alesia Mills is the proper party plaintiff to substitute for Plaintiff-decedent and has the capacity to proceed with the lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25(a), which provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor representative." Fed. R. Civ. P. 25a).

Accordingly, counsel for Alesia Mills respectfully requests that the Court grant this motion

3151714.1

to substitute her on behalf of her brother, Roy Klaster Mills, Jr., as the plaintiff in this action.

Counsel for Defendants confirmed that Defendants do not oppose this request.

Dated: January 8, 2025

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Daniel E. Seltz

Daniel E. Seltz
Wendy R. Fleishman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592
Emails:  dseltz@lchb.com
         wfleishman@lchb.com

*Counsel for Plaintiff Roy Klaster Mills and Proposed Plaintiff Alesia Mills*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th of January, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

                                                            */s/ Daniel E. Seltz*
                                                            Daniel E. Seltz

3151714.1