# EXHIBIT A

**IN THE 21ST JUDICIAL CIRCUIT, ST. LOUIS COUNTY, MISSOURI**

| Judge or Division: PROBATE | Case Number: 24SL-PR00207 | **FILED** 10/31/24 2:18 PM PROBATE DIVISION ST. LOUIS COUNTY, MO |
|---|---|---|
| In the Estate of ROY KLASTER MILLS, JR., Deceased. | | (Date File Stamp) |

## Certificate of Clerk
### (Small Estate)

I, the undersigned official of the Probate Division of the Circuit Court of the County and State aforesaid, certify that the attached affidavit has been duly filed with this court and sets forth the names and addresses of the persons entitled to the described property of the decedent under the facts in the affidavit.

☒ No will of Decedent has been admitted to probate prior to the signing of this certificate.

☒ The court has dispensed with the filing of a bond of distributees.

**In Testimony Whereof**, I, Clerk of the Probate Division have signed my name and affixed the seal of the said court on 31-OCT-2024.

/s/ JOAN M. GILMER
Circuit Clerk

**Certification**

**COURT SEAL OF**



**ST. LOUIS COUNTY**

I, the undersigned official of the Probate Division of the Circuit Court of the County and State aforesaid, do certify that the above and foregoing are true and correct copies of the original Affidavit and Certificate made under Section 473.097, RSMo, and on file in my office.

**Witness** my hand and seal of Court on: _____ (date).
JOAN M. GILMER, CIRCUIT CLERK

By: _____
Deputy Clerk

**NOTE**: This affidavit and certificate authorizes the affiant to collect the property of the decedent, described in the affidavit, for the purpose of paying debts and distributing assets. The affiant shall distribute the remaining property to such persons identified in the affidavit who are entitled to receive the specific items of personal property, as described in the affidavit, and have any evidence of such property transferred to such persons. To the extent necessary to facilitate distribution, the affiant may liquidate all or part of decedent's property.

**File in Recorder's Office if real property is involved.**

**24SL-PR00207**

Electronically Filed - ST LOUIS COUNTY - September 10, 2024 - 06:11 PM

## CONFIDENTIAL CASE FILING INFORMATION SHEET – PROBATE

**INSTRUCTIONS:**
- ✓ **Please also enter all of the below parties in Case.net when filing the Petition.**

**NOTE:** Name; addresses; DOB; and Social Security Number should be listed for all parties. The **full** Social Security Number (SSN) is *required* pursuant to Missouri Supreme Court Operating Rule 4.07 for each party in the case that is reasonably available. This is a confidential document. While cases deemed public under Missouri statutes can be accessed through Case.net, the day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net.

In the Matter of: Roy Mills, Jr, Deceased.

**Party Type Code:** ☒ AFFIANT
Name (if a person): (Last) Mills  (First) Alesia  (Middle) _____
Organization (if non-person): _____
Address: [redacted]
City: Florrisant   State: Mo   Zip: 63033
DOB: 5/5/65   SSN: [redacted]

**Party Type Code:** ☐ CO-AFFIANT
Name (if a person): (Last) _____ (First) _____ (Middle) _____
Organization (if non-person): _____
Address: _____
City: _____ State: _____ Zip: _____ Contact Telephone Number: _____
DOB: _____ SSN: _____

**Party Type Code:** ☒ DECEDENT
Name (if a person): (Last) Mills (First) Roy (Middle) _____
Organization (if non-person): _____
Address: 12775 Needlepoint Ct. Florissant, Mo. 63033
City: _____ State: _____ Zip: _____
DOD: 1/17/2023   Gender: ☐ Male ☐ Female   SSN: _____

Submitted by: MacArthur Moten   Bar ID: 27017
Address: 3920 Lindell Ste 200
City: St. Louis   State: Mo   Zip: 63108
Phone: (314) 645-9500   Email Address: Lawoffics101@gmail.com

Page 5 of 12

CCPR152-W   06-2023



IN THE PROBATE DIVISION, CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

In the Matter of:

Roy Mills, Jr

    Deceased.

