# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Fenton

Civil Case No. 1-17-cv-02099-JMS-TAB

## SUGGESTION OF DEATH AND UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Debra Fenton, and movoes this Court to substitute JoAnn Holmes and Connie Goedert, Representatives of the Estate of Debra Fenton, Deceased, as plaintiffs.

JoAnn Holmes and Connie Goedert are listed as Plaintiff's Executors in the attached Certificate of Appointment of Executors. See Exhibit A. Personal data identifiers have been redacted from the attached Exhibit A. JoAnn Holmes and Connie Goedert are the proper party plaintiffs to substitute for Plaintiff-decedent and have the capacity to proceed with the lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25(a), which provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor representative." Fed. R. Civ. P. 25a).

Accordingly, counsel for Ms. Holmes and Ms. Goedert respectfully requests that the Court

grant this motion to substitute them on behalf of Debra Fenton as the plaintiff in this action.

Counsel for Defendants confirmed that Defendants do not oppose this request.

Dated: January 8, 2025

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
       Daniel E. Seltz

Daniel E. Seltz
Wendy R. Fleishman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Emails:     dseltz@lchb.com
            wfleishman@lchb.com

*Counsel for Plaintiff Debra Fenton and Proposed Plaintiffs JoAnn Holmes and Connie Goedert*

3151996.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of January, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

*/s/ Daniel E. Seltz*
Daniel E. Seltz

3151996.1