# EXHIBIT A

Certificate# 11000

# Surrogate's Court of the State of New York
# Warren County
## Certificate of Appointment of Executors

File #: 2021-329

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

| | | |
|---|---|---|
| Name of Decedent: | **Debra A Fenton** | Date of Death: **November 4, 2021** |
| Domicile: | **Queensbury, New York** | |
| Fiduciary Appointed: Mailing Address: | **JoAnn Holmes** <br> Queensbury NY 12804 | **Connie Goedert** <br> Queensbury NY 12804 |

Type of Letters Issued: **LETTERS TESTAMENTARY**
Letters Issued On: **March 18, 2022**
**Limitations: NONE**

and such Letters are unrevoked and in full force as of this date.

Dated: **March 18, 2022**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Warren County Surrogate's Court at Lake George, New York.

WITNESS, Hon. Robert A Smith, Judge of the Warren County Surrogate's Court.

Deborah K Ricci, Chief Clerk
Warren County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Warren County Surrogate's Court*