**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Fenton

Civil Case No. 1-17-cv-02099-JMS-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION

IT IS HEREBY ORDERED and ADJUDGED that Plaintiff's motion to substitute JoAnn Holmes and Connie Goedert, personal representatives of deceased Plaintiff Debra Fenton, is hereby GRANTED.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

3151996.1