**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

John Joseph Holtz & Linda Holtz

Civil Case No. 1:16-cv-1316-WTL-DML

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the records, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff John Joseph Holtz. Linda Holtz remains as a Plaintiff in this case.

Dated: January 8, 2025

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERSTEIN, LLP

By:  */s/ Daniel E. Seltz*
     Daniel E. Seltz

Daniel E. Seltz
Wendy R. Fleishman
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
Emails:  dseltz@lchb.com
         wfleishman@lchb.com

3153075.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of January, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL. Parties may access this filing through the Court's system.

*/s/ Daniel E. Seltz*
Daniel E. Seltz