IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff: <u>MARGARET MARY CATAGNUS</u>

Civil Case # _____

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party's Name:

   <u>MARGARET MARY CATAGNUS</u>

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   <u>Pennsylvania</u>

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    <u>Pennsylvania</u>

6. Plaintiff's/Deceased Party's current state of residence:

    <u>Pennsylvania</u>

7. District Court and Division in which venue would be proper absent direct filing:

    <u>Eastern District of Pennsylvania-Philadelphia</u>

8. Defendants (Check Defendants against whom Complaint is made):

    - ☒ Cook Incorporated
    - ☒ Cook Medical, LLC
    - ☒ William Cook Europe APS

9. Basis of Jurisdiction
    - ☒ Diversity of Citizenship
    - ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    <u>PARAGRAPHS 6 THROUGH 28</u>

    b. Other allegations of jurisdiction and venue:

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    - X☐ Günther Tulip Vena Cava Filter
    - ☐ Cook Celect Vena Cava Filter
    - ☐ Günther Tulip Mreye
    - ☐ Cook Celect Platinum
    - ☐ Other: _____

11. Date of implantation as to each product:

    <u>2005.09.21</u>

2

1. Hospital(s) where Plaintiff was implanted (including City and State):

    Hospital of Univ. Pennsylvania, 3400 Spruce St, 1 founders Philadelphia, PA 19044

2. Implanting Physician(s):

    Edward Y. Woo,MD, MedStar Health,10980 Grantchester Way,Columbia, MD 21044

3. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I:     Strict Products Liability - Failure to Warn
    - ☒ Count II:    Strict Products Liability - Design Defect
    - ☒ Count III:   Negligence
    - ☒ Count IV:    Negligence *Per Se*
    - ☒ Count V:     Breach of Express Warranty
    - ☒ Count VI:    Breach of Implied Warranty
    - ☒ Count VII:   Violations of Applicable Pennsylvania Consumer Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices
    - ☐ Count VIII:  Loss of Consortium
    - ☐ Count IX:    Wrongful Death
    - ☐ Count X:     Survival
    - Count XI:      Punitive Damages
    - ☐ Other:  _____ (please state the facts supporting this Count in the space, immediately below)
    - ☐ Other:  _____(please state the facts supporting this Count in the space, immediately below)

    1] Plaintiff's medical records document complaints to her treating health care providers of back, abdominal and leg pain since 2007. Radiographs from 2012-2024 document multiple IVCF strut perforations into her L2 & L3 spinal vertebral bodies and Drs noted that this could be causing her back and leg pain. The struts are unable to be removed.

    2] Plaintiff was unaware of the IVCF strut perforations and that they were causing her injury until sometime in the spring of 2024 when she discovered there were lawsuits involving IVCF causing injuries to people; and when she learned the results of her MRI showing struts perforating into her vertebral bodies L2 & L3.

4. Attorney for Plaintiff:

   Elizabeth Dudley

5. Address and bar information for Attorney for Plaintiff:

   Elizabeth Dudley, THE DUDLEY LAW FIRM, LLC, 23438 SW Pilot Point Rd, Douglass, Ks  67039; KS 21582

Date: January 10, 2025

                                                Respectfully submitted,

                                                By: s/Elizabeth Dudley
                                                Elizabeth Dudley (KS Bar No. 21582)
                                                 (admitted *pro hac vice*)

                                                THE DUDLEY LAW FIRM, LLC,
                                                23438 SW Pilot Point Rd,
                                                Douglass, Ks  67039;
                                               316-746-3969
                                               316-854-5638 (fax)
                                               Liz@lizdudleylaw.com
                                               ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on  January 10, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

                                                / s/Elizabeth Dudley