UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.  1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Cathy Howe, 1:18-cv-03103-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge issued an order to show cause why Plaintiff Cathy Howe's case should not be dismissed due to her failure to appear for a telephonic status conference on December 9, 2024.  Because Plaintiff failed to respond to the order to show cause and failed to appear at the next telephonic status conference scheduled for January 6, 2025, the Magistrate Judge recommended this case be dismissed without prejudice.  The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 26379).  This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 13th day of January 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1