UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dennis and Sherry Zeigler, 1:16-cv-1128

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Sherry Zeigler's Stipulation of Dismissal with Prejudice (Filing No. 26376) is **APPROVED**. This stipulation shall not affect the claims brought by Plaintiff Dennis Zeigler.

**SO ORDERED** this 13th day of January 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1