January 02, 2024

Office of the Clerk of the
United States District Court
210 Federal Bldg.
121 West Spring St.
NewAlbany, Indiana 47150

1:14-ml-2570-RLY-TAB

In re; Time Extension on Multi Litigation Santiago /Turcios vs. Cook Medical Inc. IVC Filter.

Dear Clerk,

Enclose find acknowledgement of receiving time extension, and reply, unable to comply for the reasons stated within.

Respectfully Eric Franklin Santiago/Turcios

(Important Note The Penal Institution TDCJ has moved me to the address below, all mail should now be readdress to the address below.)

Eric Franklin Santiago/AKA, Turcios F. Juan
3201 FM 929 TDCJ
Gatesville, TX 76597

( 1 of 1 )

ERIC FRANKLIN SANTIAGO/AKA TURCIOS J.#1790019
3201 FM 929  TDCJ CLD
GATESVILLE, TX 76597

AUSTIN TX 786
RIO GRANDE DISTRICT
6 JAN 2025  PM 3  L



**FILED**

JAN 13 2025

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT SOUTHERN INDIANA
HON. TIM A. BAKER JUDGE
210 FEDERAL BUILDING
121 WEST SPRING STREET
NEW ALBANY, INDIANA  47150-0050



47150-364593