IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE COOK MEDICAL INC. IVC FILTERS

CASE No.1:20-CV-00852

" ORDER TO SHOW CAUSE BY THE COURT ORDERING PLAINTIFF MOTION TO COMPEL INABILITY TO PRODUCE PROPER DOCUMENTS"

COMES NOW,Eric Franklin Santiago/AKA Turcios F.Juan,proceeding pro se in this law suit/motion to compel,an unable to produce compelling proof/plaintiff will show however,the following facts;

I.

Plaintiff was in a deadly accident on June 30,2011 in the course of surgeries on about 08/16/2011 plaintiff was install a Cook Filter which was later deem [f]aulty and or [d]eadly.

II.

Plaintiff for unrelated reasons to this suit was imprisoned and been imprison "Illegally" since 09/13/2021.
None of the Courts State or Federal wish to address the signed plea bargain for 10 years accepted by the State Judge.
Why is This Matter? Plaintiff been at War with the CORRUPT State of Texas every since.

III.

Nevertheless, the IVC Filter was deemed to be remove in about no more than 90 days,another words in about 03/2012. But NEVER was. This filter has now broke or moved UTMB and Texas Tech ignored this fact or the fact that the filter moved or broke apart,which now acts more like a time "Bomb".
For those reasons plaintiff can not show proof,or any type of proof requested or needed,however, the filter still in plaintiff body.

Respectfully Eric Franklin Santiago/Turcios F.Juan

( 1 of 1 )

ERIC FRANKLIN SANTIAGO/AKA TURCIOS J.#1790019
3201 FM 929  TDCJ CLD
GATESVILLE, TX 76597

AUSTIN TX 786
RIO GRANDE DISTRICT
6 JAN 2025  PM 3  L



**FILED**

JAN 13 2025

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

UNITED STATES DISTRICT COURT SOUTHERN INDIANA
HON. TIM A. BAKER JUDGE
210 FEDERAL BUILDING
121 WEST SPRING STREET
NEW ALBANY, INDIANA  47150-0050



47150-364593