IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Plaintiffs in Exhibit A

**NOTICE OF NONCOMPLIANCE:
SECOND AMENDED CASE CATEGORIZATION FORMS
(CMO-33) (QUALIFYING LAW FIRMS)**

PLEASE TAKE NOTICE that Plaintiffs identified in **Exhibit A** have not submitted Second Amended Case Categorization Forms, as required by Sixth Amended Case Management Order No. 4 ("CMO-4"), *see* Dkt. 25716 at ¶ 2, and Amended Case Management Order No. 33, *see generally* Dkt. 25717. The deadline for these Plaintiffs to submit Second Amended Case Categorization Forms expired no later than November 12, 2024.[1] Dkt. 25896 at ¶¶ 1-2. Pursuant to the process outlined in CMO-4, Cook has provided written notice of noncompliance to Plaintiffs' Lead Counsel and counsel for the Plaintiffs at issue, informing them that their cases would be included on a Notice of Noncompliance if Second Amended Case Categorization Forms were not submitted within five days of the correspondence. *See* Dkt. 25716 at ¶ 4. Despite these written notices, the Plaintiffs identified in **Exhibit A** have still not submitted Second Amended Case Categorization Forms within the allotted five days.

---

[1] Plaintiffs subject to this Joint Notice are represented by law firms who have appeared in 250 or more cases pending in the MDL (the "Qualifying Law Firms") and, therefore, receive the benefit of the Court's Order Extending Time for Certain Plaintiffs to Comply with Amended CMO-32 and Amended CMO-33. *See generally* Dkt. 25896.

1

Plaintiffs subject to this Notice of Noncompliance should *not* file a response. Dkt. 25716 at ¶ 4. Instead, Plaintiffs have **fourteen (14) days** from the date of the Notice of Noncompliance to submit their Amended Case Categorization Forms to Cook at Cook-FilterMDL@FaegreDrinker.com. *Id.* Cook will notify the Court if any of these Plaintiffs fail to cure their deficiencies within fourteen (14) days of this Notice of Noncompliance, which will result in their cases being dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's Order. *Id.*

Dated: January 16, 2025

          Respectfully submitted,

          /s/  Jessica Benson Cox
          Andrea Roberts Pierson
          Jessica Benson Cox
          FAEGRE DRINKER BIDDLE & REATH LLP
          300 North Meridian Street, Suite 2700
          Indianapolis, Indiana 46204
          Telephone:	(317) 237-0300
          Facsimile:	(317) 237-1000
          andrea.pierson@faegredrinker.com
          jessica.cox@faegredrinker.com

          James Stephen Bennett
          FAEGRE DRINKER BIDDLE & REATH LLP
          110 W. Berry Street, Suite 2400
          Fort Wayne, Indiana 46802
          Telephone:	(260) 424-8000
          Facsimile:	(260) 460-1700
          stephen.bennett@faegredrinker.com

          *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2025, a copy of the foregoing **NOTICE OF NONCOMPLIANCE: SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33) (QUALIFYING LAW FIRMS)** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox
