IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JUAN F. TURCIOS
Civil Case No. 1:20-cv-00852-RLY-TAB

**ORDER**

This cause is before the Court on Plaintiff Juan F. Turcios' response to the Court's show cause order. The Court previously ordered Plaintiff to show cause by December 2, 2024, why this case should not be dismissed based upon a failure to effect service on Defendants. [Filing No. 26291.] In response to this order, Plaintiff requested an extension of time. [Filing No. 26324.] The Court extended the deadline until January 3, 2025, for Plaintiff to effect service on Defendants and to file proof of having done so. [Filing No. 26330.] Plaintiff's most recent filing [Filing No. 26391] is untimely and fails to offer any information regarding proof of service, alleging instead that Plaintiff is being illegally imprisoned. This filing is unresponsive to the Court's order and not helpful. Accordingly, the magistrate judge recommends this case be dismissed without prejudice based upon Plaintiff's failure to timely effect service of process on Defendants.

Date: 1/16/2025

_T. B__ (signature)_

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system and to the following via U.S. Mail:

JUAN F. TURCIOS
a/k/a Eric F. Santiago
3201 FM 929 TDCJ
Gatesville, TX 76597