IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
George Bishop

Civil Case #  1:18-cv-03317-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
## FOR LEAVE TO AMEND SHORT FORM COMPLAINT

Counsel pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Veronica Bishop on behalf of her brother, George Bishop.

1. George Bishop filed a products liability lawsuit against Defendants on October 29, 2018 in the Southern District of Indiana – Indianapolis Division – MDL No. 2570.

2. On November 6, 2023, Plaintiff filed and served a Suggestion of Death.

3. Veronica Bishop, sister of George Bishop, is the proper party to substitute for Plaintiff-Decedent George Bishop and has proper capacity to move forward with the surviving products liability lawsuit on her behalf pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the Court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.

Veronica Bishop further seeks leave to file the attached amended short form complaint to substitute herself as Plaintiff on behalf of Plaintiff-Decedent George Bishop. (See Amended Short Form Complaint, attached hereto as Exhibit A).

1

Based on the foregoing, Veronica Bishop requests that this Court grant her request for substitution of Plaintiff in this action and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated _____.

                        Respectfully submitted,

                        **MATTHEWS & ASSOCIATES**

                        *s/ David P. Matthews*
                        David P. Matthews, Bar No. 13206200
                        2905 Sackett Street
                        Houston, TX 77098
                        Telephone:  (713) 522-5250
                        Facsimile:  (713) 535-7184
                        matthewsivc@thematthewslawfirm.com
                        dmatthews@thematthewslawfirm.com

                        *Lead Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

                        *s/ David P. Matthews*