# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS
### CERTIFICATE OF DEATH

**State File Number:** 23-031437
**Date Received by OVR:** JUNE 1, 2023

| Field | Value |
|---|---|
| 1. Full Name of Decedent | MARK CARLTON LAYMAN |
| 2. Sex | MALE |
| 3. Date of Birth | (redacted) |
| 3a. Age | 58 Years |
| 4. Date of Death | MAY 29, 2023 |
| 6. Was Decedent Ever in U.S. Armed Forces? | NO |
| 7. Certificate (US State or Foreign Country) | VIRGINIA |
| 9. Street Address | (redacted) |
| 10. City or Town of Residence | RICHMOND |
| 11. County of Decedent's Residence | HENRICO COUNTY |
| 11. State | VIRGINIA |
| 12. ZIP Code | 23228 |
| 13. Decedent of Hispanic Origin? | NON-HISPANIC |
| 14. Race | WHITE |
| 16. Education | BACHELOR'S DEGREE |
| 18. Citizen of What Country | UNITED STATES OF AMERICA |
| 19. Marital Status | NEVER MARRIED |
| 20. Usual or Last Occupation | DISABLED |
| 21. Full Name of Decedent's Father or Parent | LAWRENCE SCOTT LAYMAN |
| 22. Full Name of Decedent's Mother or Parent | SHIRLEY DULANEY |
| 22a. Gender | FEMALE |
| 23. Name of Informant | LAWRENCE LAYMAN |
| 24. Informant's Relationship | BROTHER |
| 25. Name of Hospital or Institution of Death | HENRICO DOCTORS' FOREST HOSPITAL |
| 26. Specify if Death Occurred Somewhere Other Than a Hospital | (blank) |
| 27. City or Town of Death | RICHMOND |
| 28. County of Death | HENRICO COUNTY |
| 29. Method of Disposition | CREMATION / INCINERATION |
| 30. Place of Disposition | AFFINITY CREMATORY |
| 31. Place of Funeral Home | AFFINITY FUNERAL SERVICE - RICHMOND |
| 31a. Street Address | 2720 ENTERPRISE PARKWAY RICHMOND VIRGINIA 23294 |
| 32. Place of Disposition Street Address | 8074 MECHANICSVILLE TURNPIKE |
| 32a. City/County | MECHANICSVILLE |
| 32b. State | VIRGINIA |
| 32c. ZIP Code | 23111 |
| 33. Signature of Funeral Director | /S/ J. DAVID MULLINS |
| 33a. Licensee No. | 0502810015 |
| 34. Time of Death | 09:15 A.M. |
| 35. Part I. Immediate Cause of Death | (A) KIDNEY FAILURE |
| Due to | (B) ESSENTIAL HYPERTENSION |
| Due to | (C) RESPIRATORY FAILURE WITH HYPOXIA |
| 36a. Was Medical Examiner Contacted? | NO |
| 36b. Autopsy? | NO |
| 37. Did Tobacco Use Contribute to Death? | UNKNOWN |
| 38. Was Findings Available to Complete Cause of Death | (blank) |
| 39. If Female, Pregnant at Time of Death | NOT APPLICABLE |
| 40a. If Military Death, Select Manner of Death | NATURAL |
| 42. Time of Injury | (blank) |
| 43. Injury at Work? | (blank) |
| 44. Place of Injury | (blank) |
| 45. Location of Injury | (blank) |
| 46. If Transportation Injury | (blank) |
| 47. Describe How Injury Related to Death Occurred | (blank) |
| 48. Name of Person Providing Medical Certification | /S/ NIRAJ J PATEL |
| 48a. Date Signed | JUNE 1, 2023 |
| 48b. Medical License No. | 0101292936 |
| 49. Name of Person Completing Cause of Death | NIRAJ J PATEL |
| 49a. Title | MEDICAL DOCTOR |
| 49b. Address | 10800 MIDLOTHIAN TURNPIKE NORTH CHESTERFIELD VIRGINIA 23235 |

**Date Issued:** June 2, 2023

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

/s/ Seth Austin
Seth Austin, Director and State Registrar

VS 15C

VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

4620550



Dear Sir or Madam,

This document is a record of the information provided at the time of the event. This certificate legal document and all information should be reviewed for accuracy.
If you have any questions or concerns please return the certificate (if necessary) with a letter explanation to:

State Health Department
Office of Vital Records
P.O. Box 1000
Richmond, VA 23218