VIRGINIA:

IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT
OF THE COUNTY OF HENRICO

I, Heidi S. Barshinger, Clerk of the Circuit Court of the County of Henrico and Commonwealth of Virginia, do hereby certify that on the 23rd day of December, 2024,

**Lawrence Scott Layman**

qualified in this Court, under the provisions of Virginia Code Section 64.2-454, as the Administrator of the Estate of

**MARK CARLTON LAYMAN**

deceased, solely for the purpose of prosecution or defense of a civil action for personal injury and/or death by wrongful act, and entered into bond without surety in the sum of $100.00.

I further certify that the powers of the said fiduciary(ies) named above continue in full force and effect.

Given under my hand this 23rd day of December, 2024.

HEIDI S. BARSHINGER, CLERK

_____
DEPUTY CLERK

