# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>MARK LAYMAN<br>    Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>    Defendants. | MDL No.: 1:14-ML-2570-RLY-TAB<br><br>Civil Action No.: 1:17-cv-02029-RLY-TAB |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Mark Layman and Motion to Substitute Plaintiff (Doc. _____). Plaintiff has requested that Lawrence Layman be substituted as Plaintiff of record on behalf of his deceased brother, Mark Layman. Defendants have no objection.

**IT IS ORDERED** that Plaintiff's motion (Doc. _____) is **GRANTED.** The Clerk of Court is directed to substitute Lawrence Layman as Plaintiff of record in Case No. 02029.

Dated this _____ day of _____, 2025.

**BY THE COURT**

_____
United States District Court Judge