UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

COOK MEDICAL, INC., IVC FILTERS        )
MARKETING, SALES PRACTICES AND         )
PRODUCT LIABILITY LITIGATION MDL       )
2570,                                  )
_____ )        1:14-ml-02570-RLY-TAB
                                       )
THIS DOCUMENT RELATED TO ALL           )
ACTIONS                                )


**SCHEDULING ORDER**


A status conference is set for **MARCH 28, 2025 at 11:00 a.m.** Leadership

counsel shall appear before the Honorable Richard L. Young, Judge, in room 301 of

Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville, Indiana 47708.


**SO ORDERED** this 29th day of January 2025.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record