**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
MARCIA BROOKINS

              Plaintiff,

v.

COOK INC., COOK MEDICAL, LLC, and
WILLIAM COOK EUROPE APS,

              Defendants.

MDL No.: 1:14-ML-2570-RLY-TAB

Civil Action No. 1:16-cv-01035-RLY-TAB

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Samariya Smith on behalf of the Estate of Marcia Brookins, as Plaintiff in the above captioned cause.

1. Marcia Brookins filed a product liability lawsuit against defendants on May 3, 2016.

2. Plaintiff Marcia Brookins died on or about July 9, 2022.

3. Marcia Brookins' product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 30, 2025, attached hereto as "Exhibit A."

5. Samariya Smith, surviving daughter of Marcia Brookins, is a proper party to substitute for plaintiff Marcia Brookins and has proper capacity to proceed forward

with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: January 30, 2025

Respectfully Submitted,
**TORHOERMAN LAW LLC**

By:_/s/Eric M. Terry_____
    Eric M. Terry
    TORHOERMAN LAW LLC
    210 S. Main Street
    Edwardsville, IL 62025
    Phone: (618) 656-4400
    Fax: (618) 656-4401
    Email:  eric@thlawyer.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/Eric M. Terry*

Eric M. Terry