# Exhibit A

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
MARCIA BROOKINS

        Plaintiff,

v.

COOK INC., COOK MEDICAL, LLC, and
WILLIAM COOK EUROPE APS,

        Defendants.

MDL No.: 1:14-ML-2570-RLY-TAB

Civil Action No. 1:16-cv-01035-RLY-TAB

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Marcia Brookins, which occurred on July 9, 2022. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties & Leave to Amend the Complaint will be filed by the appropriate representative of Marcia Brookins's estate.

Dated: January 30, 2025

Respectfully Submitted,
**TORHOERMAN LAW LLC**

By: */s/Eric M. Terry*
    Eric M. Terry
    TORHOERMAN LAW LLC
    210 S. Main Street
    Edwardsville, IL 62025
    Phone: (618) 656-4400
    Fax: (618) 656-4401
    Email:  eric@thlawyer.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

*/s/Eric M. Terry*
Eric M. Terry