# Exhibit C

***EFILED***
Case Number 2024PR000495
Date: 12/13/2024
Patrick McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# IN THE CIRCUIT COURT OF
# THE THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, STATE OF ILLINOIS

IN THE MATTER OF THE ESTATE OF: )
) CASE NO.
Marcia Brookins, Deceased )
2024PR000495

## ORDER

THIS CAUSE coming before the Court on Petition to Appoint Samariya Smith, as Special Administrator of the Estate of Marcia Brookins, deceased, and it being represented that said person is qualified under the laws of this State to act in such capacity,

IT IS HEREBY ORDERED that Samariya Smith is appointed Special Administrator of the Estate of Marcia Brookins, deceased, for the purpose of prosecuting a potential cause of action pursuant to Para. 2.1 of the Wrongful Death Act.

_Andrew H. Caruthers_
JUDGE

12/13/2024
DATE

TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
618-656-4400 phone
618-656-4401 fax

Page 1 of 1

Case No. _____