# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
MARCIA BROOKINS

        Plaintiff,

v.

COOK INC., COOK MEDICAL, LLC, and
WILLIAM COOK EUROPE APS,

        Defendants.

MDL No.: 1:14-ML-2570-RLY-TAB

Civil Action No. 1:16-cv-01035-RLY-TAB

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Samariya Smith, on behalf of the Estate of Marcia Brookins, is substituted for Plaintiff Marcia Brookins in the above captioned cause and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record of this matter.

Date: _____

                                                                  Judge Richard Young