# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Letitia Perry-O'Farrow and Jeriah O'Farrow</u>

Civil Case # 1:14-cv-06005-RLY-TAB

## **ORDER**

This matter is before the Court on Plaintiffs Letitia Perry-O'Farrow and Jeriah O'Farrow's Motion for Withdrawal of Counsel Timothy K. Moore. For good cause shown, the Court hereby GRANTS this motion. [Filing No. 26336.]

**IT IS THEREFORE ORDERED** that Timothy K. Moore of the law firm of Tim Moore, Attorney at Law, P.A., and all members of the law firm Tim Moore, Attorney at Law, P.A., are withdrawn as counsel of record in this action and removed from all future electronic filings. Ben C. Martin and Thomas Wm. Arbon of the law firm Ben Martin Law Group, PLLC shall continue to represent Plaintiffs in this matter.

Date: 1/30/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record