# UNITED STATES DISTRICT COURT
## Southern District of Indiana

# <u>NOTICE OF CHANGE OF</u>
# <u>ATTORNEY INFORMATION</u>

TO:   ALL PARTIES

|  | |
|---|---|
| Pending Case No(s).[1] | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Master File No. 1:14-ml-2570-RLY-TAB
MDL No. 2570 (This Document Relates to Richard
Mueller Case No.: 1:16-cv-03378-RLY-TAB)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Kevin P. Sullivan, Esq. | Benjamin S. Salsbury, Esq. |
| **Law Firm, Company, and/or Agency:** | Salsbury Sullivan, LLC | Salsbury Stringer McCulley, LLC |
| **Address:** | 100 N. Charles St., Suite 900<br>Baltimore, MD 21201 | 100 N. Charles St., Suite 900<br>Baltimore, MD 21201 |
| **Primary E-mail:** | ksullivan@salsburysullivanlaw.com | bsalsbury@ssm-lawyers.com |
| **Secondary E-mail(s):** | shanley@salsburysullivanlaw.com | shanley@ssm-lawyers.com |
| **Telephone Number:** | 443-869-3920 | 443-869-3920 |
| **Facsimile:** | 443-835-2678 | 443-835-2678 |

Date: 1/30/25 _____

s/ Benjamin S. Salsbury  Fed Bar #28850
_____

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.