# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISONS

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : <br> : Master File No. 1:14-ml-2570-RLY-TAB <br> : MDL No. 2570 <br> : <br> : <br> : |
| **This Document Relates to** <br> **Richard Mueller** | Case No.: 1:16-cv-03378-RLY-TAB |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF

Please enter the appearance of Benjamin S. Salsbury and Salsbury Stringer McCulley, LLC and strike the appearance of Kevin P. Sullivan and Salsbury Sullivan, LLC as counsel for Plaintiff.

Respectfully submitted,

*/s/ Benjamin S. Salsbury*
Benjamin S. Salsbury, Esq., Fed Bar #28850
SALSBURY STRINGER McCULLEY, LLC
100 N. Charles Street, Suite 900
Baltimore, MD 21201
P: 443-869-3920 * F: 443-835-2678
bsalsbury@ssm-lawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of January 2025 a copy of the foregoing *Notice of Substitution of Counsel for Plaintiff*, was electronically filed and served via CM/ECF to all counsel of record.

*/s/ Benjamin S. Salsbury*
Benjamin S. Salsbury, Esq., Fed Bar #28850
SALSBURY STRINGER McCULLEY, LLC
***Attorneys for Plaintiff***

1