IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERSCase No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES ANDMDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

**This Document Relates to Plaintiff:**

**ALINE SMALL**
**Civil Action No. 1:17-cv-2381**

_____

# NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, ALINE SMALL, on or about August 18, 2021.

Dated:  02/04/2025

Respectfully submitted,

 /s/ Michelle R. Eggert_____

Michelle R. Eggert
Illinois Bar No.  6225976
Westervelt, Johnson, Nicoll & Keller LLC
416 Main Street, Suite 200
Peoria, IL  61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: 02/04/2025                    Respectfully Submitted,

**Westervelt, Johnson, Nicoll & Keller, LLC**


   /s/ Michelle R. Eggert
Michelle R. Eggert
Illinois Bar No. 6225976
**Westervelt, Johnson, Nicoll & Keller LLC**
416 Main Street, Suite 200
Peoria, IL 61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorneys for Plaintiff*