IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Omar Cortes, Representative of the Estate of Martin Cortes

Civil Case # 1:17-cv-01779-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Martin Cortes

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Diana Cortes

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Omar Cortes, Representative of the Estate of Martin Cortes

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Texas

6. Plaintiff's/Deceased Party's current state of residence:

   Texas

7. District Court and Division in which venue would be proper absent direct filing:

   Texas Southern District Court

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction

   ☒ Diversity of Citizenship

   ☐ Other

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☒ Cook Celect® Vena Cava Filter

    ☐ Günther Tulip Mreye

2

  ☐  Cook Celect Platinum

  ☐  Other: _____

11. Date of Implantation as to each product:

07/05/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

CHI St. Luke's Health - Baylor St. Luke's Medical Center

6720 Bertner Ave, Houston, TX 77030

13. Implanting Physician(s):

Dr. Mark Skolkin

14. Counts in the Master Complaint brought by Plaintiff(s):

  ☒  Count I:  Strict Products Liability — Failure to Warn

  ☒  Count II:  Strict Products Liability — Design Defect

  ☒  Count III:  Negligence

  ☒  Count IV:  Negligence Per Se

  ☒  Count V:  Breach of Express Warranty

  ☒  Count VI:  Breach of Implied Warranty

  ☒  Count VII:  Breach of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

  ☐  Count VIII:  Loss of Consortium

  ☐  Count IX:  Wrongful Death

  ☒  Count X:  Survival

&boxtimes;    Count XI:    Punitive Damages

☐    Other:    _____ (please state the facts supporting this Count in the space immediately below)

☐    Other:    _____ (please state the facts supporting this Count in the space immediately below)

N/A

15. Attorney for Plaintiff(s):

Stuart L. Goldenberg

16. Address and bar information for Attorney for Plaintiff(s):

Goldenberg Lauricella, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402.

Minnesota Bar Number: 0158719

Dated: November 13, 2024

/s/ Stuart L. Goldenberg
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
P: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*