THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| This Document Relates to: Case No. 1:17-cv-1551-RLY-TAB | |

## ORDER

This matter came before the Court on Plaintiff's Motion to Withdraw Document Number 26292. Having reviewed the Motion and being otherwise duly advised, the Court hereby grants the motion. [Filing No. 26294.]

IT IS HEREBY ORDERED that Document Number 26292 is hereby withdrawn.

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.