# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2570 <br><br> HON. JUDGE RICHARD L. YOUNG <br><br> MAG. JUDGE: TIM A. BAKER |
| This Document Relates to: <br><br> *Valentin Vela and Mary Vela v. Cook Medical, Inc., et al.*; <br><br> Case No. 1:17-cv-2189-RLY-TAB | |

## ORDER

The Court has considered the Plaintiff's Motion to Substitute Party, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26326.]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **MARY VELA**, on behalf of the decedent, **VALENTIN VELA**, be substituted as the proper party plaintiff in this case.

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.