# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>STEVEN PRESLAR<br>     Plaintiff,<br>v.<br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br>     Defendants. | MDL No.: 1:14-ML-2570-RLY-TAB<br><br><br>Civil Action No.: 1:17-cv-00743-RLY-TAB |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute and to amend the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26304.]

IT IS THEREFORE ORDERED that: (1) Golda Preslar, Administrator of the Estate of Steven Preslar, is substituted for Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.