# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Golda Preslar as Representative for the Estate of Steven Preslar

Civil Case No.: 1:17-cv-00743-RLY-TAB

## AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Documents 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Steven Preslar

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Golda Preslar

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Golda Preslar as Representative for the Estate of Steven Preslar

4. Plaintiff's Deceased Party's state of residence at the time of implant:

   Oregon

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Oregon

6. Plaintiff's/Deceased Party's current state of residence:

   Oregon

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the District of Oregon

8. Defendants (Check Defendants against whom Complaint is made):

   ☒   Cook Incorporated

   ☒   Cook Medical LLC

   ☒   William Cook Europe ApS

9. Basis of Jurisdiction

   ☒   Diversity of Citizenship

   ☐   Other

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

      Plaintiff(s) hereby incorporate paragraphs 6-26 of the Master Complaint.

   b. Other allegations of jurisdiction and venue:

      N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒   Günther Tulip® Vena Cava Filter

    ☐   Cook Celect® Vena Cava Filter

    ☐   Günther Tulip Mreye

☐      Cook Celect Platinum

☐      Other: _____

11. Date of Implantation as to each product:

02/01/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

Sky Lakes Medical Center

2865 Daggett Ave, Klamath Falls, OR 97601

13. Implanting Physician(s):

Dr. Krissy Holmes, Dr. Carlie Cunningham

14. Counts in the Master Complaint brought by Plaintiff(s):

☒      Count I:      Strict Products Liability — Failure to Warn

☒      Count II:      Strict Products Liability — Design Defect

☒      Count III:      Negligence

☒      Count IV:      Negligence Per Se

☒      Count V:      Breach of Express Warranty

☒      Count VI:      Breach of Implied Warranty

☒      Count VII:      Breach of Applicable Oregon Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☒      Count VIII:      Loss of Consortium

☐      Count IX:      Wrongful Death

☒      Count X:      Survival

&boxtimes;     Count XI:     Punitive Damages

☐     Other: _____ (please state the facts supporting this

Count in the space immediately below)

☐     Other: _____ (please state the facts supporting this

Count in the space immediately below)

N/A

15. Attorney for Plaintiff(s):

Stuart L. Goldenberg

16. Address and bar information for Attorney for Plaintiff(s):

Goldenberg Lauricella, PLLC 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402

MN Bar No.: 0158719

Dated: November 26, 2024

                                                   */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg (MN 0158719)
Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 54502
Phone: (612) 335-9960
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*