# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Roy Klaster Mills, Jr.

Civil Case No. 1:16-cv-2313-RLY-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION

The Court has considered the Plaintiff's Motion to Substitute Party, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26383.]

IT IS THEREFORE ORDERED that Alesia Mills, representative of Plaintiff Roy Klaster Mills Jr., shall be substituted for Plaintiff in the above referenced action.

IT IS FURTHER ORDERED that counsel for Plaintiff shall file a motion to maintain Filing No. 26383-1 under seal and file a redacted version of this document as this document contains personal data identifiers (PDIs), in particular, the entire date of birth. (Fed. R. Civ. P. 5.2 and Local Rule 5-11(d)).

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.