# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | MDL No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

Debra Fenton

Civil Case No. 1-17-cv-02099-JMS-TAB

## ORDER GRANTING MOTION FOR SUBSTITUTION

The Court has considered the Plaintiff's Motion to Substitute Party, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26384.]

IT IS THEREFORE ORDERED that JoAnn Holmes and Connie Goedert, personal representatives of deceased Plaintiff Debra Fenton, shall be substituted for Plaintiff in the above referenced action.

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.