# WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
## ATTORNEYS AND COUNSELORS
SUITE 200
416 MAIN STREET
**PEORIA, ILLINOIS 61602**
FOUNDED IN 1865 AS McCOY & STEVENS

TELEPHONE (309) 671-3550
FAX (309) 671-3588

O.P. WESTERVELT
(1887-1970)

EUGENE R. JOHNSON
(1899-1981)

DAVID A. NICOLL
(1913-1993)

HOMER W. KELLER
(1917-2009)

February 7, 2025

Mr. Wesley Stone
1290 Fort Jackpine Dr.
Gilchrist, OR 97737

Re: *IVC Filter Litigation*
Our File No.: 9092/48587

Dear Mr. Stone:

Our Motion to Withdraw as your counsel, a copy of which is enclosed for your ready reference, is scheduled for a telephonic conference on March 17, 2025 at 4:00 p.m. (Eastern Time).

A copy of the Court's Order Setting Telephonic Status Conference is also enclosed. The Order includes the phone number for you to call if you wish to participate in this hearing on March 17, 2025.

Very truly yours,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

BY: *[signature]*
Michelle R. Eggert

MRE/jse
Enclosures

**EXHIBT A**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Wesley Stone, Case No. 1:17-cv-03871 -RLY-TAB

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 4:00 p.m. (Eastern Time) on March 17, 2025,** before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Wesley Stone shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Michelle R. Eggert of Westervelt, Johnson, Nicoll & Keller, LLC motion to withdraw as counsel of record [Filing No. 26259].

Date: 2/7/2025

　　　　　　　　　　　　　　　　　　　　　　　　Tim A. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.
Michelle R. Eggert is required to serve Plaintiff, Wesley Stone

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

WESLEY STONE
Civil Case # 1:17-cv-3871

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b), Westervelt, Johnson, Nicoll & Keller, LLC respectfully move the Court to allow withdrawal of its representation of Wesley Stone. In support, counsel states the following:

1. Mr. Stone will no longer respond to counsel.

2. On October 15, 2024, attorney Robert J. Hills of Westervelt, Johnson, Nicoll & Keller, LLC sent Mr. Stone a letter stating that if he did not respond on or before October 31, 2024, that Westervelt, Johnson, Nicoll & Keller, LLC would be withdrawing from his representation. A copy of this letter is attached as Exhibit A to this motion.

3. Counsel has received no response.

4. Mr. Stone's last known address is 1290 Fort Jackpine Dr., Gilchrist, OR 97737. His last known telephone number is 541-639-9293.

1

WHEREFORE, Westervelt, Johnson, Nicoll & Keller, LLC moves to withdraw its appearance previously entered on behalf of Wesley Stone in this cause, and for all further just and appropriate relief.

Respectfully submitted,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

/s/ Michelle R. Eggert
Michelle R. Eggert, IL Bar No. 6225976
416 Main Street, Suite 200
Peoria, IL 61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on the 7th day of November, 2024, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

/s/ Michelle R. Eggert
Michelle R. Eggert

## WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
### ATTORNEYS AND COUNSELORS
SUITE 200
416 MAIN STREET
**PEORIA, ILLINOIS 61602**

FOUNDED IN 1865 AS MCCOY & STEVENS

TELEPHONE (309) 671-3550
FAX (309) 671-3588

O. P. WESTERVELT
(1887-1970)

EUGENE R. JOHNSON
(1899-1981)

DAVID A. NICOLL
(1913-1993)

HOMER W. KELLER
(1917-2009)

October 15, 2024



Mr. Wesley Stone
1290 Fort Jackpine Dr.
Gilchrist, OR 97737

Re: ***IVC Filter Litigation***
Our File No.: 9092/48587

Dear Mr. Stone:

I am writing with regards to the litigation we filed against Cook Medical on your behalf. I have written to you several times requesting that you contact me or my assistant, Sue Elliott, to discuss this matter but to no avail. I will be leaving this law firm, and Attorney Michelle R. Eggert will be entering her appearance in this case.

Please contact Attorney Michelle R. Eggert as soon as possible at (309) 671-3550 or her assistant, Sue Elliott at (309) 272-0637. If we don't hear from you by October 31, 2024, this firm will be moving to withdraw from your representation.

Very truly yours,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

BY:_____
Robert J. Hills

RJH/jse



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

WESLEY STONE
Civil Case # 1:17-cv-3871

## {PROPOSED} ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

Westervelt, Johnson, Nicoll & Keller, LLC filed its Motion to Withdraw Appearance, and the Court, having reviewed the motion and being duly advised in the premises, now finds that the Motion should be **granted.**

**It is, therefore, Ordered, Adjusted and Decreed** that the Motion to Withdraw Appearance is granted, and the Appearance of Westervelt, Johnson, Nicoll & Keller, LLC is hereby withdrawn. The Clerk is directed to serve future filings upon Plaintiff Wesley Stone by first class mail at his last known address as follows: Wesley Stone, 1290 Fort Jackpine Dr., Gilchrist, OR 97737.

Date: _____

                                                                            Tim A. Baker, Magistrate Judge
                                                                            U.S. District Court
                                                                            Southern District of Indiana

Distribution of counsel of record via the Court's ECF Filing System.

Plaintiff Wesley Stone by first class mail as follows:
Wesley Stone, 1290 Fort Jackpine Dr., Gilchrist, OR 97737


EXHIBIT B