# GEORGIA DEATH CERTIFICATE

**State File Number:** 2023GA000030724

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | LEBRON SPATES DALLAS |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 05/06/2023 |
| 3. SOCIAL SECURITY NUMBER | -8084 |
| 4a. AGE (Years) | 50 |
| 5. DATE OF BIRTH (Mo., Day, Year) | /1972 |
| 6. BIRTHPLACE | TENNESSEE |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | WALKER |
| 7c. CITY, TOWN | LAFAYETTE |
| 7d. STREET AND NUMBER | 1 S STEELE STREET |
| 7e. ZIP CODE | 30728 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | DISABLED |
| 8b. KIND OF INDUSTRY OR BUSINESS | DISABLED |
| 9. MARITAL STATUS | DIVORCED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME (First, Middle, Last) | JAMES DALLAS |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | CAROLYN SPATES |
| 13a. INFORMANT'S NAME (First, Middle, Last) | CAROLYN SPATES |
| 13b. RELATIONSHIP TO DECEDENT | MOTHER |
| 13c. MAILING ADDRESS | 1796 DONWOODY ROAD LAFAYETTE GEORGIA 30728 |
| 14. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT LEADING TO A BACHELOR'S DEGREE |
| 15. ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | NURSING HOME-LONG TERM CARE FACILITY |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | PRUITT HEALTHCARE OF FT. OGLETHORPE |
| 19. CITY, TOWN or LOCATION OF DEATH | FORT OGLETHORPE |
| 20. COUNTY OF DEATH | CATOOSA |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | LAFAYETTE CEMETERY 103 SHAW STREET N LAFAYETTE GEORGIA 30728 |
| 23. DISPOSITION DATE | 05/13/2023 |
| 24a. EMBALMER'S NAME | WILLIAM JAMES WILLIS, JR |
| 24b. EMBALMER LICENSE NO. | 2383 |
| 25. FUNERAL HOME NAME | WILLIS FUNERAL HOME |
| 25a. FUNERAL HOME ADDRESS | 2011 MARTIN LUTHER KING JR. BLVD DALTON GEORGIA 30721 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | WILLIAM J WILLIS |
| 26b. FUN. DIR. LICENSE NO | 2737 |
| 27. DATE PRONOUNCED DEAD | 05/06/2023 |
| 28. HOUR PRONOUNCED DEAD | 05:15 PM |
| 29a. PRONOUNCER'S NAME | Tracy ANZELEE RICE Cochran |
| 29b. LICENSE NUMBER | RN113257 |
| 29c. DATE SIGNED | 05/06/2023 |
| 30. TIME OF DEATH | 05:15 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

**32. Part I. Enter the chain of events—diseases, injuries, or complications—that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.**

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE | ACUTE KIDNEY FAILURE | MONTHS |
| B. Due to | HEPATIC ENCEPHALOPATHY | MONTHS |
| C. Due to | ALCOHOLIC CIRRHOSIS OF LIVER | MONTHS |
| D. Due to | | |

**Part II. Significant conditions contributing to death but not related to cause:** ANEMIA, HISTORY OF COVID

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 45. Medical Certifier | BYRON A LITTLEFIELD, DO, 28810 |
| 45a. DATE SIGNED | 05/10/2023 |
| 45b. HOUR OF DEATH | 05:15 PM |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | BYRON A LITTLEFIELD 21 COMMERCE PARKWAY ADAIRSVILLE GEORGIA 30103 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR | 05/10/2023 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH