**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 4400
Registrar's No. 4400-2022000133
State File No. 2022042584

| | | |
|---|---|---|
| 1. Decedent's Legal Name (First, Middle, Last, Suffix) (Include AKA's if any)<br>ADAM NEIL PATTON | 2. Sex<br>MALE | 3. Date of Death (Mo/Day/Year)<br>APRIL 06, 2022 |

| 4. Social Security Number | 5a. Age (Years) | 5b. Under 1 Year Months Days | 5c. Under 1 day Hours Minutes | 6. Date of Birth (Mo/Day/Year) | 7. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|
| -5770 | 33 | | | 1988 | BECKLEY, WEST VIRGINIA |

| 8a. Residence State | 8b. County | 8c. City or Town |
|---|---|---|
| OHIO | LAWRENCE | SOUTH POINT |

| 8d. Street Address and Zip Code | 9. Ever in US Armed Forces? |
|---|---|
| 426 4TH STREET WEST Apt. J2  45680 | NO |

| 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|
| NEVER MARRIED | |

| 12. Decedent's Education | 13. Decedent of Hispanic Origin | 14. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED | NO | WHITE |

| 15. Father's Name | 16. Mother's Name (prior to first marriage) |
|---|---|
| RODNEY PATTON | MELANIE SULLIVAN |

| 17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address |
|---|---|---|
| MELANIE SALLIE | MOTHER | P.O. BOX 773<br>SOPHIA, WEST VIRGINIA 25921 |

| 18a. Place of Death |
|---|
| DECEDENT'S HOME |

| 18b. Facility Name (If not institution, give street & number) | 18c. City or Town, State and Zip Code | 18d. County of Death |
|---|---|---|
| 426 4TH STREET WEST, APT. NO. J2 | SOUTH POINT, OH 45680 | LAWRENCE |

| 19. Funeral Service Licensee or Other Agent | 20. License Number (of licensee) | 21. Name and Complete Address of Funeral Facility |
|---|---|---|
| BETH A WALLACE | 009221 | WALLACE FAMILY FUNERAL HOME<br>802 SOLIDA RD<br>SOUTH POINT, OH 45680 |

| 22. Method and Place of Disposition |
|---|
| CREMATION - TRI-STATE CREMATORY, ASHLAND, KY |

| 23. Local Registrar | 24. Date Filed (Month/Day/Year) |
|---|---|
| MARY DAVIS | APRIL 11, 2022 |

26a. Certifier (Check only one)
☐ Certifying Physician: To the best of my knowledge, death occurred at the time, date, and place; and due to the cause(s) and manner stated.
☒ Coroner or Medical Examiner: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

| 26b. Time of Death | 26c. Date Pronounced Dead (Month/Day/Year) | 26d. Was Case Referred to Medical Examiner or Coroner? |
|---|---|---|
| 16:50 HOURS | APRIL 06, 2022 | YES |

| 26e. Certifier Name and Title | 26f. License number | 26g. Date Signed (Month/Day/Year) |
|---|---|---|
| BENJAMIN M. MACK  MD | 35.096234 | APRIL 11, 2022 |

| 27. Name and Address of Person who Completed Cause of Death |
|---|
| BENJAMIN M. MACK, 111 S. 4TH ST, IRONTON, OH 45638 |

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval: Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. MULTIPLE DRUG INTOXICATION | HOURS |
| Sequentially list conditions, if any, leading to immediate cause. | b. Due to (or as Consequence of)<br>FENTANYL, HEROIN, COCAINE, MORPHINE, QUETIAPINE | HOURS |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as Consequence of) | |
| | d. Due to (or as Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 29a. Was An Autopsy Performed? | 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? |
|---|---|
| NO | NOT APPLICABLE |