UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
    Keltee, Roger William 1:17-cv-00303
    Lanzer, Jodi 1:17-cv-00069
    Papierski, Chester 1:17-cv-00434
    Ross, Cassandra 1:16-cv-02385

## AFFIDAVIT OF COUNSEL

Comes the undersigned affiant, Matthew L. White, Esq., and states as follows:

My name is Matthew White and my firm, Gray & White, is counsel of record for the following Cook IVC cases:

Keltee, Roger William 1:17-cv-00303
Lanzer, Jodi 1:17-cv-00069
Papierski, Chester 1:17-cv-00434
Ross, Cassandra 1:16-cv-02385

These cases were first dismissed on May 8, 2019. Exhibit A.

In late February of 2020, our firm split from a long-standing office and employee sharing relationship with another firm. This resulted in the loss of several key paralegals and attorneys that were involved in the Cook IVC cases. In addition, from March of 2020 until the early part of 2021 our office sustained months of staffing and workspace issues due to covid.

These above referenced cases were reinstated on March 12, 2020. Exhibit B.

We were not aware of their reinstatement until late September 2024.

We became aware when our paralegal, Cathy Jones, was checking an old email account of a former employee, Jacob Levy, on an unrelated matter and discovered an email from defense

counsel, Faegre Drinker, inquiring about the status of the above referenced cases. Upon contacting Faegre Drinker, we learned of their reinstatement and the Fifth Amended CMO-4 requiring the submission of additional information. Exhibit C.

Our firm immediately went to work gathering the information to submit to comply with CMO-4.

In addition, we investigated why we had not received any prior notices of reinstatement or CMO-4. Cathy Jones contacted Laura Townsend, Deputy in Charge to Magistrate Judge Van T. Willis, U.S. District Court, Southern District of Indiana, and discovered that the wrong physical mailing address was associated with our firm, but the correct email addresses existed which we believe a filter had prevented us from receiving. Exhibit D.

Upon learning these issues, I immediately reached out to defense counsel, Blake Lehr at Faegre Drinker, to discuss the status of the cases and the circumstances of our noncompliance. As of the drafting of this affidavit, we have not received a response. Exhibit E.

Later that same week, the cases were again dismissed. Exhibit F.

Upon learning of their dismissal, I contacted co-lead counsel for plaintiffs, Ben Martin, informed him of the situation, asked for guidance and whether they intended to ask for relief to have the cases dismissed again reinstated. Mr. Martin informed me that they did not plan to ask for such relief but advised that they would support our motion for relief based on us not receiving notice.

We are very apologetic for missing the deadlines in CMO and our failure to receive proper notice on these cases.

We stand ready to immediately comply with CMO-4.

Further, this Affiant sayeth naught.

## VERIFICATION

I, Matthew L. White, Esq., hereby affirm, subject to the penalties for the crime of perjury, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

_____
MATTHEW L. WHITE

COMMONWEALTH OF KENTUCKY  )
                                                      )SS:
COUNTY OF JEFFERSON                   )

Subscribed and sworn to before me by Matthew L. White, Esq., on this the 27th day of January, 2025.

My Commission Expires: 9/12/26

_Kimberly L. Kinsir_
Notary Public, State-at-Large   KYNP58788