# EXHIBIT C



Blake T. Lehr
Associate
blake.lehr@faegredrinker.com
+1 260 460 1647 direct

faegredrinker.com

Faegre Drinker Biddle & Reath LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
+1 260 424 8000 main
+1 260 460 1700 fax

September 20, 2024

**VIA E-MAIL ONLY**

| For MDL Plaintiffs |

GRAY & WHITE LAW
713 E. Market
Suite 200
Lousiville, KY 40222

Re: Cook Filter MDL – Case Noncompliant with CMO-33

Dear Counsel:

Amended CMO-33 requires **each Plaintiff in the MDL** to submit a Second Amended Case Categorization Form, which is attached as Exhibit 2 to the Sixth Amended CMO-4 (Dkt. 25716) and also available on the MDL Court's website (https://www.insd.uscourts.gov/cook-mdl-case-management) in an electronically fillable format. Each Plaintiff is required to submit a Second Amended Case Categorization Form, regardless of whether they previously categorized their claims under the old categorization process. *Id.* Plaintiffs' deadline to submit new categorization forms under Amended CMO-33 expired on July 17, 2024. Dkt. 25717 at 2.

The following Plaintiffs, however, failed to submit Second Amended Case Categorization Forms by this deadline and are therefore noncompliant with Sixth Amended CMO-4:

| Plaintiff | Case Number |
|---|---|
| Keltee, Rogers William | 1:17-cv-00303 |
| Lanzer, Jodi | 1:17-cv-00069 |
| Papierski, Chester | 1:17-cv-00434 |
| Ross, Cassandra | 1:16-cv-02385 |
| Smith, Slater | 1:16-cv-02899 |

Pursuant to the process outlined in the Sixth Amended CMO-4 (Dkt. 25716), this letter serves as written notice of the above-listed Plaintiffs' failures to submit Second Amended Case Categorization Forms, as required by Amended CMO-33 (Dkt. 25717). Plaintiffs have **five (5) days** from the date of this letter to submit Second Amended Case Categorization Forms, which must both be uploaded to https://filetransfer.faegredrinker.com/bds/Send.do and emailed to CookFilterMDL@faegredrinker.com. If Plaintiffs fail to cure their deficiencies within the allotted five days, Cook will include their cases in a Notice of Non-Compliance, which may result in the MDL Court dismissing Plaintiffs' cases under Federal Rule of Civil Procedure 41 for failure to

Jacob Edward Levy -2- 9/20/2024

prosecute and failure to comply with the Court's Orders. See Dkt. 25716 at ¶ 4.

Very truly yours,

*Blake Lehr*

Blake T. Lehr
CC: Joe Williams - joe@williamsgroup.law