# EXHIBIT D

**Cathy Jones**

| | |
|---|---|
| **From:** | Laura Townsend <Laura_Townsend@insd.uscourts.gov> |
| **Sent:** | Wednesday, January 15, 2025 1:42 PM |
| **To:** | Cathy Jones |
| **Subject:** | RE: Cook MDL 02570 |

You don't often get email from laura_townsend@insd.uscourts.gov. Learn why this is important

Cathy,

Denise asked if I could look into the issue you were having with not receiving emails on this MDL. I checked each of the member cases you listed and confirmed that each show Matthew Lee White as counsel of record and the member cases are still pending. He is listed as counsel of record for those plaintiffs on the master docket as well. The email address we have in our system for Mr. White is mwhite@grayandwhitelaw.com. I checked the NEFs for a few of the most recent documents that have been filed in the master (filed 1/13/25 and 1/15/25) and it shows that they're being sent to the following email addresses: cjones@grayandwhitelaw.com, kmadaj@grayandwhitelaw.com, mattwhiteatty@aol.com, mwhite@grayandwhitelaw.com, sethgray@grayandwhitelaw.com)

Is there a particular email address that's not getting the NEFs or no one at the firm is getting them? Do you know when you last received an NEF from our court? Have you checked your spam/junk folders?

Thanks,

Laura Townsend
Deputy in Charge/CRD to
Magistrate Judge Van T. Willis
U.S. District Court
Southern District of Indiana
121 W. Spring Street, Room 210
New Albany, IN  47150
(812) 542-4511


**From:** Cathy Jones <Cjones@grayandwhitelaw.com>
**Sent:** Wednesday, January 15, 2025 1:17 PM
**To:** Denise Brown <Denise_Brown@insd.uscourts.gov>
**Subject:** Cook MDL 02570

**CAUTION - EXTERNAL:**


Denise thanks for taking my call. I am inquiring about the following cases:

Keltee 1:17-cv-00303
Lanzer 1:17-cv-00069
Papierski 1:17-cv-00434
Ross – 1:16-cv-02385

1

We have not been getting emails and need to check service list please. Any thing you can help me with I would be so very grateful.

Cathy G. Jones, RN, MSN
Gray & White Law
2301 River Road, Suite 300
Louisville, KY 40206
502-805-1800



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.