# EXHIBIT E



## COMPLEX LITIGATION

T: 502.805.1800
  800.228.5874
F: 502.618.4059
WWW.GRAYANDWHITELAW.COM

January 17, 2025

Mark K. Gray
Matthew L. White
Seth D. Gray
Z. Leland Gray

Blake T. Lehr
Faegre Drinker Biddle & Reath
110 West Berry Street, Suite 2400
Fort Wayne, IN 46802
Blake.lehr@faegredrinker.com

Re: Cook Filter MDL

Dear Counsel:

It recently came to our attention that we have not been receiving notice on the following cases due to incorrect physical and email addresses associated with these plaintiffs.

| | |
|---|---|
| Keltee, Roger William | 1:17-cv-00303 |
| Lanzer, Jodi | 1:17-cv-00069 |
| Papierski, Chester | 1:17-cv-00434 |
| Ross, Cassandra | 1:16-cv-02385 |

This came to our attention after our paralegal, Cathy Jones, corresponded with your office concerning the now dismissed case, Smith, Slater 1:16-cv-02899. As you may recall, we had previously moved the Court for leave to withdrawal in 2020, but the order was never entered. During our investigation of this matter, we discovered the above listed cases that were previously dismissed were reinstated. We also discovered we have not been receiving notices from the court or your office due to a clerical error resulting in our office address not being updated in your system or the court's system from 2020 and all email correspondence since 2020 being directed to a former employee at his new firm's email address.

We are attempting to get a handle on the status of these claims including any current or past deadlines.

Please let me know a convenient time to speak and discuss their status. Appreciate your courtesy.

Thank you,

Matt White
Gray & White
2301 River Road, Suite 300
Louisville, KY 40206
www.grayandwhitelaw.com
mwhite@grayandwhitelaw.com
502-805-1800
800-228-5874 (toll free)