# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS

In Re: COOK MEDICAL INC.
IVC FILTERS MARKETING, SALES              CASE No. MDL 2570
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

This document relates to:
    Keltee, Roger William  1:17-cv-00303
    Lanzer, Jodi 1:17-cv-00069
    Papierski, Chester 1:17-cv-00434
    Ross, Cassandra 1:16-cv-02385

## ORDER TO RECONSIDER AND VACATE
## 1/15/25 ORDER TO DISMISSAL WITHOUT PREJUDICE

This matter came before the Court on the Plaintiffs' MOTION to RECONSIDER and VACATE 1/15/25 ORDER of DISMISSAL WITHOUT PREJUDICE. Having duly considered the motion and additional information provided by the parties conferrals on this issue,

**IT IS HEREBY ORDERED:**

That the above referenced cases be reinstated and the ORDER of 1/15/25 dismissing the cases without prejudice is vacated.

SO ORDERED this

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana