# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE OF CALIFORNIA — CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH**

- State File Number: 3052023115899
- Local Registration Number: 3202319025771

### Decedent's Personal Data
- 1. Name of Decedent – First (Given): JOHN
- 2. Middle: ROBERT
- 3. Last (Family): WOODS
- 4. Date of Birth: [redacted] 1963
- 5. Age: 60
- 6. Sex: M
- 9. Birth State/Foreign Country: TX
- 10. Social Security Number: [redacted]8404
- 11. Ever in U.S. Armed Forces?: YES
- 12. Marital Status: NEVER MARRIED
- 7. Date of Death: 04/13/2023
- 8. Hour (24 Hour): 1425
- 13. Education: BACHELOR
- 14/15. Was Decedent Hispanic/Latino/Spanish?: NO
- 16. Decedent's Race: CAUCASIAN
- 17. Usual Occupation: WRITER
- 18. Kind of Business or Industry: FILM
- 19. Years in Occupation: 30

### Usual Residence
- 20. Decedent's Residence: 10965 FRUITLAND DR #209
- 21. City: STUDIO CITY
- 22. County/Province: LOS ANGELES
- 23. Zip Code: 91604
- 24. Years in County: 28
- 25. State/Foreign Country: CA

### Informant
- 26. Informant's Name, Relationship: LISA M WOODS, SISTER
- 27. Informant's Mailing Address: 38851 S HIGHWAY 1 UNIT M2, GUALALA, CA 95445

### Spouse/SRDP and Parent Information
- 28. Name of Surviving Spouse/SRDP – First: -
- 31. Name of Father/Parent – First: WALLACE
- 32. Middle: HAROLD
- 33. Last: WOODS
- 34. Birth State: OR
- 35. Name of Mother/Parent – First: ALYCE
- 36. Middle: VICTORINE
- 37. Last (Birth Name): MOMBOISSE
- 38. Birth State: CA

### Funeral Director / Local Registrar
- 39. Disposition Date: 05/31/2023
- 40. Place of Final Disposition: RESIDENCE LISA M WOODS, 38851 S HIGHWAY 1 UNIT M2, GUALALA, CA 95445
- 41. Type of Disposition(s): CREMATE/RESIDENCE
- 42. Signature of Embalmer: NOT EMBALMED
- 43. License Number: -
- 44. Name of Funeral Establishment: CREMATION SOCIETY OF LOS ANGELES
- 45. License Number: FD1694
- 46. Signature of Local Registrar: MUNTU DAVIS MD
- 47. Date: 05/26/2023

### Place of Death
- 101. Place of Death: PROVIDENCE HOLY CROSS
- 103. If Other Than Hospital, Specify One: Other
- 104. County: LOS ANGELES
- 105. Facility Address or Location Where Found: 11550 INDIAN HILLS RD
- 106. City: MISSION HILLS

### Cause of Death
- 107. Cause of Death:
  - (A) Immediate Cause: CARDIOPULMONARY ARREST — Time Interval: MINS
  - (B) PULMONARY EMBOLISM — MINS
  - (C) DEEP VEIN THROMBOSIS — UNK
  - (D) —
- 108. Death Reported to Coroner?: YES — Referral Number: CL2023-52593
- 109. Biopsy Performed?: NO
- 110. Autopsy Performed?: NO
- 111. Used in Determining Cause?: —
- 112. Other Significant Conditions: RENAL INSUFFICIENCY
- 113. Was Operation Performed for Any Condition in Item 107 or 112?: INFERIOR VENA CAVA THROMBECTOMY 04/13/2023
- 113A. Decedent Pregnant in Last Year?: NO

### Physician's Certification
- 114. I certify that to the best of my knowledge death occurred at the hour, date and place stated from the causes stated.
- Decedent Attended Since: 04/10/2023
- Decedent Last Seen Alive: 04/13/2023
- 115. Signature and Title of Certifier: ANDREW MICHEL ABI-CHAKER, MD
- 116. License Number: A174936
- 117. Date: 05/17/2023
- 118. Type Attending Physician's Name, Mailing Address, Zip Code: ANDREW MICHEL ABI-CHAKER, MD, 5443 TOPEKA DR, TARZANA, CA 91356

### Coroner's Use Only
- 119. Manner of Death: (blank)
- 120. Injured at Work?: (blank)
- 121. Injury Date: (blank)
- 122. Hour: (blank)
- 123. Place of Injury: (blank)
- 124. Describe How Injury Occurred: (blank)
- 125. Location of Injury: (blank)
- 126. Signature of Coroner / Deputy Coroner: (blank)
- 127. Date: (blank)
- 128. Type Name, Title of Coroner / Deputy Coroner: (blank)

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*003907617*

[Signature] MD
Health Officer and Registrar

DATE ISSUED: JUN -5 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

