# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER PRODUCTS LIABILITY LITIGATION | MDL NO. 2570<br>1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO: Plaintiff<br><br>Name: Karen Borquez<br><br>Case Number: 1:18-cv-02675-RLY-TAB | |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY AND TO AMEND COMPLAINT

The Court has considered the Plaintiff's Motion to Substitute and to amend the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26308.]

IT IS THEREFORE ORDERED that: (1) Plaintiff Mario Ybarra, on behalf of the Estate of Karen Borquez, is substituted for Plaintiff Karen Borquez in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/12/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.