IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Tamara P. Bukovic

Civil Case # 1:16-cv-00189-RLY-TAB

**ORDER**

The Court has considered the Plaintiff's Motion to Substitute and to amend the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26401.]

IT IS THEREFORE ORDERED that: (1) Nicole Castillo, Individually and on behalf of the Estate of Tamara P. Bukovic, is substituted for Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/12/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.