IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                    Case No: 1:22-cv-00150
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Documents Relates to Plaintiff(s):
ROBERT FIFE_____

Civil Case No. 1:22-cv-00150

_____


**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and for Leave

to File First Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File First Amended

Short Form Complaint is **GRANTED**, and (1) Kathleen Fife as the personal representative, on

behalf of the estate of the Decedent Robert Fife, is substituted as Plaintiff in the above referenced

action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and

(3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The

Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this

matter.


Date: _____

                                                    _____
                                                    Tim A. Baker
                                                    United States Magistrate Judge
                                                    Southern District of Indiana