IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Ray L. McGinty

Civil Case #  1:17-cv-01956-RLY-TAB

**ORDER**

The Court has considered the Plaintiff's Motion to Substitute and to amend the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 26403.]

IT IS THEREFORE ORDERED that: (1) DENISE MCGINTY, Individually and on behalf of the Estate of RAY L. MCGINTY, is substituted for Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/12/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.