UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

This Document Relates To:
MARCIA BROOKINS

         Plaintiff,

v.

COOK INC., COOK MEDICAL, LLC, and
WILLIAM COOK EUROPE APS,

         Defendants.

MDL No.: 1:14-ML-2570-RLY-TAB

Civil Action No. 1:16-cv-01035-RLY-TAB

**ORDER**

The Court has considered the Plaintiff's Motion to Substitute and to amend the Complaint, and the Court, being duly advised in the premises, now GRANTS said motion.[Filing No. 26404.]

IT IS THEREFORE ORDERED that: (1) Samariya Smith, on behalf of the Estate of Marcia Brookins, is substituted for Plaintiff in the above referenced action; (2) Plaintiff is hereby granted Leave to File an Amended Short Form Complaint; and (3) the Amended Short Form Complaint attached to this Order is hereby deemed filed. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/12/2025

                                              Tim A. Baker
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.