# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Samariya Smith, on behalf of the Estate of Marcia Brookins

Civil Case #  1:16-cv-1035-RLY-TAB

## FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Marcia Brookins

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Samariya Smith as Special Administrator of the Estate of Marcia Brookins, deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   North Carolina

6. Plaintiff's/Deceased Party's current state of residence:

   Connecticut

7. District Court and Division in which venue would be proper absent direct filing:

   North Carolina Eastern District Court

8. Defendants (check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   Paragraphs 6 through 28, inclusive.

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Gunther Tulip® Vena Cava Filter
- ☑ Cook Celect® Vena Cava Filter
- ☐ Gunther Tulip Mreye
- ☐ Cook Celect Platinum
- ☐ Other: _____

11. Date of Implantation as to each product:

    10/20/2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Duke Raleigh Hospital, Raleigh, NC

13. Implanting Physician(s):

    Rosen, M.D., Alan L.

14. Counts in the Master Complaint brought by Plaintiff(s):

    - ☑ Count I:  Strict Products Liability – Failure to Warn
    - ☑ Count II: Strict Products Liability – Design Defect

☑ Count III:     Negligence

☑ Count IV:     Negligence Per Se

☑ Count V:      Breach of Express Warranty

☑ Count VI:     Breach of Implied Warranty

☑ Count VII:    Violations of Applicable  North Carolina  (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII:   Loss of Consortium

☐ Count IX:     Wrongful Death

☑ Count X:      Survival

☑ Count XI:     Punitive Damages

☑ Count XII:    Fraudulent Misrepresentation

☑ Count XIII:   Fraudulent Concealment

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

-4-

15. Attorney for Plaintiff(s): Eric M. Terry and Tor A. Hoerman

16. Address and bar information for Attorney for Plaintiff(s):

    Eric M. Terry, Illinois Bar No. 6282169
    Tor A. Hoerman, Illinois Bar No. 6229439
    TorHoerman Law LLC
    210 S. Main Street
    Edwardsville, IL 62025

17. Jury Trial demanded for all issues so triable?

    ☑ Yes

    ☐ No

RESPECTFULLY SUBMITTED this 30th day of January 2025.

        **TORHOERMAN LAW LLC**

        By: /s/Eric M. Terry
        Eric M. Terry, Illinois Bar No. 6282169
        Tor A. Hoerman, Illinois Bar No. 6229439
        **TORHOERMAN LAW LLC**
        210 S. Main Street
        Edwardsville, IL 62025

        *Attorneys for Plaintiffs*

I hereby certify that on this 30th day of January 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        /s/Kristie Stephens