# GEORGIA DEATH CERTIFICATE

State File Number: **2022GA000002253**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | JOANN MARINO LOGAN |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | SEARS |
| 2 | SEX | FEMALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 01/14/2022 |
| 3 | SOCIAL SECURITY NUMBER | [redacted]7416 |
| 4a | AGE (Years) | 62 |
| 5 | DATE OF BIRTH (Mo., Day, Year) | [redacted]1959 |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | RICHMOND |
| 7c | CITY, TOWN | HEPHZIBAH |
| 7d | STREET AND NUMBER | 7 HONEY LANE |
| 7e | ZIP CODE | 30815 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | SECRETARY |
| 8b | KIND OF INDUSTRY OR BUSINESS | HEALTH CARE |
| 9 | MARITAL STATUS | MARRIED |
| 10 | SPOUSE NAME | CHARLES EARL LOGAN |
| 11 | FATHER'S FULL NAME (First, Middle, Last) | HARRISON SEARS |
| 12 | MOTHER'S MAIDEN NAME (First, Middle, Last) | HANNELORE WAGNER |
| 13a | INFORMANT'S NAME (First, Middle, Last) | CHARLES LOGAN |
| 13b | RELATIONSHIP TO DECEDENT | HUSBAND |
| 13c | MAILING ADDRESS | 7 HONEY LANE HEPHZIBAH GEORGIA 30815 |
| 14 | DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15 | ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE | WHITE |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | DECEDENT'S HOME |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | 7 HONEY LANE |
| 19 | CITY, TOWN or LOCATION OF DEATH | HEPHZIBAH |
| 20 | COUNTY OF DEATH | RICHMOND |
| 21 | METHOD OF DISPOSITION | BURIAL |
| 22 | PLACE OF DISPOSITION | WESTOVER MEMORIAL PARK, INC 2601 WHEELER RD AUGUSTA GEORGIA 30904 |
| 23 | DISPOSITION DATE | 01/18/2022 |
| 24a | EMBALMER'S NAME | THOMAS C. POTEET JR. |
| 24b | EMBALMER LICENSE NO. | 3393 |
| 25 | FUNERAL HOME NAME | THOMAS POTEET AND SON FUNERAL DIRECTORS |
| 25a | FUNERAL HOME ADDRESS | 214 DAVIS ROAD AUGUSTA GEORGIA 30907 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | LUCAS DYLAN TEAGUE |
| 26b | FUN. DIR. LICENSE NO | 5323 |
| 27 | DATE PRONOUNCED DEAD | 01/14/2022 |
| 28 | HOUR PRONOUNCED DEAD | 08:20 AM |
| 29a | PRONOUNCER'S NAME | Vera NATALIE Freed |
| 29b | LICENSE NUMBER | RN111167 |
| 29c | DATE SIGNED | 01/14/2022 |
| 30 | TIME OF DEATH | 08:20 AM |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | UNKNOWN |

**32. Part I.** Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE (Final disease or condition resulting in death) | CONGESTIVE HEART FAILURE | 6 MONTHS |
| B. Due to, or as a consequence of | | |
| C. Due to, or as a consequence of | | |
| D. Due to, or as a consequence of | | |

**Part II.** Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| 33. WAS AUTOPSY PERFORMED? | NO |
|---|---|
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)
**JON C GIBBS, MD, 38493**

| 45a | DATE SIGNED | 01/18/2022 |
| 45b | HOUR OF DEATH | 08:20 AM |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
**JON C GIBBS 3651 WHEELER ROAD AUGUSTA GEORGIA 30909**

48. REGISTRAR (Signature): **/S/ CHRISTOPHER JP HARRISON**

49. DATE FILED - REGISTRAR: **01/20/2022**

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*[Signature: Christopher H. Harrison]*
STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: *Tonya M Rpoe*
ISSUED BY: *[signature]*
DATE ISSUED: JAN 2 0 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED