IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Cases Listed on Exhibit A

### COOK DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW

Pursuant to Federal Rule of Civil Procedure 56, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS ("Cook" or "the Cook defendants") move the Court for partial summary judgment on the strict-liability and negligent failure-to-warn claims asserted in the 77 cases listed in the attached Exhibit A, which consist of cases that (1) are governed by Illinois law and (2) include a Plaintiff who allegedly had a Cook IVC filter placed after August 9, 2010. Under Illinois law, a medical device manufacturer has no duty to warn of product risks that are already commonly known in the medical community. Here, the undisputed facts establish that the risks of IVC filters of which Plaintiffs claim Cook failed to warn were common knowledge in the medical community not later than August 9, 2010, when the Food and Drug Administration issued a medical safety communication setting forth the same potential risks and complications that Plaintiffs identify in their pleadings. Cook is therefore entitled to partial summary judgment on all of these Plaintiffs' claims based on failure to warn.

This motion is bases on all the files, records, and pleadings in these matters, and on the accompanying memorandum of law and supporting exhibits.

Dated: February 13, 2025

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, a copy of the foregoing Cook Defendants' Motion for Summary Judgment on Failure to Warn Claims was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

<em>/s/ Andrea Roberts Pierson</em>