# EXHIBIT A

# Exhibit A
# to Cook's for Summary Judgment
# on Failure-To-Warn Claims

| Plaintiff | Cause Number | Implant Date |
|---|---|---|
| Schierer, Sally and Herman | 1:15-cv-00414 | 10/18/2011 |
| Voyles, Joel Allen | 1:15-cv-01159 | 10/01/2014 |
| Darida, Sandra B. | 1:15-cv-01445 | 10/24/2011 |
| Shields, Paul | 1:16-cv-00577 | 03/04/2014 |
| McMillan, Terry | 1:16-cv-00659 | 03/05/2012 |
| McComb, Carl & Mary | 1:16-cv-01379 | 09/27/2013 |
| Wood, Amber L. | 1:16-cv-02818 | 08/26/2015 |
| Witkus, Kenneth & Nancy Anne | 1:16-cv-02941 | 10/12/2012 |
| Lockwood, Angie | 1:16-cv-03287 | 01/15/2015 |
| Barksdale, Antoinette | 1:16-cv-06045 | 03/11/2015 |
| Kramer, Jeremy | 1:17-cv-00131 | 05/29/2012 |
| Turner, Kevin | 1:17-cv-00554 | 04/04/2011 |
| Dutour, Terry | 1:17-cv-00557 | 10/20/2011 |
| Adams, Sheila | 1:17-cv-00647 | 10/21/2011 |
| Pittman, Craig and Lavonne | 1:17-cv-00651 | 02/17/2015 |
| Skief, Betty | 1:17-cv-01282 | 10/15/2012 |
| Jones, Bruce & Kristi | 1:17-cv-01376 | 07/10/2012 |
| Martin, Patsy | 1:17-cv-01770 | 11/19/2012 |
| Webb, Harry | 1:17-cv-02111 | 06/07/2011 |
| Spivey, Kristine M. | 1:17-cv-02141 | 08/02/2013 |
| Williams, Beth | 1:17-cv-02415 | 07/26/2013 |
| Moran, Diane and Michael | 1:17-cv-02978 | 04/26/2011 |
| Bertram, Audrey | 1:17-cv-02997 | 05/15/2012 |
| Dykes, Robert, Jr. | 1:17-cv-03191 | 01/13/2014 |
| Rutledge, Jimmie | 1:17-cv-03198 | 08/22/2013 |
| Barr, Essie [ESTATE] | 1:17-cv-03202 | 05/27/2011 |
| Berger, Vicki | 1:17-cv-03675 | 10/28/2010 |
| Vega, Joseph | 1:17-cv-03919 | 04/29/2011 |
| Boshardy, Roxanne & Kenneth C., Sr. | 1:17-cv-04686 | 11/20/2014 |
| Lietz, Darlene | 1:18-cv-00961 | 02/20/2016 |
| Williams, Donald | 1:18-cv-01449 | 05/10/2016 |
| Romero, Clara and Alvaro | 1:18-cv-01571 | 11/07/2014 |
| O'Rourke, Michael | 1:18-cv-01977 | 10/09/2013 |
| Lindgens, Jeanna | 1:18-cv-01986 | 11/09/2013 |
| Norwood, Sandra | 1:18-cv-02286 | 12/07/2012 |
| Pancoast, Robert and Lana | 1:18-cv-02359 | 01/23/2012 |
| Hollingsworth, Shirley | 1:18-cv-02953 | 06/08/2012 |

| Name | Case Number | Date |
|---|---|---|
| Beckham, John | 1:18-cv-03423 | 02/23/2012 |
| Clucas, Katherine | 1:18-cv-03832 | 08/29/2013 |
| Rollins, Joandra | 1:18-cv-03988 | 03/10/2014 |
| Grant, Lolita | 1:18-cv-04022 | 07/18/2016 |
| Newman, Adele | 1:19-cv-02122 | 10/24/2013 |
| Rozell, Curtis L. | 1:19-cv-02334 | 10/15/2010 |
| Arens, Kevin | 1:19-cv-02396 | 03/10/2017 |
| Maston, Earl | 1:19-cv-02507 | 10/11/2012 |
| Harmony, Tammy | 1:19-cv-02523 | 05/12/2014 |
| Parker, Sharlene | 1:19-cv-03120 | 05/30/2017 |
| Freesmeyer, DeAnn | 1:19-cv-03461 | 01/18/2011 |
| Morgan, Theresa | 1:19-cv-03669 | 11/28/2014 |
| Jackson, Cedric | 1:19-cv-03775 | 05/30/2013 |
| Locklear, Leslie | 1:19-cv-04032 | 10/05/2013 |
| Booth, Cheryl | 1:19-cv-04074 | 03/06/2017 |
| Brown, Shelia | 1:19-cv-04201 | 05/10/2016 |
| Zyskowski, Margaret and Peter P. | 1:19-cv-04384 | 12/09/2014 |
| Hills, Charly | 1:19-cv-04515 | 03/14/2013 |
| Hall, Julius | 1:19-cv-04891 | 01/08/2014 |
| Snow, Donald | 1:20-cv-00108 | 02/09/2016 |
| Brown, Beverly Ann | 1:20-cv-00647 | 04/18/2011 |
| Schlosser, Alice | 1:20-cv-00700 | 01/18/2012 |
| Swink, Debbie | 1:20-cv-01537 | 08/11/2015 |
| Lech, Piotr | 1:20-cv-01774 | 04/03/2013 |
| Sanders, Tracey Lee | 1:20-cv-01781 | 05/07/2014 |
| Vyvyan, Randall | 1:20-cv-01782 | 05/21/2015 |
| Paskiewicz, Linda C. | 1:20-cv-03251 | 06/13/2011 |
| Jacoby, John | 1:20-cv-06108 | 05/06/2016 |
| Smith, Pearl | 1:21-cv-00638 | 03/23/2015 |
| Kommer, Steven P. | 1:21-cv-00816 | 06/27/2012 |
| Manning, Vanessa | 1:21-cv-00857 | 03/19/2014 |
| Christopher-Pease, Colleen | 1:21-cv-01433 | 01/01/2012 |
| Hobson-Rowlette, Bettye J. | 1:21-cv-01777 | 10/17/2018 |
| Gibbs, Victoria | 1:21-cv-06337 | 02/06/2015 |
| Kirkland, Gregory | 1:21-cv-06379 | 12/07/2016 |
| Thomas, Audrill | 1:21-cv-06467 | 05/02/2014 |
| James, Edward D. | 1:21-cv-06676 | 11/11/2013 |
| Naber, Jana L. | 1:22-cv-01758 | 03/27/2013 |
| O'Donnell, Mary Ann | 1:22-cv-02343 | 02/14/2012 |
| Cullotta, Joseph | 1:24-cv-07112 | 06/11/2021 |