# EXHIBIT G

# Update on Inferior Vena Cava Filters

Thomas B. Kinney, MD

The ravages of thromboembolic disease continue to plague patients despite improvements in diagnostic imaging and anticoagulation regimens. In certain cases, standard medical therapy for thromboembolism is contraindicated, results in complications, or fails to adequately protect patients from embolic insults. These patients are treated with insertion of inferior vena cava (IVC) filters. Although it appears that IVC filters do reduce long-term pulmonary embolism (PE) rates, there may be a higher associated incidence of IVC thrombosis and lower-extremity deep venous thrombosis (DVT) than with anticoagulation alone. This article will address attributes of the theoretical ideal IVC filter, recently introduced IVC filters, complications of use of IVC filters, and results of recent IVC filter studies. Alternative sites for filter placements are then reviewed, along with use of temporary and retrievable IVC filters and use of IVC filters for prophylactic situations.

J Vasc Interv Radiol 2003; 14:425–440

**Abbreviations:** CI = confidence interval, DVT = deep vein thrombosis, FDA = Food and Drug Administration, IVC = inferior vena cava, OD = outer diameter, PE = pulmonary embolism, SVC = superior vena cava

VENOUS thromboembolic disease is a significant cause of morbidity and mortality in the United States. Pulmonary embolism (PE), the most severe complication of venous thromboembolic disease, is diagnosed in 355,000 patients per year and results in as many as 240,000 deaths per year in the United States (1). Despite improved diagnostic and therapeutic approaches to venous thromboembolic disease, community-based studies have found that the average annual incidence of venous thromboembolism has remained essentially unchanged since the 1980s (2). The medical treatment of PE was revolutionized by the use of heparin (3). Anticoagulation therapy is usually associated with a small (<5%) risk of major hemorrhage, but increased risks occur in selected cases, such as patients with thrombocytopenia, central nervous system metastases, or active gastrointestinal bleeding (4). In these patients, interruption of the inferior vena cava (IVC) is considered.

Although lower-limb deep venous thrombosis (DVT) has been found to be responsible for more than 90% of PE, it is clinically apparent in only approximately 10% of patients (5). The culprit veins involved in clinically significant PE are cephalad to the trifurcation (6). Symptoms of PE ensue only when the embolus is large, and only those greater than 7.5 mm in diameter are likely to be fatal, but preexisting cardiopulmonary disease increases a patient's vulnerability (7). Rarely, the sources of PE are the iliac veins, renal veins, right heart, or upper-extremity veins, and often in such cases the clinical circumstances may aid in pointing to these atypical sites.

## HISTORIC PERSPECTIVES OF IVC INTERRUPTION

The mechanical treatment of thromboembolism has a long, interesting history. Femoral vein ligation was first performed by John Hunter in 1874 and was advocated by Homans in 1934 (8). However, this approach caused frequent, recurrent PE. In the mid 1940s, Ochsner, DeBakey, and O'Neal proposed IVC ligation to prevent emboli from the legs and pelvis (9). This method was associated with an operative mortality rate of 14%, a recurrent PE rate of 6% (2% fatal), and chronic venous stasis in 33% of cases (10–13). Venography after IVC ligation demonstrated large collaterals, often as large as the original IVC, and these were hypothesized to be one cause for recurrent PE (14). Embolism of clot above the ligation site was theorized to be another reason. The next innovation consisted of compartmentalization of the IVC with sutures, staples, or clips (Miles, Moretz, and Adams-DeWeese Clips) (15–17). These methods still had significant operative mortality rates of 12%, recurrent PE rates of 4%, and IVC patency rates of 67%.

The next generation of IVC interruption involved endoluminal methods. The Mobin-Uddin umbrella, introduced in 1967, was constructed in the shape of an inverted umbrella from six stainless-steel struts covered with a thin heparin-impregnated fenestrated silastic membrane (18). The device was inserted by venotomy with the apex pointing inferiorly. No longer available, the device was limited by migration (0.4%) and IVC thrombosis (60%). The umbrella caused significant flow disturbances and pressure gradients. The next advance came in 1973,

From the Department of Radiology, University of California San Diego Medical Center, 200 West Arbor Drive, Mail Code 8756, San Diego, California 92103. Received July 18, 2002; revision requested August 26; revision received and accepted December 16. **Address correspondence to** T.B.K.; E-mail: tbkinney@ucsd.edu

The author has not identified a potential conflict of interest.

© SIR, 2003

**DOI:** 10.1097/01.RVI.0000064860.87207.77

| Table 1 |
|---|
| Desirable Attributes of an "Ideal" Filter (21) |
| Nonthrombogenic, biocompatible, infinite implant lifetime performance |
| High filtering efficiency (large and small emboli) with no impedance of flow |
| Secure fixation within the IVC |
| Ease of percutaneous insertion |
|     Small caliber delivery system |
|     Release mechanism simple and controlled |
|     Amenable to repositioning |
| MR imaging compatibility |
| Low cost |
| Low access site thrombosis |
| Retrievability |

| Table 2 |
|---|
| Indications and Contraindications for IVC Filter Insertion and Contraindications to Anticoagulation |
| Absolute Indications |
|     Contraindication to anticoagulation |
|     Recurrent thromboembolic disease despite anticoagulation therapy |
|     Significant complication of anticoagulation therapy |
|     Inability to undergo anticoagulation (sub- or supratherapeutic despite patient compliance) |
| Relative Indications |
|     Large, free-floating iliocaval thrombus |
|     Chronic thromboembolic disease (undergoing pulmonary embolectomy) |
|     Thromboembolic disease with limited cardiopulmonary reserve (cor pulmonale) |
|     Poor compliance with medications |
|     Severe ataxia; at risk for falls on anticoagulation therapy |
|     Prophylactic (no thromboembolic disease yet, but high risk for its occurrence) |
|         Massive trauma (head and spinal cord injury, pelvic, and lower-extremity fractures) |
|         History of thromboembolic disease with upcoming surgery |
|     Recurrent PE in a patient with an IVC filter in place |
|     DVT thrombolysis |
|     Renal-cell cancer with renal vein or IVC involvement |
| Contraindications |
|     Chronically thrombosed IVC |
|     No access route to the IVC to place IVC filters |
|     Adolescent age |
| Contraindications to Anticoagulation |
|     Bleeding complication of anticoagulation |
|     Heparin-associated thrombocythemia thrombosis syndrome |
|     Known recent bleeding |
|     Recent major trauma or surgery |
|     Hemorrhagic stroke |
|     Thrombocytopenia ($<$50,000/mm$^3$) |
|     Guaiac–positive stools |
|     Central nervous system neoplasm, aneurysm, or vascular malformation |

when the Greenfield filter was introduced (19). This conical filter was inserted via venotomy (sheath outer diameter [OD], 29.5 F) with the filter apex cephalad, and it provided packing efficiency, as the filter could be filled to 70%–80% of its depth without flow alterations or pressure gradients. Moreover, paraaxial flow around trapped thrombus could allow endogenous thrombolysis or fragmentation of the clot, thereby maintaining IVC patency. The Greenfield filter, with its long history of use, has become the device by which other devices are compared even though the original design is no longer commercially available. The first percutaneous insertion of the Greenfield filter was reported in 1984 (20). Since then, several lower-profile percutaneously inserted IVC filters have been developed and, presently, nine devices are approved by the US Food and Drug Administration (FDA).

## THE IDEAL FILTER

Several IVC filter attributes have been recognized as desirable (**Table 1**) (21). As newer devices have been developed, many of the features have been achieved, but the ideal device has yet to be developed. Certain features are more important than others. Important attributes include ease of insertion and the abilities to capture PE while maintaining IVC patency and secure fixation within the IVC. Certain attributes are incompatible: secure fixation makes filter repositioning or retrieval difficult. Therefore, in certain instances, attribute priorities will depend on the clinical situation. The long-term performance characteristics of an IVC filter are particularly important in patients being considered for prophylactic IVC filter insertion.

