# EXHIBIT H

# Complications of Inferior Vena Cava Filters

CHARLES S. JOELS, M.D., RONALD F. SING, D.O., F.A.C.S., B. TODD HENIFORD, M.D., F.A.C.S.

From the Department of General Surgery, Carolinas Medical Center, Charlotte, North Carolina

Inferior vena cava (IVC) filters offer a safe and effective means of preventing pulmonary embolus and have reduced complications when compared to earlier techniques of caval interruption. However, despite continued improvement in filters and insertion methods, complications still occur. Pneumothorax, hemorrhage, and vessel injury may result while obtaining vascular access. Filter misplacement, excessive tilt, and vascular injury have been reported with insertion, but preinsertion cavography is helpful in preventing these insertion-related complications. Attention to detail, proper use of guidewires, and preinsertion imaging are vital in preventing insertion-related complications as well. Long-term complications occur in a minority of patients and include recurrent pulmonary embolus, caval occlusion, and filter migration. Overall, the benefits of preventing pulmonary embolism far exceed the risks related to filter placement in properly selected patients.

HISTORICALLY THE SURGICAL prevention of pulmonary embolus (PE) from a lower extremity venous thrombus has been associated with significant morbidity. In the 18th century John Hunter attempted to control this disease process with ligation of the femoral veins.[1] This procedure resulted in venous complications of the lower extremity. In the 19th century several groups attempted ligation of the inferior vena cava (IVC).[1] Acute surgical occlusion was associated with initial hemodynamic instability which was often followed by significant venous stasis sequelae. In addition the incidence of retroperitoneal venous collateral formation with recurrent PE was significant. Later in the mid-20th century partially occluding clips developed by Adams and DeWeese[2] were surgically placed around the inferior vena cava. These were associated with rates of vena cava occlusion approaching 100 per cent. The development of the Greenfield filter (Boston Scientific, Watertown, MA) in the 1970s finally provided an effective means of protection from pulmonary embolism with a much lower rate of caval occlusion.[1] Initially the insertion of a Greenfield filter required a surgical cutdown of the internal jugular vein or common femoral vein to place the 24-F introducer for filter deployment. More recently this has become a percutaneous technique with the evolution of smaller introducer systems. During the last decade several versions of IVC filters have been developed and marketed. Complications are infrequent, but they do occur. The timing of these adverse events can be during vascular access, during deployment of the filter, immediately after the procedure, or up to years later.

Insertion- or deployment-related complications result from the technical aspects of filter placement and can be associated with obtaining intravenous access, imaging the veins, and placing the filter. The currently available filters are all placed using the Seldinger technique for vascular access. Many of the initial access-related complications are similar to those that occur with central venous catheter insertion including wound hematoma or bleeding, pneumothorax, arterial injury, and arterial venous fistula. One of the most common reasons that a patient requiring a filter might bleed is anticoagulation. Close management of the patient's partial thromboplastin time or prothrombin time can limit this risk. Obviously whether the patient is anticoagulated or not pressure must be maintained over the insertion site after the removal of the sheath. Bleeding almost always subsides in several minutes. Prolonged pressure is unnecessary and may be one mechanism of access-site thrombosis formation.

Filter placement is truly an endovascular procedure and like placement of large-bore central venous catheters with sheaths and dilators, i.e., Hickman catheters, vessel wall perforation is a potential risk and must be kept in mind. It is important to use guide wires with caution and not to exert excessive force when sliding catheters and dilators over them. The guide wire does not guarantee proper intraluminal placement if too much vigor is used with insertion. Additionally if a

---

Presented at the Annual Meeting, Southeastern Surgical Congress, February 7–11, 2003, Savannah, Georgia.

