# EXHIBIT I

Blood Reviews (2005) **19**, 179—202



ELSEVIER



www.elsevierhealth.com/journals/blre

REVIEW

# The role of vena caval filters in the management of venous thromboembolism

## Christine L. Hann[a,1], Michael B. Streiff[b,*]

[a] *Division of Hematology, Department of Medicine and Department of Medical Oncology, Johns Hopkins Medical Institution, Bunting-Blaustein Cancer Research Building, 1650 Orleans Street, Room 346, Baltimore, MD 21231, USA*
[b] *Division of Hematology, Department of Medicine, Johns Hopkins Medical Institution, Ross Research Building, Room 1025, 720 Rutland Avenue, Baltimore, MD 21205, USA*

**KEYWORDS**
Inferior vena caval filter;
Deep venous thrombosis;
Venous thromboembolism;
Pulmonary embolism;
Anticoagulation

**Summary**   Venous thromboembolism (VTE) is a significant cause of morbidity and mortality worldwide. Anticoagulation is the preferred treatment for VTE, however, in selected patient populations, the risk of bleeding from anticoagulation outweighs its benefit. For these patients, alternative methods of pulmonary embolism (PE) prevention are needed. In 1865, Armand Trousseau proposed the concept of vena caval interruption. This idea has evolved from surgical ligation of the inferior vena cava (IVC) to the development of percutaneous IVC filters, and most recently, retrievable filters. With these advances in technology, there has been a dramatic increase in the use of IVC filters. Despite the vast number of reports on the use of IVC filters, there are limited data on their efficacy in many clinical circumstances. In this review, we will discuss the currently available IVC filters, data on their efficacy and safety and our assessment of appropriate indications for their use.
© 2004 Elsevier Ltd. All rights reserved.

## Introduction

Venous thromboembolism (VTE) is a significant cause of morbidity and mortality, afflicting approximately 100 individuals per 100,000 population each year. The most common form of VTE is deep

---

* Corresponding author. Tel.: +1 410 614 0727; fax: +1 410 614 8601.
  *E-mail addresses:* chann1@jhmi.edu (C.L. Hann), mstreif@jhmi.edu (M.B. Streiff).
  [1] Tel.: +1 410 502 0926; fax: +1 410 502 0677.

venous thrombosis (DVT), which accounts for 2/3 of episodes of VTE. The most life-threatening manifestation of VTE is PE.[1] In the vast majority instances, VTE is effectively managed with conventional anticoagulation, which is associated with a low incidence of recurrent thrombotic events (0.6—1.5 events per 100 patient-years) and major bleeding during therapy ($\sim$0.9—4.6 events per 100 patient-years).[2—4] Nevertheless, the increasing medical complexity of patients in hospital ensures that all clinicians occasionally will be faced with patients suffering with acute thrombosis

0268-960X/$ - see front matter © 2004 Elsevier Ltd. All rights reserved.
doi:10.1016/j.blre.2004.08.002

for whom anticoagulation is absolutely contraindicated or complicated by life-threatening bleeding. In these instances, vena caval filters serve as a valuable second line of defense against the most feared complication of VTE, fatal PE.

As with many areas of clinical medicine, vena caval interruption has witnessed substantial advances in technology which have been accompanied by a dramatic expansion in use. One United States (US) single center retrospective review noted a 5-fold increase in filter placement between 1980 and 1996.[5] In comparison, use of vena caval filters appears to be much lower in other developed countries with health care systems of comparable quality.[6] Much of the expanded use of filters can be attributed to a dramatic broadening of the indications for filter placement, despite the lack of randomized controlled data demonstrating their utility in these clinical settings.

Since the development of stainless steel Greenfield filter in 1973, over 500 English language clinical studies of vena caval filters have been published. The vast number of papers makes clinical decision-making regarding vena caval filter use challenging. In order to facilitate decision-making for the busy clinician, we will review the following topics in this paper: (1) The different vena caval filters currently available. (2) The data supporting the safety and efficacy of filters. (3) The complications of vena caval filters. (4) The literature on suprarenal and superior vena cava (SVC) filter placement. (5) The advantages and disadvantages of temporary and retrievable filters. (6) The use magnetic resonance imaging in vena caval filter recipients. (7) The need for long-term anticoagulation for filter patients. (8) Our assessment of appropriate indications for filter placement.

## Historical perspective on vena caval interruption

The intellectual foundation of vena caval filtration as a means to prevent PE can be traced historically to two of the 19th century's greatest physicians, Rudolf Virchow and Armand Trousseau. In 1846, Virchow proposed the concept that pulmonary thrombi were in fact primarily emboli that originated in the veins of the lower extremities.[7] Two decades later, in his lectures at the Hotel Dieu, Paris, Trousseau[8] suggested that a physical barrier to the migration of emboli might be an effective preventive measure. Homans popularized femoral vein ligation for prevention of PE in

the US in the 1930s.[9] However, an obvious shortcoming of this procedure was the persistent risk of emboli from the contralateral extremity. Ochsner and DeBakey[10] and O'Niel[11] remedied this situation by moving the point of ligation upward to the IVC. Despite its theoretical advantages, vena caval ligation was complicated by PE originating above the ligature as well as substantial morbidity and mortality due to the approximately 50% reduction in venous return that occurred immediately following the ligation.[12] In addition, the collaterals that developed following IVC ligation not infrequently provided an alternative route for PE.[13,14]

These outcomes stimulated efforts to develop approaches to filter venous return through the IVC. Surgical solutions included the harp string grid filter and IVC plication using sutures or staples.[15–17] Technological approaches included the placement of serrated or channeled clips to the external surface of the vena cava.[18–20] The hope fueling many of these strategies was that IVC filtration rather than occlusion would produce improved results. Unfortunately, these hopes were largely unrealized. Venous stasis (16%), PE (4%) and operative mortality (10%) remained commonplace such that these approaches represented little improvement over surgical ligation.[17]

In 1970, Mobin-Uddin introduced the first percutaneous device for vena caval interruption, the Mobin-Uddin umbrella filter. This device consisted of a Silastic membrane attached to six stainless steel spokes, which served to anchor the device in the vena cava. It could be placed by venotomy avoiding the complications associated with open surgical procedures.[21] Initial problems with migration, caval occlusion and PE prompted an increase in the filter's size to 28 mm and the use of a heparin-coated Silastic membrane.[22] Despite these changes, problems with caval occlusion (57% of recipients), PE (up to 8%) and migration persisted such that the Mobin-Uddin filter was removed from the market in 1977 soon after the introduction of the Greenfield filter.[17,23,24]

The stainless steel Kimray-Greenfield filter (SSGF) revolutionized the field of vena caval interruption after its introduction in 1973. Many of its design features can be seen in currently available devices. The filter consists of a cone constructed of stainless steel wire affixed to a central apical cap. To maximize the filtration area, each wire is fashioned with alternating right and left hand bends. At the caudal terminus, each wire has an anchoring hook to fix the device in the vena cava (Fig. 1). The funnel shape of the filter is designed such that the cross-sectional



**Figure 1**  Vena caval filters: (a) Stainless steel Greenfield filter, (b) percutaneous stainless steel Greenfield filter, (c) titanium Greenfield filter, (d) Bird's Nest filter, (e) Simon Nitinol filter, (f) VenaTech filter, (g) Nitinol TrapEase filter, (h) Günther Tulip filter.

area of the IVC is only reduced by 50% when the filter is 2/3 filled with thrombus, theoretically allowing the body's fibrinolytic system the opportunity to lyse retained clots.[25] As of 1990, over 120,000 SSGF had been implanted in the US, by which time it was largely replaced by newer filter designs.

## Description of currently available vena caval filters

Although placed percutaneously beginning in 1984, the original SSGF was too inflexible for easy insertion.[26] It required a 29-French (Fr) (outer

diameter) introducer catheter which was felt to be partly responsible for a high incidence of insertion site DVT (45%) noted in some studies.[27] Consequently, Greenfield and colleagues developed the titanium Greenfield filter (TGF) (Boston Scientific/Meditech, Natick, MA, USA), which was introduced in 1988 and received US Food and Drug Administration (FDA) approval in 1989. Its conical design and the configuration of its six struts with terminal hooks were similar to the original SSGF (Fig. 1). The titanium alloy (Beta II titanium alloy) allowed for more flexibility such that the filter could be introduced via a 12-Fr catheter (14.3 Fr outer sheath diameter), which was hoped might reduce the incidence of insertion site thrombosis (IST).[28] In addition, since titanium is non-ferromagnetic, the filter should not be at risk for migration during magnetic resonance (MR) imaging and causes minimal MR imaging artifact.[29] Preliminary clinical studies with the TGF revealed a high rate of distal slippage and penetration of the caval wall,[30] therefore, modifications of the hook design and base diameter were made resulting in the modified-hook titanium Greenfield filter (MHTGF), which was introduced in 1991 (Fig. 1).[31]

Although migration and penetration were largely improved in the MHTGF, tilting remained an occasional problem. To remedy this situation, the stainless steel percutaneous Greenfield filter (PGF) (Boston Scientific/Meditech, Natick, MA, USA) was developed. Similar to the SSGF in design, the PGF's apical hub has a central hole, allowing placement over a guidewire to prevent filter tilting and asymmetry. Its design gives it increased flexibility allowing insertion via a small 12-Fr (15-Fr outer diameter) catheter. The filter is comprised of six stainless-steel struts, which are fitted into a cylindrical hub. (Fig. 1) Once deployed the filter is 49 mm in length and 32 mm in base diameter. The PGF can be used in patients with IVC diameters of 28 mm or less. To prevent migration, the anchor hooks are positioned bidirectionally with four directed superiorly and two directed inferiorly.[32,33] Although the filter appears to be MR-safe, its stainless steel composition causes significant image artifact.[33]

The Bird's Nest Filter (Guidant Corporation, Bloomington, IN, USA), introduced in 1982, has a unique structure comprised of four stainless steel wires 25 centimeter (cm) long which are folded over several times and attached to two V-shaped struts. These struts have hooks at the end, which help affix the filter in the vena cava (Fig. 1).[34] It can be inserted via a 14-Fr (outer diameter) catheter. Since the Bird's Nest filter expands up to a diameter of 60 mm, it is the filter of choice for patients with vena caval diameters over 30 mm.[35] The original version of the Bird's Nest filter was associated with several fatal episodes of migration, a flaw that has been remedied with the introduction of a new version with stiffer anchor struts.[36,37] The Bird's Nest Filter generates the largest MR artifact of any filter due to its stainless steel construction but appears to be stable in magnetic fields up to 1.5 T.[38]

The LGM or VenaTech Filter (B. Braun/VenaTech Evanston, IL, USA) is made of Phynox (pacemaker lead material) with six struts arranged in a conical fashion, similar to the Greenfield filter models. Side rails attached to the filter struts anchor the filter in the vena cava (Fig. 1).[39] The VenaTech Filter received FDA approval in 1989 and is MR-compatible.[40] It is inserted using a 12-Fr sheath (outer diameter 14-Fr) and can be placed in vena cavae up to 28 mm in diameter.[41]

A modification of the original VenaTech Filter, the VenaTech Low-Profile (LP) Filter (B. Braun/VenaTech Evanston, IL, USA) was approved by the FDA in 2001. In contrast to its predecessor, the VenaTech LP filter utilizes eight Phynox wires shaped in a conical fashion that fuse caudally in pairs to form side rails which secure the filter to the vena cava wall. Each side rail has a hook, oriented either superiorly or inferiorly. (Fig. 1) It can be introduced by a 7-Fr (9-Fr outer diameter) sheath and once deployed is 43 mm in height and 40 mm in diameter. It is limited to IVC diameters of 28 mm or less and is MR-compatible.[42]

The Simon Nitinol Filter (Bard, Covington, GA, USA) is composed of nickel and titanium (Nitinol), an alloy that possesses thermal memory properties. At 4 °C, the filter exists as a set of straight wires that automatically unfolds at body temperature to form an umbrella filter of seven petals. Six hooked struts anchor the filter in the vena cava. (Fig. 1) It received FDA approval in 1990 and is designed for IVC diameters of up to 28 mm.[43-45]

The TrapEase filter (Bard, Covington, GA, USA) is also composed of Nitinol and consists of two conical filter baskets, one facing cranially, the other caudally that are connected together to create two levels of caval filtration. (Fig. 1) When viewed in cross-section, the filters form a filtration plane composed of six diamond-shaped flow corridors. Six struts with proximal and distal hooks anchor the baskets in the vena cava. The TrapEase filter was approved for clinical use by the FDA in 2000. It can be placed through a 6-Fr sheath in patients with IVC diameters of up to 30 mm. The filter's nickel titanium alloy ensures MR compatibility and produces minimal image artifact.[46,47]

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 6 of 25
PageID #: 150872
The role of vena caval filters in the management of venous thromboembolism    183

The Günther Tulip filter (Guidant Corporation, Bloomington, IN, USA) is constructed of Elgiloy, an MR-compatible alloy similar to Phynox that is composed of cobalt, chromium, nickel, iron, molybdenum and manganese. It has been in use in Europe since 1992, and was first available for use in the US in 2001. In 2003, it received FDA approval for use as a temporary filter. The filter basket is formed by four struts stabilized by wire loops that extend 3/4 down the length of each strut. Hooks on the end of each strut attach the filter to the vena caval wall. A hook on the filter apex facilitates retrieval (Fig. 1). It can be introduced using an 8.5-Fr sheath (11-Fr outer diameter) via the femoral or jugular route and removed via a jugular approach.[48-50] The Günther Tulip filter has also been used temporarily in the SVC for the treatment of an upper extremity DVT.[51]

## Studies of IVC filter efficacy

The only purpose for placing an IVC filter is to prevent PE. Therefore, it is essential for every physician to be familiar with the data supporting the effectiveness of filters in this task as well as their adverse effects. Unfortunately, the vast majority of the data on vena caval filters is derived predominantly from unrandomized case series. Substantial differences exist between studies regarding the subject populations (and their risk of recurrent VTE), as well as the intensity, comprehensiveness and duration of follow up. Therefore, the combined results of these studies presented in Table 1 and Figs. 2–4 should be interpreted in light of these limitations. Nevertheless, in the absence of randomized comparisons of filters, these data are the principal means available by which to assess filter efficacy and safety. As shown in Table 1 and Fig. 2, most of the available filters are roughly equivalent to one another but somewhat less effective than anticoagulation in the prevention of PE. Several recently released and/or less extensively studied filter models (Günther Tulip, Vena Tech LP, Nitinol TrapEase) appear to have lower PE event rates. However, the small study populations, short follow up durations and wide 95% confidence intervals suggest that these estimates are fairly imprecise and may rise with the study of additional subjects over longer periods of time.

