# EXHIBIT K

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF INDIANA

 2                    INDIANAPOLIS DIVISION

 3

 4   IN RE:  COOK MEDICAL, INC.,     Case No.:

     IVC FILTERS MARKETING,          1:14-ml-2570-RLY-TAB

 5   SALES PRACTICES AND             MDL No. 2570

     PRODUCTS LIABILITY LITIGATION

 6

 7   This Document Relates to:

 8

        TONYA BRAND

 9      1:14-cv-06018-RLY-TAB

10

11      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

12

13    VIDEOTAPED DEPOSITION THOMAS MORRISON, M.D.

14           January 30, 2018, 1:05 p.m.

15        Polaris Spine & Neurosurgery Center

                1150 E. Hammond Drive

16                   Suite 400

                  Atlanta, Georgia

17

18

19        Michelle R. Lowe, RPR, CCR-2748

20

21

22

23

24

25
```

Page 54

1    A    Well, I mean, you know, the things that
2 you worry about in the retroperitoneal space is
3 theoretically you can lose enough blood to bleed to
4 death.  And with any of -- neural elements exposed
5 you worry about that you have neurologic injury.
6 And the third thing I mentioned is that you can
7 have -- because these things are exposed you could
8 have problems with compression in your lumbosacral
9 plexus, which can cause neurologic injury in your
10 leg.
11    Q    And what are some of the neurologic
12 injuries that can result from some of these
13 complications from anticoagulation that you've
14 mentioned?
15    A    I mean, they -- they can be vast.  I mean,
16 we're talking about anything from potential death to
17 loss of bowel or bladder function, loss of the
18 ability to ambulate, so on and so forth.
19    Q    All right.  Do you know of any options to
20 avoid PE in spinal surgery patients other than
21 anticoagulation or an IVC filter?
22    A    Yeah.  I'll say I don't know all the
23 options.  But, to my knowledge, nothing guarantees
24 or avoids it.  But I think the things that may
25 reduce it are anticoagulation and/or a filter

Page 55

1 potentially.  But I'm not an expert in that and I'd
2 have to defer to somebody who knows a lot more about
3 that than me.
4    Q    Okay.  Are there any other effective
5 options beyond those two for avoiding PE that you're
6 aware of for spinal patients?
7    A    Not to my knowledge.
8    Q    Okay.  If I were to ask you to tell us
9 what the risks of IVC filters are, is that something
10 you would be able, or would you defer to
11 Dr. Rheudasil?
12    A    I would defer to Dr. Rheudasil.
13    Q    All right.  Is there -- you deal with
14 medical devices in your practice, though?
15    A    Correct.
16    Q    Is there any medical device that you're
17 aware of that is risk free?
18    A    None that I know of.
19    Q    Do all of them have some chance of a
20 complication when placed in the body?
21       MR. WILLIAMS:  Objection.  Leading.
22    A    To my knowledge, in the devices that I
23 implant, the answer is they can all fail.
24 BY MR. WEBBER:
25    Q    And when you're using those medical

Page 56

1 devices knowing that they can fail, what are you
2 thinking about in terms of deciding whether to use
3 the medical device or not?
4    A    Like I said, in my case most of them are
5 related to spinal implants.  And those spinal
6 implants are -- you know, you're kind of weighing
7 the risk of how poor is the patient doing.  And if
8 we use these implants to fix that problem, what's
9 the sequelae if they break and what's -- what's kind
10 of that cost-benefit analysis?  And that's what
11 determines whether it's a good idea or a bad idea.
12    Q    All right.  And you referred to sequelae.
13 I just want to explain to the jury.  What does that
14 mean?  What does sequelae mean?
15    A    The negative outcome of that implant
16 breaking.
17    Q    All right.  So, Doctor, have you ever had
18 any contact with any Cook employee, to your
19 knowledge, relating to IVC filters?
20    A    No.
21    Q    Have you ever read instructions for use
22 that accompany Cook's filters?
23    A    No.
24    Q    Has -- have you relied in your practice at
25 all on anything that Cook has said, either in

Page 57

1 speaking or in writing, regarding the Cook IVC
2 filters?
3    A    No.
4    Q    Does your knowledge of the risks and
5 benefits of IVC filters come from your experience
6 and training as opposed to anything that Cook might
7 have said?
8       MR. WILLIAMS:  Objection.  Leading.
9    A    Correct.
10 BY MR. WEBBER:
11    Q    Let me just ask it another way.
12       Where would your understanding of
13 Cook's -- I'm sorry.
14       Where would your understanding of the
15 risks of IVC filters come from?
16       MR. WILLIAMS:  Objection.  You just
17 restated your leading question.
18    A    Just my training and practice.
19 BY MR. WEBBER:
20    Q    Did you speak with Dr. Rheudasil at all
21 about his decision to place an IVC filter in
22 Ms. Brand?
23    A    I can't remember.
24    Q    Let me have you take a look, if I could --
25       MR. WEBBER:  And I may need to mark this

Confidential - Subject to Protective Order

Page 106

1  you're happy to go with the court reporter's
2  version, or you can exercise that right and say, I'd
3  like to see a copy of my transcript.
4        I can't advise you either way.  I'll just
5  tell you --
6        THE WITNESS:  I'll waive and sign.  Isn't
7  that what they say when --
8        MR. WEBBER:  Well, you either read and
9  sign or you just waive it.
10       THE WITNESS:  I just waive it then.
11       MR. WEBBER:  All right.
12       THE WITNESS:  Let's waive.
13       MR. WEBBER:  Very good.
14       THE VIDEOGRAPHER:  The time is now 3:09.
15  This concludes the deposition, going off the record.
16       (Deposition concluded 3:09 p.m.)
17       (Signature waived.)
18
19
20
21
22
23
24
25

Page 107

1         CERTIFICATE OF COURT REPORTER
2
3  STATE OF GEORGIA:
4  COUNTY OF COBB:
5
6        I hereby certify that the foregoing
7  transcript was taken down, as stated in the caption,
8  and the questions and answers were reduced to
9  typewriting under my direction; that the foregoing
10  106 pages represent a true and correct transcript of
11  the evidence given upon said proceeding.
12
13       This the 30th day of January 2018.
14
15
16       _____
17       MICHELLE LOWE, RPR, CCR-2748
18
19
20
21
22
23
24
25

Page 108

1        DISCLOSURE OF COURT REPORTER
2
3        Pursuant to Article 10.B of the Rules and
4  Regulations of the Board Of Court Reporting of the
5  Judicial Council of Georgia, I make the following
6  disclosures:
7        That I am not disqualified for a
8  relationship of interest under the provisions of
9  OCGA Section 9-11-28(c); that I am a Georgia
10  Certified Court Reporter; that I am a representative
11  of MLowe Reporting, LLC; that MLowe Reporting, LLC,
12  was contacted by Golkow Litigation Services to
13  provide court reporting services for this
14  deposition; that all financial arrangements beyond
15  the usual and customary rates have been disclosed
16  and offered to all parties; and that I will not be
17  taking this deposition under any contract prohibited
18  by Georgia law.
19
20       This the 30th day of January 2018.
21
22
23       _____
24       MICHELLE LOWE, RPR, CCR-2748
25