# EXHIBIT L

Confidential - Subject to Protective Order

Page 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


----------------------------- )
In Re:  COOK MEDICAL, INC.,   )  Case No.
IVC FILTERS MARKETING,        )  1:14-ml-2570-
SALES PRACTICES AND           )  RLY-TAB
PRODUCTS LIABILITY LITIGATION )
----------------------------- )  MDL No. 2570
This Document Relates To:     )
                              )
     1:14-cv-01875-RLY-TAB    )
     Arthur Gage              )
----------------------------- )


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION OF PAUL CRISOSTOMO, M.D.


January 13, 2017


Loyola University Medical Center
Maywood, Illinois


GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Confidential - Subject to Protective Order

Page 74

1  taking estrogen are hypercoagulable. That wouldn't
2  be him. But he is a little obese.
3            And then if you've had a history of
4  DVT/PE, that makes you susceptible to be
5  hypercoagulable.
6            Any type of injury, any type of -- any
7  time you have a procedure, that puts you at risk.
8  So, there is many causes.
9       Q.   When you began to treat Mr. Gage back in
10 2013, he had many of those risk factors, didn't he?
11      A.   Yes.
12      Q.   When a patient has a PE that is not --
13 doesn't kill them but instead is treated, are they
14 at greater risk for a second PE?
15      A.   Yes.
16      Q.   Is it fair to say, Doctor, that if a
17 patient has a history of recurrent PEs that their
18 risk of death in fact is greater with each PE?
19      A.   Yes.
20      Q.   And as a patient, each time a patient
21 has a PE, the PE causes damage to the patient's
22 body, correct?
23      A.   Yes.
24      Q.   Even if it doesn't kill them?

Page 75

1       A.   Yes.
2       Q.   When a patient has a life-threatening
3  PE, explain to the jury, if you will, what is the
4  mechanism that causes the PE to in fact kill them?
5       A.   Two things. One, hypoxia. So, the
6  pulmonary embolus blocks the vasculature to the
7  lungs and so if you block the vasculature to the
8  lungs, you can't oxygenate the blood and the
9  patient dies of hypoxia.
10           Two, it creates an outlet obstruction
11 for the heart and it increases right heart strain.
12 And, so, in some patients the outlet obstruction
13 leads to heart failure and death.
14      Q.   The feeling for the patient who has a PE
15 that's life-threatening, is that something akin to
16 being suffocated?
17      A.   Yes, I bet the patient feels suffocated.
18      Q.   They lose their ability in fact to have
19 air from their lungs to their heart, correct?
20      A.   Yes. You could put it that way.
21      Q.   I'd like to talk with you about filters
22 generally, not unique to Cook for a moment, and
23 then I'll ask you some questions about the Cook
24 Tulip filter in particular.

Page 76

1       First, with respect to vena cava
2  filters, are you familiar with filters other than
3  the Tulip?
4       A.   Yes.
5       Q.   Filters that are made by Bard or other
6  manufacturers?
7       A.   Yes. I've seen them.
8       Q.   Doctor, would you agree that all filters
9  have known risks?
10      A.   Yes.
11      Q.   And those known risks have been well
12 known in the medical community since you became a
13 practicing physician, correct?
14      A.   Yes.
15           MR. GALLAGHER: Objection; form.
16 BY MS. PIERSON:
17      Q.   Were they known risks that you learned
18 about during your medical education and your
19 medical training?
20      A.   Yes.
21      Q.   That would include during your medical
22 school days in the early 2000s, your general
23 surgery residency from 2003 to 2011 and then during
24 your vascular surgery fellowship in 2011 to 2013,

