# EXHIBIT M

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF ILLINOIS
 2                     INDIANAPOLIS DIVISION

 3

     ------------------------------ )
 4   In Re:  COOK MEDICAL, INC.,    )  Case No.
     IVC FILTERS MARKETING,         )  1:14-ml-2570-
 5   SALES PRACTICES AND            )  RLY-TAB
     PRODUCTS LIABILITY LITIGATION  )
 6   ------------------------------ )  MDL No. 2570
     This Document Relates To:      )
 7                                  )
           1:14-cv-01875-RLY-TAB    )
 8         Arthur Gage              )
     ------------------------------ )
 9

10

            CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
11

12               VIDEOTAPED DEPOSITION OF

13               TIMOTHY JAMES LARKIN, M.D.

14

15                     April 19, 2017

16

17

                     Advocate Heart Institute
18                      Naperville, Illinois

19

20

21

22

23              GOLKOW TECHNOLOGIES, INC.
           877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

Golkow Technologies, Inc.                                    Page 1 (1)

Page 34

1 BY MS. COX:
2  Q. Once you have a PE, are you more likely
3 to have another PE?
4  MR. MATTHEWS: Object to the form.
5 BY THE WITNESS:
6  A. It depends on what the cause of the
7 pulmonary embolism is.
8 BY MS. COX:
9  Q. Are filters an important tool to have to
10 help save patients' lives?
11  MR. MATTHEWS: Object to the form.
12 BY THE WITNESS:
13  A. Yes.
14 BY MS. COX:
15  Q. Would you agree that there's always a
16 risk inherent in using any medical device in a
17 patient?
18  MR. MATTHEWS: Object to the form.
19 BY THE WITNESS:
20  A. Yes.
21 BY MS. COX:
22  Q. And that would be whether it's a filter,
23 a pacemaker or a stent?
24  A. Yes.

Page 35

1  Q. Do you ever guarantee results to your
2 patients where you've prescribed a medical device?
3  A. No.
4  Q. Why is that?
5  A. Because even -- because complications
6 are associated with medical devices.
7  Q. And do you ever guarantee anything in
8 medicine?
9  A. No.
10  Q. When you prescribe things like IVC
11 filters, pacemakers, stents, are you doing that
12 because in your calculus the benefit of these
13 devices outweigh the potential for their risk?
14  A. Yes.
15  Q. I want to talk a little bit about the
16 known risks associated with the use of IVC filters.
17     Have you heard of something called
18 perforation or penetration of the IVC?
19  A. Yes.
20  Q. Can you tell me just generally what that
21 means?
22  A. Well, that would mean that one or more
23 of the struts went through the wall of the IVC.
24  Q. And is that a known risk with using IVC

Page 36

1 filters?
2  A. Yes.
3  Q. Is that something you were aware of in
4 April of 2011, for example?
5  A. Yes.
6  Q. How were you made aware of that risk?
7  A. Just common knowledge about the
8 procedure and the device.
9  Q. So, through your training and experience
10 and perhaps speaking with colleagues, you -- it was
11 a risk you were aware of?
12  MR. MATTHEWS: Object to the form.
13 BY THE WITNESS:
14  A. Yes.
15 BY MS. COX:
16  Q. And it was a commonly known risk?
17  MR. MATTHEWS: Object to the form.
18 BY THE WITNESS:
19  A. Yes.
20 BY MS. COX:
21  Q. You might be aware that Dr. Goodwin had
22 his deposition taken in this case previously. Did
23 you know that?
24  A. Yes.

Page 37

1  Q. We talked with Dr. Goodwin about
2 perforations or penetrations of the IVC, and he
3 told us that usually they're not clinically
4 significant. Would you agree with Dr. Goodwin?
5  MR. MATTHEWS: Object to the form.
6 BY THE WITNESS:
7  A. Yes.
8 BY MS. COX:
9  Q. Tell me in your -- in your opinion are
10 perforations -- perforations/penetrations in and of
11 themselves harmful to a patient?
12  MR. MATTHEWS: Object to the form.
13 BY THE WITNESS:
14  A. I can't answer that.
15 BY MS. COX:
16  Q. Would you defer to Dr. Goodwin about
17 specific opinions about penetration or perforation?
18  A. Yes.
19  Q. Have you yourself ever had a patient
20 suffer a problem or complication from a penetration
21 or perforation?
22  A. No, I have not.
23  Q. Perforation and/or penetration into an
24 adjacent organ or structure is also a risk with IVC

