# EXHIBIT O

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1          UNITED STATES DISTRICT COURT
2          SOUTHERN DISTRICT OF INDIANA
3             INDIANAPOLIS DIVISION
4
5   _____
                                    )
6   In Re: COOK MEDICAL, INC.,      )
    IVC FILTERS MARKETING, SALES    )
7   PRACTICES AND PRODUCTS          )No. 1:14-ml-2570-RLY-TAB
    LIABILITY LITIGATION            )MDL No. 2570
8   _____)
9
10
11
12
13           VIDEOTAPED DEPOSITION OF
14           ANTON A. MLIKOTIC, M.D.
15            Los Angeles, California
16           Thursday, June 15, 2023
17                  Volume I
18
19
20
21
22  Reported by:
    ALEXIS KAGAY
23  CSR No. 13795
24  Job No. 5961877
25  PAGES 1 - 124

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 30

1 which can cause stenoses.  The filter itself may
2 migrate.  Sometimes the deployment is not exactly
3 targeted and may be away from the target area.  Filters
4 have been known to fracture at times, which can lead to
5 potential life-threatening events.                09:24:59
6     The filters -- the legs can also migrate past
7 the wall of the IVC, into adjacent structures.
8 Sometimes you'll have significant scarring around the
9 filter, the head, where the filter can be removed or
10 the legs can become incorporated to the wall, which    09:25:19
11 then requires additional advanced techniques in an
12 attempt to remove the filter.
13    Q   When you said legs migrate into adjacent
14 structures, is that sometimes called perforation?
15    A   That's correct.                          09:25:35
16    Q   Are you aware that filters may tilt?
17    A   Yes.
18    Q   And then the scarring or embedment, that is
19 another risk that you said you are aware of?
20    A   Uh-huh, yes.                             09:25:43
21    Q   Are you aware that some filters that are
22 placed may ultimately not be able to retrieved
23 percutaneously?
24    A   Yes.
25    Q   What about the risk of PE?               09:25:55

Page 31

1    A   The filter mitigates or decreases the risk of
2 pulmonary embolism by design, but small clots can go
3 through the interstices of the legs and result in small
4 pulmonary emboli.
5    Q   Okay.  And why is that?  Why -- why are   09:26:13
6 filters designed to let small clots come through?
7    A   Because those clots tend not to be clinically
8 significant in most cases.
9    Q   What would happen if the filter didn't let any
10 blood through it?                                09:26:25
11    A   You would have a thrombosis of the inferior
12 vena cava, which would lead to additional problems for
13 the patient.
14    Q   So is it good to let -- is it good that an IVC
15 filter is designed to allow blood to flow through it    09:26:37
16 freely?
17    A   Yes.
18    Q   Are filters a hundred percent -- are -- is any
19 filter a hundred percent protective against PE, though?
20    A   No.                                      09:26:49
21    Q   Are anticoagulants ever a hundred percent
22 protective against PE?
23    A   No.
24    Q   Okay.  The risks that you just outlined for
25 us, are these risks associated with all filters,    09:27:00

Page 32

1 including the Tulips filters?
2    A   That's correct.
3    Q   And have you known about these risks since
4 your residency?
5    A   Yes.                                      09:27:10
6    Q   In 2000?
7    A   Yes.
8    Q   And did you become aware of all these risks in
9 your training?
10    A   Yes.                                     09:27:20
11    Q   And have you become aware of these risks
12 through your clinical experience?
13    A   Yes.
14    Q   Have you discussed these and heard about these
15 risks through your membership in professional    09:27:27
16 societies?
17    A   Yes.
18    Q   Have you reviewed medical literature
19 discussing the risks of IVC filters?
20    A   Yes.                                     09:27:36
21    Q   Have you discussed IVC filters and their risks
22 with other physicians?
23    A   Yes.
24    Q   And have you attended conferences where the
25 risks of IVC filters have been discussed?        09:27:43

Page 33

1    A   Yes.
2    Q   So were you aware of all the risks -- the
3 risks with IVC filters in 2017 when you first began
4 treating Mr. Scott?
5    A   Yes.                                      09:27:53
6    Q   In 2017, did you need Cook to tell you about
7 these risks?
8    A   No.
9    Q   These risks of perforation, tilt, migration,
10 fracture and an inability to retrieve are well known in    09:28:06
11 the medical community; correct?
12    A   That's correct.
13    Q   How long have they been well known in the
14 medical community?
15    A   For a very long time.  At least a decade and a    09:28:14
16 half.
17    Q   Have you ever stopped using any kind of -- any
18 particular kind of filter?
19    A   No.
20    Q   You mentioned that one of the risks associated    09:28:27
21 with an IVC filter is that it might become embedded and
22 require advanced techniques to be taken out; correct?
23    A   That's correct.
24    Q   When did you become aware of that risk?
25    A   The first case I encountered was a patient who    09:28:44

Page 122

1  Mr. Scott receive an IVC filter.
2     Does it surprise you that -- one, two, three,
3  four, five -- seven physicians independently determined
4  that Mr. Scott needed an IVC filter placed?
5     A  No --                               11:17:20
6        MR. SAUNDERS:  Objection, outside the scope of
7  cross.
8  BY MS. COX:
9     Q  Why does- -- why doesn't that surprise you?
10    A  Because it was the best option for this    11:17:27
11 patient.
12       MS. COX:  Okay.  Thank you.
13       No further questions.
14       THE VIDEOGRAPHER:  Are we going off?
15       MR. SAUNDERS:  No further questions.    11:17:33
16       Thank you very much.
17       THE WITNESS:  You're welcome.
18       THE VIDEOGRAPHER:  Are we going off the
19 record?
20       MS. COX:  Yes.                         11:17:38
21       THE VIDEOGRAPHER:  This concludes today's
22 deposition.  We're going off the record.  The time is
23 11:18 a.m.
24       (TIME NOTED:  11:18 a.m.)
25

Page 123

1
2
3
4      I, ANTON A. MLIKTOIC, M.D., do hereby declare
5  under penalty of perjury that I have read the foregoing
6  transcript; that I have made any corrections as appear
7  noted, in ink, initialed by me, or attached hereto;
8  that my testimony as contained herein, as corrected, is
9  true and correct.
10      EXECUTED this _____ day of _____,
11 20____, at _____, _____.
              (City)           (State)
12
13
14
15       _____
              ANTON A. MLIKTOIC, M.D.
16              Volume I
17
18
19
20
21
22
23
24
25

Page 124

1
2
3      I, the undersigned, a Certified Shorthand
4  Reporter of the State of California, do hereby certify:
5      That the foregoing proceedings were taken
6  before me at the time and place herein set forth; that
7  any witnesses in the foregoing proceedings, prior to
8  testifying, were placed under oath; that a record of
9  the proceedings was made by me using machine shorthand
10 which was thereafter transcribed under my direction;
11 further, that the foregoing is an accurate
12 transcription thereof.
13      I further certify that I am neither financially
14 interested in the action nor a relative or employee of
15 any attorney of any of the parties.
16      IN WITNESS WHEREOF, I have this date subscribed
17 my name.
18
19 Dated: 6/19/23
20
21
22       _____
              ALEXIS KAGAY
23            CSR NO. 13795
24
25

32 (Pages 122 - 124)