# EXHIBIT Q

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

```
 1              UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF INDIANA
 2                   INDIANAPOLIS DIVISION
 3    IN RE:  COOK MEDICAL,          )
      INC., IVC FILTERS              )
 4    MARKETING, SALES PRACTICES     )
      AND PRODUCT LIABILITY          )
 5    LITIGATION,                    ) CASE NO.
                                     )
 6                                   ) 1:14-ml-2570-RYL-TAB
      This Document Relates to       ) MDL No. 2570
 7    Case No.                       )
          -cv-06018-RLY-TAB          )
 8
 9
10          ------------------------------------
11            ORAL AND VIDEOTAPED DEPOSITION OF
12                 GREGORY I. GORDON, M.D.
13                     JUNE 12, 2018
14         Confidential - Subject to Protective Order
15          ------------------------------------
16        ORAL AND VIDEOTAPED DEPOSITION OF GREGORY I.
17   GORDON, M.D., produced as a witness at the instance of
18   the DEFENDANT, and duly sworn, was taken in the
19   above-styled and numbered cause on June 12, 2018, from
20   9:26 a.m. to 7:21 p.m., before Wendy Schreiber, CSR No.
21   9383, in and for the State of Texas, reported by machine
22   shorthand, at the law offices of BARON & BUDD, 3102 Oak
23   Lawn Avenue, Suite 1100, Dallas, Texas, pursuant to the
24   Federal Rules of Civil Procedure and the provisions
25   stated on the record or attached hereto. Job No. 2933309
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 150

1 a filter that migrates less than the Celect filter,
2 correct?
3     A. Correct.
4     Q. In your report you do not identify a filter
5 that fractures less than the Celect, correct?
6     A. Oh, yes, I did.
7     Q. What is that?
8     A. The Tulip fractures less. The Greenfield
9 fractures less.
10    Q. My question is about the opinions in your
11 report. So, Dr. Gordon, in your report is it correct to
12 say that you do not identify a filter that fractures
13 less frequently than the Celect?
14    A. I probably did not use the language a fracture
15 but the Tulip and the Greenfield which I suggested as
16 alternatives do fracture less.
17    Q. I understand that's your opinion here today.
18 For a moment I just want to focus on the opinions that
19 you expressed before today, okay? Before today had you
20 ever put in writing anywhere that the Tulip filter or
21 any other filter fractures less frequently than the
22 Celect?
23    A. No, ma'am, I didn't put in specifics about all
24 the complications and relationships of the Celect filter
25 with each one of the specific complications from one

Page 151

1 filter to the other.
2     Q. The risks that we've just talked about,
3 Dr. Gordon -- tilt, migration, perforation, fracture,
4 inability to retrieve, bleeding, death -- those were
5 risks that you knew about when using filters in 2009,
6 correct?
7     A. Yes, ma'am.
8     Q. And they were risks that were generally known
9 in the medical community at that time as well, correct?
10    A. Not to the extent that I now know after
11 reviewing the data from OUS about how severe it is
12 versus that.
13    Q. Wasn't my question. Listen to my question if
14 you could, please, sir.
15    A. Sure.
16    Q. The risks that we talked about just a moment
17 ago that you knew in 2009 including tilt, migration,
18 perforation, fracture, inability to retrieve, bleeding
19 and death, those risks were all known in the general
20 medical community in 2009?
21    A. Yes, with a caveat. And my yes with a caveat,
22 the answer to your question this is not a yes-and-no
23 question. Risk is relative and so to say that it's risk
24 or not risk is not the point. When I talk to a patient,
25 I just -- I don't say you can die or not die. I say

Page 152

1 here is the risk of you dying. Here is the risk of this
2 happening. The -- the risks were hidden by Cook and
3 especially regarding the Celect filter so did my -- my
4 understanding of knowing this and did the general
5 community know this? Absolutely not.
6     Q. Not my question. Dr. Gordon, my question is:
7 In the general medical community in 2009 were physicians
8 aware that filters generally can tilt, migrate,
9 perforate, fracture, be difficult to retrieve, cause
10 bleeding and death?
11    A. Yes.
12    Q. Dr. Gordon, did you discuss all of those risks
13 with your patients in 2009?
14    A. Yes, I did.
15    Q. Is there anything else -- any other risks that
16 you discussed with your patients back in 2009 that I
17 have not identified?
18    A. Infection.
19    Q. Anything else?
20    A. Migration.
21    Q. Anything else?
22    A. And inability to remove.
23    Q. What did you tell your patients about the risk
24 of fracture of filters back in 2009?
25    A. Back in 2009, if I recall, we believed that the

Page 153

1 Bard filter fractured more than the other filters so we
2 moved away from that and that the filters that we were
3 using were safe and that they had a very low risk.
