IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:19-cv-03499<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
JOANN LOGAN

Civil Case No. 1:19-cv-03499

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Joann Logan and files this motion to substitute her surviving spouse, Charles Logan, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Joann Logan filed the present action in the United States District Court of the Southern District of Indiana on August 16, 2019.

2. Plaintiff Joann Logan died on or about January 14, 2022.

3. On February 13, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 26475. Plaintiff's counsel recently learned of the death of Joann Logan after contacting her spouse.

4. Charles Logan, surviving spouse of Joann Logan, is the proper party plaintiff to substitute for Plaintiff-decedent Joann Logan and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for

   substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Charles Logan, as the personal representative of the Estate of Joann Logan, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Charles Logan, as personal representatives of the Estate of Joann Logan, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Joann Logan is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Charles Logan as the personal representative of the Estate of Joann Logan, deceased, as Party Plaintiff for Joann Logan; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:19-cv-03499 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: February 13, 2025

        Johnson Law Group

        /s/Basil Adham_____
        Basil E. Adham, TX Bar No. 2408172
        2925 Richmond Avenue, Suite 1700

Houston, TX 77098  
Telephone: (713) 626-9336  
Fax: (713) 583-9460  
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham