# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Casander Rodriguez</u>

Civil Case # 1:21-cv-02142-RLY-TAB

## **NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Casander Rodriguez, who died on or about December 7, 2021.

Dated: February 14, 2025.

                                                            Respectfully Submitted,

                                                            */s/ Ben C. Martin*
                                                            Ben C. Martin, TX Bar No. 13052400
                                                           **Ben Martin Law Group, PLLC**
                                                           3141 Hood Street, Suite 600
                                                           Dallas, TX 75219
                                                           Tel.:  (214) 761-6614
                                                           Fax:  (214) 744-7590
                                                           bmartin@bencmartin.com

                                                           ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ben C. Martin*
Ben C. Martin