## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK IVC FILTER | MDL NO. 2570 |
| PRODUCTS LIABILITY LITIGATION | JUDGE TIM A. BAKER |

**This Document Relates to:**
*TOWLE v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:21-cv-01772*

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff MICHELE TOWLE, on or about October 5, 2023.

Dated: February 19, 2025

Respectfully Submitted,

**JOHNSON LAW GROUP**

*s/ Basil Adham*
Basil Adham TX 24081742
Jessica Glitz TX No 24076095
**Johnson Law Group**
2925 Richmond Ave.
Suite 1700, Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
badham@johnsonlawgroup.com
jglitz@johnsonlawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: 02/19/2025

Respectfully Submitted,

**JOHNSON LAW GROUP**

*s/ Basil Adham*
Basil Adham TX 24081742
Jessica Glitz TX No 24076095
**Johnson Law Group**
2925 Richmond Ave.
Suite 1700, Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
badham@johnsonlawgroup.com
jglitz@johnsonlawgroup.com

***Attorneys for Plaintiff***