IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
    1:17-cv-1551-RLY-TAB

**ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

This matter comes before the Court on Plaintiff's Motion to Maintain Under Seal Filing No. 26292. [Filing No. 26320.] Plaintiff's basis for moving to seal this document is that it inadvertently contains personal identifying information, including a full date of birth and social security number, which requires protection under Fed. R. Civ. P. 5.2. Accordingly, Plaintiff's motion is granted. The Clerk is directed to maintain Filing No. 26292 under seal.

Date: 2/21/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.