# STATE OF MISSOURI

# DEATH CERTIFICATION

DATE FILED: AUGUST 11, 2022   STATE FILE NUMBER: 124-22-028473

DECEDENT'S NAME: LLOYD BASIL MARTIN JR

DATE OF DEATH: JULY 26, 2022
COUNTY OF DEATH: CHRISTIAN
MARITAL STATUS: DIVORCED
EVER IN ARMED FORCES: NO

DATE OF BIRTH: ██████ 1958
SSN: ██████8010
SEX: MALE

RESIDENCE ADDR: 6000 N 23RD STREET, OZARK, MISSOURI
SURV SPOUSE (PRIOR FIRST MARRIAGE):
FUNERAL HOME: GREENLAWN FUNERAL HOME - EAST

CAUSE OF DEATH (ICD CODE):   MANNER: NATURAL

HYPERTENSIVE CARDIOVASCULAR DISEASE
SIG COND: PAST CEREBROVASCULAR ACCIDENT; OBSTRUCTIVE SLEEP APNEA

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

ISSUED LOCALLY BY: GREENE
DATE ISSUED: AUGUST 11, 2022

Dylan R. Bryant
Deputy State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION