# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### HEALTH SERVICES AGENCY
## STANISLAUS COUNTY
### PUBLIC HEALTH DIVISION

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

- State File Number: 3052020302483
- Local Registration Number: 3202050005987

**Decedent's Personal Data**

| Field | Value |
|---|---|
| 1. Name of Decedent – First (Given) | DEAN |
| 2. Middle | JEFFREY |
| 3. Last (Family) | BOYSTER |
| 4. Date of Birth | [redacted]/1977 |
| 5. Age | 43 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | CA |
| 10. Social Security Number | ___-__-5008 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 12/22/2020 |
| 8. Hour (24 Hours) | 1956 |
| 13. Education | 12 ND |
| 14/15. Hispanic/Latino | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | DRIVER |
| 18. Kind of Business/Industry | TOW TRUCK |
| 19. Years in Occupation | 27 |
| 20. Decedent's Residence | 5842 LIPIZZAN COURT |
| 21. City | RIVERBANK |
| 22. County/Province | STANISLAUS |
| 23. ZIP Code | 95367 |
| 24. Years in County | 43 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | JESSICA RAMSEY, FIANCE |
| 27. Informant's Mailing Address | 5834 LIPIZZAN COURT, RIVERBANK, CA 95367 |

**Spouse/SRDP and Parent Information**

| Field | Value |
|---|---|
| 31. Name of Father/Parent – First | ARLEY |
| 32. Middle | DEAN |
| 33. Last | BOYSTER |
| 34. Birth State | AR |
| 35. Name of Mother/Parent – First | CAROLYN |
| 36. Middle | LEE |
| 37. Last (Birth Name) | VAN HOOSE |
| 38. Birth State | CA |

**Funeral Director/Local Registrar**

| Field | Value |
|---|---|
| 39. Disposition Date | 12/31/2020 |
| 40. Place of Final Disposition | RES: JESSICA RAMSEY, 5842 LIPIZZAN COURT, RIVERBANK, CA 95367 |
| 41. Type of Disposition(s) | CR/RES |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | SALAS BROTHERS FUNERAL CHAPEL |
| 45. License Number | FD782 |
| 46. Signature of Local Registrar | JULIE VAISHAMPAYAN, MD |
| 47. Date | 12/31/2020 |

**Place of Death**

| Field | Value |
|---|---|
| 101. Place of Death | MEMORIAL MEDICAL CENTER |
| 102. If Hospital, Specify One | IP |
| 104. County | STANISLAUS |
| 105. Facility Address | 1700 COFFEE ROAD |
| 106. City | MODESTO |

**Cause of Death**

| Line | Cause | Time Interval |
|---|---|---|
| (A) Immediate Cause | CARDIAC PULMONARY ARREST | 24 HRS |
| (B) | SEPTIC SHOCK, UNKNOWN ETIOLOGY | 24 HRS |
| (C) | RENAL FAILURE | 24 HRS |
| (D) | | |

- 108. Death Reported to Coroner: YES — C20003763
- 109. Biopsy Performed? NO
- 110. Autopsy Performed? NO
- 112. Other Significant Conditions: NONE
- 113. Was Operation Performed: NO

**Physician's Certification**

| Field | Value |
|---|---|
| 114. Decedent Attended Since | 12/15/2020 |
| Decedent Last Seen Alive | 12/22/2020 |
| 115. Signature and Title of Certifier | PRACHI VISHWASRAO M.D. |
| 116. License Number | A137379 |
| 117. Date | 12/31/2020 |
| 118. Attending Physician's Name, Address | PRACHI VISHWASRAO M.D., 600 COFFEE ROAD, MODESTO, CA 95355 |

*010010047779685*

---

This is to certify that this document is a true copy of the official record filed with the Stanislaus County Health Services Agency.



JULIE VAISHAMPAYAN, MD, MPH
LOCAL REGISTRAR OF VITAL STATISTICS

**DATE ISSUED: 01/13/2021**


000835455


Stanislaus County

This copy is not valid unless prepared on engraved border displaying seal and signature of Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**