# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND             MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

William P. Martin
_____

Civil Case # 1:18-cv-00250-RLY-TAB

_____

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

     I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff William P. Martin.

Dated: February 25, 2025.            Respectfully submitted,

                                           */s/ Ben C. Martin*
                                           Ben C. Martin, TX Bar No. 13052400
                                         **Ben Martin Law Group, PLLC**
                                         3141 Hood Street, Suite 600
                                         Dallas, TX 75219
                                         Tel.:  (214) 761-6614
                                         Fax:  (214) 744-7590
                                         bmartin@bencmartin.com

                                         ***Attorney for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
