UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This document relates to:<br>**All Cases** | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7, the undersigned, Adrienne Franco Busby, respectfully moves to withdraw her Appearance as counsel of record for the defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and in all cases associated with MDL No. 2570 in which her appearance has been entered, and hereby shows the Court as follows:

1. Local Rule 83-7(c)(4) of this Court provides that "The requirements of sub-paragraphs (2)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of his intent to withdraw] do not apply when another attorney has appeared and remains of record for that party."

2. Andrea Roberts Pierson and/or other Faegre Drinker Biddle & Reath LLP attorneys have previously entered their Appearances for the Cook Defendants in every case in this MDL.

US.124605740.01
DMS_US.369430580.1

3. The Cook Defendants have been advised that this Motion will be filed and have consented to the withdrawal of Adrienne Franco Busby from all cases associated with this MDL.

Dated: February 25, 2025

                                                  Respectfully Submitted,

/s/ *Adrienne Franco Busby*
Adrienne Franco Busby (Atty No. 22964-49A)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46206
Telephone:    (317) 237-1119
adrienne.busby@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, a copy of the foregoing Motion To Withdraw Appearance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  /s/ Adrienne Franco Busby