IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| LORNA NEWMAN | Civil Case # 1:17-cv-00466-RLY-TAB |
| CHARLES ALAN VINNIK | Civil Case # 1:16-cv-03273-RLY-TAB |
| JANE M. DEMSKO | Civil Case # 1:18-cv-00221-RLY-TAB |
| MILDRED DENNIS | Civil Case # 1:20-cv-00646-RLY-TAB |
| JOHN WEGLARZ | Civil Case # 1:19-cv-01252-RLY-TAB |
| JOYCE ROBBINS | Civil Case # 1:20-cv-06130-RLY-TAB |
| MATTHEW A. BROWN | Civil Case # 1:20-cv-06247-RLY-TAB |
| BERNICE HEGLAR | Civil Case # 1:21-cv-00759-RLY-TAB |
| DOUGLAS J. REX | Civil Case # 1:21-cv-06436-RLY-TAB |
| CASANDER RODRIGUEZ | Civil Case # 1:21-cv-02142-RLY-TAB |
| DUANE D. WHITE | Civil Case # 1:21-cv-02667-RLY-TAB |
| DENNIS TURGUN | Civil Case # 1:21-cv-06528-RLY-TAB |
| DAVID L. MEYERS | Civil Case # 1:21-cv-06533-RLY-TAB |
| WILLIAM WILSON | Civil Case # 1:21-cv-06694-RLY-TAB |
| JEFFREY TODD HOLLAND | Civil Case # 1:22-cv-00163-RLY-TAB |

**ORDER ON SUGGESTIONS OF DEATH**

On February 13 and 14, 2025, Plaintiffs' counsel filed notices of suggestions of death of the above listed Plaintiffs [Filing Nos. 26479, 26480, 26481, 26483, 26484, 26485, 26486, 26487, 26488, 26489, 26490, 26491, 26492, 26493, and 26494].  Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in

the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 2/25/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.