UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:
**All Cases**

## ORDER ON MOTION TO WITHDRAW APPEARANCE

THE COURT, having reviewed the motion for Adrienne Franco Busby to withdraw as counsel of record for defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and being fully advised in the premises thereof, hereby GRANTS the motion. [Filing No. 26515.]

IT IS THEREFORE ORDERED that the Appearance of attorney Adrienne Franco Busby be withdrawn from 1:14-ml-2570 the master file.

Date: 2/27/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.