**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

1:25-cv-00270

_____

**APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

    Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
    Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
    William Cook Europe ApS

Dated: February 28, 2025          /s/ Andrea Roberts Pierson
                                             Andrea Roberts Pierson (# 18435-49)
                                             Kip S. M. McDonald (# 29370-49)
                                             FAEGRE DRINKER BIDDLE & REATH LLP
                                             300 North Meridian Street, Suite 2500
                                             Indianapolis, Indiana 46204
                                             Telephone: (317) 237-0300
                                             Facsimile: (317) 237-1000
                                             E-Mail: andrea.pierson@faegredrinker.com
                                             E-Mail: kip.mcdonald@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrea Roberts Pierson