**VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW**

Primary Reg. Dist. No. 5001
Registrar's No. 2023-589

Ohio Department of Health - Vital Statistics
**CERTIFICATE OF DEATH**

State File No. 2023021513

## DECEDENT

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | SUE M CONNOR |
| 2. Sex | FEMALE |
| 3. Date of Death | MARCH 01, 2023 |
| 4. Social Security Number | ___-__-0526 |
| 5a. Age (Years) | 69 |
| 6. Date of Birth | __/__/1953 |
| 7. Birthplace | YOUNGSTOWN, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | COSHOCTON |
| 8c. City or Town | COSHOCTON |
| 8d. Street Address and Zip Code | 317 NORTH 3RD STREET 43812 |
| 9. Ever in US Armed Forces? | NO |
| 10. Marital Status at Time of Death | MARRIED |
| 11. Surviving Spouse's Name | PATRICK M CONNOR |
| 12. Decedent's Education | ASSOCIATE DEGREE (E.G., AA, AS) |
| 13. Decedent of Hispanic Origin | NO |
| 14. Decedent's Race | WHITE |
| 15. Father's Name | WILLIAM TURNEY |
| 16. Mother's Name (prior to first marriage) | KATHERINE |
| 17a. Informant's Name | PATRICK CONNOR |
| 17b. Relationship to Decedent | HUSBAND |
| 17c. Mailing Address | 1523 PRICE ROAD, YOUNGSTOWN, OHIO 44509 |
| 18a. Place of Death | HOSPITAL - INPATIENT |
| 18b. Facility Name | ST ELIZABETH HEALTH CENTER |
| 18c. City or Town, State and Zip Code | YOUNGSTOWN, OH 44501 |
| 18d. County of Death | MAHONING |

## DISPOSITION

| Field | Value |
|---|---|
| 19. Funeral Service Licensee or Other Agent | BERNARD P BOROWSKI |
| 20. License Number (of licensee) | 006230 |
| 21. Name and Complete Address of Funeral Facility | BOROWSKI FUNERAL SERVICES, 795 PERKINS-JONES RD, WARREN, OH 44483 |
| 22. Method and Place of Disposition | CREMATION - OAK MEADOW CREMATION SERVICES, INC., WARREN, OH |
| 23. Local Registrar | Erin Bishop |
| 24. Date Filed | 3/3/25 |

## CERTIFIER

26a. Certifier (Check only one): ☒ Certifying Physician — To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
☐ Coroner or Medical Examiner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner stated.

| Field | Value |
|---|---|
| 26b. Time of Death | 00:23 |
| 26c. Date Pronounced Dead | 03/01/2023 |
| 26d. Was Case Referred to Medical Examiner or Coroner? | NO |
| 26e. Certifier Name and Title | [signature], MD |
| 26f. License number | 35.092054 |
| 26g. Date Signed | 03/02/2023 |
| 27. Name and Address of Person who Completed Cause of Death | DANIEL ANTHONY MILLER, 1450 S CANFIELD-NILES RD, AUSTINTOWN, OH 44515 |

## CAUSE OF DEATH

28. Part I.

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | Myocardial Infarction | minutes |
| b. Due to (or as Consequence of) | | |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | ☒ No |
| 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | ☒ Not Applicable |
| 30. Did Tobacco Use Contribute to Death? | ☒ Unknown |
| 31. If Female, Pregnancy Status | ☒ Not pregnant within past year |
| 32. Manner of Death | ☒ Natural |

33a. Date of Injury: —
33b. Time of Injury: —
33c. Place of Injury: —
33d. Injury at Work?: —
33e. Location of Injury: —
33f. Describe How Injury Occurred: —
33g. If Transportation Injury, Specify: —

HEA 2724  Rev. 08/18

---

Erin Bishop - Local Registrar

MAR - 3 2023

Erin M. Bishop

**I HEREBY CERTIFY THIS DOCUMENT IS AN EXACT COPY OF THE RECORD ON FILE WITH THE OHIO DEPARTMENT OF HEALTH.**
REV. 7/2015

**VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW**





