# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## CITY OF DALLAS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

Dec 17 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-252817

1. LEGAL NAME OF DECEASED: RODNEY JEROME LOTT
2. DATE OF DEATH: NOVEMBER 27, 2021
3. SEX: MALE
4. DATE OF BIRTH: [redacted] 1952
5. AGE: 69
6. BIRTHPLACE: BENTON HARBOR, MI
7. SOCIAL SECURITY NUMBER: [redacted]8352
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE'S NAME: DOROTHEA SHANKS
10a. RESIDENCE STREET ADDRESS: 12263 RIM ROCK RD
10c. CITY OR TOWN: DALLAS
10d. COUNTY: DALLAS
10e. STATE: TEXAS
10f. ZIP CODE: 75253
10g. INSIDE CITY LIMITS? Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: EUGENE PERRY LOTT
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: QUEEN ESTHER MORGAN
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP: DALLAS, 75253
16. FACILITY NAME: 12263 RIM ROCK RD
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: DR. DOROTHEA SHANKS LOTT - SPOUSE
18. MAILING ADDRESS OF INFORMANT: 12263 RIM ROCK RD, DALLAS, TX 75253
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: VERNON O. SMITH, BY ELECTRONIC SIGNATURE - 116160
22. PLACE OF DISPOSITION: LAUREL LAND MEMORIAL PARK
23. LOCATION: DALLAS, TX
24. NAME OF FUNERAL FACILITY: EVERGREEN MEMORIAL FUNERAL HOME, INC.
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 6449 UNIVERSITY HILLS BLVD., DALLAS, TX 75241
26. CERTIFIER: Certifying physician
27. SIGNATURE OF CERTIFIER: GARRY GUCE, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: DECEMBER 17, 2021
29. LICENSE NUMBER: N7094
30. TIME OF DEATH: 06:37 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: GARRY GUCE 874 ED HALL DR. STE. 106, KAUFMAN, TX 75142
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
   a. IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF PANCREAS — Approximate interval: MONTHS

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown

42a. REGISTRAR FILE NO.: 02014323
42b. DATE RECEIVED BY LOCAL REGISTRAR: DECEMBER 17, 2021
42c. REGISTRAR: REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

EDR NUMBER: 000044445196521

VS-112 REV 1/2006

SF0235257

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED DEC 20 2021

Margarita A. Carrasco
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE