IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-01913 MDL No. 2570 |

_____

This Documents Relates to Plaintiff(s):
RODNEY LOTT_____

Civil Case No. 1:20-cv-01913

_____

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Rodney Lott files this motion to substitute his surviving daughter, Dorothea Shanks-Lott, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1.  Plaintiff Rodney Lott filed the present action in the United States District Court of the Southern District of Indiana on July 20, 2020.

2.  Plaintiff Rodney Lott died on or about November 27, 2021.

3.  On March 03, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 26535. Plaintiff's counsel recently learned of the death of Rodney Lott after contacting his spouse.

4.  Dorothea Shanks-Lott, surviving spouse of Rodney Lott, is the proper party plaintiff to substitute for Plaintiff-decedent Rodney Lott and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper

party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Dorothea Shanks-Lott, as the personal representative of the Estate of Rodney Lott, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Dorothea Shanks-Lott, as personal representatives of the Estate of Rodney Lott, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Rodney Lott is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Dorothea Shanks-Lott as the personal representative of the Estate of Rodney Lott, deceased, as Party Plaintiff for Rodney Lott; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:20-cv-01913 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: March 3, 2025.

Johnson Law Group

/s/Basil Adham_____

Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on March 3, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                      /s/Basil Adham_____