IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Kimberly M. Williams
Civil Case #  1:17-cv-02320

John C. Ross and Cody Ross
Civil Case #  1:17-cv-02468

William P. Martin
Civil Case #  1:18-cv-00250

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b)(4), Michelle R. Eggert of Westervelt, Johnson, Nicoll & Keller, LLC respectfully moves the Court for an Order allowing her and her law firm to withdraw as attorneys of record for Plaintiffs, Kimberly M. Williams, John C. Ross and Cody Ross, and William P. Martin. In support of this Motion, counsel states the following:

1. Attorney Christopher J. Spanos and Attorney Kerrianne L. Waters, formerly of Westervelt, Johnson, Nicoll & Keller, LLC, filed the instant actions on behalf of the above Plaintiffs, Kimberly M. Williams, John C. Ross and Cody Ross, and William P. Martin.

2. Attorney Kerrianne L. Waters left the Westervelt law firm in February, 2020.

3. Attorney Christopher J. Spanos left the Westervelt law firm July 31, 2020.

4. On August 12, 2020, Attorney Robert J. Hills of Westervelt, Johnson, Nicoll & Keller, LLC, entered his appearance on behalf of Kimberly M. Williams, John C. Ross and Cody Ross, and William P. Martin.

5. On or about October 30, 2024, Attorney Robert J. Hills left the Westervelt law firm.

6. On October 30, 2024, the undersigned Attorney Michelle R. Eggert entered her appearance in place of Robert J. Hills on behalf of Kimberly M. Williams, John C. Ross and Cody Ross, and William P. Martin.

7. On February 25, 2025, Attorneys Ben C. Martin and Thomas Wm. Arbon, both of the Ben Martin Law Group, PLLC, entered their appearances as counsel for Kimberly M. Williams, John C. Ross and Cody Ross, and William P. Matin in the above-captioned case.

8. After Attorney Michelle R. Eggert's Motion to Withdraw is granted, the Plaintiffs will continue to be represented by Attorney Thomas Wm. Arbon and Attorney Ben C. Martin, both of the Ben C. Martin Law Group, PLLC.

9. Plaintiffs were given notice of the undersigned attorney's intent to withdraw as counsel in this matter.

10. Plaintiffs will remain in this litigation, represented by Attorney Thomas Wm. Arbon and Attorney Ben C. Martin, both of the Ben Martin Law Group, PLLC.

11. Ben Martin Law Group, PLLC's address is 3141 Hood Street, Suite 600, Dallas, TX 75219.

12. All future notices should be sent to Attorney Thomas Wm. Arbon and Attorney Ben C. Martin at the Ben Martin Law Group, PLLC.

WHEREFORE, Michelle R. Eggert of the law firm of Westervelt, Johnson, Nicoll & Keller, LLC respectfully requests the Court to grant this motion.

Dated: March 3, 2025

                Respectfully submitted,

                WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

                */s/ Michelle R. Eggert*
                Michelle R. Eggert, IL Bar No. 6225976
                416 Main Street, Suite 200
                Peoria, IL 61602
                Telephone: (309) 671-3550
                Facsimile: (309) 671-3588
                meggert@wjnklaw.com

                *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Michelle R. Eggert*
                Michelle R. Eggert