IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Kimberly M. Williams
Civil Case #  1:17-cv-02320

John C. Ross and Cody Ross
Civil Case #  1:17-cv-02468

William P. Martin
Civil Case #  1:18-cv-00250

## [PROPOSED] ORDER

This matter is before the Court on the Motion to Withdraw Appearance by Attorney Michelle R. Eggert of Westervelt, Johnson, Nicoll & Keller, LLC, and upon good cause shown, the Court hereby GRANTS this motion.

**IT IS THEREFORE ORDERED** that Attorney Michelle R. Eggert of the law firm of Westervelt, Johnson, Nicoll & Keller, LLC, and all members of the law firm of Westervelt, Johnson, Nicoll & Keller, LLC, are withdrawn as counsel of record in these actions and removed from all future electronic filings. Attorney Ben C. Martin and Attorney Thomas Wm. Arbon of the law firm Ben Martin Law Group, PLLC shall continue to represent Plaintiffs in these matters.

**SO ORDERED** this _____ day of _____, 202\_\_\_.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record