# CERTIFICATE OF DEATH
State File Number: 2024007678

## Latisha Marie Kennington

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | May 2, 2024 | Time of Death: | 23:54 |
| City of Death: | Salt Lake City | County of Death: | Salt Lake |
| Age: | 44 | Date of Birth: | ▓▓▓▓ 1980 |
| Place of Birth: | Salt Lake City, Utah | Sex: | Female |
| Armed Services: | No | Marital Status: | Never Married |
| Spouse's Name: | | Usual Occupation: | Homemaker |
| Industry/Business: | Own Home | Education: | 9th Through 12th Grade |
| Residence: | Afton, Wyoming | Father's Name: | Stephen Ray Kennington |
| Mother's Name: | Debra Joan King | Facility Type: | Hospital Inpatient |
| Facility or Address: | University of Utah Hospital | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | Stephen Ray Kennington | Relationship: | Father |
| Mailing Address: | 255 E. 6th Ave., Afton, Wyoming 83110 | | |

### DISPOSITION INFORMATION

| | |
|---|---|
| Method of Disposition: | Burial/Removal |
| Place of Disposition: | Afton City Cemetery, Afton, Wyoming |
| Date of Disposition: | May 11, 2024 |

### FUNERAL HOME INFORMATION

| | |
|---|---|
| Funeral Home: | Jenkins-Soffe South Valley |
| Address: | 1007 West South Jordan Parkway, South Jordan, Utah 84095 |
| Funeral Director: | Daxx O Stryker |

### MEDICAL CERTIFICATION

| | |
|---|---|
| Certifying Physician: | Emily Beck MD, 50 North Medical Drive, Salt Lake City, Utah 84132 |

### CAUSE OF DEATH

Multiorgan Dysfunction Syndrome [Onset: 2 Days]
Due to (or as a consequence of): Acute hypoxemic respiratory failure with acute respiratory distress syndrome
Due to (or as a consequence of): Circulatory failure, distributive shock
Due to (or as a consequence of): Acute aspiration event
Other significant conditions: Decompensated cirrhosis, chronic cholecystitis, class III obesity, type 2 diabetes
Tobacco Use: Did not Contribute
Medical Examiner Contacted: Yes   Autopsy Performed: No   Manner of Death: Natural

Date Registered: May 6, 2024
Date Issued: May 7, 2024

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics.
Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext.
This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW
State Registrar



Angela C. Dunn, MD, MPH
Director/Health Officer
County/District Health Department


SALT LAKE COUNTY HEALTH DEPARTMENT