# Amended Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Koopman, Mark Frederick | 1:16-cv-00599 | BEN MARTIN LAW GROUP |
| Williams, Barbara | 1:16-cv-03048 | BEN MARTIN LAW GROUP |
| Newman, Lorna | 1:17-cv-00466 | BEN MARTIN LAW GROUP |
| Lobue, Anthony | 1:17-cv-00582 | BEN MARTIN LAW GROUP |
| Johnson, Maria L. | 1:17-cv-00608 | SWEENEY MERRIGAN LAW |
| Findish, Dennis | 1:17-cv-01610 | SWEENEY MERRIGAN LAW |
| Falstad, Cheryl E. and Edwin J. | 1:17-cv-01744 | BEN MARTIN LAW GROUP |
| Frazier, Bennie and Charcie | 1:17-cv-02187 | FLINT COOPER, LLC |
| Cochran, Teresita | 1:18-cv-00098 | VAN WEY LAW, PLLC |
| French, Darin | 1:18-cv-00103 | VAN WEY LAW, PLLC |
| Westphal, Sandra Lou & Leonard Wyrick [ESTATE] | 1:18-cv-00513 | BEN MARTIN LAW GROUP |
| Keaton, Fern | 1:18-cv-01788 | MCSWEENEY LANGEVIN LLC |
| Gray, Carol Celeste | 1:18-cv-02227 | BEN MARTIN LAW GROUP |
| Lamb, Oliver [ESTATE OF] | 1:18-cv-02330 | BEN MARTIN LAW GROUP |
| Maples, Gypsy | 1:18-cv-03033 | MCSWEENEY LANGEVIN LLC |
| Cudnik, Brian [ESTATE OF] | 1:19-cv-00704 | FENSTERSHEIB LAW GROUP, P.A. |
| Weglarz, John | 1:19-cv-01252 | BEN MARTIN LAW GROUP |
| Newman, Adele | 1:19-cv-02122 | MCSWEENEY LANGEVIN LLC |

DMS_US.369244281.1

**Exhibit A**

| | | |
|---|---|---|
| Simes, Lisa | 1:19-cv-02517 | MCSWEENEY LANGEVIN LLC |
| Florence, Mylea | 1:19-cv-02780 | MCSWEENEY LANGEVIN LLC |
| Henning, Michael | 1:19-cv-03885 | MCSWEENEY LANGEVIN LLC |
| Delaney, Christine | 1:19-cv-04265 | MCSWEENEY LANGEVIN LLC |
| Mills, Jeffery | 1:19-cv-04807 | FLINT COOPER, LLC |
| Hereid, James | 1:20-cv-00368 | BEN MARTIN LAW GROUP |
| Dennis, Mildred | 1:20-cv-00646 | SWMW LAW, LLC |
| Long, Barry | 1:20-cv-06111 | BEN MARTIN LAW GROUP |
| Robbins, Joyce | 1:20-cv-06130 | BEN MARTIN LAW GROUP |
| Beck, Lisa | 1:20-cv-06132 | BEN MARTIN LAW GROUP |
| Williams, Loria Ann | 1:21-cv-00463 | BEN MARTIN LAW GROUP |
| Turner Jr, Edgar | 1:21-cv-00806 | MCSWEENEY LANGEVIN LLC |
| Saunders, Shirley | 1:21-cv-06486 | MCSWEENEY LANGEVIN LLC |
| James, Edward D. | 1:21-cv-06676 | BEN MARTIN LAW GROUP |
| Wilson, William | 1:21-cv-06694 | BEN MARTIN LAW GROUP |
| Williams, James Edward | 1:22-cv-06723 | BEN MARTIN LAW GROUP |