# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



15393192

## CERTIFICATE OF DEATH
### STATE OF MISSISSIPPI

**FILING DATE:** 02/22/2023
**STATE FILE NUMBER:** 123-2023-004442

**1. DECEDENT'S LEGAL NAME:** EVAN DESHON WEST
**2. GENDER:** MALE
**3a. HOUR OF DEATH:** 16:25
**3b. DATE OF DEATH:** 02/15/2023

**4. RACE:** Black or African American

**5a. AGE AT LAST BIRTHDAY:** 44 Years
**6. DATE OF BIRTH:** 1978
**7. BIRTH PLACE:** MISSISSIPPI

**8. PLACE OF DEATH:** ER/Outpatient
**9a. FACILITY NAME:** BAPTIST MEMORIAL HOSPITAL - GOLDEN TRIANGLE (44G)
**9b. CITY:** COLUMBUS
**9c. ZIP CODE:** 39705
**9d. COUNTY OF DEATH:** LOWNDES

**10. DECEDENT'S EDUCATION:** High school graduate or GED completed

**11. MARITAL STATUS AT TIME OF DEATH:** Never married
**13. WAS DECEASED EVER IN U.S ARMED FORCES?:** NO

**14. DECEDENT OF HISPANIC ORIGIN:** No, not Spanish/Hispanic/Latino

**15. SOCIAL SECURITY NUMBER:** ****8865
**16a. USUAL OCCUPATION:** LABORER
**16b. KIND OF BUSINESS OR INDUSTRY:** CONSTRUCTION

**17a. RESIDENCE - STATE:** MISSISSIPPI
**17b. COUNTY:** OKTIBBEHA
**17c. CITY OR TOWN:** STARKVILLE
**17d. ZIP CODE:** 39759
**17e. STREET AND NUMBER:** 1016 OLD HWY 25 SOUTH
**17f. INSIDE CITY LIMITS:** NO

**18. FATHER'S NAME:** EVISH WEST
**19. MOTHER'S NAME:** SHIRLEY TRIMBLE

**20a. INFORMANT - NAME:** PANDORA R PRATER
**20b. RELATIONSHIP TO DECEDENT:** SISTER
**20c. MAILING ADDRESS:** 1016 OLD HWY 25 SOUTH, STARKVILLE, MS, 39759

**21a. DISPOSITION OF BODY:** BURIAL
**21b. CEMETERY/CREMATORY - NAME:** BETHEL CEMETERY
**21c. LOCATION:** STARKVILLE, MS
**22a. FUNERAL DIRECTOR SIGNATURE:** ELECTRONICALLY SIGNED BY VERNON WEST   FS-6517

**22b. FUNERAL HOME:** WEST MEMORIAL FUNERAL HOME (530)
**22c. FUNERAL HOME LICENSE NUMBER:** FE 160
**22d. MAILING ADDRESS:** P. O. BOX 2362, STARKVILLE, MS 39759

**23a. PERSON WHO PRONOUNCED DEATH:** DR PATTI MANNING
**23b. PRONOUNCED DEAD (Date):** 02/15/2023
**23c. PRONOUNCED DEAD (Time):** 16:25

**24a. NAME OF CERTIFIER:** GREG MERCHANT
**24b. MAILING ADDRESS:** P.O. BOX 2342, COLUMBUS, MS 39704

**25b. SIGNATURE:** ELECTRONICALLY SIGNED BY GREG MERCHANT, CMEI
**25f. TITLE:** LOWNDES COUNTY CORONER
**25g. DATE SIGNED:** 02/21/2023

**26. CAUSE OF DEATH PART I:**
- (a) IMMEDIATE CAUSE: CARDIOPULMONARY ARREST — IMMD
- (b) DUE TO: ACUTE MYOCARDIAL INFARCTION
- (c) DUE TO: CHF

**27. PART II. OTHER SIGNIFICANT CONDITIONS:** PULMONARY HTN, HTN, CKD STAGE 3, MORBID OBESITY

**28a. POSTMORTEM EXAMINATION?:** NO
**28b. POSTMORTEM FINDINGS AVAILABLE?:** NO
**29. REFERRED TO STATE MEDICAL EXAMINER?:** NO

**30. DID TOBACCO USE CONTRIBUTE TO DEATH?:** No

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

3/1/2023

Judy Moulder
STATE REGISTRAR

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

## VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK.