# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Ashley N. Jones
1:17-cv-4166

## AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

COME NOW, TRENT MIRACLE and JACOB FLINT, of the law firm of FLINT COOPER COHN THOMPSON AND MIRACLE ("Flint Cooper"), and BRIAN KATZ of the law firm KATZ LAW as counsel for the Plaintiff Ashley N. Jones ("Plaintiff"), and respectfully request this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

2. Plaintiff is non-responsive; after numerous attempts, Plaintiff's counsel has been unable to contact Plaintiff regarding her claim. Plaintiff's counsel attempted calling Plaintiff on numerous occasions between November 2024 and January 2025. Plaintiff's counsel also sent a letter to Plaintiff via US Mail return receipt requested on December 18, 2024.

3. Plaintiff has been notified, in writing, by Plaintiff's counsel of their intention to withdraw as Plaintiffs' attorneys in this action.

4. Ashley N. Jones' last known contact information is as follows:

Ashley N. Jones
1846 Seabrook School Rd
Fayetteville, NC 28312
(910) 849-4041

5. No trial dates are currently set in this case in which withdrawal is requested.

6. Flint Cooper has sent this Motion to Withdraw by certified mail, return receipt requested, and first-class mail to Ashley Jones' last known address, thereby informing her of this Motion to Withdraw. A copy of the correspondence is attached as Exhibit A.

WHEREFORE, the undersigned counsel, Flint Cooper Cohn Thompson & Miracle, and Katz Law request that the Court enter an Order permitting Trent Miracle, Jacob Flint, the law firm of Flint Cooper Cohn Thompson & Miracle, Brian Katz, and the law firm Katz Law to withdraw their appearance as counsel in this matter, effective as of the date the Court enters its order permitting withdrawal.

Respectfully Submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*_____
Trent B. Miracle
Jacob A. Flint
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: 618-288-4777
tmiracle@flintcooper.com

**KATZ LAW**

*/s/ Brian S. Katz*_____
Brian S. Katz
KATZ LAW
2226 Broadway, Suite 1
Paducah, KY 42002
Telephone: 270-575-3939
brian@brainskatz.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                            */s/ Trent B. Miracle*
                                                            Trent B. Miracle

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Ashley N. Jones
1:17-cv-4166

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

To:   **Via Certified Mail, Return Receipt Requested, and First-Class Mail**

Ashley N. Jones
1846 Seabrook School Rd
Fayetteville, NC 28312
(910) 849-4041

**YOU ARE HEREBY NOTIFIED** that the undersigned shall present for hearing, the enclosed Motion to Withdraw as Counsel of Record for Plaintiff, before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

**YOU ARE FUTHER NOTIFIED:**

1. That you may appear in court, if you so desire;

2. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3. That if you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit or default judgment may be rendered against you; and

4. That no trial dates are currently set in this case.

Dated: March 6, 2025

          Respectfully Submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*_____
Trent B. Miracle
Jacob A. Flint
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: 618-288-4777
tmiracle@flintcooper.com

**KATZ LAW**

*/s/ Brian S. Katz*_____
Brian S. Katz
KATZ LAW
2226 Broadway, Suite 1
Paducah, KY 42002
Telephone: 270-575-3939
brian@brainskatz.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Ashley N. Jones
1:17-cv-4166

## [PROPOSED] ORDER ON AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

This matter is before the Court on Plaintiff's counsel's Amended Motion to Withdraw as Counsel for Plaintiff in the matter of Case 1:17-cv-4166, entitled Ashley N. Jones v. Cook Medical, Inc., et al. Upon consideration and for good cause, the Amended Motion to Withdraw is GRANTED.

Trent Miracle, Jacob Flint, the law firm of Flint Cooper Cohn Thompson & Miracle, Brian Katz, and Katz Law are withdrawn as counsel of record for Plaintiff Ashley N. Jones, and Flint Cooper Cohn Thompson & Miracle shall serve a copy of this Order upon Plaintiff Ashley N. Jones.

All further notices regarding this case shall be directed to Plaintiff at:

Ashley N. Jones
1846 Seabrook School Rd
Fayetteville, NC 28312
(910) 849-4041

ORDERED this _____ day of _____, 202_____

_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana