IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs:

Kimberly M. Williams
Civil Case #  1:17-cv-02320-RLY-TAB

John C. Ross and Cody Ross
Civil Case #  1:17-cv-02468-RLY-TAB

William P. Martin
Civil Case #  1:18-cv-00250-RLY-TAB

## ORDER

This matter is before the Court on the Motion to Withdraw Appearance by Attorney Michelle R. Eggert of Westervelt, Johnson, Nicoll & Keller, LLC, and upon good cause shown, the Court hereby GRANTS this motion. [Filing No. 26538.]

**IT IS THEREFORE ORDERED** that Attorney Michelle R. Eggert of the law firm of Westervelt, Johnson, Nicoll & Keller, LLC, and all members of the law firm of Westervelt, Johnson, Nicoll & Keller, LL including Christopher J. Spanos and Kerrianne L. Waters, are withdrawn as counsel of record in these actions and removed from all future electronic filings. Attorney Ben C. Martin and Attorney Thomas Wm. Arbon of the law firm Ben Martin Law Group, PLLC shall continue to represent Plaintiffs in these matters.

Date: 3/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.