IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Ashley N. Jones, Case No. 1:17-cv-04166 -RLY-TAB

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference **at 11:00 a.m. (Eastern Time) on April 8, 2025**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Ashley N. Jones shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Trent B. Miracle and Jacob A. Flint of FLINT COOPER COHN THOMPSON & MIRACLE, LLC law firm and Brian S. Katz of KATZ LAW motion to withdraw as counsel of record [Filing Nos. 26454, 26546]. Only one attorney from the FLINT COOPER COHN THOMPSON & MIRACLE, LLC law firm is needed to attend this conference.

Date: 3/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Trent B. Miracle or Jacob A. Flint is required to serve Plaintiff, Ashley N. Jones