## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2025018304
**DATE ISSUED:** FEBRUARY 4, 2025
**DATE FILED:** FEBRUARY 4, 2025

### DECEDENT INFORMATION

NAME: MICHAEL ERIC GETZENDANNER

DATE OF DEATH: JANUARY 29, 2025
SEX: MALE
SSN: ####6513
AGE: 065 YEARS
DATE OF BIRTH: ######## 1959
BIRTHPLACE: CINCINNATI, OHIO, UNITED STATES
PLACE OF DEATH: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 9890 NORTH LOOP ROAD APT. 713
LOCATION OF DEATH: PENSACOLA, ESCAMBIA COUNTY, 32507
RESIDENCE: 9890 NORTH LOOP ROAD APT. 713, PENSACOLA, FLORIDA 32507, UNITED STATES
COUNTY: ESCAMBIA
OCCUPATION, INDUSTRY: SERVICE TECHNICIAN, GAS UTILITIES
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED
EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: JOHN GETZENDANNER
MOTHER'S/PARENT'S NAME: NANCY NEIL

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: MICHELLE HOUZE
RELATIONSHIP TO DECEDENT: DAUGHTER
INFORMANT'S ADDRESS: 211 FELLER AVENUE, GREENDALE, INDIANA 47025, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: JASON D. CRUM, F133534
FUNERAL FACILITY: FAITH CHAPEL FUNERAL HOMES & CREMATORY SOUTH F091585
100 BEVERLY PARKWAY, PENSACOLA, FLORIDA 32505
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: FAITH CHAPEL FUNERAL HOME AND CREMATORY
CANTONMENT, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN
MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0535
DATE CERTIFIED: FEBRUARY 1, 2025
CERTIFIER'S NAME: GERALD THOMAS TURGEON
CERTIFIER'S LICENSE NUMBER: OS7614
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. MALIGNANT NEOPLASM OF PANCREAS WITH METASTASIS TO INTRAHEPATIC BILE DUCT AND LIVER — UNKNOWN
b.
c.
d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE

AUTOPSY PERFORMED? NO
AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:
DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE
TIME OF INJURY (24 HOUR):
INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
TYPE OF VEHICLE:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:

*Ken Jones*, STATE REGISTRAR

REQ: 2027401345

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (08/01/2022)

CERTIFICATION OF VITAL RECORD

*62629148*