# CERTIFICATE OF VITAL RECORD

## STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2021-005323

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | CAROL JOAN STEUDEMAN |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | HUNT |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | XXX-XX-3620 |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 63 |
| 6. DATE OF BIRTH | 1957 |
| 7. BIRTHPLACE | CLAREMORE, OKLAHOMA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | CARTER |
| 8c. RESIDENCE-City or Town | ARDMORE |
| 8d. RESIDENCE-Zip Code | 73401 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | 4747 SPRINGDALE RD |
| 9. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11a. FATHER'S NAME | ROBERT EDWIN HUNT |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | HUNT |
| 12a. MOTHER'S NAME | JOYCE ANN BREWER |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | BEHRENS |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. DECEDENT'S USUAL OCCUPATION | WAITRESS |
| 17. KIND OF BUSINESS / INDUSTRY | RESTAURANT |
| 18a. INFORMANT'S NAME | PATTY MICHELLE BATES |
| 18b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 18c. MAILING ADDRESS | 785 BROCKHOLLOW RD, OVERBROOK, OKLAHOMA 73453 |
| 19. METHOD OF DISPOSITION | Burial |
| 20. PLACE OF DISPOSITION | PROVENCE CEMETERY |
| 21. LOCATION | CARTER, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | HARVEY-DOUGLAS FUNERAL HOME AND CREMATORY - ARDMORE, 2118 SOUTH COMMERCE, ARDMORE, OKLAHOMA 73401 |
| 23. FUNERAL HOME DIRECTOR | BRIAN P. DOUGLAS |
| 24. FH ESTABLISHMENT LICENSE # | 1653ES |
| 25. PLACE OF DEATH | Inpatient |
| 26. FACILITY NAME | ST ANTHONY HOSPITAL |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | OKLAHOMA CITY, OKLAHOMA, 73102 |
| 28. COUNTY OF DEATH | OKLAHOMA |
| 29. DATE OF DEATH | JANUARY 18, 2021 |
| 30. TIME OF DEATH | 09:51 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | NO |
| 32. WAS AN AUTOPSY PERFORMED? | NO |

### CAUSE OF DEATH

**34. PART I.**
a. IMMEDIATE CAUSE: COVID 19 — Approximate interval: UNKNOWN

**35. PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
SEPTIC SHOCK, KLEBSIELLA URINARY TRACT INFECTION, ACUTE KIDNEY INJURY

**36. MANNER OF DEATH:** Natural

**37. IF FEMALE:** Not pregnant within past year

**38. DID TOBACCO USE CONTRIBUTE TO DEATH?** No

**46. CERTIFIER:** ATTENDING PHYSICIAN - Physician in charge of the patient's care

**47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:**
LATHA NACHIMUTHU, MD
901 N PORTER AVENUE
NORMAN, OKLAHOMA 73071

*VOID IF ALTERED OR ERASED*

*Tuesday, February 23, 2021 1:28:4*