# Exhibit C

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Vinnik, Charles Alan | 1:16-cv-03273 | BEN MARTIN LAW GROUP |
| Harrison, Darlene Miller | 1:19-cv-03645 | BEN MARTIN LAW GROUP |
| Meyers, David L. | 1:21-cv-06533 | BEN MARTIN LAW GROUP |

DMS_US.369250494.1