# EXHIBIT F

Adrian A. Wong, M.D.

Page 1

NO. 2017-03885

| | | |
|---|---|---|
| JEFFREY ALAN PAVLOCK, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ADRIAN A. WONG, M.D.; COOK | § | HARRIS COUNTY, TEXAS |
| INCORPORATED; COOK | § | |
| INCORPORATED a/k/a COOK | § | |
| MEDICAL INCORPORATED; COOK | § | |
| GROUP INCORPORATED; and | § | |
| COOK MEDICAL, LLC, | § | |
| | § | |
| Defendants. | § | 80th JUDICIAL DISTRICT |

VIDEOTAPED ORAL DEPOSITION OF

ADRIAN A. WONG, M.D.

MONDAY, NOVEMBER 27, 2017

        VIDEOTAPED ORAL DEPOSITION OF ADRIAN A. WONG, M.D.,
produced as a witness at the instance of the Plaintiff
and duly sworn, was taken in the above-styled and
numbered cause on the above-referenced date, from
2:08 p.m. to 6:13 p.m., before Michael E. Miller, CSR,
FAPR, RDR, CRR, Certified Shorthand Reporter in and for
the State of Texas, reported by realtime stenographic
means at Sprott Newsom Quattlebaum & Messenger PC, 2211
Norfolk Street, Suite 1150, Houston, Texas, pursuant to
the Texas Rules of Civil Procedure.

Adrian A. Wong, M.D.

## Page 2

A P P E A R A N C E S:
MATTHEWS & ASSOCIATES
BY:  DAVID P. MATTHEWS, ESQUIRE
    dmatthews@thematthewslawfirm.com
    MARK CHAVEZ, ESQUIRE
    mchavez@thematthewslawfirm.com
2905 Sackett
Houston, Texas 77098
(713) 522-5250
Counsel for Plaintiff

SPROTT NEWSOM QUATTLEBAUM MESSENGER PC
BY:  JOEL RANDAL SPROTT, ESQUIRE
    sprott@sprottnewsom.com
2211 Norfolk Street
Suite 1150
Houston, Texas 77098
(713) 523-8338
Counsel for Defendant Adrian A. Wong, M.D.

FAEGRE BAKER DANIELS LLP
BY:  JOHN P. MANDLER, ESQUIRE
    jmandler@faegrebd.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000
Counsel for Cook Defendants

FAEGRE BAKER DANIELS LLP
BY:  JOHN T. SCHLAFER, ESQUIRE
    jschlafer@faegrebd.com
300 North Meridian Street
Suite 2700
Indianapolis, Indiana 46204
(317) 237-0300
Counsel for Cook Defendants

VIDEOGRAPHER:
BRIAN BOBBITT,
Golkow Technologies, Inc.

## Page 3

### INDEX
### ADRIAN A. WONG, M.D.
### November 27, 2017

APPEARANCES                          2
PROCEEDINGS                          6

EXAMINATION OF ADRIAN A. WONG, M.D.:
    BY MR. MATTHEWS          6
    BY MR. MANDLER          96
    BY MR. MATTHEWS        163
    BY MR. MANDLER        169

CHANGES AND SIGNATURE        170
REPORTER'S CERTIFICATION     172
FURTHER CERTIFICATION        175

--o0o--

## Page 4

DEPOSITION EXHIBITS
NUMBER        DESCRIPTION        MARKED
Exhibit 1   Notice of Deposition        12
            [No Bates]

Exhibit 2   Curriculum Vitae        15
            [No Bates]
Exhibit 3   Medical Record(s)        35
            [No Bates]

Exhibit 4   E-mail(s)        46
            PAVLOCK_0000482
Exhibit 5   2007 Sadaf et al Article        53
            [No Bates]

Exhibit 6   2001 Durack et al Article        54
            [No Bates]
Exhibit 7   2012 Zhou et al Article        56
            [No Bates]

Exhibit 8   2014 Zhou et al Article        57
            [No Bates]
Exhibit 9   IVC Filter 2015 Business        67
            Plan
            PAVLOCK_0001289
Exhibit 10  E-mail w/Attached Letter        71
            CookMDL2570_0693298 -
            CookMDL2570_0693299
Exhibit 11  Cook Celect Filter Set IFU        80
            [No Bates]

Exhibit 12  E-mail(s)        84
            PAVLOCK_0000195
Exhibit 13  E-mail(s)        87
            PAVLOCK_0001097

Exhibit 14  E-mail(s)        89
            PAVLOCK_0000962

## Page 5

DEPOSITION EXHIBITS

Exhibit 15  Vena Cavogram Images        90
            [No Bates]
Exhibit 16  Consent Form        134
            [No Bates]

Exhibit 17  Medical Record(s)        156
            [No Bates]
Exhibit 18  Celect IVC Filter Card        163
            [No Bates]

Exhibit 19  Clinical Test Results        164
            CookMDL2570_R1087796

--o0o--

Golkow Litigation Services - 877.370.3377

Adrian A. Wong, M.D.

Page 6

PROCEEDINGS

1      PROCEEDINGS
2      (November 27, 2017 at 2:08 p.m.)
3      THE VIDEOGRAPHER: Stand by. We're now on
4   the record. My name is Brian Bobbitt. I'm a
5   videographer for Golkow Technologies. Today's date,
6   November 27th, 2017 and the time is 2:08 p.m.
7      This is the video -- this video deposition
8   is being held in Houston, Texas in the matter of Jeffrey
9   Alan Pavlock v. Adrian A. Wong, M.D., et al before the
10  80th Judicial District, Harris County, Texas.
11     The deponent is Adrian A. Wong, M.D.
12     Would counsel like to introduce themselves
13  for the record.
14     MR. MATTHEWS: David Matthews and Mark
15  Chavez for the plaintiffs.
16     MR. SPROTT: Joel Sprott for the witness.
17     MR. MANDLER: John Mandler and John
18  Schlafer for the Cook defendants.
19     ADRIAN A. WONG, M.D.,
20  having been first duly sworn, testified as follows:
21     EXAMINATION
22  BY MR. MATTHEWS:
23     Q. Could you state your name, please?
24     A. Adrian Alexander Wong.
25     Q. And what do you do?

Page 7

1      A. I'm an interventional radiologist.
2      Q. All right. And where do you work?
3      A. At Houston Methodist.
4      Q. And which Houston Methodist branch do you work
5   at?
6      A. All of the Houston Methodists.
7      Q. I understand you're the chief of interventional
8   radiology at Methodist Sugar Land; is that right?
9      A. Just recently, correct.
10     Q. Wasn't that in 2012?
11     A. No, that was when I was hired.
12     Q. Okay. Talk about that in a minute.
13     Where do you practice mostly, in which
14  hospital?
15     A. Either the main hospital or Sugar Land.
16     Q. And where do you live?
17     A. 703 Olive Street. That's Houston, Texas,
18  77007.
19     Q. Do you have partners in your practice?
20     A. Yes.
21     Q. How many partners do you have?
22     A. Approximately 30 to 40.
23     Q. And what is the name of your partnership?
24     A. Houston Radiology Associates.
25     Q. How many of those 30 or 40 are interventional

Page 8

1   radiologists versus diagnostic or other radiologists?
2      A. At the time or now?
3      Q. Now.
4      A. About 10.
5      Q. What about in --
6      A. Actually, I'm sorry, there are six or seven.
7   Seven, I think.
8      Q. Currently in 2017, there are seven
9   interventional radiologists out of the 30 or 40
10  radiologists?
11     A. That are partners.
12     Q. That are partners.
13     How many total interventional radiologists
14  out of that?
15     A. Ten.
16     Q. Okay. Are you a partner?
17     A. Yes.
18     Q. And that partnership is headquartered in
19  Houston?
20     A. Yes.
21     Q. What about in 2015, the time of the placement
22  of the filter in my client, Jeff Pavlock, how many
23  interventional radiologists did you have within your
24  group?
25     A. Six.

Page 9

1      Q. Do they all practice in the different Methodist
2   hospital settings?
3      A. Yes.
4      Q. And how many different Methodist hospitals are
5   there?
6      A. There's the main hospital, which is downtown,
7   there's Sugar Land, Willowbrook, West Houston, most
8   recently The Woodlands, San Jacinto and Methodist West
9   Hospital in Katy.
10     Q. In Katy?
11     A. Katy.
12     Q. All right. So approximately seven?
13     A. Correct.
14     Q. Okay.
15     A. These were not -- we didn't have The Woodlands
16  hospital or San Jacinto at the time, 2015.
17     Q. Okay. You have privileges in all of those
18  hospitals, correct?
19     A. I do.
20     Q. Do you have privileges in other hospitals?
21     A. No.
22     Q. Are you board certified in diagnostic
23  radiology?
24     A. Yes.
25     Q. Since what year?

3 (Pages 6 to 9)

Adrian A. Wong, M.D.

Page 10

1      A.  2011.
2      Q.  Are you board certified in interventional
3   radiology?
4      A.  Yes.  I'm CIQ certified, which is --
5   essentially it's a certificate of qualification.  That's
6   what -- you would do a diagnostic radiologist residency,
7   and then if you wanted to do interventional radiology,
8   you could do a fellowship.  And then if you want to get
9   specific certification to be recognized by the Board of
10  Radiology as a -- somebody who is certified to do
11  interventional radiology, then you can apply and take a
12  test for that.
13     Q.  All right.
14     A.  Which I am.
15     Q.  Is that the highest certification for
16  interventional radiology?
17     A.  Yes.
18     Q.  You did your, I saw -- your fellowship at
19  Stanford?
20     A.  That's correct.
21     Q.  You did your undergraduate schooling in -- at
22  Rice?
23     A.  Correct.
24     Q.  Are you from Houston?
25     A.  No, I'm from Austin.

Page 11

1      Q.  Austin?
2      A.  Austin, yeah.
3      Q.  All right.  Medical school at San Antonio and
4   Houston?
5      A.  Correct.
6      Q.  San Antonio.
7      A.  Uh-huh.
8      Q.  And residency in Houston?
9      A.  Yes.
10     Q.  At UT?
11     A.  UT Houston, yes.
12     Q.  Okay.  If you could tell us what percentage of
13  your work as an interventional radiologist is done in the
14  main Methodist Hospital Medical Center versus Sugar Land,
15  what would you say?
16     A.  I would say about 50% is done at the main
17  hospital, probably 40% at Sugar Land and 10% the other
18  places.
19     Q.  Okay.  What about if we go backwards --
20     A.  Okay.
21     Q.  -- and talk about in 2014-2015, what percentage
22  do you think you worked in those hospitals?
23     A.  I would say probably about 50% downtown, maybe
24  20 to 30% Sugar Land, 20 to 30% at Willowbrook.
25     Q.  Okay.  When you say downtown, you mean medical

Page 12

1   center?
2      A.  Sorry, I mean medical center.
3      Q.  I thought you did.  All right.
4          I saw in -- maybe it was your website, you
5   said you had a clinical interest in angiograms,
6   angioplasty and liver or biliary diseases.
7      A.  Uh-huh.
8      Q.  Is that accurate?
9      A.  Yes.
10     Q.  Do you have other what I would call clinical
11  interests?
12     A.  Mostly we do -- I'm interested in venous work,
13  liver, biliary, yes, but that's really it -- that's it.
14     Q.  Okay.  And I guess we're obviously here because
15  of a placement of a filter.
16     A.  Uh-huh.
17     Q.  Of a Cook Celect filter.  You have not
18  published in the area of IVC filters, correct?
19     A.  I have not.
20     Q.  All right.  I looked at your CV.  I didn't know
21  if there was any updated information, but you have not,
22  until today, published anything in the area of IVC
23  filter?
24     A.  No.
25         (Wong Deposition Exhibit 1 marked.)

Page 13

1      Q.  (BY MR. MATTHEWS)  Okay.  Let me show you your
2   notice -- or a notice of deposition that was sent, and
3   ask you if you've seen that before?
4      A.  I have.
5          MR. MATTHEWS:  Joel, do you want copies of
6   things?
7          MR. SPROTT:  Sure.  I love burning trees.
8          MR. MATTHEWS:  I hate it but I feel like I
9   have to.
10     Q.  (BY MR. MATTHEWS)  This is a notice, Dr. Wong,
11  and if we look towards the last page, we have requested
12  that you bring documents that you've relied upon in
13  preparing for your deposition in this case.
14         Did you bring any documents with you today?
15     A.  I have some documents here that were provided
16  for me by my lawyer.
17     Q.  Okay.  Can we take a look at those?
18     A.  Sure.  These are the medical records that
19  were --
20         MR. SPROTT:  I don't think he produced
21  anything new is what he's asking you.
22         THE WITNESS:  Okay.
23     A.  Yes, all I have that I've reviewed are the
24  medical records, my knowledge of what happened during the
25  day, the case in point, and the literature that was

4 (Pages 10 to 13)

Adrian A. Wong, M.D.

Page 14

1  provided by Dr. Kuritza or that he was -- had to have
2  cited in his report.
3      Q. (BY MR. MATTHEWS)  Fair enough.
4          In terms of the medical records that you
5  reviewed, these are -- or were treating doctors of Jeff
6  Pavlock?
7      A. Yes.
8      Q. Okay.  Had you reviewed those prior to
9  reviewing those in preparation of your deposition?
10     A. I did, yes.
11     Q. When did you first review those?
12     A. When they were -- when they were provided,
13  when -- when the hospital was able to provide the
14  information and Mr. Sprott's office was able to provide
15  them to me.  I would say over the course of the past two
16  months or so.
17     Q. Okay.  But you had not reviewed those prior to
18  placing the filter in 2015?
19     A. All of the documents, no.
20     Q. The medical records specific to his treaters,
21  you had not reviewed prior to placement of the filter on
22  March 3rd, 2015?
23     A. I had not reviewed all of the documents that
24  were provided as far as everything that has happened to
25  him from, you know, the very beginning, I think is 2011

Page 15

1  or so.
2      Q. Well, what about documents prior to implant or
3  prior to the placement of the filter?  Had you reviewed
4  documents or medical records from his treating physicians
5  prior to the placement of the filter?
6      A. No.
7      Q. We asked also for a CV.  Did you bring a
8  current CV?
9      A. It was --
10         MR. SPROTT:  I thought we produced that
11  already.
12         MR. MATTHEWS:  You did?  All right.  If you
13  have, that's fine.  I'm going to mark it as Exhibit 2.
14         (Wong Deposition Exhibit 2 marked.)
15     Q. (BY MR. MATTHEWS)  I'll just make sure I've got
16  the right one.  I'll ask you if that's the one.
17     A. Yes.
18     Q. Okay.  We also asked you to bring documents
19  concerning Cook IVC products in your possession.
20     A. I do not have any.
21     Q. Notes, videos, brochures, anything from Cook
22  concerning their Celect or Platinum filters?
23     A. I do not have anything.
24     Q. When you were at Stanford in your fellowship
25  training, which I believe was from 2011 to 2012; is that

Page 16

1  right?
2      A. That's correct.
3      Q. Did you work with Steve Desso [phonetic] and
4  William Kuo?
5      A. William Kuo.  Steve Desso, I'm not familiar
6  with who that is.
7      Q. But you worked with Dr. Kuo?
8      A. Yes.
9      Q. Were you in the fellowship in which he was in
10  charge?
11     A. Yes.
12     Q. And currently are you a member of SIR?
13     A. Yes.
14     Q. And subscribe to the JVIR?
15     A. Yes.
16     Q. And have you since, I guess, finishing your
17  fellowship in 2012?
18     A. Have I been a member since then?
19     Q. Have you been a member and also subscribed to
20  JVIR?
21     A. Yes.  I think by being a member, you subscribe.
22     Q. That's what I thought, but I just wanted to be
23  sure.
24         When you become a member, you have an
25  automatic subscription to the JVIR, and you have received

Page 17

1  that since 2012; is that correct?
2      A. Yes.
3      Q. Other than your group -- and I'm sorry, I think
4  you said it was called the Methodist Radiology Group?
5      A. Houston Radiology Associates.
6      Q. Other than the doctors, interventional
7  radiologists at Houston Radiology Associates, how many
8  other IRs are there at Methodist, if you know?
9      A. None.
10     Q. You are the only group that holds the spot of
11  the interventional radiologists at the Methodist system?
12     A. Yes.
13     Q. Now, in your résumé, you state, if I read this
14  accurately, second page, Exhibit 2, top of the page, it
15  says that "Houston Radiology Associated, 2012 to the
16  present, Interventional Radiology Chief, Methodist Sugar
17  Land Hospital 2017."
18     A. Yes.
19     Q. So as of this year, you have become the
20  interventional radiology chief at Methodist Sugar Land
21  Hospital?
22     A. Yes.
23     Q. And did that just occur early in 2017?
24     A. Yes.
25     Q. What does that mean, to be the chief of

Adrian A. Wong, M.D.

Page 18

1    interventional radiology at Sugar Land Methodist?
2       A.  It's the point person for the concerns for the
3    department regarding interventional radiology.  If there
4    is an issue with nursing or techs or planning for
5    patient -- with workflow, things like that, it's somebody
6    that helps to manage the department, make sure that it
7    runs smoothly, makes sure that the -- if there are any
8    concerns, that they would come through me as a
9    discussion.
10      Q.  All right.  As the chief, do you have a say in
11   which medical devices are in the inventory at Methodist
12   Sugar Land?
13      A.  Not particularly.  I would be the spokesperson
14   for our group.  We would have a discussion first as to
15   what we would do as far as changing any standard of care
16   that we've already set out.
17      Q.  All right.  What about in 2015, you were not
18   the chief at Sugar Land, correct?
19      A.  No.
20      Q.  What was your position in 2015 with Houston
21   Radiology Associates?
22      A.  I was an associate.
23      Q.  You became partner when?
24      A.  In 2016.
25      Q.  Meaning you have ownership of the association?

Page 19

1       A.  I have part ownership, yes.
2       Q.  Part ownership is what I meant.
3       A.  Yes.  Yes.
4       Q.  Did you have any say, since you weren't the
5    spokesperson in 2015 for Methodist Sugar Land, as to what
6    particular medical devices were stocked in the inventory?
7       A.  We always have a voice to say something, but
8    there is a decision that has to be made by our group as
9    to what we want as far as devices, and then that then
10   gets presented to the -- I believe at the time to the --
11   to Methodist Sugar Land, and they can decide what they're
12   going to do as far as ordering things and how they're
13   going to do it.
14      Q.  Is Methodist Sugar Land always the same as
15   Methodist in the Medical Center?
16      A.  They're --
17      Q.  In terms -- I should ask a better question.  In
18   terms of what products are stocked, medical devices are
19   stocked or inventoried, is Sugar Land the same as the
20   Medical Center Methodist?
21      A.  For the most part.
22      Q.  And that, back in 2015, you had a say in that,
23   that if you felt like, in this case a filter, an IVC
24   filter, one was better than the other, you had at least a
25   say in that, could voice your concerns?

Page 20

1       A.  I could voice a concern, yes.
2       Q.  Wouldn't be guaranteed it would be -- the
3    decision, but you could voice your concern?
4       A.  Not at that time.  I mean, I was just hired, so
5    I was not in a position to make any decisions at that
6    point.
7       Q.  Do you know Dr. Lumsden at Methodist, the
8    medical director?
9       A.  I have worked with him before, yes.
10      Q.  In what capacity?
11      A.  We have discussed a case before.  I've worked
12   with him in care of a patient of his.
13      Q.  What is his specialty?
14      A.  Vascular surgery.
15      Q.  The Houston Radiology Associates -- this may be
16   a dumb question, but they're all radiologists, correct?
17      A.  Correct.
18      Q.  You don't have vascular surgeons in that group?
19      A.  Do not.
20      Q.  You don't have any interventional radiologists
21   within that group that are also vascular surgeons?
22      A.  No.
23      Q.  If you, back in 2015, thought that a medical
24   device was unsafe or you thought there was a better
25   medical device to use, you as a doctor within your group,

Page 21

1    although you're just an associate, you could certainly
2    refuse to use the device, correct?
3       A.  I could, but I would feel that there was a lot
4    of pressure from my group to use a certain device because
5    that's been used and the decision to make -- the decision
6    to use a device has already been made by the group before
7    I even had started there.
8       Q.  Fair enough.  You might feel some pressure, but
9    if you felt there was a better product, you as an
10   independent doctor treating your patients had the right
11   to refuse to use a product?
12      A.  I would, yes.
13      Q.  Nobody can force you to use a product, in other
14   words, in your practice?
15      A.  Correct.
16      Q.  You obviously want the safest devices for your
17   patients, true?
18      A.  I want the devices that I feel are going to
19   meet the standard of care for my patients.
20      Q.  Well, and certainly within the standard of
21   care, you want a device that's safer than another device
22   that would also be part of the standard of care?
23      A.  There are a lot of devices that are out there
24   that have various risk profiles.  No one product is
25   without risk or without -- you know, they all have a risk

Adrian A. Wong, M.D.

Page 22

1  profile, and what we do, again, is try to decide as a
2  group which is the best product that we agree to use that
3  would meet the standard of care for our patients.
4      Q.  How are you defining "standard of care"?
5      A.  Something, one that is -- has been set by the
6  group before -- before I got there.
7      Q.  So standard of care being one that is set by
8  the radiology associate group that you're a member of?
9      A.  Yes.
10     Q.  Okay.  Anything else?
11     A.  SIR and other -- other clinical just based on
12  how -- how a hospital functions, there's various ways
13  that clinicians function amongst each other at various
14  hospitals, so everybody takes data that they have gained
15  from their training, either in fellowship or residency,
16  plus the things that they have learned individually
17  throughout their course as a physician at a particular
18  hospital, and that is the standard of care.  That's how
19  it is defined.
20     Q.  All right.  I think I understood your answer to
21  be the standard of care being what has been decided upon
22  by your radiology group as well as your training and
23  experience?
24     A.  Correct.
25     Q.  As well as the SRI?

Page 23

1      A.  Correct.
2      Q.  SIR, which is the Society of Interventional
3  Radiologists, correct?
4      A.  Correct.  There's a lot of things that goes
5  into it, yes.
6      Q.  Now, the specialty of interventional radiology
7  involves many medical devices, true?
8      A.  Yes.
9      Q.  Stents, sheaths, filters, all of these are used
10  by interventional radiologists?
11     A.  Yes.
12     Q.  Because of that, you read a lot of IFUs,
13  instructions for use, on these medical devices, true?
14     A.  Yes.
15     Q.  And obviously, as a doctor in the field of
16  interventional radiology, you rely upon the IFUs to
17  accurately discuss the risks of devices; is that fair?
18     A.  Partly.  That doesn't necessarily define the
19  whole reason how we define how we use the device.  That's
20  something that you take into account, but there's also
21  research, there's experience that other people have had
22  using devices for things that are -- you know, they --
23  that fit what the patient needed at the time.
24     Q.  Yeah.  And I wasn't trying to be global in my
25  question.

Page 24

1      A.  Okay.
2      Q.  Really my question was:  You as an
3  interventional radiologist and one who uses many medical
4  devices, you rely in part on the accuracy of the IFU to
5  tell you the risks with that device?
6      A.  In part.  That is not the only source of
7  information to --
8      Q.  But you, Dr. Wong, rely on those, true?
9      A.  In part.
10     Q.  You understand -- you and I just met today,
11  correct?
12     A.  Correct.
13     Q.  And thank you for speaking out loud or
14  answering out loud, because he's taking everything down.
15  If you'd continue to do that, I'd appreciate it.
16     A.  Sure.
17     Q.  Also, if you don't understand any question,
18  just ask me to rephrase and I'll do that, okay?
19     A.  Okay.
20     Q.  And if you do answer, I'm going to assume that
21  you understood my question and I'm going to ask the next
22  one, if you answer it, okay?
23     A.  Okay.
24     Q.  You understand we're here because you implanted
25  a filter, a Celect -- Cook Celect filter in my client,

Page 25

1  Jeff Pavlock, on March 3rd, 2015?
2      A.  Yes.
3      Q.  And you have since that time read his medical
4  course since March of 2015 until today from medical
5  records provided you by counsel, correct?
6      A.  Yes.
7      Q.  Do you remember Jeff Pavlock?  And I know it's
8  been two and a half years, and I'm not trying to be
9  critical, but I'm just curious if you remember him, two
10  and a half years ago, implanting?
11     A.  I do.  I remember he came into the ER, was
12  probably -- I think he was a little nervous about putting
13  it in, but, I mean, not any more than anybody else.  And
14  he was coming in for abdominal surgery.
15     Q.  What do you remember about him?
16     A.  That he -- that he was -- he was a younger
17  person that was coming in through the ER for his
18  abdominal surgery.
19     Q.  Do you remember what he looked like?
20     A.  I have a vague recollection, but I can't give
21  you any specifics.
22     Q.  Do you remember any specific conversations you
23  had with him two and a half years ago?
24     A.  Specific conversations, no.
25     Q.  And the medical records, they reflect that

7 (Pages 22 to 25)

Adrian A. Wong, M.D.

Page 26

1    Dr. Rupesh Nigam, his primary care physician, referred
2    Jeff Pavlock for a placement of a filter.
3              Did you see that?
4        A.  That's correct.
5        Q.  Do you know Dr. Nigam?
6        A.  I do not.
7        Q.  You don't know whether he's referred other
8    patients to you or the Radiology Associates group for
9    placement of a filter prior to that time?
10       A.  I do not.
11       Q.  Do you know the specialty of Dr. Nigam -- I may
12   be pronouncing that wrong.  N-I-G-A-M.
13       A.  I believe that he is an interventional -- or
14   I'm sorry, internal medicine.
15       Q.  Have you ever talked to him about this case?
16       A.  No.
17       Q.  And I understand, I want to be clear on this.
18   You did not read Dr. Nigam's medical records prior to
19   placement of the Celect filter on March 3rd, 2015?
20       A.  I read his history and physical, which was the
21   document that he created on the day of the placement.
22       Q.  But you don't recall any conversation with him,
23   but you read his history and physical, his HP; is that
24   correct?
25       A.  Correct.

Page 27

1        Q.  Anything else concerning records that were
2    authored --
3        A.  By him?
4        Q.  Yes, by Dr. Nigam?
5        A.  No.
6        Q.  Do you know Dr. Patel, Tejash, T-E-J-A-S-H,
7    Patel?
8        A.  I do not personally know that person, no.
9        Q.  You don't know what specialty he is then,
10   correct?
11       A.  Based on my review of the medical records,
12   looks like hematology.
13       Q.  All right.  And do you know or to your
14   knowledge had Dr. Patel, the hematologist, ever referred
15   a patient to your group or you individually for placement
16   of a filter?
17       A.  I do not.
18       Q.  When they refer patients -- maybe "referring"
19   is the wrong term, but when they get a patient to you,
20   will it be to you, Dr. Wong, when somebody needs a
21   filter, or will it be to the group?
22       A.  It will be to the group.
23       Q.  And the way you happen to get that patient is
24   just by circumstance?
25       A.  Correct.

Page 28

1        Q.  It may have easily been someone else in your
2    group that day that received the referral or consult from
3    Dr. Nigam?
4        A.  Correct.
5        Q.  Lucky you.
6              Do you recall a time -- now I want to go
7    back to 2014-2015 when you were an associate -- when you
8    had a referral from a doctor like Dr. Nigam who
9    determined that his patient needed a filter prior to
10   surgery or any other circumstance -- do you recall a time
11   when you said you would not place a filter because you
12   didn't think the filter was indicated?
13       A.  There are times when, if the -- based on my
14   clinical knowledge, if there is a concern that's raised
15   by that, that I can discuss that with the clinician, but
16   usually it is a conversation, a discussion that is
17   usually had at that point that would bring up my
18   concerns, their concerns.  Most of the time the filter
19   will be placed.
20       Q.  And I guess that's my question:  Do you recall
21   a time when a filter was not placed because you made a
22   determination that you didn't think one was indicated,
23   you didn't think it was safe or whatever reason that you
24   can think of as we sit here today, do you recall a time
25   when you did not place a filter?

Page 29

1        A.  In 2014-15?
2        Q.  Yes.
3        A.  I do not recall a time.
4        Q.  Do you know Dr. Ponce de Leon?
5        A.  I have -- just by his name.  I do not know him
6    personally.
7        Q.  Okay.  Just because you've read the medical
8    records concerning his surgery?
9        A.  I've also worked with him before regarding just
10   treatment of similar patients.
11       Q.  Has he referred patients to you for
12   implantation or placement of a filter?
13       A.  Not that I can recall and not to me personally.
14       Q.  So you can't recall any of these doctors,
15   Nigam, Patel, Ponce de Leon, ever referring a patient to
16   you prior to referring Jeff Pavlock?
17       A.  Specifically to me, no, I cannot.
18       Q.  Or to your group?
19       A.  I cannot.  I mean, like I said, it's
20   circumstance whether or not I'm there.
21       Q.  For what indications would you, Dr. Wong,
22   today, place a filter?
23       A.  For a patient that is at risk for pulmonary
24   embolus, somebody that has DVTs, somebody that cannot
25   receive blood thinners, somebody that's at risk for any

8 (Pages 26 to 29)

Adrian A. Wong, M.D.

Page 30

1   of those things that has recurrence of their DVTs;
2   somebody who has risk factors for potentially the
3   development of a PE, and if they were to get one, that it
4   would be something that would be detrimental for their
5   health.
6        Q.   In your mind, does a patient have to have an
7   existing VTE, or venous thromboembolism, and a
8   contraindication for failed anticoagulation prior to your
9   placement of a filter?
10       A.   That would be a reason.
11       Q.   Would that be the only reason, or would you
12  also place them purely prophylactically with -- or for a
13  patient without existing VTE?
14       A.   That has been done in the past with our group,
15  yes.
16       Q.   And does your group currently do that?
17       A.   Currently, we do not.
18       Q.   When did that change?
19       A.   That is something that's been gradually
20  occurring over the past few years.
21       Q.   Was there a hard-and-fast rule that went down
22  on a certain date that your group would no longer place
23  filters with someone without existing VTE and
24  contraindication to anticoagulation?
25       A.   That is not a hard-and-fast rule.  Again,

Page 31

1   that's a decision that's usually made not specifically by
2   us.  That's something that would require discussion.
3   Sometimes the filters are placed if the clinical scenario
4   is such that the patient is at very high risk of a
5   development of a DVT and possibly PE because they are not
6   a candidate for blood thinners.
7        Q.   You stated, though, that your group currently
8   does not place a filter in a patient without an existing
9   VTE, correct?
10       A.   It requires a discussion.  I was incorrect in
11  saying that we -- it's a hard-and-fast rule.  That's
12  something that we have placed filters in before for
13  patients that do not have DVT or have the history of DVT
14  that cannot get blood thinners that are at risk that --
15       Q.   Can we -- I'm sorry, I didn't mean to interrupt
16  you.
17            Can we agree that today versus in 2015
18  you're placing less filters for prophylactic use?
19       A.   It's hard to say.  I think that recently we
20  have placed filters in that -- in people that are at high
21  risk for developing a DVT that are high risk for PE that
22  have not had blood thinners, but, you know, I think the
23  overall reasons we're putting them in are for -- you
24  know, we see a lot of cancer patients and things like
25  that, so we are still putting them in prophylactically,

Page 32

1   but less, most likely.
2        Q.   And that decision was made by the group as a
3   whole?
4        A.   That was a decision that was discussed amongst
5   ourselves, yes.
6        Q.   And why was that decision made?
7        A.   We have come up with, you know, our -- I guess
8   our -- our reasons for putting them in are -- have been
9   changing just over the course of the past few years, just
10  based on some of the litigation and things like that,
11  some of the research that has come out since -- since
12  that time.
13            So we are --
14       Q.   So am I correct in summarizing that you have
15  reduced the use for strictly prophylactic filter
16  placement because of litigation and current science?
17       A.   We have, yes.
18       Q.   So the jury understands this:  You as an
19  interventional radiologist are not typically the primary
20  care physician of the patients in which you treat?
21       A.   Correct.
22       Q.   You are referred patients typically for
23  placement of a filter, and you will not then typically
24  follow that patient on a regular basis as his primary
25  care physician, correct?

Page 33

1        A.   Correct.
2        Q.   You may be called upon to remove a filter on a
3   certain date or you may not be because that patient might
4   go to another doctor for retrieval, correct?
5        A.   Correct.
6        Q.   And you're not critical of a patient that has a
7   filter placed by you and then proceeds to another
8   interventional radiologist or vascular surgeon for that
9   reason to remove the filter, are you?
10       A.   I'm sorry?  I didn't understand the question.
11       Q.   That was a bad question, and I guess I'm asking
12  you this question:  Jeff Pavlock had a filter placed by
13  you, but then he went to Dr. Brodie and Dr. Fischer for
14  removal.  Are you critical of a patient that sees other
15  doctors to retrieve a filter?
16       A.   Critical in what respect?
17       Q.   Do you think that he should have came back to
18  you?
19       A.   No.
20       Q.   I saw also a website that says that you're,
21  quote, "not accepting new patients," and I'm not sure
22  what that meant.  Could you tell us?
23       A.   Our website is under construction.  We don't
24  have a very robust website, so as far as accepting new
25  patients, that's more built for a clinician in the

Adrian A. Wong, M.D.

Page 34

1  respect that if I was -- had a clinic or I had an office
2  that I could see people from the street and do that, then
3  I guess I...
4      Q.  I see.
5      A.  But as far as receiving consults, that has no
6  bearing on that.
7      Q.  Okay.  So because of your position as an
8  interventional radiologist, you're not seeing people
9  coming directly to you; you're having referrals to you?
10     A.  Yes.
11     Q.  Have you met with any of the Cook lawyers prior
12  to your deposition today?
13     A.  No.
14     Q.  Have you talked with any other lawyers other
15  than your lawyer?  I don't want to know anything about
16  what you talked about with your lawyer, but have you met
17  with anybody else concerning this deposition or this
18  case?
19     A.  No.
20     Q.  And I think you told us that you read the
21  studies referenced in Dr. Kuritza's report, correct?
22     A.  I have, yes.
23     Q.  Have you read those studies before?
24     A.  I was familiar with them.  Do I recall
25  specifically reading them, I don't, but I'm familiar with

Page 35

1  all the information in them.
2      Q.  You saw Jeff on just one occasion, Jeff Pavlock
3  on just one occasion, on March 3, 2015 for placement of a
4  filter; is that correct?
5      A.  Yes.
6      Q.  I've been through all the medical records; I
7  want to make sure I didn't miss anything.
8          Are there any other medical records
9  concerning your treatment and care of Jeff Pavlock?
10     A.  No.
11         (Wong Deposition Exhibit 3 marked.)
12     Q.  (BY MR. MATTHEWS)  I'll show you Exhibit 3.
13  These are medical records I've taken out of a larger
14  medical record, pages 7 through 10, which refer to Jeff
15  Pavlock, and you, Dr. Adrian Wong.
16         Have you seen this before?
17     A.  Yes, sir.
18     Q.  All right.  And the first page, 7, of
19  Exhibit 3, these are nurse's notes, correct?
20     A.  Yes.
21     Q.  None of this is your handwriting?
22     A.  Correct.
23     Q.  This appears to be an RN by the name of Barrett
24  at the bottom of the page.
25         Do you see that?

Page 36

1      A.  Yes.
2      Q.  Do you know who that is?
3      A.  Yes.
4      Q.  Is that someone you're currently or still
5  working with?
6      A.  No.
7      Q.  And this talks about the physician performing
8  is Adrian Wong.  That's you, correct?
9      A.  Yes.
10     Q.  There's a consent, history and physical,
11  medications reviewed, pacemaker present, time-out
12  completed, and then BUN/creatinine.  None of this writing
13  is yours on the first page, 7?
14     A.  Correct.
15     Q.  If we look at the second page, or page 8 and
16  9 --
17     A.  Okay.
18     Q.  -- those two pages are pages that were
19  transcribed by you, it says at 17:01 on the second page,
20  correct?
21     A.  Correct.
22     Q.  So these would be your notes?
23     A.  Correct, this is my dictation.
24     Q.  This dictation occurred on the same day that
25  you implanted the filter in Jeff Pavlock, correct?

Page 37

1      A.  Correct.
2      Q.  And it says "Department of Radiology, 6565
3  Fannin."  That's the medical center hospital, correct?
4      A.  Correct.
5      Q.  But that's not where you placed this?
6      A.  No.
7      Q.  You placed this at the Sugar Land address,
8  which is what?
9      A.  I'm not sure what it is off the top of my head.
10     Q.  Okay.  All right.  At the top of this it says
11  Jeff Pavlock, and then a long account number.  Do you
12  know what that is?
13     A.  Probably something to do with his account, I
14  guess, at the hospital.
15     Q.  Okay.  It says the ordering physician is Rupesh
16  Nigam?
17     A.  Yes.
18     Q.  Attending, Rajeeb Guharoy.
19         Do you know either of those doctors?
20     A.  I knew Dr. Nigam from the medical records, and
21  Dr. Guharoy is one of the ER physicians.
22     Q.  Do you know them personally as to who they are?
23     A.  I do not.
24     Q.  All right.  It says, "Insert endovas," and I
25  assume that's endovascular vena cava filter?

10 (Pages 34 to 37)

Adrian A. Wong, M.D.

Page 38

1    A. Correct.
2    Q. And there's "Exam: E-123." What is that
3 number?
4    A. I believe that is the number that allows me to
5 reference that in my -- in the dictation system or -- or
6 no, dictation system.
7    Q. Okay. It says "Performing Radiologist, Adrian
8 Wong, MD; Assistants, None." So you had no assistants
9 during this procedure?
10    A. I -- not working directly with me. I have a
11 radiology tech and a nurse in the room. I don't
12 usually -- nobody's actually helping me perform the
13 procedure. They're there to provide me with support.
14    Q. Did you ever have employees of Cook in the OR
15 or cath lab with you when implanting the filter?
16    A. No.
17    Q. It says, "Anesthesia, moderate sedation
18 administered by the procedure nurse, monitored by the
19 procedure physician." That would be you?
20    A. Yes.
21    Q. Lidocaine 1%. Under "Preprocedure Diagnosis,"
22 it states, "History of deep vein thrombosis, currently on
23 anticoagulation, however, the patient presents for
24 abdominal surgery."
25    A. Correct.

Page 39

1    Q. Dr. Wong, did you know the extent at this time
2 of the DVT?
3    A. I do not recall. I most likely reviewed
4 Mister -- or sorry, Dr. Nigam's history and physical.
5    Q. Do you know where it was in the body?
6    A. At this time, I may have. I'm not exactly
7 sure.
8    Q. If you had read it, would you have normally
9 dictated that within your history and physical?
10    A. It depends. Sometimes these are dictated a few
11 hours after the case, so I write down a general
12 impression of what I did.
13    Q. As we sit here today, you don't know the extent
14 or where the DVT was located, right?
15    A. Today?
16    Q. Well --
17    A. Sorry.
18    Q. Looking back at the time that this was dictated
19 on March 3rd, 2015, did you know the extent of the DVT
20 and the location of it?
21    A. I cannot recall.
22    Q. What about whether it was a provoked DVT or a
23 nonprovoked DVT?
24    A. I --
25    Q. I'm talking about back in 2015.

Page 40

1    A. I believe in the history and physical,
2 Dr. Nigam says after a knee surgery, so just --
3    Q. None of that's reflected in your report,
4 though, right?
5    A. That is not, no.
6    Q. It says that -- the "Post Procedure Diagnosis,
7 History of deep vein thrombosis, currently on
8 anticoagulation."
9        Do you recall what anticoagulation he was
10 on?
11    A. I do not.
12    Q. The patient was presenting from abdominal
13 surgery. Would that be a point where he could not be on
14 anticoagulation?
15    A. Any kind of invasive surgery like that, yes.
16    Q. And how long at this point in time did you plan
17 that he would need to be off anticoagulation, or is that
18 a decision that you don't make?
19    A. That's a decision that I don't make.
20    Q. Okay. Do you typically reflect in your
21 dictation how long a patient will be off of
22 anticoagulation for purposes of stopping clots from
23 becoming PEs?
24    A. I don't have any control over the patient
25 getting anticoagulation, stopping or restarting

Page 41

1 anticoagulation, so I don't usually put that in my notes.
2    Q. And within this dictation, it does not reflect
3 the type of filter that was used, correct?
4    A. The specific type, no. It does say a
5 retrievable filter, but it does not say the brand name,
6 no.
7    Q. Back in March of 2015, were you, Dr. Wong,
8 strictly placing Cook Celect filters?
9    A. Yes.
10    Q. And was the Methodist Sugar Land facility, all
11 doctors within that facility that were placing filters
12 placing Celect filters?
13    A. Yes.
14    Q. So we can safely assume this is a Celect filter
15 you're implanting, correct?
16    A. Yes.
17    Q. It says, "Written informed consent for the
18 procedure and monitored conscious sedation was
19 obtained...
20        "The right neck was then prepped and draped
21 in the usual sterile fashion. 1% lidocaine was used."
22        Back in 2015 did you always have
23 placement -- jugular placement?
24    A. It depends on the patient.
25    Q. So you would go some femoral, some jugular?

11 (Pages 38 to 41)

Adrian A. Wong, M.D.

Page 42

1    A.  Correct.
2    Q.  At the time of placement of this filter, did
3  you see any problem with the filter, any visible defect
4  or bad condition of the filter upon placement?
5    A.  No.
6    Q.  There's no evidence that this filter was
7  changed, how it was shipped to you, when you took it out
8  of the package to place it that it was in proper
9  condition, correct?
10    A.  Correct.  The technologist would never place
11  that on the table if there was a defect in the packaging
12  or anything like that.
13    Q.  All right.  It says the .035-inch J wire was
14  advanced into the IVC under fluoroscopic guidance.
15  Tissue appropriately dilated to accommodate a 7 French
16  delivery sheath.
17        Did you have any problem with the
18  administration of the wire or the sheath?
19    A.  No.
20    Q.  "A venogram was then performed."  So that
21  venogram was actually performed before implantation?
22    A.  Correct.
23    Q.  Do you typically perform one after
24  implantation?
25    A.  I do not.

Page 43

1    Q.  Some doctors do.  You don't?
2    A.  Some people do, correct.
3    Q.  It says, "Renal vein confluence then
4  identified, retrievable inferior vena cava filter was
5  placed at level L2.  Sheath was then removed, hemostasis
6  was achieved with manual compression."
7        What does that mean, "manual compression"?
8    A.  That I just hold some pressure.
9    Q.  All right.  With your hand?
10    A.  Correct.
11    Q.  And the fluoro time was one minute?
12    A.  Correct.
13    Q.  No complications?
14    A.  Correct.
15    Q.  Minimal blood loss?
16    A.  Correct.
17    Q.  Inferior vena cava is patent, meaning there was
18  blood flow, correct?
19    A.  Correct.
20    Q.  No thrombus or narrowing, stenosis, right?
21    A.  Correct.
22    Q.  This was a successful implantation of a Celect
23  filter?
24    A.  Correct.
25    Q.  And if there had been any tilt at that time of

Page 44

1  placement, would that have been noted in your dictation?
2    A.  It would have been something that I would have
3  noted and tried to remedy, if I saw that.
4    Q.  There is no mention of that within this,
5  correct?
6    A.  Correct.
7    Q.  After placing this filter, when is the next
8  time that you heard from or about the patient, Jeff
9  Pavlock?
10    A.  The time that I was served papers.
11    Q.  I think you've testified that you're one of six
12  or seven interventional radiologists at Sugar Land that
13  were placing --
14    A.  Correct.
15    Q.  I'm sorry.  Not Sugar Land, but the entire --
16    A.  Yes.
17    Q.  -- radiology association that were placing
18  filters, correct?
19    A.  Correct.
20    Q.  Do you have knowledge of how many back in 2015
21  you were placing per week?
22    A.  Not specifically, no.
23    Q.  Prior to starting at Methodist, had you placed
24  other filters?
25    A.  I had placed Günther Tulip filters.

Page 45

1    Q.  Anything besides Tulip or the Celect?
2    A.  No.
3    Q.  In your career?
4    A.  No.
5    Q.  When you were at -- and I want to back up again
6  to 2015 when you were an associate at the Radiology
7  Associates group, were you called upon by a sales rep by
8  the name of Heidi Byrom?
9    A.  Yes.  I'm familiar with who she is, yes.
10    Q.  You recall Heidi.  She came to the hospital
11  from time to time to discuss filters and other products?
12    A.  Other products, yes, and filters, yeah.
13    Q.  Did she supply brochures and information to you
14  to either use yourself or to give to patients?
15    A.  Not that I recall.
16    Q.  Did she meet with other interventional
17  radiologists besides you?
18    A.  Yes.
19    Q.  She was there on a regular basis, either
20  meeting with you or other interventional radiologists at
21  Methodist Sugar Land; is that right?
22        MR. MANDLER:  Object as to form.
23    A.  I wouldn't say a regular basis.  I couldn't
24  recognize a specific pattern to when she would be there.
25  It just happened to be whenever I saw her.

Adrian A. Wong, M.D.

Page 46

1    Q. (BY MR. MATTHEWS) Well, I want to go back to
2  the time frame of 2014 and 2015, prior to the placement
3  of the filter in Jeff Pavlock, okay?
4    A. (Nods head.)
5    Q. Did Ms. Byrom inform you that there was a new
6  Celect Platinum on the market prior to implantation of
7  Jeff Pavlock?
8    A. I cannot recall.
9       (Wong Deposition Exhibit 4 marked.)
10   Q. (BY MR. MATTHEWS) Let me show you Exhibit 4.
11  Give you a minute to read that.  This is an e-mail from
12  Heidi Byrom, the sales rep for Cook, to Dr. Lumsden, the
13  medical director at Methodist who you said you had worked
14  on at least one case with, correct?
15   A. Correct.
16   Q. Now, this is dated 7/11/2013, and Heidi is
17  writing to Dr. Lumsden that the product manager for
18  filters is going to be in town and he's going to bring
19  the new filter and deployment system with him.  This is
20  in July of 2013.
21      Were you informed at that time that there
22  was a new filter that Cook had developed for placement?
23   A. This -- this is right when I was hired.  This
24  may've actually predated the time that I was hired, so I
25  wasn't working at Methodist at the time, based on this

Page 47

1  date here.
2    Q. Well, from this date right when you were hired
3  in the middle of 2013 until placement of the filter, had
4  you had discussions with Darrell Talbert, Bruce Fleck or
5  any other product managers for Cook?
6    A. I'm not familiar with who those people are.
7    Q. Other than Heidi Byrom, did you speak with
8  other Cook representatives?
9    A. No.
10   Q. You don't recall whether she discussed with you
11  in 2013 whether there was a new filter that had been
12  cleared for marketing?
13   A. Again, I had just gotten hired.  I had minimal
14  contact with sales reps at the time.  I don't recall
15  anything, no.
16   Q. You don't recall anytime in 2014 where Heidi
17  Byrom had told you that there was a product on the market
18  that had been developed by Cook that perforated less than
19  the Celect filter?
20   A. I do not recall that.
21   Q. Let me ask you, Dr. Wong, if a new filter had
22  been tested and shown to perforate less, would that be
23  information you would want to know as a doctor
24  implanting --
25      MR. MANDLER: Object as to form.

Page 48

1    Q. (BY MR. MATTHEWS) -- implanting filters in
2  patients such as Jeff Pavlock?
3    A. That's something that -- it would be
4  information that we would have to look at and decide what
5  we were going to do.  You know, I think that there are
6  lots of products that are out there that have various
7  risks and benefits.  The Celect filter that we were using
8  is a filter that I actually used pretty extensively
9  throughout my training and fellowship and, you know, when
10  I came here to Methodist, that's what we were using
11  again.  I hadn't in my practice seen any specific
12  complications related to the filter at the time.
13      MR. MATTHEWS: I'm going to object as
14  nonresponsive.
15   Q. (BY MR. MATTHEWS) My question was simply:  If
16  there was a new filter that was tested by Cook and it was
17  shown to perforate outside the IVC less, would that be
18  information you would want to know as a treating doctor?
19   A. Sure.
20      MR. MANDLER: Object as to form.
21   Q. (BY MR. MATTHEWS) That was a yes?
22   A. Yes.
23   Q. Did anyone at Cook, whether it be Heidi Byrom
24  or anyone else at Cook, inform you prior to the placement
25  of the filter in Jeff Pavlock as to why they were

Page 49

1  developing a new filter from the Celect?
2    A. Again, I don't recall any conversations that I
3  had specifically about the filters and -- or new filters
4  or anything that -- along those lines, no.
5    Q. If a filter is in inventory at Methodist Sugar
6  Land, how long could it be on the shelf?  Is there a
7  limit as to how long a filter could be, by your internal
8  standards, on the shelf before sold?
9    A. There's an expiration date on the filter.
10   Q. That's placed on that by Cook, correct?
11   A. Yes, I believe so.
12   Q. And who oversaw the filters to make sure that
13  none had expired before use?
14   A. Usually there's an inventory that's done by the
15  technologists, and I believe that happens once a year.
16   Q. And who would that be?
17   A. The technologist or the --
18   Q. The technologist, yes.
19   A. That's the radiology technologist who
20  essentially is somebody that helps me with the cases,
21  somebody that is familiar with the equipment that we use
22  and then is responsible for checking, making sure things
23  don't expire.
24   Q. Okay.
25   A. And if anything needs to be ordered, they would

13 (Pages 46 to 49)

Adrian A. Wong, M.D.

Page 50

1    order it.
2        Q.  I understand.  And talking about a new filter
3    on the market from a manufacturer, and I think your
4    testimony was you'd have to discuss that with your group,
5    correct?
6        A.  Correct.
7        Q.  If, in fact, the manufacturer had determined
8    that a product was safer than the previous generation
9    product, is that something you would want to know?
10       A.  If that was information that was available,
11   yes.
12       Q.  And you were never informed by Cook there was a
13   new product called Celect Platinum on the market prior to
14   implanting Jeff Pavlock, correct?
15       A.  No, I don't recall that, no.
16       Q.  As we sit here today, has Cook ever informed
17   you that the Celect Platinum was developed because of a
18   perforation issue with the Celect?
19       A.  Not specifically.
20           MR. MANDLER:  Object as to form.
21       Q.  (BY MR. MATTHEWS)  I'm sorry?
22       A.  Not specifically.  I don't recall any
23   conversation that specifically addressed that.
24       Q.  Well, have you ever had a "Dear Doctor" or
25   "Dear Healthcare Professional" letter sent to you that

Page 51

1    said -- from Cook, that they've developed a filter
2    because the other previous generation was perforating
3    excessively?
4            MR. MANDLER:  Object as to form.
5        A.  I have not.
6        Q.  (BY MR. MATTHEWS)  Have you ever been told that
7    by Heidi Byrom?
8        A.  Not that I can recall.
9        Q.  Have you ever been told that by any employee at
10   Cook?
11       A.  Again, the only person that I would have had
12   contact with is Heidi.
13       Q.  Prior to implanting Jeff Pavlock on March 3rd,
14   2015, did you know by 2014 that Celect, the Cook Celect
15   filter, had been the subject of several articles in JVIR
16   about its tendency to perforate the IVC?
17       A.  I knew that there was literature out there
18   about filters perforating.  Specifically the Celect
19   filter, I was not aware of.
20       Q.  And Heidi Byrom in 2014, specific to that time
21   frame, had never discussed with you any of the articles
22   that, specific to the Celect filter, showed the Celect
23   filter had a tendency to perforate more than other
24   filters?
25           MR. MANDLER:  Object as to form.

Page 52

1        A.  I can't recall.
2        Q.  (BY MR. MATTHEWS)  You don't recall that
3    conversation ever happening, correct?
4        A.  I -- no.  No, I don't.
5        Q.  And were you familiar with the Durack and the
6    Dow and the Zhou articles that were occurring in 2012,
7    2013 and 2014?
8        A.  I would have to look at those articles.  Based
9    on those names, I don't -- I don't know.
10       Q.  Okay.  And I think you testified you just
11   started in the middle of 2013, correct?
12       A.  Yes.  Or -- yeah.  '12, '13, yes.  Or it's
13   actually 2000 -- I'm sorry.  2012 is when I started.
14   2013, I would have been there for a year.  I'm sorry.  My
15   apologies.  It would have been 2012.
16       Q.  That's okay.
17       A.  It's been awhile.
18       Q.  But I want to clear this up.
19       A.  Yeah.
20       Q.  Your fellowship ended in 2012?
21       A.  That's correct.
22       Q.  And your first position was with the radiology
23   association?
24       A.  Yes.
25       Q.  And that was in 2012?

Page 53

1        A.  That was in 2012, yes, I'm sorry.  I misspoke
2    earlier.
3        Q.  You became a partner in 2016, I think you said.
4        A.  Yes.
5        Q.  And a chief at Methodist Sugar Land 2017?
6        A.  Yes.
7        Q.  And are you familiar with an article called
8    Sadaf during your fellowship training at Stanford?
9        A.  Based on the name, again, I'd have to look at
10   it.
11           (Wong Deposition Exhibit 5 marked.)
12       Q.  (BY MR. MATTHEWS)  Let me show you Exhibit 5.
13   Dr. Wong, as we sit here today, have you
14   seen this before?
15       A.  No.
16       Q.  All right.  This is titled "Significant Caval
17   Penetration by the Celect Inferior Vena Cava Filter:
18   Attributable to Filter Design?"  In the first paragraph
19   it states, quote, "Only filters with an unprotected
20   primary strut design have been associated with
21   penetration injuries such as the one described in this
22   case."
23           Had you been familiar with the fact that
24   the two of -- changed the -- the primary struts and
25   secondary strut connection from one generation to the

Adrian A. Wong, M.D.

Page 54

1   next? Did you know that?
2        A.  I'm sorry, when? Can you repeat the question?
3        Q.  Sure. When you were in your residency and
4   placing Cook Celect filters, did you know that there had
5   been a design change where the secondary strut had been
6   disconnected from the primary strut, creating the Celect
7   filter, or is that something you really didn't know at
8   the time?
9              MR. MANDLER:  Object as to form.
10       A.  I don't think so. I mean, I'd have to see the
11  definition of a primary strut and secondary strut. Are
12  you talking about actual fracture, or are you talking
13  about penetration; is that --
14       Q.  (BY MR. MATTHEWS)  I'm talking about the leg.
15       A.  Okay. You're saying there was a change in
16  design. I'm not familiar with the change in design
17  specifically with that.
18            (Wong Deposition Exhibit 6 marked.)
19       Q.  (BY MR. MATTHEWS)  All right. Let me show you
20  another study, Exhibit 6. This is the Durack -- I call
21  it Durack study because he was the first author. And
22  this was in the 2010 time frame. This was when you were
23  in your residency; is that correct?
24       A.  Yes.
25       Q.  Were you placing filters in your residency?

Page 55

1        A.  Not personally. My attendings were, and we
2   would observe them.
3        Q.  So you only started placing filters in your
4   fellowship?
5        A.  As a primary operator, yes.
6        Q.  You might be in the cath lab but you wouldn't
7   actually be the primary implanter?
8        A.  Correct.
9        Q.  Are you familiar with this study by Durack?
10       A.  I am not.
11       Q.  If we look at the results in the left column,
12  first page, you see at the bottom it says "Results"?
13       A.  Yes.
14       Q.  It says, "Perforation of at least one filter
15  component through the IVC was observed in 43 of 50
16  filters on CT scans obtained between 1 and 880 days after
17  filter placement."
18            Prior to today, did you know that at least
19  this study showed an 86% perforation through the IVC?
20       A.  I mean based on this --
21            MR. MANDLER:  Object as to form.
22       A.  Based on this study, I mean, I didn't know this
23  particular number from the study.
24       Q.  (BY MR. MATTHEWS)  Okay.
25       A.  It is something that is -- has been known, that

Page 56

1   filters do penetrate or perforate. It was -- based on
2   the teaching was that that can happen. It was a
3   relatively low incidence of happening, not significant
4   clinically a lot of the times, and that was a -- you
5   know, as far as this particular article, I wasn't
6   familiar with --
7              MR. MATTHEWS:  I'll object as
8   nonresponsive.
9        Q.  (BY MR. MATTHEWS)  My question was:  Did you
10  know in the 2010 time frame or thereafter that the Durack
11  study showed an 86% perforation rate of at least one
12  filter component?
13            MR. MANDLER:  Object as to form.
14       A.  I did not.
15            (Wong Deposition Exhibit 7 marked.)
16       Q.  (BY MR. MATTHEWS)  Exhibit 7, have you seen the
17  Zhou -- what I call the Zhou study of 120 Celect vena
18  cava filters at a single institution before?
19       A.  I have not seen this particular study, no.
20       Q.  This is from the Cleveland Clinic and that's a
21  well-regarded hospital, correct?
22       A.  Correct.
23       Q.  Do you know some interventional radiologists
24  from Cleveland Clinic?
25       A.  I do not.

Page 57

1        Q.  It states in the middle of the results, "The
2   available 115 pairs of placement and removal cavograms
3   suggested limb penetration in 99 cases, or 86.1% of the
4   time."
5              Do you see that?
6        A.  I do.
7        Q.  You are not familiar with either the Sadaf, the
8   Durack or the Zhou study as of 2012, nor today, correct?
9        A.  I am not, not specifically, no.
10            (Wong Deposition Exhibit 8 marked.)
11       Q.  (BY MR. MATTHEWS)  And then Exhibit 8, this is
12  another study also again with the primary author being
13  Zhou, also from the Cleveland Clinic. You're not
14  familiar with this study as well, correct?
15       A.  This specific study, no.
16       Q.  The middle of the results says, "Penetration of
17  primary leg was observed in 39% of patients within
18  30 days and 80% of patients within 90 days after
19  placement."
20            Do you see that?
21       A.  Yes.
22       Q.  So the first study we looked at showed 86%, the
23  second 86%, and the third 80% penetration of primary legs
24  through the IVC.
25            Is it fair to say that during the time that

15 (Pages 54 to 57)

Adrian A. Wong, M.D.

Page 58

1    you were called upon by Heidi Byrom, none of these
2    studies were ever discussed concerning the perforation
3    rate of the Celect filter?
4              MR. MANDLER:  Object as to form.
5         Q.  (BY MR. MATTHEWS)  True?
6         A.  I don't recall these, no.
7         Q.  All right.  Well, is that -- does that mean
8    that you don't recall that conversation ever happening;
9    is that fair?
10        A.  Correct.
11        Q.  And when you started placing filters at
12   Stanford, approximately how many filters would you be the
13   primary implanter on?
14        A.  That's hard to say.  I guess I would --
15        Q.  Well, you're there a year, correct?
16        A.  Correct.  I would probably say maybe 10 or 15.
17        Q.  10 or 15 Celects you placed?
18        A.  Correct.
19        Q.  That you were the primary implanter?
20        A.  I guess primary would be maybe half that.
21        Q.  So five or six?
22        A.  Correct.
23        Q.  And you knew Dr. Kuo when you were there,
24   correct?
25        A.  Correct.

Page 59

1         Q.  And he was a proponent of trying to keep track
2    of patients where filters were placed because of the
3    complication rates of the filters, correct?
4         A.  Correct.
5         Q.  Was there a system in place at Stanford that
6    you would try to make sure that you would track those
7    patients?
8         A.  There was a system, but it -- it was kind of a
9    loose system.  There wasn't anything specifically set up,
10   but there was a system.
11        Q.  But you didn't have any way to verify what
12   happened with every patient, the five or six that you
13   placed, what happened with that patient down the road
14   once you placed the filter; is that fair?
15        A.  Yeah, there wasn't a set date that the patient
16   returns back to clinic and you kind of discuss that.
17   It's difficult to follow the patients once they've had
18   them placed.
19        Q.  Many patients are lost to follow-up?
20        A.  That's -- yes.
21        Q.  Many patients might see other doctors, like
22   Jeff Pavlock, correct?
23        A.  Many -- yes.
24        Q.  So it's safe to say that of the five or six
25   that you were the primary implanter, you don't know

Page 60

1    exactly what happened to those patients; is that fair?
2         A.  That is fair.
3         Q.  I just showed you three studies that showed
4    greater than 80% perforation rates concerning the Celect
5    filter.
6              Dr. Wong, had you been warned of the
7    perforations with Celect filters were greater than 80% in
8    three studies and knew back in 2015 there was a product
9    on the market with the same efficacy that greatly reduced
10   perforations, safe to say you would have used that
11   product?
12             MR. SPROTT:  Don't answer the question.
13   The question is misleading.  The studies you just cited
14   were not prior.  You gave us 2016 studies and stuff in
15   the reports.  Do you want to reword the question?
16             MR. MANDLER:  I'll also object as to form.
17             MR. MATTHEWS:  Well --
18             MR. SPROTT:  I mean, you've shown a ton of
19   studies.  You said three studies.  I don't know which
20   three you're talking about here in the question.
21             MR. MATTHEWS:  Well, I will -- I'll drill
22   down on that, if you like.  I mean, the Durack study was
23   published in 2010.  The Zhou-I study was published in
24   2012, and the Zhou-II study was published in 2013 and --
25             MR. SPROTT:  Are all those studies on the

Page 61

1    Cook -- is that apples and apples?
2              MR. MATTHEWS:  Yeah, Joel, it's the Celect
3    filter.  I mean --
4              MR. SPROTT:  Well, this one says "Günther
5    Tulip and Celect retrievable filters," so I don't know if
6    that's apples to apples.  I don't want him misled.
7              MR. MATTHEWS:  Well, I mean, you know, my
8    question -- this is my burden to ask him if he would have
9    altered his prescribing habit.  You know, I mean, I've
10   got to ask this question.
11        Q.  (BY MR. MATTHEWS)  And my question is:  Had you
12   been warned by Cook that there were at least three
13   studies that showed a greater than 80% perforation rate
14   of the Celect filter and you knew that there was a
15   product made by Cook that greatly reduced perforations
16   like Jeff Pavlock had, is it safe to say you would have
17   used that product in 2015?
18             MR. MANDLER:  Object as to form.
19             MR. SPROTT:  Objection, form.
20        A.  Again, if there was a product out there like
21   that, it would have been nice to know.  That's not
22   something that potentially would have been readily
23   available on the shelf to have that ready to go.  Again,
24   it's a process in order for something like that to
25   happen.

16 (Pages 58 to 61)

Adrian A. Wong, M.D.

Page 62

1    Q. (BY MR. MATTHEWS) Well, if it was readily
2  available on the shelf in 2015, at the time of placement,
3  that is, a product that greatly reduced the perforation
4  of the Celect and it had similar efficacy, is that
5  something that you would have used?
6            MR. MANDLER: Object as to form.
7    A.  I mean, if it had a -- if they would have
8  presented -- if there was data that showed that this was
9  something that was -- had a similar efficacy, then yes.
10    Q. (BY MR. MATTHEWS) And in addition to that,
11  Dr. Wong, had you been informed that there was a product
12  that Cook made that was on the market in 2015 that
13  greatly reduced the risk of perforation, and it was
14  available to you as an implanting doctor, that's
15  something you certainly would have told your patient,
16  Jeff Pavlock?
17            MR. MANDLER: Object as to form.
18    A.  That there is a --
19    Q. (BY MR. MATTHEWS) Safer filter.
20    A.  A safe filter?
21    Q.  Safer filter.
22            MR. MANDLER: Same objection.
23    A.  Again, it's -- it's something that once you
24  change the type of filter or you're changing the product,
25  it's something that still needs to be evaluated.

Page 63

1            If the data showed that the old filter or
2  the old product didn't have -- had certain things that
3  were occurring with it and they modified it and they --
4  and they changed the product in some way, you know, I
5  still would be somewhat skeptical about trying it.  But,
6  I mean, I would be willing to listen to hear about it.
7    Q. (BY MR. MATTHEWS) All right. Assume with me
8  that the Celect filter that you implanted on March 3rd,
9  2015 perforated Jeff's IVC and then progressively
10  perforated his aorta, his duodenum, and his renal vein,
11  that was something you were never warned about in the
12  IFU, correct?
13            MR. MANDLER: Object as to form, assumes
14  facts not in evidence.
15    A.  I'm sorry, that it wasn't in the -- I guess,
16  what was the question?
17            MR. MATTHEWS: I'll ask it again.
18    Q. (BY MR. MATTHEWS) Assume with me that the
19  Celect filter that you implanted in Jeff Pavlock on
20  March 3rd, 2015 had perforated Jeff's IVC and then
21  progressively perforated his aorta, his duodenum and his
22  renal vein, assume that to be true, that was something
23  you were never warned about either in the IFU or by Cook?
24            MR. MANDLER: Same objection, foundation,
25  purports to ask an expert opinion.

Page 64

1    A.  That is a specific question.  I mean, I don't
2  think -- they would probably just, in a -- say that there
3  is a risk of perforation about specifically those organs,
4  you know, I -- or those structures, I don't know.  But, I
5  mean, I would assume they would discuss the risks of the
6  product.
7    Q. (BY MR. MATTHEWS) My question is specific, and
8  I think you just stated that there is mention in the IFU
9  that you might perforate the IVC, but in terms of what
10  happened with Jeff Pavlock, that there was a perforation
11  of his IVC and then there was a perforation of his aorta,
12  his duodenum and his renal vein, specific to that injury
13  to adjacent organs, that was something you were never
14  warned about in the IFU, correct?
15            MR. MANDLER: Same objection.
16    A.  There's -- I mean specifically, I don't recall
17  that being specifically in there.  I know they talk about
18  perforation, but specifically damage to surrounding
19  structures and specifically those in particular, you
20  know, I don't think is there.
21    Q. (BY MR. MATTHEWS) That's something that you
22  would want to have known prior to implanting the Celect
23  filter?
24            MR. MANDLER: Same objection.
25    Q. (BY MR. MATTHEWS) True?

Page 65

1    A.  That's something that is -- with the
2  perforation, there's a lot of structures there that
3  are -- potentially could be, I guess, touched by the
4  filter, yes.
5    Q.  But specific to perforating other adjacent
6  organs, that's something that you would have wanted to
7  know prior to placing the filter?
8    A.  Sure.  Yes.
9            MR. MATTHEWS: I think I've got to take a
10  break.
11            THE VIDEOGRAPHER: Off the record at
12  3:24 p.m.  This concludes File 1.
13            (Recess taken, 3:24 p.m. to 3:29 p.m.)
14            THE VIDEOGRAPHER: The time is 3:29 p.m.
15  Back on the record, beginning of File 2.
16    Q. (BY MR. MATTHEWS) We took a short break,
17  Dr. Wong.  Are you ready to proceed?
18    A.  Yes.
19    Q.  Okay.  Assume with me that the perforation that
20  occurred to Jeff Pavlock required a complex open surgery
21  by a cardiovascular surgeon.  That was also something you
22  were never warned about, that that could occur with the
23  placement of a Celect filter?
24            MR. MANDLER: Object as to form,
25  foundation, improper hypothetical.

Adrian A. Wong, M.D.

Page 66

1    A. That's always a possibility with anything that
2  you implant, that potentially there is a -- it may need
3  surgery if that's something that needs to be removed.
4    Q. (BY MR. MATTHEWS) Well, the fact that somebody
5  would need an open surgery following implantation of this
6  filter, that was never discussed in the IFU, correct?
7    A. Not specifically.
8    Q. You had never seen that with any filter prior
9  to this occurrence, correct?
10    A. I have heard about it before. That's
11  specifically one of the reasons why I think Dr. Kuo
12  developed different ways of removing filters to try to
13  prevent a surgery like that.
14    Q. Well, if you were warned that could be a result
15  of the placement of a Celect filter and that likelihood
16  could be greatly reduced by using the Celect Platinum
17  because it would perforate less, that would be a reason
18  to use the Celect Platinum, correct?
19    MR. MANDLER: Object as to form.
20    A. Correct.
21    Q. (BY MR. MATTHEWS) As we sit here today, have
22  you ever been told by Cook, either within the IFU or
23  Heidi Byrom, what the difference is between the Celect
24  and the Celect Platinum?
25    A. Specifically?

Page 67

1    Q. Yes.
2    A. I -- I cannot recall.
3    Q. You've never had that discussion with anyone or
4  seen that in an IFU, correct?
5    A. When you say "IFU" you're talking about the
6  instructions --
7    Q. Instructions for use.
8    A. I mean, I've seen the IFU. I'm -- like I said,
9  Heidi has been around. Had she specifically talked about
10  that, I don't recall specifically -- a specific instance
11  where we talked about that.
12    (Wong Deposition Exhibit 9 marked.)
13    Q. (BY MR. MATTHEWS) Let me show you Exhibit 9.
14  This is a business plan, 2015. DM, I believe that's
15  district manager, Heidi Byrom; regional manager, Steve
16  Woodcock.
17    Do you know who Steve Woodcock is?
18    A. I do not.
19    Q. It reflects the units sold on the 2014 column.
20    Do you see that?
21    A. Yes.
22    Q. Under Methodist Sugar Land in 2014, it says
23  here there were 29 units sold. Do you have any way to
24  determine how many of those in 2014 were Celects and how
25  many of those were Celect or -- strike that.

Page 68

1    How many were Celect and how many were
2  Tulips?
3    A. I'm not familiar with how to -- I don't know.
4  I'm sure there's people to ask but I don't personally
5  know.
6    Q. And there's no way to determine how many of
7  those 29 you implanted at Sugar Land?
8    A. Well, I don't know what 29 units refer to. Are
9  they referring to all filters or specific kinds of
10  filters or the Celect filter and the Günther Tulip or --
11    Q. Well, assume with me that in 2014 there was
12  only -- there were only two kinds sold, the Tulip and the
13  Celect. But is there any way to determine of the 29, how
14  many Celect filters you implanted in 2014?
15    MR. MANDLER: Objection as to form.
16    A. You'd be able to look in the medical record
17  most likely and see -- search by filter placement and see
18  who put in what filters.
19    Q. (BY MR. MATTHEWS) Okay. In the Methodist
20  database?
21    A. Yes.
22    Q. Is that something you can do?
23    A. I could. It's in our PACS system. I could --
24  you know, it's -- there's a lot of things that
25  potentially -- it depends on how the tech entered the

Page 69

1  data. Sometimes the data can be "endovascular placement
2  of IVC filter," "IVC." There's different ways the tech
3  can enter the study into the computer. You'd have to
4  know specifically which title they used in order to put
5  it in.
6    Q. I understand, like search terms?
7    A. Correct. Yes.
8    Q. And I think you said PACS system. Is that what
9  the name of the system is called?
10    A. Yes.
11    Q. Is that P-A-C-K?
12    A. P-A-C-S. It's the view system that we use.
13    Q. So that can be done by somebody at Methodist to
14  determine how many Dr. Wong has placed in 2014 or 2015?
15    A. Correct.
16    Q. As we sit here today, you don't know, I guess,
17  really one way or another how many specifically you've
18  placed in 2014?
19    A. Not off the top of my head, no.
20    Q. And as an example, Methodist Sugar Land, it
21  says here there were 29 units that were sold and they --
22  so they want to grow that business, but you don't know
23  how many are Celect and how many are Tulip?
24    A. I don't.
25    Q. Okay.

18 (Pages 66 to 69)

Adrian A. Wong, M.D.

Page 70

1    A.  The other thing is as well, I'm not sure, I've
2    never seen this business plan before, so I don't know
3    specifically what the 29 means that they were actually
4    used or if they actually sold them.
5    Q.  Gotcha.
6    A.  So I'm not sure if that was something that all
7    of those were implanted or not.
8    Q.  And in 2014, Methodist Sugar Land is again --
9    did you have a system to track patients as to whether
10   these filters were being removed or whether there was a
11   complication of a filter down the road after placement?
12   A.  We did not.
13   Q.  Okay.
14   A.  Usually the -- once they're implanted it was
15   discussed with the physician that -- verbally that this
16   is, you know, the patient has retrievable filter.  When
17   they become a candidate to have the filter removed based
18   on their clinical status, then they can have us try to
19   remove it.
20   Q.  But that's a decision often made by the
21   treating doctor or hematologist or orthopedic --
22   A.  Correct.
23   Q.  -- or vascular surgeon, right?
24   A.  Whoever is managing the patient's
25   anticoagulation.

Page 71

1    Q.  So there's no way you can sit here today and
2    say, you know, I implanted X number and there were no
3    problems with those patients because you didn't have any
4    tracking system in 2014, correct?
5    A.  We did not.
6    (Wong Deposition Exhibit 10 marked.)
7    Q.  (BY MR. MATTHEWS)  I'm going to show you
8    Exhibit 10.  Exhibit 10 is a two-page document, the first
9    being an e-mail from Bruce Fleck to the sales reps North
10   America concerning the Celect discontinuation.
11       Do you see that, the first page?
12   A.  Yes.
13   Q.  And then on the second page, it's actually a
14   letter or e-mail dated October 1, 2014 from Cook Medical,
15   and it says "Dear Valued Customer."
16       Do you see that?
17   A.  Yes.
18   Q.  This is signed by Darrell Talbert, the senior
19   global product manager at Cook Medical.  And it states
20   that they're discontinuing the Celect filter and, in
21   fact, they made modifications to improve visibility and
22   help center the filter during placement.
23       Do you see that?
24   A.  Yes.
25   Q.  Have you ever seen this before today?

Page 72

1    A.  I've not, and I -- you know, I don't know if
2    this would go directly to the supply management person.
3    I have not seen this.
4    Q.  And who would this supply management person be?
5    A.  Somebody that works at Sugar Land or the main
6    Methodist Hospital.
7    Q.  It states that, under ordering the Celect
8    Platinum, that you may use the Celect filter you
9    currently have on your shelf until they are gone.
10       Do you see that?
11   A.  I do.
12   Q.  As of this date, October 1st, 2014, had Heidi
13   Byrom discussed this with you, that there was going to be
14   a discontinuation of the Celect filter?
15   A.  I cannot specifically recall a time that she
16   brought this up or was showing me this.
17   Q.  All right.  So as we sit here today, nobody
18   from Cook has ever discussed with you the purpose of the
19   redesign from the Celect to the Celect Platinum?
20       MR. MANDLER:  Object as to form.
21   A.  I'm sure they have talked about the filter.  I
22   just don't have any specific memory of them saying that
23   this is specifically what the design change or the
24   profile is or you, know, what the difference is.
25   Q.  (BY MR. MATTHEWS)  There's nothing in this

Page 73

1    document, is there, Dr. Wong, that discusses the purpose
2    of changing the design was to add a perforation limiter
3    on the filter that would not allow the filter to
4    perforate through the IVC into other organs, is there?
5    A.  I don't see anything on this document, no.
6    Q.  If that, in fact, had occurred that the design
7    change purposefully was done to reduce the perforation of
8    the filter into and outside the IVC into other organs,
9    that's something you would want to know about if you're a
10   doctor who's implanting these filters, true?
11       MR. MANDLER:  Object as to form.
12   A.  I would like to know the risk profiles and what
13   they -- what the specific changes were, yes.
14   Q.  (BY MR. MATTHEWS)  And as we sit here today,
15   Cook has never informed you through the IFU or through
16   personal contact with the sales rep of any change in the
17   design of the filter to limit perforation, true?
18       MR. MANDLER:  Object as to form.
19   A.  Personally or --
20   Q.  (BY MR. MATTHEWS)  Yes, personally.
21   A.  -- in general?
22       Not that I can recall.
23   Q.  (BY MR. MATTHEWS)  Are you implanting the Celect
24   Platinum today?
25   A.  I believe so.

19  (Pages 70 to 73)

Adrian A. Wong, M.D.

Page 74

1    Q.  And -- strike that.
2         From time to time when placing the Celect,
3    would it tilt upon placement?
4    A.  Yeah, I have seen that, yes.
5    Q.  And would you attempt to straighten the filter
6    in a vertical -- strike that.
7         Would you attempt to straighten the filter
8    if it was deployed at a tilt?
9    A.  Yes.
10   Q.  Dr. Wong, if Cook knew that it had a product on
11   the market that was considerably safer than a prior
12   product, would you expect that company to remove that
13   product from the market?
14        MR. MANDLER:  Object as to form.
15   A.  I would accept -- I want them to do, you know,
16   if they felt that there was -- if there was a product
17   that was superior to the one that was already there, I --
18   you know, I -- I would want them to discuss with me what
19   was going or -- I would want them to replace it if --
20   yes, if they felt they needed to.
21   Q.  (BY MR. MATTHEWS)  You --
22   A.  If that was a -- there was a difference in -- a
23   change that would improve the design of the product or
24   the filter, yes, I would.
25   Q.  And it's something that you'd want them to

Page 75

1    inform you about at the bare minimum, correct?
2         MR. MANDLER:  Object as to form.
3    A.  Yes, I would assume they would.
4    Q.  (BY MR. MATTHEWS)  In addition to that, if it
5    was considerably safer regarding perforation into
6    adjacent organs like happened in Jeff Pavlock, you'd
7    expect them to take that off the market and only sell the
8    safer product, would you not?
9         MR. MANDLER:  Object as to form.
10   A.  Well, it depends on safety.  I mean, I know
11   you're looking at the articles.  Here a lot of them were
12   talking about perforation.  The Celect filter is
13   something that had been used for many years, you know,
14   since I had started my training and residency through
15   fellowship.  A lot of the perforation that was noticed
16   either on CT was incidentally found simply because the
17   patient was asymptomatic and got a CT for something else.
18        If they were trying to specifically -- if
19   there was data that showed that there was perforation and
20   the change in design was specific to decrease that, then
21   I think that that's something that they should discuss
22   and try to change.  But I think that if there is -- you'd
23   have to look at the clinical reasons why to do that.
24        I think perforation was something that is
25   seen with not just the Celect filter but other filters as

Page 76

1    well and there -- you have to kind of look into the
2    clinical reasoning or clinical, I guess -- see what's
3    going on, why is the filter actually -- how is it causing
4    problems, is the patient coming in to have a CT done
5    because the filter is causing problems or is it for
6    something else.
7         I guess the point I'm trying to make is
8    that a lot of the filters are sometimes asymptomatic when
9    they perforate.
10        MR. MATTHEWS:  Okay.  I've got to object as
11   nonresponsive.
12   Q.  (BY MR. MATTHEWS)  Did you have complications
13   with Celect filters within your use?
14   A.  I just -- I only had one issue with a Celect
15   filter.
16   Q.  What was that?
17   A.  It didn't deploy.  It never opened.  It kind of
18   came out like a dart.
19   Q.  That's one you know of.  Obviously, I think
20   you've already testified that you didn't really track
21   patients, and so you're not -- you can't talk about, with
22   certainty, about how many had problems, correct?
23   A.  Correct.
24   Q.  Jeff Pavlock, if we look at the -- do you know
25   what the MAUDE database is?

Page 77

1    A.  Yes.
2    Q.  If we look at the MAUDE database, will we see
3    any -- anything filed by Dr. Wong as to a complaint with
4    any filter he's placed?
5    A.  No.
6    Q.  Including the one that failed to open?
7    A.  That was reported to Cook, so they came in and
8    assessed that.
9    Q.  Okay.  And do you consider Jeff Pavlock to be a
10   complication from an implantation or a placement of a
11   Cook Celect filter?
12   A.  Yes.
13   Q.  Do you recall the FDA safety updates in 2010
14   and 2014?
15   A.  Yes.
16   Q.  We've been talking about perforation.  How do
17   you define the perforation of an IVC filter?
18        MR. SPROTT:  I'm sorry, I didn't hear that
19   last part.
20        MR. MATTHEWS:  I said how do you define the
21   perforation of an IVC filter.
22   A.  Based on imaging, either -- mostly it's with
23   CT.  I think from there you can see that the struts are
24   outside of the confines of the inferior vena cava.
25   Q.  (BY MR. MATTHEWS)  Is there a distance that

20  (Pages 74 to 77)

Adrian A. Wong, M.D.

Page 78

1    needs to be outside of the IVC to be considered?
2        A.  I believe there is.  I can't remember the
3    number specifically off my head.
4        Q.  Is there a percentage of perforation of filter
5    defined as a perforation of the IVC greater than
6    3 millimeters outside the IVC?  Is there a percentage of
7    those perforations that would convince you not to use a
8    particular filter?
9            MR. MANDLER:  Objection as to form.
10       A.  If it was more than 3 millimeters or if it
11   was --
12       Q.  (BY MR. MATTHEWS)  Yes.
13       A.  It would be taken into consideration, yes.
14       Q.  It's important, true?
15       A.  Again, it was the teaching that these do occur.
16   Sometimes it's hard to determine if that actually
17   perforated or if it's just actually extending out the
18   wall.  Obviously, if on the CT the leg is touching some
19   other structure, then yes, I would consider that to be a
20   perforation.
21       Q.  Do you know Dr. Fischer at St. Luke's?
22       A.  I've heard of him.
23       Q.  He is an interventional radiologist?
24       A.  Correct.
25       Q.  And he enjoys a good reputation as an IR?

Page 79

1        A.  So I've heard, yes.
2        Q.  Do you know Dr. Reul at St. Luke's?
3        A.  I do not.
4        Q.  Do you go to the annual meetings, the SIR
5    meetings?
6        A.  I try to.
7        Q.  You've made most of them, I guess, since 2012?
8        A.  I have not.  I've only made one.
9        Q.  And where was that?
10       A.  It was in New Orleans.
11       Q.  What year was that?
12       A.  I think it was probably either '13 or '14.  I'd
13   have to look back.  I'm not sure.
14       Q.  All right.
15       A.  It was early on in my career, so I believe it
16   was '13 or '14.
17       Q.  Fair enough.
18           Have you ever known that the Celect
19   Platinum has been studied by Cook both in bench studies
20   as well as animal studies and has been shown consistently
21   to perforate less than the original Celect filter?
22           MR. MANDLER:  Object as to form.
23       A.  I did not know that.
24       Q.  (BY MR. MATTHEWS)  Is that something you'd want
25   to know prior to placing a filter?

Page 80

1            MR. MANDLER:  Same objection.
2        A.  I'd like to know any research that was done on
3    any product that was potentially going to be put on the
4    market.
5        Q.  (BY MR. MATTHEWS)  What about specifically with
6    the Celect versus the Celect Platinum that were both on
7    the market in 2015 prior to implanting Jeff Pavlock, and
8    specific to bench testing and animal testing that showed
9    consistently the Celect Platinum perforated less than the
10   Celect, and potentially caused less injury to adjacent
11   organs, is that something you would want to know?
12           MR. MANDLER:  Object as to form.
13       A.  Yes.
14       Q.  (BY MR. MATTHEWS)  And you have never known that
15   as of today, have you?
16       A.  I'm not familiar with that, no.
17           (Wong Deposition Exhibit 11 marked.)
18       Q.  (BY MR. MATTHEWS)  Let me show you Exhibit 11.
19   This is an IFU for the Cook Celect femoral and jugular
20   vein approach.  And you've seen this before, correct?
21       A.  Yes.
22       Q.  Look at page 7 of this IFU.
23       A.  Okay.
24       Q.  I have highlighted two areas at the top.  I'm
25   looking at a prospective, international multi [sic]

Page 81

1    register study.
2            Do you see that?
3        A.  Yes.
4        Q.  And then the right-hand column at the top it
5    states that there's "no evidence of vena cava
6    perforation" within this study.
7            Do you see that?
8        A.  At the top?
9        Q.  Yes.
10       A.  Yes.
11       Q.  Had you ever been told by Cook that they
12   conducted, paid for and wrote a study that showed no
13   perforation in the study concerning the Celect filter?
14       A.  I cannot recall specific.
15       Q.  Okay.  You have seen this IFU before, correct?
16       A.  I have, yeah.  I've seen the -- this is the
17   insert in the filter?
18       Q.  Yes.
19       A.  Yes.
20       Q.  And this, as we've stated earlier, is something
21   that you would look upon and rely in part as to the
22   accuracy of the risks of the product, correct?
23       A.  Correct.
24       Q.  When removing the Celect filter, would you use
25   the Celect filter retrieval kit?

21 (Pages 78 to 81)

Adrian A. Wong, M.D.

Page 82

1    A.  No.
2    Q.  Never?
3    A.  I choose not to, no.
4    Q.  Okay.  And that's because of your fellowship at
5  Stanford and working with Dr. Kuo and his group?
6    A.  It's just the way that I was taught, yeah,
7  probably.
8    Q.  Do you use endobronchial forceps?
9    A.  I have used them before, yes, in fellowship.
10    Q.  What about in 2015?
11    A.  I have not, no.
12    Q.  What about lasers?
13    A.  In 2015?
14    Q.  Yes.
15    A.  No.
16    Q.  What about balloons?
17    A.  I have had to use -- I've used balloons, yes.
18    Q.  In 2015?
19    A.  To remove a filter or just in general?
20    Q.  Yes, to remove it from the wall.
21    A.  I have not, no.
22    Q.  You don't know the experience that Dr. Fischer
23  had in 2016 and '17 for removing filters, do you?
24    A.  In 2016 and '17?
25    Q.  Yes.

Page 83

1    A.  I do not, no.
2    Q.  2015, I should have said.  I'm sorry.  2015 and
3  2016.
4    A.  I don't know.  I'm not -- I'm familiar of him.
5  I don't know specifically his scope of practice.
6    Q.  In looking at that IFU in front of you, in the
7  section where we have warnings, precautions and then
8  potential adverse events on page 7.  Do you see that?
9    A.  Potential -- yes, I see that.
10    Q.  Is there anything in the IFU to inform you, a
11  treating doctor, as to the frequency of perforations with
12  the Celect filter within that IFU in front of you?
13    A.  The frequency, no.
14    Q.  Is there anything to inform you or warn you
15  about the severity of progressive perforation of an IVC
16  filter?
17    A.  No.
18    Q.  Is there anything in that IFU to warn you, the
19  treating physician, implanting physician, of an injury or
20  a potential injury to an adjacent organ using the Celect
21  filter?
22    A.  The potential for injury, no.
23    Q.  All that information that I just discussed,
24  those are the type of warnings you would want to know
25  about as an implanting physician before implanting the

Page 84

1  Celect, true?
2        MR. MANDLER:  Object as to form.
3    A.  Again, yes, I'd like to know all of the major
4  adverse events or all the things that potentially could
5  happen, that if -- yes.
6        (Wong Deposition Exhibit 12 marked.)
7    Q.  (BY MR. MATTHEWS)  Exhibit 12, this is an e-mail
8  from Heidi to nberguin at the Methodist Hospital, and it
9  references you.
10        Have you had a chance to read that?
11    A.  Yes.
12    Q.  This is from Heidi Byrom.  Do you know who
13  nberguin is at The Methodist Hospital dot org?
14    A.  I don't.
15    Q.  It says you -- "I wanted to let you know I have
16  in-serviced most of the staff as well as Dr. Weiner and
17  Dr. Wong."  Do you know who Dr. Weiner/Winer is?
18    A.  Yes.
19    Q.  Also an interventional radiologist?
20    A.  He is, yes.
21    Q.  He's still in your group?
22    A.  Yes.
23    Q.  A partner of yours?
24    A.  Yes.
25    Q.  It says, "the filter Unisets that come with

Page 85

1  jugular and femoral deployment system in the kit.  It
2  sounds like the only physician will rely -- this will
3  really effect is Dr. Wong since he tends to deploy them
4  jugularly."
5        What does that mean when it says you're
6  in-serviced by Heidi Byrom?  Do you know?
7    A.  That she came by to show that there is -- this
8  product was out.
9    Q.  The product that could be a uniset for both
10  femoral and jugular approach?
11    A.  Yes.
12    Q.  And she from time to time would take you or
13  interventional radiologists to lunch or dinner, true?
14    A.  She has, yes.
15    Q.  I saw receipts from El Tiempo and maybe
16  Trattoria, the restaurant downtown, correct?
17    A.  Correct.
18    Q.  Would she come by herself or would she come
19  with other sales reps?
20    A.  She sometimes would come with another sales
21  rep.
22    Q.  Were you ever asked to speak on Cook's behalf?
23    A.  No.
24    Q.  You were never a key opinion leader or paid --
25  a consultant for Cook?

22 (Pages 82 to 85)

Adrian A. Wong, M.D.

Page 86

1    A. No.
2    Q. Would you go by yourself with Heidi Byrom or
3 would you go with other doctors?
4    A. It would be with the other doctors.
5    Q. Was there ample opportunity for her to talk
6 about a new product that was on the market that reduced
7 the perforation of the IVC and reduced the risk of injury
8 to adjacent organs?
9        MR. MANDLER: Object as to form.
10    A. Like I said, she came by, just depended on
11 whether or not I was there. Sometimes she would be there
12 to discuss new products, but I'd be in a case or I'd be
13 coming out or I could grab a quick bite. With those
14 times, potentially, yes.
15    Q. (BY MR. MATTHEWS) I guess I was talking about
16 times when you would go to lunch or dinner, was there
17 ample opportunity at those times for her to talk about a
18 new product that was on the market that reduced the
19 perforation of the IVC and thus reduced the risk of
20 injury to adjacent organs?
21        MR. MANDLER: Object as to form.
22    A. Yes.
23    Q. (BY MR. MATTHEWS) Did you ever participate in a
24 course held by Cook concerning complex filter retrievals?
25    A. No.

Page 87

1    Q. And I forgot if you told me: Do you know
2 Dr. Bismuth?
3    A. I'm aware of him.
4    Q. Who is he?
5    A. I believe he's a vascular surgeon as well.
6    Q. So you never participated in a course put on by
7 Cook concerning different types of removals with, for
8 instance, the loop wire, the hangman or the snare or any
9 of those?
10    A. I learned all of that in fellowship. I didn't
11 go to a specific course for that.
12        (Wong Deposition Exhibit 13 marked.)
13    Q. (BY MR. MATTHEWS) Okay. Let me show you
14 Exhibit 13. This is an e-mail from, again, Heidi Byrom
15 to individuals at Cook concerning a decision at Houston
16 Methodist to contact 2,000 patients to return to have
17 them have their filters removed.
18        Do you see that?
19    A. Yes.
20    Q. It appears that Dr. Lumsden was the primary
21 author of this e-mail -- or strike that.
22        Do you know if it was Dr. Lumsden who made
23 the decision at Methodist as the director to have -- and
24 contact 2,000 or so patients to have their filters
25 removed?

Page 88

1    A. I don't know whose decision it was. I don't
2 know if it was him specifically.
3    Q. Do you know anything about this?
4    A. I have heard of this, yes.
5    Q. Were some of these your patients that were
6 contacted, do you know?
7    A. I would assume so. I think this included
8 vascular surgery initially, and I think they were trying
9 to figure out who actually in the hospital was putting in
10 filters. That would -- that included us.
11    Q. This was all filters, correct, or do you know?
12    A. All -- you mean all types of filters?
13    Q. Right.
14    A. I believe so.
15    Q. Do you know one way or another which filters or
16 which patients of which filters were contacted?
17    A. I don't know. Again, if they were contacting
18 patients from interventional radiology, most likely
19 Celect.
20    Q. Did you have to remove any of these filters
21 that were the subject of this letter that went out to
22 patients?
23    A. I don't know. We remove filters when -- again,
24 when we're consulted to remove filters. I don't know the
25 specific reason was because of this letter.

Page 89

1    Q. Okay. And do you know if there was a situation
2 where there weren't enough CloverSnares or purple
3 sheaths?
4    A. I'm not familiar. Again, if that's the -- I
5 don't know what those are.
6    Q. You don't know what a CloverSnare is?
7    A. I don't use the CloverSnare.
8    Q. Do you know what a purple sheath is?
9    A. Not specifically, no. If the CloverSnare --
10 no, no. That's not what I use to take out the filters.
11    Q. Fair enough. I just -- I'll move on.
12        I guess let me ask: What do you use right
13 now for difficult or complex filter retrievals?
14    A. Some of the techniques, you know, first we'll
15 start with just an EN snare or a loop snare. Those are
16 just specific types of wire snares that you can use to
17 engage the hook. If that doesn't work, then the wire
18 loop technique or potentially you could try to loop
19 around the hook and try to get it off the wall because
20 sometimes that's an issue as far as getting a snare
21 around it. Up to endobronchial forceps, which we
22 recently have gotten access to.
23    Q. Recently, like 2017?
24    A. Yes.
25        (Wong Deposition Exhibit 14 marked.)

23 (Pages 86 to 89)

Adrian A. Wong, M.D.

Page 90

1    Q. (BY MR. MATTHEWS) Let me show you Exhibit 14.
2    And again, that's an e-mail that concerns this letter to
3    patients, and the bottom of this is from Steve Woodcock,
4    who I believe is a regional manager, sales, of Cook. He
5    states that "It seemed he was going to favor us but
6    apparently that's not the case, as he even included
7    Boston Scientific for some reason."
8         Do you have any idea why --
9    A. Favor us for?
10   Q. I'm sorry?
11   A. Favor us --
12   Q. Yes.
13   A. -- for what? I guess I'm not --
14   Q. Do you have any idea why they would favor Cook
15   over one other manufacturer?
16        MR. MANDLER: Object as to form,
17   foundation.
18   A. I don't.
19   Q. (BY MR. MATTHEWS) Do you know what a CV
20   finishing school is?
21   A. No.
22   Q. I assume that's cardiovascular -- strike that.
23        (Wong Deposition Exhibit 15 marked.)
24   Q. (BY MR. MATTHEWS) I'll show you Exhibit 15.
25        MR. SPROTT: Looks like one of those ink

Page 91

1    blot things, one of those tests, you know.
2         MR. MATTHEWS: Sure. What do you see,
3    Rorschach?
4         MR. SPROTT: That's it, a Rorschach test.
5    Q. (BY MR. MATTHEWS) Could you identify what these
6    are, Dr. Wong?
7    A. These are -- the first few images are of the
8    vena cavogram that were performed -- or that was
9    performed prior to the placement of the filter.
10   Q. It says Dr. Nigam, but this would actually be
11   you, wouldn't it?
12   A. Correct.
13   Q. All right. And the first one, the blank look,
14   that's a venogram prior to contrast?
15   A. Correct, yes.
16   Q. And then the second one is the beginning of
17   contrast?
18   A. Correct. It's being injected.
19   Q. The third one is almost full injection of the
20   IVC?
21   A. Correct.
22   Q. Fourth one is the passthrough by the contrast?
23   A. Yes.
24   Q. Fifth one, then, contrast has dissipated? Or
25   what's the word you use?

Page 92

1    A. Yes, "dissipated" is correct.
2    Q. And then sixth one, it's almost gone?
3    A. Correct.
4    Q. And then the last three pages I kind of want to
5    discuss if we could.
6    A. Yes.
7    Q. First, let's make sure we're on the right page.
8    A. Yep.
9    Q. Yep. And the time is at the top right corner.
10   It says March 3rd, 2015, 13:20:47, correct?
11   A. Yes.
12   Q. And this is Jeff Pavlock, birth date
13   April 12, '83. Can you tell us what this is?
14   A. This is a final image just showing the
15   positioning of the filter.
16   Q. Is this a cavogram or venogram?
17   A. This is just a radiograph, just an x-ray.
18   Q. And can you tell us if this x-ray shows a tilt?
19   A. Not appreciable tilt, no.
20   Q. Can you tell us if there is any filter strut
21   that's outside the IVC?
22   A. Based on this image, no.
23   Q. No that you don't believe based on this image
24   in your read as a -- as an IR that this is outside the
25   IVC, fair?

Page 93

1    A. Correct.
2    Q. This is a proper placement of a filter,
3    correct?
4    A. Correct.
5    Q. Next page, can you tell us what that is?
6    A. This looks like a magnified view of the filter
7    itself.
8    Q. Same as the last page?
9    A. Correct.
10   Q. Different, I guess, shading of color?
11   A. Yeah, one, yes.
12   Q. Again, this is showing a properly placed Celect
13   filter that is within the IVC wall?
14   A. Yes.
15   Q. I think you told us that you typically don't
16   take a venogram post implant.
17   A. Correct.
18   Q. But yet you took a radiograph or an x-ray,
19   right?
20   A. Correct.
21   Q. How come that is?
22   A. To prove the placement of the filter, show
23   where it is after I deployed it.
24   Q. But you could have taken a venogram; you just
25   don't do it. You just take an x-ray?

Adrian A. Wong, M.D.

Page 94

1    A.  I do just to save contrast.
2    Q.  Because there's some risk involved with
3  contrast?
4    A.  Sometimes, yes.  And radiation dose as well.
5    Q.  So you save both from the risk of kidney
6  problems with contrast and also the fluoroscopy time?
7    A.  Correct.
8    Q.  Are you familiar with Kelsey-Seybold and how
9  they manage care?
10    A.  No.  I mean, I'm aware of Kelsey-Seybold, but
11  as far as their inner workings, I do not know.
12    Q.  How a patient will go to a particular facility
13  because they're directed there by Kelsey?  You're not
14  familiar with that?
15    A.  I don't know how they run their clinic.
16    MR. MATTHEWS:  Let me just take a minute.
17  I might be done.
18    THE VIDEOGRAPHER:  Off the record at
19  4:12 p.m.
20    (Recess taken, 4:12 p.m. to 4:19 p.m.)
21    THE VIDEOGRAPHER:  The time is 4:19 p.m.
22  Back on the record.
23    Q.  (BY MR. MATTHEWS)  Dr. Wong, do you still see
24  Heidi Byrom from time to time?
25    A.  Yes.

Page 95

1    Q.  She still calls on you and your group?
2    A.  She still stops by, yes.
3    Q.  All right.  You said that you knew what the
4  MAUDE database was.  Did Ms. Byrom ever discuss the risk
5  of Celect using the MAUDE database?
6    A.  Not that I recall.
7    Q.  You also said there was a difference between
8  the Methodist Medical Center and Methodist Sugar Land.
9  What are the differences?
10    A.  It's mainly just patient throughput as far
11  as -- and staff.  The main Methodist hospital has more
12  staff, PAs, nurses, technologists.  They have a pre-op
13  area, the procedure area and then a post-op area.
14  Sugar Land has just one set of four beds that is run by
15  the nurses that we kind of incorporate all patients that
16  come just because it's a smaller hospital and there's not
17  as much of the high-end, I guess, cases that are done at
18  Sugar Land.
19    Q.  All right.  But they still have the same type
20  of facilities, it might just be a larger pre-op area or
21  op area?
22    A.  Yes, correct.
23    MR. MATTHEWS:  All right.  I'll pass the
24  witness.
25  ///

Page 96

1    EXAMINATION
2  BY MR. MANDLER:
3    Q.  Good afternoon, Dr. Wong.  Let me reintroduce
4  myself.  My name is John Mandler representing the Cook
5  defendants in this litigation.
6    A.  Hi.
7    Q.  I'm going to have a few questions for you this
8  afternoon, and I apologize.  Because I'm going second,
9  I'm going to try not to replow old ground, so I may be
10  jumping around a little bit.
11    A.  Okay.
12    Q.  But I'll try to let you know where I'm going.
13    A.  Okay.
14    Q.  I'd like to start with some of the articles
15  that counsel showed you, and I assume you have those
16  still in front of you?
17    A.  Yes.
18    Q.  And I'll tell you the exhibit number and let
19  you get to it before I ask my questions.
20    If we could start with Exhibit 6; that's
21  the Durack study.
22    A.  Okay.
23    Q.  And if you can turn to page 303 of that study.
24    A.  Okay.
25    Q.  First paragraph -- first full paragraph starts

Page 97

1  with "No migration or filter component fracture was
2  evident on CT imaging, although subtle migration may not
3  have been appreciated."
4    Do you see that?
5    A.  Yes.
6    Q.  So that was one issue that was not demonstrated
7  through this study, correct?
8    A.  Correct.
9    Q.  You yourself, have you had any issues with
10  migration of the Cook Celect filter?
11    A.  I have not.
12    Q.  A little further in that same paragraph says,
13  "There were no documented cases of clinical or
14  radiographically suspected pulmonary emboli while the
15  filters were in place.  Likewise, there were no
16  documented" -- okay.  Stop there.
17    "In place," that means that the filter has
18  basically done -- did their job, correct?
19    A.  Correct.
20    Q.  And has it been your experience as well that
21  the Cook Celect filters do the job they're intended,
22  which is to keep pulmonary emboli from reaching the
23  lungs?
24    MR. MATTHEWS:  I'm going to object to form.
25  John, if I could have an objection on your

Adrian A. Wong, M.D.

Page 98

1  leading questions. I don't want to interrupt your flow.
2  I just -- it's my feeling that you can't lead this
3  witness, but I could be wrong on that. But I just want
4  to object.
5          MR. MANDLER: You can have a standing
6  objection. I don't agree with the premise of the
7  objection, but you can certainly have a standing
8  objection.
9          MR. MATTHEWS: That's fine too. Okay.
10  Done.
11         THE WITNESS: Could you repeat the
12  question?
13         MR. MANDLER: Yes.
14     Q. (BY MR. MANDLER) Reading -- I'll reread what I
15  referenced on page 303 of Exhibit 6, which is the Durack
16  article. It says, "There were no documented cases of
17  clinical or radiographically suspected pulmonary emboli
18  while filters were in place."
19         Do you see that?
20     A. Yes.
21     Q. And does that mean that the filters stopped the
22  emboli from reaching the lungs?
23     A. Yes. I mean, it could be many different
24  things, either the DVT resolved or you, know, there
25  was -- yeah. I mean, it just says that there were no

Page 99

1  pulmonary emboli. It could be because the DVT resolved.
2  It could be because of the filter, it caught in the
3  filter.
4     Q. Dr. Wong, in your own personal experience of
5  using the Celect filter, did they do the job they're
6  intended, which is to prevent emboli from reaching the
7  lungs?
8     A. I -- I have very -- I have come across a very
9  small number of cases where the patient actually
10  developed pulmonary emboli with a filter in place, and
11  being that we deploy Celect filters, then, yes, in my
12  experience at Methodist we've had just a few, but not a
13  lot.
14     Q. Meaning that the ones where you didn't
15  experience, the filters did do their jobs as intended?
16     A. That the patient did not have pulmonary emboli
17  with the filter in place, correct.
18     Q. The next sentence says, "Likewise, there were
19  no documented cases of symptomatic IVC filter
20  perforations in the study group."
21         What does that mean to you?
22     A. That means that there was documentation of
23  perforation, but the patient either got the CT for
24  another reason or is currently not feeling or exhibiting
25  any pain that may potentially be expected based on the

Page 100

1  location of the filters -- or sorry, the tines on the CT.
2     Q. You discussed earlier in your testimony that
3  perforation from IVC filters was a known risk, correct?
4     A. That was something that was taught to me in
5  fellowship, yes.
6     Q. And therefore, it was something you knew, I
7  guess, before implanting the filter in Mr. Pavlock in
8  2015?
9     A. Yes.
10     Q. Were you aware from your own studies or from
11  your literature or background that there can be IVC
12  perforations that is asymptomatic?
13     A. Yes.
14     Q. Do you have a sense of how often that would
15  occur? Of the perforations, how often that they would be
16  asymptomatic?
17         MR. MATTHEWS: Object to the form.
18     A. I don't know because I'm a radiologist, so I'm
19  reading the films. I can describe what I see, but I
20  haven't actually interviewed or discussed with the
21  patient.
22     Q. (BY MR. MANDLER) Do you have that knowledge
23  from your review of the literature or ongoing involvement
24  in your professional organizations?
25     A. Anecdotally that has been discussed before, and

Page 101

1  I have heard people discuss it as being -- as some of
2  these being asymptomatic, yes.
3     Q. Just so the jury is clear, when it says that
4  the perforations in this Durack study was asymptomatic,
5  does that mean that the patients that had perforations
6  from their Celect filters didn't have any problems based
7  on those perforations?
8         MR. MATTHEWS: Object to the form.
9     A. I'm not sure. Symptomatic -- I would -- I
10  would assume -- I'm not sure what they mean by
11  "symptomatic," if there's any imaging findings that would
12  suggest versus the patient actually feeling something.
13     Q. (BY MR. MANDLER) If you can turn to page 305 of
14  that study. If you look at the right-hand column, the
15  first full paragraph, it starts out the authors say,
16  based on the research, "How much clinical importance
17  should be assigned to IVC filter perforation remains a
18  debated question."
19         Are you familiar with that, with the fact
20  that that is a debated question?
21         MR. MATTHEWS: Object to the form.
22     A. Yes.
23     Q. (BY MR. MANDLER) Do you agree that it's a
24  debated question?
25     A. I think that based on my experience and

26 (Pages 98 to 101)

Adrian A. Wong, M.D.

Page 102

1    discussion with other interventional radiologists, I
2    think it was -- it is a debated question.
3        Q.   And why is that?
4        A.   Just because I have read -- again, I'm also a
5    diagnostic radiologist, so I read a lot of CTs, so I have
6    seen perforation of legs on -- or tines, I guess, outside
7    the IVC, and the reason for the examination is something
8    that's not related to the filter.
9        Q.   What does that mean?
10       A.   Usually when somebody gets an examination
11   either, in this case a CT, they put a reason for the
12   study to be obtained.  Sometimes it is -- again, the
13   reason isn't necessarily related to abdominal pain or
14   anything like that.  It -- you know, it seems -- seems to
15   me to be different from anything that the patient may be
16   feeling based on what the image looks like with the
17   filter.
18       Q.   The next full paragraph reads, "One
19   potential -- one question of potential clinical import is
20   whether the caval perforation adversely impacts the
21   retrievability of IVC filters.  In this study, retrieval
22   was initiated in 12 of 50 filters.  Ten of those 12
23   filters demonstrated some degree of vena caval
24   perforation on the CT.  Despite this, retrieval was
25   successful in all procedures in which an attempt to snare

Page 103

1    the filter was initiated."
2            Does that tell you that even in the study
3    where there were perforations, the filter was able to be
4    retrieved successfully?
5        A.   Based on this study, yes.
6        Q.   And is that your own experience, that even
7    where perforations take place, there's still an ability
8    to retrieve the IVC filters?
9        MR. MATTHEWS:  Object to the form.
10       A.   Again, it depends on what's perforating.  If
11   the tines are perforating, sometimes the retrievability
12   is more -- is easier and more successful, so...
13       Q.   (BY MR. MANDLER)  Have you yourself successfully
14   retrieved IVC filters that have exhibited a perforation?
15       A.   Personally, I cannot recall because I'd have to
16   have looked at either a CT or some other imaging prior to
17   the removal of the filter.  Some patients that come to us
18   are there for filter retrieval, and I haven't had a
19   chance to review past imaging to see if there's actually
20   a perforation.
21       Q.   Okay.  If you can pull out Exhibit 8.  This is
22   one of the Zhou studies that counsel asked you some
23   questions about.  Is that in front of you?
24       A.   Uh-huh.
25       Q.   Under the "Conclusions" section, right on the

Page 104

1    first page of Exhibit 8, second-to-last sentence of the
2    conclusion, it says, "Most cases of penetration were
3    asymptomatic," correct?
4        A.   Yes.
5        Q.   And again, what does that tell you?
6        A.   That even though there was demonstration of
7    penetration, that the patient was not feeling any
8    abdominal symptoms.
9        Q.   Okay.  If you look at the first column after
10   footnote 1 on page 1 of Exhibit 8, it says --
11       A.   I'm sorry, where?
12       Q.   First column, right after footnote 1.
13       A.   Okay.
14       Q.   Starting with the word "However"?
15       A.   Okay, yes.
16       Q.   "However, the cavogram is an inaccurate method
17   of evaluating penetration rate, with the potential for
18   significant underestimation owing to direction of
19   penetration because it's a 2-D image.  At the same time,
20   the cavogram can significantly overestimate the
21   penetration owing to pseudopenetration, a condition in
22   which the struts are buried in the wall as a result of
23   myointimal remodeling without actual protrusion outside
24   the IVC."
25           I think you were starting to explain this

Page 105

1    earlier, but can you tell us what that means to you?
2        A.   Again, I've heard of this as kind of what
3    they had discussed in fellowship, that the first part
4    discussing the cavogram evaluation for penetrating --
5    penetration rate, it is a 2-D image.  A CT would be much
6    better because you can get axial images that would show
7    you the relationship of the IVC, the filter and the
8    structures around it, whereas a vena cavogram just gives
9    you an image of the vena cava and the filter.
10           Sometimes the filter itself has a radial
11   force on it that exerts pressure on the vena cava.  The
12   vena cava is an elastic structure that can enlarge and
13   decrease in size based on blood flow volumes.  Imaging
14   shows that some people that are -- have blood loss, that
15   the cava is actually compressed.  It is still patent but
16   it's compressed so it looks smaller.
17           So sometimes I think when they're talking
18   about pseudopenetration is that the wall is thin and
19   compliant so the radial force is pushing the wall out,
20   and when you're looking at it in a 2-D image like a vena
21   cavogram, it's difficult to determine if the flow is
22   completely opacifying around the legs or not.
23           Again, the best imaging would be a CT to
24   evaluate what the filter looks like in relationship to
25   the structures in the inferior vena cava.

27 (Pages 102 to 105)

Adrian A. Wong, M.D.

Page 106

1      Q.  Would that same concern as far as the 2-D
2  nature of the venogram apply also to a question of tilt;
3  you can see it tilt in one direction but maybe not the
4  other direction?
5      A.  Correct.
6      Q.  Mr. Matthews asked you about whether you had
7  published anything as it related to IVC filters.  Have
8  you ever participated in any testing protocols as it
9  relates to IVC filters?
10     A.  As a fellow, since I work with Dr. Kuo, we
11  had -- he was conducting a study on the amount of force
12  that needed to be placed on a filter in order to take it
13  out, and we would hook up a force measurement and test
14  that.  But as far as that putting me as an author on a
15  paper, no.
16     Q.  Okay.  And do you recall what type of filter
17  that study involved?
18     A.  We were -- it was during a complex filter
19  retrieval, so it could be any type of filter.  I don't
20  know.  I can't remember the specifics.
21     Q.  Would you agree your knowledge of IVC filters
22  is based on what you learned in your medical training and
23  what you have experienced through your own practice
24  throughout the years?
25     A.  Yes.

Page 107

1      Q.  In addition to SIR, are you a member of any
2  other professional organizations as it relates to your IR
3  field?
4      A.  No.
5      Q.  And do you subscribe to any other journal
6  publications in addition to JVIR?
7      A.  No.
8      Q.  Are there any others that you read on a regular
9  basis?
10     A.  Radiology, at times.  That's it.  The ACR puts
11  out a website -- or a publication.
12     Q.  You described earlier in your testimony that in
13  addition to IVCs you work with other medical devices,
14  correct?
15     A.  Correct.
16     Q.  And you've worked with a number of different
17  IVC filters over your career?
18     A.  As far as watching other people place them
19  or...
20     Q.  Just yourself, have you placed things other
21  than the Cook Celect or the Cook Platinum?
22     A.  I have not.
23     Q.  All right.
24     A.  The Günther Tulip, I guess I've -- I think I've
25  probably placed a few of those.

Page 108

1      Q.  All right.  Would you agree that all of these
2  types of IR procedures and all of these medical devices
3  have some degree of risk?
4      A.  Yes.
5      Q.  There's no such thing as a risk-free product,
6  correct?
7      A.  Correct.
8      Q.  And there's no such thing as a perfect success
9  rate of any product?
10     A.  Not that I know of.
11     Q.  For any individual plaintiff, do you ever
12  expect a known risk to actually happen in that individual
13  plaintiff?
14         MR. MATTHEWS:  Object to the form.
15     A.  I don't.
16     Q.  (BY MR. MANDLER)  But nonetheless, it's still a
17  known risk, you'd agree?
18     A.  Yes.  I mean, there's -- again, it's dependent
19  on the patient.  The vast majority of patients, I don't
20  assume there to be specific risks.  But based on what's
21  going on with the patient, certain risks may be a little
22  higher than others.
23     Q.  For any of the procedures you perform or the
24  products that you use, do you ever guarantee the patient
25  a hundred percent success?

Page 109

1      A.  No.
2      Q.  And why is that?
3      A.  There are -- medicine is not exact.  You know,
4  I say the best case scenario is X, but there's anywhere
5  in between as to what could potentially happen.  There's
6  always -- like you're saying, there are always risks
7  involved with anything that you do.  Some of these are
8  unforeseen that cannot be predicted.
9      Q.  And would you agree, Doctor, that there are
10  specific things about a patient that can cause an outcome
11  to be different than you expected?
12     A.  Yes.
13     Q.  For example, the patient's anatomy could be
14  different?
15     A.  Yes.
16     Q.  Or there could be a trauma after the procedure?
17         MR. MATTHEWS:  Object to the form.
18     A.  Potentially, yes.
19     Q.  (BY MR. MANDLER)  The patient could have a
20  particular medical history that leads to a certain
21  result, correct?
22     A.  Yes.
23     Q.  Would you agree that sometimes there's an
24  adverse result even if there isn't any error in your
25  particular procedure in using a product?

Adrian A. Wong, M.D.

---

Page 110

1    A.  Yes.
2         MR. MATTHEWS:  Object to the form.
3         Q.  (BY MR. MANDLER)  And would you agree sometimes
4    there's an adverse result even if there's not a
5    particular design defect in the product itself?
6         MR. MATTHEWS:  Object to the form.
7    A.  Yes.
8         Q.  (BY MR. MANDLER)  You've been using IVC filters
9    I think you testified in your job since 2012 and the year
10   before that in your fellowship, correct?
11   A.  Yes.
12        Q.  And do you still believe in their safety and
13   efficacy?
14        MR. MATTHEWS:  Object to the form.
15   A.  I -- yes.  I mean, I believe that putting them
16   in definitely do help -- help prevent pulmonary embolism.
17        Q.  (BY MR. MANDLER)  And do you believe that they
18   can actually help save lives from the avoidance of
19   pulmonary embolism?
20        MR. MATTHEWS:  Object to the form.
21   A.  I believe so.  Again, also with that, it's hard
22   to -- again, you would need to have follow-up to see, you
23   know, has this person actually developed a PE over time.
24   Again, some people are not -- are difficult to follow up.
25   They don't get the -- they may get the placement, they

---

Page 111

1    know they have it, but they're also getting other
2    therapies as well.  There's blood thinners.  They're also
3    not seen by the same doctor or the same system, so it's
4    hard to say, but I think that based on experience and
5    discussion with other people, that yes, I mean, I think
6    they do help.
7         Q.  (BY MR. MATTHEWS)  Pulmonary embolisms can be
8    life-threatening, can't they?
9    A.  Yes.
10        Q.  It's a serious condition?
11   A.  Yes.
12        Q.  And how so?
13   A.  It is essentially a clot that can travel up
14   into the arteries that essentially go to the lungs.
15   These vessels work with your lungs to oxygenate blood, so
16   if you block off the blood flow to the parts of the lung
17   that work with the diffusion of oxygen, then you don't
18   get oxygen to your blood.
19        And then from there, that's detrimental to
20   your life because you could potentially cause a heart
21   attack or stroke, things like that.  The blood clot
22   actually being there itself can cause the heart to not
23   function appropriately, and you can actually have a heart
24   attack from that.
25        Q.  Dr. Wong, as an IR, are you familiar with the

---

Page 112

1    risk factors that can lead to pulmonary embolisms or
2    DVTs?
3    A.  Yes.
4         Q.  Would you agree that significant trauma is one
5    of those risk factors?
6    A.  Yes.
7         Q.  And would you agree that smoking is a risk
8    factor?
9    A.  Yes.
10        Q.  Would you agree that major surgery is a risk
11   factor?
12   A.  Yes.
13        Q.  Would you agree that slow blood flow could be a
14   risk factor?
15   A.  Yes.
16        Q.  Would you agree that certain medications can be
17   a risk factor?
18   A.  Yes.
19        Q.  Would you agree that testosterone therapy can
20   be a risk factor?
21   A.  Yes.
22        Q.  Would you agree extended bed rest could be a
23   risk factor?
24   A.  Yes.
25        Q.  Would you agree that a history of prior

---

Page 113

1    surgeries can be a risk factor?
2    A.  Depends on what kind of surgery they've had.
3    Q.  How so?
4    A.  As for a DVT?
5    Q.  Yeah.
6    A.  Or how soon after a surgery they -- usually
7    once you do something to the body, the body has an
8    inflammatory reaction to it.  It can potentially cause
9    some slow blood flow, cause certain factors to activate
10   and cause clots to form.
11        Q.  How about knee surgery?
12   A.  It has been seen, yes.  Just mostly probably
13   due to immobility.
14        Q.  And in response to the risk for PE or the
15   development of DVTs, physicians have a couple of tools
16   that we've discussed so far today, would you agree both
17   anticoagulants and IVC filters, correct?
18   A.  Yes.
19        Q.  And anticoagulants themselves have some risks,
20   correct?
21   A.  Yes.
22        Q.  And what are some of those risks?
23   A.  Bleeding is one.  I guess allergic reaction is
24   another, especially certain kinds of medications could
25   potentially -- well, yeah, just bleeding and allergic

---

29 (Pages 110 to 113)

Adrian A. Wong, M.D.

Page 114

1    reaction.
2         Q.   And to the extent it wasn't clear in my prior
3    question:  Did you review and have an understanding of
4    Mr. Pavlock's history on anticoagulants before you
5    implanted the filter?
6         A.   I knew that he was on anticoagulants prior.
7         Q.   And do you know whether or not he was compliant
8    with his prescribed use of those anticoagulants?
9              MR. MATTHEWS:  Object to the form.
10        A.   I can't recall if I knew that or not, but I
11   knew he was on blood thinners.
12        Q.   (BY MR. MANDLER)  Anticoagulants or blood
13   thinners can't always be used during a major surgery,
14   correct?
15        A.   Usually not.
16        Q.   And why not?
17        A.   Because the risk of bleeding from the surgery
18   itself is -- would be accentuated if the patient was on
19   blood thinners.
20        Q.   And that could potentially lead to death,
21   correct?
22        A.   Correct.
23        Q.   So in those instances of the two tools, IVC
24   filters are what's available to stop the potential
25   pulmonary embolisms.  Would you agree with that?

Page 115

1              MR. MATTHEWS:  Object to the form.
2         A.   Yes.
3         Q.   (BY MR. MANDLER)  IVC filters are a prescriptive
4    medical device, correct?
5         A.   What do you mean by that?
6         Q.   You have to have a prescription to use one?
7         A.   Well, I mean, they're not over the counter.  I
8    mean, you have to have somebody go -- yeah, go through
9    your history and recommend it, yeah.
10        Q.   And you have to be a doctor to implant one?
11        A.   Correct.
12        Q.   Do you have an approximation of how many IVC
13   filters you place in a year?
14             MR. MATTHEWS:  Object to the form.
15        A.   I would have to look it up.  I'm not sure.  I
16   would say 20 or 30.
17        Q.   (BY MR. MANDLER)  Do you have an approximation
18   of how many you remove in a year?
19             MR. MATTHEWS:  Object to the form.
20        A.   Less than that.  Much less than that.  They
21   don't come around very often.
22        Q.   (BY MR. MANDLER)  When you do place an IVC
23   filter, is your technique the same regardless of the
24   device, or is it device specific?
25        A.   Not -- I mean, it's not a -- again, to me it's

Page 116

1    a patient-specific, depending on what's going on with the
2    patient the way that I -- it looks like it's going to
3    deploy or the anatomy of the patient depends on which
4    access I would use, either jugular or femoral.
5         Q.   There was an e-mail we looked at earlier, and
6    we can pull it out, but there was some reference to you
7    as somebody who uses primarily the jugular approach for
8    implantation.  Would you agree with that?
9         A.   Yes.
10        Q.   Why is it that you use that approach as opposed
11   to the femoral?
12        A.   I think, one, that's the way I was taught
13   really how to do it.  Two, I -- a lot of times the DVT is
14   in the legs, and I don't necessarily want to put the
15   delivery sheath through the DVT and result in possible
16   embolization during the procedure.
17             I prefer the neck approach because of the
18   delivery aspect of it since I have mainly delivered
19   the -- or only delivered the conical filters.  They -- it
20   allows me to expose the filter, deploy the legs and then
21   release it versus the femoral approach which essentially
22   just pushes it out and then deploys it.
23             Secondly or lastly, I guess, I like the way
24   that the patients can recover from that.  Usually if
25   you're accessing some sort of vessel in the groin,

Page 117

1    there's a period of time where they have to keep their
2    legs straight.  But with the neck approach, it's just --
3    there's no downtime for the patient.  There's more
4    mobility after the procedure.
5         Q.   Have you implanted them femorally?
6         A.   Yes.
7         Q.   And in what instances or what criteria do you
8    use for that?
9         A.   I -- in the criteria, the patient was in a
10   C-collar for one of them, so I couldn't access the neck
11   because the -- it was inaccessible based on the C-collar
12   and we couldn't take it off.
13             The patient doesn't have a jugular vein.
14   They've had a lot of IV access and there's no vein
15   available for me to access either on -- either side of
16   the neck.  There's central stenosis, meaning that the
17   veins that go to drain the upper body are narrow or gone,
18   occluded, so there's no way to get to the inferior vena
19   cava from up top.
20             The patient is -- I've had a large patient,
21   I had trouble getting access to the neck because of the
22   body habitus and had to use the leg.
23        Q.   Okay.  You testified a little bit earlier about
24   your familiarity with the Cook Celect IFU or instructions
25   for use.  It's Exhibit 11.  I'd like to ask a few

30 (Pages 114 to 117)

Adrian A. Wong, M.D.

Page 118

1    questions about that if you want to get that in front of
2    you.
3        A.  Sure.  Okay.
4        Q.  Let me just ask you generally about how you use
5    IFUs.  Do you read the IFU each time that you do an
6    implantation?
7        A.  No.
8        Q.  I assume you read it one time early on?
9        A.  Yes.
10        Q.  And do you recall when that was for the Cook
11    Celect IFU?
12        A.  I cannot recall.
13        Q.  Was it before you started at Methodist in 2012?
14        A.  Probably, yes.
15        Q.  Was it before you did your fellowship from 2011
16    to 2012?
17        A.  I can't recall, but, you know, I've been
18    exposed to medical devices throughout my career.  One of
19    the things that I used to do or did when I was a student
20    was just to look at the device that was being used.
21    Usually I'd look at it once, get a familiarity with the
22    device and how it's deployed and the instructions for use
23    and what it looks like.  You know, I can't recall a
24    specific date.
25        Q.  Do you recall whether you looked at the Celect

Page 119

1    IFU at all from the time you started at Methodist in
2    2012?
3            MR. MATTHEWS:  Object to the form.
4        A.  Probably, but I can't, again, tell you a
5    specific date or time when I did.
6        Q.  (BY MR. MANDLER)  Is it your practice to look at
7    them more than once after you read it the first time?
8        A.  Not usually.
9        Q.  So if the first time you read it was during
10    your fellowship in 2011, that would have been the last
11    time you read the Cook Celect IFU?
12            MR. MATTHEWS:  Object to the form.
13        A.  Probably, unless anything had changed.
14        Q.  (BY MR. MANDLER)  Okay.  Let's look at page 7 of
15    Exhibit 11, the Cook Celect filter set for femoral and
16    jugular vein approach.
17            There's a listing of potential adverse
18    effects there, correct?
19        A.  Yes.
20        Q.  And those are ones that you read and were
21    familiar with at least certainly by 2015 when you
22    implanted a Cook Celect filter in Mr. Pavlock, correct?
23        A.  Yes.
24        Q.  Okay.  In addition to knowing about these
25    potential adverse effects from the IFU, you were aware of

Page 120

1    them from other sources, correct?
2        A.  Yes.
3        Q.  And what are some of those sources?
4        A.  Mostly from other interventional radiologists
5    that I've worked with, my mentors in fellowship,
6    residency, and some of the literature.
7        Q.  And that includes the journal literature that
8    you talked about earlier?
9        A.  Yes.
10        Q.  And would it include also your involvement in
11    SIR?
12        A.  Yes.
13        Q.  One of the potential adverse effects, the very
14    first one listed is "damage to the vena cava," correct?
15        A.  Yes.
16        Q.  That's something that you were aware of prior
17    to implanting the device in Mr. Pavlock?
18        A.  Yes.
19        Q.  And is that something you were aware of from
20    these other sources we've been discussing?
21        A.  Yes.
22        Q.  The third one down is "filter embolization,"
23    correct?  That's something you were aware of from the
24    IFU?
25        A.  Yes.

Page 121

1        Q.  And was that something you were also aware of
2    from your other access to the literature and your other
3    professional training?
4        A.  I have, and, I mean, it's not specific to the
5    Cook filter.  I've seen that with any -- you know, the
6    Bard filter or other filters that preceded the Celect
7    filter.
8        Q.  And maybe you can describe for the jury what is
9    a filter embolization that isn't -- that you say isn't
10    specific to the Celect filter.  What does that mean?
11        A.  It can mean any one of two things.  One, a
12    portion of the filter fractured and now moved to a
13    position that wasn't intended to be in the first place.
14    The other is the entire filter potentially could have
15    moved either up or down, I guess, in the inferior vena
16    cava.
17        Q.  Would you agree that a filter has to be
18    designed in a way to do a number of different things, one
19    of which is not to move; the other of which is to be
20    available to be removed; another of which is to minimize
21    perforations.  So there's a number of competing things
22    that have to go into a design of a filter?
23            MR. MATTHEWS:  Object to the form.
24        A.  There are things -- yes, those are the things
25    that I would consider.

31 (Pages 118 to 121)

Adrian A. Wong, M.D.

Page 122

1    Q. (BY MR. MANDLER)  You said filter embolization
2  is not limited to a risk for the Cook Celect.  Would you
3  say the same thing is true for damage to the vena cava?
4    A.  Yes.
5    Q.  The fourth potential adverse effect is "vena
6  cava perforation or penetration."  That's something you
7  were aware of from looking at the IFU before implanting
8  the device in Mr. Pavlock?
9    A.  Yes.
10    Q.  Was that something you were also aware of based
11  on your prior experience and review of the literature?
12    A.  Yes.  Again, that depends on mainly the amount
13  of time that the filter is implanted.
14    Q.  Mr. Matthews asked you some questions about
15  your knowledge about risk of penetration to nearby
16  organs, the aorta, the duodenum, the renal vein.
17       Do you recall that question?
18    A.  Yes.
19    Q.  All of those organs are in close proximity to
20  the vena cava, correct?
21      MR. MATTHEWS:  Object to the form.
22    A.  Yes.
23    Q. (BY MR. MANDLER)  And that's something you knew
24  as a doctor?
25      MR. MATTHEWS:  Object to the form.

Page 123

1    A.  Yes.
2    Q. (BY MR. MANDLER)  So you were aware, if there
3  was a penetration there was a risk to those close-by
4  organs that are packed together within the body cavity
5  there?
6      MR. MATTHEWS:  Object to the form.
7    A.  Again, it depends on where the filter is
8  deployed, depending on where in the inferior vena cava
9  the filter is deployed.  If there's penetration,
10  different structures are adjacent to tines depending on
11  if you deploy it very inferiorly, which is towards the
12  feet or closer towards the head.
13    Q. (BY MR. MANDLER)  But that's something you were
14  aware of and knew as an IR, at least certainly prior to
15  2015 when you implanted it in Mr. Pavlock?
16      MR. MATTHEWS:  Object to the form.
17    A.  That's -- yeah, the anatomic structures around
18  the inferior vena cava, yes.
19    Q. (BY MR. MANDLER)  Going down to the
20  third-from-the-bottom, filter malpositioning is a risk
21  that's listed in the IFU and one you were aware of prior
22  to implanting the Celect filter --
23    A.  I'm sorry --
24    Q.  -- in Mr. Pavlock?
25    A.  Where is that?

Page 124

1    Q.  The third bullet point from the bottom.
2    A.  Okay.  Yes.
3    Q.  You were also aware of that based on your
4  training and your review of literature?
5    A.  And diagnostic radiologists, yes, I've seen
6  filters that are not in the appropriate position.
7    Q.  That can include tilt, correct?
8    A.  Yes.
9    Q.  And what else would it include?
10    A.  It could be related to any one of these
11  other -- you talked about filter embolization.  That's
12  kind of malposition.  It could be deployed in the
13  incorrect spot.  It -- you know...
14    Q.  Can tilt or malpositioning lead to penetration?
15      MR. MATTHEWS:  Object to the form.
16    A.  Potentially.
17    Q. (BY MR. MANDLER)  Was that something you were
18  aware of prior to implanting the Celect device in
19  Mr. Pavlock?
20      MR. MATTHEWS:  Object to the form.
21    A.  I knew filters could potentially tilt and they
22  can penetrate.  The exact relationship between the two,
23  I'm not -- I don't know if one causes the other or not.
24    Q. (BY MR. MANDLER)  Were you -- prior to
25  implanting the device in Mr. Pavlock, were you aware that

Page 125

1  penetration would lead to a risk of organ penetration?
2      MR. MATTHEWS:  Object to the form.
3    A.  It depends on, again, where the filter is
4  deployed and what structures are around.  Yes, to say
5  that a specific structure is going to be penetrated or
6  damaged prior to placement, I can't -- I can't predict
7  that.
8    Q. (BY MR. MANDLER)  You were aware of the risk,
9  though, depending on the factors that you just mentioned?
10    A.  Sure, yes.
11      MR. MATTHEWS:  Object to the form.
12      MR. SPROTT:  You know of the 5:00 rule in
13  Texas, right?
14      MR. MANDLER:  Should have started a little
15  earlier, then.
16    Q. (BY MR. MANDLER)  Okay.  Turning to page 5 of
17  that IFU, Exhibit 11, prior to implanting the device in
18  Mr. Pavlock, were you aware of the intended use for the
19  Celect -- Cook Celect filter?
20    A.  Yes.
21    Q.  And was Mr. Pavlock's condition, in your view,
22  Dr. Wong, among those described in the intended use
23  section of the IFU?
24    A.  Yes.
25    Q.  And how so?

Adrian A. Wong, M.D.

Page 126

```
 1        A.  This is something to prevent pulmonary
 2   thromboembolism when anticoagulant therapy is
 3   contraindicated.
 4        Q.  In addition to reading the IFU, were you aware
 5   of those intended uses from your own study of the
 6   literature or your own professional experience?
 7        A.  Yes.
 8        Q.  The request of the referral for placement of
 9   the Cook Celect filter in Mr. Pavlock came from another
10   physician.
11            Would you agree with that?
12        A.  Yes.
13        Q.  Did you make an independent decision yourself
14   to go ahead and place that product?
15        A.  No.
16        Q.  Was the decision, to your knowledge, to place
17   that product, one, in Mr. Pavlock, one that was made by
18   any of the Cook defendants?
19        A.  No.
20        Q.  Was it one that was made by a Cook sales
21   representative?
22        A.  No.
23        Q.  Would you agree that the patient's physician is
24   in the best position to balance the risks and the
25   benefits from a particular device and make the decision
```

Page 127

```
 1   whether or not to place it?
 2        A.  Yes.
 3        Q.  You only saw, as I understand it, Dr. Wong,
 4   Mr. Pavlock the one time, at the time of placement?
 5        A.  Correct.
 6        Q.  You have now read his medical records that were
 7   produced in the case, the broad -- more broadly than just
 8   the day when you saw him, correct?
 9        A.  Yes.
10        Q.  Have you done any investigation or assessment
11   yourself on whether Mr. Pavlock's placed Celect filter
12   ever tilted or became misaligned?
13        A.  The only time that there was mention to tilt
14   was the first attempted removal, Dr. Brodie when he did a
15   venogram.
16        Q.  And did you look at those venograms?
17        A.  I did.
18        Q.  Do you agree that the filter was tilted?
19        A.  Yes.
20        Q.  Your assessment of the images that we looked at
21   of Exhibit 15 was that at the time of placement that it
22   wasn't tilted.  Did I understand that correctly?
23        A.  Yes, correct.
24        Q.  That was based on not the venogram, but the
25   last three images of those documents, which I think you
```

Page 128

```
 1   described as an x-ray or a CT?
 2        A.  Just an x-ray.
 3        Q.  Okay.  Just can you explain to me how -- how
 4   you can tell based on looking at these whether or not
 5   it's tilted?
 6        A.  Based on the venogram, I know that the general
 7   course of the inferior vena cava, I know where the renal
 8   veins are in relationship to the lumbar spine and the
 9   fact that the filter is straight up and down.
10        Q.  The term you used when Mr. Matthews asked you
11   if there was tilt, you said "not to an appreciable
12   degree."  Would you use that description for looking
13   at --
14        A.  Yes, I would say that there's no tilt in this,
15   very little, if any.
16        Q.  Is there some allowable percentage to your
17   knowledge, Dr. Wong, of -- that a filter can be out of
18   line before it's considered tilted?
19        A.  I believe they say 15 degrees off the axis
20   of the inferior vena cava.
21        Q.  Okay.  And can you tell based on the images,
22   the last three pages of Exhibit 15, if this filter is
23   tilted more than 15 degrees off the axis of the inferior
24   vena cava?
25        A.  No.
```

Page 129

```
 1        Q.  You can't tell or --
 2        A.  I mean, I -- based on this image, I can tell
 3   you that it's not tilted 15 degrees or more based on
 4   where I know the inferior vena cava is and the
 5   relationship of the filter is on these images.
 6        Q.  Okay.  Is that a tilt laterally as we are
 7   looking at these 2-D images?
 8        A.  It would be a tilt laterally, correct.
 9        Q.  Can you tell based on looking on these images
10   if there's a tilt forward and backward, as we're looking
11   at the 2-D image?
12        A.  You can sometimes based on the relationship of
13   the four legs.  If the four legs are off, like two legs
14   look higher than the others, then you know that the
15   tilt -- or the filter is tilted either anteriorly or
16   post -- I'm sorry, towards the front or the back.
17        Q.  And have you done that assessment on the images
18   that we're looking at, the last three images of
19   Exhibit 15?
20        A.  Yes.
21        Q.  And what is your understanding of what it is?
22        A.  They look aligned.
23        Q.  Dr. Wong, have you yourself done any
24   investigation, testing or studies on IVC filter design?
25        A.  No.
```

33 (Pages 126 to 129)

Adrian A. Wong, M.D.

Page 130

1    Q. On efficacy?
2    A. To what? To decreasing the risk of pulmonary
3  embolism?
4    Q. Correct.
5    A. No.
6    Q. And I guess risks posed by IVC filter design.
7    A. I have not done any research.
8    Q. So you'd agree that your knowledge in this area
9  is limited to your medical training, your experience with
10  IVC filters and reviewing the IFUs for the filters that
11  you use?
12    A. Yes.
13    Q. Dr. Wong, did you have any disagreement on the
14  recommendation from Dr. Pavlock's primary care physicians
15  and his surgeons for the placement of an IVC filter?
16    A. Again, I rely heavily on their clinical
17  judgment because they're the -- they're the people that
18  have -- they know the patient. I'm merely stepping in at
19  the time of placement to discuss with them what they feel
20  and why they want to do it, and if that makes sense to
21  me, then I will comply.
22    Q. Okay. In this case, I assume it made sense
23  with you --
24    A. Yes.
25    Q. -- since you went ahead and placed it?

Page 131

1      MR. MATTHEWS: Object to the form.
2    A. Yes.
3    Q. (BY MR. MANDLER) So did you have any
4  disagreement with their recommendation?
5    A. No.
6    Q. Do you recall whether you spoke with
7  Dr. Ponce de Leon specifically about the surgery?
8    A. I did not.
9    Q. Do you recall whether you spoke with Dr. Nigam
10  about it?
11    A. I do not.
12    Q. And do you recall whether you spoke with
13  Mister -- or Dr. Patel about it?
14    A. I don't recall speaking with any of those.
15    Q. Do you recall meeting with Mr. Pavlock or his
16  family prior to the surgery?
17    A. You mean in the preoperative area?
18    Q. Correct.
19    A. Yes.
20    Q. And as part of that -- was that the first time
21  you met Mr. Pavlock?
22    A. Yes.
23    Q. Did you discuss with Mr. Pavlock the risks of
24  the surgery?
25    A. Yes.

Page 132

1    Q. And tell me what you would typically discuss
2  with your patients before an implantation of an IVC
3  filter as far as the risks that are involved.
4      MR. MATTHEWS: Object to the form.
5    A. Typically, we would discuss the risks involved
6  with the placement itself, the risks involved with -- and
7  risks involved with the retrieval.
8    Q. (BY MR. MANDLER) And what risk would you
9  describe as to the placement?
10    A. The placement would be --
11      MR. MATTHEWS: Object to the form.
12    A. -- potentially it could migrate, potentially
13  there could be bleeding from the access site, and I
14  always say -- or I usually say, I guess, when I am
15  discussing them that, you know, there's very low risk
16  from bleeding.
17      As far as retrieval, there is usually a
18  small chance that this may not be retrieved, but that is
19  a possibility. And the risks are also included in the
20  consent form as well.
21    Q. (BY MR. MANDLER) Yes. Turning to that, do you
22  use the consent form yourself?
23    A. What do you mean? Yes, I use the consent form
24  regularly for all the procedures that we -- we do.
25    Q. And by yourself, I mean, it's not something

Page 133

1  that's administered by a nurse or a tech. You yourself
2  go through it with the patient?
3    A. Yes, I discuss -- yes.
4    Q. All right. And describe for me your typical
5  practice of how you use the consent form with your
6  patients?
7    A. I would discuss the risks and benefits of the
8  procedure. I would discuss the -- in specific to the
9  inferior vena cava?
10    Q. I'm sorry, that was a bad question. Let me ask
11  it again.
12      Describe your typical practice of how you
13  would use the consent form with a patient before the
14  implantation of an IVC filter.
15    A. Typically, we would discuss the risks and
16  benefits of the procedure. I'd discuss what actually is
17  going on with the patient clinically, and then my nurse
18  is usually there as well, who will actually then go over
19  the consent form again with the patient and then have
20  them sign and initial the consent form.
21      I usually tell them if there's any other
22  questions or anything, concerns that come up in between
23  now and when the procedure starts, please feel free to
24  talk to the nurse and I'll come back and talk to you
25  again.

34 (Pages 130 to 133)

Adrian A. Wong, M.D.

Page 134

1    Q.  Okay.  And looking at Exhibit 3, the second
2    page, which was your typed notes as you described them
3    earlier from the procedure, under "Technique," is that
4    the procedure you followed in the case of Mr. Pavlock?
5    A.  I'm sure.  What exhibit is that?
6    Q.  Exhibit 3.
7    A.  Exhibit 3.
8    Q.  Page 8 on the bottom.
9    A.  Yes, that is the description of the procedure
10   from the beginning to end.
11   Q.  And so with Mr. Pavlock, you did go over the
12   consent form and the risks and the benefits of his
13   surgery?
14        MR. MATTHEWS:  Object to the form.
15   A.  Yes.
16   Q.  (BY MR. MANDLER)  As you've described them for
17   us today?
18   A.  Yes.
19        (Wong Deposition Exhibit 16 marked.)
20   Q.  (BY MR. MANDLER)  Okay.  I'm showing you what
21   we've marked as Exhibit 16, Dr. Wong.
22        Do you recognize that document?
23   A.  Yes.
24   Q.  What is it?
25   A.  This is the consent form that we use in the --

Page 135

1    in our area to consent patients for procedures.
2    Q.  And in particular, is Exhibit 16 the one that
3    was used with Mr. Pavlock?
4    A.  It appears that way.  His identifying
5    information is on each page.
6    Q.  And your name, as well, is on the second page
7    of the document, as the physician?
8    A.  Yes.
9    Q.  Do you agree that Mr. Pavlock did have risk
10   factors for DVT and PE?
11        MR. MATTHEWS:  Object to the form.
12   A.  Yes.
13   Q.  (BY MR. MANDLER)  And you agree he already had a
14   known DVT?
15   A.  Yes.
16   Q.  And he had had major surgeries prior and
17   upcoming?
18   A.  Yes.
19   Q.  Were you aware of his prior testosterone use?
20        MR. MATTHEWS:  Object to the form.
21   A.  I can't say that I was.  I don't recall.
22   Q.  (BY MR. MANDLER)  But you would agree that's a
23   risk factor?
24        MR. MATTHEWS:  Object to the form.
25   A.  I do agree it's a risk factor.

Page 136

1    Q.  (BY MR. MANDLER)  Dr. Wong, do you think the
2    risk factors multiply for PE or DVT when there are
3    multiple risk factors present?
4        MR. MATTHEWS:  Object to the form.
5    A.  I think that there are -- once you have
6    multiple risk factors, then you -- yes, I would say
7    you -- I don't know about multiplied, but I know that you
8    are, in my judgment, would be at higher risk for the
9    development of a DVT, propagation of a DVT and potential
10   for PE.
11   Q.  In one of Mr. Pavlock's
12   written answers to interrogatories propounded by your
13   counsel, he states, "I was surgically implanted with a
14   Cook Celect filter, inferior vena cava filter, at
15   Methodist Hospital by Dr. Adrian A. Wong.  Dr. Wong
16   stated this IVC filter would be temporary and placed as a
17   safety net."
18        Is that something that you recall saying?
19   A.  In this situation based on review of the -- why
20   he had it put in, it's not unreasonable that I would
21   not -- that I would have said that.
22   Q.  And what do you mean by placement as a safety
23   net?
24   A.  Something that would prevent the embolization
25   of clot into the lungs.

Page 137

1    Q.  And is that terminology, "safety net,"
2    something that accurately describes an IVC filter's
3    purpose?
4    A.  I don't know if I used those words
5    specifically, but I tend to use the word "filter"
6    sometimes as well.  I don't know if I specifically used
7    "safety net" as a -- as a term.
8    Q.  In paragraph 2 on page 2 of
9    Deposition Exhibit 16, the consent form, it says, "I (we)
10   understand that the following surgical, medical and/or
11   diagnostic procedures are planned for me and I
12   voluntarily consent and authorize these procedures:
13   Image-guided inferior vena cava filter placement."
14        First of all, is that something that would
15   be written in by you, your tech or a nurse or is that
16   something that Mr. Pavlock writes in?
17   A.  That's written in by the nurse.
18   Q.  Okay.  And what does it mean to be an
19   image-guided inferior vena cava filter placement?
20   A.  That means they -- that you use imaging in
21   order to place the filter.  In this case it was
22   ultrasound and x-ray.
23   Q.  Paragraph 9 says, "Just as there may be risks
24   and hazards in continuing my present condition without
25   treatment, there are also risks and hazards related to

Adrian A. Wong, M.D.

Page 138

1    the performance of the surgical, medical and/or
2    diagnostic procedures planned for me. I realize that.
3    Common to surgical, medical and/or diagnostic procedures
4    is the potential for infection, blood clots in veins and
5    lungs, hemorrhage, allergic reactions and even death. I
6    also realize that the risks and hazards I initial on
7    later pages of this form, and the following risks and
8    hazards (if any) may occur in connection with this
9    particular procedure," correct?
10       A.  Yes.
11       Q.  And then it says "As discussed MD."
12       A.  Correct.  Or "As discussed by MD," yes.
13       Q.  "As discussed by MD," correct.
14           And those are the risks that you have
15   described for us that you discussed with Mr. Pavlock
16   prior to his surgery?
17       A.  Yes.
18       Q.  And then it references a particular section and
19   initials, and if you go to the following page -- so it's
20   page 4 of the consent form, there are different boxes
21   that are crossed, and he initials, correct?
22       A.  Correct.
23       Q.  And are those the particular risks that you
24   discussed with Mr. Pavlock?
25       A.  They usually discuss the risks involved with

Page 139

1    blood transfusions. I don't go over specifically the
2    risks at times with these cases that are not at high risk
3    for bleeding unless I really think that the patient is
4    going to need a blood transfusion.
5        Q.  Okay.  On the following page, on page 5, there
6    is a box that says "Inferior vena cava filter insertion
7    and removal."  Are those risks you went over with
8    Mr. Pavlock?
9        A.  Yes.
10       Q.  And those include "All associated risks as
11   listed under paragraph 2(B) of this subsection" -- I
12   guess we have to look at the previous page for those
13   risks?
14       A.  Oh, that's -- yes.  That's discussing
15   angiography and the risk of the injection of contrast.
16       Q.  Okay.  And is that something you would have
17   discussed with Mr. Pavlock?
18       A.  Usually I discuss that we were going to use
19   contrast for this, which may have an effect on the
20   kidneys.  In his case his kidneys were normal, so the
21   risk is very low.
22       Q.  Okay.  All right.  Then going back to page 5,
23   the section on inferior vena cava filter insertion, the
24   second is the "Injury to the inferior vena cava (main
25   vein in the abdomen)," that's something you discussed

Page 140

1    with Mr. Pavlock?
2        A.  Yes.
3            MR. MATTHEWS:  Object to the form.
4        Q.  (BY MR. MANDLER)  The third is "Filter migration
5    or fracture (filter could break and/or move from where it
6    was placed)," did you discuss that with Mr. Pavlock?
7        A.  Yes.
8        Q.  The fourth is "Caval thrombosis (clotting of
9    the main vein in the abdomen and episodes of swelling of
10   legs)."  Did you discuss that with Mister --
11       A.  I don't know if I specifically discussed that.
12   That's something, again, that I usually discuss the main
13   things that I have seen clinically.
14       Q.  Okay.
15       A.  And the thrombosis, that's a pretty rare risk
16   that I've seen mainly with some of the nonretrievable
17   filters.  So I --
18       Q.  How about number 6, the "Inability to remove
19   the filter (for optional retrievable filters)," is that
20   something that --
21       A.  Yes, I usually say there's a small chance we
22   may not be able to take it out.
23           MR. MANDLER:  Why don't we just break now.
24           THE VIDEOGRAPHER:  Off the record at
25   5:22 p.m.  This concludes File 2.

Page 141

1            (Recess taken, 5:22 p.m. to 5:27 p.m.)
2            THE VIDEOGRAPHER:  The time is 5:27 p.m.
3    Back on the record, beginning of File 3.
4        Q.  (BY MR. MANDLER)  All right, we're back on the
5    record after a break, Dr. Wong.
6            Before we closed Exhibit 16, the consent
7    form, on the third page there's a witness signature and a
8    name, and it looks like it says Sharine Gerinbam.
9            Am I reading that correctly?
10       A.  I can't read the last name.
11       Q.  Do you know who that individual is?
12       A.  Yes.
13       Q.  Okay.  And who is it?
14       A.  It's a nurse.
15       Q.  A nurse that worked with you in your practice?
16       A.  Yes.
17       Q.  We've talked about it a little bit, but I'm
18   wondering, Dr. Wong, if you could walk us through the
19   steps of the insertion procedure using the jugular method
20   that you used in Mr. Pavlock, so the jury basically
21   understands how you place these filters.
22       A.  Initially the patient is laid on their back on
23   the x-ray table. I will bring an ultrasound to the head
24   of the table. I'll use the ultrasound to look at the
25   vein in the neck, the jugular vein, make sure that it's

36 (Pages 138 to 141)

Adrian A. Wong, M.D.

Page 142

1  open or patent.  Then from there, the procedure will
2  proceed.  They usually will -- or not usually -- will
3  always sterilely prep the area, drape the patient, and
4  then sterilely prep everything, all the equipment that we
5  potentially will need, including the ultrasound machine.
6          From there we'll -- I'll again use the
7  ultrasound, talk to the nurse about giving the patient
8  some sedation.  Sometimes I try to do that before they
9  are prepped and draped or before I get started.  And
10 we'll check their vital signs, then we'll do a time-out,
11 make sure that this is the correct patient, this is the
12 correct side, this is what we're doing.  And then --
13     Q.  Is the sedation through an IV drip or --
14     A.  The sedation is an IV medication.
15     Q.  Okay.
16     A.  It's fentanyl and Versed, unless there's a
17 contraindication to use -- for me, for Versed, is if
18 their blood pressure is low or, you know...
19     Q.  For those of us who may be a little squeamish
20 around operations?
21     A.  Sure.
22     Q.  The patient's totally out during this period?
23     A.  No.
24     Q.  No, okay, so what's --
25     A.  It's called a moderate sedation.

Page 143

1     Q.  Okay.  What does that mean?
2     A.  So that means the patient is arousable, meaning
3  that you can touch them, shake them, get them to wake up.
4  They're also breathing on their own.  They're not
5  breathing by a machine.
6     Q.  Okay.
7     A.  It's usually done for minimally invasive
8  procedures that are very quick.
9          So after sedation has been administered,
10 then again I'll do an ultrasound of the neck, confirm
11 that again the vein is open.  I'll use some lidocaine in
12 the neck essentially just in the skin right above the
13 vein to numb up the skin.  I tell the patient at that
14 point, you know, you'll feel some pressure from the
15 ultrasound and a little bee sting.  That's the lidocaine
16 going on.
17          From there I use what's called a
18 micropuncture needle, which is a small needle that
19 actually accesses the vein itself.  I put a small wire
20 in; it's 0.018-inch wire that goes into the inferior --
21 sorry, the jugular vein.
22          And then I'll use x-ray to make sure that
23 the wire goes to the right side of the heart, meaning
24 that it went through the superior vena cava and it's in
25 the superior vena cava or the right atrium, because the

Page 144

1  inferior vena cava connects to the right atrium from the
2  bottom side, inferior.
3          From there, then I'll put a small
4  micropuncture sheath, which is a very small sheath, over
5  the wire; that gives me stable access to the vein.  From
6  there --
7     Q.  Same wire that's already in there?
8     A.  Over the wire that's already in, correct.
9     Q.  Okay.
10     A.  Then from that point, you can take out the wire
11 that's in and the small little inner dilator part that
12 comes with the micropuncture sheath.  So now you just
13 have a little plastic tube that's in the vein, no wire
14 just in the vein there.
15          Then from there I'll place a 0.035-inch,
16 which is just a different size wire that's a little bit
17 more stiff, through that micropuncture sheath.  And then
18 I'll navigate it through the right atrium down into the
19 inferior vena cava, which is the main vein that drains
20 the abdomen.  I'll do that under x-ray.
21          Then from there, you can take the Cook --
22 or take the delivery sheath for the filter, in this
23 instance the Cook sheath.  There's a dilator that comes
24 with it, which essentially is a small plastic tubing that
25 goes over the wire and helps to spread open the skin a

Page 145

1  little bit so that I'm not making an incision here, and
2  allows the slightly larger sheath to go over the wire
3  easily into the inferior vena cava.
4     Q.  So the sheath is going over the wire but to the
5  inside of the tube?
6     A.  The sheath is going over the wire.  On the
7  inside of the tube, I'm not sure what you mean by that.
8     Q.  Is the tube that you inserted initially still
9  there?
10     A.  No, I'm sorry.  So --
11     Q.  I missed that.
12     A.  Once we put the wire down into the inferior
13 vena cava, then I take the small plastic tubing off.
14 Then I can put the dilator on, open up the skin just a
15 little bit, slightly larger, we're talking millimeters.
16 This is not centimeters or inches, it's just millimeters
17 in size.  That comes out.  Then the sheath comes in.  The
18 sheath then is also advanced over the wire under
19 fluoroscopy until you get to the inferior vena cava.
20     Q.  The sheath is as long as the wire or --
21     A.  Not quite as long as the wire.  If the sheath
22 was as long as the wire, you wouldn't be able to advance
23 it in there.
24          The sheath is -- I can't remember how long
25 the sheath is, but I usually try to position it on the

37 (Pages 142 to 145)

Adrian A. Wong, M.D.

Page 146

1  bottom aspect of the inferior vena cava. Then from
2  there, I take out the inner portion of the sheath and the
3  wire because now I'm in the inferior vena cava.
4          I'll aspirate through the sheath to make
5  sure there's no air within the sheath, that I'm not
6  injecting air. So once I get blood back into the syringe
7  from the sheath, I'll flush it back through with some
8  saline, and then from there I do the inferior vena
9  cavogram, which is essentially Exhibit 15, that first
10  sequence of images that shows the sheath. Then --
11          Q. So page 1 we're looking at --
12          A. That's just the sheath, yes.
13          Q. All right.
14          A. Then the next page is the injection of
15  contrast.
16          Q. Okay. Wait. When we're looking at the sheath,
17  is the filter yet in the sheath at this point?
18          A. No, the filter is not in place at this point.
19          Q. Okay.
20          A. It's still on the table.
21          Q. All right.
22          A. The -- the next is the contrast being injected
23  through the sheath and you're seeing the veins opacified,
24  meaning you're seeing contrast in the veins here. And
25  what I'm trying to do is reflux some of the contrast into

Page 147

1  the pelvic veins so that I can -- meaning that because
2  the blood flow here is going from the bottom of the page
3  to the top of the page, and in order to see blood flow or
4  see the vein, I need to put contrast where blood is
5  essentially.
6          So --
7          Q. And what's the purpose of adding the contrast
8  so you can see the vein?
9          A. Mainly I'm looking for any kind of venous
10  anomalies. I want to know does the patient have two
11  inferior vena cavas. Do they have a renal vein that's an
12  accessory renal vein, essentially another renal vein.
13  You can have multiple renal veins.
14          Q. And did any of that occur with Mr. Pavlock?
15          A. No.
16          Then I'm looking for clot/thrombus within
17  the filter -- or sorry, within the inferior vena cava or
18  the pelvic veins, and then I'm looking for the renal
19  veins, and the way that I can tell that is -- I'm sorry,
20  these aren't numbered, the fourth page.
21          Q. There's a time stamp n the upper right.
22          A. Time stamp 13:20 -- well, the time stamp is the
23  same on all of them because it's a very quick...
24          Q. Okay.
25          A. Number 4 shows -- 4 and 5, page 4 and 5 show

Page 148

1  the renal veins, essentially it's a shadow, so there's
2  blood coming out of the renal veins that doesn't contain
3  contrast, so what I see there are a suggestion of where
4  the inflow is, which is essentially the area that looks
5  like it's narrow. That area has no contrast. That's
6  the -- where the renal veins come in.
7          So from there --
8          Q. And there's no anomalies with --
9          A. No renal vein anomalies, no.
10          So then from there I'm able to save that
11  image, send it over to another screen and essentially
12  take -- we call it a native, meaning that it shows
13  contrast in the inferior vena cava but then shows me the
14  bony structures really well.
15          From there I compare where the renal vein
16  inflow is and compare it to where -- what bony structures
17  I'm looking at. In this case I'm looking at the L2 --
18  L1-L2 vertebral body.
19          Q. And L1 and L2 refer to what?
20          A. The lumbar vertebral bodies.
21          Q. Okay.
22          A. And so from there I know that that's where the
23  location of the renal veins are, and I want to position
24  the filter so the tip is almost at the level of the renal
25  veins.

Page 149

1          So then I'll flush the -- well, actually,
2  I'll aspirate the remaining contrast out of the sheath
3  because if I inject it in, then he gets that extra load
4  of contrast. Then I will flush the sheath again with
5  saline, meaning that I'll inject saline through the
6  sheath to clear out all the blood and potentially any
7  contrast so there's no issue with -- it's a clean sheath
8  again.
9          Then from there, depending on what type of
10  delivery system was available, either a preloaded system
11  or the Uni-Celect, which was the type of filter that
12  comes with the -- either the preloaded femoral access or
13  the jugular access.
14          Q. And do you have a -- any indication in your
15  records that would tell us which one it was?
16          A. I don't.
17          Once the -- you have the smaller sheath,
18  essentially the smaller tubing that has the actual filter
19  in it, you can pass it through the larger sheath, and
20  then I'll pass it all the way in until the two sheaths
21  connect. There's a little click, and it makes that
22  connect. That means that at this point the very bottom
23  part of the filter is at the very edge of the sheath.
24          Now, I've left the sheath in the same place
25  so as not to pull the sheath back and push it back in

38 (Pages 146 to 149)

Adrian A. Wong, M.D.

Page 150

1 because then the tip can be in a different vein. There
2 are other veins that come off the inferior vena cava
3 that --
4    Q. How do you do that? How do you keep the sheath
5 from moving?
6    A. Hold it in place as I'm advancing the --
7    Q. So you have one hand on the sheath and you're
8 advancing the -- whatever lead wire?
9    A. Usually, yes. Yeah, yeah. Or this time
10 there's no more wire. I just advance the filter through
11 the sheath --
12    Q. But what makes the filter advance?
13    A. It's inside a smaller sheath or a smaller tube,
14 so --
15    Q. And that tube is long enough to --
16    A. Correct. So it's the -- they're designed so
17 that when you get to the edge where they marry, the very
18 end of the filter is at the very tip of the sheath.
19    Q. Okay.
20    A. So from there, I'm able to -- I see that
21 under -- I'm doing all this under x-ray to make sure that
22 the sheath hasn't moved and to make sure that the filter
23 is advancing through the sheath as appropriately, and
24 then when it clicks, I can confirm that the filter is at
25 the edge of the sheath.

Page 151

1    Then based on my imaging from the inferior
2 vena cavogram, which is now on another screen, and the
3 live images that I'm taking with x-ray, I can position
4 the filter to a point where I know the renal veins come
5 together. Then from there, as far as the deployment of
6 the filter, I --
7    Q. Let me stop you right before we get to
8 deployment because I want to make sure I have a picture
9 of this. Where are you standing at this point?
10    A. I stand at the head of the bed for this, so I'm
11 standing -- if the patient is lying on the table, I'm
12 standing over the very top of the patient's head.
13    Q. And in one hand you have the sheath?
14    A. (Nods head.)
15    Q. And where is that hand resting?
16    A. It's usually on -- it's -- it's either on the
17 pillow or the side of the patient here, so I have it
18 holding as I'm advancing the other sheath.
19    Q. And the other sheath --
20    A. Goes into the --
21    Q. And the hand that's advancing that sheath is
22 free?
23    A. Yeah. And so I kind of advance the sheath
24 through that as I'm holding this one and then they'll
25 click, and then I see under x-ray that nothing has moved

Page 152

1 and the filter has traveled down the sheath
2 appropriately.
3    Q. Okay. And then the deployment?
4    A. So then, you're essentially looking at the
5 filter in the end of the sheath here with the sheath
6 still in the same position in the very bottom part of the
7 inferior vena cava. I will retract the sheath meaning
8 I'll pull the sheath back so the filter and the sheath
9 together move up to the location of where the renal veins
10 come together.
11    And then from that point, it's kind of a
12 pin and pull -- you kind of -- you -- you can advance --
13 pull the -- sorry. There's two components to the inner
14 sheath that contains the filter.
15    There's still a point -- there's still a
16 distance between the two, the end of the -- it's hard to
17 describe. The tube that goes down through the sheath.
18 So what I can do is now pull the sheath back to expose
19 the filter.
20    So since I said that the bottom part of the
21 filter is at the very edge of the sheath, if I pull the
22 sheath back now and hold it in place -- hold the filter
23 in place and pull the sheath back, the legs open up
24 first, and then I can pull it all the way back until the
25 whole filter is exposed. I have a little bit of back

Page 153

1 tension on the inner sheath and then there's a safety
2 button and then an actual deployment button.
3    You undo the safety when you think you're
4 ready to go, and then you can push the deployment button,
5 which essentially, the filter is hooked in by the hook on
6 the filter and there's a small hook on the inner sheath
7 there that just moves the hook out of the way so that now
8 the filter is free within the inferior vena cava.
9    Q. Okay. At the time you press the button, is
10 your hand still holding -- one hand holding the sheath?
11    A. Yes.
12    Q. And that's still resting?
13    A. Yes. It's still holding it in place because I
14 want to make sure that as I'm pulling the sheath back,
15 I'm not pulling the whole ring back, because if that's
16 the case, then I'm pulling the filter back as well.
17    Q. Okay. And then the other hand that's going to
18 press the trigger, is that free?
19    A. That is -- I mean, yes, it's not anchored like
20 the other one. It's -- yeah.
21    Q. Okay. Then what happens?
22    A. Then from there I'm able to pull the inner
23 sheath out, and so there's only the inner sheath -- or
24 the outer sheath still present with the filter in place.
25 And that's why I took an x-ray. And then --

Adrian A. Wong, M.D.

Page 154

1    Q.  And that's what we're looking at in the last
2  three pages?
3    A.  That's what the last images -- yes, the last
4  three images are just the filter.  In fact, you can
5  actually see the delivery sheath still in place, where
6  the ribs come at the level of the thoracic and vertebral
7  body at T11 and 12.
8    Q.  That's something you take and look at in
9  realtime to make sure the placement is as you wish it to
10  be?
11    A.  Yeah, because sometimes taking this -- this is
12  called a spot radiograph, is different than looking at
13  the radiograph live.  You can see more detail this way.
14  And this also documents the positioning of the filter, if
15  it were to change position or migrate or whatnot.
16    Q.  And based on that with Mr. Pavlock, you were
17  satisfied with the placement of the filter both
18  positionally as it relates to the renal veins as well as
19  positionally whether there was any amount of tilt?
20    A.  Yes.
21    Q.  As part of your reporting, do you measure and
22  document fluoroscopic time?
23    A.  Yes.
24    Q.  And what does that term "fluoroscopic time"
25  mean?

Page 155

1    A.  That's the amount of time that we're taking
2  live images using x-ray.
3    Q.  So what does that correspond to within the
4  procedure you just described for me?
5    A.  Not -- the whole thing -- the whole procedure
6  is not necessarily done by me stepping on the x-ray as
7  far as dilating the skin tract here (indicating), and,
8  you know, working on -- at the table to move one sheath
9  to another, it usually is -- I don't have to step on the
10  x-ray to do that.
11        If I'm advancing something into the body or
12  if I am trying to position something, then I'm
13  essentially using the x-ray to determine where I am in
14  the body.
15    Q.  Okay.  And if I have this right from looking at
16  your report -- or sorry, your records from the procedure
17  that day, it was one minute of fluoroscopic time?
18    A.  Yes, approximately.
19    Q.  And is that -- would that represent a
20  relatively short and simple procedure?
21    A.  Yes.
22    Q.  If there had been any complications during the
23  surgery, would they have been noted in your report, your
24  notes from that day?
25    A.  Yes.

Page 156

1    Q.  Did you consider the implant procedure to be
2  successful?
3    A.  Yes.
4        (Wong Deposition Exhibit 17 marked.)
5    Q.  (BY MR. MANDLER)  Dr. Wong, I don't think we've
6  marked this one yet.  If we have, I apologize.  I'm
7  showing you what we've marked as Exhibit 17.  It's titled
8  "Postoperative/Postprocedure Note"?
9    A.  Yes.
10    Q.  Is this your handwriting on here?
11    A.  Yes, except for the very top.  That's my name,
12  assistants and anesthesia type.
13    Q.  And how do you use this document?
14    A.  This is something that goes into the chart.  At
15  the time Sugar Land Methodist was on a paper chart
16  system, so this is something that quickly documents what
17  happened and briefly tells the course of the procedure
18  until I can put in a formal dictation, which is the
19  document we were referring to earlier as Exhibit 15 --
20  no, sorry, my report we saw earlier.
21    Q.  Okay.  There's nothing under the section in
22  disposition other than, I think it says "Retrievable IVC
23  filter placed at L2," correct?
24    A.  Yes.
25    Q.  How come there's nothing filled in there?

Page 157

1    A.  That's usually filled out on another form.
2  This is a form that was kind of created for the purposes
3  of documenting the procedure note.  Other forms were
4  subsequently created to discuss orders for disposition,
5  so rather than write it twice, this was written -- I used
6  it as my -- essentially my impression of what actually
7  kind of summarizes the procedure.
8    Q.  Okay.  And I think we discussed this earlier,
9  but did you do anything to document a return visit for
10  retrieval?
11    A.  As far as schedule something?
12    Q.  Correct.
13    A.  I did not.
14    Q.  And you would rely on Dr. Pavlock's [sic]
15  primary physicians or surgeons to make that determination
16  when it was appropriate for removal?
17    A.  Yes.
18    Q.  Other than the day of surgery, you didn't have
19  any further contact with Mr. Pavlock?
20    A.  I did not.
21    Q.  You haven't done any assessment of
22  Mr. Pavlock's current condition?
23    A.  I've reviewed the literature -- I mean, sorry,
24  the medical records.  But I -- again, I don't make any
25  decisions as far as his anticoagulation or anything of

40 (Pages 154 to 157)

Adrian A. Wong, M.D.

Page 158

1    that nature, so...
2        Q.  You mentioned that you reviewed not only the
3    medical records, but some of the expert reports that have
4    been provided in the case?
5        A.  I have, yes.
6        Q.  Which ones?
7        A.  Dr. Kuritza's reports, and I have had a cursory
8    review of the others.
9        Q.  And Dr. Kuritza is a doctor, an IR, who's been
10   designated to provide opinions as to your standard of
11   care.  Do you understand that?
12       A.  Correct.
13       Q.  And what was your purpose of reviewing his
14   designation or his report?
15       A.  That was provided to me first, so I looked at
16   that first, and then as we kind of moved through the
17   process, then the others came my way.
18       Q.  Did you agree with Dr. Kuritza's conclusions?
19       A.  No.
20       Q.  And why not?
21       A.  I think that he didn't have all of the
22   information at the time, especially discussing the
23   consent form and the reasonings for placing the filter.
24       Q.  What makes you think he didn't have all the
25   information at the time?

Page 159

1        A.  He was saying that there was no informed
2    consent obtained, and for the other, I don't recall
3    specifically, but that's kind of what I had felt by
4    reading it.
5        Q.  I want to talk to you a little bit about some
6    of the questions that you answered about Ms. Heidi Byrom,
7    the Cook representative.
8        A.  Uh-huh.
9        Q.  She was not present for the procedure, correct?
10       A.  No, she was not.
11       Q.  And she didn't give you any advice on which
12   filter to select or how to treat Mr. Pavlock, do you
13   remember that?
14       A.  No.
15       Q.  And you wouldn't rely on her for such advice
16   anyway, would you?
17       A.  No.
18       Q.  Likewise, am I correct in assuming Ms. Byrom
19   didn't give any advice as to how long to leave the filter
20   in or when to try to remove it?
21       A.  No.
22       Q.  And you wouldn't rely on that advice in any
23   event, correct?
24       A.  No.  No, I would not.
25           MR. MANDLER:  Okay.  I think I'm pretty

Page 160

1    close to being finished.  If I could just have a few
2    minutes to look over my notes, maybe we can wrap up.
3           THE VIDEOGRAPHER:  Off the record at
4    5:56 p.m.
5        (Recess taken, 5:56  p.m. to 6:02  p.m.)
6           THE VIDEOGRAPHER:  The time is 6:02 p.m.
7    Back on the record.
8        Q.  (BY MR. MANDLER)  Dr. Wong, just a few more
9    questions for you.  We've been talking about Heidi Byrom
10   and your interactions with her.  I think I have this from
11   your prior testimony, but let me just confirm:  You don't
12   recall or didn't speak to anybody else from Cook other
13   than Heidi Byrom?
14       A.  There was another -- off the top of my head I
15   can't remember the other representative.  It was a
16   female.  I can't remember her name.
17       Q.  Do you remember anything that she said or any
18   information she provided that's different from what
19   you've testified --
20       A.  No.
21       Q.  -- as to what came from Heidi?
22       A.  No.
23       Q.  And would you give any different answers as it
24   relates to that representative than you gave already as
25   far as your reliance or the role that Heidi Byrom played

Page 161

1    in providing you information?
2        A.  No.
3        Q.  You testified, I believe, that you received the
4    2010 FDA guidance as it relates to IVC filters?
5        A.  Correct.
6        Q.  And there was one that was issued at a later
7    date as well?
8        A.  I believe so, yes.
9        Q.  And you received both of those and read them?
10       A.  Yes.
11       Q.  How did you find out about these guidance
12   documents?
13       A.  They had been discussed amongst the other
14   interventional radiologists, and then I received them in
15   a packet of information.
16       Q.  Okay.  And you would agree that they're
17   guidance documents that apply to IVC filters in general
18   and not to Cook-specific IVC filters?
19       A.  Yes.
20       Q.  Did anything about them change your practice as
21   it relates to the placement of IVC filters?
22       A.  No.  I mean, I -- the risks involved with
23   placing those were known, and it's been a recent push to
24   really follow up on these filters and try to see where
25   the patients go and make sure that we can have another

41 (Pages 158 to 161)

Adrian A. Wong, M.D.

Page 162

1  discussion about the possible retrieval.
2      Q.  When you say the risks of the filters were
3  known, specifically what risks are you referring to?
4          MR. MATTHEWS:  Object to the form.
5      A.  Just the filters being in place over a long
6  period of time, potentially it could penetrate and
7  could at the time of those releases of the FDA, fracture
8  or migrate.
9      Q.  (BY MR. MANDLER)  And those were risks that you
10  were aware of independent of the Cook IFU for the Celect
11  filter, correct?
12      A.  Yes, there are multiple filters out on the
13  market.
14      Q.  And those were risks that you were aware of
15  independent of the Cook IFU prior to the time that you
16  implanted the Cook Celect filter in Mr. Pavlock?
17          MR. MATTHEWS:  Object to the form.
18      A.  Yes.
19      Q.  (BY MR. MANDLER)  And you were -- from your
20  training and experience and your own literature review,
21  you were independently aware that migration is a risk
22  factor for IVC filters?
23      A.  Yes.
24      Q.  And you were independently aware that tilt is a
25  risk factor?

Page 163

1      A.  Yes.
2      Q.  You were independently aware that vena cava
3  damage is a risk factor?
4      A.  Yes.
5      Q.  You were independently aware that perforation
6  was a risk factor?
7      A.  Yes.
8      Q.  And you were independently aware that a
9  potential inability to retrieve was a risk factor?
10      A.  Yes.
11      Q.  And you didn't need to read the IFU to
12  understand those risk factors?
13          MR. MATTHEWS:  Object to the form.
14      A.  No.
15          MR. MANDLER:  Okay.  That's all I have.
16  Thanks for your time today.
17          (Wong Deposition Exhibit 18 marked.)
18              EXAMINATION
19  BY MR. MATTHEWS:
20      Q.  Let me show you Exhibit 18.  On the second page
21  of this is a card for the Celect vena cava filter.
22          Do you see that?
23      A.  Yes.
24      Q.  It has your name, and is that your phone
25  number?

Page 164

1      A.  I believe that's maybe the office number.
2      Q.  Okay.  Do you know the purpose of a filter card
3  such as this that was given to Jeff Pavlock?
4      A.  It's a reminder to the patient that they have a
5  filter in place.  It's also what's alluded to here at the
6  bottom which discusses how it can be safely scanned in an
7  MRI because a lot of patients with filters potentially
8  may have a question.
9      Q.  There was no sticker in the medical record
10  concerning this particular filter with an identification
11  number.  Do you know why that is?
12      A.  That was not part of the routine as far as
13  placing that in the medical record.
14      Q.  When did that start?
15      A.  That -- I don't know when that started, but
16  that was relatively recently.
17          (Wong Deposition Exhibit 19 marked.)
18      Q.  (BY MR. MATTHEWS)  Okay.  I show you Exhibit 19.
19  Look at the first page of this -- I'm sorry, the second
20  page, which is actually the first page.  This is a
21  nonclinical test comparing the Cook Celect filter to the
22  Cook Celect filter with radiopaque markers which
23  eventually became the Cook Platinum.
24          If we turn to the page -- the bottom
25  right-hand corner --

Page 165

1      A.  I'm sorry, which page?
2      Q.  I'm sorry, the top, page 5.  Upper right-hand
3  corner.
4      A.  I'm sorry.  Okay.  So this would be page 1?
5      Q.  Page 5.
6      A.  Okay.
7      Q.  This is some comparisons between a penetration
8  test between the Cook Celect and the Cook Celect Platinum
9  where virtually all of the Celect vena cava filters
10  penetrated and virtually none of the vena cava filters
11  with radiopaque markers, which became the Celect
12  Platinum, penetrated.
13          You have never seen this type of
14  information before concerning the direct head-to-head
15  comparison between the Celect and the Celect Platinum,
16  have you?
17          MR. MANDLER:  Object as to form,
18  foundation, assumes facts not in evidence.
19      A.  I have not.
20      Q.  (BY MR. MATTHEWS)  All right.  Have you seen in
21  your study of filters or your experience with filters the
22  testing of comparisons between one filter to another?
23          MR. MANDLER:  Same objection.
24      A.  I'm sorry, have I seen studies that compared
25  two filters together?

42 (Pages 162 to 165)

## Adrian A. Wong, M.D.

Page 166

1    Q. (BY MR. MATTHEWS) Comparative studies, yes.
2    A. I have, yes.
3    Q. Is that something that you would consider
4 important in evaluating whether a filter is safer than
5 one or another filter?
6         MR. MANDLER: Object as to form.
7    A. Yes, that's some information that I would
8 consider.
9    Q. (BY MR. MATTHEWS) This information was never
10 disclosed to you by Cook -- was it not?
11   A. I have never seen this.
12        MR. MANDLER: Object as to form.
13   Q. (BY MR. MATTHEWS) You were asked a minute ago
14 about the Zhou study, and it states in the conclusion
15 that the study confirms a high penetration rate for
16 Celect IVC filters.
17   A. Which --
18   Q. Most cases of penetrations were asymptomatic.
19        This is the Zhou, 265 patients.
20   A. Okay.
21   Q. It said -- and you were asked about this in the
22 very last sentence of the conclusion. "Most cases of
23 penetration were asymptomatic, but the likelihood of
24 penetration increased over time."
25        Do you see that?

Page 167

1    A. Yes.
2    Q. Is it true in your review of the medical
3 records of Jeff Pavlock that the penetration, in fact,
4 perforation that he experienced was progressive over
5 time?
6         MR. MANDLER: Object as to form,
7 foundation, calls for an expert opinion.
8    A. I'm not sure. Based on my review of the --
9 just the documents, it doesn't say that at time X the
10 tines were here and time Y the tines were here.
11   Q. (BY MR. MATTHEWS) Did you review the cavogram
12 as well as the serial CT scans?
13   A. I've seen imaging for the vena cavogram, the
14 first retrieval by Dr. Brodie, but then after that I have
15 not seen any others.
16   Q. Okay. So you have not seen the second
17 attempted retrieval nor the St. Luke's CT scan prior to
18 the open surgery?
19   A. I have not.
20   Q. All right. In terms of Exhibit 16, which was
21 the consent, on the page 5 of 22, top upper right-hand
22 corner, it says "Inferior vena cava filter insertion and
23 removal"?
24   A. Yes.
25   Q. So we're clear there, there was no consent as

Page 168

1 to specifically perforation outside the IVC into adjacent
2 organs, correct?
3    A. That's not listed here, no.
4    Q. And there's no consent as to a perforation so
5 significant that it may require a complex open surgery
6 from a cardiovascular surgeon, correct?
7    A. That's not listed here, no.
8    Q. All right. You stated that you retrieve --
9 strike that.
10        You stated that you place approximately a
11 couple filters a month; is that right?
12   A. I would guess so.
13   Q. You said 20 to 30, I'm thinking that's about
14 two a month on average.
15   A. Possibly, yes.
16   Q. Okay. And you also stated that you retrieve
17 much fewer than what you implant, correct?
18   A. Yes.
19   Q. Do you know why that is?
20   A. Again, it's related to follow-up and patient
21 selection. Some patients are either lost to follow-up,
22 meaning they go somewhere else. They pass away or they
23 just don't get referred back from their clinician.
24   Q. All right. And for that reason, you don't know
25 exactly what happens to those patients?

Page 169

1    A. Correct.
2         MR. MATTHEWS: I'll pass the witness.
3              EXAMINATION
4 BY MR. MANDLER:
5    Q. Looking at Exhibit 19, Dr. Wong, have you ever
6 received a similar internal test report from a -- of a
7 manufacturer of this type?
8    A. No.
9    Q. From any manufacturer?
10   A. No.
11   Q. Would you ever expect to receive this kind of
12 internal testing from a product manufacturer?
13        MR. MATTHEWS: Object to the form.
14   A. I'm not sure. I mean, I -- like I said, I've
15 never seen something like this before. I -- nobody's
16 ever given me anything like this before.
17        MR. MANDLER: No further questions.
18        MR. MATTHEWS: I think we're done.
19        THE VIDEOGRAPHER: Off the record at
20 6:13 p.m.
21        (Proceedings recessed at 6:13 p.m.)
22              --o0o--
23
24
25

43 (Pages 166 to 169)

Adrian A. Wong, M.D.

Page 170

```
1              CHANGES AND SIGNATURE
2               ADRIAN A. WONG, M.D.
3            MONDAY, NOVEMBER 27, 2017
4

    PAGE/LINE | CHANGE         REASON
6   _____ |_____
7   _____ |_____
8   _____ |_____
9   _____ |_____
10  _____ |_____
11  _____ |_____
12  _____ |_____
13  _____ |_____
14  _____ |_____
15  _____ |_____
16  _____ |_____
17  _____ |_____
18  _____ |_____
19  _____ |_____
20  _____ |_____
21  _____ |_____
22  _____ |_____
23  _____ |_____
24  _____ |_____
25  _____ |_____
```

Page 171

```
1         I, ADRIAN A. WONG, M.D., have read the
2   foregoing deposition and hereby affix my signature that
3   same is true and correct, except for the changes noted
4   above.
5
6
7
    _____
8       ADRIAN A. WONG, M.D.
9
10
11
12
13  COUNTY OF:    _____ §
                               §
14  STATE OF:     _____ §
15
16      Before me, _____, on
    this day personally appeared ADRIAN A. WONG, M.D., known
17  to me (or proved to me under oath or through
    _____) to be the person whose name is
18  subscribed to the foregoing instrument and acknowledged
    to me that they executed the same for the purposes and
19  consideration therein expressed.
20      Given under my hand and seal of office this
21  _____ day of _____, _____.
22
23
    _____
24      NOTARY PUBLIC IN AND FOR
        THE STATE OF _____
25
```

Page 172

```
1          NO. 2017-03885
2
    JEFFREY ALAN PAVLOCK,    § IN THE DISTRICT COURT
3                 §
        Plaintiff,      §
4                 §
    v.               §
5                 §
    ADRIAN A. WONG, M.D.; COOK  § HARRIS COUNTY, TEXAS
6   INCORPORATED; COOK      §
    INCORPORATED a/k/a COOK    §
7   MEDICAL INCORPORATED; COOK  §
    GROUP INCORPORATED; and    §
8   COOK MEDICAL, LLC,      §
                 §
9       Defendants.   § 80th JUDICIAL DISTRICT
10
11
12      REPORTER'S CERTIFICATION
13      DEPOSITION OF ADRIAN A. WONG, M.D.
14        MONDAY, NOVEMBER 27, 2017
15
16
17      I, Michael E. Miller, CSR, RDR, CRR, Certified
18  Shorthand Reporter in and for the State of Texas, hereby
19  certify to the following:
20      That the witness, ADRIAN A. WONG, M.D., was
21  duly sworn by the officer and that the transcript of the
22  oral deposition is a true record of the testimony given
23  by the witness;
24      That the deposition transcript was submitted on
25  _____ to the witness or to the
```

Page 173

```
1   attorney for the witness for examination, signature and
2   return to me by _____;
3       That the amount of time used by each party at
4   the deposition is as follows:
5
        MR. MATTHEWS:  02:05:17
6
        MR. SPROTT:   00:00:00
7
        MR. MANDLER:  01:35:00
8
9       That pursuant to information given to the
10  deposition officer at the time said testimony was taken,
11  the following includes all parties of record:
12
    MATTHEWS & ASSOCIATES
13  BY:  DAVID P. MATTHEWS, ESQUIRE
        dmatthews@thematthewslawfirm.com
14  2905 Sackett
    Houston, Texas 77098
    (713) 522-5250
    Counsel for Plaintiff
16
17  SPROTT NEWSOM QUATTLEBAUM MESSENGER PC
    BY:  JOEL RANDAL SPROTT, ESQUIRE
18      sprott@sprottnewsom.com
    2211 Norfolk Street
19  Suite 1150
    Houston, Texas 77098
20  (713) 523-8338
    Counsel for Defendant Adrian A. Wong, M.D.
21
22
23
24
25
```

Adrian A. Wong, M.D.

Page 174

```
 1    FAEGRE BAKER DANIELS LLP
      BY:  JOHN P. MANDLER, ESQUIRE
 2         jmandler@faegrebd.com
      2200 Wells Fargo Center
 3    90 South Seventh Street
      Minneapolis, Minnesota 55402
 4    (612) 766-7000
      Counsel for Cook Defendants
 5
 6
 7         I further certify that I am neither counsel
 8    for, related to, nor employed by any of the parties or
 9    attorneys in the action in which this proceeding was
10    taken, and further that I am not financially or otherwise
11    interested in the outcome of the action.
12         Further certification requirements pursuant to
13    Rule 203 of TRCP will be certified to after they have
14    occurred.
15         Certified to by me on December 4, 2017.
16
17
18    _____
      MICHAEL E. MILLER,
19    Texas Certified Shorthand Reporter 5417
      Expiration Date: 12/31/17
20
      NCRA Registered Diplomate Reporter
21    NCRA Certified Realtime Reporter
22    GOLKOW TECHNOLOGIES INC.
      Texas CRF Registration #690
23    1650 Market Street, 51st Floor
      Philadelphia, Pennsylvania 19103
24    Phone:  (215) 586-4220
25
```

Page 175

```
 1         FURTHER CERTIFICATION UNDER RULE 203 TRCP
 2
 3         The original deposition was(_) was not(_)
 4    returned to the deposition officer on _____;
 5         If returned, the attached Changes and Signature
 6    page contains any changes and the reasons therefor;
 7         If returned, the original deposition was
 8    delivered to David P. Matthews, Custodial Attorney;
 9         That $_____ is the deposition
10    officer's charges to the Plaintiff for preparing the
11    original deposition transcript and any copies of
12    Exhibits;
13         That the deposition was delivered in accordance
14    with Rule 203.3, and that a copy of this certificate was
15    served on all parties shown herein on _____ and filed
16    with the Clerk.
17         Certified to by me this _____ day of
18    _____, _____.
19
20
21    _____
      MICHAEL E. MILLER, CSR
22    GOLKOW TECHNOLOGIES INC.
      Texas CRF Registration #690
23    1650 Market Street, 51st Floor
      Philadelphia, Pennsylvania 19103
24    Phone:  (215) 586-4220
25
```

45 (Pages 174 to 175)

Adrian A. Wong, M.D.

Page 176

| A | | | | |
|---|---|---|---|---|

**a/k/a** 1:6 172:6
**abdomen** 139:25
  140:9 144:20
**abdominal**
  25:14,18 38:24
  40:12 102:13
  104:8
**ability** 103:7
**able** 14:13,14
  68:16 103:3
  140:22 145:22
  148:10 150:20
  153:22
**above-referen...**
  1:19
**above-styled**
  1:18
**accentuated**
  114:18
**accept** 74:15
**accepting** 33:21
  33:24
**access** 89:22
  116:4 117:10
  117:14,15,21
  121:2 132:13
  144:5 149:12
  149:13
**accesses** 143:19
**accessing** 116:25
**accessory**
  147:12
**accommodate**
  42:15
**account** 23:20
  37:11,13
**accuracy** 24:4
  81:22
**accurate** 12:8
**accurately** 17:14
  23:17 137:2
**achieved** 43:6
**acknowledged**
  171:18
**ACR** 107:10

**action** 174:9,11
**activate** 113:9
**actual** 54:12
  104:23 149:18
  153:2
**add** 73:2
**adding** 147:7
**addition** 62:10
  75:4 107:1,6
  107:13 119:24
  126:4
**address** 37:7
**addressed** 50:23
**adjacent** 64:13
  65:5 75:6
  80:10 83:20
  86:8,20 123:10
  168:1
**administered**
  38:18 133:1
  143:9
**administration**
  42:18
**Adrian** 1:5,12
  1:16 2:11 3:1,7
  6:9,11,19,24
  35:15 36:8
  38:7 136:15
  170:2 171:1,8
  171:16 172:5
  172:13,20
  173:20
**advance** 145:22
  150:10,12
  151:23 152:12
**advanced** 42:14
  145:18
**advancing** 150:6
  150:8,23
  151:18,21
  155:11
**adverse** 83:8
  84:4 109:24
  110:4 119:17
  119:25 120:13
  122:5

**adversely**
  102:20
**advice** 159:11
  159:15,19,22
**affix** 171:2
**afternoon** 96:3,8
**ago** 25:10,23
  166:13
**agree** 22:2 31:17
  98:6 101:23
  106:21 108:1
  108:17 109:9
  109:23 110:3
  112:4,7,10,13
  112:16,19,22
  112:25 113:16
  114:25 116:8
  121:17 126:11
  126:23 127:18
  130:8 135:9,13
  135:22,25
  158:18 161:16
**ahead** 126:14
  130:25
**air** 146:5,6
**al** 4:9,10,12,13
  6:9
**Alan** 1:2 6:9
  172:2
**Alexander** 6:24
**aligned** 129:22
**allergic** 113:23
  113:25 138:5
**allow** 73:3
**allowable**
  128:16
**allows** 38:4
  116:20 145:2
**alluded** 164:5
**altered** 61:9
**America** 71:10
**amount** 106:11
  122:12 154:19
  155:1 173:3
**ample** 86:5,17
**anatomic** 123:17

**anatomy** 109:13
  116:3
**anchored**
  153:19
**and/or** 137:10
  138:1,3 140:5
**Anecdotally**
  100:25
**anesthesia** 38:17
  156:12
**angiograms**
  12:5
**angiography**
  139:15
**angioplasty** 12:6
**animal** 79:20
  80:8
**annual** 79:4
**anomalies**
  147:10 148:8,9
**answer** 22:20
  24:20,22 60:12
**answered** 159:6
**answering** 24:14
**answers** 136:12
  160:23
**anteriorly**
  129:15
**anticoagulant**
  126:2
**anticoagulants**
  113:17,19
  114:4,6,8,12
**anticoagulation**
  30:8,24 38:23
  40:8,9,14,17
  40:22,25 41:1
  70:25 157:25
**Antonio** 11:3,6
**anybody** 25:13
  34:17 160:12
**anytime** 47:16
**anyway** 159:16
**aorta** 63:10,21
  64:11 122:16
**apologies** 52:15

**apologize** 96:8
  156:6
**apparently** 90:6
**APPEARAN...**
  3:4
**appeared**
  171:16
**appears** 35:23
  87:20 135:4
**apples** 61:1,1,6
  61:6
**apply** 10:11
  106:2 161:17
**appreciable**
  92:19 128:11
**appreciate**
  24:15
**appreciated**
  97:3
**approach** 80:20
  85:10 116:7,10
  116:17,21
  117:2 119:16
**appropriate**
  124:6 157:16
**appropriately**
  42:15 111:23
  150:23 152:2
**approximately**
  7:22 9:12
  58:12 155:18
  168:10
**approximation**
  115:12,17
**April** 92:13
**area** 12:18,22
  95:13,13,13,20
  95:21 130:8
  131:17 135:1
  142:3 148:4
**areas** 80:24
**arousable** 143:2
**arteries** 111:14
**article** 4:9,10,12
  4:13 53:7 56:5
  98:16

Adrian A. Wong, M.D.

articles 51:15,21
52:6,8 75:11
96:14
asked 15:7,18
85:22 103:22
106:6 122:14
128:10 166:13
166:21
asking 13:21
33:11
aspect 116:18
146:1
aspirate 146:4
149:2
assessed 77:8
assessment
127:10,20
129:17 157:21
assigned 101:17
assistants 38:8,8
156:12
associate 18:22
21:1 22:8 28:7
45:6
associated 17:15
53:20 139:10
Associates 2:2
7:24 17:5,7
18:21 20:15
26:8 45:7
173:12
association
18:25 44:17
52:23
assume 24:20
37:25 41:14
63:7,18,22
64:5 65:19
68:11 75:3
88:7 90:22
96:15 101:10
108:20 118:8
130:22
assumes 63:13
165:18
assuming

159:18
asymptomatic
75:17 76:8
100:12,16
101:2,4 104:3
166:18,23
atrium 143:25
144:1,18
attached 175:5
attack 111:21,24
attempt 74:5,7
102:25
attempted
127:14 167:17
Attending 37:18
attendings 55:1
attorney 173:1
175:8
attorneys 174:9
Attributable
53:18 105:13
Austin 10:25
11:1,2
author 54:21
57:12 87:21
106:14
authored 27:2
authorize
137:12
authors 101:15
automatic 16:25
available 50:10
57:2 61:23
62:2,14 114:24
117:15 121:20
149:10
average 168:14
avoidance
110:18
aware 51:19
87:3 94:10
100:10 119:25
120:16,19,23
121:1 122:7,10
123:2,14,21
124:3,18,25

125:8,18 126:4
135:19 162:10
162:14,21,24
163:2,5,8
awhile 52:17
axial 105:6
axis 128:19,23

**B**
back 19:22
20:23 28:7
33:17 39:18,25
41:7,22 44:20
45:5 46:1
59:16 60:8
65:15 79:13
94:22 129:16
133:24 139:22
141:3,4,22
146:6,7 149:25
149:25 152:8
152:18,22,23
152:24,25
153:14,15,16
160:7 168:23
background
100:11
backward
129:10
backwards
11:19
bad 33:11 42:4
133:10
BAKER 2:12,17
174:1
balance 126:24
balloons 82:16
82:17
Bard 121:6
bare 75:1
Barrett 35:23
based 22:11
27:11 28:13
32:10 46:25
52:8 53:9
55:20,22 56:1

70:17 77:22
92:22,23 99:25
101:6,16,25
102:16 103:5
105:13 106:22
108:20 111:4
117:11 122:10
124:3 127:24
128:4,6,21
129:2,3,9,12
136:19 151:1
154:16 167:8
basically 97:18
141:20
basis 32:24
45:19,23 107:9
Bates 4:3,5,6,9
4:11,12,14,19
5:3,4,6,7
bearing 34:6
becoming 40:23
bed 112:22
151:10
beds 95:14
bee 143:15
beginning 14:25
65:15 91:16
134:10 141:3
behalf 85:22
believe 15:25
19:10 26:13
38:4 40:1
49:11,15 67:14
73:25 78:2
79:15 87:5
88:14 90:4
92:23 110:12
110:15,17,21
128:19 161:3,8
164:1
bench 79:19
80:8
benefits 48:7
126:25 133:7
133:16 134:12
best 22:2 105:23

109:4 126:24
better 19:17,24
20:24 21:9
105:6
biliary 12:6,13
birth 92:12
Bismuth 87:2
bit 96:10 117:23
141:17 144:16
145:1,15
152:25 159:5
bite 86:13
blank 91:13
bleeding 113:23
113:25 114:17
132:13,16
139:3
block 111:16
blood 29:25 31:6
31:14,22 43:15
43:18 105:13
105:14 111:2
111:15,16,18
111:21 112:13
113:9 114:11
114:12,19
138:4 139:1,4
142:18 146:6
147:2,3,4
148:2 149:6
blot 91:1
board 9:22 10:2
10:9
Bobbitt 2:24 6:4
bodies 148:20
body 39:5 113:7
113:7 117:17
117:22 123:4
148:18 154:7
155:11,14
bony 148:14,16
Boston 90:7
bottom 35:24
55:12 90:3
124:1 134:8
144:2 146:1

Adrian A. Wong, M.D.

Page 178

147:2 149:22
152:6,20 164:6
164:24
**box** 139:6
**boxes** 138:20
**branch** 7:4
**brand** 41:5
**break** 65:10,16
140:5,23 141:5
**breathing** 143:4
143:5
**Brian** 2:24 6:4
**briefly** 156:17
**bring** 13:12,14
15:7,18 28:17
46:18 141:23
**broad** 127:7
**broadly** 127:7
**brochures** 15:21
45:13
**Brodie** 33:13
127:14 167:14
**brought** 72:16
**Bruce** 47:4 71:9
**built** 33:25
**bullet** 124:1
**BUN/creatinine**
36:12
**burden** 61:8
**buried** 104:22
**burning** 13:7
**business** 4:15
67:14 69:22
70:2
**button** 153:2,2,4
153:9
**Byrom** 45:8
46:5,12 47:1
47:17 48:23
51:7,20 58:1
66:23 67:15
72:13 84:12
85:6 86:2
87:14 94:24
95:4 159:6,18
160:9,13,25

**C**

**C** 2:1
**C-collar** 117:10
117:11
**call** 12:10 54:20
56:17 148:12
**called** 17:4 33:2
45:7 50:13
53:7 58:1 69:9
142:25 143:17
154:12
**calls** 95:1 167:7
**cancer** 31:24
**candidate** 31:6
70:17
**capacity** 20:10
**card** 5:7 163:21
164:2
**cardiovascular**
65:21 90:22
168:6
**care** 18:15 20:12
21:19,21,22
22:3,4,7,18,21
26:1 32:20,25
35:9 94:9
130:14 158:11
**career** 45:3
79:15 107:17
118:18
**case** 13:13,25
19:23 20:11
26:15 34:18
39:11 46:14
53:22 86:12
90:6 102:11
109:4 127:7
130:22 134:4
137:21 139:20
148:17 153:16
158:4
**cases** 49:20 57:3
95:17 97:13
98:16 99:9,19
104:2 139:2
166:18,22

**cath** 38:15 55:6
**caught** 99:2
**cause** 1:19
109:10 111:20
111:22 113:8,9
113:10
**caused** 80:10
**causes** 124:23
**causing** 76:3,5
**cava** 37:25 43:4
43:17 53:17
56:18 77:24
81:5 105:9,11
105:12,15,25
117:19 120:14
121:16 122:3,6
122:20 123:8
123:18 128:7
128:20,24
129:4 133:9
136:14 137:13
137:19 139:6
139:23,24
143:24,25
144:1,19 145:3
145:13,19
146:1,3 147:17
148:13 150:2
152:7 153:8
163:2,21 165:9
165:10 167:22
**caval** 53:16
102:20,23
140:8
**cavas** 147:11
**cavity** 123:4
**cavogram** 5:2
91:8 92:16
104:16,20
105:4,8,21
146:9 151:2
167:11,13
**cavograms** 57:2
**Celect** 4:19 5:7
12:17 15:22
24:25,25 26:19

41:8,12,14
43:22 45:1
46:6 47:19
48:7 49:1
50:13,17,18
51:14,14,18,22
51:22 53:17
54:4,6 56:17
58:3 60:4,7
61:2,5,14 62:4
63:8,19 64:22
65:23 66:15,16
66:18,23,24
67:25 68:1,10
68:13,14 69:23
71:10,20 72:7
72:8,14,19,19
73:23 74:2
75:12,25 76:13
76:14 77:11
79:18,21 80:6
80:6,9,10,19
81:13,24,25
83:12,20 84:1
88:19 93:12
95:5 97:10,21
99:5,11 101:6
107:21 117:24
118:11,25
119:11,15,22
121:6,10 122:2
123:22 124:18
125:19,19
126:9 127:11
136:14 162:10
162:16 163:21
164:21,22
165:8,8,9,11
165:15,15
166:16
**Celects** 58:17
67:24
**center** 2:14
11:14 12:1,2
19:15,20 37:3
71:22 95:8

174:2
**centimeters**
145:16
**central** 117:16
**certain** 21:4
30:22 33:3
63:2 108:21
109:20 112:16
113:9,24
**certainly** 21:1
21:20 62:15
98:7 119:21
123:14
**certainty** 76:22
**certificate** 10:5
175:14
**certification**
3:14,15 10:9
10:15 172:12
174:12 175:1
**certified** 1:21
9:22 10:2,4,10
172:17 174:13
174:15,19,21
175:17
**certify** 172:19
174:7
**chance** 84:10
103:19 132:18
140:21
**change** 30:18
54:5,15,16
62:24 72:23
73:7,16 74:23
75:20,22
154:15 161:20
170:4
**changed** 42:7
53:24 63:4
119:13
**changes** 3:13
73:13 170:1
171:3 175:5,6
**changing** 18:15
32:9 62:24
73:2

Adrian A. Wong, M.D.

Page 179

charge 16:10
charges 175:10
chart 156:14,15
Chavez 2:3 6:15
check 142:10
checking 49:22
chief 7:7 17:16
    17:20,25 18:10
    18:18 53:5
choose 82:3
CIQ 10:4
circumstance
    27:24 28:10
    29:20
cited 14:2 60:13
Civil 1:25
clean 149:7
clear 26:17
    52:18 101:3
    114:2 149:6
    167:25
cleared 47:12
Clerk 175:16
Cleveland 56:20
    56:24 57:13
click 149:21
    151:25
clicks 150:24
client 8:22 24:25
clinic 34:1 56:20
    56:24 57:13
    59:16 94:15
clinical 5:8 12:5
    12:10 22:11
    28:14 31:3
    70:18 75:23
    76:2,2 97:13
    98:17 101:16
    102:19 130:16
clinically 56:4
    133:17 140:13
clinician 28:15
    33:25 168:23
clinicians 22:13
close 122:19
    160:1

close-by 123:3
closer 123:12
clot 111:13,21
    136:25
clot/thrombus
    147:16
clots 40:22
    113:10 138:4
clotting 140:8
CloverSnare
    89:6,7,9
CloverSnares
    89:2
color 93:10
column 55:11
    67:19 81:4
    101:14 104:9
    104:12
come 18:8 32:7
    32:11 84:25
    85:18,18,20
    93:21 95:16
    99:8 103:17
    115:21 133:22
    133:24 148:6
    150:2 151:4
    152:10 154:6
    156:25
comes 144:12,23
    145:17,17
    149:12
coming 25:14,17
    34:9 76:4
    86:13 148:2
Common 138:3
company 74:12
Comparative
    166:1
compare 148:15
    148:16
compared
    165:24
comparing
    164:21
comparison
    165:15

comparisons
    165:7,22
competing
    121:21
complaint 77:3
completed 36:12
completely
    105:22
complex 65:20
    86:24 89:13
    106:18 168:5
compliant
    105:19 114:7
complication
    59:3 70:11
    77:10
complications
    43:13 48:12
    76:12 155:22
comply 130:21
component
    55:15 56:12
    97:1
components
    152:13
compressed
    105:15,16
compression
    43:6,7
computer 69:3
concern 20:1,3
    28:14 106:1
concerning
    15:19,22 27:1
    29:8 34:17
    35:9 58:2 60:4
    71:10 81:13
    86:24 87:7,15
    164:10 165:14
concerns 18:2,8
    19:25 28:18,18
    90:2 133:22
concludes 65:12
    140:25
conclusion
    104:2 166:14

166:22
conclusions
    103:25 158:18
condition 42:4,9
    104:21 111:10
    125:21 137:24
    157:22
conducted 81:12
conducting
    106:11
confines 77:24
confirm 143:10
    150:24 160:11
confirms 166:15
confluence 43:3
conical 116:19
connect 149:21
    149:22
connection
    53:25 138:8
connects 144:1
conscious 41:18
consent 5:4
    36:10 41:17
    132:20,22,23
    133:5,13,19,20
    134:12,25
    135:1 137:9,12
    138:20 141:6
    158:23 159:2
    167:21,25
    168:4
consider 77:9
    78:19 121:25
    156:1 166:3,8
considerably
    74:11 75:5
consideration
    78:13 171:19
considered 78:1
    128:18
consistently
    79:20 80:9
construction
    33:23
consult 28:2

consultant 85:25
consulted 88:24
consults 34:5
contact 47:14
    51:12 73:16
    87:16,24
    157:19
contacted 88:6
    88:16
contacting 88:17
contain 148:2
contains 152:14
    175:6
continue 24:15
continuing
    137:24
contraindicated
    126:3
contraindicati...
    30:8,24 142:17
contrast 91:14
    91:17,22,24
    94:1,3,6
    139:15,19
    146:15,22,24
    146:25 147:4,7
    148:3,5,13
    149:2,4,7
control 40:24
conversation
    26:22 28:16
    50:23 52:3
    58:8
conversations
    25:22,24 49:2
convince 78:7
Cook 1:5,5,6,6,7
    2:16,21 4:19
    6:18 12:17
    15:19,21 24:25
    34:11 38:14
    41:8 46:12,22
    47:5,8,18
    48:16,23,24
    49:10 50:12,16
    51:1,10,14

Adrian A. Wong, M.D.

Page 180

54:4 61:1,12
61:15 62:12
63:23 66:22
71:14,19 72:18
73:15 74:10
77:7,11 79:19
80:19 81:11
85:25 86:24
87:7,15 90:4
90:14 96:4
97:10,21
107:21,21
117:24 118:10
119:11,15,22
121:5 122:2
125:19 126:9
126:18,20
136:14 144:21
144:23 159:7
160:12 162:10
162:15,16
164:21,22,23
165:8,8 166:10
172:5,6,6,7,8
174:4
**Cook's** 85:22
**Cook-specific**
161:18
**CookMDL257...**
4:17
**CookMDL257...**
4:18
**CookMDL257...**
5:9
**copies** 13:5
175:11
**copy** 175:14
**corner** 92:9
164:25 165:3
167:22
**correct** 7:9 9:13
9:18 10:20,23
11:5 12:18
16:2 17:1
18:18 20:16,17
21:2,15 22:24

23:1,3,4 24:11
24:12 25:5
26:4,24,25
27:10,25 28:4
31:9 32:14,21
32:25 33:1,4,5
34:21 35:4,19
35:22 36:8,14
36:20,21,23,25
37:1,3,4 38:1
38:25 41:3,15
42:1,9,10,22
43:2,10,12,14
43:16,18,19,21
43:24 44:5,6
44:14,18,19
46:14,15 49:10
50:5,6,14 52:3
52:11,21 54:23
55:8 56:21,22
57:8,14 58:10
58:15,16,18,22
58:24,25 59:3
59:4,22 63:12
64:14 66:6,9
66:18,20 67:4
69:7,15 70:22
71:4 75:1
76:22,23 78:24
80:20 81:15,22
81:23 85:16,17
88:11 91:12,15
91:18,21 92:1
92:3,10 93:1,3
93:4,9,17,20
94:7 95:22
97:7,8,18,19
99:17 100:3
104:3 106:5
107:14,15
108:6,7 109:21
110:10 113:17
113:20 114:14
114:21,22
115:4,11
119:18,22

120:1,14,23
122:20 124:7
127:5,8,23
129:8 130:4
131:18 138:9
138:12,13,21
138:22 142:11
142:12 144:8
150:16 156:23
157:12 158:12
159:9,18,23
161:5 162:11
168:2,6,17
169:1 171:3
**correctly** 127:22
141:9
**correspond**
155:3
**counsel** 2:6,11
2:16,21 6:12
25:5 96:15
103:22 136:13
173:15,20
174:4,7
**counter** 115:7
**County** 1:5 6:10
171:13 172:5
**couple** 113:15
168:11
**course** 14:15
22:17 25:4
32:9 86:24
87:6,11 128:7
156:17
**COURT** 1:2
172:2
**created** 26:21
157:2,4
**creating** 54:6
**CRF** 174:22
175:22
**criteria** 117:7,9
**critical** 25:9
33:6,14,16
**crossed** 138:21
**CRR** 1:21

172:17
**CSR** 1:20
172:17 175:21
**CT** 55:16 75:16
75:17 76:4
77:23 78:18
97:2 99:23
100:1 102:11
102:24 103:16
105:5,23 128:1
167:12,17
**CTs** 102:5
**curious** 25:9
**current** 15:8
32:16 157:22
**currently** 8:8
16:12 30:16,17
31:7 36:4
38:22 40:7
72:9 99:24
**Curriculum** 4:4
**cursory** 158:7
**Custodial** 175:8
**Customer** 71:15
**CV** 12:20 15:7,8
90:19

**D**

**damage** 64:18
120:14 122:3
163:3
**damaged** 125:6
**DANIELS** 2:12
2:17 174:1
**Darrell** 47:4
71:18
**dart** 76:18
**data** 22:14 62:8
63:1 69:1,1
75:19
**database** 68:20
76:25 77:2
95:4,5
**date** 1:19 6:5
30:22 33:3
47:1,2 49:9

59:15 72:12
92:12 118:24
119:5 161:7
174:19
**dated** 46:16
71:14
**David** 2:2 6:14
173:13 175:8
**day** 13:25 26:21
28:2 36:24
127:8 155:17
155:24 157:18
171:16,21
175:17
**days** 55:16
57:18,18
**de** 29:4,15 131:7
**Dear** 50:24,25
71:15
**death** 114:20
138:5
**debated** 101:18
101:20,24
102:2
**December**
174:15
**decide** 19:11
22:1 48:4
**decided** 22:21
**decision** 19:8
20:3 21:5,5
31:1 32:2,4,6
40:18,19 70:20
87:15,23 88:1
126:13,16,25
**decisions** 20:5
157:25
**decrease** 75:20
105:13
**decreasing**
130:2
**deep** 38:22 40:7
**defect** 42:3,11
110:5
**Defendant** 2:11
173:20

Adrian A. Wong, M.D.

Page 181

defendants 1:8
  2:16,21 6:18
  96:5 126:18
  172:9 174:4
define 23:18,19
  77:17,20
defined 22:19
  78:5
defining 22:4
definitely
  110:16
definition 54:11
degree 102:23
  108:3 128:12
degrees 128:19
  128:23 129:3
delivered 116:18
  116:19 175:8
  175:13
delivery 42:16
  116:15,18
  144:22 149:10
  154:5
demonstrated
  97:6 102:23
demonstration
  104:6
department
  18:3,6 37:2
depended 86:10
dependent
  108:18
depending
  116:1 123:8,10
  125:9 149:9
depends 39:10
  41:24 68:25
  75:10 103:10
  113:2 116:3
  122:12 123:7
  125:3
deploy 76:17
  85:3 99:11
  116:3,20
  123:11
deployed 74:8

93:23 118:22
  123:8,9 124:12
  125:4
deployment
  46:19 85:1
  151:5,8 152:3
  153:2,4
deploys 116:22
deponent 6:11
deposition 1:11
  1:16 4:1,3 5:1
  6:7 12:25 13:2
  13:13 14:9
  15:14 34:12,17
  35:11 46:9
  53:11 54:18
  56:15 57:10
  67:12 71:6
  80:17 84:6
  87:12 89:25
  90:23 134:19
  137:9 156:4
  163:17 164:17
  171:2 172:13
  172:22,24
  173:4,10 175:3
  175:4,7,9,11
  175:13
describe 100:19
  121:8 132:9
  133:4,12
  152:17
described 53:21
  107:12 125:22
  128:1 134:2,16
  138:15 155:4
describes 137:2
description 4:2
  128:12 134:9
design 53:18,20
  54:5,16,16
  72:23 73:2,6
  73:17 74:23
  75:20 110:5
  121:22 129:24
  130:6

designated
  158:10
designation
  158:14
designed 121:18
  150:16
Despite 102:24
Desso 16:3,5
detail 154:13
determination
  28:22 157:15
determine 67:24
  68:6,13 69:14
  78:16 105:21
  155:13
determined 28:9
  50:7
detrimental
  30:4 111:19
developed 46:22
  47:18 50:17
  51:1 66:12
  99:10 110:23
developing
  31:21 49:1
development
  30:3 31:5
  113:15 136:9
device 20:24,25
  21:2,4,6,21,21
  23:19 24:5
  115:4,24,24
  118:20,22
  120:17 122:8
  124:18,25
  125:17 126:25
devices 18:11
  19:6,9,18
  21:16,18,23
  23:7,13,17,22
  24:4 107:13
  108:2 118:18
Diagnosis 38:21
  40:6
diagnostic 8:1
  9:22 10:6

102:5 124:5
  137:11 138:2,3
dictated 39:9,10
  39:18
dictation 36:23
  36:24 38:5,6
  40:21 41:2
  44:1 156:18
difference 66:23
  72:24 74:22
  95:7
differences 95:9
different 9:1,4
  66:12 69:2
  87:7 93:10
  98:23 102:15
  107:16 109:11
  109:14 121:18
  123:10 138:20
  144:16 150:1
  154:12 160:18
  160:23
difficult 59:17
  89:13 105:21
  110:24
diffusion 111:17
dilated 42:15
dilating 155:7
dilator 144:11
  144:23 145:14
dinner 85:13
  86:16
Diplomate
  174:20
direct 165:14
directed 94:13
direction 104:18
  106:3,4
directly 34:9
  38:10 72:2
director 20:8
  46:13 87:23
disagreement
  130:13 131:4
disclosed 166:10
disconnected

54:6
discontinuation
  71:10 72:14
discontinuing
  71:20
discuss 23:17
  28:15 45:11
  50:4 59:16
  64:5 74:18
  75:21 86:12
  92:5 95:4
  101:1 130:19
  131:23 132:1,5
  133:3,7,8,15
  133:16 138:25
  139:18 140:6
  140:10,12
  157:4
discussed 20:11
  32:4 47:10
  51:21 58:2
  66:6 70:15
  72:13,18 83:23
  100:2,20,25
  105:3 113:16
  138:11,12,13
  138:15,24
  139:17,25
  140:11 157:8
  161:13
discusses 73:1
  164:6
discussing 105:4
  120:20 132:15
  139:14 158:22
discussion 18:9
  18:14 28:16
  31:2,10 67:3
  102:1 111:5
  162:1
discussions 47:4
diseases 12:6
disposition
  156:22 157:4
dissipated 91:24
  92:1

Adrian A. Wong, M.D.

**distance** 77:25
152:16
**district** 1:2,8
6:10 67:15
172:2,9
**DM** 67:14
**dmatthews@t...**
2:3 173:13
**doctor** 20:25
21:10 23:15
28:8 33:4
47:23 48:18
50:24 62:14
70:21 73:10
83:11 109:9
111:3 115:10
122:24 158:9
**doctors** 14:5
17:6 29:14
33:15 37:19
41:11 43:1
59:21 86:3,4
**document** 26:21
71:8 73:1,5
134:22 135:7
154:22 156:13
156:19 157:9
**documentation**
99:22
**documented**
97:13,16 98:16
99:19
**documenting**
157:3
**documents**
13:12,14,15
14:19,23 15:2
15:4,18 127:25
154:14 156:16
161:12,17
167:9
**doing** 142:12
150:21
**dose** 94:4
**dot** 84:13
**Dow** 52:6

**downtime** 117:3
**downtown** 9:6
11:23,25 85:16
**Dr** 13:10 14:1
16:7 20:7 24:8
26:1,5,11,18
27:4,6,14,20
28:3,8 29:4,21
33:13,13 34:21
35:15 37:20,21
39:1,4 40:2
41:7 46:12,17
47:21 53:13
58:23 60:6
62:11 65:17
66:11 69:14
73:1 74:10
77:3 78:21
79:2 82:5,22
84:16,17,17
85:3 87:2,20
87:22 91:6,10
94:23 96:3
99:4 106:10
111:25 125:22
127:3,14
128:17 129:23
130:13,14
131:7,9,13
134:21 136:1
136:15,15
141:5,18 156:5
157:14 158:7,9
158:18 160:8
167:14 169:5
**drain** 117:17
**drains** 144:19
**drape** 142:3
**draped** 41:20
142:9
**drill** 60:21
**drip** 142:13
**due** 113:13
**duly** 1:18 6:20
172:21
**dumb** 20:16

**duodenum**
63:10,21 64:12
122:16
**Durack** 4:10
52:5 54:20,21
55:9 56:10
57:8 60:22
96:21 98:15
101:4
**DVT** 31:5,13,13
31:21 39:2,14
39:19,22,23
98:24 99:1
113:4 116:13
116:15 135:10
135:14 136:2,9
136:9
**DVTs** 29:24
30:1 112:2
113:15

# E

**E** 1:20 2:1,1
172:17 174:18
175:21
**E-123** 38:2
**e-mail** 4:17
46:11 71:9,14
84:7 87:14,21
90:2 116:5
**E-mail(s)** 4:7,20
4:22,23
**earlier** 53:2
81:20 100:2
105:1 107:12
116:5 117:23
120:8 125:15
134:3 156:19
156:20 157:8
**early** 17:23
79:15 118:8
**easier** 103:12
**easily** 28:1 145:3
**edge** 149:23
150:17,25
152:21

**effect** 85:3 122:5
139:19
**effects** 119:18
119:25 120:13
**efficacy** 60:9
62:4,9 110:13
130:1
**either** 7:15
22:15 37:19
45:14,19 57:7
63:23 66:22
75:16 77:22
79:12 98:24
99:23 102:11
103:16 116:4
117:15,15
121:15 129:15
149:10,12
151:16 168:21
**El** 85:15
**elastic** 105:12
**emboli** 97:14,22
98:17,22 99:1
99:6,10,16
**embolism**
110:16,19
130:3
**embolisms**
111:7 112:1
114:25
**embolization**
116:16 120:22
121:9 122:1
124:11 136:24
**embolus** 29:24
**employed** 174:8
**employee** 51:9
**employees** 38:14
**EN** 89:15
**ended** 52:20
**endobronchial**
82:8 89:21
**endovas** 37:24
**endovascular**
37:25 69:1
**engage** 89:17

**enjoys** 78:25
**enlarge** 105:12
**enter** 69:3
**entered** 68:25
**entire** 44:15
121:14
**episodes** 140:9
**equipment**
49:21 142:4
**ER** 25:11,17
37:21
**error** 109:24
**especially**
113:24 158:22
**ESQUIRE** 2:2,3
2:8,13,18
173:13,17
174:1
**essentially** 10:5
49:20 111:13
111:14 116:21
143:12 144:24
146:9 147:5,12
148:1,4,11
149:18 152:4
153:5 155:13
157:6
**et** 4:9,10,12,13
6:9
**evaluate** 105:24
**evaluated** 62:25
**evaluating**
104:17 166:4
**evaluation** 105:4
**event** 159:23
**events** 83:8 84:4
**eventually**
164:23
**everybody** 22:14
**evidence** 42:6
63:14 81:5
165:18
**evident** 97:2
**exact** 109:3
124:22
**exactly** 39:6

Adrian A. Wong, M.D.

Page 183

60:1 168:25
**Exam** 38:2
**examination** 3:7
6:21 96:1
102:7,10
163:18 169:3
173:1
**example** 69:20
109:13
**excessively** 51:3
**executed** 171:18
**exerts** 105:11
**exhibit** 4:3,4,6,7
4:9,10,12,13
4:15,17,19,20
4:22,23 5:2,4,5
5:7,8 12:25
15:13,14 17:14
35:11,12,19
46:9,10 53:11
53:12 54:18,20
56:15,16 57:10
57:11 67:12,13
71:6,8,8 80:17
80:18 84:6,7
87:12,14 89:25
90:1,23,24
96:18,20 98:15
103:21 104:1
104:10 117:25
119:15 125:17
127:21 128:22
129:19 134:1,5
134:6,7,19,21
135:2 137:9
141:6 146:9
156:4,7,19
163:17,20
164:17,18
167:20 169:5
**exhibited** 103:14
**exhibiting** 99:24
**Exhibits** 4:1 5:1
175:12
**existing** 30:7,13
30:23 31:8

**expect** 74:12
75:7 108:12
169:11
**expected** 99:25
109:11
**experience**
22:23 23:21
82:22 97:20
99:4,12,15
101:25 103:6
111:4 122:11
126:6 130:9
162:20 165:21
**experienced**
106:23 167:4
**expert** 63:25
158:3 167:7
**expiration** 49:9
174:19
**expire** 49:23
**expired** 49:13
**explain** 104:25
128:3
**expose** 116:20
152:18
**exposed** 118:18
152:25
**expressed**
171:19
**extended** 112:22
**extending** 78:17
**extensively** 48:8
**extent** 39:1,13
39:19 114:2
**extra** 149:3

---
**F**

**facilities** 95:20
**facility** 41:10,11
94:12
**fact** 50:7 53:23
66:4 71:21
73:6 101:19
128:9 154:4
167:3
**factor** 112:8,11

112:14,17,20
112:23 113:1
135:23,25
162:22,25
163:3,6,9
**factors** 30:2
112:1,5 113:9
125:9 135:10
136:2,3,6
163:12
**facts** 63:14
165:18
**FAEGRE** 2:12
2:17 174:1
**failed** 30:8 77:6
**fair** 14:3 21:8
23:17 57:25
58:9 59:14
60:1,2 79:17
89:11 92:25
**familiar** 16:5
34:24,25 45:9
47:6 49:21
52:5 53:7,23
54:16 55:9
56:6 57:7,14
68:3 80:16
83:4 89:4 94:8
94:14 101:19
111:25 119:21
**familiarity**
117:24 118:21
**family** 131:16
**Fannin** 37:3
**FAPR** 1:21
**far** 14:24 18:15
19:9,12 33:24
34:5 56:5
89:20 94:11
95:10 106:1,14
107:18 113:16
132:3,17 151:5
155:7 157:11
157:25 160:25
164:12
**Fargo** 2:14

174:2
**fashion** 41:21
**favor** 90:5,9,11
90:14
**FDA** 77:13
161:4 162:7
**feel** 13:8 21:3,8
21:18 130:19
133:23 143:14
**feeling** 98:2
99:24 101:12
102:16 104:7
**feet** 123:12
**fellow** 106:10
**fellowship** 10:8
10:18 15:24
16:9,17 22:15
48:9 52:20
53:8 55:4
75:15 82:4,9
87:10 100:5
105:3 110:10
118:15 119:10
120:5
**felt** 19:23 21:9
74:16,20 159:3
**female** 160:16
**femoral** 41:25
80:19 85:1,10
116:4,11,21
119:15 149:12
**femorally** 117:5
**fentanyl** 142:16
**fewer** 168:17
**field** 23:15 107:3
**Fifth** 91:24
**figure** 88:9
**File** 65:12,15
140:25 141:3
**filed** 77:3 175:15
**filled** 156:25
157:1
**films** 100:19
**filter** 4:15,19 5:7
8:22 12:15,17
12:23 14:18,21

15:3,5 19:23
19:24 24:25,25
26:2,9,19
27:16,21 28:9
28:11,12,18,21
28:25 29:12,22
30:9 31:8
32:15,23 33:2
33:7,9,12,15
35:4 36:25
37:25 38:15
41:3,5,14 42:2
42:3,4,6 43:4
43:23 44:7
46:3,19,22
47:3,11,19,21
48:7,8,12,16
48:25 49:1,5,7
49:9 50:2 51:1
51:15,19,22,23
53:17,18 54:7
55:14,17 56:12
58:3 59:14
60:5 61:3,14
62:19,20,21,24
63:1,8,19
64:23 65:4,7
65:23 66:6,8
66:15 68:10,17
69:2 70:11,16
70:17 71:20,22
72:8,14,21
73:3,3,8,17
74:5,7,24
75:12,25 76:3
76:5,15 77:4
77:11,17,21
78:4,8 79:21
79:25 81:13,17
81:24,25 82:19
83:12,16,21
84:25 86:24
89:13 91:9
92:15,20 93:2
93:6,13,22
97:1,10,17

Adrian A. Wong, M.D.

| | | | | |
|---|---|---|---|---|
| 99:2,3,5,10,17 | **filters** 12:18 | **fine** 15:13 98:9 | 168:21 | 133:13,19,20 |
| 99:19 100:7 | 15:22 23:9 | **finished** 160:1 | **followed** 134:4 | 134:12,14,25 |
| 101:17 102:8 | 30:23 31:3,12 | **finishing** 16:16 | **following** 66:5 | 135:11,20,24 |
| 102:17 103:1,3 | 31:18,20 41:8 | 90:20 | 137:10 138:7 | 136:4 137:9 |
| 103:17,18 | 41:11,12 44:18 | **first** 6:20 14:11 | 138:19 139:5 | 138:7,20 140:3 |
| 105:7,9,10,24 | 44:24,25 45:11 | 18:14 35:18 | 172:19 173:11 | 141:7 157:1,2 |
| 106:12,16,18 | 45:12 46:18 | 36:13 52:22 | **follows** 6:20 | 158:23 162:4 |
| 106:19 114:5 | 48:1 49:3,3,12 | 53:18 54:21 | 173:4 | 162:17 163:13 |
| 115:23 116:20 | 51:18,24 53:19 | 55:12 57:22 | **footnote** 104:10 | 165:17 166:6 |
| 119:15,22 | 54:4,25 55:3 | 71:8,11 89:14 | 104:12 | 166:12 167:6 |
| 120:22 121:5,6 | 55:16 56:1,18 | 91:7,13 92:7 | **force** 21:13 | 169:13 |
| 121:7,9,10,12 | 58:11,12 59:2 | 96:25,25 | 105:11,19 | **formal** 156:18 |
| 121:14,17,22 | 59:3 60:7 61:5 | 101:15 104:1,9 | 106:11,13 | **forms** 157:3 |
| 122:1,13 123:7 | 66:12 68:9,10 | 104:12 105:3 | **forceps** 82:8 | **forward** 129:10 |
| 123:9,20,22 | 68:14,18 70:10 | 119:7,9 120:14 | 89:21 | **found** 75:16 |
| 124:11 125:3 | 73:10 75:25 | 121:13 127:14 | **foregoing** 171:2 | **foundation** |
| 125:19 126:9 | 76:8,13 82:23 | 131:20 137:14 | 171:18 | 63:24 65:25 |
| 127:11,18 | 87:17,24 88:10 | 146:9 152:24 | **forgot** 87:1 | 90:17 165:18 |
| 128:9,17,22 | 88:11,12,15,16 | 158:15,16 | **form** 5:4 45:22 | 167:7 |
| 129:5,15,24 | 88:20,23,24 | 164:19,20 | 47:25 48:20 | **four** 95:14 |
| 130:6,15 132:3 | 89:10 97:15,21 | 167:14 | 50:20 51:4,25 | 129:13,13 |
| 133:14 136:14 | 98:18,21 99:11 | **Fischer** 33:13 | 54:9 55:21 | **fourth** 91:22 |
| 136:14,16 | 99:15 100:1,3 | 78:21 82:22 | 56:13 58:4 | 122:5 140:8 |
| 137:5,13,19,21 | 101:6 102:21 | **fit** 23:23 | 60:16 61:18,19 | 147:20 |
| 139:6,23 140:4 | 102:22,23 | **five** 58:21 59:12 | 62:6,17 63:13 | **fracture** 54:12 |
| 140:5,19 | 103:8,14 106:7 | 59:24 | 65:24 66:19 | 97:1 140:5 |
| 144:22 146:17 | 106:9,21 | **Fleck** 47:4 71:9 | 68:15 72:20 | 162:7 |
| 146:18 147:17 | 107:17 110:8 | **Floor** 174:23 | 73:11,18 74:14 | **fractured** |
| 148:24 149:11 | 113:17 114:24 | 175:23 | 75:2,9 78:9 | 121:12 |
| 149:18,23 | 115:3,13 | **flow** 43:18 98:1 | 79:22 80:12 | **frame** 46:2 |
| 150:10,12,18 | 116:19 121:6 | 105:13,21 | 84:2 86:9,21 | 51:21 54:22 |
| 150:22,24 | 124:6,21 | 111:16 112:13 | 90:16 97:24 | 56:10 |
| 151:4,6 152:1 | 130:10,10 | 113:9 147:2,3 | 100:17 101:8 | **free** 133:23 |
| 152:5,8,14,19 | 140:17,19 | **fluoro** 43:11 | 101:21 103:9 | 151:22 153:8 |
| 152:21,22,25 | 141:21 161:4 | **fluoroscopic** | 108:14 109:17 | 153:18 |
| 153:5,6,8,16 | 161:17,18,21 | 42:14 154:22 | 110:2,6,14,20 | **French** 42:15 |
| 153:24 154:4 | 161:24 162:2,5 | 154:24 155:17 | 113:10 114:9 | **frequency** 83:11 |
| 154:14,17 | 162:12,22 | **fluoroscopy** | 115:1,14,19 | 83:13 |
| 156:23 158:23 | 164:7 165:9,10 | 94:6 145:19 | 119:3,12 | **front** 83:6,12 |
| 159:12,19 | 165:21,21,25 | **flush** 146:7 | 121:23 122:21 | 96:16 103:23 |
| 162:11,16 | 166:16 168:11 | 149:1,4 | 122:25 123:6 | 118:1 129:16 |
| 163:21 164:2,5 | **final** 92:14 | **follow** 32:24 | 123:16 124:15 | **full** 91:19 96:25 |
| 164:10,21,22 | **financially** | 59:17 110:24 | 124:20 125:2 | 101:15 102:18 |
| 165:22 166:4,5 | 174:10 | 161:24 | 125:11 131:1 | **function** 22:13 |
| 167:22 | **find** 161:11 | **follow-up** 59:19 | 132:4,11,20,22 | 111:23 |
| **filter's** 137:2 | **findings** 101:11 | 110:22 168:20 | 132:23 133:5 | **functions** 22:12 |

Adrian A. Wong, M.D.

**further** 3:15
  97:12 157:19
  169:17 174:7
  174:10,12
  175:1

**G**

**gained** 22:14
**general** 39:11
  73:21 82:19
  128:6 161:17
**generally** 118:4
**generation** 50:8
  51:2 53:25
**Gerinbam** 141:8
**getting** 40:25
  89:20 111:1
  117:21
**give** 25:20 45:14
  46:11 159:11
  159:19 160:23
**given** 164:3
  169:16 171:20
  172:22 173:9
**gives** 105:8
  144:5
**giving** 142:7
**global** 23:24
  71:19
**go** 11:19 28:6
  33:4 41:25
  46:1 61:23
  72:2 79:4 86:2
  86:3,16 87:11
  94:12 111:14
  115:8,8 117:17
  121:22 126:14
  133:2,18
  134:11 138:19
  139:1 145:2
  153:4 161:25
  168:22
**goes** 23:4 143:20
  143:23 144:25
  151:20 152:17
  156:14

**going** 15:13
  19:12,13 21:18
  24:20,21 46:18
  46:18 48:5,13
  71:7 72:13
  74:19 76:3
  80:3 90:5 96:7
  96:8,9,12
  97:24 108:21
  116:1,2 123:19
  125:5 133:17
  139:4,18,22
  143:16 145:4,6
  147:2 153:17
**Golkow** 2:24 6:5
  174:22 175:22
**good** 78:25 96:3
**Gotcha** 70:5
**gotten** 47:15
  89:22
**grab** 86:13
**gradually** 30:19
**greater** 60:4,7
  61:13 78:5
**greatly** 60:9
  61:15 62:3,13
  66:16
**groin** 116:25
**ground** 96:9
**group** 1:7 8:24
  17:3,4,10
  18:14 19:8
  20:18,21,25
  21:4,6 22:2,6,8
  22:22 26:8
  27:15,21,22
  28:2 29:18
  30:14,16,22
  31:7 32:2 45:7
  50:4 82:5
  84:21 95:1
  99:20 172:7
**grow** 69:22
**guarantee**
  108:24
**guaranteed** 20:2

**guess** 12:14
  16:16 28:20
  32:7 33:11
  34:3 37:14
  58:14,20 63:15
  65:3 69:16
  76:2,7 79:7
  86:15 89:12
  90:13 93:10
  95:17 100:7
  102:6 107:24
  113:23 116:23
  121:15 130:6
  132:14 139:12
  168:12
**Guharoy** 37:18
  37:21
**guidance** 42:14
  161:4,11,17
**Günther** 44:25
  61:4 68:10
  107:24

**H**

**habit** 61:9
**habitus** 117:22
**half** 25:8,10,23
  58:20
**hand** 43:9 150:7
  151:13,15,21
  153:10,10,17
  171:20
**handwriting**
  35:21 156:10
**hangman** 87:8
**happen** 27:23
  56:2 61:25
  84:5 108:12
  109:5
**happened** 13:24
  14:24 45:25
  59:12,13 60:1
  64:10 75:6
  156:17
**happening** 52:3
  56:3 58:8

**happens** 49:15
  153:21 168:25
**hard** 31:19
  58:14 78:16
  110:21 111:4
  152:16
**hard-and-fast**
  30:21,25 31:11
**Harris** 1:5 6:10
  172:5
**hate** 13:8
**hazards** 137:24
  137:25 138:6,8
**head** 37:9 46:4
  69:19 78:3
  123:12 141:23
  151:10,12,14
  160:14
**head-to-head**
  165:14
**headquartered**
  8:18
**health** 30:5
**Healthcare**
  50:25
**hear** 63:6 77:18
**heard** 44:8
  66:10 78:22
  79:1 88:4
  101:1 105:2
**heart** 111:20,22
  111:23 143:23
**heavily** 130:16
**Heidi** 45:8,10
  46:12,16 47:7
  47:16 48:23
  51:7,12,20
  58:1 66:23
  67:9,15 72:12
  84:8,12 85:6
  86:2 87:14
  94:24 159:6
  160:9,13,21,25
**held** 6:8 86:24
**help** 71:22
  110:16,16,18

  111:6
**helping** 38:12
**helps** 18:6 49:20
  144:25
**hematologist**
  27:14 70:21
**hematology**
  27:12
**hemorrhage**
  138:5
**hemostasis** 43:5
**Hi** 96:6
**high** 31:4,20,21
  139:2 166:15
**high-end** 95:17
**higher** 108:22
  129:14 136:8
**highest** 10:15
**highlighted**
  80:24
**hired** 7:11 20:4
  46:23,24 47:2
  47:13
**history** 26:20,23
  31:13 36:10
  38:22 39:4,9
  40:1,7 109:20
  112:25 114:4
  115:9
**hold** 43:8 150:6
  152:22,22
**holding** 151:18
  151:24 153:10
  153:10,13
**holds** 17:10
**hook** 89:17,19
  106:13 153:5,6
  153:7
**hooked** 153:5
**hospital** 7:14,15
  9:2,6,9,16
  11:14,17 14:13
  17:17,21 22:12
  22:18 37:3,14
  45:10 56:21
  72:6 84:8,13

Adrian A. Wong, M.D.

Page 186

88:9 95:11,16
136:15
**hospitals** 9:4,18
9:20 11:22
22:14
**hours** 39:11
**Houston** 1:24
2:5,10 6:8 7:3
7:4,6,17,24
8:19 9:7 10:24
11:4,8,11 17:5
17:7,15 18:20
20:15 87:15
173:14,19
**HP** 26:23
**hundred** 108:25
**hypothetical**
65:25

**I**

**idea** 90:8,14
**identification**
164:10
**identified** 43:4
**identify** 91:5
**identifying**
135:4
**IFU** 4:19 24:4
63:12,23 64:8
64:14 66:6,22
67:4,5,8 73:15
80:19,22 81:15
83:6,10,12,18
117:24 118:5
118:11 119:1
119:11,25
120:24 122:7
123:21 125:17
125:23 126:4
162:10,15
163:11
**IFUs** 23:12,16
118:5 130:10
**image** 92:14,22
92:23 102:16
104:19 105:5,9

105:20 129:2
129:11 148:11
**image-guided**
137:13,19
**images** 5:2 91:7
105:6 127:20
127:25 128:21
129:5,7,9,17
129:18 146:10
151:3 154:3,4
155:2
**imaging** 77:22
97:2 101:11
103:16,19
105:13,23
137:20 151:1
167:13
**immobility**
113:13
**impacts** 102:20
**implant** 15:2
66:2 93:16
115:10 156:1
168:17
**implantation**
29:12 42:21,24
43:22 46:6
66:5 77:10
116:8 118:6
132:2 133:14
**implanted** 24:24
36:25 63:8,19
68:7,14 70:7
70:14 71:2
114:5 117:5
119:22 122:13
123:15 136:13
162:16
**implanter** 55:7
58:13,19 59:25
**implanting**
25:10 38:15
41:15 47:24
48:1 50:14
51:13 62:14
64:22 73:10,23

80:7 83:19,25
83:25 100:7
120:17 122:7
123:22 124:18
124:25 125:17
**import** 102:19
**importance**
101:16
**important** 78:14
166:4
**impression**
39:12 157:6
**improper** 65:25
**improve** 71:21
74:23
**in-serviced**
84:16 85:6
**inability** 140:18
163:9
**inaccessible**
117:11
**inaccurate**
104:16
**inches** 145:16
**incidence** 56:3
**incidentally**
75:16
**incision** 145:1
**include** 120:10
124:7,9 139:10
**included** 88:7,10
90:6 132:19
**includes** 120:7
173:11
**including** 77:6
142:5
**incorporate**
95:15
**INCORPORA...**
1:5,6,6,7 172:6
172:6,7,7
**incorrect** 31:10
124:13
**increased**
166:24
**independent**

21:10 126:13
162:10,15
**independently**
162:21,24
163:2,5,8
**INDEX** 3:1
**Indiana** 2:20
**Indianapolis**
2:20
**indicated** 28:12
28:22
**indicating** 155:7
**indication**
149:14
**indications**
29:21
**individual**
108:11,12
141:11
**individually**
22:16 27:15
**individuals**
87:15
**infection** 138:4
**inferior** 43:4,17
53:17 77:24
105:25 117:18
121:15 123:8
123:18 128:7
128:20,23
129:4 133:9
136:14 137:13
137:19 139:6
139:23,24
143:20 144:1,2
144:19 145:3
145:12,19
146:1,3,8
147:11,17
148:13 150:2
151:1 152:7
153:8 167:22
**inferiorly**
123:11
**inflammatory**
113:8

**inflow** 148:4,16
**inform** 46:5
48:24 75:1
83:10,14
**information**
12:21 14:14
24:7 35:1
45:13 47:23
48:4,18 50:10
83:23 135:5
158:22,25
160:18 161:1
161:15 165:14
166:7,9 173:9
**informed** 41:17
46:21 50:12,16
62:11 73:15
159:1
**initial** 133:20
138:6
**initially** 88:8
141:22 145:8
**initials** 138:19
138:21
**initiated** 102:22
103:1
**inject** 149:3,5
**injected** 91:18
146:22
**injecting** 146:6
**injection** 91:19
139:15 146:14
**injuries** 53:21
**injury** 64:12
80:10 83:19,20
83:22 86:7,20
139:24
**ink** 90:25
**inner** 94:11
144:11 146:2
152:13 153:1,6
153:22,23
**insert** 37:24
81:17
**inserted** 145:8
**insertion** 139:6

Adrian A. Wong, M.D.

139:23 141:19
167:22
**inside** 145:5,7
150:13
**instance** 1:17
67:10 87:8
144:23
**instances** 114:23
117:7
**institution** 56:18
**instructions**
23:13 67:6,7
117:24 118:22
**instrument**
171:18
**intended** 97:21
99:6,15 121:13
125:18,22
126:5
**interactions**
160:10
**interest** 12:5
**interested** 12:12
174:11
**interests** 12:11
**internal** 26:14
49:7 169:6,12
**international**
80:25
**interrogatories**
136:12
**interrupt** 31:15
98:1
**interventional**
7:1,7,25 8:9,13
8:23 10:2,7,11
10:16 11:13
17:6,11,16,20
18:1,3 20:20
23:2,6,10,16
24:3 26:13
32:19 33:8
34:8 44:12
45:16,20 56:23
78:23 84:19
85:13 88:18

102:1 120:4
161:14
**interviewed**
100:20
**introduce** 6:12
**invasive** 40:15
143:7
**inventoried**
19:19
**inventory** 18:11
19:6 49:5,14
**investigation**
127:10 129:24
**involved** 94:2
106:17 109:7
132:3,5,6,7
138:25 161:22
**involvement**
100:23 120:10
**involves** 23:7
**IR** 78:25 92:24
107:2 108:2
111:25 123:14
158:9
**IRs** 17:8
**issue** 18:4 50:18
76:14 89:20
97:6 149:7
**issued** 161:6
**issues** 97:9
**IV** 117:14
142:13,14
**IVC** 4:15 5:7
12:18,22 15:19
19:23 42:14
48:17 51:16
55:15,19 57:24
63:9,20 64:9
64:11 69:2,2
73:4,8 77:17
77:21 78:1,5,6
83:15 86:7,19
91:20 92:21,25
93:13 99:19
100:3,11
101:17 102:7

102:21 103:8
103:14 104:24
105:7 106:7,9
106:21 107:17
110:8 113:17
114:23 115:3
115:12,22
129:24 130:6
130:10,15
132:2 133:14
136:16 137:2
156:22 161:4
161:17,18,21
162:22 166:16
168:1
**IVCs** 107:13

## J

**J** 42:13
**Jacinto** 9:8,16
**Jeff** 8:22 14:5
25:1,7 26:2
29:16 33:12
35:2,2,9,14
36:25 37:11
44:8 46:3,7
48:2,25 50:14
51:13 59:22
61:16 62:16
63:19 64:10
65:20 75:6
76:24 77:9
80:7 92:12
164:3 167:3
**Jeff's** 63:9,20
**Jeffrey** 1:2 6:8
172:2
**jmandler@fae...**
2:13 174:2
**job** 97:18,21
99:5 110:9
**jobs** 99:15
**Joel** 2:8 6:16
13:5 61:2
173:17
**John** 2:13,18

6:17,17 96:4
97:25 174:1
**journal** 107:5
120:7
**jschlafer@fae...**
2:18
**judgment**
130:17 136:8
**Judicial** 1:8 6:10
172:9
**jugular** 41:23,25
80:19 85:1,10
116:4,7 117:13
119:16 141:19
141:25 143:21
149:13
**jugularly** 85:4
**July** 46:20
**jumping** 96:10
**jury** 32:18 101:3
121:8 141:20
**JVIR** 16:14,20
16:25 51:15
107:6

## K

**Katy** 9:9,10,11
**keep** 59:1 97:22
117:1 150:4
**Kelsey** 94:13
**Kelsey-Seybold**
94:8,10
**key** 85:24
**kidney** 94:5
**kidneys** 139:20
139:20
**kind** 40:15 59:8
59:16 76:1,17
92:4 95:15
105:2 113:2
124:12 147:9
151:23 152:11
152:12 157:2,7
158:16 159:3
169:11
**kinds** 68:9,12

113:24
**kit** 81:25 85:1
**knee** 40:2
113:11
**knew** 37:20
51:17 58:23
60:8 61:14
74:10 95:3
100:6 114:6,10
114:11 122:23
123:14 124:21
**know** 12:20
14:25 17:8
20:7 21:25
23:22 25:7
26:5,7,11 27:6
27:8,9,13 29:4
29:5 31:22,24
32:7 34:15
36:2 37:12,19
37:22 39:1,5
39:13,19 47:23
48:5,9,18 50:9
51:14 52:9
54:1,4,7 55:18
55:22 56:5,10
56:23 59:25
60:19 61:5,7,9
61:21 63:4
64:4,4,17,20
65:7 67:17
68:3,5,8,24
69:4,16,22
70:2,16 71:2
72:1,1,24 73:9
73:12 74:15,18
75:10,13 76:19
76:24 78:21
79:2,23,25
80:2,11 82:22
83:4,5,24 84:3
84:12,15,17
85:6 87:1,22
88:1,2,3,6,11
88:15,17,23,24
89:1,5,6,8,14

Case 1:14-ml-02570-RLY-TAB    Document 26564-1    Filed 03/17/25    Page 59 of 78
PageID #: 151607
Adrian A. Wong, M.D.

Page 188

90:19 91:1
94:11,15 96:12
98:24 100:18
102:14 106:20
108:10 109:3
110:23 111:1
114:7 118:17
118:23 121:5
124:13,23
125:12 128:6,7
129:4,14
130:18 132:15
136:7,7 137:4
137:6 140:11
141:11 142:18
143:14 147:10
148:22 151:4
155:8 164:2,11
164:15 168:19
168:24
**knowing** 119:24
**knowledge**
13:24 27:14
28:14 44:20
100:22 106:21
122:15 126:16
128:17 130:8
**known** 55:25
64:22 79:18
80:14 100:3
108:12,17
135:14 161:23
162:3 171:16
**Kuo** 16:4,5,7
58:23 66:11
82:5 106:10
**Kuritza** 14:1
158:9
**Kuritza's** 34:21
158:7,18

——————
**L**
**L1** 148:19
**L1-L2** 148:18
**L2** 43:5 148:17
148:19 156:23

**lab** 38:15 55:6
**laid** 141:22
**Land** 7:8,15 9:7
11:14,17,24
17:17,20 18:1
18:12,18 19:5
19:11,14,19
37:7 41:10
44:12,15 45:21
49:6 53:5
67:22 68:7
69:20 70:8
72:5 95:8,14
95:18 156:15
**large** 117:20
**larger** 35:13
95:20 145:2,15
149:19
**lasers** 82:12
**lastly** 116:23
**laterally** 129:6,8
**lawyer** 13:16
34:15,16
**lawyers** 34:11
34:14
**lead** 98:2 112:1
114:20 124:14
125:1 150:8
**leader** 85:24
**leading** 98:1
**leads** 109:20
**learned** 22:16
87:10 106:22
**leave** 141:6
159:19
**left** 55:11 149:24
**leg** 54:14 57:17
78:18 117:22
**legs** 57:23 102:6
105:22 116:14
116:20 117:2
129:13,13,13
140:10 152:23
**Leon** 29:4,15
131:7
**let's** 92:7 119:14

**letter** 4:17 50:25
71:14 88:21,25
90:2
**level** 43:5
148:24 154:6
**lidocaine** 38:21
41:21 143:11
143:15
**life** 111:20
**life-threatening**
111:8
**likelihood** 66:15
166:23
**Likewise** 97:15
99:18 159:18
**limb** 57:3
**limit** 49:7 73:17
**limited** 122:2
130:9
**limiter** 73:2
**line** 128:18
**lines** 49:4
**listed** 120:14
123:21 139:11
168:3,7
**listen** 63:6
**listing** 119:17
**literature** 13:25
51:17 100:11
100:23 120:6,7
121:2 122:11
124:4 126:6
157:23 162:20
**litigation** 32:10
32:16 96:5
**little** 25:12
96:10 97:12
108:21 117:23
125:14 128:15
141:17 142:19
143:15 144:11
144:13,16
145:1,15
149:21 152:25
159:5
**live** 7:16 151:3

154:13 155:2
**liver** 12:6,13
**lives** 110:18
**LLC** 1:7 172:8
**LLP** 2:12,17
174:1
**load** 149:3
**located** 39:14
**location** 39:20
100:1 148:23
152:9
**long** 37:11 40:16
40:21 49:6,7
145:20,21,22
145:24 150:15
159:19 162:5
**longer** 30:22
**look** 13:11,17
36:15 48:4
52:8 53:9
55:11 68:16
75:23 76:1,24
77:2 79:13
80:22 81:21
91:13 101:14
104:9 115:15
118:20,21
119:6,14
127:16 129:14
129:22 139:12
141:24 154:8
160:2 164:19
**looked** 12:20
25:19 57:22
103:16 116:5
118:25 127:20
158:15
**looking** 39:18
75:11 80:25
83:6 105:20
122:7 128:4,12
129:7,9,10,18
134:1 146:11
146:16 147:9
147:16,18
148:17,17

152:4 154:1,12
155:15 169:5
**looks** 27:12
90:25 93:6
102:16 105:16
105:24 116:2
118:23 141:8
148:4
**loop** 87:8 89:15
89:18,18
**loose** 59:9
**loss** 43:15
105:14
**lost** 59:19
168:21
**lot** 21:3,23 23:4
23:12 31:24
56:4 65:2
68:24 75:11,15
76:8 99:13
102:5 116:13
117:14 164:7
**lots** 48:6
**loud** 24:13,14
**love** 13:7
**low** 56:3 132:15
139:21 142:18
**Lucky** 28:5
**Luke's** 78:21
79:2 167:17
**lumbar** 128:8
148:20
**Lumsden** 20:7
46:12,17 87:20
87:22
**lunch** 85:13
86:16
**lung** 111:16
**lungs** 97:23
98:22 99:7
111:14,15
136:25 138:5
**lying** 151:11

——————
**M**
**M.D** 1:5,12,16

Adrian A. Wong, M.D.

Page 189

| | | | | |
|---|---|---|---|---|
| 2:11 3:1,7 6:9 | 86:9,21 90:16 | 156:7 163:17 | 101:21 103:9 | 111:5 115:5,7 |
| 6:11,19 170:2 | 96:2,4 98:5,13 | 164:17 | 106:6 108:14 | 115:8,25 121:4 |
| 171:1,8,16 | 98:14 100:22 | **markers** 164:22 | 109:17 110:2,6 | 121:10,11 |
| 172:5,13,20 | 101:13,23 | 165:11 | 110:14,20 | 129:2 131:17 |
| 173:20 | 103:13 108:16 | **market** 46:6 | 111:7 114:9 | 132:23,25 |
| **machine** 142:5 | 109:19 110:3,8 | 47:17 50:3,13 | 115:1,14,19 | 136:22 137:18 |
| 143:5 | 110:17 114:12 | 60:9 62:12 | 119:3,12 | 143:1 145:7 |
| **magnified** 93:6 | 115:3,17,22 | 74:11,13 75:7 | 121:23 122:14 | 153:19 154:25 |
| **main** 7:15 9:6 | 119:6,14 122:1 | 80:4,7 86:6,18 | 122:21,25 | 157:23 161:22 |
| 11:14,16 72:5 | 122:23 123:2 | 162:13 174:23 | 123:6,16 | 169:14 |
| 95:11 139:24 | 123:13,19 | 175:23 | 124:15,20 | **meaning** 18:25 |
| 140:9,12 | 124:17,24 | **marketing** 47:12 | 125:2,11 | 43:17 99:14 |
| 144:19 | 125:8,14,16 | **marry** 150:17 | 128:10 131:1 | 117:16 143:2 |
| **major** 84:3 | 131:3 132:8,21 | **matter** 6:8 | 132:4,11 | 143:23 146:24 |
| 112:10 114:13 | 134:16,20 | **Matthews** 2:2,2 | 134:14 135:11 | 147:1 148:12 |
| 135:16 | 135:13,22 | 3:8,10 6:14,14 | 135:20,24 | 149:5 152:7 |
| **majority** 108:19 | 136:1,11 140:4 | 6:22 13:1,5,8 | 136:4 140:3 | 168:22 |
| **making** 49:22 | 140:23 141:4 | 13:10 14:3 | 162:4,17 | **means** 1:23 70:3 |
| 145:1 | 156:5 159:25 | 15:12,15 35:12 | 163:13,19 | 97:17 99:22 |
| **malpositioning** | 160:8 162:9,19 | 46:1,10 48:1 | 164:18 165:20 | 105:1 137:20 |
| 123:20 124:12 | 163:15 165:17 | 48:13,15,21 | 166:1,9,13 | 143:2 149:22 |
| 124:14 | 165:23 166:6 | 50:21 51:6 | 167:11 169:2 | **meant** 19:2 |
| **manage** 18:6 | 166:12 167:6 | 52:2 53:12 | 169:13,18 | 33:22 |
| 94:9 | 169:4,17 173:7 | 54:14,19 55:24 | 173:5,12,13 | **measure** 154:21 |
| **management** | 174:1 | 56:7,9,16 | 175:8 | **measurement** |
| 72:2,4 | **manual** 43:6,7 | 57:11 58:5 | **MAUDE** 76:25 | 106:13 |
| **manager** 46:17 | **manufacturer** | 60:17,21 61:2 | 77:2 95:4,5 | **medical** 1:6,7 |
| 67:15,15 71:19 | 50:3,7 90:15 | 61:7,11 62:1 | **may've** 46:24 | 4:6 5:5 11:3,14 |
| 90:4 | 169:7,9,12 | 62:10,19 63:7 | **mchavez@the...** | 11:25 12:2 |
| **managers** 47:5 | **March** 14:22 | 63:17,18 64:7 | 2:4 | 13:18,24 14:4 |
| **managing** 70:24 | 25:1,4 26:19 | 64:21,25 65:9 | **MD** 38:8 138:11 | 14:20 15:4 |
| **Mandler** 2:13 | 35:3 39:19 | 65:16 66:4,21 | 138:12,13 | 18:11 19:6,15 |
| 3:9,11 6:17,17 | 41:7 51:13 | 67:13 68:19 | **mean** 11:25 12:2 | 19:18,20 20:8 |
| 45:22 47:25 | 63:8,20 92:10 | 71:7 72:25 | 17:25 20:4 | 20:23,25 23:7 |
| 48:20 50:20 | **mark** 2:3 6:14 | 73:14,20,23 | 25:13 29:19 | 23:13 24:3 |
| 51:4,25 54:9 | 15:13 | 74:21 75:4 | 31:15 43:7 | 25:3,4,25 |
| 55:21 56:13 | **marked** 4:2 | 76:10,12 77:20 | 54:10 55:20,22 | 26:18 27:11 |
| 58:4 60:16 | 12:25 15:14 | 77:25 78:12 | 58:7 60:18,22 | 29:7 35:6,8,13 |
| 61:18 62:6,17 | 35:11 46:9 | 79:24 80:5,14 | 61:3,7,9 62:7 | 35:14 37:3,20 |
| 62:22 63:13,24 | 53:11 54:18 | 80:18 84:7 | 63:6 64:1,5,16 | 46:13 68:16 |
| 64:15,24 65:24 | 56:15 57:10 | 86:15,23 87:13 | 67:8 75:10 | 71:14,19 95:8 |
| 66:19 68:15 | 67:12 71:6 | 90:1,19,24 | 85:5 88:12 | 106:22 107:13 |
| 72:20 73:11,18 | 80:17 84:6 | 91:2,5 94:16 | 94:10 98:21,23 | 108:2 109:20 |
| 74:14 75:2,9 | 87:12 89:25 | 94:23 95:23 | 98:25 99:21 | 115:4 118:18 |
| 78:9 79:22 | 90:23 134:19 | 97:24 98:9 | 101:5,10 102:9 | 127:6 130:9 |
| 80:1,12 84:2 | 134:21 156:4,6 | 100:17 101:8 | 108:18 110:15 | 137:10 138:1,3 |

Case 1:14-ml-02570-RLY-TAB    Document 26564-1    Filed 03/17/25    Page 61 of 78
PageID #: 151609
Adrian A. Wong, M.D.

Page 190

157:24 158:3
164:9,13 167:2
172:7,8
**medication**
142:14
**medications**
36:11 112:16
113:24
**medicine** 26:14
109:3
**meet** 21:19 22:3
45:16
**meeting** 45:20
131:15
**meetings** 79:4,5
**member** 16:12
16:18,19,21,24
22:8 107:1
**memory** 72:22
**mention** 44:4
64:8 127:13
**mentioned**
125:9 158:2
**mentors** 120:5
**merely** 130:18
**Meridian** 2:19
**Messenger** 1:23
2:7 173:17
**met** 24:10 34:11
34:16 131:21
**method** 104:16
141:19
**Methodist** 7:3,4
7:8 9:1,4,8
11:14 17:4,8
17:11,16,20
18:1,11 19:5
19:11,14,15,20
20:7 41:10
44:23 45:21
46:13,25 48:10
49:5 53:5
67:22 68:19
69:13,20 70:8
72:6 84:8,13
87:16,23 95:8

95:8,11 99:12
118:13 119:1
136:15 156:15
**Methodists** 7:6
**Michael** 1:20
172:17 174:18
175:21
**micropuncture**
143:18 144:4
144:12,17
**middle** 47:3
52:11 57:1,16
**migrate** 132:12
154:15 162:8
**migration** 97:1
97:2,10 140:4
162:21
**Miller** 1:20
172:17 174:18
175:21
**millimeters** 78:6
78:10 145:15
145:16
**mind** 30:6
**minimal** 43:15
47:13
**minimally** 143:7
**minimize** 121:20
**minimum** 75:1
**Minneapolis**
2:15 174:3
**Minnesota** 2:15
174:3
**minute** 7:12
43:11 46:11
94:16 155:17
166:13
**minutes** 160:2
**misaligned**
127:12
**misleading**
60:13
**misled** 61:6
**missed** 145:11
**misspoke** 53:1
**Mister** 39:4

131:13 140:10
**mobility** 117:4
**moderate** 38:17
142:25
**modifications**
71:21
**modified** 63:3
**MONDAY** 1:13
170:3 172:14
**monitored** 38:18
41:18
**month** 168:11
168:14
**months** 14:16
**move** 89:11
121:19 140:5
152:9 155:8
**moved** 121:12
121:15 150:22
151:25 158:16
**moves** 153:7
**moving** 150:5
**MRI** 164:7
**multi** 80:25
**multiple** 136:3,6
147:13 162:12
**multiplied** 136:7
**multiply** 136:2
**myointimal**
104:23

## N

**n** 2:1 147:21
**N-I-G-A-M**
26:12
**name** 6:4,23
7:23 29:5
35:23 41:5
45:8 53:9 69:9
96:4 135:6
141:8,10
156:11 160:16
163:24 171:17
**names** 52:9
**narrow** 117:17
148:5

**narrowing**
43:20
**native** 148:12
**nature** 106:2
158:1
**navigate** 144:18
**nberguin** 84:8
84:13
**NCRA** 174:20
174:21
**nearby** 122:15
**necessarily**
23:18 102:13
116:14 155:6
**neck** 41:20
116:17 117:2
117:10,16,21
141:25 143:10
143:12
**need** 40:17 66:2
66:5 110:22
139:4 142:5
147:4 163:11
**needed** 23:23
28:9 74:20
106:12
**needle** 143:18
143:18
**needs** 27:20
49:25 62:25
66:3 78:1
**neither** 174:7
**nervous** 25:12
**net** 136:17,23
137:1,7
**never** 42:10
50:12 51:21
63:11,23 64:13
65:22 66:6,8
67:3 70:2
73:15 76:17
80:14 82:2
85:24 87:6
165:13 166:9
166:11 169:15
**new** 13:21 33:21

33:24 46:5,19
46:22 47:11,21
48:16 49:1,3
50:2,13 79:10
86:6,12,18
**Newsom** 1:23
2:7 173:17
**nice** 61:21
**Nigam** 26:1,5,11
27:4 28:3,8
29:15 37:16,20
40:2 91:10
131:9
**Nigam's** 26:18
39:4
**nobody's** 38:12
169:15
**Nods** 46:4
151:14
**nonclinical**
164:21
**nonprovoked**
39:23
**nonresponsive**
48:14 56:8
76:11
**nonretrievable**
140:16
**Norfolk** 1:24 2:9
173:18
**normal** 139:20
**normally** 39:8
**North** 2:19 71:9
**NOTARY**
171:24
**note** 156:8 157:3
**noted** 44:1,3
155:23 171:3
**notes** 15:21
35:19 36:22
41:1 134:2
155:24 160:2
**notice** 4:3 13:2,2
13:10
**noticed** 75:15
**November** 1:13

Adrian A. Wong, M.D.

3:2 6:2,6 170:3
172:14
**numb** 143:13
**number** 4:2
37:11 38:3,4
55:23 71:2
78:3 96:18
99:9 107:16
121:18,21
140:18 147:25
163:25 164:1
164:11
**numbered** 1:19
147:20
**nurse** 38:11,18
133:1,17,24
137:15,17
141:14,15
142:7
**nurse's** 35:19
**nurses** 95:12,15
**nursing** 18:4

**O**

**o0o--** 3:17 5:11
169:22
**oath** 171:17
**object** 45:22
47:25 48:13,20
50:20 51:4,25
54:9 55:21
56:7,13 58:4
60:16 61:18
62:6,17 63:13
65:24 66:19
72:20 73:11,18
74:14 75:2,9
76:10 79:22
80:12 84:2
86:9,21 90:16
97:24 98:4
100:17 101:8
101:21 103:9
108:14 109:17
110:2,6,14,20
114:9 115:1,14

115:19 119:3
119:12 121:23
122:21,25
123:6,16
124:15,20
125:2,11 131:1
132:4,11
134:14 135:11
135:20,24
136:4 140:3
162:4,17
163:13 165:17
166:6,12 167:6
169:13
**objection** 61:19
62:22 63:24
64:15,24 68:15
78:9 80:1
97:25 98:6,7,8
165:23
**observe** 55:2
**observed** 55:15
57:17
**obtained** 41:19
55:16 102:12
159:2
**obviously** 12:14
21:16 23:15
76:19 78:18
**occasion** 35:2,3
**occluded** 117:18
**occur** 17:23
65:22 78:15
100:15 138:8
147:14
**occurred** 36:24
65:20 73:6
174:14
**occurrence** 66:9
**occurring** 30:20
52:6 63:3
**October** 71:14
72:12
**office** 14:14 34:1
164:1 171:20
**officer** 172:21

173:10 175:4
**officer's** 175:10
**Oh** 139:14
**okay** 7:12 8:16
9:14,17 11:12
11:19,20,25
12:14 13:1,17
13:22 14:8,17
15:18 22:10
24:1,18,19,22
24:23 29:7
34:7 36:17
37:10,15 38:7
40:20 46:3
49:24 52:10,16
54:15 55:24
65:19 68:19
69:25 70:13
76:10 77:9
80:23 81:15
82:4 87:13
89:1 96:11,13
96:22,24 97:16
98:9 103:21
104:9,13,15
106:16 117:23
118:3 119:14
119:24 124:2
125:16 128:3
128:21 129:6
130:22 134:1
134:20 137:18
139:5,16,22
140:14 141:13
142:15,24
143:1,6 144:9
146:16,19
147:24 148:21
150:19 152:3
153:9,17,21
155:15 156:21
157:8 159:25
161:16 163:15
164:2,18 165:4
165:6 166:20
167:16 168:16

**old** 63:1,2 96:9
**Olive** 7:17
**once** 49:15
59:14,17 62:23
70:14 113:7
118:21 119:7
136:5 145:12
146:6 149:17
**ones** 99:14
119:20 158:6
**ongoing** 100:23
**op** 95:21
**opacified** 146:23
**opacifying**
105:22
**open** 65:20 66:5
77:6 142:1
143:11 144:25
145:14 152:23
167:18 168:5
**opened** 76:17
**operations**
142:20
**operator** 55:5
**opinion** 63:25
85:24 167:7
**opinions** 158:10
**opportunity**
86:5,17
**opposed** 116:10
**optional** 140:19
**oral** 1:11,16
172:22
**order** 50:1 61:24
69:4 106:12
137:21 147:3
**ordered** 49:25
**ordering** 19:12
37:15 72:7
**orders** 157:4
**org** 84:13
**organ** 83:20
125:1
**organizations**
100:24 107:2
**organs** 64:3,13

65:6 73:4,8
75:6 80:11
86:8,20 122:16
122:19 123:4
168:2
**original** 79:21
175:3,7,11
**Orleans** 79:10
**orthopedic**
70:21
**outcome** 109:10
174:11
**outer** 153:24
**outside** 48:17
73:8 77:24
78:1,6 92:21
92:24 102:6
104:23 168:1
**overall** 31:23
**overestimate**
104:20
**oversaw** 49:12
**owing** 104:18,21
**ownership**
18:25 19:1,2
**oxygen** 111:17
111:18
**oxygenate**
111:15

**P**

**P** 2:1,1,2,13
173:13 174:1
175:8
**P-A-C-K** 69:11
**P-A-C-S** 69:12
**p.m** 1:20,20 6:2
6:6 65:12,13
65:13,14 94:19
94:20,20,21
140:25 141:1,1
141:2 160:4,5
160:5,6 169:20
169:21
**pacemaker**
36:11

Adrian A. Wong, M.D.

Page 192

package 42:8
packaging 42:11
packed 123:4
packet 161:15
PACS 68:23
    69:8
page 13:11
    17:14,14 35:18
    35:24 36:13,15
    36:15,19 55:12
    71:11,13 80:22
    83:8 92:7 93:5
    93:8 96:23
    98:15 101:13
    104:1,10
    119:14 125:16
    134:2,8 135:5
    135:6 137:8
    138:19,20
    139:5,5,12,22
    141:7 146:11
    146:14 147:2,3
    147:20,25
    163:20 164:19
    164:20,20,24
    165:1,2,4,5
    167:21 175:6
PAGE/LINE
    170:4
pages 35:14
    36:18,18 92:4
    128:22 138:7
    154:2
paid 81:12 85:24
pain 99:25
    102:13
pairs 57:2
paper 106:15
    156:15
papers 44:10
paragraph
    53:18 96:25,25
    97:12 101:15
    102:18 137:8
    137:23 139:11
part 19:1,2,21

21:22 24:4,6,9
    77:19 81:21
    105:3 131:20
    144:11 149:23
    152:6,20
    154:21 164:12
participate
    86:23
participated
    87:6 106:8
particular 19:6
    22:17 55:23
    56:5,19 64:19
    78:8 94:12
    109:20,25
    110:5 126:25
    135:2 138:9,18
    138:23 164:10
particularly
    18:13
parties 173:11
    174:8 175:15
Partly 23:18
partner 8:16
    18:23 53:3
    84:23
partners 7:19,21
    8:11,12
partnership
    7:23 8:18
parts 111:16
party 173:3
PAs 95:12
pass 95:23
    149:19,20
    168:22 169:2
passthrough
    91:22
Patel 27:6,7,14
    29:15 131:13
patent 43:17
    105:15 142:1
patient 18:5
    20:12 23:23
    27:15,19,23
    28:9 29:15,23

30:6,13 31:4,8
    32:24 33:3,6
    33:14 38:23
    40:12,21,24
    41:24 44:8
    59:12,13,15
    62:15 70:16
    75:17 76:4
    94:12 95:10
    99:9,16,23
    100:21 101:12
    102:15 104:7
    108:19,21,24
    109:10,19
    114:18 116:2,3
    117:3,9,13,20
    117:20 130:18
    133:2,13,17,19
    139:3 141:22
    142:3,7,11
    143:2,13
    147:10 151:11
    151:17 164:4
    168:20
patient's 70:24
    109:13 126:23
    142:22 151:12
patient-specific
    116:1
patients 21:10
    21:17,19 22:3
    26:8 27:18
    29:10,11 31:13
    31:24 32:20,22
    33:21,25 45:14
    48:2 57:17,18
    59:2,7,17,19
    59:21 60:1
    70:9 71:3
    76:21 87:16,24
    88:5,16,18,22
    90:3 95:15
    101:5 103:17
    108:19 116:24
    132:2 133:6
    135:1 161:25

164:7 166:19
    168:21,25
pattern 45:24
Pavlock 1:2 6:9
    8:22 14:6 25:1
    25:7 26:2
    29:16 33:12
    35:2,9,15
    36:25 37:11
    44:9 46:3,7
    48:2,25 50:14
    51:13 59:22
    61:16 62:16
    63:19 64:10
    65:20 75:6
    76:24 77:9
    80:7 92:12
    100:7 119:22
    120:17 122:8
    123:15,24
    124:19,25
    125:18 126:9
    126:17 127:4
    131:15,21,23
    134:4,11 135:3
    135:9 137:16
    138:15,24
    139:8,17 140:1
    140:6 141:20
    147:14 154:16
    157:19 159:12
    162:16 164:3
    167:3 172:2
Pavlock's 114:4
    125:21 127:11
    130:14 136:11
    157:14,22
PAVLOCK_0...
    4:21
PAVLOCK_0...
    4:8
PAVLOCK_0...
    4:24
PAVLOCK_0...
    4:22
PAVLOCK_0...

4:16
PC 1:23 2:7
    173:17
PE 30:3 31:5,21
    110:23 113:14
    135:10 136:2
    136:10
pelvic 147:1,18
penetrate 56:1
    124:22 162:6
penetrated
    125:5 165:10
    165:12
penetrating
    105:4
penetration
    53:17,21 54:13
    57:3,16,23
    104:2,7,17,19
    104:21 105:5
    122:6,15 123:3
    123:9 124:14
    125:1,1 165:7
    166:15,23,24
    167:3
penetrations
    166:18
Pennsylvania
    174:23 175:23
people 23:21
    31:20 34:2,8
    43:2 47:6 68:4
    101:1 105:14
    107:18 110:24
    111:5 130:17
percent 108:25
percentage
    11:12,21 78:4
    78:6 128:16
perfect 108:8
perforate 47:22
    48:17 51:16,23
    56:1 64:9
    66:17 73:4
    76:9 79:21
perforated

Case 1:14-ml-02570-RLY-TAB    Document 26564-1    Filed 03/17/25    Page 64 of 78
PageID #: 151612
Adrian A. Wong, M.D.

Page 193

47:18 63:9,10
63:20,21 78:17
80:9
**perforating** 51:2
51:18 65:5
103:10,11
**perforation**
50:18 55:14,19
56:11 58:2
60:4 61:13
62:3,13 64:3
64:10,11,18
65:2,19 73:2,7
73:17 75:5,12
75:15,19,24
77:16,17,21
78:4,5,20 81:6
81:13 83:15
86:7,19 99:23
100:3 101:17
102:6,20,24
103:14,20
122:6 163:5
167:4 168:1,4
**perforations**
60:7,10 61:15
78:7 83:11
99:20 100:12
100:15 101:4,5
101:7 103:3,7
121:21
**perform** 38:12
42:23 108:23
**performance**
138:1
**performed**
42:20,21 91:8
91:9
**performing** 36:7
38:7
**period** 117:1
142:22 162:6
**person** 18:2
25:17 27:8
51:11 72:2,4
110:23 171:17

**personal** 73:16
99:4
**personally** 27:8
29:6,13 37:22
55:1 68:4
73:19,20
103:15 171:16
**PEs** 40:23
**Philadelphia**
174:23 175:23
**phone** 163:24
174:24 175:24
**phonetic** 16:3
**physical** 26:20
26:23 36:10
39:4,9 40:1
**physician** 22:17
26:1 32:20,25
36:7 37:15
38:19 70:15
83:19,19,25
85:2 126:10,23
135:7
**physicians** 15:4
37:21 113:15
130:14 157:15
**picture** 151:8
**pillow** 151:17
**pin** 152:12
**place** 28:11,25
29:22 30:12,22
31:8 42:8,10
59:5 97:15,17
98:18 99:10,17
103:7 107:18
115:13,22
121:13 126:14
126:16 127:1
137:21 141:21
144:15 146:18
149:24 150:6
152:22,23
153:13,24
154:5 162:5
164:5 168:10
**placed** 28:19,21

31:3,12,20
33:7,12 37:5,7
43:5 44:23,25
49:10 58:17
59:2,13,14,18
69:14,18 77:4
93:12 106:12
107:20,25
127:11 130:25
136:16 140:6
156:23
**placement** 8:21
12:15 14:21
15:3,5 26:2,9
26:19,21 27:15
29:12 30:9
32:16,23 35:3
41:23,23 42:2
42:4 44:1 46:2
46:22 47:3
48:24 55:17
57:2,19 62:2
65:23 66:15
68:17 69:1
70:11 71:22
74:3 77:10
91:9 93:2,22
110:25 125:6
126:8 127:4,21
130:15,19
132:6,9,10
136:22 137:13
137:19 154:9
154:17 161:21
**places** 11:18
**placing** 14:18
31:18 41:8,11
41:12 44:7,13
44:17,21 54:4
54:25 55:3
58:11 65:7
74:2 79:25
158:23 161:23
164:13
**plaintiff** 1:3,17
2:6 108:11,13

172:3 173:15
175:10
**plaintiffs** 6:15
**plan** 4:15 40:16
67:14 70:2
**planned** 137:11
138:2
**planning** 18:4
**plastic** 144:13
144:24 145:13
**Platinum** 15:22
46:6 50:13,17
66:16,18,24
72:8,19 73:24
79:19 80:6,9
107:21 164:23
165:8,12,15
**played** 160:25
**please** 6:23
133:23
**plus** 22:16
**point** 13:25 18:2
20:6 28:17
40:13,16 76:7
124:1 143:14
144:10 146:17
146:18 149:22
151:4,9 152:11
152:15
**Ponce** 29:4,15
131:7
**portion** 121:12
146:2
**posed** 130:6
**position** 18:20
20:5 34:7
52:22 121:13
124:6 126:24
145:25 148:23
151:3 152:6
154:15 155:12
**positionally**
154:18,19
**positioning**
92:15 154:14
**possession** 15:19

**possibility** 66:1
132:19
**possible** 116:15
162:1
**possibly** 31:5
168:15
**post** 40:6 93:16
129:16
**post-op** 95:13
**Postoperative/...**
156:8
**potential** 83:8,9
83:20,22
102:19,19
104:17 114:24
119:17,25
120:13 122:5
136:9 138:4
163:9
**potentially** 30:2
61:22 65:3
66:2 68:25
80:3,10 84:4
86:14 89:18
99:25 109:5,18
111:20 113:8
113:25 114:20
121:14 124:16
124:21 132:12
132:12 142:5
149:6 162:6
164:7
**practice** 7:13,19
9:1 21:14
48:11 83:5
106:23 119:6
133:5,12
141:15 161:20
**pre-op** 95:12,20
**precautions**
83:7
**preceded** 121:6
**predated** 46:24
**predict** 125:6
**predicted** 109:8
**prefer** 116:17

Page 194

149:10,12
**premise** 98:6
**preoperative**
  131:17
**prep** 142:3,4
**preparation**
  14:9
**preparing** 13:13
  175:10
**prepped** 41:20
  142:9
**Preprocedure**
  38:21
**prescribed**
  114:8
**prescribing** 61:9
**prescription**
  115:6
**prescriptive**
  115:3
**present** 17:16
  36:11 136:3
  137:24 153:24
  159:9
**presented** 19:10
  62:8
**presenting**
  40:12
**presents** 38:23
**press** 153:9,18
**pressure** 21:4,8
  43:8 105:11
  142:18 143:14
**pretty** 48:8
  140:15 159:25
**prevent** 66:13
  99:6 110:16
  126:1 136:24
**previous** 50:8
  51:2 139:12
**primarily** 116:7
**primary** 26:1
  32:19,24 53:20
  53:24 54:6,11
  55:5,7 57:12
  57:17,23 58:13

58:19,20 59:25
87:20 130:14
  157:15
**prior** 14:8,17,21
  15:2,3,5 26:9
  26:18 28:9
  29:16 30:8
  34:11 44:23
  46:2,6 48:24
  50:13 51:13
  55:18 60:14
  64:22 65:7
  66:8 74:11
  79:25 80:7
  91:9,14 103:16
  112:25 114:2,6
  120:16 122:11
  123:14,21
  124:18,24
  125:6,17
  131:16 135:16
  135:19 138:16
  160:11 162:15
  167:17
**privileges** 9:17
  9:20
**probably** 11:17
  11:23 25:12
  37:13 58:16
  64:2 79:12
  82:7 107:25
  113:12 118:14
  119:4,13
**problem** 42:3,17
**problems** 71:3
  76:4,5,22 94:6
  101:6
**procedure** 1:25
  38:9,13,18,19
  40:6 41:18
  95:13 109:16
  109:25 116:16
  117:4 133:8,16
  133:23 134:3,4
  134:9 138:9
  141:19 142:1

155:4,5,16,20
156:1,17 157:3
157:7 159:9
**procedures**
  102:25 108:2
  108:23 132:24
  135:1 137:11
  137:12 138:2,3
  143:8
**proceed** 65:17
  142:2
**proceeding**
  174:9
**Proceedings** 3:5
  6:1 169:21
**proceeds** 33:7
**process** 61:24
  158:17
**produced** 1:17
  13:20 15:10
  127:7
**product** 21:9,11
  21:13,24 22:2
  46:17 47:5,17
  50:8,9,13 60:8
  60:11 61:15,17
  61:20 62:3,11
  62:24 63:2,4
  64:6 71:19
  74:10,12,13,16
  74:23 75:8
  80:3 81:22
  85:8,9 86:6,18
  108:5,9 109:25
  110:5 126:14
  126:17 169:12
**products** 15:19
  19:18 45:11,12
  48:6 86:12
  108:24
**professional**
  50:25 100:24
  107:2 121:3
  126:6
**profile** 22:1
  72:24

**profiles** 21:24
  73:12
**progressive**
  83:15 167:4
**progressively**
  63:9,21
**pronouncing**
  26:12
**propagation**
  136:9
**proper** 42:8
  93:2
**properly** 93:12
**prophylactic**
  31:18 32:15
**prophylactica...**
  30:12 31:25
**proponent** 59:1
**propounded**
  136:12
**prospective**
  80:25
**protocols** 106:8
**protrusion**
  104:23
**prove** 93:22
**proved** 171:17
**provide** 14:13
  14:14 38:13
  158:10
**provided** 13:15
  14:1,12,24
  25:5 158:4,15
  160:18
**providing** 161:1
**provoked** 39:22
**proximity**
  122:19
**pseudopenetr...**
  104:21 105:18
**PUBLIC** 171:24
**publication**
  107:11
**publications**
  107:6
**published** 12:18

12:22 60:23,23
60:24 106:7
**pull** 103:21
  116:6 149:25
  152:8,12,13,18
  152:21,23,24
  153:22
**pulling** 153:14
  153:15,16
**pulmonary**
  29:23 97:14,22
  98:17 99:1,10
  99:16 110:16
  110:19 111:7
  112:1 114:25
  126:1 130:2
**purely** 30:12
**purple** 89:2,8
**purports** 63:25
**purpose** 72:18
  73:1 137:3
  147:7 158:13
  164:2
**purposefully**
  73:7
**purposes** 40:22
  157:2 171:18
**pursuant** 1:24
  173:9 174:12
**push** 149:25
  153:4 161:23
**pushes** 116:22
**pushing** 105:19
**put** 41:1 68:18
  69:4 80:3 87:6
  102:11 116:14
  136:20 143:19
  144:3 145:12
  145:14 147:4
  156:18
**puts** 107:10
**putting** 25:12
  31:23,25 32:8
  88:9 106:14
  110:15

Adrian A. Wong, M.D.

**Q**

qualification
10:5
Quattlebaum
1:23 2:7
173:17
question 19:17
20:16 23:25
24:2,17,21
28:20 33:10,11
33:12 48:15
54:2 56:9
60:12,13,15,20
61:8,10,11
63:16 64:1,7
98:12 101:18
101:20,24
102:2,19 106:2
114:3 122:17
133:10 164:8
questions 96:7
96:19 98:1
103:23 118:1
122:14 133:22
159:6 160:9
169:17
quick 86:13
143:8 147:23
quickly 156:16
quite 145:21
quote 33:21
53:19

**R**

R 2:1
radial 105:10,19
radiation 94:4
radiograph
92:17 93:18
154:12,13
radiographica...
97:14 98:17
radiologist 7:1
10:6 11:13
24:3 32:19
33:8 34:8 38:7

78:23 84:19
100:18 102:5
radiologists 8:1
8:1,9,10,13,23
17:7,11 20:16
20:20 23:3,10
44:12 45:17,20
56:23 85:13
102:1 120:4
124:5 161:14
radiology 7:8,24
9:23 10:3,7,10
10:11,16 17:4
17:5,7,15,16
17:20 18:1,3
18:21 20:15
22:8,22 23:6
23:16 26:8
37:2 38:11
44:17 45:6
49:19 52:22
88:18 107:10
radiopaque
164:22 165:11
raised 28:14
Rajeeb 37:18
RANDAL 2:8
173:17
rare 140:15
rate 56:11 58:3
61:13 104:17
105:5 108:9
166:15
rates 59:3 60:4
RDR 1:21
172:17
reaching 97:22
98:22 99:6
reaction 113:8
113:23 114:1
reactions 138:5
read 17:13
23:12 25:3
26:18,20,23
29:7 34:20,23
39:8 46:11

84:10 92:24
102:4,5 107:8
118:5,8 119:7
119:9,11,20
127:6 141:10
161:9 163:11
171:1
readily 61:22
62:1
reading 34:25
98:14 100:19
126:4 141:9
159:4
reads 102:18
ready 61:23
65:17 153:4
realize 138:2,6
really 12:13
24:2 54:7
69:17 76:20
85:3 116:13
139:3 148:14
161:24
realtime 1:22
154:9 174:21
reason 23:19
28:23 30:10,11
33:9 66:17
88:25 90:7
99:24 102:7,11
102:13 168:24
170:4
reasoning 76:2
reasonings
158:23
reasons 31:23
32:8 66:11
75:23 175:6
recall 26:22 28:6
28:10,20,24
29:3,13,14
34:24 39:3,21
40:9 45:10,15
46:8 47:10,14
47:16,20 49:2
50:15,22 51:8

52:1,2 58:6,8
64:16 67:2,10
72:15 73:22
77:13 81:14
95:6 103:15
106:16 114:10
118:10,12,17
118:23,25
122:17 131:6,9
131:12,14,15
135:21 136:18
159:2 160:12
receipts 85:15
receive 29:25
169:11
received 16:25
28:2 161:3,9
161:14 169:6
receiving 34:5
Recess 65:13
94:20 141:1
160:5
recessed 169:21
recognize 45:24
134:22
recognized 10:9
recollection
25:20
recommend
115:9
recommendati...
130:14 131:4
record 6:4,13
35:14 65:11,15
68:16 94:18,22
140:24 141:3,5
160:3,7 164:9
164:13 169:19
172:22 173:11
Record(s) 4:6
5:5
records 13:18
13:24 14:4,20
15:4 25:5,25
26:18 27:1,11
29:8 35:6,8,13

37:20 127:6
149:15 155:16
157:24 158:3
167:3
recover 116:24
recurrence 30:1
redesign 72:19
reduce 73:7
reduced 32:15
60:9 61:15
62:3,13 66:16
86:6,7,18,19
refer 27:18
35:14 68:8
148:19
reference 38:5
116:6
referenced
34:21 98:15
references 84:9
138:18
referral 28:2,8
126:8
referrals 34:9
referred 26:1,7
27:14 29:11
32:22 168:23
referring 27:18
29:15,16 68:9
156:19 162:3
reflect 25:25
40:20 41:2
reflected 40:3
reflects 67:19
reflux 146:25
refuse 21:2,11
regarding 18:3
29:9 75:5
regardless
115:23
regional 67:15
90:4
register 81:1
Registered
174:20
Registration

Adrian A. Wong, M.D.

174:22 175:22
**regular** 32:24
45:19,23 107:8
**regularly** 132:24
**reintroduce**
96:3
**related** 48:12
102:8,13 106:7
124:10 137:25
168:20 174:8
**relates** 106:9
107:2 154:18
160:24 161:4
161:21
**relationship**
105:7,24
124:22 128:8
129:5,12
**relatively** 56:3
155:20 164:16
**release** 116:21
**releases** 162:7
**reliance** 160:25
**relied** 13:12
**rely** 23:16 24:4,8
81:21 85:2
130:16 157:14
159:15,22
**remaining** 149:2
**remains** 101:17
**remedy** 44:3
**remember** 25:7
25:9,11,15,19
25:22 78:2
106:20 145:24
159:13 160:15
160:16,17
**reminder** 164:4
**remodeling**
104:23
**removal** 33:14
57:2 103:17
127:14 139:7
157:16 167:23
**removals** 87:7
**remove** 33:2,9

70:19 74:12
82:19,20 88:20
88:23,24
115:18 140:18
159:20
**removed** 43:5
66:3 70:10,17
87:17,25
121:20
**removing** 66:12
81:24 82:23
**renal** 43:3 63:10
63:22 64:12
122:16 128:7
147:11,12,12
147:13,18
148:1,2,6,9,15
148:23,24
151:4 152:9
154:18
**rep** 45:7 46:12
73:16 85:21
**repeat** 54:2
98:11
**rephrase** 24:18
**replace** 74:19
**replow** 96:9
**report** 14:2
34:21 40:3
155:16,23
156:20 158:14
169:6
**reported** 1:22
77:7
**Reporter** 1:21
172:18 174:19
174:20,21
**REPORTER'S**
3:14 172:12
**reporting**
154:21
**reports** 60:15
158:3,7
**represent**
155:19
**representative**

126:21 159:7
160:15,24
**representatives**
47:8
**representing**
96:4
**reps** 47:14 71:9
85:19
**reputation**
78:25
**request** 126:8
**requested** 13:11
**require** 31:2
168:5
**required** 65:20
**requirements**
174:12
**requires** 31:10
**reread** 98:14
**research** 23:21
32:11 80:2
101:16 130:7
**residency** 10:6
11:8 22:15
54:3,23,25
75:14 120:6
**resolved** 98:24
99:1
**respect** 33:16
34:1
**response** 113:14
**responsible**
49:22
**rest** 112:22
**restarting** 40:25
**restaurant**
85:16
**resting** 151:15
153:12
**result** 66:14
104:22 109:21
109:24 110:4
116:15
**results** 5:8 55:11
55:12 57:1,16
**résumé** 17:13

**retract** 152:7
**retrievability**
102:21 103:11
**retrievable** 41:5
43:4 61:5
70:16 140:19
156:22
**retrieval** 33:4
81:25 102:21
102:24 103:18
106:19 132:7
132:17 157:10
162:1 167:14
167:17
**retrievals** 86:24
89:13
**retrieve** 33:15
103:8 163:9
168:8,16
**retrieved** 103:4
103:14 132:18
**return** 87:16
157:9 173:2
**returned** 175:4
175:5,7
**returns** 59:16
**Reul** 79:2
**review** 14:11
27:11 100:23
103:19 114:3
122:11 124:4
136:19 158:8
162:20 167:2,8
167:11
**reviewed** 13:23
14:5,8,17,21
14:23 15:3
36:11 39:3
157:23 158:2
**reviewing** 14:9
130:10 158:13
**reword** 60:15
**ribs** 154:6
**Rice** 10:22
**right** 7:2,8 9:12
10:13 11:3

12:3,20 15:12
15:16 16:1
18:10,17 21:10
22:20 27:13
35:18 37:10,24
39:14 40:4
41:20 42:13
43:9,20 45:21
46:23 47:2
53:16 54:19
58:7 63:7
70:23 72:17
79:14 88:13
89:12 91:13
92:7,9 93:19
95:3,19,23
103:25 104:12
107:23 108:1
125:13 133:4
139:22 141:4
143:12,23,25
144:1,18
146:13,21
147:21 151:7
155:15 165:20
167:20 168:8
168:11,24
**right-hand** 81:4
101:14 164:25
165:2 167:21
**risk** 21:24,25,25
29:23,25 30:2
31:4,14,21,21
62:13 64:3
73:12 86:7,19
94:2,5 95:4
100:3 108:3,12
108:17 112:1,5
112:7,10,14,17
112:20,23
113:1,14
114:17 122:2
122:15 123:3
123:20 125:1,8
130:2 132:8,15
135:9,23,25

Adrian A. Wong, M.D.

Page 197

136:2,3,6,8
139:2,15,21
140:15 162:21
162:25 163:3,6
163:9,12
**risk-free** 108:5
**risks** 23:17 24:5
48:7 64:5
81:22 108:20
108:21 109:6
113:19,22
126:24 130:6
131:23 132:3,5
132:6,7,19
133:7,15
134:12 137:23
137:25 138:6,7
138:14,23,25
139:2,7,10,13
161:22 162:2,3
162:9,14
**RN** 35:23
**road** 59:13
70:11
**robust** 33:24
**role** 160:25
**room** 38:11
**Rorschach** 91:3
91:4
**routine** 164:12
**rule** 30:21,25
31:11 125:12
174:13 175:1
175:14
**Rules** 1:25
**run** 94:15 95:14
**runs** 18:7
**Rupesh** 26:1
37:15

———————
**S**
**S** 2:1
**Sackett** 2:4
173:14
**Sadaf** 4:9 53:8
57:7

**safe** 28:23 59:24
60:10 61:16
62:20
**safely** 41:14
164:6
**safer** 21:21 50:8
62:19,21 74:11
75:5,8 166:4
**safest** 21:16
**safety** 75:10
77:13 110:12
136:17,22
137:1,7 153:1
153:3
**sales** 45:7 46:12
47:14 71:9
73:16 85:19,20
90:4 126:20
**saline** 146:8
149:5,5
**San** 9:8,16 11:3
11:6
**satisfied** 154:17
**save** 94:1,5
110:18 148:10
**saw** 10:18 12:4
33:20 35:2
44:3 45:25
85:15 127:3,8
156:20
**saying** 31:11
54:15 72:22
109:6 136:18
159:1
**says** 17:15 33:20
36:19 37:2,10
37:15,24 38:7
38:17 40:2,6
41:17 42:13
43:3 55:12,14
57:16 61:4
67:22 69:21
71:15 84:15,25
85:5 91:10
92:10 97:12
98:16,25 99:18

101:3 104:2,10
137:9,23
138:11 139:6
141:8 156:22
167:22
**scan** 167:17
**scanned** 164:6
**scans** 55:16
167:12
**scenario** 31:3
109:4
**schedule** 157:11
**Schlafer** 2:18
6:18
**school** 11:3
90:20
**schooling** 10:21
**science** 32:16
**Scientific** 90:7
**scope** 83:5
**screen** 148:11
151:2
**seal** 171:20
**search** 68:17
69:6
**second** 17:14
36:15,19 57:23
71:13 91:16
96:8 134:1
135:6 139:24
163:20 164:19
167:16
**second-to-last**
104:1
**secondary** 53:25
54:5,11
**Secondly** 116:23
**section** 83:7
103:25 125:23
138:18 139:23
156:21
**sedation** 38:17
41:18 142:8,13
142:14,25
143:9
**see** 26:3 31:24

34:2,4 35:25
42:3 54:10
55:12 57:5,20
59:21 67:20
68:17,17 71:11
71:16,23 72:10
73:5 76:2 77:2
77:23 81:2,7
83:8,9 87:18
91:2 94:23
97:4 98:19
100:19 103:19
106:3 110:22
147:3,4,8
148:3 150:20
151:25 154:5
154:13 161:24
163:22 166:25
**seeing** 34:8
146:23,24
**seen** 13:3 35:16
48:11 53:14
56:16,19 66:8
67:4,8 70:2
71:25 72:3
74:4 75:25
80:20 81:15,16
102:6 111:3
113:12 121:5
124:5 140:13
140:16 165:13
165:20,24
166:11 167:13
167:15,16
169:15
**sees** 33:14
**select** 159:12
**selection** 168:21
**sell** 75:7
**send** 148:11
**senior** 71:18
**sense** 100:14
130:20,22
**sent** 13:2 50:25
**sentence** 99:18
104:1 166:22

**sequence** 146:10
**serial** 167:12
**serious** 111:10
**served** 44:10
175:15
**set** 4:19 18:16
22:5,7 59:9,15
95:14 119:15
**settings** 9:2
**seven** 8:6,7,8
9:12 44:12
**Seventh** 2:14
174:3
**severity** 83:15
**shading** 93:10
**shadow** 148:1
**shake** 143:3
**Sharine** 141:8
**sheath** 42:16,18
43:5 89:8
116:15 144:4,4
144:12,17,22
144:23 145:2,4
145:6,17,18,20
145:21,24,25
146:2,4,5,7,10
146:12,16,17
146:23 149:2,4
149:6,7,17,19
149:23,24,25
150:4,7,11,13
150:18,22,23
150:25 151:13
151:18,19,21
151:23 152:1,5
152:5,7,8,8,14
152:17,18,21
152:22,23
153:1,6,10,14
153:23,23,24
154:5 155:8
**sheaths** 23:9
89:3 149:20
**shelf** 49:6,8
61:23 62:2
72:9

Adrian A. Wong, M.D.

Page 198

shipped 42:7
short 65:16
  155:20
Shorthand 1:21
  172:18 174:19
show 13:1 35:12
  46:10 53:12
  54:19 67:13
  71:7 80:18
  85:7 87:13
  90:1,24 93:22
  105:6 147:25
  163:20 164:18
showed 51:22
  55:19 56:11
  57:22 60:3,3
  61:13 62:8
  63:1 75:19
  80:8 81:12
  96:15
showing 72:16
  92:14 93:12
  134:20 156:7
shown 47:22
  48:17 60:18
  79:20 175:15
shows 92:18
  105:14 146:10
  147:25 148:12
  148:13
sic 80:25 157:14
side 117:15
  142:12 143:23
  144:2 151:17
sign 133:20
signature 3:13
  141:7 170:1
  171:2 173:1
  175:5
signed 71:18
significant
  53:16 56:3
  104:18 112:4
  168:5
significantly
  104:20

signs 142:10
similar 29:10
  62:4,9 169:6
simple 155:20
simply 48:15
  75:16
single 56:18
sir 16:12 22:11
  23:2 35:17
  79:4 107:1
  120:11
sit 28:24 39:13
  50:16 53:13
  66:21 69:16
  71:1 72:17
  73:14
site 132:13
situation 89:1
  136:19
six 8:6,25 44:11
  58:21 59:12,24
sixth 92:2
size 105:13
  144:16 145:17
skeptical 63:5
skin 143:12,13
  144:25 145:14
  155:7
slightly 145:2,15
slow 112:13
  113:9
small 99:9
  132:18 140:21
  143:18,19
  144:3,4,11,24
  145:13 153:6
smaller 95:16
  105:16 149:17
  149:18 150:13
  150:13
smoking 112:7
smoothly 18:7
snare 87:8 89:15
  89:15,20
  102:25
snares 89:16

Society 23:2
sold 49:8 67:19
  67:23 68:12
  69:21 70:4
somebody 10:10
  18:5 27:20
  29:24,24,25
  30:2 49:20,21
  66:4 69:13
  72:5 102:10
  115:8 116:7
somewhat 63:5
soon 113:6
sorry 8:6 12:2
  17:3 26:14
  31:15 33:10
  39:4,17 44:15
  50:21 52:13,14
  53:1 54:2
  63:15 77:18
  83:2 90:10
  100:1 104:11
  123:23 129:16
  133:10 143:21
  145:10 147:17
  147:19 152:13
  155:16 156:20
  157:23 164:19
  165:1,2,4,24
sort 116:25
sounds 85:2
source 24:6
sources 120:1,3
  120:20
South 2:14
  174:3
speak 47:7
  85:22 160:12
speaking 24:13
  131:14
specialty 20:13
  23:6 26:11
  27:9
specific 10:9
  14:20 25:22,24
  41:4 45:24

48:11 51:20,22
  57:15 64:1,7
  64:12 65:5
  67:10 68:9
  72:22 73:13
  75:20 80:8
  81:14 87:11
  88:25 89:16
  108:20 109:10
  115:24 118:24
  119:5 121:4,10
  125:5 133:8
specifically
  29:17 31:1
  34:25 44:22
  49:3 50:19,22
  50:23 51:18
  54:17 57:9
  59:9 64:3,16
  64:17,18,19
  66:7,11,25
  67:9,10 69:4
  69:17 70:3
  72:15,23 75:18
  78:3 80:5 83:5
  88:2 89:9
  131:7 137:5,6
  139:1 140:11
  159:3 162:3
  168:1
specifics 25:21
  106:20
spine 128:8
spoke 131:6,9,12
spokesperson
  18:13 19:5
spot 17:10
  124:13 154:12
spread 144:25
Sprott 1:23 2:7
  2:8 6:16,16
  13:7,20 15:10
  60:12,18,25
  61:4,19 77:18
  90:25 91:4
  125:12 173:6

173:17,17
Sprott's 14:14
sprott@sprott...
  2:8 173:18
squeamish
  142:19
SRI 22:25
St 78:21 79:2
  167:17
stable 144:5
staff 84:16 95:11
  95:12
stamp 147:21,22
  147:22
stand 6:3 151:10
standard 18:15
  21:19,20,22
  22:3,4,7,18,21
  158:10
standards 49:8
standing 98:5,7
  151:9,11,12
Stanford 10:19
  15:24 53:8
  58:12 59:5
  82:5
start 89:15
  96:14,20
  164:14
started 21:7
  52:11,13 55:3
  58:11 75:14
  118:13 119:1
  125:14 142:9
  164:15
starting 44:23
  104:14,25
starts 96:25
  101:15 133:23
state 1:22 6:23
  17:13 171:14
  171:24 172:18
stated 31:7 64:8
  81:20 136:16
  168:8,10,16
states 38:22

Adrian A. Wong, M.D.

Page 199

53:19 57:1
71:19 72:7
81:5 90:5
136:13 166:14
**status** 70:18
**stenographic**
1:22
**stenosis** 43:20
117:16
**Stents** 23:9
**step** 155:9
**stepping** 130:18
155:6
**steps** 141:19
**sterile** 41:21
**sterilely** 142:3,4
**Steve** 16:3,5
67:15,17 90:3
**sticker** 164:9
**stiff** 144:17
**sting** 143:15
**stocked** 19:6,18
19:19
**stop** 97:16
114:24 151:7
**stopped** 98:21
**stopping** 40:22
40:25
**stops** 95:2
**straight** 117:2
128:9
**straighten** 74:5
74:7
**street** 1:24 2:9
2:14,19 7:17
34:2 173:18
174:3,23
175:23
**strictly** 32:15
41:8
**strike** 67:25
74:1,6 87:21
90:22 168:9
**stroke** 111:21
**structure** 78:19
105:12 125:5

**structures** 64:4
64:19 65:2
105:8,25
123:10,17
125:4 148:14
148:16
**strut** 53:20,25
54:5,6,11,11
92:20
**struts** 53:24
77:23 104:22
**student** 118:19
**studied** 79:19
**studies** 34:21,23
58:2 60:3,8,13
60:14,19,19,25
61:13 79:19,20
100:10 103:22
129:24 165:24
166:1
**study** 54:20,21
55:9,19,22,23
56:11,17,19
57:8,12,14,15
57:22 60:22,23
60:24 69:3
81:1,6,12,13
96:21,23 97:7
99:20 101:4,14
102:12,21
103:2,5 106:11
106:17 126:5
165:21 166:14
166:15
**stuff** 60:14
**subject** 51:15
88:21
**submitted**
172:24
**subscribe** 16:14
16:21 107:5
**subscribed**
16:19 171:18
**subscription**
16:25
**subsection**

139:11
**subsequently**
157:4
**subtle** 97:2
**success** 108:8,25
**successful** 43:22
102:25 103:12
156:2
**successfully**
103:4,13
**Sugar** 7:8,15 9:7
11:14,17,24
17:16,20 18:1
18:12,18 19:5
19:11,14,19
37:7 41:10
44:12,15 45:21
49:5 53:5
67:22 68:7
69:20 70:8
72:5 95:8,14
95:18 156:15
**suggest** 101:12
**suggested** 57:3
**suggestion** 148:3
**Suite** 1:24 2:9,19
173:19
**summarizes**
157:7
**summarizing**
32:14
**superior** 74:17
143:24,25
**supply** 45:13
72:2,4
**support** 38:13
**sure** 13:7,18
15:15 16:23
18:6,7 24:16
33:21 35:7
37:9 39:7
48:19 49:12,22
54:3 59:6 65:8
68:4 70:1,6
72:21 79:13
91:2 92:7

101:9,10
115:15 118:3
125:10 134:5
141:25 142:11
142:21 143:22
145:7 146:5
150:21,22
151:8 153:14
154:9 161:25
167:8 169:14
**surgeon** 33:8
65:21 70:23
87:5 168:6
**surgeons** 20:18
20:21 130:15
157:15
**surgeries** 113:1
135:16
**surgery** 20:14
25:14,18 28:10
29:8 38:24
40:2,13,15
65:20 66:3,5
66:13 88:8
112:10 113:2,6
113:11 114:13
114:17 131:7
131:16,24
134:13 138:16
155:23 157:18
167:18 168:5
**surgical** 137:10
138:1,3
**surgically**
136:13
**surrounding**
64:18
**suspected** 97:14
98:17
**swelling** 140:9
**sworn** 1:18 6:20
172:21
**symptomatic**
99:19 101:9,11
**symptoms** 104:8
**syringe** 146:6

**system** 17:11
38:5,6 46:19
59:5,8,9,10
68:23 69:8,9
69:12 70:9
71:4 85:1
111:3 149:10
149:10 156:16

---

**T**

**T** 2:18
**T-E-J-A-S-H**
27:6
**T11** 154:7
**table** 42:11
141:23,24
146:20 151:11
155:8
**take** 10:11 13:17
23:20 65:9
75:7 85:12
89:10 93:16,25
94:16 103:7
106:12 117:12
140:22 144:10
144:21,22
145:13 146:2
148:12 154:8
**taken** 1:18 35:13
65:13 78:13
93:24 94:20
141:1 160:5
173:10 174:10
**takes** 22:14
**Talbert** 47:4
71:18
**talk** 7:12 11:21
64:17 76:21
86:5,17 133:24
133:24 142:7
159:5
**talked** 26:15
34:14,16 67:9
67:11 72:21
120:8 124:11
141:17

Adrian A. Wong, M.D.

Page 200

**talking** 39:25
  50:2 54:12,12
  54:14 60:20
  67:5 75:12
  77:16 86:15
  105:17 145:15
  160:9
**talks** 36:7
**taught** 82:6
  100:4 116:12
**teaching** 56:2
  78:15
**tech** 38:11 68:25
  69:2 133:1
  137:15
**technique** 89:18
  115:23 134:3
**techniques**
  89:14
**Technologies**
  2:24 6:5
  174:22 175:22
**technologist**
  42:10 49:17,18
  49:19
**technologists**
  49:15 95:12
**techs** 18:4
**Tejash** 27:6
**tell** 11:12 24:5
  33:22 92:13,18
  92:20 93:5
  96:18 103:2
  104:5 105:1
  119:4 128:4,21
  129:1,2,9
  132:1 133:21
  143:13 147:19
  149:15
**tells** 156:17
**temporary**
  136:16
**Ten** 8:15 102:22
**tend** 137:5
**tendency** 51:16
  51:23

**tends** 85:3
**tension** 153:1
**term** 27:19
  128:10 137:7
  154:24
**terminology**
  137:1
**terms** 14:4 19:17
  19:18 64:9
  69:6 167:20
**test** 5:8 10:12
  91:4 106:13
  164:21 165:8
  169:6
**tested** 47:22
  48:16
**testified** 6:20
  44:11 52:10
  76:20 110:9
  117:23 160:19
  161:3
**testimony** 50:4
  100:2 107:12
  160:11 172:22
  173:10
**testing** 80:8,8
  106:8 129:24
  165:22 169:12
**testosterone**
  112:19 135:19
**tests** 91:1
**Texas** 1:5,22,24
  1:25 2:5,10 6:8
  6:10 7:17
  125:13 172:5
  172:18 173:14
  173:19 174:19
  174:22 175:22
**thank** 24:13
**Thanks** 163:16
**therapies** 111:2
**therapy** 112:19
  126:2
**therefor** 175:6
**thin** 105:18
**thing** 70:1 108:5

  108:8 122:3
  153:15 155:5
**things** 13:6 18:5
  19:12 22:16
  23:4,22 30:1
  31:24 32:10
  49:22 63:2
  68:24 84:4
  91:1 98:24
  107:20 109:10
  111:21 118:19
  121:11,18,21
  121:24,24
  140:13
**think** 8:7 11:22
  13:20 14:25
  16:21 17:3
  22:20 25:12
  28:12,22,23,24
  31:19,22 33:17
  34:20 44:11
  48:5 50:3
  52:10 53:3
  54:10 64:2,8
  64:20 65:9
  66:11 69:8
  75:21,22,24
  76:19 77:23
  79:12 88:7,8
  93:15 101:25
  102:2 104:25
  105:17 107:24
  110:9 111:4,5
  116:12 127:25
  136:1,5 139:3
  153:3 156:5,22
  157:8 158:21
  158:24 159:25
  160:10 169:18
**thinking** 168:13
**thinners** 29:25
  31:6,14,22
  111:2 114:11
  114:13,19
**third** 57:23
  91:19 120:22

  124:1 140:4
  141:7
**third-from-th...**
  123:20
**thoracic** 154:6
**thought** 12:3
  15:10 16:22
  20:23,24
**three** 60:3,8,19
  60:20 61:12
  92:4 127:25
  128:22 129:18
  154:2,4
**thromboembo...**
  30:7 126:2
**thrombosis**
  38:22 40:7
  140:8,15
**thrombus** 43:20
**throughput**
  95:10
**Tiempo** 85:15
**tilt** 43:25 74:3,8
  92:18,19 106:2
  106:3 124:7,14
  124:21 127:13
  128:11,14
  129:6,8,10,15
  154:19 162:24
**tilted** 127:12,18
  127:22 128:5
  128:18,23
  129:3,15
**time** 6:6 8:2,21
  9:16 19:10
  20:4 23:23
  25:3 26:9 28:6
  28:10,18,21,24
  29:3 32:12
  39:1,6,18
  40:16 42:2
  43:11,25 44:8
  44:10 45:11,11
  46:2,21,24,25
  47:14 48:12
  51:20 54:8,22

  56:10 57:4,25
  62:2 65:14
  72:15 74:2,2
  85:12,12 92:9
  94:6,21,24,24
  104:19 110:23
  117:1 118:5,8
  119:1,5,7,9,11
  122:13 127:4,4
  127:13,21
  130:19 131:20
  141:2 147:21
  147:22,22
  150:9 153:9
  154:22,24
  155:1,17
  156:15 158:22
  158:25 160:6
  162:6,7,15
  163:16 166:24
  167:5,9,10
  173:3,10
**time-out** 36:11
  142:10
**times** 28:13 56:4
  86:14,16,17
  107:10 116:13
  139:2
**tines** 100:1
  102:6 103:11
  123:10 167:10
  167:10
**tip** 148:24 150:1
  150:18
**Tissue** 42:15
**title** 69:4
**titled** 53:16
  156:7
**today** 12:22
  13:14 24:10
  25:4 28:24
  29:22 31:17
  34:12 39:13,15
  50:16 53:13
  55:18 57:8
  66:21 69:16

Adrian A. Wong, M.D.

71:1,25 72:17
73:14,24 80:15
113:16 134:17
163:16
**Today's** 6:5
**told** 34:20 47:17
51:6,9 62:15
66:22 81:11
87:1 93:15
**ton** 60:18
**tools** 113:15
114:23
**top** 17:14 37:9
37:10 69:19
80:24 81:4,8
92:9 117:19
147:3 151:12
156:11 160:14
165:2 167:21
**total** 8:13
**totally** 142:22
**touch** 143:3
**touched** 65:3
**touching** 78:18
**town** 46:18
**track** 59:1,6
70:9 76:20
**tracking** 71:4
**tract** 155:7
**training** 15:25
22:15,22 48:9
53:8 75:14
106:22 121:3
124:4 130:9
162:20
**transcribed**
36:19
**transcript**
172:21,24
175:11
**transfusion**
139:4
**transfusions**
139:1
**Trattoria** 85:16
**trauma** 109:16

112:4
**travel** 111:13
**traveled** 152:1
**TRCP** 174:13
175:1
**treat** 32:20
159:12
**treaters** 14:20
**treating** 14:5
15:4 21:10
48:18 70:21
83:11,19
**treatment** 29:10
35:9 137:25
**trees** 13:7
**tried** 44:3
**trigger** 153:18
**trouble** 117:21
**true** 21:17 23:7
23:13 24:8
58:5 63:22
64:25 73:10,17
78:14 84:1
85:13 122:3
167:2 171:3
172:22
**try** 22:1 59:6
66:12 70:18
75:22 79:6
89:18,19 96:9
96:12 142:8
145:25 159:20
161:24
**trying** 23:24
25:8 59:1 63:5
75:18 76:7
88:8 146:25
155:12
**tube** 144:13
145:5,7,8
150:13,15
152:17
**tubing** 144:24
145:13 149:18
**Tulip** 44:25 45:1
61:5 68:10,12

69:23 107:24
**Tulips** 68:2
**turn** 96:23
101:13 164:24
**Turning** 125:16
132:21
**twice** 157:5
**two** 14:15 25:8,9
25:23 36:18
53:24 68:12
80:24 114:23
116:13 121:11
124:22 129:13
147:10 149:20
152:13,16
165:25 168:14
**two-page** 71:8
**type** 41:3,4
62:24 83:24
95:19 106:16
106:19 149:9
149:11 156:12
165:13 169:7
**typed** 134:2
**types** 87:7 88:12
89:16 108:2
**typical** 133:4,12
**typically** 32:19
32:22,23 40:20
42:23 93:15
132:1,5 133:15

———————
**U**
———————
**Uh-huh** 11:7
12:7,16 103:24
159:8
**ultrasound**
137:22 141:23
141:24 142:5,7
143:10,15
**underestimati...**
104:18
**undergraduate**
10:21
**understand** 7:7
24:10,17,24

26:17 33:10
50:2 69:6
127:3,22
137:10 158:11
163:12
**understanding**
114:3 129:21
**understands**
32:18 141:21
**understood**
22:20 24:21
**undo** 153:3
**unforeseen**
109:8
**Uni-Celect**
149:11
**uniset** 85:9
**Unisets** 84:25
**units** 67:19,23
68:8 69:21
**unprotected**
53:19
**unreasonable**
136:20
**unsafe** 20:24
**upcoming**
135:17
**updated** 12:21
**updates** 77:13
**upper** 117:17
147:21 165:2
167:21
**use** 20:25 21:2,4
21:6,11,13
22:2 23:13,19
31:18 32:15
45:14 49:13,21
66:18 67:7
69:12 72:8
76:13 78:7
81:24 82:8,17
89:7,10,12,16
91:25 108:24
114:8 115:6
116:4,10 117:8
117:22,25

118:4,22
125:18,22
128:12 130:11
132:22,23
133:5,13
134:25 135:19
137:5,20
139:18 141:24
142:6,17
143:11,17,22
156:13
**uses** 24:3 116:7
126:5
**usual** 41:21
**usually** 28:16,17
31:1 38:12
41:1 49:14
70:14 102:10
113:6 114:15
116:24 118:21
119:8 132:14
132:17 133:18
133:21 138:25
139:18 140:12
140:21 142:2,2
143:7 145:25
150:9 151:16
155:9 157:1
**UT** 11:10,11

———————
**V**
———————
**v** 1:4 6:9 172:4
**vague** 25:20
**Valued** 71:15
**various** 21:24
22:12,13 48:6
**vascular** 20:14
20:18,21 33:8
70:23 87:5
88:8
**vast** 108:19
**vein** 38:22 40:7
43:3 63:10,22
64:12 80:20
117:13,14
119:16 122:16

Adrian A. Wong, M.D.

Page 202

139:25 140:9
141:25,25
143:11,13,19
143:21 144:5
144:13,14,19
147:4,8,11,12
147:12 148:9
148:15 150:1
**veins** 117:17
128:8 138:4
146:23,24
147:1,13,18,19
148:1,2,6,23
148:25 150:2
151:4 152:9
154:18
**vena** 5:2 37:25
43:4,17 53:17
56:17 77:24
81:5 91:8
102:23 105:8,9
105:11,12,20
105:25 117:18
120:14 121:15
122:3,5,20
123:8,18 128:7
128:20,24
129:4 133:9
136:14 137:13
137:19 139:6
139:23,24
143:24,25
144:1,19 145:3
145:13,19
146:1,3,8
147:11,17
148:13 150:2
151:2 152:7
153:8 163:2,21
165:9,10
167:13,22
**venogram** 42:20
42:21 91:14
92:16 93:16,24
106:2 127:15
127:24 128:6

**venograms**
127:16
**venous** 12:12
30:7 147:9
**verbally** 70:15
**verify** 59:11
**Versed** 142:16
142:17
**versus** 8:1 11:14
31:17 80:6
101:12 116:21
**vertebral** 148:18
148:20 154:6
**vertical** 74:6
**vessel** 116:25
**vessels** 111:15
**video** 6:7,7
**videographer**
2:23 6:3,5
65:11,14 94:18
94:21 140:24
141:2 160:3,6
169:19
**videos** 15:21
**VIDEOTAPED**
1:11,16
**view** 69:12 93:6
125:21
**virtually** 165:9
165:10
**visibility** 71:21
**visible** 42:3
**visit** 157:9
**Vitae** 4:4
**vital** 142:10
**voice** 19:7,25
20:1,3
**volumes** 105:13
**voluntarily**
137:12
**VTE** 30:7,13,23
31:9

---
**W**
---
**w/Attached** 4:17
**Wait** 146:16

**wake** 143:3
**walk** 141:18
**wall** 78:18 82:20
89:19 93:13
104:22 105:18
105:19
**want** 10:8 13:5
19:9 21:16,18
21:21 26:17
28:6 34:15
35:7 45:5 46:1
47:23 48:18
50:9 52:18
60:15 61:6
64:22 69:22
73:9 74:15,18
74:19,25 79:24
80:11 83:24
92:4 98:1,3
116:14 118:1
130:20 147:10
148:23 151:8
153:14 159:5
**wanted** 10:7
16:22 65:6
84:15
**warn** 83:14,18
**warned** 60:6
61:12 63:11,23
64:14 65:22
66:14
**warnings** 83:7
83:24
**wasn't** 7:10
23:24 46:25
56:5 59:9,15
63:15 114:2
121:13 127:22
**watching** 107:18
**way** 27:23 59:11
63:4 67:23
68:6,13 69:17
71:1 82:6
88:15 116:2,12
116:23 117:18
121:18 135:4

147:19 149:20
152:24 153:7
154:13 158:17
**ways** 22:12
66:12 69:2
**we'll** 89:14
142:6,10,10
**we're** 6:3 12:14
24:24 31:23
88:24 92:7
129:10,18
141:4 142:12
145:15 146:11
146:16 154:1
155:1 167:25
169:18
**we've** 18:16
77:16 81:20
99:12 113:16
120:20 134:21
141:17 156:5,7
160:9
**website** 12:4
33:20,23,24
107:11
**week** 44:21
**Weiner** 84:16
**Weiner/Winer**
84:17
**well-regarded**
56:21
**Wells** 2:14 174:2
**went** 30:21
33:13 88:21
130:25 139:7
143:24
**weren't** 19:4
89:2
**West** 9:7,8
**whatnot** 154:15
**William** 16:4,5
**willing** 63:6
**Willowbrook**
9:7 11:24
**wire** 42:13,18
87:8 89:16,17

143:19,20,23
144:5,7,8,10
144:13,16,25
145:2,4,6,12
145:18,20,21
145:22 146:3
150:8,10
**wish** 154:9
**witness** 1:17
6:16 13:22
95:24 98:3,11
141:7 169:2
172:20,23,25
173:1
**wondering**
141:18
**Wong** 1:5,12,16
2:11 3:1,7 6:9
6:11,19,24
12:25 13:10
15:14 24:8
27:20 29:21
35:11,15 36:8
38:8 39:1 41:7
46:9 47:21
53:11,13 54:18
56:15 57:10
60:6 62:11
65:17 67:12
69:14 71:6
73:1 74:10
77:3 80:17
84:6,17 85:3
87:12 89:25
90:23 91:6
94:23 96:3
99:4 111:25
125:22 127:3
128:17 129:23
130:13 134:19
134:21 136:1
136:15,15
141:5,18 156:4
156:5 160:8
163:17 164:17
169:5 170:2

Adrian A. Wong, M.D.

| | | | | |
|---|---|---|---|---|
| 171:1,8,16 | 167:9 | **02:05:17** 173:5 | **1650** 174:23 | **2013** 46:20 47:3 |
| 172:5,13,20 | **x-ray** 92:17,18 | **035-inch** 42:13 | 175:23 | 47:11 52:7,11 |
| 173:20 | 93:18,25 128:1 | | **169** 3:11 | 52:14 60:24 |
| **Woodcock** | 128:2 137:22 | **1** | **17** 5:5 82:23,24 | **2014** 4:13 46:2 |
| 67:16,17 90:3 | 141:23 143:22 | **1** 4:3 12:25 | 156:4,7 | 47:16 51:14,20 |
| **Woodlands** 9:8 | 144:20 150:21 | 55:16 65:12 | **17:01** 36:19 | 52:7 67:19,22 |
| 9:15 | 151:3,25 | 71:14 104:10 | **170** 3:13 | 67:24 68:11,14 |
| **word** 91:25 | 153:25 155:2,6 | 104:10,12 | **172** 3:14 | 69:14,18 70:8 |
| 104:14 137:5 | 155:10,13 | 146:11 165:4 | **175** 3:15 | 71:4,14 72:12 |
| **words** 21:14 | | **1%** 38:21 41:21 | **18** 5:7 163:17,20 | 77:14 |
| 137:4 | **Y** | **10** 4:17 8:4 | **19** 5:8 164:17,18 | **2014-15** 29:1 |
| **work** 7:2,4 | **Y** 167:10 | 35:14 58:16,17 | 169:5 | **2014-2015** 11:21 |
| 11:13 12:12 | **yeah** 11:2 23:24 | 71:6,8,8 | **19103** 174:23 | 28:7 |
| 16:3 89:17 | 45:12 52:12,19 | **10%** 11:17 | 175:23 | **2015** 4:15 8:21 |
| 106:10 107:13 | 59:15 61:2 | **11** 4:19 80:17,18 | **1st** 72:12 | 9:16 14:18,22 |
| 111:15,17 | 74:4 81:16 | 117:25 119:15 | | 18:17,20 19:5 |
| **worked** 11:22 | 82:6 93:11 | 125:17 | **2** | 19:22 20:23 |
| 16:7 20:9,11 | 98:25 113:5,25 | **115** 57:2 | **2** 3:4 4:4 15:13 | 25:1,4 26:19 |
| 29:9 46:13 | 115:8,9 123:17 | **1150** 1:24 2:9 | 15:14 17:14 | 31:17 35:3 |
| 107:16 120:5 | 150:9,9 151:23 | 173:19 | 65:15 137:8,8 | 39:19,25 41:7 |
| 141:15 | 153:20 154:11 | **12** 4:3,20 52:12 | 140:25 | 41:22 44:20 |
| **workflow** 18:5 | **year** 9:25 17:19 | 84:6,7 92:13 | **2-D** 104:19 | 45:6 46:2 |
| **working** 36:5 | 49:15 52:14 | 102:22,22 | 105:5,20 106:1 | 51:14 60:8 |
| 38:10 46:25 | 58:15 79:11 | 154:7 | 129:7,11 | 61:17 62:2,12 |
| 82:5 155:8 | 110:9 115:13 | **12/31/17** 174:19 | **2(B)** 139:11 | 63:9,20 67:14 |
| **workings** 94:11 | 115:18 | **120** 56:17 | **2,000** 87:16,24 | 69:14 80:7 |
| **works** 72:5 | **years** 25:8,10,23 | **13** 4:22 52:12 | **2:08** 1:20 6:2,6 | 82:10,13,18 |
| **wouldn't** 20:2 | 30:20 32:9 | 79:12,16 87:12 | **20** 11:24,24 | 83:2,2 92:10 |
| 45:23 55:6 | 75:13 106:24 | 87:14 | 115:16 168:13 | 100:8 119:21 |
| 91:11 145:22 | **Yep** 92:8,9 | **13:20** 147:22 | **2000** 52:13 | 123:15 |
| 159:15,22 | **younger** 25:16 | **13:20:47** 92:10 | **2001** 4:10 | **2016** 18:24 53:3 |
| **wrap** 160:2 | | **134** 5:4 | **2007** 4:9 | 60:14 82:23,24 |
| **write** 39:11 | **Z** | **14** 4:23 79:12,16 | **2010** 54:22 | 83:3 |
| 157:5 | **Zhou** 4:12,13 | 89:25 90:1 | 56:10 60:23 | **2017** 1:13 3:2 |
| **writes** 137:16 | 52:6 56:17,17 | **15** 4:4 5:2 58:16 | 77:13 161:4 | 6:2,6 8:8 17:17 |
| **writing** 36:12 | 57:8,13 103:22 | 58:17 90:23,24 | **2011** 10:1 14:25 | 17:23 53:5 |
| 46:17 | 166:14,19 | 127:21 128:19 | 15:25 118:15 | 89:23 170:3 |
| **written** 41:17 | **Zhou-I** 60:23 | 128:22,23 | 119:10 | 172:14 174:15 |
| 136:12 137:15 | **Zhou-II** 60:24 | 129:3,19 146:9 | **2012** 4:12 7:10 | **2017-03885** 1:1 |
| 137:17 157:5 | | 156:19 | 15:25 16:17 | 172:1 |
| **wrong** 26:12 | **0** | **156** 5:5 | 17:1,15 52:6 | **203** 174:13 |
| 27:19 98:3 | **0.018-inch** | **16** 5:4 134:19,21 | 52:13,15,20,25 | 175:1 |
| **wrote** 81:12 | 143:20 | 135:2 137:9 | 53:1 57:8 | **203.3** 175:14 |
| | **0.035-inch** | 141:6 167:20 | 60:24 79:7 | **215** 174:24 |
| **X** | 144:15 | **163** 3:10 5:7 | 110:9 118:13 | 175:24 |
| **X** 71:2 109:4 | **00:00:00** 173:6 | **164** 5:8 | 118:16 119:2 | **22** 167:21 |
| | **01:35:00** 173:7 | | | |

Adrian A. Wong, M.D.

Page 204

**2200** 2:14 174:2
**2211** 1:23 2:9
  173:18
**237-0300** 2:20
**265** 166:19
**27** 1:13 3:2 6:2
  170:3 172:14
**2700** 2:19
**27th** 6:6
**29** 67:23 68:7,8
  68:13 69:21
  70:3
**2905** 2:4 173:14

---
**3**
---
**3** 4:6 35:3,11,12
  35:19 78:6,10
  134:1,6,7
  141:3
**3:24** 65:12,13
**3:29** 65:13,14
**30** 7:22,25 8:9
  57:18 115:16
  168:13
**30%** 11:24,24
**300** 2:19
**303** 96:23 98:15
**305** 101:13
**317** 2:20
**35** 4:6
**39%** 57:17
**3rd** 14:22 25:1
  26:19 39:19
  51:13 63:8,20
  92:10

---
**4**
---
**4** 4:7 46:9,10
  138:20 147:25
  147:25,25
  174:15
**4:12** 94:19,20
**4:19** 94:20,21
**40** 7:22,25 8:9
**40%** 11:17
**43** 55:15

**46** 4:7
**46204** 2:20

---
**5**
---
**5** 4:9 53:11,12
  125:16 139:5
  139:22 147:25
  147:25 165:2,5
  167:21
**5:00** 125:12
**5:22** 140:25
  141:1
**5:27** 141:1,2
**5:56** 160:4,5
**50** 55:15 102:22
**50%** 11:16,23
**51st** 174:23
  175:23
**522-5250** 2:5
  173:15
**523-8338** 2:10
  173:20
**53** 4:9
**54** 4:10
**5417** 174:19
**55402** 2:15
  174:3
**56** 4:12
**57** 4:13
**586-4220** 174:24
  175:24

---
**6**
---
**6** 3:5,8 4:10
  54:18,20 96:20
  98:15 140:18
**6:02** 160:5,6
**6:13** 1:20 169:20
  169:21
**612** 2:15 174:4
**6565** 37:2
**67** 4:15
**690** 174:22
  175:22

---
**7**
---
**7** 4:12 35:14,18

36:13 42:15
  56:15,16 80:22
  83:8 119:14
**7/11/2013** 46:16
**703** 7:17
**71** 4:17
**713** 2:5,10
  173:15,20
**766-7000** 2:15
  174:4
**77007** 7:18
**77098** 2:5,10
  173:14,19

---
**8**
---
**8** 4:13 36:15
  57:10,11
  103:21 104:1
  104:10 134:8
**80** 4:19
**80%** 57:18,23
  60:4,7 61:13
**80th** 1:8 6:10
  172:9
**83** 92:13
**84** 4:20
**86%** 55:19
  56:11 57:22,23
**86.1** 57:3
**87** 4:22
**880** 55:16
**89** 4:23

---
**9**
---
**9** 4:15 36:16
  67:12,13
  137:23
**90** 2:14 5:2
  57:18 174:3
**96** 3:9
**99** 57:3

ADRIAN A. WONG, M.D.

1           I, ADRIAN A. WONG, M.D., have read the

2    foregoing deposition and hereby affix my signature that

3    same is true and correct, except for the changes noted

4    above.

5

6

7

8           ADRIAN A. WONG, M.D.

9

10

11

12

13    COUNTY OF: _Harris_         §
                                   §
14    STATE OF: _Texas_           §

15

16           Before me, _Paula Mayfield Bays_____, on
      this day personally appeared ADRIAN A. WONG, M.D., known
17    to me (or proved to me under oath or through
      _____) to be the person whose name is
18    subscribed to the foregoing instrument and acknowledged
      to me that they executed the same for the purposes and
19    consideration therein expressed.

20           Given under my hand and seal of office this

21    _28th_ day of _December_____, _2017_.

22

23

24    _Paula M. Bays_____
      NOTARY PUBLIC IN AND FOR
25    THE STATE OF _Texas_

ADRIAN A. WONG, M.D.

Page 170

| | | |
|---|---|---|
| 1 | CHANGES AND SIGNATURE | |
| 2 | ADRIAN A. WONG, M.D. | |
| 3 | MONDAY, NOVEMBER 27, 2017 | |
| 4 | | |

| | PAGE/LINE | | CHANGE | REASON |
|---|---|---|---|---|
| 6 | 46/23 | | I was hired by Houston Radiology | |
| 7 | | | Associates on 7/2012. | |
| 8 | | | | |
| 9 | | | Reflect the actual | |
| 10 | | | date of hire in reference | |
| 11 | | | to the date of the | |
| 12 | | | email in question. | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

Adrian A. Wong, M.D.

1                FURTHER CERTIFICATION UNDER RULE 203 TRCP

2

3           The original deposition was(_) was not(_)

4    returned to the deposition officer on _____;

5           If returned, the attached Changes and Signature

6    page contains any changes and the reasons therefor;

7           If returned, the original deposition was

8    delivered to David P. Matthews, Custodial Attorney;

9           That $_____ is the deposition

10   officer's charges to the Plaintiff for preparing the

11   original deposition transcript and any copies of

12   Exhibits;

13          That the deposition was delivered in accordance

14   with Rule 203.3, and that a copy of this certificate was

15   served on all parties shown herein on _____ and filed

16   with the Clerk.

17          Certified to by me this _____ day of

18   _____, _____.

19

20

21          _____

            MICHAEL E. MILLER, CSR

22          GOLKOW TECHNOLOGIES INC.

            Texas CRF Registration #690

23          1650 Market Street, 51st Floor

            Philadelphia, Pennsylvania 19103

24          Phone:  (215) 586-4220

25