# EXHIBIT G

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

ANDREW G. KUHN, an individual, )
                                )
    Plaintiff,                  )
                                )
                                )
vs.                             )    Case 2016-SU-001406-71
                                )
                                )
COOK INCORPORATED, an Indiana   )
corporation; COOK INCORPORATED  )
a/k/a COOK MEDICAL              )
INCORPORATED, an Indiana        )
corporation; COOK GROUP         )
INCORPORATED, an Indiana        )
corporation; COOK MEDICAL, LLC, )
an Indiana corporation; and     )
ERICH KIM, M.D., an individual, )
                                )
    Defendants.                 )

THE VIDEOTAPED DEPOSITION OF ERICH KIM, M.D.

Taken on behalf of Plaintiff

August 11, 2017

Kevin J. Weichman, CSR, CCR
ILLINOIS CSR NUMBER: 084-003189
MISSOURI CCR NUMBER: 915

Page 2

INDEX OF EXAMINATION

DEPONENT: ERICH KIM, M.D.

Examination by Mr. Arbon ................9
Examination by Mr. Mandler ............122
Examination by Mr. Arbon ................167
Examination by Mr. Mandler ............187
Examination by Mr. Arbon ................191

INDEX OF EXHIBITS

Exhibit 1 ............................15
    Plaintiff's Amended Videotaped
    Deposition Notice of Erich Kim, MD,
    with attached subpoena duces tecum

Exhibit 2 ............................36
    WellSpan Health Authorization for
    Procedure

Exhibit 3 ............................48
    York Hospital Interventional Imaging
    Patient Visit Form

Exhibit 4 ............................54
    Cook Celect Filter Set for Femoral
    and Jugular Vein Approach brochure
    dated 2008
Exhibit 5 ............................55
    Cook Celect Filter Set for Femoral
    Vein Approach brochure dated 2012
Exhibit 6 ............................57
    Label from IVC implant box

Page 3

Exhibit 8 ............................57
    York Hospital medical record for
    Andrew G. Kuhn
Exhibit 9 ............................78
    E-mail to Lee Wasson dated 1/15/2013

Exhibit 7 ............................85
    York Hospital Imaging Department
    Discharge Instructions IVC Filter
    Placement form
Exhibit 10 ............................91
    Radiology images

Exhibit 11 ............................115
    E-mail to Jim Gardner dated
    6/16/2009
Exhibit 12 ............................118
    E-mail to Rune Wagner dated
    8/23/2013
Exhibit 13 ............................119
    Undated e-mail from Rune Wagner
Exhibit 14 ............................132
    WellSpan Patient record dated June
    3, 2012
Exhibit 15 ............................133
    Trauma Flow Sheet dated 6/2/12

Exhibit 16 ............................134
    York Hospital History and Physical
    form dated 6/3/2012

Exhibit 17 ............................135
    York Hospital CT/CTA Scan report
    dated 6/3/2012

Exhibit 18 ............................137
    WellSpan Health York Hospital
    Cardiovascular Services Documents
    report dated 6/3/2012

Page 4

Exhibit 19 ............................171
    E-mail to Frank Lynch dated
    10/11/2007
Exhibit 20 ............................173
    E-mail to Jason Morneault dated
    1/3/2013

The original exhibits were retained by the court reporter to be attached to Mr. Arbon's transcript.

Page 5

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

ANDREW G. KUHN, an individual, )
                               )
    Plaintiff,                 )
                               )
vs.                            )  Case 2016-SU-001406-71
                               )
COOK INCORPORATED, an Indiana  )
corporation; COOK INCORPORATED )
a/k/a COOK MEDICAL             )
INCORPORATED, an Indiana       )
corporation; COOK GROUP        )
INCORPORATED, an Indiana       )
corporation; COOK MEDICAL, LLC,)
an Indiana corporation; and    )
ERICH KIM, M.D., an individual,)
                               )
    Defendants.                )

THE VIDEOTAPED DEPOSITION OF ERICH KIM, M.D., produced, sworn, and examined on behalf of the Plaintiff, on Friday, August 11, 2017, between the hours of 2:10 p.m. and 7:06 p.m. on that day, at the WellSpan York Hospital, 1001 South George Street, Risk Management Conference Room, York, Pennsylvania 17403, before KEVIN J. WEICHMAN, an Illinois Certified Shorthand Reporter and a Certified Court Reporter within and for the County of St. Louis, State of Missouri.

2 (Pages 2 to 5)

Page 6

1  APPEARANCES
2
3    The Plaintiff, ANDREW G. KUHN, an
individual, was represented by Mr. Thomas Wm.
Arbon of the Law Offices of Ben C. Martin, LLP,
4  3710 Rawlins Street, Suite 1230, Dallas, Texas
75219.
5
6
7    The Defendant, COOK INCORPORATED,
an Indiana corporation; COOK INCORPORATED a/k/a
8  COOK MEDICAL INCORPORATED, an Indiana corporation;
COOK GROUP INCORPORATED, an Indiana corporation;
9  COOK MEDICAL, LLC, an Indiana corporation was
represented by Mr. John P. Mandler of the law firm
10 of Faegre Baker Daniels, LLP, 2200 Wells Fargo
Center, 90 S. Seventh Street, Minneapolis,
11 Minnesota 55402-3901 and Ms. Anna Rutigliano of
the law firm of Faegre Baker Daniels, LLP, 300 N.
12 Meridian Street, Suite 2700, Indianapolis, Indiana
46204-1750.
13
14
15   The Defendant, ERICH KIM, M.D., an
individual, was represented by Mr. Shaun J.
16 Mumford and Ms. Carrie E. Evans of the law firm of
Saxton & Stump, 280 Granite Run Drive, Suite 300,
17 Lancaster, Pennsylvania 17601.
18
19
20   Also Present:  Mr. Bill Heilman,
Videographer representing Paszkiewicz Court
21 Reporting, 39 Executive Plaza, Maryville, Illinois
62062.
22
23
24
25

Page 7

1      IT IS HEREBY STIPULATED AND AGREED by
2  and between counsel for the Plaintiff and counsel
3  for the Defendants that the deposition of ERICH
4  KIM, M.D. may be taken in shorthand by Kevin J.
5  Weichman, a Certified Court Reporter, and
6  afterwards transcribed into typewriting, and the
7  signature of the witness is reserved by agreement
8  of counsel and the witness.
9           * * * * *
10     MR. MUMFORD:  In case I forget at the
11 end, we are going to read and sign.
12     (An off-the-record discussion was held.)
13     THE VIDEOGRAPHER:  And we are on the
14 record.  This is the videotaped deposition of
15 Dr. Erich Kim.  Today's date is August 11, 2017,
16 and the current time is ten -- excuse me,
17 2:10 p.m.
18     This is the case of Andrew K. [sic] Kuhn
19 versus Cook Industries, et al. -- or excuse me,
20 Cook Incorporated, et al.
21     The case -- case number is
22 2016-SU-001406-71 and it's pending in the Court of
23 Common Pleas, York County, Pennsylvania.
24     My name is Bill Heilman and I'm
25 representing Paszkiewicz Reporting; and the court

Page 8

1  reporter is Kevin Weichman, he also is with
2  Paszkiewicz Court Reporting.
3      This deposition is being taken at 1001
4  South George Street, York, Pennsylvania.
5      At this time, would all counsel say who
6  they represent.
7      MR. ARBON:  I am Thomas Arbon.  I am
8  here on behalf of Mr. Kuhn, the plaintiff.
9      MR. MANDLER:  John Mandler, Faegre Baker
10 Daniels, representing the Cook defendants.
11     MS. RUTIGLIANO:  Anna Rutigliano,
12 representing Cook defendants.
13     MR. MUMFORD:  Shaun Mumford and Carrie
14 Evans on behalf of Dr. Kim.
15     THE VIDEOGRAPHER:  Court reporter,
16 please swear in the witness.
17           * * * * *
18     ERICH KIM, M.D.,
19 of lawful age, being produced, sworn, and examined
20 on the part of the Plaintiff, and after responding
21 "I do" to the oath administered by the court
22 reporter, deposes and says:
23           * * *
24
25

Page 9

1      EXAMINATION
2      BY MR. ARBON
3      Q.  (By Mr. Arbon)  Could I get you to
4  please state your name, sir.
5      A.  Erich Kim.
6      Q.  And how are you employed, sir?
7      A.  I'm employed by the WellSpan Medical
8  Group.
9      Q.  In what capacity?
10     A.  I'm one of the staff radiologists.
11     Q.  Do you have a subspecialty?
12     A.  I subspecialize in interventional
13 radiology.
14     Q.  How long have you practiced
15 interventional radiology, sir?
16     A.  Since, let's see, 1977.  Well, if you
17 include my residency, 1974.
18     Q.  My name is Tom Arbon.  I introduced
19 myself when you came into the room; is that
20 correct, sir?
21     A.  Correct.
22     Q.  Okay.  You understand that I am here on
23 behalf of Andrew Kuhn with regard to the lawsuit
24 he's brought against yourself and the Cook
25 companies?

3 (Pages 6 to 9)

## Page 10

1    A.  That is correct.
2    Q.  Do you remember Andrew Kuhn?
3    A.  No.
4    Q.  And I understand you probably have had a
5  lot of patients in your career.
6    A.  Correct.
7    Q.  And I'm really just trying to give a
8  distinction from the outset as to whether you have
9  a personal -- personal recollection of Mr. Kuhn
10  and his care as opposed to what you may be
11  recalling through review of records.  Does that
12  make sense to you?
13    A.  Yes, it does.
14    Q.  Is there any personal recollection you
15  have of your care for Mr. Kuhn?
16    A.  No.
17    Q.  Have you given a deposition before, sir?
18    A.  Yes.
19    Q.  On how many occasions?
20    A.  One time.
21    Q.  Okay.  Could you give me an idea of what
22  the context of that deposition was?
23    A.  It had to do with the case of a
24  gentleman who had post-traumatic priapism, and I
25  embolized his penile artery to correct the

## Page 11

1  priapism.  The wife claimed that we had not told
2  her prior to the procedure that impotence was a
3  definite -- a highly likely outcome, and then when
4  he did become impotent, she left him and then she
5  sued me.
6    Q.  Okay.  So you were a named defendant in
7  that action?
8    A.  I was.
9    Q.  Has that action resolved?
10    A.  It never went to trial.  I was released
11  from the case after that deposition.
12    Q.  Okay.  Was it -- to your knowledge, the
13  case was just dismissed?
14    A.  Yes.
15    Q.  As to you anyway?
16    A.  Yes.
17    Q.  Have you ever been a party to any other
18  lawsuits?
19    A.  Just one other.
20    Q.  Okay.  And what was that?
21    A.  When our group of radiologists were
22  merged with a Harrisburg group and we wanted to
23  demerge, the -- we were the plaintiffs in that
24  instance, and it had to do with if we could
25  practice again at York Hospital.

## Page 12

1    Q.  Was that a business type of cause of
2  action?
3    A.  It was.
4    Q.  A claim was made that there was some
5  kind of a restrictive covenant or something --
6    A.  Correct.
7    Q.  -- about y'all continuing to practice
8  with a different entity?
9    A.  Correct, that's exactly it.
10    Q.  Were you deposed in that case?
11    A.  Yes.
12    Q.  Okay.  Is that lawsuit still going on?
13    A.  No.
14    Q.  Any other lawsuits where you've been a
15  party, either plaintiff or defendant?
16    A.  No.
17    Q.  Any other occasions where you've had to
18  give sworn testimony, either by deposition or in a
19  trial situation?
20    A.  Not that I can recall, no.
21    Q.  Have you ever been called to testify at
22  a trial?
23    A.  Yes.
24    Q.  And was that with regard to one of these
25  other lawsuits that we've talked about?

## Page 13

1    A.  It was not.
2    Q.  Okay.  What was the situation where you
3  were called to trial to testify?
4    A.  I was probably 30 years ago called, sort
5  as of an expert tech witness on a surgeon who was
6  being sued for having a complication after an
7  endoscopic procedure.
8    Q.  Were you involved in the care of the
9  patient in that case in any way?
10    A.  No, I was not.
11    Q.  So you were asked to come in as an
12  expert to offer opinions as to whether or not the
13  doctor met the standard of care?
14    A.  Correct.
15    Q.  And in that case, did you offer opinions
16  that he had met the standard of care?
17    A.  I don't recall the details, but
18  basically yes, that'd be correct.
19    Q.  Any other occasions where you've had to
20  give testimony under oath?
21    A.  No.
22    Q.  And, Doctor, you're doing great.  I'm
23  going to go over just some little instructions
24  that I think are going to probably help us through
25  this quicker.

Examination by Mr. Arbon

Page 14

1    If you will do as you are doing, and
2  that is wait until I finish my question before you
3  begin your answer, I'll try my best to wait till
4  you finish your answer before I start my next
5  question, all right?
6    A.  Fair enough.
7    Q.  If you will, answer with words as
8  opposed to the nod of the head or an "uh-huh" or
9  "uh-uh" so that we can get a clear record.
10    A.  I can do that.
11    Q.  All right.  And if I notice you not do
12  it, because everybody has a tendency to do it, I
13  may prod you a little and ask you, Is that a yes
14  or no?  I'm not trying to pick on you; I'm just
15  trying to make sure we get a good record, all
16  right?
17    A.  Okay.
18    Q.  If I for some reason ask you a question
19  and you're not understanding what I'm asking you,
20  we're just not communicating, would you please let
21  me know so that I can be sure you're attempting to
22  answer the question I've asked?
23    A.  I will definitely let you know.
24    Q.  And the last thing I'll just say is if
25  during the course of this you'd like to take a

Page 15

1  break, let me know.  I may not be able to stop
2  right in the middle of the line of questioning,
3  but I'll get to it as quick as I can and we can
4  take a break.
5    A.  I'd appreciate that.
6    Q.  All right.  Are you represented by
7  counsel in this deposition, sir?
8    A.  I am.
9    Q.  And that's Mr. Mumford and Ms. Evans?
10    A.  You're correct.
11    Q.  And we're here in a conference room at
12  York Hospital, correct --
13    A.  Yes, we are.
14    Q.  -- for the deposition.  You do
15  understand that even though we're here in this
16  conference room, your testimony is under oath and
17  it's treated the same as if you are testifying
18  live in the courtroom in front of the jury?
19    A.  Correct.
20        (Exhibit 1 was marked for
21         identification.)
22    Q.  (By Mr. Arbon)  Dr. Kim, I'm marking as
23  Exhibit 1 a copy of the notice that was issued for
24  your deposition.  I'm going to ask you if you've
25  seen that document before.

Page 16

1    MR. MANDLER:  Do you have one for us?
2    MR. MUMFORD:  I don't need it.  You can
3  have mine.
4    MR. ARBON:  I don't know how many
5  they've given me, to be honest, and it looks like
6  I don't have one for me.
7    We can use the Elmo if we need, but for
8  this I think we can burn through on this one.
9    Q.  (By Mr. Arbon)  Just let me know when
10  you've had a chance to look at it, Doctor.
11    A.  I have seen this document.
12    Q.  Okay.  Page 5 of the document is a --
13  I'll call it Schedule A, but it's a list of
14  categories or documents we've asked to be brought
15  to your deposition.  And you -- have you gone
16  through that list before?
17    A.  My counsel has gone over that, these
18  documents with me, yes.
19    Q.  I'm going to give you one more
20  instruction that I forgot about.  It's this:  I
21  have no intention of trying to inquire as to
22  communications or discussions you've had with your
23  attorneys in the course of this deposition.
24  That's privileged, so I'm not trying to go there.
25    What I am going to ask about -- if I ask

Page 17

1  questions and your answer is going to be, Do you
2  mean what I've talked about with my lawyers or my
3  lawyers told me, that's not my intent.  So if
4  you'll ask me that, I'll be sure and try to
5  qualify the question so we're clear.  I'm not
6  trying to get into any attorney-client questions.
7  All right?
8    A.  Very good.
9    Q.  Have you brought any documents with you
10  today that are responsive to this notice?
11    MR. MUMFORD:  Objection.  We just served
12  you responses to request for production of
13  documents and answers to interrogatories which are
14  duplicative of what's on there.  So, yes, we have,
15  by way of our answering discovery.  So have we
16  sought to compile that list a second time, no.
17    MR. ARBON:  I'm just asking if there's
18  anything here today from your review, based upon
19  my notice.
20    MR. MUMFORD:  Well, he verified the
21  discovery responses that we produced, which are,
22  again, duplicative and more expansive than what is
23  on that list.
24    MR. ARBON:  Yes, they are.  They're
25  somewhat different than what's on this.

5 (Pages 14 to 17)

Examination by Mr. Arbon

---

**Page 18**

1      MR. MUMFORD: Well --
2      Q. (By Mr. Arbon) But there's no documents
3  here --
4      MR. MUMFORD: Correct.
5      Q. (By Mr. Arbon) -- that we need to go
6  through at the time --
7      A. I do not have any documents.
8      Q. Okay. In reviewing this, Doctor, do you
9  know if you came across any e-mails between
10  yourself and Mr. Kuhn?
11     A. I have not.
12     Q. Do you know if you ever exchanged any
13  e-mails with Mr. Kuhn?
14     A. I have never exchanged any documents
15  with him.
16     Q. All right. How about with his parents?
17     A. I have not.
18     Q. Do you have any recollection of
19  Mr. Kuhn's parents at all?
20     A. No, I do not.
21     Q. Do you have a current CV that you
22  maintain?
23     A. I do not have a CV with me. No, I do
24  not.
25     MR. MUMFORD: It was actually attached

---

**Page 19**

1  to the responses to request for production of
2  documents. I believe it was Exhibit A.
3      MR. ARBON: I'm just going to explain.
4  The production was served a day or two ago, the
5  responses.
6      MR. MUMFORD: Within the 30-day time
7  limit.
8      MR. ARBON: I'm not arguing that. I'm
9  just saying I just have not had a chance to get to
10  those documents. So we're going to do the best we
11  can without them.
12     MR. MUMFORD: Okay.
13     Q. (By Mr. Arbon) Tell me a little bit
14  about your education, then, sir. What -- can you
15  describe your education after you graduated high
16  school?
17     A. After high school I attended the
18  University of Maryland.
19     Upon graduation from University of
20  Maryland, I went to medical school, also at the
21  University of Maryland.
22     I did an internship in general medicine
23  and then I did a residency in radiology; all in
24  successive years.
25     Q. When did you graduate from the

---

**Page 20**

1  University of Maryland the first time?
2      A. Undergrad school, I graduated in 1970 --
3  let's see, 1969.
4      Q. All right. And what was your major?
5      A. I was a zoology major.
6      Q. And when did you start medical school?
7      A. 1970 then.
8      Q. And when did you graduate from medical
9  school?
10     A. 1973.
11     Q. And what degree were you awarded at that
12  time?
13     A. A medical degree.
14     Q. And after receiving your medical degree,
15  where did you start your residency?
16     A. I did my residency in radiology at Sinai
17  Medical Center in Baltimore.
18     Q. And when did you complete your
19  residency?
20     A. 1977.
21     Q. After completing your residency in
22  radiology, did you pursue any type of fellowship?
23     A. I went into private practice after that.
24     Q. And where was your practice located at
25  that time?

---

**Page 21**

1      A. I was practicing in Upstate New York, in
2  the Buffalo area.
3      Q. And what was the nature of your
4  practice?
5      A. I was employed in -- it's a private
6  radiology group.
7      Q. Can you give me an understanding of the
8  types of -- well, can you tell me what type of
9  radiology practice that was; was it primarily
10  diagnostic, was it interventional, was it both?
11     A. It was a combination of both.
12     Q. Where did you get your training in
13  interventional radiology?
14     A. While I was in my residency.
15     Q. Do you have any board certifications?
16     A. I do.
17     Q. What board certifications do you have?
18     A. Board certified in diagnostic radiology,
19  and I have been the I guess what they call CAQs,
20  the Certificates of Added Qualification in
21  interventional radiology, for the past 20 years.
22     Q. And who issues your Certificate of
23  Additional --
24     A. The American Board of Radiology.
25     Q. Same group that board-certified you in

---

6 (Pages 18 to 21)

Examination by Mr. Arbon

Page 22

1    radiology?
2        A.  That is correct.
3        Q.  Are those certifications current?
4        A.  They probably expired about one or two
5    years ago when I became semiretired.
6        Q.  Is your license current?
7        A.  It is.
8        Q.  And is your -- what states do you hold a
9    medical license in?
10       A.  Pennsylvania.
11       Q.  Have you ever been licensed in any other
12   states?
13       A.  I was at one time licensed in New York
14   and initially in the state of Maryland.
15       Q.  And let's talk about your Maryland
16   license.  How did that end?
17       A.  When I moved to New York.
18       Q.  Voluntary termination or whatever the
19   process would be?
20       A.  That is correct.
21       Q.  How about with your New York license?
22       A.  When I joined the practice in
23   Pennsylvania.
24       Q.  And again, voluntarily that license was
25   dropped in exchange for your Pennsylvania -- not

Page 23

1    in exchange, and you began to practice under your
2    Pennsylvania license?
3        A.  That's correct.
4        Q.  Have you ever had your medical license
5    suspended or revoked for any reason in any state?
6        A.  No, I have not.
7        Q.  Have you ever been subject to any
8    disciplinary action by any medical board?
9        A.  No, I have not.
10       Q.  When did you move your practice to
11   Pennsylvania?
12       A.  1987.
13       Q.  And where did you locate your practice
14   at that time?
15       A.  Here in York, Pennsylvania.
16       Q.  And have you been practicing here in
17   York ever since?
18       A.  I have.
19       Q.  And the medical practice you established
20   in Pennsylvania, can you give me an idea of what
21   type of practice that has been?
22       A.  We are a multi -- initially we were a
23   private practice, multispecialty group, where I
24   was doing both diagnostic and interventional
25   radiology.

Page 24

1        Q.  And by "multispecialty group," did you
2    have other physicians of other specialties,
3    internal medicine, cardiology, things like that,
4    involved or what do you mean by "multispecialty"?
5        A.  Specialties within radiology itself.
6        Q.  And that would be the interventional
7    radiology and the diagnostic, or is there more?
8        A.  There's more.  There's pediatrics,
9    nuclear medicine.  Those would be the main
10   subgroups.
11       Q.  Did you ever practice pediatric
12   radiology?
13       A.  No.
14       Q.  How about nuclear medicine?
15       A.  In the sense that we do general
16   pediatric radiology, but I'm not a pediatric
17   specialist, no.
18       Q.  Did you ever do any interventional
19   procedures on children?
20       A.  Minor interventional procedures
21   occasionally would come up.  Very -- not very
22   often, though.
23       Q.  I understand that you're now
24   semiretired?
25       A.  I am.

Page 25

1        Q.  When did that occur?
2        A.  About three years ago.
3        Q.  So 2014-ish?
4        A.  About then.  I'm not sure of the exact
5    date.  It's been about three years, though.
6        Q.  Can you explain to me what you mean by
7    "semiretired"?
8        A.  I no longer take a call in
9    interventional radiology, and I work -- basically
10   work half-days.
11       Q.  And how many days a week?
12       A.  Five days a week, and weekends.
13       Q.  Are you still practicing interventional
14   radiology?
15       A.  On a limited basis, yes.
16       Q.  How often or how many times a week do
17   you think you do an interventional procedure?
18       A.  Five days a week.
19       Q.  How about diagnostic radiology, is it
20   still a part of your practice?
21       A.  It is.
22       Q.  And how often are you engaged in that
23   practice?
24       A.  Five days a week.
25       Q.  Can you give me an idea of what

7  (Pages 22 to 25)

Examination by Mr. Arbon

| Page 26 |
|---|

1    percentage of your practice is devoted to
2    interventional procedures as opposed to
3    diagnostic?
4        **A.  I'd say, I'm just estimating, about**
5    **60 percent interventional and 40 percent**
6    **diagnostic.**
7        Q.  Are you still placing IVC filters?
8        **A.  I am not.**
9        Q.  When did you stop?
10       **A.  I'd have to say about four years ago.**
11       Q.  About the same time --
12       **A.  About the same time, yeah, correct.**
13       Q.  -- you went into retirement or
14   semiretirement?
15       **A.  Correct.  Yeah.**
16       Q.  I'm not sure working half a day five
17   days a week to me is any kind of retirement,
18   but...
19       **A.  Well, it is when you're not taking night**
20   **call.**
21       Q.  I gotcha.
22           Is there a particular reason why you've
23   ceased placing IVC filters?
24       **A.  When I went part-time, there is no need**
25   **for me to fill that -- we hired another partner**

| Page 27 |
|---|

1    **who took my place.**
2        Q.  Does your limitation of your practice to
3    exclude the IVC filter placement have anything to
4    do with the performance of any filters or your --
5    I guess, your opinions about IVC filters or their
6    efficacy?
7        **A.  Could you rephrase that for me?**
8        Q.  I probably can't, but I'll try.
9            Do you have any concerns about the
10   safety or efficacy about IVC -- of IVC filters at
11   this time?
12       **A.  Do I consider them safe procedures; is**
13   **that what you're asking me?**
14       Q.  We'll start there.  That's a good
15   question.
16       **A.  Yes.**
17       Q.  Do you consider the filters to be
18   effective?
19       **A.  Yes.**
20       Q.  Okay.  And what do you base that on?
21       **A.  Prior experience.**
22       Q.  Have you ever seen any study, any
23   clinical study, to support the notion that IVC
24   filters are in fact capable of preventing -- or
25   beneficial in regard to preventing pulmonary

| Page 28 |
|---|

1    embolism?
2        **A.  I cannot specifically quote you an**
3    **article, but I'm -- there are plenty articles who**
4    **attest to that fact, I'm sure.**
5        Q.  Have you ever seen any -- or is it your
6    belief, sir, that IVC filters reduce the risk of
7    mortality from pulmonary embolism?
8        **A.  Rephrase that.  You're...**
9        Q.  Do you think that IVC filters will
10   reduce the potential for death from pulmonary
11   embolism?
12       **A.  I do.**
13       Q.  And do you have anything to base that
14   on?
15       **A.  Just anecdotal, talking to people and**
16   **going to conventions where interventionalists are**
17   **talking about that particular topic, and various**
18   **literature.**
19       Q.  Have you had any interactions with Cook,
20   for example, representatives with regard to their
21   IVC filters?
22       **A.  Yes.  When filters come -- regardless of**
23   **the company, when they have a new filter, they**
24   **will stop by our department to demonstrate the**
25   **filter.**

| Page 29 |
|---|

1        Q.  In this case, we're specifically dealing
2    with a Cook Celect filter.
3        **A.  That is correct.**
4        Q.  Have you had interactions, to your
5    knowledge, with Cook regarding their Celect
6    filters?
7        **A.  I don't recall a specific event, but**
8    **like I say, when various vendors would come**
9    **through our department, they would show us their**
10   **filters, and I'm sure Cook was one of those**
11   **vendors.**
12       Q.  Do you know what representations have
13   been made to you by Cook as to the efficacy of
14   their filters in preventing a fatal pulmonary
15   embolism?
16       **A.  No.**
17       Q.  Have -- through the -- that
18   manufacturer, is it your belief that a Celect
19   filter has that capability, established
20   capability?
21           MR. MUMFORD:  Objection to the form, but
22   you may answer.
23           THE WITNESS:  Just rephrase that for me
24   please.
25       Q.  (By Mr. Arbon)  Sure.  Is it your

8  (Pages 26 to 29)

Examination by Mr. Arbon

Page 30

1  understanding through your interactions with Cook
2  or perhaps through their literature -- are you
3  familiar with their instructions for use with the
4  Celect filter?
5      A.  I am.
6      Q.  Have you read that in the past?
7      A.  Yes.
8      Q.  Is that a document you find to be
9  important to your -- your use of their product?
10     A.  Yes.
11     Q.  All right.  What do you rely on the IFU
12 for; in this case, particularly an IFU for the
13 Cook filter.
14     A.  All filters are very similar, but they
15 all have various nuances that we need to be aware
16 of.  And when we first start putting in a filter,
17 we'll always check that filter, the instructions
18 how to insert the filter.
19     Q.  Do you look to the IFU to provide you
20 the information about the capabilities of the
21 filter?
22     A.  No, I do not.
23     Q.  Do you look to the IFU for information
24 about what potential risks that filter may pose?
25     A.  Yes.

Page 31

1      Q.  Do you expect the manufacturer to
2  provide you with accurate and complete information
3  as to the possible adverse effects that have been
4  noted with their filter?
5      A.  Yes.
6      (An off-the-record discussion was held.)
7      Q.  (By Mr. Arbon)  When you're reviewing
8  the IFU and the information provided by Cook, do
9  you expect them to be accurate and provide you
10 with a fair and balanced presentation of their
11 product?
12     MR. MANDLER:  Object as to form.
13     THE WITNESS:  I expect them to be
14 accurate in their instructions and the various
15 precautions they warn us against, whether -- they
16 don't really compare their filter with another
17 filter, no, they don't.
18     Q.  (By Mr. Arbon)  But with the -- what
19 they tell you in the IFU, would you expect them to
20 provide you with an accurate description of what
21 the filter is capable of and an accurate
22 description of what adverse effects they have
23 learned about as a result of the use of their
24 filter?
25     A.  That is correct.

Page 32

1      Q.  Would you also expect Cook, if they had
2  known issues related to their filter or filter
3  design, to communicate those negative, if they
4  were, issues to the physicians that are purchasing
5  their -- their filters?
6      A.  Yes.
7      MR. MANDLER:  Object as to form.
8      Q.  (By Mr. Arbon)  How did you come to be
9  involved in the care of Andrew Kuhn?
10     A.  I was on call that day, and so that was
11 my responsibility for covering trauma cases, and
12 one of those responsibilities includes putting in
13 a -- in cava filters.
14     Q.  Can you tell me what your understanding
15 is as to why an IVC filter was recommended for
16 Andrew Kuhn?
17     A.  The attending traumatologist and his
18 residents requested that we put in a filter
19 because the gentleman had just severe -- suffered
20 severe trauma.  He had multiple injuries,
21 including head injuries, extensive trauma to his
22 extremities, and he is known to have documented
23 pulmonary emboli.
24     Q.  Let's talk about the pulmonary emboli.
25 Was that a documented existing PE as opposed to a

Page 33

1  history of prior PE before his trauma?
2      A.  He had a prior thoracic CT just before
3  we performed the filter insertion that showed --
4  demonstrated pulmonary emboli.
5      Q.  And I just want to be clear on that.
6      A.  Yes.
7      Q.  The thoracic CT that you saw was part of
8  the workup for his trauma, correct?
9      A.  That is correct.
10     Q.  And I guess that's what I was trying to
11 inquire about.  Did you ever receive any
12 information to indicate that prior to his trauma
13 he had any incidence of pulmonary embolism in his
14 history?
15     A.  The resident told us that he would have
16 had pulmonary emboli.  He didn't give me a past
17 history of pulmonary emboli that I was aware of.
18     Q.  So the pulmonary emboli that you're
19 basing your care on or the implantation of the IVC
20 filter on was the existing PI -- PE that was
21 diagnosed, I think, either the day of or day
22 before your implantation?
23     A.  It was -- the CT would have been done
24 just hours before we did the implantation.
25     Q.  Do you know what the source of that

9 (Pages 30 to 33)

Examination by Mr. Arbon

Page 34

1  pulmonary embolism was?
2      A.  I do not.
3      Q.  Did you ever see any information or have
4  you seen any documents to indicate that Mr. Kuhn
5  was suffering from a DVT, or a deep vein
6  thrombosis, at the time of the implantation of his
7  filter?
8      A.  I do not recall.
9      Q.  If there is no indication of DVT but
10  there is an indication of contusions of the lungs,
11  is it more likely than not that the pulmonary
12  embolism that was seen might have been generated
13  as a result of the trauma to the lungs and the
14  chest?
15      A.  I have no way of knowing.
16      Q.  If his lower extremities were clear of
17  thrombus, is that an indication that that was not
18  the source of the pulmonary embolism?
19      MR. MUMFORD:  Objection to the form.
20  You may answer.
21      MR. MANDLER:  Join.
22      THE WITNESS:  We had not documented -- I
23  don't recall.  We may have documented prior DV --
24  or, you know, recent DVT.  I don't recall seeing
25  those documents.  Just because you have not

Page 35

1  documented DVT doesn't mean they have them -- I
2  mean, they do not have DVT.  He was severely
3  traumatized, had extensive lower-extremity
4  injuries.
5      Q.  (By Mr. Arbon)  What was your purpose in
6  placing the IVC filter?
7      A.  Our main reason for and the reason we
8  were requested to put the filter in is, one, the
9  gentleman that was so traumatized, he would not be
10  a good candidate to place on anticoagulant
11  therapy.  Having known that he had pulmonary
12  emboli, we wanted to prevent him from having
13  additional or recurrent pulmonary emboli.
14      Q.  Why is that?
15      A.  Further pulmonary emboli would just add
16  further insult to his lungs.  He was already
17  severely traumatized.  He really did not -- that
18  would just be another condition that would affect
19  his care and his eventual outcome.
20      Q.  Do you recall if you had any
21  conversations with -- or let me phrase it
22  differently.  I'm sorry.
23      Do you recall if Andrew Kuhn was capable
24  of having any conversation or participation in his
25  care at that time?

Page 36

1      A.  No, I do not think he was capable.  The
2  man was already intubated at that time and we had
3  to get our consent from the parents.
4          (Exhibit 2 was marked for
5          identification.)
6      Q.  (By Mr. Arbon)  I will hand you what
7  I've marked as Exhibit No. 2, Dr. Kim, and ask you
8  if you recognize that document.
9      A.  Yes, I do.
10      Q.  And what is Exhibit 2?
11      A.  Exhibit 2 is our customary consent form
12  for procedure -- of performing interventional
13  procedures; invasive procedures.
14      Q.  And was this a form that you utilized as
15  opposed to the hospital, or is this a hospital
16  form that was utilized; do you know?
17      A.  This is a WellSpan hospital document.
18      Q.  Okay.  Is this an authorization and --
19  is this a consent form?
20      A.  It is.
21      Q.  Is the medical consent form that we're
22  looking at that's marked as Exhibit 2, is that the
23  form that you used at WellSpan for pretty much
24  every procedure that may be performed in the
25  hospital?

Page 37

1      MR. MUMFORD:  In June of 2012?
2      Q.  (By Mr. Arbon)  In June of 2012.
3      A.  Yes.
4      Q.  So this is an overall consent form for
5  any invasive procedure in June of 2012?
6      A.  That is correct.
7      Q.  And then there is a space on it -- well,
8  let's just take the first page of it.
9          Can you see on...
10          (An off-the-record discussion was held.)
11      Q.  (By Mr. Arbon)  Can you read that,
12  Doctor?  Either on the one in front of you or the
13  one on the screen, either way.
14      A.  I can read it, yes.
15      Q.  Okay.  At the very bottom of the page it
16  indicates -- there's a form number and it says
17  page 1 of 3.  So is this a three-page consent?
18      A.  Yes, it is.
19      Q.  When you provided this consent and in
20  this particular Exhibit 2, it references that
21  Robert Kuhn is doing the authorization, correct?
22      A.  That is correct.
23      Q.  And Mr. Kuhn is -- it's your
24  understanding that Robert Kuhn is who?
25      A.  Let me refresh my memory.  That was the

Examination by Mr. Arbon

Page 38

1  gentleman's father.
2      Q.  Okay.  And he was giving consent for an
3  IVC filter placement for his son Andrew, correct?
4      A.  That is correct.
5      Q.  And then is what -- is this consent form
6  intended to provide to the person giving consent
7  the information needed to assess the risks and
8  benefits of the procedure?
9      MR. MUMFORD:  Objection to the form, but
10  you may answer.
11      THE WITNESS:  It is partly designed for
12  that, and it's also an opportunity for me to
13  explain the procedure to the patient or to their
14  representative.
15      Q.  (By Mr. Arbon)  Okay.  And are there any
16  specific -- is there anyplace on this consent form
17  where you can address specific risks or benefits
18  that relate to the IVC procedure as opposed to a
19  generic procedure?
20      A.  This being a generic form, no, it does
21  not pertain only to IVC filters.  But as I said, I
22  have -- it gives me the opportunity to explain the
23  procedure in detail.
24      Q.  In your practice, did you have a
25  separate -- back in June of 2012, did you have a

Page 39

1  separate consent form for IVC filter placement?
2      A.  Not that I recall.
3      Q.  Okay.  Do -- did you ever generate such
4  a form?
5      A.  No.
6      Q.  Could you look at page 2 of 3 of the
7  consent, sir.  Can you see the second bullet point
8  down, it says, "The doctor has explained to me
9  that there are risks and possible undesirable
10  consequences of the procedure"?  Do you see that?
11      A.  Yes, I do.
12      Q.  What are the risks and consequences that
13  are actually listed there?
14      A.  It's a very generic risk document that
15  could result from many -- various types of
16  interventional procedures.
17      Q.  This isn't specific at all, these risks,
18  to an IVC procedure?
19      A.  No.
20      Q.  In fact, did you plan on a transfusion
21  for giving him his IVC filter?
22      A.  No.  It's not designed to be implicit
23  for pulmonary -- I mean, for IVC filters.
24      MR. MUMFORD:  I think he's said twice
25  now it's a generic form, so I think we're in

Page 40

1  agreement.
2      MR. ARBON:  I appreciate that.
3      MR. MUMFORD:  Okay.
4      Q.  (By Mr. Arbon)  Right after it says --
5  the listed generic complications, it says,
6  "Additional risks may be," and there's blank
7  spaces there.  What's that there for?
8      A.  Usually that's at the time where I will
9  explain various risks associated with IVC filters
10  and give the family a chance to ask questions.
11      Q.  Do you normally fill those in on a form?
12      A.  No, I do not.
13      Q.  What risks -- do you have a recollection
14  of the specific risks you told Robert Kuhn were
15  involved with this filter?
16      A.  I do, because I pretty much have a
17  routine when I explain these procedures to a
18  patient.
19      Q.  And what I'd like to do first -- and I
20  appreciate you saying that.  My question first is,
21  do you know specifically, do you remember
22  specifically talking to Mr. Kuhn and telling him
23  what risks there were to the IVC filter?
24      A.  I would definitely have had -- explained
25  that as part of my routine.

Page 41

1      Q.  And I appreciate that.  I'm just --
2  that's the distinction I'm trying to make.
3      Do you have a specific recollection of
4  your own of Mr. Kuhn being -- of Robert Kuhn being
5  in front of you and discussing it with
6  Mr. Kuhn, as opposed to what your routine is and
7  what you would do in every other case?
8      A.  Rephrase that.
9      Q.  I'm trying to make a distinction as to
10  whether you have a memory of actually talking to
11  Mr. Robert Kuhn, the individual, separate from
12  your understanding of your normal and routine
13  practice with regard to consenting on an IVC
14  filter.
15      A.  I would have explained various risks
16  associated with IVC filters, yes, as part of my
17  routine.
18      Q.  Okay.  And I do understand that.  Do you
19  specifically remember doing that for Mr. Kuhn,
20  Robert Kuhn?
21      A.  Not having even remembered Mr. Robert
22  Kuhn, that's not an association I could make.
23      Q.  Okay.  That's all I'm asking.
24      A.  Yeah.
25      Q.  What is -- what would have been your

11  (Pages 38 to 41)

Examination by Mr. Arbon

Page 42

1  routine practice? What routine risks would you
2  have advised someone who was going to consent to
3  the placement of a Cook Celect IVC filter back in
4  June of 2012, what -- what would you have advised
5  them?
6      A.  Well, I would advise him that his
7  attending physicians have requested that I insert
8  a cava filter for, in this case, because of his --
9  the significance of his trauma, he would be
10  immobilized, he had head trauma, he had pulmonary
11  emboli. So he had many reasons that we would
12  use -- to indicate that he was in need of a
13  filter.
14          Then I would explain the procedure in
15  detail to him, that it's a relatively noninvasive
16  procedure, that it would require -- and I would
17  explain how we would put the filter in. I would
18  explain that in this case, because of his age,
19  that we would be using a temporary filter, and I
20  see that's also documented on my consent. And I
21  would say the local risks -- always local risks of
22  bleeding, hematoma at the puncture site. Things
23  can go wrong with filters. They can migrate.
24  They can fracture. They can be misplaced. These
25  are all potential risks with any filter. And that

Page 43

1  being because of his age, that's why we elected to
2  put a temporary filter in.
3      Q.  During your explanation of the risks, do
4  you ever try to quantify for the person giving
5  consent the frequency at which the adverse
6  effects -- or the adverse consequences can occur,
7  such as migration?
8      A.  Usually -- part of my routine, I will
9  try to reassure the patient or the family. I
10  mean, obviously they're laypeople usually, and
11  this is a very difficult time for them; their son
12  was traumatized. I would try to impress upon him
13  that putting a filter in is a relatively
14  noninvasive procedure, it's very effective, and
15  that the likelihood of any of these complications
16  occurring would be quite unlikely.
17      Q.  Did you mention the potential for tilt
18  as one of your normal risks?
19      A.  I don't recall, but we -- when I explain
20  it, I say that -- I include that in my phrase,
21  that there's a potential for -- filter can be
22  misplaced, it can migrate, it can -- I might not
23  use the word "tilt" exactly, but that it can be
24  positioned so that, you know, we're not happy with
25  it or that it's -- could be relocated. It could

Page 44

1  break off or embolize.
2      Q.  So you do you mention fracture as
3  potential, fracturing of the device?
4      A.  Yes.
5      Q.  Do you mention the fact that the filter
6  itself can become embedded in the IVC and be
7  irretrievable in the case of an optional filter?
8      A.  Do I mention that it can become
9  embedded? No, I don't, because -- especially
10  with -- I don't look at that as a complication.
11  That's a normal physiologic response to the
12  filter.
13      Q.  But if you're placing an optional filter
14  that's intended to be retrievable, that's not the
15  consequence you want, is it?
16      A.  No, but our intention was to remove the
17  filter because of his young age, so that would not
18  have been a factor.
19      Q.  Did something change your intent?
20      A.  Rephrase that. My intent to?
21      Q.  Retrieve this filter in Mr. Kuhn?
22      A.  No. Our intent was always to retrieve
23  the filter.
24      Q.  What follow-up did you provide in order
25  to get his filter out?

Page 45

1      A.  Immediately after performing the
2  procedure, our -- our nurses will enter a
3  follow-up examination in three months.
4      Q.  Okay. Did that occur in Mr. Kuhn's
5  case?
6      A.  It did not.
7      Q.  Do you have any documentation that
8  Mr. Kuhn was ever contacted or his family was ever
9  contacted to return for a 3-month follow-up?
10      A.  We lost contact with him after, because
11  of our contact system was deleted from the
12  computer system by the hospital's second computer
13  system that overwrote our -- overwrote our
14  follow-up appointment.
15      Q.  So there was a problem with your
16  computer system where you lost data and that's how
17  you lost contact with --
18      A.  It's a problem with the hospital's
19  Cerner system which overwrote our scheduled
20  appointment.
21      Q.  Did Cook ever offer you any type of app
22  or software that would help you track your
23  patients that were using filters?
24      A.  Not that I'm aware of.
25      Q.  Did you personally speak with Mr. --

12  (Pages 42 to 45)

Examination by Mr. Arbon

Page 46

1  have any recollection of speaking with Mr. Kuhn,
2  Andrew Kuhn, Robert Kuhn, or his mother prior
3  to -- once he was being discharged to rehab, about
4  what follow-up would be needed for his filter?
5      **A.  Personally I would not have contact with**
6  **him at that point.**
7      Q.  Was the Celect filter approved for
8  permanent placement?
9      **A.  Yes, it is.**
10     Q.  Do you know if it's possible that one of
11 your staff would ever have advised that the Celect
12 was approved for permanent placement?
13         MR. MUMFORD:  Objection to form.
14         MR. MANDLER:  Join.
15         MR. MUMFORD:  You may answer.
16         THE WITNESS:  No, our staff would not
17 have done that, because they knew we were
18 intentionally putting in a temporary filter.
19     Q.  (By Mr. Arbon)  So once the data was
20 lost, was any attempt made to contact the patients
21 affected by that data loss, to make sure --
22     **A.  We had no --**
23     Q.  -- that they followed up?
24     **A.  We had no contact -- we had no more**
25 **information on that patient that would have**

Page 47

1  **prompted us to do a follow-up.  We had -- once he**
2  **was lost off our follow-up schedule, that was**
3  **deleted completely from the system.**
4      Q.  Do you have any information -- is there
5  any documented information that would demonstrate
6  that either Mr. Kuhn himself, Andrew Kuhn, Robert
7  Kuhn, or his mom was advised that he needed to
8  follow up on his filter to have it removed?
9      **A.  When we put the filter in, we tell them**
10 **it's a temporary filter that we will need to**
11 **remove.  At the time of discharge, I wasn't there,**
12 **so I don't know what they told him at that point.**
13     Q.  Just -- without belaboring the point, on
14 the informed consent, what we were discussing was
15 this section here with the blanks.  That is an
16 opportunity for a physician such as yourself who's
17 performing a specific procedure to provide any
18 additional information about the specific
19 procedure that they would like to document, is it
20 not; that's what that's for?
21     **A.  Correct.**
22     Q.  And at least in this consent that was
23 used on Mr. Kuhn, that wasn't -- those additional
24 risks that you normally provide in your routine
25 was not written down, it was just simply an oral

Page 48

1  presentation?
2      **A.  Correct.  And as far as I know, none of**
3  **us ever use that particular blank.**
4          (Exhibit 3 was marked for
5          identification.)
6      Q.  (By Mr. Arbon)  I'll let you look at
7  this, Doctor, while I'm trying to find the extra
8  copies.
9      **A.  Thank you.**
10     Q.  It's now marked as Exhibit 3.  Do you
11 recognize that document, sir?
12     **A.  I do not.**
13     Q.  Okay.  Is that a -- not a document you
14 would normally fill out in the course of placing
15 an IC -- IVC filter --
16     **A.  This looks like a form that our -- one**
17 **of our nurses would have filled out at the end of**
18 **the procedure.**
19     Q.  Okay.
20     **A.  I do not fill this form out, though.**
21     Q.  Not a form that you'd normally use or
22 utilize or see?
23     **A.  I personally think it's -- looking at**
24 **this, it looks like it's a form that's used on a**
25 **routine basis for all interventional procedures,**

Page 49

1  **but this is filled out by the nurse, by our**
2  **interventional nurse.**
3          MR. ARBON:  Can I just see Exhibit 3
4  back.  It would speed things along.  Thank you,
5  sir.
6      Q.  (By Mr. Arbon)  Do you know who the
7  nurse is that completed this?
8      **A.  Judy.  I don't recall the nurse at that**
9  **time.  It's one of our RN -- one of our**
10 **interventional nurses at the time.**
11     Q.  And do you know whose signature this is?
12     **A.  I do not.**
13     Q.  Okay.  There's a reference to "right FV
14 sheath pulled at 1202."  Do you know what that
15 means?
16     **A.  Upon completion, say, when we pull the**
17 **vascular sheath that we use to introduce a filter,**
18 **when it's pulled, they document it was pulled at**
19 **that particular time.**
20     Q.  Okay.  And what does that particular
21 time mean?
22     **A.  It means the study was completed.**
23     Q.  So the filter has been placed, the
24 instruments have all been retrieved, and it's time
25 to put pressure on the wound?

13  (Pages 46 to 49)

Examination by Mr. Arbon

Page 50

```
1    A. Correct.
2        MR. MUMFORD: You were touching your
3    neck, not that everyone could see, and it went
4    through the leg, but --
5        MR. ARBON: It's hard to see my leg
6    under the table.
7    Q. (By Mr. Arbon) It was a femoral
8    approach?
9    A. It was.
10   Q. Meaning that the filter was inserted
11   through the groin; through the vein?
12   A. Correct.
13   Q. How did the procedure go?
14   A. It went very smoothly. It took --
15   didn't take an inordinate amount of time. He was
16   pretty banged up, if I recall, but we did it in
17   our standard procedure.
18   Q. And I may have just -- I didn't hear.
19   Did you say it did or did not take an inordinate
20   amount of time?
21   A. It did not.
22   Q. Can you tell me, sir, how -- is this
23   done in the cath lab?
24   A. Yes, it is.
25   Q. How is the actual device, the IVC filter
```

Page 51

```
1    kit, handled when you're going to do a procedure
2    like this?
3    A. How is it handled?
4    Q. Yes, sir. How does it get into the cath
5    lab so you can use it?
6    A. I see. Once we decide that we are going
7    to put a filter in, I would specify the type of
8    filter and they would pull that off our inventory
9    shelf and they would prepare that in a sterile
10   technique, fashion.
11   Q. What's the sterile technique that you
12   used, or fashion?
13   A. You have a sterile setup tray and
14   everything that's put on that tray is sterile --
15   is kept sterile. It's released. We open the
16   packet and we take out -- I take the pieces out
17   while I and my assistant -- well, we're all gloved
18   up and using a sterile procedure, we'll take the
19   device and put it on our table.
20   Q. The device itself comes in a box?
21   A. It does.
22   Q. Once the box is opened, is it in
23   sterilized packaging inside the box?
24   A. Once you take off the wrapper and
25   everything, there are some pieces that are not
```

Page 52

```
1    individually wrapped and those are the ones we'll
2    place on our table, our sterile prep table.
3    Q. When you do your IVC placement
4    procedures and the box is opened and the device is
5    placed on the sterile tray, do you watch that
6    procedure or participate in it, or both?
7    A. I'm there. I mean, I'm assisting the
8    nurse. We're both laying the pieces out in the
9    order that we want to use them.
10   Q. So you're able to observe the IVC kit
11   and all of its pieces from the time the box is
12   opened until you go forward and implant the
13   filter?
14   A. Yes, we do.
15   Q. Okay. And is that true in all your
16   procedures?
17   A. Yes.
18   Q. Is that true in Mr. -- in Andrew Kuhn's
19   procedure?
20   A. Yes.
21   Q. Was anything done to that Celect filter
22   to modify, change, or alter the filter from the
23   way it arrived in that packaging?
24   A. No.
25   Q. So the filter was implanted in the same
```

Page 53

```
1    condition as it had arrived into the operating
2    room while still packaged?
3    A. Yes.
4    Q. What limitations are there, if you know,
5    on the use of the Celect IVC filters? Are there
6    contraindications, physical for the patient --
7    certain patients for which it's contraindicated to
8    use a Celect filter?
9        MR. MUMFORD: In June of 2012?
10   Q. (By Mr. Arbon) In June of 2012.
11   A. In general, I mean, there are
12   contraindications to uses of various filters
13   regardless of what type of filter it is. Cook,
14   being no different, would have specified we can't
15   use a filter, let's say, if there's a size
16   limitation. The size of the cava, too big or too
17   small. Or if we don't have access to the patient,
18   then obviously we can't put the filter in.
19   Q. How do you determine whether the vena
20   cava in the particular patient is the right size
21   for the filter?
22   A. That is two fashions. Sometimes the
23   patient has had a prior abdominal CT where we can
24   actually measure the cava. Or, more frequently,
25   we do a cavagram before -- inferior venacavagram
```

Examination by Mr. Arbon

Page 54

1  before we actually implant the filter where we can
2  actually measure the size of the fil- -- the size
3  of the cava, I'm sorry.
4         (Exhibit 4 was marked for
5         identification.)
6    Q.  (By Mr. Arbon)  I'm going to hand you
7  what I've marked as Exhibit 4 to your deposition,
8  Dr. Kim, and ask you if you recognize that
9  document.
10   A.  Thank you.  (Pause.)  Yes, I do.
11   Q.  Okay.  What is Exhibit 4?
12   A.  Exhibit 4 is basically showing you the
13  various parts that comprise the Celect filter and
14  some instructions on how to insert the filter.  It
15  lists several indications and contraindications to
16  use of the filter, and it gives instructions on
17  how to remove the filter.  It's a -- being a
18  temporary filter.
19   Q.  Does it appear to be a copy of the
20  instructions for use for a Celect IVC filter
21  provided by Cook?
22   A.  It is.
23   Q.  And if you look at the very back page,
24  sir, do you see a copyright date there?
25   A.  Are you referring to the 2008?

Page 55

1    Q.  Yes, sir.
2    A.  I see it.
3    Q.  When did you implant Andrew Cook's
4  filter?
5    A.  The date, the exact date?
6    Q.  Yes, sir.
7    A.  Is approximately June of 2012.
8    Q.  June 3rd of 2012, if that's what the
9  medical records reflect; would that be
10 consistent --
11   A.  If that's what the medical record -- if
12 that's what my op report said, yes.
13        (Exhibit 5 was marked for
14        identification.)
15   Q.  (By Mr. Arbon)  I'm going to hand you
16 what I marked as Exhibit 5 to your deposition and
17 I'm, again, going to ask you if that's a document
18 you recognize.
19   A.  Yes, it is.
20   Q.  What is Exhibit 5?
21   A.  As opposed to your Exhibit 4, Exhibit 5
22 reflects Cook's instructions how to insert the
23 Celect filter via the femoral vein approach.
24   Q.  Okay.  And Exhibit 4 says it's for both
25 femoral and jugular vein approach, correct?

Page 56

1    A.  Exhibit 4, yes.
2    Q.  Again, I'm going to ask you to look at
3  the back page and ask you if you -- do you see a
4  date on Exhibit 5 as to the date of that document?
5    A.  2012.
6    Q.  Okay.  Do you have any recollection --
7  did Cook ever send anyone to advise you whether
8  there were any changes in their instructions for
9  use between 2008 and 2012 for the Celect filter?
10   A.  No, not that I can recall.
11   Q.  Do you know when the 2012 instructions
12 actually came online and were being used by Cook
13 as opposed to the 2008?
14   A.  No, I do not.
15   Q.  I'm going to ask you, and we can take
16 time off record if -- can you take a look at the
17 instructions for use in both Exhibit 4 and 5 for
18 placement of the Cook Celect filter via a femoral
19 approach that are contained in those two
20 documents?  Can I get you to review those in both
21 documents for me?
22   A.  (Witness reviewing exhibit.)
23   Q.  Have you had a chance to read through
24 both, Doctor?
25   A.  I have.

Page 57

1    Q.  When you placed Andrew Kuhn's filter,
2  can you tell me which of those techniques was
3  used?
4    A.  I -- I don't recall.
5    Q.  Okay.  I've been told in a deposition
6  yesterday that it appears he -- are you familiar
7  with the NavAlign system, the Cook NavAlign system
8  for delivering filters?
9    A.  I'm not.
10   Q.  How did you get trained to implant a
11 Cook Celect filter?
12   A.  The rep will usually come to our
13 department and he'll give a demonstration, an in
14 vitro-type demonstration.
15   Q.  And what do you mean by an "in
16 vitro-type demonstration"?
17   A.  It's not done with a patient.
18   Q.  Did the techniques that you used to
19 implant the Celect IVC filter into Andrew Kuhn on
20 June 3rd of 2012 comply with your understanding of
21 the proper technique for implanting that?
22   A.  It did.
23        MR. ARBON:  Two more numbers.
24        (Exhibits 6 and 8 were marked for
25        identification.)

15  (Pages 54 to 57)

Examination by Mr. Arbon

Page 58

1    Q. (By Mr. Arbon) Now, we're going a
2 little bit out of order here because I didn't do
3 it right, but I'm going to let you look at
4 Exhibit 8, sir, and tell me -- why don't you for a
5 minute -- just take a minute to read through it
6 while I find other copies.
7    A. Thank you.
8       (Witness reviewing exhibit.)
9    Q. Just let me know when you've had a
10 chance to read through it, sir.
11   A. Okay. I've read it.
12   Q. Can you tell me what Exhibit 8 is?
13   A. Exhibit 8 is my op report which details
14 my insertion of the filter.
15   Q. Based upon your review of your op
16 report, your understanding of the techniques
17 necessary to deliver the Celect filter or place a
18 Celect filter, and your review of the two IFUs
19 today, did your technique and your method of
20 implanting the Celect IVC filter into Mr. Andrew
21 Kuhn on June 3rd of 2012 comply with the
22 recommendations in Cook's IFU?
23   A. Yes, it does.
24   Q. Was it a proper method for implanting
25 that device?

Page 59

1    A. Yes, it was.
2       MR. MUMFORD: Unless you have other
3 questions about the op note, I could use a break.
4       MR. ARBON: A break is a good time. I
5 probably do, but it doesn't matter. We can go
6 ahead.
7       THE VIDEOGRAPHER: One second, please.
8 Current time is 3:19. Going off the record.
9       (A short break was taken.)
10      THE VIDEOGRAPHER: And we're back on the
11 record at 3:30 p.m.
12   Q. (By Mr. Arbon) I hate to have you do
13 it, Doctor, but I may have to turn your chair a
14 little bit because again I'm a -- came up a copy
15 short. But if you could take a look, we're
16 looking at Exhibit 8 to your deposition. You had
17 a chance to review the document, correct?
18   A. I did.
19   Q. And that is your interventional
20 radiology report regarding the implantation of the
21 Celect filter in Andrew Kuhn, correct?
22   A. Correct.
23   Q. Can you walk me through this report and
24 the procedure as you performed it on Mr. Kuhn? It
25 starts off with "Using ultrasound guidance." What

Page 60

1 did you do there?
2    A. As opposed to the old way of puncturing
3 the femoral vein would be to just palpate it, we
4 have a landmark, you stick it, and you cannulate
5 it.
6       With ultrasound you can be more precise.
7 You can localize the artery, you can see the vein,
8 exactly where it is, and you can guide your needle
9 doing what we call a single-wall puncture to get
10 into -- access to the vein. So it allows us to
11 have greater accuracy and it's easier to get into
12 the vein. It's faster. We have less guesswork.
13      And then after we puncture the vein and
14 we see there's blood return, venous return, we put
15 a wire through the needle, and that needle -- that
16 wire will go up into the inferior vena cava, and
17 it's over that wire that we will insert the
18 device.
19   Q. And why do you place a guidewire like
20 that?
21   A. Guide wire is done for safety purposes.
22 Before we actually put the filter in, we always
23 put in a -- I notice in the Cook, they say you can
24 inject contrast through their sheath. I never do
25 that. I always -- I or my partners pretty much

Page 61

1 always put a separate -- what we call a pigtail
2 catheter. We get a better injection because it's
3 a pigtail shape. It allows the -- gets the bolus
4 of the dye to outline the cava better than where
5 you just squirt it off the end of a sheath.
6       So I always put a filter in it -- I
7 mean, a pigtail catheter in before I do my
8 cavagram. That gives me a chance -- and there's a
9 ruler placed by the patient's side to allow for
10 magnification. There's always magnification
11 depending on how far the x-ray tube is from the
12 patient, and it allows us to measure the size of
13 the cava, the patency of the cava, and the anatomy
14 of the cava.
15   Q. Is the pigtail catheter the actual
16 device that delivers the dye?
17   A. It is for --
18   Q. For the vena cava -- for the venagram?
19   A. Cavagram, yes.
20   Q. I have seen the films and I'm going to
21 try and maybe take a look at those here real
22 quickly.
23      In films that I have seen, there is a
24 device that literally -- when you say "pigtail,"
25 it looks like it's a curlicue?

16 (Pages 58 to 61)

Examination by Mr. Arbon

Page 62

1    A.  That's the -- that's the pigtail
2  catheter, yes.
3    Q.  Does that pigtail catheter in any way
4  affect the implantation of the IVC filter?
5    A.  No.  This is all done prior to putting
6  the filter in.
7    Q.  Is that removed before the filter is
8  delivered?
9    A.  It's removed over the guidewire, which
10  allows us the main access to the vein that we're
11  going to put in the device.  We don't have to do
12  another puncture.
13    Q.  Does the guidewire remain throughout the
14  procedure?
15    A.  It does pretty much, yes, because it
16  helps us place the device safely.  This way
17  there's less chance of the device actually
18  penetrating the wall because it keeps you in the
19  center of the vessel and it's a device that adds a
20  lot of safety.  All our procedures, the Seldinger
21  procedure is based upon the use of a guidewire.
22    Q.  Your report indicates that the vein
23  was -- the right iliac vein was widely patent as
24  the interior vena cava -- as is the inferior vena
25  cava, without evidence of thrombi.  What does that

Page 63

1  mean?
2    A.  It means that I did not see any clot
3  in -- into the IVC that would preclude us placing
4  the filter.
5    Q.  Normal washout seen at the level of the
6  junction with the left common femoral vein.  What
7  is "normal washout"?
8    A.  Since we're injecting dye into the
9  vessel, there are other vessels feeding into the
10  cava and that would be unopacified blood.  So when
11  we see this jet of unopacified blood, that tells
12  you we have inflow from that vessel.
13    Q.  You have the statement, it should be
14  noted there's no evidence of a duplication on
15  review of the CT scan from 6/2/12.  What do you
16  mean by "duplication"?
17    A.  There's a lot of variation in the way
18  veins are hooked to the -- hooked up and return to
19  the heart, especially as opposed to the arterial
20  system.  There's tremendous variation with veins.
21  And one of the normal variants -- and just as an
22  embryonic fluke, that some people -- when the
23  veins are filled and developing in the embryo,
24  there are many veins, like the cargo veins.  Many
25  of these veins will involute, some will persist,

Page 64

1  and if you have persistence of certain embryologic
2  veins, it can mean that some people can have two
3  inferior vena cavas going up to the heart, or --
4  or the inferior vena cava on the left side
5  typically enters into the left renal vein.
6    So we always look for that because I've
7  had patients where you have a duplication, means
8  we have to put two filters in, one in each leg,
9  because blood is returning via separate channels.
10  So that's what I meant by "duplication."  And if
11  we had the benefit of a prior CT, we look for
12  duplication.  It saves us a lot of work.
13    Q.  So duplication is actually a -- I'm
14  trying to think of the proper word for it -- a
15  congenital condition where you may have actual --
16  two inferior vena cavas instead of one?
17    A.  That is correct.
18    Q.  And I'm going to back up a little bit on
19  the anatomy here, but the vena cava is the central
20  vein for returning blood supply from the lower
21  extremities to the heart; is that a fair
22  description?
23    A.  That is correct.
24    Q.  So you will have veins coming up both
25  the left and right leg.  They come through and

Page 65

1  join into one large vein normally, the IVC,
2  correct?
3    A.  That's correct.
4    Q.  And when I use "IVC," inferior vena cava
5  is common terminology, correct?
6    A.  Yes.
7    Q.  And what you want to do is place the
8  filter based upon the instructions by Cook, and
9  your knowledge is the filter should be placed
10  inside the inferior vena cava above where the
11  veins join from the lower extremities?
12    A.  That's correct.
13    Q.  You were trying to look for evidence of
14  duplication to make sure you didn't have a
15  separate vein that could be -- have blood flow
16  through the heart, right?
17    A.  Correct.
18    Q.  "The level of the renal veins was
19  identified and the size of the inferior vena cava
20  suitable for caval filter insertion."  What do you
21  mean by that in your report?
22    A.  As I said, veins have tremendous
23  variability, and that applies to their size.  And
24  these filters are made to be placed in the --
25  there are certain limits that you -- where you can

17 (Pages 62 to 65)

Examination by Mr. Arbon

Page 66

1  put these filters. If the filter's too big, the
2  device is not going to implant. It doesn't have
3  enough struts wide enough to attach to the wall.
4  And if it's-- the vessel's too small, the filter
5  will not deploy. It's going to be confined by the
6  small shape. And that's usually -- typically we
7  use 30 millimeters for the maximum cutoff and 15
8  for the lower limit that we can use. And had I
9  seen he did not have a suitable anatomy, I would
10 have either been forced to use a different type of
11 filter or not been able to put a filter in at all.
12     Q. Did he appear to have normal anatomy?
13     A. Yes, he did.
14     Q. And he had suitable IVC diameter?
15     A. Yes, he did.
16     Q. If you would take a look at Exhibit
17 No. 4, sir. Have you got it?
18     A. Yes.
19     Q. And do you have page 4?
20     A. Page 4, yes.
21     Q. Can you turn to page 4.
22        Do you see "Contraindications" on
23 page 4, sir?
24     A. I do.
25     Q. And the first one is what?

Page 67

1     A. Filter placement, megacava and
2  microcava.
3     Q. Okay. So the megacava is the diameter
4  of an IVC of what?
5     A. Defined as anything greater than
6  30 millimeters.
7     Q. The next thing they have as a
8  contraindication in the Cook instructions for use
9  is the diameter of the IVC of less than
10 15 millimeters; is that correct?
11     A. That is correct.
12     Q. And then, "Vena cava filters should not
13 be implanted in patients with a risk of septic
14 embolism"; is that correct?
15     A. Correct.
16     Q. Did he have a risk of septic embolism,
17 Mr. Kuhn, Andrew Kuhn?
18     A. Not that I'm aware of.
19     Q. Did he have a microcava?
20     A. He did not.
21     Q. Did he have a megacava?
22     A. He did not.
23     Q. I'm going to ask you to look at Exhibit
24 No. 5. And do you see page 5 of Exhibit 5?
25     A. I do.

Page 68

1     Q. And do you see the contraindications
2  that are in Exhibit 5, which is the 2012
3  instructions for use for the Cook filter with the
4  femoral application, correct?
5     A. I see that.
6     Q. Are the contraindications the same as
7  from the 2008 instructions for use?
8     A. They are the same.
9     Q. Okay. And none of those were present,
10 correct, in Mr. Kuhn, Andrew Kuhn?
11     A. That is correct.
12     Q. I'm going to go back to -- I'm going to
13 jump around, but I'm going to place up here, going
14 back to Exhibit 8, which is your report.
15        You indicate, "Using fluoroscopic
16 guidance, a Cook Celect temporary cava filter was
17 placed within the infrarenal portion of the
18 inferior vena cava." What do you mean by that?
19     A. Once we've gained access to the vein, we
20 switch over to standard radiography, this being
21 fluoroscopy, which is -- allows us to look at the
22 filter in a realtime fashion, and so we're
23 actually watching live the filter going into the
24 cava, being inserted into the cava.
25     Q. When you did the cavagram prior to the

Page 69

1  implantation, was that -- is that fluoroscopic?
2     A. It is -- really, you inject the
3  dye through the pigtail, and that allows us -- we
4  do -- it's like a cine run, where it's alive and
5  it gives us visualization of the cava, but it is a
6  type of -- and fluoroscopy refers to more so when
7  you're just taking spot images, you just kind
8  of -- you don't want to overrate the -- radiate
9  the patient, so you just sparingly use your
10 fluoroscopy so that you can see what you're doing.
11     Q. The cavagram, was that recorded?
12     A. Yes.
13     Q. Have you seen that?
14     A. Not recently, no.
15     Q. Do you know -- I've been provided today
16 with some radiological imaging. Have you had a
17 chance to see what's on these disks?
18     A. Many, many months ago.
19     Q. Do you know if that video of the
20 cavagram is included in this, these images?
21     A. I don't know.
22     Q. Fair enough.
23        MR. ARBON: We may take a break and I'll
24 try and go through them real quick.
25     Q. (By Mr. Arbon) So the venagram -- the

18 (Pages 66 to 69)

Examination by Mr. Arbon

Page 70

1   next line is, "One of the anchoring structures is
2   seen to be somewhat laterally displaced; however,
3   the orientation of the filter appears
4   satisfactory."
5          Explain to me what that means.
6          A.  That was referring to after the filter
7   has been inserted.  When we insert it, we get a
8   picture of it and we -- and it looks good.  And
9   then after we've withdrawn all of the --
10  anything -- any access to the filter, we noticed
11  one of the legs had deviated slightly to the right
12  of the patient, yeah.  But the orientation, the
13  tilt, was still more than satisfactory to be
14  protective.
15         Q.  What level of tilt -- is it your
16  understanding, what level of tilt affects the --
17  the filter to the point where it is no longer
18  going to prevent a pulmonary emboli?
19         A.  The efficacy, I think you're referring
20  to, of the filter would be up to maybe 15 -- if
21  you had 15 degrees or less tilt, you still have
22  enough filtering capabilities to prevent emboli.
23         Q.  Have you ever seen or been provided any
24  clinical studies that support that contention?
25         A.  It's in the literature.  I was not

Page 71

1   presented any literature, per se, from any
2   particular company about that, no.
3          Q.  Do you know if there is any Level I
4   retrospective clinical analysis that's ever been
5   performed to establish that a Cook Celect IVC
6   filter will in fact reduce the risk of pulmonary
7   embolism in a patient?
8          A.  I'm sure there must be literature to
9   that effect.  I don't recall any specific
10  articles.  I can't recall specifically.
11         Q.  I want you to assume for me that it
12  doesn't exist.
13         A.  Okay.
14         Q.  Would you expect a manufacturer such as
15  Cook to tell you that, as a physician who is
16  placing these filters?
17         MR. MANDLER:  Object as to form.
18         THE WITNESS:  No.
19         Q.  (By Mr. Arbon)  You would not expect the
20  manufacturer to tell you there's no literature to
21  support the efficacy of their product?
22         MR. MANDLER:  Same objection.
23         THE WITNESS:  No.
24         Q.  (By Mr. Arbon)  Does it surprise you?
25         A.  No.

Page 72

1          Q.  Do you still feel that there's a strong
2   basis for utilizing IVC filters?
3          MR. ARBON:  Objection to form.
4          MR. MUMFORD:  Objection to form.
5          THE WITNESS:  Yes.
6          Q.  (By Mr. Arbon)  Okay.  Did that
7   anchoring structure stay inside the IVC filter?
8          A.  Yes, it did.
9          Q.  There's no perforation?
10         A.  I -- I can't attest to that.  It was
11  deviated.  It could have perforated at the time of
12  insertion.  These are sharp little barbs that
13  anchor into the wall, so they can perforate.
14         Q.  Have you ever been informed by Cook that
15  if there is -- that perforation by a strut or arm
16  of the Cook filter increases the risk that that
17  filter will fracture?
18         A.  No.
19         MR. MANDLER:  Object as to form.
20         Q.  (By Mr. Arbon)  If Cook had that
21  information available to it, it would be important
22  information for them to provide to the physician
23  who was going to be implanting the device?
24         MR. MANDLER:  Same objection.
25         THE WITNESS:  Correct.

Page 73

1          Q.  (By Mr. Arbon)  If you had that
2   information, that defamation of an arm, including
3   perforation, is going to increase the risk that
4   that filter might fracture, would you have taken
5   that into consideration when you performed your
6   risk-benefit analysis as to whether to place this
7   filter?
8          MR. MUMFORD:  Objection as to form.  You
9   may answer.
10         MR. MANDLER:  Same objection.
11         THE WITNESS:  I would have warned the
12  patient that that is a possibility that the
13  manufacturers have told us about, not that it's
14  going to occur.  And at that point, in my judgment
15  and the clinicians who ordered the filter, they
16  felt a filter was very critical to this patient's
17  care.
18         Q.  (By Mr. Arbon)  And I understand.  For
19  my purpose, I'm going to object to the portion of
20  the answer nonresponsive.  You answered as best
21  you can.
22         I'm talking about specifically to an arm
23  that has perforated the IVC wall.  If you observe
24  a filter that has an arm perforating the IVC wall
25  or you suspect may be perforating through the IVC

Examination by Mr. Arbon

Page 74

1    wall, if Cook had told you that under those
2    conditions there's an increased risk that filter
3    will fracture, would you be more inclined to
4    remove the filter?
5        MR. MANDLER:  Object as to form.
6        MR. MUMFORD:  Same objection.  But you
7    may answer.
8        THE WITNESS:  I would be more likely to
9    remove the filter in an expedient fashion when
10   possible, not at that particular moment.
11       If this filter is oriented correctly
12   and I thought it was providing -- this patient,
13   you have to recall, is so traumatized and he's
14   unstable.  He's on a ventilator and the more we
15   prolong the procedure, the higher risk it is for
16   him.  So it's a risk-benefit decision we make on
17   the spot.  And if I saw that there's a little
18   perforation there and the orientation looked fine
19   and I know I intentionally put in a filter,
20   temporary filter, with all intent of removing the
21   filter, I would have still proceeded as I did.  I
22   thought that that was still the safest for the
23   patient.
24       Q.  (By Mr. Arbon)  Okay.  So even if you
25   knew that the filter you placed in Andrew Kuhn had

Page 75

1    a leg that had perforated the IVC wall and that
2    that increased the risk that that filter would in
3    fact fail due to fracture, you would have left it
4    in him anyway?
5        MR. MANDLER:  Object as to form.
6        MR. MUMFORD:  Same objection, but you
7    may answer.
8        THE WITNESS:  Not on a permanent basis,
9    no.  I would have removed it when he was
10   stabilized and he no longer needed it; in a
11   reasonable timeframe.
12       Q.  (By Mr. Arbon)  Could you have removed
13   that filter once you observed that the anchoring
14   structure had displaced?
15       A.  We could have, but it would have added a
16   lot of trauma to him.  He was already intubated.
17   He had lines coming in his neck, and to remove a
18   filter which is deployed by the femoral approach,
19   being this case a Celect, you have to use a
20   jugular approach.
21       So it'd be -- you'd have to do another
22   procedure on this gentleman, which I didn't think
23   that -- at this point he was in such an unstable
24   case -- you know, condition that it would be worth
25   the risk of doing that, because we had every

Page 76

1    intent of removing this filter in a timely
2    fashion.
3        Q.  Did you treat Andrew Kuhn's case any
4    differently than any other patient in which you'd
5    implanted a Celect filter based upon the fact that
6    this anchoring structure had displaced --
7        A.  No.
8        Q.  -- during deployment?
9        MR. MANDLER:  Object as to form.
10       THE WITNESS:  No.
11       Q.  (By Mr. Arbon)  Had you ever experienced
12   that condition in a Celect filter before?
13       A.  No.
14       Q.  Have you ever experienced it since?
15       A.  No.
16       Q.  So even with this anchoring structure --
17   and we'll take a look at it -- being displaced, it
18   was your decision -- there was no change in your
19   care plan for Andrew Kuhn, and that is, you were
20   going to wait three months before contacting him
21   about retrieval?
22       A.  Correct.
23       .Q.  Do you know if York medical center is
24   still using Cook filter?
25       MR. MUMFORD:  York Hospital?

Page 77

1        Q.  (By Mr. Arbon)  York Hospital.  Sorry.
2        A.  Not to my knowledge, no.
3        Q.  Why did they stop using them?
4        A.  When I had -- when I retired, our new
5    partner brought in another filter that he used
6    extensively and he preferred -- he thought we
7    should use that filter, and so we switched over to
8    another company.
9        Q.  Had -- did that have anything to do with
10   reported failures of Cook filters in York
11   Hospital?
12       A.  I -- I can't say for sure.  I wasn't
13   involved in that decision-making at that time.
14       MR. ARBON:  One of those days.  Well, I
15   may have to take a quick break and find the
16   document I'm looking for.  We can go off record
17   while I do that.
18       THE VIDEOGRAPHER:  Sure.  One second,
19   please.  3:53.  We're off.
20       (A short break was taken.)
21       THE VIDEOGRAPHER:  3:57.  We're back on
22   the record.
23       Q.  (By Mr. Arbon)  Can you tell me who
24   Dr. Goldberg is?
25       A.  Dr. Goldberg is one of our

20  (Pages 74 to 77)

Examination by Mr. Arbon

Page 78

1   interventionalists.
2       Q.  Was he one of your colleagues?
3       A.  Yes, he is.
4       Q.  Did you work with him in 2012?
5       A.  I did.
6       Q.  How about 2013?
7       A.  Yes.
8       Q.  Was he one -- is he the physician you're
9   speaking about that switched York Hospital away
10  from the Celect filter?
11      A.  No, he's not.
12      Q.  Who is that physician?
13      A.  That would be Dr. Danny Wang, W-A-N-G.
14      Q.  What was his position at the time?
15      A.  He was brought in as an
16  interventionalist and actually he was my
17  replacement since I was going part-time.
18      Q.  And do you know what device he brought
19  to York?
20      A.  The Argon option.
21          (Exhibit 9 was marked for
22          identification.)
23      Q.  (By Mr. Arbon)  I'll show you what I've
24  marked as Exhibit No. 9, sir, to your deposition.
25      Do you know who Kevin Tanner is?

Page 79

1       A.  I've heard the name.  I don't recall --
2   I would not recognize him.  I might recognize him,
3   but I don't know him.
4       Q.  Do you know what context you've heard
5   his name?
6       A.  He is the -- our Cook representative.
7       Q.  He's the individual that Cook
8   provides -- do you view these representatives as
9   any kind of a resource to the physicians?
10      A.  Yeah, I think they do.  They show us new
11  devices that are coming on market.  They show us
12  their new devices, of course.
13      Q.  Okay.  I'll just represent to you in his
14  deposition, we presented this e-mail from him.
15  The specific reference I'm going to focus you on
16  is in item No. 1.  He was describing threats to
17  the Cook filter business, and he says, "The
18  biggest threat is overuse of filters and doctors
19  refusing to place filters."
20      Do you feel there's been an overuse of
21  filters in the last few years?
22      MR. MANDLER:  Object as to form.
23      MR. MUMFORD:  I'll join that, but you
24  may answer.
25      THE WITNESS:  I -- with reference to our

Page 80

1   practice, I do not.  All our filters that we put
2   in are -- come from referrals.  We don't
3   actually -- actively solicit filters.  I know
4   historically radiologists are not the only
5   individuals putting in filters.  General surgeons,
6   cardiologists are putting their filters in too.
7   So I don't know, you know, if -- maybe if it's a
8   financial incentive for them to do it, maybe they
9   put more in than they should.
10      But with regards to our practice, I
11  think our indications are followed very strictly
12  and I don't think we're overusing filters, no, I
13  do not.
14      MR. MANDLER:  Object to form to the
15  extent --
16      Q.  (By Mr. Arbon)  The next sentence
17  says --
18      THE REPORTER:  I'm sorry, can you repeat
19  your objection?
20      MR. MANDLER:  I said -- I objected to
21  the extent the answer included speculation.
22      THE REPORTER:  Thank you.
23      Q.  (By Mr. Arbon)  Next sentence says, York
24  lost last -- loss was last year, but I spoke with
25  Dr. Goldberg, an IR, who I have a good

Page 81

1   relationship with and they had a bad time
2   retrieving our filter due to tilt and difficulty
3   retrieving our device.
4       Do you recall a time when the
5   interventional radiologist here at York
6   experienced difficulty with tilt and retrieval of
7   Cook filters?
8       MR. MANDLER:  Object as to form.
9       THE WITNESS:  I know the one -- the
10  short time that Dr. Wang was with us, he removed
11  filters that were difficult.  That's why they were
12  referred to him; they were difficult to remove.  I
13  don't know specifically what filters he was
14  removing, though.
15      Q.  (By Mr. Arbon)  Do you have any reason
16  to disagree with this statement that the reason
17  York stopped using Cook filters was that they were
18  having a difficult time with the filters tilting
19  and being able to be retrieved?
20      MR. MUMFORD:  Objection to form, but you
21  may answer.
22      MR. MANDLER:  Join.
23      THE WITNESS:  Not -- I have -- I have no
24  way of knowing that.
25      Q.  (By Mr. Arbon)  Okay.  Going back to

21 (Pages 78 to 81)

Examination by Mr. Arbon

**Page 82**

1  Exhibit No. 8, Doctor. Just to finish with your
2  note, the next line is, This filter will be
3  scheduled for removal when clinically feasible,
4  correct?
5      A.  Correct.
6      Q.  And without belaboring that point --
7  excuse me. Without belaboring that point, the
8  filter was never scheduled for removal through
9  your office, correct?
10     A.  No, it was scheduled for removal through
11 our office. We had it on the books as being
12 scheduled the night that we put it in. And as I
13 alluded to before, because of a computer glitch,
14 the hospital system overwrote our scheduled return
15 appointment, and so we lost track of the patient
16 at that point. It removed that scheduled return
17 appointment completely off the books, so we had no
18 idea that that filter was out there to be removed
19 because it erased our follow-up schedule.
20     Q.  When did that occur?
21     A.  I would have to check the records. What
22 happened is that we have a Cerner system in place,
23 and when we schedule a return visit for a filter
24 patient, it's scheduled under that patient's
25 identification number while they're an inpatient.

**Page 83**

1  It's an inpatient number. So when they --
2      Q.  I am listening.
3      A.  When they discharged the patient, that
4  number disappeared and it canceled -- it wiped our
5  return -- our notice -- note to have the patient
6  return to have it removed, completely off the
7  books. So at that point we had lost complete
8  contact with the patient. But the return visit in
9  three months was scheduled the evening we put it
10 in.
11     Q.  The precise date?
12     A.  It was -- it would have been scheduled
13 that evening. When we put the filter in that
14 night, that's when they scheduled the return
15 appointment for three months.
16     Q.  Okay. But I mean, did they actually
17 schedule a date, the patient will be here on this
18 date to retrieve --
19     A.  Correct. Correct. Yeah, it was three
20 months, but that would have been what, September
21 something. September, early September he would
22 have been scheduled to be contacted and have it
23 removed.
24     Q.  Okay. And that's a little different
25 than what I'm asking you.

**Page 84**

1      A.  Okay. I'm sorry.
2      Q.  What was actually scheduled? Was it
3  scheduled for someone from your practice or the
4  hospital to contact the patient in three months
5  and arrange for a date for removal?
6      A.  Yes, we would have contacted him, and we
7  would have also contacted the physicians taking
8  care of the patient to say, Can we take -- do you
9  think we can take this filter out. Is he -- is it
10 safe to take the filter out.
11     Q.  But the patient himself was not
12 scheduled for an appointment?
13     A.  I don't think he was given a specific
14 date to return, no. He was scheduled -- you know,
15 we were scheduled to -- in three months to contact
16 him that it needs to be removed.
17     Q.  And that is the data that was lost?
18     A.  Yes. That schedule, that note for us to
19 contact the patient was destroyed at that point.
20 It was no longer in existence when he was -- in
21 existence when he was discharged.
22     Q.  And so that patient was not contacted by
23 your office to schedule a retrieval, that patient
24 being Andrew Kuhn?
25     A.  Correct.

**Page 85**

1      (An off-the-record discussion was held.)
2          (Exhibit 7 was marked for
3          identification.)
4      Q.  (By Mr. Arbon) I will hand you what
5  I've marked as Exhibit 7, Doctor, and ask if you
6  recognize that document.
7          Do you recognize that document?
8      A.  Yes, I do.
9      Q.  Does your signature appear on that
10 document?
11     A.  It does.
12     Q.  What is -- and again...
13         MR. ARBON: We're going to need to see
14 the whole thing.
15     Q.  (By Mr. Arbon) What is Exhibit No. 7?
16     A.  Exhibit No. 7 is immediate postop orders
17 that we write, in this case, following an invasive
18 procedure, usually where there's -- we have
19 catheterized the vessel.
20     Q.  Okay. Is that specific to IVC filters,
21 these discharge instructions?
22     A.  No, it is not.
23     Q.  And I'm really not trying to trick with
24 you here, Doctor, but if I look at the top of
25 this, it says it's discharge instructions --

Examination by Mr. Arbon

Page 86

1    A. Oh, I'm sorry. I'm sorry.
2    Q. -- for IVC filter placement.
3    A. Yeah, you are correct.
4    Q. So is this a specific discharge
5    instruction -- these are discharge instructions
6    that are supposed to be provided to the patient or
7    their representative?
8    A. They would -- they would have been given
9    to the patient.
10    Q. Okay. And since this has Andrew Kuhn's
11    name at the bottom, this is the one that would
12    have been given to Andrew Kuhn or his --
13    A. Parents.
14    Q. -- representative?
15    A. Or his parents, I guess, yes.
16    Q. Does that discharge instruction state
17    anywhere on it that they need to make an
18    appointment to have this Celect filter removed?
19    A. It does not.
20    Q. It does mention: "You should keep the
21    wallet card with you at all times," right, No. 5?
22    A. It does.
23    Q. I'm going to show you what I've marked
24    as Exhibit 6.
25    A. Exhibit 6. I'm sorry, I have two

Page 87

1    copies.
2    Q. Exhibit 6. If you would pass that over
3    to your attorneys.
4        What is Exhibit 6, sir?
5    A. Exhibit 6 is a form that comes with that
6    particular filter. And I don't think the copy
7    shows it, the copy, there's a serial number that
8    identifies -- oh, here. There's a serial number
9    on it that identifies that particular filter that
10    was inserted into that patient.
11    Q. Is this the wallet card?
12    A. I -- I'm not sure. This is basically
13    referring to something of this nature.
14    Q. Okay.
15    A. And I do not -- this is not something
16    that I do personally. Our nurse removes this from
17    the filter device prior -- before we use it, and
18    this is attached to the patient's chart. So at
19    the time of discharge, they are given this
20    particular form which identifies the filter that
21    was put in and the time that it was placed in
22    there.
23    Q. So this identified the -- and I know
24    it's hard to see on the first page, but it
25    identifies that a Celect vena cava femoral

Page 88

1    approach filter was placed in Mr. Andrew Kuhn?
2    A. Correct. Oh, here it is. It says lot
3    number.
4    Q. Okay. Let's go back. Let's go back to
5    the first page.
6    A. It's hard to see it, but --
7    Q. Right.
8    A. -- look up here. It says lot number and
9    there it's kind of worn. Correct.
10    Q. All right. And then is that part of
11    what is given to the patient after the procedure,
12    the second page of Exhibit 6?
13    A. I'm not sure if these are included
14    separately or attached to each other. They are
15    usually attached to the patient's chart to be
16    given to the patient upon discharge, not given to
17    the patient or the family immediately, but upon
18    discharge.
19    Q. It's part of the packaging for the
20    actual kit that's used to place the filter?
21    A. I believe that this is attached to it
22    outside the -- you know, it -- it's not sterile.
23    They remove this before they give us the packet.
24    Q. Going back to Exhibit No. 8, sir, in the
25    second page of your report.

Page 89

1    A. I believe you have my copy.
2    Q. I do. I'm going to put it up there so
3    we can try to work together here.
4        I guess page 1. See this is Exhibit 8,
5    sir? What does that mean, addenda begins --
6    "Addendum Begins"?
7    A. Sometimes if we did not dictate the
8    amount of contrast, our secretaries that sent the
9    documentation, they will add that later on, the
10    amount of contrast that was actually used for the
11    procedure.
12    Q. Okay. So if I'm understanding then, in
13    reviewing your narrative of the procedure, it was
14    observed that the amount of contrast hadn't been
15    noted, so that was added to the record later?
16    A. That's where the addendum ends, right at
17    "contrast 70 cc Omnipaque," which verifies and
18    documents the amount of contrast we used during
19    that procedure. So if it was not in my original
20    report, we add that.
21    Q. Okay. To your knowledge, Doctor, have
22    we now covered all of the documentation that would
23    have borne your name or been generated by you with
24    regard to the placement of this filter in Andrew
25    Kuhn?

23 (Pages 86 to 89)

Examination by Mr. Arbon

Page 90

1      A.  To the best of my knowledge, I don't --
2  I'm not aware of any other documents, no.
3      MR. ARBON:  Why don't we take a break.
4  I'm going to take a look at the imaging, because
5  that's the next thing, I think, logically for me
6  to go through and it would be easier if I just had
7  a chance to look at what's on there.
8      THE VIDEOGRAPHER:  I tell you what,
9  let's change the videotape.  Let's take a break
10  here.  One second, please.  The current time is
11  4:15 p.m.  This ends Disk and Videotape No. 1 of
12  the deposition.  Going off the record.
13      (A short break was taken.)
14      THE VIDEOGRAPHER:  And the current time
15  is 4:31.  Videotape and Disk No. 2 of the
16  deposition.  We're back on the record.
17      Q.  (By Mr. Arbon)  Dr. Kim, with help from
18  counsel, we have gotten some imaging up on the --
19  on the board.  Do you -- can you tell me based on
20  this directory, which of these images would be
21  related to your procedure, your implantation of
22  the Cook filter?
23      A.  None of those.
24      Q.  None of those, okay.
25      A.  Oh, the number, yeah, 3411, and 34 --

Page 91

1  well, there's two 3411s.  One's ultrasound guide
2  insets, what we always put in for a code for the
3  fact that we used ultrasound.  And the other one
4  that says IR inferior vena cava filter, that would
5  have been the cavagram.
6      Q.  Okay.  Well, let me start you -- and
7  I -- we got the 3411, I think that's patient ID.
8      A.  Yeah, you're correct.
9      Q.  So the accession number, is that the
10  number for the specific record, or do you know?
11      A.  That's the specific study that was done.
12      Q.  All right.  So the number -- the study
13  that is 9818521, what is that?
14      A.  That's the cavagram.
15      Q.  I'm going to be marking this disk that
16  contains these images as Exhibit 10 to your
17  deposition, just for identification purposes.
18      (Exhibit 10 was marked for
19          identification.)
20      Q.  (By Mr. Arbon)  So from Exhibit 10, we
21  have these images, correct?
22      A.  There are more images than that.
23      Q.  Okay.  Do you have -- can you tell me
24  how I can page through further?  Oh, there they
25  are.  Got 'em.  I see it now.  All of these

Page 92

1  images.
2      Let's take this image here on the left.
3  Can you tell me what we're seeing there?
4      A.  That's -- you see a little bit of our
5  pigtail catheter that we've inserted via the right
6  femoral vein, and this is before the contrast
7  media has been injected.
8      Q.  When you go to the image on the left --
9  or on the right, what are we looking at?
10      A.  The black column is the contrast media
11  that's injected to outline the inferior vena cava.
12      Q.  So the structure that's containing that
13  black column, that is the actual inferior vena
14  cava for Mr. Kuhn?
15      A.  That is correct.
16      Q.  And that's on June 3rd, 2012.
17      And this image we see down here, is that
18  the pigtail catheter?
19      A.  That is the pigtail.
20      Q.  All right.  Is that going to take me
21  there?  Okay.
22      Can you identify for me, again, this is
23  out of Exhibit 10.  This is of the -- is this the
24  venacavagram?
25      A.  This is part of the same venacavagram.

Page 93

1      Q.  All right.  The device that I've got
2  here highlighted, is that the pigtail catheter?
3      A.  That is the pigtail catheter.
4      Q.  All right.  Is this at the start of the
5  venacavagram from the injection of the dye or is
6  this at the end?
7      A.  I'm not certain.  It looks like the
8  start.  I'd have to see the whole sequence to say
9  for sure.
10      Q.  All right.  The image we have to the
11  right, that is dye going into the vena cava again,
12  defining the -- the borders of the vena cava,
13  correct?
14      A.  Correct.
15      Q.  Does it tell you anything else about his
16  vena cava?
17      A.  It tells me -- if you look to the side,
18  the markers, 32, 33, 34 --
19      Q.  Okay.
20      A.  -- and so on, that is placed at the
21  patient's side at the time of the injection for
22  localization purposes.  We can refer to those
23  numbers.
24      Q.  Those numbers are external to the
25  patient, right?

24  (Pages 90 to 93)

Examination by Mr. Arbon

Page 94

1    A.  That is correct.
2    Q.  And this artifact we see up here, that's
3  an external wire, right?
4    A.  That is correct.
5    Q.  And what about this wire here
6  (indicating)?
7    A.  That's an external wire of some sort.
8    Q.  All right.  Anything significant to
9  this?
10    A.  I can't say that -- I don't see any dye
11  there.  Is that just the beginning of the
12  injection?  I'm not certain.  That's just...
13    Q.  What is this image?  Is this still the
14  cavagram?
15    A.  This is at the end of the procedure.
16  We've just released -- we released the device into
17  the cava.
18    Q.  Can you see in that image the
19  malpositioned structure or anchoring structure you
20  described?
21    A.  I wouldn't say it's malpositioned.
22  Right there we just released it.  This is the
23  device which is no longer in contact with the
24  device, and the alignment looks good.  The legs
25  are all deployed.  There's no -- no displacement.

Page 95

1  The -- there's no tilt.  You have to remember it's
2  parallel to the walls, pretty much parallel to the
3  wall of the cava, so it looks perfectly -- you
4  know, I would be happy with that.
5    Q.  What is this device?
6    A.  That is the deployment device.  This
7  device at one time was attached to this, and now
8  we finished the procedure, we've released it
9  completely, and there, that is the position of the
10  filter and that looks good.  It's oriented
11  properly, the struts are all deployed.
12    Q.  This is prior to deployment again over
13  here on the right, correct?
14    A.  Correct.
15    MR. MANDLER:  Before we move off of
16  that, can we give it -- get an indication or
17  number or name of the image we're looking at now?
18    MR. ARBON:  I have an image time.  I
19  don't know if that helps.
20    MR. MANDLER:  Yes.
21    MR. ARBON:  11:59.13.
22    MR. MANDLER:  And is there -- Doctor, is
23  there a file name or something that we would
24  look --
25    THE WITNESS:  There should be on it, but

Page 96

1  I don't see it on his images here.  Usually it
2  will say image number, you know, physician, and
3  then you'll see a sequence.  There is a time here,
4  there's what, 11:59.  Are they changing here?
5  11:59.  There's 11:51, so that would have been
6  done earlier.  So that was during probably the
7  initial part of the cavagram, and this is at the
8  time where it's just been deployed.
9    MR. MUMFORD:  The images are numbered.
10  It's out of eight.  It is cut off on the left
11  side.  That was 3 of 8.  This is 1 of 8.
12    THE WITNESS:  Yeah.
13    MR. MANDLER:  Just to save time later,
14  Tom, if you don't mind putting that one back up
15  and let me ask one question so we don't have to
16  pull it up later when I --
17    MR. ARBON:  Absolutely not.  That would
18  be too logical.  Go right ahead.
19    MR. MANDLER:  Thank you.
20    You talked about the alignment, Doctor.
21  Is there any indication of any perforation of the
22  wall of the vena cava in this image?
23    THE WITNESS:  No, there is not.
24    Q.  (By Mr. Arbon)  And he's right, it's not
25  showing up on the overhead, but 3 of 8.  It refers

Page 97

1  to SE, colon, 3 of 8.
2    A.  And also there's a time, 11:59.13.  That
3  was 11:51.31.
4    Q.  Okay.  And now we have 11:59.42,
5  correct?
6    A.  Correct.
7    Q.  And over here we have --
8    A.  And that would have probably been --
9    Q.  SE 4 of 8, so it's later in sequence,
10  correct?
11    A.  Yeah, I'm not sure why it says 4 of 8,
12  but that would have been towards the very end of
13  the procedure then, and that's where I saw that
14  the leg had perforated or deviated to the left.
15  But like I say, the previous image, we've already
16  deployed it.  It's in there.
17    And so the difference between that
18  second, 11:59, and the previous study, now that
19  leg is a little off to the -- it was off to the
20  right, I thought it'd perforate, but the alignment
21  was perfectly satisfactory.  There's no tilt on
22  it; no noticeable tilt.  So in perfectly
23  effective.
24    And we would have -- at this point, I
25  had to make a decision; should I try to take it

Examination by Mr. Arbon

Page 98

1  out, which would mean I'd have to go up to the
2  neck and he's already got tubes and catheters in
3  his neck and he's on a respirator, and I'm going
4  to take this filter out in three -- three months,
5  so.
6       MR. ARBON: I've got to object to the
7  narrative as being nonresponsive because I didn't
8  get a chance to put a question in, but let me go
9  through it with you.
10      THE WITNESS: Sure.
11      Q. (By Mr. Arbon) I want to ask you this
12  first of all. If we go back to the prior image.
13      A. Okay.
14      Q. Wait a minute. Which one are we on?
15      MR. MUMFORD: Just hit the arrow back,
16  up there. It's only changing this one. This
17  one's always 1 of 8.
18      Q. (By Mr. Arbon) All right. You've
19  deployed the filter. The filter is in the vena
20  cava at this stage, correct?
21      A. It is.
22      Q. And it's completely out of the delivery
23  system?
24      A. Correct.
25      Q. And that's at 11:59.13 in terms of image

Page 99

1  timing?
2      A. Uh-huh.
3      MR. MUMFORD: Is that a "yes"?
4      THE WITNESS: Yes.
5      Q. (By Mr. Arbon) The next image appears
6  to be at 11:59.42. What am I seeing here?
7      A. That is the leg that I thought
8  perforated, and within that split timeframe it had
9  changed. We have already deployed it, I've lost
10  access to it, and then I see this leg is deviated
11  to the patient's right.
12      Q. So when you deployed the filter, it
13  deployed what appeared to be normally, correct?
14      A. Correct.
15      Q. After deployment and with the only time
16  reference we have available, at 11:59.42, this one
17  arm extended out to the right. Is that what
18  you're telling me?
19      A. Correct.
20      Q. Have you ever seen that happen to a
21  filter before?
22      A. Not like this. I've seen filters when
23  you release them; they can jump, they can tilt,
24  and it's a dynamic thing. It doesn't -- it might
25  not be there one second and then it -- there's

Page 100

1  flow going through that vessel. They can tilt,
2  they can perforate, they can jump, all within a
3  matter of seconds after you've deployed them. You
4  have no control over that.
5      Q. Am I -- I'm glad we have this image here
6  to the right. This was before deployment,
7  correct?
8      A. Correct.
9      Q. Is this the same area of the body?
10      A. Yes, it is. You just don't see the dye
11  here because the dye has already been injected and
12  it's gone.
13      Q. In your view of this cavagram here on
14  the right, with the dye injected, do you see
15  anything about Mr. Kuhn's anatomy that is abnormal
16  or would explain a reason why there'd be this
17  change to the filter?
18      A. No, I do not.
19      Q. So after you'd finished deploying the
20  filter, not at the time of deployment, but
21  sometime after you deployed it, you had retracted
22  the instruments that you used to deploy the filter
23  completely, at least out of the visual field. Was
24  it out of his body by the time?
25      A. No. Here you can see a little bit.

Page 101

1  These are -- these are subtracted images, so it's
2  still there, but it's not in contact with the
3  device anymore.
4      Q. That arm is perforating outside the vena
5  cava, isn't it?
6      A. It's deviated to the right there. I
7  don't know -- and I -- I thought it had perforated
8  at that point.
9      Q. And just so we're clear, "perforation"
10  means that the arm has -- that that metal strut
11  has gone through the wall of the vena cava?
12      A. That is correct.
13      Q. And the next image we have is 11:59.44,
14  correct?
15      A. Right. And then you can see now a dye
16  is injected and we see that this strut has
17  perforated at that point.
18      Q. And why is there dye being injected at
19  this stage of the procedure?
20      A. Because when we saw it had changed
21  within that manner, we still had a catheter in
22  there that we could inject the dye --
23      Q. Okay.
24      A. -- to document that. And I -- also I
25  wanted to check the -- if I may, the orientation

Examination by Mr. Arbon

Page 102

1  of the filter, which I can see is perfectly
2  upright. The other struts are covering the wall.
3  And so it's still in good position. There's no
4  significant tilt here.
5        Q.  And having observed the filter in this
6  position, prior to concluding your interventional
7  procedure for Mr. Kuhn, why is it that you did not
8  go forward and take that filter out at that stage?
9        MR. MUMFORD:  Objection. Asked and
10  answered. I'll let him answer this one more time,
11  but we're not going to do --
12        MR. ARBON:  Last time I'm going to ask
13  it.
14        MR. MUMFORD:  -- any more repetitive
15  questions.
16        THE WITNESS:  When I saw that the filter
17  is positioned still properly, it's going to do the
18  job it's supposed to, it's going to cover to
19  protect him. He's so traumatized, for me now to
20  have to go up to the jugular area and do another
21  procedure, he's got respirators, he's on a
22  tracheostomy tube -- endotracheal tube, he's got
23  lines in his neck. For me to subject this man at
24  this point where he's right out of his trauma bay
25  to another procedure, when I know I can always

Page 103

1  remove this filter, it's going to do the job --
2  this is my decision-making at this point. He's so
3  critical, he's unstable.
4        If I'm going to be taking this filter
5  out, that's why I put a temporary, it's going to
6  do the job for him without doing him any more
7  damage. I've done my job, I've protected him from
8  further pulmonary emboli, and this filter -- he's
9  only 19 years old. This is not the time to be
10  doing more procedures on him. He's freshly
11  traumatized; he's unstable.
12        Q.  (By Mr. Arbon)  And that's what I really
13  want to address with you. In your risk/benefit
14  decision about retrieving the filter at this
15  time, --
16        A.  I think that's a good term.
17        Q.  -- this was certainly not your intent
18  for this deployment to have this -- this arm
19  perforate the IVC upon deployment, correct?
20        A.  Oh, correct. That's very correct.
21        Q.  Would you say that that is an adverse
22  effect for the patient?
23        MR. MUMFORD:  Objection to form, but you
24  may answer.
25        THE WITNESS:  No, I don't think it's

Page 104

1  adversely affecting the patient at this point.
2  It's the filter is going to do -- do the job that
3  it's intended to do.
4        Q.  (By Mr. Arbon)  We can talk about that,
5  but just so we get the orientation correct, the
6  bottom of this image that we're looking at would
7  be where his feet are, correct?
8        A.  Correct.
9        Q.  The top of the image is towards the head
10  and -- well, the heart, and then the lungs and the
11  head?
12        A.  Correct.
13        Q.  For you to remove the filter at this
14  time, you would have had to have started
15  essentially a new invasive procedure, correct?
16        A.  That is correct. Had we put the jugular
17  filter in with the jugular approach, I would have
18  had access. But I don't -- I've lost my access to
19  it once I've released it from the femerat. You
20  cannot grab it and pull it out. Because of the
21  way the struts are made to anchor like a fish hook
22  into the vessel; you cannot retract it. It has to
23  be removed from above.
24        Q.  I'm just trying to make sure I
25  understand what your decision-making was as you've

Page 105

1  explained it. What your decision-making was,
2  given his traumatic state, what he has been
3  through with his car wreck and his condition, did
4  you feel that it might have put his health at
5  jeopardy if at that point you had made another
6  incision in the neck, extended the fluoroscopy
7  time in order to go in and get that filter out?
8        A.  Definitely, yes.
9        Q.  If that arm had not perforated through
10  the IVC like that, would you have had to have even
11  make that determination? Would that have even
12  been a risk/benefit analysis you needed to make?
13        A.  No, I would not have had to make -- make
14  that kind of a decision, the risk versus benefit
15  at that point. I would have still scheduled for
16  him a three-month removal time, but at that point
17  I was faced with this decision at this point.
18        Q.  Fair to say that even if you had wanted
19  to go in and get the filter out because of that
20  defamation, that arm's perforating, given the
21  state of his health, Mr. Kuhn's health at the
22  time, you felt it put his health at too much of a
23  risk to make that attempt?
24        A.  Correct. My only option at that time
25  was to try to manipulate it from below, and

27 (Pages 102 to 105)

Examination by Mr. Arbon

Page 106

1    that's -- I think there's much more risk involved
2    doing that. It's a freshly-deployed filter. We
3    don't know how well it's anchored. The less we
4    monkey with it, the -- manipulate it, the better.
5        Q.  From a medical standpoint, as the
6    interventional radiologist put that in and had
7    this arm perforate the IVC like that, would it be
8    fair to say that you really were left with no
9    option, given his health, state of his health?
10       A.  That's -- that was my decision, yes,
11   based upon his health, correct.
12       MR. ARBON:  We can take that off.
13       (An off-the-record discussion was held.)
14       Q.  (By Mr. Arbon)  Have you reviewed any of
15   the medical records related to the retrieval that
16   was required for that filter in December of 2015?
17       A.  December of 2015?
18       Q.  Yes, sir.
19       A.  No, I have not.
20       Q.  Do you know what was involved with -- or
21   what happened to this filter in Mr. Kuhn?
22       MR. MUMFORD:  And although counsel has
23   said this before, just in case you have forgotten,
24   he's not saying from me.  Do you know from any
25   source other than me what happened to this filter

Page 107

1    in December of 2015?
2        THE WITNESS:  No.
3        MR. ARBON:  Thank you, Counsel.  That's
4    absolutely what I meant.
5        THE WITNESS:  No.
6        Q.  (By Mr. Arbon)  So you never read any of
7    the medical records since getting notice related
8    to Mr. Kuhn and the -- removals that he's been
9    through?
10       A.  That's correct.
11       Q.  Would you be surprised to learn that
12   that filter had fractured?
13       MR. MANDLER:  Objection to form.
14       MR. MUMFORD:  Objection to form.  I
15   mean, I guess you can answer --
16       THE WITNESS:  This is two, three
17   years --
18       THE REPORTER:  Hold on.
19       MR. MUMFORD:  You can answer if you can.
20       THE WITNESS:  Two, three years later,
21   it's hard to predict what can happen to a filter.
22   Yeah, I'd be completely just guessing.  I have no
23   way of knowing whether or not this would have
24   fractured or not.
25       Q.  (By Mr. Arbon)  These filters are

Page 108

1    represented to be capable of permanent
2    implantation, correct?
3        A.  They are.
4        Q.  So one would expect that two, three
5    years would not result in a fracture; wouldn't
6    you, Doctor?
7        MR. MANDLER:  Object to the form.
8        MR. MUMFORD:  I'll object to the form as
9    well.  You may answer.
10       THE WITNESS:  Rephrase that, please.
11       Q.  (By Mr. Arbon)  Yeah.  Would you as a
12   physician anticipate that a filter that is sold as
13   being optional, meaning it can be retrieved or
14   left in as a permanent filter, would fracture
15   within two to three years of implantation?
16       MR. MANDLER:  Same objection.
17       MR. MUMFORD:  Join, but you may answer.
18       THE WITNESS:  It's certainly quite
19   possible.  In two to three years a lot can happen
20   to a filter.
21       Q.  (By Mr. Arbon)  Were you aware when you
22   placed the filter in Mr. Kuhn that perforation of
23   a leg through the IVC filter would increase the
24   risk of fracture of that device?
25       A.  My understanding was actually just the

Page 109

1    opposite.  Perforation with filters, I know with
2    the Celect, is quite common and they are not
3    associated with fracture.
4        Q.  Where do you get that information from?
5        A.  Just from talking to people who insert
6    them, in general going to conferences.  I mean, if
7    you look at the literature, that shows perforation
8    for filters is very common.  We see that -- I
9    can -- I know that from personal experience
10   because we read the CTs on patients who have
11   filters and we see perforations all the time.
12       MR. ARBON:  I need to object to the
13   portion of the answer as nonresponsive to the
14   question asked.
15       Q.  (By Mr. Arbon)  Did anyone from Cook,
16   Mr. Tanner or any other Cook representatives
17   during the course of your placement of Celect
18   filters, tell you that there were tricks and tips
19   that they made available to some physicians to
20   avoid tilt?
21       MR. MANDLER:  Object as to form.
22       THE WITNESS:  No.
23       Q.  (By Mr. Arbon)  Were you ever advised by
24   Cook that there were off-label techniques that
25   were used or recommended by their -- to avoid

28 (Pages 106 to 109)

Examination by Mr. Arbon

## Page 110

1    issues with the deployment of the legs of their
2    Celect filters?
3        A.  No.
4        Q.  If they were aware that certain methods
5    of deployment as outlined by the IFU could result
6    in the slow deployment of legs, causing them to
7    come out at different times, is that information
8    they should have conveyed to you?
9        MR. MUMFORD: Objection to form.
10        MR. MANDLER: Join.
11        MR. MUMFORD: You may answer if you can.
12        THE WITNESS: Yes.
13        Q.  (By Mr. Arbon) Do you know or do you
14    have any idea as to whether or not the issue you
15    had with this leg could be as a result of not
16    knowing that you needed to deploy the filter as
17    quickly as possible once you decide to deploy it?
18        MR. MANDLER: Object as to form.
19        MR. MUMFORD: Join. You may answer if
20    you can.
21        THE WITNESS: It would have been helpful
22    to know that, yes.
23        Q.  (By Mr. Arbon) Had you known that, do
24    you think it is possible that you may have avoided
25    that circumstance of this leg perforating the IVC

## Page 111

1    filter wall?
2        MR. MANDLER: Object to form.
3        THE WITNESS: Correct.
4        MR. MUMFORD: I'll join, but you may
5    answer, and you have.
6        MR. ARBON: Did we get his answer?
7        MR. MUMFORD: He said "correct."
8        THE WITNESS: Correct.
9        MR. MUMFORD: Well, I appreciate it and
10    I'd like to make sure we get it complete.
11        MR. ARBON: Yeah.
12        (An off-the-record discussion was held.)
13        Q.  (By Mr. Arbon) Dr. Kim, if at the time
14    you experienced this -- that you deployed
15    Mr. Kuhn's filter and you experienced this event
16    with the one leg perforating the IVC filter
17    shortly after deployment, if you had been informed
18    that internally at Cook they were always concerned
19    about secondary struts that are in an awkward
20    position, the wire "experiences unusual stresses
21    we have not adequately tested for. Therefore,
22    strut fracture in the future is a possibility."
23    If you had that information, would that have made
24    any difference as to how you treated this patient?
25        MR. MANDLER: Objection as to form.

## Page 112

1        MR. MUMFORD: Objection as to form. You
2    may answer.
3        THE WITNESS: I would probably have
4    brought back -- the patient back even sooner to
5    remove it, when he was more stabilized.
6        Q.  (By Mr. Arbon) With -- absent that
7    information that was available to Cook, it's fair
8    to say that you did not necessarily recognize the
9    level of risk that that strut perforation the IVC
10    presented to the patient --
11        MR. MANDLER: Objection as to form.
12        Q.  (By Mr. Arbon) -- for future fracture?
13        THE WITNESS: Correct.
14        MR. MUMFORD: Join, but you may answer,
15    and you have. Sorry.
16        Q.  (By Mr. Arbon) Can I get your answer?
17        A.  Yes.
18        MR. MUMFORD: I think he actually said
19    "Correct," but it's the same thing. Correct and
20    yes are the same meaning.
21        MR. ARBON: And my -- and my only
22    concern is when he talks while you're objecting --
23        MR. MUMFORD: Understood.
24        MR. ARBON: -- I won't have a clear
25    video to show.

## Page 113

1        MR. MUMFORD: Yes.
2        Just as an aside, if I hear counsel
3    starting to object before I do, out of
4    professional courtesy or at least trying to, I'm
5    going to let him finish and then I'll join and
6    say, "Same objection." So just make sure you're
7    giving us a little bit of time.
8        THE WITNESS: Little time, more time.
9    Thank you.
10        Q.  (By Mr. Arbon) Do you know if Mr. Kuhn
11    had been enrolled in any type of study related to
12    IVC filters when his filter was implanted?
13        A.  No.
14        Q.  Are you familiar with a thing called a
15    CIVC study, C-I-V-I-C [sic] by Cook?
16        A.  No.
17        Q.  Have you ever been asked to have
18    patients participate in that study?
19        A.  No.
20        Q.  Are you -- have you heard of a study
21    called the PRESERVE study regarding IVC filters?
22        A.  No.
23        Q.  Have you ever been asked to enroll any
24    of your patients in that PRESERVE study?
25        A.  No.

Examination by Mr. Arbon

Page 114

1    Q.  So to the extent that these studies are
2    being performed and they're evaluating the
3    performance of IVC filters -- long-term
4    performance of IVC filters, none of the patients
5    that you've treated, to your knowledge, would have
6    been enrolled in those studies?
7        A.  That's correct.
8        Q.  Do you know if anyone here at York was
9    enrolling people in either of those studies?
10       A.  I'm not aware of it.
11       Q.  Is it likely you would be aware of it if
12   it was being done?
13       A.  Not necessarily, because by that time I
14   was not putting them in.
15       (An off-the-record discussion was held.)
16       Q.  (By Mr. Arbon) Doctor, as a physician
17   who implants Cook IVC filters and has put them in
18   patients, do you think it's incumbent on the
19   manufacturer to keep you informed as to any
20   concerns they have about the proven efficacy of
21   their device?
22       MR. MANDLER: Objection to form.
23       MR. MUMFORD: I will object to the form
24   as well, but let me say one thing.  I think your
25   question said, "As someone who's implanting Cook

Page 115

1    filters," and he hasn't done any filter
2    implantations, he said, for at least a couple of
3    years.  So I just want to make that clear.  He
4    hasn't done it since he went into semiretirement.
5        MR. ARBON: Let me rephrase my question
6    for you, Counsel.
7        Q.  (By Mr. Arbon) As a physician who has
8    in the past implanted Cook IVC filters, do you
9    feel that Cook as a manufacturer should keep you,
10   the physician who's making these decisions,
11   informed of any concerns about the efficacy of
12   their product?
13       MR. MANDLER: Object as to form.
14       THE WITNESS: Yes.
15       Q.  (By Mr. Arbon) If you are going to make
16   adequate risk/benefit analysis as to whether
17   use -- to use a Cook Celect filter or a Cook IVC
18   filter, do you think it's important for you to
19   have all the information available as to whether
20   or not Cook products actually are capable of
21   stopping pulmonary embolism?
22       MR. MANDLER: Same objection.
23       THE WITNESS: Yes.
24       (Exhibit 11 was marked for
25       identification.)

Page 116

1        Q.  (By Mr. Arbon) I'll show you what I've
2    marked as Exhibit No. 11, sir.  That's a document
3    that was provided to us in the course of discovery
4    against Cook, and ask you to take a look at that.
5        MR. MANDLER: Which one is 11, Counsel?
6        MR. ARBON: Eleven is the 6/16/2009
7    e-mail.
8        (Witness reviewing exhibit.)
9        Q.  (By Mr. Arbon) Have you had a chance to
10   look at that exhibit, sir?
11       A.  I have.
12       Q.  Let me first ask you, were you ever
13   aware that there was a paucity or a lack of
14   clinical evidence that IVC filter placements could
15   prevent pulmonary embolism?
16       MR. MANDLER: Object as to form.
17       MR. MUMFORD: I'll join, but you may
18   answer.
19       THE WITNESS: I was not.
20       Q.  (By Mr. Arbon) Does this memo surprise
21   you in that regard?
22       A.  Yes, it does.
23       Q.  Were you under the impression when
24   these -- this device was being sold to you by Cook
25   that they would have evidence to support their

Page 117

1    claim that they could reduce or prevent death from
2    pulmonary embolism by using this filter?
3        MR. MANDLER: Object as to form.
4        THE WITNESS: No, I wasn't aware of
5    that.
6        Q.  (By Mr. Arbon) Okay.  My question is,
7    when you were buying Cook filters and using Cook
8    filters -- let me rephrase.  It's compound.
9        MR. MUMFORD: He was never buying them.
10       Q.  (By Mr. Arbon) When you were using Cook
11   filters and being asked to place them in patients,
12   were you ever aware of the fact -- had you been
13   aware of the fact that Cook knew there was no
14   clinically -- insufficient clinically supportive
15   evidence to establish that their filters could
16   prevent fatal PEs, would that be information that
17   you needed to know?
18       MR. MANDLER: Object as to form.
19       THE WITNESS: Yes, it would.
20       Q.  (By Mr. Arbon) Do you think that would
21   have affected whether or not you were going to use
22   a Cook filter in a patient?
23       MR. MANDLER: Same objection.
24       THE WITNESS: Yes, it would.  Or any
25   other filter, for that matter.

30  (Pages 114 to 117)

Examination by Mr. Arbon

Page 118

1    Q. (By Mr. Arbon) If you notice, the date
2 of this memo is June 16 of 2009. That's three
3 years before the Celect filter was implanted in
4 Mr. Kuhn, wasn't it?
5    A. Correct.
6        (Exhibit 12 was marked for
7        identification.)
8    Q. (By Mr. Arbon) I'm going to hand you
9 what I've marked as Exhibit No. 12 and ask you to
10 take a look at that e-mail.
11        MR. ARBON: And this is the e-mail dated
12 8/23/13, Counsel.
13    Q. (By Mr. Arbon) Do you see the date of
14 that e-mail, sir?
15    A. I do.
16    Q. And that's 8/23 of 2013, so that would
17 have been a year and a couple of months after
18 Mr. Kuhn received his filter, correct?
19    A. That is correct.
20    Q. And at this time Mr. Rune Wagner is
21 telling -- is being told by James Gardner, the
22 director of reimbursement and medical science at
23 Cook Incorporated, that there's never been strong
24 clinical evidence supporting filter use. Do you
25 see that?

Page 119

1    A. I do.
2    Q. Does that surprise you?
3    A. Yes.
4    Q. Does it cause you concern about the use
5 of Cook IVC filters in patients such as Andrew
6 Kuhn?
7    A. Yes.
8    Q. Had you been given that information when
9 you were doing your risk/benefit analysis for the
10 placement of the filter in Mr. Kuhn in June 3rd of
11 2012; do you believe it may have changed your
12 decision to use the Celect filter in that patient?
13        MR. MANDLER: Object as to form.
14        THE WITNESS: It certainly would have
15 changed -- maybe I would have decided to use
16 another filter.
17        (Exhibit 13 was marked for
18        identification.)
19    Q. (By Mr. Arbon) I will hand you what
20 I've marked as Exhibit 13 to your deposition and
21 ask you to take a look at that document, please.
22        MR. ARBON: Have I given you guys 13?
23        MR. MANDLER: You have not.
24        MR. MUMFORD: Thank you.
25    Q. (By Mr. Arbon) And I'm sorry, Doctor,

Page 120

1 but I may have to borrow your exhibit because I
2 have passed them all out. Looking at Exhibit 13,
3 Doctor.
4        Does it concern you that in 2009 Cook
5 was aware that, "The strength of evidence is low
6 that IVC filter placement is associated with a
7 lower incidence of pulmonary embolism and fatal
8 pulmonary embolism in hospitalized patients with
9 trauma compared with no IVC filter placement"?
10        MR. MANDLER: Object as to form.
11 Misstates the document.
12        THE WITNESS: And your question being?
13    Q. (By Mr. Arbon) Does that surprise you
14 to learn that Cook had that information in 2009?
15    A. Yes, it does.
16        MR. MANDLER: Object as to form.
17    Q. (By Mr. Arbon) Do you believe if you
18 were given that information, it may have affected
19 your risk/benefit analysis for Andrew Kuhn and
20 perhaps led to a different filter being used or no
21 filter at all?
22        MR. MANDLER: Same objection.
23        THE WITNESS: Yes, it would.
24    Q. (By Mr. Arbon) Once -- in light of the
25 fact that you did not have this information and

Page 121

1 believed it was appropriate for an IVC filter to
2 be used in Mr. Kuhn's case, if I'm understanding
3 it, once it had deployed and had -- that arm had
4 perforated the IVC filter upon deployment, you had
5 no other choice than to leave it for the time
6 being because to do more might have adversely
7 affected his health; is that fair?
8    A. Correct.
9    Q. But I think what you said is, if you had
10 had information about the increased fracturing
11 potential of that saluting arm or that bent arm,
12 you would have made extra effort to make sure that
13 filter was retrieved earlier than the three
14 months.
15        MR. MANDLER: Object as to form.
16    Q. (By Mr. Arbon) Is that my
17 understanding?
18    A. That's correct.
19    Q. Might you have checked on it even as
20 early as his discharge to rehab to see if it could
21 come out if you had had that information?
22        MR. MANDLER: Object to form.
23        THE WITNESS: Or as soon as I knew he
24 was stable; even before he went home. Even before
25 he was discharged, yes.

31 (Pages 118 to 121)

Paszkiewicz Court Reporting (618) 307-9320

Examination by Mr. Mandler

| Page 122 |
|---|
| 1    Q. (By Mr. Arbon) So that might have come |
| 2  out within days if you'd had that information? |
| 3         MR. MANDLER: Object as to form. |
| 4         THE WITNESS: Depending on his condition |
| 5  at that point, yes. |
| 6         MR. ARBON: I'll pass the witness. |
| 7  Thank you, Doctor. |
| 8 |
| 9              EXAMINATION |
| 10            BY MR. MANDLER |
| 11    Q. (By Mr. Mandler) Dr. Kim, again, my |
| 12  name is John Mandler representing the Cook |
| 13  defendants in this litigation. I introduced |
| 14  myself earlier. I'm going to ask you a series of |
| 15  questions, and I'll apologize a little bit in |
| 16  advance, I'm going to be jumping around because |
| 17  much of my questions have already been covered by |
| 18  Mr. Kuhn's counsel. I'll try to be as organized |
| 19  and as efficient as I can in doing that. |
| 20        As an interventionalist radiologist, do |
| 21  you guarantee any patient 100 percent success with |
| 22  any of the procedures you use? |
| 23        MR. ARBON: Objection to form. |
| 24        THE WITNESS: No, I do not. |
| 25    Q. (By Mr. Mandler) And why not? |

| Page 123 |
|---|
| 1    A. I don't think you can ever guarantee |
| 2  100 percent perfection. |
| 3    Q. How long have you been using IVC filters |
| 4  of any kind in your practice? |
| 5    A. Since they first came out back in the -- |
| 6  that would have been in the '70s. |
| 7    Q. How many IVC filters do you think you've |
| 8  implanted? |
| 9    A. It'd be an estimate, 150, 200 maybe. |
| 10    Q. And do you think they were beneficial to |
| 11  your clients? |
| 12         MR. ARBON: Objection to form. |
| 13         THE WITNESS: That was the reason I was |
| 14  inserting them, yes, based upon that belief. |
| 15    Q. (By Mr. Mandler) And I think you |
| 16  testified earlier that you have sources of |
| 17  information as to their efficacy other than -- |
| 18  than Cook. You'd go to conferences, you read |
| 19  literature, correct? |
| 20    A. Correct. |
| 21    Q. And based on those conferences and |
| 22  literature and your understanding of the medical |
| 23  science at that time, you believed they were |
| 24  beneficial to your clients to insert them? |
| 25    A. Correct. |

| Page 124 |
|---|
| 1         MR. ARBON: Objection to form. |
| 2    Q. (By Mr. Mandler) As I understand it |
| 3  from your earlier testimony, one of the reasons to |
| 4  deploy IVC filters is to prevent pulmonary |
| 5  embolisms, or PE, correct? |
| 6    A. To prevent or -- prevent recurrent PE, |
| 7  yes. |
| 8    Q. Okay. Are PEs life threatening? |
| 9    A. Yes, they are. |
| 10    Q. Can you explain to the jury how -- how |
| 11  that would happen? |
| 12    A. Rephrase that, please. |
| 13    Q. Can you explain for the jury how a PE |
| 14  would be life threatening. |
| 15    A. Basically, I think, if the pulmonary |
| 16  artery is occluded, you have no way of oxygenating |
| 17  the blood. There's no way to supply oxygen to the |
| 18  rest of the body if you have severe enough |
| 19  pulmonary emboli. |
| 20    Q. What are some of the risk factors that |
| 21  lead to pulmonary embolism or deep vein |
| 22  thrombosis? |
| 23    A. Sometimes it's hereditary. When you |
| 24  have people who are incapacitated and they're |
| 25  nonambulatory. It's higher in risk with women in |

| Page 125 |
|---|
| 1  pregnancy. Higher incidence of people who become |
| 2  dehydrated, and some people have various factor |
| 3  deficiencies that lead to increased coagulability. |
| 4    Q. Is significant trauma a risk factor? |
| 5    A. Yes. |
| 6    Q. Is smoking a risk factor? |
| 7    A. For DVT? I'm not certain. |
| 8    Q. How about for PE? |
| 9    A. Smoking I think is a risk factor for |
| 10  just about everything. |
| 11    Q. Is -- is major surgery a risk factor for |
| 12  the development of PE? |
| 13    A. Yes. |
| 14    Q. And as related to that, is slow blood |
| 15  flow caused by limited movement after a |
| 16  significant surgery a risk factor? |
| 17    A. Yes. |
| 18    Q. Is tachycardia a risk factor? |
| 19    A. I think indirectly it could be. |
| 20    Q. What is tachycardia? |
| 21    A. Rapid heart rate. |
| 22    Q. How about a history of prior surgeries; |
| 23  would that be a risk factor? |
| 24    A. Potentially. |
| 25    Q. Certain medications, would that be a |

Paszkiewicz Court Reporting  (618) 307-9320

Examination by Mr. Mandler

Page 126

1  risk factor?
2       MR. ARBON: Objection to form.
3       THE WITNESS: Yes.
4       Q. (By Mr. Mandler) And extended bed rest,
5  would that be a risk factor?
6       A. Yes.
7       Q. Would you agree that physicians really
8  only have two tools to proactively prevent blood
9  clots from becoming a PE: Anticoagulants and IVC
10  filters?
11       MR. MUMFORD: Objection to form.
12       MR. ARBON: Objection to form.
13       MR. MUMFORD: But you may answer.
14       THE WITNESS: There are other maneuvers
15  they can do. They can put, for instance,
16  compression stockings or, you know, these
17  pneumatic pumps on their legs while they're being
18  at bed rest; prophylactic-type devices of that
19  nature.
20       Q. (By Mr. Mandler) Okay. Let me ask it
21  another way. Are anticoagulants another possible
22  solution other than IVCs as far as how to address
23  the risk of formation of PE?
24       A. Yes, they are.
25       Q. And do anticoagulants have risks

Page 127

1  themselves?
2       A. They do.
3       Q. What are some of those risks?
4       A. There's always the risk of causing
5  bleeding at undesirable sites, especially if the
6  patient's anticoagulation becomes out of control.
7  People can be allergic to anticoagulants. They
8  can have, you know, hypersensitivity reactions to
9  it. But the main risk is unintentional bleeding
10  at other sites.
11       Q. Prior to June of 2002 [sic], how long
12  had you been using Cook IVC filters?
13       MR. MUMFORD: 2012?
14       MR. MANDLER: 2012, thank you.
15       Q. (By Mr. Mandler) Prior to June of 2012
16  when you implanted a Cook Celect filter in
17  Mr. Kuhn, how long had you been using Cook
18  filters?
19       A. Are you referring specifically to Celect
20  filters?
21       Q. Not yet.
22       A. Okay. I can't answer that. I don't
23  recall.
24       Q. Do you recall how long you had been
25  using Celect filters?

Page 128

1       A. For approximately a year before the
2  filter that we put in Mr. Kuhn.
3       Q. And was there a time where you were
4  using a different type of Cook filter before you
5  started using the Celect filter?
6       A. I don't believe so.
7       Q. So the first time you had any experience
8  with any of the Cook filters was approximately one
9  year before June of 2012?
10       A. Approximately, yes.
11       Q. What type of filters were you using
12  prior to that time?
13       A. We were using permanent filters called
14  Nitinol filters.
15       THE REPORTER: Called what?
16       THE WITNESS: Nitinol.
17       MR. WHO: Okay, yeah.
18       THE WITNESS: We were using Bard
19  filters, the G2 and the Recovery filters.
20  Occasionally, depending if the patient had a large
21  cava, we put in Bird's Nest filters. And those
22  were pretty much, as far as I can recall, the
23  filters we were using.
24       Q. (By Mr. Mandler) Okay. Was the Bard G2
25  a permanent filter or a recoverable?

Page 129

1       A. I can't recall. Of course, the recovery
2  one was temporary. I don't recall.
3       Q. I would have guessed that.
4       A. Yeah. The G2, I don't recall for sure.
5       Q. How long had you been using the Bard
6  recovery filter?
7       A. For several years, I believe. I'm not
8  certain exactly, you know. Quite a long time,
9  though.
10       Q. Was it you that made the decision then
11  to switch from the Bard filters you'd been using
12  to the Celect filters, or your larger practice?
13       A. It was not my decision, no.
14       Q. Whose decision was it?
15       A. It would have been pretty much our
16  division head and maybe our head tech in con- --
17  in talking even to the representatives and even
18  the people who stocked the supplies in our
19  hospital in general.
20       Q. Do you know why that decision was made?
21       A. To switch to Celect?
22       Q. Correct.
23       A. There was dissatisfaction reports about
24  complications resulting from the use of the Bard
25  products.

33 (Pages 126 to 129)

Examination by Mr. Mandler

Page 130

1    Q.  Of those -- were those dissatisfactions
2  one that you experienced yourself?
3    A.  Not personally, no.
4    Q.  How is it that you became aware of that?
5    A.  We saw reports where they had fractured
6  and migrated.
7    Q.  And when you say "we," you mean you and
8  others in your practice?
9    A.  Our practice in general.  When we would
10  discuss filters in general as, you know, sort of
11  continuing medical education, and we would hear
12  this also from other reps, too.
13    Q.  Do you recall hearing that -- any of
14  that discussion from any Cook reps; do you have
15  any recollection of that?
16    A.  No.
17    Q.  As I understood, looking at the various
18  exhibits and medical records we have so far this
19  afternoon, you, Dr. Kim, personally saw Dr. -- or
20  Mr. Kuhn one time, correct?
21    A.  Correct.
22    Q.  And so all of your testimony today is
23  based on that -- that one experience with him?
24    A.  Yes.
25    Q.  You understand from your review of the

Page 131

1  records that Mr. Kuhn was brought to the hospital
2  after a significant motor vehicle accident?
3    A.  Correct.
4    Q.  And were you aware that two of the
5  occupants died on the scene during that accident?
6      MR. ARBON:  Objection to form.
7      THE WITNESS:  I was not.
8    Q.  (By Mr. Mandler)  You're aware that as
9  part of the accident, Mr. Kuhn had a deep
10  near-severing wound on his right upper arm,
11  described as a near amputation?
12    A.  I don't recall.
13    Q.  I think you described how you were
14  brought into the situation as part of a referral,
15  correct?
16    A.  That is correct.
17    Q.  Can you describe for us the form in
18  which that referral was made?
19    A.  The attendant, trauma attendant, would
20  have asked his -- his resident to request that we
21  insert a filter, and we'll get a written request.
22  And I don't recall if they came down -- many times
23  they come down with the patient while they're
24  being attended for other reasons and they'll say,
25  We'd like you to put a filter in this patient.

Page 132

1    Q.  And when that happens, then, do you pick
2  up the chart and look at the records or how do you
3  become familiar with what's going on with the
4  patient?
5    A.  A combination of both.  We look at the
6  imaging that he's had at that time and in -- in
7  talking to the residents.  Usually the residents
8  will give us an update.  He's had various types of
9  injuries, and we'll get a summary from the
10  residents.
11      (Exhibit 14 was marked for
12      identification.)
13    Q.  (By Mr. Mandler)  Mr. Kim [sic], I've
14  handed you what we've marked as Exhibit No. 14.
15  Do you recognize that as one of the WellSpan
16  medical records as it relates to Mr. Kuhn?
17    A.  I can't attest to that.  I've never seen
18  this document before.
19    Q.  So this is not the sort of document that
20  you would review upon your referral for placement
21  of an IVC filter?
22    A.  It is not.  For instance, I look at the
23  date here, 7/19/12, this would have been typed
24  after we had seen the patient.
25    Q.  If you look at the document, in the

Page 133

1  description of the condition of Mr. Kuhn, it says
2  he had a deep near-severing wound on the patient,
3  extreme proximal right arm.  Bleeding is moderate.
4    Do you have any recollection if that's
5  consistent with your own observation of Mr. Kuhn
6  at the time that you did your work?
7      MR. ARBON:  Objection to form.
8      THE WITNESS:  No.  By the time when we
9  see him, he's all dressed and he's got the
10  dressing on those areas.  So I have no idea of the
11  severity of the wound.
12      (Exhibit 15 was marked for
13      identification.)
14    Q.  (By Mr. Mandler)  Dr. Kim, we've -- I've
15  handed you what we've marked as Exhibit No. 15.
16  Do you recognize these records?
17    A.  I do not.
18    Q.  Are these the sort of records that you
19  would have reviewed upon the referral of Mr. Kuhn
20  to you for your work?
21    A.  Not usually, no.
22    Q.  If you can look at what's marked as
23  WellSpan 49 of that -- I think it's the last page
24  of that exhibit.  In the upper right-hand there's
25  a reference that says P-U-L-M contusion.  What do

Examination by Mr. Mandler

Page 134

1  you understand that to be?
2      A.  I believe that's an R.  Right pulmonary
3  contusion.
4      Q.  Okay.  And what does that mean?
5      A.  It means he has a severe concussion or
6  bruising of the lung.
7          (Exhibit 16 was marked for
8          identification.)
9      Q.  (By Mr. Mandler)  Dr. Kuhn, I'll show
10  you what we've marked as Exhibit 16.  Have you
11  seen that document before?
12      A.  I have not.
13      Q.  On the first page of Exhibit 16, halfway
14  through, it says Disability/Neurological Status,
15  it says Glasgow coma scale was 3T.  Are you
16  familiar with the Glasgow coma scale?
17      A.  I've heard of it.  I'm not real familiar
18  with it.  That's the way they grade the level of
19  neurological damage or the neurological condition
20  of the patient, and it's a scale.
21      Q.  And do you know what 3T means on the
22  scale?
23      A.  No, I'm not sure exactly what that is.
24      Q.  I believe you testified earlier this
25  afternoon that shortly before you performed your

Page 135

1  procedure inserting the IVC in Mr. Kuhn, that
2  there was a confirmation of a pulmonary
3  embolism --
4      A.  Correct.
5      Q.  -- of Mr. Kuhn?
6      A.  Correct.
7      Q.  Did you see a report on that?
8      A.  Yes, I did.
9      Q.  What would be the form of that report?
10      A.  Please rephrase.  What form would
11  that --
12      Q.  Yes.
13      A.  It would be a CT report.
14          (Exhibit 17 was marked for
15          identification.)
16      Q.  (By Mr. Mandler)  Dr. Kim, I'm showing
17  you what we've marked as Exhibit 17.  Is that the
18  CT report that you're referencing as far as the
19  confirmation of the existence of the pulmonary
20  embolism?
21      A.  Yes, it is.
22      Q.  And this would have been the -- the CT
23  scan that was done shortly before your procedure?
24      A.  Correct.
25      Q.  That's done by somebody other than you,

Page 136

1  I take it?
2      A.  Yes, it is.
3      Q.  But you reviewed it at the time?
4      A.  Yes, I did.
5      Q.  In paragraph 1 of that document,
6  Exhibit 17, it does say that the findings were
7  consistent with "residual pulmonary embolism,"
8  correct?
9      A.  Correct.
10      Q.  And under the findings there's a
11  sentence that says, "There is a PE involving the
12  posterior aspect of the right upper lobe,"
13  correct?
14      A.  Correct.
15      Q.  What does that mean?
16      A.  It's defining the location that
17  they're -- where they're seeing the actual
18  pulmonary embolus.
19      Q.  At the time that you reviewed the
20  records and performed the procedure to insert the
21  IVC filter in Mr. Kuhn, were you aware of whether
22  or not he had experienced a tachycardic
23  event?
24          MR. ARBON:  Objection to form.
25          THE WITNESS:  I was not.

Page 137

1          (Exhibit 18 was marked for
2          identification.)
3      Q.  (By Mr. Mandler)  Dr. Kim, I'm showing
4  you what we've marked as Exhibit 18.  Have you
5  seen this document before?
6      A.  No, I have not.
7      Q.  Do you recognize the form of the
8  document?
9      A.  It's an EKG report -- well, it's an
10  echocardiogram report.  It's an ultrasound study
11  of the heart.
12      Q.  Bottom of the first page it indicates,
13  "The patient's heart is extremely tachycardic with
14  a heart rate of 150 beats per minute."  Do you see
15  that?
16      A.  I do.
17      Q.  What does that mean?
18      A.  It means that he has a very rapid
19  heartbeat.
20      Q.  And then the second page, under final
21  impressions paragraph 2, it says, "The patient's
22  heart is markedly tachycardic," correct?
23      A.  Correct.
24      Q.  It means the same thing?
25      A.  Correct.

Examination by Mr. Mandler

Page 138

1    Q.  Do you agree, Dr. Kim, that Mr. Kuhn, at
2  the time that you inserted the IVC filter, had a
3  number of risk factors for pulmonary embolism?
4    A.  Correct.
5    Q.  He had already experienced some event of
6  pulmonary embolism, correct?
7    A.  That is correct.
8    Q.  He had had -- or there was some evidence
9  that he had experienced tachycardia, correct?
10    A.  Yes.
11    Q.  He was in the middle of a trauma event
12  and was hospitalized, immobilized because of that
13  trauma event?
14    A.  Yes.
15    Q.  He either had or was going to have major
16  surgery, correct?
17    A.  Correct.
18    Q.  And the records indicate that he's a
19  smoker?
20    MR. ARBON:  Objection to form.
21    THE WITNESS:  I don't recall.
22    Q.  (By Mr. Mandler)  Does the risk of
23  pulmonary embolism compound when there are
24  multiple different risk factors in place?
25    A.  Yes.

Page 139

1    Q.  Would the risk factors for surgery be
2  higher for longer, more complicated surgeries?
3    MR. ARBON:  Objection to form.
4    THE WITNESS:  I'm not sure what you're
5  saying.
6    Q.  (By Mr. Mandler)  Would the risk factor
7  for the formation of pulmonary embolism be higher
8  the more complicated and the longer in time a
9  surgery is?
10    A.  Yes, I think there's a correlation
11  between those two, yes.
12    MR. ARBON:  Objection to form.
13    Q.  (By Mr. Mandler)  Would the existence of
14  the trauma in wounds associated with a
15  motor-vehicle accident be a contraindication for
16  the use of anticoagulants?
17    A.  Yes.
18    Q.  Ultimately the decision of whether to
19  place a filter, an IVC filter, is made by you as
20  the treating physician, correct?
21    A.  Correct.
22    Q.  And in any given circumstance, you don't
23  rely on Cook to tell you whether or not to use a
24  filter, correct?
25    A.  That is correct.

Page 140

1    Q.  And you'll agree that the prescribing
2  physician's in the best position to weigh the
3  risks and the benefits that you've described
4  earlier for any individual patient?
5    MR. MUMFORD:  Objection as to form, but
6  you may answer.
7    MR. ARBON:  I join.
8    THE WITNESS:  Please rephrase that.
9    Q.  (By Mr. Mandler)  You'll agree that the
10  prescribing physician's in the best position to
11  weigh the risks and the benefits for any
12  individual patient?
13    MR. MUMFORD:  Same objection.
14    MR. ARBON:  And I join.
15    THE WITNESS:  Yes, I agree.
16    Q.  (By Mr. Mandler)  And I think you
17  described earlier in this case you did weigh the
18  risks and benefits of using the filter and made
19  the decision to use the filter for Mr. Kuhn?
20    A.  Yes.
21    Q.  Why was it that you chose to use the
22  Cook Celect filter in this instance?
23    A.  That's the only temporary filter we were
24  carrying at the time.
25    Q.  Were you carrying permanent filters?

Page 141

1    A.  Yes, we were.
2    Q.  Why did you make the decision to use
3  the -- a temporary filter?
4    A.  One is his age, is a big factor.  I
5  believe he's only 19 years old.  He's -- so the
6  likelihood of him needing a filter for a long
7  period of time I thought was unlikely and we could
8  always leave it in if we wanted to use that
9  option.  So it gave me the option to remove it,
10  you know, at a later time.  And I thought that
11  mainly because of his age, you might as well put a
12  temporary in.
13    Q.  Did you believe at the time you inserted
14  the Cook Celect filter in Mr. Kuhn, that he needed
15  an IVC filter to prevent further instances of
16  pulmonary embolism?
17    A.  Yes.
18    Q.  And do you still believe that today?
19    MR. ARBON:  Objection as to form.
20    THE WITNESS:  Yes.
21    Q.  (By Mr. Mandler)  Dr. Kim, I want to
22  talk to you a little bit about your knowledge
23  about the risk of implanting IVC filters in
24  January of 2012, and you already spoke to us a
25  little bit about that.  You explained the risks

36  (Pages 138 to 141)

Examination by Mr. Mandler

Page 142

1    that you go through when you use your consent form
2    with patients. Do you recall that testimony?
3        A. Yes, I do.
4        Q. And I assume since those -- the risks
5    that you listed for us and for counsel earlier are
6    ones that you explain to the patients, they're
7    ones that you were aware of and were --
8    specifically were aware of in June of 2012 before
9    you implanted the filter with Mr. Kuhn, correct?
10       MR. ARBON: Objection to form.
11       THE WITNESS: That's correct.
12       Q. (By Mr. Mandler) Do you agree that
13   there's always some risk involved in implanting a
14   medical device?
15       MR. ARBON: Objection as to form.
16       THE WITNESS: Definitely.
17       Q. (By Mr. Mandler) Do you agree that
18   there's no perfect device?
19       MR. ARBON: Objection to form.
20       THE WITNESS: Yes.
21       Q. (By Mr. Mandler) Do you agree that
22   not -- that devices can't have 100 percent
23   guarantee of -- of perfection?
24       A. Yes.
25       MR. MUMFORD: I'm sorry to interrupt for

Page 143

1    one second. Does anyone need this anymore? Can I
2    turn this off? This is hot as all-get-out.
3        MR. ARBON: I may when I come back, but
4    I don't at the moment.
5        MR. MUMFORD: It's just blowing hot...
6        (An off-the-record discussion was held.)
7        Q. (By Mr. Mandler) Dr. Kim, you testified
8    earlier today that the plan when Mr. Kuhn was
9    released was for him to come back in three months'
10   time for removal of the -- of what you intended to
11   be the temporary filter, correct?
12       A. Correct.
13       Q. You were aware that there's always a
14   risk of difficulty in removing an IVC filter,
15   correct?
16       A. Yes.
17       Q. Did you anticipate any difficulties in
18   removing the filter from Mr. Kuhn?
19       MR. MUMFORD: Objection to the form. I
20   don't know that he's testified that he would be
21   doing it, to the extent that you were suggesting
22   that in your question.
23       MR. MANDLER: I wasn't --
24       MR. MUMFORD: Okay.
25       MR. MANDLER: -- but good clarification.

Page 144

1        THE WITNESS: No.
2        Q. (By Mr. Mandler) And I might as well
3    ask: Are you the ones that remove the filter or
4    is somebody else of your colleagues that does the
5    removal?
6        A. No, we all -- all of us remove filters.
7        Q. So it would depend on who would have
8    gotten the referral for that day that Mr. Kuhn
9    came back if he did come back?
10       A. That is correct.
11       Q. Understanding that it didn't happen
12   because of your explanation of the hospital
13   system, what was the intent for the three-month
14   follow-up visit with Mr. Kuhn?
15       A. We would have discussed the setup and
16   established a time when we could have removed it
17   that would have been convenient for the family,
18   and we would have given a quick call to his
19   physician to say is he -- is it all right if we
20   take it out; do you feel that he needs it anymore.
21       Q. And you anticipated my next question,
22   which is, What factors would you consider in
23   making the decision to take it out? One you
24   mentioned was checking with his physician. Is
25   there any other factors you would consider?

Page 145

1        A. If we see -- I mean, as long as he's not
2    bedridden and he's able to come into the hospital
3    and he's stable, then we would have removed it.
4        Q. And -- and why? Given those factors,
5    why then would --
6        A. Because at that point we felt he didn't
7    need it anymore.
8        Q. Going to the risk factors that you said
9    you would -- as far as your typical procedure, you
10   would orally go over as part of the consent form,
11   I think you mentioned that the IVC may be
12   misplaced, it may migrate or be put out of
13   position, may fracture or it may embolize. Do I
14   have that list correct?
15       A. Correct.
16       MR. ARBON: Objection to form.
17       Q. (By Mr. Mandler) Were -- were there any
18   more?
19       A. We would have said perforate too.
20       Q. Okay. Might have perforated, okay.
21       Were those risks that came to your
22   attention based on your years of experience as a
23   radiologist?
24       A. Yes.
25       Q. As well as your review of the literature

37 (Pages 142 to 145)

Examination by Mr. Mandler

Page 146

1  and your attending of the kind of conferences that
2  you described earlier?
3      A.  Yes.
4      Q.  And your knowledge of those risks was
5  independent of what a Cook representative had told
6  you, correct?
7      A.  That is correct.
8      Q.  Dr. Kim, I think you still may have in
9  front of you Exhibits 4 and 5, the two
10 instructions for use, or IFUs.  Do you see those?
11     A.  I have them.
12     Q.  Okay.  I think counsel asked you earlier
13 if you had read a Cook IFU before implanting the
14 Cook Celect filter, and I think you said at least
15 the first time you use a new company's filter, you
16 would read the IFU; is that accurate?
17     MR. ARBON:  Objection to form.
18     THE WITNESS:  Correct.
19     Q.  (By Mr. Mandler)  You don't read it in
20 front of -- or prior to each instance in which you
21 use it, correct?
22     A.  If I'm familiar with the filter, but
23 I'll have it there just in case.
24     Q.  But may not read it every time?
25     A.  Correct.

Page 147

1      Q.  There was some confusion, at least I was
2  confused, about the two different versions.  Do
3  you think you've read both versions that's Exhibit
4  4 and Exhibit 5?
5      A.  I can't recall.
6      Q.  If you're familiar with the product and
7  a new version of the IFU comes out, do you read
8  the new version?
9      A.  If we have it, yes.
10     Q.  Did I understand correctly that your --
11 the purpose for your reading it is to understand
12 the -- the method and the process for -- the
13 recommended method and process for the insertion
14 of the product?
15     MR. ARBON:  Object to form.
16     THE WITNESS:  That's correct.
17     Q.  (By Mr. Mandler)  You mentioned that you
18 started your practice and you personally started
19 using the Cook Celect IVC filter about one year
20 prior to when you implanted it with Mr. Kuhn in
21 June of 2012, correct?
22     A.  As best as I can recollect, yes.
23     Q.  The list of the potential risks that we
24 talked about in connection with your consent form
25 that you used with your patients, were you using

Page 148

1  that list of potential risks with patients prior
2  to -- I guess it would have been June of 2011 when
3  you were using other devices other than the Cook
4  Celect filter?
5      A.  I was.
6      Q.  If you could turn to Exhibit 8.
7      MR. MUMFORD:  That's his op note?
8      MR. MANDLER:  It is.
9      Q.  (By Mr. Mandler)  Did you find it?
10     A.  I found it, yes.
11     Q.  A couple things I just wanted to clarify
12 on this document.
13         On both page 1 and page 2 of the
14 document, it says Performed Provider Name, and it
15 says Amanda M. Godfrey.  Who was Amanda M.
16 Godfrey?
17     A.  She would have been the interventional
18 technician that assisted me while I inserted it.
19     Q.  But you yourself did the actual
20 insertion?
21     A.  Correct.
22     Q.  Why does her name show up under
23 Performer Provider Name, do you know?
24     A.  I'm not sure why they put it there, but
25 there is always an assistant who is handing you

Page 149

1  the devices and -- while you're inserting it.
2      Q.  Okay.  Is there something on this
3  document where I can tell it's associated with
4  you; is your name or initials or a code or
5  something here somewhere?
6      A.  And we're referring to Exhibit 8; is
7  that correct?
8      Q.  Yes, sir.
9      A.  I mean, this is dictated by myself.
10     Q.  And since you said at the beginning you
11 don't remember Mr. Kuhn, how do you know that?  Is
12 there something I should look at?
13     A.  Oh, I see.  This report would have been
14 signed by myself.  I don't see it here, but we --
15 this is like any other x-ray report, we sign our
16 x-ray reports.  This is a dictated document and it
17 requires that we sign it.  I don't see the
18 signature on here.
19     MR. MANDLER:  And just so I don't have
20 to spend more time on this, Counsel, I understand
21 the signed version is on the disk that we were
22 provided today?
23     MR. MUMFORD:  It should be.
24     MR. MANDLER:  Okay.  Thank you.
25     MR. MUMFORD:  What I told counsel, so

38 (Pages 146 to 149)

Examination by Mr. Mandler

Page 150

1  we're not -- don't have secrets or anything here,
2  this is obviously an electronic document that's
3  printed in hard copy. There is what appears to be
4  a website address, for lack of a better term
5  there. If you would click on that in the computer
6  record, you would see the signed version,
7  electronically signed, that Dr. Kim did. I
8  believe that every disk that is produced you can
9  actually see the electronically-signed report on
10 that disk.
11     Q. (By Mr. Mandler) You described earlier
12 that the process you used was a femoral insertion.
13 Why did you make the decision to do a femoral
14 insertion?
15     A. Femoral is because of his condition. I
16 didn't really have access to his neck at the time,
17 and the femoral insertion is very -- you know,
18 it's one that I put in a lot of filters in that
19 fashion, so I was comfortable with the femoral
20 route also.
21     Q. Dr. Kim, we looked at a disk which
22 counsel marked as Exhibit 10 which showed a series
23 of images around 11:59.13 through 11:59.44 of the
24 time of the surgery. Do you recall that?
25     A. Yes.

Page 151

1     Q. And Image 3 of 8, there was no
2  perforation, and then starting with Image 4 of 8
3  you indicated that you saw one of the struts
4  displaced and you believe it perforated the vena
5  cava, correct?
6     A. Correct.
7     Q. And that is -- coincides with the entry
8  on Exhibit 8, on the second page, that says, "One
9  of the anchoring structures seems to be somewhat
10 laterally displaced; however, the orientation of
11 the filter appears satisfactory," correct?
12     A. That's Exhibit 8.
13        I guess it doesn't say that on my
14 Exhibit 8. Let me just see here.
15     Q. So...
16     A. Yes, yes. Here it is. You're correct.
17     Q. Did you find it?
18     A. Yes.
19     Q. I want to make sure that that entry is
20 the same thing as what we were looking at on the
21 images of what you described as one of the struts
22 being displaced and perforating the wall.
23     A. That's correct.
24     Q. Can there be lateral -- in your
25 experience, can there be lateral displacement

Page 152

1  without perforation?
2     A. It's unlikely. We place these -- it
3  could go out into a renal vein. That's a
4  possibility. It seems that those would be the two
5  possibilities that I know of.
6     Q. Other than the images that we looked at
7  from actually at the time of the surgery, are you
8  aware of any other images after the time of the
9  insertion but before Mr. Kuhn was discharged that
10 would have documented the state of the perforated
11 strut of the IVC filter?
12     A. If he had CTs, possibly after they --
13 after we put it in, yes.
14     Q. And have you -- without asking whether
15 you've talked about anything with counsel, have
16 you recently seen a review? Do you know whether
17 he has CTs?
18     A. I don't know which studies he had after
19 that, no.
20     Q. But as I understand your testimony, you
21 felt it was stable enough that it could remain in
22 place, do its job, and then be removed at that
23 three-month period?
24     A. That is correct.
25     Q. Okay. One more question for that

Page 153

1  Exhibit 8.
2        Looking at that same section, the
3  second-to-last sentence says, "This filter will
4  also be scheduled for removal when clinically
5  feasible." And we talked about what your plan was
6  for that. But what does that term mean,
7  "removable when clinically feasible"?
8     A. It infers that we would have seen how
9  the patient is doing, checked with his referring
10 physicians who are ongoing-care physicians to see
11 if they had any objections for us removing the
12 filter or replacing it or whatever.
13     Q. Okay. And that's the process that we
14 discussed earlier?
15     A. Yes.
16     Q. I know you testified you didn't see
17 Mr. Kuhn again and weren't involved in the
18 retrieval. Do you know whether in 2015 when he
19 sought a retrieval or removal of the IVC filter,
20 whether he consulted with anybody in your practice
21 group?
22     A. I learned that he did consult with one
23 of my -- one of my partners, yes.
24     Q. And what did you learn about that?
25     A. That they had met to discuss the

39 (Pages 150 to 153)

Examination by Mr. Mandler

Page 154

1  condition to have it removed.
2      Q.  And when do you understand that
3  happened?
4      A.  Sometime three years later.
5      Q.  Okay.  And do you know what your partner
6  in the practice recommended?
7      A.  I believe he recommended that it be
8  removed.
9      Q.  And do you know, then, how it is that
10  the removal came to take place through Mr. Kuhn
11  working with Dr. Lynch as opposed to working with
12  your colleague?
13      A.  I believe -- and I don't know this for
14  sure, that he, "he" being Dr. Goldberg who met
15  with Mr. Kuhn's family, recommended that they take
16  it out and remove it at Hershey.
17      Q.  And Hershey is where Dr. Lynch
18  practices?
19      A.  I believe so, yes.
20      Q.  Okay.  So your understanding is that it
21  was Dr. Goldberg ultimately referred Mr. Kuhn to
22  Hershey?
23      A.  Yes.
24      Q.  Then I think it's obvious from your
25  testimony, but do I understand correctly that

Page 155

1  after the three-month reminder didn't occur,
2  Mr. Kuhn didn't contact you -- either you or
3  your practice until this period three years later?
4      A.  That's correct.
5      Q.  Is there anything else about your
6  interaction with Mr. Kuhn or your placement of the
7  IVC filter in Mr. Kuhn that we haven't asked you
8  about or haven't discussed that you can recall?
9      A.  Not that I can recall, no.
10      Q.  Counsel asked you earlier about any
11  interactions you may have had with a Mr. Kevin
12  Tanner from Cook.  As I understand it, you said
13  you might recognize him, but you don't remember
14  any specific discussions; is that correct?
15      A.  That's correct.
16      Q.  Do you know when you would have even
17  first known of Mr. Tanner or who he is?
18      A.  It could be that while they were
19  demonstrating the filters to us, when they come
20  out, then they usually stop by and they
21  demonstrate to -- outside the -- I call it the
22  in-vitro type of demonstration.  It might have
23  been Mr. Tanner.  I can't recall who the rep was.
24      Q.  Okay.  So you said it could be or might
25  have been.  I take it you don't actually have a

Page 156

1  recollection of ever meeting him?
2      A.  That's correct.
3      Q.  Okay.  Mr. Kim, do you have any -- or
4  I'm sorry, Dr. Kim, do you have any experience
5  with FDA regulations or registrations of medical
6  devices?
7      A.  No.
8      Q.  Mr. Arbon asked you about some internal
9  Cook communications and quoted some of that
10  language without showing you the document he was
11  quoting or the context of it.  You don't know
12  where that information came from, you weren't
13  included on those e-mails, and you don't have any
14  basis of knowing in what context those statements
15  were made, correct?
16      MR. ARBON:  Objection to form.
17      MR. MUMFORD:  You can answer if you can.
18      THE WITNESS:  Correct.
19      Q.  (By Mr. Mandler)  Okay.  Now, he did
20  show you another series of documents that he did
21  quote from, and I'll ask you specifically about
22  some of those.  Those include Exhibits 11, 12 --
23  I'm sorry, 9, 11, 12, and 13.  Do you have those
24  in front of you?
25      A.  9, 11, and 13?

Page 157

1      Q.  12 and 13?
2      A.  12 and 13.  I don't see it, No. 12.
3      MR. MUMFORD:  That may have gone back
4  over there.  Maybe I stole it.
5      THE WITNESS:  I have 12.  Sorry.
6      Q.  (By Mr. Mandler)  No worries.
7      All right.  Do you have those in front
8  of you, Dr. Kim?
9      A.  Yes, I do.
10      Q.  None of these documents were generated
11  by you, correct?
12      A.  That's correct.
13      Q.  And none of them are addressed to you,
14  correct?
15      A.  Correct.
16      Q.  None of them were written by you?
17      A.  That's correct.
18      Q.  You weren't copied on any of those?
19      A.  Correct.
20      Q.  You hadn't seen any of these before your
21  deposition here today?
22      A.  Correct.
23      Q.  You don't know the intent of the authors
24  writing these documents, correct?
25      A.  That's correct.

Examination by Mr. Mandler

Page 158

1    Q. Exhibit 9 was authored on
2  January 15th of 2013 after the time of the -- or
3  your insertion of the IVC filter in Mr. Kuhn,
4  correct?
5    A. Correct.
6    Q. Exhibit 12 was authored on August 23rd,
7  2013. That was after the insertion of the IVC
8  filter in Mr. Kuhn, correct?
9    A. That is correct.
10    Q. Now, Mr. Kuhn's counsel showed you
11  Exhibit 13 and made various reference to it as
12  being a 2009 document.
13    If you look at Exhibit 13, there isn't
14  anything on there that says 2009, is there?
15    A. I do not see any reference to 2009, no.
16    Q. And in fact, isn't Exhibit 13 the exact
17  same two pages that are the second and third pages
18  of Exhibit 12, the document that's dated
19  8/23/2013?
20    MR. ARBON: You have me lost now.
21    THE WITNESS: You're saying that 12 and
22  13 are identical documents? Is that what you're
23  saying?
24    Q. (By Mr. Mandler) Pages 2 and 3 of 12
25  are the same as Exhibit 13, are they not?

Page 159

1    A. I only have one page to Exhibit 12.
2    MR. MANDLER: You intended these to be
3  separate? It was handed to me as a single
4  document.
5    MR. ARBON: If you show me what you've
6  got, I can... I didn't realize I'd done that. We
7  can put them together. Let me find mine just real
8  quick.
9    MR. MANDLER: I just want mine to
10  reflect what the original is. Do you intend
11  Exhibit 12 to just be the single page?
12    MR. ARBON: I think that's how I marked
13  it, but I think 13 is next.
14    THE WITNESS: That's 12 and this is 13.
15    MR. ARBON: And 13 is the same one. Why
16  I did that, I can't give you a good answer.
17  That's probably how it was.
18    Q. (By Mr. Mandler) Let's look at
19  Exhibit 12 for a minute. That's the one dated
20  8/23/2013, correct?
21    A. That's correct.
22    Q. And that's after Mr. Kuhn had his
23  implant, correct?
24    A. Correct.
25    Q. First sentence refers to strong clinical

Page 160

1  evidence. You don't know what the author meant by
2  "strong clinical evidence," do you?
3    A. No.
4    Q. You agree that in 2013 when this was
5  written, the Celect filter had been on the market
6  for approximately five years?
7    A. I know we were using it for about a year
8  prior to that. I'm not sure exactly when it came
9  on to the market.
10    Q. Do you have any reason to disagree that
11  it first came on the market approximately 2007?
12    MR. MUMFORD: Objection to the form. He
13  said he doesn't know when it came on the market.
14  But you can answer.
15    THE WITNESS: I don't know when it came
16  on the market.
17    MR. ARBON: I'll join in the objection.
18    Q. (By Mr. Mandler) Would you agree that
19  the best clinical evidence of the performance of a
20  filter is how it actually provides -- performs in
21  the real world when it's implanted in patients?
22    MR. ARBON: Objection to form.
23    THE WITNESS: Unless -- I really can't
24  comment on that because just because we're using
25  it in the real world, I don't know how it -- what

Page 161

1  the overall results were that everybody are
2  obtaining by using that device. I have no way of
3  knowing that for sure.
4    Q. (By Mr. Mandler) Do you know how many
5  Celect -- Cook Celect IVC filters had been sold
6  prior to this memo being written on August 23rd of
7  2003 [sic]?
8    A. I do not.
9    Q. And do you know of those, how many --
10  how many had negative experiences?
11    A. No.
12    Q. Would you agree in your experience that
13  you have seen long-term clinical successes with
14  IVC filters?
15    MR. ARBON: Objection to form.
16    THE WITNESS: In the sense that we have
17  not heard of any adverse effects by us using them,
18  yes.
19    Q. (By Mr. Mandler) Well, and don't you
20  also believe that the ones that you've implanted
21  have successfully prevented pulmonary embolisms?
22    MR. ARBON: Objection to form.
23    THE WITNESS: I would hope so, but
24  people die of other morbidities, so we have no way
25  of knowing.

41 (Pages 158 to 161)

Examination by Mr. Mandler

Page 162

1    Q.  (By Mr. Mandler)  Have you seen evidence
2   in your own patients where they have developed
3   pulmonary embolisms after you implanted the Cook
4   Celect filters?
5    A.  Not that I can recall.
6    Q.  Plaintiff's counsel referred to an
7   e-mail regarding, quote, off-label retrievement
8   techniques and didn't show you that document.
9   You've never received or saw that e-mail, have
10  you?
11   A.  I have not.
12   Q.  You don't know who wrote it and you
13  weren't copied on it?
14   A.  That's correct.
15   Q.  Counsel referred to a Cook
16  communication, without showing you the document,
17  that the IVC filter should be deployed, quote, as
18  quickly as possible.  Do you recall that question?
19   A.  Yes.
20   Q.  And you never saw that document, it
21  wasn't e-mailed to you, you don't know who the
22  author was, correct?
23   A.  Correct.
24   Q.  Was there anything about your procedure
25  in implanting the filter in Mr. Kuhn where you

Page 163

1   conducted the procedure slowly?
2       MR. MUMFORD:  Objection to the form.
3       MR. ARBON:  I will join.
4       MR. MUMFORD:  You may answer.
5       THE WITNESS:  No, we had no difficult.
6   I mean, it proceeded in the usual timeframe that
7   most of the filters -- there was nothing
8   exceptional about that filter.
9    Q.  (By Mr. Mandler)  Is there anything that
10  you could have sped up?
11   A.  No.
12       MR. MANDLER:  All right.  I think I'll
13  take a little bit of a break and double-check my
14  notes.  I think I'm close to being finished.
15       THE VIDEOGRAPHER:  Quick question.  I
16  have eight minutes left on the tape.  Be a good
17  idea to change tape?
18       MR. ARBON:  Yes.
19       THE VIDEOGRAPHER:  And the current time
20  is 6:23 p.m.  This ends Disk and Videotape No. 2
21  of the deposition.  Going off the record.
22       (A short break was taken.)
23       THE VIDEOGRAPHER:  6:32 p.m.  Videotape
24  and Disk No. 3 of the deposition.  Back on the
25  record.

Page 164

1    Q.  (By Mr. Mandler)  Dr. Kim, have you ever
2   participated in any research or larger studies as
3   it relates to IVC filters?
4    A.  No, I have not.
5    Q.  Are you familiar with the concept of
6   Level I randomized studies?
7    A.  No.
8    Q.  If there was a patient population
9   subject to a study and that patient population was
10  at risk for pulmonary embolism, would there be in
11  your mind any ethical concerns with giving one
12  cohort an IVC filter and withholding the IVC
13  filter from another cohort in that population?
14       MR. MUMFORD:  Objection to the form.
15  Are you asking is it ethical -- if you can answer
16  that.
17       MR. MANDLER:  Let's stop with the
18  speaking objections.  Go ahead.
19       MR. MUMFORD:  Not speaking objection,
20  but --
21       THE WITNESS:  Do I have an ethical --
22  personally have a problem with that?
23   Q.  (By Mr. Mandler)  Would you believe
24  there'd be any ethical concerns with developing a
25  study with a patient population that had the risk

Page 165

1   of developing pulmonary embolism where you gave
2   one cohort within that population the placement of
3   an IVC filter and withheld it from another?
4       MR. MUMFORD:  Same objection.
5       MR. ARBON:  Objection to form.
6       THE WITNESS:  Yes.
7    Q.  (By Mr. Mandler)  You testified earlier
8   in response to some questions from plaintiff's
9   counsel that if you had certain information, you
10  would have considered using another filter with
11  Mr. Kuhn.  Do you recall that?
12   A.  Yes.
13   Q.  As I understood your testimony later in
14  response to my questions, you had two IVC filters
15  available:  A permanent one and the Cook Celect,
16  correct?
17   A.  Correct.
18   Q.  Are you saying you would instead put a
19  permanent filter in?
20       MR. ARBON:  Objection to form.
21       THE WITNESS:  I probably would have
22  opted but told the family that I don't have -- if
23  I don't have an effective temporary filter, I'll
24  have to put a permanent filter in.  This is what I
25  would have told the family, but -- and since I --

42  (Pages 162 to 165)

Examination by Mr. Mandler

Page 166

1    I can't remember our exact inventory, but I would
2    believe we only had one -- we only had a Celect
3    for a temporary filter and probably the Nitinol
4    and I probably would have used the Nitinol.
5        Q.   (By Mr. Mandler)  Even though your
6    records show that the intent was to put a
7    temporary filter in a 19-year-old patient to be
8    able to take it out in three months, and you
9    testified that based on your view of the
10   radiology, you thought it was stable and could
11   come out in three months?
12       MR. ARBON:  Objection to form.
13       THE WITNESS:  I guess I'm
14   misinterpreting your question.  You're saying that
15   if I had evidence that that filter did not work,
16   would I have used -- still used it; is that what
17   you're asking me?
18       Q.   (By Mr. Mandler)  I -- I'm not
19   suggesting that.  You responded to a question from
20   counsel --
21       A.   I see.
22       Q.   -- asking you to speculate if there was
23   evidence of it not performing, what you would do.
24   I'm just following up on your response to that,
25   Doctor.  You said you would use a different

Page 167

1    filter.  It appeared to me you only had two that
2    were available to you, so your options were
3    putting a permanent one into a 19-year-old patient
4    or not put one in at all, or use the Cook Celect
5    filter.  Do you agree that those were your
6    options?
7        MR. MUMFORD:  Objection to form.  You
8    may answer.
9        MR. ARBON:  Objection to form.
10       THE WITNESS:  If I have a filter that --
11   and somebody -- and they show me that it doesn't
12   work, why would I use it?
13       Q.   (By Mr. Mandler)  Did anybody ever show
14   you the -- the Cook filter didn't work?
15       A.   No.
16       Q.   Do you believe today that the Cook
17   filter didn't work?
18       MR. ARBON:  Objection to form.
19       THE WITNESS:  No.  I have no evidence
20   that it did not work.
21       MR. MANDLER:  Thank you.  I have no
22   further questions.
23            EXAMINATION
24            BY MR. ARBON
25       Q.   (By Mr. Arbon)  We certainly know that

Page 168

1    Mr. Kuhn's filter did not work the way you
2    intended, right?
3        A.   It worked in the sense that he didn't
4    have recurrent pulmonary emboli.
5        Q.   Okay.
6        A.   And that was the intent of putting it
7    in.
8        Q.   You have no evidence his filter was ever
9    challenged by any emboli, right?
10       A.   Correct.
11       Q.   So you don't know if it worked to
12   prevent pulmonary emboli in his case?
13       A.   I have no evidence of that, no.
14       Q.   So -- but what we do know, and I'm not
15   saying this was ever your intent, but what we do
16   know is that filter failed and fractured, right?
17       MR. MANDLER:  Object as to form.
18       THE WITNESS:  It fractured, but does
19   that -- doesn't necessarily equate to having it
20   failed.  It still had a function.
21       Q.   (By Mr. Arbon)  That function was not to
22   fracture and send a strut to his heart, correct?
23       MR. MANDLER:  Object as to form.
24       THE WITNESS:  No, that's never the
25   function of a filter.  The function of a filter is

Page 169

1    something different.
2        Q.   (By Mr. Arbon)  Counsel had asked you
3    about documents that I talked about but hadn't
4    shown you.  Let me show you, and this is the only
5    one I've got.  This was a document from
6    Mr. Tanner's deposition.  It's Tanner No. 10.
7        MR. MUMFORD:  It's not in there.
8        MR. ARBON:  It's not there, sir.  It's
9    from a deposition yesterday.
10       I'm going to use the Elmo, if you don't
11   mind.  Do you want to see it that way or read it
12   up there?
13       MR. MUMFORD:  That's fine.
14       Q.   (By Mr. Arbon)  Let's start at the
15   bottom.  Do you see where it says Bruce Fleck is a
16   product specialist, Darrell Talbert is the global
17   product manager, and Susan Brackney is the global
18   marketing manager, and others are the signatories?
19   Do you see that?
20       A.   Yes.
21       Q.   Okay.  And it's directed -- it's dated
22   April of 2014 and directed to the peripheral reps,
23   correct?
24       A.   Correct.
25       Q.   "Earlier this week we sent an article

43  (Pages 166 to 169)

Examination by Mr. Arbon

| Page 170 | Page 172 |
|---|---|
| 1  describing an off-IFU technique for reducing tilt | 1  Q. On the top e-mail. Kevin Tanner, right? |
| 2  on the femoral deployment," and that's related to | 2  I apologize. I'm looking at the wrong e-mail. I |
| 3  Cook IVC filters, is it not? | 3  apologize. It's Frank -- Kevin Tanner, right? |
| 4  A. Correct. | 4  Let me start that whole question over. |
| 5  Q. To your knowledge, has Cook ever | 5  This e-mail that's dated Thursday, |
| 6  provided you with any off-label techniques for how | 6  October 11 of 2007 to Dr. Lynch is from Kevin |
| 7  to prevent problems with their IVC filters? | 7  Tanner, the same Cook rep that was coming to your |
| 8  A. Not to my knowledge. | 8  hospital, correct? |
| 9  Q. Do you think that that's something maybe | 9  A. Correct. |
| 10  they ought to distribute through the instructions | 10  Q. And do you see where he says, "Just |
| 11  for use to the physicians and not rely on their | 11  wanted to remind you that you deploy the main |
| 12  sales reps? | 12  struts on the femoral quickly. If you deploy |
| 13  MR. MUMFORD: Object as to form. I'm | 13  slow, some of the legs may come out at different |
| 14  not going to allow him to answer what Cook should | 14  times and cause some tilt. Just a trick I learned |
| 15  or should not do. I'll certainly let him answer | 15  over the years." Do you see that? |
| 16  to what he would want. | 16  A. I do. |
| 17  MR. ARBON: I'll restate it. | 17  Q. Now, if he's sharing that information |
| 18  Q. (By Mr. Arbon) As a physician who is | 18  with Dr. Lynch, do you think it would be |
| 19  being asked to deploy the product, if it's | 19  appropriate from a physician's standpoint for Cook |
| 20  recognized there is a tilt issue in the product | 20  to share that same information in their |
| 21  and that there is a way of reducing that through | 21  instructions for use? |
| 22  technique, would you as a physician want to see | 22  MR. MUMFORD: Object to form in the way |
| 23  that explained in the instructions for use? | 23  it was cast again. I'm not going to allow him to |
| 24  MR. MANDLER: Object as to form. | 24  answer what Cook should do. |
| 25  THE WITNESS: Yes. | 25  MR. ARBON: I'll restate it. |

| Page 171 | Page 173 |
|---|---|
| 1  (Exhibit 19 was marked for | 1  Q. (By Mr. Arbon) Doctor, if you're a |
| 2  identification.) | 2  physician who, in 2007, was implanting Celects or |
| 3  Q. (By Mr. Arbon) I'm going to show you | 3  was going to be implanting them later on in your |
| 4  what I marked as Exhibit 19, sir. Let me know | 4  career, would you like to have that information |
| 5  when you've had a chance to look at it, please. | 5  conveyed to you through the IFU? |
| 6  (Witness reviewing exhibit.) | 6  MR. MANDLER: Object as to form. |
| 7  A. Yes. | 7  Q. (By Mr. Arbon) That there's a technique |
| 8  Q. Now, you see that that -- do you know | 8  for preventing the slow deployment of the legs? |
| 9  who Frank Lynch is? | 9  A. Yes. |
| 10  A. I've seen the name, but I don't know the | 10  (Exhibit 20 was marked for |
| 11  man personally, no. | 11  identification.) |
| 12  Q. He practices over at U Penn Hershey, did | 12  Q. (By Mr. Arbon) And we've now marked as |
| 13  you know that? | 13  Exhibit 20 to your deposition another e-mail, and |
| 14  A. Yes. | 14  I'll put it on the overhead so we can see it. |
| 15  Q. In fact, he's the physician, I think, | 15  It's another one of those e-mails I had |
| 16  that retrieved the filter from Mr. Kuhn. | 16  referenced, but I didn't attach at the time, so |
| 17  MR. MANDLER: Object as to form. | 17  let me attach it now. Do you see this is an |
| 18  Q. (By Mr. Arbon) Is he not, or do you | 18  e-mail from Bruce Fleck -- or, yes, from Bruce |
| 19  know? | 19  Fleck dated Thursday, January 3rd, 2013, to Jason |
| 20  A. Correct. | 20  Morneault? |
| 21  Q. Okay. And you're aware that the | 21  A. Yes. |
| 22  signature here -- or if you look here, the | 22  Q. Okay. And that -- he is stating -- |
| 23  signature is Bruce Fleck, Product Specialist, for | 23  let's just look at the whole thing. Let's go down |
| 24  venous therapies, correct, for Cook Medical? | 24  to the bottom to the physician -- I'm sorry, to |
| 25  A. The signature, where are you referring? | 25  the district Cook medical peripheral intervention, |

44 (Pages 170 to 173)

Examination by Mr. Arbon

| Page 174 | Page 176 |
|---|---|
| 1 that respiratory -- radiological therapist, is | 1    MR. MUMFORD: I will object to the form |
| 2 that "RT," or radiology technician? | 2 as well. |
| 3    **A. RT, radiologic technician, yes.** | 3    THE WITNESS: Yes. |
| 4    Q. Okay. It says that January 3rd, 2013, | 4    Q. (By Mr. Arbon) Do you have Exhibits 12 |
| 5 "One of my newly converted filter accounts | 5 and 13, sir? |
| 6 deployed a Celect the other day and one of the | 6    **A. I do have 12 and 13, yes.** |
| 7 stabilizing legs has gone through the vena cava | 7    Q. And I marked those as separate exhibits |
| 8 wall. It's not one of the larger legs, it's one | 8 and I may have been in error, as counsel pointed |
| 9 of the smaller ones." And then they say it's an | 9 out. So let's put them together. They both are |
| 10 older patient who they were not planning to | 10 the -- Exhibit 12 is dated August 23rd of 2013, |
| 11 retrieve the filter. Is that a description of | 11 correct? |
| 12 what occurred to you when you deployed -- similar | 12    **A. Correct.** |
| 13 to what occurred to you when you deployed the | 13    Q. And it's from James Gardner, director of |
| 14 filter in Mr. Kuhn? | 14 reimbursement, medical science officer, correct? |
| 15    MR. MANDLER: Object as to form. | 15    **A. Correct.** |
| 16    THE WITNESS: Here they say it's not one | 16    Q. And the Bates number -- do you know what |
| 17 of the larger, but the smaller legs. So this was | 17 a Bates number is? |
| 18 one of the larger legs. | 18    **A. No.** |
| 19    Q. (By Mr. Arbon) But in your case also, | 19    Q. This number that's been stamped at the |
| 20 once you deployed the Celect, one of the larger | 20 bottom by Cook. Do you see that? |
| 21 legs perforated the IVC? | 21    **A. I see it.** |
| 22    **A. That is correct.** | 22    Q. And the last four digits are 2334, |
| 23    Q. And in response, the product specialist, | 23 correct? |
| 24 Mr. Fleck, responds saying he's always concerned | 24    **A. Correct.** |
| 25 about secondary struts that are in an awkward | 25    Q. And then what's the first -- the last |

| Page 175 | Page 177 |
|---|---|
| 1 position. "The wire experiences unusual stresses | 1 digits of the Bates number on Exhibit 13? |
| 2 we have not adequately tested for. Therefore, | 2    **A. 2335.** |
| 3 strut fracture in the future is a possibility." | 3    Q. And then the next? |
| 4    And that's what I had referenced you to | 4    **A. 2336.** |
| 5 earlier in your deposition. Do you recall? | 5    Q. So do they appear to be related |
| 6    **A. Yes.** | 6 documents? |
| 7    Q. As the physician who had placed | 7    **A. Yes.** |
| 8 Mr. Kuhn's filter, if Cook's employees had a | 8    Q. Okay. |
| 9 suspicion that perforating wires will experience | 9    MR. ARBON: Can I look at Exhibit 13, |
| 10 unusual stresses and are at risk for future | 10 please? I don't have another copy. |
| 11 fracture, is that information you would like to | 11    MR. MANDLER: Form. |
| 12 have had? | 12    Q. (By Mr. Arbon) Now that we've |
| 13    MR. MANDLER: Object as to form. | 13 established that this was not a 2009 document but |
| 14    THE WITNESS: Yes. | 14 an August of 2013 document, does it make you |
| 15    Q. (By Mr. Arbon) I think we discussed the | 15 any -- feel any better about the product that the |
| 16 result is, with Mr. Kuhn, you would have gotten | 16 statement: "Specifically, strength of evidence is |
| 17 that filter out far earlier than a three-month | 17 low, that the IVC filter placement is associated |
| 18 warning; is that correct? | 18 with lower incident of pulmonary embolism and |
| 19    **A. That's correct.** | 19 fatal pulmonary embolism in hospitalized patients |
| 20    Q. Perhaps even before he was discharged | 20 with trauma compared to no IVC filter placement"? |
| 21 from the hospital? | 21 Does it make you feel any better that that |
| 22    **A. That's correct.** | 22 information existed after -- continued to exist |
| 23    Q. So that information could have made a | 23 after you placed the filter in Mr. Kuhn? |
| 24 significant change in his condition, correct? | 24    MR. MUMFORD: Object to the form. |
| 25    MR. MANDLER: Object as to form. | 25    MR. MANDLER: Join. |

Examination by Mr. Arbon

Page 178

1    THE WITNESS: Does it make me feel any
2  better that this document existed --
3       MR. ARBON: I'll rephrase it.
4    Q. (By Mr. Arbon) Does it still cause you
5  concern that as of August of 2013, more than a
6  year after you placed a Celect filter in Mr. Kuhn,
7  that the strength of the -- Cook had knowledge
8  that the strength of evidence is low that filter
9  placement is associated with a lower incidence of
10 pulmonary embolism and fatal pulmonary embolism in
11 hospitalized patients with trauma compared with no
12 filter placement?
13      MR. MANDLER: Object as to form.
14      THE WITNESS: Yes.
15    Q. (By Mr. Arbon) Very concerning, isn't
16 it?
17    A. Yes.
18      MR. MANDLER: Same objection.
19      THE WITNESS: Yes.
20    Q. (By Mr. Arbon) Underpins the whole
21 concept of putting IVC filters in, doesn't it?
22      MR. MANDLER: Same objection.
23    Q. (By Mr. Arbon) Undermines.
24    A. That's correct.
25    Q. And I'm not going to redo -- go over a

Page 179

1  bunch of old ground, I just wanted to put this in
2  context. We will go back to Exhibit, I guess, 11.
3  I hope.
4    (An off-the-record discussion was held.)
5      THE WITNESS: Here it is.
6    Q. (By Mr. Arbon) And is it Exhibit 11?
7    A. It is, correct.
8    Q. Okay. So just to get it in context,
9  sir, what's the date of the bottom e-mail there
10 from Mr.-- from Mr. Darrell Talbert?
11    A. 6/15/2009, 5:22 p.m.
12    Q. And in 2009, what Mr. Talbert of Cook is
13 saying is it's high time that the lack of evidence
14 re filter placements was addressed.
15    A. Correct.
16    Q. Does he state that?
17    A. Yes.
18    Q. And it states, I'm very surprised that
19 players in this country haven't raised questions
20 about whether they should pay for -- payers. I'm
21 sorry, let me start over.
22      "I'm very surprised that the payers in
23 this country haven't raised questions about
24 whether they should pay for IVC filter placements
25 and retrievals."

Page 180

1    A. Correct.
2    Q. Due to the paucity of data supporting
3  these procedures. Does he say that?
4    A. Yes.
5    Q. So what these e-mails do, don't they, is
6  they document that prior to your placement of the
7  Celect filter in Andrew Kuhn, Cook was aware that
8  there was not any -- there was not sufficient --
9  or any strong medical evidence to support the
10 efficacy of their filter, and that continued into
11 2013, correct?
12      MR. MANDLER: Objection as to form.
13      MR. MUMFORD: Objection. Yeah, he's not
14 going to answer that. He's not going to draw a
15 conclusion as to what Cook knew based upon three
16 e-mails you put in front of him. I'm not going to
17 allow him to answer that.
18      (An off-the-record discussion was held.)
19    Q. (By Mr. Arbon) Doctor, the pulmonary
20 embolism that was detected in Mr. Kuhn prior to
21 your surgery was there before the filter was
22 placed, right?
23    A. That is correct.
24    Q. Mr. Kuhn did not die from pulmonary
25 embolism, did he?

Page 181

1    A. No, he's still alive.
2    Q. Most patients who suffer pulmonary
3  embolism survive without filters, don't they?
4      MR. MANDLER: Object as to form.
5      THE WITNESS: Restate that.
6    Q. (By Mr. Arbon) Yeah. Most of the
7  patients that suffer from a pulmonary embolism
8  don't die from them whether they have a filter or
9  not, correct?
10    A. The reason I question that statement is
11 that people with pulmonary embolus do die.
12    Q. Yes, sir, and people without pulmonary
13 embolus die, correct?
14    A. True.
15    Q. The vast majority of patients who suffer
16 a pulmonary embolism, they're not fatal, right?
17    A. I think there are a large number -- I
18 mean, there's a high mortality associated with PE.
19    Q. Do you know what the risk of the high
20 mortality rate is?
21    A. I don't know the exact figure or the
22 percentage --
23    Q. It's not 100 percent, right?
24    A. No, it's not 100 percent --
25    Q. Not 50 percent, is it?

46 (Pages 178 to 181)

Examination by Mr. Arbon

Page 182

1    A. Probably not 50 percent.
2    Q. Not 25 percent, is it?
3    A. I'd have to defer on that.
4    Q. Now, nothing about the filter you placed
5  was going to prevent the pulmonary embolism that
6  Mr. Kuhn already had, right?
7    A. That is correct.
8    Q. There's nothing that -- and pulmonary
9  emboli -- or IVC filters are not -- the IVC
10 filters that you implant in the inferior vena cava
11 are not going to prevent clots from reaching the
12 lungs above the filter, are they, if they
13 form above the filter?
14   A. That's correct.
15   Q. And is it possible that someone who
16 suffers a severe chest contusion can develop clots
17 in their chest?
18   A. Correct.
19   Q. Would you agree that a physician, to
20 weigh the risk and benefits of a product, must
21 have information regarding the benefits and
22 limitations on the product?
23   MR. MUMFORD: Objection. That's
24 definitely been asked and answered. He's not
25 going to answer that again.

Page 183

1    MR. ARBON: I don't believe I've ever
2  asked that question because I just wrote it down.
3    MR. MUMFORD: Definitely. You're
4  thinking so well that you're repeating your good
5  thoughts.
6    Q. (By Mr. Arbon) Do you look to the IFU
7  for the risk and benefits that the manufacturer is
8  aware of with regard to their IVC product?
9    A. Yes.
10   Q. Would you go to Exhibit No. 4, please.
11 I will direct you to page 5. Under "Potential
12 Adverse Events," Doctor, does Cook tell the
13 physician anything about the potential for their
14 filter to fracture?
15   A. I do not see it listed here.
16   Q. Does it say anything about the potential
17 for their filter to tilt on deployment?
18   A. It does not.
19   Q. Does it say anything about tilt after
20 deployment or at any time during its
21 implementation?
22   A. Does not.
23   Q. Does it say anything about perforation
24 increasing the risk of fracture if it occurs?
25   A. No.

Page 184

1    Q. Would it be helpful to you as a
2  physician who used to implant these to have had
3  that information at the time you implanted them?
4    MR. MANDLER: Object as to form.
5    THE WITNESS: It would have been
6  helpful, yes.
7    Q. (By Mr. Arbon) I'm going to Exhibit No.
8  5. Ah, there they are. This is also an IFU,
9  which would have been the IFU that's dated 2012,
10 sir. Do you see the potential adverse events
11 listed there?
12   A. This is Exhibit 5, still?
13   Q. No, sir. One was 4, this is 5.
14   A. So we're referring to --
15   Q. I'm sorry, this is -- I'm sorry, yes.
16 We're referring to page 6.
17   A. Page 6, Exhibit 5.
18   Q. Page 6, Exhibit 5.
19   A. Okay.
20   Q. If you'll just look at the potential
21 adverse events that Cook has warned the physician
22 about there, do you see anything about tilt in
23 that IFU?
24   A. No.
25   Q. Do you see anything about fracture in

Page 185

1  that IFU?
2    A. No.
3    Q. And do you see anything about the
4  potential for increased risk of fracture if there
5  is perforation by the filter?
6    A. No.
7    MR. ARBON: You can unplug it now.
8    THE VIDEOGRAPHER: Are you sure?
9    MR. ARBON: Yes. And I didn't move this
10 at all. So they should just pop right out.
11   MR. MUMFORD: My fingers are crossed.
12   Q. (By Mr. Arbon) Doctor, this is
13 Exhibit 10, the disk of images.
14   MR. MUMFORD: So I was right. Gold star
15 for me for the day.
16   Q. (By Mr. Arbon) Under this -- under the
17 tab -- it's actually under two tabs. It's under
18 the folder section, which I think that means
19 documents, or do you know how this program works?
20 Do you know if that's an indication of documents
21 as opposed to images? It doesn't matter.
22   Let's go over to the tab here with
23 IRVCFILT 6/3/2012. Do you recognize this as your
24 final report regarding the implantation of the
25 Celect filter into Mr. Andrew Kuhn on June 3rd of

47 (Pages 182 to 185)

Examination by Mr. Arbon

Page 186

1    2013?
2        MR. MUMFORD: Twelve.
3        MR. ARBON: Twelve. Let me start over.
4        Q. (By Mr. Arbon) Is this your final
5    report regarding the implantation of the Celect
6    filter into Andrew Kuhn on June 3rd of 2012?
7        A. Correct.
8        Q. Is that your signature?
9        MR. MANDLER: Object as to form.
10       THE WITNESS: Yes, it is.
11       Q. (By Mr. Arbon) Is that your electronic
12   signature?
13       MR. MANDLER: Same objection.
14       THE WITNESS: Correct.
15       Q. (By Mr. Arbon) Your report; you wrote
16   it, correct?
17       A. It automatically comes up when we sign
18   our report, yes.
19       Q. No doubt you're the one who placed this
20   filter and they described your findings, correct?
21       A. Correct.
22       MR. ARBON: I'll pass the witness.
23       MR. MANDLER: May I please have Tanner
24   10, the one that you referenced but didn't mark or
25   didn't have copies of?

Page 187

1        MR. ARBON: Sure. Sure.
2
3            EXAMINATION
4          BY MR. MANDLER
5        Q. (By Mr. Mandler) Dr. Kim, plaintiff's
6    counsel went ahead and showed you three exhibits
7    that he had been reading from earlier but hadn't
8    had marked. One was Tanner 10. He referenced
9    various information there. You'll agree that the
10   date on that is April 4th, 2013, correct?
11       A. Correct.
12       Q. And that's after the date of Mr. Kuhn's
13   surgery, correct?
14       A. Yes. Yes.
15       Q. Also refers to the potential for the
16   Celect to tilt on deployment. Was the Celect IVC
17   filter in Mr. Kuhn, was that tilted or was it
18   properly aligned?
19       A. It was minimally tilted.
20       Q. But was it within what you thought was a
21   stable position and properly aligned such that it
22   would do its function?
23       A. Yes, it was.
24       Q. Okay. There was what was marked as
25   Deposition Exhibit No. 20. Do you have that one

Page 188

1    in front of you? That might have been another one
2    where there was only a single copy. I'll show it
3    to you.
4        A. I have a 19. That's the largest I go up
5    to.
6        Q. I will show it to you. Do you have that
7    one?
8        A. Yes.
9        Q. That's dated 2013, after the date of the
10   Kuhn surgery, correct?
11       A. Sent 1/3/2013, yes, after this -- after
12   the implantation, yes.
13       Q. And that refers to issues with the
14   secondary struts, correct?
15       A. Correct.
16       Q. And as I understood your testimony, the
17   malalignment of a strut that you observed with
18   Mr. Kuhn was not the secondary strut but one of
19   the main struts, correct?
20       A. Correct. Main strut being the larger
21   lower struts, yes.
22       Q. Okay. And counsel asked you about
23   Exhibit 19. It said it's a reminder to deploy the
24   main struts on the femoral quickly because if they
25   come out at different times, it could cause tilt.

Page 189

1        And in Mr. Kuhn's case, there -- you
2    just testified that there was some tilt, but none
3    that you believe in your opinion would have
4    affected the functioning of the filter, correct?
5        A. Correct.
6        Q. Okay. If you could look at Exhibits 4
7    and 5 and the potential adverse effects sections
8    that we just went over.
9        A. Okay. I have 4 and 5.
10       Q. All right. And do you have the sections
11   of the potential adverse effects open?
12       MR. MUMFORD: Okay. Just tell him what
13   page numbers they are.
14       Q. (By Mr. Mandler) Page 5 of Exhibit 4
15   and page 6 of Exhibit 5.
16       A. Okay.
17       Q. Counsel asked you about potential
18   adverse effects and whether there was noted
19   adverse effects from tilt, fracture, and
20   perforation. And you agreed with him that that
21   wasn't listed as a potential adverse effects,
22   right?
23       MR. ARBON: Objection to form.
24   Misstates the testimony.
25       THE WITNESS: Correct.

48 (Pages 186 to 189)

Examination by Mr. Mandler

Page 190

1    Q. (By Mr. Mandler) At the time you
2    implanted the Celect IVC filter, Mr. Kuhn [sic],
3    you were aware of those risks because as you
4    testified earlier, that was part of what you would
5    typically tell your patients as part of the
6    disclosure and your form -- your consent form,
7    because you would tell them about misplacement,
8    potential migration, potential for them to be out
9    of position, potential for fracture, potential for
10   embolism, and the possibility of perforation,
11   correct?
12         MR. MUMFORD: Objection to form. You
13   may answer.
14         THE WITNESS: Correct.
15         MR. ARBON: Join.
16   Q. (By Mr. Mandler) Okay. And in
17   particular, on Exhibit 5, one of the adverse
18   effects it listed is, in fact, filter
19   malpositioning, is it not? Look at the top of the
20   second column.
21   **A. At the very top of the second column.**
22   **Under potential adverse effects; is that what you**
23   **said?**
24   Q. Yes.
25   **A. Rephrase your question. I've forgotten**

Page 191

1    **what your --**
2          MR. MUMFORD: I think he's saying the
3    potential adverse effects go over to the second
4    column.
5          THE WITNESS: Oh, I see.
6          MR. MANDLER: Correct.
7    Q. (By Mr. Mandler) And you'll agree one
8    of the ones listed is filter malpositioning,
9    correct?
10   **A. That is correct.**
11         MR. MANDLER: No further questions.
12   Thank you for your time today.
13
14         EXAMINATION
15         BY MR. ARBON
16   Q. (By Mr. Arbon) Do you equate a filter
17   that deploys and perforates the IVC filter such as
18   occurred in Mr. Kuhn as a malpositioning?
19   **A. No.**
20         MR. ARBON: No further questions. Thank
21   you.
22         THE VIDEOGRAPHER: One second, please.
23   Current time is 7:06 p.m. This ends Videotape and
24   Disk No. 3 of the deposition. Also ends the
25   deposition. You are off the record. Watch your

Page 192

1    mics before you stand.
2          (Whereupon the deposition was adjourned
3    at 7:06 p.m., the signature was reserved, and the
4    witness was excused.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 193

1          COMES NOW THE WITNESS, ERICH KIM, M.D.,
2    and having read the foregoing transcript of the
3    deposition taken on August 11, 2017, acknowledges
4    by signature hereto that it is a true and accurate
5    transcript of the testimony given on the date
6    hereinabove mentioned.
7
8
9    _____
             (ERICH KIM, M.D.)
10
11   Subscribed to before me this _____ day of
12   _____, 2017.
13
14   _____
             Notary Public
15
16
17   My commission expires: _____
18
19   ANDREW G. KUHN, AN INDIVIDUAL
     vs.
20   COOK INCORPORATED, AN INDIANA CORPORATION; COOK
     INCORPORATED A/K/A COOK MEDICAL INCORPORATED, AN
21   INDIANA CORPORATION; COOK GROUP INCORPORATED, AN
     INDIANA CORPORATION; COOK MEDICAL, LLC, AN INDIANA
22   CORPORATION; AND ERICH KIM, M.D., AN INDIVIDUAL
23
     Reporter: Kevin J. Weichman, CSR, CCR
24   Date Taken: August 11, 2017
25

49 (Pages 190 to 193)

Page 194

```
 1          REPORTER CERTIFICATE
 2
 3          I, KEVIN J. WEICHMAN, CSR, CCR, do
    hereby certify that there came before me at
    WellSpan York Hospital, 1001 South George Street,
 4  Risk Management Conference Room, York,
    Pennsylvania 17403
 5
            ERICH KIM, M.D.
 6
    who was by me first duly sworn to testify to the
 7  truth and nothing but the truth of all knowledge
    touching and concerning the matters in controversy
 8  in this cause; that the witness was thereupon
    carefully examined under oath and said examination
 9  was reduced to writing by me; and that this
    deposition is a true and correct record of the
10  testimony given by the witness.
11          I further certify that I am neither
    attorney nor counsel for nor related nor employed
12  by any of the parties to the action in which this
    deposition is taken; further, that I am not a
13  relative or employee of any attorney or counsel
    employed by the parties hereto or financially
14  interested in this action.
15
16          Dated August 20, 2017.
17
18
19
20
    _____
21          KEVIN J. WEICHMAN, CSR, CCR
22
23
24
25
```

**A**

a/k/a 1:10 5:9 6:7
  193:20
abdominal 53:23
able 15:1 52:10
  66:11 81:19
  145:2 166:8
abnormal 100:15
absent 112:6
absolutely 96:17
  107:4
access 53:17
  60:10 62:10
  68:19 70:10
  99:10 104:18
  104:18 150:16
accession 91:9
accident 131:2,5
  131:9 139:15
accounts 174:5
accuracy 60:11
accurate 31:2,9
  31:14,20,21
  146:16 193:4
acknowledges
  193:3
action 11:7,9
  12:2 23:8
  194:12,14
actively 80:3
actual 50:25
  61:15 64:15
  88:20 92:13
  136:17 148:19
add 35:15 89:9
  89:20
added 21:20
  75:15 89:15
addenda 89:5
addendum 89:6
  89:16
additional 21:23
  35:13 40:6
  47:18,23
address 38:17
  103:13 126:22
  150:4
addressed 157:13
  179:14

adds 62:19
adequate 115:16
adequately
  111:21 175:2
adjourned 192:2
administered
  8:21
advance 122:16
adverse 31:3,22
  43:5,6 103:21
  161:17 183:12
  184:10,21
  189:7,11,18,19
  189:21 190:17
  190:22 191:3
adversely 104:1
  121:6
advise 42:6 56:7
advised 42:2,4
  46:11 47:7
  109:23
affect 35:18 62:4
afternoon 130:19
  134:25
age 8:19 42:18
  43:1 44:17
  141:4,11
ago 13:4 19:4
  22:5 25:2 26:10
  69:18
agree 126:7
  138:1 140:1,9
  140:15 142:12
  142:17,21
  160:4,18
  161:12 167:5
  182:19 187:9
  191:7
agreed 7:1
  189:20
agreement 7:7
  40:1
Ah 184:8
ahead 59:6 96:18
  164:18 187:6
al 7:19,20
aligned 187:18
  187:21
alignment 94:24

96:20 97:20
alive 69:4 181:1
all-get-out 143:2
allergic 127:7
allow 61:9
  170:14 172:23
  180:17
allows 60:10 61:3
  61:12 62:10
  68:21 69:3
alluded 82:13
alter 52:22
Amanda 148:15
  148:15
Amended 2:13
American 21:24
amount 50:15,20
  89:8,10,14,18
amputation
  131:11
analysis 71:4
  73:6 105:12
  115:16 119:9
  120:19
anatomy 61:13
  64:19 66:9,12
  100:15
anchor 72:13
  104:21
anchored 106:3
anchoring 70:1
  72:7 75:13 76:6
  76:16 94:19
  151:9
Andrew 1:5 3:2
  5:4 6:2 7:18
  9:23 10:2 32:9
  32:16 35:23
  38:3 46:2 47:6
  52:18 55:3 57:1
  57:19 58:20
  59:21 67:17
  68:10 74:25
  76:3,19 84:24
  86:10,12 88:1
  89:24 119:5
  120:19 180:7
  185:25 186:6
  193:19

anecdotal 28:15
Anna 6:11 8:11
answer 14:3,4,7
  14:22 17:1
  29:22 34:20
  38:10 46:15
  73:9,20 74:7
  75:7 79:24
  80:21 81:21
  102:10 103:24
  107:15,19
  108:9,17
  109:13 110:11
  110:19 111:5,6
  112:2,14,16
  116:18 126:13
  127:22 140:6
  156:17 159:16
  160:14 163:4
  164:15 167:8
  170:14,15
  172:24 180:14
  180:17 182:25
  190:13
answered 73:20
  102:10 182:24
answering 17:15
answers 17:13
anticipate 108:12
  143:17
anticipated
  144:21
anticoagulant
  35:10
anticoagulants
  126:9,21,25
  127:7 139:16
anticoagulation
  127:6
anybody 153:20
  167:13
anymore 101:3
  143:1 144:20
  145:7
anyplace 38:16
anyway 11:15
  75:4
apologize 122:15
  172:2,3

app 45:21
appear 54:19
  66:12 85:9
  177:5
appeared 99:13
  167:1
appears 57:6
  70:3 99:5 150:3
  151:11
application 68:4
applies 65:23
appointment
  45:14,20 82:15
  82:17 83:15
  84:12 86:18
appreciate 15:5
  40:2,20 41:1
  111:9
approach 2:20
  2:23 50:8 55:23
  55:25 56:19
  75:18,20 88:1
  104:17
appropriate
  121:1 172:19
approved 46:7
  46:12
approximately
  55:7 128:1,8,10
  160:6,11
April 169:22
  187:10
Arbon 2:4,6,8
  6:3 8:7,7 9:2,3
  9:18 15:22 16:4
  16:9 17:17,24
  18:2,5 19:3,8
  19:13 29:25
  31:7,18 32:8
  35:5 36:6 37:2
  37:11 38:15
  40:2,4 46:19
  48:6 49:3,6
  50:5,7 53:10
  54:6 55:15
  57:23 58:1 59:4
  59:12 69:23,25
  71:19,24 72:3,6
  72:20 73:1,18

74:24 75:12
76:11 77:1,14
77:23 78:23
80:16,23 81:15
81:25 85:4,13
85:15 90:3,17
91:20 95:18,21
96:17,24 98:6
98:11,18 99:5
102:12 103:12
104:4 106:12
106:14 107:3,6
107:25 108:11
108:21 109:12
109:15,23
110:13,23
111:6,11,13
112:6,12,16,21
112:24 113:10
114:16 115:5,7
115:15 116:1,6
116:9,20 117:6
117:10,20
118:1,8,11,13
119:19,22,25
120:13,17,24
121:16 122:1,6
122:23 123:12
124:1 126:2,12
131:6 133:7
136:24 138:20
139:3,12 140:7
140:14 141:19
142:10,15,19
143:3 145:16
146:17 147:15
156:8,16
158:20 159:5
159:12,15
160:17,22
161:15,22
163:3,18 165:5
165:20 166:12
167:9,18,24,25
168:21 169:2,8
169:14 170:17
170:18 171:3
171:18 172:25
173:1,7,12

174:19 175:15
176:4 177:9,12
178:3,4,15,20
178:23 179:6
180:19 181:6
181:3,6 184:7
185:7,9,12,16
186:3,4,11,15
186:22 187:1
189:23 190:15
191:15,16,20
**Arbon's** 4:6
**area** 21:2 100:9
102:20
**areas** 133:10
**Argon** 78:20
**arguing** 19:8
**arm** 72:15 73:2
73:22,24 99:17
101:4,10
103:18 105:9
106:7 121:3,11
121:11 131:10
133:3
**arm's** 105:20
**arrange** 84:5
**arrived** 52:23
53:1
**arrow** 98:15
**arterial** 63:19
**artery** 10:25 60:7
124:16
**article** 28:3
169:25
**articles** 28:3
71:10
**artifact** 94:2
**aside** 113:2
**asked** 13:11
14:22 16:14
102:9 109:14
113:17,23
117:11 131:20
146:12 155:7
155:10 156:8
169:2 170:19
182:24 183:2
188:22 189:17
**asking** 14:19

17:17 27:13
41:23 83:25
152:14 164:15
166:17,22
**aspect** 136:12
**assess** 38:7
**assistant** 51:17
148:25
**assisted** 148:18
**assisting** 52:7
**associated** 40:9
41:16 109:3
120:6 139:14
149:3 177:17
178:9 181:18
**association** 41:22
**assume** 71:11
142:4
**attach** 66:3
173:16,17
**attached** 2:14 4:6
18:25 87:18
88:14,15,21
95:7
**attempt** 46:20
105:23
**attempting** 14:21
**attendant** 131:19
131:19
**attempted** 19:17
131:24
**attending** 32:17
42:7 146:1
**attention** 145:22
**attest** 28:4 72:10
132:17
**attorney** 194:11
194:13
**attorney-client**
17:6
**attorneys** 16:23
87:3
**August** 1:20 5:18
7:15 158:6
161:6 176:10
177:14 178:5
193:3,24
194:16
**author** 160:1

162:22
**authored** 158:1,6
**authorization**
2:16 36:18
37:21
**authors** 157:23
**automatically**
186:17
**available** 72:21
99:16 109:19
112:7 115:19
165:15 167:2
**avoid** 109:20,25
**avoided** 110:24
**awarded** 20:11
**aware** 30:15
33:17 45:24
67:18 90:2
108:21 110:4
114:10,11
116:13 117:4
117:12,13
120:5 130:4
131:4,8 136:21
142:7,8 143:13
152:8 171:21
180:7 183:8
190:3
**awkward** 111:19
174:25

**B**

**B** 2:11
**back** 38:25 42:3
49:4 54:23 56:3
59:10 64:18
68:12,14 77:21
81:25 88:4,4,24
90:16 96:14
98:12,15 112:4
112:4 123:5
143:3,9 144:9,9
157:3 163:24
179:2
**bad** 81:1
**Baker** 6:10,11
8:9
**balanced** 31:10
**Baltimore** 20:17
**banged** 50:16

**barbs** 72:12
**Bard** 128:18,24
129:5,11,24
**base** 27:20 28:13
**based** 17:18
58:15 62:21
65:8 76:5 90:19
106:11 123:14
123:21 130:23
145:22 166:9
180:15
**basically** 13:18
25:9 54:12
87:12 124:15
**basing** 33:19
**basis** 25:15 48:25
72:2 75:8
156:14
**Bates** 176:16,17
177:1
**bay** 102:24
**beats** 137:14
**becoming** 126:9
**bed** 126:4,18
**bedridden** 145:2
**began** 23:1
**beginning** 94:11
149:10
**begins** 89:5,6
**behalf** 1:19 5:17
8:8,14 9:23
**belaboring** 47:13
82:6,7
**belief** 28:6 29:18
123:14
**believe** 19:2
88:21 89:1
119:11 120:17
128:6 129:7
134:2,24 141:5
141:13,18
150:8 151:4
154:7,13,19
161:20 164:23
166:2 167:16
183:1 189:3
**believed** 121:1
123:23
**Ben** 6:3

**beneficial** 27:25
123:10,24
**benefit** 64:11
105:14
**benefits** 38:8,17
140:3,11,18
182:20,21
183:7
**bent** 121:11
**best** 14:3 19:10
73:20 90:1
140:2,10
147:22 160:19
**better** 61:2,4
106:4 150:4
177:15,21
178:2
**big** 53:16 66:1
141:4
**biggest** 79:18
**Bill** 6:20 7:24
**Bird's** 128:21
**bit** 19:13 58:2
59:14 64:18
92:4 100:25
113:7 122:15
141:22,25
163:13
**black** 92:10,13
**blank** 40:6 48:3
**blanks** 47:15
**bleeding** 42:22
127:5,9 133:3
**blood** 60:14
63:10,11 64:9
64:20 65:15
124:17 125:14
126:8
**blowing** 143:5
**board** 21:15,17
21:18,24 23:8
90:19
**board-certified**
21:25
**body** 100:9,24
124:18
**bolus** 61:3
**books** 82:11,17
83:7

**borders** 93:12
**borne** 89:23
**borrow** 120:1
**bottom** 37:15
86:11 104:6
137:12 169:15
173:24 176:20
179:9
**box** 2:24 51:20
51:22,23 52:4
52:11
**Brackney** 169:17
**break** 15:1,4 44:1
59:3,4,9 69:23
77:15,20 90:3,9
90:13 163:13
163:22
**brochure** 2:20,23
**brought** 9:24
16:14 17:9 77:5
78:15,18 112:4
131:1,14
**Bruce** 169:15
171:23 173:18
173:18
**bruising** 134:6
**Buffalo** 21:2
**bullet** 39:7
**bunch** 179:1
**burn** 16:8
**business** 12:1
79:17
**buying** 117:7,9

_____
**C**
**C** 6:1,3
**C-I-V-I-C** 113:15
**call** 16:13 21:19
25:8 26:20
32:10 60:9 61:1
144:18 155:21
**called** 12:21 13:3
13:4 113:14,21
128:13,15
**canceled** 83:4
**candidate** 35:10
**cannulate** 60:4
**capabilities**
30:20 70:22
**capability** 29:19

29:20
**capable** 27:24
31:21 35:23
36:1 108:1
115:20
**capacity** 9:9
**CAQs** 21:19
**car** 105:3
**card** 86:21 87:11
**cardiologists**
80:6
**cardiology** 24:3
**Cardiovascular**
3:22
**care** 10:10,15
13:8,13,16 32:9
33:19 35:19,25
73:17 76:19
84:8
**career** 10:5 173:4
**carefully** 194:8
**cargo** 63:24
**Carrie** 6:16 8:13
**carrying** 140:24
140:25
**case** 1:7 5:6 7:10
7:18,21,21
10:23 11:11,13
12:10 13:9,15
29:1 30:12 41:7
42:8,18 44:7
45:5 75:19,24
76:3 85:17
106:23 121:2
140:17 146:23
168:12 174:19
189:1
**cases** 32:11
**cast** 172:23
**categories** 16:14
**cath** 50:23 51:4
**catheter** 61:2,7
61:15 62:2,3
92:5,18 93:2,3
101:21
**catheterized**
85:19
**catheters** 98:2
**cause** 12:1 119:4

172:14 178:4
188:25 194:8
**caused** 125:15
**causing** 110:6
127:4
**cava** 32:13 42:8
53:16,20,24
54:3 60:16 61:4
61:13,13,14,18
62:24,25 63:10
64:4,19 65:4,10
65:19 67:12
68:16,18,24,24
69:5 87:25 91:4
92:11,14 93:11
93:12,16 94:17
95:3 96:22
98:20 101:5,11
128:21 151:5
174:7 182:10
**cavagram** 53:25
61:8,19 68:25
69:11,20 91:5
91:14 94:14
96:7 100:13
**caval** 65:20
**cavas** 64:3,16
**cc** 89:17
**CCR** 1:23,24
193:23 194:2
194:20
**ceased** 26:23
**Celect** 2:20,22
29:2,5,18 30:4
42:3 46:7,11
52:21 53:5,8
54:13,20 55:23
56:9,18 57:11
57:19 58:17,18
58:20 59:21
68:16 71:5
75:19 76:5,12
78:10 86:18
87:25 109:2,17
110:2 115:17
118:3 119:12
127:16,19,25
128:5 129:12
129:21 140:22

141:14 146:14
147:19 148:4
160:5 161:5,5
162:4 165:15
166:2 167:4
174:6,20 178:6
180:7 185:25
186:5 187:16
187:16 190:2
**Celects** 173:2
**center** 6:10 20:17
62:19 76:23
**central** 64:19
**Cerner** 45:19
82:22
**certain** 53:7 64:1
65:25 93:7
94:12 110:4
125:7,25 129:8
165:9
**certainly** 103:17
108:18 119:14
167:25 170:15
**Certificate** 21:22
194:1
**Certificates**
21:20
**certifications**
21:15,17 22:3
**certified** 5:23,24
7:5 21:18
**certify** 194:3,11
**chair** 59:13
**challenged** 168:9
**chance** 16:10
19:9 40:10
56:23 58:10
59:17 61:8
62:17 69:17
90:7 98:8 116:9
171:5
**change** 44:19
52:22 76:18
90:9 100:17
163:17 175:24
**changed** 99:9
101:20 119:11
119:15
**changes** 56:8

changing 96:4
98:16
channels 64:9
chart 87:18 88:15
132:2
check 30:17
82:21 101:25
checked 121:19
153:9
checking 144:24
chest 34:14
182:16,17
children 24:19
choice 121:5
chose 140:21
cine 69:4
circumstance
110:25 139:22
CIVC 113:15
claim 12:4 117:1
claimed 11:1
clarification
143:25
clarify 148:11
clear 14:9 17:5
33:5 34:16
101:9 112:24
115:3
click 150:5
clients 123:11,24
clinical 27:23
70:24 71:4
116:14 118:24
159:25 160:2
160:19 161:13
clinically 82:3
117:14,14
153:4,7
clinicians 73:15
close 163:14
clot 63:2
clots 126:9
182:11,16
coagulability
125:3
code 91:2 149:4
cohort 164:12,13
165:2
coincides 151:7

colleague 154:12
colleagues 78:2
144:4
colon 97:1
column 92:10,13
190:20,21
191:4
coma 134:15,16
combination
21:11 132:5
come 13:11 24:21
28:22 29:8 32:8
57:12 64:25
80:2 110:7
121:21 122:1
131:23 143:3,9
144:9 145:2
155:19 166:11
172:13 188:25
comes 51:20 87:5
147:7 186:17
193:1
comfortable
150:19
coming 64:24
75:17 79:11
172:7
comment 160:24
commission
193:17
common 1:1 5:1
7:23 63:6 65:5
109:2,8
communicate
32:3
communicating
14:20
communication
162:16
communications
16:22 156:9
companies 9:25
company 28:23
71:2 77:8
company's
146:15
compare 31:16
compared 120:9
177:20 178:11

compile 17:16
complete 20:18
31:2 83:7
111:10
completed 49:7
49:22
completely 47:3
82:17 83:6 95:9
98:22 100:23
107:22
completing 20:21
completion 49:16
complicated
139:2,8
complication
13:6 44:10
complications
40:5 43:15
129:24
comply 57:20
58:21
compound 117:8
138:23
compression
126:16
comprise 54:13
computer 45:12
45:12,16 82:13
150:5
con- 129:16
concept 164:5
178:21
concern 112:22
119:4 120:4
178:5
concerned
111:18 174:24
concerning
178:15 194:7
concerns 27:9
114:20 115:11
164:11,24
concluding 102:6
conclusion
180:15
concussion 134:5
condition 35:18
53:1 64:15
75:24 76:12

105:3 122:4
133:1 134:19
150:15 154:1
175:24
conditions 74:2
conducted 163:1
conference 5:21
15:11,16 194:4
conferences
109:6 123:18
123:21 146:1
confined 66:5
confirmation
135:2,19
confused 147:2
confusion 147:1
congenital 64:15
connection
147:24
consent 36:3,11
36:19,21 37:4
37:17,19 38:2,5
38:6,16 39:1,7
42:2,20 43:5
47:14,22 142:1
145:10 147:24
190:6
consenting 41:13
consequence
44:15
consequences
39:10,12 43:6
consider 27:12
27:17 144:22
144:25
consideration
73:5
considered
165:10
consistent 55:10
133:5 136:7
consult 153:22
consulted 153:20
contact 45:10,11
45:17 46:5,20
46:24 83:8 84:4
84:15,19 94:23
101:2 155:2
contacted 45:8,9

83:22 84:6,7,22
contacting 76:20
contained 56:19
containing 92:12
contains 91:16
contention 70:24
context 10:22
79:4 156:11,14
179:2,8
continued 177:22
180:10
continuing 12:7
130:11
contraindicated
53:7
contraindication
67:8 139:15
contraindicatio...
53:6,12 54:15
66:22 68:1,6
contrast 60:24
89:8,10,14,17
89:18 92:6,10
control 100:4
127:6
controversy
194:7
contusion 133:25
134:3 182:16
contusions 34:10
convenient
144:17
conventions
28:16
conversation
35:24
conversations
35:21
converted 174:5
conveyed 110:8
173:5
Cook 1:9,9,10,11
1:12 2:20,22
5:8,8,9,10,11
6:7,7,8,8,9 7:19
7:20 8:10,12
9:24 28:19 29:2
29:5,10,13 30:1
30:13 31:8 32:1

42:3 45:21
53:13 54:21
56:7,12,18 57:7
57:11 60:23
65:8 67:8 68:3
68:16 71:5,15
72:14,16,20
74:1 76:24
77:10 79:6,7,17
81:7,17 90:22
109:15,16,24
111:18 112:7
113:15 114:17
114:25 115:8,9
115:17,17,20
116:4,24 117:7
117:7,10,13,22
118:23 119:5
120:4,14
122:12 123:18
127:12,16,17
128:4,8 130:14
139:23 140:22
141:14 146:5
146:13,14
147:19 148:3
155:12 156:9
161:5 162:3,15
165:15 167:4
167:14,16
170:3,5,14
171:24 172:7
172:19,24
173:25 176:20
178:7 179:12
180:7,15
183:12 184:21
193:20,20,20
193:21,21
**Cook's** 55:3,22
58:22 175:8
**copied** 157:18
162:13
**copies** 48:8 58:6
87:1 186:25
**copy** 15:23 54:19
59:14 87:6,7
89:1 150:3
177:10 188:2

**copyright** 54:24
**corporation** 1:9
1:11,12,12 5:8
5:10,11,11 6:7
6:8,8,9 193:20
193:21,21,22
**correct** 9:20,21
10:1,6,25 12:6
12:9 13:14,18
15:10,12,19
18:4 22:2,20
23:3 26:12,15
29:3 31:25 33:8
33:9 37:6,21,22
38:3,4 47:21
48:2 50:1,12
55:25 59:17,21
59:22 64:17,23
65:2,3,5,12,17
67:10,11,14,15
68:4,10,11
72:25 76:22
82:4,5,9 83:19
83:19 84:25
86:3 88:2,9
91:8,21 92:15
93:13,14 94:1,4
95:13,14 97:5,6
97:10 98:20,24
99:13,14,19
100:7,8 101:12
101:14 103:19
103:20,20
104:5,7,8,12,15
104:16 105:24
106:11 107:10
108:2 111:3,7,8
112:13,19,19
114:7 118:5,18
118:19 121:8
121:18 123:19
123:20,25
124:5 129:22
130:20,21
131:3,15,16
135:4,6,24
136:8,9,13,14
137:22,23,25
138:4,6,7,9,16

138:17 139:20
139:21,24,25
142:9,11
143:11,12,15
144:10 145:14
145:15 146:6,7
146:18,21,25
147:16,21
148:21 149:7
151:5,6,11,16
151:23 152:24
155:4,14,15
156:2,15,18
157:11,12,14
157:15,17,19
157:22,24,25
158:4,5,8,9
159:20,21,23
159:24 162:14
162:22,23
165:16,17
168:10,22
169:23,24
170:4 171:20
171:24 172:8,9
174:22 175:18
175:19,22,24
176:11,12,14
176:15,23,24
178:24 179:7
179:15 180:1
180:11,23
181:9,13 182:7
182:14,18
186:7,14,16,20
186:21 187:10
187:11,13
188:10,14,15
188:19,20
189:4,5,25
190:11,14
191:6,9,10
194:9
**correctly** 74:11
147:10 154:25
**correlation**
139:10
**counsel** 7:2,2,8
8:5 15:7 16:17

90:18 106:22
107:3 113:2
115:6 116:5
118:12 122:18
142:5 146:12
149:20,25
150:22 152:15
155:10 158:10
162:6,15 165:9
166:20 169:2
176:8 187:6
188:22 189:17
194:11,13
**country** 179:19
179:23
**County** 1:1 5:1
5:24 7:23
**couple** 115:2
118:17 148:11
**course** 14:25
16:23 48:14
79:12 109:17
116:3 129:1
**court** 1:1 4:6 5:1
5:24 6:20 7:5
7:22,25 8:2,15
8:21
**courtesy** 113:4
**courtroom** 15:18
**covenant** 12:5
**cover** 102:18
**covered** 89:22
122:17
**covering** 32:11
102:2
**critical** 73:16
103:3
**crossed** 185:11
**CSR** 1:23,24
193:23 194:2
194:20
**CT** 33:2,7,23
53:23 63:15
64:11 135:13
135:18,22
**CT/CTA** 3:20
**CTs** 109:10
152:12,17
**curlicue** 61:25

**current** 7:16
18:21 22:3,6
59:8 90:10,14
163:19 191:23
**customary** 36:11
**cut** 96:10
**cutoff** 66:7
**CV** 18:21,23

### D

**D** 2:1,11
**Dallas** 6:4
**damage** 103:7
134:19
**Daniels** 6:10,11
8:10
**Danny** 78:13
**Darrell** 169:16
179:10
**data** 45:16 46:19
46:21 84:17
180:2
**date** 7:15 25:5
54:24 55:5,5
56:4,4 83:11,17
83:18 84:5,14
118:1,13
132:23 179:9
187:10,12
188:9 193:5,24
**dated** 2:21,23 3:3
3:9,11,14,16,18
3:20,23 4:1,3
118:11 158:18
159:19 169:21
172:5 173:19
176:10 184:9
188:9 194:16
**day** 5:19 19:4
26:16 32:10
33:21,21 144:8
174:6 185:15
193:11
**days** 25:11,12,18
25:24 26:17
77:14 122:2
**dealing** 29:1
**death** 28:10
117:1
**December** 106:16

106:17 107:1
**decide** 51:6
  110:17
**decided** 119:15
**decision** 74:16
  76:18 97:25
  103:14 105:14
  105:17 106:10
  119:12 129:10
  129:13,14,20
  139:18 140:19
  141:2 144:23
  150:13
**decision-making**
  77:13 103:2
  104:25 105:1
**decisions** 115:10
**deep** 34:5 124:21
  131:9 133:2
**defamation** 73:2
  105:20
**defendant** 6:7,15
  11:6 12:15
**defendants** 1:14
  5:13 7:3 8:10
  8:12 122:13
**defer** 182:3
**deficiencies**
  125:3
**Defined** 67:5
**defining** 93:12
  136:16
**definite** 11:3
**definitely** 14:23
  40:24 105:8
  142:16 182:24
  183:3
**degree** 20:11,13
  20:14
**degrees** 70:21
**dehydrated**
  125:2
**deleted** 45:11
  47:3
**deliver** 58:17
**delivered** 62:8
**delivering** 57:8
**delivers** 61:16
**delivery** 98:22

**demerge** 11:23
**demonstrate**
  28:24 47:5
  155:21
**demonstrated**
  33:4
**demonstrating**
  155:19
**demonstration**
  57:13,14,16
  155:22
**department** 3:5
  28:24 29:9
  57:13
**depend** 144:7
**depending** 61:11
  122:4 128:20
**deploy** 66:5
  100:22 110:16
  110:17 124:4
  170:19 172:11
  172:12 188:23
**deployed** 75:18
  94:25 95:11
  96:8 97:16
  98:19 99:9,12
  99:13 100:3,21
  111:14 121:3
  162:17 174:6
  174:12,13,20
**deploying** 100:19
**deployment** 76:8
  95:6,12 99:15
  100:6,20
  103:18,19
  110:1,5,6
  111:17 121:4
  170:2 173:8
  183:17,20
  187:16
**deploys** 191:17
**DEPONENT** 2:3
**deposed** 12:10
**deposes** 8:22
**deposition** 1:17
  2:14 5:16 7:3
  7:14 8:3 10:17
  10:22 11:11
  12:18 15:7,14

15:24 16:15,23
  54:7 55:16 57:5
  59:16 78:24
  79:14 90:12,16
  91:17 119:20
  157:21 163:21
  163:24 169:6,9
  173:13 175:5
  187:25 191:24
  191:25 192:2
  193:3 194:9,12
**describe** 19:15
  131:17
**described** 94:20
  131:11,13
  140:3,17 146:2
  150:11 151:21
  186:20
**describing** 79:16
  170:1
**description** 31:20
  31:22 64:22
  133:1 174:11
**design** 32:3
**designed** 38:11
  39:22
**destroyed** 84:19
**detail** 38:23
  42:15
**details** 13:17
  58:13
**detected** 180:20
**determination**
  105:11
**determine** 53:19
**develop** 182:16
**developed** 162:2
**developing** 63:23
  164:24 165:1
**development**
  125:12
**deviated** 70:11
  72:11 97:14
  99:10 101:6
**device** 44:3 50:25
  51:19,20 52:4
  58:25 60:18
  61:16,24 62:11
  62:16,17,19

66:2 72:23
  78:18 81:3
  87:17 93:1
  94:16,23,24
  95:5,6,7 101:3
  108:24 114:21
  116:24 142:14
  142:18 161:2
**devices** 79:11,12
  126:18 142:22
  148:3 149:1
  156:6
**devoted** 26:1
**diagnosed** 33:21
**diagnostic** 21:10
  21:18 23:24
  24:7 25:19 26:3
  26:6
**diameter** 66:14
  67:3,9
**dictate** 89:7
**dictated** 149:9,16
**die** 161:24
  180:24 181:8
  181:11,13
**died** 131:5
**difference** 97:17
  111:24
**different** 12:8
  17:25 53:14
  66:10 83:24
  110:7 120:20
  128:4 138:24
  147:2 166:25
  169:1 172:13
  188:25
**differently** 35:22
  76:4
**difficult** 43:11
  81:11,12,18
  163:5
**difficulties**
  143:17
**difficulty** 81:2,6
  143:14
**digits** 176:22
  177:1
**direct** 183:11
**directed** 169:21

169:22
**director** 118:22
  176:13
**directory** 90:20
**Disability/Neu...**
  134:14
**disagree** 81:16
  160:10
**disappeared** 83:4
**discharge** 3:5
  47:11 85:21,25
  86:4,5,16 87:19
  88:16,18
  121:20
**discharged** 46:3
  83:3 84:21
  121:25 152:9
  175:20
**disciplinary** 23:8
**disclosure** 190:6
**discovery** 17:15
  17:21 116:3
**discuss** 130:10
  153:25
**discussed** 144:15
  153:14 155:8
  175:15
**discussing** 41:5
  47:14
**discussion** 7:12
  31:6 37:10 85:1
  106:13 111:12
  114:15 130:14
  143:6 179:4
  180:18
**discussions** 16:22
  155:14
**disk** 90:11,15
  91:15 149:21
  150:8,10,21
  163:20,24
  185:13 191:24
**disks** 69:17
**dismissed** 11:13
**displaced** 70:2
  75:14 76:6,17
  151:4,10,22
**displacement**
  94:25 151:25

**dissatisfaction**
129:23
**dissatisfactions**
130:1
**distinction** 10:8
41:2,9
**distribute** 170:10
**district** 173:25
**division** 129:16
**doctor** 13:13,22
16:10 18:8
37:12 39:8 48:7
56:24 59:13
82:1 85:5,24
89:21 95:22
96:20 108:6
114:16 119:25
120:3 122:7
166:25 173:1
180:19 183:12
185:12
**doctors** 79:18
**document** 15:25
16:11,12 30:8
36:8,17 39:14
47:19 48:11,13
49:18 54:9
55:17 56:4
59:17 77:16
85:6,7,10
101:24 116:2
119:21 120:11
132:18,19,25
134:11 136:5
137:5,8 148:12
148:14 149:3
149:16 150:2
156:10 158:12
158:18 159:4
162:8,16,20
169:5 177:13
177:14 178:2
180:6
**documentation**
45:7 89:9,22
**documented**
32:22,25 34:22
34:23 35:1
42:20 47:5

152:10
**documents** 3:22
16:14,18 17:9
17:13 18:2,7,14
19:2,10 34:4,25
56:20,21 89:18
90:2 156:20
157:10,24
158:22 169:3
177:6 185:19
185:20
**doing** 13:22 14:1
23:24 37:21
41:19 60:9
69:10 75:25
103:6,10 106:2
119:9 122:19
143:21 153:9
**double-check**
163:13
**doubt** 186:19
**Dr** 7:15 8:14
15:22 36:7 54:8
77:24,25 78:13
80:25 81:10
90:17 111:13
122:11 130:19
130:19 133:14
134:9 135:16
137:3 138:1
141:21 143:7
146:8 150:7,21
154:11,14,17
154:21 156:4
157:8 164:1
172:6,18 187:5
**draw** 180:14
**dressed** 133:9
**dressing** 133:10
**Drive** 6:16
**dropped** 22:25
**duces** 2:14
**due** 75:3 81:2
180:2
**duly** 194:6
**duplication**
63:14,16 64:7
64:10,12,13
65:14

**duplicative** 17:14
17:22
**DV** 34:23
**DVT** 34:5,9,24
35:1,2 125:7
**dye** 61:4,16 63:8
69:3 93:5,11
94:10 100:10
100:11,14
101:15,18,22
**dynamic** 99:24

_____

**E**

**E** 2:1,1,11,11 6:1
6:1,16
**e-mail** 3:3,9,11
3:13 4:1,3
79:14 116:7
118:10,11,14
162:7,9 172:1,2
172:5 173:13
173:18 179:9
**e-mailed** 162:21
**e-mails** 18:9,13
156:13 173:15
180:5,16
**earlier** 96:6
121:13 122:14
123:16 124:3
134:24 140:4
140:17 142:5
143:8 146:2,12
150:11 153:14
155:10 165:7
169:25 175:5
175:17 187:7
190:4
**early** 83:21
121:20
**easier** 60:11 90:6
**echocardiogram**
137:10
**education** 19:14
19:15 130:11
**effect** 71:9
103:22
**effective** 27:18
43:14 97:23
165:23
**effects** 31:3,22

43:6 161:17
189:7,11,18,19
189:21 190:18
190:22 191:3
**efficacy** 27:6,10
29:13 70:19
71:21 114:20
115:11 123:17
180:10
**efficient** 122:19
**effort** 121:12
**eight** 96:10
163:16
**either** 12:15,18
33:21 37:12,13
47:6 66:10
114:9 138:15
155:2
**EKG** 137:9
**elected** 43:1
**electronic** 150:2
186:11
**electronically**
150:7
**electronically-s...**
150:9
**Eleven** 116:6
**Elmo** 16:7 169:10
**em** 91:25
**embedded** 44:6,9
**emboli** 32:23,24
33:4,16,17,18
35:12,13,15
42:11 70:18,22
103:8 124:19
168:4,9,12
182:9
**embolism** 28:1,7
28:11 29:15
33:13 34:1,12
34:18 67:14,16
71:7 115:21
116:15 117:2
120:7,8 124:21
135:3,20 136:7
138:3,6,23
139:7 141:16
164:10 165:1
177:18,19

178:10,10
180:20,25
181:3,7,16
182:5 190:10
**embolisms** 124:5
161:21 162:3
**embolize** 44:1
145:13
**embolized** 10:25
**embolus** 136:18
181:11,13
**embryo** 63:23
**embryologic** 64:1
**embryonic** 63:22
**employed** 9:6,7
21:5 194:11,13
**employee** 194:13
**employees** 175:8
**endoscopic** 13:7
**endotracheal**
102:22
**ends** 89:16 90:11
163:20 191:23
191:24
**engaged** 25:22
**enroll** 113:23
**enrolled** 113:11
114:6
**enrolling** 114:9
**enter** 45:2
**enters** 64:5
**entity** 12:8
**entry** 151:7,19
**equate** 168:19
191:16
**erased** 82:19
**Erich** 1:13,17 2:3
2:14 5:12,16
6:15 7:3,15
8:18 9:5 193:1
193:9,22 194:5
**error** 176:8
**especially** 44:9
63:19 127:5
**essentially**
104:15
**establish** 71:5
117:15
**established** 23:19

29:19 144:16
177:13
estimate 123:9
estimating 26:4
et 7:19,20
ethical 164:11,15
164:21,24
evaluating 114:2
Evans 6:16 8:14
15:9
evening 83:9,13
event 29:7 111:15
136:23 138:5
138:11,13
events 183:12
184:10,21
eventual 35:19
everybody 14:12
161:1
evidence 62:25
63:14 65:13
116:14,25
117:15 118:24
120:5 138:8
160:1,2,19
162:1 166:15
166:23 167:19
168:8,13
177:16 178:8
179:13 180:9
exact 25:4 55:5
158:16 166:1
181:21
exactly 12:9
43:23 60:8
129:8 134:23
160:8
examination 2:4
2:5,6,7,8 9:1
45:3 122:9
167:23 187:3
191:14 194:8
examined 5:17
8:19 194:8
example 28:20
exceptional
163:8
exchange 22:25
23:1

exchanged 18:12
18:14
exclude 27:3
excuse 7:16,19
82:7
excused 192:4
Executive 6:21
exhibit 2:13,15
2:17,19,22,24
3:1,3,4,7,8,10
3:12,14,16,17
3:19,21 4:1,3
15:20,23 19:2
36:4,7,10,11,22
37:20 48:4,10
49:3 54:4,7,11
54:12 55:13,16
55:20,21,21,24
56:1,4,17,22
58:4,8,12,13
59:16 66:16
67:23,24 68:2
68:14 78:21,24
82:1 85:2,5,15
85:16 86:24,25
87:2,4,5 88:12
88:24 89:4
91:16,18,20
92:23 115:24
116:2,8,10
118:6,9 119:17
119:20 120:1,2
132:11,14
133:12,15,24
134:7,10,13
135:14,17
136:6 137:1,4
147:3,4 148:6
149:6 150:22
151:8,12,14
153:1 158:1,6
158:11,13,16
158:18,25
159:1,11,19
171:1,4,6
173:10,13
176:10 177:1,9
179:2,6 183:10
184:7,12,17,18

185:13 187:25
188:23 189:14
189:15 190:17
exhibits 4:5
57:24 130:18
146:9 156:22
176:4,7 187:6
189:6
exist 71:12
177:22
existed 177:22
178:2
existence 84:20
84:21 135:19
139:13
existing 32:25
33:20
expansive 17:22
expect 31:1,9,13
31:19 32:1
71:14,19 108:4
expedient 74:9
experience 27:21
109:9 128:7
130:23 145:22
151:25 156:4
161:12 175:9
experienced
76:11,14 81:6
111:14,15
130:2 136:22
138:5,9
experiences
111:20 161:10
175:1
expert 13:5,12
expired 22:4
expires 193:17
explain 19:3 25:6
38:13,22 40:9
40:17 42:14,17
42:18 43:19
70:5 100:16
124:10,13
142:6
explained 39:8
40:24 41:15
105:1 141:25
170:23

explanation 43:3
144:12
extended 99:17
105:6 126:4
extensive 32:21
35:3
extensively 77:6
extent 80:15,21
114:1 143:21
external 93:24
94:3,7
extra 48:7 121:12
extreme 133:3
extremely 137:13
extremities 32:22
34:16 64:21
65:11

_____
          F

F 2:1,11
faced 105:17
fact 27:24 28:4
39:20 44:5 71:6
75:3 76:5 91:3
117:12,13
120:25 158:16
171:15 190:18
factor 44:18
125:2,4,6,9,11
125:16,18,23
126:1,5 139:6
141:4
factors 124:20
138:3,24 139:1
144:22,25
145:4,8
Faegre 6:10,11
8:9
fail 75:3
failed 168:16,20
failures 77:10
fair 14:6 31:10
64:21 69:22
105:18 106:8
112:7 121:7
familiar 30:3
57:6 113:14
132:3 134:16
134:17 146:22
147:6 164:5

family 40:10 43:9
45:8 88:17
144:17 154:15
165:22,25
far 48:2 61:11
126:22 128:22
130:18 135:18
145:9 175:17
Fargo 6:10
fashion 51:10,12
68:22 74:9 76:2
150:19
fashions 53:22
faster 60:12
fatal 29:14
117:16 120:7
177:19 178:10
181:16
father 38:1
FDA 156:5
feasible 82:3
153:5,7
feeding 63:9
feel 72:1 79:20
105:4 115:9
144:20 177:15
177:21 178:1
feet 104:7
fellowship 20:22
felt 73:16 105:22
145:6 152:21
femerat 104:19
femoral 2:20,22
50:7 55:23,25
56:18 60:3 63:6
68:4 75:18
87:25 92:6
150:12,13,15
150:17,19
170:2 172:12
188:24
field 100:23
figure 181:21
fil- 54:2
file 95:23
fill 26:25 40:11
48:14,20
filled 48:17 49:1
63:23

**films** 61:20,23
**filter** 2:20,22 3:5
  27:3 28:23,25
  29:2,19 30:4,13
  30:16,17,18,21
  30:24 31:4,16
  31:17,21,24
  32:2,2,15,18
  33:3,20 34:7
  35:6,8 38:3
  39:1,21 40:15
  40:23 41:14
  42:3,8,13,17,19
  42:25 43:2,13
  43:21 44:5,7,12
  44:13,17,21,23
  44:25 46:4,7,18
  47:8,9,10 48:15
  49:17,23 50:10
  50:25 51:7,8
  52:13,21,22,25
  53:8,13,15,18
  53:21 54:1,13
  54:14,16,17,18
  54:20 55:4,23
  56:9,18 57:1,11
  57:19 58:14,17
  58:18,20 59:21
  60:22 61:6 62:4
  62:6,7 63:4
  65:8,9,20 66:4
  66:11,11 67:1
  68:3,16,22,23
  70:3,6,10,17,20
  71:6 72:7,16,11
  73:4,7,15,16,24
  74:2,4,9,11,19
  74:20,21,25
  75:2,13,18 76:1
  76:5,12,24 77:5
  77:7 78:10
  79:17 81:2 82:2
  82:8,18,23
  83:13 84:9,10
  86:2,18 87:6,9
  87:17,20 88:1
  88:20 89:24
  90:22 91:4
  95:10 98:4,19

98:19 99:12,21
100:17,20,22
102:1,5,8,16
103:1,4,8,14
104:2,13,17
105:7,19 106:2
106:16,21,25
107:12,21
108:12,14,20
108:22,23
110:16 111:1
111:15,16
113:12 115:1
115:17,18
116:14 117:2
117:22,25
118:3,18,24
119:10,12,16
120:6,9,20,21
121:1,4,13
127:16 128:2,4
128:5,25 129:6
131:21,25
132:21 136:21
138:2 139:19
139:19,24
140:18,19,22
140:23 141:3,6
141:14,15
142:9 143:11
143:14,18
144:3 146:14
146:15,22
147:19 148:4
151:11 152:11
153:3,12,19
155:7 158:3,8
160:5,20
162:17,25
163:8 164:12
164:13 165:3
165:10,19,23
165:24 166:3,7
166:15 167:1,5
167:10,14,17
168:1,8,16,25
168:25 171:16
174:5,11,14
175:8,17

177:17,20,23
178:6,8,12
179:14,24
180:7,10,21
181:8 182:4,12
182:13 183:14
183:17 185:5
185:25 186:6
186:20 187:17
189:4 190:2,18
191:8,16,17
**filter's** 66:1
**filtering** 70:22
**filters** 26:7,23
  27:4,5,10,17,24
  28:6,9,21,22
  29:6,10,14
  30:14 32:5,13
  38:21 39:23
  40:9 41:16
  42:23 45:23
  53:5,12 57:8
  64:8 65:24 66:1
  67:12 71:16
  72:2 77:10
  79:18,19,21
  80:1,3,5,6,12
  81:7,11,13,17
  81:18 85:20
  99:22 107:25
  109:1,8,11,18
  110:2 113:12
  113:21 114:3,4
  114:17 115:1,8
  117:7,8,11,15
  119:5 123:3,7
  124:4 126:10
  127:12,18,20
  127:25 128:8
  128:11,13,14
  128:19,19,21
  128:23 129:11
  129:12 130:10
  140:25 141:23
  144:6 150:18
  155:19 161:5
  161:14 162:4
  163:7 164:3
  165:14 170:3,7

178:21 181:3
182:9,10
**final** 137:20
  185:24 186:4
**financial** 80:8
**financially**
  194:13
**find** 30:8 48:7
  58:6 77:15
  148:9 151:17
  159:7
**findings** 136:6,10
  186:20
**fine** 74:18 169:13
**fingers** 185:11
**finish** 14:2,4 82:1
  113:5
**finished** 95:8
  100:19 163:14
**firm** 6:9,11,16
**first** 20:1 30:16
  37:8 40:19,20
  66:25 87:24
  88:5 98:12
  116:12 123:5
  128:7 134:13
  137:12 146:15
  155:17 159:25
  160:11 176:25
  194:6
**fish** 104:21
**five** 25:12,18,24
  26:16 160:6
**Fleck** 169:15
  171:23 173:18
  173:19 174:24
**flow** 3:16 65:15
  100:1 125:15
**fluke** 63:22
**fluoroscopic**
  68:15 69:1
**fluoroscopy**
  68:21 69:6,10
  105:6
**focus** 79:15
**folder** 185:18
**follow** 47:8
**follow-up** 44:24
  45:3,9,14 46:4

47:1,2 82:19
  144:14
**followed** 46:23
  80:11
**following** 85:17
  166:24
**forced** 66:10
**foregoing** 193:2
**forget** 7:10
**forgot** 16:20
**forgotten** 106:23
  190:25
**form** 2:18 3:6,18
  29:21 31:12
  32:7 34:19
  36:11,14,16,19
  36:21,23 37:4
  37:16 38:5,9,16
  38:20 39:1,4,25
  40:11 46:13
  48:16,20,21,24
  71:17 72:3,4,19
  73:8 74:5 75:5
  76:9 79:22
  80:14 81:8,20
  87:5,20 103:23
  107:13,14
  108:7,8 109:21
  110:9,18 111:2
  111:25 112:1
  112:11 114:22
  114:23 115:13
  116:16 117:3
  117:18 119:13
  120:10,16
  121:15,22
  122:3,23
  123:12 124:1
  126:2,11,12
  131:6,17 133:7
  135:9,10
  136:24 137:7
  138:20 139:3
  139:12 140:5
  141:19 142:1
  142:10,15,19
  143:19 145:10
  145:16 146:17
  147:15,24

156:16 160:12
160:22 161:15
161:22 163:2
164:14 165:5
165:20 166:12
167:7,9,18
168:17,23
170:13,24
171:17 172:22
173:6 174:15
175:13,25
176:1 177:11
177:24 178:13
180:12 181:4
182:13 184:4
186:9 189:23
190:6,6,12
**formation** 126:23
139:7
**forward** 52:12
102:8
**found** 148:10
**four** 26:10
176:22
**fracture** 42:24
44:2 72:17 73:4
74:3 75:3 108:5
108:14,24
109:3 111:22
112:12 145:13
168:22 175:3
175:11 183:14
183:24 184:25
185:4 189:19
190:9
**fractured** 107:12
107:24 130:5
168:16,18
**fracturing** 44:3
121:10
**Frank** 4:1 171:9
172:3
**frequency** 43:5
**frequently** 53:24
**freshly** 103:10
**freshly-deployed**
106:2
**Friday** 5:18
**front** 15:18 37:12

41:5 146:9,20
156:24 157:7
180:16 188:1
**function** 168:20
168:21,25,25
187:22
**functioning**
189:4
**further** 35:15,16
91:24 103:8
141:15 167:22
191:11,20
194:11,12
**future** 111:22
112:12 175:3
175:10
**FV** 49:13

_____ **G** _____

**G** 1:5 3:2 5:4 6:2
193:19
**G2** 128:19,24
129:4
**gained** 68:19
**Gardner** 3:9
118:21 176:13
**general** 19:22
24:15 53:11
80:5 109:6
129:19 130:9
130:10
**generate** 39:3
**generated** 34:12
89:23 157:10
**generic** 38:19,20
39:14,25 40:5
**gentleman** 10:24
32:19 35:9
75:22
**gentleman's** 38:1
**George** 5:20 8:4
194:3
**getting** 107:7
**give** 10:7,21
12:18 13:20
16:19 21:7
23:20 25:25
33:16 40:10
57:13 88:23
95:16 132:8

159:16
**given** 10:17 16:5
84:13 86:8,12
87:19 88:11,16
88:16 105:2,20
106:9 119:8,22
120:18 139:22
144:18 145:4
193:5 194:10
**gives** 38:22 54:16
61:8 69:5
**giving** 38:2,6
39:21 43:4
113:7 164:11
**glad** 100:5
**Glasgow** 134:15
134:16
**glitch** 82:13
**global** 169:16,17
**gloved** 51:17
**go** 13:23 16:24
18:5 42:23
50:13 52:12
59:5 60:16
68:12 69:24
77:16 88:4,4
90:6 92:8 96:18
98:1,8,12 102:8
102:20 105:7
105:19 123:18
142:1 145:10
152:3 164:18
173:23 178:25
179:2 183:10
185:22 188:4
191:3
**Godfrey** 148:15
148:16
**going** 7:11 12:12
13:23,24 15:24
16:19,25 17:1
19:3,10 28:16
42:2 51:1,6
54:6 55:15,17
56:2,15 58:1,3
59:8 61:20
62:11 64:3,18
66:2,5 67:23
68:12,12,13,13

68:23 70:18
72:23 73:3,14
73:19 76:20
78:17 79:15
81:25 85:13
86:23 88:24
89:2 90:4,12
91:15 92:20
93:11 98:3
100:1 102:11
102:12,17,18
103:1,4,5 104:2
109:6 113:5
115:15 117:21
118:8 122:14
122:16 132:3
138:15 145:8
163:21 169:10
170:14 171:3
172:23 173:3
178:25 180:14
180:14,16
182:5,11,25
184:7
**Gold** 185:14
**Goldberg** 77:24
77:25 80:25
154:14,21
**good** 14:15 17:8
27:14 35:10
59:4 70:8 80:25
94:24 95:10
102:3 103:16
143:25 159:16
163:16 183:4
**gotcha** 26:21
**gotten** 90:18
144:8 175:16
**grab** 104:20
**grade** 134:18
**graduate** 19:25
20:8
**graduated** 19:15
20:2
**graduation** 19:19
**Granite** 6:16
**great** 13:22
**greater** 60:11
67:5

**groin** 50:11
**ground** 179:1
**group** 1:11 5:10
6:8 9:8 11:21
11:22 21:6,25
23:23 24:1
153:21 193:21
**guarantee** 122:21
123:1 142:23
**guess** 21:19 27:5
33:10 86:15
89:4 107:15
148:2 151:13
166:13 179:2
**guessed** 129:3
**guessing** 107:22
**guesswork** 60:12
**guidance** 59:25
68:16
**guide** 60:8,21
91:1
**guidewire** 60:19
62:9,13,21
**guys** 119:22

_____ **H** _____

**H** 2:11
**half** 26:16
**half-days** 25:10
**halfway** 134:13
**hand** 36:6 54:6
55:15 85:4
118:8 119:19
**handed** 132:14
133:15 159:3
**handing** 148:25
**handled** 51:1,3
**happen** 99:20
107:21 108:19
124:11 144:11
**happened** 82:22
106:21,25
154:3
**happens** 132:1
**happy** 43:24 95:4
**hard** 50:5 87:24
88:6 107:21
150:3
**Harrisburg**
11:22

hate 59:12
he'll 57:13
head 14:8 32:21
 42:10 104:9,11
 129:16,16
health 2:16 3:22
 105:4,21,21,22
 106:9,9,11
 121:7
hear 50:18 113:2
 130:11
heard 79:1,4
 113:20 134:17
 161:17
hearing 130:13
heart 63:19 64:3
 64:21 65:16
 104:10 125:21
 137:11,13,14
 137:22 168:22
heartbeat 137:19
Heilman 6:20
 7:24
held 7:12 31:6
 37:10 85:1
 106:13 111:12
 114:15 143:6
 179:4 180:18
help 13:24 45:22
 90:17
helpful 110:21
 184:1,6
helps 62:16 95:19
hematoma 42:22
hereditary
 124:23
hereinabove
 193:6
hereto 193:4
 194:13
Hershey 154:16
 154:17,22
 171:12
high 19:15,17
 179:13 181:18
 181:19
higher 74:15
 124:25 125:1
 139:2,7

highlighted 93:2
highly 11:3
hired 26:25
historically 80:4
history 3:18 33:1
 33:14,17
 125:22
hit 98:15
hold 22:8 107:18
home 121:24
honest 16:5
hook 104:21
hooked 63:18,18
hope 161:23
 179:3
hospital 2:18 3:1
 3:5,18,20,22
 5:20 11:25
 15:12 36:15,15
 36:17,25 76:25
 77:1,11 78:9
 82:14 84:4
 129:19 131:1
 144:12 145:2
 172:8 175:21
 194:3
hospital's 45:12
 45:18
hospitalized
 120:8 138:12
 177:19 178:11
hot 143:2,5
hours 5:19 33:24
hypersensitivity
 127:8

I
IC 48:15
ID 91:7
idea 10:21 23:20
 25:25 82:18
 110:14 133:10
 163:17
identical 158:22
identification
 15:21 36:5 48:5
 54:5 55:14
 57:25 78:22
 82:25 85:3
 91:17,19

115:25 118:7
119:18 132:12
133:13 134:8
135:15 137:2
171:2 173:11
identified 65:19
 87:23
identifies 87:8,9
 87:20,25
identify 92:22
IFU 30:11,12,19
 30:23 31:8,19
 58:22 110:5
 146:13,16
 147:7 173:5
 183:6 184:8,9
 184:23 185:1
IFUs 58:18
 146:10
iliac 62:23
Illinois 1:24 5:23
 6:21
image 92:2,8,17
 93:10 94:13,18
 95:17,18 96:2
 96:22 97:15
 98:12,25 99:5
 100:5 101:13
 104:6,9 151:1,2
images 3:7 69:7
 69:20 90:20
 91:16,21,22
 92:1 96:1,9
 101:1 150:23
 151:21 152:6,8
 185:13,21
imaging 2:18 3:5
 69:16 90:4,18
 132:6
immediate 85:16
immediately 45:1
 88:17
immobilized
 42:10 138:12
implant 2:24
 52:12 54:1 55:3
 57:10,19 66:2
 159:23 182:10
 184:2

implantation
 33:19,22,24
 34:6 59:20 62:4
 69:1 90:21
 108:2,15
 185:24 186:5
 188:12
implantations
 115:2
implanted 52:25
 67:13 76:5
 113:12 115:8
 118:3 123:8
 127:16 142:9
 147:20 160:21
 161:20 162:3
 184:3 190:2
implanting 57:21
 58:20,24 72:23
 114:25 141:23
 142:13 146:13
 162:25 173:2,3
implants 114:17
implementation
 183:21
implicit 39:22
important 30:9
 72:21 115:18
impotence 11:2
impotent 11:4
impress 43:12
impression
 116:23
impressions
 137:21
in-vitro 155:22
incapacitated
 124:24
incentive 80:2
incidence 33:13
 120:7 125:1
 178:9
incident 177:18
incision 105:6
inclined 74:3
include 9:17
 43:20 156:22
included 69:20
 80:21 88:13

156:13
includes 32:12
including 32:21
 73:2
Incorporated 1:9
 1:9,10,11 5:8,8
 5:9,10 6:7,7,8,8
 7:20 118:23
 193:20,20,20
 193:21
increase 73:3
 108:23
increased 74:2
 75:2 121:10
 125:3 185:4
increases 72:16
increasing
 183:24
incumbent
 114:18
independent
 146:5
Indiana 1:9,10
 1:11,12 5:8,9
 5:10,11 6:7,8,8
 6:9,12 193:20
 193:21,21,21
Indianapolis
 6:12
indicate 33:12
 34:4 42:12
 68:15 138:18
indicated 151:3
indicates 37:16
 62:22 137:12
indicating 94:6
indication 34:9
 34:10,17 95:16
 96:21 185:20
indications 54:15
 80:11
indirectly 125:19
individual 1:5,13
 5:4,12 6:3,15
 41:11 79:7
 140:4,12
 193:19,22
individually 52:1
individuals 80:5

**Industries** 7:19
**inferior** 53:25
  60:16 62:24
  64:3,4,16 65:4
  65:10,19 68:18
  91:4 92:11,13
  182:10
**infers** 153:8
**inflow** 63:12
**information**
  30:20,23 31:2,8
  33:12 34:3 38:7
  46:25 47:4,5,18
  72:21,22 73:2
  109:4 110:7
  111:23 112:7
  115:19 117:16
  119:8 120:14
  120:18,25
  121:10,21
  122:2 123:17
  156:12 165:9
  172:17,20
  173:4 175:11
  175:23 177:22
  182:21 184:3
  187:9
**informed** 47:14
  72:14 111:17
  114:19 115:11
**infrarenal** 68:17
**initial** 96:7
**initially** 22:14
  23:22 69:2
**initials** 149:4
**inject** 60:24 69:2
  101:22
**injected** 92:7,11
  100:11,14
  101:16,18
**injecting** 63:8
**injection** 61:2
  93:5,21 94:12
**injuries** 32:20,21
  35:4 132:9
**inordinate** 50:15
  50:19
**inpatient** 82:25
  83:1

**inquire** 16:21
  33:11
**insert** 30:18 42:7
  54:14 55:22
  60:17 70:7
  109:5 123:24
  131:21 136:20
**inserted** 50:10
  68:24 70:7
  87:10 92:5
  138:2 141:13
  148:18
**inserting** 123:14
  135:1 149:1
**insertion** 33:3
  58:14 65:20
  72:12 147:13
  148:20 150:12
  150:14,17
  152:9 158:3,7
**insets** 91:2
**inside** 51:23
  65:10 72:7
**instance** 11:24
  126:15 132:22
  140:22 146:20
**instances** 141:15
**instruction** 16:20
  86:5,16
**instructions** 3:5
  13:23 30:3,17
  31:14 54:14,16
  54:20 55:22
  56:8,11,17 65:8
  67:8 68:3,7
  85:21,25 86:5
  146:10 170:10
  170:23 172:21
**instruments**
  49:24 100:22
**insufficient**
  117:14
**insult** 35:16
**intend** 159:10
**intended** 38:6
  44:14 104:3
  143:10 159:2
  168:2
**intent** 17:3 44:19

44:20,22 74:20
  76:1 103:17
  144:13 157:23
  166:6 168:6,15
**intention** 16:21
  44:16
**intentionally**
  46:18 74:19
**interaction** 155:6
**interactions**
  28:19 29:4 30:1
  155:11
**interested** 194:14
**interior** 62:24
**internal** 24:3
  156:8
**internally** 111:18
**internship** 19:22
**interrogatories**
  17:13
**interrupt** 142:25
**intervention**
  173:23
**interventional**
  2:18 9:12,15
  21:10,13,21
  23:24 24:6,18
  24:20 25:9,13
  25:17 26:2,5
  36:12 39:16
  48:25 49:2,10
  59:19 81:5
  102:6 106:6
  148:17
**interventionalist**
  78:16 122:20
**interventionali...**
  28:16 78:1
**introduce** 49:17
**introduced** 9:18
  122:13
**intubated** 36:2
  75:16
**invasive** 36:13
  37:5 85:17
  104:15
**inventory** 51:8
  166:1
**involute** 63:25

**involved** 13:8
  24:4 32:9 40:15
  77:13 106:1,20
  142:13 153:17
**involving** 136:11
**IR** 80:25 91:4
**irretrievable**
  44:7
**IRVCFILT**
  185:23
**issue** 110:14
  170:20
**issued** 15:23
**issues** 21:22 32:2
  32:4 110:1
  188:13
**it'd** 75:21 97:20
  123:9
**item** 79:16
**IVC** 2:24 3:5
  26:7,23 27:3,5
  27:10,10,23
  28:6,9,21 32:15
  33:19 35:6 38:3
  38:18,21 39:1
  39:18,21,23
  40:9,23 41:13
  41:16 42:3 44:6
  48:15 50:25
  52:3,10 53:5
  54:20 57:19
  58:20 62:4 63:3
  65:1,4 66:14
  67:4,9 71:5
  72:2,7 73:23,24
  73:25 75:1
  85:20 86:2
  103:19 105:10
  106:7 108:23
  110:25 111:16
  112:9 113:12
  113:21 114:3,4
  114:17 115:8
  115:17 116:14
  119:5 120:6,9
  121:1,4 123:3,7
  124:4 126:9
  127:12 132:21
  135:1 136:21

138:2 139:19
  141:15,23
  143:14 145:11
  147:19 152:11
  153:19 155:7
  158:3,7 161:5
  161:14 162:17
  164:3,12,12
  165:3,14 170:3
  170:7 174:21
  177:17,20
  178:21 179:24
  182:9,9 183:8
  187:16 190:2
  191:17
**IVCs** 126:22

——————
        **J**
——————
**J** 1:23 5:22 6:15
  7:4 193:23
  194:2,20
**James** 118:21
  176:13
**January** 141:24
  158:2 173:19
  174:4
**Jason** 4:3 173:19
**jeopardy** 105:5
**jet** 63:11
**Jim** 3:9
**job** 102:18 103:1
  103:6,7 104:2
  152:22
**John** 6:9 8:9
  122:12
**join** 34:21 46:14
  65:1,11 79:23
  81:22 108:17
  110:10,19
  111:4 112:14
  113:5 116:17
  140:7,14
  160:17 163:3
  177:25 190:15
**joined** 22:22
**judgment** 73:14
**Judy** 49:8
**jugular** 2:20
  55:25 75:20
  102:20 104:16

104:17
**jump** 68:13 99:23
100:2
**jumping** 122:16
**junction** 63:6
**June** 3:14 37:1,2
37:5 38:25 42:4
53:9,10 55:7,8
57:20 58:21
92:16 118:2
119:10 127:11
127:15 128:9
142:8 147:21
148:2 185:25
186:6
**jury** 15:18
124:10,13

**K**

**K** 7:18
**keep** 86:20
114:19 115:9
**keeps** 62:18
**kept** 51:15
**Kevin** 1:23 5:22
7:4 8:1 78:25
155:11 172:1,3
172:6 193:23
194:2,20
**Kim** 1:13,17 2:3
2:14 5:12,16
6:15 7:4,15
8:14,18 9:5
15:22 36:7 54:8
90:17 111:13
122:11 130:19
132:13 133:14
135:16 137:3
138:1 141:21
143:7 146:8
150:7,21 156:3
156:4 157:8
164:1 187:5
193:1,9,22
194:5
**kind** 12:5 26:17
69:7 79:9 88:9
105:14 123:4
146:1
**kit** 51:1 52:10

88:20
**knew** 46:17
74:25 117:13
121:23 180:15
**know** 14:21,23
15:1 16:4,9
18:9,12 29:12
33:25 34:24
36:16 40:21
43:24 46:10
47:12 48:2 49:6
49:11,14 53:4
56:11 58:9
69:15,19,21
71:3 74:19
75:24 76:23
78:18,25 79:3,4
80:3,7,7 81:9
81:13 84:14
87:23 88:22
91:10 95:4,19
96:2 101:7
102:25 106:3
106:20,24
109:1,9 110:13
110:22 113:10
114:8 117:17
126:16 127:8
129:8,20
130:10 134:21
141:10 143:20
148:23 149:11
150:17 152:5
152:16,18
153:16,18
154:5,9,13
155:16 156:11
157:23 160:1,7
160:13,15,25
161:4,9 162:12
162:21 167:25
168:11,14,16
171:4,8,10,13
171:19 176:16
181:19,21
185:19,20
**knowing** 34:15
81:24 107:23
110:16 156:14

161:3,25
**knowledge** 11:12
29:5 65:9 77:2
89:21 90:1
114:5 141:22
146:4 170:5,8
178:7 194:7
**known** 32:2,22
35:11 110:23
155:17
**Kuhn** 1:5 3:2 5:4
6:2 7:18 8:8
9:23 10:2,9,15
18:10,13 32:9
32:16 34:4
35:23 37:21,23
37:24 40:14,22
41:4,4,6,11,19
41:20,22 44:21
45:8 46:1,2,2
47:6,6,7,23
57:19 58:21
59:21,24 67:17
67:17 68:10,10
74:25 76:19
84:24 86:12
88:1 89:25
92:14 102:7
106:21 107:8
108:22 113:10
118:4,18 119:6
119:10 120:19
127:17 128:2
130:20 131:1,9
132:16 133:1,5
133:19 134:9
135:1,5 136:21
138:1 140:19
141:14 142:9
143:8,18 144:8
144:14 147:20
149:11 152:9
153:17 154:10
154:21 155:2,6
155:7 158:3,8
159:22 162:25
165:11 171:16
174:11 175:16
177:23 178:6

180:7,20,24
182:6 185:25
186:6 187:17
188:10,18
190:2 191:18
193:19
**Kuhn's** 18:19
45:4 52:18 57:1
76:3 86:10
100:15 105:21
111:15 121:2
122:18 154:15
158:10 168:1
175:8 187:12
189:1

**L**

**lab** 50:23 51:5
**Label** 2:24
**lack** 116:13
150:4 179:13
**Lancaster** 6:17
**landmark** 60:4
**language** 156:10
**large** 65:1 128:20
181:17
**larger** 129:12
164:2 174:8,17
174:18,20
188:20
**largest** 188:4
**lateral** 151:24,25
**laterally** 70:2
151:10
**law** 6:3,9,11,16
**lawful** 8:19
**lawsuit** 9:23
12:12
**lawsuits** 11:18
12:14,25
**lawyers** 17:2,3
**laying** 52:8
**laypeople** 43:10
**lead** 124:21
125:3
**learn** 107:11
120:14 153:24
**learned** 31:23
153:22 172:14
**leave** 121:5 141:8

**led** 120:20
**Lee** 3:3
**left** 11:4 63:6
64:4,5,25 75:3
92:2,8 96:10
97:14 106:8
108:14 163:16
**leg** 50:4,5 64:8,25
75:1 97:14,19
99:7,10 108:23
110:15,25
111:16
**legs** 70:11 94:24
110:1,6 126:17
172:13 173:8
174:7,8,17,18
174:21
**let's** 9:16 20:3
22:15 32:24
37:8 53:15 88:4
88:4 90:9,9
92:2 159:18
164:17 169:14
173:23,23
176:9 185:22
**level** 63:5 65:18
70:15,16 71:3
112:9 134:18
164:6
**license** 22:6,9,16
22:21,24 23:2,4
**licensed** 22:11,13
**life** 124:8,14
**light** 120:24
**likelihood** 43:15
141:6
**limit** 19:7 66:8
**limitation** 27:2
53:16
**limitations** 53:4
182:22
**limited** 25:15
125:15
**limits** 65:25
**line** 15:2 70:1
82:2
**lines** 75:17
102:23
**list** 16:13,16

17:16,23
145:14 147:23
148:1
**listed** 39:13 40:5
142:5 183:15
184:11 189:21
190:18 191:8
**listening** 83:2
**lists** 54:15
**literally** 61:24
**literature** 28:18
30:2 70:25 71:1
71:8,20 109:7
123:19,22
145:25
**litigation** 122:13
**little** 13:23 14:13
19:13 58:2
59:14 64:18
72:12 74:17
83:24 92:4
97:19 100:25
113:7,8 122:15
141:22,25
163:13
**live** 15:18 68:23
**LLC** 1:12 5:11
6:9 193:21
**LLP** 6:3,10,11
**lobe** 136:12
**local** 42:21,21
**localization**
93:22
**localize** 60:7
**locate** 23:13
**located** 20:24
**location** 136:16
**logical** 96:18
**logically** 90:5
**long** 9:14 123:3
127:11,17,24
129:5,8 141:6
145:1
**long-term** 114:3
161:13
**longer** 25:8 70:17
75:10 84:20
94:23 139:2,8
**look** 16:10 30:19

30:23 39:6
44:10 48:6
54:23 56:2,16
58:3 59:15
61:21 64:6,11
65:13 66:16
67:23 68:21
76:17 85:24
88:8 90:4,7
93:17 95:24
109:7 116:4,10
118:10 119:21
132:2,5,22,25
133:22 149:12
158:13 159:18
171:5,22
173:23 177:9
183:6 184:20
189:6 190:19
**looked** 74:18
150:21 152:6
**looking** 36:22
48:23 59:16
77:16 92:9
95:17 104:6
120:2 130:17
151:20 153:2
172:2
**looks** 16:5 48:16
48:24 61:25
70:8 93:7 94:24
95:3,10
**loss** 46:21 80:24
**lost** 45:10,16,17
46:20 47:2
80:24 82:15
83:7 84:17 99:9
104:18 158:20
**lot** 10:5 62:20
63:17 64:12
75:16 88:2,8
108:19 150:18
**Louis** 5:25
**low** 120:5 177:17
178:8
**lower** 34:16
64:20 65:11
66:8 120:7
177:18 178:9

188:21
**lower-extremity**
35:3
**lung** 134:6
**lungs** 34:10,13
35:16 104:10
182:12
**Lynch** 4:1 154:11
154:17 171:9
172:6,18

## M

**M** 2:1 148:15,15
**M.D** 1:13,17 2:3
5:12,17 6:15
7:4 8:18 193:1
193:9,22 194:5
**magnification**
61:10,10
**main** 24:9 35:7
62:10 127:9
172:11 188:19
188:20,24
**maintain** 18:22
**major** 20:4,5
125:11 138:15
**majority** 181:15
**making** 115:10
144:23
**malalignment**
188:17
**malpositioned**
94:19,21
**malpositioning**
190:19 191:8
191:18
**man** 36:2 102:23
171:11
**Management**
5:21 194:4
**manager** 169:17
169:18
**Mandler** 2:5,7
6:9 8:9,9 16:1
31:12 32:7
34:21 46:14
71:17,22 72:19
72:24 73:10
74:5 75:5 76:9
79:22 80:14,20

81:8,22 95:15
95:20,22 96:13
96:19 107:13
108:7,16
109:21 110:10
110:18 111:2
111:25 112:11
114:22 115:13
115:22 116:5
116:16 117:3
117:18,23
119:13,23
120:10,16,22
121:15,22
122:3,10,11,12
122:25 123:15
124:2 126:4,20
127:14,15
128:24 131:8
132:13 133:14
134:9 135:16
137:3 138:22
139:6,13 140:9
140:16 141:21
142:12,17,21
143:7,23,25
144:2 145:17
146:19 147:17
148:8,9 149:19
149:24 150:11
156:19 157:6
158:24 159:2,9
159:18 160:18
161:4,19 162:1
163:9,12 164:1
164:17,23
165:7 166:5,18
167:13,21
168:17,23
170:24 171:17
173:6 174:15
175:13,25
177:11,25
178:13,18,22
180:12 181:4
184:4 186:9,13
186:23 187:4,5
189:14 190:1
190:16 191:6,7

191:11
**maneuvers**
126:14
**manipulate**
105:25 106:4
**manner** 101:21
**manufacturer**
29:18 31:1
71:14,20
114:19 115:9
183:7
**manufacturers**
73:13
**mark** 186:24
**marked** 15:20
36:4,7,22 48:4
48:10 54:4,7
55:13,16 57:24
78:21,24 85:2,5
86:23 91:18
115:24 116:2
118:6,9 119:17
119:20 132:11
132:14 133:12
133:15,22
134:7,10
135:14,17
137:1,4 150:22
159:12 171:1,4
173:10,12
176:7 187:8,24
**markedly** 137:22
**markers** 93:18
**market** 79:11
160:5,9,11,13
160:16
**marketing**
169:18
**marking** 15:22
91:15
**Martin** 6:3
**Maryland** 19:18
19:20,21 20:1
22:14,15
**Maryville** 6:21
**matter** 59:5
100:3 117:25
185:21
**matters** 194:7

maximum 66:7
MD 2:14
mean 17:2 24:4
    25:6 35:1,2
    39:23 43:10
    49:21 52:7
    53:11 57:15
    61:7 63:1,16
    64:2 65:21
    68:18 83:16
    89:5 98:1
    107:15 109:6
    130:7 134:4
    136:15 137:17
    145:1 149:9
    153:6 163:6
    181:18
meaning 50:10
    108:13 112:20
means 49:15,22
    63:2 64:7 70:5
    101:10 134:5
    134:21 137:18
    137:24 185:18
meant 64:10
    107:4 160:1
measure 53:24
    54:2 61:12
media 92:7,10
medical 1:10,12
    3:1 5:9,11 6:8,9
    9:7 19:20 20:6
    20:8,13,14,17
    22:9 23:4,8,19
    36:21 55:9,11
    76:23 106:5,15
    107:7 118:22
    123:22 130:11
    130:18 132:16
    142:14 156:5
    171:24 173:25
    176:14 180:9
    193:20,21
medications
    125:25
medicine 19:22
    24:3,9,14
meeting 156:1
megacava 67:1,3

67:21
memo 116:20
    118:2 161:6
memory 37:25
    41:10
mention 43:17
    44:2,5,8 86:20
mentioned
    144:24 145:11
    147:17 193:6
merged 11:22
Meridian 6:12
met 13:13,16
    153:25 154:14
metal 101:10
method 58:19,24
    147:12,13
methods 110:4
microcava 67:2
    67:19
mics 192:1
middle 15:2
    138:11
migrate 42:23
    43:22 145:12
migrated 130:6
migration 43:7
    190:8
millimeters 66:7
    67:6,10
mind 96:14
    164:11 169:11
mine 16:3 159:7
    159:9
minimally
    187:19
Minneapolis 6:10
Minnesota 6:11
Minor 24:20
minute 58:5,5
    98:14 137:14
    159:19
minutes 163:16
misinterpreting
    166:14
misplaced 42:24
    43:22 145:12
misplacement
    190:7

Missouri 1:24
    5:25
Misstates 120:11
    189:24
moderate 133:3
modify 52:22
mom 47:7
moment 74:10
    143:4
monkey 106:4
months 45:3
    69:18 76:20
    83:9,15,20 84:4
    84:15 98:4
    118:17 121:14
    166:8,11
months' 143:9
morbidities
    161:24
Morneault 4:3
    173:20
mortality 28:7
    181:18,20
mother 46:2
motor 131:2
motor-vehicle
    139:15
move 23:10 95:15
    185:9
moved 22:17
movement
    125:15
Mr.-- 179:10
multi 23:22
multiple 32:20
    138:24
multispecialty
    23:23 24:1,4
Mumford 6:16
    7:10 8:13,13
    15:9 16:2 17:11
    17:20 18:1,4,25
    19:6,12 29:21
    34:19 37:1 38:9
    39:24 40:3
    46:13,15 50:2
    53:9 59:2 72:4
    73:8 74:6 75:6
    76:25 79:23

81:20 96:9
98:15 99:3
102:9,14
103:23 106:22
107:14,19
108:8,17 110:9
110:11,19
111:4,7,9 112:1
112:14,18,23
113:1 114:23
116:17 117:9
119:24 126:11
126:13 127:13
140:5,13
142:25 143:5
143:19,24
148:7 149:23
149:25 156:17
157:3 160:12
163:2,4 164:14
164:19 165:4
167:7 169:7,13
170:13 172:22
176:1 177:24
180:13 182:23
183:3 185:11
185:14 186:2
189:12 190:12
191:2

N
N 2:1,1,1,11 6:1
    6:11
name 7:24 9:4,18
    79:1,5 86:11
    89:23 95:17,23
    122:12 148:14
    148:22,23
    149:4 171:10
named 11:6
narrative 89:13
    98:7
nature 21:3
    87:13 126:19
NavAlign 57:7,7
near 131:11
near-severing
    131:10 133:2
necessarily 112:8
    114:13 168:19

necessary 58:17
neck 50:3 75:17
    98:2,3 102:23
    105:6 150:16
need 16:2,7 18:5
    26:24 30:15
    42:12 47:10
    85:13 86:17
    109:12 143:1
    145:7
needed 38:7 46:4
    47:7 75:10
    105:12 110:16
    117:17 141:14
needing 141:6
needle 60:8,15,15
needs 84:16
    144:20
negative 32:3
    161:10
neither 194:11
Nest 128:21
neurological
    134:19,19
never 11:10
    18:14 60:24
    82:8 107:6
    117:9 118:23
    132:17 162:9
    162:20 168:24
new 21:1 22:13
    22:17,21 28:23
    77:4 79:10,12
    104:15 146:15
    147:7,8
newly 174:5
night 26:19 82:12
    83:14
Nitinol 128:14,16
    166:3,4
nod 14:8
nonambulatory
    124:25
noninvasive
    42:15 43:14
nonresponsive
    73:20 98:7
    109:13
normal 41:12

43:18 44:11
63:5,7,21 66:12
**normally** 40:11
47:24 48:14,21
65:1 99:13
**Notary** 193:14
**note** 59:3 82:2
83:5 84:18
148:7
**noted** 31:4 63:14
89:15 189:18
**notes** 163:14
**notice** 2:14 14:11
15:23 17:10,19
60:23 83:5
107:7 118:1
**noticeable** 97:22
**noticed** 70:10
**notion** 27:23
**nuances** 30:15
**nuclear** 24:9,14
**number** 1:24,24
7:21 37:16
82:25 83:1,4
87:7,8 88:3,8
90:25 91:9,10
91:12 95:17
96:2 138:3
176:16,17,19
177:1 181:17
**numbered** 96:9
**numbers** 57:23
93:23,24
189:13
**nurse** 49:1,2,7,8
52:8 87:16
**nurses** 45:2
48:17 49:10

**_____ O _____**

**O** 2:1,1,11
**oath** 8:21 13:20
15:16 194:8
**object** 31:12 32:7
71:17 72:19
73:19 74:5 75:5
76:9 79:22
80:14 81:8 98:6
108:7,8 109:12
109:21 110:18

111:2 113:3
114:23 115:13
116:16 117:3
117:18 119:13
120:10,16
121:15,22
122:3 147:15
168:17,23
170:13,24
171:17 172:22
173:6 174:15
175:13,25
176:1 177:24
178:13 181:4
184:4 186:9
**objected** 80:20
**objecting** 112:22
**objection** 17:11
29:21 34:19
38:9 46:13
71:22 72:3,4,24
73:8,10 74:6
75:6 80:19
81:20 102:9
103:23 107:13
107:14 108:16
110:9 111:25
112:1,11 113:6
114:22 115:22
117:23 120:22
122:23 123:12
124:1 126:2,11
126:12 131:6
133:7 136:24
138:20 139:3
139:12 140:5
140:13 141:19
142:10,15,19
143:19 145:16
146:17 156:16
160:12,17,22
161:15,22
163:2 164:14
164:19 165:4,5
165:20 166:12
167:7,9,18
178:18,22
180:12,13
182:23 186:13

189:23 190:12
**objections**
153:11 164:18
**observation**
133:5
**observe** 52:10
73:23
**observed** 75:13
89:14 102:5
188:17
**obtaining** 161:2
**obvious** 154:24
**obviously** 43:10
53:18 150:2
**occasionally**
24:21 128:20
**occasions** 10:19
12:17 13:19
**occluded** 124:16
**occupants** 131:5
**occur** 25:1 43:6
45:4 73:14
82:20 155:1
**occurred** 174:12
174:13 191:18
**occurring** 43:16
**occurs** 183:24
**October** 172:6
**off-IFU** 170:1
**off-label** 109:24
162:7 170:6
**off-the-record**
7:12 31:6 37:10
85:1 106:13
111:12 114:15
143:6 179:4
180:18
**offer** 13:12,15
45:21
**office** 82:9,11
84:23
**officer** 176:14
**Offices** 6:3
**oh** 86:1 87:8 88:2
90:25 91:24
103:20 149:13
191:5
**okay** 9:22 10:21
11:6,12,20

12:12 13:2
14:17 16:12
18:8 19:12
27:20 36:18
37:15 38:2,15
39:3 40:3 41:18
41:23 45:4
48:13,19 49:13
49:20 52:15
54:11 55:24
56:6 57:5 58:11
67:3 68:9 71:13
72:6 74:24
79:13 81:25
83:16,24 84:1
85:20 86:10
87:14 88:4
89:12,21 90:24
91:6,23 92:21
93:19 97:4
98:13 101:23
117:6 124:8
126:20 127:22
128:17,24
134:4 143:24
145:20,20
146:12 149:2
149:24 152:25
153:13 154:5
154:20 155:24
156:3,19 168:5
169:21 171:21
173:22 174:4
177:8 179:8
184:19 187:24
188:22 189:6,9
189:12,16
190:16
**old** 60:2 103:9
141:5 179:1
**older** 174:10
**Omnipaque**
89:17
**once** 46:3,19 47:1
51:6,22,24
68:19 75:13
104:19 110:17
120:24 121:3
174:20

one's 91:1 98:17
ones 52:1 142:6,7
144:3 161:20
174:9 191:8
**ongoing-care**
153:10
**online** 56:12
**op** 55:12 58:13
58:15 59:3
148:7
**open** 51:15
189:11
**opened** 51:22
52:4,12
**operating** 53:1
**opinion** 189:3
**opinions** 13:12
13:15 27:5
**opportunity**
38:12,22 47:16
**opposed** 10:10
14:8 26:2 32:25
36:15 38:18
41:6 55:21
56:13 60:2
63:19 154:11
185:21
**opposite** 109:1
**opted** 165:22
**option** 78:20
105:24 106:9
141:9,9
**optional** 44:7,13
108:13
**options** 167:2,6
**oral** 47:25
**orally** 145:10
**order** 44:24 52:9
58:2 105:7
**ordered** 73:15
**orders** 85:16
**organized** 122:18
**orientation** 70:3
70:12 74:18
101:25 104:5
151:10
**oriented** 74:11
95:10
**original** 4:5

89:19 159:10
ought 170:10
outcome 11:3
  35:19
outline 61:4
  92:11
outlined 110:5
outset 10:8
outside 88:22
  101:4 155:21
overall 37:4
  161:1
overhead 96:25
  173:14
overrate 69:8
overuse 79:18,20
overusing 80:12
overwrote 45:13
  45:13,19 82:14
oxygen 124:17
oxygenating
  124:16

**P**

P 6:1,1,9
P-U-L-M 133:25
p.m 5:19,19 7:17
  59:11 90:11
  163:20,23
  179:11 191:23
  192:3
packaged 53:2
packaging 51:23
  52:23 88:19
packet 51:16
  88:23
page 16:12 37:8
  37:15,17 39:6
  54:23 56:3
  66:19,20,21,23
  67:24 87:24
  88:5,12,25 89:4
  91:24 133:23
  134:13 137:12
  137:20 148:13
  148:13 151:8
  159:1,11
  183:11 184:16
  184:17,18
  189:13,14,15

pages 158:17,17
  158:24
palpate 60:3
paragraph 136:5
  137:21
parallel 95:2,2
parents 18:16,19
  36:3 86:13,15
part 8:20 25:20
  33:7 40:25
  41:16 43:8
  88:10,19 92:25
  96:7 131:9,14
  145:10 190:4,5
part-time 26:24
  78:17
participate 52:6
  113:18
participated
  164:2
participation
  35:24
particular 26:22
  28:17 37:20
  48:3 49:19,20
  53:20 71:2
  74:10 87:6,9,20
  190:17
particularly
  30:12
parties 194:12,13
partly 38:11
partner 26:25
  77:5 154:5
partners 60:25
  153:23
parts 54:13
party 11:17
  12:15
pass 87:2 122:6
  186:22
passed 120:2
Paszkiewicz 6:20
  7:25 8:2
patency 61:13
patent 62:23
patient 2:18 3:14
  13:9 38:13
  40:18 43:9

46:25 53:6,17
  53:20,23 57:17
  61:12 69:9
  70:12 71:7
  73:12 74:12,23
  76:4 82:15,24
  83:3,5,8,17
  84:4,8,11,19,22
  84:23 86:6,9
  87:10 88:11,16
  88:17 91:7
  93:25 103:22
  104:1 111:24
  112:4,10
  117:22 119:12
  122:21 128:20
  131:23,25
  132:4,24 133:2
  134:20 140:4
  140:12 153:9
  164:8,9,25
  166:7 167:3
  174:10
patient's 61:9
  73:16 82:24
  87:18 88:15
  93:21 99:11
  127:6 137:13
  137:21
patients 10:5
  45:23 46:20
  53:7 64:7 67:13
  109:10 113:18
  113:24 114:4
  114:18 117:11
  119:5 120:8
  142:2,6 147:25
  148:1 160:21
  162:2 177:19
  178:11 181:2,7
  181:15 190:5
paucity 116:13
  180:2
Pause 54:10
pay 179:20,24
payers 179:20,22
PE 32:25 33:1,20
  124:5,6,13
  125:8,12 126:9

126:23 136:11
  181:18
pediatric 24:11
  24:16,16
pediatrics 24:8
pending 7:22
penetrating
  62:18
penile 10:25
Penn 171:12
Pennsylvania 1:1
  5:1,22 6:17
  7:23 8:4 22:10
  22:23,25 23:2
  23:11,15,20
  194:4
people 28:15
  63:22 64:2
  109:5 114:9
  124:24 125:1,2
  127:7 129:18
  161:24 181:11
  181:12
percent 26:5,5
  122:21 123:2
  142:22 181:23
  181:24,25
  182:1,2
percentage 26:1
  181:22
perfect 142:18
perfection 123:2
  142:23
perfectly 95:3
  97:21,22 102:1
perforate 72:13
  97:20 100:2
  103:19 106:7
  145:19
perforated 72:11
  73:23 75:1
  97:14 99:8
  101:7,17 105:9
  121:4 145:20
  151:4 152:10
  174:21
perforates
  191:17
perforating

73:24,25 101:4
  105:20 110:25
  111:16 151:22
  175:9
perforation 72:9
  72:15 73:3
  74:18 96:21
  101:9 108:22
  109:1,7 112:9
  151:2 152:1
  183:23 185:5
  189:20 190:10
perforations
  109:11
performance
  27:4 114:3,4
  160:19
performed 33:3
  36:24 59:24
  71:5 73:5 114:2
  134:25 136:20
  148:14
Performer
  148:23
performing
  36:12 45:1
  47:17 166:23
performs 160:20
period 141:7
  152:23 155:3
peripheral
  169:22 173:25
permanent 46:8
  46:12 75:8
  108:1,14
  128:13,25
  140:25 165:15
  165:19,24
  167:3
persist 63:25
persistence 64:1
person 38:6 43:4
personal 10:9,9
  10:14 109:9
personally 45:25
  46:5 48:23
  87:16 130:3,19
  147:18 164:22
  171:11

pertain 38:21
PEs 117:16 124:8
phrase 35:21
  43:20
physical 3:18
  53:6
physician 47:16
  71:15 72:22
  78:8,12 96:2
  108:12 114:16
  115:7,10
  139:20 144:19
  144:24 170:18
  170:22 171:15
  173:2,24 175:7
  182:19 183:13
  184:2,21
physician's 140:2
  140:10 172:19
physicians 24:2
  32:4 42:7 79:9
  84:7 109:19
  126:7 153:10
  153:10 170:11
physiologic 44:11
PI 33:20
pick 14:14 132:1
picture 70:8
pieces 51:16,25
  52:8,11
pigtail 61:1,3,7
  61:15,24 62:1,3
  69:3 92:5,18,19
  93:2,3
place 27:1 35:10
  52:2 58:17
  60:19 62:16
  65:7 68:13 73:6
  79:19 82:22
  88:20 117:11
  138:24 139:19
  152:2,22
  154:10
placed 49:23
  52:5 57:1 61:9
  65:9,24 68:17
  74:25 87:21
  88:1 93:20
  108:22 175:7

177:23 178:6
180:22 182:4
186:19
placement 3:6
  27:3 38:3 39:1
  42:3 46:8,12
  52:3 56:18 67:1
  86:2 89:24
  109:17 119:10
  120:6,9 132:20
  155:6 165:2
  177:17,20
  178:9,12 180:6
placements
  116:14 179:14
  179:24
placing 26:7,23
  35:6 44:13
  48:14 63:3
  71:16
plaintiff 1:6,19
  5:5,18 6:2 7:2
  8:8,20 12:15
plaintiff's 2:13
  162:6 165:8
  187:5
plaintiffs 11:23
plan 39:20 76:19
  143:8 153:5
planning 174:10
players 179:19
Plaza 6:21
Pleas 1:1 5:1 7:23
please 8:16 9:4
  14:20 29:24
  59:7 77:19
  90:10 108:10
  119:21 124:12
  135:10 140:8
  171:5 177:10
  183:10 186:23
  191:22
plenty 28:3
pneumatic
  126:17
point 39:7 46:6
  47:12,13 70:17
  73:14 75:23
  82:6,7,16 83:7

84:19 97:24
101:8,17
102:24 103:2
104:1 105:5,15
105:16,17
122:5 145:6
pointed 176:8
pop 185:10
population 164:8
  164:9,13,25
  165:2
portion 68:17
  73:19 109:13
pose 30:24
position 78:14
  95:9 102:3,6
  111:20 140:2
  140:10 145:13
  175:1 187:21
  190:9
positioned 43:24
  102:17
possibilities
  152:5
possibility 73:12
  111:22 152:4
  175:3 190:10
possible 31:3
  39:9 46:10
  74:10 108:19
  110:17,24
  126:21 162:18
  182:15
possibly 152:12
post-traumatic
  10:24
posterior 136:12
postop 85:16
potential 28:10
  30:24 42:25
  43:17,21 44:3
  121:11 147:23
  148:1 183:11
  183:13,16
  184:10,20
  185:4 187:15
  189:7,11,17,21
  190:8,8,9,9,22
  191:3

Potentially
  125:24
practice 11:25
  12:7 20:23,24
  21:4,9 22:22
  23:1,10,13,19
  23:21,23 24:11
  25:20,23 26:1
  27:2 38:24
  41:13 42:1 80:1
  80:10 84:3
  123:4 129:12
  130:8,9 147:18
  153:20 154:6
  155:3
practiced 9:14
practices 154:18
  171:12
practicing 21:1
  23:16 25:13
precautions
  31:15
precise 60:6
  83:11
preclude 63:3
predict 107:21
preferred 77:6
pregnancy 125:1
prep 52:2
prepare 51:9
prescribing
  140:1,10
present 6:20 68:9
presentation
  31:10 48:1
presented 71:1
  79:14 112:10
PRESERVE
  113:21,24
pressure 49:25
pretty 36:23
  40:16 50:16
  60:25 62:15
  95:2 128:22
  129:15
prevent 35:12
  70:18,22
  116:15 117:1
  117:16 124:4,6

124:6 126:8
141:15 168:12
170:7 182:5,11
prevented 161:21
preventing 27:24
  27:25 29:14
  173:8
previous 97:15
  97:18
priapism 10:24
  11:1
primarily 21:9
printed 150:3
prior 11:2 27:21
  33:1,2,12 34:23
  46:2 53:23 62:5
  64:11 68:25
  87:17 95:12
  98:12 102:6
  125:22 127:11
  127:15 128:12
  146:20 147:20
  148:1 160:8
  161:6 180:6,20
private 20:23
  21:5 23:23
privileged 16:24
proactively 126:8
probably 10:4
  13:4,24 22:4
  27:8 59:5 96:6
  97:8 112:3
  159:17 165:21
  166:3,4 182:1
problem 45:15
  45:18 164:22
problems 170:7
procedure 2:16
  11:2 13:7 25:17
  36:12,24 37:5
  38:8,13,18,19
  38:23 39:10,18
  42:14,16 43:14
  45:2 47:17,19
  48:18 50:13,17
  51:1,18 52:6,19
  59:24 62:14,21
  74:15 75:22
  85:18 88:11

89:11,13,19
90:21 94:15
95:8 97:13
101:19 102:7
102:21,25
104:15 135:1
135:23 136:20
145:9 162:24
163:1
**procedures** 24:19
24:20 26:2
27:12 36:13,13
39:16 40:17
48:25 52:4,16
62:20 103:10
122:22 180:3
**proceeded** 74:21
163:6
**process** 22:19
147:12,13
150:12 153:13
**prod** 14:13
**produced** 5:17
8:19 17:21
150:8
**product** 30:9
31:11 71:21
115:12 147:6
147:14 169:16
169:17 170:19
170:20 171:23
174:23 177:15
182:20,22
183:8
**production** 17:12
19:1,4
**products** 115:20
129:25
**professional**
113:4
**program** 185:19
**prolong** 74:15
**prompted** 47:1
**proper** 57:21
58:24 64:14
**properly** 95:11
102:17 187:18
187:21
**prophylactic-t...**

126:18
**protect** 102:19
**protected** 103:7
**protective** 70:14
**proven** 114:20
**provide** 30:19
31:2,9,20 38:6
44:24 47:17,24
72:22
**provided** 31:8
37:19 54:21
69:15 70:23
86:6 116:3
149:22 170:6
**Provider** 148:14
148:23
**provides** 79:8
160:20
**providing** 74:12
**proximal** 133:3
**Public** 193:14
**pull** 49:16 51:8
96:16 104:20
**pulled** 49:14,18
49:18
**pulmonary** 27:25
28:7,10 29:14
32:23,24 33:4
33:13,16,17,18
34:1,11,18
35:11,13,15
39:23 42:10
70:18 71:6
103:8 115:21
116:15 117:2
120:7,8 124:4
124:15,19,21
134:2 135:2,19
136:7,18 138:3
138:6,23 139:7
141:16 161:21
162:3 164:10
165:1 168:4,12
177:18,19
178:10,10
180:19,24
181:2,7,11,12
181:16 182:5,8
**pumps** 126:17

**puncture** 42:22
60:9,13 62:12
**puncturing** 60:2
**purchasing** 32:4
**purpose** 35:5
73:19 147:11
**purposes** 60:21
91:17 93:22
**pursue** 20:22
**put** 32:18 35:8
42:17 43:2 47:9
49:25 51:7,14
51:19 53:18
60:14,22,23
61:1,6 62:11
64:8 66:1,11
74:19 80:1,9
82:12 83:9,13
87:21 89:2 91:2
98:8 103:5
104:16 105:4
105:22 106:6
114:17 126:15
128:2,21
131:25 141:11
145:12 148:24
150:18 152:13
159:7 165:18
165:24 166:6
167:4 173:14
176:9 179:1
180:16
**putting** 30:16
32:12 43:13
46:18 62:5 80:5
80:6 96:14
114:14 167:3
168:6 178:21

___ Q ___
**Qualification**
21:20
**qualify** 17:5
**quantify** 43:4
**question** 14:2,5
14:18,22 17:5
27:15 40:20
96:15 98:8
109:14 114:25
115:5 117:6

120:12 143:22
144:21 152:25
162:18 163:15
166:14,19
172:4 181:10
183:2 190:25
**questioning** 15:2
**questions** 17:1,6
40:10 59:3
102:15 122:15
122:17 165:8
165:14 167:22
179:19,23
191:11,20
**quick** 15:3 69:24
77:15 144:18
159:8 163:15
**quicker** 13:25
**quickly** 61:22
110:17 162:18
172:12 188:24
**quite** 43:16
108:18 109:2
129:8
**quote** 28:2
156:21 162:7
162:17
**quoted** 156:9
**quoting** 156:11

___ R ___
**R** 6:1 134:2
**radiate** 69:8
**radiography**
68:20
**radiologic** 174:3
**radiological**
69:16 174:1
**radiologist** 81:5
106:6 122:20
145:23
**radiologists** 9:10
11:21 80:4
**radiology** 3:7
9:13,15 19:23
20:16,22 21:6,9
21:13,18,21,24
22:1 23:25 24:5
24:7,12,16 25:9
25:14,19 59:20

166:10 174:2
**raised** 179:19,23
**randomized**
164:6
**rapid** 125:21
137:18
**rate** 125:21
137:14 181:20
**Rawlins** 6:4
**reaching** 182:11
**reactions** 127:8
**read** 7:11 30:6
37:11,14 56:23
58:5,10,11
107:6 109:10
123:18 146:13
146:16,19,24
147:3,7 169:11
193:2
**reading** 147:11
187:7
**real** 61:21 69:24
134:17 159:7
160:21,25
**realize** 159:6
**really** 10:7 31:16
35:17 85:23
103:12 106:8
126:7 150:16
160:23
**realtime** 68:22
**reason** 14:18
23:5 26:22 35:7
35:7 81:15,16
100:16 123:13
160:10 181:10
**reasonable** 75:11
**reasons** 42:11
124:3 131:24
**reassure** 43:9
**recall** 12:20
13:17 29:7 34:8
34:23,24 35:20
35:23 39:2
43:19 49:8
50:16 56:10
57:4 71:9,10
74:13 79:1 81:4
127:23,24

128:22 129:1,2
129:4 130:13
131:12,22
138:21 142:2
147:5 150:24
155:8,9,23
162:5,18
165:11 175:5
**recalling** 10:11
**receive** 33:11
**received** 118:18
162:9
**receiving** 20:14
**recognize** 36:8
48:11 54:8
55:18 79:2,2
85:6,7 112:8
132:15 133:16
137:7 155:13
185:23
**recognized**
170:20
**recollect** 147:22
**recollection** 10:9
10:14 18:18
40:13 41:3 46:1
56:6 130:15
133:4 156:1
**recommendati...**
58:22
**recommended**
32:15 109:25
147:13 154:6,7
154:15
**record** 3:1,14
7:14 14:9,15
55:11 56:16
59:8,11 77:16
77:22 89:15
90:12,16 91:10
150:6 163:21
163:25 191:25
194:9
**recorded** 69:11
**records** 10:11
55:9 82:21
106:15 107:7
130:18 131:1
132:2,16

133:16,18
136:20 138:18
166:6
**recoverable**
128:25
**recovery** 128:19
129:1,6
**recurrent** 35:13
124:6 168:4
**redo** 178:25
**reduce** 28:6,10
71:6 117:1
**reduced** 194:9
**reducing** 170:1
170:21
**refer** 93:22
**reference** 49:13
79:15,25 99:16
133:25 158:11
158:15
**referenced**
173:16 175:4
186:24 187:8
**references** 37:20
**referencing**
135:18
**referral** 131:14
131:18 132:20
133:19 144:8
**referrals** 80:2
**referred** 81:12
154:21 162:6
162:15
**referring** 54:25
70:6,19 87:13
127:19 149:6
153:9 171:25
184:14,16
**refers** 69:6 96:25
159:25 187:15
188:13
**reflect** 55:9
159:10
**reflects** 55:22
**refresh** 37:25
**refusing** 79:19
**regard** 9:23
12:24 27:25
28:20 41:13

89:24 116:21
183:8
**regarding** 29:5
59:20 113:21
162:7 182:21
185:24 186:5
**regardless** 28:22
53:13
**regards** 80:10
**registrations**
156:5
**regulations** 156:5
**rehab** 46:3
121:20
**reimbursement**
118:22 176:14
**relate** 38:18
**related** 32:2
90:21 106:15
107:7 113:11
125:14 170:2
177:5 194:11
**relates** 132:16
164:3
**relationship** 81:1
**relative** 194:13
**relatively** 42:15
43:13
**release** 99:23
**released** 11:10
51:15 94:16,16
94:22 95:8
104:19 143:9
**relocated** 43:25
**rely** 30:11 139:23
170:11
**remain** 62:13
152:21
**remember** 10:2
40:21 41:19
95:1 149:11
155:13 166:1
**remembered**
41:21
**remind** 172:11
**reminder** 155:1
188:23
**removable** 153:7
**removal** 82:3,8

82:10 84:5
105:16 143:10
144:5 153:4,19
154:10
**removals** 107:8
**remove** 44:16
47:11 54:17
74:4,9 75:17
81:12 88:23
103:1 104:13
112:5 141:9
144:3,6 154:16
**removed** 47:8
62:7,9 75:9,12
81:10 82:16,18
83:6,23 84:16
86:18 104:23
144:16 145:3
152:22 154:1,8
**removes** 87:16
**removing** 74:20
76:1 81:14
143:14,18
153:11
**renal** 64:5 65:18
152:3
**rep** 57:12 155:23
172:7
**repeat** 80:18
**repeating** 183:4
**repetitive** 102:14
**rephrase** 27:7
28:8 29:23 41:8
44:20 108:10
115:5 117:8
124:12 135:10
140:8 178:3
190:25
**replacement**
78:17
**replacing** 153:12
**report** 3:20,23
55:12 58:13,16
59:20,23 62:22
65:21 68:14
88:25 89:20
135:7,9,13,18
137:9,10
149:13,15

150:9 185:24
186:5,15,18
**reported** 77:10
**reporter** 4:6 5:23
5:24 7:5 8:1,15
8:22 80:18,22
107:18 128:15
193:23 194:1
**Reporting** 6:21
7:25 8:2
**reports** 129:23
130:5 149:16
**represent** 8:6
79:13
**representations**
29:12
**representative**
38:14 79:6 86:7
86:14 146:5
**representatives**
28:20 79:8
109:16 129:17
**represented** 6:3,9
6:15 15:6 108:1
**representing**
6:20 7:25 8:10
8:12 122:12
**reps** 130:12,14
169:22 170:12
**request** 17:12
19:1 131:20,21
**requested** 32:18
35:8 42:7
**require** 42:16
**required** 106:16
**requires** 149:17
**research** 164:2
**reserved** 7:7
192:3
**residency** 9:17
19:23 20:15,16
20:19,21 21:14
**resident** 33:15
131:20
**residents** 32:18
132:7,7,10
**residual** 136:7
**resolved** 11:9
**resource** 79:9

respirator 98:3
respirators
102:21
respiratory
174:1
responded
166:19
responding 8:20
responds 174:24
response 44:11
165:8,14
166:24 174:23
responses 17:12
17:21 19:1,5
responsibilities
32:12
responsibility
32:11
responsive 17:10
rest 124:18 126:4
126:18
restate 170:17
172:25 181:5
restrictive 12:5
result 31:23
34:13 39:15
108:5 110:5,15
175:16
resulting 129:24
results 161:1
retained 4:5
retired 77:4
retirement 26:13
26:17
retract 104:22
retracted 100:21
retrievable 44:14
retrieval 76:21
81:6 84:23
106:15 153:18
153:19
retrievals 179:25
retrieve 44:21,22
83:18 174:11
retrieved 49:24
81:19 108:13
121:13 171:16
retrievement
162:7

retrieving 81:2,3
103:14
retrospective
71:4
return 45:9 60:14
60:14 63:18
82:14,16,23
83:5,6,8,14
84:14
returning 64:9
64:20
review 10:11
17:18 56:20
58:15,18 59:17
63:15 130:25
132:20 145:25
152:16
reviewed 106:14
133:19 136:3
136:19
reviewing 18:8
31:7 56:22 58:8
89:13 116:8
171:6
revoked 23:5
right 14:5,11,16
15:2,6 17:7
18:16 20:4
30:11 40:4
49:13 53:20
58:3 62:23
64:25 65:16
70:11 86:21
88:7,10 89:16
91:12 92:5,9,20
93:1,4,10,11,25
94:3,8,22 95:13
96:18,24 97:20
98:18 99:11,17
100:6,14 101:6
101:15 102:24
131:10 133:3
134:2 136:12
144:19 157:7
163:12 168:2,9
168:16 172:1,3
180:22 181:16
181:23 182:6
185:10,14

189:10,22
right-hand
133:24
risk 5:21 28:6
39:14 67:13,16
71:6 72:16 73:3
74:2,15 75:2,25
105:14,23
106:1 108:24
112:9 124:20
124:25 125:4,6
125:9,11,16,18
125:23 126:1,5
126:23 127:4,9
138:3,22,24
139:1,6 141:23
142:13 143:14
145:8 164:10
164:25 175:10
181:19 182:20
183:7,24 185:4
194:4
risk-benefit 73:6
74:16
risk/benefit
103:13 105:12
115:16 119:9
120:19
risks 30:24 38:7
38:17 39:9,12
39:17 40:6,9,13
40:14,23 41:15
42:1,21,21,25
43:3,18 47:24
126:25 127:3
140:3,11,18
141:25 142:4
145:21 146:4
147:23 148:1
190:3
RN 49:9
Robert 37:21,24
40:14 41:4,11
41:20,21 46:2
47:6
room 5:21 9:19
15:11,16 53:2
194:4
route 150:20

routine 40:17,25
41:6,12,17 42:1
42:1 43:8 47:24
48:25
RT 174:2,3
ruler 61:9
run 6:16 69:4
Rune 3:11,13
118:20
Rutigliano 6:11
8:11,11

                    S
S 2:11 6:1,10
safe 27:12 84:10
safely 62:16
safest 74:22
safety 27:10
60:21 62:20
sales 170:12
saluting 121:11
satisfactory 70:4
70:13 97:21
151:11
save 96:13
saves 64:12
saw 33:7 74:17
97:13 101:20
102:16 130:5
130:19 151:3
162:9,20
Saxton 6:16
saying 19:9 40:20
106:24 139:5
158:21,23
165:18 166:14
168:15 174:24
179:13 191:2
says 8:22 37:16
39:8 40:4,5
55:24 79:17
80:17,23 85:25
88:2,8 91:4
97:11 133:1,25
134:14,15
136:11 137:21
148:14,15
151:8 153:3
158:14 169:15
172:10 174:4

scale 134:15,16
134:20,22
scan 3:20 63:15
135:23
scene 131:5
schedule 16:13
47:2 82:19,23
83:17 84:18,23
scheduled 45:19
82:3,8,10,12,14
82:16,24 83:9
83:12,14,22
84:2,3,12,14,15
105:15 153:4
school 16:14,17
19:20 20:2,6,9
science 118:22
123:23 176:14
screen 37:13
se 71:1 97:1,9
second 17:16
39:7 45:12 59:7
77:18 88:12,25
90:10 97:18
99:25 137:20
143:1 151:8
158:17 190:20
190:21 191:3
191:22
second-to-last
153:3
secondary
111:19 174:25
188:14,18
seconds 100:3
secretaries 89:8
secrets 150:1
section 47:15
153:2 185:18
sections 189:7,10
see 9:16 20:3
34:3 37:9 39:7
39:10 42:20
48:22 49:3 50:3
50:5 51:6 54:24
55:2 56:3 60:7
60:14 63:2,11
66:22 67:24
68:1,5 69:10,17

85:13 87:24
88:6 89:4 91:25
92:4,17 93:8
94:2,10,18 96:1
96:3 99:10
100:10,14,25
101:15,16
102:1 109:8,11
118:13,25
121:20 133:9
135:7 137:14
145:1 146:10
149:13,14,17
150:6,9 151:14
153:10,16
157:2 158:15
166:21 169:11
169:15,19
170:22 171:8
172:10,15
173:14,17
176:20,21
183:15 184:10
184:22,25
185:3 191:5
**seeing** 34:24 92:3
99:6 136:17
**seen** 15:25 16:11
27:22 28:5 34:4
34:12 61:20,23
63:5 66:9 69:13
70:2,23 99:20
99:22 132:17
132:24 134:11
137:5 152:16
153:8 157:20
161:13 162:1
171:10
**Seldinger** 62:20
**semiretired** 22:5
24:24 25:7
**semiretirement**
26:14 115:4
**send** 56:7 168:22
**sense** 10:12 24:15
161:16 168:3
**sent** 89:8 169:25
188:11
**sentence** 80:16

80:23 136:11
153:3 159:25
**separate** 38:25
39:1 41:11 61:1
64:9 65:15
159:3 176:7
**separately** 88:14
**September** 83:20
83:21,21
**septic** 67:13,16
**sequence** 93:8
96:3 97:9
**serial** 87:7,8
**series** 122:14
150:22 156:20
**served** 17:11 19:4
**Services** 3:22
**Set** 2:20,22
**setup** 51:13
144:15
**Seventh** 6:10
**severe** 32:19,20
124:18 134:5
182:16
**severely** 35:2,17
**severity** 133:11
**shape** 61:3 66:6
**share** 172:20
**sharing** 172:17
**sharp** 72:12
**Shaun** 6:15 8:13
**sheath** 49:14,17
60:24 61:5
**Sheet** 3:16
**shelf** 51:9
**short** 59:9,15
77:20 81:10
90:13 163:22
**shorthand** 5:23
7:4
**shortly** 111:17
134:25 135:23
**show** 29:9 78:23
79:10,11 86:23
112:25 116:1
134:9 148:22
156:20 159:5
162:8 166:6
167:11,13

169:4 171:3
188:2,6
**showed** 33:3
150:22 158:10
187:6
**showing** 54:12
96:25 135:16
137:3 156:10
162:16
**shown** 169:4
**shows** 87:7 109:7
**sic** 7:18 113:15
127:11 132:13
161:7 190:2
**side** 61:9 64:4
93:17,21 96:11
**sign** 7:11 149:15
149:17 186:17
**signatories**
169:18
**signature** 7:7
49:11 85:9
149:18 171:22
171:23,25
186:8,12 192:3
193:4
**signed** 149:14,21
150:6,7
**significance** 42:9
**significant** 94:8
102:4 125:4,16
131:2 175:24
**similar** 30:14
174:12
**simply** 47:25
**Sinai** 20:16
**single** 159:3,11
188:2
**single-wall** 60:9
**sir** 9:4,6,15,20
10:17 15:7
19:14 28:6 39:7
48:11 49:5
50:22 51:4
54:24 55:1,6
58:4,10 66:17
66:23 78:24
87:4 88:24 89:5
106:18 116:2

116:10 118:14
149:8 169:8
171:4 176:5
179:9 181:12
184:10,13
**site** 42:22
**sites** 127:5,10
**situation** 12:19
13:2 131:14
**size** 53:15,16,20
54:2,2 61:12
65:19,23
**slightly** 70:11
**slow** 110:6
125:14 172:13
173:8
**slowly** 163:1
**small** 53:17 66:4
66:6
**smaller** 174:9,17
**smoker** 138:19
**smoking** 125:6,9
**smoothly** 50:14
**software** 45:22
**sold** 108:12
116:24 161:5
**solicit** 80:3
**solution** 126:22
**somebody** 135:25
144:4 167:11
**somewhat** 17:25
70:2 151:9
**son** 38:3 43:11
**soon** 121:23
**sooner** 112:4
**sorry** 35:22 54:3
77:1 80:18 84:1
86:1,1,25
112:15 119:25
142:25 156:4
156:23 157:5
173:24 179:21
184:15,15
**sort** 13:4 94:7
130:10 132:19
133:18
**sought** 17:16
153:19
**source** 33:25

34:18 106:25
**sources** 123:16
**South** 5:20 8:4
194:3
**space** 37:7
**spaces** 40:7
**sparingly** 69:9
**speak** 45:25
**speaking** 46:1
78:9 164:18,19
**specialist** 24:17
169:16 171:23
174:23
**specialties** 24:2,5
**specific** 29:7
38:16,17 39:17
40:14 41:3
47:17,18 71:9
79:15 84:13
85:20 86:4
91:10,11
155:14
**specifically** 28:2
29:1 40:21,22
41:19 71:10
73:22 81:13
127:19 142:8
156:21 177:16
**specified** 53:14
**specify** 51:7
**speculate** 166:22
**speculation**
80:21
**sped** 163:10
**speed** 49:4
**spend** 149:20
**split** 99:8
**spoke** 80:24
141:24
**spot** 69:7 74:17
**squirt** 61:5
**St** 5:25
**stabilized** 75:10
112:5
**stabilizing** 174:7
**stable** 121:24
145:3 152:21
166:10 187:21
**staff** 9:10 46:11

46:16
stage 98:20
101:19 102:8
stamped 176:19
stand 192:1
standard 13:13
13:16 50:17
68:20
standpoint 106:5
172:19
star 185:14
start 14:4 20:6,15
27:14 30:16
91:6 93:4,8
169:14 172:4
179:21 186:3
started 104:14
128:5 147:18
147:18
starting 113:3
151:2
starts 59:25
state 5:25 9:4
22:14 23:5
86:16 105:2,21
106:9 152:10
179:16
statement 63:13
81:16 177:16
181:10
statements
156:14
states 22:8,12
179:18
stating 173:22
Status 134:14
stay 72:7
sterile 51:9,11,13
51:14,15,18
52:2,5 88:22
sterilized 51:23
stick 60:4
STIPULATED
7:1
stocked 129:18
stockings 126:16
stole 157:4
stop 15:1 26:9
28:24 77:3

155:20 164:17
stopped 81:17
stopping 115:21
Street 5:21 6:4
6:10,12 8:4
194:3
strength 120:5
177:16 178:7,8
stresses 111:20
175:1,10
strictly 80:11
strong 72:1
118:23 159:25
160:2 180:9
structure 72:7
75:14 76:6,16
92:12 94:19,19
structures 70:1
151:9
strut 72:15
101:10,16
111:22 112:9
152:11 168:22
175:3 188:17
188:18,20
struts 66:3 95:11
102:2 104:21
111:19 151:3
151:21 172:12
174:25 188:14
188:19,21,24
studies 70:24
114:1,6,9
152:18 164:2,6
study 27:22,23
49:22 91:11,12
97:18 113:11
113:15,18,20
113:21,24
137:10 164:9
164:25
Stump 6:16
subgroups 24:10
subject 23:7
102:23 164:9
subpoena 2:14
Subscribed
193:11
subspecialize

9:12
subspecialty 9:11
subtracted 101:1
success 122:21
successes 161:13
successfully
161:21
successive 19:24
sued 11:5 13:6
suffer 181:2,7,15
suffered 32:19
suffering 34:5
suffers 182:16
sufficient 180:8
suggesting
143:21 166:19
suitable 65:20
66:9,14
summary 132:9
supplies 129:18
supply 64:20
124:17
support 27:23
70:24 71:21
116:25 180:9
supporting
118:24 180:2
supportive
117:14
supposed 86:6
102:18
sure 14:15,21
17:4 25:4 26:16
28:4 29:10,25
46:21 65:14
71:8 77:12,18
87:12 88:13
93:9 97:11
98:10 104:24
111:10 113:6
121:12 129:4
134:23 139:4
148:24 151:19
154:14 160:8
161:3 185:8
187:1,1
surgeon 13:5
surgeons 80:5

surgeries 125:22
139:2
surgery 125:11
125:16 138:16
139:1,9 150:24
152:7 180:21
187:13 188:10
surprise 71:24
116:20 119:2
120:13
surprised 107:11
179:18,22
survive 181:3
Susan 169:17
suspect 73:25
suspended 23:5
suspicion 175:9
swear 8:16
switch 68:20
129:11,21
switched 77:7
78:9
sworn 5:17 8:19
12:18 194:6
system 45:11,12
45:13,16,19
47:3 57:7,7
63:20 82:14,22
98:23 144:13

------- **T** -------
T 2:1,11
tab 185:17,22
table 50:6 51:19
52:2,2
tabs 185:17
tachycardia
125:18,20
138:9
tachycardic
136:22 137:13
137:22
take 14:25 15:4
25:8 37:8 50:15
50:19 51:16,16
51:18,24 56:15
56:16 58:5
59:15 61:21
66:16 69:23
76:17 77:15

84:8,9,10 90:3
90:4,9 92:2,20
97:25 98:4
102:8 106:12
116:4 118:10
119:21 136:1
144:20,23
154:10,15
155:25 163:13
166:8
taken 1:19 7:4
8:3 59:9 73:4
77:20 90:13
163:22 193:3
193:24 194:12
Talbert 169:16
179:10,12
talk 22:15 32:24
104:4 141:22
talked 12:25 17:2
96:20 147:24
152:15 153:5
169:3
talking 28:15,17
40:22 41:10
73:22 109:5
129:17 132:7
talks 112:22
Tanner 78:25
109:16 155:12
155:17,23
169:6 172:1,3,7
186:23 187:8
Tanner's 169:6
tape 163:16,17
tech 13:5 129:16
technician
148:18 174:2,3
technique 51:10
51:11 57:21
58:19 170:1,22
173:7
techniques 57:2
57:18 58:16
109:24 162:8
170:6
tecum 2:14
tell 19:13 21:8
31:19 32:14

47:9 50:22 57:2
58:4,12 71:15
71:20 77:23
90:8,19 91:23
92:3 93:15
109:18 139:23
149:3 183:12
189:12 190:5,7
**telling** 40:22
99:18 118:21
**tells** 63:17 93:17
**temporary** 42:19
43:2 46:18
47:10 54:18
68:16 74:20
103:5 129:2
140:23 141:3
141:12 143:11
165:23 166:3,7
**ten** 7:16
**tendency** 14:12
**term** 103:16
150:4 153:6
**termination**
22:18
**terminology** 65:5
**terms** 98:25
**tested** 111:21
175:2
**testified** 123:16
134:24 143:7
143:20 153:16
165:7 166:9
189:2 190:4
**testify** 12:21 13:3
194:6
**testifying** 15:17
**testimony** 12:18
13:20 15:16
124:3 130:22
142:2 152:20
154:25 165:13
188:16 189:24
193:5 194:10
**Texas** 6:4
**thank** 48:9 49:4
54:10 58:7
80:22 96:19
107:3 113:9

119:24 122:7
127:14 149:24
167:21 191:12
191:20
**that'd** 13:18
**therapies** 171:24
**therapist** 174:1
**therapy** 35:11
**thing** 14:24 67:7
85:14 90:5
99:24 112:19
113:14 114:24
137:24 151:20
173:23
**things** 24:3 42:22
49:4 148:11
**think** 13:24 16:8
25:17 28:9
33:21 36:1
39:24,25 48:23
64:14 70:19
75:22 79:10
80:11,12 84:9
84:13 87:6 90:5
91:7 103:16,25
106:1 110:24
112:18 114:18
114:24 115:18
117:20 121:9
123:1,7,10,15
124:15 125:9
125:19 131:13
133:23 139:10
140:16 145:11
146:8,12,14
147:3 154:24
159:12,13
163:12,14
170:9 171:15
172:18 175:15
181:17 185:18
191:2
**thinking** 183:4
**third** 158:17
**Thomas** 6:3 8:7
**thoracic** 33:2,7
**thought** 74:12,22
77:6 97:20 99:7
101:7 141:7,10

166:10 187:20
**thoughts** 183:5
**threat** 79:18
**threatening**
124:8,14
**threats** 79:16
**three** 25:2,5 45:3
76:20 83:9,15
83:19 84:4,15
98:4,4 107:16
107:20 108:4
108:15,19
118:2 121:13
143:9 154:4
155:3 166:8,11
180:15 187:6
**three-month**
105:16 144:13
152:23 155:1
175:17
**three-page** 37:17
**thrombi** 62:25
**thrombosis** 34:6
124:22
**thrombus** 34:17
**Thursday** 172:5
173:19
**till** 14:3
**tilt** 43:17,23
70:13,15,16,21
81:2,6 95:1
97:21,22 99:23
100:1 102:4
109:20 170:1
170:20 172:14
183:17,19
184:22 187:16
188:25 189:2
189:19
**tilted** 187:17,19
**tilting** 81:18
**time** 7:16 8:5
10:20 17:16
18:6 19:6 20:1
20:12,25 22:13
23:14 26:11,12
27:11 34:6
35:25 36:2 40:8
43:11 47:11

49:9,10,19,21
49:24 50:15,20
52:11 56:16
59:4,8 72:11
77:13 78:14
81:1,4,10,18
87:19,21 90:10
90:14 93:21
95:7,18 96:3,8
96:13 97:2
99:15 100:20
100:24 102:10
102:12 103:9
103:15 104:14
105:7,16,22,24
109:11 111:13
113:7,8,8
114:13 118:20
121:5 123:23
128:3,7,12
129:8 130:20
132:6 133:6,8
136:3,19 138:2
139:8 140:24
141:7,10,13
143:10 144:16
146:15,24
149:20 150:16
150:24 152:7,8
158:2 163:19
173:16 179:13
183:20 184:3
190:1 191:12
191:23
**timeframe** 75:11
99:8 163:6
**timely** 76:1
**times** 25:16 86:21
110:7 131:22
172:14 188:25
**timing** 99:1
**tips** 109:18
**today** 17:10,18
58:19 69:15
130:22 141:18
143:8 149:22
157:21 167:16
191:12
**Today's** 7:15

**told** 11:1 17:3
33:15 40:14
47:12 57:5
73:13 74:1
118:21 146:5
149:25 165:22
165:25
**Tom** 9:18 96:14
**tools** 126:8
**top** 85:24 104:9
172:1 190:19
190:21
**topic** 28:17
**touching** 50:2
194:7
**tracheostomy**
102:22
**track** 45:22 82:15
**trained** 57:10
**training** 21:12
**transcribed** 7:6
**transcript** 4:6
193:2,5
**transfusion**
39:20
**trauma** 3:16
32:11,20,21
33:1,8,12 34:13
42:9,10 75:16
102:24 120:9
125:4 131:19
138:11,13
139:14 177:20
178:11
**traumatic** 105:2
**traumatized** 35:3
35:9,17 43:12
74:13 102:19
103:11
**traumatologist**
32:17
**tray** 51:13,14
52:5
**treat** 76:3
**treated** 15:17
111:24 114:5
**treating** 139:20
**tremendous**
63:20 65:22

**trial** 11:10 12:19
12:22 13:3
**trick** 85:23
172:14
**tricks** 109:18
**true** 52:15,18
181:14 193:4
194:9
**truth** 194:7,7
**try** 14:3 17:4
27:8 43:4,9,12
61:21 69:24
89:3 97:25
105:25 122:18
**trying** 10:7 14:14
14:15 16:21,24
17:6 33:10 41:2
41:9 48:7 64:14
65:13 85:23
104:24 113:4
**tube** 61:11
102:22,22
**tubes** 98:2
**turn** 59:13 66:21
143:2 148:6
**Twelve** 186:2,3
**twice** 39:24
**two** 19:4 22:4
53:22 56:19
57:23 58:18
64:2,8,16 86:25
91:1 107:16,20
108:4,15,19
126:8 131:4
139:11 146:9
147:2 152:4
158:17 165:14
167:1 185:17
**type** 12:1 20:22
21:8 23:21
45:21 51:7
53:13 66:10
69:6 113:11
128:4,11
155:22
**typed** 132:23
**types** 21:8 39:15
132:8
**typewriting** 7:6

**typical** 145:9
**typically** 64:5
66:6 190:5

**——— U ———**

**U** 171:12
**uh-huh** 14:8 99:2
**uh-uh** 14:9
**ultimately**
139:18 154:21
**ultrasound** 59:25
60:6 91:1,3
137:10
**Undated** 3:13
**Undergrad** 20:2
**Undermines**
178:23
**Underpins**
178:20
**understand** 9:22
10:4 15:15
24:23 41:18
73:18 104:25
124:2 130:25
134:1 147:10
147:11 149:20
152:20 154:2
154:25 155:12
**understanding**
14:19 21:7 30:1
32:14 37:24
41:12 57:20
58:16 70:16
89:12 108:25
121:2,17
123:22 144:11
154:20
**understood**
112:23 130:17
165:13 188:16
**undesirable** 39:9
127:5
**unintentional**
127:9
**University** 19:18
19:19,21 20:1
**unopacified**
63:10,11
**unplug** 185:7
**unstable** 74:14

75:23 103:3,11
**unusual** 111:20
175:1,10
**update** 132:8
**upper** 131:10
133:24 136:12
**upright** 102:2
**Upstate** 21:1
**use** 16:7 30:3,9
31:23 42:12
43:23 48:3,21
49:17 51:5 52:9
53:5,8,15 54:16
54:20 56:9,17
59:3 62:21 65:4
66:7,8,10 67:8
68:3,7 69:9
75:19 77:7
87:17 115:17
115:17 117:21
118:24 119:4
119:12,15
122:22 129:24
139:16,23
140:19,21
141:2,8 142:1
146:10,15,21
166:25 167:4
167:12 169:10
170:11,23
172:21
**uses** 53:12
**usual** 163:6
**usually** 40:8 43:8
43:10 57:12
66:6 85:18
88:15 96:1
132:7 133:21
155:20
**utilize** 48:22
**utilized** 36:14,16
**utilizing** 72:2

**——— V ———**

**variability** 65:23
**variants** 63:21
**variation** 63:17
63:20
**various** 28:17
29:8 30:15

31:14 39:15
40:9 41:15
53:12 54:13
125:2 130:17
132:8 158:11
187:9
**vascular** 49:17
**vast** 181:15
**vehicle** 131:2
**vein** 2:20,23 34:5
50:11 55:23,25
60:3,7,10,12,13
62:10,22,23
63:6 64:5,20
65:1,15 68:19
92:6 124:21
152:3
**veins** 63:18,20,23
63:24,24,25
64:2,24 65:11
65:18,22
**vena** 53:19 60:16
61:18 62:24,24
64:3,4,16,19
65:4,10,19
67:12 68:18
87:25 91:4
92:11,13 93:11
93:12,16 96:22
98:19 101:4,11
151:4 174:7
182:10
**venacavagram**
53:25 92:24,25
93:5
**venagram** 61:18
69:25
**vendors** 29:8,11
**venous** 60:14
171:24
**ventilator** 74:14
**verified** 17:20
**verifies** 89:17
**version** 147:7,8
149:21 150:6
**versions** 147:2,3
**versus** 7:19
105:14
**vessel** 62:19 63:9

63:12 85:19
100:1 104:22
**vessel's** 66:4
**vessels** 63:9
**video** 69:19
112:25
**Videographer**
6:20 7:13 8:15
59:7,10 77:18
77:21 90:8,14
163:15,19,23
185:8 191:22
**videotape** 90:9
90:11,15
163:20,23
191:23
**videotaped** 1:17
2:13 5:16 7:14
**view** 79:8 100:13
166:9
**visit** 2:18 82:23
83:8 144:14
**visual** 100:23
**visualization**
69:5
**vitro-type** 57:14
57:16
**voluntarily** 22:24
**Voluntary** 22:18
**vs** 1:7 5:6 193:19

**——— W ———**

**W-A-N-G** 78:13
**Wagner** 3:11,13
118:20
**wait** 14:2,3 76:20
98:14
**walk** 59:23
**wall** 62:18 66:3
72:13 73:23,24
74:1 75:1 95:3
96:22 101:11
102:2 111:1
151:22 174:8
**wallet** 86:21
87:11
**walls** 95:2
**Wang** 78:13
81:10
**want** 33:5 44:15

52:9 65:7 69:8
71:11 98:11
103:13 115:3
141:21 151:19
159:9 169:11
170:16,22
**wanted** 11:22
35:12 101:25
105:18 141:8
148:11 172:11
179:1
**warn** 31:15
**warned** 73:11
184:21
**warning** 175:18
**washout** 63:5,7
**wasn't** 47:11,23
77:12 117:4
118:4 143:23
162:21 189:21
**Wasson** 3:3
**watch** 52:5
191:25
**watching** 68:23
**way** 13:9 17:15
34:15 37:13
52:23 60:2 62:3
62:16 63:17
81:24 104:21
107:23 124:16
124:17 126:21
134:18 161:2
161:24 168:1
169:11 170:21
172:22
**we'll** 27:14 30:17
51:18 52:1
76:17 131:21
132:9
**we're** 14:20
15:11,15 17:5
19:10 29:1
36:21 39:25
43:24 51:17
52:8 58:1 59:10
59:15 62:10
63:8 68:22
77:19,21 80:12
85:13 90:16

92:3 95:17
101:9 102:11
104:6 149:6
150:1 160:24
184:14,16
**we've** 12:25
16:14 68:19
70:9 92:5 94:16
95:8 97:15
132:14 133:14
133:15 134:10
135:17 137:4
173:12 177:12
**website** 150:4
**week** 25:11,12,16
25:18,24 26:17
169:25
**weekends** 25:12
**Weichman** 1:23
5:22 7:5 8:1
193:23 194:2
194:20
**weigh** 140:2,11
140:17 182:20
**Wells** 6:10
**WellSpan** 2:16
3:14,22 5:20
9:7 36:17,23
132:15 133:23
194:3
**went** 11:10 19:20
20:23 26:13,24
50:3,14 115:4
121:24 187:6
189:8
**weren't** 153:17
156:12 157:18
162:13
**wide** 66:3
**widely** 62:23
**wife** 11:1
**wiped** 83:4
**wire** 60:15,16,17
60:21 94:3,5,7
111:20 175:1
**wires** 175:9
**withdrawn** 70:9
**withheld** 165:3
**withholding**

164:12
**witness** 7:7,8
8:16 13:5 29:23
31:13 34:22
38:11 46:16
56:22 58:8
71:18,23 72:5
72:25 73:11
74:8 75:8 76:10
79:25 81:9,23
95:25 96:12,23
98:10 99:4
102:16 103:25
107:2,5,16,20
108:10,18
109:22 110:12
110:21 111:3,8
112:3,13 113:8
115:14,23
116:8,19 117:4
117:19,24
119:14 120:12
120:23 121:23
122:4,6,24
123:13 126:3
126:14 128:16
128:18 131:7
133:8 136:25
138:21 139:4
140:8,15
141:20 142:11
142:16,20
144:1 146:18
147:16 156:18
157:5 158:21
159:14 160:15
160:23 161:16
161:23 163:5
164:21 165:6
165:21 166:13
167:10,19
168:18,24
170:25 171:6
174:16 175:14
176:3 178:1,14
178:19 179:5
181:5 184:5
186:10,14,22
189:25 190:14

191:5 192:4
193:1 194:8,10
**Wm** 6:3
**women** 124:25
**word** 43:23 64:14
**words** 14:7
**work** 25:9,10
64:12 78:4 89:3
133:6,20
166:15 167:12
167:14,17,20
168:1
**worked** 168:3,11
**working** 26:16
154:11,11
**works** 185:19
**workup** 33:8
**world** 160:21,25
**worn** 88:9
**worries** 157:6
**worth** 75:24
**wouldn't** 94:21
108:5
**wound** 49:25
131:10 133:2
133:11
**wounds** 139:14
**wrapped** 52:1
**wrapper** 51:24
**wreck** 105:3
**write** 85:17
**writing** 157:24
194:9
**written** 47:25
131:21 157:16
160:5 161:6
**wrong** 42:23
172:2
**wrote** 162:12
183:2 186:15

---
**X**
---
**X** 2:1,1,11,11
**x-ray** 61:11
149:15,16

---
**Y**
---
**y'all** 12:7
**yeah** 26:12,15
41:24 70:12

79:10 83:19
86:3 90:25 91:8
96:12 97:11
107:22 108:11
111:11 128:17
129:4 180:13
181:6
**year** 80:24
118:17 128:1,9
147:19 160:7
178:6
**years** 13:4 19:24
21:21 22:5 25:2
25:5 26:10
79:21 103:9
107:17,20
108:5,15,19
115:3 118:3
129:7 141:5
145:22 154:4
155:3 160:6
172:15
**yesterday** 57:6
169:9
**York** 1:1 2:18 3:1
3:5,18,20,22
5:1,20,21 7:23
8:4 11:25 15:12
21:1 22:13,17
22:21 23:15,17
76:23,25 77:1
77:10 78:9,19
80:23 81:5,17
114:8 194:3,4
**young** 44:17

---
**Z**
---
**zoology** 20:5

---
**0**
---
**084-003189** 1:24

---
**1**
---
**1** 2:13 15:20,23
37:17 79:16
89:4 90:11
96:11 98:17
136:5 148:13
**1/15/2013** 3:3
**1/3/2013** 4:4

188:11
**10** 3:7 91:16,18
91:20 92:23
150:22 169:6
185:13 186:24
187:8
**10/11/2007** 4:2
**100** 122:21 123:2
142:22 181:23
181:24
**1001** 5:20 8:3
194:3
**11** 1:20 3:8 5:18
7:15 115:24
116:2,5 156:22
156:23,25
172:6 179:2,6
193:3,24
**11:51** 96:5
**11:51.31** 97:3
**11:59** 96:4,5
97:18
**11:59.13** 95:21
97:2 98:25
150:23
**11:59.42** 97:4
99:6,16
**11:59.44** 101:13
150:23
**115** 3:8
**118** 3:10
**119** 3:12
**12** 3:10 118:6,9
156:22,23
157:1,2,2,5
158:6,18,21,24
159:1,11,14,19
176:4,6,10
**1202** 49:14
**122** 2:5
**1230** 6:4
**13** 3:12 119:17,20
119:22 120:2
156:23,25
157:1,2 158:11
158:13,16,22
158:25 159:13
159:14,15
176:5,6 177:1,9

**132** 3:14
**133** 3:16
**134** 3:17
**135** 3:19
**137** 3:21
**14** 3:14 132:11,14
**15** 2:13 3:16 66:7
67:10 70:20,21
133:12,15
**150** 123:9 137:14
**15th** 158:2
**16** 3:17 118:2
134:7,10,13
**167** 2:6
**17** 3:19 135:14,17
136:6
**171** 4:1
**173** 4:3
**1740** 3 5:22 194:4
**17601** 6:17
**18** 3:21 137:1,4
**187** 2:7
**19** 4:1 103:9
141:5 171:1,4
188:4,23
**19-year-old**
166:7 167:3
**191** 2:8
**1969** 20:3
**1970** 20:2,7
**1973** 20:10
**1974** 9:17
**1977** 9:16 20:20
**1987** 23:12

___

**2**

**2** 2:15 36:4,7,10
36:11,22 37:20
39:6 90:15
137:21 148:13
158:24 163:20
**2:10** 5:19 7:17
**20** 4:3 21:21
173:10,13
187:25 194:16
**200** 123:9
**2002** 127:11
**2003** 161:7
**2007** 160:11
172:6 173:2

**2008** 2:21 54:25
56:9,13 68:7
**2009** 118:2 120:4
120:14 158:12
158:14,15
177:13 179:12
**2011** 148:2
**2012** 2:23 3:15
37:1,2,5 38:25
42:4 53:9,10
55:7,8 56:5,9
56:11 57:20
58:21 68:2 78:4
92:16 119:11
127:13,14,15
128:9 141:24
142:8 147:21
184:9 186:6
**2013** 78:6 118:16
158:2,7 160:4
173:19 174:4
176:10 177:14
178:5 180:11
186:1 187:10
188:9
**2014** 169:22
**2014-ish** 25:3
**2015** 106:16,17
107:1 153:18
**2016-SU-00140...**
1:7 5:6 7:22
**2017** 1:20 5:18
7:15 193:3,12
193:24 194:16
**2200** 6:10
**2334** 176:22
**2335** 177:2
**2336** 177:4
**23rd** 158:6 161:6
176:10
**25** 182:2
**2700** 6:12
**280** 6:16

___

**3**

**3** 2:17 3:15 37:17
39:6 48:4,10
49:3 96:11,25
97:1 151:1
158:24 163:24

191:24
**3-month** 45:9
**3:19** 59:8
**3:30** 59:11
**3:53** 77:19
**3:57** 77:21
**30** 13:4 66:7 67:6
**30-day** 19:6
**300** 6:11,16
**32** 93:18
**33** 93:18
**34** 90:25 93:18
**3411** 90:25 91:7
**3411s** 91:1
**36** 2:15
**3710** 6:4
**39** 6:21
**3rd** 55:8 57:20
58:21 92:16
119:10 173:19
174:4 185:25
186:6
**3T** 134:15,21

___

**4**

**4** 2:19 54:4,7,11
54:12 55:21,24
56:1,17 66:17
66:19,20,21,23
97:9,11 146:9
147:4 151:2
183:10 184:13
189:6,9,14
**4:15** 90:11
**4:31** 90:15
**40** 26:5
**46204-1750** 6:12
**48** 2:17
**49** 133:23
**4th** 187:10

___

**5**

**5** 2:22 16:12
55:13,16,20,21
56:4,17 67:24
67:24,24 68:2
86:21 146:9
147:4 183:11
184:8,12,13,17
184:18 189:7,9

**189**:14,15
190:17
**5:22** 179:11
**50** 181:25 182:1
**54** 2:19
**55** 2:22
**55402-3901** 6:11
**57** 2:24 3:1

___

**6**

**6** 2:24 57:24
86:24,25 87:2,4
87:5 88:12
184:16,17,18
189:15
**6/15/2009** 179:11
**6/16/2009** 3:9
116:6
**6/2/12** 3:16 63:15
**6/3/2012** 3:18,20
3:23 185:23
**6:23** 163:20
**6:32** 163:23
**60** 26:5
**62062** 6:21

___

**7**

**7** 3:4 85:2,5,15,16
**7/19/12** 132:23
**7:06** 5:19 191:23
192:3
**70** 89:17
**70s** 123:6
**75219** 6:4
**78** 3:3

___

**8**

**8** 3:1 57:24 58:4
58:12,13 59:16
68:14 82:1
88:24 89:4
96:11,11,25
97:1,9,11 98:17
148:6 149:6
151:1,2,8,12,14
153:1
**8/23** 118:16
**8/23/13** 118:12
**8/23/2013** 3:11
158:19 159:20

**85** 3:4

---
**9**

**9** 2:4 3:3 78:21
   78:24 156:23
   156:25 158:1
**90** 6:10
**91** 3:7
**915** 1:24
**9818521** 91:13