# EXHIBIT A

**Retrievable IVC Filter Clinical Comparison**

| | Tulip[1] | Celect[2] | G2[3] | Option[4] | OptEase[5] |
|---|---|---|---|---|---|
| Study Size | 554 | 95 | 100 | 100 | 27 |
| Significant Migration* | NR | 0.0% | 12.0% | 2.0% | 0.0% |
| Fracture** | 0.4% | 0.0% | 1.2% | 0.0% | 0.0% |
| Penetration** | 0.0% | 0.0% | 26.0% | 5.1% | 0.0% |
| Thrombosis | 0.0% | 0.0% | 0.0% | 9.0% | 0.0% |
| Tilt (>15°)** | 4.7% | 3.4% | 18.0% | 7.7% | 0.0% |
| Recurrent PE* | 0.5% | 1.1% | 2.4% | 8.0% | 0.0% |
| | | | | | |
| Retrieval Cohort | 275 | 58 | 61 | 39 | 21 |
| Retrieval Attempts | 275 | 58 | 61 | 42 | 21 |
| Retrieval Success | 248 | 56 | 58 | 36 | 21 |
| % Success | 90.2% | 96.6% | 95.0% | 92.3% | 100.0% |
| Range (days) | 3-494 | 5-466 | 5 - 300 | 1 - 175 | 5 - 14 |
| Mean (days)*** | 58.9 | 179 | 138 | 67.1 | 11.14 |
| Kaplan-Meier | >94% at 12 weeks | 100% at 50 weeks | NR | NR | NR |
| | >67% at 26 weeks | 74% at 55 weeks | | | |

| NR | Not Recorded |
|---|---|
| * | Measured for entire study size |
| ** | Measured at time of retrieval. For G2 Tilt and Fracture measured for entire study size |
| *** | Mean indwell time for overall retrieval group; for Option study it is measured for successful retrievals only |
| | Significant Migration is migration > 20mm |
| | Penetration is defined as struts protruding out of the IVC wall; defined as perforation in Tulip and Celect studies |
| | For tulip and celect the tilt is measured as >16° |

Tulip[1]   Long-term Retrieval Success Rate Profile for the Günther Tulip Vena Cava Filter

H. Bob Smouse, David Rosenthal, Thuong Van Ha, Michael F. Knox, Robert G. Dixon, William D. Voorhees, Jennifer A. McCann-Brown

Journal of Vascular and Interventional Radiology - July 2009 (Vol. 20, Issue 7, Pages 871-877, DOI: 10.1016/j.jvir.2009.03.033)

Celect[2]   Short- and Long-term Retrievability of the Celect Vena Cava Filter: Results from a Multi-institutional Registry

Stuart M. Lyon, Guillermo Elizondo Riojas, Raman Uberoi, Jai Patel, Mario Enrique Baltazares Lipp, Graham R. Plant, Miguel A. De Gregorio, Rolf W. Günther, William D. Voorhees, Jennifer A. McCann-Brown

Journal of Vascular and Interventional Radiology - November 2009 (Vol. 20, Issue 11, Pages 1441-1448, DOI: 10.1016/j.jvir.2009.07.038)

G2[3]   Technical Success and Safety of Retrieval of the G2 Filter in a Prospective, Multicenter Study

Christoph A. Binkert, Alain T. Drooz, James G. Caridi, Mark J. Sands, Haraldur Bjarnason, Frank C. Lynch, William S. Rilling, Domenic A. Zambuto, S. William Stavropoulos, Anthony C. Venbrux, John A. Kaufman

Journal of Vascular and Interventional Radiology - November 2009 (Vol. 20, Issue 11, Pages 1449-1453, DOI: 10.1016/j.jvir.2009.08.007)

Option[4]   The Safety and Effectiveness of the Retrievable Option Inferior Vena Cava Filter: A United States Prospective Multicenter Clinical Study

Matthew S. Johnson, Albert A. Nemcek, James F. Benenati, Dirk S. Baumann, Bart L. Dolmatch, John A. Kaufman, Mark J. Garcia, Michael S. Stecker, Anthony C. Venbrux, Ziv J. Haskal, Rui L. Avelar

Journal of Vascular and Interventional Radiology - August 2010 (Vol. 21, Issue 8, Pages 1173-1184, DOI: 10.1016/j.jvir.2010.04.004)

OptEase[5]   The Jonas Study: Evaluation of the Retrievability of the Cordis OptEase Inferior Vena Cava Filter

Vincent L. Oliva, Ferenc Szatmari, Marie-France Giroux, Bruce K. Flemming, Sidney A. Cohen, Gilles Soulez

Journal of Vascular and Interventional Radiology - November 2005 (Vol. 16, Issue 11, Pages 1439-1445, DOI: 10.1097/01.RVI.0000171699.57957.C7)

CookMDL2570_0302449