# EXHIBIT B

**To:**　　　　Conners, Leigh[leigh.conners@cookmedical.com]
**Cc:**　　　Simelton, Deshaun[Deshaun.Simelton@CookMedical.com]; McCall, Stewart[Stewart.McCall@CookMedical.com]; McCotter, Elizabeth[Elizabeth.McCotter@CookMedical.com]; Price, Alicia[Alicia.Price@CookMedical.com]; Norris, Jason[Jason.Norris@CookMedical.com]; Brewer, Jason[Jason.Brewer@CookMedical.com]; Quackenbush, Jessica[Jessica.Quackenbush@CookMedical.com]; Hunter, Courtney[Courtney.Hunter@CookMedical.com]; Talbert, Darrell[Darrell.Talbert@CookMedical.com]; Fleck, Bruce[Bruce.Fleck@CookMedical.com]; Dubois, Marc[Marc.Dubois@CookMedical.com]
**From:**　　　Gour, Paul
**Sent:**　　　Fri 9/21/2012 12:25:08 PM
**Importance:**　　　　　Normal
**Subject:**　　Re: Supporting documents to sell against Meridian Filter
**Received:**　　　　　Fri 9/21/2012 12:25:14 PM

BOOM!

Kindest regards,
Paul Gour
COOK Medical
843-345-7641
Sent from my iPhone


On Sep 21, 2012, at 1:17 PM, "Conners, Leigh" <leigh.conners@cookmedical.com> wrote:



Ok, so I've been thinking about this and it infuriates me that people get so ruffled about a little tilt especially since he is not retrieving and since it's just an aesthetics thing...IN ask him – What is his concern regarding tilt? Our safety record shows that we have like 0% recurrent PE so obviously tilt is not impacting Celect's efficacy. Also, they are both conical, so what in his mind would make their filter more "tilt proof"?  When making a filter choice what is that really his number one concern, especially since 90% he leaves in? I would imagine long-term safety should be his concern...I would print off the Bard website the 3 descriptions of their 3 generations and point out that clearly, there are bigger design flaws with theirs than worrying about a little tilt from ours.

Eclipse IFU -  IFU states sames filter as G2 X but now with nitinol polishing? Marketing materials say ..."proven retrievability with new enhanced electropolished finish promotes long-term confidence"...i.e won't fracture

Meridian IFU - Eclipse with caudal anchors....How many generations do they need to achieve safety - own marketing materials tout "Enhanced Fracture Resistance" "Improved Stability"...ie. Had to modify AGAIN to keep from fracturing and migration

Bruce just sent an email as well to you and as he says they are still getting reports of issues with G2 and Recovery, so obviously the foundation from which they modified the Eclipse and Meridian is inherently flawed. Honestly Deshan, I say you go in there with confident and swagger, don't back down on our safety record.

Good Luck!
Leigh

---

**From:** Simelton, Deshaun
**Sent:** Friday, September 21, 2012 8:24 AM
**To:** Conners, Leigh; McCall, Stewart; McCotter, Elizabeth; Price, Alicia; Norris, Jason; Brewer, Jason; Quackenbush, Jessica; Gour, Paul; Hunter, Courtney
**Subject:** Supporting documents to sell against Meridian Filter

Happy Friday Southeast,

Does anyone have any supporting documents to help sell against Meridian filter. I do have the Maude data. I have a physician who is switching from Celect because according to him Meridian does not tilt upon deployment and 90% of filters he doesn't retrieve, but we know their safety record after deployment is not stellar.  Any studies or images may help thanks.  I also reached out to Kara Lippello who has had recent success against Meridian and will forward any documents she has.

Best,

Company Confidential

CookMDL2570_0733520

**Deshaun Simelton**
Peripheral Intervention

Cook Medical Inc.
1025 W. Acuff Rd.
Bloomington, IN 47404
cell: (478) 538-8828
Efax 888-860-6353
R# R10976
deshaun.simelton@cookmedical.com
www.cookmedical.com

Company Confidential

CookMDL2570_0733521