# EXHIBIT C

To:        Conners, Leigh[leigh.conners@cookmedical.com]
Cc:        Talbert, Darrell[Darrell.Talbert@CookMedical.com]; Rush, Chris[Chris.Rush@CookMedical.com]; Simons, Rob[Rob.Simons@CookMedical.com]; Isolda, Mike[Mike.Isolda@CookMedical.com]; Kinninger, Trisha[Trisha.Kinninger@CookMedical.com]; Waugh, Jason[Jason.Waugh@CookMedical.com]; Brackney, Susan[Susan.Brackney@CookMedical.com]; Conners, Leigh[leigh.conners@cookmedical.com]; Dubois, Marc[Marc.Dubois@CookMedical.com]
From:      Bruce.Fleck@CookMedical.com
Sent:      Fri 8/23/2013 1:02:48 PM
Importance:          Normal
Subject:   Re: FPS Update:  IVC Filters - Selling Against Bard Denali v2
MAIL_RECEIVED:    Fri 8/23/2013 1:02:56 PM

Leigh

Good feedback. Yes I will add the number of patients in Smouse & Lyon studies to the Retrieval section.

To answer your 2nd question, there is no evidence that would suggest our filters have a tendency to go from transmural incorporation(penetration) to perforation over time. The transmural incorporation is a natural healing process and is a good thing.

Thanks,
Bruce Fleck
Product Specialist Venous Therapies
Cook Medical
623.606.3932 cell

On Aug 23, 2013, at 10:55 AM, "Conners, Leigh" <leigh.conners@cookmedical.com> wrote:


Hey

This is great!   A few thoughts….In the RETRIEVABILITY section – could you note how many patients were in each of our trials (Smouse and Lyon) because you comment in your bullet regarding Denali that there are 88 patients. I know this info is in the attached articles as well as it looks like you reference it in the Clinical Trial Comparison but for the sake of congruity I think it would be helpful in this section as well.


Stupid question - The Lyon study had 21 of 58 patients with penetration or transmural incorporation of the struts and **0% perforation** of the vena cava**I** one time interval was this checked? Could it be assumed or questioned that the longer these patients with "" kept their filter the filter could further penetrate thus being a perforation?

Company Confidential                                    CookMDL2570_0720777

Leigh

**From:** Fleck, Bruce
**Sent:** Friday, August 23, 2013 11:44 AM
**To:** Talbert, Darrell; Rush, Chris; Conners, Leigh; Simons, Rob; Isolda, Mike; Kinninger, Trisha
**Cc:** Waugh, Jason; Brackney, Susan
**Subject:** FPS Update: IVC Filters - Selling Against Bard Denali v2

Team – please take a look and let me know if you have any comments.  I would like to email this to the reps on Monday.  Thanks, Bruce

-------------------------------------------------------------------------------------------------------------------

PI Reps,

I know many of you are seeing Bard introduce the Denali filter in your territories.  I have updated the previous email with some additional information and selling strategies.  Feel free to call or email me with any questions, or to discuss any of your accounts.

Thanks,

Bruce Fleck

Product Specialist Venous Therapies

Cook Medical

P.O. 489

Bloomington, IN 47402

623.606.3932 cell

Company Confidential

CookMDL2570_0720778

Bard has recently released their latest filter called the Denali. The Denali is similar in shape to the G2/Meridian but with some differences. First it is cut from a single piece of nitinol cannula similar to the Argon Option filter. Secondly, four of the feet have been modified to have a hook and leg extension similar to the Celect Platinum presumably to prevent leg penetration. Finally, they have extended two of the legs longer with Y-shaped feet. The upper level struts are similar in shape to the G2/Meridian with no attachment barbs.

<image001.png>

Here are some VAS strategies that should be helpful:

**Product:**

● **Safety** – The Bard Denali filter has an unproven safety record. The **Tulip** and **Celect** are the top 2 selling filters in the US and global market and their safety record is well established.

o Bard conducted a small safety study with the Denali filter. The results are **interim** results only and do not reflect the final results of this study. Any discussion of complications will not be available until the paper is published.

o The Nicholson paper showed that the G2 has a 12% fracture rate at 24 months, and the Recovery has a 25% fracture rate at 48 months. This article also suggests that nitinol fatigue may increase with time making the long term fracture rate even higher.

o While there is no long term durability data of the Denali, the Cordis TrapEase filter is made from nitinol cut cannula also. Dr. Sano, et al in Japan found that 50% of TrapEase filters fractured, and those followed for 4 years or greater had a 65% fracture rate. This paper suggests that nitinol cannula fatigue may increase with time as well.

o The safety record of the **Tulip** and **Celect** filters rate among the best in the industry based on published trial data and FDA reported adverse events. Conichrome has proven to be a durable material in IVC filters.

● **Retrievability** –

o Denali® Filter retrieval was attempted in 88 patients and successful in 86 patients (97.7%). In the two (2) unsuccessful retrieval cases, the snare was unable to engage the filter retrieval hook due to anatomical curvature. Mean filter indwell time was $136.2 \pm 90.6$ days (median 120.0 days, range 5 – 454 days). The right internal jugular vein was used in all retrieval procedures and mean procedure time was 21.9 minutes.

