**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC | § | Case No. 1:14-ml-2570-RLY-TAB |
| FILTERS MARKETING, SALES | § | |
| PRACTICES AND PRODUCTS | § | MDL No. 2570 |
| LIABILITY LITIGATION | § | |
| | § | |
| This document relates to: | § | |
| | § | |
| All Cases Listed on Exhibit A | § | |
| To Doc. 26476 | § | |

**PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5-11(d)(2)(A)(ii), Plaintiffs respectfully move the Court to maintain under seal Plaintiffs' unredacted **Exhibits A, B, C, D, and E** to Plaintiffs' Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law. Defendants have designated these documents as "Confidential." For that reason, Plaintiffs are requesting that they be filed under seal pursuant to the Protective Order. [Doc. 481].

Dated: March 17, 2025.

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin
Ben Martin Law Group
3141 Hood St., Suite 600
Dallas, TX 75219
(214) 761-6614
bmartin@bencmartin.com

Joseph N. Williams
Williams Law Group, LLC
1101 North Delaware St.
Indianapolis, IN 46202
(317) 203-9075
joe@williamsgroup.law
*Liaison Counsel to Plaintiffs'*
*Steering Committee and on*
*Behalf of Plaintiffs'*
*Steering Committee*

Michael Heaviside
Heaviside Reed Zaic
800 Connecticut Ave.
Suite 300
Washington, DC 20006
(202) 223-1993
mheaviside@hrzlaw.com

David P. Matthews
Matthews and Associates
2509 Sackett St.
Houston, TX 77098
(713) 522-5250
dmatthews@thematthewslawfirm.com

Charles S. Siegel
Waters Kraus & Paul
3141 Hood St.
Suite 200
Dallas, TX 75219
(214) 357-6244
siegel@waterskraus.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin