IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Wesley Stone
1:17-cv-03871-RLY-TAB

### ORDER ON MARCH 17, 2025, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel March 17, 2025, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 26259.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 26429.] **This matter is set for a telephonic status conference at 1 p.m. April 4, 2025**. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show case for his failure to appear for the March 17 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 3/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Michelle R. Eggert is required to serve Plaintiff, Wesley Stone.