IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER ON MARCH 20, 2025, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel March 20, 2025, for a telephonic status conference. Discussion was held regarding settlement. Counsel shall confer regarding case categorization for settlement purposes and identify the number of Plaintiffs in each category and the settlement values the parties assign to each category. Counsel shall complete the foregoing by April 3, 2025, and provide a copy of their respective valuations to the magistrate judge by April 7. This case remains set for an April 24 settlement conference.

Date: 3/20/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.