UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: Harry Havens, 1:17-cv-00247 Norfleet Mangum, 1:21-cv-00389 James Scheiber, 1:20-cv-2194 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

## ORDER DISMISSING CASES

Between September 11, 2024, and December 2, 2024, Plaintiffs' counsel filed notices of suggestion of death of the Plaintiffs listed above. Pursuant to Rule 25(a)(1), a party has 90 days from the date the court is notified of a party's death to file a motion to substitute the proper party. "If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a). A motion to substitute has not been filed in any of the cases listed above. Accordingly, those cases are **DISMISSED**.

**SO ORDERED** this 20th day of March 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1