IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    WESLEY STONE
    1:17-cv-3871

## NOTICE OF SERVICE OF ORDER SETTING
## TELEPHONIC STATUS CONFERENCE ON PLAINTIFF, WESLEY STONE

    The undersigned certifies that a true and correct copy of the attached correspondence dated March 25, 2025, Order setting Telephonic Status Conference on April 4, 2025, and Motion to Withdraw Appearance were sealed in a postage prepaid envelope addressed to Wesley Stone, 1290 Fort Jackpine Drive, Gilchrist, OR 97737, and deposited in the U.S. Mail at Peoria, Illinois, on the 25th day of March, 2025.

                                                  WESTERVELT, JOHNSON, NICOLL &
                                                   KELLER, LLC,

                                                   BY:*/s/ Michelle R. Eggert*
                                                   Michelle R. Eggert, IL Bar No. 6225976
                                                   **Westervelt, Johnson, Nicoll & Keller LLC**
                                                   416 Main Street, Suite 200
                                                   Peoria, IL 61602
                                                   Telephone: (309) 671-3550
                                                   Facsimile: (309) 671-3588
                                                   meggert@wjnklaw.com

                                                   A*ttorney for Plaintiff, Wesley Stone*

CERTIFICATE OF SERVICE

    I certify that on the 25th day of March, 2025, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.


                                                                                   */s/ Michelle R. Eggert*_____