## WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
### ATTORNEYS AND COUNSELORS
SUITE 200
416 MAIN STREET
**PEORIA, ILLINOIS 61602**

FOUNDED IN 1865 AS MCCOY & STEVENS

TELEPHONE (309) 671-3550
FAX (309) 671-3588

O.P. WESTERVELT
(1887-1970)

EUGENE R. JOHNSON
(1899-1981)

DAVID A. NICOLL
(1913-1993)

HOMER W. KELLER
(1917-2009)

March 25, 2025

Mr. Wesley Stone
1290 Fort Jackpine Dr.
Gilchrist, OR 97737

    Re:   ***IVC Filter Litigation***
           Our File No.: 9092/48587

Dear Mr. Stone:

Our Motion to Withdraw as your counsel, a copy of which is enclosed for your ready reference, was scheduled for a telephonic conference on March 17, 2025 at 4:00 p.m. (Eastern Time). You failed to call into the Judge's chambers at that time pursuant to the Order of February 7, 2025, a copy of which is also enclosed.

A copy of the Court's Order Setting Telephonic Status Conference for April 4, 2025 at 1:00 p.m. (Eastern Time) is enclosed herewith. The Order includes the phone number for you to call if you wish to participate in this hearing on April 4, 2025.

                            Very truly yours,

                            WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

                            BY: _____
                                 Michelle R. Eggert

MRE/jse
Enclosures

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Wesley Stone
1:17-cv-03871-RLY-TAB

### ORDER ON MARCH 17, 2025, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff appeared by counsel March 17, 2025, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 26259.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 26429.] **This matter is set for a telephonic status conference at 1 p.m. April 4, 2025.** The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show case for his failure to appear for the March 17 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 3/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

Wesley Stone, Case No. 1:17-cv-03871-RLY-TAB

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 4:00 p.m. (Eastern Time) on March 17, 2025**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Wesley Stone shall personally participate in this conference by calling Chambers at 317.229.3660.** The purpose of this conference is to address Plaintiff's counsel, Michelle R. Eggert of Westervelt, Johnson, Nicoll & Keller, LLC motion to withdraw as counsel of record [Filing No. 26259].

Date: 2/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Michelle R. Eggert is required to serve Plaintiff, Wesley Stone

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

WESLEY STONE
Civil Case # 1:17-cv-3871

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7(b), Westervelt, Johnson, Nicoll & Keller, LLC respectfully move the Court to allow withdrawal of its representation of Wesley Stone. In support, counsel states the following:

1. Mr. Stone will no longer respond to counsel.

2. On October 15, 2024, attorney Robert J. Hills of Westervelt, Johnson, Nicoll & Keller, LLC sent Mr. Stone a letter stating that if he did not respond on or before October 31, 2024, that Westervelt, Johnson, Nicoll & Keller, LLC would be withdrawing from his representation. A copy of this letter is attached as Exhibit A to this motion.

3. Counsel has received no response.

4. Mr. Stone's last known address is 1290 Fort Jackpine Dr., Gilchrist, OR 97737. His last known telephone number is 541-639-9293.

WHEREFORE, Westervelt, Johnson, Nicoll & Keller, LLC moves to withdraw its appearance previously entered on behalf of Wesley Stone in this cause, and for all further just and appropriate relief.

Respectfully submitted,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC


*/s/ Michelle R. Eggert*
Michelle R. Eggert, IL Bar No. 6225976
416 Main Street, Suite 200
Peoria, IL 61602
Telephone: (309) 671-3550
Facsimile: (309) 671-3588
meggert@wjnklaw.com

**Attorney for Plaintiff**


## CERTIFICATE OF SERVICE

I certify that on the 7th day of November, 2024, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

*/s/ Michelle R. Eggert*
Michelle R. Eggert

**WESTERVELT, JOHNSON, NICOLL & KELLER, LLC**
ATTORNEYS AND COUNSELORS
SUITE 200
416 MAIN STREET
**PEORIA, ILLINOIS 61602**

FOUNDED IN 1865 AS McCOY & STEVENS

TELEPHONE (309) 671-3550
FAX (309) 671-3588

O.P. WESTERVELT
(1887-1970)

EUGENE R. JOHNSON
(1899-1981)

DAVID A. NICOLL
(1913-1993)

HOMER W. KELLER
(1917-2009)

October 15, 2024

COPY

Mr. Wesley Stone
1290 Fort Jackpine Dr.
Gilchrist, OR 97737

Re:   *IVC Filter Litigation*
      Our File No.: 9092/48587

Dear Mr. Stone:

I am writing with regards to the litigation we filed against Cook Medical on your behalf. I have written to you several times requesting that you contact me or my assistant, Sue Elliott, to discuss this matter but to no avail. I will be leaving this law firm, and Attorney Michelle R. Eggert will be entering her appearance in this case.

Please contact Attorney Michelle R. Eggert as soon as possible at (309) 671-3550 or her assistant, Sue Elliott at (309) 272-0637. If we don't hear from you by October 31, 2024, this firm will be moving to withdraw from your representation.

Very truly yours,

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC

BY:_____
    Robert J. Hills

RJH/jse