# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERS MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Cases Listed on Exhibit A in Cook Defendants'
Motion for Summary Judgment on Failure-to-Warn
Claims Governed by Illinois Law, Dkt. 26476-1

**COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively, "Cook") move the Court for an extension of time to file their reply brief in support of the Cook Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law (1:14-ml-2570, Dkt. 26476-77). Specifically, Cook requests that it have until **April 7, 2025**, to file a reply brief. In support, Cook states:

1. Cook initially filed its Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law on the master docket on February 13, 2025 (1:14-ml-2570, Dkt. 26476 and 26477).

2. By agreement of the parties, Plaintiffs then filed a joint Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law on March 17, 2025, (Dkt. 26564 and 26565), making Cook's response due on March 31, 2025.

3. On the same day, three Plaintiffs subject to the motion filed individual responses to the motion (Dkts. 26561-63).

4. Cook intends to file one reply addressing all of Plaintiffs' Responses. Due to the length and number of Plaintiffs' Responses and the issues presented, Cook needs additional time to complete its reply brief to these motions.

5. Undersigned counsel has reached out to Plaintiffs' counsel concerning the requested extension, and Plaintiffs' counsel has agreed.

For the foregoing reasons, Cook respectfully requests that the Court provide Cook until **April 7, 2025**, to file a reply.

Dated: March 26, 2025

Respectfully submitted,

*/s/ Jessica Benson Cox*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

  I certify that on March 26, 2025, a copy of the foregoing document was filed electronically.

Parties may access this filing through the Court's electronic records system.

*/s/ Jessica Benson Cox*
Jessica Benson Cox
