# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

All Cases Listed on Exhibit A in Cook Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law, Dkt. 26476-1

**[PROPOSED] ORDER GRANTING COOK'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW**

The Court, having considered Cook's Motion for Extension of Time to File a Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law, and being duly advised, hereby **GRANTS** the Motion, finding it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that Cook will have until **April 7, 2025**, to file a reply brief in support of its Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana