# Kansas Department of Health and Environment
## Office of Vital Statistics
### CERTIFICATE OF DEATH

**State File Number:** 115-2022-01145

**Decedent's Legal Name (First, Middle, Last):** MAYLON VANCE KEMPER

**Last Name Prior to First Marriage:**

**Date of Death:** 01/15/2022 **Age:** 68 YEAR(S)

**Date of Birth:** 1953 **Sex:** MALE **Social Security Number:** 7625

**Residence-Street Address:** 4440 TUTTLE CREEK BLVD LOT 12 **City or Town:** MANHATTAN **State or Foreign Country:** KANSAS **Zip Code:** 66502

**Place of Birth:** AKRON, COLORADO **Armed Forces:** NO **Marital Status:** MARRIED **Surviving Spouse (Name prior to First Marriage):** JOANN DOMINA

**Father/Parent Name Prior to First Marriage:** DALE EUGENE KEMPER **Mother/Parent Name Prior to First Marriage:** OPAL RUTH VANCE

**Place of Death:** INPATIENT **Facility Name:** ASCENSION VIA CHRISTI-MANHATTAN 1823 COLLEGE AVE

**City or Town of Death:** MANHATTAN **County of Death:** RILEY **Zip Code:** 66502

**Method of Disposition:** CREMATION **Place of Disposition:** CAPITOL CITY MORTUARY **Location of Disposition:** TOPEKA, KANSAS

**Decedent's Occupation:** GENERAL LABORER **Decedent's Industry:** FACTORY WORK

**Decedent's Education:** 8TH GRADE OR LESS **Decedent's Race:** WHITE **Decedent's Ancestry:** AMERICAN

**Informant's Name:** JOANN KEMPER **Relationship to Decedent:** WIFE **Informant's Mailing Address:** 4440 TUTTLE CREEK BLVD LOT 12 MANHATTAN, KANSAS 66502

**Name and Address of Firm:** YORGENSEN-MELOAN-LONDEEN FUNERAL HOME 1616 POYNTZ AVENUE MANHATTAN, KANSAS 66502

**Cause of Death:**
RESPIRATORY FAILURE
PNEUMONIA
CORONAVIRUS 19

**Approximate Interval: Onset to Death**

**Other Significant Conditions:**

**Autopsy:** NO **Tobacco Contribute to Death?** NO **If Female:**

**Date of Injury:** **Time of Injury:** **Injury at Work:** **Manner of Death:** NATURAL

**Place of Injury:** **Location of Injury:**

**How Injury Occurred:** **Actual or Presumed Time of Death:** 2:20 AM

**Medical Certifier:** CASEY POELL - MD **Date Certified:** 01/15/2022 **Date Filed By State Registrar:** 01/18/2022

01/26/2022 V22000032696701 KEMPER 202204001145 6 FH JK

STATE SEAL COLOR WILL FADE WHEN RUBBED

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2022 Jan 26 AM 10:43



N2173242

Kay Haug,
State Registrar
Office of Vital Statistics
Department of Health & Environment

It is in violation of KSA 65-2422d(g) to prepare or issue any certificate which purports to be an original, certified copy or abstract or copy of a certificate, except as authorized in the Uniform Vital Statistics Act or rules and regulations adopted under this act.

CERTIFIED COPIES WILL BE PRODUCED ON WATERMARKED MULTI-COLOR SECURITY PAPER.