IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:21-cv-06365<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
<u>MAYLON KEMPER</u>

Civil Case No. 1:21-cv-06365

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Maylon Kemper and files this motion to substitute his surviving spouse, JoAnn Kemper, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Maylon Kemper's present action was transferred to the United States District Court of the Southern District of Indiana on March 5, 2021. Subsequently, the amended short form complaint was filed into the United States District Court of the Southern District of Indiana on March 22, 2021.

2. Plaintiff Maylon Kemper died on or about January 15, 2022.

3. On March 26, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 26574. Plaintiff's counsel recently learned of the death of Maylon Kemper after contacting his spouse.

4. JoAnn Kemper, surviving spouse of Maylon Kemper, is the proper party plaintiff to substitute for Plaintiff-decedent Maylon Kemper and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies,

and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute JoAnn Kemper, as the personal representative of the Estate of Maylon Kemper, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically JoAnn Kemper, as personal representatives of the Estate of Maylon Kemper, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Maylon Kemper is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute JoAnn Kemper as the personal representative of the Estate of Maylon Kemper, deceased, as Party Plaintiff for Maylon Kemper; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:21-cv-06365 and (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: February 28, 2025

                                                          Johnson Law Group

                                                          /s/Basil Adham

Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

# CERTIFICATE OF SERVICE

      I hereby certify that on March 26, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham_____