UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**JOINT MOTION TO MODIFY DEADLINES AND SUBMISSION REQUIREMENTS REGARDING SETTLEMENT CONFERENCE**

The parties jointly and respectfully move the Court for an order modifying deadlines and submission requirements regarding the April 24, 2025, settlement conference as currently set forth in the Court's order setting the settlement conference, Dkt. 26337, and the Court's minute order, Dkt. 26570. More specifically, the parties have agreed to and ask the Court to adopt the following modified deadlines and submission requirements regarding the settlement conference:

| Requirement | Deadline |
|---|---|
| Cook Defendants to provide to PSC a letter outlining how many cases are pending in each injury category (based on allegations in updated case categorization forms pursuant to Amended CMO-33) | **April 3, 2025** |
| PSC to provide to Cook Defendants a response letter noting any discrepancies or disagreements regarding the data submitted by Cook | **April 7, 2025** |
| PSC to submit updated global demand, with a breakdown of the settlement values PSC ascribes to each injury category | **April 10, 2025** |
| Cook Defendants to respond to PSC's global demand, with a breakdown of the settlement values Cook Defendants ascribe to each injury category | **April 17, 2025** |
| Parties to submit confidential settlement conference statements, not to exceed five pages, by email to Judge Baker, with copies of the parties' respective submissions from the list above provided as exhibits | **April 21, 2025** |

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Modify Deadlines and Submission Requirements Regarding Settlement Conference.

Dated: March 28, 2025

*/s/ Joseph N. Williams*
WILLIAMS LAW GROUP
1101 North Delaware St.
Indianapolis, Indiana  46202
Telephone: (317) 633-5270
joe@williamsgroup.law

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*

Respectfully submitted,

*/s/ Andrea Roberts Pierson*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

Bruce Jones
FAEGRE DRINKER BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota  55402
Telephone: (612) 766-7000
Bruce.Jones@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*