## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

### [PROPOSED] ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY DEADLINES AND SUBMISSION REQUIREMENTS REGARDING SETTLEMENT CONFERENCE

The Court, having considered the Parties' Joint Motion to Modify Deadlines and Submission Requirements regarding Settlement Conference, and being duly advised, hereby **GRANTS** the Motion. Accordingly, the deadlines and process set forth below will apply for submissions ahead of the April 24, 2025, global settlement conference:

| Requirement | Deadline |
|---|---|
| Cook Defendants to provide to PSC a letter outlining how many cases are pending in each injury category (based on allegations in updated case categorization forms pursuant to Amended CMO-33) | **April 3, 2025** |
| The PSC to provide Cook Defendants a response letter noting any discrepancies or disagreements regarding the data submitted by Cook | **April 7, 2025** |
| PSC to submit updated global demand, with a breakdown of the settlement values PSC ascribes to each injury category | **April 10, 2025** |
| Cook Defendants to respond to PSC's global demand, with a breakdown of the settlement values Cook Defendants ascribe to each injury category | **April 17, 2025** |
| Parties to submit confidential settlement conference statements, not to exceed five pages, by email to Judge Baker, with copies of the parties' respective submissions from the list above provided as exhibits | **April 21, 2025** |

1

Dated:_____

                                          The Honorable Tim A. Baker, Magistrate Judge
United States District Court for the
Southern District of Indiana