IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to all Cases
(See Exhibit A)

**NOTICE OF CHANGE OF LAW FIRM ADDRESS**

PLEASE TAKE NOTICE that Richard Lewis and Steven Rotman of the law firm Hausfeld LLP, attorneys for plaintiffs on all cases listed in Exhibit A, firm address has changed for the District of Columbia office location only.  Hausfeld LLP's new address for the District of Columbia office location effective immediately is 1200 17th Street N.W., Suite 600, Washington, DC 20036.  The telephone number, facsimile, and email addresses remain unchanged.

                                                                  Respectfully Submitted

March 31, 2025                    By:    */s/ Richard Lewis*
                                                                  Richard S. Lewis
                                                                  Steven Rotman
                                                                  HAUSFELD LLP
                                                                  1200 17th Street, N.W.
                                                                  Suite 600
                                                                  Washington, DC 20036
                                                                  Telephone: (202) 540-7200
                                                                  Facsimile: (202) 540-7201
                                                                  Email: rslewis@hausfeld.com
                                                                             srotman@hausfeld.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                              */s/ Richard Lewis*
                                              Richard S. Lewis
                                              Steven Rotman