IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    All cases listed on Exhibit A
    to Doc. 26476

**ORDER ON PLAINTIFF'S
MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

      This matter is before the Court on Plaintiffs' motion [Filing No. 26566] to maintain under seal Plaintiffs' unredacted Exhibits A, B, C, D, and E [Filing No. 26565] to Plaintiffs' response to Defendants' motion for summary judgment. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A)(ii), Plaintiffs' basis for moving to seal these documents is that they contain, or reference, information designated "confidential" when produced by Defendants. This Local Rule further requires the designating party to file, within 14 days of service of the motion to seal, either a statement authorizing the unsealing of the filings or a brief in support of maintaining the filings under seal. To date, Defendants have made no such filing in response to Plaintiffs' motion to seal. Therefore, Plaintiffs' motion to seal is denied and the Clerk is directed to unseal Filing No. 26565 and all attachments after 21 days, absent any motion to reconsider, appeal, or further court order.

Date: 4/3/2025          _____

                               Tim A. Baker
                               United States Magistrate Judge
                               Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.