IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s)

BRITNEY GUEVARA, as personal representative
of the ESTATE OF DEAN BOYSTER, deceased

Civil Case # 1:19-cv-04801-RLY-TAB

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Dean Boyster

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Britney Guevara, as personal representative of the Estate of Dean Boyster, deceased.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   California

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

California

6.  Plaintiff's/Deceased Party's current state of residence:

California

7.  District Court and Division in which venue would be proper absent direct filing:

California Eastern District Court - Sacramento, CA

8.  Defendants (Check Defendants against whom Complaint is made):

☑    Cook Incorporated

☑    Cook Medical LLC

☑    William Cook Europe ApS

9.  Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Venue: Paragraph 27

Subject Matter Jurisdiction: Paragraph 23

Personal Jurisdiction: Paragraphs 24 and 26

b.  Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

- [✔] Günther Tulip® Vena Cava Filter

- [ ] Cook Celect® Vena Cava Filter

- [ ] Gunther Tulip Mreye

- [ ] Cook Celect Platinum

- [ ] Other:

11. Date of Implantation as to each product:

Two Cook Gunther Tulips implanted on 07/21/2004

12. Hospital(s) where Plaintiff was implanted (including City and State):

Salinas Valley Memorial Hospital - Salinas, CA

13. Implanting Physician(s):

Unknown

14. Counts in the Master Complaint brought by Plaintiff(s):

- [✔] Count I:      Strict Products Liability – Failure to Warn

- [✔] Count II:     Strict Products Liability – Design Defect

- [✔] Count III:    Negligence

- [✔] Count IV:     Negligence Per Se

☑    Count V:     Breach of Express Warranty

☑    Count VI:     Breach of Implied Warranty

☑    Count VII:     Violations of Applicable <u> California </u> (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade

Practices

☐    Count VIII:     Loss of Consortium

☐    Count IX:     Wrongful Death

☑    Count X:     Survival

☐    Count XI:     Punitive Damages

☑    Other:     <u> see below </u> (please state the facts supporting

this Count in the space, immediately below)

☑    Other:     <u> see below </u> (please state the facts supporting

this Count in the space, immediately below)

Plaintiff incorporates all claims and facts alleged in Dkt. 18900

Defendants Expressly and Impliedly warranted that the Cook IVC Filter was a  permanent lifetime implant

and downplayed the risks associated with   migration, perforation, tilt, fracture, and other risk relied upon by

the Plaintiff to his detriment.

15. Attorney for Plaintiff(s):

   Basil E. Adham, Johnson Law Group

16. Address and bar information for Attorney for Plaintiff(s):

Basil E. Adham (TX Bar No. 24081742)

Johnson Law Group, 2925 Richmond Ave., Suite 1700

Houston, Texas 77098

Respectfully submitted,

/s/ Basil E. Adham

Basil E. Adham
TX Bar No 24081742
Jessica Glitz
TX Bar No. 24076095
Johnson Law Group
2925 Richmond Ave.,
Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 626-3394