IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

_____

This Document Relates to:

Wesley Stone
1:17-cv-03871-RLY-TAB

_____

### ORDER ON APRIL 4, 2025, TELEPHONIC STATUS CONFERENCE

The Court previously ordered Plaintiff to attend a telephonic status conference on March 17, 2025, to address his counsel's motion to withdraw.  [Filing No. 26459.]  Plaintiff failed to appear as ordered, and the Court then issued an order setting a second conference for April 4, 2025. The Court also ordered Plaintiff to show cause at the April 4, 2025, conference, why Plaintiff should not be sanctioned, and why his case should not be dismissed, due to his failure to appear for the March 17, 2025, conference.  [Filing No. 26569.]  Plaintiff's counsel appeared at the April 4, 2025, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiff has failed to respond to the order to show cause.  Accordingly, the magistrate judge recommends the district judge dismiss this case.

Date:  4/4/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email
Michelle R. Eggert is required to serve Plaintiff, Wesley Stone