IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Cases Listed on Exhibit A

**COOK'S UNOPPOSED MOTION
TO EXTEND PAGE LIMIT FOR THEIR REPLY ON
<u>FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW</u>**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook") respectfully move the Court to extend the page limit for their reply brief in the above-referenced matter up to 25 pages. The additional pages are necessary to fully respond to all issues raised in Plaintiffs' multiple Responses to Cook Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law filed on March 17, 2025, which Cook intends to address in one reply. More specifically, Cook states:

1. Cook initially filed its Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law on the master docket on February 13, 2025 (1:14-ml-2570, Dkt. 26476 and 26477).

2. Plaintiffs then filed a joint Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law on March 17, 2025, (Dkt. 26564 and 26565).

Three additional Plaintiffs filed individual responses to Defendants' Motion for Summary Judgment on March 17, 2025. (Dkt. 26561; 26562; and 26563).

3. On March 26, 2025, Cook filed a Motion for Extension of Time to Respond to allow Defendants to adequately address all of Plaintiffs' substantially similar Responses in one omnibus reply. (Dk. 26573).

4. Local Rule 7.1 sets a 20-page limit on reply briefs. Local Rule 7.1(e)(1) (S.D. Ind.). Due to the number and length of Plaintiffs' Responses and the legal and factual issues presented, Cook needs additional pages to complete its reply to these motions. Additional pages are necessary to fully address all factual and legal issues pertinent to the motion on the merits.

5. On April 4, 2025, counsel for Cook conferred with counsel for Plaintiff. Counsel for Plaintiff does not oppose the request for additional pages.

For the foregoing reasons, Cook respectfully asks the Court to extend the page limit to 25 pages for Cook's Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law.


Dated:  April 7, 2025                                   Respectfully submitted,


                                                                        /s/ *Jessica Benson Cox*
                                                                        Jessica Benson Cox
                                                                        Andrea Roberts Pierson
                                                                        Faegre Drinker, Biddle & Reath LLP
                                                                        300 North Meridian Street, Suite 2500
                                                                        Indianapolis, Indiana 46204
                                                                        Telephone: (317) 237-0300
                                                                        Jessica.Cox@faegredrinker.com
                                                                        Andrea.Pierson@faegredrinker.com

- 3 -

James Stephen Bennett
Faegre Drinker, Biddle & Reath LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a copy of the foregoing **COOK'S UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR THEIR REPLY ON FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*