IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

All Cases Listed on Exhibit A

_____

**[PROPOSED] ORDER GRANTING COOK'S UNOPPOSED MOTION
TO EXTEND PAGE LIMIT FOR THEIR REPLY ON
FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW**

The Court, having considered Cook's Unopposed Motion to Extend Page Limit for Their Reply on Failure-to-Warn Claims Governed by Illinois Law, and being duly advised, hereby **GRANTS** the Motion, finding it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that the page limit for Cook's Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law is extended to 25 pages.

Dated:_____

_____
The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana