IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-02570-RLY-TAB
MDL No. 2570

_____

This Documents Relates to Plaintiff(s):
EVAN WEST    _____

Civil Case No. 1:20-cv-02182-RLY-TAB

_____

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff and to File

First Amended Short Form Complaint, and the Court, being duly advised in the premises, now

GRANTS said motion. [Filing No. 26545.]

IT IS THEREFORE ORDERED that: (1) Pandora Prater as the personal representative, on

behalf of the estate of the Decedent Evan West, is substituted as Plaintiff in the above referenced

action. (2) Plaintiff is hereby granted Leave to File a First Amended Short Form Complaint; and

(3) the First Amended Short Form Complaint attached to this Order is hereby deemed filed. The

Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this

matter.

Date: 4/4/2025

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.