UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, _____ THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) ) ) ) ) ) )   1:14-ml-02570-RLY-TAB |

**SCHEDULING ORDER**

The status hearing set for **MARCH 28, 2025** was VACATED and is now RESCHEUDLED to **MAY 15, 2025 at 1:00 p.m.** Leadership counsel shall appear before the Honorable Richard L. Young, in room 301 of the Federal Building, 101 NW Martin Luther King, Jr., Blvd., Evansville, Indiana 47708.

**SO ORDERED** this 7th day of April 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record