# EXHIBIT B

# Supplemental Material*

Kadakia KT, Bikdeli B, Gupta A, et al. Information disclosure, medical device regulation, and device safety: the case of Cook Celect IVC filters. Ann Intern Med. 19 November 2024. [Epub ahead of print]. doi:10.7326/ANNALS-24-00089

## Contents

Details About Litigation for Celect..............................................................................................2

Supplementary Figures ..................................................................................................................4

   Supplement Figure 1. Schematic of Cook Celect IVC Filter. ....................................................4

   Supplement Figure 2. Publicly Available FDA Decision Summaries for the Celect IVC Filter.............5

   Supplement Figure 3. Key Issues Across the Regulatory Process for the Celect IVC Filter. .................6

Supplementary Tables....................................................................................................................7

   Supplement Table 1. Device Lineage for Cook's IVC Filters....................................................7

   Supplement Table 2. Reports of Safety Concerns from the Published Literature about the Celect IVC Filter.ᵃ ...............................................................................................................................9

   Supplement Table 3. Definitions of "Perforation" for IVC Filters.........................................10

   Supplement Table 4. Summary of Key Research and Regulatory Issues for the Celect IVC Filter.......11

Court Documents Related to Celect ...........................................................................................12

   Supplement Exhibit 1. Cook Animal Data and FDA Correspondence....................................................12

   Supplement Exhibit 2. Summary of Animal Testing for the Celect IVC Filter. ....................................13

   Supplement Exhibit 3. Suspicious Patient Deaths in the Outside the U.S. Study of the Celect IVC Filter. ........................................................................................................................14

   Supplement Exhibit 4. Journal Reviewer's Questions About Cook's Definition for "Perforation".......16

   Supplement Exhibit 5. Changes to "Perforation" Definition Between Study Protocol and Manuscript.17

   Supplement Exhibit 6. Adverse Event Reporting in the OUS Study of the Celect IVC Filter..............18

   Supplement Exhibit 7. Comparison of Adverse Event Reporting for the Celect IVC Filter Across Public and Private Information Sources. ...........................................................................19

   Supplement Exhibit 8. Reporting of Deaths to FDA During Premarket Review of the Celect IVC Filter. ..........................................................................................................................20

   Supplement Exhibit 9. Clinical Events Committee Review of Suspicious Death (0202023). ...............21

   Supplement Exhibit 10. Clinical Events Committee Review of Suspicious Death (0502001). .............22

* This supplemental material was provided by the authors to give readers further details on their article. The material was not copyedited.

# DETAILS ABOUT LITIGATION FOR CELECT

*What was the purpose of litigation?*

The litigation focused on the safety of the Celect IVC filter device and potential product liability of its manufacturer, Cook Medical.

*When and where did the litigation take place?*

Because many different plaintiffs filed claims, the U.S. Judicial Panel on Multidistrict Litigation in 2014 consolidated the claims into one case in the Southern District of Indiana, where Cook is headquartered. One of the claims tried, Brand v. Cook Medical, is described below.

The details of the Brand case as filed are as follows: Case No. 1:13-cv-1469, Tonya Brand and Allen Brand vs. Cook Medical Incorporated a/k/a Cook Medical, Inc.; Cook Incorporated; and Cook Group, Inc., United States District Court, Northern District of Georgia, Atlanta Division.

The details of the Brand case as it was eventually tried are as follows: 1:14-mdl-2570, Tonya Brand, 1:14-cv-6018 In re Cook Medical, Inc., IVC Filters Marketing, Sales Practices And Product Liability Litigation, United States District Court, Southern District of Indiana, Indianapolis Division.

*What is the status of the case?*

The Brand case was tried to a jury verdict in January and February, 2019. Per the legal team, the current status is "the matter is resolved." There are no further anticipated steps for litigation of the Brand case. The MDL is still pending, and as of June 3, 2024, 7,717 actions remain active for the MDL.

*What were the author(s) roles in the case?*

Dr. Krumholz, Dr. Bikdeli, and Dr. Gupta participated in the case and served as consulting experts on behalf of the plaintiffs. Each of these individuals received compensation for their work, with compensation last provided in February 2019.

Dr. Krumholz served as a "Qualified Person" for the case, preparing an expert report used in trial proceedings, participating in a deposition, and providing testimony in court.

Mr. Kadakia, Dr. Dhruva, and Dr. Ross did not participate in the case.

*How did the authors gain access to court documents for the case?*

During the discovery phase of litigation, non-public information about the Celect IVC filter was uncovered. As a witness in the case, Dr. Krumholz had access to these materials.

*Why were transparency issues related to the Celect IVC filter not publicized when they were first discovered?*

Dr. Krumholz was required to sign a stipulated protective order as part of the litigation. This order prevented him from sharing the public health information he had learned with anyone outside the case, including patients, clinicians, and policymakers.

Such protective orders are unfortunately common in litigation; more detail can be found in a 2020 Special Communication in *JAMA Internal Medicine* by Alexander C. Egilman and coauthors titled "Confidentiality Orders and Public Interest in Drug and Medical Device Litigation."

*How and when was the protective order lifted?*

The Media Freedom and Information Clinic at Yale Law School began negotiations with Cook in 2020 to help release Dr. Krumholz from the confidentiality requirements of the litigation. A revised order was obtained from Cook in 2022, which allows Dr. Krumholz to use select materials from litigation for activities that are "in the public interest" or "for regulatory, scientific, academic, or medical purposes." This manuscript in *Annals of Internal Medicine* fulfills these stipulations.

*What are the similarities and differences between the published manuscript and the expert report from litigation?*

The expert report focuses on the safety and testing of the Celect IVC filter, and contextualizes this analysis to IVC filters in general.

The manuscript draws on the material from the expert report to expose gaps in the public record for the Celect IVC filter. Unlike the expert report, which focuses specifically on issues related to the device and its associated litigation, the manuscript also provides generalizable lessons from the Celect case that could be used to improve transparency in medical device regulation overall, not just in this one instance.

