UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Ashley Jones
1:17-cv-4166-RLY-TAB

**ORDER ON APRIL 8, 2025, TELEPHONIC STATUS CONFERENCE
AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared by counsel April 8, 2025, for a telephonic status conference to address Plaintiff's counsel's original and amended motions to withdraw. [Filing Nos. 26454, 26456.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 26552.] **This matter is set for a telephonic status conference at 3:30 p.m. (Eastern Time) April 22, 2025**. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show cause for her failure to appear for the April 8 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 4/8/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Trent B. Miracle or Jacob A. Flint is required to serve Plaintiff, Ashley N. Jones