UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Loria Ann Williams

Civil Case # 1:21-cv-00463-RLY-TAB

**PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE COURT'S ORDER ON NOTICE OF NONCOMPLIANCE:
SECOND AMENDED CASE CATEGORIZATION FORMS
(CMO-33) (QUALIFYING LAW FIRMS**

Plaintiff Loria Ann Williams ("Plaintiff"), by and through her counsel of record, respectfully files this Motion for Reconsideration of the Court's Order on Notice of Noncompliance: Second Amended Case Categorization Forms (CMO-33) (Qualifying Law Firms), dismissing Plaintiff's case for failure to submit a Second Amended Case Categorization Form pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's order.  Plaintiff Loria Ann Williams requests the Court reconsider its order dismissing Plaintiff's case [Doc. 26558].  Plaintiff asks the Court to grant the Motion and reinstate her case in the MDL for the reasons set forth herein.  In support of this Motion, Plaintiff states the following:

a) Plaintiff Loria Ann Williams was implanted with a Cook Gunther Tulip filter by Seth Michael Toomay, M.D. at Parkland Hospital in Dallas, Texas, on or about August 10, 2009.

b) Plaintiff Loria Ann Williams filed her Short Form Complaint ("SFC") in the United States District Court for the Southern District of Indiana on February 27, 2021.

c) Plaintiff's counsel's records indicate that the Second Amended Case Categorization Form was both uploaded to https://filetransfer.faegredrinker.com/bds/Send.do and emailed to CookFilterMDL@faegredrinker.com on November 4, 2024.  *See* **Exhibit A**, proof of service.

d) Defendants filed their Notice of Noncompliance [Doc. 26396] on January 16, 2025. Plaintiff's counsel reviewed the Defendants' Notice of Noncompliance upon receipt.  The fact that Loria Ann Williams' case was included was inadvertently overlooked.  The failure to respond was not intentional or willful but was solely due to a mistake.

e) On March 4, 2025, Defendants filed a (Proposed) Order on Notice of Noncompliance listing Plaintiffs who have not submitted Second Amended Case Categorization Forms [Doc. 26542].  As soon as Plaintiff's counsel became aware of Loria Ann Williams' case being erroneously listed, Plaintiff's counsel notified one of the attorneys for Defendants on March 13, 2025.  *See* **Exhibit B**, email to Blake Lehr.

f) The Court entered its Order on the Cook Defendants' Notice of Noncompliance [Doc. 26558], later that afternoon on March 13, 2025, dismissing Plaintiff's case for failure to submit a Second Amended Case Categorization Form.

WHEREFORE, based on the foregoing, Plaintiff respectfully moves this Court to vacate its order granting dismissal and reinstate her case in MDL 2570.

Dated:  April 10, 2025.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 8, 2025, I spoke with Blake Lehr, an attorney for the Defendants regarding Plaintiff's Motion and the requested remedy for reinstating the case. Mr. Lehr advised that the Defendants were unopposed to the relief requested.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon