# EXHIBIT A

11/4/24, 5:01 PM                                     Faegre Drinker Secure File Transfer

 Compose Delivery

 Inbox

 Sent Items

 Help

## Delivery Details
All delivery information

**Delivery Information**                                                                                   Action ▾

| | |
|---|---|
| Package name | Civil Case # 1:21-cv-00463-RLY-TAB; Loria Ann Williams - Service of Second Amended CCF |
| To | Cook Filter MDL |
| Subject | Civil Case # 1:21-cv-00463-RLY-TAB; Loria Ann Williams - Service of Second Amended CCF |

Last updated 11/04/2024 05:01 PM by Heather LeMay

| | |
|---|---|
| Secure message | For service, please find attached the Second Amended Case Categorization Form for Plaintiff Loria Ann Williams, Civil Case # 1:21-cv-00463-RLY-TAB.<br><br>Thank you,<br><br>Heather |
| Email notification message | |

**Files**

| File name | Date created | Size |
|---|---|---|
| Williams, Loria Ann_Second Amended CCF_(FINAL).pdf | 11/04/2024 05:01 PM | 2.5 MB |

| | |
|---|---|
| **From:** | Heather LeMay |
| **To:** | CookFilterMDL@FaegreDrinker.com |
| **Cc:** | Tom Arbon |
| **Subject:** | Civil Case # 1:21-cv-00463-RLY-TAB; Loria Ann Williams - Service of Second Amended CCF |
| **Date:** | Monday, November 4, 2024 4:59:44 PM |
| **Attachments:** | image001.png |
| | Williams, Loria Ann_Second Amended CCF_(FINAL).pdf |

For service, please find attached the Second Amended Case Categorization Form for Plaintiff Loria Ann Williams, Civil Case # 1:21-cv-00463-RLY-TAB.

Thank you,

Heather

**BEN MARTIN LAW GROUP**

**Heather L. LeMay | Litigation Paralegal**

3141 Hood Street, Suite 600 | Dallas, TX 75219

Office (214) 761-6614 | Direct (682) 345-0620

Fax (214) 744-7590 | bencmartin.com

This message and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this message in error or if the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message and any attachments in error and that any review, dissemination, distribution, copying or alteration of this message and/or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail, and delete the original message. Please note that any views or opinions presented in this message are solely those of the author and do not necessarily represent those of the company. Finally the recipient should check this message and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this message.