# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Loria Ann Williams

Civil Case # 1:21-cv-00463-RLY-TAB

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter is before the Court on Plaintiff's Motion for Reconsideration of the Court's Order on Notice of Noncompliance: Second Amended Case Categorization Forms (CMO-33) (Qualifying Law Firms), dismissing Plaintiff's case for failure to submit a Second Amended Case Categorization Form pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's order.  The Court, having been duly advised, now **GRANTS** the Motion, finding that it was made for good cause.

**SO ORDERED**.

Dated: _____

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana