# EXHIBIT B

| | |
|---|---|
| **From:** | Heather LeMay |
| **To:** | Lehr, Blake T. |
| **Cc:** | Tom Arbon |
| **Subject:** | FW: EXTERNALActivity in Case 1:14-ml-02570-RLY-TAB IN RE: COOK MEDICAL INC. Submission |
| **Date:** | Thursday, March 13, 2025 4:06:19 PM |
| **Attachments:** | 26542. 2025.03.04 proposed order on noncompliance_MDL_Cook.pdf<br>26542-1.pdf<br>26542-2.pdf<br>image002.png<br>Long, Barry_Second Amended CCF_(FINAL).pdf<br>Faegre Drinker Secure File Transfer.pdf<br>Civil Case # 120-cv-06111-RLY-TAB; Barry Long - Service of Second Amended CCF.msg<br>Williams, Loria Ann_Second Amended CCF_(FINAL).pdf<br>Faegre Drinker Secure File Transfer.pdf<br>Civil Case # 121-cv-00463-RLY-TAB; Loria Ann Williams - Service of Second Amended CCF.msg |
| **Importance:** | High |

Hi Blake,

On March 4, 2025, your office filed the attached *(Proposed) Order on Notice of Noncompliance* listing Plaintiffs who have not submitted Second Amended Case Categorization Forms. The attached Amended Exhibit "A" [Doc. 26542-1] lists the Plaintiffs who have allegedly failed to submit a Second Amended Case Categorization Form ("CCF"). Tom wanted to notify you that Plaintiffs Barry Long and Loria Ann Williams are erroneously listed. We served the Second Amended CCF for Barry Long on 11/22/24 and for Loria Ann Williams on 11/04/24.

I've attached copies of the Second Amended CCF for both Barry Long and Loria Ann Williams that was previously served. I also attached the proof of service indicating the dates on which these were served.

Would you be willing to correct the filing and remove Barry Long and Loria Ann Williams?

Thank you,

Heather



**Heather L. LeMay | Litigation Paralegal**
3141 Hood Street, Suite 600 | Dallas, TX 75219
Office (214) 761-6614 | Direct (682) 345-0620
Fax (214) 744-7590 | BenCMartin.com

This message and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this message in error or if the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message and any attachments in error and that any review, dissemination, distribution, copying or alteration of this message and/or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by electronic mail, and delete the original message. Please note that any views or opinions presented in this message are solely those of the author and do not necessarily represent those of the company. Finally the recipient should check this message and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this message.