**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                      MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Janet Cabral and Kenneth Cabral

---

Civil Case # 1:18-cv-03873-RLY-TAB

---

## <u>NOTICE OF APPEARANCE</u>

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Janet Cabral and Kenneth Cabral.

Dated: April 10, 2025.                            Respectfully submitted,

                                                         */s/ Ben C. Martin*
                                                         Ben C. Martin, TX Bar No. 13052400
                                                         **Ben Martin Law Group, PLLC**
                                                         3141 Hood Street, Suite 600
                                                         Dallas, TX 75219
                                                         Tel.:  (214) 761-6614
                                                         Fax:  (214) 744-7590
                                                         bmartin@bencmartin.com

                                                         ***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*

Ben C. Martin
