IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibit A

NOTICE OF NONCOMPLIANCE:
SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)

PLEASE TAKE NOTICE that Plaintiffs identified in **Exhibit A** have not submitted Second Amended Case Categorization Forms, as required by Sixth Amended Case Management Order No. 4 ("CMO-4"), *see* Dkt. 25716 at ¶ 2, and Amended Case Management Order No. 33, *see generally* Dkt. 25717. The deadline for these Plaintiffs to submit Second Amended Case Categorization Forms expired no later than November 12, 2024. Dkts. 25717 & 25896. Pursuant to the process outlined in CMO-4, Cook has provided written notice of noncompliance to Plaintiffs' Lead Counsel and counsel for the Plaintiffs at issue, informing them that their cases would be included on a Notice of Noncompliance if Second Amended Case Categorization Forms were not submitted within five days of the correspondence. *See* Dkt. 25716 at ¶ 4. Despite these written notices, the Plaintiffs identified in **Exhibit A** have still not submitted Second Amended Case Categorization Forms within the allotted five days.

Plaintiffs subject to this Notice of Noncompliance should ***not*** file a response. Dkt. 25716 at ¶ 4. Instead, Plaintiffs have **fourteen (14) days** from the date of the Notice of Noncompliance to submit their Amended Case Categorization Forms to Cook at

CookFilterMDL@FaegreDrinker.com. *Id.* Cook will notify the Court if any of these Plaintiffs fail to cure their deficiencies within fourteen (14) days of this Notice of Noncompliance, which will result in their cases being dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's Order. *Id.*

Dated: April 14, 2025

    Respectfully submitted,

    /s/ *Jessica Benson Cox*
    Andrea Roberts Pierson
    Jessica Benson Cox
    FAEGRE DRINKER BIDDLE & REATH LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana 46204
    Telephone: (317) 237-0300
    Facsimile: (317) 237-1000
    andrea.pierson@faegredrinker.com
    jessica.cox@faegredrinker.com

    James Stephen Bennett
    FAEGRE DRINKER BIDDLE & REATH LLP
    110 W. Berry Street, Suite 2400
    Fort Wayne, Indiana 46802
    Telephone: (260) 424-8000
    Facsimile: (260) 460-1700
    stephen.bennett@faegredrinker.com

    *Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I certify that on April 14, 2025, a copy of the foregoing **NOTICE OF NONCOMPLIANCE: SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)** was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ *Jessica Benson Cox*
Jessica Benson Cox