# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Ronald Evans

---

Civil Case # 1:19-cv-02900-RLY-TAB

---

## <u>NOTICE OF APPEARANCE</u>

To:     The Clerk of the Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Ronald Evans.

Dated: April 14, 2025.                      Respectfully submitted,

                                            */s/ Ben C. Martin*
                                            Ben C. Martin, TX Bar No. 13052400
                                            **Ben Martin Law Group, PLLC**
                                            3141 Hood Street, Suite 600
                                            Dallas, TX 75219
                                            Tel.:  (214) 761-6614
                                            Fax:  (214) 744-7590
                                            bmartin@bencmartin.com

                                            ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
