**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to Plaintiff: <u>Jill L. Eckman and Mark Eckman</u> | |
| Civil Case No: <u>1:17-CV-03613-RLY-TAB</u> | |

**SUGGESTION OF DEATH OF JILL L. ECKMAN**

Plaintiffs Jill L. Eckman and Mark Eckman, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 25, hereby suggests upon the record the death of Plaintiff, Jill L. Eckman. Upon information and belief, Plaintiff Jill L. Eckman on or about January 12, 2025. The Death Certificate is attached hereto as Exhibit "A."

Date: April 15, 2025.

Respectfully Submitted,
O'CONNOR, ACCIANI & LEVY LPA

*/s/ Barry D. Levy*_____
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
600 Vine Street, Suite 1600
Cincinnati, Ohio 45202
Telephone: 513-241-7111
Facsimile: 513-241-7197
Email: bdl@oal-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 15th day of April 2025, Parties may access this filing through the Court's system.

*/s/ Barry D. Levy*_____
Barry D. Levy – (OH 0018986)
*Attorney for Plaintiff*
