# Ohio Department of Health
## CERTIFICATE OF DEATH
### VITAL STATISTICS

Primary Reg. Dist. No. 3121
Registrar's No. 3100-2025000132
State File No. 2025003909

**DECEDENT**

1. Decedent's Legal Name: JILL LYNN ECKMAN
2. Sex: FEMALE
3. Date of Death: JANUARY 12, 2025
4. Social Security Number: [blank]
5a. Age (Years): 57
6. Date of Birth: AUGUST 24
7. Birthplace: CINCINNATI, OHIO
8a. Residence State: OHIO
8b. County: WARREN
8c. City or Town: DEERFIELD TWP
9. Ever in US Armed Forces? NO
10. Marital Status at Time of Death: MARRIED
11. Surviving Spouse's Name: MARK A ECKMAN
12. Decedent's Education: HIGH SCHOOL GRADUATE OR GED
13. Decedent of Hispanic Origin: NO
14. Decedent's Race: WHITE
15. Father's Name: LEONARDO MORANTI
16. Mother's Name (prior to first marriage): JANET PENNY
17a. Informant's Name: MARK A ECKMAN
17b. Relationship to Decedent: HUSBAND
18a. Place of Death: HOSPITAL - INPATIENT
18b. Facility Name: BETHESDA NORTH HOSPITAL
18c. City or Town, State and Zip Code: MONTGOMERY, OH 45242
18d. County of Death: HAMILTON

**DISPOSITION**

19. Funeral Service Licensee or Other Agent: JULIE A TIPTON
20. License Number: 009291
21. Name and Complete Address of Funeral Facility: TUFTS SCHILDMEYER FUNERAL HOME
22. Method and Place of Disposition: CREMATION - TUFTS SCHILDMEYER CREMATORY, GOSHEN, OH
23. Local Registrar: DANIELLE BUEDE
24. Date Filed: JANUARY 16, 2025

**CERTIFIER**

26a. Certifier: [X] Certifying Physician
26b. Time of Death: 17:29
26c. Date Pronounced Dead: JANUARY 12, 2025
26d. Was Case Referred to Medical Examiner or Coroner? NO
26e. Certifier Name and Title: AMY MURPHY, DO
26f. License number: 34.014490
26g. Date Signed: JANUARY 15, 2025
27. Name and Address of Person who Completed Cause of Death: AMY MURPHY, 10500 MONTGOMERY ROAD, CINCINNATI, OH 45242

**CAUSE OF DEATH**

28. Part I.

| Line | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | BOWEL ISCHEMIA | 5 DAYS |
| b. Due to | SEPTIC SHOCK | 5 DAYS |
| c. Due to | | |
| d. Due to | | |

Part II. Other significant conditions: [blank]

29a. Was An Autopsy Performed? NO
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? NOT APPLICABLE
30. Did Tobacco Use Contribute to Death? NO
31. If Female, Pregnancy Status: NOT APPLICABLE
32. Manner of Death: NATURAL

33a. Date of Injury: [blank]
33b. Time of Injury: [blank]
33c. Place of Injury: [blank]
33d. Injury at Work? [blank]
33e. Location of Injury: [blank]
33f. Describe How Injury Occurred: [blank]
33g. If Transportation Injury, Specify: [blank]

HEA 2724  Rev. 08/18



VOID