**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS               Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Peter Fontes

Civil Case # 1:17-cv-00484-RLY-TAB

**<u>NOTICE OF APPEARANCE</u>**

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Peter Fontes.

Dated: April 15, 2025.                            Respectfully submitted,

                                                  */s/ Thomas Wm. Arbon*
                                                  Thomas Wm. Arbon, TX Bar No. 01284275
                                                  **Ben Martin Law Group, PLLC**
                                                  3141 Hood Street, Suite 600
                                                  Dallas, TX 75219
                                                  Tel.:  (214) 761-6614
                                                  Fax:  (214) 744-7590
                                                  tarbon@bencmartin.com

                                                  ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Thomas Wm. Arbon*
Thomas Wm. Arbon