IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

CRAIG WARREN            Civil Case # 1:21-cv-06460-RLY-TAB
DAVID LEE SCRUGGS    Civil Case # 1:22-cv-06711-RLY-TAB

**ORDER ON SUGGESTIONS OF DEATH**

On March 19, 2025, Plaintiffs' counsel filed notices of suggestions of death of the above listed Plaintiffs [Filing Nos. 26567, 26568]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 4/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.