# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

James Carmichael Smith

---

Civil Case # 1:18-cv-03096-RLY-TAB

---

### <u>NOTICE OF APPEARANCE</u>

To:      The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff James Carmichael Smith.

Dated: April 17, 2025.                                  Respectfully submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
