UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

James Carmichael Smith

Civil Case # 1:18-cv-03096-RLY-TAB

### NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff James Carmichael Smith.

Dated: April 17, 2025.                           Respectfully submitted,

                                                 */s/ Ben C. Martin*
                                                 Ben C. Martin, TX Bar No. 13052400
                                                 **Ben Martin Law Group, PLLC**
                                                 3141 Hood Street, Suite 600
                                                 Dallas, TX 75219
                                                 Tel.: (214) 761-6614
                                                 Fax: (214) 744-7590
                                                 bmartin@bencmartin.com

                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                */s/ Ben C. Martin*
                Ben C. Martin