# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Cases Listed on Exhibit A in Cook Defendants'
Motion for Summary Judgment on Failure-to-Warn
Claims Governed by Illinois Law, Dkt. 26476-1

## ORDER GRANTING COOK'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW

The Court, having considered Cook's Motion for Extension of Time to File a Reply to Plaintiffs' Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law, and being duly advised, hereby **GRANTS** the Motion. [Filing No. 26573.]

**IT IS THEREFORE ORDERED** that Cook will have until **April 7, 2025**, to file a reply brief in support of its Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law.

Date: 4/17/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.