IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                         MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Cases Listed on Exhibit A

_____

**ORDER GRANTING COOK'S UNOPPOSED MOTION
TO EXTEND PAGE LIMIT FOR THEIR REPLY ON
FAILURE-TO-WARN CLAIMS GOVERNED BY ILLINOIS LAW**

The Court, having considered Cook's Unopposed Motion to Extend Page Limit for Their Reply on Failure-to-Warn Claims Governed by Illinois Law, and being duly advised, hereby **GRANTS** the Motion. [Filing No. 26604.]

**IT IS THEREFORE ORDERED** that the page limit for Cook's Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law is extended to 25 pages.

Date: 4/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.