IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| JUDY M. JAMES | Civil Case # 1:18-cv-03410-RLY-TAB |
| PAUL M. UMBAUGH III | Civil Case # 1:18-cv-02178-RLY-TAB |
| PHILIP SEVENE | Civil Case # 1:20-cv-06246-RLY-TAB |
| CARL R. HANSEN | Civil Case # 1:20-cv-06196-RLY-TAB |
| JILL L. ECKMAN and MARK ECKMAN | Civil Case # 1:17-cv-03613-RLY-TAB |

**ORDER ON SUGGESTIONS OF DEATH**

On March 26, 2025, April 4, 1015, April 9, 2025, and April 15, 2025, Plaintiffs' counsel filed notices of suggestions of death of the above listed Plaintiffs [Filing Nos. 26576, 26587, 26588, 26634, 26683]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 4/22/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.