**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Tammy Laliberty

Civil Case # 1:19-cv-02823-RLY-TAB

## <u>NOTICE OF APPEARANCE</u>

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Tammy Laliberty.


Dated: April 22, 2025.                          Respectfully submitted,

                                                */s/ Ben C. Martin*
                                                Ben C. Martin, TX Bar No. 13052400
                                                **Ben Martin Law Group, PLLC**
                                                3141 Hood Street, Suite 600
                                                Dallas, TX 75219
                                                Tel.:  (214) 761-6614
                                                Fax:  (214) 744-7590
                                                bmartin@bencmartin.com

                                                ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Ben C. Martin
Ben C. Martin