UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Virginia Lindsey<br>Civil Case # 1:19-cv-03204-RLY-TAB | |

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Virginia Lindsey.

Dated: April 22, 2025.                    Respectfully submitted,

                                          */s/ Ben C. Martin*
                                          Ben C. Martin, TX Bar No. 13052400
                                          **Ben Martin Law Group, PLLC**
                                          3141 Hood Street, Suite 600
                                          Dallas, TX 75219
                                          Tel.:  (214) 761-6614
                                          Fax:  (214) 744-7590
                                          bmartin@bencmartin.com

                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                  */s/ Ben C. Martin*
                                                Ben C. Martin