# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                   MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Francine Ptak

_____

Civil Case # 1:17-cv-00789-RLY-TAB

_____

### <u>NOTICE OF APPEARANCE</u>

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Francine Ptak.


Dated: April 23, 2025.                          Respectfully submitted,

                                                */s/ Thomas Wm. Arbon*
                                                Thomas Wm. Arbon, TX Bar No. 01284275
                                                **Ben Martin Law Group, PLLC**
                                                3141 Hood Street, Suite 600
                                                Dallas, TX 75219
                                                Tel.:  (214) 761-6614
                                                Fax:  (214) 744-7590
                                                tarbon@bencmartin.com

                                                ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon