**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Kelly Orser

---

Civil Case # 1:18-cv-00482-RLY-TAB

---

## NOTICE OF APPEARANCE

To:    The Clerk of the Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Kelly Orser.

Dated: April 23, 2025.                Respectfully submitted,

                                          */s/ Thomas Wm. Arbon*
                                          Thomas Wm. Arbon, TX Bar No. 01284275
                                          **Ben Martin Law Group, PLLC**
                                          3141 Hood Street, Suite 600
                                          Dallas, TX 75219
                                          Tel.:  (214) 761-6614
                                          Fax:  (214) 744-7590
                                          tarbon@bencmartin.com

                                          ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Thomas Wm. Arbon*
Thomas Wm. Arbon