IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following case:

Ashley N. Jones, Case No. 1:17-cv-04166 -RLY-TAB

**ORDER ON APRIL 22, 2025, TELEPHONIC STATUS CONFERENCE**

      The Court previously ordered Plaintiff to attend a telephonic status conference on April 8, 2025, to address her counsel's motion to withdraw. [Filing No. 26552.] Plaintiff failed to appear as ordered, and the Court then issued an order setting a second conference for April 22, 2025. The Court also ordered Plaintiff to show cause at the April 22, 2025, conference, why Plaintiff should not be sanctioned, and why her case should not be dismissed, due to her failure to appear for the April 8, 2025, conference. [Filing No. 26635.] Plaintiff's counsel appeared at the April 22, 2025, telephonic status conference, and Plaintiff once again failed to appear as ordered. Moreover, Plaintiff has failed to respond to the order to show cause. Accordingly, the motions to withdraw [Filing Nos. 26454, 26546] are granted, and the magistrate judge recommends the district judge dismiss this case.

Date: 4/24/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Trent B. Miracle or Jacob A. Flint is required to serve Plaintiff, Ashley N. Jones