**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

*Larry David Vynorius 1:23-cv-07066-RLY-TAB*

---

**SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff

Larry David Vynorius informs this Honorable Court and the Parties of the death of Plaintiff

Larry David Vynorius, which occurred on January 24, 2024.  Plaintiff's claim is not

extinguished by his death.

Dated;  April 30, 2025

Respectively submitted,

/s/ *Matthew Lopez*

Matthew R. Lopez
*(Admitted Pro Hac Vice, CA Bar No. 263134)*
RUEB STOLLER DANIEL  LLP
120 Vantis
Suite 430
Aliso Viejo, CA 92656
Tel: (866) 225-5773
Fax: (855) 203-2035
matt.lopez@lawrsd.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Matthew R. Lopez*
Matthew R. Lopez

# EHIBIT A





07012019

**Commonwealth of Massachusetts**
**Registry of Vital Records and Statistics**
**CERTIFICATE OF DEATH**

| State File # | 2024 005260 |
|---|---|
| Registered # | 24-05 |

| DECEDENT | | |
|---|---|---|
| Place of Death | 16 WINTER STREET, MERRIMAC, MA | |
| Date of Death | JANUARY 24, 2024 | Age 67 YRS    Sex MALE |
| Current Name | VYNORIUS , LARRY DAVID | |
| Surname at Birth or Adoption | VYNORIUS | SSN    -9734 |
| AKA | — | |
| Date of Birth | 1956    Birthplace NEWBURYPORT, MASSACHUSETTS | |
| Residence | 16 WINTER STREET, MERRIMAC, MASSACHUSETTS 01860 | |
| Race | WHITE | Education HIGH SCHOOL GRADUATE OR GED |
| Marital Status | MARRIED | Occupation/Industry PILE DRIVER/CONSTRUCTION |
| Last Spouse -- Last, First, Middle (Surname at Birth or Adoption) VYNORIUS, BONNIE, LEE (BENJAMIN) | | Decedent: U.S. Veteran (Most Recent) NO |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) VYNORIUS, DORIS LORRAINE (BUTLAND) | | Birthplace MASSACHUSETTS |
| Parent Name -- Last, First Middle (Surname at Birth or Adoption) VYNORIUS, WILLIAM JAMES (VYNORIUS) | | Birthplace MASSACHUSETTS |

| MEDICAL CERTIFIER | | |
|---|---|---|
| Part I. Cause of Death – Sequentially list immediate cause then antecedent causes then underlying cause | | Interval between onset and death |
| a. Immediate Cause (Final condition resulting in death) CARDIO-PULMONARY ARREST | | — MIN. |
| b. Due to or as a consequence of: LUNG CANCER | | — MOS. |
| c. Due to or as a consequence of: --- | | --- |
| d. Due to or as a consequence of: --- | | --- |
| Part II. Other significant conditions contributing to death but not resulting in underlying cause CHRONIC OBSTRUCTIVE PULMONARY DISEASE, HYPERTENSION, HYPERLIPIDEMIA, AORTIC ANEURYSM | Manner of Death: NATURAL | |
| | Time of Death: 05:56 AM | |
| | Result of Injury: NO | |
| Certifier KEVIN K LANPHEAR, DO | | Lic # 55947 |
| Addr. 3 CHERRY STREET, SUITE 201, NEWBURYPORT, MASSACHUSETTS 01950 | | |

| DISPOSITION | | |
|---|---|---|
| Funeral Licensee/ Designee PAUL C ROGERS, JR | | Lic # 5716 |
| Facility/Addr. PAUL C. ROGERS & SONS INC., AMESBURY, MASSACHUSETTS | | |
| Immediate Disposition BURIAL | | |
| Date of Immediate Disposition FEBRUARY 06, 2024 | | |
| Place/Address BRIDGE STREET CEMETERY, BRIDGE STREET, WEST NEWBURY, MASSACHUSETTS 01985 | *[signature]* | |
| Date of Record FEBRUARY 06, 2024 | | |
| Date of Amendment --- | CLERK, TOWN OF MERRIMAC | |

DATE ISSUED:    FEBRUARY 06, 2024

I, the undersigned, hereby certify that I am the Clerk of the Town of Merrimac; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records, as held in the Commonwealth's central vital records information repository.

*[signature]*

Clerk
Town of Merrimac

Sent ~~was see Se 8/14/74~~ for Dec payment.

R-301 p. 2 of 2                    VYNORIUS                                SFN: 2024 005260

MERRIMAC 24-05

MERRIMAC

STATE VOL/PG: /

| If U.S. war veteran, specify war/conflict(s) |
|---|
| --- |

| Branch of military (most recent) | | Rank/organization/outfit(most recent) | |
|---|---|---|---|
| --- | | --- | |
| Date entered(most recent) | Date Discharged (most recent) | Service Number(most recent) | |
| --- | --- | --- | |

| Place of Death Type | | Date of Pronouncement | Time of Pronouncement |
|---|---|---|---|
| DECEDENT'S RESIDENCE | | JANUARY 24, 2024 | 05:56 AM |
| RN/NP/PA Pronouncement? | Name of RN/NP/PA Pronouncing Death | | Lic # |
| YES | CHRISTEN --- GARVEY, R.N. | | 2290232 |
| RN/NP/PA Employing Agency or Institution | | Name of Physician or Medical Examiner notified | |
| TUFTS MEDICINE CARE AT HOME | | KEVIN LANPHEAR, DO | |

| Was M.E. Notified? | Provider in charge of patient's care, if not certifier | | | |
|---|---|---|---|---|
| NO | --- | | | |
| Autopsy Performed? | Findings available for Cause? | Tobacco contribute to death? | Pregnancy Status, if female | |
| NO | --- | YES | --- | |
| Date of Injury | Time of Injury | Injury at Work? | If Transportation Injury, specify: | |
| --- | --- | --- | --- | |
| Place of Injury | | Location/Address of Injury: | | |
| --- | | --- | | |
| Describe How Injury Occurred | | | | |
| --- | | | | |

| Expanded Race: WHITE |
|---|
| Ethnicity: AMERICAN |

| Informant Name | Relationship |
|---|---|
| BONNIE L VYNORIUS | WIFE |
| Addr. 16 WINTER STREET, MERRIMAC, MASSACHUSETTS 01860 | |

| Date Disposition Permit Issued: | FEBRUARY 06, 2024 | Board of Health Agent | GWENDOLYN LAY |
|---|---|---|---|
| State Tracking No. | 005260 | Local Permit No. | 2024-5 |