IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Charles Alan Vinnik

Civil Case # 1:16-cv-03273-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Charles Alan Vinnik and files this motion to substitute his surviving spouse, Nancy Vinnik, who is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Charles Alan Vinnik filed the present action in the United States District Court for the Southern District of Indiana on December 2, 2016.

2. Plaintiff Charles Alan Vinnik died on or about June 23, 2019.

3. On February 13, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26480. Plaintiff's counsel recently learned of the death of Charles Alan Vinnik after contacting his spouse.

4. Nancy Vinnik, surviving spouse of Charles Alan Vinnik, is eligible to serve as the proper party plaintiff to substitute for Plaintiff-decedent Charles Alan Vinnik and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to

Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Nancy Vinnik, as the Personal Representative of the Estate of Charles Alan Vinnik, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Nancy Vinnik, as Personal Representative of the Estate of Charles Alan Vinnik, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Charles Alan Vinnik is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Nancy Vinnik, as the Personal Representative of the Estate of Charles Alan Vinnik, Deceased, as Party Plaintiff for Charles Alan Vinnik; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:16-cv-03273-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: May 14, 2025.

        Respectfully Submitted,

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon, TX Bar No. 01284275
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        tarbon@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Thomas Wm. Arbon*
        Thomas Wm. Arbon