IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

NANCY VINNIK, as Personal Representative of the ESTATE OF CHARLES ALAN VINNIK, Deceased

Civil Case # 1:16-cv-03273-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Charles Alan Vinnik (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Nancy Vinnik, as Personal Representative of the Estate of Charles Alan Vinnik, Dec.

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Nevada

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Nevada

6. Plaintiff's/Deceased Party's current state of residence:

   Nevada

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, District of Nevada, Las Vegas Division

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ Cook Incorporated

   ☒ Cook Medical LLC

   ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

   b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    07/08/2008

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Sunrise Hospital Medical Center

    Las Vegas, Nevada

13. Implanting Physician(s):

    Steven H. Davis, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:     Strict Products Liability – Failure to Warn

    ☒ Count II:    Strict Products Liability – Design Defect

    ☒ Count III:   Negligence

    ☒ Count IV:    Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable ___Nevada___ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____

☒ Other: ___Fraudulent Concealment___

(please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

15. Attorney(s) for Plaintiff(s):

Ben C. Martin

Thomas Wm. Arbon

4

    16. Address and bar information for Attorney for Plaintiff(s):

    <u>3141 Hood Street, Suite 600, Dallas, TX 75219                             </u>

    <u>Ben C. Martin, SBN:  13052400                                     </u>

    <u>Thomas Wm. Arbon, SBN:  01284275                                </u>

RESPECTFULLY SUBMITTED this <u>14th</u> day of <u>May</u> <u>2025</u>.

                                            <u>*/s/ Ben C. Martin*</u>
                                            Ben C. Martin, Esquire (TX Bar No. 13052400)
                                            **BEN MARTIN LAW GROUP, PLLC**
                                            3141 Hood Street, Suite 600
                                            Dallas, TX 75219
                                            Telephone:  (214) 761-6614
                                            Facsimile:  (214) 744-7590
                                            bmartin@bencmartin.com

                                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on  05/14/2025,  I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                  /s/ Ben C. Martin
                                                  Ben C. Martin