IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Charles Alan Vinnik

Civil Case # 1:16-cv-03273-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered Plaintiff Charles Alan Vinnik's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint is **GRANTED**, and (1) Nancy Vinnik, as the Personal Representative of the Estate of Charles Alan Vinnik, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to File a First Amended Short Form Complaint; and, (3) the First Amended Short Form Complaint is hereby deemed filed. The Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana