# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dennis Turgun

Civil Case # 1:21-cv-06528-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Dennis Turgun and files this motion to substitute his surviving daughter, Morgan Watson, who is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Dennis Turgun filed his Original Complaint in the United States District Court for the Northern District of Florida on June 30, 2021. The case was transferred to the United States District Court for the Southern District of Indiana on August 3, 2021.

2. Plaintiff Dennis Turgun died on or about April 28, 2023.

3. On February 14, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26491. Plaintiff's counsel recently learned of the death of Dennis Turgun after contacting his daughter.

4. Morgan Watson, surviving daughter of Dennis Turgun, is eligible to serve as the proper party plaintiff to substitute for Plaintiff-decedent Dennis Turgun and to proceed forward

1

with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

5.      Plaintiff thus moves to substitute Morgan Watson, as the Personal Representative of the Estate of Dennis Turgun, Deceased, as Plaintiff in the present action.

6.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Morgan Watson, as Personal Representative of the Estate of Dennis Turgun, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Dennis Turgun is now deceased.

7.      A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Morgan Watson, as the Personal Representative of the Estate of Dennis Turgun, Deceased, as Party Plaintiff for Dennis Turgun; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:21-cv-06528-RLY-TAB; and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: May 14, 2025.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon