IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dennis Turgun

Civil Case # 1:21-cv-06528-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

The Court has considered Plaintiff Dennis Turgun's Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint is **GRANTED**, and (1) Morgan Watson, as the Personal Representative of the Estate of Dennis Turgun, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to File a Second Amended Short Form Complaint; and, (3) the Second Amended Short Form Complaint is hereby deemed filed. The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Dated: _____

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana