IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

JASON HOLLAND, as Personal Representative of the ESTATE OF JEFFREY TODD HOLLAND, Deceased

Civil Case # 1:22-cv-00163-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Jeffrey Todd Holland (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Jason Holland, as Personal Representative of the Estate of Jeffrey Todd Holland, Dec

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

    Georgia

6. Plaintiff's/Deceased Party's current state of residence:

    Georgia

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Middle District of Georgia, Albany Division

8. Defendants (Check Defendants against whom Complaint is made):

    ☒ Cook Incorporated

    ☒ Cook Medical LLC

    ☒ William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒ Diversity of Citizenship

    ☐ Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

    b. Other allegations of jurisdiction and venue:

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- [x] Günther Tulip® Vena Cava Filter
- [ ] Cook Celect® Vena Cava Filter
- [ ] Gunther Tulip Mreye
- [ ] Cook Celect Platinum
- [ ] Other: _____

11. Date of Implantation as to each product:

    05/01/2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Emory Saint Joseph's Hospital

    Atlanta, Georgia

13. Implanting Physician(s):

    Fayyaz Barodawala, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

- [x] Count I:     Strict Products Liability – Failure to Warn
- [x] Count II:    Strict Products Liability – Design Defect
- [x] Count III:   Negligence
- [x] Count IV:    Negligence Per Se

3

☒ Count V: Breach of Express Warranty

☒ Count VI: Breach of Implied Warranty

☒ Count VII: Violations of Applicable _____Georgia_____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☒ Count XI: Punitive Damages

☐ Other: _____


☒ Other: __Fraudulent Concealment_____

(please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent Concealment are included in Exhibit "A" which is incorporated by reference herein.

_____

_____

15. Attorney(s) for Plaintiff(s):

Ben C. Martin

Thomas Wm. Arbon

_____

16. Address and bar information for Attorney for Plaintiff(s):

 3141 Hood Street, Suite 600, Dallas, TX 75219

 Ben C. Martin, SBN:  13052400

 Thomas Wm. Arbon, SBN:  01284275


RESPECTFULLY SUBMITTED this  14th   day of  May           2025    .

                         */s/ Ben C. Martin*
                         Ben C. Martin, Esquire (TX Bar No. 13052400)
                         **BEN MARTIN LAW GROUP, PLLC**
                         3141 Hood Street, Suite 600
                         Dallas, TX 75219
                         Telephone:  (214) 761-6614
                         Facsimile:  (214) 744-7590
                         bmartin@bencmartin.com

                         ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on    05/14/2025,    I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      */s/ Ben C. Martin*
                                                      Ben C. Martin