UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Fifth Motion to Authorize Payment to Escrow Agent

Pursuant to Section IV(A) of the Court's *Order Amending "Rules, Policies, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund* [Filing No. 14361, at ECF p. 100963], the Plaintiffs' Steering Committee respectfully moves the Court for an Order authorizing payment from the Common Benefit Fund to BGBC Partners, LLP. In support, the PSC states the following:

1. The Common Benefit Order states upon approval of the Court, "the CPA's bills shall be paid from the Cook IVC Filters Expense Fund and shall be considered a shared cost." [Filing No. 14361, and ECF p. 100963.]

2. BGBC has submitted the following invoices for payment (all of which are attached to this motion as Exhibit A), which the PSC respectfully suggests should be paid:

| Invoice No. | Date | Amount |
|---|---|---|
| **272814** | 02/19/2025 | $4,625.00 |
| **273110** | 02/28/2025 | $2,169.00 |
| **273465** | 03/27/2025 | <u>$2,073.00</u> |
| | | **Total** <br><br> **$8,867.00** |

**Wherefore,** Plaintiffs' Steering Committee respectfully requests the Court to enter an Order allowing $8,867.00 to be paid from the Cook IVC Filters Common Benefit Fund to BGBC Partners, LLP, for administrating the Fund.

    Respectfully Submitted,

    WILLIAMS LAW GROUP, LLC

    /s/ *Joseph N. Williams*
    Joseph N. Williams (#25874-49)
    1101 North Delaware Street, Suite 200
    Indianapolis, IN 46202
    Telephone: (317) 633-5270
    Facsimile: (317) 426-3348
    Email: joe@williamsgroup.law

    *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on May 16, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams