

135 N. Pennsylvania Street
Suite 2600
Indianapolis, IN 46204

| | | |
|---|---|---|
| Cook MDL 2570 PSC Funds | Date: | 2/19/2025 |
| Ben Martin | Invoice #: | SL272814 |
| Via email: stait@bencmartin.com | Client ID: | 90277 |

Please make checks payable to BGBC Advisory, LLC

For professional services rendered from January 1, 2024
through April 15, 2024, including:

 - Accounting and consulting services.                                                     $2,688.00

 - 2023 income tax return preparation.                                                     $1,800.00

 - 2023 Form 1099 preparation.                                                               $137.00

                                                                              Total Due:   $4,625.00



135 N. Pennsylvania Street
Suite 2600
Indianapolis, IN 46204

Cook MDL 2570 PSC Funds                                Date:        2/28/2025
Ben Martin                                             Invoice #:   SL273110
Via email: stait@bencmartin.com                        Client ID:   90277

Please make checks payable to BGBC Advisory, LLC

For professional services rendered from April 16, 2024 through December 31, 2024, including:

 - Accounting and consulting services for Settlement Funds.

Total Due:   $2,169.00



135 N. Pennsylvania Street
Suite 2600
Indianapolis, IN 46204

| | |
|---|---|
| Cook MDL 2570 PSC Funds | Date:        3/27/2025 |
| Ben Martin | Invoice #:   SL273465 |
| Via email: stait@bencmartin.com | Client ID:   90277 |

Please make checks payable to BGBC Advisory, LLC

For professional services rendered from January 1, 2025
through February 15, 2025, including:

| | |
|---|---|
| - Accounting and consulting services. | $995.00 |
| - 2024 income tax return preparation. | $1,078.00 |
| Total Due: | $2,073.00 |

**EXHIBIT A**