UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ashley N. Jones
1:17-cv-04166-RLY-TAB

## ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed without prejudice for Plaintiff's failure to appear at two telephonic status conferences and his failure to respond to a show cause order. The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's recommendation (Filing No. 26823). This case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 19th day of May 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.