IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

LISA BLANKSCHEN, as Personal Representative of the ESTATE OF MARGARET THOMPSON, Deceased

Civil Case #  1:19-cv-00127-RLY-TAB

---

**FIRST AMENDED SHORT FORM COMPLAINT**

---

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Margaret Thompson (Deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   Lisa Blankschen, as Personal Representative of the Estate of Margaret Thompson, De

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

    North Carolina

6.  Plaintiff's/Deceased Party's current state of residence:

    North Carolina

7.  District Court and Division in which venue would be proper absent direct filing:

    United States District Court, Western District of North Carolina, Statesville Division

8.  Defendants (Check Defendants against whom Complaint is made):

    ☒   Cook Incorporated

    ☒   Cook Medical LLC

    ☒   William Cook Europe ApS

9.  Basis of Jurisdiction:

    ☒   Diversity of Citizenship

    ☐   Other: _____

    a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391.

    b.  Other allegations of jurisdiction and venue:

    _____

    _____

    _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

   (Check applicable Inferior Vena Cava Filters):

   ☒  Günther Tulip® Vena Cava Filter

   ☐  Cook Celect® Vena Cava Filter

   ☐  Gunther Tulip Mreye

   ☐  Cook Celect Platinum

   ☐  Other: _____

11. Date of Implantation as to each product:

   06/18/2014 _____

   _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Davis Regional Medical Center _____

   Statesville, North Carolina _____

13. Implanting Physician(s):

   Martin Carignan, M.D. _____

   _____

   _____

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒  Count I:      Strict Products Liability – Failure to Warn

   ☒  Count II:     Strict Products Liability – Design Defect

   ☒  Count III:    Negligence

   ☒  Count IV:     Negligence Per Se

3

☒    Count V:       Breach of Express Warranty

☒    Count VI:      Breach of Implied Warranty

☒    Count VII: Violations of Applicable_____North Carolina_____(insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐    Count VIII:    Loss of Consortium

☐    Count IX:      Wrongful Death

☐    Count X:       Survival

☒    Count XI:      Punitive Damages

☐    Other:         _____

☒    Other:         Fraudulent Concealment_____

(please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent_____

Concealment are included in Exhibit "A" which is incorporated by reference_____

herein._____

_____

_____

15. Attorney(s) for Plaintiff(s):

Ben C. Martin_____

Thomas Wm. Arbon_____

_____

16. Address and bar information for Attorney for Plaintiff(s):

3141 Hood Street, Suite 600, Dallas, TX 75219

Ben C. Martin, SBN: 13052400

Thomas Wm. Arbon, SBN: 01284275

RESPECTFULLY SUBMITTED this 20th day of May 2025 .

/s/ Ben C. Martin
Ben C. Martin, Esquire (TX Bar No. 13052400)
**BEN MARTIN LAW GROUP, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone:  (214) 761-6614
Facsimile:  (214) 744-7590
bmartin@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on    05/20/2025,    I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ben C. Martin
Ben C. Martin