UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Parties Agreed Briefing Schedule on Cook's Motion for New Screening Order Related to Amount in Controversy

On May 9, 2025, the Cook Defendants filed a motion for an additional screening order related to the amount in controversy (ECF No. 26849). The parties agree to the following briefing schedule:

**PSC's Response Brief**              May 30, 2025

**Cook's Reply Brief**                June 10, 2025

**Wherefore**, the parties respectfully request the Court acknowledge and accept the briefing schedule agreed to by the parties, and award all further just and appropriate relief in the premises.

Respectfully Submitted,

| | |
|---|---|
| WILLIAMS LAW GROUP, LLC | Faegre Drinker Biddle & Reath, LLP |
| /s/ *Joseph N. Williams* | /s/ *Jessica Benson Cox* |
| Joseph N. Williams (#25874-49) | Jessica Benson Cox |
| 1101 North Delaware Street, Suite 200 | 300 North Meridian Street, Suite 2500 |
| Indianapolis, IN 46202 | Indianapolis, Indiana 46205 |
| Telephone: (317) 633-5270 | Telephone: (317) 237-0300 |
| Email: joe@williamsgroup.law | Email: Jessica.Cox@FaegreDrinker.com |
| *Liaison Counsel* | *Counsel for the Cook Defendants* |

## Certificate of Service

I hereby certify that on May 22, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams