UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Setting Briefing Schedule

Come now the Plaintiffs' Steering Committee and the Cook Defendants, jointly, and request the Court enter an agreed briefing schedule related to the Cook Defendants' motion for an additional screening order related to the amount in controversy (ECF No. 26849). After being duly advised in the premises, the parties' request is GRANTED.

Plaintiffs' response to Cook's motion is due on or before May 30, 2025; and,

The Cook Defendants' reply is due on or before June 10, 2025.

All of which is ORDERED this _____ day of May, 2025.

_____
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.