```
 1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF INDIANA
 2                        INDIANAPOLIS DIVISION

 3
     IN RE: COOK MEDICAL, INC.,  ) Case No. 1:14-ml-2570-RLY-TAB
 4   IVC FILTERS MARKETING,      ) Evansville, Indiana
     SALES PRACTICES AND         ) February 26, 2024
 5   PRODUCTS LIABILITY          )
     LITIGATION                  ) 11:09 a.m.
 6

 7

 8
                  BEFORE THE HONORABLE RICHARD L. YOUNG
 9
                       TRANSCRIPT OF PROCEEDINGS
10                          STATUS HEARING

11
     APPEARANCES:
12
     For the Plaintiffs:        Ben Martin
13                              Ben Martin Law Group
                                3141 Hood Street
14                              Suite 600
                                Dallas, TX  75219
15
                                Joseph N. Williams
16                              Williams & Piatt, LLC
                                1101 North Delaware Street
17                              Indianapolis, IN  46202

18                              Michael Heaviside
                                Heaviside Reed Zaic
19                              910 17th Street, NW
                                Suite 800
20                              Washington, DC  20006

21

22   For the Defendants:        Andrea Roberts Pierson
                                Jessica Benson Cox
23                              Faegre Drinker Biddle & Reath LLP
                                300 North Meridian Street
24                              Suite 2500
                                Indianapolis, IN  46204
25
```

Exhibit B

1  proposed. It's the first I've heard of this, actually. I
2  think preparing ten cases for trial might be difficult at
3  once. But I'm sure there's some agreement that can be made
4  between you after you meet and confer on all this --
5          MR. MARTIN: That's what I'm --
6          THE COURT: -- to come up with something, but my
7  initial thought is that having ten cases prepared for trial at
8  one time might be a little bit difficult.
9          MR. MARTIN: Thank you, Your Honor.
10         THE COURT: Ms. Pierson?
11         MS. PIERSON: Nothing further, Your Honor.
12         THE COURT: All right. I think everybody knows what
13  we need to do. You're going to meet and confer on some of
14  these items as well.
15         Tell me about -- as much as you can and as much as
16  you don't want to, are individual cases being settled? Are
17  those discussions going on? I'm not talking about your global
18  meetings with Judge Baker, but I'm just -- see, I don't know
19  these numbers. Are some of these cases that have settlement
20  bones to them, are they being settled? Are those negotiations
21  going on? I know Dave Matthews never shows up anymore. Is he
22  no longer part of the leadership team? Has he settled all his
23  cases and gone on to different areas?
24         MR. MARTIN: He has -- I know he's settled -- and I
25  could be corrected, but I think he's settled if not all of his