```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF INDIANA
 2                       INDIANAPOLIS DIVISION
 3
 4  IN RE: COOK MEDICAL, INC.,   ) Cause No.
    IVC FILTERS MARKETING,       ) 1:14-ml-2570-RLY-TAB
 5  SALES PRACTICES AND          ) Indianapolis, Indiana
    PRODUCTS LIABILITY           ) June 6, 2024
 6  LITIGATION                   ) 2:21 p.m.
 7
 8
                 BEFORE THE HONORABLE RICHARD L. YOUNG
 9
                       TRANSCRIPT OF PROCEEDINGS
10                          STATUS HEARING
11
    APPEARANCES:
12
    For the Plaintiffs:       Ben Martin
13                            Ben Martin Law Group
                              3141 Hood Street
14                            Suite 600
                              Dallas, TX  75219
15
                              Joseph N. Williams
16                            Williams & Piatt, LLC
                              1101 North Delaware Street
17                            Indianapolis, IN  46202
18                            Michael Heaviside
                              Heaviside Reed Zaic
19                            910 17th Street, NW
                              Suite 800
20                            Washington, DC  20006
21                            Charles Siegel (Via telephone)
                              The Law Office of Charles W. Siegel
22                            3938 W. 111th Street, Suite 1-C
                              Chicago, IL  60655
23
24
25
```

Exhibit C

1  bellwether trials.

2          We just really don't want to be trying cases in late

3  2025 when our last trial was in 2019.  And we know that trials

4  move the needle.  Thank you, Your Honor.

5          THE COURT:  Well, he had a little COVID issue in

6  between.

7          MS. PIERSON:  Yes.  That's right.  Of course.

8          THE COURT:  That slowed us down a little bit.  And

9  some dismissals as well.  It's not that the Court doesn't want

10 to try these cases.  I'd rather be in the courtroom trying a

11 case than sitting behind my desk and looking at drafts of

12 summary judgment opinions, I can tell you that.

13         And it's frustrating for the Court that the Court

14 gears up, sets aside two or three weeks on its calendars and

15 then on the eve of trial, the case disappears.  It's not fair

16 to the Court, and it's not fair to the parties.  It's not fair

17 to other folks who would like to get in on my calendar as

18 well.

19         So I would like to try a case -- bellwether case

20 either later this year or early 2025, and it's up to you folks

21 to make a proposal to me as to how we do that.  Submit me a

22 proposed order that you're talking about.  I'll take a look at

23 it, talk with the steering committee, see how much you can

24 agree to, and then if you can't agree, then I'll make the rest

25 of the decision.  But -- I'm tired of saying this -- we've got

1 to move on this.  I'm sure that all the plaintiffs in the MDL
2 are a little frustrated about the length of how long this
3 matter has lasted.  I know if my mother was one of the
4 plaintiffs, she would be calling me every couple months.
5 Well, it -- we filed this case six, seven years ago, and it's
6 still not resolved.  That would be frustrating.  And I know
7 Cook would like to have the matter resolved as well, too, so
8 we can all move on.  But it's complex litigation and a lot of
9 cases to deal with.  We were able to move several cases out in
10 the last several weeks.  Some progress there.  So talk amongst
11 yourselves and what you can agree to, you can agree to.  What
12 you can't, you can't.  Let me know what you can't agree to.
13 Submit me a proposal order and we'll go from there.
14          MS. PIERSON:  We'll do that, Your Honor.  I just want
15 to -- in the interest of keeping us on track, it always helps
16 us to have a deadline from the Court.  So if the parties were
17 to confer on a bellwether plan and report back to you in ten
18 days, would that be sufficient or do you have a particular
19 deadline in mind?
20          MR. HEAVISIDE:  I hate to expose too much personal
21 information, but I'm having some surgery next Friday, which,
22 you know, could be four or five days.  I don't know.  So ten
23 days -- we need more than ten days.
24          THE COURT:  Okay.
25          MS. PIERSON:  Whatever works for Mr. Heaviside with