UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Setting Briefing Schedule

Come now the Plaintiffs' Steering Committee and the Cook Defendants, jointly, and request the Court enter an agreed briefing schedule related to the Cook Defendants' motion for an additional screening order related to the amount in controversy (Dkt. No. 26849). After being duly advised in the premises, the Court hereby grants the Motion. (Dkt. No. 26890.)

IT IS THEREFORE ORDERED that Plaintiffs' response to Cook's motion is due on or before May 30, 2025; and, The Cook Defendants' reply is due on or before June 10, 2025.

Date: 5/23/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.