UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

**COOK DEFENDANTS' NOTICE OF WITHDRAWAL FOR DUPLICATIVE FILING**

On May 22, 2025, the Cook Defendants filed their Motion to Adopt Second Tulip Bellwether Plan (Proposed Case Management Order No. 34). Due to a technical issue, the motion was filed twice at docket entry nos. 26891 & 26892. The Cook Defendants hereby withdraw the second, duplicative filing. For clarification, the Cook Defendants intend to proceed with this motion and the first-filed docket entry no. 26891 remains pending.

For the foregoing reasons, the Cook Defendants respectfully withdraw the duplicative filing at docket entry no. 26892.

Dated: May 28, 2025

Respectfully submitted,

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

Bruce Jones
FAEGRE DRINKER, BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000

1

Bruce.Jones@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe ApS*

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*

2

DMS_US.371301688.2