UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-00349; 1:17-cv-01508; 1:19-cv-01777; 1:19-cv-01949; 1:19-cv-04074; 1:20-cv-01730; 1:20-cv-06175; 1:24-cv-00187; 1:24-cv-02166; 1:25-cv-00023

### NOTICE OF JUNE 12, 2025, MOTIONS HEARING

PLEASE TAKE NOTICE that the motions attached in Exhibit A will be heard at the June 12, 2025, motions hearing. Pursuant to Amended Case Management Order 18 entered on March 24, 2020, Order (Dkt. 13121, ¶ 8.), the parties shall designate no more than two attorneys per side to present oral argument on each motion.

Dated: May 28, 2025

                                                  Respectfully Submitted,

                                                  */s/ Andrea Roberts Pierson*
                                                  Andrea Roberts Pierson
                                                  Jessica Benson Cox
                                                  FAEGRE DRINKER BIDDLE & REATH LLP
                                                  300 North Meridian Street, Suite 2500
                                                  Indianapolis, Indiana 46204
                                                  Telephone: (317) 237-0300
                                                  Andrea.Pierson@FaegreDrinker.com
                                                  Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

DMS_US.371288306.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*