UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

1:17-cv-00349; 1:17-cv-01508; 1:19-cv-01777; 1:19-cv-01949; 1:19-cv-04074; 1:20-cv-01730; 1:20-cv-06175; 1:24-cv-00187; 1:24-cv-02166; 1:25-cv-00023

### EXHIBIT A TO
### NOTICE OF MAY 12, 2025, MOTIONS HEARING

1. Cooks Defendants' Notice of Noncompliance: Second Amended Case Categorization Forms (CMO-33)

    - Notice: (Dkt. 26668)
    - Proposed Order (Dkt. 26841)
    - Amended Proposed Order (Dkt. 26846)

2. Cooks Defendants' Motion for Judgement on the Pleadings in No Injury Cases

    - Motion: (Dkt. 26840)
    - Response: (Due: 5/17/25 - None filed)