## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to Plaintiff: <u>Jill L. Eckman and Mark Eckman</u> | |
| Civil Case No: <u>1:17-CV-03613-RLY-TAB</u> | |

### MOTION TO SUBSTITUTE PARTY

COMES NOW, Counsel for Plaintiffs and moves the Court for an order substituting Mark Eckman in place of Jill L. Eckman, deceased, pursuant to Fed.R.Civ.P 25(a):

1. Plaintiffs Jill L. Eckman and Mark Eckman originally filed a product liability lawsuit against Defendants on October 10, 2017 with under USDC, Southern District of Indiana, Indianapolis Division, under Case No. 1:14-ml-2570-RLY-TAB, and was assigned Civil Case No. 1:17-CV-03613.

2. On April 15, 2025, Plaintiffs' counsel filed and served a Notice of Suggestion of Death pursuant to Fed.R.Civ.P.25(a)(1), with the Southern District of Indiana, Indianapolis Division, under Case No. 1:14-ml-2570-RLY-TAB, relating to Civil Case 1:17-CV-03613 [Dkt No 26683].

4. Jill L. Eckman's lawsuit against Defendants survived her death and is not concluded.

5. Decedent's husband, Mark Evans, is a proper party to substitute for Plaintiff-decedent.

6. Mark Evans was appointed Administrator of the Estate of Jill L. Eckman pursuant to the Letter of Authority dated May 20, 2025 from the Warren County Probate Court, Ex A attached hereto.

WHEREFORE, Plaintiff respectfully requests that this Court grant substitution of Plaintiff in this action and direct the Clerk to reflect this substitution in the file and Court's ECF system.

Date: May 30, 2025

>Respectfully Submitted,
>O'CONNOR, ACCIANI & LEVY LPA
>*/s/ Barry D. Levy*
>Barry D. Levy – OH 0018986
>*Attorney for Plaintiff*
>600 Vine Street, Suite 1600
>Cincinnati, Ohio 45202
>Telephone: 513-241-7111
>Facsimile:  513-241-7197
>Email: bdl@oal-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically and notice of service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECM participants registered to receive service in this matter this 8th day of May 30, 2025 Parties may access this filing through the Court's system.

>*/s/ Barry D. Levy*
>Barry D. Levy – (OH 0018986)
>*Attorney for Plaintiff*