# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to Plaintiff: Jill L. Eckman and Mark Eckman | |
| Civil Case No: 1:17-CV-03613-RLY-TAB | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

IT IS SO ORDERED that Plaintiffs' Motion for Substitution of Proper Party is GRANTEED, and Mark Eckman, on behalf of Jill L. Eckman, is substituted as Plaintiff in the above referenced action.

Date:_____

_____
HONORABLE JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via ECF.