UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL DOCKET NO. 2570<br><br>JUDGE RICHARD L. YOUNG<br>Magistrate Judge Tim A. Baker |
| This document relates to:<br>CHERYL BOOTH | : : | Civil Action No.: 1:19-cv-4074 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher R. LoPalo of Napoli Shkolnik, PLLC, hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned action and requests that his name be added to the master docket and service list, and that copies of all papers in this matter be served upon him.

Dated: June 4, 2025.                    Respectfully submitted,

                                         /s/ *Christopher R. LoPalo*
                                         Christopher R. LoPalo
                                         Bar#: USDC-NY CL6466
                                         NAPOLI SHKOLNIK, PLLC
                                         1302 Ponce de León Ave.
                                         Santurce, PR 00907
                                         Telephone: (787) 493-5088
                                         Facsimile: (646) 843-7603
                                         clopalo@nsprlaw.com
                                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Christopher R. LoPalo, hereby certify that on this 2nd day of June 2025, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served upon all counsel of record via the CM/ECF system.

                                            /s/ *Christopher R. LoPalo*
                                            Christopher R. LoPalo