IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Second Amended Exhibit A

**[SECOND AMENDED PROPOSED] ORDER ON NOTICE OF NONCOMPLIANCE: SECOND AMENDED CASE CATEGORIZATION FORMS (CMO-33)**

On April 14, 2025, Cook filed a Notice of Noncompliance listing Plaintiffs who have not submitted Second Amended Case Categorization Forms. *See* Dkt. 26668; *see also* Sixth Amended Case Management Order No. 4 ("CMO-4"), Dkt. 25716 at ¶ 2; Amended Case Management Order No. 33 ("CMO-33"), Dkt. 25717. The deadline for these Plaintiffs to submit Second Amended Case Categorization Forms expired no later than November 12, 2024. Dkts. 25717 & 25896. Pursuant to the process outlined in CMO-4, Cook provided written notice of noncompliance to Plaintiffs' Lead Counsel and counsel for the Plaintiffs at issue prior to filing their Notice of Non-Compliance. *See* Dkt. 25716 at ¶ 4.

Plaintiffs listed in **Second Amended Exhibit A** have failed to submit Second Amended Case Categorization Forms since the filing of the Notice of Noncompliance on April 14, 2025. The cases identified in **Second Amended Exhibit A** are therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with the Court's order. Plaintiffs listed in **Second Amended Exhibit B**, however,

1

have cured their deficiencies. The Notice of Non-Compliance is therefore **MOOT** as to those Plaintiffs listed in **Second Amended Exhibit B**.

All parties shall bear their own fees and costs.

**SO ORDERED** this _____ day of _____ 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.