UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## ORDER ON SELECTED MATTERS

The following motions are **DENIED AS MOOT**:

- The Cook Defendants' Motion for Entry of Case Management Order Addressing Refiling and Dismissals Without Prejudice (Filing No. 14349);

- Plaintiffs' Steering Committee's Motion for Relief from CMO-30, or in the Alternative, Motion to Amend CMO-30 (Filing No. 22064); and

- The Cook Defendants' Motion for Order to Show Cause – Johnson Law Group (Filing No. 22717).

**SO ORDERED** this 5th day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1