UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Wisdom, Tina – 1:17-cv-00349

## STIPULATION OF DISMISSAL

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(A)(1)(b), that Plaintiff's claims against all Defendants shall be dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: June 10, 2025

| | |
|---|---|
| */s/ Stephen B. Murray, Jr.* <br>Stephen B. Murray, Jr.<br>Murray Law Firm<br>701 Poydras Street, Suite 4250<br>New Orleans, Louisiana 70130<br>Telephone: (504) 593-6996<br>Facsimile: (504) 584-5249<br>Email: smurrayjr@murray-lawfirm.com | */s/ Andrea R. Pierson* <br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 10, 2025, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered parties.

*/s/ Andrea Roberts Pierson*
