> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 6/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Wisdom, Tina – 1:17-cv-00349

## STIPULATION OF DISMISSAL

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(A)(1)(b), that Plaintiff's claims against all Defendants shall be dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: June 10, 2025

| | |
|---|---|
| /s/ Stephen B. Murray, Jr. | /s/ Andrea R. Pierson |
| Stephen B. Murray, Jr. | Andrea Roberts Pierson |
| Murray Law Firm | Faegre Drinker Biddle & Reath LLP |
| 701 Poydras Street, Suite 4250 | 300 North Meridian Street, Suite 2500 |
| New Orleans, Louisiana 70130 | Indianapolis, Indiana 46204 |
| Telephone: (504) 593-6996 | Telephone: (317) 237-0300 |
| Facsimile: (504) 584-5249 | Facsimile: (317) 237-1000 |
| Email: smurrayjr@murray-lawfirm.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |