UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

   I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

   Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
   Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
   William Cook Europe ApS

| | |
|---|---|
| Dated: June 12, 2025 | Respectfully submitted,<br><br>FAEGRE DRINKER BIDDLE & REATH LLP<br><br>*/s/ Blake T. Lehr*<br>Blake T. Lehr, #36398-02<br>Andrea Roberts Pierson (#18435-49)<br>Kip S. M. McDonald (#29370-49)<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone (317) 237-0300<br>Facsimile (317) 237-1000<br>blake.lehr@faegredrinker.com<br>andrea.pierson@faegredrinker.com<br>kip.mcdonald@faegredrinker.com<br><br>*Attorneys for Defendants* |

*Cook Medical, LLC, f/k/a Cook Medical Inc., Cook Incorporated, Cook Group Incorporated, and William Cook Europe Aps*

### CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Blake T. Lehr*