# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

**ORDER ON JUNE 11, 2025, SETTLEMENT CONFERENCE**

Plaintiffs appeared by counsel and Defendants appeared in person and by counsel June 11, 2025, for a settlement conference. Settlement discussions were held. Counsel shall continue their discussions and notify the magistrate judge regarding the status of settlement by June 25, 2025.

Date: 6/12/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system