UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ This Document Relates to: All Actions _____ | ) ) ) ) ) ) ) ) ) ) 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**ENTRY FOR JUNE 12, 2025**

**RICHARD L. YOUNG, JUDGE**

The parties appeared for a status conference. Plaintiffs' Leadership Committee appeared by Ben Martin, Joe Williams, and Charles Siegel; the Cook Defendants appeared by Andrea Pierson, Jessica Benson Cox, Bruce Jones, Stephen Bennett, and Brent Lehr. The court heard argument on the Cook Defendants' Motion for Summary Judgment on Failure-to-Warn Claims Governed by Illinois Law (Filing No. 26476); Cook's Motion for Screening Order Concerning Amount in Controversy (Filing No. 26849); and Cook's Motion to Adopt Second Bellwether Plan (Filing No. 26891). The court took those matters **UNDER ADVISEMENT**.

**SO ORDERED** this 16th day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1