UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
All Category 7 Actions

### ORDER ON PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR SUGGESTION OF REMAND OF CATEGORY 7 CASES

Plaintiffs' Steering Committee moves the court to enter a suggestion of remand for all Category 7 "symptomatic injury" cases to the Judicial Panel on Mutidistrict Litigation in the hope that these cases will be remanded to their designated originating federal district courts. The court, having reviewed the supporting and opposing briefs, and being duly advised, now **DENIES** the motion (Filing No. 23580) **without prejudice**.

**SO ORDERED** this 16th day of June 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1