UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Judy M. James

Civil Case # 1:18-cv-03410-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Judy M. James and files this motion to substitute her surviving daughter, Patricia James, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Judy M. James filed the present action in the United States District Court for the Southern District of Indiana on November 6, 2018.

2. Plaintiff Judy M. James died on or about June 8, 2021.

3. On March 26, 2025, Plaintiff filed a notice of suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26576. Plaintiff's counsel recently learned of the death of Judy M. James after contacting her daughter.

4. Patricia James, surviving daughter of Judy M. James, is the proper party plaintiff to substitute for Plaintiff-decedent Judy M. James and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the

proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Patricia James, as Personal Representative of the Estate of Judy M. James, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Patricia James, as Personal Representative of the Estate of Judy M. James, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Judy M. James is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Patricia James, as Personal Representative of the Estate of Judy M. James, Deceased, as Party Plaintiff for Judy M. James; (2) the Court grant leave to file the attached First Amended Short Form Complaint (Case 1:18-cv-03410-RLY-TAB); and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: June 24, 2025.

Respectfully Submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin