# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., <br> IVC FILTERS MARKETING, SALES <br> PRACTICES AND PRODUCTS <br> LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br> MDL No. 2570 |

This Document Relates to:

All Plaintiffs in Exhibit A

## NOTICE OF NON-COMPLIANCE REGARDING
## AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)

PLEASE TAKE NOTICE that the Plaintiffs identified in **Exhibit A** have failed to submit Amount-in-Controversy Certification Forms. Each of these Plaintiffs has categorized his or her only injury or injuries in Category 6 (Non-Symptomatic Injury), Category 7(e) (Symptomatic Penetration or Perforation), or both Category 6 and Category 7(e) (the "Subject Categories").[1] Accordingly, pursuant to Sixth Amended Case Management Order No. 4 ("CMO-4"), *see* Dkt. 25716 at ¶ 3, and Amended Case Management Order No. 32 ("CMO-32"), *see generally* Dkt. 25741, each of these Plaintiffs must submit Amount-in-Controversy Certification Forms.

The deadline for each of these Plaintiffs to submit Amount-in-Controversy Certification Forms has expired. The Plaintiffs identified in **Exhibit A** filed their cases prior to CMO-32's adoption. The Court-mandated deadline for these Plaintiffs therefore expired no later than November 12, 2024. *See* Dkt. 25896 at ¶¶ 1-2. The Plaintiffs identified in **Exhibit A** were not included in earlier Notices, however, because the law firms representing them sought and obtained

---

[1] Per CMO-32, injuries categorized in Category 1 or Category 2 are ignored in determining whether the Plaintiff must submit an Amount in Controversy Certification Form. *See* CMO-32, Dkt. 25741 at ¶ 1 n.1.

extensions from Cook to submit Amount-in-Controversy Certification Forms. Any such extensions have long since run.

The Plaintiffs listed in **Exhibit A** have failed to certify that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, as is required for the Court to exercise subject-matter jurisdiction. *See* 28 U.S.C. § 1332(a). These cases are therefore subject to immediate dismissal without prejudice pursuant to Rule 41. *See* CMO-4, Dkt. 25716 at ¶ 4; CMO-32, Dkt. 25741 at ¶ 3.

Dated: July 17, 2025

Respectfully submitted,

/s/  Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:	(317) 237-0300
Facsimile:	(317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:	(260) 424-8000
Facsimile:	(260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I certify that on July 17, 2025, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox
