Exhibit A

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Boddorf, Robert Paul | 1:14-cv-01974 | BRENES LAW GROUP | | |
| Eslick, Karen and Roy | 1:14-cv-06011 | BEN MARTIN LAW GROUP | | |
| Enright, Theodore R. | 1:15-cv-00248 | LOPEZ MCHUGH LLP | | |
| McDaniel, Alice and John William | 1:15-cv-00611 | REGAN ZAMBRI & LONG, PLLC | | |
| Galloway, Kristi | 1:15-cv-02014 | FARRIS, RILEY & PITT, LLP | FARRIS, RILEY, & PITT, LLP | |
| Penn, Jennifer | 1:16-cv-01041 | TORHOERMAN LAW, LLC | | |
| Eberz, Ronald M. Jr. | 1:16-cv-01533 | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | BEN MARTIN LAW GROUP | |
| Davidson, Toney | 1:16-cv-02265 | THE GOSS LAW FIRM, P.C. | | |
| Young, Karen A. | 1:16-cv-02305 | THE DUDLEY LAW FIRM | | |
| Ellingsen, Christopher | 1:16-cv-02308 | BEN MARTIN LAW GROUP | | |
| Connelly, Thomas | 1:16-cv-02507 | THE GOETZ LAW FIRM, INC. | BEN MARTIN LAW GROUP | |
| Bedell, Beth | 1:16-cv-02691 | GRUBER & GRUBER | CURTIS LAW GROUP | LAW OFFICES OF HOWARD A. SNYDER |
| Taylor, Myron | 1:16-cv-02772 | THE GOSS LAW FIRM, P.C. | THE GOSS LAW FIRM, P.C. | WENDT LAW FIRM |
| Vinnik, Charles Alan | 1:16-cv-03273 | BEN MARTIN LAW GROUP | | |
| Anderson, Jeff & Carla | 1:16-cv-03475 | DEGARIS WRIGHT MCCALL | Wright McCall, LLC | |
| Whitman, Arthur L. | 1:17-cv-00705 | DEGARIS WRIGHT MCCALL | DEGARIS LAW GROUP, LLC | Wright McCall, LLC |
| Bennish, Joyce | 1:17-cv-00740 | GOLDENBERG LAW, PLLC | | |
| Preslar, Steven & Golda Jean (ESTATE OF) | 1:17-cv-00743 | GOLDENBERG LAW, PLLC | | |
| Delgado, Jamie & Frankie | 1:17-cv-00745 | GOLDENBERG LAW, PLLC | | |
| Harmon, Jimmie Jr. & Tina | 1:17-cv-00917 | MCSWEENEY LANGEVIN LLC | | |
| Haag, Kathryn | 1:17-cv-01107 | BEN MARTIN LAW GROUP | | |
| Belstner, Daniel | 1:17-cv-01279 | GOLDENBERG LAW, PLLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Peterson, Knanila | 1:17-cv-01281 | GOLDENBERG LAW, PLLC | | |
| Souder, Henry F. & Martha Ann | 1:17-cv-01432 | GOLDENBERG LAW, PLLC | | |
| Toulomelis, Robin | 1:17-cv-01543 | GOLDENBERG LAW, PLLC | | |
| Rodriguez, Sheila | 1:17-cv-01613 | HOTZE RUNKLE, PLLC | | |
| Burcker, Richard | 1:17-cv-01626 | CURTIS LAW GROUP | | |
| Johnson, Wesley | 1:17-cv-01727 | THE GOSS LAW FIRM, P.C. | | |
| Huff, Sarah and Howard | 1:17-cv-02234 | CORY WATSON, P.C. | | |
| Brouse, Thomas R. Jr. | 1:17-cv-02463 | BEN MARTIN LAW GROUP | | |
| Hamlett, Danielle | 1:17-cv-02683 | MCSWEENEY LANGEVIN LLC | | |
| Ganino, Michael Jr. & Patricia | 1:17-cv-02765 | SWMW LAW, LLC | BEN MARTIN LAW GROUP | |
| Knight, Lillie and John | 1:17-cv-02883 | HOTZE RUNKLE, PLLC | | |
| McDuffy, Carol | 1:17-cv-02919 | BEN MARTIN LAW GROUP | | |
| Pearce, Barry Catherine McLean | 1:17-cv-02974 | THE GOSS LAW FIRM, P.C. | | |
| Palumbo, Noreen A. | 1:17-cv-03023 | BERTRAM & GRAF, L.L.C. | | |
| Courtney, Tangee | 1:17-cv-03200 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Magliulo, Elizabeth T. | 1:17-cv-03360 | HOTZE RUNKLE, PLLC | | |
| Chan, Wayne | 1:17-cv-03537 | RICHARD J. PLEZIA & ASSOCIATES | | |
| Beamon, Cassandra | 1:17-cv-03656 | BEN MARTIN LAW GROUP | | |
| Mathis, Bonnie | 1:17-cv-03755 | SWMW LAW, LLC | BEN MARTIN LAW GROUP | |
| Russell, Leslie and Mary | 1:17-cv-03786 | THE GOETZ LAW FIRM, INC. | BEN MARTIN LAW GROUP | |
| Vaughan, Larry John Jr. | 1:17-cv-04340 | MORRIS//ANDERSON | BEN MARTIN LAW GROUP | |
| Schreckengost, George | 1:17-cv-04613 | HOTZE RUNKLE, PLLC | | |
| Dobbins, Violet and Ronald | 1:17-cv-04645 | LOPEZ MCHUGH LLP | | |
| Cole, Jeanne | 1:17-cv-04732 | BEN MARTIN LAW GROUP | | |
| Bailey, Francis | 1:18-cv-00181 | THE MOODY LAW FIRM, INC. | | |

2

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Bowen, Margaret* | 1:18-cv-00483 | THE MOODY LAW FIRM, INC. | | |
| Haas, Frederick J. | 1:18-cv-00816 | BEN MARTIN LAW GROUP | | |
