# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to:

1:19-cv-03112
1:21-cv-00388
1:24-cv-01718

_____

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

> Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
> Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
> William Cook Europe ApS

Dated: July 24, 2025                          /s/ Kip S. M. McDonald_____
                                              Andrea Roberts Pierson (# 18435-49)
                                              Kip S. M. McDonald (# 29370-49)
                                              FAEGRE DRINKER BIDDLE & REATH LLP
                                              300 North Meridian Street, Suite 2500
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Facsimile: (317) 237-1000
                                              E-Mail: andrea.pierson@faegredrinker.com
                                              E-Mail: kip.mcdonald@faegredrinker.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2025, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

the CM/ECF participants registered to receive service in this MDL.

/s/ Kip S. M. McDonald