# Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
| --- | --- | --- |
| Forrester, Stephen Wayne | 1:17-cv-03254 | MARC J. BERN & PARTNERS, LLP |
| Delgado, Monica | 1:17-cv-03441 | BERTRAM & GRAF, L.L.C. |
| Frey, Steve | 1:17-cv-04197 | BERTRAM & GRAF, L.L.C. |
| Bancroft, Lori | 1:17-cv-04312 | THE MOODY LAW FIRM, INC. |
| Fort, Edwin IV and Marsha | 1:18-cv-00290 | THE MOODY LAW FIRM, INC. |
| Halterman, Mary Lee | 1:18-cv-01829 | HAMMERS LAW FIRM, LLC. |
| Clark, Robert R. | 1:18-cv-02414 | THE MOODY LAW FIRM, INC. |
| Crystal, William | 1:18-cv-02524 | KUHLMAN & LUCAS, LLC |
| Newton, Maria Anna | 1:18-cv-03500 | BEN MARTIN LAW GROUP |
| Griffin, Edwina | 1:18-cv-03541 | HAMMERS LAW FIRM, LLC. |
| Sanders, Walter J. | 1:18-cv-04008 | HAMMERS LAW FIRM, LLC. |
| Wilson, Ronald | 1:19-cv-00887 | BERTRAM & GRAF, L.L.C. |
| Calahan, John D. | 1:19-cv-01250 | BERTRAM & GRAF, L.L.C. |
| Nichols, Kimberly | 1:19-cv-01443 | HAMMERS LAW FIRM, LLC. |
| Jamison, Rebecca | 1:19-cv-01617 | BERTRAM & GRAF, L.L.C. |
| St. Clair, Janie | 1:19-cv-03367 | HAMMERS LAW FIRM, LLC. |
| Brown, James Thomas and Joyce (ESTATE OF) | 1:19-cv-03484 | FLINT COOPER, LLC |
| Washington, Wayne | 1:19-cv-03730 | BERTRAM & GRAF, L.L.C. |
| Bertuca, Elizabeth | 1:19-cv-04831 | MCSWEENEY LANGEVIN LLC |
| Hall, Deborah | 1:20-cv-00491 | MCDONALD WORLEY, PC |
| Schlosser, Alice | 1:20-cv-00700 | TAUTFEST BOND, PLLC |
| Magnan, Mary V. | 1:20-cv-01466 | TAUTFEST BOND, PLLC |
| Stanley, Diane | 1:20-cv-06243 | HAMMERS LAW FIRM, LLC. |
| Branch, John | 1:21-cv-01342 | TAUTFEST BOND, PLLC |
| Wheatley, Kristi R. | 1:21-cv-06432 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC |
| Stanley, Rachel | 1:21-cv-06548 | HAMMERS LAW FIRM, LLC. |
| Howard, Claude | 1:21-cv-06568 | HAMMERS LAW FIRM, LLC. |
| Smith, Stephanie Ann | 1:22-cv-01973 | THE NATIONS LAW FIRM |
| Horne, Brenda | 1:22-cv-06796 | HAMMERS LAW FIRM, LLC. |
| Flowers, Tonya A. | 1:22-cv-06900 | FLINT COOPER, LLC |
| DeWitt, Debra | 1:23-cv-01311 | HAMMERS LAW FIRM, LLC. |
| Tuck, Douglas | 1:23-cv-01569 | HAMMERS LAW FIRM, LLC. |
| Warner, Robert | 1:24-cv-01520 | MCSWEENEY LANGEVIN LLC |
| Starr, Julie | 1:24-cv-01759 | MCSWEENEY LANGEVIN LLC |
| Anthony, Roni | 1:24-cv-01850 | MCSWEENEY LANGEVIN LLC |