# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

All Actions

_____

## ORDER GRANTING THE COOK DEFENDANTS' MOTION FOR NEW SCREENING ORDER CONCERNING AMOUNT IN CONTROVERSY

 The Cook Defendants' move to expand the scope of CMO-32 to all plaintiffs in this MDL except those plaintiffs alleging injury based on filter fracture, open filter retrieval, or death. They also request that the court enter a Seventh Amended Case Management Order No. 4 to impose the requirements of the amended CMO-32. The Cook Defendants' motion (Filing No. 26849) is **GRANTED**. A Second Amended CMO-32 and a Seventh Amended CMO-4 shall issue forthwith.

**SO ORDERED** this 29th day of July 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.