# **EXHIBIT 3**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| [*Plaintiff Name*, Case Number] | |

## AMOUNT IN CONTROVERSY CERTIFICATION FORM

Plaintiff's Name: _____

Plaintiff's Case Number: _____

Plaintiff's Case Categorization: _____

    Plaintiff and the undersigned counsel hereby certify as follows:

    (1) Plaintiff's counsel reviewed Plaintiff's available medical records, billing records, and any expert reports;

    (2) Plaintiff's counsel reviewed Case Management Order No. 32 and the Seventh Circuit Court's opinion in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023); and

    (3) Plaintiff and Plaintiff's counsel discussed this case and the requirement to establish the $75,000 amount-in-controversy.

**Question 1:**

Upon review, Plaintiff has a good-faith basis to assert a claim for damages exceeding $75,000, exclusive of interests and costs: ☐ Yes ☐ No

**Question 2(a):** If Yes:

The medical and other evidence relied on to make this certification has been produced to the Cook Defendants or is being produced with this Certification Form: ☐ Yes ☐ No

**Question 2(b):** If No:

Has Plaintiff submitted contemporaneously with this Certification a signed Stipulation of Dismissal using the form provided below? ☐ Yes ☐ No

 The undersigned Plaintiff[1] declared under the penalty of perjury that the foregoing is true and correct.

 Plaintiff's Name (printed): _____

 Plaintiff's Signature: _____

 The undersigned counsel declares under the penalty of perjury that the foregoing is true and correct.

 Plaintiff's Counsel Name (printed): _____

 Plaintiff's Counsel's Firm: _____

 Plaintiff's Counsel's Signature: _____

 **Please select the** [✒️] **or** [✒️ Fill & Sign] **buttons on the toolbar to add your signature.**

---

[1] For cases where a spouse has asserted a loss of consortium claim, the signature should be provided by the primary Plaintiff who received the Cook filter.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

[Plaintiff Name] – Case No. [Add]

### [FORM] STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff[s] in the above-captioned case[s] acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

[Note: Plaintiffs represented by the same law firm may file a single stipulation.]

Dated: _____ 2024

| | |
|---|---|
| Attorney Name<br>Firm Name<br>Address<br>Address<br>Telephone:<br>Facsimile:<br>Email: | Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana  46204<br>Telephone:  (317) 237-0300<br>Facsimile:   (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com |
| ***Attorney For Plaintiff(s)*** | ***Attorney for Defendants*** |