UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES         Case No. 1:14-ml-2570-RLY-TAB
PRACTICES, AND PRODUCTS              MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Actions

_____

### SECOND AMENDED CASE MANAGEMENT ORDER NO. 32: AMOUNT IN CONTROVERSY CERTIFICATION PROCESS

On review of the Court of Appeals' decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), and in consideration of that decision's potential impact on the jurisdiction of the court in many other cases, the court finds that it has the authority and obligation to implement a procedure to ensure that it has subject-matter jurisdiction in every case included in this MDL.

1. Within **sixty (60) days** of entry of this Order, each plaintiff in this MDL (1) who is **not** alleging injury in **Category 7(c)** (filter fracture), **Category 7(j)** (death), and/or **Category 7(k)** (open-removal and/or open heart surgery) and (2) who has **not** already submitted an Amount-in-Controversy Certification Form pursuant to CMO-32 (Filing Nos. 25600 & 25741) must certify whether the amount in controversy in that plaintiff's action exceeds $75,000, exclusive of interests and costs.

2. Each applicable plaintiff shall provide the certification using the Amount in Controversy Certification Fillable PDF Form attached as **Exhibit A**. Counsel must sign and certify the Fillable PDF Form and save a copy when prompted. Plaintiffs shall serve the completed forms on the Cook Defendants in accordance with the process set forth in Third Amended Case Management Order No. 6.

3. Failure by a plaintiff to timely comply with this Order will result in a presumption that the plaintiff could not make a good-faith showing that the amount-in-controversy requirement has been met. Within thirty (30) days after the passage of the deadline in Paragraph 1 above, the Cook Defendants and the Plaintiffs' Steering Committee shall jointly submit to the court a list of plaintiffs who have not complied with this Order. The court will dismiss such cases for failure to prosecute under Federal Rule 41(b) by separate order.

4. To address this jurisdictional issue in any cases filed in the future and included in this MDL, the court has simultaneously amended Case Management Order No. 4 to require an amount-in-controversy certification in certain newly filed cases. The purpose of that amendment is to establish a common 30-day deadline after filing in, or transfer to, the MDL for plaintiffs in any future cases to submit the Plaintiff Fact Sheet, categorization form and records, and the certification form in support of establishing the amount-in-controversy. Plaintiffs' counsel are instructed to consider fully whether any future filter case meets all requirements of subject-matter jurisdiction before filing that case in federal court. Failure to comply with this requirement may result in an order

imposing reasonable costs and attorneys' fees.

**SO ORDERED** this 29th day of July 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.