# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| **This Document Relates to Plaintiff:** Juanita Heard (deceased) and Chastiny Neal, as Personal Representative of the Estate of Juanita Heard (1:17-cv-04592-RLY-TAB) | |

## MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER K. JOHNSTON

Pursuant to S.D. Ind. Local Rule 83-7, the undersigned respectfully moves the Court for leave to withdraw his appearance as counsel of record for Plaintiffs Juanita Heard (deceased) and Chastiny Neal, as Personal Representative of the Estate of Juanita Heard, in the above-captioned matter. The undersigned also requests that the Clerk of Court fully terminate his appearance in the CM/ECF system and remove his name from the docket. In support of this motion, the undersigned states:

1. I, Christopher Kyle Johnston, admitted pro hac vice, has appeared on behalf of Plaintiffs in this action.

2. Plaintiff Juanita Heard is now deceased. Plaintiff Chastiny Neal, as Personal Representative the Estate of Juanita Heard, was previously substituted as the proper party.

3. I now seek to withdraw as counsel for Plaintiff Chastiny Neal and request that the Court direct the Clerk to terminate my appearance and remove my name from the docket entirely, such that I am no longer shown as counsel for any party in this case.

4. Plaintiff will continue to be represented by: (1) EdRaúl Colón, Valor Law, LLC, 1413 Ave Ponce de León, Suite 400 PMB 5610, San Juan, PR 00907, ed@masstortslaw.com; and (2) Stuart Lee Goldenberg, Goldenberg Lauricella, PLLC, 800 LaSalle Ave, Suite 2150, Minneapolis, MN 55402, slgoldenberg@goldenberglaw.com.

5. Plaintiff has been notified of this withdrawal. Representation by the firm and co-counsel continues without interruption.

6. This withdrawal will not delay proceedings or prejudice any party. Plaintiff remains fully represented by experienced counsel from both Valor Law, LLC and Goldenberg Lauricella, PLLC.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion, permit the withdrawal of his appearance as counsel for Plaintiffs, and direct the Clerk of Court to remove his name from the docket and CM/ECF system for this case.

Respectfully submitted this 29th day of July, 2025.

/s/ Christopher K. Johnston
Christopher K. Johnston (pro hac vice)
California Bar No. 261474
Valor Law, LLC
1413 Ave Ponce de León
Suite 400 PMB 5610
San Juan, Puerto Rico 00907
Phone: 787-417-9040
Fax: 787-417-9042
Email: kyle@masstortslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. A copy of this motion was also served upon Plaintiff Chastiny Neal, as Personal Representative of the Estate of Juanita Heard, via email at chastiny.neal@ymail.com.

                                                */s/ Christopher K. Johnston*
Christopher K. Johnston (pro hac vice)
California Bar No. 261474
Valor Law, LLC
1413 Ave Ponce de León
Suite 400 PMB 5610
San Juan, Puerto Rico 00907
Phone: 787-417-9040
Fax: 787-417-9042
Email: kyle@masstortslaw.com