# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| **This Document Relates to Plaintiff:** Laura Duncan Webb (1:17-cv-04639-RLY-TAB) | |

## MOTION TO WITHDRAW APPEARANCE OF CHRISTOPHER K. JOHNSTON

Pursuant to S.D. Ind. Local Rule 83-7, the undersigned respectfully moves the Court for leave to withdraw his appearance as counsel for Plaintiff Laura Duncan Webb in the above-captioned matter. In support of this motion, the undersigned states:

1. I, Christopher Kyle Johnston, admitted pro hac vice, has appeared on behalf of Plaintiff in this action.

2. The undersigned now seeks to withdraw as counsel for Plaintiff.

3. Plaintiff will continue to be represented by: (1) EdRaúl Colón, Valor Law, LLC, 1413 Ave Ponce de León, Suite 400 PMB 5610, San Juan, PR 00907, ed@masstortslaw.com; and (2) Stuart Lee Goldenberg, Goldenberg Lauricella, PLLC, 800 LaSalle Ave, Suite 2150, Minneapolis, MN 55402, slgoldenberg@goldenberglaw.com.

4. Plaintiff has been notified of this withdrawal. Representation by the firm and co-counsel continues without interruption.

5. This withdrawal will not delay proceedings or prejudice any party. Plaintiff remains fully represented by experienced counsel from both Valor Law, LLC and Goldenberg Lauricella, PLLC.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and permit the withdrawal of his appearance as counsel for Plaintiff.

Respectfully submitted this 29th day of July, 2025.

/s/ Christopher K. Johnston
Christopher K. Johnston (pro hac vice)
California Bar No. 261474
Valor Law, LLC
1413 Ave Ponce de León
Suite 400 PMB 5610
San Juan, Puerto Rico 00907
Phone: 787-417-9040
Fax: 787-417-9042
Email: kyle@masstortslaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL. A copy of this motion was also served upon Plaintiff Laura Duncan Webb via email at lauriem0570@hotmail.com.

*/s/ Christopher K. Johnston*
Christopher K. Johnston (pro hac vice)
California Bar No. 261474
Valor Law, LLC
1413 Ave Ponce de León
Suite 400 PMB 5610
San Juan, Puerto Rico 00907
Phone: 787-417-9040
Fax: 787-417-9042
Email: kyle@masstortslaw.com