# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| **This Document Relates to Plaintiff:**<br><br>Laura Duncan Webb (1:17-cv-04639-RLY-TAB) | |

## ORDER PERMITTING WITHDRAWAL OF ATTORNEY APPEARANCE

This matter comes before the Court on the Motion to Withdraw Appearance filed by Christopher K. Johnston, pro hac vice, seeking leave to withdraw as counsel for Plaintiff Laura Duncan Webb.

The Court, being duly advised, now GRANTS the motion.

IT IS THEREFORE ORDERED that the appearance of Christopher K. Johnston as counsel for Plaintiff is hereby withdrawn.

Plaintiff Laura Duncan Webb shall continue to be represented by EdRaúl Colón, of Valor Law, LLC (formerly Law Office of Christopher K. Johnston, LLC), and Stuart Lee Goldenberg, of Goldenberg Lauricella, PLLC.

SO ORDERED this ___ day of _____, 2025.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana