ACKNOWLEDGED. Case is dismissed with prejudice.

*RICHARD L. YOUNG, JUDGE*
United States District Court
Southern District of Indiana

Date: 7/29/2025

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Michelle Marino - No. 1:19-CV-00862 | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED:

DATED: July 11, 2025            Respectfully submitted,

/s/ Rhett A. McSweeney
Rhett A. McSweeney
**McSweeney Langevin LLC**
2116 Second Avenue South
Telephone: (612) 746-4646
rhett@mclmasstort.com

*Attorney for Plaintiff*

/s/ Andrea R. Pierson
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
*Attorneys for Defendants*