**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Robert Cressman, III

Civil Case # 1:19-cv-02615-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**
**AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Brandi Cressman, surviving daughter of Robert Cressman, III, and files this motion to substitute as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Movant respectfully shows the court the following:

1. Plaintiff Robert Cressman, III filed the present action in the United States District Court for the Southern District of Indiana on June 27, 2019.

2. Plaintiff Robert Cressman, III died on or about December 1, 2021.

3. On May 8, 2025, Plaintiff filed a notice of suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26844. Plaintiff's counsel recently learned of the death of Robert Cressman, III after contacting his daughter.

4. Brandi Cressman, surviving daughter of Robert Cressman, III, is the proper party plaintiff to substitute for Plaintiff-decedent Robert Cressman, III and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Brandi Cressman, as Personal Representative of the Estate of Robert Cressman, III, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Brandi Cressman, as Personal Representative of the Estate of Robert Cressman, III, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Robert Cressman, III is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Brandi Cressman, as Personal Representative of the Estate of Robert Cressman, III, Deceased, as Party Plaintiff for Robert Cressman, III; (2) the Court grant leave to file the attached First Amended Short Form Complaint (Case 1:19-cv-02615-RLY-TAB); and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: August 6, 2025.

        Respectfully Submitted,

        */s/ Ben C. Martin*
        Ben C. Martin, TX Bar No. 13052400
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        bmartin@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin