UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES, AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

All Actions

_____

## ORDER AMENDING PARAGRAPH 3 OF THE
## SECOND AMENDED CASE MANAGEMENT ORDER NO. 32:
## AMOUNT IN CONTROVERSY CERTIFICATION PROCESS

Paragraph 3 of the Second Amended Case Management Order No. 32 provides, in relevant part:

> Within thirty (30) days after the passage of the deadline in Paragraph 1 above, the Cook Defendants and the Plaintiffs' Steering Committee shall jointly submit to the court a list of plaintiffs who have not complied with this Order. The court will dismiss such cases for failure to prosecute under Federal Rule 41(b) by separate order.

(Filing No. 26952). By agreement of the Cook Defendants and the Plaintiffs' Steering Committee, paragraph 3 is hereby **AMENDED** such that *only* the Cook Defendants are required to submit a list of non-compliant cases.

**IT IS SO ORDERED** this 6th day of August 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.