## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES                          MDL No.
PRACTICES AND PRODUCTS LIABILITY          1:14-ml-02570-RLY-TAB
LITIGATION

THIS DOCUMENT RELATES TO:

Vernon James Trout
1:16-CV-2084

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to Local Rule 83-7(b), JOSEPH R. JOHNSON and the law firm of BABBITT &

JOHNSON, P.A., move this Court to allow the forementioned to withdraw as counsel of record

for the Plaintiffs (injured Plaintiff Vernon James Trout and consortium Plaintiff Elizabeth Jean

Trout) and in support thereof would show:

1.  This Motion is filed in good faith, for the reasons set forth herein.

2.  The attorney-client relationship between the Plaintiffs and their counsel has broken down

and counsel and clients are in disagreement as to the manner in which their case should be pursued.

3.  Plaintiffs have been notified, in writing, by counsel of their intention to withdraw as their

attorneys in this action.

4.  Plaintiff's last known address and contact information is as follows:

Vernon James Trout
8020 Zachary Taylor Highway
Unionville, VA 22567
(540) 854-5425

5.  This matter is not set for trial.

6.  BABBITT & JOHNSON, P.A. has sent a copy of this Motion to Withdraw to this Claimants

last known address, thereby informing them of this Motion to Withdraw.  A copy of the Notice of

Motion to Withdraw As Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and BABBITT & JOHNSON, P.A. move this Court for the entry of an Order permitting Joseph R. Johnson and the law firm of BABBITT & JOHNSON, P.A. to withdraw their appearance as counsel of record in this matter (Babbitt & Johnson continues to represent the Plaintiffs and remains an active law firm, although it is in the process of winding down its business. Joseph R. Johnson is now an attorney at Searcy Denney Scarola Barnhart & Shipley, where his PACER account is registered). Accordingly, this motion/notice is filed through Joseph R. Johnson's current PACER account on behalf of Babbitt & Johnson.

Respectfully submitted,

BABBITT & JOHNSON, P.A.

*/s/ Joseph R. Johnson*
Joseph R. Johnson
Florida Bar No. 372250
jjohnson@babbitt-johnson.com
638 N. US Hwy 1, Suite 210
Tequesta, FL 33469
Tel: (561) 684-6307

## CERTIFICATE OF SERVICE

I hereby certify that on  August 11, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Joseph R. Johnson*
Joseph R. Johnson

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES                          MDL No.
PRACTICES AND PRODUCTS LIABILITY          1:14-ml-02570-RLY-TAB
LITIGATION


THIS DOCUMENT RELATES TO:

Vernon James Trout
1:16-CV-2084


**NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**


 To: Vernon James Trout
   8020 Zachary Taylor Highway
   Unionville, VA 22567

 **YOU ARE HEREBY NOTIFIED** that the undersigned will file the enclosed Motion to

Withdraw as Counsel of Record for Plaintiffs, before the Honorable Tim A. Baker at 46 E. Ohio

Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

 **YOU ARE FUTHER NOTIFIED:**

1. That you may appear in court, if you so desire;

2. That if the Motion to Withdraw is granted, you should either obtain another attorney or
   file an appearance with the Court on your own behalf;

3. That if you do not obtain another attorney or file an appearance on your own behalf,
   you will not receive notice of court proceedings in the case, and a nonsuit, dismissal
   and/or default judgment may be rendered against you; and,

4.  That no trial dates are currently set in this case.


Dated: August 6, 2025                              Respectfully submitted,

                                                   **BABBITT & JOHNSON, P.A.**

                                                   */s/ Joseph R. Johnson*
                                                   Joseph R. Johnson
                                                   Florida Bar No. 372250
                                                   jjohnson@babbittjohnson.com
                                                   638 N. US Hwy 1, Suite 210
                                                   Tequesta, FL 33469
                                                   Tel: (561) 684-6307

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES                         MDL No.
PRACTICES AND PRODUCTS LIABILITY          1:14-ml-02570-RLY-TAB
LITIGATION

THIS DOCUMENT RELATES TO:

Vernon James Trout
1:16-CV-2084

**[PROPOSED] ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

This matter is before the Court on Plaintiff's counsel's Motion to Withdraw as Counsel for

Plaintiffs in the matter of Case 1:16-cv-2084, entitled Vernon James Trout  v. Cook Medical, Inc.,

et al.  Upon consideration and for good cause, the Motion to Withdraw is GRANTED.

Joseph R. Johnson and the law firm of Babbitt & Johnson, P.A. are withdrawn as counsel

of record for Plaintiffs.  Babbitt & Johnson, P.A. shall serve a copy of this Order by mail upon

Plaintiffs at their last known address.

All further notices regarding this case shall be directed to the Plaintiffs at:

8020 Zachary Taylor Highway
Unionville, VA 22567

ORDERED this _____ day of _____, 2025.


_____
Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana