# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570 <br> MDL No. 2570 |

This Document Relates to Plaintiff(s)

Paul Killingsworth

Civil Case #: 1:18-cv-2351-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSMAL WITH PREJUDICE

COMES NOW, Plaintiff, Paul Killingsworth, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal with prejudice of the above-styled lawsuit as to defendants, Cook Incorporated, Cook Medical LLC and William Cook Europe APS in this particular Civil Action No. 1:18-cv-2351-RLY-TAB filed on August 1, 2018.

Date: August 13, 2025.

Respectfully submitted,

**JOHNSON LAW GROUP**
/s/ Basil Adham
Basil Adham, (TX Bar No.24081742)
2925 Richmond Ave, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
E-mail: ivc@johnsonlawgroup.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of August 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal with Prejudice to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                                                      /s/ Basil Adham