# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB |
| | MDL No. 2570 |
| This Document Relates to Plaintiff: Jill L. Eckman and Mark Eckman | |
| Civil Case No: 1:17-CV-03613-RLY-TAB | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court has considered Plaintiff Jill L. Eckman's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 26898.]

IT IS THEREFORE ORDERED that Mark Evans as Administrator of the Estate of Jill L. Eckman, Deceased, is substituted as Plaintiff in the above-referenced action.

Date: 8/14/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.