**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS             Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Judy M. James

Civil Case # 1:18-cv-03410-RLY-TAB

---

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**
**AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered Plaintiff Judy M. James's Motion to Substitute Party

Plaintiff and for Leave to File First Amended Short Form Complaint,.and the Court, being duly

advised in the premises, now GRANTS the motion. [Filing No. 26925.]

IT IS THEREFORE ORDERED that: (1) Patricia James, as Personal

Representative of the Estate of Judy M. James, Deceased, is substituted as Plaintiff in the above-

referenced action; (2) Plaintiff is hereby granted leave to file a First Amended Short Form

Complaint; and, (3) the First Amended Short Form Complaint is hereby deemed filed as of the

date of this order. The Clerk of the Court is directed to file the First Amended Short Form

Complaint into the record in this matter.

Date: 8/14/2025

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.