IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

FRANK PERRY, Plaintiff
Civil Case# 1:21-cv-06462-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: August   15, 2025            Respectfully submitted,

/s/ John T. Kirtley, III
FERRER, POIROT & WANSBROUGH
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412 - Phone
(214) 526-6026 Fax
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
*Attorney for Plaintiff*

/s/ Andrea R. Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email:  andrea.pierson@FaegreDrinker.com
*Attorneys for Defendants*