# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
| **This Document Relates to Plaintiff:**<br><br>Juanita Heard (deceased) and Chastiny Neal, as Personal Representative of the Estate of Juanita Heard (1:17-cv-04592-RLY-TAB) | |

## ORDER GRANTING WITHDRAWAL OF ATTORNEY APPEARANCE

This matter comes before the Court on the Motion to Withdraw Appearance filed by Christopher K. Johnston, pro hac vice, seeking leave to withdraw as counsel for Plaintiffs Juanita Heard (deceased) and Chastiny Neal, as Personal Representative of the Estate of Juanita Heard. The Court, being duly advised, now GRANTS the motion. [Filing No. 26955.]

IT IS THEREFORE ORDERED that the appearance of Christopher K. Johnston as counsel for Plaintiffs in this matter is hereby withdrawn. The Clerk is directed to remove Mr. Johnston from the docket and terminate his CM/ECF appearance, so he is no longer associated with this case. Plaintiff shall continue to be represented by EdRaúl Colón, of Valor Law, LLC, and Stuart Lee Goldenberg, of Goldenberg Lauricella, PLLC.

Date: 8/14/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.