IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| MARGARET BOWEN | Civil Case # 1:18-cv-00483-RLY-TAB |
| GEORGE SOUTHERN, JR. | Civil Case # 1:18-cv-03575-RLY-TAB |
| KATIE ADAMS | Civil Case # 1:21-cv-06465-RLY-TAB |

## ORDER ON SUGGESTIONS OF DEATH

On July 22, 2025, and August 2, 2025, Plaintiffs' counsel filed notices of suggestions of death of the above listed Plaintiffs [Filing Nos. 26939, 26940, 26961]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 8/18/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.