IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

| | |
|---|---|
| ALLEN LANDER | Case No. 1:16-cv-01459-RLY-TAB |
| DONNA A. KEENEY | Case No. 1:16-cv-01956-RLY-TAB |
| RHONDA VARNER | Case No. 1:16-cv-02192-RLY-TAB |
| CARMEN ABRAMS | Case No. 1:16-cv-02194-RLY-TAB |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

These matters are set for a telephonic status conference **at 3 p.m. (Eastern Time) on October 14, 2025**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiffs shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiffs, Allen Lander, Donna Kenney, Rhonda Varner and Carmen Abrams shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiffs, counsel, Joseph R. Johnson of BABBITT & JOHNSON, P.A motions to withdraw as counsel of record [Filing Nos. 26946, 27002, 27003, 27004].

Date: 8/18/2025

_T. BK_

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph R. Johnson is required to serve Plaintiffs, Allen Lander, Donna Kenney, Rhonda Varner and Carmen Abrams