ACKNOWLEDGED. Case is dismissed with prejudice. The Notice of Dismissal filed at dcoument [26973] is denied as moot.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 8/20/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABLITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No.: 2570 |

**This Document Relates to:**

**JAVONNE JOHNSON, Plaintiff,**
Civil Action No.: 1:18-cv-02506-RLY-TAB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Javonne Johnson and Defendants Cook Medical, LLC, Cook Incorporated and William Cook Europe APS, (collectively "Cook"), jointly stipulate to the dismissal of this action in its entirety, with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated: August 8, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Samuel M. Wendt* | */s/Andrea Roberts Pierson* |
| Samuel M. Wendt, Esq.<br>**WENDT LAW FIRM, P.C.**<br>4717 Grand Avenue, Suite 130<br>Kansas City, Missouri 64112<br>Telephone: (816) 531-4415<br>Facsimile: (816) 531-2507<br>Email: sam@wendtlaw.com | Andrea Roberts Pierson<br>Kip S.M. McDonald<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Fax: 317-237-1000<br>Email: andrea.pierson@faegredrinker.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |