UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Dawana Murphy – 1:23-cv-06983

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 8/20/2025

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 18, 2025

| | |
|---|---|
| /s/ Peter E. Goss | /s/ Andrea Roberts Pierson |
| Peter E. Goss | Andrea Roberts Pierson |
| The Goss Law Firm, P.C. | Faegre Drinker Biddle & Reath LLP |
| 1501 Westport Road | 300 North Meridian Street, Suite 2500 |
| Kansas City, MO 64111 | Indianapolis, Indiana 46204 |
| Telephone: (816) 527-8658 | Telephone: (317) 237-0300 |
| Facsimile: (816) 336-1310 | Facsimile: (317) 237-1000 |
| Email: pgoss@goss-lawfirm.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendants*** |