UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiffs:

Brandy Stinson                                    Case No. 1:17-cv-02817-RLY-TAB

**MOTION TO WITHDRAW**

Pursuant to Local R. 83-7(b), counsel for Plaintiff, Brandy Stinson, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel will withdraw from representation of Plaintiff on October 1, 2025, or the date upon which the Court sets for withdrawal and/or the date that an Order is signed by the Court permitting such withdrawal.

2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on August 21, 2025.

3. Counsel's withdrawal is based on Rule 1.16. (b), *Texas Rules of Disciplinary Conduct*:

    (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
    (4) a client insists upon pursuing an objective that the lawyer has fundamental disagreement;
    (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services - including an obligation to stay in contact with the lawyer - and the client has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
    (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
    (7) other good cause for withdrawal exists – the client has failed or refused to communicate with our law firm.

4. Plaintiff's current/last known address, phone number and email address is:
    3105 Groveland Terrace
    Denton, TX Texas 76210
    940-205-7206
    brandy.stinson@yahoo.com

1

5. The facts herein are verified by the undersigned Counsel's affidavit filed concurrently herewith or attached.

WHEREFORE, Counsel for Plaintiff respectfully requests that the Court enter an Order allowing Plaintiff's counsel to withdraw from representation and for such other appropriate relief.

Respectfully submitted,

/s/ John T. Kirtley, III
John T. Kirtley, III
FERRER POIROT FELLER
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
Asst. molvera@lawyerworks.com
ivcfiling@lawyerworks.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a copy of the foregoing **MOTION TO WITHDRAW** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Plaintiff, Brandy Stinson, was served via email and regular mail.

/s/John T. Kirtley, III
John T. Kirtley, III

## AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW

STATE OF TEXAS

DALLAS COUNTY

Before me, the undersigned authority, on this day, personally appeared, John T. Kirtley, III, who, personally known by me, was sworn and stated, under oath, the following:

"My name is John T. Kirtley, III. I am over the age of 18 years, competent to make this affidavit, and I have personal knowledge of the facts stated herein.

I am a lawyer with the law firm of Ferrer Poirot Feller. I am lead counsel on the subject case. The facts stated in the foregoing Motion to Withdraw are true and correct."

Further affiant sayeth naught.

_____
John T. Kirtley, III

Sworn to and subscribed to, before me, the undersigned authority, on this 22nd day of August 2025, to certify which witness my hand and seal.

[Seal]

_____
Notary Public – State of Texas

My commission expires: 12/18/2025

3