IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Cynthia Thornton

Civil Case #: 4:20-cv-00944

## **NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, Plaintiff, Cynthia Thornton, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 4:20-cv-00944 filed on August 19, 2020.

Date: August 22, 2025.

    Respectfully submitted,

    **TAUTFEST BOND, PLLC**
    /s/ Monte Bond
    Monte Bond, (TX Bar 02585625)
    5473 Blair Rd, Suite 2000 Dallas, TX 75231
    Telephone: (214) 617-9980
    Facsimile: (214) 853-4281
    mbond@tbtorts.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                        /s/ Monte Bond