IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>NICOLE M. OBERLIN | |
| Case No.    1:22-cv-00370-RLY-TAB | |

## NOTICE OF VOLUNARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Nicole Oberlin, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-00370-RLY-TAB.

Dated:  August 22, 2025

        Respectfully submitted,

        **Blankenship Law Firm**

        */s/ William F. Blankenship, III*
        William F. Blankenship, III, Bar No. 90001483
        3500 Maple Avenue, Suite 1100
        Dallas, TX 75219
        Telephone:  (214) 361-7500
        Facsimile:  (214) 361-7505
        bill@billblankenshiplaw.com

        *Lead Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                            */s/ William F. Blankenship, III*
                                            William F. Blankenship, III