# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Donald D. Griffin
1:16-cv-2036

## SUPPLEMENTAL MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF DONALD D. GRIFFIN

Pursuant to Local Rule 83-7(b), JOSEPH R. JOHNSON and the law firm of BABBITT & JOHNSON, P.A., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Donald Griffin and his counsel has broken down. Counsel was unable to locate the claimant for an extended period of time due to his incarceration.

3. The claimant was recently released from his incarceration and contact was made with him. The claimant has informed of an opportunity to settle his claim however we were instructed by him on July 29, 2025, to reject the offer and that he no longer wishes to pursue his claim with our firm. Mr. Griffin recently left a voice message and spoke to the staff of the undersigned stating that he has or intends to retain new counsel to represent him in this matter. Plaintiff has been notified, in writing, by counsel of their intention to withdraw as his attorneys in this action.

4. Plaintiff's last known address and contact information is as follows:

Donald Griffin
c/o Safe Haven Serenity
5815 Willow Glen Drive
Houston, TX 77033
(432) 315-0308

5. This matter is not set for trial.

6. BABBITT & JOHNSON, P.A. has previously sent a copy of the initial Motion to Withdraw to this Claimants last known address, thereby informing him of this Motion to Withdraw.

WHEREFORE, the undersigned counsel and BABBITT & JOHNSON, P.A. move this Court for the entry of an Order permitting Joseph R. Johnson and the law firm of BABBITT & JOHNSON, P.A. to withdraw their appearance as counsel of record in this matter (Babbitt & Johnson continues to represent the Plaintiff and remains an active law firm, although it is in the process of winding down its business. Joseph R. Johnson is now an attorney at Searcy Denney Scarola Barnhart & Shipley, where his PACER account is registered). Accordingly, this motion/notice is filed through Joseph R. Johnson's current PACER account on behalf of Babbitt & Johnson.

Respectfully submitted,

BABBITT & JOHNSON, P.A.

*/s/ Joseph R. Johnson*
Joseph R. Johnson
Florida Bar No. 372250
jjohnson@babbitt-johnson.com
638 N. US Hwy 1, Suite 210
Tequesta, FL 33469
Tel: (561) 684-6307

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22nd 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Joseph R. Johnson*
Joseph R. Johnson