IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

FRED JOHNSON
Case no. 1:18-cv-01963

> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 8/27/2025

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 22, 2025.

| | |
|---|---|
| /s/ William B. Curtis | /s/ Jessica Benson Cox |
| William B. Curtis, Esq. | Jessica Benson Cox, Esq. |
| Curtis Law Group | Faegre Drinker Biddle & Reath LLP |
| 17754 Preston Rd., Suite 200 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75252 | Indianapolis, Indiana 46204 |
| Telephone: (214) 890-1000 | Telephone: (317) 237-0300 |
| Facsimile: (214) 890-1010 | Facsimile: (317) 237-1000 |
| Email: bill@curtislawgroup.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |