IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| DAVID REYES, JR. | Civil Case # 1:21-cv-00092-RLY-TAB |
| VIKKI MOWERY | Civil Case # 1:19-cv-03884-RLY-TAB |
| ROBIN SWAITE | Civil Case # 1:18-cv-01905-RLY-TAB |
| ROSE MARIE JOHNSON | Civil Case # 1:22-cv-00780-RLY-TAB |
| FRANCIS KIRBY | Civil Case # 1:22-cv-00485-RLY-TAB |
| CONNIE WHITTEN | Civil Case # 1:15-cv-00555-RLY-TAB |

**ORDER ON SUGGESTIONS OF DEATH**

On August 20, 21, 22 and 25, 2025, Plaintiffs' counsel filed notices of suggestions of death of the above listed Plaintiffs [Filing Nos. 27046, 27050, 27057, 27061, 27062, 27094]. Pursuant to Fed. R. Civ. P. 25(a)(1), a party has 90 days from the date the Court is notified of a party's death to file a motion to substitute the proper party. Failure to file such a motion within 90 days will result in the dismissal of the party and/or the case. Any motion to substitute the proper party shall be filed in the Master case, 1:14-ml-2570-RLY-TAB, within 90 days.

Date: 8/28/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.