IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Markus Ruff

Civil Case #: 1:18-cv-03114

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Markus Ruff, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:18-cv-03114 filed on October 8, 2018.

Date: September 2, 2025.

        Respectfully submitted,

        **TAUTFEST BOND, PLLC**
        /s/ Monte Bond
        Monte Bond, (TX Bar 02585625)
        5473 Blair Rd, Suite 2000 Dallas, TX 75231
        Telephone: (214) 617-9980
        Facsimile: (214) 853-4281
        mbond@tbtorts.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of September 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                        /s/ Monte Bond