# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Lorraine Dorner</u>

Civil Case # 1:16-cv-02088-RLY-TAB

## **NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through his undersigned Counsel, and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff Lorraine Dorner, who died on or about October 30, 2022.

Dated: September 3, 2025

Respectfully Submitted,

*/s/ Anthony J. Nemo*
Anthony J. Nemo (MN Bar No. 221351)
**Meshbesher & Spence, Ltd.**
1616 Park Avenue
Minneapolis, MN 55404
Tel.: (612) 339-9121
Fax: (612) 339-9188
tnemo@meshbesher.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Anthony J. Nemo*
Anthony J. Nemo
