## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to:

Theodore Warren_____

Civil Case # 1:16-cv-02087-RLY-TAB

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony J. Nemo of Meshbesher & Spence, Ltd. hereby enters his appearance as counsel for Plaintiff Theodore Warren.

Dated: September 3, 2025

**MESHBESHER & SPENCE, LTD.**

/s/ _Anthony J. Nemo_____
Anthony J. Nemo (MN ID 221351)
1616 Park Avenue
Minneapolis, MN 55404
Ph: (612) 339-9121
Fax: (612) 339-9188
Email: tnemo@meshbesher.com

**Attorneys for Plaintiff**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Anthony J. Nemo*

Anthony J. Nemo
