# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lorraine Dorner

Civil Case # 1:16-cv-02088-RLY-TAB

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Anthony J. Nemo of Meshbesher & Spence, Ltd. hereby enters his appearance as counsel for Plaintiff Lorraine Dorner.

Dated: September 3, 2025                **MESHBESHER & SPENCE, LTD.**

/s/ *Anthony J. Nemo*
Anthony J. Nemo (MN ID 221351)
1616 Park Avenue
Minneapolis, MN  55404
Ph:  (612) 339-9121
Fax: (612) 339-9188
Email:  tnemo@meshbesher.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Anthony J. Nemo*
Anthony J. Nemo
