# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

John Barr

Civil Case # 1:16-cv-02392-RLY-TAB

## **NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Anthony J. Nemo of Meshbesher & Spence, Ltd. hereby enters his appearance as counsel for Plaintiff John Barr.

Dated: September 3, 2025        **MESHBESHER & SPENCE, LTD.**

                                        /s/ *Anthony J. Nemo*
                                        Anthony J. Nemo (MN ID 221351)
                                        1616 Park Avenue
                                        Minneapolis, MN  55404
                                        Ph:  (612) 339-9121
                                        Fax: (612) 339-9188
                                        Email:  tnemo@meshbesher.com

                                        **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Anthony J. Nemo*
Anthony J. Nemo