UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

*This Document Relates to Plaintiff*:

*Delores Barnett*, 1:2016-cv-02145

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Delores Barnett, which occurred February 11, 2022.

Date: September 11, 2025

s/ *Harold T. McCall, Jr.*
Harold T. McCall, Jr.
TX 24054279
Wright McCall, LLC
5707 W. Interstate 10
San Antonio, TX 78201
Telephone: (205) 558-9000
E-Mail: hmccall@wrightmccall.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

s/ *Harold T. McCall, Jr.*
Harold T. McCall, Jr.
