# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   ALL PARTIES

Pending Case No(s).[1]   )   (See, Exhibit "A")
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Ben C. Martin | Ben C. Martin |
| **Law Firm, Company, and/or Agency:** | Ben Martin Law Group, PLLC | Ben Martin Law Group, PLLC |
| **Address:** | 3141 Hood Street<br>Suite 600<br>Dallas, Texas 75219 | 3500 Maple Avenue<br>Suite 400<br>Dallas, Texas 75219 |
| **Primary E-mail:** | bmartin@bencmartin.com | bmartin@bencmartin.com |
| **Secondary E-mail(s):** | eservice@bencmartin.com | eservice@bencmartin.com |
| **Telephone Number:** | (214) 761-6614 | (214) 761-6614 |
| **Facsimile:** | (214) 744-7590 | (214) 744-7590 |

Date: 09/15/2025                                s/ Ben C. Martin

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.