# EXHIBIT A

BEN MARTIN LAW GROUP

COOK MDL CASE LIST

**Name:**  **Case No.**

| | | |
|---|---|---|
| 1. | Long, Alex | 1:13-cv-00986-RLY-TAB |
| 2. | Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 3. | Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 4. | Moore, Rosalind and Kourtney Harris | 1:14-cv-00736-RLY-TAB |
| 5. | Chapman, Zach | 1:14-cv-00998-RLY-TAB |
| 6. | Deschenes, Judith | 1:14-cv-01451-RLY-TAB |
| 7. | Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 8. | Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 9. | Perry-O'Farrow, Letitia | 1:14-cv-06005-RLY-TAB |
| 10. | Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 11. | Eslick, Karen | 1:14-cv-06011-RLY-TAB |
| 12. | Ayers, Naomi | 1:14-cv-06017-RLY-TAB |
| 13. | Pfleiderer, Debbie | 1:15-cv-00479-RLY-TAB |
| 14. | Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 15. | Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |
| 16. | Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 17. | Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 18. | Parker, Michael G. | 1:15-cv-00597-RLY-TAB |
| 19. | Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 20. | Fulk, Kimberly Dawn | 1:15-cv-00763-RLY-TAB |
| 21. | Sadler, Lonnie Ray | 1:15-cv-00852-RLY-TAB |
| 22. | White, Thomas III | 1:15-cv-01020-RLY-TAB |
| 23. | Shaw, Alexis Miranda | 1:15-cv-01021-RLY-TAB |
| 24. | Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 25. | Voyles, Joel | 1:15-cv-01159-RLY-TAB |
| 26. | George, Preston Jay | 1:15-cv-01176-RLY-TAB |
| 27. | Darida, Sandra | 1:15-cv-01445-RLY-TAB |
| 28. | Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 29. | Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 30. | Harris, James Allen | 1:15-cv-01943-RLY-TAB |
| 31. | Tickner, Pat | 1:15-cv-06021-RLY-TAB |
| 32. | Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 33. | Calistro, Carol | 1:16-cv-00064-RLY-TAB |
| 34. | Pemberton, Patricia Ann | 1:16-cv-00432-RLY-TAB |
| 35. | Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 36. | Alexander, Cecelia Elizabeth | 1:16-cv-00435-RLY-TAB |
| 37. | Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 38. | Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 39. | Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 40. | Dixon, Reginald | 1:16-cv-00568-RLY-TAB |
| 41. | Shields, Paul | 1:16-cv-00577-RLY-TAB |

| # | Name | Case Number |
|---|------|-------------|
| 42. | Higgins, Jesse | 1:16-cv-00728-RLY-TAB |
| 43. | Sexton, Harold | 1:16-cv-00771-RLY-TAB |
| 44. | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 45. | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 46. | Moore, Lucy and Timothy Hall | 1:16-cv-01083-RLY-TAB |
| 47. | Schroeder, David | 1:16-cv-01245-RLY-TAB |
| 48. | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 49. | Debord, Robert Douglas | 1:16-cv-01518-RLY-TAB |
| 50. | Eberz, Ronald M. | 1:16-cv-01533-RLY-TAB |
| 51. | Harris, Michelle | 1:16-cv-01736-RLY-TAB |
| 52. | Lemmon, Nicole Marie | 1:16-cv-01837-RLY-TAB |
| 53. | Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 54. | Pearson, Crystal Anne | 1:16-cv-01839-RLY-TAB |
| 55. | Reed, Edwin | 1:16-cv-01859-RLY-TAB |
| 56. | Gray, Timothy | 1:16-cv-01880-RLY-TAB |
| 57. | Mckellop-Maxwell, Catherine | 1:16-cv-02095-RLY-TAB |
| 58. | Cutlip, Jeffrey Darren | 1:16-cv-02238-RLY-TAB |
| 59. | James, Steve Allan | 1:16-cv-02253-RLY-TAB |
| 60. | Forbus, Roberta Lynn | 1:16-cv-02286-RLY-TAB |
| 61. | Ellingsen, Christopher | 1:16-cv-02308-RLY-TAB |
| 62. | Langer, Scott Andrew | 1:16-cv-02379-RLY-TAB |
| 63. | Wadsworth, Donna | 1:16-cv-02476-RLY-TAB |
| 64. | Connelly, Thomas | 1:16-cv-02507-RLY-TAB |
| 65. | Burroughs, Collette | 1:16-cv-02524-RLY-TAB |
| 66. | Campbell, Glendolyn | 1:16-cv-02664-RLY-TAB |
| 67. | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 68. | Hart, Billy | 1:16-cv-02829-RLY-TAB |
| 69. | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 70. | Polk, Shirley | 1:16-cv-03236-RLY-TAB |
| 71. | Stevens, Helen | 1:16-cv-03238-RLY-TAB |
| 72. | Vinnik, Charles Alan | 1:16-cv-03273-RLY-TAB |
| 73. | Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 74. | Kennedy, Kristin | 1:16-cv-03275-RLY-TAB |
| 75. | Morris, Richard C. | 1:16-cv-03280-RLY-TAB |
| 76. | Darnell, Julie | 1:16-cv-03305-RLY-TAB |
| 77. | Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 78. | Hess, Robert | 1:16-cv-03312-RLY-TAB |
| 79. | Brown, Jamar | 1:16-cv-03459-RLY-TAB |
| 80. | Chambers, Megan | 1:16-cv-06031-RLY-TAB |
| 81. | Hayes, Charles II | 1:16-cv-06042-RLY-TAB |
| 82. | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 83. | Scott, Judith | 1:17-cv-00115-RLY-TAB |
| 84. | Zernov, Jeffrey Peter | 1:17-cv-00130-RLY-TAB |
| 85. | Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 86. | Nelcamp, Maryann | 1:17-cv-00156-RLY-TAB |
| 87. | Butler, Leo | 1:17-cv-00185-RLY-TAB |
| 88. | Smith, Steven | 1:17-cv-00198-RLY-TAB |
| 89. | Mercer, Susan | 1:17-cv-00256-RLY-TAB |

