# EXHIBIT A

BEN MARTIN LAW GROUP

COOK MDL CASE LIST

| Name: | Case No. |
|---|---|
| 1. Long, Alex | 1:13-cv-00986-RLY-TAB |
| 2. Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 3. Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 4. Moore, Rosalind and Kourtney Harris | 1:14-cv-00736-RLY-TAB |
| 5. Deschenes, Judith | 1:14-cv-01451-RLY-TAB |
| 6. Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 7. Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 8. Perry-O'Farrow, Letitia | 1:14-cv-06005-RLY-TAB |
| 9. Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 10. Eslick, Karen | 1:14-cv-06011-RLY-TAB |
| 11. Ayers, Naomi | 1:14-cv-06017-RLY-TAB |
| 12. Pfleiderer, Debbie | 1:15-cv-00479-RLY-TAB |
| 13. Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 14. Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |
| 15. Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 16. Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 17. Parker, Michael G. | 1:15-cv-00597-RLY-TAB |
| 18. Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 19. Fulk, Kimberly Dawn | 1:15-cv-00763-RLY-TAB |
| 20. Sadler, Lonnie Ray | 1:15-cv-00852-RLY-TAB |
| 21. White, Thomas III | 1:15-cv-01020-RLY-TAB |
| 22. Shaw, Alexis Miranda | 1:15-cv-01021-RLY-TAB |
| 23. Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 24. Voyles, Joel | 1:15-cv-01159-RLY-TAB |
| 25. George, Preston Jay | 1:15-cv-01176-RLY-TAB |
| 26. Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 27. Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 28. Harris, James Allen | 1:15-cv-01943-RLY-TAB |
| 29. Galloway, Kristi | 1:15-cv-02014-RLY-TAB |
| 30. Tickner, Pat | 1:15-cv-06021-RLY-TAB |
| 31. Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 32. Calistro, Carol | 1:16-cv-00064-RLY-TAB |
| 33. Pemberton, Patricia Ann | 1:16-cv-00432-RLY-TAB |
| 34. Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 35. Alexander, Cecelia Elizabeth | 1:16-cv-00435-RLY-TAB |
| 36. Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 37. Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 38. Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 39. Shields, Paul | 1:16-cv-00577-RLY-TAB |
| 40. Higgins, Jesse | 1:16-cv-00728-RLY-TAB |
| 41. Sexton, Harold | 1:16-cv-00771-RLY-TAB |

| | | |
|---|---|---|
| 42. | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 43. | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 44. | Moore, Lucy and Timothy Hall | 1:16-cv-01083-RLY-TAB |
| 45. | Schroeder, David | 1:16-cv-01245-RLY-TAB |
| 46. | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 47. | Debord, Robert Douglas | 1:16-cv-01518-RLY-TAB |
| 48. | Eberz, Ronald M. | 1:16-cv-01533-RLY-TAB |
| 49. | Harris, Michelle | 1:16-cv-01736-RLY-TAB |
| 50. | Lemmon, Nicole Marie | 1:16-cv-01837-RLY-TAB |
| 51. | Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 52. | Pearson, Crystal Anne | 1:16-cv-01839-RLY-TAB |
| 53. | Reed, Edwin | 1:16-cv-01859-RLY-TAB |
| 54. | Gray, Timothy | 1:16-cv-01880-RLY-TAB |
| 55. | Mckellop-Maxwell, Catherine | 1:16-cv-02095-RLY-TAB |
| 56. | Cutlip, Jeffrey Darren | 1:16-cv-02238-RLY-TAB |
| 57. | James, Steve Allan | 1:16-cv-02253-RLY-TAB |
| 58. | Forbus, Roberta Lynn | 1:16-cv-02286-RLY-TAB |
| 59. | Ellingsen, Christopher | 1:16-cv-02308-RLY-TAB |
| 60. | Langer, Scott Andrew | 1:16-cv-02379-RLY-TAB |
| 61. | Wadsworth, Donna | 1:16-cv-02476-RLY-TAB |
| 62. | Connelly, Thomas | 1:16-cv-02507-RLY-TAB |
| 63. | Burroughs, Collette | 1:16-cv-02524-RLY-TAB |
| 64. | Campbell, Glendolyn | 1:16-cv-02664-RLY-TAB |
