UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Vikki Mowery; 1:19-cv-3884

### MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff moves this court for an order substituting Ralph R. Mowery, Sr., Authorized Successor of the Estate of Vikki M Mowery on behalf of his deceased wife, Vikki Mowery., as the Plaintiff in this action.

1. Vikki Mowery filed this products liability lawsuit against defendants on September 12, 2019.

2. Subsequently, plaintiff's counsel learned that Vikki Mowery passed away.

3. Vikki Mowery's products liability lawsuit against defendants survived her death and was not extinguished.

4. Plaintiff filed a suggestion of death on August 20, 2025, attached hereto as Exhibit A.

5. Ralph R. Mowery, Sr., surviving spouse of Vikki Mowery, is a proper party to substitute for the plaintiff-decedent Vikki Mowery and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf pursuant to Federal Rule of Civil Procedure 25(a)(1).

6. Ralph R. Mowery, Sr., surviving spouse of Vikki Mowery was appointed Authorized Successor of Vikki Mowery's estate by order of the Clerk of the Randolph County Commission on

July 31, 2024. Attached hereto as Exhibit B is a copy of the Small Estate Certificate and Authorization issued by the State of West Virginia.

      7.      Plaintiff hereby submits an Amended Short Form Complaint, attached hereto as Exhibit C, which substitutes Ralph R. Mowery, Sr., Authorized Successor of the Estate of Vikki Mowery, as Plaintiff.

      Wherefore, counsel for Plaintiff respectfully requests that this court grant this motion to Substitute Party and Amend the Complaint and order the Clerk to file the Amended Short Form Complaint attached hereto as Exhibit C.

Dated: September 16, 2025

                                                                    Respectfully Submitted,
                                                                      **THE JOEL BIEBER FIRM**
                                                                      */s/ Melissa Fry Hague*
                                                                      Melissa Fry Hague, Esq.
                                                                      The Joel Bieber Firm
                                                                      Two Liberty Place
                                                                      50 S. 16th Street, Suite 1700
                                                                      Philadelphia, PA 19102
                                                                      P: 215-999-9183
                                                                      mhague@joelbieber.com
                                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

*/s/ Melissa Fry Hague*

*Attorney for Plaintiff*

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Vikki Mowery, 1:19-cv-3884

### NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Vikki Mowery. Plaintiff Vikki Mowery died on or about May 26, 2024. The Death Certificate is attached hereto as Exhibit "A".

Dated: August 20, 2025

 

Respectfully Submitted,
**THE JOEL BIEBER FIRM**
*/s/ Melissa Fry Hague*
Melissa Fry Hague, Esq.
The Joel Bieber Firm
Two Liberty Place
50 S. 16th Street, Suite 1700
Philadelphia, PA 19102
P: 215-999-9183
mhague@joelbieber.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

/s/ Melissa Fry Hague

*Attorney for Plaintiff*

# EXHIBIT "A"

2024004311



United States of America

State of West Virginia                County of Randolph, ss:

# Death Certificate

I, Brenda Wiseman, Clerk of the Randolph County Commission, and as such, custodian of the records of Deaths, hereby certify that Death Record Book **33** Page **596** in my office will show:

Name: **VIKKI M MOWERY**
SSN: 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

## Death Record Information

| | | | |
|---|---|---|---|
| Birth Date: | September 14, 1962 | Birth Place: | Parsons, WV United States |
| Death Date: | May 26, 2024 | Death Place: | Harman, WV United States |
| Date Recorded: | June 04, 2024 | | |
| State File Date: | June 04, 2024 | | |
| Age: | 61 years | | |
| Sex: | FEMALE | | |
| Attendant: | JENNIFER BURKY APRN / PA | | |
| Cause of Death: | PRESUMED HYPOTENSION; PRESUMED KIDNEY FAILURE; CKD STAGE 5 ON HEMODIALYSIS; INSULIN DEPENDENT TYPE 2 DIABETES MELLITUS | | |
| Marital Status: | MARRIED | | |
| Spouse: | RALPH MOWERY SR | | |
| Mother: | SUE ANN CARR | | |
| Father: | KEY FRANKLIN PITTMAN | | |

In Testimony Whereof, I have hereunto affixed my Signature and Official Seal on Monday, June 10, 2024.

*Brenda Wiseman*
Brenda Wiseman
Clerk of the Randolph County Commission

By  *Ryan C Stanley*
Ryan Stanley
Deputy Clerk

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

1270853

# EXHIBIT "B"

United States of America

State of West Virginia  County of Randolph, ss:

# Small Estate Certificate and Authorization

Estate of VIKKI M MOWERY

The undersigned Clerk of the Randolph County Commission does hereby CERTIFY that, pursuant to the provisions of West Virginia Code § 44-1A-2, an Affidavit for Small Estate for the above named Decedent, **VIKKI M MOWERY**, who died on **Sunday, May 26, 2024**, a resident of **Randolph** County, State of West Virginia, has been filed with this office on Wednesday, July 31, 2024, by the affiant **RALPH MOWERY**, who is a successor being related to the Decedent as **HUSBAND**, and that the Affidavit has been inspected, is in true and proper form, and has been accepted by the undersigned in accordance with law and has been or will be recorded in this County, including any Last Will and Testament / codicil(s) of the Decedent attached thereto.

