**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Cassandra Beamon

Civil Case # 1:17-cv-03656-RLY-TAB

---

**NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil

Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death

of Plaintiff, Cassandra Beamon, who died on or about March 26, 2025.

Dated: September 16, 2025.

                                        Respectfully Submitted,


                                        */s/ Thomas Wm. Arbon*
                                        Thomas Wm. Arbon, TX Bar No. 01284275
                                        **Ben Martin Law Group, PLLC**
                                        3500 Maple Avenue, Suite 400
                                        Dallas, Texas 75219
                                        Tel.:  (214) 761-6614
                                        Fax:  (214) 744-7590
                                        tarbon@bencmartin.com


                                        ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
