IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
BARBARA DANIELSEN

Case No. 1:19-cv-3081

## NOTICE OF VOLUNARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Barbara Danielsen, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:19-cv-3081.

Dated: September 18, 2025

Respectfully submitted,

Respectfully submitted,
**REICH & BINSTOCK, LLP**

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
bbinstock@reichandbinstock.com

*Lead Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    Respectfully submitted,
**REICH & BINSTOCK, LLP**

*/s/ Robert J. Binstock*