IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: All Actions | |

**ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY CASE MANAGEMENT ORDER NO. 34 TO EXCLUDE DECEASED PLAINTIFFS FROM BELLWETHER POOL AS NON-REPRESENTATIVE CASES**

CAME TO BE HEARD on this day, Plaintiffs' Motion to Modify Case Management Order No. 34 to Exclude Deceased Plaintiffs from Bellwether Pool as Non-Representative Cases. After reviewing the pleadings and considering the arguments of counsel, the Court finds said Motion is well taken and should be GRANTED.

It is therefore ORDERED that the Plaintiffs' Motion to Modify Case Management Order No. 34 to Exclude Deceased Plaintiffs from Bellwether Pool as Non-Representative Cases, is hereby GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.