Exhibit A

| # | Plaintiff | Cause Number | Lead Counsel | Co Counsel | Additional Co Counsel |
|---|---|---|---|---|---|
| 1. | Adkison, David | 1:19-cv-03288 | MCSWEENEY LANGEVIN LLC | | |
| 2. | Allen, Randy | 1:22-cv-00905 | BEN MARTIN LAW GROUP | | |
| 3. | Anderson, Jason A. | 1:22-cv-06871 | MCSWEENEY LANGEVIN LLC | | |
| 4. | Anderson, Jeff & Carla | 1:16-cv-03475 | DEGARIS WRIGHT MCCALL | Wright McCall, LLC | |
| 5. | Andress, Gary (REFILE) | 1:21-cv-03089 | ONDERLAW, LLC | | |
| 6. | Anthony, Roni* | 1:24-cv-01850 | MCSWEENEY LANGEVIN LLC | | |
| 7. | Arnold, Uneeda | 1:20-cv-00623 | MCSWEENEY LANGEVIN LLC | | |
| 8. | Austin, Richard C.Jr. | 1:23-cv-01953 | MCSWEENEY LANGEVIN LLC | | |
| 9. | Axton, Dale | 1:22-cv-01080 | HAMMERS LAW FIRM, LLC. | | |
| 10. | Babcock, David | 1:21-cv-02577 | MCSWEENEY LANGEVIN LLC | | |
| 11. | Babik, Christopher | 1:19-cv-03459 | CURTIS LAW GROUP | | |
| 12. | Bache, Scott | 1:22-cv-06778 | BEN MARTIN LAW GROUP | | |
| 13. | Bailey, Francis | 1:18-cv-00181 | THE MOODY LAW FIRM, INC. | | |
| 14. | Bailey, Patrick | 1:18-cv-01728 | MCSWEENEY LANGEVIN LLC | | |
| 15. | Bartlett, Dorothy | 1:19-cv-04730 | DEGARIS WRIGHT MCCALL | Wright McCall, LLC | |
| 16. | Barton, Louis | 1:19-cv-03489 | MCSWEENEY LANGEVIN LLC | | |
| 17. | Baum, Sandra | 1:19-cv-03293 | MCSWEENEY LANGEVIN LLC | | |
| 18. | Beamon, Cassandra | 1:17-cv-03656 | BEN MARTIN LAW GROUP | | |
| 19. | Beckley, Clinton | 1:24-cv-01680 | BEN MARTIN LAW GROUP | | |
| 20. | Bedell, Beth | 1:16-cv-02691 | GRUBER & GRUBER | CURTIS LAW GROUP | LAW OFFICES OF HOWARD A. SNYDER |
| 21. | Belstner, Daniel | 1:17-cv-01279 | GOLDENBERGLAW, PLLC | | |
| 22. | Bennish, Joyce | 1:17-cv-00740 | GOLDENBERGLAW, PLLC | | |
| 23. | Berga, Donald | 1:21-cv-01989 | FERRER POIROT & WANSBROUGH | | |
| 24. | Bergmann, Sandra | 1:19-cv-03468 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 25. | Bertuca, Elizabeth* | 1:19-cv-04831 | MATTHEWS & ASSOCIATES | FREESE & GOSS, PLLC | MCSWEENEY LANGEVIN LLC |
| 26. | Bishop, Kathleen | 1:18-cv-01901 | THE MOODY LAW FIRM, INC. | | |
| 27. | Bjornson, Michael | 1:23-cv-01847 | MCSWEENEY LANGEVIN LLC | | |
| 28. | Blish, Angela | 1:21-cv-00897 | HAMMERS LAW FIRM, LLC. | | |
| 29. | Boutin, Lois | 1:21-cv-00832 | SIMON GREENSTONE PANATIER, P.C. | | |
| 30. | Bowen, Margaret* | 1:18-cv-00483 | THE MOODY LAW FIRM, INC. | | |
| 31. | Bray, Dawn | 1:21-cv-02513 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 32. | Brazzle, Johnny | 1:20-cv-00199 | WAGSTAFF & CARTMELL, LLP | | |
| 33. | Brouse, Thomas R. Jr. | 1:17-cv-02463 | BEN MARTIN LAW GROUP | | |
| 34. | Brown, Beverly Ann | 1:20-cv-00647 | MCSWEENEY LANGEVIN LLC | | |
| 35. | Brown, Eddy | 1:19-cv-02486 | MCSWEENEY LANGEVIN LLC | | |
| 36. | Brown, James Thomas and Joyce (ESTATE OF) | 1:19-cv-03484 | FLINT COOPER, LLC | | |
| 37. | Brown, Renetta Y. | 1:22-cv-02137 | MCSWEENEY LANGEVIN LLC | | |
| 38. | Bruder, Gladys | 1:22-cv-06867 | THE GOSS LAW FIRM, P.C. | | |
| 39. | Buchanan, James | 1:19-cv-03976 | MCSWEENEY LANGEVIN LLC | | |
| 40. | Buchanan, Lisa | 1:19-cv-03441 | MCSWEENEY LANGEVIN LLC | | |
| 41. | Bucy, Amber B. | 1:23-cv-01178 | MCSWEENEY LANGEVIN LLC | | |
| 42. | Bugbee, Shirley | 1:19-cv-02505 | MCSWEENEY LANGEVIN LLC | | |
| 43. | Bumper, Jimmy | 1:21-cv-02374 | FERRER POIROT & WANSBROUGH | | |
| 44. | Burchfield, Kenneth E. | 1:22-cv-01398 | MCSWEENEY LANGEVIN LLC | | |
| 45. | Burkett, Herbert | 1:22-cv-02031 | REICH & BINSTOCK, LLP | | |
| 46. | Burkman, John | 1:21-cv-00008 | FERRER POIROT & WANSBROUGH | | |
| 47. | Butler, Ethel* | 1:19-cv-00552 | MARC J. BERN & PARTNERS, LLP | | |
