UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

All Actions in Exhibit A

### NOTICE OF FINAL BELLWETHER POOL LIST PURSUANT TO CMO-34

PLEASE TAKE NOTICE that pursuant to Paragraph 6 of Case Management Order No.34 ("CMO-34"), the Cook Defendants have met-and-conferred with the Plaintiffs' Steering Committee, and hereby submit the final list of bellwether-eligible cases as defined by CMO-34, attached hereto as **Exhibit A**.[1, 2, 3]

Dated: September 23, 2025

---

[1] There is no change between this list and the list contained in the Notice of Initial Bellwether Pool List Pursuant to CMO-34 filed on September 22, 2025 (Dkt. No. 27160).  This filing clarifies that this is the final bellwether pool list submitted pursuant to Paragraphs 5 and 6 of Case Management Order No.34.

[2] The parties note for the Court that there are 9 cases on the list that remain subject to a pending notice of non-compliance. *See* Notice, Dkt. Nos. 26937 and 26948. Those cases are indicated on the list with a (*) symbol.

[3] The parties also note that Plaintiffs object to the inclusion of cases here that involve plaintiffs who have passed away from circumstances unrelated to the IVC filter.  Plaintiffs recently filed their Motion to Modify Case Management Order No. 34 To Exclude Deceased Plaintiffs From Bellwether Pool As Non-Representative Cases (Dkt. No. 27159).  Cook, however, opposes this motion and will file its response accordingly.

1

Respectfully Submitted,

*/s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23rd, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson