# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*DUTCHER v. COOK INCORPORATED et al*<br>Case No. 1:22-cv-02407-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Andrew Dutcher, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-02407-RLY-TAB.

Dated: September 23, 2025

    Respectfully Submitted,
    GOMEZ TRIAL ATTORNEYS
    */s/ Joshua R. Harris*
    Joshua R. Harris (FL Bar No. 124124)
    *Admitted Pro Hac Vice*
    755 Front St.
    San Diego, California 92101
    PH: 673-237-3490 / FAX: 673-237-3496
    josh@getgomez.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 /s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)
*Admitted Pro Hac Vice*
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com
