# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*JONASSEN v. COOK INCORPORATED et al*<br>Case No. 1:20-cv-02877-RLY-TAB | |

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Leif Jonassen, who died on or about April 3, 2025.

Dated: September 24, 2025

Respectfully Submitted,
GOMEZ TRIAL ATTORNEYS
 */s/ Joshua R. Harris*
Joshua R. Harris (FL Bar No. 124124)
*Admitted Pro Hac Vice*
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 */s/ Joshua R. Harris*

Joshua R. Harris (FL Bar No. 124124)
*Admitted Pro Hac Vice*
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com