**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Carol C. Copeland
1:18-CV-4028

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), C. CALVIN WARRINER III and the law firm of SEARCY DENNY SCAROLA BARNHART & SHIPLEY, P.A., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Carol C. Copeland and her counsel has broken down and counsel and client disagree as to the manner in which her case should be pursued.

3. Carol C. Copeland has been notified, in writing, by counsel of their intention to withdraw as her attorneys in this action

4. Plaintiff's last known address and contact information is as follows:

   Carol C. Copeland
   410 Junco Court, Apt 307
   Tallahassee, FL 32304
   (850) 591-8257

5. This matter is not set for trial.

6. SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A. has sent a copy of this Motion to Withdraw to this Claimants last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A. move this Court for the entry of an Order permitting C. Calvin Warriner, III and the law firm of SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A. to withdraw their appearance as counsel of record in this matter.

Respectfully submitted,

*/s/ C. Calvin Warriner III*
C. Calvin Warriner, III
Florida Bar No. 374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Plam Beach, FL 33409
Phone: 561-686-6300

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of September 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ C. Calvin Warriner III*
C. Calvin Warriner, III

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:

Carol C. Copeland
1:18-CV-4028

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

To:   Carol C. Copeland
      410 Junco Court, Apt 307
      Tallahassee, FL 32304

**YOU ARE HEREBY NOTIFIED** that the undersigned will file the enclosed Motion to Withdraw as Counsel of Record for Plaintiff, before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, IN 46204, at such future date and time as may be determined by the Court.

**YOU ARE FURTHER NOTIFIED:**

1. You may appear in court, if you desire;

2. If the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

3. If you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit, dismissal and/or default judgment may be rendered against you; and,

4. No trial dates are currently set in this case.

Dated: September 25, 2025                  Respectfully submitted,

**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.**

*/s/ C. Calvin Warriner III*
C. Calvin Warriner, III
Florida Bar No. 374131
ccw@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Plam Beach, FL 33409
Phone: 561-686-6300