UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BETTY WHITMORE, as personal representative for the ESTATE OF JAMES WHITMORE, deceased. | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:21-cv-00635-RLY-TAB |
| COOK INCORPORATED, et al. | ) ) | |
| Defendants. | ) ) ) | |

**MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Plaintiff, Betty Whitmore, as personal representative for the Estate of James Whitmore, by counsel, pursuant to Local Rule 5-11(d), hereby moves to maintain under seal Dkt. # 27151-2 in case number 1:14-ml-02570-RLY-TAB (also see Dkt. # 9-1 in 1:21-cv-00635). In support of this motion, Plaintiff states:

1.      The document in question, Plaintiff's death certificate, contains personal data identifiers, specifically the Plaintiff's entire date of birth, which is sensitive information, requiring protection to prevent identity theft and other potential misuse.

2.      Federal Rules of Civil Procedure 5.2 mandates the redaction of personal data identifiers from court filings to safeguard privacy. Maintaining these documents under seal ensures compliance with these rules.

3.      The Court has already sealed Dkt. # 27151-2 in case number 1:14-ml-02570 (also see Dkt. # 9-1 in 1:21-cv-00635) recognizing the sensitivity of the information contained therein.

4.      This motion is filed in accordance with Local Rule 5-11(d), which provides the procedure for maintaining documents under seal.

5.      In addition, Plaintiff will file a correctly redacted version of the documents for public viewing through the court's ECF system, ensuring compliance with Federal Rules of Civil Procedure 5.2.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Maintain Under Seal Dkt. # 27151-2 in case number 1:14-ml-02570 (see also Dkt. # 9-1 in 1:21-cv-00635).

By: /s/ *Monte Bond*

MONTE BOND, Esq.
Texas Bar  No.02585625
Tautfest Bond, PLLC
5473 Blair Road, Suite 2000
Dallas, TX 75231
Telephone: (214) 617-9980
Fax: (214) 853-4281
Email: mbond@tbtorts.com

ATTORNEY FOR PLAINTIFF(S)

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025 a copy of the foregoing ""Motion to Maintain Document Under Seal" was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Monte Bond

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BETTY WHITMORE, as personal
representative for the ESTATE OF
JAMES WHITMORE, deceased.                    )
                                             )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )
                                             )          CASE NO. 1:21-cv-00635-RLY-TAB
COOK INCORPORATED, et al.                    )
                                             )
                    Defendants.              )
                                             )
                                             )

**ORDER GRANTING MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

This matter having come before the Court on the Motion to Maintain Document Under Seal

filed by Plaintiff; and the Court, being duly advised, finds that the documents contain personal data

identifiers that require protection under Federal Rules of Civil Procedure 5.2. Therefore, the

Court hereby GRANTS the motion and ORDERS that Dkt. # 27151-2 in case number 1:14-

ml-02570 (see also Dkt. # 9-1 in 1:21-cv-00635) be maintained under seal until further order of

the Court.

Dated: _____          _____
                                         TIM A. BAKER
                                         United States Magistrate Judge
                                         Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the
court's ECF system.