# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

THIS DOCUMENT RELATES TO:
*GREEN v. COOK INCORPORATED et al*
Case No. 1:21-cv-06364-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys and Altom M. Maglio of the law firm Maglio Christopher & Toale, PA move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on September 26, 2025, or the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel reached out to Plaintiff in written communications on September 15, 2025, and September 9, 2025, to discuss her case. Counsel notified Plaintiff (by telephone call) his intention to withdraw as her attorney in this action on September 23, 2025, and Plaintiff provided verbal consent to the withdrawal on September 25, 2025.

1

4. The attorney-client relationship between Vanessa Green and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should proceed.

5. Plaintiff's last known address and contact information is as follows:

Vanessa Green
555 E Street SW
APT 408
Washington, DC 20024
202-650-2399

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Joshua R. Harris of the law firm Gomez Trial Attorneys and Altom M. Maglio of the law firm Maglio Christopher & Toale, PA to withdraw their appearance as counsel of record in this matter.

Dated: September 26, 2025

    Respectfully Submitted,
    GOMEZ TRIAL ATTORNEYS
    */s/ Joshua R. Harris*
    Joshua R. Harris (FL Bar No. 124124)
    *Admitted Pro Hac Vice*
    755 Front St.
    San Diego, California 92101
    PH: 673-237-3490 / FAX: 673-237-3496
    josh@getgomez.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)
*Admitted Pro Hac Vice*
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com