# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITGATION | MDL No. 1:14-ml-02570-RLY-TAC |

THIS DOCUMENT RELATES TO:
_____

Diane S. Fulton
1:19-cv-01137-RLY-TAB

_____

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83-7(b), BRIAN A. GOLDSTEIN and the law firm of GOLDSTEIN GRECO, P.C., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The Plaintiff will no longer respond to counsel. In this regard, the undersigned counsel and his representatives have been unsuccessful in their attempts to locate and contact this claimant at her last known address and phone number. In addition, the undersigned counsel and his representatives have conducted searches of public records and national databases, and have confirmed delivery of mailings through USPS Certified Mail. All efforts to locate the claimant and summons a response have been unsuccessful.

3. Diane S. Fulton has been notified in writing on multiple occasions of the importance of complying with this Court's Second Amended CMO-32 and Seventh Amended CMO-4, but to date there has been no response to GOLDSTEIN GRECO, P.C.'s correspondence.

4. Plaintiff's last known address and contact information is as follows:

Diane S. Fulton
93 Shelmont Drive
Rochester, NY  14621
(585) 544-6791 (non-working)

5. This matter is not set for trial

6. GOLDSTEIN GRECO, P.C. has sent a copy of this Motion to Withdraw to this Claimant's last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and GOLDSTEIN GRECO, P.C. move this Court for the entry of an Order permitting Brian A. Goldstein and the law firm of GOLDSTEIN GRECO, P.C. to withdraw as counsel of record in this matter.

Respectfully submitted,

GOLDSTEIN GRECO, P.C.

/s/ Brian A. Goldstein
Brian A. Goldstein
New York Reg. No. 2715019
2354 Wehrle Drive
Buffalo, New York  14221
Tel: (716) 568-9090
bg@goldsteingreco.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Brian A. Goldstein
Brian A. Goldstein

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITGATION

MDL No.
1:14-ml-02570-RLY-TAC

THIS DOCUMENT RELATES TO:
_____

Diane S. Fulton
1:19-cv-01137-RLY-TAB
_____

### NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

To:   Diane S. Fulton
      93 Shelmont Drive
      Rochester, New York  11234

**YOU ARE HEREBY NOTIFIED** that the undersigned will file the enclosed Motion to Withdraw as Counsel of Record for Plaintiff on September 26, 2025, to be heard before the Honorable Tim A. Baker at 46 E. Ohio Street, Indianapolis, Indiana 46204, at such future date and time as may be determined by the Court.

**YOU ARE FURTHER NOTIFIED:**

1. That the Court may enter its ruling based solely upon the paper submission(s) without a formal hearing;

2. That should the Court schedule a formal hearing, you will be notified and may appear in Court, if you so desire;

3. That you will be promptly notified of any Order entered in this matter;

4. That if the Motion to Withdraw is granted, you should either obtain another attorney or file an appearance with the Court on your own behalf;

5. That if you do not obtain another attorney or file an appearance on your own behalf, you will not receive notice of court proceedings in the case, and a nonsuit, dismissal and/or default judgment may be rendered against you; and

6. That no trial dates are currently set in this case.

Dated: September 26, 2025

Respectfully submitted,

GOLDSTEIN GRECO, P.C.

*/s/ Brian A. Goldstein*
Brian A. Goldstein
New York Reg. No. 2715019
2354 Wehrle Drive
Buffalo, New York  14221
Tel: (716) 568-9090
bg@goldsteingreco.com