UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lela Morris

Case No. 1:16-cv-01753

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Lela Morris, who died on or about December 11, 2023.

Dated: September 29, 2025.

                                                                                                                  Respectfully Submitted,

                                                                                                                  */s/ Genevieve M. Zimmerman*
                                                                                                                  Genevieve M. Zimmerman (MN# 330292)
                                                                                                                  MESHBESHER & SPENCE, LTD.
                                                                                                                  1616 Park Avenue
                                                                                                                  Minneapolis, MN 55404
                                                                                                                  Tel.: (612) 339-9121
                                                                                                                  Fax: (612) 339-9188
                                                                                                                  gzimmerman@meshbesher.com

                                                                                                                  ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Genevieve M. Zimmerman*
Genevieve M. Zimmerman