IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Carolyn Greenwood Lachenmayr and Walter F. Lachenmayr

Civil Case #1:17-cv-00347-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Pursuant to Rule 25(A)(1) of the Federal Rules of Civil Procedure, the undersigned counsel notifies this Honorable Court of the death of Carolyn Greenwood Lachenmayr.

Respectfully submitted

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
WILLIAMS LAW GROUP, LLC
1101 N. Delaware Street, Suite 200
Indianapolis, IN  46202
(317) 633-5270 / Fax: (317) 426-3348
joe@williamsgroup.law

## Certificate of Service

I hereby certify that on September 29, 2025, a copy of the foregoing Motion to Withdraw Appearance was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams