IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br>HERBERT BURKETT | |
| Case No. 1:22-cv-2031 | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Herbert Burkett, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-2031.

Dated: September 29, 2025

                                                Respectfully submitted,

                                                **REICH & BINSTOCK, LLP**

                                                /s/ Robert J. Binstock
                                                Robert J. Binstock (TX: 02328350)
                                                Reich & Binstock, LLP
                                                4265 San Felipe, Suite 1000
                                                Houston, TX 77027
                                                Phone: 713-622-7271
                                                bbinstock@reichandbinstock.com

                                                *Lead Counsel for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Respectfully submitted,<br>
**REICH & BINSTOCK, LLP**

*/s/ Robert J. Binstock*