# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Kenneth E. Sturm and Kathy Sturm, husband and wife<br><br>Civil Case # 1:17-cv-00219-RLY-TAB | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel of behalf of Plaintiffs, Kenneth E. Sturm and Kathy Sturm, and respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-00219-RLY-TAB.

Dated: October 01, 2025.

Respectfully Submitted,

*/s/ John D. Allison*
John D. Allison, WSBA No. 26299
**EYMANN ALLISON JONES P.S.**
2208 West Second Avenue
Spokane, WA 99201
Telephone: (509) 747-0101
Facsimile: (509) 458-5977
jdallison@eahjlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 01, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ John D. Allison
John D. Allison