IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

    TERRY MAXWELL
    Civil Case No. 1:18-cv-1029-RLY-TAB

## SUGGESTION OF DEATH

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that counsel for Plaintiff hereby gives notice of the death of Plaintiff Terry Maxwell on or about August 31, 2023, in Maricopa County, Arizona.

Dated: October 4, 2025                          Respectfully submitted,

                                                        **BERTRAM & GRAF, L.L.C.**

                                                        /s/ Benjamin A. Bertram
                                                        Benjamin A. Bertram, MO Bar #56945
                                                        2345 Grand Boulevard, Suite 1925
                                                        Kansas City, MO 64108
                                                        Telephone: (816) 523-2205
                                                        Facsimile:  (816) 523-8258
                                                        benbertram@bertramgraf.com

                                                        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

    /s/ Benjamin A. Bertram
*Attorney for Plaintiffs*