UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

All Actions in Exhibit A

### AMENDED NOTICE OF FINAL BELLWETHER POOL LIST PURSUANT TO CMO-34

PLEASE TAKE NOTICE that pursuant to Paragraph 6 of Case Management Order No. 34 ("CMO-34"), the Cook Defendants have met and conferred with the Plaintiffs' Steering Committee and hereby submit the final list of bellwether-eligible cases as defined by CMO-34, attached as **Exhibit A**.[1]

Dated: October 7, 2025

        Respectfully Submitted,

        */s/ Andrea Roberts Pierson*
        Andrea Roberts Pierson
        Jessica Benson Cox
        FAEGRE DRINKER BIDDLE & REATH LLP
        300 North Meridian Street, Suite 2500
        Indianapolis, Indiana 46204
        Telephone: (317) 237-0300
        Andrea.Pierson@FaegreDrinker.com
        Jessica.Cox@FaegreDrinker.com

---

[1] The parties note that 7 cases on the list remain subject to a pending notice of non-compliance. *See* Dkts. 26937 & 26948. Those cases are identified on the list with a (*) symbol.

The parties also note that Plaintiffs object to the inclusion of cases involving plaintiffs who have passed away from circumstances unrelated to the IVC filter. Plaintiffs recently filed their Motion to Modify Case Management Order No. 34 to Exclude Deceased Plaintiffs from Bellwether Pool as Non-Representative Cases. *See generally* Dkt. No. 27159. Cook opposes this motion and will file its response accordingly.

>James Stephen Bennett
>FAEGRE DRINKER BIDDLE & REATH LLP
>110 W. Berry Street, Suite 2400
>Fort Wayne, Indiana 46802
>Telephone: (260) 424-8000
>Stephen.Bennett@FaegreDrinker.com
>
>*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

>*/s/ Andrea Roberts Pierson*