**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Barbara Snyder

Civil Case # 1:19-cv-02570-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83-7(b), Ben C. Martin and the law firm of Ben Martin Law Group, PLLC, move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The Plaintiff Barbara Snyder will no longer respond to counsel. In this regard, the undersigned counsel and his representatives have been unsuccessful in their attempts to locate and contact this claimant at her last known address, phone number, and email address. In addition, the undersigned counsel and his representatives have conducted searches of public records and national databases, and have confirmed delivery of mailings through USPS *Priority Mail*. All efforts to locate the claimant and summons a response have been unsuccessful.

3. Barbara Snyder has been notified in writing on multiple occasions of the importance of contacting us in order to confirm her willingness and ability to participate in the

1

pretrial discovery process and be present at trial should her case be selected out of the Bellwether Pool, but to date there has been no response to Ben Martin Law Group, PLLC's correspondence.

4.  Plaintiff's last known address and contact information is as follows:

Barbara Snyder
1137 Sulgrave Dr.
Brookfield, OH 44403
(330) 495-4011
bsnyder5@aol.com

5.  Ben Martin Law Group, PLLC has sent a copy of this *Motion to Withdraw* to this Claimant's last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel and Ben Martin Law Group, PLLC move this Court for the entry of an Order permitting Ben C. Martin and the law firm of Ben Martin Law Group, PLLC to withdraw as counsel of record in this matter.

Dated: October 8, 2025.

>                      Respectfully submitted,
>
>                      */s/ Ben C. Martin*
>                      Ben C. Martin, TX Bar No. 13052400
>                      **Ben Martin Law Group, PLLC**
>                      3500 Maple Avenue, Suite 400
>                      Dallas, TX 75219
>                      Tel.: (214) 761-6614
>                      Fax: (214) 744-7590
>                      bmartin@bencmartin.com
>
>                      ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin
