IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND         Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to the following cases:

ALLEN LANDER            Case No. 1:16-cv-01459-RLY-TAB
DONNA A. KEENEY         Case No. 1:16-cv-01956-RLY-TAB
RHONDA VARNER           Case No. 1:16-cv-02192-RLY-TAB
CARMEN ABRAMS           Case No. 1:16-cv-02194-RLY-TAB

_____

**ORDER ON OCTOBER 14, 2025, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiffs Allen Lander, Donna Keeney, Rhonda Varner, and Carmen Abrams appeared by counsel, Joseph R. Johnson, on October 14, 2025, for a telephonic status conference to address Plaintiffs' counsel's motions to withdraw. [Filing Nos. 26946, 27002, 27003, and 27004.] Plaintiff Allen Lander's additional counsel, Douglass A. Kreis, also appeared to address his motion to withdraw in Lander's case. [Filing No. 27234.] Contrary to the order setting this conference, Plaintiffs failed to appear. [Filing No. 27044.]

**This matter is set for a telephonic status conference at 2 p.m. (Eastern Time) October 23, 2025**. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiffs shall participate in this conference in person and by counsel, at which time Plaintiffs shall show cause for Plaintiffs' failure to appear for the October 14 conference. The information needed by counsel of record to participate in this telephonic

conference will be provided by separate notification.  **Plaintiffs Allen Lander, Donna Keeney, Rhonda Varner, and Carmen Abrams shall call Chambers directly at 317-229-3660, to participate in this conference.**  If Plaintiffs fail to attend this conference, the magistrate judge will recommend dismissal of this action.

    Date: 10/15/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph R. Johnson is required to serve Plaintiffs Lander, Keeney, Varner, and Abrams.