IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                             MDL No. 2570

---

This Document Relates to the following cases:

| | |
|---|---|
| RAUL CARILLO | Case No. 1:17-cv-02819-RLY-TAB |
| TERESA ELLISON | Case No. 1:16-cv-01672-RLY-TAB |
| DELCA GRACE BRYANT | Case No. 1:16-cv-01406-RLY-TAB |
| MITCHELL FLANDERS | Case No. 1:16-cv-02814-RLY-TAB |
| GLORIA D. HIDALGO | Case No. 1:16-cv-02038-RLY-TAB |
| ARTELIA MARIE LEAK | Case No. 1:16-cv-01491-RLY-TAB |
| TERESA LOOSE | Case No. 1:16-cv-03399-RLY-TAB |
| BONITA OWINGS | Case No. 1:17-cv-00274-RLY-TAB |
| BHREE SCHULER | Case No. 1:16-cv-01969-RLY-TAB |
| ANTOINETTE C. SMITH | Case No. 1:16-cv-01970-RLY-TAB |
| VERNON JAMES TROUT | Case No. 1:16-cv-02084-RLY-TAB |
| DELEON TYSON | Case No. 1:16-cv-02258-RLY-TAB |
| DELANO WILLIAMS | Case No. 1:17-cv-01879-RLY-TAB |
| ADVESTER MASON | Case No. 1:16-cv-01835-RLY-TAB |
| DONALD D. GRIFFIN | Case No. 1:16-cv-02036-RLY-TAB |

---

**ORDER ON OCTOBER 14, 2025, TELEPHONIC STATUS CONFERENCE**

Plaintiffs appeared by counsel, Joseph R. Johnson, on October 14, 2025, for a telephonic status conference to address Plaintiffs' counsel's motions to withdraw. [Filing Nos. 26989, 26987, 26988, 26990, 26991, 26992, 26993, 26994, 26995, 26996, 26997, 26998, 26999, 27001, 27000, and 27090.] Counsel requests to withdraw from representation of these clients because the attorney-client relationship between Plaintiff and counsel has broken down and counsel and client disagree regarding terms and conditions of settlement. This is not a sufficient basis for

withdrawal.  Accordingly, counsel's motions to withdraw in the above-captioned cases are denied.

    Date: 10/15/2025

                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Joseph R. Johnson is required to serve Plaintiffs Carillo, Ellison, Bryant, Flanders, Hidalgo, Leak, Loose, Owings, Schuler, Smith, Trout, Tyson, Williams, Mason, and Griffin.