UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Daniel Wharton

Civil Case # 1:17-cv-01900-SEB-MJD

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Daniel Wharton, who died on or about December 23, 2023.

Dated: October 15, 2025.

Respectfully Submitted,

*/s/ Matthew S. Mokwa*
Matthew S. Mokwa, FL Bar No. 47761
**The Maher Law Firm, P.A.**
398 West Morse Blvd. Suite 200
Winter Park, FL 32789
Tel.: (407) 839-0866
Fax: (407) 425-7958
mmokwa@maherlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                 */s/ Matthew S. Mokwa*
                                                 Matthew S. Mokwa