**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ACKNOWLEDGED. Case is dismissed without prejudice.
DATED: Oct 15, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                         MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

BRANDON PIERCEFIELD, as Personal
Representative of the ESTATE OF DAVID L.
MEYERS, Deceased

_____

Civil Case # 1:21-cv-06533-RLY-TAB

_____

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

COMES NOW, the undersigned counsel on behalf of Plaintiff, Brandon Piercefield, as

Personal Representative of the Estate of David L. Meyers, Deceased, and hereby respectfully gives

notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action

No. 1:21-cv-06533-RLY-TAB.

Dated: August 20, 2025.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3141 Hood Street, Suite 600
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

1