UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

[*Plaintiff Name*, Case Number]
JAMES LITTLE

## AMOUNT IN CONTROVERSY CERTIFICATION FORM

Plaintiff's Name: JAMES LITTLE

Plaintiff's Case Number: 18-cv-2422

Plaintiff's Case Categorization: 6,7

Plaintiff and the undersigned counsel hereby certify as follows:

(1) Plaintiff's counsel reviewed Plaintiff's available medical records, billing records, and any expert reports;

(2) Plaintiff's counsel reviewed Case Management Order No. 32 and the Seventh Circuit Court's opinion in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023); and

(3) Plaintiff and Plaintiff's counsel discussed this case and the requirement to establish the $75,000 amount-in-controversy.

**Question 1:**

Upon review, Plaintiff has a good-faith basis to assert a claim for damages exceeding $75,000, exclusive of interests and costs: ☑ Yes ☐ No

**Question 2(a):** If Yes:

The medical and other evidence relied on to make this certification has been produced to the Cook Defendants or is being produced with this Certification Form: ☑ Yes ☐ No

**Question 2(b):** If No:

Has Plaintiff submitted contemporaneously with this Certification a signed Stipulation of Dismissal using the form provided below? ☐ Yes ☑ No

The undersigned Plaintiff[1] declared under the penalty of perjury that the foregoing is true and correct.

Plaintiff's Name (printed): James Little

Plaintiff's Signature: *[signature]*

The undersigned counsel declares under the penalty of perjury that the foregoing is true and correct.

Plaintiff's Counsel Name (printed): Jerard M. Scanland (P74992)

Plaintiff's Counsel's Firm: PREMIER LEGAL GROUP, PLLC

Plaintiff's Counsel's Signature: *[signature]*

**Please select the** 🖊 **or** 🖊 Fill & Sign **buttons on the toolbar to add your signature.**

---

[1] For cases where a spouse has asserted a loss of consortium claim, the signature should be provided by the primary Plaintiff who received the Cook filter.

2