> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 17, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Wonnetta Wilson

Civil Case #: 1:21:cv-02495

## NOTICE OF VOLUNTARY DISMISSMAL

COMES NOW, Plaintiff, Wonnetta Wilson, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:21-cv-02495 filed on September 23, 2021.

Date: August 22, 2025.

    Respectfully submitted,

    **TAUTFEST BOND, PLLC**
    /s/ Monte Bond
    Monte Bond, (TX Bar 02585625)
    5473 Blair Rd, Suite 2000 Dallas, TX 75231
    Telephone: (214) 617-9980
    Facsimile: (214) 853-4281
    mbond@tbtorts.com
    *Attorneys for Plaintiff*