**EXHIBIT B**
CMO-32 Notice of Non-Compliance (Dkt. 26937)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 1. | Swaite, Robin | 1:18-cv-01905 | The Moody Law Firm, Inc. |
| 2. | Cabral, Janet & Kenneth | 1:18-cv-03873 | The Moody Law Firm, Inc. |
| 3. | Ezzell, Regina | 1:19-cv-00568 | Tautfest Bond, PLLC |
| 4. | Lecorchick, Donald | 1:19-cv-02806 | Tautfest Bond, PLLC |
| 5. | Bronner, Pam | 1:20-cv-06263 | Tautfest Bond, PLLC |
| 6. | Martin, Herbert | 1:21-cv-00708 | Tautfest Bond, PLLC |
| 7. | Dunbar, Stephanie | 1:21-cv-06357 | Tautfest Bond, PLLC |
| 8. | Oberlin, Nicole | 1:22-cv-00370 | Blankenship Law Firm |
| 9. | Coleman, Anthony | 1:22-cv-00549 | Tautfest Bond, PLLC |
| 10. | Parisi, Louis Jr. | 1:22-cv-06817 | Hammers Law Firm, LLC |
| 11. | Charter, Amanda | 1:23-cv-00190 | Hammers Law Firm, LLC |
| 12. | Oberlin, Nicole | 1:22-cv-00370 | Blankenship Law Firm |
| 13. | Coleman, Anthony | 1:22-cv-00549 | Tautfest Bond, PLLC |
| 14. | Parisi, Louis Jr. | 1:22-cv-06817 | Hammers Law Firm, LLC |
| 15. | Charter, Amanda | 1:23-cv-00190 | Hammers Law Firm, LLC |