**EXHIBIT A**
CMO-32 Notice of Non-Compliance (Dkt. 26948)

|  | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|---|---|---|---|
| 1. | Forrester, Stephen Wayne | 1:17-cv-03254 | Marc J. Bern & Partners, LLP |
| 2. | Delgado, Monica | 1:17-cv-03441 | Bertram & Graf, LLC |
| 3. | Frey, Steve | 1:17-cv-04197 | Bertram & Graf, LLC. |
| 4. | Bancroft, Lori | 1:17-cv-04312 | The Moody Law Firm, Inc. |
| 5. | Fort, Edwin IV and Marsha | 1:18-cv-00290 | The Moody Law Firm, Inc. |
| 6. | Halterman, Mary Lee | 1:18-cv-01829 | Hammers Law Firm, LLC |
| 7. | Clark, Robert R. | 1:18-cv-02414 | The Moody Law Firm, Inc. |
| 8. | Newton, Maria Anna | 1:18-cv-03500 | Ben Martin Law Group |
| 9. | Wilson, Ronald | 1:19-cv-00887 | Bertram & Graf, LLC |
| 10. | Calahan, John D. | 1:19-cv-01250 | Bertram & Graf, LLC |
| 11. | Jamison, Rebecca | 1:19-cv-01617 | Bertram & Graf, LLC |
| 12. | Brown, James Thomas and Joyce (ESTATE OF) | 1:19-cv-03484 | Flint Cooper, LLC |
| 13. | Washington, Wayne | 1:19-cv-03730 | Bertram & Graf, LLC |
| 14. | Bertuca, Elizabeth | 1:19-cv-04831 | McSweeney Langevin LLC |
| 15. | Hall, Deborah | 1:20-cv-00491 | McDonald Worley, PC |
| 16. | Magnan, Mary V. | 1:20-cv-01466 | Tautfest Bond, PLLC |
| 17. | Stanley, Diane | 1:20-cv-06243 | Hammers Law Firm, LLC |
| 18. | Wheatley, Kristi R. | 1:21-cv-06432 | O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC |
| 19. | Smith, Stephanie Ann | 1:22-cv-01973 | The Nations Law Firm |
| 20. | Flowers, Tonya A. | 1:22-cv-06900 | Flint Cooper, LLC |
| 21. | Tuck, Douglas | 1:23-cv-01569 | Hammers Law Firm, LLC |
| 22. | Anthony, Roni | 1:24-cv-01850 | McSweeney Langevin LLC |