**EXHIBIT B**
CMO-32 Notice of Non-Compliance (Dkt. 26948)

|     | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
| --- | --- | --- | --- |
| 1.  | Crystal, William | 1:18-cv-02524 | Kuhlman & Lucas, LLC |
| 2.  | Griffin, Edwina | 1:18-cv-03541 | Hammers Law Firm, LLC |
| 3.  | Sanders, Walter J. | 1:18-cv-04008 | Hammers Law Firm, LLC |
| 4.  | Nichols, Kimberly | 1:19-cv-01443 | Hammers Law Firm, LLC |
| 5.  | St. Clair, Janie | 1:19-cv-03367 | Hammers Law Firm, LLC |
| 6.  | Schlosser, Alice | 1:20-cv-00700 | Tautfest Bond, PLLC |
| 7.  | Branch, John | 1:21-cv-01342 | Tautfest Bond, PLLC |
| 8.  | Stanley, Rachel | 1:21-cv-06548 | Hammers Law Firm, LLC |
| 9.  | Howard, Claude | 1:21-cv-06568 | Hammers Law Firm, LLC |
| 10. | Horne, Brenda | 1:22-cv-06796 | Hammers Law Firm, LLC |
| 11. | DeWitt, Debra | 1:23-cv-01311 | Hammers Law Firm, LLC |
| 12. | Warner, Robert | 1:24-cv-01520 | McSweeney Langevin LLC |
| 13. | Starr, Julie | 1:24-cv-01759 | McSweeney Langevin LLC |