IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to

Plaintiff(s) Argail Carter

Civil Case #: 1:23-cv-7006

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Argail Carter, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:23-cv-7006 filed on 04/13/2023.

Date: October 20, 2025.

Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas, TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of October 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

                                                       /s/ Monte Bond