# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
RLY-TAB
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-

MDL No. 2570

_____

This Document Relates to the Following Cases:

Kelvin Young – 1:24-cv-00417
Christopher Voris – 1:24-cv-00194

_____

## ORDER ON THE COOK DEFENDANTS' MOTIONS FOR JUDGMENT PURSUANT TO CMO-28

This matter is before the court on the Cook Defendants' Motions for Judgment in Plaintiff Kelvin Young's Case Pursuant to CMO-28, filed on September 4, 2025, and the Cook Defendants' Motion for Judgment in Christopher Voris's Case Pursuant to CMO-28, filed on September 15, 2025.  Plaintiffs' 15-day response deadlines have passed, and more than 20 days have passed since the Cook Defendants filed their motion. Accordingly, pursuant to Paragraph 7 of CMO-28, the Cook Defendants' Motions are **GRANTED** (Filing Nos. 27132 (Kelvin Young), 27134 (Christopher Voris)) and Plaintiffs' cases are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 21st day of October 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

Distributed Electronically to Registered Counsel of Record.