UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION  _____ This Document Relates to: Kelvin Young – 1:24-cv-00417 _____ | 1:14-ml-02570-RLY-TAB MDL No. 2570 |

**FINAL JUDGMENT**

Pursuant to the Order issued this day, the court enters final judgment in favor of the Cook Defendants—Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe APS—and against the Plaintiff.

**SO ORDERED** this 21st day of October 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsel of Record.