IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

BARBARA NEWCOMER, Plaintiff
Civil Case# 1:19-cv-1164-RLY-TAB

<u>NOTICE OF SUGGESTION OF DEATH</u>

Plaintiff, Barbara Newcomer, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby informs this Honorable Court upon information and belief of the death of Plaintiff Barbara Newcomer, who died on or about November 24, 2022.

Dated: 10/22/25                                Respectfully submitted,

/s/ JOHN T. KIRTLEY, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, Texas 75219
(214) 521-4412
(214) 526-6026 Fax
jkirtley@lawyerworks.com
ivcfiling@lawyerworks.com
*Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

/s/John T. Kirtley, III
John T. Kirtley, III