UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HEATHER ROBARDS, Plaintiff,
v. COOK MEDICAL INC., Defendant

Case No. 1:25-cv-1:22-cv-02111-RLY-TAB
IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND
Case No. 1:14-ml-2570-RLY-TAB

PRODUCTS LIABILITY LITIGATION MDL No. 2570

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Southern District of Indiana Local Rule 83-7(c), undersigned counsel, George Andre Fields, respectfully withdraws his appearance on behalf of Plaintiff due to health-related reasons. Co-counsel James G. Onder, who has appeared in this matter, will continue to represent Plaintiff. Accordingly, Plaintiff will remain fully represented by skilled counsel, and no party will be prejudiced by this withdrawal.

Dated: October 22, 2025

Respectfully submitted,

/s/ George Andre Fields
1700 7th St., Suite 2100
Seattle, WA 98101
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2025, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record. A copy has also been provided to Plaintiff via email and at her last known address.

Executed this 22nd day of October, 2025.

/s/ George Andre Fields, Esq.