IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to the following cases:

ALLEN LANDER              Case No. 1:16-cv-01459-RLY-TAB
DONNA A. KEENEY           Case No. 1:16-cv-01956-RLY-TAB
RHONDA VARNER             Case No. 1:16-cv-02192-RLY-TAB
CARMEN ABRAMS            Case No. 1:16-cv-02194-RLY-TAB

_____

**ORDER ON OCTOBER 23, 2025, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiffs Allen Lander, Donna Keeney, Rhonda Varner, and Carmen Abrams to attend a telephonic status conference on October 14, 2025, to address Plaintiffs' counsel's motion to withdraw. [Filing No. 27240.] Plaintiffs failed to appear as ordered. The Court then issued an order setting a second conference for October 23, 2025, at which time Plaintiffs were to show cause for Plaintiffs' failure to appear for the October 14 conference. The Court noted that if Plaintiffs failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiffs' counsel appeared at the October 23, 2025, telephonic status conference, and Plaintiffs once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss these cases without prejudice.

Date: 10/23/2025                    _____

                                    Tim A. Baker
                                    United States Magistrate Judge
                                    Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph R. Johnson is required to serve Plaintiffs Lander, Keeney, Varner, and Abrams.