UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Amber McKinney Case No. 1:17-cv-2538

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a). Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

| | |
|---|---|
| Dated: 10 22 2025 | S/Andrea Roberts Pierson |
| S/Shezad Malik | Andrea Roberts Pierson |
| Attorney Name Shezad Malik | Faegre Drinker Biddle & Reath LLP |
| Dr. Shezad Malik Law Firm | 300 North Meridian Street, Suite 2500 |
| 3216 Tearose Dr. | Indianapolis, Indiana 46204 |
| Richardson, Texas 75082 | Telephone: (317) 237-0300 |
| Telephone: 214-390-3189 | Facsimile: (317) 237-1000 |
| Facsimile: 214-501-5660 | Email: andrea.pierson@faegredrinker.com |
| Email: malik2law@yahoo.com | |
| **Attorney for Plaintiff** | **Attorney for Defendants** |