IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

RUSSELL DUANE DENNIS and
ALBERTA MAE DENNIS, Plaintiff
Civil Case#1:18-cv-01661-RLY-TAB

_____

NOTICE OF SUGGESTION OF DEATH

Plaintiff, Russell Duane Dennis and Alberta Mae Dennis, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby informs this Honorable Court upon information and belief of the death of Plaintiff Russell Duane Dennis, who died on or about January 2, 2019.

Dated: 10/22/25

Respectfully submitted,

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Office Tel: (832) 413-4410
Cell: (832) 585-9829
Fax: (832) 900-2120
Karen.Schroeder@RBurnettLaw.com
*Attorney for Plaintiff*

*/s/Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
3737 Buffalo Speedway, 18th Floor
Houston, TX 77098
832-413-4410
832-900-2120 (fax)
rburnett@rburnettlaw.com
*Attorney for Plaintiff*

Notice of Suggestion of Death

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                                                 */s/ Riley L. Burnett, Jr.*
                                                                 Riley L. Burnett, Jr.