IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| JACK VILLERS, Plaintiff Civil Case# 1:17-cv-04763-RLY-TAB | |

NOTICE OF SUGGESTION OF DEATH

Plaintiff, Jack Villers, by and through undersigned counsel and pursuant to Fed. R. Civ. P., 25, hereby informs this Honorable Court upon information and belief of the death of Plaintiff Jack Villers, who died on or about March 19, 2025.

Dated: 10/22/25

Respectfully submitted,

By: */s/ Karen H. Beyea-Schroeder*
Karen H. Beyea-Schroeder
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Office Tel: (832) 413-4410
Cell: (832) 585-9829
Fax: (832) 900-2120
Karen.Schroeder@RBurnettLaw.com
*Attorney for Plaintiff*

*/s/Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
3737 Buffalo Speedway, 18th Floor
Houston, TX 77098
832-413-4410
832-900-2120 (fax)
rburnett@rburnettlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on October 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

                                                */s/ Riley L. Burnett, Jr.*
                                                Riley L. Burnett, Jr.