**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

**JOINT MOTION TO MODIFY THE ORDER**
**SETTING THE SETTLEMENT CONFERENCE**

The parties jointly and respectfully move the Court for an order modifying deadlines and submission requirements regarding the settlement conference regarding the cases in the inventory of McDonald Worley, P.C, as currently set forth in the Court's order setting the settlement conference. (Dkt. 26963.) More specifically, the parties have been engaged in ongoing settlement discussions and recently have reached agreement on the major terms and conditions of settlement, eliminating the need for the submissions required by the order and the conference with the court currently set for October 28, 2025. The parties agree and hereby respectfully request that the order setting the settlement conference be vacated and the parties be given until January 30, 2026, to finalize all terms and conditions of settlement, complete the documentation and settlement of the cases pursuant to the settlement agreement between the parties, and submit the appropriate dismissal papers.

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Modify the Order Setting the Settlement Conference regarding the case inventory for McDonald Worley, P.C. and vacate the order (Dkt. 26963).

Dated: October 26, 2025

*/s/ Scott Fraser*
Scott Fraser
McDONALD WORLEY, P.C.
1770 Saint James Place, Suite 100
Houston, Texas 77056
(713) 523-5500
(713) 523-5501 (fax)
scott@mcdonaldworley.com
*Attorneys for Plaintiffs*

Respectfully submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

Bruce Jones
FAEGRE DRINKER BIDDLE & REATH LLP
90 South Seventh Street, Suite 2200
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Bruce.Jones@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2025, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/*Scott Fraser*