IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

| | |
|---|---|
| DIANE S. FULTON | Case No. 1:19-cv-01137-RLY-TAB |
| THEODORA J. ROACH<br> Individually and as Administrator of the<br> Estate of Vilma T. Roach | Case No. 1:19-cv-03786-RLY-TAB |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 2:30 p.m. (Eastern Time) on December 2, 2025**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiffs shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiffs Diane S. Fulton and Theodora J. Roach shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiffs' counsel, Brian A Goldstein from Goldstein Greco, P.C.'s motion to withdraw as counsel of record [Filing Nos. 27183, 27184].

Date: 10/27/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Brian A Goldstein is required to serve Plaintiffs Diane S. Fulton and Theodora J. Roach