# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

> Motion granted. The October 28, 2025, settlement conference and related requirements are vacated as to these parties, and they shall file a stipulation of dismissal by January 30, 2026.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 10/27/2025

## JOINT MOTION TO MODIFY THE ORDER SETTING THE SETTLEMENT CONFERENCE

The parties jointly and respectfully move the Court for an order modifying deadlines and submission requirements regarding the settlement conference regarding the cases in the inventory of McDonald Worley, P.C, as currently set forth in the Court's order setting the settlement conference. (Dkt. 26963.) More specifically, the parties have been engaged in ongoing settlement discussions and recently have reached agreement on the major terms and conditions of settlement, eliminating the need for the submissions required by the order and the conference with the court currently set for October 28, 2025. The parties agree and hereby respectfully request that the order setting the settlement conference be vacated and the parties be given until January 30, 2026, to finalize all terms and conditions of settlement, complete the documentation and settlement of the cases pursuant to the settlement agreement between the parties, and submit the appropriate dismissal papers.

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Modify the Order Setting the Settlement Conference regarding the case inventory for McDonald Worley, P.C. and vacate the order (Dkt. 26963).