# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*TAYLOR v. COOK INCORPORATED et al*<br>Case No. 1:17-cv-01418-RLY-TAB | |

> Motion denied. A disagreement over the manner in which a case should be pursued does not warrant withdrawal of counsel.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 10/27/25

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys moves this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on September 26, 2025, or the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel notified Plaintiff of his intention to withdraw as her attorney in this action on September 18, 2025, on September 24, 2025, and on September 26, 2025.

4. The attorney-client relationship between Heather Taylor and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should proceed.

5. Plaintiff's last known address and contact information is as follows:

1