IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Charles Scott Snyder<br>1:17-CV-3301-RLY-TAB | MDL Case No.<br>1:14-ml-02570-RLY-TAB<br><br>MDL 2570<br><br>Motion denied. A disagreement over the manner in which a case should be pursued does not warrant withdrawal of counsel.<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>Dated: 10/27/2025 |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83-7(b); Lisa Ann Gorshe, Michael K. Johnson and Kenneth W. Pearson, as well as the law firm of JOHNSON BECKER, PLLC., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Charles Scott Snyder and his counsel has broken down as counsel and client disagree as to the manner in which his case should be pursued.

3. Charles Scott Snyder has been notified, in writing, by counsel of their intentions to withdraw as his attorneys in this action.

4. Plaintiff's last known address and contact information is as follows:

Charles Scott Snyder
3926 Lorna Drive
West Valley City, UT 84120
Phone: (385) 252-1357
Email: scottsnyder6@gmail.com