IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1:14-ml-02570-RLY-TAB |
| THIS DOCUMENT RELATES TO:<br><br>Carol C. Copeland<br>1:18-CV-4028-RLY-TAB | |

> Motion denied. A disagreement over the manner in which a case should be pursued does not warrant withdrawal of counsel.
>
> Tim A. Baker
> U.S. Magistrate Judge
> Dated: 10/27/2025

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), C. CALVIN WARRINER III and the law firm of SEARCY DENNY SCAROLA BARNHART & SHIPLEY, P.A., move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The attorney-client relationship between Carol C. Copeland and her counsel has broken down and counsel and client disagree as to the manner in which her case should be pursued.

3. Carol C. Copeland has been notified, in writing, by counsel of their intention to withdraw as her attorneys in this action

4. Plaintiff's last known address and contact information is as follows:

   Carol C. Copeland
   410 Junco Court, Apt 307
   Tallahassee, FL 32304
   (850) 591-8257

5. This matter is not set for trial.

6. SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A. has sent a copy of this Motion to Withdraw to this Claimants last known address, thereby informing her of this Motion to Withdraw. A copy of the Notice of Motion to Withdraw as Counsel is attached as Exhibit A.