UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS   LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates Only to the Following Cases:

Victoria Looper, 1:16-cv-03510

# EXHIBIT A

### Categorization Medical Records
### Filed Under Seal Pursuant to Case Management Order No. 29

Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook Europe
ApS*

**Second Amended Case Categorization Form**

A. Plaintiff's Name: Victoria Looper

B. Plaintiff's Case Number: 1:16-cv-03510

C. Plaintiff's Counsel (Lead Firm Name): Flint Cooper

D. Categorization: 5, 7(c)(d)

**Instructions: Check each category that applies, briefly describe the claimed injury/complication/outcome in the blank spaces where applicable, and provide specific medical record(s), imaging, and/or expert report in support of each claimed categorization simultaneously with the submission of this form.**

1. <u>Successful First Removal Without Complication or Physical Injury Cases</u>: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   ☐ Check this box for Category 1

2. <u>Cases Alleging Mental Distress and Embedment</u>: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   ☐ Check this box for Category 2

   Briefly describe claimed complication/outcome/injury:

3. <u>Stenosis of the IVC and Anticoagulation Cases</u>: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   ☐ Check this box for Category 3(a)

   ☐ Check this box for Category 3(b)

   Briefly describe claimed complication/outcome/injury:

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

    ☐ Check this box for Category 4

    Briefly describe claimed complication/outcome/injury:

5. <u>Failed Retrieval and Complicated Retrieval Cases</u>[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."
    **Plaintiffs who have not undergone any filter removal attempt but are asserting an irretrievability-based claim cannot select this category but may select Category 4 above.**

    ☑ Check this box for Category 5(a)

    ☑ Check this box for Category 5(b)

    Briefly describe claimed complication/outcome/injury:
    Failed retrieval. Filter is tilted, hook is embedded, one strut is fractured, and multiple struts are perforating the caval wall.

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

    ☐ Check this box for Category 6(a) – non-symptomatic filter movement or migration

    ☐ Check this box for Category 6(b) – non-symptomatic penetration or perforation

    ☐ Check this box for Category 6(c) – other non-symptomatic conditions

    Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

    ☑ Check this box for Category 7

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category 7(k).

**Check all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging, medical record, or expert report);

☐ Check this box for Category 7(a)

Briefly describe claim of symptomatic injury:


(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

☐ Check this box for Category 7(b)

Briefly describe claim of symptomatic injury:


(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

☑ Check this box for Category 7(c)

Briefly describe claim of symptomatic injury:
Failed retrieval. Filter is tilted, hook is embedded, one strut is fractured, and multiple struts are perforating the caval wall.


(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

☑ Check this box for Category 7(d)

Briefly describe claim of symptomatic injury:
Failed retrieval. Filter is tilted, hook is embedded, one strut is fractured, and multiple struts are perforating the caval wall.


(e) penetration or perforation **(if claiming this category, check only one option below)**:

  (1) symptomatic perforation consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging; or

☐ Check this box for Category 7(e)(1)

Briefly describe claim of symptomatic injury:

(2) organ perforation –

☐ Check this box for Category 7(e)(2)

Briefly describe claim of symptomatic injury:

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

☐ Check this box for Category 7(f)

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

☐ Check this box for Category 7(g)

Briefly describe claim of symptomatic injury:

(h) infection;

☐ Check this box for Category 7(h)

Briefly describe claim of symptomatic injury:

(i) bleeding;

☐ Check this box for Category 7(i)

Briefly describe claim of symptomatic injury:

(j) death; and

☐ Check this box for Category 7(j)

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

☐ Check this box for Category 7(k)

Briefly describe claim of symptomatic injury:

E. CMO-30 Compliance for Perforation Cases:

**Plaintiffs who categorized as Category 7(e) shall also review the medical evidence submitted with his/her Case Categorization Form and confirm he/she has provided imaging and/or a medical record or expert report supporting (a) IVC filter protrusion "3 or more mm outside the wall of the IVC as demonstrated by imaging," and (b) that the documented protrusion has caused a present physical impairment or physical harm.**

Has Plaintiff submitted evidence of a perforation "3 or more mm outside the wall of the IVC as demonstrated by imaging"?

