# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Cases | |

## ORDER ON OCTOBER 28, 2025, SETTLEMENT CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiffs appeared by counsel and Defendants appeared in person and by counsel on October 28, 2025, for a settlement conference of the cases in the inventory of the FLINT COOPER COHN THOMPSON & MIRACLE, LLC law firm. Settlement discussions were held but no settlement was reached. The parties shall continue their settlement discussions.

This matter is **set for a telephonic status conference at 10 a.m. (Eastern Time) on January 5, 2026**, before Magistrate Judge Tim A. Baker. Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address settlement.

Date: 10/28/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system