UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

| | |
|---|---|
| Anderson, John Walter | 1:17-cv-01726 |
| Armfield, James | 1:18-cv-01546 |
| Bailey, Kent | 1:17-cv-00472 |
| Bancroft, Lori | 1:17-cv-04312 |
| Bell, Austin | 1:16-cv-03274 |
| Benauer, Randy | 1:17-cv-01150 |
| Benedetto, Lorraine | 1:17-cv-03989 |
| Bennett, Shelley Ann | 1:15-cv-01769 |
| Bercier, Marlene | 1:20-cv-01886 |
| Bishop, Amy | 1:22-cv-06947 |
| Black, Jeremy | 1:17-cv-04758 |
| Bowen, Margaret | 1:18-cv-00483 |
| Bradley, Barry | 1:23-cv-07038 |
| Brady, Milann | 1:17-cv-04402 |
| Brown-Peterson, Katrina | 1:18-cv-02569 |
| Brundydge, Shelly | 1:18-cv-00818 |
| Burroughs, Collette & Ellis, Jeffrey | 1:16-cv-02524 |
| Cabral, Janet & Kenneth | 1:18-cv-03873 |
| Caldwell, Karen | 1:18-cv-00394 |
| Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 |

| | |
|---|---|
| Carmack, Norman | 1:17-cv-04127 |
| Clark, Robert R. | 1:18-cv-02414 |
| Clowser, Sandra & Richard | 1:18-cv-00982 |
| Comley, Heidi Ann | 1:17-cv-01122 |
| Craig, Joshua Rich | 1:17-cv-01697 |
| Dalrymple, Roberta | 1:19-cv-00130 |
| Darnell, Julie | 1:16-cv-03305 |
| Davis, Grace | 1:18-cv-00135 |
| Dean, Robert & Louretta | 1:18-cv-02411 |
| Debord, Robert Douglas | 1:16-cv-01518 |
| Demsko, Jane M. (ESTATE OF) | 1:18-cv-00221 |
| Evans, Christina and David | 1:18-cv-02957 |
| Evans, Steven | 1:17-cv-01118 |
| Farrokh, Rachael | 1:25-cv-7132 |
| Faust, David | 1:17-cv-01762 |
| Fontes, Peter | 1:17-cv-00484 |
| Fort, Edwin IV and Marsha | 1:18-cv-00290 |
| Francis, Jacqueline | 1:20-cv-01004 |
| Franzen, Donna | 1:18-cv-03017 |
| Fruge, Maria | 1:20-cv-00326 |
| Garrett, Alvin | 1:18-cv-02927 |
| George, Preston Jay | 1:15-cv-01176 |
| Gonzalez, Roberto | 1:22-cv-06730 |
| Greenberg, Marvin | 1:18-cv-00156 |
| Haney, Teresa | 1:19-cv-04771 |
| Hansen, Carl R. | 1:20-cv-06196 |
| Hidalgo, Mariel | 1:18-cv-02994 |
| Higgins, Jesse | 1:16-cv-00728 |

| | |
|---|---|
| Hill, Charles | 1:19-cv-06102 |
| Hoffman, Dustin | 1:18-cv-02992 |
| Jackson, Gloria | 1:18-cv-02543 |
| Jackson, Willie and Joyce | 1:17-cv-02884 |
| Jacoby, John | 1:20-cv-06108 |
| James, Steve Allan | 1:16-cv-02253 |
| Jarvis, Lori Ann | 1:18-cv-01920 |
| Jones, Florence & James | 1:18-cv-02970 |
| Jones, Lakeshia | 1:18-cv-00371 |
| Jordan, Lynda J. | 1:17-cv-02632 |
| Kane, Joseph | 1:20-cv-06120 |
| Karas, Nick | 1:21-cv-06691 |
| Kempf, Lynda | 1:18-cv-00840 |
| Knapp, Ivan | 1:18-cv-00253 |
| Langer, Scott Andrew | 1:16-cv-02379 |
| Lewis, Willie and Ethel | 1:18-cv-02180 |
| Long, Gregory | 1:21-cv-00866 |
| Lovelace, Jeanne | 1:21-cv-06640 |
| Lynch, Cynthia | 1:17-cv-03101 |
| Masalskis, Kanetta and James | 1:18-cv-02127 |
| Mays, Roberta | 1:17-cv-00587 |
| McClusky, Nina R. | 1:18-cv-03402 |
| McFate, Gavin | 1:18-cv-03698 |
| Mercer, Susan Jo | 1:17-cv-00256 |
| Metro, Daniel | 1:13-cv-01048 |
| Miller, Florence and Swend | 1:17-cv-04617 |
| Minnella, Michael and Patricia | 1:17-cv-04614 |
| Mishoe, Monte | 1:16-cv-00433 |
| Mitchell, Karen | 1:23-cv-07065 |

