# EXHIBIT A

|   | Plaintiff | Case Number | Date Served/Status |
|---|---|---|---|
| 1 | Anderson, John Walter | 1:17-cv-01726 | Response Pending |
| 2 | Bell, Austin | 1:16-cv-03274 | AIC Form Served 10/16/25. |
| 3 | Benauer, Randy | 1:17-cv-01150 | Response Pending |
| 4 | Benedetto, Lorraine | 1:17-cv-03989 | AIC Form Served 10/27/25. |
| 5 | Bennett, Shelley Ann | 1:15-cv-01769 | AIC Form Served 10/15/25. |
| 6 | Bercier, Marlene | 1:20-cv-01886 | Response Pending |
| 7 | Bishop, Amy | 1:22-cv-06947 | Response Pending |
| 8 | Black, Jeremy | 1:17-cv-04758 | Response Pending |
| 9 | Bradley, Barry | 1:23-cv-07038 | Response Pending |
| 10 | Brady, Milann | 1:17-cv-04402 | Response Pending |
| 11 | Burroughs, Collette & Ellis, Jeffrey | 1:16-cv-02524 | AIC Form Served 10/14/25. |
| 12 | Caldwell, Karen | 1:18-cv-00394 | AIC Form Served 10/16/25. |
| 13 | Carmack, Norman | 1:17-cv-04127 | Response Pending |
| 14 | Comley, Heidi Ann | 1:17-cv-01122 | AIC Form Served 10/20/25. |
| 15 | Craig, Joshua Rich | 1:17-cv-01697 | AIC Form Served 10/15/25. |
| 16 | Dalrymple, Roberta | 1:19-cv-00130 | AIC Form Served 10/27/25. |
| 17 | Darnell, Julie | 1:16-cv-03305 | Response Pending |
| 18 | Debord, Robert Douglas | 1:16-cv-01518 | Response Pending |
| 19 | Demsko, Jane M. (ESTATE OF) | 1:18-cv-00221 | Response Pending |
| 20 | Evans, Steven | 1:17-cv-01118 | AIC Form Served 10/15/25. |
| 21 | Farrokh, Rachael | 1:25-cv-7132 | Second Amended CCF served 10/15/25. AIC Not Required (Cats. 3(a), 5(b), 7(a), 7(c), 7(e)(2)) |
| 22 | Faust, David | 1:17-cv-01762 | AIC Form Served 10/15/25. |
| 23 | Francis, Jacqueline | 1:20-cv-01004 | Case dismissed 09/17/2025. |
| 24 | Franzen, Donna | 1:18-cv-03017 | AIC Form Served 10/20/25. |
| 25 | Fruge, Maria | 1:20-cv-00326 | AIC Form Served 10/14/25. |
| 26 | Garrett, Alvin | 1:18-cv-02927 | AIC Form Served 10/15/25. |
| 27 | George, Preston Jay | 1:15-cv-01176 | AIC Form Served 10/27/25. |
| 28 | Gonzalez, Roberto | 1:22-cv-06730 | AIC Form Served 10/16/25. |
| 29 | Greenberg, Marvin | 1:18-cv-00156 | Response Pending |
| 30 | Haney, Teresa | 1:19-cv-04771 | Response Pending |
| 31 | Hansen, Carl R. | 1:20-cv-06196 | The Court entered an Order Dismissing the Case on 08/27/2025. |
| 32 | Higgins, Jesse | 1:16-cv-00728 | AIC Form Served 10/16/25. |
| 33 | Hill, Charles | 1:19-cv-06102 | AIC Form Served 10/14/25. |
| 34 | Jacoby, John | 1:20-cv-06108 | AIC Form Served 10/20/25. |
| 35 | James, Steve Allan | 1:16-cv-02253 | AIC Form Served 10/20/25. |
| 36 | Jarvis, Lori Ann | 1:18-cv-01920 | AIC Form Served 10/13/25. |
| 37 | Jordan, Lynda J. | 1:17-cv-02632 | Response Pending |
| 38 | Kane, Joseph | 1:20-cv-06120 | Response Pending |
| 39 | Karas, Nick | 1:21-cv-06691 | AIC Form Served 10/27/25. |
