# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND           MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | |
|---|---|
| Anderson, John Walter | 1:17-cv-01726 |
| Armfield, James | 1:18-cv-01546 |
| Bailey, Kent | 1:17-cv-00472 |
| Bancroft, Lori | 1:17-cv-04312 |
| Bell, Austin | 1:16-cv-03274 |
| Benauer, Randy | 1:17-cv-01150 |
| Benedetto, Lorraine | 1:17-cv-03989 |
| Bennett, Shelley Ann | 1:15-cv-01769 |
| Bercier, Marlene | 1:20-cv-01886 |
| Bishop, Amy | 1:22-cv-06947 |
| Black, Jeremy | 1:17-cv-04758 |
| Bowen, Margaret | 1:18-cv-00483 |
| Bradley, Barry | 1:23-cv-07038 |
| Brady, Milann | 1:17-cv-04402 |
| Brown-Peterson, Katrina | 1:18-cv-02569 |
| Brundydge, Shelly | 1:18-cv-00818 |
| Burroughs, Collette & Ellis, Jeffrey | 1:16-cv-02524 |
| Cabral, Janet & Kenneth | 1:18-cv-03873 |
| Caldwell, Karen | 1:18-cv-00394 |
| Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 |

1

| | |
|---|---|
| Carmack, Norman | 1:17-cv-04127 |
| Clark, Robert R. | 1:18-cv-02414 |
| Clowser, Sandra & Richard | 1:18-cv-00982 |
| Comley, Heidi Ann | 1:17-cv-01122 |
| Craig, Joshua Rich | 1:17-cv-01697 |
| Dalrymple, Roberta | 1:19-cv-00130 |
| Darnell, Julie | 1:16-cv-03305 |
| Davis, Grace | 1:18-cv-00135 |
| Dean, Robert & Louretta | 1:18-cv-02411 |
| Debord, Robert Douglas | 1:16-cv-01518 |
| Demsko, Jane M. (ESTATE OF) | 1:18-cv-00221 |
| Evans, Christina and David | 1:18-cv-02957 |
| Evans, Steven | 1:17-cv-01118 |
| Farrokh, Rachael | 1:25-cv-7132 |
| Faust, David | 1:17-cv-01762 |
| Fontes, Peter | 1:17-cv-00484 |
| Fort, Edwin IV and Marsha | 1:18-cv-00290 |
| Francis, Jacqueline | 1:20-cv-01004 |
| Franzen, Donna | 1:18-cv-03017 |
| Fruge, Maria | 1:20-cv-00326 |
| Garrett, Alvin | 1:18-cv-02927 |
| George, Preston Jay | 1:15-cv-01176 |
| Gonzalez, Roberto | 1:22-cv-06730 |
| Greenberg, Marvin | 1:18-cv-00156 |
| Haney, Teresa | 1:19-cv-04771 |
| Hansen, Carl R. | 1:20-cv-06196 |
| Hidalgo, Mariel | 1:18-cv-02994 |
| Higgins, Jesse | 1:16-cv-00728 |

| | |
|---|---|
| Hill, Charles | 1:19-cv-06102 |
| Hoffman, Dustin | 1:18-cv-02992 |
| Jackson, Gloria | 1:18-cv-02543 |
| Jackson, Willie and Joyce | 1:17-cv-02884 |
| Jacoby, John | 1:20-cv-06108 |
| James, Steve Allan | 1:16-cv-02253 |
| Jarvis, Lori Ann | 1:18-cv-01920 |
| Jones, Florence & James | 1:18-cv-02970 |
| Jones, Lakeshia | 1:18-cv-00371 |
| Jordan, Lynda J. | 1:17-cv-02632 |
| Kane, Joseph | 1:20-cv-06120 |
| Karas, Nick | 1:21-cv-06691 |
| Kempf, Lynda | 1:18-cv-00840 |
| Knapp, Ivan | 1:18-cv-00253 |
| Langer, Scott Andrew | 1:16-cv-02379 |
| Lewis, Willie and Ethel | 1:18-cv-02180 |
| Long, Gregory | 1:21-cv-00866 |
| Lovelace, Jeanne | 1:21-cv-06640 |
| Lynch, Cynthia | 1:17-cv-03101 |
| Masalskis, Kanetta and James | 1:18-cv-02127 |
| Mays, Roberta | 1:17-cv-00587 |
| McClusky, Nina R. | 1:18-cv-03402 |
| McFate, Gavin | 1:18-cv-03698 |
| Mercer, Susan Jo | 1:17-cv-00256 |
| Metro, Daniel | 1:13-cv-01048 |
| Miller, Florence and Swend | 1:17-cv-04617 |
| Minnella, Michael and Patricia | 1:17-cv-04614 |
| Mishoe, Monte | 1:16-cv-00433 |
| Mitchell, Karen | 1:23-cv-07065 |

