UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Mark Walker<br><br>Civil Case # 1:24-cv-02298-RLY-TAB | ACKNOWLEDGED. Case is dismissed without prejudice.<br>DATED: Oct 29, 2025<br><br>RICHARD L. YOUNG, JUDGE<br>United States District Court<br>Southern District of Indiana |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Mark Walker, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:24-cv-02298-RLY-TAB.

Dated: September 22, 2025.

                                                    Respectfully Submitted,

                                                    */s/ Thomas Wm. Arbon*
                                                    Thomas Wm. Arbon, TX Bar No. 01284275
                                                    **Ben Martin Law Group, PLLC**
                                                    3500 Maple Avenue, Suite 400
                                                    Dallas, TX 75219
                                                    Tel.: (214) 761-6614
                                                    Fax: (214) 744-7590
                                                    tarbon@bencmartin.com

                                                    ***Attorney for Plaintiff***