ACKNOWLEDGED. Case is dismissed without prejudice.
DATED: Oct 29, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Kenneth E. Sturm and Kathy Sturm, husband and wife

Civil Case # 1:17-cv-00219-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel of behalf of Plaintiffs, Kenneth E. Sturm and Kathy Sturm, and respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:17-cv-00219-RLY-TAB.

Dated: October 01, 2025.

Respectfully Submitted,

/s/ John D. Allison
John D. Allison, WSBA No. 26299
**EYMANN ALLISON JONES P.S.**
2208 West Second Avenue
Spokane, WA  99201
Telephone: (509) 747-0101
Facsimile: (509) 458-5977
jdallison@eahjlaw.com

*Counsel for Plaintiffs*