UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 29, 2025
> _/s/ Richard L. Young_
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| THIS DOCUMENT RELATES TO:<br>*ROMERO et al v. COOK INCORPORATED et al*<br>Case No. 1:18-cv-01571-RLY-TAB | |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Karina Adilene Romero, on behalf of the Estate of Clara Romero, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:18-cv-01571-RLY-TAB.

Dated: September 23, 2025

                                                Respectfully Submitted,
                                                GOMEZ TRIAL ATTORNEYS
                                                */s/ Joshua R. Harris*
                                                Joshua R. Harris (FL Bar No. 124124)
                                                *Admitted Pro Hac Vice*
                                                755 Front St.
                                                San Diego, California 92101
                                                PH: 673-237-3490 / FAX: 673-237-3496
                                                josh@getgomez.com