IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibit A

### NOTICE OF NON-COMPLIANCE CONCERNING AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)

PLEASE TAKE NOTICE that the Plaintiffs identified in **Exhibit A** have failed to submit Amount-in-Controversy Certification Forms, as required by the Court's Second Amended Case Management Order No. 32 ("Second Amended CMO-32") entered on July 29, 2025. *See* Dkt. 26952. These Plaintiffs (1) do *not* allege a Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) injury; and (2) have *not* already submitted an Amount-in-Controversy Certification Form. As such, the deadline for each of these Plaintiffs to submit an Amount-in-Controversy Certification Form expired on September 29, 2025.[1,2] *Id.* at ¶ 1.

---

[1] This Notice of Non-Compliance does not include cases involving Plaintiffs represented by Ben Martin Law Group. On October 28, 2025, Ben Martin Law Group filed a Motion for Extension of Time to Comply with Second Amended CMO-32 for Plaintiffs Represented by the Ben Martin Law Group and for the Defendants to Report Notice of Non-Compliance to the Court, requesting that the Court provide such Plaintiffs until November 10, 2025, to comply with Second Amended CMO-32. *See* Dkt. 27345. Cook assumes this Motion will be granted and therefore will file a Notice of Non-Compliance on November 12, 2025, concerning any Plaintiffs from this inventory who do not cure their non-compliance with Second Amended CMO-32 by November 10, 2025. *See id.*

[2] Cook notes that, at the time of the September 29, 2025, deadline, the Cook Defendants identified 950 cases that were non-compliant with Second Amended CMO-32's certification requirement. Since

Because the Plaintiffs listed in **Exhibit A** have failed to certify that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, as is required for the Court to exercise subject-matter jurisdiction, *see* 28 U.S.C. § 1332(a), the cases are subject to immediate dismissal without prejudice pursuant to Rule 41 for failure to prosecute, *see* Second Amended CMO-32, Dkt. 26952 at ¶ 3.

Dated: October 29, 2025

Respectfully submitted,

/s/  Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:        (317) 237-0300
Facsimile:         (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:        (260) 424-8000
Facsimile:         (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

---

September 29, 2025, 450 Plaintiffs have untimely cured their deficiencies and are not included in Exhibit A.

## **CERTIFICATE OF SERVICE**

I certify that on October 29, 2025, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox
