UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

_____

This Document Relates to:

| | |
|---|---|
| Anderson, John Walter | 1:17-cv-01726 |
| Armfield, James | 1:18-cv-01546 |
| Bailey, Kent | 1:17-cv-00472 |
| Bancroft, Lori | 1:17-cv-04312 |
| Bell, Austin | 1:16-cv-03274 |
| Benauer, Randy | 1:17-cv-01150 |
| Benedetto, Lorraine | 1:17-cv-03989 |
| Bennett, Shelley Ann | 1:15-cv-01769 |
| Bercier, Marlene | 1:20-cv-01886 |
| Bishop, Amy | 1:22-cv-06947 |
| Black, Jeremy | 1:17-cv-04758 |
| Bowen, Margaret | 1:18-cv-00483 |
| Bradley, Barry | 1:23-cv-07038 |
| Brady, Milann | 1:17-cv-04402 |
| Brown-Peterson, Katrina | 1:18-cv-02569 |
| Brundydge, Shelly | 1:18-cv-00818 |
| Burroughs, Collette & Ellis, Jeffrey | 1:16-cv-02524 |
| Cabral, Janet & Kenneth | 1:18-cv-03873 |
| Caldwell, Karen | 1:18-cv-00394 |
| Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 |

1

| | |
|---|---|
| Carmack, Norman | 1:17-cv-04127 |
| Clark, Robert R. | 1:18-cv-02414 |
| Clowser, Sandra & Richard | 1:18-cv-00982 |
| Comley, Heidi Ann | 1:17-cv-01122 |
| Craig, Joshua Rich | 1:17-cv-01697 |
| Dalrymple, Roberta | 1:19-cv-00130 |
| Darnell, Julie | 1:16-cv-03305 |
| Davis, Grace | 1:18-cv-00135 |
| Dean, Robert & Louretta | 1:18-cv-02411 |
| Debord, Robert Douglas | 1:16-cv-01518 |
| Demsko, Jane M. (ESTATE OF) | 1:18-cv-00221 |
| Evans, Christina and David | 1:18-cv-02957 |
| Evans, Steven | 1:17-cv-01118 |
| Farrokh, Rachael | 1:25-cv-7132 |
| Faust, David | 1:17-cv-01762 |
| Fontes, Peter | 1:17-cv-00484 |
| Fort, Edwin IV and Marsha | 1:18-cv-00290 |
| Francis, Jacqueline | 1:20-cv-01004 |
| Franzen, Donna | 1:18-cv-03017 |
| Fruge, Maria | 1:20-cv-00326 |
| Garrett, Alvin | 1:18-cv-02927 |
| George, Preston Jay | 1:15-cv-01176 |
| Gonzalez, Roberto | 1:22-cv-06730 |
| Greenberg, Marvin | 1:18-cv-00156 |
| Haney, Teresa | 1:19-cv-04771 |
| Hansen, Carl R. | 1:20-cv-06196 |
| Hidalgo, Mariel | 1:18-cv-02994 |
| Higgins, Jesse | 1:16-cv-00728 |

| | |
|---|---|
| Hill, Charles | 1:19-cv-06102 |
| Hoffman, Dustin | 1:18-cv-02992 |
| Jackson, Gloria | 1:18-cv-02543 |
| Jackson, Willie and Joyce | 1:17-cv-02884 |
| Jacoby, John | 1:20-cv-06108 |
| James, Steve Allan | 1:16-cv-02253 |
| Jarvis, Lori Ann | 1:18-cv-01920 |
| Jones, Florence & James | 1:18-cv-02970 |
| Jones, Lakeshia | 1:18-cv-00371 |
| Jordan, Lynda J. | 1:17-cv-02632 |
| Kane, Joseph | 1:20-cv-06120 |
| Karas, Nick | 1:21-cv-06691 |
| Kempf, Lynda | 1:18-cv-00840 |
| Knapp, Ivan | 1:18-cv-00253 |
| Langer, Scott Andrew | 1:16-cv-02379 |
| Lewis, Willie and Ethel | 1:18-cv-02180 |
| Long, Gregory | 1:21-cv-00866 |
| Lovelace, Jeanne | 1:21-cv-06640 |
| Lynch, Cynthia | 1:17-cv-03101 |
| Masalskis, Kanetta and James | 1:18-cv-02127 |
| Mays, Roberta | 1:17-cv-00587 |
| McClusky, Nina R. | 1:18-cv-03402 |
| McFate, Gavin | 1:18-cv-03698 |
| Mercer, Susan Jo | 1:17-cv-00256 |
| Metro, Daniel | 1:13-cv-01048 |
| Miller, Florence and Swend | 1:17-cv-04617 |
| Minnella, Michael and Patricia | 1:17-cv-04614 |
| Mishoe, Monte | 1:16-cv-00433 |
| Mitchell, Karen | 1:23-cv-07065 |

