ACKNOWLEDGED. Case is dismissed without prejudice.
DATED: Oct 30, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Thomas Thier
Civil Case No. 1:19-cv-01860-RLY-TAB

<u>**NOTICE OF VOLUNTARY DISMISSAL**</u>

COMES NOW, the undersigned counsel on behalf of Plaintiff, Thomas Thier, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:19-cv-01860.

Dated: October 27, 2025

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*

1