IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Oct 30, 2025
> *[signature]*
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Calistro, Carol
Case No. 1:16-cv-00064

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 27, 2025.

| | |
|---|---|
| */s/ Anthony J. Nemo* <br> Anthony J. Nemo <br> Meshbesher & Spence, Ltd. <br> 2590 Commerce Dr. NW, Suite 120 <br> Rochester, MN 55901 <br> Telephone: (507) 280-8090 <br> Facsimile: (507) 280-0807 <br> Email: tnemo@meshbesher.com <br><br> ***Attorney for Plaintiff*** | */s/ Andrea R. Pierson* <br> Andrea Roberts Pierson <br> Faegre Drinker Biddle & Reath LLP <br> 300 N. Meridian Street, Suite 2500 <br> Indianapolis, IN 46204 <br> Telephone: (317) 237-0300 <br> Facsimile: (317) 237-1000 <br> Email: apierson@faegredrinker.com <br><br> ***Attorney for Defendants*** |