IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is
dismissed without prejudice.
DATED: Oct 30, 2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

_____

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

_____

This Document Relates to

Plaintiff(s) Argail Carter                                  

Civil Case #: 1:23-cv-7006                          

## NOTICE OF VOLUNTARY DISMISSMAL

COMES NOW, Plaintiff, Argail Carter, by and through the undersigned counsel, hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all

defendants, in this particular Civil Action No. 1:23-cv-7006 filed on 04/13/2023.

Date: October 20, 2025.

Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond          
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas,
TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
*Attorneys for Plaintiff*