UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> DENIED AS MOOT. A stipulation of dismissal was filed at document [27194].
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/30/2025

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Karen A. Young

Civil Case # 1:16-cv-2305 -RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Karen A. Young, and hereby respectfully gives notice of the voluntary dismissal without prejudice of the above-styled lawsuit as to all Defendants in Civil Action No. 1:16-cv-2305 -RLY-TAB. Each side to be responsible for its own fees and costs.

Dated: September 24, 2025.

Respectfully Submitted,

*/s/ Elizabeth Dudley*
Elizabeth Dudley, KS Bar No 21582
THE DUDLEY LAW FIRM, LLC
23438 SW Pilot Point Rd, Ste A
Douglass, Ks  67039
Tel.:  (316) 746-3969
Fax:  (316) 854-5638
liz@lizdudleylaw.com

***Attorney for Plaintiff***