UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 30, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

THIS DOCUMENT RELATES TO:
*DUTCHER v. COOK INCORPORATED et al*
Case No. 1:22-cv-02407-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Andrew Dutcher, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-02407-RLY-TAB.

Dated: September 23, 2025

> Respectfully Submitted,
> GOMEZ TRIAL ATTORNEYS
> */s/ Joshua R. Harris*
> Joshua R. Harris (FL Bar No. 124124)
> *Admitted Pro Hac Vice*
> 755 Front St.
> San Diego, California 92101
> PH: 673-237-3490 / FAX: 673-237-3496
> josh@getgomez.com

1