IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Oct 30, 2025
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

ASHLEY D'AMICO
Case no. 1:18-cv-00758

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  October __, 2025.

| | |
|---|---|
| */s/ William B. Curtis* | */s/ Jessica Benson Cox* |
| William B. Curtis, Esq. | Jessica Benson Cox, Esq. |
| Curtis Law Group | Faegre Drinker Biddle & Reath LLP |
| 17754 Preston Rd., Suite 200 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75252 | Indianapolis, Indiana  46204 |
| Telephone:  (214) 890-1000 | Telephone:  (317) 237-0300 |
| Facsimile:   (214) 890-1010 | Facsimile:   (317) 237-1000 |
| Email: bill@curtislawgroup.com | Email: jessica.cox@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |