# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

| Plaintiff | Case No. | Plaintiff | Case No. |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED CMO-32 FOR PLAINTIFFS REPRESENTED BY THE FERRER POIROT & WANSBROUGH GROUP AND FOR THE DEFENDANTS TO REPORT <u>NOTICE OF NON-COMPLIANCE TO THE COURT</u>**

COME NOW, the Plaintiffs represented by the Ferrer Poirot & Wansbrough group ("FPW"), now known as Ferrer Poirot Feller, by and through undersigned counsel, and file this Motion for an Extension of Time to Comply with Second Amended CMO-32 [Filing No. 26952]

for Plaintiffs Represented by Ferrer Poirot & Wansbrough and for the Defendants to Report Notice of Non-Compliance to the Court on these specific Plaintiffs, and respectfully move this Honorable Court for an extension of time to comply with Second Amended Case Management Order 32 ("2nd Amended CMO-32"), specifically regarding submission of the Amount in Controversy ("AIC") Certification Forms, Plaintiffs respectfully show the Court the following:

1. On July 29, 2025, this Court entered 2nd Amended CMO-32 (Filing No. 26952), requiring each plaintiff in this MDL (1) who is not alleging injury in Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) and (2) who has not already submitted an Amount-in-Controversy Certification Form pursuant to CMO-32 (Filing Nos. 25600 & 25741) to certify whether the amount in controversy in that plaintiff's action exceeds $75,000, exclusive of interests and costs.

2. On October 14th, 2025, Plaintiffs' counsel, FPW received correspondence from Defense counsel identifying certain alleged deficiencies concerning Plaintiffs' compliance with 2nd Amended CMO 32. These letters were sent to multiple firms, but all involved Plaintiffs for whom FPW has entered an appearance and serves as lead counsel.

3. Since the entry of 2nd Amended CMO 32 on July 29, 2025, FPW has undertaken extensive efforts to ensure compliance by all Plaintiffs represented by the firm. At the time 2nd Amended CMO 32 was issued, Plaintiffs' counsel identified over 270 individual clients who were potentially subject to the order, each requiring individual contact, distribution of AIC forms, execution, and return, often through traditional mail.

4. Despite diligent, ongoing work, the process of securing completed AIC forms has proven both labor intensive and logistically complex. Obtaining signed documents from hundreds of individual clients involves repeated outreach, tracking of mailed forms, and quality review prior to submission to ensure accuracy and compliance with Court directives.

5. To date, FPW has completed and served 235 AIC forms.

6. The deficiency letters sent by Cook's counsel identified over 200 claimants whom they assert had not served AIC forms pursuant to 2nd Amended CMO 32. As of today, FPW has served AIC forms for over 150 of those claimants.

8. Below, in paragraph 12, is a spreadsheet updating the status of the 38 claimants who were included in the Cook Defendants' Deficiency letters.

9. FPW's efforts to comply with 2nd Amended CMO 32 have occurred simultaneously with obligations under Case Management Order 34 (Second Gunter Tulip Bellwether Order) [Filing No. 26933], requiring outreach to approximately 40 additional clients under a separate set of overlapping deadlines. Balancing these parallel compliance requirements has significantly increased the administrative burden on Plaintiffs' Counsel.

10. On October 22nd, 2025, Plaintiffs' counsel conferred with defense counsel via email as to whether Cook would consent to extend time for responding to 2nd Amended CMO 32. Plaintiffs' counsel never received a response.

11. Plaintiffs' counsel has acted in good faith and with consistent diligence, but additional time is necessary to complete this process accurately and fully. The requested extension is made solely to ensure complete, verified, and organized compliance with 2nd Amended CMO 32.

12. The status of the subject cases is as follows:

| Name | Case No. | Notes |
|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | Pending |
| Banales, Mario | 1:21-cv-06455 | Pending |
| Beckman, Michael | 1:21-cv-01147 | Pending |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Pending |
| Davis, Katie | 1:17-cv-03022 | Pending |
| DiFabio, Margherita | 1:16-cv-03229 | Pending |
| Edman, Annie | 1:22-cv-00482 | Pending |
| Eidshahen, Rose | 1:20-cv-06189 | Pending |

3

| | | |
|---|---|---|
| Hairston, Brenda | 1:18-cv-02658 | Pending |
| Harrison, Clyde | 1:20-cv-03231 | Did not return AIC |
| Huber, Beverlee | 1:21-cv-06415 | Pending |
| Hunter, Aldera | 1:21-cv-02289 | Pending |
| Ingersol, Emily | 1:18-cv-02737 | Pending |
| Johnson, Rose Marie | 1:22-cv-00780 | Did not return AIC |
| Kinchen, Kalvin | 1:21-cv-02375 | Withdrawal hearing 11/4/2025 |
| Kirby, Francis | 1:22-cv-00485 | Did not return AIC |
| Laspia, John | 1:23-cv-00997 | Pending |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Pending |
| McCart, Michael | 1:18-cv-03233 | Pending |
| McMonagle, Shannon | 1:17-cv-02996 | Pending |
| Moctezuma, Mark | 1:18-cv-01354 | Pending |
| Myers, Leon | 1:18-cv-03560 | Pending |
| Newcomer, Barbara | 1:19-cv-01164 | Suggestion of death filed |
| Padin-Zebe, Naomi | 1:22-cv-01766 | Pending |
| Price, Terry | 1:22-cv-06698 | Pending |
| Raschke, Carl | 1:21-cv-01975 | **SERVED TODAY** |
| Rauschenberger, Sandra | 1:22-cv-00423 | Pending |
| Richardson, Tonya | 1:22-cv-00199 | Withdrawal hearing 11/4/2025 |
| Romancheck, Robert | 1:23-cv-1084 | Pending |
| Scott-Smith, Rosella | 1:22-cv-01162 | Pending |
| Steen, Brenda | 1:17-cv-04367 | Pending |
| Stinson, Brandy | 1:17-cv-02817 | Withdrawal hearing 11/4/2025 |
| Thomas, Audrill | 1:21-cv-06467 | Pending |
| Vance, Linda & Scott | 1:17-cv-01408 | Did not return AIC |
| Williams, April | 1:21-cv-00599 | Pending |
| Winston, Kristie | 1:17-cv-03053 | Pending |
| Yadon, Karen | 1:21-cv-02290 | Pending |
| Yedinak, Michael | 1:17-cv-02794 | Pending |

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension of fourteen (14) days, or until November 13, 2025, for Plaintiffs represented by FPW to comply with Second Amended CMO 32 regarding submission of the AIC forms and a corresponding extension until November 25, 2025 for the Defendants to report noncompliant cases involving Plaintiffs represented by FPW to the Court and such other and further relief as the Court deems just and proper.

Dated: October 30, 2025.

Respectfully submitted,

FERRER POIROT FELLER
/s/John T. Kirtley, III

John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Ste. 300
Dallas, TX 75219
Telephone: 214-521-4412
Facsimile: 214-526-6026
jkirtley@lawyerworks.com
(Asst.) molvera@lawyerworks.com
**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

I certify that on October 30th, 2025 Plaintiffs' counsel conferred with defense counsel regarding this motion. Defense counsel does not oppose, nor agrees to, the motion.

/s/John T. Kirtley, III
John T. Kirtley, III

### CERTIFICATE OF SERVICE

I certify that on October 30th 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/John T. Kirtley, III
John T. Kirtley, III