# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS        Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

| | | | |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

**FIRST SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED
CMO-32 FOR PLAINTIFFS REPRESENTED BY THE
FERRER POIROT & WANSBROUGH GROUP
AND FOR THE DEFENDANTS TO REPORT
<u>NOTICE OF NON-COMPLIANCE TO THE COURT</u>**

Plaintiffs represented by the Ferrer Poirot & Wansbrough group adopt by reference and

incorporate herein, the same as if fully set forth, the allegations contained in their Motion for

Extension of Time to Comply With Second Amended CMO-32 for Plaintiffs Represented by the

Ferrer Poirot & Wansbrough Group and for the Defendants to Report Notice of Non-Compliance

To The Court (Doc. 27380), and file this First Supplement to said Motion, as follows:

1.      Since the filing of the Motion this morning, the following Amount in Controversy

forms (AIC's) have been submitted to Defendants:

Huber, Beverlee

Laspia, John

Marshall, Charlotte

Myers, Leon

Price, Terry

2.      FPW continues to try and diligently get these AIC's completed and respectfully

requests an extension of time to do so.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension

of  fourteen (14) days, or until November 13, 2025,  for Plaintiffs represented by FPW to comply

with Second Amended CMO 32 regarding submission of the AIC forms and a corresponding

extension until November 25, 2025 for the Defendants to report noncompliant cases involving

Plaintiffs represented by FPW to the Court and such other and further relief as the Court deems

just and proper.

Dated: October 30, 2025.

Respectfully submitted,

FERRER POIROT FELLER
/s/John T. Kirtley, III

John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Ste. 300
Dallas, TX 75219
Telephone: 214-521-4412
Facsimile: 214-526-6026
jkirtley@lawyerworks.com
(Asst.) molvera@lawyerworks.com
**Attorneys for Plaintiffs**

2

## CERTIFICATE OF CONFERENCE

I certify that on October 30th, 2025 Plaintiffs' counsel conferred with defense counsel regarding this motion. Defense counsel does not oppose, nor agrees to, the motion.

/s/John T. Kirtley, III

John T. Kirtley, III

## CERTIFICATE OF SERVICE

I certify that on October 30th 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/John T. Kirtley, III

John T. Kirtley, III