# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB<br>MDL No 2570 |
| Roxie Arrington<br><br>   Plaintiffs,<br><br>v.<br><br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>   Defendants. | Civil Case # 1:20-cv-00990 |

## SUGGESTION OF DEATH

Plaintiff, by counsel, hereby gives notice of the death of Plaintiff Roxie Arrington. Plaintiff attaches hereto and fully incorporates herein a copy of the Certificate of Death as Exhibit A.

This Suggestion of Death is filed pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure.

DATED:   10/30/2025

Respectfully Submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:     10/30/2025     By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*