# STATE OF MICHIGAN
CERTIFICATION OF VITAL RECORD

## COUNTY OF WAYNE

LF 25-438
CF 11593

**STATE OF MICHIGAN**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 060485 19475577

| Field | Value |
|---|---|
| 1 DECEDENT'S NAME (First Middle Last) | Roxie A Arrington |
| 2 DATE OF BIRTH | (redacted) |
| 3 SEX | Female |
| 4 DATE OF DEATH | July 27, 2025 |
| 5 NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS | |
| 5a AGE Last Birthday (Years) | 80 |
| 5b UNDER 1 YEAR (Months / Days) | |
| 5c UNDER 1 DAY (Hours / Minutes) | |
| 7a LOCATION OF DEATH | (redacted) |
| 7b CITY VILLAGE OR TOWNSHIP OF DEATH | Taylor |
| 7c COUNTY OF DEATH | Wayne |
| 8a CURRENT RESIDENCE - STATE | Michigan |
| 8b COUNTY | Wayne |
| 8c LOCALITY | Taylor |
| 8d STREET AND NUMBER | (redacted) |
| 8e ZIP CODE | 48180 |
| 9 BIRTH PLACE | Detroit, Michigan |
| 10 SOCIAL SECURITY NUMBER | (redacted) |
| 11 DECEDENT'S EDUCATION | Bachelor's degree |
| 12 RACE | Black |
| 13a ANCESTRY | African American |
| 13b HISPANIC ORIGIN | No |
| 14 EVER IN THE U S ARMED FORCES? | No |
| 15 USUAL OCCUPATION | Case manager |
| 16 KIND OF BUSINESS OR INDUSTRY | Shelter |
| 17 MARITAL STATUS | Never married |
| 18 NAME OF SURVIVING SPOUSE | |
| 19 FATHER'S NAME (First Middle Last) | Samuel Skinner |
| 20 MOTHER'S NAME BEFORE FIRST MARRIED (First Middle Last) | Unknown Unknown |
| 21a INFORMANT'S NAME | Renardo Arrington |
| 21b RELATIONSHIP TO DECEDENT | Son |
| 21c MAILING ADDRESS | (redacted) |
| 22 METHOD OF DISPOSITION | Cremation |
| 23a PLACE OF DISPOSITION | Great Lakes Cremation Inc |
| 23b LOCATION City or Village State | Lyon Twp, Michigan |
| 24 SIGNATURE OF MORTUARY SCIENCE LICENSEE | Sally A Bazan |
| 25 LICENSE NUMBER | 4501005718 |
| 26 NAME AND ADDRESS OF FUNERAL FACILITY | Generations Funeral and Cremation Services - Farmington Hills, 29550 Grand River Ave, Farmington Hills, Michigan 48336 |
| 27a CERTIFIER | [X] Certifying Physician   [ ] Medical Examiner — Andrey Lutskovsky, DO |
| 28a ACTUAL OR PRESUMED TIME OF DEATH | 07 08 PM |
| 28b PRONOUNCED DEAD ON | July 27, 2025 |
| 28c TIME PRONOUNCED DEAD | 08 06 PM |
| 29 MEDICAL EXAMINER CONTACTED | Yes |
| 30 PLACE OF DEATH | Home under Hospice |
| 31 IF HOSPITAL | |
| 27b DATE SIGNED | July 28, 2025 |
| 27c LICENSE NUMBER | 5101016687 |
| 32 MEDICAL EXAMINER'S CASE NUMBER | 25-09632 |
| 33 NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER | |
| 34 NAME AND ADDRESS OF CERTIFYING PHYSICIAN | Andrey Lutskovsky, DO, 3100 Telegraph, Bingham Farms, Michigan 48025 |
| 35a REGISTRAR'S SIGNATURE | Cynthia A Roower |
| 35b DATE FILED | August 01, 2025 |

**36 PART I** ENTER the chain of events, diseases, injuries or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. Enter only one cause on a line.

| Cause | Approximate Interval Between Onset and Death |
|---|---|
| a. Hypoxic encephalopathy | Days |
| b. Chronic obstructive pulmonary disease | Years |
| c. | |
| d. | |

PART II OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I:

| 37 DID TOBACCO USE CONTRIBUTE TO DEATH? | 38 IF FEMALE |
|---|---|
| [ ] Yes  [ ] Probably  [ ] No  [X] Unknown | [ ] Not pregnant within past year  [ ] Pregnant at time of death  [ ] Not pregnant but pregnant within 42 days of death  [ ] Unknown if pregnant within the past year  [ ] Not pregnant, but pregnant 43 days to 1 year before death |

| 39 MANNER OF DEATH | 40a WAS AN AUTOPSY PERFORMED? | 40b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? |
|---|---|---|
| Natural | No | Not Applicable |

| 41a DATE OF INJURY | 41b TIME OF INJURY | 41c DESCRIBE HOW INJURY OCCURRED |
|---|---|---|
| | | |

| 41d INJURY AT WORK | 41e PLACE OF INJURY | 41f IF TRANSPORTATION INJURY | 41g LOCATION |
|---|---|---|---|
| | | | |



**WARNING**
ANY REPRODUCTION IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND TACTILE HOLOGRAPHIC SEAL IN BOTTOM RIGHT CORNER. NOT VALID IF PHOTOCOPIED.

AUG 0 5 2025
DATE

I, CATHY M. GARRETT, CLERK OF SAID COUNTY OF WAYNE DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

Cathy M. Garrett
CATHY M. GARRETT
Wayne County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE