# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-02570-RLY-TAB<br>Honorable Richard L. Young |
| ANGELA ARRINGTON next of kin of ROXIE ARRINGTON, | |
|     Plaintiffs, | |
| v. | Civil Action No. 1:20-cv-00990 |
| COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS | |
|     Defendants. | |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Pursuant to Rule 25(a) and 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for an Order substituting Angela Arrington as the Plaintiff in place of Roxie Arrington, who is now deceased. This Motion is supported by the following Suggestion of Death.

DATED: __10/30/2025_____

Respectfully Submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFIY that on this 30th Day of October, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: <u>*/s/ Stuart L. Goldenberg*</u>
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*