# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 1:14-ML-2570-RLY-TAB |
| ROXIE ARRINGTON<br>      Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>      Defendants. | CASE NO. 1:20-cv-00990 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Roxie Arrington and Motion to Substitute Plaintiff (Doc. 27384). Plaintiff has requested that Angela Arrington be substituted as Plaintiff of record on behalf of her deceased mother, Roxie Arrington.

**IT IS ORDERED** that Plaintiff's motion (Doc. 27384) is **GRANTED.** The Clerk of Court is directed to substitute Angela Arrington as Plaintiff of record in Case No. 1:20-cv-00990.

Dated this _____ day of _____ 2025.

**BY THE COURT**

_____
United States District Court Judge