**EXHIBIT B**
[AMENDED PROPOSED] Order on Notice of Non-Compliance
Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 1. | Ball, Rebecca and Chester | 1:17-cv-04606 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 2. | Bembow, Charlotte | 1:18-cv-03859 | BERTRAM & GRAF, L.L.C. |
| 3. | Caldwell, Robert | 1:15-cv-01546 | DR. SHEZAD MALIK LAW OFFICE |
| 4. | Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 | THE MOODY LAW FIRM, INC. |
| 5. | Cleaves, Joann | 1:22-cv-06898 | BRENES LAW GROUP |
| 6. | Councilman, Marsha | 1:16-cv-03447 | GRUBER & GRUBER |
| 7. | Devers, Sandra K. | 1:17-cv-04023 | BERTRAM & GRAF, L.L.C. |
| 8. | Fulton, Diane S. | 1:19-cv-01137 | GOLDSTEIN GRECO, P.C. |
| 9. | Huber, Beverlee | 1:21-cv-06415 | FERRER POIROT & WANSBROUGH |
| 10. | Istre, Gene | 1:16-cv-03322 | CURTIS LAW GROUP |
| 11. | Jackson, Willie and Joyce | 1:17-cv-02884 | THE MOODY LAW FIRM, INC. |
| 12. | Knapp, Ivan | 1:18-cv-00253 | THE MOODY LAW FIRM, INC. |
| 13. | Laspia, John | 1:23-cv-00997 | FERRER POIROT & WANSBROUGH |
| 14. | Masalskis, Kanetta and James | 1:18-cv-02127 | THE MOODY LAW FIRM, INC. |
| 15. | Myers, Leon | 1:18-cv-03560 | FERRER POIROT & WANSBROUGH |
| 16. | Price, Terry | 1:22-cv-06698 | FERRER POIROT & WANSBROUGH |
| 17. | Ptak, Francine | 1:17-cv-00789 | THE MOODY LAW FIRM, INC. |
| 18. | Randall, Susan | 1:16-cv-02607 | FENSTERSHEIB LAW GROUP, P.A. |

**EXHIBIT B**
[AMENDED PROPOSED] Order on Notice of Non-Compliance
Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|-----|---------------|---------------|------------------|
| 19. | Raschke, Carl | 1:21-cv-01975 | FERRER POIROT & WANSBROUGH |
| 20. | Roach, Vilma [ESTATE OF] | 1:19-cv-03786 | GOLDSTEIN GRECO, P.C. |
| 21. | Rodas, Marlene | 1:19-cv-00167 | BERTRAM & GRAF, L.L.C. |
| 22. | Shook, Carol D. | 1:19-cv-03500 | BERTRAM & GRAF, L.L.C. |
| 23. | Taylor, William Jr. (REFILE) | 1:19-cv-03467 | CURTIS LAW GROUP |
| 24. | Toquinto, Nicholas William | 1:17-cv-02537 | DR. SHEZAD MALIK LAW OFFICE |
| 25. | Whiteside, Nikia | 1:20-cv-02554 | THE MOODY LAW FIRM, INC. |
| 26. | Williams, April | 1:21-cv-00599 | FERRER POIROT & WANSBROUGH |
| 27. | Williams, Christie | 1:17-cv-04090 | CURTIS LAW GROUP |
| 28. | Ziaja, Paul | 1:19-cv-03469 | CURTIS LAW GROUP |