IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

| | |
|---|---|
| Berger, Vicki | 1:17-cv-03675 |
| Brooks, Jasmia | 1:19-cv-00834 |
| Bunch, Monique | 1:19-cv-00012 |
| Calahan, John D. | 1:19-cv-01250 |
| Combs, David M. | 1:17-cv-03261 |
| Covington, Charles | 1:16-cv-00481 |
| Crowe, Chad | 1:19-cv-01513 |
| Davenport, Maureen | 1:19-cv-01516 |
| Delgado, Monica | 1:17-cv-03441 |
| Douglass, Steven Neal | 1:17-cv-01147 |
| Edgerton, Haywood | 1:16-cv-01330 |
| English, Kevin | 1:17-cv-00172 |
| Fox, Danny and Sandra | 1:18-cv-02267 |
| Frey, Steve | 1:17-cv-04197 |
| Fuhrman, Ronaca | 1:18-cv-02220 |
| Hackett, Mary | 1:17-cv-01416 |
| Harbert, Kevin J. | 1:17-cv-03439 |
| Harris, Theopolis | 1:17-cv-01306 |
| Hotaling, Roger | 1:16-cv-03310 |
| Kemp, Monique | 1:19-cv-03321 |
| Kennedy, Melisa | 1:18-cv-04083 |
| Knerr, Jessica | 1:18-cv-01736 |
| Lidwell, Leonard | 1:19-cv-01637 |
| Lopez, Charles | 1:19-cv-03325 |
| Mack, Charles | 1:19-cv-03347 |
| Mack, Winifred | 1:19-cv-0019 |
| Mallardi, Patricia | 1:18-cv-01365 |
| Medina, Juanita & Justino | 1:17-cv-04682 |
| Mitchell, Shelly C. | 1:17-cv-03782 |

1

| | |
|---|---|
| Moore, Kelvin | 1:17-cv-04735 |
| Muller, Susi | 1:17-cv-01863 |
| Murray, Breanna | 1:17-cv-02998 |
| Myers, Toni | 1:18-cv-00486 |
| Nigh, Elizabeth | 1:16-cv-03341 |
| Osborne, Yolanda | 1:18-cv-01273 |
| Patterson, Joshua [ESTATE OF] | 1:18-cv-04011 |
| Payne, Shannon | 1:17-cv-03628 |
| Peterson-Dockett, Whitney | 1:16-cv-01172 |
| Redden, Philip A. | 1:17-cv-00893 |
| Rice, Lewis | 1:17-cv-3496 |
| Robinson, Angela and Marvin | 1:16-cv-02909 |
| Rucker, DiAnna | 1:17-cv-02797 |
| Schneiter, Jamie | 1:19-cv-00166 |
| Shelton, Howard | 1:19-cv-00892 |
| Simental, Rita | 1:17-cv-02999 |
| Simmons, James | 1:17-cv-02567 |
| Varady, Robin | 1:17-cv-03442 |
| Weissman, Mary Candice | 1:19-cv-00148 |
| Wilson, Melinda L. | 1:17-cv-03891 |
| Wilson, Ronald | 1:19-cv-00887 |
| Wilson, William L. | 1:17-cv-04004 |
| Young, Patricia L. | 1:17-cv-03056 |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED CMO 32 FOR PLAINTIFFS REPRESENTED BY BERTRAM & GRAF, L.L.C. AND SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP**

COME NOW, the Plaintiffs represented by Bertram & Graf, L.L.C, by and through undersigned counsel, and file this Motion for an Extension of Time to Comply with Second Amended CMO-32 [Filing No. 26952] for Plaintiffs Represented by Bertram & Graf, L.L.C. and Skikos Crawford Skikos & Joseph, LLP, and for the Defendants to Report Notice of Non-Compliance to the Court on these specific Plaintiffs, and respectfully move this Honorable Court for an extension of time to comply with Second Amended Case Management Order 32 ("2nd Amended CMO-32"), specifically regarding submission of the Amount in Controversy

2

("AIC") Certification Forms, Plaintiffs respectfully show the Court the following:

1.  On July 29, 2025, this Court entered 2nd Amended CMO-32 [Filing No. 26952], requiring each plaintiff in this MDL (1) who is not alleging injury in Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) and (2) who has not already submitted an Amount-in-Controversy Certification Form pursuant to CMO-32 (Filing Nos. 25600 & 25741) to certify whether the amount in controversy in that plaintiff's action exceeds $75,000, exclusive of interests and costs.

2.  On October 29, 2025, the Cook Defendants filed a "Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO 32)" [Filing No. 27364], which identified Plaintiffs represented by Bertram & Graf, L.L.C. and Skikos Crawford Skikos & Joseph, LLP.

3.  On October 31, 2025, the Cook Defendants filed an "Amended Proposed Order on 27364 Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32)" ("Amended Proposed Order") [Filing No. 27385].

4.  Exhibit B to the Amended Proposed Order [Filing No. 27385-2] identified five (5) Plaintiffs that had served AIC forms after Cook filed its initial Notice of Non-Compliance on October 29, 2025.

5.  While Exhibit A to the Amended Proposed Order [Filing No. 27385-1] references Skikos Crawford Skikos & Joseph, LLP as lead counsel for multiple Plaintiffs, all of them are also represented by Bertram & Graf, L.L.C., which has entered an appearance in each case and serves as lead counsel.

6.  Since the entry of 2nd Amended CMO 32 on July 29, 2025, Bertram & Graf,

3

L.L.C. has undertaken extensive efforts to ensure compliance by all Plaintiffs represented by the firm, including its' co-counsel Skikos Crawford Skikos & Joseph, LLP.

7.     Despite diligent, ongoing work, the process of securing completed AIC forms has proven both labor intensive and logistically complex.  Obtaining signed documents from hundreds of individual clients involves repeated outreach, tracking of mailed forms, and quality review prior to submission to ensure accuracy and compliance with Court directives.

8.     On October 30, 2025, Plaintiffs' counsel conferred with defense counsel via email as to whether Cook would consent to extend time for responding to 2nd Amended CMO 32.  On October 31, 2025 defense counsel indicated that they would not oppose extending the deadline to November 11, 2025.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court grant an extension of eleven (11) days, to November 11, 2025,  for Plaintiffs represented by Bertram & Graf, L.L.C. and its' co-counsel, Skikos Crawford Skikos & Joseph, LLP, to comply with Second Amended CMO 32 regarding submission of the AIC forms and such other and further relief as the Court deems just and proper.

Dated: October 31, 2025          Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar # 56945
2345 Grand Blvd, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile:  (816) 523-8258
benbertram@bertramgraf.com

***Attorney for Plaintiff***

**CERTIFICATE OF CONFERENCE**

I certify that on October 31, 2025, Plaintiffs' counsel conferred with defense counsel regarding this motion, including . Defense Counsel does not oppose the relief requested in the above motion.

/s/ Benjamin A. Bertram
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Benjamin A. Bertram
*Attorney for Plaintiffs*