IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED CMO 32 FOR PLAINTIFFS REPRESENTED BY BERTRAM & GRAF, L.L.C. AND SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP**

The Court, having considered the Motion For Extension of Time to Comply With the Second Amended CMO 32 For Plaintiffs Represented by Bertram & Graf, L.L.C. and Skikos Crawford Skikos & Joseph, LLP, hereby grants the motion as to the following cases:

| | |
|---|---|
| Berger, Vicki | 1:17-cv-03675 |
| Brooks, Jasmia | 1:19-cv-00834 |
| Bunch, Monique | 1:19-cv-00012 |
| Calahan, John D. | 1:19-cv-01250 |
| Combs, David M. | 1:17-cv-03261 |
| Covington, Charles | 1:16-cv-00481 |
| Crowe, Chad | 1:19-cv-01513 |
| Davenport, Maureen | 1:19-cv-01516 |
| Delgado, Monica | 1:17-cv-03441 |
| Douglass, Steven Neal | 1:17-cv-01147 |
| Edgerton, Haywood | 1:16-cv-01330 |
| English, Kevin | 1:17-cv-00172 |
| Fox, Danny and Sandra | 1:18-cv-02267 |
| Frey, Steve | 1:17-cv-04197 |
| Fuhrman, Ronaca | 1:18-cv-02220 |
| Hackett, Mary | 1:17-cv-01416 |
| Harbert, Kevin J. | 1:17-cv-03439 |

| | |
|---|---|
| Harris, Theopolis | 1:17-cv-01306 |
| Hotaling, Roger | 1:16-cv-03310 |
| Kemp, Monique | 1:19-cv-03321 |
| Kennedy, Melisa | 1:18-cv-04083 |
| Knerr, Jessica | 1:18-cv-01736 |
| Lidwell, Leonard | 1:19-cv-01637 |
| Lopez, Charles | 1:19-cv-03325 |
| Mack, Charles | 1:19-cv-03347 |
| Mack, Winifred | 1:19-cv-0019 |
| Mallardi, Patricia | 1:18-cv-01365 |
| Medina, Juanita & Justino | 1:17-cv-04682 |
| Mitchell, Shelly C. | 1:17-cv-03782 |
| Moore, Kelvin | 1:17-cv-04735 |
| Muller, Susi | 1:17-cv-01863 |
| Murray, Breanna | 1:17-cv-02998 |
| Myers, Toni | 1:18-cv-00486 |
| Nigh, Elizabeth | 1:16-cv-03341 |
| Osborne, Yolanda | 1:18-cv-01273 |
| Patterson, Joshua [ESTATE OF] | 1:18-cv-04011 |
| Payne, Shannon | 1:17-cv-03628 |
| Peterson-Dockett, Whitney | 1:16-cv-01172 |
| Redden, Philip A. | 1:17-cv-00893 |
| Rice, Lewis | 1:17-cv-3496 |
| Robinson, Angela and Marvin | 1:16-cv-02909 |
| Rucker, DiAnna | 1:17-cv-02797 |
| Schneiter, Jamie | 1:19-cv-00166 |
| Shelton, Howard | 1:19-cv-00892 |
| Simental, Rita | 1:17-cv-02999 |
| Simmons, James | 1:17-cv-02567 |
| Varady, Robin | 1:17-cv-03442 |

| | |
|---|---|
| Weissman, Mary Candice | 1:19-cv-00148 |
| Wilson, Melinda L. | 1:17-cv-03891 |
| Wilson, Ronald | 1:19-cv-00887 |
| Wilson, William L. | 1:17-cv-04004 |
| Young, Patricia L. | 1:17-cv-03056 |

The Court hereby grants an extension of eleven (11) days, or until November 11, 2025, for Plaintiffs represented by Bertram & Graf, L.L.C. and Skikos Crawford Skikos & Joseph, LLP, to comply with Second Amended CMO 32 regarding submission of Amount-in-Controversy ("AIC") Certification forms. A corresponding extension is hereby granted for the Defendants to report noncompliant cases involving Plaintiffs represented by Bertram & Graf, L.L.C. and Skikos Crawford Skikos & Joseph, LLP, to the Court.

So ORDERED this _____ day of _____, 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.