# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gloria Jackson

Civil Case # 1:18-cv-02543-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Gloria Jackson, who died on or about January 2, 2025.

Dated: November 3, 2025.

                Respectfully Submitted,

                */s/ Thomas Wm. Arbon*
                Thomas Wm. Arbon, TX Bar No. 01284275
                **Ben Martin Law Group, PLLC**
                3500 Maple Avenue, Suite 400
                Dallas, Texas 75219
                Tel.: (214) 761-6614
                Fax: (214) 744-7590
                tarbon@bencmartin.com

                ***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon