IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: James Ashworth

Case No.  1:16-cv-02566

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 4, 2025

| | |
|---|---|
| */s/ Jeff T. Seldomridge* | */s/ Erica K. Drew* |
| Jeff T. Seldomridge, Esq. | Erica K. Drew, Esq. |
| The Miller Firm LLC | Faegre Drinker Biddle & Reath LLP |
| 108 Railroad Avenue | 300 North Meridian Street, Suite 2500 |
| Orange, VA 22960 | Indianapolis, Indiana  46204 |
| Telephone:  (540) 672-42224 | Telephone:  (317) 237-0300 |
| Fascimile:   (540) 672-3055 | Facsimile:   (317) 237-1000 |
| Email:Jseldomridge@millerfirmllc.com | Email:erica.drew@faegredrinker.com |
| **_Attorney for Plaintiff_** | **_Attorney for Defendants_** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4 day of November, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Jeff T. Seldomridge*