IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND　　　　　　Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　　MDL No. 2570

_____

This Document Relates to:

CHRISTOPHER BABIK　　　　　　Case No. 1:19-cv-03459-RLY-TAB

_____

**ORDER ON NOVEMBER 4, 2025, TELEPHONIC STATUS CONFERENCE**

Plaintiff Christopher Babik appeared in person and by counsel, William B. Curtis, on November 4, 2025, for a telephonic status conference. Discussion held regarding Plaintiff's counsel's motion to withdraw. [Filing No. 27093.] The Court will keep that motion under advisement while it explores whether this case and other cases in Plaintiff's counsel's inventory are ripe for settlement discussions.

Date: 11/5/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
William B. Curtis is required to serve Plaintiff Christopher Babik.