IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                               MDL No. 2570

_____

This Document Relates to:

BRANDY STINSON            Case No. 1:17-cv-02817-RLY-TAB

**ORDER ON NOVEMBER 4, 2025, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff Brandy Stinson appeared by counsel, John T. Kirtley, III, on November 4, 2025, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 27067.] Contrary to the order setting this conference, Plaintiffs failed to appear. [Filing No. 27161.] **This matter is set for a telephonic status conference at 11 a.m. (Eastern Time) November 19, 2025**. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show cause for Plaintiff's failure to appear for the November 4 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Brandy Stinson shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 11/5/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
John T. Kirtley, III is required to serve Plaintiff Brandy Stinson.