UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| Plaintiff | Case No. | Plaintiff | Case No. |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

**SECOND SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED
CMO-32 FOR PLAINTIFFS REPRESENTED BY THE
FERRER POIROT & WANSBROUGH GROUP
AND FOR THE DEFENDANTS TO REPORT
<u>NOTICE OF NON-COMPLIANCE TO THE COURT</u>**

Plaintiffs represented by the Ferrer Poirot & Wansbrough group adopt by reference and incorporate herein, the same as if fully set forth, the allegations contained in their Motion for Extension of Time to Comply With Second Amended CMO-32 for Plaintiffs Represented by the

1

Ferrer Poirot & Wansbrough Group and for the Defendants to Report Notice of Non-Compliance To The Court (Doc. 27380), and file this First Supplement to said Motion, as follows:

1. Since the filing of the Motion this morning, the following Amount in Controversy forms (AIC's) have been submitted to Defendants:

As of October 30, 2025

> Huber, Beverlee
> Laspia, John
> Marshall, Charlotte
> Myers, Leon
> Price, Terry
> Williams, April

As of November 5, 2025:

> DiFabio, Margherita
> Winston, Kristie
> Banales, Mario

2. FPW continues to try and diligently get these AIC's completed and respectfully requests an extension of time to do so.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension of fourteen (14) days, or until November 13, 2025, for Plaintiffs represented by FPW to comply with Second Amended CMO 32 regarding submission of the AIC forms and a corresponding extension until November 25, 2025 for the Defendants to report noncompliant cases involving Plaintiffs represented by FPW to the Court and such other and further relief as the Court deems just and proper.

Dated: November 6, 2025.

Respectfully submitted,

FERRER POIROT FELLER
/s/John T. Kirtley, III

John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Ste. 300

        Dallas, TX 75219
        Telephone: 214-521-4412
        Facsimile: 214-526-6026
        jkirtley@lawyerworks.com
        (Asst.) molvera@lawyerworks.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF CONFERENCE

I certify that on October 30, 2025 Plaintiffs' counsel conferred with defense counsel regarding this motion. Defense counsel does not oppose, nor agrees to, the motion.

        /s/John T. Kirtley, III
        John T. Kirtley, III

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/John T. Kirtley, III
        John T. Kirtley, III