UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING FERRER POIROT & WANSBROUGH GROUP'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE SECOND AMENDED CMO-32 AND FOR THE DEFENDANTS TO REPORT NOTICE OF NON-COMPLIANCE TO THE COURT**

The Court, having considered Ferrer Poirot & Wansbrough Group's Motion For Extension Of Time To Comply With The Second Amended Cmo-32 And For The Defendants To Report Notice Of Non-Compliance To The Court hereby grants the motion [Filing No. 27380] as to the following cases:

| Name | Case No. | Name | Case No. |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

The Court hereby grants Ferrer Poirot & Wansbrough an extension of fourteen (14) days, or until November 13, 2025, for Plaintiffs represented by FPW to comply with Second Amended CMO 32 regarding submission of the AIC forms. A corresponding extension, until November 25,

1

2025, is hereby granted for the Defendants to report noncompliant cases involving Plaintiffs represented by FPW to the Court.

So ORDERED.

Date: 11/7/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.