**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

> **GRANTED.**
>
> Tim A. Baker
> U.S. Magistrate Judge
> 11/7/2025

This Document Relates to:

| | | | |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

**FIRST SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED**
**CMO-32 FOR PLAINTIFFS REPRESENTED BY THE**
**FERRER POIROT & WANSBROUGH GROUP**
**AND FOR THE DEFENDANTS TO REPORT**
<u>**NOTICE OF NON-COMPLIANCE TO THE COURT**</u>

Plaintiffs represented by the Ferrer Poirot & Wansbrough group adopt by reference and incorporate herein, the same as if fully set forth, the allegations contained in their Motion for Extension of Time to Comply With Second Amended CMO-32 for Plaintiffs Represented by the