UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**GRANTED.**

Tim A. Baker
U.S. Magistrate Judge
11/7/2025

This Document Relates to:

| | | | |
|---|---|---|---|
| Albert-Sheikho, Laura | 1:19-cv-02293 | McMonagle, Shannon | 1:17-cv-02996 |
| Banales, Mario | 1:21-cv-06455 | Moctezuma, Mark | 1:18-cv-01354 |
| Beckman, Michael | 1:21-cv-01147 | Myers, Leon | 1:18-cv-03560 |
| Blewett, Frank and Danielle | 1:19-cv-03337 | Newcomer, Barbara | 1:19-cv-01164 |
| Davis, Katie | 1:17-cv-03022 | Padin-Zebe, Naomi | 1:22-cv-01766 |
| DiFabio, Margherita | 1:16-cv-03229 | Price, Terry | 1:22-cv-06698 |
| Edman, Annie | 1:22-cv-00482 | Raschke, Carl | 1:21-cv-01975 |
| Eidshahen, Rose | 1:20-cv-06189 | Rauschenberger, Sandra | 1:22-cv-00423 |
| Hairston, Brenda | 1:18-cv-02658 | Richardson, Tonya | 1:22-cv-00199 |
| Harrison, Clyde | 1:20-cv-03231 | Romancheck, Robert | 1:23-cv-1084 |
| Huber, Beverlee | 1:21-cv-06415 | Scott-Smith, Rosella | 1:22-cv-01162 |
| Hunter, Aldera | 1:21-cv-02289 | Steen, Brenda | 1:17-cv-04367 |
| Ingersol, Emily | 1:18-cv-02737 | Stinson, Brandy | 1:17-cv-02817 |
| Johnson, Rose Marie | 1:22-cv-00780 | Thomas, Audrill | 1:21-cv-06467 |
| Kinchen, Kalvin | 1:21-cv-02375 | Vance, Linda & Scott | 1:17-cv-01408 |
| Kirby, Francis | 1:22-cv-00485 | Williams, April | 1:21-cv-00599 |
| Laspia, John | 1:23-cv-00997 | Winston, Kristie | 1:17-cv-03053 |
| Leimer, Brian and Doreen | 1:18-cv-01347 | Yadon, Karen | 1:21-cv-02290 |
| McCart, Michael | 1:18-cv-03233 | Yedinak, Michael | 1:17-cv-02794 |

**SECOND SUPPLEMENTAL MOTION FOR EXTENSION OF TIME TO COMPLY WITH SECOND AMENDED
CMO-32 FOR PLAINTIFFS REPRESENTED BY THE
FERRER POIROT & WANSBROUGH GROUP
AND FOR THE DEFENDANTS TO REPORT
<u>NOTICE OF NON-COMPLIANCE TO THE COURT</u>**

Plaintiffs represented by the Ferrer Poirot & Wansbrough group adopt by reference and incorporate herein, the same as if fully set forth, the allegations contained in their Motion for Extension of Time to Comply With Second Amended CMO-32 for Plaintiffs Represented by the

1