IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITGATION | MDL No. 1:14-ml-02570-RLY-TAB |

THIS DOCUMENT RELATES TO:
_____

Theodora J. Roach; Estate of Vilma T. Roach
1:19-cv-03786-RLY-TAB
_____

### ORDER ON MOTION TO WITHDRAW PENDING MOTION TO WITHDRAW AS COUSEL OF RECORD FOR PLAINTIFFS THEODORA J. ROACH; ESTATE OF VILMA T. ROACH

This matter is before the Court on Plaintiffs' Motion to Withdraw Plaintiffs' Counsel's Pending Motion to Withdraw as Counsel of Record for Plaintiffs Theodora J. Roach and Estate of Vilma T. Roach [Filing No. 27183] in the matter of Case 1:19-cv-03786, entitled *Theodora J. Roach, et al. v. Cook Medical, Inc., et al.* Upon Consideration and for good cause, the Court hereby grants this Motion. [Filing No. 27389.]

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel of Record for Plaintiffs Theodora J. Roach and Estate of Vilma T. Roach [Filing No. 27183] is hereby withdrawn and the telephonic status conference for this pending motion set for December 2, 2025 at 2:30 p.m. (Eastern Time) (Filing No. 27325) is hereby vacated as to these Plaintiffs only.

Date: 11/12/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Brian A Goldstein is required to serve Plaintiffs Diane S. Fulton and Theodora J. Roach