UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Vikki Mowery; 1:19-cv-3884

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Pursuant to Local Rule 5-11(d), counsel for Plaintiff Ralph Mowery, Personal Representative for the Estate of Vikki Mowery moves this court to maintain under seal Docket #s 27050 and 27137 in case number 1:14-ml-02570 (see also docket #s 11 and 12 in 1:19-cv-3884). In support of this motion, Plaintiff states:

1. Plaintiff's death certificate contains personal identifiers, specifically full date of birth and social security number.

2. Federal Rules of Civil Procedure 5.2 mandates the redaction of certain personal identifiers from court filings. Maintaining these documents under seal ensures compliance with these rules.

3. This motion is filed in accordance with Local Rule 5-11(d), which provides the procedure for maintaining documents under seal.

4. Plaintiff has attached a correctly redacted version of the documents for public viewing to ensure compliance with Federal Rules of Civil Procedure 5.2 attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully request that the Court grant this Motion to Maintain Under Seal Docket #s 27050 and 27137 in case number 1:14-ml-02570 (see also docket #s 11 and 12 in 1:19-cv-3884).

Dated: November 13, 2025

                                             Respectfully Submitted,
                                             **THE JOEL BIEBER FIRM**
                                             */s/ Melissa Fry Hague*
                                             Melissa Fry Hague, Esq.
                                             The Joel Bieber Firm
                                             Two Liberty Place
                                             50 S. 16th Street, Suite 1700
                                             Philadelphia, PA 19102
                                             P: 215-999-9183
                                             mhague@joelbieber.com
                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on all CM/ECF registrants.

*/s/ Melissa Fry Hague*

*Attorney for Plaintiff*