UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTER MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Case:

Vikki Mowery, 1:19-cv-3884

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED COMPLAINT

The Court has considered Plaintiff Vikki Mowery's Motion to Substitute Party Plaintiff and for Leave to File Amended Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27137.]

IT IS THEREFORE ORDERED that: (1) Ralph R. Mowery, Sr., Authorized Successor of the Estate of Vikki Mowery, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file an Amended Complaint; and, (3) the Amended Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Complaint into the record in this matter.

Date: 11/13/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.