IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | 1:14-ML-02570-RLY-TAB |
| IVC FILTERS MARKETING, | |
| SALES PRACTICES AND | MDL No. 2570 |
| PRODUCTS LIABILITY LITIGATION | |

This document relates to: Judith Llewellyn
Case No. 1:16-cv-02930

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), **James Hearon** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Judith Llewellyn in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in **Texas**, since 2016.

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* is waived in this MDL.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 13, 2025

        Respectfully submitted,
        **FERRER POIROT FELLER**

        /s/ James Hearon
        James Hearon
        Texas Bar No. 24095253
        2603 Oak Lawn Ave, Suite 300
        Dallas, Texas 75219
        Telephone: 214.521.4412
        Facsimile: 214.550.2696
        jhearon@lawyerworks.com,
        ivcfiling@lawyerworks.com
        (Asst. molvera@lawyerworks.com)
        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The foregoing document will be served via the Clerk of the Court, on November 13, 2025, using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        /s/ James Hearon
        James Hearon