IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND            Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                              MDL No. 2570

_____

This Document Relates to the following cases:

JAYE SANTOS                Case No. 1:21-cv-02427-RLY-TAB

_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference **at 3 p.m. (Eastern Time) on**

**December 2, 2025**, before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and

neither Defendants' representative or counsel should attend.  Plaintiff shall appear by counsel.

The information needed by counsel of record to participate in this telephonic conference will be

provided by separate notification. **Plaintiff, Jaye Santos shall personally participate in this**

**conference by calling Chambers at 317.229.3660**. The purpose of this conference is to

address Plaintiff's counsel, Ben Martin of Ben Martin Law Group PLLC and Stephanie Marie

Herrmann of Fenstersheib Law Group, P.A.'s motion to withdraw as counsel of record [Filing

No. 27401].

    Date: 11/14/2025

                                        _____
                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ben C. Martin is required to serve Plaintiff Jaye Santos.