IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., | 1:14-ML-02570-RLY-TAB |
| IVC FILTERS MARKETING, | |
| SALES PRACTICES AND | MDL No. 2570 |
| PRODUCTS LIABILITY LITIGATION | |

This document relates to: Judith Llewellyn
Case No. 1:16-cv-02930

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of James Hearon, counsel for Judith Llewellyn, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion [Filing No. 27438] be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com,
ivcfiling@lawyerworks.com
(Asst. molvera@lawyerworks.com)

SO ORDERED.

Date: 11/14/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.