IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

JEANNA KELSO           Case No. 1:16-cv-02395-RLY-TAB

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 2 p.m. (Eastern Time) on December 17, 2025**, before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendants' representative or counsel should attend.  Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Jeanna Kelso shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Joseph Williams of Williams Law Group, LLC and Joseph Zonies and Gregory Bentley of Zonies Law LLC.'s motion to withdraw as counsel of record [Filing No. 27440].

Date: 11/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.
Joseph Williams is required to serve Plaintiff Jeanna Kelso.