IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Nov 18, 2025
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Susan Panos and James Panos

Case No. __1:16-cv-1498_____

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiffs Susan Panos and James Panos against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 4, 2025

| | |
|---|---|
| /s/ *Jeff T. Seldomridge* | /s/ *Erica K. Drew* |
| Jeff T. Seldomridge, Esq. | Erica K. Drew, Esq. |
| The Miller Firm LLC | Faegre Drinker Biddle & Reath LLP |
| 108 Railroad Avenue | 300 North Meridian Street, Suite 2500 |
| Orange, VA 22960 | Indianapolis, Indiana  46204 |
| Telephone:  (540) 672-42224 | Telephone:  (317) 237-0300 |
| Fascimile:  (540) 672-3055 | Facsimile:  (317) 237-1000 |
| Email:Jseldomridge@millerfirmllc.com | Email:erica.drew@faegredrinker.com |
| **Attorney for Plaintiff** | **Attorney for Defendants** |