IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                          Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2570

_____

This Document Relates to the following cases:

| BRANDY STINSON | Case No. 1:17-cv-02817-RLY-TAB |
| KALVIN KINCHEN | Case No. 1:21-cv-02375-RLY-TAB |
| TONYA RICHARDSON | Case No. 1:22-cv-00199-RLY-TAB |

_____

**ORDER ON NOVEMBER 19, 2025, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiffs Brandy Stinson, Kalvin Kinchen, and Tonya Richardson to attend a telephonic status conference on November 4, 2025, to address Plaintiffs' counsel's motions to withdraw. [Filing Nos. 27403, 27404, 27405.] Plaintiffs failed to appear as ordered. The Court then issued an order setting a second conference for November 19, 2025, at which time Plaintiffs were to show cause for Plaintiffs' failure to appear for the November 4 conference. The Court noted that if Plaintiffs failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiffs' counsel appeared at the November 19, 2025, telephonic status conference, and Plaintiffs once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss these cases without prejudice.

Date: 11/20/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
John T. Kirtley, III is required to serve Plaintiffs Brandy Stinson, Kalvin Kinchen and Tonya Richardson.