IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON NOVEMBER 19, 2025, SETTLEMENT CONFERENCE

Plaintiffs appeared by counsel and Defendants appeared in person on November 19, 2025, for a settlement conference of the cases in the inventory of the FERRER POIROT FELLER law firm in Dallas, TX. Settlement discussions held. Conference concluded without further order.

Date: 11/20/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.