## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB MDL No 2570 |

Patricia Meredith

      Plaintiffs,

v.

COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS

      Defendants.

Civil Case # 1:17-cv-01904

### SUGGESTION OF DEATH

      Plaintiff, by counsel, hereby gives notice of the death of Plaintiff Patricia Meredith.

Plaintiff attaches hereto and fully incorporates herein a copy of the Certificate of Death as Exhibit A.

      This Suggestion of Death is filed pursuant to Rule 25(a)(2) of the Federal Rules of Civil Procedure.

DATED:    11/20/2025    

Respectfully Submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:_____11/20/2025_____          By: */s/ Stuart L. Goldenberg*
                                       Stuart L. Goldenberg
                                       GOLDENBERG LAURICELLA, PLLC
                                       800 LaSalle Avenue, Suite 2150
                                       Minneapolis, MN 55402
                                       Phone: 612-333-4662
                                       slgoldenberg@goldenberglaw.com

                                       *Counsel for Plaintiff*