# COUNTY OF SAN DIEGO
## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

**STATE FILE NUMBER:** 3202237006528

**1. NAME OF DECEDENT- FIRST (Given):** PATRICIA
**2. MIDDLE:** JANE
**3. LAST (Family):** MEREDITH

**4. DATE OF BIRTH:** [redacted]
**5. AGE:** 79 Yrs
**6. SEX:** F

**9. BIRTH STATE/FOREIGN COUNTRY:** PA
**10. SOCIAL SECURITY NUMBER:** [redacted]
**11. EVER IN U.S. ARMED FORCES?:** NO
**12. MARITAL STATUS:** WIDOWED
**7. DATE OF DEATH:** 03/14/2022
**8. HOUR:** 0101

**13. EDUCATION:** MASTER'S
**14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?:** NO
**16. DECEDENT'S RACE:** AFRICAN AMERICAN

**17. USUAL OCCUPATION:** PRINCIPAL
**18. KIND OF BUSINESS OR INDUSTRY:** MIDDLE SCHOOL
**19. YEARS IN OCCUPATION:** 30

**20. DECEDENT'S RESIDENCE:** [redacted]
**21. CITY:** LEMON GROVE
**22. COUNTY/PROVINCE:** SAN DIEGO
**23. ZIP CODE:** 91945
**24. YEARS IN COUNTY:** 7
**25. STATE/FOREIGN COUNTRY:** CA

**26. INFORMANT'S NAME / RELATIONSHIP:** MITCH MEREDITH, SON

**31. NAME OF FATHER/PARENT-FIRST:** CHARLES
**32. MIDDLE:** CLIFFORD
**33. LAST:** BERKLEY
**34. BIRTH STATE:** PA

**35. NAME OF MOTHER/PARENT-FIRST:** ANNA
**36. MIDDLE:** MAE
**37. LAST (BIRTH NAME):** SAWYER
**38. BIRTH STATE:** PA

**39. DISPOSITION DATE:** 03/30/2022
**40. PLACE OF FINAL DISPOSITION:** CIRCLE GROVE CEMETERY, RICHARD P RATCLIFF DR., SPICELAND, IN 47385

**41. TYPE OF DISPOSITION(S):** CREMATE/TRANSIT/BURIAL
**42. SIGNATURE OF EMBALMER:** NOT EMBALMED

**44. NAME OF FUNERAL ESTABLISHMENT:** ERICKSON-ANDERSON MORTUARY
**45. LICENSE NUMBER:** FD296
**46. SIGNATURE OF LOCAL REGISTRAR:** WILMA WOOTEN MD
**47. DATE:** 03/30/2022

**101. PLACE OF DEATH:** MONTE VISTA VILLAGE NURSING HOME
**103. IF OTHER THAN HOSPITAL:** Other
**104. COUNTY:** SAN DIEGO
**105. FACILITY ADDRESS:** 2211 MASSACHUSETTS AVE
**106. CITY:** LEMON GROVE

**107. CAUSE OF DEATH:**
- IMMEDIATE CAUSE (A): MULTI-SYSTEM ORGAN FAILURE — MNTHS
- (B): END-STAGE RENAL DISEASE — YRS
- (C): ATHEROSCLEROTIC VASCULAR DISEASE — YRS

**108. DEATH REPORTED TO CORONER:** NO
**109. BIOPSY PERFORMED?:** NO
**110. AUTOPSY PERFORMED?:** NO
**111. USED IN DETERMINING CAUSE?:** —

**112. OTHER SIGNIFICANT CONDITIONS:** POST-POLIO SYNDROME

**113. WAS OPERATION PERFORMED:** NO
**113A. IF FEMALE, PREGNANT IN LAST YEAR?:** NO

**114. I CERTIFY...:** Decedent Last Seen Alive (A) 03/04/2022 (B) 03/12/2022
**115. SIGNATURE AND TITLE OF CERTIFIER:** MOHAMMAD Y SAMARA, MD
**116. LICENSE NUMBER:** C171319
**117. DATE:** 03/29/2022
**118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** MOHAMMAD Y SAMARA, MD, 6540 REFLECTION DR # 1410, SAN DIEGO, CA 92124

---

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

**DATE ISSUED:** 3/30/2022   WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego




A004041590

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE