UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This document relates to:

All Actions in Exhibits A and B

## SECOND AMENDED NOTICE OF FINAL BELLWETHER POOL LIST PURSUANT TO CMO-34

PLEASE TAKE NOTICE that pursuant to Paragraph 6 of Case Management Order No. 34 ("CMO-34"), the Cook Defendants have met and conferred with the Plaintiffs' Steering Committee and hereby file the updated final list of bellwether-eligible cases as defined by CMO-34 and the Court's Order modifying CMO-34 (ECF No. 27333), attached as **Exhibit A**.[1] The cases from the prior list that have since been removed (due to modification of CMO-34, amended categorization, entry of dismissal, or settlement) are listed separately in **Exhibit B.**

Dated: November 20, 2025

Respectfully submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

---

[1] The Cook Defendants note that 3 cases on the list remain subject to a pending notice of non-compliance or pending notice of dismissal and those cases are identified on the list with an asterisk (*) symbol. Additionally, 5 cases with a pending notice of withdrawal are identified with a double asterisk (**) symbol.

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*