**AFFIDAVIT TO ESTABLISH TITLE OF DISTRIBUTEE** *Amended*
**TO PROPERTY IN ESTATE OF LESS THAN $40,000**
**(§ 473.097 RSMO)**

**SMALL ESTATE – INTESTATE (WITHOUT WILL)**

The undersigned, a distributee entitled to receive property of Decedent, being first duly sworn, states:

Roy Mills, Jr _____ resided at 12775 Needlepoint Ct. Florissant, Mo. 63033

and died on 1/17/2023.

    All unpaid debts, claims or demands against Decedent or Decedent's estate and all estate taxes due, if any, on the property transfers involved have been or will be paid, except that any liability by Affiant for the payment of unpaid claims shall be limited to the value of the property received.

    Attached hereto as Exhibit A is an itemized description and valuation of all the property of Decedent, together with the names and addresses of the persons having possession of the same (including registrars or transfer agent of all corporate shares and bonds).

    Attached hereto as Exhibit B are the names, addresses and relationship to Decedent of the persons entitled to and who will receive the property remaining after payment of claims and debts of the decedent.

    The value of the entire estate, less liens and encumbrances, is $12,000.00. This amount does not exceed the amount of $40,000 (if Decedent's date of death is less than one year prior to filing the Affidavit and Decedent's debts are used to reduce the value of Decedent's assets to $40,000, Affiant must attach to the Affidavit a list of creditors along with the amount owed to each creditor).

    Thirty days have elapsed since the death of Decedent and no application for letters testamentary or for administration or for refusal of letters under § 473.090 RSMo is pending or has been granted.

**BOND** – Select the first one that applies.
    ☐ A small estate bond in the amount of $_____ with corporate surety has been filed.
    ☐ Affiant is the sole heir of the estate and requests waiver of bond.
    ☑ The total value of the estate is $15,000 or less and therefore Affiant requests waiver of bond.
    ☐ The value of the estate is greater than $15,000 and notarized consents of all heirs are attached to this Affidavit.

The undersigned swears that the matters set forth in the foregoing affidavit are true and correct according to the undersigned's best knowledge and belief, subject to penalty for making a false affidavit or declaration.

Subscribed and sworn to me on the 6th day of September, 2024 by Alesia Mills

_(Affiant's Signature)_

Alesia Mills
Affiant's Name (Typed)

_(Notary Public Signature)_

MACARTHUR MOTEN
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14477443
My Commission Expires Jun 30, 2026

Street Address

Florrisant, Mo 63033
City, State, Zip

amills1010@gmail.com
Affiant's Email

_(Attorney's Signature)_

MacArthur Moten          27017
Attorney's Name & Bar Number (Typed)

3920 Lindell Ste 200
Street Address

St. Louis          Mo     63108
City, State, Zip

(314) 645-9500
Phone Number with Area Code

Lawoffics101@gmail.com
E-mail Address

IN THE PROBATE DIVISION, CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

In the Matter of:

Roy Mills, Jr

    Deceased.

### EXHIBIT A - ASSETS
(Assets of Decedent)

**PERSONAL PROPERTY:**

| Name of Bank | Type of Account (Checking, Savings, CD) with Last Four Digits of account number | Current Value of Account |
|---|---|---|
|  |  | $ |
|  |  | $ |
| Name of Financial Institution | Type of Account (Brokerage, 401(k), IRA, etc.) with Last Four Digits of account number | Current Value of Account |
|  |  | $ |
|  |  | $ |
| List All Vehicles Year, Make, Model | VIN | Value of Vehicle |
|  |  | $ |
|  |  | $ |
| Checks | Check # | Check Amount |
|  |  | $ |
|  |  | $ |
| Life Insurance | Policy Type with Last Four Digits of Policy Number | Face Value |
|  |  | $ |
|  |  | $ |
| Other Personal Property |  | Value |
| workers compensation Award |  | $ 10,000.00 |
|  |  | $ |
|  | Total Personal Property | $ 10,000.00 |

Page 8 of 12

CCPR152-W   06-2023

## EXHIBIT A - Continued
## ASSETS
### (Assets of Decedent)

**REAL PROPERTY – MISSOURI ONLY:**

| Address | Full Legal Description | Value |
|---|---|---|
| n/a |  | $ |
|  |  | $ |

| | |
|---|---|
| Total Value without debt: | $0.00 |
| Deductions for any debt claimed to reduce estate value below $40,000 with proof of debt attached. | $0.00 |
| Total value after deducting any debt: | $0.00 |

Attach additional sheets if necessary.