## INDICATIONS FOR IVC FILTER INSERTION

Insertion of IVC filters offers protection from life-threatening PE while subjecting the patient to a small incidence of associated filter complications. Therefore, it is prudent to adhere to strict criteria when asked to evaluate patients for IVC filter insertion. Indications have been broadly broken down into absolute and relative categories (**Table 2**). Patients with absolute indications have thromboembolic disease, whereas patients with relative indications may or may not have thromboembolic disease. In patients with relative indications, it is important that individualized assessment of the need for the filter be made rather than or in addition to anticoagulation. Patients with a contraindication or complication of anticoagulation should be managed with insertion of the IVC filter alone. In certain circumstances, both anticoagulation and IVC filtration may be used to protect patients. Examples of the latter include patients with chronic PE who are being considered for pulmonary thromboendarterectomy or patients with severe cardiopulmonary compromise that places them at great risk if any additional embolic insults occur. Studies have demonstrated that large, free-floating iliocaval thrombus is associated with a significantly greater risk of PE (50%) compared to occlusive thrombus despite anticoagulation therapy (15%) (22). The use of IVC filters during DVT thrombolysis is controversial, with some investigators

advocating filters while others do not (23,24).

The only absolute contraindications to IVC filter insertion are complete thrombosis of the IVC and inability to gain access to the IVC. Because of lack of performance data lasting several decades, it is best to avoid placing filters in adolescent patients, who will likely have such devices implanted for extended periods of time.

## AVAILABLE DEVICES

### Bird's Nest filter

The Gianturco-Roehm Bird's Nest filter (Cook, Bloomington, IN) is made from stainless steel (304L) and was introduced in 1982 (25). The configuration of this filter differs substantially from the conical design introduced by Greenfield. It can be placed in IVCs with diameters as large as 40 mm. The filter consists of four stainless-steel wires (25 cm long by 0.18 mm) attached to two V-shaped struts. The V-shaped struts have small barbs at the two ends to engage the IVC wall. During insertion, the four wires are extruded from the delivery system in a random distribution, simulating a bird's nest. The filter is approximately 7 cm long but, in practice, the deployed length varies by the amount of overlap of the "V" struts. The carrier for the filter is 11 F in diameter and the sheath through which it is placed has a 14-F outer diameter. The filter comes as a femoral or jugular set, but the only difference is the length of the sheaths, with the jugular sheath being longer than the femoral sheath. The flexible nature of this filter allows this delivery system to be advanced through tortuous anatomy, including left-sided approaches. The filter generates the largest magnetic resonance (MR) imaging artifact of all the filter devices because of the stainless steel construction. Although the filter has the potential to withstand torque within a high-strength magnetic field, the Bird's Nest filter will not be displaced in a 1.5-T magnet (26). Although prolapse of wires above the filter has been described, this effect does not appear to diminish the filter's effectiveness for trapping clot.

### LGM or VenaTech Filter

This filter (B. Braun/VenaTech, Evanston, IL) was introduced in France in 1986 (27) and was approved for use in the United States in 1989. The filter has a six-strut conical configuration with side rails containing hooklets that provide caval centering and fixation, respectively. The filter is made of Phynox, a nonferromagnetic alloy, which is MR imaging–compatible. The filter is 38 mm high and its base diameter is 30 mm. The filter is designed for IVC diameters of 28 mm or less. The filter is placed by means of a 12-F introducer sheath (14.6-F OD). Whereas the sheath is advanced into the IVC by means of a guide wire, actual deployment of the filter is performed without a guide wire, and instances of inability to advance the filter through the sheath have occurred in tortuous venous segments. The filter comes loaded in an injection syringe, with the orientation of filter injection into the sheath determined by the access route (femoral or jugular).

### Simon Nitinol Filter

The Simon nitinol filter (Bard, Covington, GA) was introduced in 1988 and received FDA approval in 1990 (28). The filter is fabricated from nitinol, an alloy of nickel and titanium, which has unique thermal-mechanical memory properties. These attributes allow the filter to exist in the straightened but flexible form at room temperatures (<27°C) within the delivery carrier and reform into a predetermined designed filter shape at body temperatures. The small size of the delivery catheter (9-F OD) combined with the flexibility of the filter allows placement from alternative access sites such as the left jugular or even antecubital veins. The filter measures greater than 8 cm in length while within the delivery catheter but shortens significantly after deployment to approximately 4.5 cm. The filter is designed for IVC diameters of 28 mm and smaller. If the patient is to undergo general anesthesia within a 2-week period after filter placement, it is recommended that the filter be placed in IVCs 24 mm in diameter or smaller to reduce possible filter migration. The configuration of the filter uses a conical array of six struts with hooks at the base, with a daisy-wheel configuration of wires at the filter apex, in effect providing two levels of filtration. The filter daisy wheel has seven overlapping loops. The filter is MR imaging–compatible and causes minimal MR imaging artifact.

### Titanium Greenfield Filter

The titanium version of the Greenfield filter (Boston Scientific/Meditech, Natick, MA) was introduced in 1988 and approved by the FDA in 1989 as a low-profile IVC filter specifically designed for percutaneous access (29). The flexibility of the titanium (a Beta II titanium alloy), an MR imaging–compatible metal, permitted development of a low-profile percutaneous filter faster than a percutaneous stainless steel version could be redesigned, which was done later (the device is described in the next section). This filter has a similar conical configuration consisting of six struts that can be compressed into a 12-F carrier (14.3-F–OD sheath). A titanium IVC filter made with hooks, similar to the original stainless-steel Greenfield IVC filter, was found to result in frequent migration and IVC perforation. On a subsequent design, the hooklets were modified to prevent inferior movement of the device and caval wall penetration (hence the name "modified hook"). The filter diameter and overall length have been increased compared to the original design, to 3.8 cm and 4.7 cm, respectively. The apex is different as well, with the corrugated struts coming to a point, which precludes filter insertion over a guide wire. The sheath is inserted with a guide wire, but actual filter deployment occurs without the use of a guide wire, unlike the original design. The filter is designed for IVC diameters smaller than 28 mm. The filter comes in femoral and jugular versions.

### Stainless-Steel Over-the-Wire Greenfield Filter

A 12-F version (Boston Scientific/Medi-tech) of the stainless-steel Greenfield filter was eventually designed and introduced in 1994 and approved by the FDA in 1995 (30). Design modifications allowed this filter to be placed over a centering guide wire to address frequently encoun-



**Figure 1.** Frontal **(a)** and aerial **(b)** views of the TrapEase IVC filter. Frontal **(c)** and aerial **(d)** view of the VenaTech low-profile IVC filter. Frontal **(e)** and aerial **(f)** views of the Günther Tulip IVC filter. **(g)** Frontal view of the Tempofilter and the bulb implanted at the neck **(h)**. The Tempofilter is being removed from the neck after a vena cavogram **(i)** was performed, showing no thrombus. (Figure courtesy of J. Kaufman, MD.)

tered instances of filter tilting and asymmetry with the titanium version. The filter has six stainless-steel struts (316L) that are press-fitted into a cylindrical hub with a hole that the guide wire can pass through. The OD of the sheath used to deploy the filter is 15 F in diameter and the operator end has a rotating hemostatic valve. The filter capsule for the femoral set has been manufactured from plastic, providing more flexibility in negotiating tortuous venous anatomy. The length of this filter is 49 mm and the base diameter is 32 mm. The filter is for use in IVC diameters 28 mm or smaller. The hooks of four of the legs point superiorly, and two opposite hooks point inferiorly to prevent migration. There are separate femoral and jugular versions of this filter. The filter is safe for MR imaging but causes a significant amount of artifact.

### TrapEase Filter

The TrapEase filter (Cordis, Europa N.V., L.J. Roden, The Netherlands) is a double-basket symmetric IVC filter that is laser-cut from nickel-titanium (nitinol) tubing (**Fig 1**). The filter was approved by the FDA in 2000 and reported on in 2001 (31). The cephalad and caudad baskets of the filter consist of struts in a six-diamond or trapezoidal shape configuration. The baskets are then connected by six straight struts, which contain proximal and distal hooks for fixation within the IVC. The TrapEase filter is a significant departure from the conical design introduced by Greenfield: the conical shapes are opposed with the superior basket in the conventional orientation and the inferior basket is oriented opposite. The filter is introduced through a 6-F sheath (OD: 8 F) and can be inserted by femoral, jugular, or antecubital approaches. The TrapEase IVC filter can be used in patients with IVC diameters 30 mm and smaller. The

TrapEase filter is MR imaging–compatible. The unexpanded length of the filter is 64 mm, with the expanded filter length a function of the IVC diameter (ranges from 50 mm to 62 mm for IVC diameters of 30 and 10 mm, respectively). The filter can be purchased with sheaths 55 cm (femoral or jugular) or 90 cm (antecubital) in length.