Address correspondence and reprint requests to B. Todd Heniford, M.D., Department of General Surgery, Carolinas Medical Center, 1000 Blythe Boulevard, MEB 601, Charlotte, NC 28203.

wire, sheath, or catheter is maneuvered through a thrombus, it can result in a PE. It is important to identify the extent of clot present if possible and determine the best route of access (jugular or iliac) to the IVC. Embolus of a filter branch was reported by Fuochi et al.[3] in 1996, and deaths due to recurrent pulmonary embolus and paradoxical embolus during placement have been reported.[3–5]

It is important to remember that filters "go where you put them." Misplacement of IVC filters is a common complication of insertion. Series from the past decade with greater than 60 patients have reported a rate of placement in an undesired location between 0.7 and 4.6 per cent.[6–10] Locations for filter misplacement include renal veins, gonadal veins, and undesired suprarenal placement.[7, 8, 11] A retrospective review by Savin et al.[12] found filter misplacement depended on the use of preinsertion cavography ($P < 0.0001$) with a misplacement rate of 2.5 per cent when cavography was used and a 43 per cent misplacement rate without it. The three major complications in this series occurred in patients with misplaced filters.[12] Modern delivery systems have significantly reduced the incidence of premature release of the filter and subsequent malplacement.

Unrecognized vascular anomalies can lead to filter misplacement or leave a major vascular path unprotected if the abnormality is not identified before insertion. The four most common anomalies are IVC duplication, left-sided IVC, retroaortic left renal vein, and circumaortic renal vein.[13] A review of 1014 spiral CT scans found a 0.3 per cent incidence of bilateral IVC, a 0.1 per cent incidence of azygous continuation of the IVC, and a 10 per cent incidence of left renal vein variants (6.3% circumaortic and 3.7% retroaortic).[14] Additionally Mejia et al.[15] reviewed 64 Greenfield filter placements and 10 per cent of patients were noted to have anatomic variants requiring an alternate approach to placement.

Currently few filters are approved by the Food and Drug Administration for a vena cava greater than 28 mm which makes this an important anatomic characteristic to identify as well. The incidence of a caval diameter greater than 28 mm was reported as 2.3 per cent in a review of 799 filter placements by Reed et al.[16] Placement of a filter too small for the caval diameter may lead to filter migration and embolism. Filter migration has become less common in the past decade but continues to be found in long-term follow-up after filter placement. The reduction in migration is likely a result of improved strut design as well as an increased use of preinsertion imaging to measure caval diameter. The majority of current filters are indicated in vena cavas up to 28 mm. Only the Bird's Nest filter (Cook, Bloomington, IN) is indicated in vessels up to 40 mm in diameter. Placement of a filter in too large a cava is a risk factor for filter migration. This highlights the importance of preinsertion caval imaging with measurement of the caval diameter for proper filter selection and placement. In 1990 Babuty et al.[17] reported migration rates from 48 to 76 per cent.[17] Other reports of a high migration incidence include a 63 per cent rate of eccentric positioning in 114 Simon Nitinol filters (Nitinol Medical Technologies, Lincoln, IL) and migration rates of 34 and 30 per cent with Greenfield filters.[18–20] These Greenfield filters were the stainless steel and older titanium models without modified hooks. A subsequent series of titanium Greenfield filters with modified hooks reported a more acceptable incidence of migration greater than 9 mm of 11 per cent.[21] The overall reported incidence of filter migration 10 mm or greater ranges from 2.9 to 12 per cent.[22, 23] The dangers of filter migration include embolism of the entire filter, which was reported with the Antheor filter and led to its removal from the market as well as the potential of migration adjacent to the ostia of the renal veins, precipitating their occlusion and renal failure if thrombosis occurs at that location.[24]