While randomized comparisons of different filter models have not been performed, a single randomized trial of vena caval filters in the management of VTE has been published.[52] Using a two by two fac-torial design, Decousus and colleagues randomized 400 patients with proximal DVT who were felt to be at high risk for PE to receive a vena caval filter or no filter and unfractionated heparin or enoxaparin. Four different types of permanent vena caval filters were used: the VenaTech filter (56% of patients randomized to the filter group), the titanium Greenfield filter (26.5%), the Cardial filter (Bard, Saint-Etienne, France — not available in this country) or the Bird's Nest filter (15.5%). Two percent of patients randomized to receive a filter did not have one placed. Baseline ventilation/perfusion (V/Q) scans (or pulmonary angiography, if V/Q scans were not available or abnormal) were performed within 48 h of enrollment and between treatment days 8 and 12 if no symptomatic PE occurred. All patients were treated with heparin for 8–12 days. Warfarin was started on day 4 and heparin was continued until the international normalized ratio (INR) was 2 or more for two consecutive days. Ninety-nine percent of patients were discharged on anticoagulation. Ninety-four percent received anticoagulation for at least 3 months and 38% of patients were still on oral anticoagulation at two years with no significant differences between groups.

At day 12, filter recipients had significantly fewer PE than the no filter group (Filter group, 2 [1.1%] versus no filter group, 9 [4.8%], $p = 0.03$). However, when only symptomatic PE are considered, the difference between the filter and no filter groups is no longer significant (Filter, 2 (1.1%) versus no filter, 5 (2.6%), $p = 0.25$). No differences in mortality or bleeding were evident between groups. At the two-year clinical follow up, symptomatic PE tended to be less frequent among filter recipients (6, 3.4%) than patients who received anticoagulation alone (12, 6.3%) although the difference was not significant ($p = 0.16$). In contrast, recurrent DVT was more common among filter recipients (Filter 37 [20.8%] versus no filter 22 [11.8%], $p = 0.02$). Mortality (Filter 43 [21.6%] versus no filter 40 [20.1%], $p = 0.65$) and major bleeding (Filter 17, [8.8%] versus no filter 22 [11.8%], $p = 0.41$) were equivalent between the groups. These data indicate that filters when used in conjunction with anticoagulation offer a short-term reduction in the total number of (symptomatic and asymptomatic) PE at the cost of a long-term increase in recurrent DVT without any reduction in mortality. Unfortunately, since 94% of patients received at least 3 months of anticoagulation, these data do not provide us with any insight into the outcome of the typical patient who has a vena caval filter placed, namely, those who have contraindications to anticoagulation.

184

C.L. Hann, M.B. Streiff

**Table 1**   Compilation of vena caval filter studies.

| Filter type | Study # | Patient # | F/U duration (in months) | PE | DVT | IST | IVCT | Post-thrombotic syndrome |
|---|---|---|---|---|---|---|---|---|
| Stainless steel Greenfield | 41 | 3595 | 18 (1—60) | 104/2997 (3.5%) (range: 0—9%) Fatal 38 (1.3%) | 96/1634 (5.9%) (range: 0—18%) | 97/1131 (8.6%) (range: 1—47%) 50/217 (23%)∗ | 88/2488 (3.5%) (range: 0—18%) | 254/1353 (19%) (range: 0—47%) |
| Titanium Greenfield | 10 | 649 | 5.8 (0—81) | 19/556 (3.4%) (range: 0—4.4%) Fatal 10 (1.8%) | 5/22 (22.7%) (range: 0—36%) | 35/267 (13.1%) (range: 2—39%) 23/82 (28%)∗ | 16/364 (4.4%) (range: 1—31%) | 34/236 (14.4%) (range: 9—20%) |
| Percutaneous stainless steel Greenfield | 4 | 666 | 20.6 (8.5—26) | 8/298 (2.7%) Fatal 1 (0.3%) | 18/231 (7.8%) | 10/231 (4.3%) | 8/267 (3%) | 62/231 (27%) |
| Bird's Nest | 18 | 1742 | 14.2 (0—60) | 49/1441 (3.4%) (range: 0—7.1%) Fatal 22 (1.5%) | 27/448 (6%) (range: 0—20%) | 31/417 (7.4%) (range: 0—33%) 23/101 (23%)∗ | 38/1334 (2.8%) (range: 0—15%) | 37/267 (14%) (range: 4—41%) |
| VenaTech | 16 | 1353 | 17.3 (0—65) | 45/1266 (3.6%) (range: 0—6.3%) Fatal 12 (0.9%) | 8/25 (32%) | 40/261 (15.3%) (range: 8—44%) 16/44 (36%)∗ | 102/1074 (9.5%) (range: 0—28%) | 95/232 (41%) (range: 24—59%) |
| Simon nitinol | 11 | 975 | 15 (0—62) | 30/920 (3.3%) (range: 0—5.3%) Fatal 17 (1.8%) | 11/123 (8.9%) (range: 8—11%) | 22/191 (11.5%) (range: 0—64%) 11/36 (31%)∗ | 47/898 (5.2%) (range: 0—50%) | 16/124 (12.9%) (range: 6—44%) |
| Nitinol TrapEase | 2 | 254 | 4.2 (4—6) | 1/254 (0.4%) (range: 0—0.5%) Fatal 0 | 3/254 (1.2%) (range: 1.1—1.5%) | 1/254 (0.4%) (range: 0—1.5%) | 5/254 (2%) (range: 1.6—3.5%) | NA |
| Günther Tulip | 4 | 269 | 3.5 (3—4) | 4/269 (1.5%) (range: 0—3.6%) Fatal 1 (0.4%) | 0 | 0 | 8/124 (6.5%) (range: 5.1—11.1%) | NA |
| VenaTech LP | 1 | 30 | 2.3 | 0 | 10.3% | NA | 0 | NA |

*Abbreviations*: #= number, F/U = follow up, PE = pulmonary embolism, DVT = deep venous thrombosis, IST = insertion site thrombosis, IVCT = inferior vena caval thrombosis, ∗ refers to IST rate in populations with routine screening.

*Note*: The denominators of the various complications only include evaluable patients (i.e. patients lost to follow up or dead are not included). Only a portion of the studies evaluated patients for all these events).

Data on VenaTech LP filter based upon data published by Kinney TB.[42]

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 8 of 25
PageID #: 150874
The role of vena caval filters in the management of venous thromboembolism                185



**Figure 2**   The cumulative incidence of PE after placement of various vena caval filter models or treatment with anticoagulation (data on anticoagulation derived from the meta-analysis of Douketis et al.[63]).



**Figure 3**   The cumulative incidence of DVT after placement of various vena caval filter models or treatment with anticoagulation (data on anticoagulation derived from the meta-analysis of Douketis et al.[63]).

Additional valuable information about the efficacy of vena caval filters can be found in the population-based observational study conducted by White, et al.[53] Utilizing the linked California Patient Discharge Data Set which tracks discharge diagnoses and procedures performed in all non-federal hospitals in California, the authors analyzed the outcome of patients admitted from January 1991 to December 1995 for VTE who did and did not receive a vena caval filter. During this 5-year period, 4044 patients received a vena caval filter for VTE while 70,687 patients did not receive a filter. Filter recipients were more likely to have had major bleeding, surgery, cancer, stroke, myocardial infarction, chronic lung disease or congestive heart failure within 3–6 months of their VTE diagnosis. For the purposes of comparison, filter and control patients were

C.L. Hann, M.B. Streiff



**Figure 4**    The cumulative incidence of IVC thrombosis and PE after placement of various vena caval filter models.

subdivided into groups with 0, 1 or 2 or more previous hospitalizations for VTE.

Even after adjusting for risk factors for recurrent VTE, these investigators found that patients receiving vena caval filters were just as likely as non-recipients to be readmitted for a PE. Similar to the results of the Decousus et al. study, White et al. noted that filter placement was associated with a 2-fold increase in the risk of subsequent venous thrombosis, although interestingly only among patients with an initial episode of PE. Filters did not seem to have a short-term protective benefit against PE since the time course of recurrent PE was similar between filter recipients and non-recipients. Filter recipients also were more likely to die during follow up than control patients. Since it is unlikely that filter placement alone is responsible for this mortality difference, it underscores the potential limitations of this type of analysis, that unidentified comorbidities may have been partially responsible for the inferior outcome of filter recipients. Despite this limitation, the White et al. study provides valuable information that should be considered by any physician contemplating the use of a vena caval filter for the treatment of VTE.

## Filter complications

Complications of IVC filters can occur during or immediately following placement or months to years later.[54] Acute procedure-related complications include misplacement (1.3% of insertions), pneumothorax (0.02%), hematoma (0.6%), air embolism (0.2%), inadvertent carotid artery puncture (0.04%) and AV fistula (0.02%). Based upon the published case series, fatal complications of placement are rare occurring in only 0.13% of insertions. Among the different individual filter models, the fatal complication rate is highest for the Bird's Nest filter (0.34%) compared with the original stainless steel Greenfield filter (0.11%), the titanium Greenfield filter (0.15%), and the VenaTech filter (0.07%). No fatal complications have been reported with the percutaneous stainless steel Greenfield filter, Simon Nitinol filter, Günther Tulip or the Nitinol TrapEase filter.[55] The higher fatal complication rate associated with the Bird's Nest filter reflects primarily the results of one study, which documented four episodes of fatal IVC thrombosis.[56] If one considers this experience as isolated, the fatal complication rate associated with the Bird's Nest filter is comparable to other filter models.

A common early post-procedure complication of filter placement is insertion site thrombosis (IST). (Table 1)[27,57−62] IST is a deep venous thrombosis that develops at the venous insertion site. Given the process of filter insertion and the patient population, it is not surprising that non-occlusive and occasionally occlusive thrombi develop at the site of venous access. IST appears to be less common when balloon dilatation rather than serial dilators are used for site preparation.[57] Counterintuitively, the literature does not support the notion that filters requiring larger introducer catheters are at higher risk for thrombosis.[60,62] However, given the limited investigation in this area, this result may reflect our limited knowledge in this area rather than fact.

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 10 of 25
PageID #: 150876
The role of vena caval filters in the management of venous thromboembolism                    187

Delayed complications of filter placement include recurrent DVT, IVC thrombosis, filter migration, IVC penetration and filter disruption. Since filters are often placed in patients with a VTE who cannot receive anticoagulants, recurrent DVT in these patients is not an unexpected event. Case series data on the frequency of DVT after filter placement suggest that DVT may be more common with the titanium Greenfield filter and the Vena-Tech filter (Table 1; Fig. 3). However, differences in follow up and patient populations may be more responsible for these apparent differences in performance than filter design. Ultimately, randomized comparisons will be necessary to determine whether important differences exist between filters. Consistent with the results of Decousus et al. and White et al., the rate of recurrent DVT among patients treated with anticoagulation as derived from a pooled analysis of randomized anticoagulation trials in the treatment of VTE is approximately half that identified in most case series of vena caval filters (Fig. 3).[52,53,63]

IVC thrombosis, although substantially less problematic for contemporary filter models than the Mobin-Uddin umbrella filter and IVC clips, remains a common event among filter recipients. Possible sequelae of IVC thrombosis include phlegmasia cerulea dolens, recurrent DVT, and a heightened risk of post-thrombotic syndrome (PTS) and recurrent PE due to thrombi, which extend proximal to the thrombosed filter. Case series data suggest that IVC thrombosis occurs in 2–10% of filter recipients (Table 1).[55] Although one might predict that filters associated with a higher frequency of IVC thrombosis would be associated with fewer PE, case series data do not support this conclusion (Fig. 4). One conceivable explanation for this seemingly contradictory result may be the contribution of thrombi that have propagated through thrombosed filters to episodes of PE. Important differences in the use and sensitivity of screening procedures for IVC thrombosis as well as follow up of patients for PE also are likely to be important contributors to this paradoxical outcome.