Page 77

1  correct?
2       A.   Yes.
3       Q.   Would you agree, Doctor, that with all
4  filters there is a known risk of tenting or pushing
5  the caval wall out?
6       A.   Yes.
7       Q.   That's really not a risk, is it? It has
8  no clinical sequela?
9       A.   If -- if the filter is not deployed
10 straight, it would have more clinical sequelae than
11 if a filter was kinked or had outpouching of the
12 IVC.
13           You know, the ideal scenario is that the
14 filter has just enough apposition to the vena cava
15 that it doesn't move but if it creates a lot more
16 tension on the vena cava, I would theorize that it
17 would cause more problems and a higher risk of
18 perforation.
19      Q.   Okay. The risks of vena cava filters,
20 is that something that you've ever studied?
21      A.   No.
22      Q.   Or researched?
23      A.   No.
24      Q.   Okay. With respect to your knowledge of

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 78

1  the risks of all vena cava filters, is it fair to
2  say, Doctor, that penetration of the caval wall is
3  a known risk?
4      A.  Yes.
5      Q.  That perforation of the caval wall is a
6  known risk?
7      A.  Yes.
8      Q.  That perforation of an adjacent organ or
9  structure is a known risk?
10     A.  Yes.
11     Q.  Tilting of the filter either on
12 deployment or after it's deployed, that's a known
13 risk?
14     A.  Yes.
15     Q.  Migration or movement of the filter,
16 that is a known risk?
17     A.  Yes.
18     Q.  An inability to retrieve the filter is a
19 known risk?
20     A.  Yes.
21     Q.  Fracture of the filter is a known risk?
22     A.  Yes.
23     Q.  Bleeding either at the incision site or
24 after the filter is placed, that's a known risk?

Page 79

1      A.  Yes.
2      Q.  Embedment of the filter or
3  endothelialization of the -- a portion of the
4  filter, either the legs or the top, that's a known
5  risk?
6      A.  Yes.
7      Q.  These are all known risks with any vena
8  cava filter, correct?
9      A.  Correct.
10     Q.  Not unique to the Tulip?
11     A.  Correct.
12     Q.  Not unique to the Celect?
13     A.  Correct.
14     Q.  These are known risks of all filters
15 that were well known in the medical community in
16 2010, correct?
17     A.  Correct.
18     MR. GALLAGHER:  Object to form.
19 BY MS. PIERSON:
20     Q.  Doctor, do you have the ability to
21 choose filters other than Cook Celect and Cook
22 Tulip?
23     A.  Yes.
24     Q.  In your practice do you choose filters

Page 80

1  other than the Cook Celect and Cook Tulip?
2      A.  No, I haven't.
3      Q.  Do you believe that the Cook Celect and
4  Cook Tulip filters are the best filters to treat
5  your patients who require a vena cava filter?
6      A.  I don't know if they're the best, but
7  they do the right job.
8      Q.  In other words, whether -- whether one
9  filter in a clinical study performs better than
10 another filter, that's not something you've looked
11 at?
12     A.  Correct.
13     Q.  You feel confident, though, that the
14 Cook Celect and the Cook Tulip filters are in fact
15 safe and effective ways and at least among the best
16 to treat your patients?
17     A.  Yes.
18     Q.  Okay.  Back on the known risks for a
19 second, there were a few I omitted.
20          Would you agree that a hematoma at the
21 vascular site is a known risk?
22     A.  Yes.
23     Q.  Acute damage to the IVC wall is a known
24 risk?

Page 81

1      A.  Yes.
2      Q.  Thrombosis or stenosis is a known risk?
3      A.  Yes.
4      Q.  Even death is a known risk, correct?
5      A.  Yes.
6      Q.  Again, these risks are all risks that
7  are common to all vena cava filters?
8      A.  Yes.
9      Q.  And they were well known in the medical
10 community in 2010, correct?
11     A.  Yes.
12     Q.  Doctor, when you place a vena cava
13 filter in your patients, do you guarantee any
14 result?
15     A.  No.
16     Q.  Why not?
17     A.  Because the unexpected always happens.
18     Q.  Medicine is not an exact science, is it?
19     A.  Correct.
20     Q.  There are things that can happen during
21 the placement of a vena cava filter that can cause
22 it to fall within the category of these known
23 risks, correct?
24     A.  Yes.