Confidential - Subject to Protective Order

Page 42

1  example, rather than the normal retrieval process?
2      A.   Yes.
3      Q.   And are those risks, the risk of an
4  inability to retrieve or the need to do an open
5  procedure, are those risks that you knew about in
6  April of 2011?
7      A.   Yes.
8      Q.   And are those risks that you knew about
9  by virtue of your training and your experience?
10     A.   Yes.
11     Q.   Are bleeding, hemorrhage, a possible
12 risk with the use of IVC filters?
13     A.   Yes.
14     Q.   Is that a risk that you knew about in
15 April of 2011?
16     A.   Yes.
17     Q.   Is that another risk that you knew about
18 by virtue of your training and experience?
19     A.   Yes.
20     Q.   Is embedment also a known risk?
21         And I can -- what I mean by embedment
22 is --
23     MR. MATTHEWS:  Object to form.
24 BY THE WITNESS:

Page 43

1      A.   Can you rephrase that.
2  BY MS. COX:
3      Q.   I have heard the word
4  "endothelialization" and I'm not sure what that
5  means, but that does that make sense to you?
6      MR. MATTHEWS:  Object to the form.
7  BY THE WITNESS:
8      A.   Well -- yes.
9  BY MS. COX:
10     Q.   What does endothelialization mean?
11     A.   Endothelialization is when a layer of
12 cells would grow over the struts of a filter.
13     Q.   And is that a known risk with the use of
14 IVC filters?
15     A.   Yes.
16     MR. MATTHEWS:  Object to the form.
17 BY MS. COX:
18     Q.   Is that something you knew about in
19 April of 2011?
20     A.   Yes.
21     Q.   Is that something you also knew about by
22 virtue of your training and your experience?
23     A.   Yes.
24     Q.   I promise I'm almost done with this

Page 44

1  list.
2          Is migration a known risk with IVC
3  filters?
4      A.   Yes.
5      Q.   Tell me, when I say "migration," what
6  does that mean?
7      A.   That would mean where the filter moves
8  from its original position.
9      Q.   Is that a risk that you knew about in
10 April of 2011?
11     A.   Yes.
12     Q.   And is that another risk that you knew
13 about by virtue of your training and experience?
14     A.   Yes.
15     Q.   Is tilt also a known potential
16 occurrence with a filter?
17     A.   Yes.
18     Q.   And tell me, what does the term "tilt"
19 mean to you?
20     A.   It would be where the filter is off to
21 one side of the IVC.
22     Q.   When Dr. Goodwin was deposed previously,
23 he said in his experience tilt doesn't really have
24 any clinical significance.  Do you agree with

Page 45

1  Dr. Goodwin?
2      MR. MATTHEWS:  Object to the form.
3  BY THE WITNESS:
4      A.   I can't really speak to what Dr. Goodwin
5  spoke about in his deposition.
6  BY MS. COX:
7      Q.   Does tilt have any clinical significance
8  to you?
9      A.   Again, I can't really answer that
10 question.
11     Q.   If one of your patients with an IVC
12 filter had an image that showed the filter was
13 tilted, would you do anything after seeing that
14 image?
15     A.   Again, it depends on the specific
16 patient.
17     Q.   Have you ever seen tilt cause any harm
18 to a patient?
19     MR. MATTHEWS:  Object to the form.
20 BY THE WITNESS:
21     A.   Not in my practice.
22 BY MS. COX:
23     Q.   Have you heard about tilt ever causing
24 harm to a patient?

Page 46

1    A.   I can't answer that.
2    MR. MATTHEWS: Object to the form.
3  BY MS. COX:
4    Q.   In your experience has tilt ever
5  affected how a filter worked, for example?
6    A.   I can't answer that.
7    MR. MATTHEWS: Object to the form.
8         (Clarification requested by the
9          reporter.)
10 BY MS. COX:
11   Q.   Over the course of your career when you
12 prescribe IVC filters, have you had occasion to see
13 filters that were tilted on appearance and imaging?
14   A.   Yes.
15   Q.   Has it ever been anything that's caused
16 you any concern?
17   A.   No.
18   Q.   Dr. Goodwin said that tilt can happen
19 because of a patient's anatomy or how a filter is
20 deployed. Do you agree with those conclusions or
21 do you have any opinion?
22   A.   I don't have an opinion on that.
23   Q.   Do you defer to Dr. Goodwin on the -- on
24 areas of opinions about tilt and its clinical

Page 47

1  significance?
2    A.   Yes.
3    Q.   Is malpositioning of a filter a known
4  risk?
5    A.   Yes.
6    Q.   Is that a risk that you were aware of in
7  April of 2011?
8    A.   Yes.
9    Q.   And is that a risk you are aware of by
10 virtue of your training and experience?
11   A.   Yes.
12   Q.   What about thrombosis, stenosis or
13 occlusion of the IVC?
14   A.   Yes.
15   Q.   Is that something you were aware of in
16 2011?
17   A.   Yes.
18   Q.   And that was also a risk you were aware
19 of by virtue of your training and experience?
20   A.   Yes.
21   Q.   What about death, is that a potential
22 risk?
23   A.   Yes.
24   Q.   And that is a risk that you were aware

Page 48

1  of in April of 2011?
2    A.   Yes.
3    Q.   A risk that you were aware of by virtue
4  of your training and experience?
5    A.   Yes.
6    Q.   This list of risks that we just went
7  through that you were aware of in April of 2011,
8  you told me that you were aware of all of those
9  risks by virtue of your training and your
10 experience, correct?
11   A.   Yes.
12   Q.   You didn't need a manufacturer to tell
13 you about them, for example?
14   MR. MATTHEWS: Object to the form.
15 BY THE WITNESS:
16   A.   No.
17 BY MS. COX:
18   Q.   We spoke earlier about how you don't
19 guarantee results to your patients. Do you recall
20 that?
21   A.   Yes.
22   Q.   Would you agree there are many factors
23 that can affect the success of a procedure?
24   A.   Yes.