4     Q. Did -- did you tell your patients that?
5     A. No. I told my patients that the risk of
6 fracture was very low.
7     Q. What else did you tell your patients about the
8 risk of fracture? It might have been the first time
9 they had ever heard of that.
10    A. I don't recall going into detailed
11 conversations with them regarding the fracture itself
12 except the fact that they could break. I don't even
13 think I used the word "fracture" for them. I think
14 they could break, they could move and we might not be
15 able to remove them. You can get an infection. We --
16 the -- your inferior vena cava could clot off. So those
17 we -- again, it would change depending on the patient
18 and how much information they wanted. Each patient is
19 individual.
20    Q. Did the other physicians in your practice
21 provide these same descriptions to their patients?
22    A. You'd have to ask them.
23    Q. You mentioned earlier talking quite a bit to
24 the other physicians in your -- in your practice about
25 your use of filters and their use of filters. So back

Page 382

1  A. No, ma'am.
2  Q. And whether with the Celect perforation leads
3  to fracture more frequently or less frequently than
4  other -- other filters you just don't know, correct?
5  A. No, ma'am, I do not know.
6  Q. Thank you for your time.
7      MS. BAUGHMAN: We're finished.
8      VIDEO OPERATOR: Off the record 7:21 p.m.
9    (Deposition concluded at 7:21 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 383

1       UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF INDIANA
2            INDIANAPOLIS DIVISION
3
   IN RE: COOK MEDICAL,     )
4  INC., IVC FILTERS        )
   MARKETING, SALES PRACTICES )
5  AND PRODUCT LIABILITY    )
   LITIGATION,              )
6                           ) CASE NO.
                            )
7  This Document Relates to ) 1:14-ml-2570-RYL-TAB
   Case No.                ) MDL No. 2570
8  1:14-cv-06018-RLY-TAB   )
9
10
11
12       REPORTER'S CERTIFICATION
13     DEPOSITION OF GREGORY I. GORDON, M.D.
14            JUNE 12, 2018
15
16    I, Wendy Schreiber, Certified Shorthand Reporter
17 No. 9383, in and for the State of Texas, hereby certify
18 to the following:
19    That the witness, GREGORY I. GORDON, M.D., was duly
20 sworn by the officer and that the transcript of the oral
21 deposition is a true record of the testimony given by
22 the witness;
23    That the deposition transcript was submitted on
24 _____ to the witness or to the attorney
25 for the witness for examination, signature and return to

Page 384

1 me by _____;
2    That the amount of time used by each party at the
3 deposition is as follows:
4 ANDREA ROBERTS PIERSON, ESQ......06 HOUR(S):50 MINUTE(S)
  LAURA BAUGHMAN, ESQ......00 HOUR(S):04 MINUTE(S)
5
6    That pursuant to information given to the
7 deposition officer at the time said testimony was taken,
8 the following includes counsel for all parties of
9 record:
10 FOR THE PLAINTIFF:
11    LAURA BAUGHMAN, ESQ.
      BARON & BUDD
12    3102 Oak Lawn Avenue
      Suite 1100
13    Dallas, Texas 75219
      Phone: (214) 521-3605
14    Fax: (214) 520-1181
      Lbaughman@baronbudd.com
15
         - and -
16
      BEN C. MARTIN, ESQ.
17    LAW OFFICES OF BEN C. MARTIN
      3710 Rawlins Street
18    Suite 1230
      Dallas, Texas 75219
19    Phone: (214) 761-6614
      Bmartin@bencmartin.com
20
21
22
23
24
25

Page 385

1 FOR THE DEFENDANT:
2    ANDREA ROBERTS PIERSON, ESQ.
     ANNA C. RUTIGLIANO, ESQ.
3    FAEGRE BAKER DANIELS LLP
     300 North Meridian Street
4    Suite 2700
     Indianapolis, Indiana 46204
5    Phone: (317) 237-0300
     Fax:   (317) 237-1000
6    Andrea.pierson@faegrebd.com
     Anna.rutigliano@faegrebd.com
7
8    That $_____ is the deposition officer's
9 charges to the Defendant for preparing the original
10 deposition transcript and any copies of exhibits;
11    I further certify that I am neither counsel for,
12 related to, nor employed by any of the parties or
13 attorneys in the action in which this proceeding was
14 taken, and further that I am not financially or
15 otherwise interested in the outcome of the action.
16    Certified to by me this 14th day of June, 2017.
17
18
19
     Wendy Schreiber, Texas CSR 9383
20   Expiration Date: 12/31/19
     VERITEXT LEGAL SOLUTIONS
21   Veritext Registration No. 571
22
23 Job No. 2933309
24
25