Company Confidential

o  The **Tulip** has a 94% retrieval success rate through 3 months and 4.7% of filters were tilted >15° at retrieval (Smouse, JVIR 2009).

o  The **Celect** has a 96.6% overall retrieval rate, and at 1 year the probability of a successful retrieval is 90%.  3.4% of filters were tilted >15° at retrieval (Lyon, JVIR 2009).

**Company:**



• **Bard** - Bard Peripheral Vascular is a large reputable company with a long history of aggressive sales.  Their marketing strategy has been to grow the retrievable filter market as a whole, and to develop a new generation of filter every 2 – 3 years.  The Bard Reach Program is a good effort to help physicians follow their patients for filter retrieval.

• **Cook** - Cook on the other hand is the global market leader in IVC filter sales with over 35% US market share, and the leader in IVC filter education and research.   We have and will continue to make a significant investment in supporting our customers individually and through their medical societies.

**You:**

• **Bard** – Bard reps have been very aggressive their sales tactics, and frequently bad mouthing their competitors' products.  In general, they focus only on selling product and not becoming a procedural partner.  Bard passed the filter product line from peripheral vascular reps to vascular access reps.  These are generalizations based on individual rep feedback and may not apply to your specific territory.

• **Cook** - Each Cook rep is a highly trained clinical sales rep who knows how to properly support customers with in-service training, case support, inventory/supply issues, and education and awareness programs.   In any given region, Cook has several people (DM', CS', FPS', PM' and RM') who can support your customer.

**Selling Strategies:**

- **When trying to prevent a complication, why use an unproven product?**  The purpose of an IVC filter is to prevent a serious complication called a PE.  Therefore, does it make sense to use a device that is relatively unproven?  Even though Bard is conducting a clinical trial for the Denali, the results they are reporting are interim results with a limited number of patients who were followed for a short period of time.   Thus, the long term safety of the device has not been proven.
- **Nitinol has not been shown to be durable when used in the vena cava, and many filters are left in patients permanently.**  The Denali filter is made from nitinol cut cannula and is similar in shape to the G2.  As you know, previous versions of the Bard filters constructed of nitinol wire have had fracture problems (Nicholson paper

CookMDL2570_0720780

and FDA MAUDE database).  As for the durability of nitinol cut cannula filters, a study done by Dr. Sano, et al in Japan showed that the Cordis TrapEase filter had a 50% fracture rate when followed for 4 years or more.   Both of these papers suggest that the incidence of nitinol fracture increases over time whether its nitinol wire or nitinol cannula.

Now let' look at how you can use VAS Conversational Layering to show the value of Cook filters over the Denali:

**Situational:**

• How many filters per month do you place?

• What percentage of your patients receives a retrievable filter?

• What percentage of your patients are the filters actually retrieved?

• What is the typical timeframe for retrieving filters at your institution?

• How do you track and follow-up with your filter patients?

**Competitive:**

• What characteristics are most important to you when choosing a filter?

• How important is long term safety to you?

• Since a large number of filters placed are left in permanently, how important is long term durability to you?

• Are you aware of the reported fracture rates with nitinol filters?

**Projective:**

• How would it impact your practice if you knew that a significant number of your filters would fracture within 2 to 4 years?

• How would it impact your practice if you knew you had a filter that was very durable if left in permanently and had a 12 month retrieval window?

**Sources:**

Nicholson, Prevalence of Fracture and Fragment Embolization of Bard Retrievable Vena

Company Confidential

Cava Filters, Arch of Int Med,  Sept 2010.

Sano, Frequent Fracture of TrapEase Inferior Vena Cava Filters: A Long-term Follow-up Assessment, Arch of Int Med, Jan 2012.

**Bard Marketing Piece Showing Clinical Trial Comparison:**

1.  **Denali Data** - The results shown for the Denali are **interim** results only and do not reflect the final results of this study.   Any discussion of complications will not be available until the paper is published.
2.  **Celect Lyon Study Data** – The Bard Marketing piece reports that Celect had a 36.2% penetration rate at retrieval.  The Lyon study differentiated between "" which was defined as transmural incorporation of the filter struts into the vein wall versus "" which was defined as filter struts through the vein wall causing hemorrhage or hematoma.  The Lyon study had 21 of 58 patients with penetration or transmural incorporation of the struts and **0% perforation** of the vena cava.
3.  **Tulip Clinical Study Data** – While the Hoppe study data is accurate, Bard did not include the most important study for the Tulip which is the Smouse study.  The Smouse study was a prospective study with 554 patients, 278 retrievals and followed patients for up to one year.  The Smouse study is the largest prospective filter study conducted to date.  Bard conveniently left this study off their clinical trial comparison piece.

**Selling Strategy:**

If you need to refute the data on the Bard Marketing Piece, feel free to use the attached IVC Filter Clinical Trial Summary.  This compares data from the relevant clinical trials for Tulip, Celect, Option, G2 and OptEase.  Since the Denali clinical studies have not been published, we can report their results.

Company Confidential

CookMDL2570_0720782