# SUPPLEMENTARY FIGURES

**Supplement Figure 1. Schematic of Cook Celect IVC Filter.[a]**



[a] Device drawing is from court documents unsealed during litigation.

**Supplement Figure 2. Publicly Available FDA Decision Summaries for the Celect IVC Filter.**



a 2007 FDA decision summary for the original authorization of the Celect IVC Filter. The summary is publicly available in the FDA's online database for 510(k) authorizations, and can be found here: https://www.accessdata.fda.gov/cdrh_docs/pdf6/K061815.pdf.

b 2008 FDA decision summary for the authorization expanding the indications for use for the Celect IVC Filter to also include optional retrieval. The summary is publicly available in the FDA's online database for 510(k) authorizations, and can be found here: https://www.accessdata.fda.gov/cdrh_docs/pdf7/K073374.pdf.

**Supplement Figure 3. Key Issues Across the Regulatory Process for the Celect IVC Filter.**



**SUPPLEMENTARY TABLES**

**Supplement Table 1. Device Lineage for Cook's IVC Filters.**

| 510(k) Number | Device Name | Clearance Date | Predicate Numbers | Indication | Non-Clinical Evidence | Clinical Evidence |
|---|---|---|---|---|---|---|
| K000855 | Günther Tulip™ Vena Cava Filter Set | October 18, 2000 | N/A[a] | Permanent placement | N/A[a] | N/A[a] |
| K032426 | Günther Tulip™ Vena Cava Filter and Retrieval Set | October 31, 2003 | • Cook Predicates: K000855<br>• Non-Cook Predicates: K972511, K022201 | Permanent placement and optional retrieval | Laboratory testing | Non-randomized study of 41 patients; retrieval attempted in 26 patients |
| K043509 | Günther Tulip™ Vena Cava Filter and Retrieval Set | May 5, 2005 | • Cook Predicates: K000855, K032426 | Permanent placement and optional retrieval | Laboratory testing | None |
| K061815 | Cook Celect™ Vena Cava Filter | April 20, 2007 | • Cook Predicates: K000855 | Permanent placement | Laboratory testing, animal study | None |
| K073374 | Cook Celect™ Vena Cava Filter | March 7, 2008 | • Cook Predicates: K061815, K032426 | Permanent placement and optional retrieval | None | Non-randomized study of 74 patients for whom retrieval was completed in 43 patients[c] |
| K090140 | Günther Tulip® Vena Cava Filter and Retrieval Set | April 3, 2009 | • Cook Predicates: K000855, K032426 | Permanent placement and optional retrieval | Laboratory testing | None |
| K112119 | Cook Celect® Vena Cava Filter Set for Femoral Approach | March 30, 2012 | • N/A[a] | N/A[a] | N/A[a] | N/A[a] |
| K121057 | Cook Celect® Vena Cava Filter Set with Flexible Tip | May 4, 2012 | • Cook Predicates: K090140 | Permanent placement and optional retrieval | Laboratory testing | None |
| K121629 | Cook Celect®Platinum Vena Cava Filter Set | July 3, 2012 | • Cook Predicates: K073374, K090140, K121057 | Permanent placement and optional retrieval | Laboratory testing, animal study | None |

| 510(k) Number | Device Name | Clearance Date | Predicate Numbers | Indication | Non-Clinical Evidence | Clinical Evidence |
|---|---|---|---|---|---|---|
| | for Femoral and Jugular Approach | | | | | |
| K171712 [b] | Cook Celect® Platinum Vena Cava Filter Set for Femoral and Jugular Approach | August 7, 2017 | • Cook Predicates: K121629 | Permanent placement and optional retrieval | Not required | Not required |
| K172557 [b] | Günther Tulip® Vena Cava Filter and Retrieval Set for Femoral and Jugular Vein Approach | November 20, 2017 | • Cook Predicates: K090140 | Permanent placement and optional retrieval | Not required | Not required |
| K172584 [b] | Günther Tulip® Vena Cava Filter and Retrieval Set for Femoral and Jugular Vein Approach | November 20, 2017 | • Cook Predicates: K121057 | Permanent placement and optional retrieval | Not required | Not required |
| K211874 [b] | Günther Tulip® Vena Cava Filter and Retrieval Set for Femoral and Jugular Vein Approach | July 28, 2021 | • Cook Predicate: K172557 | Permanent placement and optional retrieval | Not required | Not required |
| K211875 [b] | Cook Celect Platinum® Vena Cava Filter Set for Femoral and Jugular Approach | July 28, 2021 | • Cook Predicate: K171712 | Permanent placement and optional retrieval | Not required | Not required |

[a] Indicates that a copy of the decision summary for the device was unavailable in the Devices@FDA database, and as such, the information was unavailable.
[b] Indicates 510(k) submission was for the purpose of updating labeling information (e.g., new performance data, sterilization information, etc.); because there was no change to the device, no non-clinical or clinical testing was required.
[c] Data cited in FDA's decision summary reflect an interim analysis of a subgroup from the OUS study for Celect.