| Pinson, Timothy | 1:18-cv-00822 | BEN MARTIN LAW GROUP | | |
| Cobb, Patrice | 1:18-cv-00875 | GOLDENBERG LAW, PLLC | | |
| Morrison, Michael | 1:18-cv-01182 | ANDRUS WAGSTAFF, PC | | |
| Manno, Laurel and Michael | 1:18-cv-01248 | FERRER POIROT & WANSBROUGH | | |
| Landry, Steven | 1:18-cv-01383 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| Owens, Autumn | 1:18-cv-01458 | BEN MARTIN LAW GROUP | | |
| Bailey, Patrick | 1:18-cv-01728 | MCSWEENEY LANGEVIN LLC | | |
| Bible, Carol | 1:18-cv-01732 | MCSWEENEY LANGEVIN LLC | | |
| Lopez, Travis | 1:18-cv-01748 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Job, Steven | 1:18-cv-01753 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Solomon, Gina | 1:18-cv-01811 | MCSWEENEY LANGEVIN LLC | | |
| Bishop, Kathleen | 1:18-cv-01901 | THE MOODY LAW FIRM, INC. | | |
| Swaite, Robin* | 1:18-cv-01905 | THE MOODY LAW FIRM, INC. | | |
| Mitchell, Linda | 1:18-cv-01947 | MCSWEENEY LANGEVIN LLC | | |
| Johnson, Fred | 1:18-cv-01963 | CURTIS LAW GROUP | | |
| Umbaugh, Paul M. III | 1:18-cv-02178 | BEN MARTIN LAW GROUP | | |
| Hawkins, Tommy | 1:18-cv-02236 | MARC J. BERN & PARTNERS, LLP | MARC J. BERN & PARTNERS, LLP | |
| Flamestar, Tabitha | 1:18-cv-02369 | FERRER POIROT & WANSBROUGH | | |
| Greer, Carrie | 1:18-cv-02488 | FERRER POIROT & WANSBROUGH | | |
| Follrod, John | 1:18-cv-02952 | MCSWEENEY LANGEVIN LLC | MCSWEENEY LANGEVIN LLC | |
| Kopf, Jeffrey | 1:18-cv-02954 | THE MOODY LAW FIRM, INC. | | |
| Hidalgo, Mariel* | 1:18-cv-02994 | THE MOODY LAW FIRM, INC. | | |
| Edmonds, Walesha | 1:18-cv-03081 | THE MOODY LAW FIRM, INC. | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Eitmann, Beverly | 1:18-cv-03345 | MARC J. BERN & PARTNERS, LLP | MARC J. BERN & PARTNERS, LLP | |
| James, Judy M. | 1:18-cv-03410 | WATERS & KRAUS, LLP | BEN MARTIN LAW GROUP | |
| Stablein, James T. Jr. (ESTATE OF) | 1:18-cv-03467 | GOLDENBERG LAW, PLLC | | |
| Cain, Holly and Edward | 1:18-cv-03480 | LOPEZ MCHUGH LLP | | |
| Gharib, Rawia | 1:18-cv-03501 | BEN MARTIN LAW GROUP | | |
| Farnham, Diana | 1:18-cv-03503 | BEN MARTIN LAW GROUP | | |
| Sorenson, Ilene and Scott | 1:18-cv-03562 | THE MOODY LAW FIRM, INC. | | |
| Southern, George Jr. and Edith* | 1:18-cv-03575 | THE MOODY LAW FIRM, INC. | | |
| Willis, Floyd and Denise* | 1:18-cv-03732 | THE MOODY LAW FIRM, INC. | | |
| Splitt, Corinne and Larry | 1:18-cv-03741 | THE MOODY LAW FIRM, INC. | | |
| Ross, Kathleen | 1:18-cv-03797 | MCDONALD WORLEY, PC | | |
| Cabral, Janet & Kenneth* | 1:18-cv-03873 | THE MOODY LAW FIRM, INC. | | |
| Jackson-Harris, Jamice | 1:18-cv-03897 | THE MOODY LAW FIRM, INC. | | |
| Freytag, Catherine | 1:18-cv-04025 | MCDONALD WORLEY, PC | | |
| Thompson, Margaret | 1:19-cv-00127 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Edwards, Billie and Nancy | 1:19-cv-00186 | FERRER POIROT & WANSBROUGH | | |
| Cook, Debra Ann | 1:19-cv-00210 | TAUTFEST BOND, PLLC | | |
| Butler, Ethel* | 1:19-cv-00552 | MARC J. BERN & PARTNERS, LLP | MARC J. BERN & PARTNERS, LLP | |
| Levin, Barbara | 1:19-cv-00556 | THE MOODY LAW FIRM, INC. | | |
| Ezzell, Regina* | 1:19-cv-00568 | TAUTFEST BOND, PLLC | | |
| Walker, Gary Jr. | 1:19-cv-00768 | GOLDENBERG LAW, PLLC | | |
| Marino, Michelle | 1:19-cv-00862 | MCSWEENEY LANGEVIN LLC | | |
| Serrette, Michel and Jones, Del | 1:19-cv-01275 | THE MOODY LAW FIRM, INC. | | |
| Goss, Milton | 1:19-cv-01382 | MCDONALD WORLEY, PC | | |
| Throw, James | 1:19-cv-01397 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| DeGroot, Donna | 1:19-cv-01452 | TAUTFEST BOND, PLLC | | |
| Saviri, Gary | 1:19-cv-01455 | WILSHIRE LAW FIRM PLC | | |
| Johnston, Norman | 1:19-cv-01459 | COWPER LAW LLP | | |
| Grimes, Carrie | 1:19-cv-01460 | COWPER LAW LLP | | |
| Cowley, Pamela | 1:19-cv-01493 | MCDONALD WORLEY, PC | | |