| | | |
|---|---|---|
| 90. | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 91. | Rahe, Peggy | 1:17-cv-00267-RLY-TAB |
| 92. | Smith, Kenneth Earl | 1:17-cv-00408-RLY-TAB |
| 93. | Bailey, Kent | 1:17-cv-00472-RLY-TAB |
| 94. | Fontes, Peter | 1:17-cv-00484-RLY-TAB |
| 95. | Parsley, Christina | 1:17-cv-00543-RLY-TAB |
| 96. | Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 97. | Mays, Roberta | 1:17-cv-00587-RLY-TAB |
| 98. | Coren, Michele | 1:17-cv-00591-RLY-TAB |
| 99. | McCrummen, Leticia | 1:17-cv-00658-RLY-TAB |
| 100. | Shaw, Damian | 1:17-cv-00722-RLY-TAB |
| 101. | Craig, Caitlin | 1:17-cv-00731-RLY-TAB |
| 102. | Payne, Susan | 1:17-cv-00762-RLY-TAB |
| 103. | Ptak, Francine | 1:17-cv-00789-RLY-TAB |
| 104. | Wilson, Falanda | 1:17-cv-00792-RLY-TAB |
| 105. | Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 106. | Gray, Anthony | 1:17-cv-00797-RLY-TAB |
| 107. | Page, Terry, Jr. | 1:17-cv-00921-RLY-TAB |
| 108. | Haag, Kathryn | 1:17-cv-01107-RLY-TAB |
| 109. | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 110. | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 111. | Renninger, Gregory | 1:17-cv-01121-RLY-TAB |
| 112. | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 113. | Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 114. | Allred, Alana | 1:17-cv-01183-RLY-TAB |
| 115. | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 116. | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 117. | Bratton, Stephen | 1:17-cv-01612-RLY-TAB |
| 118. | Craig, Amber | 1:17-cv-01697-RLY-TAB |
| 119. | Anderson, Ruth | 1:17-cv-01725-RLY-TAB |
| 120. | Anderson, John W. | 1:17-cv-01726-RLY-TAB |
| 121. | Faust, David | 1:17-cv-01762-RLY-TAB |
| 122. | Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 123. | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 124. | Wilson, Karen | 1:17-cv-01798-RLY-TAB |
| 125. | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 126. | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 127. | Kamp, Kimberly | 1:17-cv-02144-RLY-TAB |
| 128. | Williams, Kimberly M. | 1:17-cv-02320-RLY-TAB |
| 129. | Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 130. | Brouse, Thomas, Jr. | 1:17-cv-02463-RLY-TAB |
| 131. | Ross, John C. | 1:17-cv-02468-RLY-TAB |
| 132. | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 133. | Hatchett, Rosemary | 1:17-cv-02612-RLY-TAB |
| 134. | Dobies, Alan | 1:17-cv-02631-RLY-TAB |
| 135. | Jordan, Lynda | 1:17-cv-02632-RLY-TAB |
| 136. | Reece, Randall | 1:17-cv-02634-RLY-TAB |
| 137. | Sattar, Samina | 1:17-cv-02635-RLY-TAB |

| | | |
|---|---|---|
| 138. | Stottlemyer, Charles | 1:17-cv-02636-RLY-TAB |
| 139. | Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 140. | Currie, Edith | 1:17-cv-02716-RLY-TAB |
| 141. | Shipman, Adam | 1:17-cv-02737-RLY-TAB |
| 142. | Smart, Brigitte | 1:17-cv-02763-RLY-TAB |
| 143. | Ganino, Michael | 1:17-cv-02765-RLY-TAB |
| 144. | Jackson, Willie | 1:17-cv-02884-RLY-TAB |
| 145. | Edmundson, Kathy C. | 1:17-cv-02902-RLY-TAB |
| 146. | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 147. | Tancredi, Daniel | 1:17-cv-02953-RLY-TAB |
| 148. | Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 149. | Pyffer, Dora | 1:17-cv-02995-RLY-TAB |
| 150. | Lynch, Cynthia | 1:17-cv-03101-RLY-TAB |
| 151. | Courtney, Tangee | 1:17-cv-03200-RLY-TAB |
| 152. | Altamura, Bonny | 1:17-cv-03276-RLY-TAB |
| 153. | Gerritsen, Tony | 1:17-cv-03571-RLY-TAB |
| 154. | King, Chelsea | 1:17-cv-03575-RLY-TAB |
| 155. | Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |
| 156. | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 157. | Mathis, Bonnie | 1:17-cv-03755-RLY-TAB |
| 158. | Pellegrino, Patrick | 1:17-cv-03784-RLY-TAB |
| 159. | Russell, Leslie | 1:17-cv-03786-RLY-TAB |
| 160. | Benedetto, Lorraine | 1:17-cv-03989-RLY-TAB |
| 161. | Carmack, Norman | 1:17-cv-04127-RLY-TAB |
| 162. | Lang, Jacqueline S. | 1:17-cv-04142-RLY-TAB |
| 163. | Johnson, Alice | 1:17-cv-04244-RLY-TAB |
| 164. | Bancroft, Lori | 1:17-cv-04312-RLY-TAB |
| 165. | Jessen, Kerry | 1:17-cv-04316-RLY-TAB |
| 166. | Vaughan, Larry John, Jr. | 1:17-cv-04340-RLY-TAB |
| 167. | Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 168. | Hamlyn, Earl | 1:17-cv-04406-RLY-TAB |
| 169. | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 170. | Minnella, Michael | 1:17-cv-04614-RLY-TAB |
| 171. | Miller, Florence | 1:17-cv-04617-RLY-TAB |
| 172. | Peck, David | 1:17-cv-04621-RLY-TAB |
| 173. | Vallely, Stacy | 1:17-cv-04721-RLY-TAB |
| 174. | Cole, Jeanne | 1:17-cv-04732-RLY-TAB |
| 175. | Black, Jeremy | 1:17-cv-04758-RLY-TAB |
| 176. | Christensen, Linda | 1:17-cv-04759-RLY-TAB |
| 177. | Locke, Patricia | 1:17-cv-04774-RLY-TAB |
| 178. | Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 179. | Sauls, Rodney Joseph | 1:18-cv-00081-RLY-TAB |
| 180. | Davis, Grace | 1:18-cv-00135-RLY-TAB |
| 181. | Aceto, Tiffany | 1:18-cv-00141-RLY-TAB |
| 182. | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 183. | Bailey, Francis | 1:18-cv-00181-RLY-TAB |
| 184. | Demsko, Jane M. | 1:18-cv-00221-RLY-TAB |
| 185. | Taylor, Amber | 1:18-cv-00229-RLY-TAB |