| 65. | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 66. | Hart, Billy | 1:16-cv-02829-RLY-TAB |
| 67. | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 68. | Polk, Shirley | 1:16-cv-03236-RLY-TAB |
| 69. | Stevens, Helen | 1:16-cv-03238-RLY-TAB |
| 70. | Vinnik, Charles Alan | 1:16-cv-03273-RLY-TAB |
| 71. | Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 72. | Kennedy, Kristin | 1:16-cv-03275-RLY-TAB |
| 73. | Morris, Richard C. | 1:16-cv-03280-RLY-TAB |
| 74. | Darnell, Julie | 1:16-cv-03305-RLY-TAB |
| 75. | Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 76. | Hess, Robert | 1:16-cv-03312-RLY-TAB |
| 77. | Brown, Jamar | 1:16-cv-03459-RLY-TAB |
| 78. | Chambers, Megan | 1:16-cv-06031-RLY-TAB |
| 79. | Hayes, Charles II | 1:16-cv-06042-RLY-TAB |
| 80. | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 81. | Zernov, Jeffrey Peter | 1:17-cv-00130-RLY-TAB |
| 82. | Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 83. | Nelcamp, Maryann | 1:17-cv-00156-RLY-TAB |
| 84. | Mercer, Susan | 1:17-cv-00256-RLY-TAB |
| 85. | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 86. | Smith, Kenneth Earl | 1:17-cv-00408-RLY-TAB |
| 87. | Bailey, Kent | 1:17-cv-00472-RLY-TAB |
| 88. | Fontes, Peter | 1:17-cv-00484-RLY-TAB |
| 89. | Parsley, Christina | 1:17-cv-00543-RLY-TAB |

| | | |
|---|---|---|
| 90. | Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 91. | Mays, Roberta | 1:17-cv-00587-RLY-TAB |
| 92. | Coren, Michele | 1:17-cv-00591-RLY-TAB |
| 93. | McCrummen, Leticia | 1:17-cv-00658-RLY-TAB |
| 94. | Shaw, Damian | 1:17-cv-00722-RLY-TAB |
| 95. | Craig, Caitlin | 1:17-cv-00731-RLY-TAB |
| 96. | Payne, Susan | 1:17-cv-00762-RLY-TAB |
| 97. | Ptak, Francine | 1:17-cv-00789-RLY-TAB |
| 98. | Wilson, Falanda | 1:17-cv-00792-RLY-TAB |
| 99. | Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 100. | Gray, Anthony | 1:17-cv-00797-RLY-TAB |
| 101. | Page, Terry, Jr. | 1:17-cv-00921-RLY-TAB |
| 102. | Haag, Kathryn | 1:17-cv-01107-RLY-TAB |
| 103. | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 104. | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 105. | Renninger, Gregory | 1:17-cv-01121-RLY-TAB |
| 106. | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 107. | Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 108. | Allred, Alana | 1:17-cv-01183-RLY-TAB |
| 109. | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 110. | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 111. | Bratton, Stephen | 1:17-cv-01612-RLY-TAB |
| 112. | Craig, Amber | 1:17-cv-01697-RLY-TAB |
| 113. | Anderson, Ruth | 1:17-cv-01725-RLY-TAB |
| 114. | Anderson, John W. | 1:17-cv-01726-RLY-TAB |
| 115. | Faust, David | 1:17-cv-01762-RLY-TAB |
| 116. | Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 117. | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 118. | Wilson, Karen | 1:17-cv-01798-RLY-TAB |
| 119. | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 120. | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 121. | Williams, Kimberly M. | 1:17-cv-02320-RLY-TAB |
| 122. | Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 123. | Brouse, Thomas, Jr. | 1:17-cv-02463-RLY-TAB |
| 124. | Ross, John C. | 1:17-cv-02468-RLY-TAB |
| 125. | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 126. | Hatchett, Rosemary | 1:17-cv-02612-RLY-TAB |
| 127. | Dobies, Alan | 1:17-cv-02631-RLY-TAB |
| 128. | Jordan, Lynda | 1:17-cv-02632-RLY-TAB |
| 129. | Reece, Randall | 1:17-cv-02634-RLY-TAB |
| 130. | Sattar, Samina | 1:17-cv-02635-RLY-TAB |