Accordingly, the undersigned Clerk of the County Commission does hereby CERTIFY that **RALPH MOWERY** is the Authorized Successor of the Decedent. **RALPH MOWERY**, who is AUTHORIZED to pay, transfer, and deliver the small assets of the above named Decedent, which are reported as follows:

Description

1999 CHEVY SILVERADO

GRANT COUNTY BANK CHECKING ACCOUNT

In regard to **ONLY THE ABOVE LISTED ASSETS**, the Authorized Successor has authority to pay, transfer, and deliver the same to the successor or successors of the Decedent so entitled, all pursuant to the provisions of article 1A of chapter 44 of the West Virginia Code and the other laws of the State of West Virginia and with authority to faithfully perform the duties of the office as may be necessary to collect and administer the small assets of the decedent including, but not limited to, making application for and executing receipts, assignments, transfers, releases, waivers, applications, claims, claims for refunds, and federal, state, or local tax returns of the decedent concerning the small assets, pursuing litigation for or against the decedent or the decedent's estate, and paying or settling the funeral expenses or the claims of creditors of the decedent.

As provided by law, the authority under this Small Estate Certificate and Authorization is effective for six (6) months from the date below.

CERTIFIED this the 31st day of July, 2024.

Brenda Wiseman
Brenda Wiseman
Clerk of the Randolph County Commission

By Ryan C. Stanley
Ryan Stanley
Deputy Clerk

NOTE TO THE "PERSON" TO WHOM THIS CERTIFICATE AND AUTHORIZATION IS DELIVERED: *Any person having possession of a Small Asset of a Decedent shall pay or deliver the Small Asset to the Authorized Successor of the Decedent upon being presented the Certificate and Authorization. If you do not understand or have questions regarding your legal responsibilities relative to this document, you should consult an attorney at law. "Person" means any individual, corporation, business trust, fiduciary, estate, trust, partnership, limited liability company, association, joint venture, government, governmental subdivision, agency or instrumentality, public corporation, or any other legal or commercial entity. "Small Asset" means any probate personal property or asset belonging or presently distributable to the Decedent having a fair market value on the Decedent's date of death of not more than $50,000. A Small Asset includes, but is not limited to, cash, bank account, savings institution account, credit union account, certificate of deposit, brokerage account, stock, mutual fund, security, bond, note, promissory note, obligation, instrument evidencing a debt, indebtedness owed to the decedent, proceeds of life insurance payable to the estate, deposit, refund, tax refund, overpayment, chose in action, or item of tangible personal property including a motor vehicle.*

SmallEstateCertificate

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
_____

Civil Case #_____

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   _____

6. Plaintiff's/Deceased Party's current state of residence:

   _____

7. District Court and Division in which venue would be proper absent direct filing:

   _____

8. Defendants (Check Defendants against whom Complaint is made):

   ☐   Cook Incorporated

   ☐   Cook Medical LLC

   ☐   William Cook Europe ApS

9. Basis of Jurisdiction:

   ☐   Diversity of Citizenship

   ☐   Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _____

   _____

   _____

   b. Other allegations of jurisdiction and venue:

   _____

   _____

   _____

2

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☐ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    _____

    _____

12. Hospital(s) where Plaintiff was implanted (including City and State):

    _____

    _____

13. Implanting Physician(s):

    _____

    _____

    _____

    _____

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☐ Count I:    Strict Products Liability – Failure to Warn

    ☐ Count II:   Strict Products Liability – Design Defect

    ☐ Count III:  Negligence

    ☐ Count IV:   Negligence Per Se

3

☐ Count V:    Breach of Express Warranty

☐ Count VI:   Breach of Implied Warranty

☐ Count VII:  Violations of Applicable _____ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count VIII: Loss of Consortium

☐ Count IX:   Wrongful Death

☐ Count X:    Survival

☐ Count XI:   Punitive Damages

☐ Other:      _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

_____

16. Address and bar information for Attorney for Plaintiff(s):

        _____

        _____

        _____

Respectfully submitted,

**The Joel Bieber Firm**

**/s/Melissa Fry Hague**
Melissa Fry Hague, PA Atty. No. 202850
**The Joel Bieber Firm**
Two Liberty Place
50 S 16th Street, Suite 1700
Philadelphia, PA 19102
Telephone: (804) 800-8000
Facsimile: (610) 860-6352
mhague@joelbieber.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via electronic mail, pursuant to Amended CMO6, to CookFilterMDL@FaegreBD.com.

*/s/ Melissa Fry Hague, Esq.*