| 48. | Callaway, Charley | 1:21-cv-06532 | MCSWEENEY LANGEVIN LLC | | |
| 49. | Campbell, Deborah | 1:21-cv-06441 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 50. | Campbell, Pamela | 1:23-cv-00419 | REICH & BINSTOCK, LLP | | |
| 51. | Carpenter, Virginia | 1:19-cv-03658 | HAMMERS LAW FIRM, LLC. | | |
| 52. | Carreau, Norman | 1:21-cv-06394 | MCSWEENEY LANGEVIN LLC | | |
| 53. | Carreon, Diana | 1:20-cv-01394 | MCDONALD WORLEY, PC | | |
| 54. | Cashmore, Theresa | 1:20-cv-01348 | MCDONALD WORLEY, PC | | |
| 55. | Chalmers, Virginia | 1:21-cv-00425 | FERRER POIROT & WANSBROUGH | | |
| 56. | Chan, Wayne | 1:17-cv-03537 | RICHARD J. PLEZIA & ASSOCIATES | | |
| 57. | Charter, Amanda | 1:23-cv-00190 | HAMMERS LAW FIRM, LLC. | | |
| 58. | Chatterson, Richard | 1:19-cv-01546 | WAGSTAFF & CARTMELL, LLP | | |
| 59. | Chavers, Amaris | 1:19-cv-02851 | BEN MARTIN LAW GROUP | | |
| 60. | Childers, Robert (ESTATE OF) | 1:19-cv-02271 | THE MOODY LAW FIRM, INC. | | |
| 61. | Clark, Edward | 1:21-cv-06456 | LOPEZ MCHUGH LLP | | |
| 62. | Cobb, Patrice | 1:18-cv-00875 | GOLDENBERGLAW, PLLC | | |
| 63. | Cody, Judith Mimms | 1:19-cv-04898 | MCSWEENEY LANGEVIN LLC | | |
| 64. | Colantonio, Michael | 1:19-cv-02503 | MCSWEENEY LANGEVIN LLC | | |
| 65. | Cole, Jeanne | 1:17-cv-04732 | BEN MARTIN LAW GROUP | | |
| 66. | Coleman, Bobby Jr. | 1:20-cv-03178 | MCSWEENEY LANGEVIN LLC | | |
| 67. | Colvin, Danna | 1:22-cv-00424 | FERRER POIROT & WANSBROUGH | | |
| 68. | Connelly, Thomas | 1:16-cv-02507 | THE GOETZ LAW FIRM, INC. | BEN MARTIN LAW GROUP | |
| 69. | Cook, Debra Ann | 1:19-cv-00210 | TAUTFEST BOND, PLLC | | |
| 70. | Courtney, Tangee | 1:17-cv-03200 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 71. | Cowart, Joseph Jr. | 1:19-cv-01919 | MCSWEENEY LANGEVIN LLC | | |
| 72. | Cowley, Pamela | 1:19-cv-01493 | MCDONALD WORLEY, PC | | |
| 73. | Crosier, Kathryn | 1:19-cv-03457 | MCSWEENEY LANGEVIN LLC | | |
| 74. | Currier, Larry | 1:21-cv-00464 | BEN MARTIN LAW GROUP | | |
| 75. | Dame, Sheila L. | 1:23-cv-00275 | MCSWEENEY LANGEVIN LLC | | |
| 76. | Darnell, Terry | 1:22-cv-00310 | FERRER POIROT & WANSBROUGH | | |

|  | | | | | |
|---|---|---|---|---|---|
| 77. | Davidson, Toney | 1:16-cv-02265 | THE GOSS LAW FIRM, P.C. | | |
| 78. | Davis, Dawn Michelle | 1:19-cv-04949 | MCSWEENEY LANGEVIN LLC | | |
| 79. | Davis, Larry D. | 1:22-cv-06795 | BEN MARTIN LAW GROUP | | |
| 80. | Davis, Loricia | 1:21-cv-06402 | FERRER POIROT & WANSBROUGH | | |
| 81. | Delgado, Jamie & Frankie* | 1:17-cv-00745 | GOLDENBERGLAW, PLLC | | |
| 82. | Demello, Jon | 1:23-cv-06984 | MCSWEENEY LANGEVIN LLC | | |
| 83. | Deorio, Susan | 1:20-cv-00171 | WAGSTAFF & CARTMELL, LLP | | |
| 84. | Diaz, Iris | 1:22-cv-06856 | BEN MARTIN LAW GROUP | | |
| 85. | Diaz, Richelle | 1:22-cv-01347 | FERRER POIROT & WANSBROUGH | | |
| 86. | Dinkins, Terry | 1:20-cv-00710 | MCSWEENEY LANGEVIN LLC | | |
| 87. | Dixon, Shannon | 1:19-cv-05002 | MCSWEENEY LANGEVIN LLC | | |
| 88. | Dobbins, Violet and Ronald | 1:17-cv-04645 | LOPEZ MCHUGH LLP | | |
| 89. | DuConge, Christopher | 1:20-cv-03109 | BEN MARTIN LAW GROUP | | |
| 90. | Duda, Lane S. | 1:23-cv-06985 | MCSWEENEY LANGEVIN LLC | | |
| 91. | Earehart, Dawn | 1:19-cv-04962 | MCSWEENEY LANGEVIN LLC | | |
| 92. | Eaves, Terry | 1:20-cv-00791 | MCSWEENEY LANGEVIN LLC | | |
| 93. | Eberz, Ronald M. Jr. | 1:16-cv-01533 | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY & PROCTOR, P.A. | BEN MARTIN LAW GROUP | |
| 94. | Edelen, Carolyn | 1:23-cv-07035 | MCSWEENEY LANGEVIN LLC | | |
| 95. | Edmonds, Terrance | 1:21-cv-02209 | FERRER POIROT & WANSBROUGH | | |