☐ Yes ☐ No

Has Plaintiff submitted evidence that the documented perforation has caused a physical impairment or physical harm?

☐ Yes ☐ No

**If No: Plaintiff must supplement his or her Case Categorization Form to include this evidence and/or submit specific medical record evidence with this Form.**

F. Certification:

The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

5

If no specific medical record(s) accompany the submission of this form, counsel certifies that specific medical records supporting case categorization were previously produced on [Date/Time] and are identified by [bates label, provider name, page number, etc.].

Plaintiff's Counsel Name (printed): Trent Miracle

Plaintiff's Counsel's Firm: Flint Cooper

Plaintiff's Counsel's Signature: Trent Miracle

```
PT NAME=VICTORIA LOOPER
PT DOB(YYYYMMDD)=19870409
PT GENDER=F
PT MRN=971330848
PT ACCOUNT#=08018195911


PERFORMED BY GREENVILLE HEALTH SYSTEM

ORDERING MD:CHRISTOPHER G. CARSTEN, III, MDOP LOCATION:GMH OP
SURGERY PRE-OP
VASCULAR HEALTH ALLIANCE
200-C PATEWOOD DRIVE, STE 300
GREENVILLE, SC, 29615



RS621932 - SP IVC FILTER RETREIVAL    08/06/2013 11:05EXAM#:
13285427
ORDERED BY: Dr. CHRISTOPHER G. CARSTEN, III, MD


ADMISSION DATE/TIME:   08/06/2013 5:21


REASON FOR EXAM: filter removal------



RESULT:

LOOPER, VICTORIA

INFERIOR VENA CAVAGRAM WITH ATTEMPTED INFERIOR VENA CAVA FILTER
RETRIEVAL VIA RIGHT IJ AND RIGHT FEMORAL VEIN APPROACHES:

INTERVENTIONALIST:  Dr. Carsten.

CO-INTERVENTIONALIST:  Dr. Androes.

APPROACH:  14 French sheath placement via right IJ.  7 French sheath
placement via right groin.

INDICATION:  Malfunctioning IVC filter.

CLINICAL HISTORY:  The patient is a young female who had a
retrievable IVC placed four years ago after developing DVT.  At the
time of planned pelvic mass resection, she had a retrievable filter
placed.  Unfortunately, she was lost to follow-up and therefore
re-presents for re-evaluation for possible filter retrieval.

CONTRAST VOLUME:  80 cc.

FLUORO TIME:  75.6 minutes.

ANGIOGRAPHIC PROCEDURE IN DETAIL:  The patient was brought to the
operating room in OR 28 where after visual identification
confirmation of procedure and performance of a time-out, the patient
was given adequate general endotracheal anesthesia in anticipation of
a long procedure to allow for the patient to remain immobile.  After
adequate general anesthetic induction, the right IJ was punctured
using ultrasound guidance.  Initially, a 4 French micropuncture set
```

was slightly cannulated by the Glidewire and a 5 French pigtail catheter was advanced to the inferior vena cava. A 5 French sheath was placed and a 5 French pigtail catheter was advanced to the level of the iliac vein confluence. A flush vena cavagram was performed at that level inferior to the patient's existing IVC. Additional imaging and contrast injection was performed intermittently throughout the procedure.

ANGIOGRAPHIC FINDINGS: The patient's filter is noted to be tilted with its hook appearing to be embedded in the wall of the IVC just below the level of the left renal vein. Likewise, multiple struts from the IVC filter appear to be perforating or penetrating the caval wall. The cava is otherwise patent with no significant filling defects seen. Caval diameter appears unremarkable. There is of note no contrast refluxing into the left iliac vein which is the vein previously involved in DVT. There does not appear to be significant clot retained in the IVC filter. The patient is noted to have what appears to be at least one fractured centering strut on the filter.