| | |
|---|---|
| Mitchell, William and Marsha | 1:18-cv-02987 |
| Mohr, Todd | 1:17-cv-04424 |
| Morgan, Amber | 1:19-cv-01496 |
| Morris, Richard C. | 1:16-cv-03280 |
| Nelcamp, Maryann | 1:17-cv-00156 |
| Newton, Maria Anna | 1:18-cv-03500 |
| Norman, Cindy Lou | 1:18-cv-06092 |
| Oliver, Lester | 1:20-cv-02955 |
| Olney, Michelle | 1:21-cv-00111 |
| Orozco, Harold | 1:20-cv-01779 |
| Orser, Kelly | 1:18-cv-00482 |
| Pierce, Alan | 1:18-cv-02862 |
| Ptak, Francine | 1:17-cv-00789 |
| Pyffer, Dora | 1:17-cv-02995 |
| Raybuck, David (ESTATE OF) | 1:18-cv-02541 |
| Redifer, Stephanie | 1:18-cv-01370 |
| Reece, Randall | 1:17-cv-02634 |
| Renninger, Gregory | 1:17-cv-01121 |
| Rickson, Candace | 1:18-cv-00836 |
| Roberson, Demetrius | 1:18-cv-02976 |
| Robinson, Jackie | 1:18-cv-00799 |
| Ross, John C.and Cody | 1:17-cv-02468 |
| Ross, Willie | 1:19-cv-00660 |
| Russell, Keitha and Steve | 1:19-cv-00998 |
| Sanders, Tracey Lee | 1:20-cv-01781 |
| Schmidt, Carol and Glenn | 1:18-cv-02981 |
| Scott, Judith | 1:17-cv-00115 |
| Smith, James Carmichael | 1:18-cv-03096 |
| Southern, George Jr. and Edith | 1:18-cv-03575 |

| | |
|---|---|
| Stevens, Helen | 1:16-cv-03238 |
| Walker, Mark | 1:24-cv-02298 |
| Wallace, Lisa | 1:19-cv-01238 |
| Washington, Zenobia | 1:21-cv-01445 |
| Whiteside, Nikia | 1:20-cv-02554 |
| Williams, Loria Ann | 1:21-cv-00463 |
| Willis, Floyd and Denise | 1:18-cv-03732 |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED CMO-32 FOR PLAINTIFFS REPRESENTED BY THE BEN MARTIN LAW GROUP AND FOR THE DEFENDANTS TO REPORT NOTICE OF NON-COMPLIANCE TO THE COURT**

COME NOW, the Plaintiffs represented by the Ben Martin Law Group ("BMLG"), by and through undersigned counsel, and file this Motion for an Extension of Time to Comply with Second Amended CMO-32 [Filing No. 26952] for Plaintiffs Represented by the Ben Martin Law Group and for the Defendants to Report Notice of Non-Compliance to the Court on these specific Plaintiffs, and respectfully move this Honorable Court for an extension of time to comply with Second Amended Case Management Order 32 ("2nd Amended CMO-32"), specifically regarding submission of the Amount in Controversy ("AIC") Certification Forms, Plaintiffs respectfully show the Court the following:

1.  On July 29, 2025, this Court entered 2nd Amended CMO-32 (Filing No. 26952), requiring each plaintiff in this MDL (1) who is not alleging injury in Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) and (2) who has not already submitted an Amount-in-Controversy Certification Form pursuant to CMO-32 (Filing Nos. 25600 & 25741) to certify whether the amount in controversy in that plaintiff's action exceeds $75,000, exclusive of interests and costs.