| 40 | Kempf, Lynda | 1:18-cv-00840 | Response Pending |
| 41 | Langer, Scott Andrew | 1:16-cv-02379 | Response Pending |
| 42 | Lewis, Willie and Ethel | 1:18-cv-02180 | Response Pending |
| 43 | Long, Gregory | 1:21-cv-00866 | Response Pending |
| 44 | Lovelace, Jeanne | 1:21-cv-06640 | AIC Form Served 10/15/25. |
| 45 | Mays, Roberta | 1:17-cv-00587 | Response Pending |
| 46 | McClusky, Nina R. | 1:18-cv-03402 | AIC Form Served 10/13/25. |
| 47 | Mercer, Susan Jo | 1:17-cv-00256 | AIC Form Served 10/20/25. |
| 48 | Metro, Daniel | 1:13-cv-01048 | AIC Form Served 10/20/25. |
| 49 | Mishoe, Monte | 1:16-cv-00433 | AIC Form Served 10/17/25. |
| 50 | Mitchell, Karen | 1:23-cv-07065 | Response Pending |

| | | | |
|---|---|---|---|
| 51 | Mohr, Todd | 1:17-cv-04424 | AIC Form Served 10/17/25. |
| 52 | Morgan, Amber | 1:19:cv-01496 | AIC Form Served 10/20/25. |
| 53 | Morris, Richard C. | 1:16-cv-03280 | AIC Form Served 10/16/25. |
| 54 | Newton, Maria Anna | 1:18-cv-03500 | Response Pending |
| 55 | Norman, Cindy Lou | 1:18-cv-06092 | Response Pending |
| 56 | Oliver, Lester | 1:20-cv-02955 | Response Pending |
| 57 | Olney, Michelle | 1:21-cv-00111 | AIC Form Served 10/15/25. |
| 58 | Orozco, Harold | 1:20-cv-01779 | AIC Form Served 10/15/25. |
| 59 | Pierce, Alan | 1:18-cv-02862 | AIC Form Served 10/13/25. |
| 60 | Pyffer, Dora | 1:17-cv-02995 | Response Pending |
| 61 | Redifer, Stephanie | 1:18-cv-01370 | AIC Form Served 10/27/25. |
| 62 | Reece, Randall | 1:17-cv-02634 | AIC Form Served 10/15/25. |
| 63 | Renninger, Gregory | 1:17-cv-01121 | AIC Form Served 10/15/25. |
| 64 | Rickson, Candace | 1:18-cv-00836 | AIC Form Served 10/27/25. |
| 65 | Robinson, Jackie | 1:18-cv-00799 | AIC Form Served 10/17/25. |
| 66 | Ross, John C.and Cody | 1:17-cv-02468 | Response Pending |
| 67 | Sanders, Tracey Lee | 1:20-cv-01781 | Response Pending |
| 68 | Scott, Judith | 1:17-cv-00115 | Response Pending |
| 69 | Walker, Mark | 1:24-cv-02298 | Voluntary Dismissal filed 09/22/25. |
| 70 | Wallace, Lisa | 1:19-cv-01238 | AIC Form Served 10/27/25. |
| 71 | Washington, Zenobia | 1:21-cv-01445 | Response Pending |
| 72 | Williams, Loria Ann | 1:21-cv-00463 | AIC Form Served 10/15/25. |
| 73 | Armfield, James | 1:18-cv-01546 | Response Pending |
| 74 | Bailey, Kent | 1:17-cv-00472 | AIC Form Served 10/13/25. |
| 75 | Bancroft, Lori | 1:17-cv-04312 | Response Pending |
| 76 | Bowen, Margaret | 1:18-cv-00483 | Notice of Suggestion of Death filed 07/22/25 and we will not be filing a motion to substitute plaintiff. |
| 77 | Brown-Peterson, Katrina | 1:18-cv-02569 | AIC Form Served 10/14/2025. |
| 78 | Brundydge, Shelly | 1:18-cv-00818 | Response Pending |
| 79 | Cabral, Janet & Kenneth | 1:18-cv-03873 | Case Dismissed Without Prejudice 10/16/2025. |