| | |
|---|---|
| Mitchell, William and Marsha | 1:18-cv-02987 |
| Mohr, Todd | 1:17-cv-04424 |
| Morgan, Amber | 1:19-cv-01496 |
| Morris, Richard C. | 1:16-cv-03280 |
| Nelcamp, Maryann | 1:17-cv-00156 |
| Newton, Maria Anna | 1:18-cv-03500 |
| Norman, Cindy Lou | 1:18-cv-06092 |
| Oliver, Lester | 1:20-cv-02955 |
| Olney, Michelle | 1:21-cv-00111 |
| Orozco, Harold | 1:20-cv-01779 |
| Orser, Kelly | 1:18-cv-00482 |
| Pierce, Alan | 1:18-cv-02862 |
| Ptak, Francine | 1:17-cv-00789 |
| Pyffer, Dora | 1:17-cv-02995 |
| Raybuck, David (ESTATE OF) | 1:18-cv-02541 |
| Redifer, Stephanie | 1:18-cv-01370 |
| Reece, Randall | 1:17-cv-02634 |
| Renninger, Gregory | 1:17-cv-01121 |
| Rickson, Candace | 1:18-cv-00836 |
| Roberson, Demetrius | 1:18-cv-02976 |
| Robinson, Jackie | 1:18-cv-00799 |
| Ross, John C.and Cody | 1:17-cv-02468 |
| Ross, Willie | 1:19-cv-00660 |
| Russell, Keitha and Steve | 1:19-cv-00998 |
| Sanders, Tracey Lee | 1:20-cv-01781 |
| Schmidt, Carol and Glenn | 1:18-cv-02981 |
| Scott, Judith | 1:17-cv-00115 |
| Smith, James Carmichael | 1:18-cv-03096 |
| Southern, George Jr. and Edith | 1:18-cv-03575 |

| | |
|---|---|
| Stevens, Helen | 1:16-cv-03238 |
| Walker, Mark | 1:24-cv-02298 |
| Wallace, Lisa | 1:19-cv-01238 |
| Washington, Zenobia | 1:21-cv-01445 |
| Whiteside, Nikia | 1:20-cv-02554 |
| Williams, Loria Ann | 1:21-cv-00463 |
| Willis, Floyd and Denise | 1:18-cv-03732 |

_____

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH
SECOND AMENDED CMO-32 FOR PLAINTIFFS REPRESENTED BY THE
BEN MARTIN LAW GROUP AND FOR THE DEFENDANTS TO REPORT
<u>NOTICE OF NON-COMPLIANCE TO THE COURT</u>**

CAME TO BE HEARD on this day, Plaintiffs' Motion for Extension of Time to Comply with Second Amended CMO-32 for Plaintiffs Represented by the Ben Martin Law Group and for the Defendants to Report Notice of Non-Compliance to the Court. After reviewing the pleadings and considering the arguments of counsel, the Court finds said Motion is well taken and should be GRANTED.

It is therefore ORDERED that the Plaintiffs' Motion for Extension of Time to Comply with Second Amended CMO-32 for Plaintiffs Represented by the Ben Martin Law Group and for the Defendants to Report Notice of Non-Compliance to the Court, is hereby GRANTED. The above listed Plaintiffs' will have until November 10, 2025 to comply with 2nd Amended CMO 32 and the Defendants shall have until November 12, 2025 to report any deficiencies.

**SO ORDERED** this _____ day of _____, 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

5