| | |
|---|---|
| Mitchell, William and Marsha | 1:18-cv-02987 |
| Mohr, Todd | 1:17-cv-04424 |
| Morgan, Amber | 1:19-cv-01496 |
| Morris, Richard C. | 1:16-cv-03280 |
| Nelcamp, Maryann | 1:17-cv-00156 |
| Newton, Maria Anna | 1:18-cv-03500 |
| Norman, Cindy Lou | 1:18-cv-06092 |
| Oliver, Lester | 1:20-cv-02955 |
| Olney, Michelle | 1:21-cv-00111 |
| Orozco, Harold | 1:20-cv-01779 |
| Orser, Kelly | 1:18-cv-00482 |
| Pierce, Alan | 1:18-cv-02862 |
| Ptak, Francine | 1:17-cv-00789 |
| Pyffer, Dora | 1:17-cv-02995 |
| Raybuck, David (ESTATE OF) | 1:18-cv-02541 |
| Redifer, Stephanie | 1:18-cv-01370 |
| Reece, Randall | 1:17-cv-02634 |
| Renninger, Gregory | 1:17-cv-01121 |
| Rickson, Candace | 1:18-cv-00836 |
| Roberson, Demetrius | 1:18-cv-02976 |
| Robinson, Jackie | 1:18-cv-00799 |
| Ross, John C.and Cody | 1:17-cv-02468 |
| Ross, Willie | 1:19-cv-00660 |
| Russell, Keitha and Steve | 1:19-cv-00998 |
| Sanders, Tracey Lee | 1:20-cv-01781 |
| Schmidt, Carol and Glenn | 1:18-cv-02981 |
| Scott, Judith | 1:17-cv-00115 |
| Smith, James Carmichael | 1:18-cv-03096 |
| Southern, George Jr. and Edith | 1:18-cv-03575 |

| | |
|---|---|
| Stevens, Helen | 1:16-cv-03238 |
| Walker, Mark | 1:24-cv-02298 |
| Wallace, Lisa | 1:19-cv-01238 |
| Washington, Zenobia | 1:21-cv-01445 |
| Whiteside, Nikia | 1:20-cv-02554 |
| Williams, Loria Ann | 1:21-cv-00463 |
| Willis, Floyd and Denise | 1:18-cv-03732 |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED CMO-32 FOR PLAINTIFFS REPRESENTED BY THE BEN MARTIN LAW GROUP AND FOR THE DEFENDANTS TO REPORT NOTICE OF NON-COMPLIANCE TO THE COURT

This matter is before the Court on Plaintiffs' Motion for Extension of Time to Comply with Second Amended CMO-32 for Plaintiffs Represented by the Ben Martin Law Group and for the Defendants to Report Notice of Non-Compliance to the Court. After reviewing the pleadings and considering the arguments of counsel, the Court finds said Motion is well taken and hereby grants the Motion. [Filing No. 27345.]

IT IS THEREFORE ORDERED that the above listed Plaintiffs' will have until November 10, 2025 to comply with 2nd Amended CMO 32 and the Defendants shall have until November 12, 2025 to report any deficiencies.

Date: 10/30/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system