- In the event any value is unknown, list such amount as a value "not to exceed" to ensure that the total of such assets do not exceed the limit of $40,000.

CCPR152-W   06-2023

Page **9** of **12**

In the Matter of:

Roy Mills, Jr

    Deceased.

## EXHIBIT B - HEIRS

*Any information that is not applicable should be mark N/A on the name line.

**SPOUSE OF DECEDENT:**

Name n/a _____  ☐ Deceased   Date of Death _____

Address: _____

**LIVING CHILDREN OF DECEDENT:**

Name n/a _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Address _____ Under Age 18? ☐ Yes ☐ No
Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Address _____ Under Age 18? ☐ Yes ☐ No
Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Address _____ Under Age 18? ☐ Yes ☐ No
Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Address _____ Under Age 18? ☐ Yes ☐ No
Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Address _____ Under Age 18? ☐ Yes ☐ No

**DECEASED CHILDREN OF DECEDENT:**

Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Date of Death: _____ Attach List of Descendants if Predeceased ☐ Yes ☐ N/A
List Personal Representative of Estate and Estate Number if Deceased Child Survived Decedent:
_____

Name _____ Mutual child of Decedent and Spouse? ☐ Yes ☐ No
Date of Death: _____ Attach List of Descendants if Predeceased ☐ Yes ☐ N/A
List Personal Representative of Estate and Estate Number if Deceased Child Survived Decedent:
_____

Electronically Filed - ST LOUIS COUNTY - September 10, 2024 - 06:11 PM

**ONLY COMPLETE** - If Decedent had no spouse or children/grandchildren:

**MOTHER:**

Name  Carolyn Mills-Peeples        ☐ Deceased   Date of Death _____

Address  4820 Chalfont Road Florrissant, mo. 63033

**FATHER:**

Name  Roy Mills                    ☒ Deceased   Date of Death  10/2015

Address _____

**LIVING SIBLINGS:**

Name  Alesia Mills                                              Whole Sibling ☒ Yes  ☐ No
Address  ▇▇▇▇▇▇▇ Florrissant, mo. 63033                        Under Age 18? ☐ Yes  ☐ No

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Address _____                                                  Under Age 18? ☐ Yes  ☐ No

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Address _____                                                  Under Age 18? ☐ Yes  ☐ No

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Address _____                                                  Under Age 18? ☐ Yes  ☐ No

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Address _____                                                  Under Age 18? ☐ Yes  ☐ No

**DECEASED SIBLINGS:**

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Date of Death: _____                Attach List of Descendants if Predeceased ☐ Yes  ☐ N/A
List Personal Representative of Estate and Estate Number if Deceased Sibling Survived Decedent:
_____

Name _____                                                    Whole Sibling ☐ Yes  ☐ No
Date of Death: _____                Attach List of Descendants if Predeceased ☐ Yes  ☐ N/A
List Personal Representative of Estate and Estate Number if Deceased Sibling Survived Decedent:
_____

*Attach additional sheets if necessary.

**If Decedent** had no spouse, children, or grandchildren and Decedent's parents pre-deceased and Decedent had no **siblings o**r their siblings pre-deceased without descendants, provide the names, addresses, and relationship of any **remaining** heirs-at-law on a family tree attached to this form.
§ 473.017 and § 474.010 RSMo.

Attach additional sheets if necessary.

IN THE PROBATE DIVISION, CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

In the Matter of:

Roy Mills, Jr

    Deceased.

## REQUEST FOR WAIVER OF BOND

All heirs of Decedent are stated in Exhibit B to the Affidavit to Establish Title of Distributee to Property in Estate of Less than $40,000 and all heirs do by their signatures below consent to the waiver of the filing of bond in the above-named estate by Affiant. The undersigned heir understands that the purpose of the bond is to protect his/her interest in the estate and that distributions made to the heir without a bond may result in a creditor of the estate seeking reimbursement from such distribution. The undersigned heir has reviewed the Exhibit B of the Affidavit and states that all heirs of Decedent are as stated.

_____
Alesia Mills

Subscribed and sworn to before me this ___6___ day of __September 2024__

(Notary Seal)

MACARTHUR MOTEN
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 14477443
My Commission Expires Jun 30, 2026

_____
Notary Public

Notary Commission expires: _____

CCPR152-W   06-2023                     Page 12 of 12