**VenaTech Low-Profile Filter**

The VenaTech low-profile filter (B. Braun, Boulogne, France) was approved by the FDA in 2001 (**Fig 1**). The filter is fabricated from Phynox wires (pacemaker lead material) with a conical configuration. Instead of six side struts as with the original VenaTech filter, this design uses eight Phynox wires formed in a conventional conical configuration. The lateral, side-rail configuration of these wires allows for caval centering and stabilizing. These eight side-rail wires each contain a welded hook, some oriented superiorly and others inferiorly. The wires come to an apical joint. The filter is 43 mm in height and 40 mm in diameter in the deployed, unconstrained state. This filter is deployed through a 7-F sheath (outer diameter: 9 F) that is 70 cm long. The filter is approved for use in IVC diameters of 28 mm and smaller, but it may eventually be approved for use in IVC diameters as large as 35 mm. The low-profile filter can be deployed from femoral or jugular approaches, and an antecubital version will soon be available. The low-profile design uses a similar syringe injection system to properly orient the filter for femoral or jugular uses. The filter is MR imaging–compatible.

**Günther Tulip Filter**

The Günther Tulip vena cava MR-Eye filter (Cook) was introduced in 1992 for use in Europe and has been available in the United States since 2001 (**Fig 1**) (32). The filter is constructed from Elgiloy, an MR imaging–compatible material. The filter is configured in a conical geometry with a small hook at the cephalad aspect. The filter consists of four main struts, each 0.45 mm in diameter, configured as a cross. Each strut has an elongated wire loop that extends inferiorly three fourths of the length from the apex to the hooked end of the four main cross struts. The four main struts contain 1-mm-long hooks at the inferior end for IVC fixation. The filter is 30 mm in diameter and 45 mm long in the fully expanded state. The filter is placed into the IVC with use of an 8.5-F introducer sheath (45 cm or 80 cm long for femoral or jugular use, respectively). The filter can be placed via femoral or jugular routes, including left-sided approaches. The femoral filter comes preloaded, whereas the jugular filter needs to be loaded into the delivery sheath with use of a stainless-steel grasping wire system. This filter is FDA-approved for permanent implantation. Although the Günther Tulip filter is used as a retrievable filter in Europe, it has not received FDA approval for this application.

**COMPARISONS OF IVC FILTERS**

Despite the widespread use of IVC filters, I am aware of no single prospective, clinical study investigating in direct comparison the effectiveness and complications associated with the different filter designs. However, there is a large number of historic case series (more than 400 between 1965 and 1995) describing the immediate and long-term consequences of IVC filtration (33). Direct comparison of these studies is further complicated by variation in not only the methods used (populations studied, evaluation criteria, associated treatments), but also the quality and duration of follow-up studies. For instance, many studies used only clinical or telephone follow-up to assess for recurrent PE and IVC occlusions, whereas other studies have used imaging follow-up in all patients. Because of the difficulties in comparing the data on the various IVC filter designs, several guidelines have been published concerning reporting standards for such devices (34,35). Some studies have attempted meta-analysis–like interpretation of the data to compare the different filter designs and document the efficacy of filters in prevention of PE (36). Indeed, results of these types of meta-analyses indicate that, although the data are suggestive that IVC filters prevent PE, the data are tentative or preliminary at best (36,37).

**RECURRENT PE AFTER IVC FILTER INSERTION**

Recurrent clinically symptomatic PE after IVC filter placement, arguably one of the key functional attributes of such devices, appears to be an infrequent occurrence, being reported in approximately 2%–5% of cases (**Fig 2**; **Table 3**) (21,31,37–39, personal communication, T. Doyle, January 2002). The true effectiveness in prevention of recurrent PE is really unknown because patients with IVC filters certainly experience asymptomatic PE at a greater rate than symptomatic PE and the diagnosis of recurrent PE may occasionally be elusive.

**THROMBOSES**

Thrombotic complications after filter placement, another key IVC filter attribute, may in fact be a major discriminating variable among the designs. Thrombosis associated with IVC filters occurs in two instances, outright IVC thrombosis and access-site thrombosis. The frequency of IVC thromboses reported varies widely (0%–28%) (37). The relationship between IVC occlusion and recurrent PE is illustrated in **Figure 3**. The variability in reported IVC thrombosis rates probably relates in part to whether screening is performed in all patients or in only patients with symptoms of venous insufficiency. In a significant minority of patients, IVC thrombosis may be present without patients reporting symptoms. The variability also relates to the duration of follow-up and the methods used to study patency of the IVC (ultrasonography [US], vena cavography, MR imaging, or computed tomography) (40,41). Many studies also include among IVC thromboses cases of nonocclusive clot within the filter. Last, IVCs occluded at one point in time may eventually recanalize. The incidence of insertion-site thrombosis has been reported to vary from 2% to 35% (37,42,43). Although the range of insertion-site thrombosis is quite large, there may be less thrombosis with lower-profile systems.

The occurrence of many filter complications such as recurrent PE and IVC thromboses are temporal events; as such, the reporting of such data would be best presented as failure-



**Figure 2.** Relationship of recurrent PE with duration of follow-up with the nine FDA-approved filters. The data for the stainless-steel Greenfield, titanium Greenfield, Bird's Nest, and VenaTech IVC filters is based on meta-analysis of more than 6,500 IVC filter insertions, including almost 90 different studies (37). The data for the stainless-steel over-the-wire Greenfield (38), VenaTech low-profile (personal communication, T. Doyle), Günther Tulip (39), and TrapEase (31) IVC filters are based on single or combined small series. The numbers next to each data point indicate the number of patients studied with that particular filter. The relatively small cases series with the TrapEase and VenaTech low-profile IVC filters may limit the accuracy of the performance characteristics for those filters.

time data and analyzed with use of Kaplan-Meier methods (44).

**BENEFIT OF SYMMETRIC FILTER PLACEMENT**

Several studies have attempted to evaluate and compare different filters with use of various simulations, including models fabricated from plastic tubes, dog and sheep models, and cadaver IVCs (45–53). Although the studies have produced conflicting data as to which IVC filters perform best, some concepts have become clear. In general, as repeated episodes of embolism occur or as the diameter of emboli decrease, the clot-trapping effectiveness of IVC filters decreases (49). Several studies have also shown reduced clot-trapping efficacy as the IVC diameters or downstream IVC pressures increase (49,52). The study by Katsamouris et al (45) showed that, when centered, the original Greenfield IVC filter allowed passage of small clots, and eccentric positioning (>14°) allowed small and large clots to pass through. The study by Greenfield and Proctor (52) showed that alignment became important only in IVCs larger than 22 mm, as the influence of IVC size dominated any influence that filter alignment had. Some studies have found the dual or multiple level of filtration more effective (46), whereas other studies found problems because of excess formation of fibrin peripherally in the filter, possibly explaining greater IVC thrombosis rates (53). The influence of IVC filter tilt and asymmetry on filter function is controversial, with some suggesting importance (41,54,55) and others denying it (56). The last study was a clinical study that evaluated recurrent PE and caval thromboses in patients with titanium Greenfield IVC filters. The filters were evaluated for filter asymmetry (strut pattern in the cava and not filter tilt). A total of 738 filters were inserted and follow-up was available for 373 patients (65%). Asymmetry was found in 42 cases (5%). A total of three of 35 patients (8.6%) with asymmetric filters had recurrent PE, versus 11 episodes of recurrent PE (3.3%) among 338 patients with symmetric IVC filters. Although there was a trend toward significance ($P = .10$), the relative risk of