Excessive tilt of a filter is another potential complication of filter placement. The reported incidence of tilt with insertion is highly variable ranging from 0 to 56 per cent and depends on the definition and filter used.[9, 20, 25–28] Tilt can develop as a result of operator error as well as failure to identify the location of the renal veins and/or accessory veins entering the vena cava. Placing a filter in the vicinity of entering vessels may lead to strut deployment into the vessel opening, which leads to filter instability and tilt. Tilt has been shown to be a risk factor for pulmonary embolus after filter placement. Rogers et al.[26] in a review of prophylactic filter placement in trauma patients found that pulmonary emboli occurred more frequently in patients whose filter tilted greater than 14 degrees off the longitudinal axis. They recommend placement of a second filter above an initial filter tilted greater than 14 degrees for adequate prevention of pulmonary embolus.[26] Filters can also be rendered ineffective if they fail to fully expand with deployment or if there is assymmetry of the struts. Often this is caused by unidentified thrombus in the vena cava and is one of the reasons we perform preinsertion cavography, but other causes include defective production and operator error. The incidence of incomplete expansion ranges from 0.7 to 13.9 per cent. Some authors have described full expansion with guidewire manipulation or balloon expansion while others have placed an additional filter proximally for adequate prophylaxis.[3, 7, 8, 17, 21, 23, 28, 29]

Traumatic injuries have been reported with filter

insertion ranging from well-known injuries due to attempts at central venous access, such as hemothorax and pneumothorax, and less common injuries including cardiac tamponade and caval perforation requiring operative repair.[8, 21, 30] Acute caval occlusion and death during insertion have been reported as well.[31]

Even with the goal of preventing thrombus propagation, thrombosis of the insertion site, distal deep venous thrombosis (DVT), and vena cava occlusion are potential complications of filters. Access via the internal jugular or subclavian vein results in a lower incidence of thrombosis when compared with femoral access.[32] The overall rate of insertion site thrombosis is between 1.8 and 24.7 per cent, the larger percentage coming from a study by Aswad et al. in which all patients received duplex evaluation 7–10 days after filter placement.[33, 34] A series of 267 Bird's Nest filters reported an acceptable rate of insertion site thrombosis (3%), but two patients developed phlegmasia cerulea doleans, a dire consequence of insertion site thrombosis, resulting in their deaths.[35] DVT distal to the insertion site has been reported in up to 18 per cent of patients.[17] It is not clear whether altered flow in the venous system precipitates distal venous thrombus or whether these patients have a propensity for clot formation.

Filter and subsequent caval occlusion due to the entrapment of thrombus can present with progressive lower extremity edema and venous congestion if the occlusion occurs over time or if acute can lead to significant hemodynamic instability. This hypotension typically responds quickly to volume resuscitation. There is much debate over whether caval thrombosis is a complication related to the filter or actually the result of protecting the patient from what would otherwise be a massive fatal pulmonary embolism. The currently available filters all appear to have a similar caval thrombosis rate, but reports in the literature are highly variable and range from one to 24 per cent.[7, 36] At this time there are no definitive prospective randomized trials identifying the filter with the lowest caval thrombosis rate, but multiple retrospective studies offer the natural history of various filters. A series of 199 filters published by Mohan et al.[37] in 1995 suggests that the Bird's Nest filter offers a higher caval thrombosis rate of 14.6 per cent when compared with the stainless steel Greenfield filter (0% caval thrombosis), the titanium Greenfield filter with modified hooks (3.6% caval thrombosis), and the Vena Tech filter (L.G. Medical, Chasseneuil, France), which had a 4 per cent caval thrombosis rate.[37] An alternate series of 78 Bird's Nest filters showed a more reasonable 4.7 per cent caval thrombosis rate.[38] The reported caval thrombosis rates for other common filters vary in the literature as well: Greenfield filter (1–9.5%), Vena Tech filter (4.5–24%), and Simon Nitinol filter (3.5%).[4, 7, 18, 36, 39] In summary caval occlusion rates are similar among filters. Differences in patient populations and physician-dependent variables likely explain the variable incidence of filter occlusion in studies using the same filter.