In regard to the frequency of IVC thrombosis, a study conducted by Crochet et al.[64] is particularly instructive. They used routine radiographic surveillance in 142 patients (abdominal radiograph, duplex scanning and venacavography if abnormal or poorly visualized) who received VenaTech IVC filters. IVC occlusion was identified in 22% and 33% of patients after five and nine years of follow up, respectively. Among the subgroup of patients with PE and anticoagulation failure, the caval occlusion rate was 65%. Surprisingly, anticoagulation did not appear to favorably influence the rate of caval

occlusion. Fifty percent of patients with caval occlusion developed lower extremity swelling.

This study has several important lessons. First, it strongly suggests that the frequency of IVC thrombosis is underestimated in many of the published case series. Although this study focused exclusively on the VenaTech filter, pooled data on IVC occlusion do not suggest that significant differences exist between filter types (Fig. 4). Second, it suggests that trapped emboli rather than in situ thrombosis in the filter is primarily responsible for IVC thrombosis. In the past, both thrombus trapping and in situ thrombosis of the filter due to its effect on blood flow have been proposed as reasons for IVC thrombosis. Patients presenting with PE are more likely to recur with a PE than patients with an initial DVT.[63,65] The fact that patients with PE and failure of anticoagulation are the only subgroup with a higher risk of IVC occlusion supports the premise that thrombus trapping is a major contributor to IVC occlusion.

Finally, Crochet et al. found that anticoagulation did not significantly reduce the incidence of vena caval occlusion. Two factors may have contributed to this result. The subgroup with the highest incidence of IVC occlusion was patients with previous anticoagulation failure and PE. The impact of this subgroup with anticoagulation resistance may have diminished the impact of anticoagulation on IVC occlusion. Unfortunately, no subgroup analysis to substantiate this possibility is provided. In addition, no data on the mean anticoagulation intensity are presented. Therefore, subtherapeutic anticoagulation may have substantially contributed to thrombotic complications in this study. A prior investigation found no evidence of enhanced prothrombin activation among filter recipients compared with patients without filters on chronic anticoagulation.[66] Consequently, we believe it is premature to consider anticoagulation ineffective in preventing thrombotic complications associated with vena caval filters.

Post-thrombotic syndrome is a common complication among patients after VTE. In a consecutive series of 528 patients treated with conventional anticoagulation, the cumulative incidence of PTS at two, five and eight years of follow up were 24.5%, 29.6% and 29.8%, respectively. The risk of PTS was strongly associated with recurrent ipsilateral DVT.[67] The pooled data from case series suggest a roughly similar incidence among filter recipients (Table 1; Fig. 5). Nevertheless, the association of vena caval filters with recurrent venous thrombosis and the established association of recurrent ipsilateral DVT with subsequent PTS indicates that these case series data may underestimate



**Figure 5** The cumulative incidence of post-thrombotic syndrome after placement of various vena caval filter models or treatment with anticoagulation (data for incidence with anticoagulation derived from Prandoni et al.[67]).

the frequency of PTS among filter recipients.[52,53,67] Since compression stockings have been demonstrated to reduce the incidence of PTS by 50%, routine use of compression stockings should be encouraged among all filter patients.[68]

Filter migration was significant problem for the Mobin-Uddin filter, which resulted in several deaths.[22,24] Improved anchoring technology has made this event distinctly unusual among recipients of contemporary filters (0.3%).[55] One unavoidable consequence of using hooks to reduce filter mobility is IVC penetration. Penetration occurs when filter components traverse the IVC wall and enter the peri-caval space. Limited penetration of the IVC wall is desired and necessary for anchoring the filter at its intended location. Rarely, however, filter components penetrate into adjacent structures and produce clinical consequences (0.3%).[55] Small bowel obstruction,[69] duodenal perforation,[70,71] and retroperitoneal hemorrhage[54,72] due to penetration of the abdominal aorta or iliac artery are among the reported consequences of IVC penetration by filter components. Concomitant anticoagulation has been associated with several instances of bleeding and conceivably may enhance this risk.[72,73] Therefore, IVC filter placement during anticoagulation should be done cautiously and the development of abdominal pain in this setting warrants prompt abdominal imaging.

Filter tilting (leg asymmetry) and strut fracture theoretically may contribute to impaired filtration efficiency and thus reduced filter performance in PE prevention.[74—76] Only a fraction of filter case series has documented tilting (5.3%) and strut fracture (2.7%).[55] However, clinical studies investigating possible adverse consequences of these events remain inconclusive.[77,78]

A recently recognized potential long-term source of complications associated with IVC filters is entrapment of guidewires used to place vascular access catheters.[79—81] Forceful attempts to remove guidewires has led to a number of filter displacements that in some instances have required filter removal or placement of a second device.[80,82—85] One patient died from a cerebrovascular accident following anticoagulation after such an event.[86] Case reports and one experimental study suggest that VenaTech and Greenfield filters are more likely to result in guidewire entrapment.[87,88] In vitro tests indicate that the TrapEase filter may also entrap 3 and 1.5 mm J-tipped wires.[79—86,89—95] Design modifications in the recently released Vena-Tech LP make it much less likely to entrap guidewires and catheters.[88] Simple precautionary measures that can reduce the frequency of guidewire entrapment include prominent documentation of IVC filter placement in the medical record and the provision of identification bracelets to patients with filters. Use of straight tipped guidewires, which are less likely to become entrapped than J-tipped wires and limiting insertion of guidewires to 18 cm (the mean distance to the SVC:right atrial

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 12 of 25
PageID #: 150878
The role of vena caval filters in the management of venous thromboembolism    189

junction) minimize the chances of this complication.[87,88,96] If a guidewire does become entrapped, physicians should immediately contact an interventional radiologist or vascular surgeon to safely remove the wire under fluoroscopic guidance.

## Suprarenal filter placement

The standard placement site of an IVC filter is at the level of the L3 vertebral body, caudal to the renal veins. Historically, this practice was followed for a variety of reasons including: (1) fear of occlusion of the renal veins in the event of filter occlusion,[97], (2) the short length and wider diameter of the suprarenal IVC compared with the infrarenal IVC, and (3) difficulty with visualization of the suprarenal IVC during venography.[98] Occasionally, however, clot location or anatomic concerns (e.g., gravid uterus) have dictated placement in the suprarenal IVC (corresponding to the T12-L1 level).

Matchett et al.[98] reported a retrospective review of filter placement between 1985 and 1998 at a single institution. During this period, a total of 764 filters were placed including 22 suprarenal filters. The reasons for suprarenal filter placement included thrombus in IVC up to the renal veins, recurrent PE or an increase in thrombus despite infrarenal filter placement, poor placement or malposition of an infrarenal filter, pregnancy or the intention to become pregnant and ovarian vein thrombosis. Complications of suprarenal filter placement among the 18 patients with follow up included renal insufficiency (1 patient; 5.5%), PE (1 patient; 5.5%), filter migration of greater than 2 cm (5 patients; 27.7%), filter fracture (1 patient; 5.5%) and IVC penetration (1 patient, 5.5%).[98]

Greenfield and Proctor[99] reported on 148 patients who received suprarenal filters. Of the 73 patients (49%) available for follow-up, recurrent PE occurred in six patients (8%), caval occlusion in six (8%), suspected/confirmed IVC penetration in four and one patient(s), respectively (total 7%), and migration in 11 (15%). Three different types of filters were used: the original SSGF, the percutaneous stainless steel GF and the titanium GF. The rates of recurrent PE, caval occlusion and filter limb fracture were higher with the original SSGF than the titanium Greenfield and percutaneous stainless steel Greenfield filters.[99] Several other studies also have found similar results with suprarenal placement of vena caval filters.[5,100,101] In contrast, one report of 13 patients with stage IV cancer detailed progressive renal insufficiency in four patients, which was fatal in two.[97]

Although the data are limited, the available evidence suggests that in most respects suprarenal IVC filters perform similar to infrarenal filters. However, if IVC thrombosis occurs severe renal compromise is a significant possibility. Patients with thrombophilic states such as cancer appear to be particularly at risk.[97] Therefore, caution is warranted when contemplating suprarenal placement of an IVC filter in this patient population and implantation should proceed only after a careful review of the risks and benefits of filter placement.

## Superior vena cava filters

Upper extremity DVT (UEDVT) comprises 1–4% of all episodes of DVT and can precipitate PE, post-thrombotic syndrome and SVC syndrome.[102] Risk factors for the development of UEDVT include indwelling central venous catheters, implanted pacemakers and anatomic abnormalities such as the thoracic outlet syndrome.[102,103] Thrombophilic disorders appear to be less commonly associated with UEDVT than lower extremity DVT.[104,105] In a single community hospital, the incidence of symptomatic UEDVT was 0.15% over a 2-year period. All patients were treated with anticoagulation and there were no reports of a symptomatic PE.[106] Studies using ventilation perfusion scanning have documented asymptomatic PE in up to 26% of patients with an average prevalence of 12.8%.[103,107,108] For patients with anatomic precipitants, thrombolysis and surgical correction are the preferred mode of therapy.[109]

Since PE can result from UEDVT, SVC filters have been placed in some patients with contraindications to anticoagulation or failure of anticoagulation.[110–113] In a cohort study of 72 patients with a mean follow up of 7.8 months, Ascher et al. recorded no episodes of migration, symptomatic SVC syndrome or PE. Forty-seven percent of patients died during the index hospitalization an average of 20 days after implantation. One filter was misplaced in the innominate vein but remained patent 2 months after insertion and a second filter was dislodged during central line placement with a J-tipped guidewire.[113] Another study of 41 SVC filter recipients reported no filter migration, fracture, dislodgment, SVC occlusion, or venous gangrene after 3 months of follow up. The only PE recorded occurred in a patient 44 months after implantation who had a lower extremity DVT.[112] In contrast, Lidagoster et al.[114] reported a fatal episode of SVC syndrome after the placement of a SVC filter. More recently, retrievable filters have

been successful employed to treat patients with temporary contraindications to anticoagulation.[51] While the bulk of the literature on SVC filters suggests that filters are safe and effective, the number of patients reported remains small and the duration of follow up is limited. Therefore, until further information is available SVC filter use should be restricted to situations in which anticoagulation is strictly contraindicated and retrievable filters should be employed whenever possible.

## Temporary or retrievable filters

Given the long-term complications of permanent filters, development of a safe and effective temporary filter would be of great benefit to patients who have an acute episode of VTE and a short-term contraindication to anticoagulation. Two different strategies have been pursued to achieve this goal. One approach has been to develop tethered temporary filtration devices, which can be easily removed when no longer required.[115] The Tempo filter (B. Braun Medical, Evanston, IL), the Prolyser filter (Cordis, Roden, The Netherlands), the Protect infusion catheter (Bard Radiology, Covington, GA), the Günther temporary filter (Cook Europe, Bjaevrskov, Denmark) and the Antheor TB and TC filters (Boston Scientific Europe, Ratingen, Germany) are examples of temporary devices.[116–118] The Tempo Filter consists of a cone shaped filter basket of six stainless steel legs, which are tethered in the IVC by a catheter that is anchored at the insertion site by a subcutaneous tethering olive.[115,116] While the initial experience with the device was positive,[116] several episodes of filter migration to the right atrium due to catheter buckling, one of which was fatal, have suspended further development of this filter.[119,120] The Prolyser filter and the Protect infusion catheter were both developed primarily for thrombolysis although the Protect catheter has also been used successfully for PE prophylaxis in trauma patients.[118,121] The Günther temporary filter and the Antheor temporary filter models also have been used extensively during thrombolytic therapy.[118,122] The primary advantage of temporary filter systems is their ease of insertion and removal. Disadvantages of these filters include an increased incidence of infectious complications (because the filter remains attached to the subcutaneous tissue), potentially less reliable performance in PE protection,[118,122] and the potential requirement for a permanent vena caval filter in the event of filter thrombosis.

The second approach to temporary IVC filtration is the retrievable filter. These filters resemble permanent filters in that they are anchored in the IVC by tethering hooks. Since they do not have tethering catheters, they do not pose the infectious risk of temporary filters. The anchoring hooks, however, gradually become incorporated in the wall of the IVC such that most retrievable filters only can be left in place for a limited period of time (several weeks) before they must be removed. Conversely, if the need for prolonged, indefinite vena caval interruption arises, these filters may be left in place to function as permanent filters, an advantage over temporary devices.[115]

The Günther Tulip filter is the only retrievable filter approved for use in the US. Although the manufacturer recommends that the Günther Tulip filter be removed within 10 days of placement, several investigators have successfully retrieved filters that have been implanted as long as a month.[48–50,123] Others have extended the dwell time by periodic filter repositioning.[124,125] In a cohort of 90 patients with Günther Tulip filters, Millward et al. removed 51 of the 52 devices successfully after a mean insertion time of 9 days. The only complication reported was filter occlusion, which occurred in two patients (5%).[50] De Gregorio et al.[125] had similar success retrieving 69 of 72 filters in which retrieval was attempted (96%). In contrast, Wicky et al.[123] were unable to remove 14 of 49 (19%) of Günther Tulip filters because of large trapped thrombi. Overall, the Günther Tulip filter performance appears to be similar to that of permanent filters in PE protection and complication rates. The Nitinol Trap Ease filter and the Bird's Nest filter have been employed as retrievable filters although extensive experience in this capacity and FDA approval are lacking.[126,127]

In 2002, Asch reported an initial experience with the Recovery Nitinol filter in 32 patients. The mean implantation period was 53 days with the longest duration being 134 days. Filter retrieval was successful in all 24 patients in whom it was attempted. No symptomatic episodes of PE, IVC or insertion site thrombosis were noted. One filter with trapped clot migrated 4 cm from its implantation site.[128] If these favorable results are replicated in larger studies, the Recovery Nitinol filter will undoubtedly become an important tool in the treatment of patients with thrombotic disease.