21 (Pages 78 to 81)

Confidential - Subject to Protective Order

---

Page 98

1      A.   There's a lot of things back there.  The
2  renal vein, the pancreas, the duodenum, the aorta.
3      Q.   Okay.
4      A.   The bone, spine.
5      Q.   Do you see the sentence that says,
6  "Struts do not completely penetrate nearby
7  structures but the extension beyond the vena caval
8  walls likely causes pain."  Correct?
9      A.   Yes.
10      Q.   So, I want to show you one other record.
11  Take a look at your February 24, 2015 note.
12      A.   Yes.
13      Q.   Under "Imaging" it says, "Adjacent to
14  duodenum, renal vein, aorta but does not appear to
15  traverse these structures."
16      A.   Yes.
17      Q.   Did I read that correctly?
18          Then if you look at your note from
19  May 12, 2015 under "Imaging."
20      A.   Yes.
21      Q.   It says, "CT 1/2015 demonstrates IVC
22  filter near renal vein, duodenum and aorta."
23  Correct?
24      A.   Yes.

---

Page 99

1      MR. GALLAGHER:  Is that 5/12/15?
2      MS. PIERSON:  Yes, correct.
3  BY MS. PIERSON:
4      Q.   There are a number of other similar
5  records. I'll show you just one more.  4/19/2016
6  under "Imaging."
7      A.   Yes.
8      Q.   Do you see where it says, "CT A/P images
9  reviewed by me independently demonstrates IVC
10  malposition which is stable and involves renal vein
11  near aorta, near duodenum, near pancreas."
12          Did I read that correctly?
13      A.   Yep.  It's all correct.
14      Q.   Is it fair to say, Doctor, that you've
15  been watching Mr. Gage's IVC filter for about three
16  years?
17      A.   Yes.
18      Q.   And that the position of the filter has
19  remained stable?
20      A.   Yes.
21      Q.   It has not moved?
22      A.   Correct.
23      Q.   It's not penetrated adjacent organs?
24      A.   Correct.

---

Page 100

1      Q.   It is, as you say here, near the aorta,
2  near the duodenum, near the pancreas, correct?
3      A.   Correct.
4      Q.   It's not penetrating his organs, is it?
5      A.   No.
6      MS. PIERSON:  That's all the questions I have
7  for right now given our time constraints.  We'll
8  get back in touch with your lawyer and we'll
9  arrange a time to talk a little bit more.  But we
10  appreciate your time very much.
11      THE WITNESS:  Great.  Thanks.
12      MS. PIERSON:  Thank you.
13      THE VIDEOGRAPHER:  We are off the record at
14  12:01 p.m.  This suspends the videotaped deposition
15  of Paul Crisostomo, M.D.
16          (WHEREUPON, at 12:01 p.m. the
17          videotaped deposition of PAUL
18          CRISOSTOMO, M.D. was adjourned
19          sine die.)
20
21
22
23
24

---

Page 101

1      I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2  Registered Professional Reporter and Certified
   Shorthand Reporter, do hereby certify:
3      That previous to the commencement of the
   examination of the witness, the witness was duly
4  sworn to testify the whole truth concerning the
   matters herein;
5      That the foregoing deposition transcript
   was reported stenographically by me, was thereafter
6  reduced to typewriting under my personal direction
   and constitutes a true record of the testimony
7  given and the proceedings had;
       That the said deposition was taken
8  before me at the time and place specified;
       That the reading and signing by the
9  witness of the deposition transcript was agreed
   upon as stated herein;
10      That I am not a relative or employee or
   attorney or counsel, nor a relative or employee of
11  such attorney or counsel for any of the parties
   hereto, nor interested directly or indirectly in
12  the outcome of this action.
13
14      CORINNE T. MARUT, Certified Reporter
15
       (The foregoing certification of this
16  transcript does not apply to any
   reproduction of the same by any means, unless under
17  the direct control and/or supervision of the
   certifying reporter.)
18
19
20
21
22
23
24

---

26 (Pages 98 to 101)