Page 49

1    Q.   Are some of those patient factors, for
2  example, a patient's anatomy or other health issues
3  or life-style or maybe a patient who suffers a
4  trauma?
5    A.   I can't really answer that the way you
6  asked it.
7    Q.   Okay. Are there certain patient factors
8  that might affect the outcome of a procedure?
9    A.   Yes.
10   Q.   For example, a patient's genetics or
11 other health problems, for example?
12   A.   I can't really comment on that.
13   Q.   Do physician or surgical factors also
14 play a role in determining the outcome of a
15 procedure?
16   A.   Could you rephrase that.
17   Q.   Sure. When I say "physician or surgical
18 factors," I mean a physician's skill in placement
19 or the technique that they used. Could that affect
20 the outcome of a procedure?
21   A.   Yes.
22   Q.   Have you met Mr. Gage's lawyers or
23 spoken to them before today?
24   A.   No.

Page 182

1  Q. He's a radiologist here at Edwards
2  Hospital, correct?
3  A. Correct.
4  Q. Do you have any reason to doubt that
5  he's not an adequate radiologist?
6  A. I'm not going to give an opinion about
7  Dr. Backas.
8  Q. Well, he says one leg -- this is back in
9  2013 -- that one leg of the strut in Mr. Gage
10 appears to project in the duodenum. Do you have
11 any reason to doubt that?
12 A. No.
13 Q. And the imaging from Loyola states that
14 one strut is in the pancreatic head and another lie
15 between the aorta and pancreatic parenchyma. This
16 is in 2015. Do you have any reason to doubt that?
17 A. I don't have an opinion one way or
18 another about a study from another institution that
19 I haven't seen.
20 Q. I'm not asking opinion. Do you have any
21 reason to doubt it's correct?
22 A. I told you I don't have an opinion one
23 way or the other.
24 Q. Do you have any reason to not believe

Page 183

1  Mr. Gage is suffering from pain in his abdomen?
2  A. I'm sorry. Rephrase that question,
3  please.
4  Q. Do you have any reason to believe
5  Mr. Gage is not suffering from pain in his abdomen
6  and flank?
7  A. He tells me he is having pain.
8  Q. Do you have any reason to doubt he does
9  not?
10 A. No.
11 MR. MATTHEWS: I'll pass the witness.
12 MS. COX: I have nothing further.
13     I just want to reiterate that we had
14 continuing objections throughout to scope, to form,
15 to foundation. But we have nothing.
16 THE REPORTER: Signature?
17 MS. DAVIS: We'll waive.
18 THE VIDEOGRAPHER: We are off the record at
19 1:06 p.m. This concludes the videotape deposition
20 of Timothy Larkin, MD.
21     (Time Noted: 1:06 p.m.)
22     FURTHER DEPONENT SAITH NAUGHT.
23
24

Page 184

1  I, CORINNE T. MARUT, C.S.R. No. 84-1968,
2  Registered Professional Reporter and Certified
   Shorthand Reporter, do hereby certify:
3      That previous to the commencement of the
   examination of the witness, the witness was duly
4  sworn to testify the whole truth concerning the
   matters herein;
5      That the foregoing deposition transcript
   was reported stenographically by me, was thereafter
6  reduced to typewriting under my personal direction
   and constitutes a true record of the testimony
7  given and the proceedings had;
       That the said deposition was taken
8  before me at the time and place specified;
       That the reading and signing by the
9  witness of the deposition transcript was agreed
   upon as stated herein;
10     That I am not a relative or employee or
   attorney or counsel, nor a relative or employee of
11 such attorney or counsel for any of the parties
   hereto, nor interested directly or indirectly in
12 the outcome of this action.
       It was requested before completion of
13 the deposition that the witness, TIMOTHY JAMES
   LARKIN, M.D., have the opportunity to read and sign
14 the deposition transcript.
15                _____
16                CORINNE T. MARUT, Certified Reporter
17
       (The foregoing certification of this
18 transcript does not apply to any
   reproduction of the same by any means, unless under
19 the direct control and/or supervision of the
   certifying reporter.)
20
21
22
23
24

Page 185

1  LAWYER'S NOTES
2  PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____