**Supplement Table 2. Reports of Safety Concerns from the Published Literature about the Celect IVC Filter.**[a]

| Author, Journal, Date | Study Type | Study Population | Summary |
|---|---|---|---|
| Sadaf et al., *Journal of Vascular and Interventional Radiology* 2007 | Case report | Single case | Case report of strut protrusion 9 days following IVC filter placement |
| Bogue et al., *Pediatric Radiology* 2009 | Case report | Single case | Case report of strut protrusion 17 days following IVC filter placement |
| Becher et al., *Journal of Vascular Surgery* 2010 | Case report | Single case | Case report of multi-vessel erosion 10 months following IVC filter placement |
| Durack et al., *Cardiovascular and Interventional Radiology* 2012 | Retrospective, single institution | 27 cases of Celect | 25/27 (93%) Celect filters were documented to perforate IVC |
| McLoney et al., *Journal of Vascular and Interventional Radiology* 2013 | Retrospective, single institution | 255 cases of Celect | 126/255 (49%) Celect filters were documented to perforate IVC |
| Go et al., *Journal of Vascular Surgery, Venous and Lymphatic Disorders* 2014 | Retrospective, single institution | 43 cases of Celect | 32/43 (74%) Celect filters were documented to penetrate the IVC and/or other vessels or organs |
| Bos et al., *Journal of Vascular and Interventional Radiology* 2015 | Retrospective, single institution | 193 cases of Celect | 55/193 (28%) Celect filters were documented to perforate IVC |
| Dowell et al., *Journal of Vascular and Interventional Radiology* 2015 | Retrospective, single institution | 91 cases of Celect | 33/91 (36%) Celect filters were documented to have perforation on initial follow-up CT; 72/91 (79%) of Celect filters were documented to have perforation on final follow-up CT |
| Deso et al., *Seminars in Interventional Radiology* 2015 | Systematic Review | N/A | Reported IVC perforation rates for Celect to be between 22%–93% |
| Jia et al., *Circulation* 2015 | Systematic Review | N/A | Reported incidence of IVC perforation for Celect to be 42% |

[a] This list is not exhaustive. Following FDA's 2010 and 2014 Safety Communications about IVC filters, FDA, the Society of Interventional Radiology, the Society for Vascular Surgery, and several IVC filter manufacturers initiated the Predicting the Safety and Effectiveness of Inferior Vena Cava Filters (PRESERVE) study, for which results were published in 2023 (Johnson *et al.*, *Journal of Vascular Surgery-Venous and Lymphatic Disorders*). While Cook was one of 7 participating manufacturers, PRESERVE used the Tulip filter, but not Celect. Cook separately initiated the Cook IVC Filter Study (CIVC) in 2014 that included both Tulip and Celect; however, a final evaluation had not been published in the peer-reviewed literature at the time of this manuscript's drafting.

**Supplement Table 3. Definitions of "Perforation" for IVC Filters.**

| Cook Definitions | |
|---|---|
| *Source* | *Definition* |
| Outside the U.S. study protocol | "Protrusion of filter struts through the wall of the IVC causing hemorrhage or hematoma" |
| 2009 publication of Outside the U.S. study in *Journal of Vascular and Interventional Radiology* | "IVC perforation (i.e., strut protruding out of the IVC wall)"[a] |
| **External Sources** | |
| *Source* | *Definition* |
| Society for Interventional Radiology Standards of Practice Committee | "IVC penetration: Penetration of the vein wall by filter hooks with transmural incorporation. For quality reporting improvement purposes, the definition of IVC penetration is filter strut or anchor devices extending more than 3 mm outside the wall of the IVC demonstrated by CT, US, venography or autopsy." |
| American College of Radiology[b] | "IVC penetration: Penetration of the vein wall by filter hooks with transmural incorporation. For quality reporting improvement purposes, the definition of IVC penetration is filter strut or anchor devices extending more than 3 mm outside the wall of the IVC demonstrated by CT, US, venography or autopsy." |

[a] Definition was revised during the peer-review process; however, reporting of adverse events was not corrected to comply with this new definition, resulting in misrepresentation of device safety.
[b] The American College of Radiology's (ACR) definition for perforation is included in its practice parameter document for IVC filters. As of 2024, the only digitally available source for this document is the 2021 edition, which is when it was last revised (cited as Reference 38 in this manuscript). However, the 2021 definition is the same as the definition included in the ACR's 2005 parameter update, which was in effect prior to the OUS study and was reviewed by the authors during litigation.

**Supplement Table 4. Summary of Key Research and Regulatory Issues for the Celect IVC Filter.**

| Area | Issue | Summary |
|---|---|---|
| Animal Studies | Disclosure of adverse events | Cook stated there were no adverse events in its animal study of Celect, despite evidence of IVC filter perforation. |
| | Disclosure of other studies | Cook did not report the results of other animal studies that were conducted for Celect to the FDA, despite the occurrence of complications in these studies (see Supplement Table 2). |
| | Incomplete disclosure in regulatory authorization | FDA cleared Celect for permanent placement despite previously issuing a Not Substantially Equivalent letter; complications were not disclosed in decision summary. |
| Clinical Testing | Use of insensitive outcomes definitions | Cook used an uncharacteristically restrictive definition of "perforation" in the safety endpoint for the OUS[a] study that was discordant with professional society recommendations and the vast majority of other research studies. Such a narrow definition would miss most perforations.[b] |
| | Discordance between study protocol and FDA guidance | Contrary to FDA guidance for IVC filter 510(k) submissions, Cook did not require CT imaging of participants in the OUS study. |
| | Unreported loss to follow-up | Cook did not report that a substantial number of patients in the OUS were lost to follow-up; for example, many patients missed follow-up imaging or pre-retrieval contrast injections.[c] This contributes to underestimation in safety reporting. |
| | Insufficient investigation of suspicious deaths | Some patient deaths were not verified by investigators due to lack of contact with patient. Additionally, autopsies were not performed for all suspicious deaths despite FDA guidance. |
| Results Reporting | Inaccurate reporting to regulators | Cook did not accurately report the rate of adverse events in its submission to FDA for 510(k) clearance. These included perforation events, thrombosis events, and causes of death. |
| | Inaccurate reporting in peer-reviewed literature | Cook retroactively changed its definition for "perforation" during the peer review process but still reported no adverse events from the OUS study despite using a more sensitive definition, creating a false impression of device safety. |
| | Inaccurate reporting in device label | As of 2021, Cook continues to cite poor-quality evidence in its IFU[d] for the Celect Platinum. The IFU excludes many safety events, therefore inaccurately communicating a more positive risk profile of the device to patients and clinicians than is actually known based on evidence. |

[a] Outside the U.S. (OUS) refers to the pivotal trial conducted by Cook to support expanding the label for Celect to include retrievability. OUS is the term used by FDA for investigations conducted internationally to generate evidence for medical devices seeking authorizations in the U.S., and the agency has issued guidance to manufacturers about expectations for such studies.
[b] See Supplement Table 3 for comparison of definitions.
[c] Contrast can provide evidence of hemorrhage and caval perforation.
[d] Instructions for Use (IFU) are labels that manufacturers develop for medical devices to provide clinicians and/or patients with guidance about the device. FDA provides guidance to manufacturers about IFU development.