| Chatterson, Richard | 1:19-cv-01546 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| Jara, Anthony | 1:19-cv-01560 | BEN MARTIN LAW GROUP | JASON J. JOY & ASSOCIATES | |
| Wicklund, LeRoy | 1:19-cv-01565 | MCDONALD WORLEY, PC | | |
| Maffia, Holly | 1:19-cv-01918 | BEN MARTIN LAW GROUP | | |
| Cowart, Joseph Jr. | 1:19-cv-01919 | MCSWEENEY LANGEVIN LLC | | |
| Sotelo, Christina | 1:19-cv-01989 | BEN MARTIN LAW GROUP | | |
| Washington, Patricia | 1:19-cv-02006 | MCSWEENEY LANGEVIN LLC | | |
| Johnson, Rickie | 1:19-cv-02010 | MCSWEENEY LANGEVIN LLC | | |
| Fakhry, Entessar | 1:19-cv-02012 | MCSWEENEY LANGEVIN LLC | | |
| Henderson, Denzil | 1:19-cv-02018 | MCSWEENEY LANGEVIN LLC | | |
| Storrs, Jan | 1:19-cv-02021 | MCSWEENEY LANGEVIN LLC | | |
| Turner, Paula (x2023) | 1:19-cv-02023 | BEN MARTIN LAW GROUP | | |
| Smithson, Arthur Donald Jr. | 1:19-cv-02070 | BEN MARTIN LAW GROUP | | |
| Johnson, Brian | 1:19-cv-02120 | MCSWEENEY LANGEVIN LLC | | |
| Pannell, Dorothy [ESTATE OF] | 1:19-cv-02158 | MCSWEENEY LANGEVIN LLC | | |
| Therrell, Randall | 1:19-cv-02178 | MCSWEENEY LANGEVIN LLC | | |
| Childers, Robert (ESTATE OF) | 1:19-cv-02271 | THE MOODY LAW FIRM, INC. | | |
| Tilley, Donald | 1:19-cv-02308 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| Hawes, Beth | 1:19-cv-02328 | MCSWEENEY LANGEVIN LLC | | |
| Lees, James | 1:19-cv-02378 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Prosise, Stephen | 1:19-cv-02438 | MCSWEENEY LANGEVIN LLC | | |
| Brown, Eddy | 1:19-cv-02486 | MCSWEENEY LANGEVIN LLC | | |
| Colantonio, Michael | 1:19-cv-02503 | MCSWEENEY LANGEVIN LLC | | |
| Bugbee, Shirley | 1:19-cv-02505 | MCSWEENEY LANGEVIN LLC | | |
| Snyder, Barbara | 1:19-cv-02570 | BEN MARTIN LAW GROUP | | |
| Pierce, Tyrell | 1:19-cv-02587 | BEN MARTIN LAW GROUP | | |
| Goldstock, Brian | 1:19-cv-02697 | MCSWEENEY LANGEVIN LLC | | |
| Henkel, Gail | 1:19-cv-02716 | MCSWEENEY LANGEVIN LLC | | |
| Lecorchick, Donald* | 1:19-cv-02806 | TAUTFEST BOND, PLLC | | |
| Chavers, Amaris | 1:19-cv-02851 | BEN MARTIN LAW GROUP | | |
| Evans, Ronald | 1:19-cv-02900 | THE MOODY LAW FIRM, INC. | | |
| Danielsen, Barbara | 1:19-cv-03081 | REICH & BINSTOCK, LLP | | |
| Sugden, Nevada | 1:19-cv-03151 | MCSWEENEY LANGEVIN LLC | | |
| Schilling, Kathleen | 1:19-cv-03265 | MCSWEENEY LANGEVIN LLC | | |
| Hilling, Loretta | 1:19-cv-03287 | MCSWEENEY LANGEVIN LLC | | |
| Adkison, David | 1:19-cv-03288 | MCSWEENEY LANGEVIN LLC | | |
| Baum, Sandra | 1:19-cv-03293 | MCSWEENEY LANGEVIN LLC | | |
| Reaser, Terry Sr. | 1:19-cv-03296 | MCSWEENEY LANGEVIN LLC | | |
| Sheard, Robert Jr. | 1:19-cv-03373 | LAW OFFICES OF DONALD G. NORRIS | | |
| Harper-Smith, Yolanda | 1:19-cv-03403 | LAW OFFICES OF DONALD G. NORRIS | | |
| Turner, Elvin Shane | 1:19-cv-03408 | LAW OFFICES OF DONALD G. NORRIS | | |
| Foster, Diana Voorhies | 1:19-cv-03410 | LAW OFFICES OF DONALD G. NORRIS | | |
| Wagner, Robert E. | 1:19-cv-03434 | MCSWEENEY LANGEVIN LLC | | |

6

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Homlotis, Dave Jr. | 1:19-cv-03439 | MCSWEENEY LANGEVIN LLC | | |
| Buchanan, Lisa | 1:19-cv-03441 | MCSWEENEY LANGEVIN LLC | | |
| Whisenant, Sheritta | 1:19-cv-03455 | MCSWEENEY LANGEVIN LLC | | |
| Crosier, Kathryn | 1:19-cv-03457 | MCSWEENEY LANGEVIN LLC | | |
| Babik, Christopher | 1:19-cv-03459 | CURTIS LAW GROUP | | |
| Freesmeyer, DeAnn | 1:19-cv-03461 | MCSWEENEY LANGEVIN LLC | | |
| Summitt, Randy | 1:19-cv-03464 | MCSWEENEY LANGEVIN LLC | | |
| Bergmann, Sandra | 1:19-cv-03468 | MCSWEENEY LANGEVIN LLC | | |
| Brown, James Thomas and Joyce (ESTATE OF) | 1:19-cv-03484 | FLINT COOPER, LLC | | |
| Barton, Louis | 1:19-cv-03489 | MCSWEENEY LANGEVIN LLC | | |
| Roberts, Chante | 1:19-cv-03516 | MCSWEENEY LANGEVIN LLC | | |
| Gillette, John | 1:19-cv-03518 | MCSWEENEY LANGEVIN LLC | | |
| Haines, Bobby | 1:19-cv-03557 | MCDONALD WORLEY, PC | | |