| # | Name | Case No. |
|---|---|---|
| 186. | Martin, William P. | 1:18-cv-00250-RLY-TAB |
| 187. | Knapp, Ivan | 1:18-cv-00253-RLY-TAB |
| 188. | Fort, Edwin | 1:18-cv-00290-RLY-TAB |
| 189. | Jones, Lakeisha | 1:18-cv-00371-RLY-TAB |
| 190. | Brazos, Blaise | 1:18-cv-00374-RLY-TAB |
| 191. | Caldwell, Karen | 1:18-cv-00394-RLY-TAB |
| 192. | Orser, Kelly | 1:18-cv-00482-RLY-TAB |
| 193. | Bowen, Margaret | 1:18-cv-00483-RLY-TAB |
| 194. | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 195. | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |
| 196. | Adams, Kimberly | 1:18-cv-00800-RLY-TAB |
| 197. | Adolf, David | 1:18-cv-00801-RLY-TAB |
| 198. | Alliss, Lisa Renee | 1:18-cv-00802-RLY-TAB |
| 199. | Banks, Terasa Marie | 1:18-cv-00803-RLY-TAB |
| 200. | Clark, Cynthia | 1:18-cv-00804-RLY-TAB |
| 201. | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 202. | Brown, Thomas H. | 1:18-cv-00814-RLY-TAB |
| 203. | Haas, Frederick J. | 1:18-cv-00816-RLY-TAB |
| 204. | Dyer, Eileen May | 1:18-cv-00817-RLY-TAB |
| 205. | Brundydge, Shelly | 1:18-cv-00818-RLY-TAB |
| 206. | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 207. | Pinson, Timothy | 1:18-cv-00822-RLY-TAB |
| 208. | Deo, Michael David | 1:18-cv-00828-RLY-TAB |
| 209. | Dean, Thomas J. III | 1:18-cv-00830-RLY-TAB |
| 210. | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 211. | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 212. | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 213. | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 214. | Smith, Larry Lee | 1:18-cv-00838-RLY-TAB |
| 215. | Gibson, Susan Padgett | 1:18-cv-00839-RLY-TAB |
| 216. | Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 217. | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 218. | Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 219. | Clowser, Sandra | 1:18-cv-00982-RLY-TAB |
| 220. | Wood, David | 1:18-cv-01046-RLY-TAB |
| 221. | Schlitz, Lynda Kay | 1:18-cv-01193-RLY-TAB |
| 222. | Cinovoj, Aleksandras | 1:18-cv-01227-RLY-TAB |
| 223. | Redifer, Stephanie | 1:18-cv-01370-RLY-TAB |
| 224. | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 225. | Owens, Autumn | 1:18-cv-01458-RLY-TAB |
| 226. | Armfield, James | 1:18-cv-01546-RLY-TAB |
| 227. | Owens, Jerry | 1:18-cv-01547-RLY-TAB |
| 228. | Lopez, Travis | 1:18-cv-01748-RLY-TAB |
| 229. | Lopez, Jennifer | 1:18-cv-01751-RLY-TAB |
| 230. | Job, Steven | 1:18-cv-01753-RLY-TAB |
| 231. | Berkshire, Frederick | 1:18-cv-01899-RLY-TAB |
| 232. | Bishop, Kathleen | 1:18-cv-01901-RLY-TAB |
| 233. | Henderson, Anya | 1:18-cv-01902-RLY-TAB |

| # | Name | Case Number |
|---|---|---|
| 234. | Swaite, Robin | 1:18-cv-01905-RLY-TAB |
| 235. | Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 236. | Dukes, Roy | 1:18-cv-01935-RLY-TAB |
| 237. | Lausten, Christian | 1:18-cv-02108-RLY-TAB |
| 238. | Nece, Lawrence | 1:18-cv-02121-RLY-TAB |
| 239. | Masalskis, Kanetta | 1:18-cv-02127-RLY-TAB |
| 240. | Umbaugh, Paul M. | 1:18-cv-02178-RLY-TAB |
| 241. | Lewis, Willie | 1:18-cv-02180-RLY-TAB |
| 242. | Walker, James | 1:18-cv-02212-RLY-TAB |
| 243. | Jackson, Linda | 1:18-cv-02316-RLY-TAB |
| 244. | Talbot, Janine | 1:18-cv-02340-RLY-TAB |
| 245. | Dean, Robert | 1:18-cv-02411-RLY-TAB |
| 246. | Clark, Robert | 1:18-cv-02414-RLY-TAB |
| 247. | Maddock, Jerry | 1:18-cv-02420-RLY-TAB |
| 248. | Borgens, Angelo | 1:18-cv-02451-RLY-TAB |
| 249. | Conner, Dana | 1:18-cv-02472-RLY-TAB |
| 250. | Seibert, John Stewart | 1:18-cv-02522-RLY-TAB |
| 251. | Raybuck, David | 1:18-cv-02541-RLY-TAB |
| 252. | Jackson, Gloria | 1:18-cv-02543-RLY-TAB |
| 253. | Brown-Peterson, Katrina | 1:18-cv-02569-RLY-TAB |
| 254. | Johnson, Frederick | 1:18-cv-02611-RLY-TAB |
| 255. | Lowe, Tomika | 1:18-cv-02657-RLY-TAB |
| 256. | Pierce, Alan | 1:18-cv-02862-RLY-TAB |
| 257. | Ferrell, Marinda | 1:18-cv-02917-RLY-TAB |
| 258. | D'Amico, Michele | 1:18-cv-02922-RLY-TAB |
| 259. | Garrett, Alvin | 1:18-cv-02927-RLY-TAB |
| 260. | Daugherty, Linda | 1:18-cv-02928-RLY-TAB |
| 261. | Rostie, Mary | 1:18-cv-02930-RLY-TAB |
| 262. | Relitz, Brian | 1:18-cv-02932-RLY-TAB |
| 263. | Madison, April | 1:18-cv-02934-RLY-TAB |
| 264. | Wright, Jerry | 1:18-cv-02935-RLY-TAB |
| 265. | Adeshewo, Elizabeth | 1:18-cv-02937-RLY-TAB |
| 266. | Kopf, Jeffrey | 1:18-cv-02954-RLY-TAB |
| 267. | Evans, Christina | 1:18-cv-02957-RLY-TAB |
| 268. | Jones, Florence | 1:18-cv-02970-RLY-TAB |
| 269. | Roberson, Demetrious | 1:18-cv-02976-RLY-TAB |
| 270. | Schmidt, Carol | 1:18-cv-02981-RLY-TAB |
| 271. | Mitchell, William | 1:18-cv-02987-RLY-TAB |
| 272. | Hoffman, Dustin | 1:18-cv-02992-RLY-TAB |
| 273. | Hidalgo, Mariel | 1:18-cv-02994-RLY-TAB |
| 274. | Beverage, Cathy | 1:18-cv-03004-RLY-TAB |
| 275. | Franzen, Donna | 1:18-cv-03017-RLY-TAB |
| 276. | Swackerd, Jermaine | 1:18-cv-03018-RLY-TAB |
| 277. | Schmidt, Roger | 1:18-cv-03066-RLY-TAB |
| 278. | Edmonds, Walesha | 1:18-cv-03081-RLY-TAB |
| 279. | Rosier, James | 1:18-cv-03086-RLY-TAB |
| 280. | Smith, James Carmichael | 1:18-cv-03096-RLY-TAB |
| 281. | Briones-Ubaldo, Deborah R. | 1:18-cv-03189-RLY-TAB |