| 131. | Stottlemyer, Charles | 1:17-cv-02636-RLY-TAB |
| 132. | Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 133. | Currie, Edith | 1:17-cv-02716-RLY-TAB |
| 134. | Shipman, Adam | 1:17-cv-02737-RLY-TAB |
| 135. | Smart, Brigitte | 1:17-cv-02763-RLY-TAB |
| 136. | Ganino, Michael | 1:17-cv-02765-RLY-TAB |
| 137. | Jackson, Willie | 1:17-cv-02884-RLY-TAB |

| | | |
|---|---|---|
| 138. | Edmundson, Kathy C. | 1:17-cv-02902-RLY-TAB |
| 139. | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 140. | Tancredi, Daniel | 1:17-cv-02953-RLY-TAB |
| 141. | Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 142. | Pyffer, Dora | 1:17-cv-02995-RLY-TAB |
| 143. | Lynch, Cynthia | 1:17-cv-03101-RLY-TAB |
| 144. | Courtney, Tangee | 1:17-cv-03200-RLY-TAB |
| 145. | Gerritsen, Tony | 1:17-cv-03571-RLY-TAB |
| 146. | King, Chelsea | 1:17-cv-03575-RLY-TAB |
| 147. | Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |
| 148. | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 149. | Mathis, Bonnie | 1:17-cv-03755-RLY-TAB |
| 150. | Pellegrino, Patrick | 1:17-cv-03784-RLY-TAB |
| 151. | Russell, Leslie | 1:17-cv-03786-RLY-TAB |
| 152. | Carmack, Norman | 1:17-cv-04127-RLY-TAB |
| 153. | Lang, Jacqueline S. | 1:17-cv-04142-RLY-TAB |
| 154. | Johnson, Alice | 1:17-cv-04244-RLY-TAB |
| 155. | Bancroft, Lori | 1:17-cv-04312-RLY-TAB |
| 156. | Jessen, Kerry | 1:17-cv-04316-RLY-TAB |
| 157. | Vaughan, Larry John, Jr. | 1:17-cv-04340-RLY-TAB |
| 158. | Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 159. | Hamlyn, Earl | 1:17-cv-04406-RLY-TAB |
| 160. | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 161. | Minnella, Michael | 1:17-cv-04614-RLY-TAB |
| 162. | Miller, Florence | 1:17-cv-04617-RLY-TAB |
| 163. | Peck, David | 1:17-cv-04621-RLY-TAB |
| 164. | Vallely, Stacy | 1:17-cv-04721-RLY-TAB |
| 165. | Cole, Jeanne | 1:17-cv-04732-RLY-TAB |
| 166. | Black, Jeremy | 1:17-cv-04758-RLY-TAB |
| 167. | Christensen, Linda | 1:17-cv-04759-RLY-TAB |
| 168. | Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 169. | Sauls, Rodney Joseph | 1:18-cv-00081-RLY-TAB |
| 170. | Davis, Grace | 1:18-cv-00135-RLY-TAB |
| 171. | Aceto, Tiffany | 1:18-cv-00141-RLY-TAB |
| 172. | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 173. | Bailey, Francis | 1:18-cv-00181-RLY-TAB |
| 174. | Demsko, Jane M. | 1:18-cv-00221-RLY-TAB |
| 175. | Taylor, Amber | 1:18-cv-00229-RLY-TAB |
| 176. | Martin, William P. | 1:18-cv-00250-RLY-TAB |
| 177. | Knapp, Ivan | 1:18-cv-00253-RLY-TAB |
| 178. | Fort, Edwin | 1:18-cv-00290-RLY-TAB |
| 179. | Jones, Lakeisha | 1:18-cv-00371-RLY-TAB |
| 180. | Brazos, Blaise | 1:18-cv-00374-RLY-TAB |
| 181. | Caldwell, Karen | 1:18-cv-00394-RLY-TAB |
| 182. | Orser, Kelly | 1:18-cv-00482-RLY-TAB |
| 183. | Bowen, Margaret | 1:18-cv-00483-RLY-TAB |
| 184. | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 185. | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |

| | | |
|---|---|---|
| 186. | Adams, Kimberly | 1:18-cv-00800-RLY-TAB |
| 187. | Adolf, David | 1:18-cv-00801-RLY-TAB |
| 188. | Alliss, Lisa Renee | 1:18-cv-00802-RLY-TAB |
| 189. | Banks, Terasa Marie | 1:18-cv-00803-RLY-TAB |
| 190. | Clark, Cynthia | 1:18-cv-00804-RLY-TAB |
| 191. | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 192. | Brown, Thomas H. | 1:18-cv-00814-RLY-TAB |
| 193. | Haas, Frederick J. | 1:18-cv-00816-RLY-TAB |
| 194. | Dyer, Eileen May | 1:18-cv-00817-RLY-TAB |
| 195. | Brundydge, Shelly | 1:18-cv-00818-RLY-TAB |