| 96. | Edmonds, Walesha | 1:18-cv-03081 | THE MOODY LAW FIRM, INC. | | |
| 97. | Edwards, Billie and Nancy | 1:19-cv-00186 | FERRER POIROT & WANSBROUGH | | |
| 98. | Edwards, Valerie | 1:21-cv-06689 | LOPEZ MCHUGH LLP | | |
| 99. | Ellingsen, Christopher | 1:16-cv-02308 | BEN MARTIN LAW GROUP | | |
| 100. | Enright, Theodore R. | 1:15-cv-00248 | LOPEZ MCHUGH LLP | | |
| 101. | Erickson, Thomas E. | 1:22-cv-02263 | MCSWEENEY LANGEVIN LLC | | |
| 102. | Ernest, Tiffany | 1:19-cv-03611 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 103. | Eslick, Karen and Roy | 1:14-cv-06011 | BEN MARTIN LAW GROUP | | |
| 104. | Etheredge, Eric | 1:21-cv-06314 | MCSWEENEY LANGEVIN LLC | | |
| 105. | Evans, Laura | 1:20-cv-03194 | MCSWEENEY LANGEVIN LLC | | |
| 106. | Evans, Ronald | 1:19-cv-02900 | THE MOODY LAW FIRM, INC. | | |
| 107. | Fakhry, Entessar | 1:19-cv-02012 | MCSWEENEY LANGEVIN LLC | | |
| 108. | Fant, Henry Jr. | 1:21-cv-02704 | ONDERLAW, LLC | | |
| 109. | Farnham, Diana | 1:18-cv-03503 | BEN MARTIN LAW GROUP | | |
| 110. | Fayal, Michael | 1:21-cv-06526 | FERRER POIROT & WANSBROUGH | | |
| 111. | Feinstein, Bernard T. (ESTATE OF) | 1:22-cv-00920 | THE LAW OFFICE OF A. CRAIG EILAND, P.C. | | |
| 112. | Felder, Torey M. | 1:21-cv-06476 | BEN MARTIN LAW GROUP | | |
| 113. | Fisher, Maggie [ESTATE OF] | 1:22-cv-01278 | GOLDENBERG LAURICELLA, PLLC | | |
| 114. | Flamestar, Tabitha | 1:18-cv-02369 | FERRER POIROT & WANSBROUGH | | |
| 115. | Follrod, John | 1:18-cv-02952 | MCSWEENEY LANGEVIN LLC | | |
| 116. | Freehling, Kathleen | 1:21-cv-02429 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 117. | Freeman, Valerie | 1:23-cv-07007 | BEN MARTIN LAW GROUP | | |
| 118. | Freesmeyer, DeAnn | 1:19-cv-03461 | MCSWEENEY LANGEVIN LLC | | |
| 119. | Freytag, Catherine | 1:18-cv-04025 | MCDONALD WORLEY, PC | | |
| 120. | Gale, Christian (ESTATE OF) (REFILE) | 1:22-cv-00129 | FERRER POIROT & WANSBROUGH | | |
| 121. | Galloway, Kristi | 1:15-cv-02014 | FARRIS, RILEY & PITT, LLP | | |
| 122. | Ganino, Michael Jr. & Patricia | 1:17-cv-02765 | SWMW LAW, LLC | BEN MARTIN LAW GROUP | |
| 123. | Garza, Anne Marie | 1:23-cv-07020 | BEN MARTIN LAW GROUP | | |
| 124. | Gasaway, Ralph | 1:21-cv-06424 | FERRER POIROT & WANSBROUGH | | |
| 125. | Gatewood, Gloria | 1:21-cv-06431 | HAMMERS LAW FIRM, LLC. | | |
| 126. | Gavel, Janice | 1:22-cv-01799 | ONDERLAW, LLC | | |
| 127. | Gharib, Rawia | 1:18-cv-03501 | BEN MARTIN LAW GROUP | | |
| 128. | Gillette, John | 1:19-cv-03518 | MCSWEENEY LANGEVIN LLC | | |

| # | Name | Case No. | Firm | Firm 2 | |
|---|---|---|---|---|---|
| 129. | Glasson, Donald (ESTATE OF) | 1:22-cv-01595 | FERRER POIROT & WANSBROUGH | | |
| 130. | Goldstock, Brian | 1:19-cv-02697 | MCSWEENEY LANGEVIN LLC | | |
| 131. | Goss, Milton | 1:19-cv-01382 | MCDONALD WORLEY, PC | | |
| 132. | Graham, Dane | 1:20-cv-01523 | MCDONALD WORLEY, PC | | |
| 133. | Grant, Nathaniel | 1:21-cv-06552 | HAMMERS LAW FIRM, LLC. | BEN MARTIN LAW GROUP | |
| 134. | Greer, Carrie | 1:18-cv-02488 | FERRER POIROT & WANSBROUGH | | |
| 135. | Griffin, Victoria | 1:22-cv-00277 | MCDONALD WORLEY, PC | | |
| 136. | Grifka, Gary | 1:22-cv-01244 | FERRER POIROT & WANSBROUGH | | |
| 137. | Grimes, Carrie | 1:19-cv-01460 | COWPER LAW LLP | | |
| 138. | Grizzle, Tammy | 1:21-cv-03048 | FERRER POIROT & WANSBROUGH | | |
| 139. | Grube, Robert | 1:20-cv-01377 | MCDONALD WORLEY, PC | | |
| 140. | Haag, Kathryn | 1:17-cv-01107 | BEN MARTIN LAW GROUP | | |
| 141. | Haas, Frederick J. | 1:18-cv-00816 | BEN MARTIN LAW GROUP | | |
| 142. | Haines, Bobby | 1:19-cv-03557 | MCDONALD WORLEY, PC | | |