INTERVENTIONS: Initially after placing the 5 French sheath, the 5 French sheath was upsized to a 14 French sheath. Using the 14 French sheath and a clover leaf snare, attempts were made to snare the hook. This was unsuccessful. This maneuver was then abandoned and a SOS Omni catheter with an 0.035 Bentson wire was advanced inferiorly to the cava. The SOS was reformed and the wire was then directed through the legs of filter and captured and pulled through the 14 French snare. This allowed for cephalad traction to be placed on the filter in attempt to right the filter and make it more centered. Despite a considerable amount of pressure being applied to the filter, this maneuver failed to center the filter. At this point, access was obtained in the groin and an 0.035 wire was threaded centrally along the left lateral wall at the IVC. A 12 mm balloon was positioned at the level of the filter's proximal hook and indeed on inflation, a waist was noted. However, the hook at the apex of the filter remained extraluminal. Multiple additional maneuvers were performed and multiple attempts to snare the device were made with a variety of clover leaf and gooseneck snares. These were all ultimately unsuccessful. Subsequently, an 0.035 wire was directed from the groin and initially using the SOS catheter and ultimately using a rim catheter, the wire was passed around a segment of the IVC filter from below and inferior traction was applied to the filter. This was performed from a variety of angles and with a variety of tension being applied, all of which were ultimately unsuccessful. Although subsequent runs appeared to show the filter in a more central location, the final imaging showed that the hook remains extraluminal. After well over 2 hours of attempts at repositioning the filter and snaring with a variety of techniques, the procedure was abandoned. A final vena cavagram was performed that showed that the filter remained in position. There did not appear to be any loose pieces and the procedure was ended. Sheaths were pulled. Pressure was applied to the groins and patient was awakened from anesthesia. There was a blood loss of approximately 50 cc. Specimens to Pathology are none. Complications are none. Again, total contrast volume was 80 cc of nonionic Oxilan contrast. Fluoro time was 75.6 minutes. Because of the complexity of the case, Dr. Androes' assistance was needed as opposed to resident assistance. Dr. Androes and I spent time at both the cephalad, as well as the groin positions, each of us attempting multiple maneuvers with multiple catheters and wires to center the filter.

IMPRESSION:

PATIENT WITH IVC FILTER WITH WHAT APPEARS TO BE CAVAL PERFORATION FROM MULTIPLE STRUTS WITH EMBEDMENT OF PROXIMAL HOOK WHICH WAS UNSUCCESSFULLY RETRIEVED. POST-OP PLAN WILL BE TO REIMAGE THE

PATIENT. AN OVERLY TAB PLETON VENOGRAM WAS PERFORMED SHOWING NO CAVAL PERFORATION, NO EXTRAVASATION OF CONTRAST, AND NO THROMBUS WITHIN THE IVC OR ON THE FILTER.

TRANSCRIPTIONIST:TRACY, BAGGETT
TRANSCRIBE TIME/DATE:8/6/2013 4:39:00 PM
READ BY:CHRISTOPHER G. CARSTEN, III, MD,
SIGNED BY:


O ELECTRONIC SIGNATURE /    CARSTEN, III, MD,CHRISTOPHER G.

```
PT NAME=VICTORIA LOOPER
PT DOB(YYYYMMDD)=19870409
PT GENDER=F
PT MRN=971330848
PT ACCOUNT#=08018195911


PERFORMED BY GREENVILLE HEALTH SYSTEM

ORDERING MD:HAROLD RAGAN HOWE, III, MDOP LOCATION:NS VASCULAR
GHS RESIDENT
701 GROVE ROAD
GREENVILLE, SC, 29605




RC100055 - CT ABDOMEN W/CONTRAST     08/07/2013 8:11EXAM#: 13287497
ORDERED BY: Dr. HAROLD RAGAN HOWE, III, MD


ADMISSION DATE/TIME:  08/06/2013 17:24


REASON FOR EXAM: IVC filter---Just IV contrast.  Please do venous
phase to evaluate IVC fi---lter placement




RESULT:
VICTORIA LOOPER

CT ABDOMEN WITH CONTRAST 8/7/13

HISTORY:Evaluate IVC filter after unsuccessful attempt at retrieval
yesterday.  It has been in place since April of 2009.

TECHNIQUE:  Spiral enhanced images were obtained through the abdomen
after 100 ml Omnipaque 350 IV.  Comparison is made to 4/26/13 abdomen
CT with contrast.

Left lower lobe consolidation has resolved.  There is mild linear
scar or atelectasis more laterally in the left upper lobe.  Since it
is unchanged from 4/26/13, I favor scar.  Lower chest is otherwise
unremarkable. Mild intrahepatic biliary dilation persists unchanged
without extrahepatic biliary dilation or abnormal gallbladder
distention.  I see no space occupying lesion at the porta hepatis.
There is vicariously excreted contrast in the gallbladder from
yesterday's inferior vena cavogram.  The liver is enlarged measuring
20 cm in craniocaudal dimension.  It does not appear fatty.  I see no
abnormality of spleen, adrenals, kidneys, pancreas, or aorta and I
see no enlarged lymph nodes, mass, ascites, or hernia.  The inferior
vena cava filter is again noted.  The hook apex and four larger legs
are all outside the inferior vena cava.  The hook protrudes left
anterior below the normal left renal vein, retroperitoneal fat.  The
leg at 12 o'clock tents the third portion of the duodenum anteriorly
but does not appear to penetrate the duodenum.  The 3 o'clock leg
lies just anterior to the midline vertebra 6 mm from normal aorta.
The 7 o'clock leg tip lies in the right psoas muscle.  The 10 o'clock
leg appears to penetrate into the medial portion of the second
portion of the duodenum.  I see no abscess, pseudoaneurysm, or
hematoma.  Of note, there is remodeling of the anterior portion of
```

filtered leg in close proximity. This remodeling is a linear radiolucency, with sclerotic margins. On the last CT, that filtered leg was within that area of remodeling. This remodeling penetrates through to the L3-4 disc space. The filter is tilted with the apex directed anteriorly and the patient's left. Degree of tilt is 27 degrees relative to the long axis of the inferior vena cava. On the last study, the degree of tilt was 20 degrees.

IMPRESSION:PARTIALLY EXTRAVASCULAR INFRARENAL IVC FILTER  DEGREE OF TILT OF THE FILTER HAS INCREASED AS ONE OF THE FOUR PROTRUDING LARGE LEGS HAS WITHDRAWN OUT OF L3 VERTEBRAL BODY.  AORTA APPEARS UNAFFECTED AT THIS POINT, AND I SEE NO ABSCESS OR HEMATOMA OR PSEUDOANEURYSM.  ONE LEG APPEARS TO PROTRUDE INTO THE SECOND PORTION OF THE DUODENUM, AND ONE LEG TENTS THE POSTERIOR WALL OF THE THIRD PORTION OF THE DUODENUM.  I SEE NO EXTRALUMINAL GAS.  HEPATOMEGALY.  PERSISTENT MILD INTRAHEPATIC BILIARY DILATION WITHOUT EVIDENT CAUSE.