5

2. On October 14 and 15, 2025, Plaintiffs' counsel, BMLG, received correspondence from Defense counsel identifying certain alleged deficiencies concerning Plaintiffs' compliance with 2nd Amended CMO 32. These letters were sent to multiple firms, but all involved Plaintiffs for whom BMLG has entered an appearance and serves as lead counsel.

3. Since the entry of 2nd Amended CMO 32 on July 29, 2025, BMLG has undertaken extensive efforts to ensure compliance by all Plaintiffs represented by the firm. At the time 2nd Amended CMO 32 was issued, Plaintiffs' counsel identified over 250 individual clients who were potentially subject to the order, each requiring individual contact, distribution of AIC forms, execution, and return, often through traditional mail.

4. Despite diligent, ongoing work, the process of securing completed AIC forms has proven both labor intensive and logistically complex. Obtaining signed documents from hundreds of individual clients involves repeated outreach, tracking of mailed forms, and quality review prior to submission to ensure accuracy and compliance with Court directives.

5. To date, BMLG has completed and served at least 190 AIC forms.

6. The deficiency letters sent by Cook's counsel identified 113 claimants whom they assert have not served AIC forms pursuant to 2nd Amended CMO 32. As of today, BMLG has served AIC forms for 51 of those claimants. 4 of these cases have been previously dismissed and 2 Plaintiffs, Rachael Farrokh[1] and Christina Evans have been found to have fractured filters, therefore they are not required to serve AIC forms per 2nd Amended CMO 32.

7. Plaintiffs' counsel has attached as Exhibit A, a spreadsheet which updates the status of the 113 claimants who were included in the Cook Defendants' Deficiency letters.

---

[1] BMLG has learned that Rachael Farrokh passed away on July 19, 2025. A Notice of Suggestion of Death was filed on October 8, 2025 [Filing No. 27232].

8. BMLG's efforts to comply with 2nd Amended CMO 32 have occurred simultaneously with obligations under Case Management Order 34 (Second Gunter Tulip Bellwether Order) [Filing No. 26933], requiring outreach to approximately 100 additional clients under a separate set of overlapping deadlines. Balancing these parallel compliance requirements has significantly increased the administrative burden on Plaintiffs' Counsel.

9. On October 20, 2025, Plaintiffs' counsel conferred with defense counsel via email as to whether Cook would consent to extend time for responding to 2nd Amended CMO 32. On October 22, 2025 defense counsel indicated that they would not oppose an extension provided there was a corresponding extension of the deadline for Cook to submit any unresolved Notices of Non-Compliance. Plaintiffs' counsel agrees to seek that extension simultaneously.

10. Plaintiffs' counsel has acted in good faith and with consistent diligence, but additional time is necessary to complete this process accurately and fully. The requested extension is made solely to ensure complete, verified, and organized compliance with 2nd Amended CMO 32.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court grant an extension of twenty-four (24) days, to November 10, 2025, for Plaintiffs represented by BMLG to comply with Second Amended CMO 32 regarding submission of the AIC forms and a corresponding extension until November 12, 2025 for the Defendants to report noncompliant cases involving Plaintiffs represented by BMLG to the Court and such other and further relief as the Court deems just and proper.

Dated: October 28, 2025.

7

Respectfully submitted,

*/s/ Ben C. Martin*
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
bmartin@bencmartin.com
*Attorney for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that on October 28, 2025, Plaintiffs' counsel conferred with defense counsel regarding this motion. Defense counsel does not oppose the motion and does not oppose granting the relief requested.

*/s/ Ben C. Martin*
Ben C. Martin

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ben C. Martin*
Ben C. Martin