| 80 | Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 | Response Pending |
| 81 | Clark, Robert R. | 1:18-cv-02414 | Response Pending |
| 82 | Clowser, Sandra & Richard | 1:18-cv-00982 | Second Amended CCF and AIC Form Served 10/17/25. |
| 83 | Davis, Grace | 1:18-cv-00135 | AIC Form Served 10/27/25. |
| 84 | Dean, Robert & Louretta | 1:18-cv-02411 | Response Pending |
| 85 | Evans, Christina and David | 1:18-cv-02957 | Second Amended CCF served 10/17/25, client has categories 5(a), 7(c), 7(e)(1) so AIC is not required. |
| 86 | Fontes, Peter | 1:17-cv-00484 | AIC Form Served 10/20/25. |
| 87 | Fort, Edwin IV and Marsha | 1:18-cv-00290 | Response Pending |
| 88 | Hidalgo, Mariel | 1:18-cv-02994 | Notice of Suggestion of Death filed 09/26/25.  We will not be filing a motion to substitute plaintiff. |
| 89 | Hoffman, Dustin | 1:18-cv-02992 | AIC Form Served 10/27/25. |
| 90 | Jackson, Gloria | 1:18-cv-02543 | Response Pending |
| 91 | Jackson, Willie and Joyce | 1:17-cv-02884 | Response Pending |
| 92 | Jones, Florence & James | 1:18-cv-02970 | Response Pending |
| 93 | Jones, Lakeshia | 1:18-cv-00371 | Response Pending |
| 94 | Knapp, Ivan | 1:18-cv-00253 | Response Pending |
| 95 | Lynch, Cynthia | 1:17-cv-03101 | Response Pending |
| 96 | Masalskis, Kanetta and James | 1:18-cv-02127 | Response Pending |
| 97 | McFate, Gavin | 1:18-cv-03698 | Response Pending |
| 98 | Miller, Florence and Swend | 1:17-cv-04617 | AIC Form Served 10/27/25. |
| 99 | Minnella, Michael and Patricia | 1:17-cv-04614 | Response Pending |
| 100 | Mitchell, William and Marsha | 1:18-cv-02987 | Response Pending |

| 101 | Nelcamp, Maryann | 1:17-cv-00156 | AIC Form Served 10/27/25. |
| 102 | Orser, Kelly | 1:18-cv-00482 | AIC Form Served 10/27/25. |
| 103 | Ptak, Francine | 1:17-cv-00789 | Response Pending |
| 104 | Raybuck, David (ESTATE OF) | 1:18-cv-02541 | Response Pending |
| 105 | Roberson, Demetrius | 1:18-cv-02976 | AIC Form Served 10/20/25. |
| 106 | Ross, Willie | 1:19-cv-00660 | Response Pending |
| 107 | Russell, Keitha and Steve | 1:19-cv-00998 | Second Amended CCF and AIC Form Served 10/27/25. |
| 108 | Schmidt, Carol and Glenn | 1:18-cv-02981 | Response Pending |
| 109 | Smith, James Carmichael | 1:18-cv-03096 | Response Pending |
| 110 | Southern, George Jr. and Edith | 1:18-cv-03575 | Notice of Suggestion of Death filed 07/22/25. We will not be filing a motion to substitute plaintiff. |
| 111 | Stevens, Helen | 1:16-cv-03238 | AIC Form Served 10/17/25. |
| 112 | Whiteside, Nikia | 1:20-cv-02554 | Response Pending |
| 113 | Willis, Floyd and Denise | 1:18-cv-03732 | Notice of Suggestion of Death filed 10/17/25. We will not be filing a motion to substitute plaintiff. |