Table 3
Summary of Comparison Data for FDA-approved IVC Filters

| Filter | N | F/U (mos) | Recurrent PE | DVT | IVC Thromboses | Postphlebitic Syndrome |
|---|---|---|---|---|---|---|
| Stainless-steel Greenfield* | 3,184 | 18 (1–60) | 2.6% (0–9) | 5.9% (0–18) | 3.6% (0–18) | 19% (0–47) |
| Titanium Greenfield* | 511 | 5.8 (0–81) | 3.1% (0–3.8) | 22.7% (0–36) | 6.5% (1–31) | 14.4% (9–20) |
| Bird's Nest* | 1,426 | 14.2 (0–60) | 2.9% (0–4.2) | 6% (0–20) | 3.9% (0–15) | 14% (4–41) |
| Simon nitinol* | 319 | 16.9 (0–62) | 3.8% (0–5.3) | 8.9% (8–11) | 7.7% (4–18) | 12.9% (6–44) |
| VenaTech* | 1,050 | 12 (0–81) | 3.4% (0–8) | 32% (0–32) | 11.2% (0–28) | 41% (24–59) |
| Stainless-steel over-the-wire Greenfield† | 599 | 26 | 2.6% | 7.3% | 1.7% | 2% (ulceration) |
| TrapEase† | 65 | 6 | 0% | 45.7% | 2.8% | NR |
| VenaTech Low-Profile† | 30 | 2.3 | 0% | 10.3% | 0% | NR |
| Günther Tulip† | 83 | 4.5 (0–36) | 3.6% | NR | 9.6% | NR |

Note.—Values are given as numbers or percentages as indicated; values in parentheses indicate ranges of reported values.
* Based on meta-analysis by Streiff (37).
† Based on individual case series (31,38,39, personal communication, T. Doyle).



**Figure 3.** Relationship between caval occlusion and recurrent PE with the nine FDA-approved filters.

recurrent PE with an asymmetric filter was 2.6 times that with a symmetric filter. Likewise, asymmetric filters had a 5.7% IVC thrombosis rate (two of 35), versus 1.7% with symmetric filters (four of 236; not significant, $P = .18$). Again, the relative risk of IVC thrombosis was 3.4 versus patients with symmetric filters. If the study proportions remained the same but twice as many patients were enrolled, the differences in recurrent PE and IVC

**Table 4**
**Complications Reported with Use of IVC Filters (57,58)**

| Complication | Rate (%) |
|---|---|
| Pulmonary embolism | 2–5 |
| Fatal pulmonary embolism | 0.7 |
| Death linked to insertion of an IVC filter | 0.12 |
| Complications from insertion* | 4–11 |
| Venous access site thrombosis | 2–28 |
| Migration of the filter | 3–69 |
| Penetration of the IVC† | 9–24 |
| Obstruction of the IVC | 6–30 |
| Venous insufficiency‡ | 5–59 |
| Filter fracture | 1 |
| Guide wire entrapment | <1 |

* Complications from insertion include puncture site complications such as bleeding, infection, pneumothorax, vocal cord paralysis, stroke, delivery system complications; air embolism; and filter malposition, tilting, or incomplete opening.
† Penetration of the IVC, which can occur immediately, but is more commonly seen as a delayed sequela. Most often, patients are asymptomatic from such IVC penetrations; however, untoward events have been described by penetration of filter struts into small bowel, aorta, and sympathetic ganglia.
‡ Most reports of IVC filters usually report venous insufficiency rates as less than 10%. When studies are conducted for longer periods of follow-up (as long as 6 years), more than 58.8% of patients may have clinical signs of venous insufficiency. The data are somewhat controversial because as many as 30%–45% of patients treated with anticoagulation therapy may experience venous insufficiency after follow-up of 6 years.

thromboses would become significant ($P < .05$).

Because there are no direct randomized studies comparing the various IVC filters and the available retrospective studies do not clearly describe one filter design as unequivocally superior, the filter used should be based on physician discretion. Indeed, a recent meta-analysis of 6,500 devices in nearly 90 different studies concluded that follow-up after placement of such devices has been limited and no particular device is clearly superior to the others (37).

## COMPLICATIONS OF IVC FILTERS

Most IVC filter literature outlines adverse events that occur with long-term use of such devices, including the already-mentioned recurrent PE rates and IVC and access-site thromboses. **Table 4** lists some of these adverse events and illustrates that the vast majority of complications are minor in nature (57,58). The occurrence of death or complication during the insertion of the IVC filters is an infrequent event. Occasionally, certain rare complications may become quite severe; for instance, migration of the IVC filter can occur to the heart, IVC penetration can cause perforation into the vascular or gastrointestinal systems, of IVC thrombosis can cause phlegmasia cerulea. In addition, the actual complication rates frequently quoted are limited by studies containing too few patients or in which significant numbers of patients are lost to follow-up. Additional rarely reported complications of IVC filters include filter fractures (<1%), guide wire entrapment during blind central line insertions, air embolism, paradoxical embolism, and arteriovenous fistulas.

## NEW DEVELOPMENTS AND CONTROVERSIAL TOPICS

### Recent IVC Filter Trials

In 1992, Becker et al (36), in a meta-analysis of IVC filters, concluded that "scientific evidence for filter effectiveness is lacking. The available descriptive data suggest that the risk of filter placement for prevention of recurrent PE is justified in the face of anticoagulation contraindications and failures. Because filters are considered the standard therapy in such circumstances, controlled trials for these indications may not be ethical." (36). In 1998, Decousus et al (59) reported the results of the first prospective trial involving IVC filters. In this study, 400 patients with venography-proven DVT were randomly assigned in a two-by-two factorial study design to receive anticoagulants alone (unfractionated or low-molecular-weight heparin followed by oral anticoagulants for at least 3 months) or anticoagulants plus interruption of the IVC with use of one of four different IVC filters. The filters included in the study were the titanium Greenfield ($n = 53$), Bird's Nest ($n = 16$), VenaTech ($n = 112$), and Cardial ($n = 16$) IVC filters. The Cardial filter (Bard, Saint-Etienne, France) is constructed from stainless steel in the shape of an eight-ribbed umbrella. The rates of recurrent venous thromboembolism (recurrent DVT and/or PE), death, and major bleeding were analyzed at 12 days and 2 years. The results of this trial are summarized in **Table 5**. The results clearly demonstrate for the first time in a randomized study that filters are effective in preventing PE. However, this efficacy was not accompanied by any improvement in overall mortality rate, mainly because fatal PE is actually quite rare. There was a significant two-fold increase in the risk of recurrent DVT within 2 years in the patients who had IVC filters inserted. Unfortunately, no subgroup categorization including comparisons of the IVC filters used was conducted.

Despite the new information that this study has brought to light, it has been criticized for several reasons (60). First, the study was originally planned to include 800 patients in the multicenter (44 sites) study but, because of difficulty in enrollment, the study was stopped after only 400 patients had enrolled. The recurrent PE rate at 2 years, although not statistically different between patients with filters and those without filters, suggested a reduced rate for patients with filters. However, the recurrent DVT rate in patients with filters did achieve significance at 2 years. It is possible that, if the entire patient population had enrolled, that the recurrent PE rates at 2 years may have become significant. Because recurrent DVT is a more frequently expected event than recurrent PE, it is not surprising that it was eas-

ier to achieve a significant change in the former rather than the latter. The manner in which the IVC filters were used also differs from the practice pattern commonly used, in which IVC filters are used predominantly in patients in whom anticoagulation cannot be achieved.

In 1999, a retrospective study of records at Veterans Affairs Medical Centers from 1990 to 1995 was conducted to define how IVC filtration affected in-hospital mortality rates (61). A total of 26,132 veterans were discharged with venous thromboembolism, which included 4,882 patients who had PE. The in-hospital mortality rate for those with PE was 15.9% (775 of 4,882). Only 157 IVC filters were placed in patients with PE (3.2%). Those with PE who had IVC filters inserted experienced a 13.4% unadjusted in-hospital mortality rate (21 of 157), versus a 16% unadjusted mortality rate (754 of 4,725) in patients treated without IVC filters. However, the differences were not significant. In a logistic regression model of in-hospital mortality, the odds of death were reduced by 0.482 (95% confidence interval [CI], 0.287–0.807) for patients with PE who underwent IVC filter insertion ($P < .005$). Across various centers, the use of IVC filters for PE ranged from 0% to 16.7%. The authors concluded that IVC filters were underused in veteran patients with PE.