Treatment for caval thrombosis includes acute local thrombolytic infusion, long-term anticoagulation, acute thrombectomy, and possibly no treatment if patients are asymptomatic and have a persisting contraindication to anticoagulation. Some success has been found with local infusion of urokinase in patients with various etiologies of caval thrombosis including IVC filters, but anticoagulation has been a more common approach to treatment and prophylaxis against caval thrombosis.[40, 41] Crochet et al.[42] reported in 1999 on 142 patients receiving Vena Tech filters and found a caval patency rate of 80 per cent at 9 years of follow-up. Patients who received filters because of anticoagulation failure had a significantly higher ($P = 0.016$) rate of filter occlusion (64.8%), and the authors felt anticoagulation should be considered even after filter placement.[42] Traditional bleeding complications of anticoagulation remain a concern in this setting. Amano et al.[43] reported a retroperitoneal hematoma that developed after anticoagulation for filter thrombosis. Infection of IVC filters is likely not an infection of the filter but rather infection of thrombus within the filter becoming infected. Treatment for this is anticoagulation if feasible as well as long-term antibiotics as would be used for any intravascular infection.

Recurrent pulmonary emboli have been reported in 2.5 to 7.7 per cent of patients after filter placement in series greater than 50 patients.[22, 44] Pulmonary emboli also occur in patients without a preinsertion PE, as evidenced by the Rogers et al.[26] series in which 2.3 per cent of trauma patients receiving prophylactic filters developed a PE. Fatal pulmonary emboli after IVC filter placement are uncommon but have been reported in multiple case series.[7, 17, 21, 27, 31, 36, 45] The incidence in individual series ranges from 0 to 4.4 per cent.[44, 45] Geisinger et al.[46] reported on three different mechanisms of recurrent PE in a case series published in 1987. Etiologies of recurrent pulmonary embolism were propagation of thrombus beyond the filter struts, occlusion of the vena cava at and beyond the level of the filter, and loss of contact between the vessel wall and filter hooks allowing thrombus propagation.[46] Additional mechanisms for recurrence include embolism from nonprotected vessels including those of the upper extremity, neck, and chest as well as excessive tilting of the filter allowing thrombus to slip past as was discussed earlier. Even with a filter in place anticoagulation should not be forgotten as a potentially effective means of prophylaxis and treatment for deep

venous thrombosis and PE. For example, a patient with a filter placed due to a contraindication to anticoagulation in the setting of PE or deep venous thrombosis should be considered for therapeutic anticoagulation if the contraindication resolves even though a filter is in place. This may not only prevent PE and caval thrombosis but may reduce the risk of future complications of venous insufficiency secondary to DVT.

Full-thickness erosion of filter struts is seen frequently in imaging after filter insertion with uncertain clinical significance. This finding may be caused by an inflammatory response of the vessel to the struts, causing the struts to appear to be outside of the contrast column, or these may actually be true perforations. Reviews have reported filter leg perforations for most filters at surprisingly high rates, including the Greenfield filter (30%), Bird's Nest filter (85.3–100%), and Simon Nitinol filter (95%).[18, 20, 38, 47] The majority of perforations are likely asymptomatic; however, cases of erosion into contiguous structures including the duodenum and aorta have been reported and led to ulceration, hemorrhage, arteriovenous fistula, and heart failure necessitating operative intervention.[48–50] Strut fractures are another incidental finding without known clinical significance, although there is the potential of strut embolism if completely detached. The reported incidence of strut fracture is low, ranging from 1.5 to 2.9 per cent in large series.[17, 22, 51] The Bird's Nest filter has been associated with filament prolapse beyond the struts in up to 70 per cent of cases; however, it is not felt to affect filtering capacity and also has an unknown clinical significance.[38]

Vascular access procedures such as central line placement can lead to serious complications when vena cava filters are present. Guidewire and catheter entrapment has become more common as IVC filters become more prevalent. These problems can occur during placement of central venous and pulmonary artery catheters as well as during catheter exchanges. Entrapment of J-tipped guide wires and pulmonary artery catheters has been reported.[52, 53] Wire entrapment has even occurred during filter placement.[28] Attempts at removal of an entrapped item can lead to filter displacement and vessel damage when excessive force is applied. Frequently endovascular techniques are successful in releasing the entrapped device; however, surgical intervention may be required as well. We use straight guidewires for all central line insertions in patients with IVC filters. During the patient's hospitalization a sign is placed on the chart and above the bed stating that the patient has an IVC filter. If concern remains, then central line insertion can be guided with fluoroscopy.