## Should patients with permanent vena caval filters receive prophylactic anticoagulation?

As outlined in previous sections, vena caval filters have been associated with a number of thrombotic

complications including IST, recurrent DVT and IVC thrombosis. Therefore, should all patients with a vena caval filter receive long-term prophylactic anticoagulation to prevent these thrombotic complications? Anticoagulation with vitamin K antagonists is know to be effective in prevention of recurrent thromboembolism, however this protection comes at the price of an increase in hemorrhagic morbidity and mortality, even when managed by specialized anticoagulation clinics. While anticoagulation is often managed by anticoagulation clinics in Great Britain and Europe, management by individual practitioners remains the predominant mode of care in the US. Therefore, the risks of major bleeding associated with any program of prophylactic anticoagulation in filter recipients in the US are likely to be closer to 7—8% per patient year of therapy rather than the 2—3% per patient year commonly reported by anticoagulation clinics.[129] Although anticoagulation has been reported to reduce prothrombin activation in filter recipients,[66] it remains to be demonstrated that anticoagulation would prevent clinical events or more importantly reduce mortality in patients with filters. At the conclusion of the Decousus et al.[52] study, despite a doubling of the risk of recurrent DVT among filter recipients, there was no significant difference in mortality between the groups.

The case fatality rate of major bleeding in patients with VTE has been estimated to be 13.4% while the case fatality rate of a recurrent DVT is approximately 5%.[63,130] This hemorrhagic mortality risk translates to an absolute fatal bleeding risk of 0.3—1% per patient year depending upon the mode of anticoagulation management used (individual practitioner versus anticoagulation management clinic). In contrast, using the Decousus et al. data, the absolute excess risk of recurrent DVT among filter recipients is on the order of 5% per patient year corresponding to an excess risk of thrombotic mortality of 0.25% per patient year.[52] Therefore, even with optimal anticoagulation control, it is doubtful, whether indefinite anticoagulation for filter recipients would result in net benefit, particularly in the setting of individual practitioner management. Furthermore, since the risk of recurrent VTE declines over time while the risk of bleeding with anticoagulation remains constant, it is likely the risk:benefit ratio is likely to worsen as time passes.[131,132] In the near future, anticoagulants with improved safety profiles will become clinically available which may favorably change the risk:benefit ratio for long-term anticoagulation for many indications.[133] Until that time, the available data indicate that anticoagulation therapy for patients with IVC filters should be guided by the thrombotic history of the patient and not the presence of a filter.

## Can patients with vena caval filters undergo magnetic resonance imaging?

Magnetic resonance imaging has become an increasingly important clinical imaging modality. Therefore, patients with vena caval filters are likely to require MR imaging at some point during their medical care. Thus far, no reports of filter migration as a result of MR imaging have been published. Ferromagnetic alloys such as stainless steel (original stainless steel Greenfield filter, percutaneous Greenfield filter and the Bird's Nest filter) produce artifacts on MR imaging (greatest with the SSGF and Bird's Nest filter, much less with the percutaneous Greenfield filter) but stainless steel filter components have been demonstrated to be stable in field strengths up to 1.5 T.[29,33,38] The Simon Nitinol filter, Nitinol TrapEase filter, VenaTech filter, VenaTech LP filter, Günther Tulip filter and the titanium Greenfield filter are all composed of low ferromagnetic alloys which do not result in significant MR image deterioration.[29,44,134—137] MR imaging as early as one week after placement was not associated with any consequences in a small series of patients with the Simon Nitinol filter.[44] While it is likely that other low ferromagnetic devices will behave similarly, data with other filter models would be useful for clinical decision-making.

## Indications for IVC filter placement

While the vast majority of patients with VTE can be managed with anticoagulation, there is a small subset of patients for whom anticoagulation is contra-indicated. Since patients with an acute episode of VTE are at a substantial risk for recurrence in the absence of anticoagulation,[138,139] vena caval filters represent a valuable treatment option for patients who cannot receive anticoagulation.

Since the advent of improved percutaneous techniques for filter placement, the number of indications for vena caval filter placement as well as the number of filters placed has increased dramatically. One report on IVC filter usage revealed a 5-fold increase in the number of caval filters placed at a single institution from 1980 to 1996.[5] Coincident with this trend has been increasing use of IVC filters for prophylactic indications despite

| Table 2 | Indications for IVC filter placement. |
|---|---|

**Appropriate Indication**
Contraindication to anticoagulation

**Potential Indications**
Failure of adequate anticoagulation
Pulmonary thromboembolectomy patients
Prophylaxis in high-risk trauma patients
Extensive free-floating iliofemoral thrombus
Thrombolysis of ilio-caval thrombus

**Unsubstantiated indications**
Treatment of VTE in
    Cancer patients
    COPD patients
    Patients with poor cardiopulmonary reserve
    Pregnant patients
    Organ transplant patients
    Patients with history of GI bleed
Prophylaxis in burn patients
Prophylaxis in bariatric surgery patients

the absence of compelling data demonstrating their efficacy in these situations.[5] In the following sections we review the data supporting the use of vena caval filters for these extended indications (Table 2).

## Potential indications for IVC filter placement

### Failure of anticoagulation

Prevention of recurrent VTE is commonly proposed as an indication for vena caval filter placement. Although episodes of VTE do occur in patients who are therapeutically anticoagulated, these instances are unusual. Therefore, any patient with recurrent VTE despite anticoagulation should be carefully evaluated before vena caval filter placement is entertained in order to avoid potential therapeutic catastrophes. First, it is important to determine whether the patient has been consistently therapeutic in the period preceding the recurrent thrombotic event. If this is not the case then, it is more appropriate to redouble efforts to maintain the patient in the therapeutic range and perhaps increase the target INR from 2—3 to 2.5—3.5 rather than place a vena caval filter which may thrombose and cause more morbidity if subtherapeutic anticoagulation continues. In the setting of a substantial pulmonary circulatory clot burden, thrombolysis followed by anticoagulation may be more appropriate than filter placement. If

the patient has been clearly therapeutic, hypercoaguable syndromes that require more intensive or alternative forms of anticoagulation should be excluded before a filter is placed.

Although many patients with the antiphospholipid antibody syndrome are safely managed with conventional intensity warfarin anticoagulation (INR 2-3),[140] a subset of these patients require high-intensity warfarin (INR 3-4) to prevent thrombotic events.[141] A panel of coagulation assays that are sensitive to the presence of antiphospholipid antibodies as well as immunoassays for antiphospholipid binding protein antibodies (anticardiolipin antibodies, anti-beta 2 glycoprotein I antibodies) should be sent to diagnose this condition.[142]

Another hypercoaguable state that is strongly associated with resistance to conventional intensity warfarin anticoagulation is Trousseau's syndrome. First recognized by Armand Trousseau 140 years ago, Trousseau's syndrome is a malignancy-associated hypercoaguable state characterized by arterial or venous thromboembolism (often migratory involving superficial veins), non-bacterial thrombotic endocarditis, disseminated intravascular coagulation, and warfarin resistance.[143] Since this condition is a systemic hypercoaguable state, regional approaches to prevent thromboembolism such as vena caval filters are never adequate and, in the authors' anecdotal experience, are often associated with substantial thrombotic morbidity and mortality. This condition is only remediable with heparin anticoagulation.

### Pulmonary thromboembolectomy

In most patients, PE resolve with treatment such that they do not suffer any permanent clinically apparent physiologic sequelae. In a subset of patients (3.8%), these emboli may persist or multiple sub-clinical episodes of PE may occur such that they develop chronic thromboembolic pulmonary hypertension (CTEPH).[144,145] Pulmonary thromboendarterectomy (PTE) has been reported to be associated with improvements in survival, quality of life and function in such patients. Despite a paucity of data confirming their efficacy, vena caval filters are routinely placed in patients undergoing PTE in addition to life-long anticoagulation.[146] While the employment of vena caval filters in this capacity appears to be logical, additional data demonstrating the safety and efficacy of IVC filters are warranted in light of the Decousus et al. study results.

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 16 of 25
PageID #: 150882
The role of vena caval filters in the management of venous thromboembolism    193

## Trauma

VTE is a common complication of major trauma. In one study, 58% of trauma patients developed venographic evidence of DVT during their first few weeks of hospitalization.[147] Eighteen percent of these patients had a proximal DVT and seven patients suffered a symptomatic PE (2%), three of which were fatal. Only three of the 201 patients (1.5%) had a clinically apparent DVT. In a subgroup analysis, the authors found that patients with lower extremity orthopedic injuries (69%) and spinal trauma (62%) were at particularly high risk for DVT.[147] The high rate of VTE, the ineffectiveness of low dose heparin or sequential compression devices (SCD) to prevent thrombotic complications[148,149] and concern among trauma specialists about potential bleeding complications associated with more potent pharmacoprophylactic methods has led to a dramatic increase in the use of IVC filters for PE prophylaxis in high risk trauma patients.[150] One retrospective review noted an increase in prophylactic vena cava filter insertion in trauma patients from 3% to 57% between 1991—1996 and 1996—2001, respectively.[151]

Does the literature support this practice shift? More than a dozen unrandomized cohort studies have been published supporting the utility of vena caval filters in the prevention of PE in high-risk trauma patients.[152—167] Studies using prospective comparison groups receiving other forms of prophylaxis (IVC filter 0/152 PE versus no filter 7/245 PE, 2.9%, 1 fatal PE, 0.4%) and historical controls (filter 3/590 PE 0.5%, 1 fatal PE 0.2% versus no filter 99/2519, 3.9% PE, 22 fatal PE, 0.9%) have both suggested that IVC filters may be a more effective strategy for PE prevention in major trauma patients. However, the many design shortcomings of these studies preclude any firm recommendations regarding the utility of vena caval filters in VTE prophylaxis among trauma patients, a conclusion shared by several other investigators.[168,169] Consequently, the Eastern Association for the Surgery of Trauma (EAST) has stated that ''prophylactic'' vena caval filters should be *considered* in very high risk patients who either cannot receive anticoagulation due to increased bleeding risk; or will be immobilized for a prolonged period, including those with closed head injury, incomplete spinal cord injury with paraplegia or quadriplegia, complex pelvic and long bone fractures or multiple long bone fractures given the lack of Class I data (prospective randomized controlled trials).[170] Retrievable vena caval filters would seem to be ideally suited to providing temporary protection for these patients until effective pharmacological prophylaxis could be safely initiated. Clearly, well-designed studies of this strategy should be a high priority.

## Free-floating thrombus

The presence of free-floating venous thrombus has been variably associated with an increased risk of PE.[171—177] This observation has prompted some to suggest that IVC filters should be placed in all patients with free-floating thrombi.[171] Nevertheless, for several reasons, we believe it is premature to recommend such a policy. First of all, one well-executed prospective study found no evidence that free floating clots were associated with a higher rate of embolization.[177] Second, in two of the previously cited studies the majority of PE occurred prior to the diagnosis of free floating DVT.[172,176] Therefore, changes in therapeutic approach would have had no impact on the clinical course of these patients. Furthermore, no study has demonstrated that the addition of an IVC filter to anticoagulation will improve clinical outcome. Therefore, until such data are available, no firm recommendations can be made concerning the value of IVC filters in the treatment of patients in this situation.

## Thrombolysis for proximal deep venous thrombosis

The principal complications of deep venous thrombosis are PE and PTS. While thrombolysis does not reduce the risk of PE associated with DVT, studies of systemic and catheter-directed thrombolysis suggest that this approach may reduce the incidence of PTS.[178—181] However, systemic thrombolysis of proximal DVT (particularly, ilio-femoral or IVC thrombi) has resulted in several cases of fatal and non-fatal PE.[182,183] Therefore, prophylactic placement of vena caval filters has been proposed as a strategy to prevent PE in patients undergoing thrombolysis. Using a variety of temporary filters during systemic thrombolysis, however, a European multicenter registry noted four cases of fatal PE (2.1%) and three non-fatal PE (1.6%) during filter protection.[118] Conversely, only 1 fatal pulmonary embolus (0.3%) occurred during a multicenter registry of catheter-directed thrombolysis without routine filter use.[181] Although far from conclusive, these data suggest that catheter-directed thrombolysis may be associated with a lower risk of PE than systemic thrombolysis. Furthermore, if thrombolysis were attempted in a patient deemed at high

risk for embolization (e.g., poorly adherent IVC or iliac thrombi) or mortality from PE (patients with concomitant PE or patients with limited cardiopulmonary reserve), the experience of Lorch et al. would suggest that retrievable filters such as the Günther Tulip filter might be a better option.