## COURT DOCUMENTS RELATED TO CELECT

## Supplement Exhibit 1. Cook Animal Data and FDA Correspondence.



**A**

**19.2** *In vivo* safety assessment (Test Report #TS040008)

Cook Celect filters were implanted in sheep to assess deployability, biological response, and long-term implant safety. These long-term animal studies involved examination of eight filters in four sheep at each post-implant assessment point, two filters placed in each animal. In total, 40 Celect filters were implanted in 20 sheep (eight filters at each of five post-implantation time periods: 34, 62, 90, 188, and 393 days). The overall venographic results, assessed at the post-implantation time listed,

*Company Confidential*

**Cook IVCF 002048**

**CookMDL2570_0008609**

**COMPANY CONFIDENTIAL**
**7 6**
COOK Celect™ Vena Cava Filter
510(k) - Premarket Notification

are presented in Table 19-1. These long-term studies reported minimal damage to the vena cavae when the filters were excised and examined from the vena cavae after the radiographic analyses.

Table 19-1: Results of long-term implant safety and performance study in sheep (N=20 sheep, N=40 filters) for Cook Celect Vena Cava Filters.

| Venographic Results | 34 days[a] | 62 days | 90 days | 188 days | 393 days |
|---|---|---|---|---|---|
| Thrombus | 0/8 | 0/8 | 0/8 | 0/8 | 0/8 |
| Deformation | 0/8 | 2/8 | 0/8 | 1/8 | 0/8 |
| Tilting | 0/8 | 1/8 | 1/8 | 1/8[b] | 0/8 |
| Migration | 0/8 | 0/8 | 0/8 | 0/8 | 0/8 |
| Perforation | 0/8 | 0/8 | 0/8 | 0/8[c] | 0/8 |
| Patent | 8/8 | 8/8 | 8/8 | 8/8 | 8/8 |

a: The vena cava at the cranial filter site in one animal could not be assessed due to poor quality of venogram.
b: One filter in this group was tilted (10-20 degrees) at implant. This event had resolved and no tilt was present at follow-up.
c: An abscess near the cranial filter may be a result of injury (possibly perforation).

**B**

DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

Food and Drug Administration
9200 Corporate Boulevard
Rockville MD 20850

Cook Incorporated
c/o ████████
Regulatory Affairs Specialist
750 Daniels Way
P.O. Box 489
Bloomington, IN 47402-0489

SEP ██ 1 ████

Re: K061815
    Celect Vena Cava Filter
    Dated: June 26, 2006
    Received: June 27, 2006

Dear ████████

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above. We cannot determine if the device is substantially equivalent to a legally marketed predicate device based solely on the information you provided. To complete the review of your submission, we require the following additional information:

Animal Study

1. Throughout the chronic sheep study (TS040008), angiographic reports, x-ray images, and descriptions in the histopathology report appear to indicate that there were many instances of perforation of the vena cava wall by the primary wires of the filter. In one case at the 180-day time point (animal 2715), the perforation resulted in an abscess that almost completely occluded the vena cava. In addition, animals 3723, 3726, 2744, 2717, and 3710 appeared to have evidence of perforation from review of either the angiographic, histopathologic, or gross pathology data. Based on our review, the documentation provided in your submission indicates that implant of 6/40 filters (15%) resulted in perforation of the vena cava wall. In addition, a review of the angiographic records revealed that the IVC vessels evaluated in this sheep study were smaller than what may be anticipated in a clinical setting. Specifically, the range of sizes was approximately 13-25 mm in diameter with many of them in the 15-18 mm diameter range. The average human IVC diameter in the infrarenal segment where this device is intended to be implanted is

[a] Cook's original submission to FDA, which reported 0 instances of perforation in animal studies of the Celect IVC Filter.
[b] FDA's response to Cook's submission, in which regulators stated that their assessment of Cook's animal data suggested that the Celect IVC Filter had caused perforations in 15% of filters implanted in sheep. Black boxes were added by the authors to redact personal identifying information of Cook personnel.

**Supplement Exhibit 2. Summary of Animal Testing for the Celect IVC Filter.**

| Study Name[a] | Date | Sample Size[b] | Complications and Concerns | FDA Reporting | Peer-Reviewed Publication |
|---|---|---|---|---|---|
| VCA-1 | 2004 | 40 | Cook identified vessel wall perforation for 5 (12.5%) filters, but only reported vessel wall perforation for 2 (5%) filters. When FDA reviewed the data, the agency identified vessel wall perforation for 6 (15%) filters. | Included in 510(k) submission K061815 | No |
| Displacement Force Test[c] | 2005 | 6 | Vessel wall perforation identified for 4 (67%) filters | Unreported to FDA[d] | No |
| Clot Trapping Study[c] | 2005 | Unknown | Unknown[e] | Unreported to FDA | No |
| Radial Force Study[c] | 2005 | 6 | Unknown[e] | Unreported to FDA | Yes[f] |
| University of Aachen Study | 2006 | 14 | No complications reported[g] | Unreported to FDA | Yes |
| Laparoscopic Study[c] | 2007 | 4 | Vessel wall perforation identified for 4 (100%) filters[h] | Unreported to FDA | No |
| VCA-2 Study | 2008 | 2 | Vessel wall perforation identified for 2 (100%) filters | Unreported to FDA | No |