| Ernest, Tiffany | 1:19-cv-03611 | MCSWEENEY LANGEVIN LLC | | |
| Noble, Lee | 1:19-cv-03612 | MCSWEENEY LANGEVIN LLC | | |
| Henne, Jackie | 1:19-cv-03646 | MCSWEENEY LANGEVIN LLC | | |
| Carpenter, Virginia | 1:19-cv-03658 | HAMMERS LAW FIRM, LLC. | | |
| Weiss, Joan | 1:19-cv-03667 | MCSWEENEY LANGEVIN LLC | | |
| Morgan, Theresa | 1:19-cv-03669 | MCSWEENEY LANGEVIN LLC | | |
| Bacchus, Jillian | 1:19-cv-03720 | MCSWEENEY LANGEVIN LLC | | |
| Langston, Darnell Alonzo | 1:19-cv-03778 | MCSWEENEY LANGEVIN LLC | | |
| Kelso, Rachelle | 1:19-cv-03859 | MCSWEENEY LANGEVIN LLC | | |
| Williams, Elaine | 1:19-cv-03860 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Mowery, Vikki & Ralph R Sr. | 1:19-cv-03884 | GOLDMAN SCARLATO & PENNY, P.C. | | |
| Buchanan, James | 1:19-cv-03976 | MCSWEENEY LANGEVIN LLC | | |
| Norsworthy, Tammie | 1:19-cv-04026 | GOZA & HONNOLD, LLC | | |
| Harvey, Clovia D. | 1:19-cv-04185 | MARC J. BERN & PARTNERS, LLP | | |
| Robinson, Jainelle | 1:19-cv-04197 | MCSWEENEY LANGEVIN LLC | | |
| Kelly, Mary | 1:19-cv-04205 | MCSWEENEY LANGEVIN LLC | | |
| Jennings, Michelle | 1:19-cv-04225 | MCSWEENEY LANGEVIN LLC | | |
| Robinson, Dede | 1:19-cv-04320 | MCSWEENEY LANGEVIN LLC | | |
| Sowers, Dean | 1:19-cv-04415 | TAUTFEST BOND, PLLC | | |
| Jackson, Glora and Robert | 1:19-cv-04418 | FERRER POIROT & WANSBROUGH | | |
| Cancel, Freddie | 1:19-cv-04425 | MCSWEENEY LANGEVIN LLC | | |
| Sproul, Ashly | 1:19-cv-04452 | BEN MARTIN LAW GROUP | | |
| Short, Alonzo Jr. | 1:19-cv-04505 | MCSWEENEY LANGEVIN LLC | | |
| Oden, Deanna | 1:19-cv-04507 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| McKay, Stuart | 1:19-cv-04708 | MCDONALD WORLEY, PC | | |
| Jackson, Michael | 1:19-cv-04709 | MCDONALD WORLEY, PC | | |
| Bartlett, Dorothy | 1:19-cv-04730 | DEGARIS WRIGHT MCCALL | Wright McCall, LLC | |
| Walker, Patricia | 1:19-cv-04749 | MCSWEENEY LANGEVIN LLC | | |
| Parks, Judy | 1:19-cv-04772 | WATERS & KRAUS LLP | BEN MARTIN LAW GROUP | |
| Segars, Ramona | 1:19-cv-04825 | WATERS & KRAUS LLP | BEN MARTIN LAW GROUP | |
| Bertuca, Elizabeth | 1:19-cv-04831 | MATTHEWS & ASSOCIATES | FREESE & GOSS, PLLC | MCSWEENEY LANGEVIN LLC |
| Teixeira, Andre | 1:19-cv-04848 | MCSWEENEY LANGEVIN LLC | | |
| Longo, Carmen | 1:19-cv-04873 | MCSWEENEY LANGEVIN LLC | | |
| Cody, Judith Mimms | 1:19-cv-04898 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Troupe, James | 1:19-cv-04900 | MCSWEENEY LANGEVIN LLC | | |
| Rimer, Elaina | 1:19-cv-04909 | MCSWEENEY LANGEVIN LLC | | |
| Davis, Dawn Michelle | 1:19-cv-04949 | MCSWEENEY LANGEVIN LLC | | |
| Tritt, Darrell | 1:19-cv-04961 | MCSWEENEY LANGEVIN LLC | | |
| Earehart, Dawn | 1:19-cv-04962 | MCSWEENEY LANGEVIN LLC | | |
| Whiting, Reginald | 1:19-cv-04970 | WAGSTAFF & CARTMELL, LLP | | |
| Levenshown, Demetrius | 1:19-cv-04978 | WAGSTAFF & CARTMELL, LLP | | |
| Mongeon, Michelle Christine | 1:19-cv-04982 | MCSWEENEY LANGEVIN LLC | | |
| Dixon, Shannon | 1:19-cv-05002 | MCSWEENEY LANGEVIN LLC | | |
| McLaughlin, Susan | 1:19-cv-05005 | MCSWEENEY LANGEVIN LLC | | |
| Savage, Shelley | 1:19-cv-05008 | MCSWEENEY LANGEVIN LLC | | |
| Horan, Delores | 1:20-cv-00080 | MCSWEENEY LANGEVIN LLC | | |
| Streck, Robert [ESTATE OF] | 1:20-cv-00081 | MCSWEENEY LANGEVIN LLC | | |
| Page, Carla | 1:20-cv-00151 | MCSWEENEY LANGEVIN LLC | | |
| Deorio, Susan | 1:20-cv-00171 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| Brazzle, Johnny | 1:20-cv-00199 | WAGSTAFF & CARTMELL, LLP | WAGSTAFF & CARTMELL, LLP | |
| Hill, John Jr. | 1:20-cv-00406 | MCSWEENEY LANGEVIN LLC | | |
| Lake, Mark | 1:20-cv-00455 | MCSWEENEY LANGEVIN LLC | | |
| Rosol, Eva | 1:20-cv-00577 | MCSWEENEY LANGEVIN LLC | | |
| Johnson, Darrell | 1:20-cv-00602 | LOPEZ MCHUGH LLP | | |
| Lee, Sjohnn Tyler | 1:20-cv-00614 | MCSWEENEY LANGEVIN LLC | | |