| | | |
|---|---|---|
| 282. | Crehen, Judith | 1:18-cv-03356-RLY-TAB |
| 283. | Johansen, Marie Lee | 1:18-cv-03358-RLY-TAB |
| 284. | Hatchett, Rosemary | 1:18-cv-03369-RLY-TAB |
| 285. | McClusky, Nina | 1:18-cv-03402-RLY-TAB |
| 286. | James, Judy | 1:18-cv-03410-RLY-TAB |
| 287. | Dresser, James | 1:18-cv-03413-RLY-TAB |
| 288. | Beckham, John | 1:18-cv-03423-RLY-TAB |
| 289. | Benge, Robert | 1:18-cv-03458-RLY-TAB |
| 290. | Underwood, Terry | 1:18-cv-03499-RLY-TAB |
| 291. | Newton, Maria Anna | 1:18-cv-03500-RLY-TAB |
| 292. | Gharib, Rawia | 1:18-cv-03501-RLY-TAB |
| 293. | Farnham, Diana | 1:18-cv-03503-RLY-TAB |
| 294. | Cherry, Timothy John | 1:18-cv-03504-RLY-TAB |
| 295. | Armstrong, William | 1:18-cv-03549-RLY-TAB |
| 296. | Davis, Megan | 1:18-cv-03552-RLY-TAB |
| 297. | Sorenson, Ilene | 1:18-cv-03562-RLY-TAB |
| 298. | Jones, Gertrude | 1:18-cv-03572-RLY-TAB |
| 299. | Southern, George | 1:18-cv-03575-RLY-TAB |
| 300. | Krock, Diane | 1:18-cv-03598-RLY-TAB |
| 301. | McFate, Gavin | 1:18-cv-03698-RLY-TAB |
| 302. | Haney, Roy Allen | 1:18-cv-03725-RLY-TAB |
| 303. | Lamotte, Jan | 1:18-cv-03728-RLY-TAB |
| 304. | Willis, Floyd | 1:18-cv-03732-RLY-TAB |
| 305. | Splitt, Corinne | 1:18-cv-03741-RLY-TAB |
| 306. | Bullock, Booker | 1:18-cv-03753-RLY-TAB |
| 307. | Cabral, Janet | 1:18-cv-03873-RLY-TAB |
| 308. | Jackson-Harris, Jamice | 1:18-cv-03897-RLY-TAB |
| 309. | Bailey, Hessard Charles | 1:18-cv-04045-RLY-TAB |
| 310. | Rogers, Sarah Ellen; Rogers-Price, Melissa | 1:18-cv-04094-RLY-TAB |
| 311. | Norman, Cindy Lou | 1:18-cv-06092-RLY-TAB |
| 312. | Thompson, Margaret | 1:19-cv-00127-RLY-TAB |
| 313. | Dalrymple, Roberta | 1:19-cv-00130-RLY-TAB |
| 314. | Williams, Richard | 1:19-cv-00131-RLY-TAB |
| 315. | Williams, Joshua Jordan | 1:19-cv-00232-RLY-TAB |
| 316. | Levin, Barbara | 1:19-cv-00556-RLY-TAB |
| 317. | Allen, Minnie | 1:19-cv-00579-RLY-TAB |
| 318. | Ross, Felica | 1:19-cv-00660-RLY-TAB |
| 319. | Russell, Keitha | 1:19-cv-00998-RLY-TAB |
| 320. | Coursey, Ernestine | 1:19-cv-01022-RLY-TAB |
| 321. | Dixon, Reginald | 1:19-cv-01047-RLY-TAB |
| 322. | Thompson, Nicole | 1:19-cv-01120-RLY-TAB |
| 323. | Blanding, Naydean | 1:19-cv-01215-RLY-TAB |
| 324. | Seagraves, Brian | 1:19-cv-01255-RLY-TAB |
| 325. | Scudieri, Terrence | 1:19-cv-01256-RLY-TAB |
| 326. | Moise, Javanni | 1:19-cv-01258-RLY-TAB |
| 327. | Serrette, Michel | 1:19-cv-01275-RLY-TAB |
| 328. | Alvarado, Cynthia | 1:19-cv-01362-RLY-TAB |
| 329. | Morgan, Amber | 1:19-cv-01496-RLY-TAB |