| 196. | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 197. | Deo, Michael David | 1:18-cv-00828-RLY-TAB |
| 198. | Dean, Thomas J. III | 1:18-cv-00830-RLY-TAB |
| 199. | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 200. | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 201. | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 202. | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 203. | Smith, Larry Lee | 1:18-cv-00838-RLY-TAB |
| 204. | Gibson, Susan Padgett | 1:18-cv-00839-RLY-TAB |
| 205. | Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 206. | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 207. | Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 208. | Clowser, Sandra | 1:18-cv-00982-RLY-TAB |
| 209. | Wood, David | 1:18-cv-01046-RLY-TAB |
| 210. | Cinovoj, Aleksandras | 1:18-cv-01227-RLY-TAB |
| 211. | Redifer, Stephanie | 1:18-cv-01370-RLY-TAB |
| 212. | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 213. | Owens, Autumn | 1:18-cv-01458-RLY-TAB |
| 214. | Armfield, James | 1:18-cv-01546-RLY-TAB |
| 215. | Owens, Jerry | 1:18-cv-01547-RLY-TAB |
| 216. | Lopez, Travis | 1:18-cv-01748-RLY-TAB |
| 217. | Lopez, Jennifer | 1:18-cv-01751-RLY-TAB |
| 218. | Job, Steven | 1:18-cv-01753-RLY-TAB |
| 219. | Berkshire, Frederick | 1:18-cv-01899-RLY-TAB |
| 220. | Bishop, Kathleen | 1:18-cv-01901-RLY-TAB |
| 221. | Henderson, Anya | 1:18-cv-01902-RLY-TAB |
| 222. | Swaite, Robin | 1:18-cv-01905-RLY-TAB |
| 223. | Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 224. | Dukes, Roy | 1:18-cv-01935-RLY-TAB |
| 225. | Lausten, Christian | 1:18-cv-02108-RLY-TAB |
| 226. | Nece, Lawrence | 1:18-cv-02121-RLY-TAB |
| 227. | Masalskis, Kanetta | 1:18-cv-02127-RLY-TAB |
| 228. | Umbaugh, Paul M. | 1:18-cv-02178-RLY-TAB |
| 229. | Lewis, Willie | 1:18-cv-02180-RLY-TAB |
| 230. | Walker, James | 1:18-cv-02212-RLY-TAB |
| 231. | Jackson, Linda | 1:18-cv-02316-RLY-TAB |
| 232. | Dean, Robert | 1:18-cv-02411-RLY-TAB |
| 233. | Clark, Robert | 1:18-cv-02414-RLY-TAB |

| #    | Name                     | Case Number            |
|------|--------------------------|------------------------|
| 234. | Maddock, Jerry           | 1:18-cv-02420-RLY-TAB  |
| 235. | Borgens, Angelo          | 1:18-cv-02451-RLY-TAB  |
| 236. | Conner, Dana             | 1:18-cv-02472-RLY-TAB  |
| 237. | Seibert, John Stewart    | 1:18-cv-02522-RLY-TAB  |
| 238. | Raybuck, David           | 1:18-cv-02541-RLY-TAB  |
| 239. | Jackson, Gloria          | 1:18-cv-02543-RLY-TAB  |
| 240. | Brown-Peterson, Katrina  | 1:18-cv-02569-RLY-TAB  |
| 241. | Johnson, Frederick       | 1:18-cv-02611-RLY-TAB  |
| 242. | Lowe, Tomika             | 1:18-cv-02657-RLY-TAB  |
| 243. | Pierce, Alan             | 1:18-cv-02862-RLY-TAB  |
| 244. | Ferrell, Marinda         | 1:18-cv-02917-RLY-TAB  |
| 245. | Garrett, Alvin           | 1:18-cv-02927-RLY-TAB  |
| 246. | Daugherty, Linda         | 1:18-cv-02928-RLY-TAB  |
| 247. | Rostie, Mary             | 1:18-cv-02930-RLY-TAB  |
| 248. | Relitz, Brian            | 1:18-cv-02932-RLY-TAB  |
| 249. | Madison, April           | 1:18-cv-02934-RLY-TAB  |
| 250. | Wright, Jerry            | 1:18-cv-02935-RLY-TAB  |
| 251. | Adeshewo, Elizabeth      | 1:18-cv-02937-RLY-TAB  |
| 252. | Kopf, Jeffrey            | 1:18-cv-02954-RLY-TAB  |
| 253. | Evans, Christina         | 1:18-cv-02957-RLY-TAB  |
| 254. | Jones, Florence          | 1:18-cv-02970-RLY-TAB  |
| 255. | Roberson, Demetrious     | 1:18-cv-02976-RLY-TAB  |
| 256. | Schmidt, Carol           | 1:18-cv-02981-RLY-TAB  |