| 143. | Hall, Raizel | 1:22-cv-06934 | BEN MARTIN LAW GROUP | | |
| 144. | Hamlett, Danielle | 1:17-cv-02683 | MCSWEENEY LANGEVIN LLC | | |
| 145. | Hampton, Reynauld | 1:22-cv-06743 | FERRER POIROT & WANSBROUGH | | |
| 146. | Harmon, Jimmie Jr. & Tina | 1:17-cv-00917 | MCSWEENEY LANGEVIN LLC | | |
| 147. | Harriger, Preston | 1:21-cv-01549 | BEN MARTIN LAW GROUP | | |
| 148. | Harris, Robert | 1:21-CV-01914 | FERRER POIROT & WANSBROUGH | | |
| 149. | Hawes, Beth | 1:19-cv-02328 | MCSWEENEY LANGEVIN LLC | | |
| 150. | Hawkins, Tommy | 1:18-cv-02236 | MARC J. BERN & PARTNERS, LLP | | |
| 151. | Heichel, David | 1:21-cv-06555 | FERRER POIROT & WANSBROUGH | | |
| 152. | Henchen, Charles | 1:23-cv-01351 | ONDERLAW, LLC | | |
| 153. | Henderson, Denzil | 1:19-cv-02018 | MCSWEENEY LANGEVIN LLC | | |
| 154. | Henkel, Gail | 1:19-cv-02716 | MCSWEENEY LANGEVIN LLC | | |
| 155. | Henne, Jackie | 1:19-cv-03646 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 156. | Herron, Bobbie J. | 1:22-cv-06725 | BEN MARTIN LAW GROUP | | |
| 157. | Hickey, Samuel | 1:22-cv-01432 | ONDERLAW, LLC | | |
| 158. | Hidalgo, Mariel* | 1:18-cv-02994 | THE MOODY LAW FIRM, INC. | | |
| 159. | Hill, John Jr. | 1:20-cv-00406 | MCSWEENEY LANGEVIN LLC | | |
| 160. | Hilling, Loretta | 1:19-cv-03287 | MCSWEENEY LANGEVIN LLC | | |
| 161. | Hinton, Quarikas | 1:25-cv-07126 | BEN MARTIN LAW GROUP | | |
| 162. | Hohenbrink, Mary A. | 1:21-cv-02079 | SIMON GREENSTONE PANATIER, P.C. | | |
| 163. | Homlotis, Dave Jr. | 1:19-cv-03439 | MCSWEENEY LANGEVIN LLC | | |
| 164. | Hood, Charlene (REFILE) | 1:22-cv-06697 | FERRER POIROT & WANSBROUGH | | |
| 165. | Horan, Delores | 1:20-cv-00080 | MCSWEENEY LANGEVIN LLC | | |
| 166. | Hoyt, Brandy | 1:21-cv-01196 | BEN MARTIN LAW GROUP | | |
| 167. | Huff, Sarah and Howard | 1:17-cv-02234 | CORY WATSON, P.C. | | |
| 168. | Humenik, Christopher | 1:21-cv-06693 | BEN MARTIN LAW GROUP | | |
| 169. | Hunley, Douglas | 1:20-cv-00920 | PERDUE & KIDD | | |
| 170. | Hydeck, Shawn (ESTATE OF) | 1:23-cv-00983 | FERRER POIROT & WANSBROUGH | | |
| 171. | Ingram, Christopher | 1:20-cv-00659 | MCSWEENEY LANGEVIN LLC | | |
| 172. | Jackson, Alberta M. | 1:23-cv-06993 | MCSWEENEY LANGEVIN LLC | | |
| 173. | Jackson, Glora and Robert | 1:19-cv-04418 | FERRER POIROT & WANSBROUGH | | |
| 174. | Jackson, Michael | 1:19-cv-04709 | MCDONALD WORLEY, PC | | |
| 175. | Jackson-Harris, Jamice | 1:18-cv-03897 | THE MOODY LAW FIRM, INC. | | |
| 176. | James, Judy M. | 1:18-cv-03410 | WATERS & KRAUS, LLP | BEN MARTIN LAW GROUP | |
| 177. | Jaramillo, Esmeralda | 1;22-cv-00292 | MCDONALD WORLEY, PC | | |
| 178. | Jenkins, Anthony | 1:23-cv-07082 | BEN MARTIN LAW GROUP | | |
| 179. | Jennings, Michelle | 1:19-cv-04225 | MCSWEENEY LANGEVIN LLC | | |
| 180. | Job, Steven | 1:18-cv-01753 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 181. | Johnson, Brian | 1:19-cv-02120 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 182. | Johnson, Darrell | 1:20-cv-00602 | LOPEZ MCHUGH LLP | | |
| 183. | Johnson, Rickie | 1:19-cv-02010 | MCSWEENEY LANGEVIN LLC | | |
| 184. | Johnson, Rose Marie | 1:22-cv-00780 | FERRER POIROT & WANSBROUGH | | |
| 185. | Johnson, Ruby | 1:22-cv-00520 | FERRER POIROT & WANSBROUGH | | |
| 186. | Johnson, Wesley | 1:17-cv-01727 | THE GOSS LAW FIRM, P.C. | | |
| 187. | Keleta, Asegedom | 1:24-cv-00284 | FERRER POIROT & WANSBROUGH | | |
| 188. | Kelly, Mary | 1:19-cv-04205 | MCSWEENEY LANGEVIN LLC | | |
| 189. | Kelso, Rachelle | 1:19-cv-03859 | MCSWEENEY LANGEVIN LLC | | |
| 190. | Kenworthy, Michael (ESTATE OF) | 1:22-cv-01919 | FERRER POIROT & WANSBROUGH | | |