TRANSCRIPTIONIST:MARIE, GRAY
TRANSCRIBE TIME/DATE:8/7/2013 12:00:00 PM
READ BY:RICHARD LAWDAHL, MD,
SIGNED BY:


O ELECTRONIC SIGNATURE /   LAWDAHL, MD,RICHARD



**Progress Notes**
Greenville Hospital System

**IMMEDIATE POST-OPERATIVE NOTE**



```
080018195911    971330848
LOOPER, VICTORIA MARIE
CARSTEN*III MD., CHRISTOPHER
VAS 52              08/06/13
1  CA F   26    04/09/1987
XXXXX4211
```

## Immediate Operative Note
### To Be Completed Immediately Following Procedure

Date: 8/6        Time: 1100

Pre-Op Diagnosis: Malfunctioning IVC Filter

Post-Op Diagnosis: Same

Procedure: Attempted IVC Filter Retrieval

Findings/Pertinent Clinical Information:

Estimated Blood Loss: 50
Specimen to Lab:  Yes   (No)

Surgeon: Carsten / Andrews
Assistants:
Attending:

Additional Notes:

Physician's Signature: _____
Print Name: Carsten

IMMEDIATE POST-OPERATIVE NOTE    M10251 (7/07)    PAGE 1 OF 1
PROGRESS NOTES

GREENVILLE HEALTH SYSTEM
MEDICAL RECORD

NAME: LOOPER, VICTORIA MARIE     Patient Location: 08RR2009AM
PATIENT MR#: 000-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     Billing NO: 080019584851

DATE OF PROCEDURE:     02/18/2014

ATTENDING SURGEON:
Christopher Carsten, III, MD.

ASSISTANTS:
Issam Koleilat, MD; Angela L. Gucwa, MD.

PREOPERATIVE DIAGNOSES:
1. History of deep venous thrombosis.
2. Ovarian cancer.
3. Abdominal pain.
4. Malposition and dysfunction of inferior vena cava filter.

POSTOPERATIVE DIAGNOSES:
1. History of deep venous thrombosis.
2. Ovarian cancer.
3. Abdominal pain.
4. Malposition and dysfunction of inferior vena cava filter.

PROCEDURE:
Open removal of inferior vena cava filter.

ANESTHESIA:
General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:
One liter.

DRAINS:
None.

COMPLICATIONS:
None.

SPECIMENS:
IVC filter fragments to pathology.

IV FLUIDS:
Three liters of crystalloid, 500 mL of albumin and 610 mL of Cell Saver.

URINE OUTPUT:
350 mL.

INDICATIONS:


OPERATIVE REPORT
Page 1 of 3

GREENVILLE HEALTH SYSTEM
MEDICAL RECORD

NAME: LOOPER, VICTORIA MARIE     Patient Location: 08RR2009AM
PATIENT MR#: 000-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     Billing NO: 080019584851

The patient is a 26-year-old woman who had previously had an IVC filter placed during a time when she could not be anticoagulated due to the need for oncologic surgery regarding her ovarian malignancy. A Cook Select filter was placed at that time; however, she was lost to followup and subsequently presented for removal of the IVC filter. She failed endovascular attempts at IVC filter removal and therefore after discussion with the patient and due to the appearance of the filter on imaging with high likelihood for perforation of adjacent hollow viscous as well as continued migration of the filter, she elected to proceed with open filter removal.

DESCRIPTION OF PROCEDURE:
After obtaining informed consent, the patient was brought to the operating room and placed on the operating table in the supine position. Anesthesia was induced. The patient was prepped and draped sterilely. Timeout was performed verifying the correct patient, correct procedure and correct operative site. A subcostal incision approximately 20 cm in length was planned and made. Dissection was carried down through the skin, subcutaneous tissue, fascia, muscle and posterior sheath sharply using Bovie electrocautery. The peritoneum was elevated away from the underlying abdominal contents and incised sharply using scissors. The peritoneal incision was extended with Bovie electrocautery the full length of the incision. Once this was completed, an Omni retractor was positioned and the wound explored. The white line of Toldt laterally to the right colon was incised partly, allowing reflection of the colon inferomedially. The duodenum was then kocherized with Bovie electrocautery as well as scissors allowing identification of the vena cava. Once the vena cava was identified, it was dissected along its anterior border exposing it from the suprarenal portion just at the inferior margin of the liver down to almost the bifurcation. In the suprarenal segment as well as the distal infrarenal segment, the vena cava was dissected circumferentially allowing control with Rumel tourniquets. The right and left renal veins were controlled with Rumel tourniquets. A large left lumbar branch was controlled with the Rumel tourniquet. The right renal artery was identified and controlled with a doubly wrapped vessel loop; however, this was not tightened. During the dissection of the cava, the extruding limbs of the IVC filter were identified. They were dissected, clipped and removed. No evidence of hollow viscous injury was noted. This was repeated for the 4 legs of the filter. Once this was completed and after anesthesia had volume loaded the patient and systematically heparinized the patient, the Rumel tourniquets were tightened and the vena cava entered. We made our cavotomy with an #11 blade and extended it with Potts scissors. The IVC filter could be identified; however, upon doing this significant brisk bleeding was noted. It appeared that our renal vein was not truly the renal vein, but an accessory renal vein and the right renal vein was controlled with sponge stick pressure lateral to the vena cava. An additional lumbar branch had not been controlled prior to cavotomy and this