In 2000, a population-based study of the effectiveness of IVC filters among patients with venous thromboembolism found that insertion of filters was not associated with a significant reduction in the incidence of rehospitalization for PE. The study evaluated hospital discharge data from California hospitals from 1991 to 1995 (62). The objective of the study was to determine the cumulative incidence at 1 year of rehospitalization for venous thrombosis or PE among patients with thromboembolism treated with IVC filters compared with the incidence in a control population with thromboembolism not treated with filters. In the study period, 3,622 patients were treated with filters and 64,333 control patients were admitted with diagnoses of venous thromboembolism. Patients initially admitted with PE were significantly more likely to be readmitted for PE than patients with initial episodes of venous thrombosis only, among patients with IVC filters (relative risk, 6.72; 95% CI, 3.61–12.49) and control patients (relative risk, 5.30; 95% CI, 4.61–6.10). Risk-adjusted proportional hazards modeling showed no significant difference between patients treated with filters and control patients in the relative hazard for readmission for PE. As with the Decousus study (59), filter insertion was associated with a significantly higher relative hazard of readmission for venous thrombosis among patients initially admitted for PE (relative risk, 2.62; 95% CI, 2.09–3.29), but not among those initially presenting with DVT (relative risk, 1.14; 95% CI, 0.92–1.43). However, the study is limited because the patients treated with filters had significantly more comorbidities, a higher frequency of previous PE, and a lack of information regarding anticoagulation therapy. The authors concluded that patients with IVC filters were at increased risk of IVC occlusion because of accumulation of thrombus at the level of the filter, and that this is not related to inherent thrombogenicity of the filter but rather clot collection during the time of recurrent thromboembolism.

A study from Massachusetts General Hospital published in 2000 (63) reported on the authors' retrospective experience with several different IVC filters over a 26-year period. A total of 1,765 filters were implanted in 1,731 patients. Review of hospital files revealed a prevalence of PE after filter placement of 5.6%, with fatal PE occurring in 3.7% of patients. Major complications occurred in 0.3% of procedures and IVC thrombosis occurred after filter placement in 2.7%. They concluded that IVC filters provided protection from life-threatening PE with minimal morbidity and few complications. Effectiveness, safety, and ease of insertion explain the expansion of use and indications of IVC filters.

The issue of recurrent DVT in patients with IVC filters was studied by Greenfield with use of the Michigan filter registry (64). A cohort of 1,191 patients with acute DVT at the time of filter insertion was identified. Patients were followed with annual physical examination, abdominal radiography, and lower-extremity and IVC duplex US examinations. Data on 465 patients who underwent at least one follow-up visit was used to study the effect of anticoagulation on recurrent DVT. In the overall cohort, the incidence of new DVT was 13.3%, PE was suspected or confirmed in 3%, and IVC occlusion occurred in 0.4%. Mean survival was 57.7 months (95% CI, 53.8–61.3 months). Recurrent DVT occurred in 12% of the 241 patients given anticoagulants versus 15% of the 224 patients who were not (NS, $P = .35$). Lower-extremity swelling was twice as common in patients not treated with anticoagulation ($P = .006$) than in those who were. The authors suggest that it is the underlying thrombotic risk that is associated with recurrent thromboembolic events and sequelae and not the presence of the IVC filter. Unfortunately, the study is limited because of lack of data outlining duration and adequacy of anticoagulation, the incidence of symptomatic or asymptomatic DVT, and the underlying cause of the thromboembolic events that occurred.

These studies provide useful information about the utility of IVC filters in patients with thromboembolism. Hopefully, the unanswered questions raised by these studies will provide impetus for additional prospective randomized trials of filters to provide comparative data useful in filter selection for specific clinical problems.

## RECURRENT PE AFTER IVC FILTER PLACEMENT

Unfortunately, many clinicians assume that a patient with an IVC filter in place is permanently protected from the ravages of additional PE. This misconception often results in faulty workup of such patients. Recurrent PE after filter insertion have a diversity of causes that should be considered in workup. Occasionally, the embolic source may arise from atypical sites such as the upper extremities or right atrium. The more frequent use of central venous access devices for medical therapies makes the former site more common presently. If emboli arising from atypical sites are excluded, PE may occur despite IVC filtration in several ways. Most filters are designed to trap the larger, life-threatening clots while allowing smaller clots to pass. The filter itself may be the source of embolism, and this needs to be studied by vena cavography or cross-sectional imaging methods. Three theo-

Case 1:14-ml-02570-RLY-TAB   Document 26477-7   Filed 02/13/25   Page 11 of 17
PageID #: 150853

**Table 5**
**Results of the PREPIC (Prevention du Risque d'Embolic Pulmonaire par Interruption Cave) Study (59)**

| Result | Anticoagulation Alone (*n* = 200) | Anticoagulation and IVC Filter (*n* = 200) | Odds Ratio (95% CI) | *P* Value |
|---|---|---|---|---|
| At 12 d | | | | |
| Recurrent PE* | 9 (4.8) | 2 (1.1) | 0.22 (0.05–0.90) | .03§ |
| Recurrent PE in patients presenting initially with PE | (8.6) | (1.1) | 0.13 | – |
| Recurrent fatal PE | 4 (2.1) | 0 (0.0) | – | .12 |
| Mortality | 5 (2.5) | 5 (2.5) | 0.99 (0.29–3.42) | .99 |
| Cumulative at 2 y† | | | | |
| Recurrent PE | 12 (6.3) | 6 (3.4) | 0.5 (0.19–1.33) | .16 |
| Recurrent fatal PE | 5 (2.6) | 1 (0.6) | 0.22 | .22 |
| Recurrences of DVT‡ | 21 (11.6) | 37 (20.8) | 1.87 (1.10–3.20) | .02 |
| IVC filter thrombosis | – | 16 (9.0) | – | – |
| Mortality | 40 (20.1) | 43 (21.6) | 1.10 (0.72–1.70) | .65 |

Note.—Values in parentheses are percentages unless specified otherwise.
* Symptomatic and asymptomatic PEs diagnosed with high-probability ventilation perfusion scan or pulmonary arteriogram.
† Only symptomatic cases.
‡ Recurrent DVT was diagnosed if there was a new intraluminal filling defect on venography or if there was lack of compressibility at a new site or an extension to a new segment of the thrombus on duplex ultrasonography.
§ Significant.

retical possibilities explain clots within a filter: de novo thrombus formation related to the filter, trapped embolized thrombus within the filter, and cephalad propagation of thrombus through the filter from the pelvis or lower extremities. Rarer causes include an incompletely expanded IVC filter, migrated filter, and gonadal or renal-vein thrombosis. It is controversial whether excessive tilt of conical filters is associated with higher recurrent PE rates. In situations in which a significant thrombus burden is positioned above the filter (often defined as >5 cm in length) or in such a manner that the filter cannot protect against embolism, the patient needs to be treated by insertion of an additional filter, anticoagulation, and/or lytic therapy (assuming the risk is now tolerable) (65).

## SUPRARENAL IVC AND SUPERIOR VENA CAVA FILTERS

In certain circumstances, it is impossible or inadvisable to place an IVC filter in the usual infrarenal IVC location (**Table 6**). Such instances include thrombus extending into the IVC that precludes IVC filter insertion (**Fig 4**). Additional circumstances include a thrombosed IVC containing thrombus that is a risk for embolism, renal vein thrombus (bland and tumor thrombus), ovarian vein thrombosis, and possible current or future pregnancy in younger female patients (37,63,65–67). The efficacy and safety of Greenfield filters placed in a suprarenal position appears similar to that of filters placed conventionally.

A few investigators have reported, in small case series, experiences with placement of filters in the superior vena cava (SVC) (68–71) (**Fig 5**). Whereas some patients have appeared to benefit from such an approach, SVC thrombosis has developed in others (72). Guide-wire entrapment may be more prone to occur with such SVC filter placements. Larger patient studies will be necessary to prove the efficacy of SVC filters.