In summary, although placement of vena cava filters can be a safe and effective procedure the opportunity for technical misadventures is present and attention to detail is paramount. It is important to remember that this is an endovascular procedure and the proper use of guidewires and imaging is extremely important. While guidewires are flexible and less likely to damage vessels than rigid instruments injury is still possible. Furthermore preinsertion caval imaging, which is the standard of care, can prevent many insertion-related complications. Carbon dioxide and intravascular ultrasound offer alternatives to iodinated contrast for patients at high risk for renal failure or contrast allergy. The risk for thromboembolism persists with filters in place, even though the risk of fatal pulmonary embolism is almost completely eliminated with proper placement. Anticoagulation should still be considered when it is warranted and no contraindications are present, even when an IVC filter is present. Finally straight guidewires and/or fluoroscopy must be considered when endovascular procedures (including obtaining central venous access) are performed in patients with IVC filters to avoid entrapment of the wire.

## REFERENCES

1. Greenfield LJ. Caval Interruption Procedures. In: Rutherford RB, ed. Vascular Surgery, Vol 2. Philadelphia: W.B. Saunders Co, 2000, pp 1968–78.
2. Adams JT, DeWeese JA. Partial interruption of the inferior vena cava with a new plastic clip. Surg Gynecol Obstet 1966;123:1087–8.
3. Fuochi C, Furlan F, Pellegrini M, et al. [Criteria for utilization and indications for use of permanent and short- and medium term temporary endocaval filters: Personal experience and review of the literature]. Radiol Med (Torino) 1996;92:431–7.
4. Ricco JB, Dubreuil F, Reynaud P, et al. The LGM Vena-Tech caval filter: Results of a multicenter study. Ann Vasc Surg 1995;9(Suppl):S89–100.
5. Kinney TB, Rose SC, Lim GW, Auger WR. Fatal paradoxic embolism occurring during IVC filter insertion in a patient with chronic pulmonary thromboembolic disease. J Vasc Interv Radiol 2001;12:770–2.
6. Schwarz RE, Marrero AM, Conlon KC, Burt M. Inferior vena cava filters in cancer patients: Indications and outcome. J Clin Oncol 1996;14:652–7.
7. Millward SF, Peterson RA, Moher D, et al. LGM (Vena Tech) vena caval filter: Experience at a single institution. J Vasc Interv Radiol 1994;5:351–6.
8. Kazmers A, Ramnauth S, Williams M. Intraoperative insertion of Greenfield filters: Lessons learned in a personal series of 152 cases. Am Surg 2002;68:877–82.
9. Rousseau H, Perreault P, Otal P, et al. The 6-F nitinol TrapEase inferior vena cava filter: Results of a prospective multicenter trial. J Vasc Interv Radiol 2001;12:299–304.
10. Conners MS 3rd, Becker S, Guzman RJ, et al. Duplex scan-directed placement of inferior vena cava filters: A five-year institutional experience. J Vasc Surg 2002;35:286–91.

11. Benjamin ME, Sandager GP, Cohn EJ Jr, et al. Duplex ultrasound insertion of inferior vena cava filters in multitrauma patients. Am J Surg 1999;178:92–7.

12. Savin MA, Panicker HK, Sadiq S, et al. Placement of vena cava filters: Factors affecting technical success and immediate complications. AJR Am J Roentgenol 2002;179(3):597–602.