## Unsubstantiated indications

### Cancer patients

Malignancy is a well-documented independent risk factor for the development of VTE. In a prospective registry study of 5451 patients with objectively confirmed DVT, cancer was present in 32% of patients.[184] Cancer patients also are known to be at 2–3-fold higher risk for recurrent thrombosis as well as bleeding complications compared with VTE patients without cancer.[185,186] These data have generated considerable interest in routine use of vena caval filters to treat cancer patients with VTE. Case series of IVC filters in cancer patients indicate that filters can be effective in the prevention of PE (pooled frequency of symptomatic PE, 14/646 2.2%; fatal PE 5/646 0.8%).[187–197] However, unrandomized comparisons with anticoagulation have found greater thrombotic morbidity among filter recipients and no improvement in survival (Fig. 6).[198–203] In one single institution retrospective study of 166 cancer patients with VTE,

serious, life- or limb-threatening thromboembolic complications developed in 17% of filter recipients.[203] Therefore, despite the greater hemorrhagic morbidity of chronic anticoagulation in cancer patients, its risk:benefit profile appears to be more favorable than IVC filter use. Recent studies of low molecular weight heparin in the treatment of malignancy-associated VTE[204] and clinical trials of new anti-thrombotic agents[133] indicate that pharmacological approaches not mechanical approaches will continue to be the preferred therapy for most cancer patients with VTE.

### High-risk orthopedic patients

Patients undergoing orthopedic surgery such as total knee arthroplasty (TKA) or total hip arthroplasty (THA) are considered at the highest risk for the development of VTE due to a number of factors which contribute to venous stasis such as position on the operating table, the use of thigh tourniquets during knee arthroplasty to provide a "bloodless field", post-operative immobility and vascular injury. In the absence of prophylaxis, the risk of proximal DVT in this patient population is 10–20%.[205] Several case series attest to the efficacy of IVC filters in the prevention of PE in orthopedic patients.[206–209] However, none of these studies incorporated random or masked treatment assignment or masked outcome assessment and follow up was of limited intensity and duration. Furthermore, many advances in orthopedic VTE



**Figure 6**   The frequency of adverse clinical events in studies of vena caval filter placement or anticoagulation for the treatment of VTE in cancer patients.

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 18 of 25
PageID #: 150884
The role of vena caval filters in the management of venous thromboembolism                195

prophylaxis (low molecular weight heparin, synthetic polysaccharide factor Xa inhibitors, etc.) and anticoagulation monitoring (INR) have occurred since the publication of these studies. Therefore, with the availability of modern methods of VTE prophylaxis, it is doubtful whether IVC filter placement represents a useful option for the vast majority of orthopedic patients. Until well-designed studies demonstrate the utility of vena caval filters for this purpose, this indication for filter placement should be considered one primarily of historical significance. As with any major surgical procedure, IVC filters, in particular, retrievable filters, remain a useful option for patients who develop VTE in the immediate perioperative period when full dose anticoagulation would be contraindicated.[139]

## Bariatric surgery

PE is considered the leading cause of perioperative death in bariatric surgical patients.[210] Although the reported incidence of VTE in the immediate (30 days) post-operative period is 0–3%, nearly one-third of these patients who develop PE die.[211] This finding may reflect the lack of cardiac and pulmonary reserve in patients who may have cor pulmonale from obesity hypoventilation syndrome.[210] A survey of the members of the American Society of Bariatric Surgery found that of the 31% who responded, 95% routinely used VTE prophylaxis. The most commonly used method was low-dose heparin (50%), followed by SCD (33%), low molecular weight heparins (13%) and other methods (4%). Thirty-eight % of respondents used two or more methods in combination. Despite this practice, 48% of respondents reported at least one patient death due to PE.[212] As a result, placement of IVC filters has become a popular prophylaxis strategy among some bariatric surgeons. Nevertheless, little data exist to support this practice or any VTE prophylaxis strategy in this patient population. Therefore, at the present time no firm recommendations for VTE prophylaxis can be made for this patient population. Until appropriate clinical trials are performed to address this deficiency in the literature, methods of VTE prophylaxis employed for other high-risk populations such as orthopedic surgery patients should be utilized.

## Other indications

Vena caval filter placement has also proposed for the treatment of VTE during pregnancy. Intrinsic (reductions in protein S activity, increases in factor VIII, fibrinogen and von Willebrand factor activity) and environmental (reduced activity, IVC compression) factors make pregnancy a high risk period for thrombotic events.[213–215] Several case series and case reports have documented the use of vena caval filters during pregnancy.[216–221] Although some authors have claimed that anticoagulation alone may be insufficient therapy for VTE during pregnancy, substantial evidence indicates that appropriately monitored anticoagulation is effective for the vast majority of patients.[222,223] Therefore, IVC filters should be strictly reserved for situations in which anticoagulation is contraindicated. In these instances, retrievable filters should be strongly considered given the young age of potential recipients and thus the prolonged duration of time during which they will be at risk for complications associated with permanent filters.

Small clinical series have also described the use of vena caval filters in pediatric patients,[224,225] transplant recipients[226,227] and in patients with severe chronic obstructive pulmonary disease.[228] Since none of these conditions intrinsically preclude anticoagulation, use of filters in these populations should be restricted to patients who have absolute contraindications to anticoagulation. Prophylactic IVC filter placement has been described in a small number of thermally injured patients.[229] Further research to determine the efficacy of conventional VTE prophylactic methods and identify the subsets of the burn patient population at highest risk for VTE should be performed before considering wider application of IVC filters for this indication.

## Conclusion

Despite improvements in VTE prophylaxis and increasing acceptance of its importance among physicians, the incidence of VTE remains relatively stable. Therefore, the treatment of VTE will remain an important issue for many physicians. An unprecedented number of new anti-thrombotic medications are under development or currently in clinical trials. While it is likely these new medications will provide even safer and more effective pharmacological options for the treatment of VTE, patients with contraindications to anticoagulation will remain a challenge for medical and surgical practitioners. For these patients, IVC filters will remain an important therapeutic alternative. Similar to the evolution of pharmacological

anti-thrombotic therapy, IVC filter technology has advanced dramatically. In addition to a wide assortment of permanent IVC filters, several promising retrievable filters are now becoming available for clinical use. If these devices prove to be as efficacious as permanent filters, they will likely represent the future of IVC filters, providing the clinician with greater flexibility to meet the demands of a broad array of different clinical situations. Ideally, these filters will offer all the benefits of permanent filters without their long-term thrombotic consequences. Published clinical evaluations of filter performance up to the present, however, have been almost exclusively clinical case series, which lack the rigor required to establish clinical efficacy. It is these authors' fervent hope that a serious effort will be made to rigorously evaluate these new devices and establish their benefits and risks for physicians. Without these studies, IVC filters are destined to remain a subject of clinical controversy.

## Practice points

- Vena caval filters appear to be effective in the prevention of PE.
- Vena caval filters are associated with an increased risk of recurrent DVT.
- Vena caval filters are an important therapeutic option for patients with VTE who have contraindications to anticoagulation.
- In patients who appear to have failed anticoagulation, further investigation is warranted prior to placing an vena caval filter, including a search for an underlying hypercoaguable syndrome such as the antiphospholipid syndrome or Trousseau's syndrome.
- To reduce the incidence of PTS routine use of compression stockings should be encouraged among all filter patients.

## Research agenda

- Randomized studies to evaluate the risks and benefits of vena caval filters in various patient populations such as trauma and bariatric surgery are needed to assist clinicians in decision making.
- Rigorous studies of retrievable filters are needed to establish their efficacy and safety.

## Acknowledgment

The authors thank Michael Linkinhoker, MA for his vena caval filter illustration.

## References

1. White RH. The epidemiology of venous thromboembolism. *Circulation* 2003;**107**:I4–8.
2. Kearon C, Gent M, Hirsh J, et al. A comparison of three months of anticoagulation with extended anticoagulation for a first episode of idiopathic venous thromboembolism. *N Engl J Med* 1999;**340**:901–7.
3. Kearon C, Ginsberg JS, Kovacs MJ, et al. Comparison of low-intensity warfarin therapy with conventional-intensity warfarin therapy for long-term prevention of recurrent venous thromboembolism. *N Engl J Med* 2003;**349**: 631–9.
4. Schulman S, Granqvist S, Holmstrom M, et al. The duration of oral anticoagulant therapy after a second episode of venous thromboembolism. The Duration of Anticoagulation Trial Study Group. *N Engl J Med* 1997;**336**:393–8.
5. Athanasoulis CA, Kaufman JA, Halpern EF, et al. Inferior vena caval filters: review of a 26 year single center clinical experience. *Radiology* 2000;**216**:54–66.
6. Bergqvist D. The role of vena caval interruption in patients with venous thromboembolism. *Prog Cardiovasc Dis* 1994;**37**:25–37.
7. Virchow RLK (as translated by Matzdorff AC and Bell WR). first ed. Thrombosis and emboli. Canton, MA, USA: Science History Publications; 1998.
8. Trousseau A. Phlegmasia alba dolens. In: Trousseau A, editor. *Clinique Medicale de l'Hotel-Dieu de Paris*, vol. 3. Paris: Balliere; 1865. p. 654–712.
9. Homans J. Thrombosis of deep veins of lower leg, causing pulmonary embolism. *N Engl J Med* 1934;**211**:993–7.
10. Ochsner A, DeBakey M. Intravenous clotting and its sequelae. *Surgery* 1943;**14**:679.
11. O'Neil EE. Ligation of the Inferior vena cava in the prevention and treatment of pulmonary embolism. *N Engl J Med* 1945;**252**:641–6.
12. Maraan BM, Taber RE. The effects of inferior vena caval ligation on cardiac output. *Surgery* 1968;**63**:966–9.
13. Gurewich G, Thomas DP, Rabinov KR. Pulmonary embolism after ligation of the inferior vena cava. *N Engl J Med* 1966;**274**:1350–4.
14. Piccone Jr VA, Vidal E, Yarnoz M, et al. The late results of caval ligation. *Surgery* 1970;**68**:980–98.
15. Spencer FC, Quattlebaum JK, Quattlebaum Jr JK, Sharp EH, Jude JR. Plication of the inferior vena cava for pulmonary embolism: a report of twenty cases. *Ann Surg* 1962;**155**:827–37.
16. Ravitch MM, Snodgrass E, McEnany T, Rivarola A. Compartmentalization of the vena cava with the mechanical stapler. *Surg Gynecol Obstet* 1966;**122**:561–6.
17. Mansour M, Chang AE, Sindelar WF. Interruption of the inferior vena cava for the prevention of recurrent pulmonary embolism. *Am Surg* 1985;**51**:375–80.
18. Adams JT, DeWeese JA. Partial interruption of the inferior vena cava with a new plastic clip. *Surg Gynecol Obstet* 1966;**123**:1087–8.
19. Miles RM. Prevention of pulmonary emboli by the use of a plastic vena caval clip. *Ann Surg* 1966;**163**:192–8.

20. Moretz WH, Rhode CM, Shepherd MH. Prevntion of pulmonary emboli by partial occlusion of the inferior vena cava. *Am Surg* 1959;**25**:617–26.

21. Mobin-Uddin K, McLean R, Bolooki H, Jude JR. Caval interruption for prevention of pulmonary embolism. Long-term results of a new method. *Arch Surg* 1969;**99**:711–5.

22. Mobin-Uddin K, Utley JR, Bryant LR. The inferior vena cava umbrella filter. *Prog Cardiovasc Dis* 1975;**17**:391–9.

23. Adelson J, Steer ML, Glotzer DJ, et al. Thromboembolism after insertion of the Mobin-Uddin caval filter. *Surgery* 1980;**87**:184–9.

24. Cimochowski GE, Evans RH, Zarins CK, Lu CT, DeMeester TR. Greenfield filter versus Mobin-Uddin umbrella: the continuing quest for the ideal method of vena caval interruption. *J Thorac Cardiovasc Surg* 1980;**79**:358–65.

25. Greenfield LJ, McCurdy JR, Brown PP, Elkins RC. A new intracaval filter permitting continued flow and resolution of emboli. *Surgery* 1973;**73**:599–606.

26. Tadavarthy SM, Castaneda-Zuniga W, Salomonowitz E, et al. Kimray-Greenfield vena cava filter: percutaneous introduction. *Radiology* 1984;**151**:525–6.

27. Kantor A, Glanz S, Gordon DH, Sclafani SJA. Percutaneous insertion of the Kimray-Greenfield Filter: incidence of Femoral Vein Thrombosis. *AJR Am J Roentgenol* 1987;**149**:1065–6.

28. Greenfield LJ, Cho KJ, Pais SO, Van Aman M. Preliminary clinical experience with the Titanium Greenfield vena caval filter. *Arch Surg* 1989;**124**:657–9.

29. Teitelbaum GP, Bradley Jr WG, Klein BD. MR imaging artifacts, ferromagnetism, and magnetic torque of intravascular filters, stents, and coils. *Radiology* 1988;**166**:657–64.

30. Teitelbaum GP, Jones DL, van Breda A, et al. Vena caval filter splaying: potential complication of use of the titanium Greenfield filter. *Radiology* 1989;**173**:809–14.

31. Greenfield LJ, Cho KJ, Proctor MC, et al. Results of a multicenter study of the modified-hook titanium Greenfield filter. *J Vasc Surg* 1991;**14**:253–7.