[a] The studies listed in this table represent the main animal testing conducted by Cook for Celect. All animal studies were performed in sheep.
[b] Many animal studies involved implanting multiple filters per sheep, and some studies also included other Cook models (e.g., Tulip, Platinum). Sample sizes reported in the table therefore reflect the total number of Celect filters that were implanted in the study.
[c] Each of these studies were conducted at the University of Zaragoza in Spain.
[d] This study was documented as having been initiated after FDA deemed Cook's first Celect 510(k) submission to be Not Substantially Equivalent, and was completed prior to Cook's resubmission to FDA. However, the results of this study were not included in the resubmission, which then received FDA authorization.
[e] Formal reports from both the Clot Trapping Study and the Radial Force Study were not made available to the authors during the discovery phase of litigation.
[f] The results of the Radial Force study were published in 2012 (Garcia et al., *Med Eng Phys* 2012); however, the final publication only includes data about Cook's Tulip filter, and omits data about Celect.
[g] Study results published in 2007 (Buecker et al., *Investigative Radiology* 2007).
[h] Study results published in 2011 (Laborda et al. *Journal of Vascular and Interventional Radiology* 2011).

**Supplement Exhibit 3. Suspicious Patient Deaths in the Outside the U.S. Study of the Celect IVC Filter.**

| Patient | Description of Death[a] | Related to Device?[b] | Safety Committee Assessment[c] | Peer-Reviewed Study Assessment[d] | Device Label Assessment[e] |
|---|---|---|---|---|---|
| A | Failure of filter component | Yes | "The Committee ruled, using best clinical judgement, that the Death was related to the IVC filter placement; both procedure related and related to a failure of a component of the Celect™ filter" | "One death occurred within 24 hours of filter placement, and may have been associated with the filter placement procedure. However, this death was most likely a result of the patient's poor overall health: the patient had previously been diagnosed with metabolic encephalopathy, liver failure, acute kidney failure, and metastatic pancreatic cancer" | "One death was adjudicated as procedure-related" |
| B | Pulmonary embolism | Yes | "An autopsy was performed to determine the cause of death, which was reported as pulmonary thromboembolism" | "The second death was attributed to a recurrent pulmonary thromboembolism (185 days after filter implantation) and may potentially be associated with failure of filter capture; however, the location of the origin of the clot was unknown and could have been above the filter" | "One death was attributed to pulmonary embolism adjudicated as device- or procedure-related" |
| C | Acute ventricular failure[f] | Suspicious | | | |
| D | Cardio-respiratory arrest | Suspicious | | | |
| E | Pulmonary embolism[f] | Suspicious | | | |
| F | Unknown[f] | Suspicious | | | |
| G | Respiratory insufficiency | Suspicious | | | |
| H | Unknown[f] | Suspicious | | | |

[a] Descriptions are from Cook's OUS database, and do not reflect the authors' assessments. Further detail about the deaths is unknown, as the OUS investigators did not conduct analyses (e.g., core laboratory assessments) needed to verify the cause of death.
[b] Reflects adjudication by independent academic safety committee. For Patients A and B, the committee adjudicated the deaths to be related to the Celect IVC filter. For Patients C-H, the committee lacked sufficient information to confirm the device's role in the patient's death because of insufficient information. For example, autopsies were not consistently performed for patient deaths in the OUS study despite FDA recommending this practice in its guidance document on IVC filter studies.[46]

[c] Quotations for Safety Committee's assessment are from materials uncovered during litigation.
[d] From the Lyon *et al.* study published in *JVIR* in 2009[36]
[e] From the Celect IVC filter's instructions for use[39]
[f] These patients were from the so-called registry A, in whom the filter was placed without *a priori* intent for retrieval. To our knowledge, full results from this cohort (n=34) have not been published in peer-reviewed literature.

**Supplement Exhibit 4. Journal Reviewer's Questions About Cook's Definition for "Perforation".**

Journal of Interventional Radiology
Short- and Long-Term Retrievability of the Cook Celect™ Vena Cava Filter: Results from a
Multi-Institutional Registry                                                                4

No specific details were provided as to why a suprarenal filter was required. This
No specific details were provided as to why a suprarenal filter was required. This
patient had no previous DVT, but was a trauma patient, which may have contributed to
the need for a suprarenal filter.

7. **Filter tilt measurement: This is very difficult to do with any consistency. I am
very concerned that this was measured by individual physicians and not a core
group or single individual. This is subject to great variability and it makes
reading through the data very difficult. Variability is present if one physician
measured the placement tilt and another measured the retrieval tilt. Specifically,
how was the measurement performed. An image would be helpful.**

Tilt with respect to the IVC longitudinal axis was assessed by each individual physician
at the times of implant and retrieval. At implant a venacavagram was obtained in at
least the AP view, and at retrieval venacavagrams were obtained in at least two
orthogonal views. This practice is consistent with previous literature reports. While
measurements made by physicians may have caused some variability in the

Response to Reviewer Questions
Journal of Interventional Radiology
Short- and Long-Term Retrievability of the Cook Celect™ Vena Cava Filter: Results from a
Multi-Institutional Registry                                                                5

injury to the caval wall. In the case of a reported penetration, the filter legs may appear
to be outside of the column of contrast on imaging, though they are actually
incorporated in the IVC wall.

In this study, imaging data at retrieval suggested that 21 patients had evidence of IVC
penetration, but there was no evidence of IVC perforation. Of these patients, twenty
underwent a successful filter retrieval procedure. Among these patients, there were no
filter-related complications reported while the filter was indwelling and there were no
procedure-related complications associated with retrieval. The one patient with an
unsuccessful retrieval underwent the failed retrieval attempt at 360 days post-implant;
in this case, the filter was associated with a tilt of 11 - 15 degrees and the orientation of
the hook prevented capture and retrieval. The filter remained as a permanent device in
this patient, with no reported complications.