| Arnold, Uneeda | 1:20-cv-00623 | MCSWEENEY LANGEVIN LLC | | |
| Brown, Beverly Ann | 1:20-cv-00647 | MCSWEENEY LANGEVIN LLC | | |
| Williams, Lori Lynn | 1:20-cv-00649 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Ingram, Christopher | 1:20-cv-00659 | MCSWEENEY LANGEVIN LLC | | |
| Dinkins, Terry | 1:20-cv-00710 | MCSWEENEY LANGEVIN LLC | | |
| Pooley, Barbara J. and Steven | 1:20-cv-00780 | SIMON GREENSTONE PANATIER, P.C. | | |
| McKinley, Ryan | 1:20-cv-00788 | MCSWEENEY LANGEVIN LLC | | |
| Eaves, Terry | 1:20-cv-00791 | MCSWEENEY LANGEVIN LLC | | |
| Hunley, Douglas | 1:20-cv-00920 | PERDUE & KIDD | | |
| Clegg, Richard | 1:20-cv-00982 | TAUTFEST BOND, PLLC | | |
| Ramsey, Joetta | 1:20-cv-01006 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Selsor, Frank D. | 1:20-cv-01307 | SIMON GREENSTONE PANATIER, P.C. | | |
| Cashmore, Theresa | 1:20-cv-01348 | MCDONALD WORLEY, PC | | |
| Grube, Robert | 1:20-cv-01377 | MCDONALD WORLEY, PC | | |
| Micolucci, Sandra | 1:20-cv-01383 | MCDONALD WORLEY, PC | | |
| Miller, Michelle (PA) | 1:20-cv-01384 | MCDONALD WORLEY, PC | | |
| Undieme, Thomas | 1:20-cv-01392 | MCDONALD WORLEY, PC | | |
| Carreon, Diana | 1:20-cv-01394 | MCDONALD WORLEY, PC | | |
| Jefferson, Kenneth | 1:20-cv-01414 | TAUTFEST BOND, PLLC | | |
| Graham, Dane | 1:20-cv-01523 | MCDONALD WORLEY, PC | | |
| Reyes, David (REFILE) | 1:20-cv-01761 | BEN MARTIN LAW GROUP | | |
| Valentine, John | 1:20-cv-01853 | MCDONALD WORLEY, PC | | |
| Perez, Linda | 1:20-cv-02560 | BEN MARTIN LAW GROUP | | |
| Nichols, Harold E. | 1:20-cv-02725 | SIMON GREENSTONE PANATIER, P.C. | | |
| DuConge, Christopher | 1:20-cv-03109 | BEN MARTIN LAW GROUP | | |
| Coleman, Bobby Jr. | 1:20-cv-03178 | MCSWEENEY LANGEVIN LLC | | |
| Evans, Laura | 1:20-cv-03194 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Weaver, Harry | 1:20-cv-03315 | WAGSTAFF & CARTMELL, LLP | | |
| Fisher, Elsie Virginia | 1:20-cv-06107 | TAUTFEST BOND, PLLC | | |
| Simon, John | 1:20-cv-06185 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Snyder, Joseph | 1:20-cv-06229 | TAUTFEST BOND, PLLC | | |
| Brown, Matthew A. | 1:20-cv-06247 | BEN MARTIN LAW GROUP | | |
| Bronner, Pam* | 1:20-cv-06263 | TAUTFEST BOND, PLLC | | |
| Thornton, Cynthia | 1:20-cv-06268 | TAUTFEST BOND, PLLC | | |
| Wiley, Crystal | 1:20-cv-06276 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| McQueary, Ellis Lee | 1:20-cv-06290 | BEN MARTIN LAW GROUP | | |
| Yanda, Angela | 1:20-cv-06308 | MCSWEENEY LANGEVIN LLC | | |
| Burkman, John | 1:21-cv-00008 | FERRER POIROT & WANSBROUGH | | |
| Sanchez, Remedios | 1:21-cv-00083 | BEN MARTIN LAW GROUP | | |
| Reyes, David Jr. | 1:21-cv-00092 | BLACKRIDGE LAW GROUP | | |
| Ogden, Craig | 1:21-cv-00174 | MCSWEENEY LANGEVIN LLC | | |
| Safley, Kevin J. and Beverly | 1:21-cv-00239 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | |
| Reyna, Raul & Reyna Ruiz, Delfina | 1:21-cv-00240 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | |
| Mitchell, Nelda | 1:21-cv-00285 | BEN MARTIN LAW GROUP | | |
| Chalmers, Virginia | 1:21-cv-00425 | FERRER POIROT & WANSBROUGH | | |
| Manfredi, Anthony L. | 1:21-cv-00436 | WAGSTAFF & CARTMELL, LLP | | |
| Currier, Larry | 1:21-cv-00464 | BEN MARTIN LAW GROUP | | |
| Rexford, Linda C. | 1:21-cv-00471 | SIMON GREENSTONE PANATIER, P.C. | | |
| Yazzie, Kathy | 1:21-cv-00598 | FERRER POIROT & WANSBROUGH | | |
| Smith, Pearl | 1:21-cv-00638 | TAUTFEST BOND, PLLC | | |
| Martin, Herbert* | 1:21-cv-00708 | TAUTFEST BOND, PLLC | | |

11

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Solis, Refugio | 1:21-cv-00780 | FERRER POIROT & WANSBROUGH | | |
| Boutin, Lois | 1:21-cv-00832 | SIMON GREENSTONE PANATIER, P.C. | | |
| Quigley, Jason (REFILE) | 1:21-cv-00891 | CURTIS LAW GROUP | | |
| Blish, Angela | 1:21-cv-00897 | HAMMERS LAW FIRM, LLC. | | |