| | | |
|---|---|---|
| 330. | Jara, Anthony | 1:19-cv-01560-RLY-TAB |
| 331. | Allen, Tina | 1:19-cv-01762-RLY-TAB |
| 332. | Robinson, Linder | 1:19-cv-01763-RLY-TAB |
| 333. | Carmon, Jesse James | 1:19-cv-01898-RLY-TAB |
| 334. | Maffia, Holly | 1:19-cv-01918-RLY-TAB |
| 335. | Macisaac, Martha | 1:19-cv-01927-RLY-TAB |
| 336. | Sotelo, Christina | 1:19-cv-01989-RLY-TAB |
| 337. | Brown, Kevin | 1:19-cv-01994-RLY-TAB |
| 338. | Turner, Paula | 1:19-cv-02023-RLY-TAB |
| 339. | Smithson, Arthur Donald, Jr. | 1:19-cv-02070-RLY-TAB |
| 340. | Guillory, Ralph Edward | 1:19-cv-02111-RLY-TAB |
| 341. | Childers, Robert | 1:19-cv-02271-RLY-TAB |
| 342. | Smith, Robert L., Sr. | 1:19-cv-02419-RLY-TAB |
| 343. | Campbell, Ashley Brooke | 1:19-cv-02441-RLY-TAB |
| 344. | Myers, Doris | 1:19-cv-02443-RLY-TAB |
| 345. | Outlaw, Audrey | 1:19-cv-02444-RLY-TAB |
| 346. | Shrum, Karen | 1:19-cv-02478-RLY-TAB |
| 347. | Snyder, Barbara | 1:19-cv-02570-RLY-TAB |
| 348. | Jones, Monika | 1:19-cv-02576-RLY-TAB |
| 349. | Donahue, Troy | 1:19-cv-02580-RLY-TAB |
| 350. | Haynes, Arthurlee | 1:19-cv-02583-RLY-TAB |
| 351. | Fisher, Martin | 1:19-cv-02585-RLY-TAB |
| 352. | Pierce, Tyrell | 1:19-cv-02587-RLY-TAB |
| 353. | Cressman, Robert III | 1:19-cv-02615-RLY-TAB |
| 354. | Hendrickson, Terry | 1:19-cv-02620-RLY-TAB |
| 355. | Nazarian, Tina | 1:19-cv-02621-RLY-TAB |
| 356. | Hunt, Ashly | 1:19-cv-02661-RLY-TAB |
| 357. | Glaser-Zakem, Loraine | 1:19-cv-02664-RLY-TAB |
| 358. | Wimberly, Sonya D. | 1:19-cv-02673-RLY-TAB |
| 359. | McDavid, Virginia P. | 1:19-cv-02679-RLY-TAB |
| 360. | Laliberty, Tammy | 1:19-cv-02823-RLY-TAB |
| 361. | Mitchell, John M. | 1:19-cv-02848-RLY-TAB |
| 362. | Shields, Michael | 1:19-cv-02850-RLY-TAB |
| 363. | Chavers, Amaris | 1:19-cv-02851-RLY-TAB |
| 364. | Manseau, Michael | 1:19-cv-02852-RLY-TAB |
| 365. | Evans, Ronald | 1:19-cv-02900-RLY-TAB |
| 366. | Baker, Timothy | 1:19-cv-02965-RLY-TAB |
| 367. | Davies, John | 1:19-cv-02968-RLY-TAB |
| 368. | Richardson, Michael | 1:19-cv-02974-RLY-TAB |
| 369. | Lindsey, Virginia | 1:19-cv-03204-RLY-TAB |
| 370. | Carter, Shay L. | 1:19-cv-03342-RLY-TAB |
| 371. | Jenkins, Kimily | 1:19-cv-03497-RLY-TAB |
| 372. | Miller-Harris, Darlene | 1:19-cv-03645-RLY-TAB |
| 373. | Jude, Shannon | 1:19-cv-03742-RLY-TAB |
| 374. | Spence, Jessica | 1:19-cv-03819-RLY-TAB |
| 375. | Kribbs, James | 1:19-cv-03875-RLY-TAB |
| 376. | Deluca, Maura | 1:19-cv-03899-RLY-TAB |
| 377. | Lewis, Shirlene | 1:19-cv-04008-RLY-TAB |