| 257. | Mitchell, William        | 1:18-cv-02987-RLY-TAB  |
| 258. | Hoffman, Dustin          | 1:18-cv-02992-RLY-TAB  |
| 259. | Hidalgo, Mariel          | 1:18-cv-02994-RLY-TAB  |
| 260. | Beverage, Cathy          | 1:18-cv-03004-RLY-TAB  |
| 261. | Franzen, Donna           | 1:18-cv-03017-RLY-TAB  |
| 262. | Swackerd, Jermaine       | 1:18-cv-03018-RLY-TAB  |
| 263. | Schmidt, Roger           | 1:18-cv-03066-RLY-TAB  |
| 264. | Edmonds, Walesha         | 1:18-cv-03081-RLY-TAB  |
| 265. | Rosier, James            | 1:18-cv-03086-RLY-TAB  |
| 266. | Smith, James Carmichael  | 1:18-cv-03096-RLY-TAB  |
| 267. | Briones-Ubaldo, Deborah R. | 1:18-cv-03189-RLY-TAB |
| 268. | McClusky, Nina           | 1:18-cv-03402-RLY-TAB  |
| 269. | James, Judy              | 1:18-cv-03410-RLY-TAB  |
| 270. | Dresser, James           | 1:18-cv-03413-RLY-TAB  |
| 271. | Beckham, John            | 1:18-cv-03423-RLY-TAB  |
| 272. | Armstrong, William       | 1:18-cv-03549-RLY-TAB  |
| 273. | Davis, Megan             | 1:18-cv-03552-RLY-TAB  |
| 274. | Sorenson, Ilene          | 1:18-cv-03562-RLY-TAB  |
| 275. | Jones, Gertrude          | 1:18-cv-03572-RLY-TAB  |
| 276. | Southern, George         | 1:18-cv-03575-RLY-TAB  |
| 277. | Krock, Diane             | 1:18-cv-03598-RLY-TAB  |
| 278. | McFate, Gavin            | 1:18-cv-03698-RLY-TAB  |
| 279. | Lamotte, Jan             | 1:18-cv-03728-RLY-TAB  |
| 280. | Willis, Floyd            | 1:18-cv-03732-RLY-TAB  |
| 281. | Splitt, Corinne          | 1:18-cv-03741-RLY-TAB  |

| | | |
|---|---|---|
| 282. | Bullock, Booker | 1:18-cv-03753-RLY-TAB |
| 283. | Cabral, Janet | 1:18-cv-03873-RLY-TAB |
| 284. | Jackson-Harris, Jamice | 1:18-cv-03897-RLY-TAB |
| 285. | Thompson, Margaret | 1:19-cv-00127-RLY-TAB |
| 286. | Dalrymple, Roberta | 1:19-cv-00130-RLY-TAB |
| 287. | Williams, Richard | 1:19-cv-00131-RLY-TAB |
| 288. | Williams, Joshua Jordan | 1:19-cv-00232-RLY-TAB |
| 289. | Levin, Barbara | 1:19-cv-00556-RLY-TAB |
| 290. | Allen, Minnie | 1:19-cv-00579-RLY-TAB |
| 291. | Ross, Felica | 1:19-cv-00660-RLY-TAB |
| 292. | Russell, Keitha | 1:19-cv-00998-RLY-TAB |
| 293. | Coursey, Ernestine | 1:19-cv-01022-RLY-TAB |
| 294. | Dixon, Reginald | 1:19-cv-01047-RLY-TAB |
| 295. | Thompson, Nicole | 1:19-cv-01120-RLY-TAB |
| 296. | Blanding, Naydean | 1:19-cv-01215-RLY-TAB |
| 297. | Seagraves, Brian | 1:19-cv-01255-RLY-TAB |
| 298. | Scudieri, Terrence | 1:19-cv-01256-RLY-TAB |
| 299. | Moise, Javanni | 1:19-cv-01258-RLY-TAB |
| 300. | Serrette, Michel | 1:19-cv-01275-RLY-TAB |
| 301. | Childers, Robert | 1:19-cv-02271-RLY-TAB |
| 302. | Campbell, Ashley Brooke | 1:19-cv-02441-RLY-TAB |
| 303. | Myers, Doris | 1:19-cv-02443-RLY-TAB |
| 304. | Outlaw, Audrey | 1:19-cv-02444-RLY-TAB |
| 305. | Haynes, Arthurlee | 1:19-cv-02583-RLY-TAB |
| 306. | Fisher, Martin | 1:19-cv-02585-RLY-TAB |
| 307. | Cressman, Robert III | 1:19-cv-02615-RLY-TAB |
| 308. | Hendrickson, Terry | 1:19-cv-02620-RLY-TAB |
| 309. | Nazarian, Tina | 1:19-cv-02621-RLY-TAB |
| 310. | Hunt, Ashly | 1:19-cv-02661-RLY-TAB |
| 311. | Glaser-Zakem, Loraine | 1:19-cv-02664-RLY-TAB |
| 312. | Wimberly, Sonya D. | 1:19-cv-02673-RLY-TAB |
| 313. | McDavid, Virginia P. | 1:19-cv-02679-RLY-TAB |
| 314. | Laliberty, Tammy | 1:19-cv-02823-RLY-TAB |
| 315. | Mitchell, John M. | 1:19-cv-02848-RLY-TAB |
| 316. | Shields, Michael | 1:19-cv-02850-RLY-TAB |
| 317. | Chavers, Amaris | 1:19-cv-02851-RLY-TAB |
| 318. | Manseau, Michael | 1:19-cv-02852-RLY-TAB |
| 319. | Evans, Ronald | 1:19-cv-02900-RLY-TAB |