| 191. | Kerr, Sean | 1:22-cv-02110 | ONDERLAW, LLC | | |
| 192. | Kinchen, Kalvin | 1:21-cv-02375 | FERRER POIROT & WANSBROUGH | | |
| 193. | Kirby, John | 1:21-cv-06440 | FERRER POIROT & WANSBROUGH | | |
| 194. | Knight, Lillie and John | 1:17-cv-02883 | HOTZE RUNKLE, PLLC | | |
| 195. | Kohut, Dana | 1:22-cv-06714 | FERRER POIROT & WANSBROUGH | | |
| 196. | Kopf, Jeffrey | 1:18-cv-02954 | THE MOODY LAW FIRM, INC. | | |
| 197. | Lake, Mark | 1:20-cv-00455 | MCSWEENEY LANGEVIN LLC | | |
| 198. | Landry, Steven | 1:18-cv-01383 | WAGSTAFF & CARTMELL, LLP | | |
| 199. | Langston, Darnell Alonzo | 1:19-cv-03778 | MCSWEENEY LANGEVIN LLC | | |
| 200. | Layes, Sandra M. | 1:23-cv-07003 | MCSWEENEY LANGEVIN LLC | | |
| 201. | Lee, Sjohnn Tyler | 1:20-cv-00614 | MCSWEENEY LANGEVIN LLC | | |
| 202. | Lees, James | 1:19-cv-02378 | MCSWEENEY LANGEVIN LLC | | |
| 203. | Leonard, William | 1:21-cv-06349 | MCSWEENEY LANGEVIN LLC | | |
| 204. | Levin, Barbara | 1:19-cv-00556 | THE MOODY LAW FIRM, INC. | | |
| 205. | Lewis, Andre | 1:22-cv-01300 | FERRER POIROT & WANSBROUGH | | |
| 206. | Longo, Carmen | 1:19-cv-04873 | MCSWEENEY LANGEVIN LLC | | |
| 207. | Loper, Tonya | 1:22-cv-06894 | BEN MARTIN LAW GROUP | | |
| 208. | Lopez, Travis | 1:18-cv-01748 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |

| # | Name | Case No. | Firm | | |
|---|---|---|---|---|---|
| 209. | Lufkin, Roy | 1:21-cv-02838 | BEN MARTIN LAW GROUP | | |
| 210. | Madden, Marilyn | 1:21-cv-06437 | BEN MARTIN LAW GROUP | | |
| 211. | Magliulo, Elizabeth T. | 1:17-cv-03360 | HOTZE RUNKLE, PLLC | | |
| 212. | Manfredi, Anthony L. | 1:21-cv-00436 | WAGSTAFF & CARTMELL, LLP | | |
| 213. | Manno, Laurel and Michael | 1:18-cv-01248 | FERRER POIROT & WANSBROUGH | | |
| 214. | Martin, Cynthia | 1:22-cv-06881 | HAMMERS LAW FIRM, LLC. | | |
| 215. | Mathis, Bonnie | 1:17-cv-03755 | SWMW LAW, LLC | BEN MARTIN LAW GROUP | |
| 216. | Matronic, John (ESTATE OF) | 1:22-cv-01042 | FERRER POIROT & WANSBROUGH | | |
| 217. | McDaniel, Alice and John William | 1:15-cv-00611 | REGAN ZAMBRI & LONG, PLLC | | |
| 218. | McDuffy, Carol | 1:17-cv-02919 | BEN MARTIN LAW GROUP | | |
| 219. | McKay, Stuart | 1:19-cv-04708 | MCDONALD WORLEY, PC | | |
| 220. | McKinley, Ryan | 1:20-cv-00788 | MCSWEENEY LANGEVIN LLC | | |
| 221. | McLaughlin, Susan | 1:19-cv-05005 | MCSWEENEY LANGEVIN LLC | | |
| 222. | McNally, John | 1:23-cv-02055 | ONDERLAW, LLC | | |
| 223. | McQueary, Ellis Lee | 1:20-cv-06290 | BEN MARTIN LAW GROUP | | |
| 224. | Melton, Kenneth (REFILE) | 1:23-cv-01152 | FERRER POIROT & WANSBROUGH | | |
| 225. | Meyers, Emile, Jr. | 1:22-cv-01299 | FERRER POIROT & WANSBROUGH | | |
| 226. | Micolucci, Sandra | 1:20-cv-01383 | MCDONALD WORLEY, PC | | |
| 227. | Miliner, Patricia | 1:21-cv-06449 | BEN MARTIN LAW GROUP | | |
| 228. | Miller, Michelle (PA) | 1:20-cv-01384 | MCDONALD WORLEY, PC | | |
| 229. | Mitchell, Linda | 1:18-cv-01947 | MCSWEENEY LANGEVIN LLC | | |
| 230. | Mitchell, Nelda | 1:21-cv-00285 | BEN MARTIN LAW GROUP | | |
| 231. | Monarca, Phyllis | 1:21-cv-02409 | FERRER POIROT & WANSBROUGH | | |
| 232. | Mongeon, Michelle Christine | 1:19-cv-04982 | MCSWEENEY LANGEVIN LLC | | |
| 233. | Moore, Debbra | 1:21-cv-06474 | MCSWEENEY LANGEVIN LLC | | |
| 234. | Mootoo, Jessica | 1:22-cv-06935 | BEN MARTIN LAW GROUP | | |

| | | | | | |
|---|---|---|---|---|---|
| 235. | Morgan, Theresa | 1:19-cv-03669 | MCSWEENEY LANGEVIN LLC | | |
| 236. | Morrison, Michael | 1:18-cv-01182 | ANDRUS WAGSTAFF, PC | | |
| 237. | Mote, Krishna M. | 1:23-cv-01201 | MCSWEENEY LANGEVIN LLC | | |