OPERATIVE REPORT
Page 2 of 3

GREENVILLE HEALTH SYSTEM
MEDICAL RECORD

NAME: LOOPER, VICTORIA MARIE          Patient Location: 08RR2009AM
PATIENT MR#: 000-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          Billing NO: 080019584851

was now also controlled with gentle compression. Upon doing so, we were able to mobilize the caval filter. However, the ==vena cava filter was well incorporated into the sidewall w==ith ==significant synechiae== and ==scar tissue== and suspicion for a portion of the caval filter to be extraluminal. We were concerned that additional mobilization, dissection or tension on the filter would result in a significant caval wall defect requiring extensive reconstruction and therefore we elected to only ==divide all of the struts of== the vena caval filter ==leaving the hook portion in situ.== Once the struts were removed, the vena cava was closed using 3-0 Prolene in a running fashion. Upon doing so, bleeding from the vena cava left lateral wall was noted. This was also controlled using 3-0 Prolene in a figure-of-eight fashion. We then inspected the suture lines and they were noted to be hemostatic. The clamps were released on the vena cava for a total right renal ischemia time of 15 minutes. The wound was copiously irrigated with normal saline. Hemostasis was obtained using Bovie electrocautery. The wound was then closed in layers. Posterior sheath and peritoneum were closed en bloc with #1 looped PDS. The anterior sheath and external oblique were also closed using #1 PDS in a running fashion. The deep dermal layer was closed using 3-0 Vicryl in a running fashion. The skin was closed using 4-0 Monocryl in a running subcuticular stitch. Sterile surgical skin glue was applied externally. All sponge, needle and instrument counts were correct at the end. Dr. Carsten was present for all critical portions. The patient tolerated the procedure well and was taken to the postanesthesia care unit in stable condition extubated.

ESTIMATED BLOOD LOSS:
One liter.


Issam Koleilat, MD

cc: Issam Koleilat, MD
D: 02/18/2014 11:54 A     T: 02/18/2014 03:48 P    zsc/     DVI: 130712
//    C/S#: 4053967

OPERATIVE REPORT
Page 3 of 3

ELECTRONICALLY
SIGNED BY
Koleilat, Issam
- 33492
2/25/2014
11:05:52

ELECTRONI...
SIGNED BY
Carsten,
Christopher
- 14704
3/11/2014
11:34:43

0009713308481DS  080019584851033482%%

GREENVILLE HEALTH SYSTEM
MEDICAL RECORD
NAME: LOOPER, VICTORIA MARIE
PATIENT MR#: 000-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     Billing NO: 080019584851

DATE OF ADMISSION: 02/18/2014
DATE OF DISCHARGE: 02/22/2014

ATTENDING:
Dr. Christen Carsten.

REASON FOR ADMISSION:
Retained IVC filter.