## TEMPORARY OR RETRIEVABLE FILTERS

Because of concerns about the long-term durability and safety of permanent-type IVC filters and also because certain subsets of patients have limited temporal requirements for protection from thromboembolic events, there has been interest in the use of filters that are or may be removed after certain time periods. A temporary filter remains attached to an accessible transcutaneous catheter or wire so re-

**Table 6**
**Indications for Suprarenal Placement of IVC Filters**

Renal vein thrombosis
Infrarenal vena cava thrombosis
Large patent left ovarian vein (pregnancy or childbearing)
Thrombus propagating proximal to a filter below the renal veins

moval of the filter is feasible and required. Potential disadvantages of these devices are the necessity of device removal after a certain time period and risk of infection. Retrievable filters are configured similarly to conventional filters but with modifications to the caval attachment sites. The potential advantage is that the filter can be removed at a later stage or left in place indefinitely. Clearly, the ability to safely remove these devices relies on accurate assessment of the thromboembolic risks remaining for a particular patient before outright removal is undertaken. Currently, no device is approved by the FDA for such use, but several are in various stages of development. Several reports have described cases of retrieval of permanent-type filters (73–76) after either anomalous IVC filter placement or partial deployment of a Bird's Nest



**Figure 4.** Image from a 20-year-old man with Crohn Disease in whom anticoagulation therapy for left lower-extremity DVT failed. The vena cavogram shows a large mobile iliocaval thrombus extending up to the level of the renal veins. The patient had an IVC filter placed in a suprarenal location with use of the right jugular vein as an access site. The patient then underwent uneventful colectomy and is doing well at 1-year follow-up.

filter (77). These approaches constitute off-label use, involve some risk to the patient, and most be performed soon after placement of the filter because endothelialization of filter struts to the IVC wall has been described to occur as soon as 12 days after filter placement (78).

The Tempofilter (B. Braun) (**Fig 1**) essentially consists of a VenaTech IVC filter with the side rails removed; the filter is tethered at the end of a catheter that is implanted into the neck with the filter positioned in the IVC. The neck end of the catheter have a silicon "olive" that is implanted into the subcutaneous tissues so that the catheter does not protrude from the skin. The implantation time was designed to be 6 weeks. FDA trials of the Tempofilter were halted by the manufacturer because fatal PE occurred with the device. Although temporary filters have undergone extensive use in Europe, particularly during thrombolytic treatment of DVT; the use of such filters during thrombolysis has been questioned because favorable outcomes have occurred when thrombolysis has been performed without filter protection (79). Moreover, the results obtained with use of temporary filters for other indications has not been as good as expected (80,81).

The Günther tulip filter (Cook) has been in use in Europe and Canada and was recently undergoing an FDA trial for retrieval ability (82). Whereas the filter can be placed from either femoral or jugular access sites, retrieval is performed from the right jugular site with use of a retrieval snare and an 11-F sheath (outer diameter, 13 F) (**Fig 6**). It is recommended by the manufacturer that filter removal be done within 10 days of implantation. In the multicenter Canadian registry (82), a total of 90 patients underwent implantation of 91 filters. Fifty-three filters had attempted retrieval between 2 and 25 days, and 52 were successfully removed. In approximately 8% of cases, new filters were reinserted between 17 and 167 days after retrieval. The incidence of filter occlusion was 5%, and no other complications occurred. If clot is found within the filter at the time filter removal is contemplated, the operator has to decide whether it is possible to safely remove the filter without subjecting the patient to possible PE. Various options may include thrombolysis before filter removal or leaving the filter in place (permanent placement). Although the utility of such devices is controversial, potential indications include prophylaxis after major trauma, known DVT or PE with a fairly short period of contraindication to anticoagulation therapy (recent or near-term surgery), PE in a setting of marginal cardiopulmonary reserve, and free-floating DVT. The issue of free-floating thrombus is controversial: some reports indicate high PE rates and others indicate low PE rates with anticoagulation therapy (83). It is hoped that, as more experience is accumulated with this filter or other retrievable designs, subsets of patients may be identified who can be treated with such filters.

Recently, Asch (84) reported on a new retrievable IVC filter called the recovery nitinol filter (NMT Medical, Boston, MA). Filters were placed in 32 patients. The filter has two levels of filtration similar to the Simon Nitinol filter. The filter is fabricated from 12 0.013-inch nitinol wires that extend from a central hub. The filter has six arms and six legs (upper and lower filtering elements, respectively). The filters were inserted by either femoral approach and were retrieved from the right jugular vein with a retrieval cone. The retrieval cone is fabricated from nine metal claws covered with urethane material. In 24 patients, the filters were all successfully retrieved after a mean implantation time of 53 days (range, 5–134 days). No instances of PE or insertion-site thrombosis occurred. One filter, which trapped a



**Figure 5.** Image from a 38-year-old man with documented PE and lower- and upper-extremity DVT who underwent successful insertion of IVC (not shown) and SVC stainless-steel over-the-wire Greenfield IVC filters. The patient was considered to have a contraindication for anticoagulation therapy.

| Table 7 |
|---|
| Prophylactic IVC Filter Recommendations (87) |
| Patients who cannot receive anticoagulants |
| Patients >45 years of age or who have poor cardiopulmonary reserve |
| Patients who have one or more of the following injury patterns |
|    Close head injury with Glascoe coma score <B |
|    Spinal cord injury with paraplegia or quadriplegia |
|    Complex pelvic fractures associated with long bone fractures |
|    Multiple long bone fractures |

large volume of thrombus, had 4 cm of cephalad migration documented before the filter was retrieved. The filter is being reviewed by the FDA for permanent implantation.

## PROPHYLACTIC IVC FILTERS

The definitions or indications for prophylactic IVC filters have evolved over time (85). Early definitions included patients who had had an earlier PE and were at high risk of a second PE or had limited cardiopulmonary reserve to tolerate an embolic insult. More recently, certain situations that have been considered prophylactic have included patients with a significant burden of proximal DVT or free-floating thrombus, which, in certain studies, carries particularly high risk of PE. In the current era, prophylactic filters are used in patients who do not yet have thromboembolism but, because of their associated medical conditions, are at great risk to experience such events. Patients with malignancies and traumatic injuries are good examples of such patients.

Patients with malignancies have hypercoagulable states and experience frequent thromboembolic events (86). Some studies suggest that, despite adequate levels of anticoagulation, thromboembolism can occur in such patients to a greater degree than other patient populations. In addition, the associated comorbidities of patients undergoing cancer therapy frequently places them at greater risks for bleeding complications from anticoagulation therapy. The use of IVC filters in these patients has been applied with conflicting results. By itself, the filter protects against PE, but nothing prevents additional episodes of thrombosis. Use of filters has also been criticized in such cases because of the high costs and the high mortality rates experienced in such patients in many IVC filter studies (87).

Patients with multiple traumas have been considered for prophylactic IVC filters as well. The usual screening and prophylactic measures useful in the prevention of thromboembolic disease in medical or surgical patients often fail in these patients. After trauma, prophylaxis is often started too late and there is frequent venous stasis and/or associated venous injury along with hypercoagulable states (Virchow triad). Venous compression devices and surveillance US cannot be applied because of the extent of edema, external fixation devices, or casts. Most investigators have attempted to identify trauma patients at particularly high risk of thromboembolism and place prophylactic filters in these patients (88,89). The constellation of traumatic injuries that constitutes high risk includes brain injury, spinal cord injury, and pelvic and lower-extremity long bone fractures (**Table 7**). These patients have been demonstrated to have a 50-fold increase in thromboembolic complications compared to other trauma patients. Most studies have demonstrated favorable



**Figure 6.** Retrieval of a Günther Tulip IVC filter used for prophylaxis in a patient who had undergone a complex orthopedic operation. **(a)** Vena cavogram shows a widely patent IVC. **(b)** An Amplatz Snare (Microvena, White Bear Lake, MN) has been advanced through an 11-F sheath, capturing the upper hooklet in **(c)**. **(d)** The filter has been reconstrained by carefully holding the snare in place and advancing the outer sheath over the filter with fluoroscopic visualization. (Figure courtesy of M. Girard, MD.)

results with IVC filters in such cases, but not all have shared this experience (88–92). It is possible that, as retrievable filters become more widespread and better studied, they may become of use in such cases.

## CONCLUSIONS

IVC filters are relatively easy and safe to insert and appear to be effective in reducing the short-term occurrences of PE. It appears likely that IVC filters do reduce long-term PE but may result in IVC thromboses and higher incidences of recurrent lower-extremity DVT than seen with anticoagulation alone. The literature on IVC filters is lacking in direct prospective comparisons of IVC filters and, presently, no one filter appears to be superior to the next. Each IVC filter has certain advantages and disadvantages, and the ideal IVC filter still remains an elusive goal. Therefore, it is in the best interest of the patient that the physician inserting IVC filters be familiar with several different types so that key attributes are optimized for that particular application. Because of concerns over long-term performance characteristics of IVC filters, it is best to adhere to strict indications for IVC filter insertion. Hopefully, additional prospective studies will help identify which filters are best and which subsets of patients are best served by IVC filter insertion. Advances in temporary or retrievable IVC filters may reveal new and exciting indications.