13. Cancrini A Jr, Bellotti C, Quagliarini L, et al. [Anomalies of the inferior vena cava: Observations on the anterior approach to the vertebral column]. G Chir 1994;15:190–4.

14. Trigaux JP, Vandroogenbroek S, De Wispelaere JF, et al. Congenital anomalies of the inferior vena cava and left renal vein: Evaluation with spiral CT. J Vasc Interv Radiol 1998;9:339–45.

15. Mejia EA, Saroyan RM, Balkin PW, Kerstein MD. Analysis of inferior venacavography before Greenfield filter placement. Ann Vasc Surg 1989;3:232–5.

16. Reed RA, Teitelbaum GP, Taylor FC, et al. Use of the Bird's Nest filter in oversized inferior venae cavae. J Vasc Interv Radiol 1991;2:447–50.

17. Babuty D, Quilliet L, Charbonnier B, et al. [Partial interruption of the inferior vena cava using a percutaneous endovenous filter]. Arch Mal Coeur Vaiss 1990;83:1389–96.

18. Poletti PA, Becker CD, Prina L, et al. Long-term results of the Simon nitinol inferior vena cava filter. Eur Radiol 1998;8:289–94.

19. Messmer JM, Greenfield LJ. Greenfield caval filters: Long-term radiographic follow-up study. Radiology 1985;156:613–8.

20. Greenfield LJ, Cho KJ, Tauscher JR. Limitations of percutaneous insertion of Greenfield filters. J Cardiovasc Surg (Torino) 1990;31:344–50.

21. Greenfield LJ, Cho KJ, Proctor M, et al. Results of a multicenter study of the modified hook-titanium Greenfield filter. J Vasc Surg 1991;14:253–7.

22. Wolf F, Thurnher S, Lammer J. [Simon nitinol vena cava filters: Effectiveness and complications]. Rofo Fortschr Geb Rontgenstr Neuen Bildgeb Verfahr 2001;173:924–30.

23. Murphy TP, Dorfman GS, Yedlicka JW, et al. LGM vena cava filter: Objective evaluation of early results. J Vasc Interv Radiol 1991;2:107–15.

24. Harries SR, Wells IP, Roobottom CA. Long-term follow-up of the antheor inferior vena cava filter. Clin Radiol 1998;53:350–2.

25. Schleich JM, Morla O, Laurent M, et al. Long-term follow-up of percutaneous vena cava filters: A prospective study in 100 consecutive patients. Eur J Vasc Endovasc Surg 2001;21:450–7.

26. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. Arch Surg 1998;133:406–12.

27. Millward SF, Marsh JI, Peterson RA, et al. LGM (Vena Tech) vena cava filter: Clinical experience in 64 patients. J Vasc Interv Radiol 1991;2:429–33.

28. Johnson SP, Raiken DP, Grebe PJ, et al. Single institution prospective evaluation of the over-the-wire Greenfield vena caval filter. J Vasc Interv Radiol 1998;9:766–73.

29. Goertzen TC, McCowan TC, Garvin KL, et al. An unopened titanium Greenfield IVC filter: Intravascular ultrasound to reveal associated thrombus and aid in filter opening. Cardiovasc Intervent Radiol 1993;16:251–3.

30. Hsin ST, Luk HN, Lin SM, et al. Detection of iatrogenic cardiac tamponade by transesophageal echocardiography during vena cava filter procedure. Can J Anaesth 2000;47:638–41.

31. Magnant JG, Walsh DB, Juravsky LI, Cronenwett JL. Current use of inferior vena cava filters. J Vasc Surg 1992;16:701–6.

32. AbuRahma AF, Robinson PA, Boland JP, et al. Therapeutic and prophylactic vena caval interruption for pulmonary embolism: Caval and venous insertion site patency. Ann Vasc Surg 1993;7:561–8.