32. Cho KJ, Greenfield LJ, Proctor MC, et al. Evaluation of a new percutaneous stainless steel Greenfield filter. *J Vasc Interv Radiol* 1997;**8**:181–7.

33. Johnson SP, Raiken DP, Grebe PJ, Diffin DC, Leyendecker JR. Single institution prospective evaluation of the over-the-wire Greenfield vena caval filter. *J Vasc Interv Radiol* 1998;**9**:766–73.

34. Roehm JOJ, Gianturco C, Barth MH, Wright KC. Percutaneous transcatheter filter for the inferior vena cava: a new device for the treatment of patients with pulmonary embolism. *Radiology* 1984;**150**:255–7.

35. Reed RA, Teitelbaum GP, Taylor FC, Pentecost MJ, Roehm JO. Use of the Bird's Nest filter in oversized inferior venae cavae. *J Vasc Interv Radiol* 1991;**2**:447–50.

36. Roehm JOJ, Johnsrude IS, Barth MH, Gianturco C. The bird's nest inferior vena cava filter: progress report. *Radiology* 1988;**168**:745–9.

37. Ferris EJ, McCowan TC, Carver DK, McFarland D. Percutaneous inferior vena caval filters: follow-up of seven designs in 320 patients. *Radiology* 1993;**188**:851–6.

38. Watanabe AT, Teitelbaum GP, Gomes AS, Roehm Jr JO. MR imaging of the bird's nest filter. *Radiology* 1990;**177**:578–9.

39. Ricco JB, Crochet D, Sebilotte P, et al. Percutaneous transvenous caval interruption with the LGM filter: early results of a multicenter trial. *Ann Vasc Surg* 1988;**3**:242–7.

40. Millward SF, Peterson RA, Moher D, et al. LGM (Vena Tech) vena caval filter: experience at a single institution. *J Vasc Interv Radiol* 1994;**5**:351–6.

41. Taylor FC, Awh MH, Kahn CEJ, Lu CT. Vena Tech vena cava filter: experience and early follow-up. *J Vasc Interv Radiol* 1991;**2**:435–40.

42. Kinney TB. Update on inferior vena cava filters. *J Vasc Interv Radiol* 2003;**14**:425–40.

43. Simon M, Athanasoulis CA, Kim D, et al. Simon nitinol inferior vena cava filter: initial clinical experience. Work in progress. *Radiology* 1989;**172**:99–103.

44. Grassi CJ, Matsumoto AH, Teitelbaum GP. Vena caval occlusion after Simon nitinol filter placement: identification with MR imaging in patients with malignancy. *J Vasc Interv Radiol* 1992;**3**:535–9.

45. Poletti PA, Becker CD, Prina L, et al. Long-term results of the Simon nitinol inferior vena cava filter. *Eur Radiol* 1998;**8**:289–94.

46. Rousseau H, Perreault P, Otal P, et al. The 6-F nitinol TrapEase inferior vena cava filter: results of a prospective multicenter trial. *J Vasc Interv Radiol* 2001;**12**:299–304.

47. Schutzer R, Ascher E, Hingorani A, Jacob T, Kallakuri S. Preliminary results of the new 6F TrapEase inferior vena cava filter. *Ann Vasc Surg* 2003;**17**:103–6.

48. Neuerburg JM, Gunther RW, Vorwerk D, et al. Results of a multicenter study of the retrievable Tulip Vena Cava Filter: early clinical experience. *Cardiovasc Intervent Radiol* 1997;**20**:10–6.

49. Millward SF, Bhargava A, Aquino Jr J, et al. Gunther Tulip filter: preliminary clinical experience with retrieval. *J Vasc Interv Radiol* 2000;**11**:75–82.

50. Millward SF, Oliva VL, Bell SD, et al. Gunther Tulip retrievable vena cava filter: results from the Registry of the Canadian Interventional Radiology Association. *J Vasc Interv Radiol* 2001;**12**:1053–8.

51. Nadkarni S, Macdonald S, Cleveland TJ, Gaines PA. Placement of a retrievable Gunther Tulip filter in the superior vena cava for upper extremity deep venous thrombosis. *Cardiovasc Intervent Radiol* 2002;**25**:524–6.

52. Decousus H, Leizorovicz A, Parent F, et al. A clinical trial of vena caval filters in the prevention of pulmonary embolism in patients with proximal deep-vein thrombosis. Prevention du Risque d'Embolie Pulmonaire par Interruption Cave Study Group. *N Engl J Med* 1998;**338**:409–15.

53. White RH, Zhou H, Kim J, Romano PS. A population-based study of the effectiveness of inferior vena cava filter use among patients with venous thromboembolism. *Arch Intern Med* 2000;**160**:2033–41.

54. Ray CE, Kaufman Jr JA. Complications of inferior vena cava filters. *Abdom Imaging* 1996;**21**:368–74.

55. Streiff MB. Vena caval filters: a review for intensive care specialists. *J Intensive Care Med* 2003;**18**:59–79.

56. Mohan CR, Hoballah JJ, Sharp WJ, et al. Comparative efficacy and complications of vena caval filters. *J Vasc Surg* 1995;**21**:235–45.

57. Mewissen MW, Erickson SJ, Foley WD, et al. Thrombosis at venous insertion sites after inferior vena caval filter placement. *Radiology* 1989;**173**:155–7.

58. Dorfman GS, Cronan JJ, Paolella LP, et al. Iatrogenic changes at the venotomy site after percutaneous placement of the Greenfield filter. *Radiology* 1989;**173**:159–62.

59. Tobin KD, Pais SO, Austin CB. Femoral vein thrombosis following percutaneous placement of the Greenfield filter. *Invest Radiol* 1989;**24**:442–5.

60. Blebea J, Wilson R, Waybill P, et al. Depp venous thrombosis after percutaneous insertion of vena caval filters. *J Vasc Surg* 1999;**30**:821–9.

61. Molgaard CP, Yucel EKGSC, Knox TA, Waltman AC. Access-site thrombosis after placement of inferior vena cava filters with 12-14F delivery sheaths. *Radiology* 1992;**185**:257–61.

62. Aswad MA, Sandager GP, Pais SO, et al. Early duplex scan evaluation of four vena caval interruption devices. *J Vasc Surg* 1996;**24**:809–18.

63. Douketis JD, Kearon C, Bates S, Duku EK, Ginsberg JS. Risk of fatal pulmonary embolism in patients with treated venous thromboembolism. *JAMA* 1998;**279**:458–62.

64. Crochet DP, Brunel P, Trogrlic S, et al. Long-term follow-up of Vena Tech-LGM filter: predictors and frequency of caval occlusion. *J Vasc Interv Radiol* 1999;**10**:137–42.

65. Murin S, Romano PS, White RH. Comparison of outcomes after hospitalization for deep venous thrombosis or pulmonary embolism. *Thromb Haemost* 2002;**88**:407–14.

66. Halbmayer WM, Haushofer A, Toth E, Fischer M. Inferior vena caval filters and systemic prothrombin activation in orally anticoagulated patients. *Lancet* 1992;**340**:853.

67. Prandoni P, Villalta S, Bagatella P, et al. The clinical course of deep-vein thrombosis. Prospective long-term follow-up of 528 symptomatic patients. *Haematologica* 1997;**82**:423–8.

68. Brandjes DP, Buller HR, Heijboer H, et al. Randomised trial of effect of compression stockings in patients with symptomatic proximal-vein thrombosis. *Lancet* 1997;**349**:759–62.

69. Kupferschmid JP, Dickson CS, Townsend RN, Diamond DL. Small-bowel obstruction from an extruded Greenfield filter strut: an unusual late complication. *J Vasc Surg* 1992;**16**:113–5.

70. Appleberg M, Crozier JA. Duodenal penetration by a Greenfield caval filter. *Aust N Z J Surg* 1991;**61**:957–60.

71. Bianchini AU, Mehta SN, Mulder DS, Barkun AN, Mayrand S. Duodenal perforation by a Greenfield filter: endoscopic diagnosis. *Am J Gastroenterol* 1997;**92**:686–7.

72. Woodward EB, Farber A, Wagner WH, et al. Delayed retroperitoneal arterial hemorrhage after inferior vena cava (IVC) filter insertion: case report and literature review of caval perforations by IVC filters. *Ann Vasc Surg* 2002;**16**:193–6.

73. Howerton RM, Watkins M, Feldman L. Late arterial hemorrhage secondary to a Greenfield filter requiring operative intervention. *Surgery* 1991;**109**:265–8.

74. Katsamouris AA, Waltman AC, Delichatsios MA, Athanasoulis CA. Inferior vena cava filters: in vitro comparison of clot trapping and flow dynamics. *Radiology* 1988;**166**:361–6.

75. Thompson BH, Cragg AH, Smith TP, et al. Thrombus-trapping efficiency of the Greenfield filter in vivo. *Radiology* 1989;**172**:979–81.

76. Greenfield LJ, Proctor MC. Experimental embolic capture by asymmetric Greenfield filters. *J Vasc Surg* 1992;**16**:436–43.

77. Kinney TB, Rose SC, Weingarten KE, et al. IVC filter tilt and asymmetry: comparison of the over-the-wire stainless-steel and titanium Greenfield IVC filters. *J Vasc Interv Radiol* 1997;**8**:1029–37.

78. Greenfield LJ, Proctor MC, Cho KJ, Wakefield TW. Limb asymmetry in titanium Greenfield filters: clinically significant?. *J Vasc Surg* 1997;**26**:770–5.

79. Streib EW, Wagner JW. Complications of vascular access procedures in patients with vena cava filters. *J Trauma* 2000;**49**:553–7.

80. Dardik A, Campbell KA, Yeo CJ, Lipsett PA. Vena cava filter ensnarement and delayed migration: an unusual series of cases. *J Vasc Surg* 1997;**26**:869–74.

81. Andrews RT, Geschwind JF, Savader SJ, Venbrux AC. Entrapment of J-tip guidewires by Venatech and stainless-steel Greenfield vena cava filters during central venous catheter placement: percutaneous management in four patients. *Cardiovasc Intervent Radiol* 1998;**21**:424–8.

82. Marelich GP, Tharratt RS. Greenfield inferior vena cava filter dislodged during central venous catheter placement. *Chest* 1994;**106**:957–9.

83. Loesberg A, Taylor FC, Awh MH. Dislodgment of inferior vena caval filters during ''blind'' insertion of central venous catheters. *AJR Am J Roentgenol* 1993;**161**:637–8.

84. Argiris A, Rademaker J, Mahmud M. Dislodgment of an inferior vena cava filter to the internal jugular vein. *Intensive Care Med* 1997;**23**:1186–7.

85. Browne RJ, Estrada FP. Guidewire entrapment during Greenfield filter deployment. *J Vasc Surg* 1998;**27**:174–6.

86. Gibson MP, Chung RS, Husni EA, Kuivinen EP. Dislodgment and entrapment of a Greenfield filter. *J Vasc Interv Radiol* 1999;**10**:378–9.

87. Kaufman JA, Thomas JW, Geller SC, Rivitz SM, Waltman AC. Guide-wire entrapment by inferior vena caval filters: in vitro evaluation. *Radiology* 1996;**198**:71–6.

88. Stavropoulos SW, Itkin M, Trerotola SO. In vitro study of guide wire entrapment in currently available inferior vena cava filters. *J Vasc Interv Radiol* 2003;**14**:905–10.

89. Drummond JC, Spaeth JP, Dharan M. The IJ guide-wire is ''stuck''. *Anesthesiology* 1997;**86**:745–6.

90. Amesbury S, Vargish T, Hall J. An unusual complication of central venous catheterization. *Chest* 1995;**107**:296.

91. Rosenblum JD, Boyle CM. Percutaneous retrieval of a Vena-Tech filter displaced during central line placement. *AJR Am J Roentgenol* 1996;**166**:994–5.

92. Johnson D, Harshfield D. Radiological case of the month. Inadvertant guidewire entrapment by IVC filter during subclavian line placement. *J Ark Med Soc* 1993;**89**:517–8.

93. Urbaneja A, Fontaine AB, Bruckner M, Spigos DG. Evulsion of a Vena Tech filter during insertion of a central venous catheter. *J Vasc Interv Radiol* 1994;**5**:783–5.

94. Morgan JT, Sussman SK. ''Monorail technique'' for removal of entrapped exchange wire in a Greenfield filter. *J Vasc Interv Radiol* 1998;**9**:469–70.

95. Arpasi P, Kirsch MJ. Dislodgment of a stainless-steel Greenfield filter during exchange of a central venous catheter [letter]. *J Vasc Interv Radiol* 1997;**8**:1080–2.

96. Andrews RT, Bova DA, Venbrux AC. How much guidewire is too much? Direct measurement of the distance from subclavian and internal jugular vein access sites to the superior vena cava-atrial junction during central venous catheter placement. *Crit Care Med* 2000;**28**:138–42.

97. Marcy PY, Magne N, Frenay M, Bruneton JN. Renal failure secondary to thrombotic complications of suprarenal inferior vena cava filter in cancer patients. *Cardiovasc Intervent Radiol* 2001;**24**:257–9.

98. Matchett WJ, Jones MP, McFarland DR, Ferris EJ. Suprarenal vena caval filter placement: follow-up of four filter types in 22 patients. *J Vasc Interv Radiol* 1998;**9**:588–93.