## Supplement Exhibit 5. Changes to "Perforation" Definition Between Study Protocol and Manuscript.

**A**



William Cook Europe                                    Clinical Investigation Plan
Prospective Study of the Cook Celect™ Filter
March 07, 2007                                                            Version 4

**7    Definitions**

**Adverse Event**
An adverse event is any untoward medical occurrence in a subject participating in a clinical investigation regardless as to whether or not the event is thought to be related to the device.

**Adverse Device Effect**
An adverse event with any relation to the device is defined as an adverse device effect.

**Bleeding Complication**
Significant hemorrhage requiring transfusion of ≥ 2 units, surgical intervention, or causing death.

**Clinical Success**
Technical success plus no major complications (see definition for major complications).

**DVT (Deep Venous Thrombosis)**
Thrombosis of deep veins, usually of the lower extremity or pelvis, should be documented by contrast venography, duplex ultrasound, computed tomography (CT), or magnetic resonance (MR) venography. The proximal extent of thrombus should be identified.

**Filter Deformation**
Collapse or bending of the filter.

**Filter Fracture**
Any loss of structural integrity (breakage or separation) of the filter documented by imaging or autopsy.

**Filter Leg Entanglement**
Crossing of two or more filter legs.

**Insufficient Opening of the Filter**
The filter legs do not adjust themselves to the size of the cava.

**IVC Perforation**
Protrusion of filter struts through the wall of the IVC causing hemorrhage or hematoma.

**IVC Penetration**
Penetration of the vein wall with transmural incorporation of the filter anchors. This

**B**

Volume 20    Number 11                                                    Lyon et al • 1445

**Table 6**
Incidences of Filter Tilt at Implantation and Retrieval

| Tilt (°) | All Patients (N = 95) | Attempted Retrieval Cohort (n = 58) | |
|---|---|---|---|
| | | At Implantation | At Retrieval |
| 0 | 36 (37.9) | 18 (31.0) | 22 (37.9) |
| ≤5 | 18 (18.9) | 13 (22.4) | 17 (29.3) |
| 6–10 | 27 (28.4) | 16 (27.6) | 15 (25.9) |
| 11–15 | 8 (8.4) | 6 (10.3) | 2 (3.4) |
| ≥16 | 6 (6.3) | 5 (8.6) | 2 (3.4) |

**Table 7**
Details of Filter Retrieval (n = 58)

| Retrieval Detail | Incidence |
|---|---|
| Route of retrieval | |
| Right internal jugular | 57 (98.3) |
| Left internal jugular | 1 (1.7) |
| Technical difficulty with retrieval | |
| None | 36 (62.1) |
| Minimal | 12 (20.7) |
| Moderate | 4 (6.9) |
| Major | 4 (6.9) |
| Not assessed* | 2 (3.4) |

* Technical difficulty associated with retrieval was not reported for unsuccessful retrieval attempts.

sitioned and deployed in the correct location within the IVC with use of the introducer system, without removing the filter and without complication. The filter was inserted at a single center in all cases.

Thirty-six filters (37.9%) showed no tilt (ie, 0°) at placement, whereas the remaining 59 filters (62.1%) were associated with some degree of tilt. In the subset of patients whose filters were retrieved (n = 58), 18 filters (31.0%) were free of tilt at implantation and 40 filters (69%) had some degree of tilt. Data on the frequency and extent of filter tilt at implantation and retrieval are presented in **Table 6**.

**Filter Retrieval**

Filter retrieval was attempted in 58 patients (61%). At retrieval, 22 patients (38%) were taking anticoagulation medication. Trapped thrombus was observed in four filters (7.0%) filters, albeit not to a degree that prevented filter retrieval. Strut penetration (ie, transmural incorporation or filter incorporation into the IVC wall) was noted in 21 patients based on pretreieval imaging. Importantly, there was no evidence of IVC perforation (ie, strut protruding out of the IVC wall) or extravasation or hemorrhage in any patient, and there were no patient-reported complications typically associated with perforation (eg, pain). Of these patients with penetration, 20 (95%) had successful filter retrievals. One patient had an unsuccessful filter retrieval procedure, which was associated with excessive tissue growth (described later).

Details of the retrieval procedures are summarized in **Table 7**. Details on retrieval attempts by placement indication are summarized in **Table 4**. Retrieval attempts occurred as long as 466 days after placement (range, 5–466 days). Fifty-six retrieval attempts were successful (96.6%); the mean filter in-

dwell time was 179 days (ie, approximately 25.6 weeks) and the median filter indwell time was 168.5 days (ie, approximately 24 weeks). The Günther Tulip retrieval set was used in 58 retrieval attempts (96.6%). There was no relationship between snare type used and retrieval success. Two unsuccessful retrieval attempts were documented at 360 days and 385 days after implantation. Excessive filter tilt and an inability to capture the filter hook contributed to both failed retrievals, one of which was attributed to excessive tissue growth into the hook embedded in the endothelium. One of these patients underwent two failed retrieval attempts without complication. Each of these patients retained the filter as a permanent device.

Analysis of filter tilt at implantation and retrieval (**Table 6**) indicated that, before retrieval, 18 of 58 filters (31.0%) had shifted into categories of lesser tilt, whereas only 10 filters (17.2%) had shifted into a category of greater tilt. Thirty filters (51.7%) stayed at the same degree of tilt from implantation to retrieval.

A Kaplan-Meier product-limit estimate for the success of filter retrieval over time is presented in **Figure 3**. This plot predicts the probability of successful retrieval based on indwell time. From this analysis, the estimated probability of successful retrieval for the Celect IVC filter in the treated patient population remains at 100% for as long as 50 weeks after implantation and remains at more than 74% at 55 weeks after implantation.