| Otto, Mark | 1:21-cv-00977 | MCSWEENEY LANGEVIN LLC | | |
| White, Jonathan | 1:21-cv-01032 | MCDONALD WORLEY, PC | | |
| Neal, Frederick | 1:21-cv-01118 | MCSWEENEY LANGEVIN LLC | | |
| Hoyt, Brandy | 1:21-cv-01196 | BEN MARTIN LAW GROUP | | |
| Torres, Manuel (NY) | 1:21-cv-01244 | FERRER POIROT & WANSBROUGH | | |
| Harriger, Preston | 1:21-cv-01549 | BEN MARTIN LAW GROUP | | |
| Harris, Robert | 1:21-CV-01914 | FERRER POIROT & WANSBROUGH | | |
| Berga, Donald | 1:21-cv-01989 | FERRER POIROT & WANSBROUGH | | |
| Hohenbrink, Mary A. | 1:21-cv-02079 | SIMON GREENSTONE PANATIER, P.C. | | |
| Edmonds, Terrance | 1:21-cv-02209 | FERRER POIROT & WANSBROUGH | | |
| Youngblood, Paula | 1:21-cv-02342 | FERRER POIROT & WANSBROUGH | | |
| Bumper, Jimmy | 1:21-cv-02374 | FERRER POIROT & WANSBROUGH | | |
| Kinchen, Kalvin | 1:21-cv-02375 | FERRER POIROT & WANSBROUGH | | |
| Monarca, Phyllis | 1:21-cv-02409 | FERRER POIROT & WANSBROUGH | | |
| Santos, Jaye | 1:21-cv-02427 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Freehling, Kathleen | 1:21-cv-02429 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Wilson, Wonnetta O. | 1:21-cv-02495 | TAUTFEST BOND, PLLC | | |
| Bray, Dawn | 1:21-cv-02513 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| Babcock, David | 1:21-cv-02577 | MCSWEENEY LANGEVIN LLC | | |
| White, Duane D. | 1:21-cv-02667 | BEN MARTIN LAW GROUP | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Fant, Henry Jr. | 1:21-cv-02704 | OnderLaw | | |
| Turner, Latonya | 1:21-cv-02736 | FERRER POIROT & WANSBROUGH | | |
| Lufkin, Roy | 1:21-cv-02838 | BEN MARTIN LAW GROUP | | |
| Reynolds, Marilyn | 1:21-cv-02870 | FERRER POIROT & WANSBROUGH | | |
| Toner, Lela | 1:21-cv-02963 | THE LAW OFFICE OF A. CRAIG EILAND, P.C. | | |
| Grizzle, Tammy | 1:21-cv-03048 | FERRER POIROT & WANSBROUGH | | |
| Andress, Gary (REFILE) | 1:21-cv-03089 | OnderLaw | | |
| Etheredge, Eric | 1:21-cv-06314 | MCSWEENEY LANGEVIN LLC | | |
| Mahmoud, Wagdy | 1:21-cv-06331 | BLACKRIDGE LAW GROUP | | |
| Strong, Donald | 1:21-cv-06334 | MCSWEENEY LANGEVIN LLC | MCSWEENEY LANGEVIN LLC | |
| Person, Gilbert | 1:21-cv-06348 | MCSWEENEY LANGEVIN LLC | | |
| Leonard, William | 1:21-cv-06349 | MCSWEENEY LANGEVIN LLC | | |
| Dunbar, Stephanie* | 1:21-cv-06357 | TAUTFEST BOND, PLLC | | |
| Neely, Debra | 1:21-cv-06393 | MCSWEENEY LANGEVIN LLC | | |
| Carreau, Norman | 1:21-cv-06394 | MCSWEENEY LANGEVIN LLC | | |
| Quiroz, Steven J. | 1:21-cv-06399 | BEN MARTIN LAW GROUP | | |
| Davis, Loricia | 1:21-cv-06402 | FERRER POIROT & WANSBROUGH | | |
| Junious, Willie (ESTATE OF) | 1:21-cv-06413 | TAUTFEST BOND, PLLC | | |
| Phillips, Sarah | 1:21-cv-06417 | BEN MARTIN LAW GROUP | | |
| Gasaway, Ralph | 1:21-cv-06424 | FERRER POIROT & WANSBROUGH | | |
| Gatewood, Gloria | 1:21-cv-06431 | HAMMERS LAW FIRM, LLC. | | |
| McGuire, Joseph | 1:21-cv-06435 | TAUTFEST BOND, PLLC | | |
| Rex, Douglas J. | 1:21-cv-06436 | BEN MARTIN LAW GROUP | | |
| Madden, Marilyn | 1:21-cv-06437 | BEN MARTIN LAW GROUP | | |
| Kirby, John | 1:21-cv-06440 | FERRER POIROT & WANSBROUGH | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Campbell, Deborah | 1:21-cv-06441 | MCSWEENEY LANGEVIN LLC | | |
| Miliner, Patricia | 1:21-cv-06449 | BEN MARTIN LAW GROUP | | |
| Clark, Edward | 1:21-cv-06456 | LOPEZ MCHUGH LLP | | |
| Warren, Craig | 1:21-cv-06460 | BEN MARTIN LAW GROUP | | |
| Moore, Debbra | 1:21-cv-06474 | MCSWEENEY LANGEVIN LLC | | |
| Felder, Torey M. | 1:21-cv-06476 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Wheeler, James | 1:21-cv-06524 | FERRER POIROT & WANSBROUGH | | |
| Fayal, Michael | 1:21-cv-06526 | FERRER POIROT & WANSBROUGH | | |
| Callaway, Charley | 1:21-cv-06532 | MCSWEENEY LANGEVIN LLC | | |
| Meyers, David L. | 1:21-cv-06533 | BEN MARTIN LAW GROUP | | |
| Watson, Carol | 1:21-cv-06543 | FERRER POIROT & WANSBROUGH | | |