| | | |
|---|---|---|
| 378. | Workman, Goldie | 1:19-cv-04161-RLY-TAB |
| 379. | London, Anthony | 1:19-cv-04177-RLY-TAB |
| 380. | Daniels, Laurie | 1:19-cv-04341-RLY-TAB |
| 381. | Simons, Lonnie | 1:19-cv-04376-RLY-TAB |
| 382. | Mason, Bruce | 1:19-cv-04403-RLY-TAB |
| 383. | Sproul, Ashly | 1:19-cv-04452-RLY-TAB |
| 384. | Voigt, Dean | 1:19-cv-04682-RLY-TAB |
| 385. | Haney, Teresa | 1:19-cv-04771-RLY-TAB |
| 386. | Parks, Judy | 1:19-cv-04772-RLY-TAB |
| 387. | Caudill, David | 1:19-cv-04774-RLY-TAB |
| 388. | Gamboa, Guadalupe | 1:19-cv-04819-RLY-TAB |
| 389. | Segars, Ramona | 1:19-cv-04825-RLY-TAB |
| 390. | Wasserstrom, Teresa A. | 1:19-cv-04914-RLY-TAB |
| 391. | Martell, Daniel | 1:19-cv-04918-RLY-TAB |
| 392. | Sanders, Melissa | 1:19-cv-04922-RLY-TAB |
| 393. | Solorio, Gabriel | 1:19-cv-05012-RLY-TAB |
| 394. | Espley, Kevin | 1:19-cv-05017-RLY-TAB |
| 395. | Seibert, Tara | 1:19-cv-05024-RLY-TAB |
| 396. | Hill, Charles | 1:19-cv-06102-RLY-TAB |
| 397. | Snow, Donald | 1:20-cv-00108-RLY-TAB |
| 398. | Troy, James | 1:20-cv-00121-RLY-TAB |
| 399. | Rodriguez, Roberto | 1:20-cv-00122-RLY-TAB |
| 400. | White, Crystal | 1:20-cv-00223-RLY-TAB |
| 401. | Fruge, Maria | 1:20-cv-00326-RLY-TAB |
| 402. | O'Leary, Lisa | 1:20-cv-00475-RLY-TAB |
| 403. | Eitel, Billie | 1:20-cv-00536-RLY-TAB |
| 404. | Decker, Natasha | 1:20-cv-00994-RLY-TAB |
| 405. | Francis, Jacqueline | 1:20-cv-01004-RLY-TAB |
| 406. | Ramsey, Joetta | 1:20-cv-01006-RLY-TAB |
| 407. | Burroughs, Randall | 1:20-cv-01009-RLY-TAB |
| 408. | Basie, John | 1:20-cv-01195-RLY-TAB |
| 409. | Reyes, David | 1:20-cv-01761-RLY-TAB |
| 410. | Linn, Carol | 1:20-cv-01775-RLY-TAB |
| 411. | McCabe, Patrick | 1:20-cv-01776-RLY-TAB |
| 412. | Orozco, Harold | 1:20-cv-01779-RLY-TAB |
| 413. | Sanders, Tracey | 1:20-cv-01781-RLY-TAB |
| 414. | Vyvyan, Randall | 1:20-cv-01782-RLY-TAB |
| 415. | Shiel, Cary | 1:20-cv-01783-RLY-TAB |
| 416. | Bryant, Michael | 1:20-cv-01846-RLY-TAB |
| 417. | Bercier, Marlene | 1:20-cv-01886-RLY-TAB |
| 418. | Pulido, Charity | 1:20-cv-02347-RLY-TAB |
| 419. | Woods, Joanne | 1:20-cv-02547-RLY-TAB |
| 420. | Smith, Ryan | 1:20-cv-02551-RLY-TAB |
| 421. | Whiteside, Nikia | 1:20-cv-02554-RLY-TAB |
| 422. | Perez, Linda | 1:20-cv-02560-RLY-TAB |
| 423. | Carter, Jody | 1:20-cv-02594-RLY-TAB |
| 424. | Oliver, Lester | 1:20-cv-02955-RLY-TAB |
| 425. | Ducongé, Christopher | 1:20-cv-03109-RLY-TAB |

| | | |
|---|---|---|
| 426. | Jacoby, John | 1:20-cv-06108-RLY-TAB |
| 427. | Storch, Lawrence | 1:20-cv-06109-RLY-TAB |
| 428. | Long, Barry | 1:20-cv-06111-RLY-TAB |
| 429. | Kane, Joseph | 1:20-cv-06120-RLY-TAB |
| 430. | Stephenson, Thomas | 1:20-cv-06128-RLY-TAB |
| 431. | Townley, Walter | 1:20-cv-06129-RLY-TAB |
| 432. | Kincaid, Ollie | 1:20-cv-06158-RLY-TAB |
| 433. | Profit, Ruth E. | 1:20-cv-06184-RLY-TAB |
| 434. | Simon, John | 1:20-cv-06185-RLY-TAB |
| 435. | Davis, David | 1:20-cv-06186-RLY-TAB |
| 436. | Ryan, Dennis J. | 1:20-cv-06199-RLY-TAB |
| 437. | Alkamel, Lisa | 1:20-cv-06202-RLY-TAB |
| 438. | Warden, Jayson | 1:20-cv-06205-RLY-TAB |
| 439. | Hayslip, Stephen | 1:20-cv-06237-RLY-TAB |
| 440. | Sevene, Philip, Sr. | 1:20-cv-06246-RLY-TAB |
| 441. | Brown, Matthew A. | 1:20-cv-06247-RLY-TAB |
| 442. | Wright, Cheryl | 1:20-cv-06259-RLY-TAB |
| 443. | Loucks, Richard | 1:20-cv-06262-RLY-TAB |
| 444. | Montgomery, Paul | 1:20-cv-06267-RLY-TAB |
| 445. | Jaggi, Meena | 1:20-cv-06269-RLY-TAB |
| 446. | Thompson, Charlesetta L. | 1:20-cv-06275-RLY-TAB |
| 447. | Wiley, Crystal | 1:20-cv-06276-RLY-TAB |
| 448. | Castro, Odilie | 1:20-cv-06280-RLY-TAB |
| 449. | Kennedy, Verdica | 1:20-cv-06288-RLY-TAB |
| 450. | McQueary, Ellis Lee | 1:20-cv-06290-RLY-TAB |
| 451. | Monteith, Dorothy | 1:20-cv-06291-RLY-TAB |
| 452. | Castellow, Robert | 1:20-cv-06299-RLY-TAB |
| 453. | Burgman, Arnold | 1:20-cv-06303-RLY-TAB |
| 454. | Chandler, George Aaron | 1:20-cv-06311-RLY-TAB |
| 455. | Marshall, Stephen | 1:21-cv-00031-RLY-TAB |
| 456. | Sanchez, Remedios | 1:21-cv-00083-RLY-TAB |
| 457. | Olney, Michelle | 1:21-cv-00111-RLY-TAB |
| 458. | Simalton, Jerome | 1:21-cv-00140-RLY-TAB |
| 459. | Gautier, Lacey | 1:21-cv-00172-RLY-TAB |
| 460. | Mitchell, Nelda | 1:21-cv-00285-RLY-TAB |
| 461. | Williams, Loria Ann | 1:21-cv-00463-RLY-TAB |
| 462. | Currier, Larry | 1:21-cv-00464-RLY-TAB |
| 463. | Perez, Modesty | 1:21-cv-00749-RLY-TAB |
| 464. | Heglar, Bernice | 1:21-cv-00759-RLY-TAB |
| 465. | Streather, Valinda | 1:21-cv-00775-RLY-TAB |
| 466. | Simons, Lonnie | 1:21-cv-00777-RLY-TAB |
| 467. | Kommer, Steven P. | 1:21-cv-00816-RLY-TAB |
| 468. | Long, Gregory | 1:21-cv-00866-RLY-TAB |
| 469. | Hoyt, Brandy | 1:21-cv-01196-RLY-TAB |
| 470. | Apa, Patrick | 1:21-cv-01360-RLY-TAB |
| 471. | Washington, Zenobia | 1:21-cv-01445-RLY-TAB |
| 472. | Harriger, Preston | 1:21-cv-01549-RLY-TAB |
| 473. | Biggs, Michele | 1:21-cv-01976-RLY-TAB |