| 320. | Baker, Timothy | 1:19-cv-02965-RLY-TAB |
| 321. | Davies, John | 1:19-cv-02968-RLY-TAB |
| 322. | Richardson, Michael | 1:19-cv-02974-RLY-TAB |
| 323. | Lindsey, Virginia | 1:19-cv-03204-RLY-TAB |
| 324. | Carter, Shay L. | 1:19-cv-03342-RLY-TAB |
| 325. | Jenkins, Kimily | 1:19-cv-03497-RLY-TAB |
| 326. | Miller-Harris, Darlene | 1:19-cv-03645-RLY-TAB |
| 327. | Jude, Shannon | 1:19-cv-03742-RLY-TAB |
| 328. | Spence, Jessica | 1:19-cv-03819-RLY-TAB |
| 329. | Kribbs, James | 1:19-cv-03875-RLY-TAB |

| | | |
|---|---|---|
| 330. | Deluca, Maura | 1:19-cv-03899-RLY-TAB |
| 331. | Lewis, Shirlene | 1:19-cv-04008-RLY-TAB |
| 332. | Workman, Goldie | 1:19-cv-04161-RLY-TAB |
| 333. | London, Anthony | 1:19-cv-04177-RLY-TAB |
| 334. | Daniels, Laurie | 1:19-cv-04341-RLY-TAB |
| 335. | Simons, Lonnie | 1:19-cv-04376-RLY-TAB |
| 336. | Mason, Bruce | 1:19-cv-04403-RLY-TAB |
| 337. | Sproul, Ashly | 1:19-cv-04452-RLY-TAB |
| 338. | Haney, Teresa | 1:19-cv-04771-RLY-TAB |
| 339. | Parks, Judy | 1:19-cv-04772-RLY-TAB |
| 340. | Caudill, David | 1:19-cv-04774-RLY-TAB |
| 341. | Gamboa, Guadalupe | 1:19-cv-04819-RLY-TAB |
| 342. | Segars, Ramona | 1:19-cv-04825-RLY-TAB |
| 343. | Wasserstrom, Teresa A. | 1:19-cv-04914-RLY-TAB |
| 344. | Martell, Daniel | 1:19-cv-04918-RLY-TAB |
| 345. | Sanders, Melissa | 1:19-cv-04922-RLY-TAB |
| 346. | Solorio, Gabriel | 1:19-cv-05012-RLY-TAB |
| 347. | Espley, Kevin | 1:19-cv-05017-RLY-TAB |
| 348. | Seibert, Tara | 1:19-cv-05024-RLY-TAB |
| 349. | Hill, Charles | 1:19-cv-06102-RLY-TAB |
| 350. | Snow, Donald | 1:20-cv-00108-RLY-TAB |
| 351. | Troy, James | 1:20-cv-00121-RLY-TAB |
| 352. | Rodriguez, Roberto | 1:20-cv-00122-RLY-TAB |
| 353. | White, Crystal | 1:20-cv-00223-RLY-TAB |
| 354. | Fruge, Maria | 1:20-cv-00326-RLY-TAB |
| 355. | O'Leary, Lisa | 1:20-cv-00475-RLY-TAB |
| 356. | Eitel, Billie | 1:20-cv-00536-RLY-TAB |
| 357. | Decker, Natasha | 1:20-cv-00994-RLY-TAB |
| 358. | Francis, Jacqueline | 1:20-cv-01004-RLY-TAB |
| 359. | Ramsey, Joetta | 1:20-cv-01006-RLY-TAB |
| 360. | Burroughs, Randall | 1:20-cv-01009-RLY-TAB |
| 361. | Basie, John | 1:20-cv-01195-RLY-TAB |
| 362. | Reyes, David | 1:20-cv-01761-RLY-TAB |
| 363. | Linn, Carol | 1:20-cv-01775-RLY-TAB |
| 364. | McCabe, Patrick | 1:20-cv-01776-RLY-TAB |
| 365. | Orozco, Harold | 1:20-cv-01779-RLY-TAB |
| 366. | Sanders, Tracey | 1:20-cv-01781-RLY-TAB |
| 367. | Vyvyan, Randall | 1:20-cv-01782-RLY-TAB |
| 368. | Shiel, Cary | 1:20-cv-01783-RLY-TAB |
| 369. | Bryant, Michael | 1:20-cv-01846-RLY-TAB |
| 370. | Bercier, Marlene | 1:20-cv-01886-RLY-TAB |
| 371. | Pulido, Charity | 1:20-cv-02347-RLY-TAB |
| 372. | Woods, Joanne | 1:20-cv-02547-RLY-TAB |
| 373. | Smith, Ryan | 1:20-cv-02551-RLY-TAB |
| 374. | Whiteside, Nikia | 1:20-cv-02554-RLY-TAB |
| 375. | Perez, Linda | 1:20-cv-02560-RLY-TAB |
| 376. | Carter, Jody | 1:20-cv-02594-RLY-TAB |
| 377. | Oliver, Lester | 1:20-cv-02955-RLY-TAB |

| | | |
|---|---|---|
| 378. | Duconge, Christopher | 1:20-cv-03109-RLY-TAB |
| 379. | Jacoby, John | 1:20-cv-06108-RLY-TAB |
| 380. | Storch, Lawrence | 1:20-cv-06109-RLY-TAB |
| 381. | Long, Barry | 1:20-cv-06111-RLY-TAB |
| 382. | Kane, Joseph | 1:20-cv-06120-RLY-TAB |
| 383. | Stephenson, Thomas | 1:20-cv-06128-RLY-TAB |
| 384. | Townley, Walter | 1:20-cv-06129-RLY-TAB |
| 385. | Kincaid, Ollie | 1:20-cv-06158-RLY-TAB |
| 386. | Simon, John | 1:20-cv-06185-RLY-TAB |
| 387. | Davis, David | 1:20-cv-06186-RLY-TAB |
| 388. | Alkamel, Lisa | 1:20-cv-06202-RLY-TAB |