| 238. | Mowery, Vikki & Ralph R Sr. | 1:19-cv-03884 | GOLDMAN SCARLATO & PENNY, P.C. | | |
| 239. | Naber, Jana L. | 1:22-cv-01758 | MCSWEENEY LANGEVIN LLC | | |
| 240. | Neal, Frederick | 1:21-cv-01118 | MCSWEENEY LANGEVIN LLC | | |
| 241. | Neely, Debra | 1:21-cv-06393 | MCSWEENEY LANGEVIN LLC | | |
| 242. | Newson, Yolanda | 1:21-cv-06686 | THE GOSS LAW FIRM, P.C. | | |
| 243. | Nichols, Harold E. | 1:20-cv-02725 | SIMON GREENSTONE PANATIER, P.C. | | |
| 244. | Noble, Lee | 1:19-cv-03612 | MCSWEENEY LANGEVIN LLC | | |
| 245. | Norman, Talisha | 1:24-cv-07117 | BEN MARTIN LAW GROUP | | |
| 246. | Norsworthy, Tammie | 1:19-cv-04026 | GOZA & HONNOLD, LLC | | |
| 247. | Oden, Deanna | 1:19-cv-04507 | WAGSTAFF & CARTMELL, LLP | | |
| 248. | Ogden, Craig | 1:21-cv-00174 | MCSWEENEY LANGEVIN LLC | | |
| 249. | Olencki, Raymond | 1:22-cv-06722 | FERRER POIROT & WANSBROUGH | | |
| 250. | Ostojic, Ljuban | 1:22-cv-00738 | ONDERLAW, LLC | | |
| 251. | Otto, Mark | 1:21-cv-00977 | MCSWEENEY LANGEVIN LLC | | |
| 252. | Owens, Autumn | 1:18-cv-01458 | BEN MARTIN LAW GROUP | | |
| 253. | Page, Carla | 1:20-cv-00151 | MCSWEENEY LANGEVIN LLC | | |
| 254. | Palumbo, Noreen A. | 1:17-cv-03023 | BERTRAM & GRAF, L.L.C. | | |
| 255. | Pannell, Dorothy [ESTATE OF] | 1:19-cv-02158 | MCSWEENEY LANGEVIN LLC | | |
| 256. | Parisi, Louis Jr.* | 1:22-cv-06817 | HAMMERS LAW FIRM, LLC. | | |
| 257. | Parks, Judy | 1:19-cv-04772 | WATERS & KRAUS, LLP | BEN MARTIN LAW GROUP | |
| 258. | Pearce, Barry Catherine McLean | 1:17-cv-02974 | THE GOSS LAW FIRM, P.C. | | |
| 259. | Penn, Jennifer | 1:16-cv-01041 | TORHOERMAN LAW, LLC | | |
| 260. | Perez, Linda | 1:20-cv-02560 | BEN MARTIN LAW GROUP | | |

| | | | | | |
|---|---|---|---|---|---|
| 261. | Person, Gilbert | 1:21-cv-06348 | MCSWEENEY LANGEVIN LLC | | |
| 262. | Peterson, Knanila | 1:17-cv-01281 | GOLDENBERGLAW, PLLC | | |
| 263. | Phillips, Sarah | 1:21-cv-06417 | BEN MARTIN LAW GROUP | | |
| 264. | Pierce, Tyrell | 1:19-cv-02587 | BEN MARTIN LAW GROUP | | |
| 265. | Pinson, Timothy | 1:18-cv-00822 | BEN MARTIN LAW GROUP | | |
| 266. | Pogue, Jean | 1:22-cv-01846 | FERRER POIROT & WANSBROUGH | | |
| 267. | Pooley, Barbara J. and Steven | 1:20-cv-00780 | SIMON GREENSTONE PANATIER, P.C. | | |
| 268. | Powell, Traci | 1:23-cv-07056 | BEN MARTIN LAW GROUP | | |
| 269. | Preslar, Steven & Golda Jean (ESTATE OF) | 1:17-cv-00743 | GOLDENBERGLAW, PLLC | | |
| 270. | Prosise, Stephen | 1:19-cv-02438 | MCSWEENEY LANGEVIN LLC | | |
| 271. | Pyne, Diana | 1:22-cv-00049 | MCSWEENEY LANGEVIN LLC | | |
| 272. | Quigley, Jason (REFILE) | 1:21-cv-00891 | CURTIS LAW GROUP | | |
| 273. | Quiroz, Steven J. | 1:21-cv-06399 | BEN MARTIN LAW GROUP | | |
| 274. | Ramsey, Joetta | 1:20-cv-01006 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 275. | Reaser, Terry Sr. | 1:19-cv-03296 | MCSWEENEY LANGEVIN LLC | | |
| 276. | Redden, Staci | 1:22-cv-00904 | BEN MARTIN LAW GROUP | | |
| 277. | Rex, Douglas J. | 1:21-cv-06436 | BEN MARTIN LAW GROUP | | |
| 278. | Rexford, Linda C. | 1:21-cv-00471 | SIMON GREENSTONE PANATIER, P.C. | | |
| 279. | Reyes, David (REFILE) | 1:20-cv-01761 | BEN MARTIN LAW GROUP | | |
| 280. | Reyes, David Jr. | 1:21-cv-00092 | BLACKRIDGE LAW GROUP | | |
| 281. | Reyna, Raul & Reyna Ruiz, Delfina | 1:21-cv-00240 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | | |
| 282. | Reynolds, Marilyn | 1:21-cv-02870 | FERRER POIROT & WANSBROUGH | | |
| 283. | Ricco, Jason | 1:22-cv-00216 | HAMMERS LAW FIRM, LLC. | | |
| 284. | Richardson, Sandra | 1:23-cv-02306 | FERRER POIROT & WANSBROUGH | | |