HISTORY:
Ms. Looper is a 26-year-old female with a past medical history significant for ovarian cancer and prior DVT. The patient had inferior vena cava filter placed secondary to need for surgeries and her DVTs. However, upon followup, the patient was found to have some back pain as well as concern about erosion of the IVC filter. There were several interventional endovascular attempts to remove the filter, which were unsuccessful. Due to this, it was agreed that Ms. Looper will undergo open removal of her inferior vena cava filter. She underwent this procedure on 02/18/2014. She tolerated the procedure well. She was kept in the intensive care unit for close monitoring after and continued be stable. It was deemed that she would be stable for discharge to the floor. Patient had an epidural catheter for pain control which was discontinued and her pain became well-controlled on oral pain medications. She was able to ambulate, her pain was well-controlled and she was able to tolerate her diet and at that time it was deemed that she would be stable for discharge home.

MEDICATIONS:
Discharge medications:
1. Folic acid 1 mg take 1 tablet p.o. daily as supplement.
2. Keppra 500 mg take 1 tab as instructed by physician for seizures.
3. Mirena IUD continued.
4. Aspirin 81 mg take 1 tablet p.o. daily.

PRIMARY DIAGNOSIS:
Retained inferior vena cava filter.

OPERATIONS AND PROCEDURES:
Open removal of IVC filter with Dr. Carsten on 02/18/2014.

FOLLOWUP:
The patient will follow up with Dr. Carsten in approximately 1 to 2 weeks.

DISCHARGE INSTRUCTIONS:
The patient is advised take aspirin daily. She is told to call or return to the hospital if she develops worsening symptoms including back pain or

DISCHARGE SUMMARY
Page 1 of 2

GREENVILLE HEALTH SYSTEM
MEDICAL RECORD

NAME: LOOPER, VICTORIA MARIE
PATIENT MR#: 000-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     Billing NO: 080019584851

issues with bowel function including nausea and vomiting or bloody bowel movements.

DISCHARGE MEDICATIONS:
Lortab 10 mg take 1 tablet p.o. q. 4h. p.r.n. pain. She is given 30 tablets, no refills.


Aneel Kumar Jiwanlal, MD

cc: Aneel Kumar Jiwanlal, MD
D: 02/22/2014 11:41 A     T: 02/22/2014 04:45 P   zjh/     DVI: 137284
//    C/S#: 4056981

DISCHARGE SUMMARY
Page 2 of 2

ELECTRONICALLY SIGNED BY
Taylor, Spence M. - 9522
3/31/2014 15:50:22

ELECTRONICALLY
SIGNED BY
Jiwanlal, Aneel
Kuma - 33482
2/28/2014
17:27:19




**LOOPER, VICTORIA MARIE**
26 Y old Female, DOB: 04/09/1987
112 PINE WALK DR, GREENVILLE, SC-29615
Home: 864-704-3559
Guarantor: LOOPER, VICTORIA MARIE
Insurance: WELLPATH SELECT
PCP: Sonya Pate, MD
Appointment Facility: Vascular Surgery VIS-CVINST

02/14/2014                    Progress Notes: Christopher G. Carsten III, M.D.

### Reason for Appointment
1. Complication of inferior vena cava filter

### History of Present Illness
Notes:
Ms. Looper is a 26-year-old female who has an IVC filter that was placed in April 2009 after she was found to have a germ cell tumor which required removal and was also noted to have a DVT. She then presented nearly a year ago at which time she was noted to have IVC filter strut perforation with several struts extraluminal to the IVC, one protruding into her lumbar spine and another impinging on her duodenum. Since that time we have attempted endovascular IVC retrieval which was unsuccessful primarily because the tip of the filter seems to be exiting her cava near the left renal vein. Fortunately for her she has done quite well. She has had no new abdominal pain. She has intermittent nonspecific pain. She has had no evidence of GI bleeding. She is free from any evidence of cancer recurrence. She has undergone upper extremity endoscopy and there is no evidence of duodenal perforation. She has hospital sponsorship and is here to discuss final filter retrieval. Today, she has no new complaints.