**References**

1. Bick RL. Hereditary and acquired thrombophilia: preface. Semin Thromb Hemost 1999; 25:251–253.
2. Heit JA, Silverstein MD, Mohr DN, et al. The epidemiology of venous thromboembolism in the community. Thrmob Haemost 2001; 86:452–463
3. Barritt DW, Jordan SC. Anticoagulant drugs in the treatment of pulmonary embolism: a controlled trial. Lancet 1960; 1:1309–1312.
4. Levine M, Raskob GE, Landefeld CS, Kearon C. Hemorrhagic complications of anticoagulant treatment. Chest 1998; 114(suppl):511S–523S.
5. Stein PD, Willis PW III, DeMets DL. History and physical examination in acute pulmonary embolism in patients without preexisting cardiac or pulmonary disease. Am J Cardiol 1981; 47:218–223.
6. Moser KM, LeMoine JR. Is embolic risk conditioned by location of deep venous thrombosis? Ann Intern Med 1981; 94:439–444.
7. Gardner AM, Askew AR, Harse HR, Wilmshurst CC, Turner MJ. Partial occlusion of the inferior vena cava in the prevention of fatal pulmonary embolism. Surg Gynecol Obstet 1974; 138:17–22.
8. Greenfield LJ. Evolution of venous interruption for pulmonary thromboembolism. Arch Surg 1992; 127:622–626.
9. Ochsner A, Ochsner JL, Saunders HS. Prevention of pulmonary embolism by caval ligation. Ann Surg 1970; 171:923–938.
10. Amador E, Ting KL, Crane C. Ligation of inferior vena cava for thromboembolism. JAMA 1968; 206:1758–1760.
11. Garner AMN. Inferior vena caval interruption in prevention of fatal pulmonary embolism. Am Heart J 1972; 84:537.
12. Nasbeth DC, Moran JM. Reassessment of the role of inferior-vena-cava ligation in thromboembolism. New Engl J Med 1965; 273:1250–1253.
13. Piccone VA, Vidal E, Yarnoz M, Glass P, LeVeen HH. The late results of caval ligation. Surgery 1970; 68:980–998.
14. Gurewich V, Thomas DP, Rabinov K. Pulmonary embolism after ligation of the inferior vena cava. New Engl J Med 1966; 274:1350–1354.
15. Miles RM. Prevention of pulmonary embolism by the use of a plastic vena caval clip. Ann Surg 1966; 163:192–198.
16. Moretz W, Rhode C, Shepard M. Prevention of pulmonary emboli by partial occlusion of the inferior vena cava. Ann Surg 1959; 25:617.
17. Adams JT, DeWeese JA. Experimental and clinical evaluation of partial vein interruption in prevention of pulmonary embolism. Surgery 1965; 57:82–102.
18. Mobin-Uddin K, Smith PE, Martines LO, Lombardo CR, Jude JR. A vena caval filter for the prevention of pulmonary embolus. Surg Forum 1967; 18:209–211.
19. Greenfield LJ, McCrudy JR, Brown PP, Elkins RC. A new intracaval filter permitting continued flow and resolution of emboli. Surgery 1973; 73:599–606.
20. Tadavarthy SM, Castañeda-Zuñiga W, Salomonowitz E, et al. Kimray-Greenfield vena cava filter: percutaneous introduction. Radiology 1984; 151:525–526.
21. Grassi CJ. Inferior vena caval filters: analysis of five currently available devices. AJR Am J Roentgenol 1991; 156:813–821.
22. Ranomski JS, Jarrel BE, Carabasi TA, Yang SL, Koolpe H. Risk of pulmonary embolus with inferior vena caval thrombosis. Am Surg 1987; 53:97–101.
23. O'Sullivan GJ, Semba CP, Bittner CA, et al. Endovascular management of iliac vein compression (May-Thurner) syndrome. J Vasc Interv Radiol 2000; 11:823–836
24. Thery C, Asserman P, Amrouni N, et al. Use of a new removable vena cava filter in order to prevent pulmonary embolism in patients submitted to thrombolysis. Eur Heart J 1990; 11:334–341.
25. Roehm JOF, Ginaturco C, Barth MH, Wright KC. Percutaneous transcatheter filter for the inferior vena cava: a new device for treatment of patients with pulmonary embolism. Radiology 1984; 150:255–257.
26. Watanabe AT, Teitelbaum GP, Gomes AS, Roehm JOF. MR imaging of the bird's nest filter. Radiology 1990; 177:578–579.
27. Ricco JB, Crochet D, Sebilotte P, et al. Percutaneous transvenous interruption with the "LGM" filter: early results of a multicenter trial. Ann Vasc Surg 1988; 3:242–247.
28. Simon M, Athanasoulis CA, Kim D, et al. Simon Nitinol inferior vena cava filter: initial clinical experience: work in progress. Radiology 1989; 172:99–103.
29. Greenfield LJ, Cho KJ, Pais SO, Van Aman M. Preliminary clinical experience with the titanium Greenfield vena cava filter. Arch Surg 1989; 124:657–659.
30. Cho KJ, Greenfield LJ, Proctor MC, et al. Evaluation of a new percutaneous stainless steel Greenfield filter. J Vasc Interv Radiol 1997; 8:181–187.
31. Rousseau H, Perreault P, Otal P, et al. The 6-F Nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial. J Vasc Interv Radiol 2001; 12:299–304.
32. Millward SF, Bhargava A, Aquino J, et al. Günther tulip filter: preliminary experience with retrieval. J Vasc Interv Radiol 2000; 11:75–82.
33. Girard P, Tardy B, Decousus H. Inferior vena cava interruption: how and when? Annu Rev Med 2000; 51:1–15.
34. Greenfied LJ, Rutherford RB, and Participants in the vena caval filter consensus conference. Recommended reporting standards for vena caval filter placement and patient follow-up. J Vasc Surg 1999; 30:573–579.
35. Grassi CJ, Swan TL, Cardella JF, et al. Quality improvement guidelines for percutaneous permanent inferior vena cava filter placement for the prevention of pulmonary embolism. J Vasc Interv Radiol 2001; 12:137–141.
36. Becker DM, Philbrick JT, Selby JB. In-