33. Pais SO, Mirvis SE, De Orchis DF. Percutaneous insertion of the Kimray-Greenfield filter: Technical considerations and problems. Radiology 1987;165:377–81.

34. Aswad MA, Sandager GP, Pais SO, et al. Early duplex scan evaluation of four vena caval interruption devices. J Vasc Surg 1996;24:809–18.

35. Wojtowycz MM, Stoehr T, Crummy AB, et al. The Bird's Nest inferior vena caval filter: Review of a single-center experience. J Vasc Interv Radiol 1997;8:171–9.

36. Greenfield LJ, Proctor MC, Cho KJ, et al. Extended evaluation of the titanium Greenfield vena caval filter. J Vasc Surg 1994;20:458–65.

37. Mohan CR, Hoballah JJ, Sharp WJ, et al. Comparative efficacy and complications of vena caval filters. J Vasc Surg 1995;21:235–46.

38. Nicholson AA, Ettles DF, Paddon AJ, Dyet JF. Long-term follow-up of the Bird's Nest IVC filter. Clin Radiol 1999;54:759–64.

39. Jarrell BE, Posuniak E, Roberts J, et al. A new method of management using the Kim-Ray Greenfield filter for deep venous thrombosis and pulmonary embolism in spinal cord injury. Surg Gynecol Obstet 1983;157:316–20.

40. Angle JF, Matsumoto AH, Al Shammari M, et al. Transcatheter regional urokinase therapy in the management of inferior vena cava thrombosis. J Vasc Interv Radiol 1998;9:917–25.

41. Tardy B, Mismetti P, Page Y, et al. Symptomatic inferior vena cava filter thrombosis: Clinical study of 30 consecutive cases. Eur Respir J 1996;9:2012–6.

42. Crochet DP, Brunel P, Trogrlic S, et al. Long-term follow-up of Vena Tech-LGM filter: Predictors and frequency of caval occlusion. J Vasc Interv Radiol 1999;10(2 pt 1):137–42.

43. Amano Y, Kumita S, Takahama K, et al. [RI venography for retroperitoneal hematoma following anticoagulant therapy for IVC filter thrombosis]. Kaku Igaku 1993;30:423–7.

44. Hajduk B, Tomkowski W, Fijalkowska A, et al. [LGM inferior vena cava filters—Observation of 79 patients]. Pol Arch Med Wewn 2000;104:753–60.

45. Young N. Clinical follow-up of patients with percutaneously inserted inferior vena caval filters. Australas Radiol 1995;39:233–6.

46. Geisinger MA, Zelch MG, Risius B. Recurrent pulmonary embolism after Greenfield filter placement. Radiology 1987;165:383–4.

47. Starok MS, Common AA. Follow-up after insertion of Bird's Nest inferior vena caval filters. Can Assoc Radiol J 1996;47:189–94.

48. al Zahrani HA. Bird's nest inferior vena caval filter migration into the duodenum: A rare cause of upper gastrointestinal bleeding. J Endovasc Surg 1995;2:372–5.

49. Feezor RJ, Huber TS, Welborn MB 3rd, Schell SR. Duodenal perforation with an inferior vena cava filter: An unusual cause of abdominal pain. J Vasc Surg 2002;35:1010–2.

50. Jorger U, Albrecht D, Ritter R, et al. [Chronic right heart failure after implantation of a cava filter]. Dtsch Med Wochenschr 1997;122:1415–8.

51. Ferris EJ, McCowan TC, Carver DK, McFarland DR. Percutaneous inferior vena caval filters: Follow-up of seven designs in 320 patients. Radiology 1993;188:851–6.

52. Duong MH, Jensen WA, Kirsch CM, et al. An unusual complication during central venous catheter placement. J Clin Anesth 2001;13:131–2.

53. Frezza EE, Kagan SA. Entrapment of a Swan Ganz catheter in an IVC filter requiring caval exploration: A case report. J Cardiovasc Surg (Torino) 1999;40:905–8.