99. Greenfield LJ, Proctor MC. Suprarenal filter placement. *J Vasc Surg* 1998;**28**:432–8.

100. Orsini RA, Jarrell BE. Suprarenal placement of vena caval filters: indications, techniques and results. *J Vasc Surg* 1984;**1**:124–35.

101. Brenner DW, Brenner CJ, Scott J, et al. Suprarenal Greenfield filter placement to prevent pulmonary embolus in patients with vena caval tumor thrombi. *J Urol* 1992;**147**:19–23.

102. Kommareddy A, Zaroukian MH, Hassouna HI. Upper extremity deep venous thrombosis. *Semin Thromb Hemost* 2002;**28**:89–99.

103. Prandoni P, Polistena P, Bernardi E, et al. Upper-extremity deep vein thrombosis. Risk factors, diagnosis, and complications. *Arch Intern Med* 1997;**157**:57–62.

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 22 of 25
PageID #: 150888
The role of vena caval filters in the management of venous thromboembolism    199

104. Martinelli I, Cattaneo M, Panzeri D, Taioli E, Mannucci PM. Risk factors for deep venous thrombosis of the upper extremities. *Ann Intern Med* 1997;**126**:707–11.

105. Ruggeri M, Castaman G, Tosetto A, Rodeghiero F. Low prevalence of thrombophilic coagulation defects in patients with deep vein thrombosis of the upper limbs. *Blood Coagul Fibrinolysis* 1997;**8**:191–4.

106. Mustafa S, Stein PD, Patel KC, et al. Upper extremity deep venous thrombosis. *Chest* 2003;**123**:1953–6.

107. Monreal M, Lafoz E, Ruiz J, Valls R, Alastrue A. Upper-extremity deep venous thrombosis and pulmonary embolism. A prospective study. *Chest* 1991;**99**:280–3.

108. Hingorani A, Ascher E, Lorenson E, et al. Upper extremity deep venous thrombosis and its impact on morbidity and mortality rates in a hospital-based population. *J Vasc Surg* 1997;**26**:853–60.

109. Machleder HI. Evaluation of a new treatment strategy for Paget–Schroetter syndrome: spontaneous thrombosis of the axillary-subclavian vein. *J Vasc Surg* 1993;**17**:305–15.

110. Owen EWJ, Schoettle GPJ, Harrington OB. Placement of a Greenfield filter in the superior vena cava. *Ann Thorac Surg* 1992;**53**:896–7.

111. Pais SO, Orchis DF, Mirvis SE. Superior vena caval placement of Kimray-Greenfield filter. *Radiology* 1987;**165**:385–6.

112. Spence LD, Gironta MG, Malde HM, et al. Acute upper extremity deep venous thrombosis: safety and effectiveness of superior vena caval filters. *Radiology* 1999;**210**:53–8.

113. Ascher E, Hingorani A, Tsemekhin B, Yorkovich W, Gunduz Y. Lessons learned from a 6-year clinical experience with superior vena cava Greenfield filters. *J Vasc Surg* 2000;**32**:881–7.

114. Lidagoster MI, Widman WD, Chevinski AH. Superior vena caval occlusion after filter insertion. *J Vasc Surg* 1994;**20**:158–9.

115. Millward SF. Temporary and retrievable inferior vena cava filters: Current status. *J Vasc Interv Radiol* 1998;**9**:381–7.

116. Bovyn G, Gory P, Reynaud P, Ricco JB. The Tempofilter: a multicenter study of a new temporary caval filter implantable for up to six weeks. *Ann Vasc Surg* 1997;**11**:520–8.

117. Vos LD, Tielbeek AV, Bom EP, Gooszen HC, Vroegindeweij D. The Gunther temporary inferior vena cava filter for short-term protection against pulmonary embolism. *Cardiovasc Intervent Radiol* 1997;**20**:91–7.

118. Lorch H, Welger D, Wagner V, et al. Current practice of temporary vena cava filter insertion: a multicenter registry. *J Vasc Interv Radiol* 2000;**11**:83–8.

119. Rossi P, Arata FM, Bonaiuti P, Pedicini V. Fatal outcome in atrial migration of the Tempofilter. *Cardiovasc Intervent Radiol* 1999;**22**:227–31.

120. Kelly IM, Boyd CS. Buckling of the tethering catheter causes migration of a temporary caval filter to the right atrium. *Clin Radiol* 1999;**54**:398–401.

121. Hughes GC, Smith TP, Eachempati SR, Vaslef SN, Reed RL. The use of a temporary vena caval interruption device in high-risk trauma patients unable to receive standard venous thromboembolism prophylaxis. *J Trauma* 1999;**46**:246–9.

122. Lorch H, Zwaan M, Siemens HJ, et al. Temporary vena cava filters and ultrahigh streptokinase thrombolysis therapy: a clinical study. *Cardiovasc Intervent Radiol* 2000;**23**:273–8.

123. Wicky S, Doenz F, Meuwly JY, et al. Clinical experience with retrievable Gunther Tulip vena cava filters. *J Endovasc Ther* 2003;**10**:994–1000.

124. Tay KH, Martin ML, Fry PD, Webb JG, Machan LS. Repeated Gunther Tulip inferior vena cava filter repositioning to prolong implantation time. *J Vasc Interv Radiol* 2002;**13**:509–12.

125. de Gregorio MA, Gamboa P, Gimeno MJ, et al. The Gunther Tulip retrievable filter: prolonged temporary filtration by repositioning within the inferior vena cava. *J Vasc Interv Radiol* 2003;**14**:1259–65.

126. Nutting C, Coldwell D. Use of a TrapEase device as a temporary caval filter. *J Vasc Interv Radiol* 2001;**12**:991–3.

127. Cope C, Baum RA, Duszak RAJ. Temporary use of a Bird's Nest filter during iliocaval thrombolysis. *Radiology* 1996;**198**:765–7.

128. Asch MR. Initial experience in humans with a new retrievable inferior vena cava filter. *Radiology* 2002;**225**:835–44.

129. Ansell J, Hirsh J, Dalen J, et al. Managing oral anticoagulant therapy. *Chest* 2001;**119**:22S–38S.

130. Linkins LA, Choi PT, Douketis JD. Clinical impact of bleeding in patients taking oral anticoagulant therapy for venous thromboembolism: a meta-analysis. *Ann Intern Med* 2003;**139**:893–900.

131. van Dongen CJ, Vink R, Hutten BA, Buller HR, Prins MH. The incidence of recurrent venous thromboembolism after treatment with vitamin K antagonists in relation to time since first event: a meta-analysis. *Arch Intern Med* 2003;**163**:1285–93.

132. Palareti G, Leali N, Coccheri S, et al. Bleeding complications of oral anticoagulant treatment: an inception-cohort, prospective collaborative study (ISCOAT). Italian Study on Complications of Oral Anticoagulant Therapy. *Lancet* 1996;**348**:423–8.

133. Schulman S, Wahlander K, Lundstrom T, Clason SB, Eriksson H. Secondary prevention of venous thromboembolism with the oral direct thrombin inhibitor ximelagatran. *N Engl J Med* 2003;**349**:1713–21.

134. Kim D, Edelman RR, Margolin CJ, et al. The Simon nitinol filter: evaluation by MR and ultrasound. *Angiology* 1992;**43**:541–8.

135. Teitelbaum GP, Ortega HV, Vinitski S, et al. Low-artifact intravascular devices: MR imaging evaluation. *Radiology* 1988;**168**:713–9.

136. Kiproff PM, Deeb ZL, Contractor FM, Khoury MB. Magnetic resonance characteristics of the LGM vena cava filter: technical note. *Cardiovasc Intervent Radiol* 1991;**14**:254–5.

137. Bucker A, Neuerburg JM, Adam GB, et al. Real-time MR guidance for inferior vena cava filter placement in an animal model. *J Vasc Interv Radiol* 2001;**12**:753–6.

138. Douketis JD, Foster GA, Crowther MA, Prins MH, Ginsberg JS. Clinical risk factors and timing of recurrent venous thromboembolism during the initial 3 months of anticoagulant therapy. *Arch Intern Med* 2000;**160**:3431–6.

139. Kearon C, Hirsh J. Management of anticoagulation before and after elective surgery. *N Engl J Med* 1997;**336**:1506–11.

140. Crowther MA, Ginsberg JS, Julian J, et al. A comparison of two intensities of warfarin for the prevention of recurrent thrombosis in patients with the antiphospholipid antibody syndrome. *N Engl J Med* 2003;**349**:1133–8.

141. Khamashta MA, Cuadrado MJ, Mujic F, et al. The management of thrombosis in the antiphospholipid-antibody syndrome. *N Engl J Med* 1995;**332**:993–7.

142. Wilson WA, Gharavi AE, Koike T, et al. International consensus statement on preliminary classification criteria for definite antiphospholipid syndrome: report of an international workshop. *Arthritis Rheum* 1999;**42**:1309–11.

143. Sack GH, Levin J, Bell WR. Trousseau's syndrome and other manifestations of chronic disseminated coagulopathy in patients with neoplasms: clinical, pathophysiological and therapeutic features. *Medicine* 1977;**56**:1–37.

144. Pengo V, Lensing AW, Prins MH, et al. Incidence of chronic thromboembolic pulmonary hypertension after pulmonary embolism. *N Engl J Med* 2004;**350**:2257–64.

145. Jamieson SW, Nomura K. Indications for and the results of pulmonary thromboendarterectomy for thromboembolic pulmonary hypertension. *Semin Vasc Surg* 2000;**13**:236–44.

146. Mo M, Kapelanski DP, Mitruka SN, et al. Reoperative pulmonary thromboendarterectomy. *Ann Thorac Surg* 1999;**68**:1770–6.

147. Geerts WH, Code KI, Jay RM, Chen E, Szalai JP. A prospective study of venous thromboembolism after major trauma. *N Engl J Med* 1994;**331**:1601–6.

148. Velmahos GC, Nigro J, Tatevossian R, et al. Inability of an aggressive policy of thromboprophylaxis to prevent deep venous thrombosis (DVT) in critically injured patients: are current methods of DVT prophylaxis insufficient. *J Am Coll Surg* 1998;**187**:529–33.

149. Upchurch GRJ, Demling RH, Davies J, Gates JD, Knox JB. Efficacy of subcutaneous heparin in prevention of venous thromboembolic events in trauma patients. *Am Surg* 1995;**61**:749–55.

150. Devlin JW, Tyburski JG, Moed B. Implementation and evaluation of guidelines for use of enoxaparin as deep vein thrombosis prophylaxis after major trauma. *Pharmacotherapy* 2001;**21**:740–7.

151. Carlin AM, Tyburski JG, Wilson RF, Steffes C. Prophylactic and therapeutic inferior vena cava filters to prevent pulmonary emboli in trauma patients. *Arch Surg* 2002;**137**:521–5.

152. Webb LX, Rush PT, Fuller SB, Meredith JW. Greenfield filter prophylaxis of pulmonary embolism in patients undergoing surgery for acetabular fracture. *J Orthop Trauma* 1992;**6**:139–45.

153. Rogers FB, Shackford SR, Wilson J, Ricci MA, Morris CS. Prophylactic vena cava filter insertion in severely injured trauma patients: indications and preliminary results. *J Trauma* 1993;**35**:637–41.

154. Leach TA, Pastena JA, Swan KG, et al. Surgical prophylaxis for pulmonary embolism. *Am Surg* 1994;**60**:292–5.

155. Rosenthal D, McKinsey JF, Levy AM, Lamis PA, Clark MD. Use of the Greenfield filter in patients with major trauma. *Cardiovasc Surg* 1994;**2**:52–5.

156. Wilson JT, Rogers FB, Wald SL, Shackford SR, Ricci MA. Prophylactic vena cava filter insertion in patients with traumatic spinal cord injury: preliminary results. *Neurosurgery* 1994;**35**:234–9.

157. Winchell RJ, Hoyt DB, Walsh JC, Simons RK, Eastman AB. Risk factors associated with pulmonary embolism despite routine prophylaxis: implications for improved protection. *J Trauma* 1994;**37**:600–6.

158. Khansarinia S, Dennis JW, Veldenz HC, Butcher JL, Hartland L. Prophylactic Greenfield filter placement in selected high-risk trauma patients. *J Vasc Surg* 1995;**22**:231–5.

159. Rogers FB, Shackford SR, Ricci MA, Wilson JT, Parsons S. Routine prophylactic vena cava filter insertion in severely injured trauma patients decreases the incidence of pulmonary embolism. *J Am Coll Surg* 1995;**180**:641–7.

160. Zolfaghari D, Johnson B, Weireter LJ, Britt LD. Expanded use of inferior vena cava filters in the trauma population. *Surg Annu* 1995;**27**:99–105.

161. Patton JHJ, Fabian TC, Croce MA, et al. Prophylactic Greenfield filters: acute complications and long-term follow-up [see comments]. *J Trauma* 1996;**41**:231–6.

162. Rodriguez JL, Lopez JM, Proctor MC, et al. Early placement of prophylactic vena caval filters in injured patients at high risk for pulmonary embolism. *J Trauma* 1996;**40**:797–802.