**Patient Follow-up**

Seven patients withdrew from the study and eight patients were lost to follow-up. Two withdrawals occurred before a retrieval decision

was made. In one instance, a physician recommended that a patient keep the filter as a permanent device because of the patient's age. One patient chose to withdraw before a retrieval decision was reached because the patient did not wish to follow the study protocol. Five withdrawals occurred after successful retrievals; these withdrawals were primarily because the patients did not want to continue with the posttreieval follow-up protocol. Three patients were lost to follow-up before a retrieval attempt and five patients were lost to follow-up after successful retrievals. Finally, study participation for 14 patients ended when the patients satisfied study requirements by reaching the required 12-month follow-up visit (before a decision to retrieve the filter was made) (**Fig 3**).

**Adverse Events**

The major complication rate associated with the retrieval procedure (n = 58) was 0%; the retrieval procedure did not contribute to vena cava damage, vena cava perforation, hemorrhage, or death.

Events reported before a decision was made to retrieve a filter (ie, for all 95 patients) were also assessed. The major complication rate associated with the time period before retrieval was 2.1% (two of 95 patients); the two events are detailed later. There were no reports of vena cava damage or perforation, IVC occlusion, filter embolization, filter fracture, or significant filter migration in this study. One vascular injury was

ᵃ Definition for "perforation" as detailed in the OUS study protocol.
ᵇ Definition for "perforation" as detailed in the *JVIR* manuscript.

17

## Supplement Exhibit 6. Adverse Event Reporting in the OUS Study of the Celect IVC Filter.

Study Protocol #05-507 Final Report

**Table 2: Registry B Patients**
(filter as a potentially retrievable implant)

| Patient Number (n=95) | Gender | Retrieval Attempted (Y/N) | Successful Retrieval (Y/N) | Days to retrieval | Adverse Event (Y/N) | Serious Adverse Event (Y/N) |
|---|---|---|---|---|---|---|
| 0202001 | Female | Y | Y | 392 | N | N |
| 0202002 | Female | N | -- | -- | Y | Y |
| 0202003 | Male | Y | Y | 380 | N | N |
| 0202004 | Female | Y | N | 383 | N | N |
| 0202005 | Female | Y | Y | 276 | N | N |
| 0202007 | Male | N | -- | -- | Y | Y |
| 0202008 | Male | Y | Y | 118 | N | N |
| 0202009 | Male | Y | Y | 392 | N | N |
| 0202010 | Male | Y | Y | 31 | N | N |
| 0202011 | Female | N | -- | -- | Y | Y |
| 0202012 | Male | N | -- | -- | Y | N |
| 0202013 | Male | N | -- | -- | N | N |
| 0202014 | Male | Y | Y | 172 | Y | Y |
| 0202015 | Male | N | -- | -- | N | N |
| 0202016 | Male | Y | Y | 276 | Y | N |
| 0202017 | Male | Y | Y | 229 | N | N |
| 0202018 | Female | Y | Y | 225 | N | N |
| 0202019 | Male | N | -- | -- | Y | Y |
| 0202020 | Female | N | -- | -- | Y | Y |
| 0202021 | Male | Y | Y | 215 | N | N |
| 0202022 | Male | N | -- | -- | Y | Y |
| 0202023 | Female | N | -- | -- | Y | Y |
| 0202024 | Male | Y | Y | 111 | N | N |
| 0202025 | Male | Y | Y | 165 | N | N |
| 0202026 | Male | Y | Y | 377 | N | N |
| 0202027 | Male | N | -- | -- | Y | N |
| 0202028 | Female | N | -- | -- | N | N |
| 0202029 | Male | Y | Y | 108 | N | N |
| 0202030 | Female | N | -- | -- | Y | Y |
| 0202031 | Male | N | -- | -- | Y | Y |
| 0202032 | Male | Y | Y | 189 | Y | N |
| 0202033 | Female | N | -- | -- | Y | N |
| 0202034 | Female | N | -- | -- | Y | N |
| 0202035 | Female | N | -- | -- | Y | N |
| 0202036 | Male | N | -- | -- | Y | Y |
| 0402001 | Male | N | -- | -- | N | N |
| 0402002 | Female | N | -- | -- | N | N |
| 0402003 | Male | N | -- | -- | Y | N |
| 0502001 | Female | N | -- | -- | Y | Y |
| 0502002 | Male | Y | Y | 132 | Y | Y |
| 0502003 | Male | Y | Y | 125 | Y | Y |
| 0502004 | Male | Y | Y | 62 | Y | N |

| Patient Number (n=95) | Gender | Retrieval Attempted (Y/N) | Successful Retrieval (Y/N) | Days to retrieval | Adverse Event (Y/N) | Serious Adverse Event (Y/N) |
|---|---|---|---|---|---|---|
| 0502005 | Male | N | -- | -- | Y | Y |
| 0502006 | Male | Y | Y | 92 | Y | N |
| 0502007 | Male | Y | Y | 120 | N | N |
| 0502008 | Male | N | -- | -- | Y | Y |
| 0502009 | Male | Y | Y | 204 | Y | Y |
| 0502010 | Male | Y | Y | 86 | Y | N |
| 0502011 | Female | N | -- | -- | Y | Y |
| 0502012 | Male | Y | Y | 189 | Y | Y |
| 0502013 | Female | Y | Y | 423 | Y | N |
| 0502014 | Male | Y | Y | 399 | Y | Y |
| 0502015 | Female | Y | Y | 466 | Y | N |
| 0502016 | Male | Y | Y | 184 | N | N |
| 0502017 | Male | Y | Y | 130 | Y | Y |
| 0502018 | Male | Y | Y | 209 | Y | N |
| 0502019 | Male | N | -- | -- | Y | Y |
| 0502020 | Female | Y | Y | 141 | Y | Y |
| 0502021 | Male | Y | Y | 284 | Y | N |
| 0502022 | Male | Y | Y | 258 | Y | N |
| 0502023 | Male | N | -- | -- | Y | N |
| 0502024 | Male | Y | N | 360 | Y | N |
| 0502025 | Male | Y | Y | 325 | Y | N |
| 0502026 | Male | Y | Y | 214 | N | N |
| 0502027 | Male | Y | Y | 131 | Y | N |
| 0502028 | Male | Y | Y | 192 | Y | N |
| 0502029 | Male | Y | Y | 106 | N | N |
| 0502030 | Male | N | -- | -- | Y | Y |
| 0502031 | Male | Y | Y | 290 | Y | N |
| 0502032 | Male | Y | Y | 76 | Y | N |
| 0502033 | Female | Y | Y | 182 | Y | Y |
| 0502034 | Female | Y | Y | 139 | Y | Y |
| 0502035 | Female | N | -- | -- | Y | N |
| 0502036 | Male | Y | Y | 381 | Y | N |
| 0612001 | Male | N | -- | -- | Y | N |
| 0612002 | Male | N | -- | -- | Y | Y |
| 0612003 | Male | N | -- | -- | N | N |
| 0712001 | Male | Y | Y | 63 | Y | Y |
| 0712002 | Female | N | -- | -- | Y | Y |
| 0712003 | Male | N | -- | -- | Y | N |
| 0712004 | Male | N | -- | -- | Y | Y |
| 0712005 | Female | Y | Y | 181 | N | N |
| 0712007 | Male | Y | Y | 204 | N | N |
| 0802001 | Male | Y | Y | 79 | N | N |