| Grant, Nathaniel | 1:21-cv-06552 | HAMMERS LAW FIRM, LLC. | BEN MARTIN LAW GROUP | |
| Heichel, David | 1:21-cv-06555 | FERRER POIROT & WANSBROUGH | | |
| Fowler, Charles H. | 1:21-cv-06586 | TAUTFEST BOND, PLLC | | |
| Shelley, Roy | 1:21-cv-06630 | THE GOSS LAW FIRM, P.C. | | |
| Shipley, Michael | 1:21-cv-06645 | TAUTFEST BOND, PLLC | | |
| Newson, Yolanda | 1:21-cv-06686 | THE GOSS LAW FIRM, P.C. | | |
| Edwards, Valerie | 1:21-cv-06689 | LOPEZ MCHUGH LLP | | |
| Humenik, Christopher | 1:21-cv-06693 | BEN MARTIN LAW GROUP | | |
| Pyne, Diana | 1:22-cv-00049 | MCSWEENEY LANGEVIN LLC | | |
| Wray, Lincoln | 1:22-cv-00095 | MCSWEENEY LANGEVIN LLC | | |
| Gale, Christian (ESTATE OF) (REFILE) | 1:22-cv-00129 | FERRER POIROT & WANSBROUGH | | |
| Woodring, Lillie | 1:22-cv-00149 | FERRER POIROT & WANSBROUGH | | |
| Holland, Jeffrey Todd | 1:22-cv-00163 | BEN MARTIN LAW GROUP | | |
| Ricco, Jason | 1:22-cv-00216 | HAMMERS LAW FIRM, LLC. | | |

14

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Smith, Joshua | 1:22-cv-00273 | MCDONALD WORLEY, PC | | |
| Griffin, Victoria | 1:22-cv-00277 | MCDONALD WORLEY, PC | | |
| Darnell, Terry | 1:22-cv-00310 | FERRER POIROT & WANSBROUGH | | |
| Oberlin, Nicole | 1:22-cv-00370 | BLANKENSHIP LAW FIRM | | |
| Colvin, Danna | 1:22-cv-00424 | FERRER POIROT & WANSBROUGH | | |
| Price, Eula | 1:22-cv-00456 | TAUTFEST BOND, PLLC | | |
| Kirby, Francis | 1:22-cv-00485 | FERRER POIROT & WANSBROUGH | | |
| Johnson, Ruby | 1:22-cv-00520 | FERRER POIROT & WANSBROUGH | | |
| Coleman, Anthony* | 1:22-cv-00549 | TAUTFEST BOND, PLLC | | |
| Ostojic, Ljuban | 1:22-cv-00738 | OnderLaw | | |
| Johnson, Rose Marie | 1:22-cv-00780 | FERRER POIROT & WANSBROUGH | | |
| Redden, Staci | 1:22-cv-00904 | BEN MARTIN LAW GROUP | | |
| Allen, Randy | 1:22-cv-00905 | BEN MARTIN LAW GROUP | | |
| Feinstein, Bernard T. (ESTATE OF) | 1:22-cv-00920 | THE LAW OFFICE OF A. CRAIG EILAND, P.C. | | |
| Matronic, John (ESTATE OF) | 1:22-cv-01042 | FERRER POIROT & WANSBROUGH | | |
| Wagner, Jason | 1:22-cv-01069 | FERRER POIROT & WANSBROUGH | | |
| Axton, Dale | 1:22-cv-01080 | HAMMERS LAW FIRM, LLC. | | |
| Grifka, Gary | 1:22-cv-01244 | FERRER POIROT & WANSBROUGH | | |
| Whittle, Margaret | 1:22-cv-01275 | FERRER POIROT & WANSBROUGH | | |
| Fisher, Maggie [ESTATE OF] | 1:22-cv-01278 | GOLDENBERG LAURICELLA, PLLC | | |
| Meyers, Emile, Jr. | 1:22-cv-01299 | FERRER POIROT & WANSBROUGH | | |
| Lewis, Andre | 1:22-cv-01300 | FERRER POIROT & WANSBROUGH | | |
| Diaz, Richelle | 1:22-cv-01347 | FERRER POIROT & WANSBROUGH | | |
| Burchfield, Kenneth E. | 1:22-cv-01398 | MCSWEENEY LANGEVIN LLC | | |
| Hickey, Samuel | 1:22-cv-01432 | OnderLaw | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Glasson, Donald (ESTATE OF) | 1:22-cv-01595 | FERRER POIROT & WANSBROUGH | | |
| Villaran, Jesus | 1:22-cv-01749 | FERRER POIROT & WANSBROUGH | | |
| Naber, Jana L. | 1:22-cv-01758 | MCSWEENEY LANGEVIN LLC | | |
| Gavel, Janice | 1:22-cv-01799 | OnderLaw | | |
| Pogue, Jean | 1:22-cv-01846 | FERRER POIROT & WANSBROUGH | | |
| Kenworthy, Michael (ESTATE OF) | 1:22-cv-01919 | FERRER POIROT & WANSBROUGH | | |
| Burkett, Herbert | 1:22-cv-02031 | REICH & BINSTOCK, LLP | | |
| Kerr, Sean | 1:22-cv-02110 | OnderLaw | | |
| Brown, Renetta Y. | 1:22-cv-02137 | MCSWEENEY LANGEVIN LLC | | |
| Erickson, Thomas E. | 1:22-cv-02263 | MCSWEENEY LANGEVIN LLC | | |
| Hood, Charlene (REFILE) | 1:22-cv-06697 | FERRER POIROT & WANSBROUGH | | |
| Couturier, Paula | 1:22-cv-06701 | TAUTFEST BOND, PLLC | | |
| Scruggs, David Lee | 1:22-cv-06711 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Spann, Beverly | 1:22-cv-06712 | FERRER POIROT & WANSBROUGH | | |
| Kohut, Dana | 1:22-cv-06714 | FERRER POIROT & WANSBROUGH | | |
| Olencki, Raymond | 1:22-cv-06722 | FERRER POIROT & WANSBROUGH | | |