| | | |
|---|---|---|
| 474. | Angel, Sandra | 1:21-cv-02018-RLY-TAB |
| 475. | Rodriguez, Casander | 1:21-cv-02142-RLY-TAB |
| 476. | Santos, Jaye | 1:21-cv-02427-RLY-TAB |
| 477. | Freehling, Kathleen | 1:21-cv-02429-RLY-TAB |
| 478. | Sauls, Anna | 1:21-cv-02430-RLY-TAB |
| 479. | Terrell, Sharon | 1:21-cv-02497-RLY-TAB |
| 480. | Martinez, Raymond | 1:21-cv-02498-RLY-TAB |
| 481. | Kapsch, Karen | 1:21-cv-02502-RLY-TAB |
| 482. | Shepley, Clyde | 1:21-cv-02509-RLY-TAB |
| 483. | Bray, Dawn | 1:21-cv-02513-RLY-TAB |
| 484. | Freer, Victor | 1:21-cv-02521-RLY-TAB |
| 485. | White, Duane | 1:21-cv-02667-RLY-TAB |
| 486. | Alexander, Audrey Renee | 1:21-cv-02762-RLY-TAB |
| 487. | Stiles, Larry | 1:21-cv-02789-RLY-TAB |
| 488. | Lufkin, Roy | 1:21-cv-02838-RLY-TAB |
| 489. | Hagerty, Charlotte A. | 1:21-cv-06317-RLY-TAB |
| 490. | Norris, Rhonda | 1:21-cv-06325-RLY-TAB |
| 491. | Quiroz, Steven J. | 1:21-cv-06399-RLY-TAB |
| 492. | Phillips, Sarah | 1:21-cv-06417-RLY-TAB |
| 493. | Lamb, Terry Lee | 1:21-cv-06425-RLY-TAB |
| 494. | Walz, Vonnie | 1:21-cv-06427-RLY-TAB |
| 495. | Gatewood, Gloria | 1:21-cv-06431-RLY-TAB |
| 496. | Rex, Douglas J. | 1:21-cv-06436-RLY-TAB |
| 497. | Madden, Marilyn | 1:21-cv-06437-RLY-TAB |
| 498. | Souza, Alex | 1:21-cv-06443-RLY-TAB |
| 499. | Miliner, Patricia | 1:21-cv-06449-RLY-TAB |
| 500. | Cormier, Matthew | 1:21-cv-06458-RLY-TAB |
| 501. | Warren, Craig | 1:21-cv-06460-RLY-TAB |
| 502. | Adams, Katie | 1:21-cv-06465-RLY-TAB |
| 503. | Felder, Torey M. | 1:21-cv-06476-RLY-TAB |
| 504. | Hill-Gaugler, Denise | 1:21-cv-06485-RLY-TAB |
| 505. | Johnston, James | 1:21-cv-06497-RLY-TAB |
| 506. | Varady, Eric | 1:21-cv-06498-RLY-TAB |
| 507. | Brewer, Michael | 1:21-cv-06499-RLY-TAB |
| 508. | Buffington, Jeff | 1:21-cv-06514-RLY-TAB |
| 509. | Turgun, Dennis | 1:21-cv-06528-RLY-TAB |
| 510. | Meyers, David L. | 1:21-cv-06533-RLY-TAB |
| 511. | Arnold, Franklin N. | 1:21-cv-06547-RLY-TAB |
| 512. | Grant, Nathaniel | 1:21-cv-06552-RLY-TAB |
| 513. | McLeod, Angeline | 1:21-cv-06559-RLY-TAB |
| 514. | Jackson, John David | 1:21-cv-06572-RLY-TAB |
| 515. | Chapman, Kendal | 1:21-cv-06583-RLY-TAB |
| 516. | Harris, Allen | 1:21-cv-06595-RLY-TAB |
| 517. | Brathwaite, Jamal | 1:21-cv-06598-RLY-TAB |
| 518. | Ross, Linette | 1:21-cv-06627-RLY-TAB |
| 519. | Hart, Evelyn | 1:21-cv-06628-RLY-TAB |
| 520. | Gardner, Celestine Martha | 1:21-cv-06629-RLY-TAB |
| 521. | Lovelace, Jeanne | 1:21-cv-06640-RLY-TAB |