| 389. | Warden, Jayson | 1:20-cv-06205-RLY-TAB |
| 390. | Hayslip, Stephen | 1:20-cv-06237-RLY-TAB |
| 391. | Sevene, Philip, Sr. | 1:20-cv-06246-RLY-TAB |
| 392. | Brown, Matthew A. | 1:20-cv-06247-RLY-TAB |
| 393. | Wright, Cheryl | 1:20-cv-06259-RLY-TAB |
| 394. | Loucks, Richard | 1:20-cv-06262-RLY-TAB |
| 395. | Montgomery, Paul | 1:20-cv-06267-RLY-TAB |
| 396. | Jaggi, Meena | 1:20-cv-06269-RLY-TAB |
| 397. | Thompson, Charlesetta L. | 1:20-cv-06275-RLY-TAB |
| 398. | Wiley, Crystal | 1:20-cv-06276-RLY-TAB |
| 399. | Castro, Odilie | 1:20-cv-06280-RLY-TAB |
| 400. | Kennedy, Verdica | 1:20-cv-06288-RLY-TAB |
| 401. | McQueary, Ellis Lee | 1:20-cv-06290-RLY-TAB |
| 402. | Castellow, Robert | 1:20-cv-06299-RLY-TAB |
| 403. | Burgman, Arnold | 1:20-cv-06303-RLY-TAB |
| 404. | Chandler, George Aaron | 1:20-cv-06311-RLY-TAB |
| 405. | Marshall, Stephen | 1:21-cv-00031-RLY-TAB |
| 406. | Sanchez, Remedios | 1:21-cv-00083-RLY-TAB |
| 407. | Olney, Michelle | 1:21-cv-00111-RLY-TAB |
| 408. | Simalton, Jerome | 1:21-cv-00140-RLY-TAB |
| 409. | Gautier, Lacey | 1:21-cv-00172-RLY-TAB |
| 410. | Mitchell, Nelda | 1:21-cv-00285-RLY-TAB |
| 411. | Williams, Loria Ann | 1:21-cv-00463-RLY-TAB |
| 412. | Currier, Larry | 1:21-cv-00464-RLY-TAB |
| 413. | Perez, Modesty | 1:21-cv-00749-RLY-TAB |
| 414. | Heglar, Bernice | 1:21-cv-00759-RLY-TAB |
| 415. | Streather, Valinda | 1:21-cv-00775-RLY-TAB |
| 416. | Simons, Lonnie | 1:21-cv-00777-RLY-TAB |
| 417. | Kommer, Steven P. | 1:21-cv-00816-RLY-TAB |
| 418. | Long, Gregory | 1:21-cv-00866-RLY-TAB |
| 419. | Hoyt, Brandy | 1:21-cv-01196-RLY-TAB |
| 420. | Apa, Patrick | 1:21-cv-01360-RLY-TAB |
| 421. | Washington, Zenobia | 1:21-cv-01445-RLY-TAB |
| 422. | Harriger, Preston | 1:21-cv-01549-RLY-TAB |
| 423. | Biggs, Michele | 1:21-cv-01976-RLY-TAB |
| 424. | Angel, Sandra | 1:21-cv-02018-RLY-TAB |
| 425. | Rodriguez, Casander | 1:21-cv-02142-RLY-TAB |

| | | |
|---|---|---|
| 426. | Santos, Jaye | 1:21-cv-02427-RLY-TAB |
| 427. | Freehling, Kathleen | 1:21-cv-02429-RLY-TAB |
| 428. | Sauls, Anna | 1:21-cv-02430-RLY-TAB |
| 429. | Terrell, Sharon | 1:21-cv-02497-RLY-TAB |
| 430. | Martinez, Raymond | 1:21-cv-02498-RLY-TAB |
| 431. | Kapsch, Karen | 1:21-cv-02502-RLY-TAB |
| 432. | Shepley, Clyde | 1:21-cv-02509-RLY-TAB |
| 433. | Bray, Dawn | 1:21-cv-02513-RLY-TAB |
| 434. | Freer, Victor | 1:21-cv-02521-RLY-TAB |
| 435. | White, Duane | 1:21-cv-02667-RLY-TAB |
| 436. | Alexander, Audrey Renee | 1:21-cv-02762-RLY-TAB |
| 437. | Stiles, Larry | 1:21-cv-02789-RLY-TAB |
| 438. | Norris, Rhonda | 1:21-cv-06325-RLY-TAB |
| 439. | Quiroz, Steven J. | 1:21-cv-06399-RLY-TAB |
| 440. | Phillips, Sarah | 1:21-cv-06417-RLY-TAB |
| 441. | Gatewood, Gloria | 1:21-cv-06431-RLY-TAB |
| 442. | Rex, Douglas J. | 1:21-cv-06436-RLY-TAB |
| 443. | Madden, Marilyn | 1:21-cv-06437-RLY-TAB |
| 444. | Souza, Alex | 1:21-cv-06443-RLY-TAB |
| 445. | Miliner, Patricia | 1:21-cv-06449-RLY-TAB |
| 446. | Cormier, Matthew | 1:21-cv-06458-RLY-TAB |
| 447. | Warren, Craig | 1:21-cv-06460-RLY-TAB |
| 448. | Adams, Katie | 1:21-cv-06465-RLY-TAB |
| 449. | Felder, Torey M. | 1:21-cv-06476-RLY-TAB |
| 450. | Johnston, James | 1:21-cv-06497-RLY-TAB |
| 451. | Varady, Eric | 1:21-cv-06498-RLY-TAB |
| 452. | Buffington, Jeff | 1:21-cv-06514-RLY-TAB |
| 453. | Turgun, Dennis | 1:21-cv-06528-RLY-TAB |
| 454. | Meyers, David L. | 1:21-cv-06533-RLY-TAB |
| 455. | Grant, Nathaniel | 1:21-cv-06552-RLY-TAB |
| 456. | Harris, Allen | 1:21-cv-06595-RLY-TAB |
| 457. | Lovelace, Jeanne | 1:21-cv-06640-RLY-TAB |