| 285. | Rimer, Elaina | 1:19-cv-04909 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 286. | Robberstad, Patricia | 1:24-cv-00411 | ONDERLAW, LLC | | |
| 287. | Roberts, Chante | 1:19-cv-03516 | MCSWEENEY LANGEVIN LLC | | |
| 288. | Robinson, Dede | 1:19-cv-04320 | MCSWEENEY LANGEVIN LLC | | |
| 289. | Robinson, Jainelle | 1:19-cv-04197 | MCSWEENEY LANGEVIN LLC | | |
| 290. | Rodriguez, Sheila | 1:17-cv-01613 | HOTZE RUNKLE, PLLC | | |
| 291. | Rosol, Eva | 1:20-cv-00577 | MCSWEENEY LANGEVIN LLC | | |
| 292. | Ross, Kathleen | 1:18-cv-03797 | MCDONALD WORLEY, PC | | |
| 293. | Russell, Leslie and Mary | 1:17-cv-03786 | THE GOETZ LAW FIRM, INC. | BEN MARTIN LAW GROUP | |
| 294. | Sanchez, Remedios | 1:21-cv-00083 | BEN MARTIN LAW GROUP | | |
| 295. | Santos, Jaye | 1:21-cv-02427 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 296. | Savage, Shelley | 1:19-cv-05008 | MCSWEENEY LANGEVIN LLC | | |
| 297. | Saviri, Gary | 1:19-cv-01455 | WILSHIRE LAW FIRM PLC | | |
| 298. | Schilling, Kathleen | 1:19-cv-03265 | MCSWEENEY LANGEVIN LLC | | |
| 299. | Schreckengost, George | 1:17-cv-04613 | HOTZE RUNKLE, PLLC | | |
| 300. | Scruggs, David Lee | 1:22-cv-06711 | BEN MARTIN LAW GROUP | | |
| 301. | Segars, Ramona | 1:19-cv-04825 | WATERS & KRAUS, LLP | BEN MARTIN LAW GROUP | |
| 302. | Selsor, Frank D. | 1:20-cv-01307 | SIMON GREENSTONE PANATIER, P.C. | | |
| 303. | Serkes, Dean | 1:23-cv-01926 | TAUTFEST BOND, PLLC | | |
| 304. | Serrette, Michel and Jones, Del | 1:19-cv-01275 | THE MOODY LAW FIRM, INC. | | |
| 305. | Shelley, Roy | 1:21-cv-06630 | THE GOSS LAW FIRM, P.C. | | |
| 306. | Short, Alonzo Jr. | 1:19-cv-04505 | MCSWEENEY LANGEVIN LLC | | |
| 307. | Simon, John | 1:20-cv-06185 | BEN MARTIN LAW GROUP | | |
| 308. | Smith, Joshua | 1:22-cv-00273 | MCDONALD WORLEY, PC | | |
| 309. | Smith, Kathy J. | 1:22-cv-06809 | MCSWEENEY LANGEVIN LLC | | |
| 310. | Smithson, Arthur Donald Jr. | 1:19-cv-02070 | BEN MARTIN LAW GROUP | | |
| 311. | Snyder, Barbara | 1:19-cv-02570 | BEN MARTIN LAW GROUP | | |

| | | | | | |
|---|---|---|---|---|---|
| 312. | Solis, Refugio | 1:21-cv-00780 | FERRER POIROT & WANSBROUGH | | |
| 313. | Solomon, Gina | 1:18-cv-01811 | MCSWEENEY LANGEVIN LLC | | |
| 314. | Sorenson, Ilene and Scott | 1:18-cv-03562 | THE MOODY LAW FIRM, INC. | | |
| 315. | Sotelo, Christina | 1:19-cv-01989 | BEN MARTIN LAW GROUP | | |
| 316. | Souder, Henry F. & Martha Ann | 1:17-cv-01432 | GOLDENBERGLAW, PLLC | | |
| 317. | Southern, George Jr. and Edith* | 1:18-cv-03575 | THE MOODY LAW FIRM, INC. | | |
| 318. | Spann, Beverly | 1:22-cv-06712 | FERRER POIROT & WANSBROUGH | | |
| 319. | Splitt, Corinne and Larry | 1:18-cv-03741 | THE MOODY LAW FIRM, INC. | | |
| 320. | Sproul, Ashly | 1:19-cv-04452 | BEN MARTIN LAW GROUP | | |
| 321. | Stablein, James T. Jr. (ESTATE OF) | 1:18-cv-03467 | GOLDENBERGLAW, PLLC | | |
| 322. | Starr, Julie | 1:24-cv-01759 | MCSWEENEY LANGEVIN LLC | | |
| 323. | Stephens, Lloyd D. | 1:24-cv-01029 | MCSWEENEY LANGEVIN LLC | | |
| 324. | Storrs, Jan | 1:19-cv-02021 | MCSWEENEY LANGEVIN LLC | | |
| 325. | Streck, Robert [ESTATE OF] | 1:20-cv-00081 | MCSWEENEY LANGEVIN LLC | | |
| 326. | Strong, Donald | 1:21-cv-06334 | MCSWEENEY LANGEVIN LLC | | |
| 327. | Sugden, Nevada | 1:19-cv-03151 | MCSWEENEY LANGEVIN LLC | | |
| 328. | Summitt, Randy | 1:19-cv-03464 | MCSWEENEY LANGEVIN LLC | | |
| 329. | Swaite, Robin | 1:18-cv-01905 | THE MOODY LAW FIRM, INC. | | |
| 330. | Taylor, Myron | 1:16-cv-02772 | THE GOSS LAW FIRM, P.C. | WENDT LAW FIRM | |
| 331. | Teixeira, Andre | 1:19-cv-04848 | MCSWEENEY LANGEVIN LLC | | |
| 332. | Therrell, Randall | 1:19-cv-02178 | MCSWEENEY LANGEVIN LLC | | |