### Current Medications
Folic acid unknown dose 1 tab daily
Keppra 500 mg tablet 1 tab(s) 2 times a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Ovarian cancer 2009
Chemotherapy sept 2009 completed
S/p chemotherapy for ovarian cancer 2009
blood clot - LLE
Liver disorder
ITP
Pleursy

08019584851.    971330848
LOOPER VICTORIA MARIE
Christop C Carsten, MD
Admit Date - 2/18/2014
FDate of Birth - 4/9/1987

### Surgical History
Right USO/omectomy/colectomy. 4/2009.
Greenfield filter

### Family History
Family: Heart Disease
1 sister(s).

### Social History
Interpersonal/family relationships: Single.
Functional Capacity: active and not restricted.
Alcohol women 18 yrs and older  Assessment completed: today, Alcohol intake: patient sometimes drinks alcohol, Alcoholic drinks on one occasion < 3, Alcoholic drinks per week: < 7, Interpretation: < 3 drinks on one occasion or < 7 drinks per week = non risky alcohol usage.

---

Patient: LOOPER, VICTORIA MARIE   DOB: 04/09/1987   Progress Note: Christopher G. Carsten III, M.D.   02/14/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Smoking ... s > 13 years old   Are you a: Never smoker,   Pt counseled on the dangers of tobacco use and urged to quit. 12/18/2013.
here with mom works at restaurant.

### Allergies
N.K.D.A.

08019584851     971330848
LOOPER  VICTORIA MARIE
Christop C Carsten, MD
Admit Date - 2/18/2014
FDate of Birth - 4/9/1987

### Hospitalization/Major Diagnostic Procedure
see surgical history

### Review of Systems
FOLLOWUP::
   CARDIOVASCULAR: Denies, chest pain, previous heart attack, shortness of breath . RESPIRATORY: Denies, cough, wheezing, need for oxygen therapy. NEUROLOGIC: Denies, seizures, stroke, shakiness, stiffness. VASCULAR: Denies, leg pain with walking, leg swelling, varicose veins, leg sores, POSITIVE pain and swelling to right hand prn.
Nurse Notes:
   Nurse Etienne.  Medication Reconciliation Medications reviewed and updated with patient, Medications list given to the patient.

### Vital Signs
Ht 69, Ht Cm 175.26, Wt lbs 144, Wt kg 65.32, BMI 21.26, BP LA:112/72, HR 76, Pain score 0, Tech Initial EA,RN.

### Examination
VIS-Exam:
   She is a thin white female in no acute distress. Pupils are equal. Sclerae clear and anicteric. Mucous membranes are moist. Her neck is supple with no cervical masses. Her chest is clear to auscultation bilaterally. Heartbeat is regular without murmurs. Her abdomen is soft and nontender. She has a lower midline scar with no hernias. Her legs show no significant swelling. Her skin is warm and dry.

### Assessments
1. Nonmature/malfunction AV graft/AV fistula - 996.1 (Primary)

### Treatment
**1. Nonmature/malfunction AV graft/AV fistula**
Patient with IVC perforation status post unsuccessful filter retrieval. I have recommended surgical retrieval. We will do this through a subcostal incision. The risks and benefits were discussed with she and her mother. We will plan on placing a thoracic epidural for postoperative pain control. I do not think she will require any anticoagulation other than routine prophylaxis. She is scheduled for surgery next week.
Christopher G. Carsten III, MD/af.

### Preventive Medicine
MED RECONCILIATION: Pt. Ed: Current Meds Verified: Current meds/immunizations reviewed, including purpose with pt. Med Recon list given to pt/family. Pt advised to discard old med lists and provide all providers with current list at each visit and carry list with them in case of emergency.

### Follow Up
after surgery

---

Patient: LOOPER, VICTORIA MARIE   DOB: 04/09/1987   Progress Note: Christopher G. Carsten III,M.D.   02/14/2014
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://ecw.ghs.org:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=12...   2/18/2014