ferior vena cava filters: indications, safety, effectiveness. Arch Intern Med 1992; 152:1985–1994.
37. Streiff MB. Vena caval filters: a comprehensive review. Blood 2000; 95: 3669–3677.
38. Greenfield LJ, Proctor MC. The percutaneous Greenfield filter: outcomes and practice patterns. J Vasc Surg 2000; 32:888–893.
39. Neuerburg JM, Günther RW, Vorwerk D, et al. Results of a multicenter study of the retrievable Tulip vena cava filter: early clinical experience. Cardiovasc Intervent Radiol 1997; 20: 10–16.
40. Kim D, Edelman RR, Margolin CJ, et al. The Simon nitinol filter: evaluation by MR and ultrasound. Angiology 1992; 43:541–548.
41. Guglielmo FF, Kurtz AB, Wechsler RJ. Prospective comparison of computed tomography and duplex sonography in the evaluation of recently inserted Kimray-Greenfield filters into the inferior vena cava. Clin Imaging 1990; 14: 216–220.
42. Tobin KD, Pais SO, Austin CB. Femoral vein thrombosis following percutaneous placement of the Greenfield filter. Invest Radiol 1989; 24:442–445.
43. Molgaard CP, Yucel EK, Geller SC, Knox TA, Waltman AC. Access-site thrombosis after placement of inferior vena cava filters with 12–14-F delivery sheaths. Radiology 1992; 185:257–261.
44. Crochet DP, Stora O, Ferry D, et al. VenaTech–LGM filter: long-term results of a prospective study. Radiology 1993; 188:857–860.
45. Katsamouris AA, Waltman AC, Delichatsios MA, Athanasoulis CA. Inferior vena cava filters: in vitro comparison of clot trapping and flow dynamics. Radiology 1988; 166:361–366.
46. Palestrant AM, Prince M, Simon M. Comparative in vitro evaluation of the nitinol inferior vena cava filter. Radiology 1982; 145:351–355.
47. Xian ZY, Roy S, Hosaka J, Kvernebo K, Laerum F. Multiple embolic and filter function: an in vitro comparison of three vena cava filters. J Vasc Interv Radiol 1995; 6:887–893.
48. Qian Z, Yasui K, Nazarian GK, et al. In vitro and in vivo experimental evaluation of a new vena caval filter. J Vasc Interv Radiol 1994; 5:513–518.
49. Schroeder TM, Elkins RC, Greenfield LJ. Entrapment of sized emboli by the KMA-Greenfield intracaval filter. Surg 1978; 83:435–439.
50. Thompson BH, Cragg AH, Smith TP, Bareniewski H, Barnhart WH, De Jong SC. Thrombus-trapping efficiency of the Greenfield filter in vivo. Radiology 1989; 172:979–981.
51. Simon M, Rabkin DJ, Kleshinski S, Kim D, Ransil BJ. Comparative evaluation of clinically available inferior vena cava filters with an in vitro physiologic simulation of the vena cava. Radiology 1993; 189:769–774.
52. Greenfield LJ, Proctor MC. Experimental embolic capture by asymmetric Greenfield filters. J Vasc Surg 1992; 16: 436–444.
53. Proctor MC, Cho KJ, Greenfield LJ. In vivo evaluation of vena caval filters: can function be linked to design characteristics? Cardiovasc Intervent Radiol 2000; 23:460–465.
54. Kinney TB, Rose SC, Weingarten KW, et al. IVC filter tilt and asymmetry: comparison of the the over-the-wire stainless-steel and titanium Greenfield IVC filters. J Vasc Interv Radiol 1997; 8:1080–1082.
55. Kinney TB, Rose SC. Regarding "limb asymmetry in titanium Greenfield filters." J Vasc Surg 1998; 16:436–444.
56. Greenfield LJ, Proctor MC, Cho KJ, Wakefield TW. Limb asymmetry in titanium Greenfield filters: clinically significant? J Vasc Surg 1997; 26:770–775.
57. Ray CE, Kaufman JA. Complications of inferior vena cava filters. Abdom Imaging 1996; 21:368–374.
58. Ballew KA, Philbrick JT, Becker DM. Vena cava filter devices. Clin Chest Med 1995; 16:295–305.
59. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. N Engl J Med 1998; 338:409–415.
60. Murphy TP, Trerotola SO, Vogelzang RL. Vena caval filters for the prevention of pulmonary embolism. N Engl J Med 1998; 339:46–48.
61. Kazmers A, Jacobs LA, Perkins AJ. Pulmonary embolism in veterans affairs medical centers: is vena cava interruption underutilized? Am Surg 1999; 65:1171–1175.
62. White RH, Zhou H, Kim J, Romano PS. A population-based study of the effectiveness of inferior vena cava filter use among patients with venous thromboembolism. Arch Intern Med 2000; 160: 2033–2041.
63. Athanasoulis CA, Kaufman JA, Halpern EF, Waltman AC, Geller SC, Fan CM. Inferior vena caval filters: review of a 26-year single-center clinical experience. Radiology 2000; 216:54–66.
64. Greenfield LJ, Proctor MC. Recurrent thromboembolism in patients with vena cava filters. J Vasc Surg 2001; 33: 510–514.
65. David W, Gross WS, Colaiuta E, Gonda R, Osher D, Lanuti S. Pulmonary embolus after vena cava filter placement. Am Surg 1999; 65:341–346.
66. Matchett WJ, Jones MP, McFarland DR, Ferris EJ. Suprarenal vena caval filter placement: follow-up of four filter types in 22 patients. J Vasc Interv Radiol 1998; 9:588–593.
67. Greenfield LJ, Proctor MC. Supra-renal filter placement. J Vasc Surg 1998; 28:432–438.
68. Hoffman MJ, Greenfield LJ. Central venous septic thrombosis managed by superior vena cava Greenfield filter and venous thrombectomy: a case report. J Vasc Surg 1986; 4:606–611.
69. Pais SO, Orchis DF, Mirvis SE. Superior vena caval placement of Kimray-Greenfield filter. Radiology 1987; 165: 385–386.
70. Owen EWJ, Schoettle GPJ, Harrington OB. Placement of a Greenfield filter in the superior vena cava. Ann Thorac Surg 1992; 53:896–897.
71. Ascher E, Hingorani A, Tsemekhin, Yorkovich W, Gunduz Y. Lessons learned from a 6-year clinical experience with superior vena cava Greenfield filters. J Vasc Surg 2000; 32:881–887.
72. Lidagoster MI, Widman WE, Chevinski AH. Superior vena caval occlusion after filter insertion. J Vasc Surg 1994; 20:158–159.
73. Schneider PA, Bednarkiewicz M. Percutaneous retrieval of a Kimray-Greenfield vena cava filter in the right atrium: percutaneous retrieval. Radiology 1985; 134:1047–1052.
74. Cynamon J, Bakal CW, Epstein SB, Gabelman G. Percutaneous removal of a titanium Greenfield. AJR Am J Roentgenol 1992; 159:777–778.
75. Hastings G, Chughtai S, Radack D, Santilli J. Repositioning of the 12-F over-the-wire Greenfield filter. J Vasc Interv Radiol 2000; 11:1207–1210.
76. Nutting C, Coldwell D. Use of a Trap-Ease device as a temporary caval filter. J Vasc Interv Radiol 2001; 12:991–993.
77. Cope C, Baum RA, Duszak RA. Termporary use of a bird's nest filter during iliocaval thrombolysis. Radiology 1996; 198:765–767.
78. Burbridge BE, Walker DR, Millward SF. Incorporation of the Günther temporary inferior vena cava filter into the caval wall. J Vasc Interv Radiol 1996; 7:289–290.
79. Mewissen MW, Seabrook GR, Meissner MH, Cynamon J, Labropoulos N, Haughton SH. Catheter-directed thrombolysis for lower extremity deep venous thrombosis: report of a national multicenter registry. Radiology 1999; 211:39–49.
80. Millward SF. Temporary and retrievable inferior vena cava filters: current

status. J Vasc Interv Radiol 1998; 9:381–387.
81. Lorch H, Welger D, Wagner V, et al. Current practice of temporary vena cava filer insertion: a multicenter registry. J Vasc Interv Radiol 2000; 11:83–88
82. Millward SF, Oliva VL, Bell SD, et al. Günther tulip retrievable vena cava filter: results from the registry of the Canadian interventional radiology association. J Vasc Interv Radiol 2001; 12:1053–1058.
83. Pacouret G, Alison D, Pottier JM, Bertrand P, Charbonnier B. Free-floating thrombus and embolic risk in patients with angiographically confirmed proximal deep venous thrombosis. Arch Intern Med 1997; 157:305–308.
84. Asch MR. Initial experience in humans with a new retrievable inferior vena cava filter. Radiology 2002; 225:835–844.
85. Proctor MC. Indications for filter placement. Semin Vasc Surg 2000; 13:194–198.
86. Falanga A, Donati MB. Pathogenesis of thrombosis in patients with malignancy. Intl J Hematol 2001; 73:137–144.
87. Rosen MP, Porter DH, Kim D. Reassessment of vena caval filter use in patients with cancer. J Vasc Interv Radiol 1994; 5:501–506.
88. Shackford SR, Davis JW, Hollingsworth-Fridlung P, Brewer NS, Hoyt DB, Mackersie RC. Venous thromboembolism in patients with major trauma. Am J Surg 1990; 159:365–369.
89. Pasquale M, Fabian TC, and the EAST Ad Hoc Committee on Practice Management Guideline Development. Practice management guidelines for trauma from the Eastern Association of Trauma. J Trauma 1998; 44:941–956.
90. Khansarinia S, Dennis JW, Veldenz HC, Butcher JL, Hartland L. Prophylactic Greenfield filter placement in selected high-risk trauma patients. J Vasc Surg 1995; 22:231–236.
91. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. Arch Surg 1998; 133:406–412.
92. McMurty AL, Owings JT, Anderson JT, et al. Increased use of prophylactic vena cava filters in trauma patients failed to decrease overall incidence of pulmonary embolism. J Am Coll Surg 1999; 189:314–320.