163. Gosin JS, Graham AM, Ciocca RG, Hammond JS. Efficacy of prophylactic vena cava filters in high-risk trauma patients. *Ann Vasc Surg* 1997;**11**:100–5.

164. Rogers FB, Shackford SR, Ricci MA, Huber BM, Atkins T. Prophylactic vena cava filter insertion in selected high-risk orthopaedic trauma patients. *J Orthop Trauma* 1997;**11**:267–72.

165. Rogers FB, Strindberg G, Shackford SR, et al. Five-year follow-up of prophylactic vena cava filters in high-risk trauma patients. *Arch Surg* 1998;**133**:406–11.

166. Greenfield LJ, Proctor MC, Michaels AJ, Taheri PA. Prophylactic vena caval filters in trauma: the rest of the story. *J Vasc Surg* 2000;**32**:490–7.

167. Wojcik R, Cippolle MD, Fearen I, et al. Long-term follow up of trauma patients with a vena caval filter. *J Trauma* 2000;**49**:839–43.

168. Velmahos GC, Kern J, Chan LS, et al. Prevention of venous thromboembolism after injury: an evidence-based report — Part I: analysis of risk factors and evaluation of the role of vena caval filters. *J Trauma* 2000;**49**:132–9.

169. Cheung MC, Geerts WH. Prophylactic inferior vena caval filter use in trauma: a systematic review. *Blood* 2003;**102**:886a.

170. Rogers FB, Cipolle MD, Velmahos G, Rozycki G, Luchette FA. Practice management guidelines for the prevention of venous thromboembolism in trauma patients: the EAST practice management guidelines work group. *J Trauma* 2002;**53**:142–64.

171. Norris CS, Greenfield LJ, Herrmann JB. Free-floating iliofemoral thrombus: a risk of pulmonary embolism. *Arch Surg* 1985;**120**:806–8.

172. Voet D, Afschrift M. Floating thrombi: diagnosis and follow-up by Duplex ultrasound. *Br J Radiol* 1991;**64**:1010–4.

173. Monreal M, Ruiz J, Salvador R, et al. Recurrent pulmonary embolism: a prospective study. *Chest* 1989;**95**:976–9.

174. Radomski JS, Jarrell BE, Carabasi RA, Yang S-L, Koolpe H. Risk of pulmonary embolus with inferior vena cava thrombosis. *Am Surg* 1987;**53**:97–101.

175. Berry RE, George JE, Shaver WA. Free-floating thrombus: a retrospective analysis. *Ann Surg* 1990;**211**:719–23.

176. Baldridge ED, Martin MA, Welling RE. Clinical significance of free-floating venous thrombi. *J Vasc Surg* 1990;**11**:62–9.

177. Pacouret G, Alison D, Pottier J-M, et al. Free-floating thrombus and embolic risk in patients with angiographically confirmed proximal deep venous thrombosis: a prospective study. *Arch Int Med* 1997;**157**:305–8.

178. Arnesen H, Hoiseth A, Ly B. Streptokinase or heparin in the treatment of deep vein thrombosis. Follow-up results of a prospective study. *Acta Med Scand* 1982;**211**:65–8.

179. Elliot MS, Immelman EJ, Jeffery P, et al. A comparative randomized trial of heparin versus streptokinase in the treatment of acute proximal venous thrombosis: an interim report of a prospective trial. *Br J Surg* 1979;**66**:838–43.

180. Grossman C, McPherson S. Safety and efficacy of catheter-directed thrombolysis for iliofemoral venous thrombosis. *AJR Am J Roentgenol* 1999;**172**:667–72.

181. Mewissen MW, Seabrook GR, Meissner MH, et al. Catheter-directed thrombolysis for lower extremity deep venous thrombosis: report of a national multicenter registry. *Radiology* 1999;**211**:39–49.

Case 1:14-ml-02570-RLY-TAB    Document 26477-9    Filed 02/13/25    Page 24 of 25
PageID #: 150890
The role of vena caval filters in the management of venous thromboembolism    201

182. Martin M, Eickerling B. Todliche lungenembolie unter ultrahoch-dosierter Streptokinase-Behandlung. *Dtsch Med Wochenschr* 1990;**115**:1812.

183. Grimm W, Schwieder G, Wagner T. Fatal pulmonary embolism in venous thrombosis of the leg and pelvis during lysis therapy. *Dtsch Med Wochenschr* 1990;**115**:1183−7.

184. Goldhaber SZ, Tapson VF. A prospective registry of 5451 patients with ultrasound-confirmed deep vein thrombosis. *Am J Cardiol* 2004;**93**:259−62.

185. Prandoni P, Lensing AW, Piccioli A, et al. Recurrent venous thromboembolism and bleeding complications during anticoagulant treatment in patients with cancer and venous thrombosis. *Blood* 2002;**100**:3484−8.

186. Hutten BA, Prins MH, Gent M, et al. Incidence of recurrent thromboembolic and bleeding complications among patients with venous thromboembolism in relation to both malignancy and achieved international normalized ratio: a retrospective analysis. *J Clin Oncol* 2000;**18**:3078−83.

187. Martin B, Martyak TE, Stoughton TL, Collazo WA, Pearl W. Experience with the Gianturco-Roehm Bird's Nest vena cava filter. *Am J Cardiol* 1990;**66**:1275−7.

188. Cantelmo NL, Menzoian JO, Logerfo FW, Fasulo G, Mozden PJ. Clinical experience with vena caval filters in high-risk cancer patients. *Cancer* 1982;**50**:341−4.

189. Walsh DB, Downing S, Nauta R, Gomes MN. Metastatic cancer: a relative contraindication to vena caval filter placement. *Cancer* 1987;**59**:161−3.

190. Whitney BA, Kerstein MD. Thrombocytopenia and cancer: use of the Kim-Ray Greenfield filter to prevent thromboembolism. *South Med J* 1987;**80**:1246−8.

191. Muchmore JH, Dunlap JN, Culicchia F, Kerstein MD. Deep vein thrombophlebitis and pulmonary embolism in patients with malignant gliomas. *South Med J* 1989;**82**:1352−6.

192. Hubbard KP, Roehm JOJ, Abbruzzese JL. The Bird's Nest Filter. An alternative to long-term oral anticoagulation in patients with advanced malignancies. *Am J Clin Oncol* 1994;**17**:115−7.

193. Cohen JR, Grella L, Citron M. Greenfield filter instead of heparin as primary treatment for deep venous thrombosis or pulmonary embolism in patients with cancer. *Cancer* 1992;**70**:1993−6.

194. Rosen MP, Porter DH, Kim D. Reassessment of vena caval filter use in patients with cancer. *J Vasc Interv Radiol* 1994;**5**:501−6.

195. Lossef SV, Barth KH. Outcome of patients with advanced neoplastic disease receiving vena caval filters. *J Vasc Interv Radiol* 1995;**6**:273−7.

196. Schwarz RE, Marrero AM, Conlon KC, Burt M. Inferior vena cava filters in cancer patients: indications and outcome. *J Clin Oncol* 1996;**14**:652−7.

197. Greenfield LJ, Proctor MC, Saluja A. Clinical results of Greenfield filter use in patients with cancer. *Cardiovasc Surg* 1997;**5**:145−9.

198. Cohen JR, Tenenbaum N, Citron M. Greenfield filter as primary therapy for deep venous thrombosis and/or pulmonary embolism in patients with cancer. *Surgery* 1991;**109**:12−5.

199. Olin JW, Young JR, Graor RA, et al. Treatment of deep vein thrombosis and pulmonary emboli in patients with primary and metastatic brain tumors. *Arch Int Med* 1987;**147**:2177−9.

200. Calligaro KD, Bergen WS, Haut MJ, Savarese RP, DeLaurentis DA. Thromboembolic complications in patients with advanced cancer: anticoagulation versus Greenfield filter placement. *Ann Vasc Surg* 1991;**5**:186−9.

201. Levin JM, Schiff D, Loeffler JS, et al. Complications of therapy for venous thromboembolic disease in patients with brain tumors. *Neurology* 1993;**43**:1111−4.

202. Schiff D, DeAngelis LM. Therapy of venous thromboembolism in patients with brain metastases. *Cancer* 1994;**73**:493−8.

203. Ihnat DM, Mills JL, Hughes JD, et al. Treatment of patients with venous thromboembolism and malignant disease: should vena cava filter placement be routine?. *J Vasc Surg* 1998;**28**:800−7.

204. Lee AY, Levine MN, Baker RI, et al. Low-molecular-weight heparin versus a coumarin for the prevention of recurrent venous thromboembolism in patients with cancer. *N Engl J Med* 2003;**349**:146−53.

205. Geerts WH, Heit JA, Clagett GP, et al. Prevention of venous thromboembolism. *Chest* 2001;**119**:132S−75S.

206. Vaughn BK, Knezevich S, Lombardi AVJ, Mallory TH. Use of the Greenfield filter to prevent fatal pulmonary embolism associated with total hip and knee arthroplasty. *J Bone Joint Surg Am* 1989;**71**:1542−8.

207. Emerson RHJ, Cross R, Head WC. Prophylactic and early therapeutic use of the Greenfield filter in hip and knee joint arthroplasty. *J Arthroplasty* 1991;**6**:129−35.

208. Bicalho PS, Hozack WJ, Rothman RH, Eng K. Treatment of early symptomatic pulmonary embolism after total joint arthroplasty. *J Arthroplasty* 1996;**11**:522−4.

209. Woolson ST, Harris WH. Greenfield vena caval filter for management of selected cases of venous thromboembolic disease following hip surgery. *Clin Orthoped Rel Res* 1986;**204**:201−6.

210. Byrne TK. Complications of surgery for obesity. *Surg Clin North Am* 2001;**81**:1181-viii.

211. Brolin RE. Gastric bypass. *Surg Clin North Am* 2001;**81**:1077−95.

212. Wu EC, Barba CA. Current practices in the prophylaxis of venous thromboembolism in bariatric surgery. *Obes Surg* 2000;**10**:7−13.

213. Cerneca F, Ricci G, Simeone R, et al. Coagulation and fibrinolysis changes in normal pregnancy. Increased levels of procoagulants and reduced levels of inhibitors during pregnancy induce a hypercoagulable state, combined with a reactive fibrinolysis. *Eur J Obstet Gynecol Reprod Biol* 1997;**73**:31−6.

214. Clark P, Brennand J, Conkie JA, et al. Activated protein C sensitivity, protein C, protein S and coagulation in normal pregnancy. *Thromb Haemost* 1998;**79**:1166−70.

215. Gates S. Thromboembolic disease in pregnancy. *Curr Opin Obstet Gynecol* 2000;**12**:117−22.

216. Aburahma AF, Boland JP. Management of deep vein thrombosis of the lower extremity in pregnancy: a challenging dilemma. *Am Surg* 1999;**65**:164−7.

217. Aburahma AF, Mullins DA. Endovascular caval interruption in pregnant patients with deep vein thrombosis of the lower extremity. *J Vasc Surg* 2001;**33**:375−8.

218. Banfield PJ, Pittam M, Marwood R. Recurrent pulmonary embolism in pregnancy managed with the Greenfield vena caval filter. *Int J Gynaecol Obstet* 1990;**33**:275−8.

219. Narayan H, Cullimore J, Krarup K, et al. Experience with the Cardial inferior vena cava filter as prophylaxis against pulmonary embolism in pregnant women with extensive deep venous thrombosis. *Br J Obstet Gynaecol* 1992;**99**:637−40.

202                                                                                              C.L. Hann, M.B. Streiff

220. Neill AM, Appleton DS, Richards P. Retrievable inferior vena caval filter for thromboembolic disease in pregnancy. *Br J Obstet Gynaecol* 1997;**104**:1416—8.

221. Owen RJ, Krarup KC. Case report: the successful use and removal of the Gunther Tulip inferior vena caval filter in pregnancy. *Clin Radiol* 1997;**52**:241—3.

222. Greer IA. Prevention and management of venous thromboembolism in pregnancy. *Clin Chest Med* 2003;**24**:123—37.

223. Bates SM, Ginsberg JS. How we manage venous thromboembolism during pregnancy. *Blood* 2002;**100**:3470—8.

224. Reed RA, Teitelbaum GP, Stanley P, et al. The use of inferior vena cava filters in pediatric patients for pulmonary embolus prophylaxis. *Cardiovasc Intervent Radiol* 1996;**19**:401—5.

225. Cahn MD, Rohrer MJ, Martella MB, Cutler BS. Long-term follow-up of Greenfield inferior vena cava filter placement in children. *J Vasc Surg* 2001;**34**:820—5.

226. Walker III HS, Pennington DG. Inferior vena cava filters in heart transplant recipients with perioperative deep vein thromboses. *J Heart Transplant* 1990;**9**:579—80.

227. Kanda Y, Yamamoto R, Chizuka A, et al. Treatment of deep vein thrombosis using temporary vena caval filters after allogeneic bone marrow transplantation. *Leuk Lymphoma* 2000;**38**:429—33.

228. Pomper SR, Lutchman G. The role of intracaval filters in patients with COPD and DVT. *Angiology* 1991;**42**: 85—9.

229. Still J, Friedman B, Furman S, et al. Experience with the insertion of vena caval filters in acutely burned patients. *Am Surg* 2000;**66**:277—9.

Available online at www.sciencedirect.com