| Patient Number (n=95) | Gender | Retrieval Attempted (Y/N) | Successful Retrieval (Y/N) | Days to retrieval | Adverse Event (Y/N) | Serious Adverse Event (Y/N) |
|---|---|---|---|---|---|---|
| 0802002 | Male | N | -- | -- | Y | Y |
| 0802003 | Male | Y | Y | 8 | N | N |
| 0802004 | Male | N | -- | -- | Y | Y |
| 0802005 | Female | Y | Y | 66 | N | N |
| 0802006 | Male | Y | Y | 92 | Y | Y |
| 0802007 | Female | Y | Y | 29 | N | N |
| 0802008 | Female | Y | Y | 5 | N | N |
| 0802009 | Female | Y | Y | 7 | N | N |
| 0802010 | Female | Y | Y | 14 | N | N |
| 0802011 | Male | Y | Y | 64 | N | N |
| 0802012 | Male | Y | Y | 12 | N | N |

[a] Full list of adverse events that occurred in the OUS study for Celect. Table included in full OUS Study Protocol, which was made public during litigation. Based on the data in this table from the court documents, of the 95 participants in Registry B, 60 (63.2%) were reported to have an adverse event, and 38 (40.0%) were reported to have a serious adverse event.

**Supplement Exhibit 7. Comparison of Adverse Event Reporting for the Celect IVC Filter Across Public and Private Information Sources.**

| | Publicly Available Information | | | Court Documents |
|---|---|---|---|---|
| | *FDA 510(k) Summary* | *Device IFU* | *JVIR Publication* | *Complete OUS Database*[e] |
| Sample Size | 43[b] | 74 (retrieval in 43)[c] | 95 (retrieval in 58)[c] | 95[d] |
| Suspicious Deaths | 0 (0%) | 2 (2.7%) | 2 (2.1%) | 8 (8.4%)[f] |
| Other Adverse Events[e] | 0 (0%) | 0 (0%) | 2 (2.1%) | 6 (6.3%)[g] |

[a] Abbreviations: Food and Drug Administration (FDA); Instructions for Use (IFU); *Journal of Vascular and Interventional Radiology* (*JVIR*), Outside the U.S. (OUS) study.
[b] FDA's decision summary is based on an interim analysis of the OUS study, and reports safety data based on 43 of 74 patients in whom filter retrieval was attempted, as the purpose of the 2008 authorization was to expand Celect's original label to include retrievability.
[c] The OUS study included two different cohorts; Registry A (34 patients) for permanent IVC filter placement, and Registry B (95 patients) in whom IVC filters were temporarily placed with the intention of future retrieval. We focus on data for Registry B since retrieval was the primary purpose of the study. Celect's IFU is based on an interim analysis of 74 patients, with retrieval completed in 43. The *JVIR* publication reports data for all 95 patients, with retrieval completed in 58. The deaths and complications for Registry B reported in the IFU and *JVIR* publication are noted to have occurred after filter implantation but prior to filter retrieval.
[d] The adverse events reported in the table were based on Cook's own reports for Celect, made available via litigation.
[e] Adverse events described in this table are limited to thrombosis. Adverse event counts in this table do not include other complications such as vessel wall perforation due to Cook's inconsistent use of inaccurate outcome definitions in the Celect study and label (issues discussed in Supplement Table 3 and Supplement Exhibit 5).
[f] See Supplement Exhibit 3 for additional details. Four out of the 8 suspicious deaths were from registry B.
[g] All from patients in registry B.

**Supplement Exhibit 8. Reporting of Deaths to FDA During Premarket Review of the Celect IVC Filter.**





[a] Correspondence between Cook and FDA on April 10, 2007. FDA asked Cook for more information about the deaths that occurred in the OUS study. (A) is the cover sheet of the response letter, (B) is the specific response related to the deaths. Black boxes were added by the authors to redact personal identifying information of Cook personnel.

**Supplement Exhibit 9. Clinical Events Committee Review of Suspicious Death (0202023).**





<sup>a</sup> Adjudication of patient death in the OUS study for Celect by the Clinical Events Committee. Patient's case (summarized in [A]) was ruled to be related to IVC filter placement, including related to failure of a component of the Celect filter (B). Black boxes were added by the authors to redact personal identifying information of physician members and staff support for the independent Clinical Events Committee.

**Supplement Exhibit 10. Clinical Events Committee Review of Suspicious Death (0502001).**





[a] Adjudication of patient death in the OUS study for Celect by the Clinical Events Committee. Patient's case (summarized in [A]) was ruled to be related to IVC filter placement, including related to failure of a component of the Celect filter (B). Black boxes were added by the authors to redact personal identifying information of physician members and staff support for the independent Clinical Events Committee.