| Herron, Bobbie J. | 1:22-cv-06725 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Hampton, Reynauld | 1:22-cv-06743 | FERRER POIROT & WANSBROUGH | | |
| Bache, Scott | 1:22-cv-06778 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Davis, Larry D. | 1:22-cv-06795 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Smith, Kathy J. | 1:22-cv-06809 | MCSWEENEY LANGEVIN LLC | | |
| Parisi, Louis Jr.* | 1:22-cv-06817 | HAMMERS LAW FIRM, LLC. | | |
| Diaz, Iris | 1:22-cv-06856 | BEN MARTIN LAW GROUP | | |
| Bruder, Gladys | 1:22-cv-06867 | THE GOSS LAW FIRM, P.C. | | |
| Anderson, Jason A. | 1:22-cv-06871 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Martin, Cynthia | 1:22-cv-06881 | HAMMERS LAW FIRM, LLC. | | |
| Loper, Tonya | 1:22-cv-06894 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Hall, Raizel | 1:22-cv-06934 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Mootoo, Jessica | 1:22-cv-06935 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Bissell, Debra | 1:22-cv-06944 | BEN MARTIN LAW GROUP | | |
| Wells, Deborah | 1:23-cv-00002 | HAMMERS LAW FIRM, LLC. | | |
| Charter, Amanda* | 1:23-cv-00190 | HAMMERS LAW FIRM, LLC. | | |
| Trimmier, Tasha (REFILE) | 1:23-cv-00247 | NAPOLI SHKOLNIK PLLC | | |
| Dame, Sheila L. | 1:23-cv-00275 | MCSWEENEY LANGEVIN LLC | | |
| Campbell, Pamela | 1:23-cv-00419 | REICH & BINSTOCK, LLP | | |
| Hayes, Crystal E. | 1:23-cv-00713 | MCSWEENEY LANGEVIN LLC | | |
| Hydeck, Shawn (ESTATE OF) | 1:23-cv-00983 | FERRER POIROT & WANSBROUGH | | |
| Melton, Kenneth (REFILE) | 1:23-cv-01152 | FERRER POIROT & WANSBROUGH | | |
| Bucy, Amber B. | 1:23-cv-01178 | MCSWEENEY LANGEVIN LLC | | |
| Mote, Krishna M. | 1:23-cv-01201 | MCSWEENEY LANGEVIN LLC | | |
| Hudson, Bettie | 1:23-cv-01338 | TAUTFEST BOND, PLLC | TAUTFEST BOND, PLLC | |
| Henchen, Charles | 1:23-cv-01351 | OnderLaw | | |
| Bjornson, Michael | 1:23-cv-01847 | MCSWEENEY LANGEVIN LLC | | |
| Serkes, Dean | 1:23-cv-01926 | TAUTFEST BOND, PLLC | | |
| Austin, Richard C.Jr. | 1:23-cv-01953 | MCSWEENEY LANGEVIN LLC | | |
| Harp, William | 1:23-cv-02031 | THE LAW OFFICE OF A. CRAIG EILAND, P.C. | | |
| McNally, John | 1:23-cv-02055 | OnderLaw | | |
| Richardson, Sandra | 1:23-cv-02306 | FERRER POIROT & WANSBROUGH | | |
| Werner, Christopher | 1:23-cv-06981 | TAUTFEST BOND, PLLC | | |
| Demello, Jon | 1:23-cv-06984 | MCSWEENEY LANGEVIN LLC | | |

| Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co Counsel |
|---|---|---|---|---|
| Duda, Lane S. | 1:23-cv-06985 | MCSWEENEY LANGEVIN LLC | | |
| Jackson, Alberta M. | 1:23-cv-06993 | MCSWEENEY LANGEVIN LLC | | |
| Layes, Sandra M. | 1:23-cv-07003 | MCSWEENEY LANGEVIN LLC | | |
| Freeman, Valerie | 1:23-cv-07007 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Garza, Anne Marie | 1:23-cv-07020 | BEN MARTIN LAW GROUP | | |
| Edelen, Carolyn | 1:23-cv-07035 | MCSWEENEY LANGEVIN LLC | | |
| Powell, Traci | 1:23-cv-07056 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Jenkins, Anthony | 1:23-cv-07082 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Keleta, Asegedom | 1:24-cv-00284 | FERRER POIROT & WANSBROUGH | | |
| Robberstad, Patricia | 1:24-cv-00411 | ONDERLAW, LLC | | |
| Velicka, Linda | 1:24-cv-00959 | ONDERLAW, LLC | | |
| Stephens, Lloyd D. | 1:24-cv-01029 | MCSWEENEY LANGEVIN LLC | | |
| Beckley, Clinton | 1:24-cv-01680 | BEN MARTIN LAW GROUP | | |
| Starr, Julie | 1:24-cv-01759 | MCSWEENEY LANGEVIN LLC | | |
| Anthony, Roni | 1:24-cv-01850 | MCSWEENEY LANGEVIN LLC | | |
| Hemak, Debra | 1:24-cv-07102 | BEN MARTIN LAW GROUP | | |
| Norman, Talisha | 1:24-cv-07117 | BEN MARTIN LAW GROUP | BEN MARTIN LAW GROUP | |
| Warner, Robert | 1:24-cv-o1520 | MCSWEENEY LANGEVIN LLC | | |
| Hinton, Quarikas | 1:25-cv-07126 | BEN MARTIN LAW GROUP | | |
| Jaramillo, Esmeralda | 1;22-cv-00292 | MCDONALD WORLEY, PC | | |