| | | |
|---|---|---|
| 522. | Abdo, Elshaday | 1:21-cv-06649-RLY-TAB |
| 523. | Ramirez, Laura C. | 1:21-cv-06680-RLY-TAB |
| 524. | Karas, Nick | 1:21-cv-06691-RLY-TAB |
| 525. | Humenik, Christopher | 1:21-cv-06693-RLY-TAB |
| 526. | Holland, Jeffrey Todd | 1:22-cv-00163-RLY-TAB |
| 527. | Barber, Lorenzo | 1:22-cv-00210-RLY-TAB |
| 528. | Vullo, Frank | 1:22-cv-00451-RLY-TAB |
| 529. | Redden, Staci | 1:22-cv-00904-RLY-TAB |
| 530. | Allen, Randy | 1:22-cv-00905-RLY-TAB |
| 531. | Morris, Mark | 1:22-cv-01014-RLY-TAB |
| 532. | Ream, Brian | 1:22-cv-02017-RLY-TAB |
| 533. | Scruggs, David Lee | 1:22-cv-06711-RLY-TAB |
| 534. | Tetlow, Sandra Anne | 1:22-cv-06717-RLY-TAB |
| 535. | Herron, Bobbie J. | 1:22-cv-06725-RLY-TAB |
| 536. | Gonzalez, Roberto | 1:22-cv-06730-RLY-TAB |
| 537. | Gonzalez, Anna-Lourdes | 1:22-cv-06732-RLY-TAB |
| 538. | Didonato, David | 1:22-cv-06737-RLY-TAB |
| 539. | Cooper, Harold | 1:22-cv-06751-RLY-MPB |
| 540. | Swanson, Nicole | 1:22-cv-06753-RLY-TAB |
| 541. | Bache, Scott | 1:22-cv-06778-RLY-TAB |
| 542. | Holling, Leonard | 1:22-cv-06787-RLY-TAB |
| 543. | Herndon, Dolores | 1:22-cv-06789-RLY-TAB |
| 544. | Grant, Stephanie | 1:22-cv-06790-RLY-TAB |
| 545. | Jackson, Felicia | 1:22-cv-06791-RLY-TAB |
| 546. | Cook, Manuel | 1:22-cv-06792-RLY-TAB |
| 547. | Davis, Larry D. | 1:22-cv-06795-RLY-TAB |
| 548. | Sosseh, Cheyene | 1:22-cv-06797-RLY-TAB |
| 549. | Hope, Christopher M. | 1:22-cv-06810-RLY-TAB |
| 550. | Covington, Rhonda L. | 1:22-cv-06825-RLY-TAB |
| 551. | Barlow-Salter, Penny | 1:22-cv-06834-RLY-TAB |
| 552. | Gutknecht, Jean A. | 1:22-cv-06835-RLY-TAB |
| 553. | Rebel, Michael David | 1:22-cv-06841-RLY-TAB |
| 554. | Leshko-Huard, Lori | 1:22-cv-06855-RLY-TAB |
| 555. | Diaz, Iris | 1:22-cv-06856-RLY-TAB |
| 556. | Bonner, Robert | 1:22-cv-06857-RLY-TAB |
| 557. | Jung, Katie | 1:22-cv-06878-RLY-TAB |
| 558. | Dequaine, Amy | 1:22-cv-06883-RLY-TAB |
| 559. | Loper, Tonya | 1:22-cv-06894-RLY-TAB |
| 560. | Reynolds, Anthony W. | 1:22-cv-06901-RLY-TAB |
| 561. | Zandbergen, Kelly | 1:22-cv-06904-RLY-TAB |
| 562. | Nava, Ma. Antonia Altamirano | 1:22-cv-06915-RLY-TAB |
| 563. | Ortenberg, Cecily | 1:22-cv-06916-RLY-TAB |
| 564. | Hall, Raizel | 1:22-cv-06934-RLY-TAB |
| 565. | Mootoo, Jessica | 1:22-cv-06935-RLY-TAB |
| 566. | Bissell, Debra | 1:22-cv-06944-RLY-TAB |
| 567. | Bishop, Amy | 1:22-cv-06947-RLY-TAB |
| 568. | Papillion, Teresa | 1:23-cv-06952-RLY-TAB |
| 569. | Sabol, Dianna | 1:23-cv-02049-RLY-TAB |

| | | |
|---|---|---|
| 570. | Jones, Jennifer | 1:23-cv-06948-RLY-TAB |
| 571. | Adams, Carolyn | 1:23-cv-06964-RLY-TAB |
| 572. | Plouffe, Lauren | 1:23-cv-06966-RLY-TAB |
| 573. | Bedford, Edwin | 1:23-cv-06971-RLY-TAB |
| 574. | Satterfield, William | 1:23-cv-06974-RLY-TAB |
| 575. | Freeman, Valerie | 1:23-cv-07007-RLY-TAB |
| 576. | Garza, Anne Marie | 1:23-cv-07020-RLY-TAB |
| 577. | Bowe, Robert | 1:23-cv-07024-RLY-TAB |
| 578. | Bradley, Barry | 1:23-cv-07038-RLY-TAB |
| 579. | Best, Russell | 1:23-cv-07042-RLY-TAB |
| 580. | Mathis, Marvin | 1:23-cv-07043-RLY-TAB |
| 581. | Walker, Gwene | 1:23-cv-07050-RLY-TAB |
| 582. | Powell, Traci | 1:23-cv-07056-RLY-TAB |
| 583. | Bennett, Betty | 1:23-cv-07058-RLY-TAB |
| 584. | Mitchell, Karen | 1:23-cv-07065-RLY-TAB |
| 585. | Wardzinski, Craig | 1:23-cv-07067-RLY-TAB |
| 586. | Jenkins, Anthony | 1:23-cv-07082-RLY-TAB |
| 587. | Beckley, Clinton | 1:24-cv-01680-RLY-TAB |
| 588. | Cross, Jon | 1:24-cv-02260-RLY-TAB |
| 589. | Moore, Laurence | 1:24-cv-02264-RLY-TAB |
| 590. | Walker, Mark | 1:24-cv-02298-RLY-TAB |
| 591. | King, Kayla | 1:24-cv-07087-RLY-TAB |
| 592. | Brewton, Adrianna | 1:24-cv-07090-RLY-TAB |
| 593. | Long, Janelle | 1:24-cv-07096-RLY-TAB |
| 594. | Klingman, Joseph | 1:24-cv-07098-RLY-TAB |
| 595. | Martinez, Elsie Ruth | 1:24-cv-07100-RLY-TAB |
| 596. | Hemak, Debra | 1:24-cv-07102-RLY-TAB |
| 597. | Wheat, Tammy | 1:24-cv-07104-RLY-TAB |
| 598. | Smith, Ryan | 1:24-cv-07111-RLY-TAB |
| 599. | Cullotta, Joseph | 1:24-cv-07112-RLY-TAB |
| 600. | Webb, Lindsey | 1:24-cv-07113-RLY-TAB |
| 601. | DeFranzo, Kim | 1:24-cv-07115-RLY-TAB |
| 602. | Norman, Talisha | 1:24-cv-07117-RLY-TAB |
| 603. | Johnson, Brittanie | 1:24-cv-07118-RLY-TAB |
| 604. | Stephens, Leroy | 1:24-cv-07121-RLY-TAB |
| 605. | Smith, Gary | 1:25-cv-01496-RLY-TAB |
| 606. | Fitzgerald, Matthew | 1:25-cv-01633-RLY-TAB |
| 607. | Light, David | 1:25-cv-07123-RLY-TAB |
| 608. | Tofthagen, Shawn | 1:25-cv-07124-RLY-TAB |
| 609. | Warren, Jesse | 1:25-cv-07125-RLY-TAB |
| 610. | Hinton, Quarikas | 1:25-cv-07126-RLY-TAB |
| 611. | Coon, Diane | 1:25-cv-07130-RLY-TAB |