| 458. | Ramirez, Laura C. | 1:21-cv-06680-RLY-TAB |
| 459. | Karas, Nick | 1:21-cv-06691-RLY-TAB |
| 460. | Humenik, Christopher | 1:21-cv-06693-RLY-TAB |
| 461. | Holland, Jeffrey Todd | 1:22-cv-00163-RLY-TAB |
| 462. | Barber, Lorenzo | 1:22-cv-00210-RLY-TAB |
| 463. | Vullo, Frank | 1:22-cv-00451-RLY-TAB |
| 464. | Redden, Staci | 1:22-cv-00904-RLY-TAB |
| 465. | Allen, Randy | 1:22-cv-00905-RLY-TAB |
| 466. | Morris, Mark | 1:22-cv-01014-RLY-TAB |
| 467. | Ream, Brian | 1:22-cv-02017-RLY-TAB |
| 468. | Scruggs, David Lee | 1:22-cv-06711-RLY-TAB |
| 469. | Tetlow, Sandra Anne | 1:22-cv-06717-RLY-TAB |
| 470. | Herron, Bobbie J. | 1:22-cv-06725-RLY-TAB |
| 471. | Gonzalez, Roberto | 1:22-cv-06730-RLY-TAB |
| 472. | Bache, Scott | 1:22-cv-06778-RLY-TAB |
| 473. | Holling, Leonard | 1:22-cv-06787-RLY-TAB |

| | | |
|---|---|---|
| 474. | Cook, Manuel | 1:22-cv-06792-RLY-TAB |
| 475. | Davis, Larry D. | 1:22-cv-06795-RLY-TAB |
| 476. | Sosseh, Cheyene | 1:22-cv-06797-RLY-TAB |
| 477. | Barlow-Salter, Penny | 1:22-cv-06834-RLY-TAB |
| 478. | Rebel, Michael David | 1:22-cv-06841-RLY-TAB |
| 479. | Diaz, Iris | 1:22-cv-06856-RLY-TAB |
| 480. | Dequaine, Amy | 1:22-cv-06883-RLY-TAB |
| 481. | Loper, Tonya | 1:22-cv-06894-RLY-TAB |
| 482. | Zandbergen, Kelly | 1:22-cv-06904-RLY-TAB |
| 483. | Hall, Raizel | 1:22-cv-06934-RLY-TAB |
| 484. | Mootoo, Jessica | 1:22-cv-06935-RLY-TAB |
| 485. | Bissell, Debra | 1:22-cv-06944-RLY-TAB |
| 486. | Bishop, Amy | 1:22-cv-06947-RLY-TAB |
| 487. | Sabol, Dianna | 1:23-cv-02049-RLY-TAB |
| 488. | Jones, Jennifer | 1:23-cv-06948-RLY-TAB |
| 489. | Adams, Carolyn | 1:23-cv-06964-RLY-TAB |
| 490. | Plouffe, Lauren | 1:23-cv-06966-RLY-TAB |
| 491. | Bedford, Edwin | 1:23-cv-06971-RLY-TAB |
| 492. | Satterfield, William | 1:23-cv-06974-RLY-TAB |
| 493. | Freeman, Valerie | 1:23-cv-07007-RLY-TAB |
| 494. | Garza, Anne Marie | 1:23-cv-07020-RLY-TAB |
| 495. | Bowe, Robert | 1:23-cv-07024-RLY-TAB |
| 496. | Bradley, Barry | 1:23-cv-07038-RLY-TAB |
| 497. | Best, Russell | 1:23-cv-07042-RLY-TAB |
| 498. | Mathis, Marvin | 1:23-cv-07043-RLY-TAB |
| 499. | Walker, Gwene | 1:23-cv-07050-RLY-TAB |
| 500. | Powell, Traci | 1:23-cv-07056-RLY-TAB |
| 501. | Bennett, Betty | 1:23-cv-07058-RLY-TAB |
| 502. | Mitchell, Karen | 1:23-cv-07065-RLY-TAB |
| 503. | Wardzinski, Craig | 1:23-cv-07067-RLY-TAB |
| 504. | Jenkins, Anthony | 1:23-cv-07082-RLY-TAB |
| 505. | Cross, Jon | 1:24-cv-02260-RLY-TAB |
| 506. | Moore, Laurence | 1:24-cv-02264-RLY-TAB |
| 507. | Walker, Mark | 1:24-cv-02298-RLY-TAB |
| 508. | King, Kayla | 1:24-cv-07087-RLY-TAB |
| 509. | Brewton, Adrianna | 1:24-cv-07090-RLY-TAB |
| 510. | Long, Janelle | 1:24-cv-07096-RLY-TAB |
| 511. | Klingman, Joseph | 1:24-cv-07098-RLY-TAB |
| 512. | Martinez, Elsie Ruth | 1:24-cv-07100-RLY-TAB |
| 513. | Hemak, Debra | 1:24-cv-07102-RLY-TAB |
| 514. | Wheat, Tammy | 1:24-cv-07104-RLY-TAB |
| 515. | Smith, Ryan | 1:24-cv-07111-RLY-TAB |
| 516. | Cullotta, Joseph | 1:24-cv-07112-RLY-TAB |
| 517. | Webb, Lindsey | 1:24-cv-07113-RLY-TAB |
| 518. | DeFranzo, Kim | 1:24-cv-07115-RLY-TAB |
| 519. | Norman, Talisha | 1:24-cv-07117-RLY-TAB |
| 520. | Johnson, Brittanie | 1:24-cv-07118-RLY-TAB |
| 521. | Stephens, Leroy | 1:24-cv-07121-RLY-TAB |

| | | |
|---|---|---|
| 522. | Smith, Gary | 1:25-cv-01496-RLY-TAB |
| 523. | Light, David | 1:25-cv-07123-RLY-TAB |
| 524. | Tofthagen, Shawn | 1:25-cv-07124-RLY-TAB |
| 525. | Warren, Jesse | 1:25-cv-07125-RLY-TAB |
| 526. | Hinton, Quarikas | 1:25-cv-07126-RLY-TAB |