| 333. | Thompson, Margaret | 1:19-cv-00127 | FENSTERSHEIB LAW GROUP, P.A. | BEN MARTIN LAW GROUP | |
| 334. | Throw, James | 1:19-cv-01397 | WAGSTAFF & CARTMELL, LLP | | |
| 335. | Tilley, Donald | 1:19-cv-02308 | WAGSTAFF & CARTMELL, LLP | | |
| 336. | Toner, Lela | 1:21-cv-02963 | THE LAW OFFICE OF A. CRAIG EILAND, P.C. | | |

| | | | | | |
|---|---|---|---|---|---|
| 337. | Torres, Manuel (NY) | 1:21-cv-01244 | FERRER POIROT & WANSBROUGH | | |
| 338. | Toulomelis, Robin | 1:17-cv-01543 | GOLDENBERGLAW, PLLC | | |
| 339. | Trimmier, Tasha (REFILE) | 1:23-cv-00247 | NAPOLI SHKOLNIK PLLC | | |
| 340. | Tritt, Darrell | 1:19-cv-04961 | MCSWEENEY LANGEVIN LLC | | |
| 341. | Troupe, James | 1:19-cv-04900 | MCSWEENEY LANGEVIN LLC | | |
| 342. | Turner, Elvin Shane | 1:19-cv-03408 | LAW OFFICES OF DONALD G. NORRIS | | |
| 343. | Turner, Latonya | 1:21-cv-02736 | FERRER POIROT & WANSBROUGH | | |
| 344. | Turner, Paula | 1:19-cv-02023 | BEN MARTIN LAW GROUP | | |
| 345. | Umbaugh, Paul M. III | 1:18-cv-02178 | BEN MARTIN LAW GROUP | | |
| 346. | Undieme, Thomas | 1:20-cv-01392 | MCDONALD WORLEY, PC | | |
| 347. | Valentine, John | 1:20-cv-01853 | MCDONALD WORLEY, PC | | |
| 348. | Vaughan, Larry John Jr. | 1:17-cv-04340 | MORRIS//ANDERSON | BEN MARTIN LAW GROUP | |
| 349. | Velicka, Linda | 1:24-cv-00959 | ONDERLAW, LLC | | |
| 350. | Villaran, Jesus | 1:22-cv-01749 | FERRER POIROT & WANSBROUGH | | |
| 351. | Vinnik, Charles Alan | 1:16-cv-03273 | BEN MARTIN LAW GROUP | | |
| 352. | Wagner, Jason | 1:22-cv-01069 | FERRER POIROT & WANSBROUGH | | |
| 353. | Wagner, Robert E. | 1:19-cv-03434 | MCSWEENEY LANGEVIN LLC | | |
| 354. | Walker, Gary Jr. | 1:19-cv-00768 | GOLDENBERGLAW, PLLC | | |
| 355. | Walker, Patricia | 1:19-cv-04749 | MCSWEENEY LANGEVIN LLC | | |
| 356. | Warner, Robert | 1:24-cv-o1520 | MCSWEENEY LANGEVIN LLC | | |
| 357. | Washington, Patricia | 1:19-cv-02006 | MCSWEENEY LANGEVIN LLC | | |
| 358. | Watson, Carol | 1:21-cv-06543 | FERRER POIROT & WANSBROUGH | | |
| 359. | Weaver, Harry | 1:20-cv-03315 | WAGSTAFF & CARTMELL, LLP | | |
| 360. | Weiss, Joan | 1:19-cv-03667 | MCSWEENEY LANGEVIN LLC | | |
| 361. | Wells, Deborah | 1:23-cv-00002 | HAMMERS LAW FIRM, LLC. | | |
| 362. | Wheeler, James | 1:21-cv-06524 | FERRER POIROT & WANSBROUGH | | |
| 363. | Whisenant, Sheritta | 1:19-cv-03455 | MCSWEENEY LANGEVIN LLC | | |

| | | | | | |
|---|---|---|---|---|---|
| 364. | White, Duane D. | 1:21-cv-02667 | BEN MARTIN LAW GROUP | | |
| 365. | White, Jonathan | 1:21-cv-01032 | MCDONALD WORLEY, PC | | |
| 366. | Whiting, Reginald | 1:19-cv-04970 | WAGSTAFF & CARTMELL, LLP | | |
| 367. | Whitman, Arthur L. | 1:17-cv-00705 | DEGARIS WRIGHT MCCALL | | Wright McCall, LLC |
| 368. | Whittle, Margaret | 1:22-cv-01275 | FERRER POIROT & WANSBROUGH | | |
| 369. | Wicklund, LeRoy | 1:19-cv-01565 | MCDONALD WORLEY, PC | | |
| 370. | Wiley, Crystal | 1:20-cv-06276 | BEN MARTIN LAW GROUP | | |
| 371. | Williams, Elaine | 1:19-cv-03860 | MCSWEENEY LANGEVIN LLC | | |
| 372. | Williams, Lori Lynn | 1:20-cv-00649 | MCSWEENEY LANGEVIN LLC | | |
| 373. | Willis, Floyd and Denise* | 1:18-cv-03732 | THE MOODY LAW FIRM, INC. | | |
| 374. | Woodring, Lillie | 1:22-cv-00149 | FERRER POIROT & WANSBROUGH | | |
| 375. | Wray, Lincoln | 1:22-cv-00095 | MCSWEENEY LANGEVIN LLC | | |
| 376. | Yanda, Angela | 1:20-cv-06308 | MCSWEENEY LANGEVIN LLC | | |
| 377. | Yazzie, Kathy | 1:21-cv-00598 | FERRER POIROT & WANSBROUGH | | |
| 378. | Young, Karen A. | 1:16-cv-02305 | THE DUDLEY LAW FIRM | | |
| 379. | Youngblood, Paula | 1:21-cv-02342 | FERRER POIROT & WANSBROUGH | | |