*Exhibit A*

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co-Counsel |
|---|---|---|---|---|---|
| 1. | Adkison, David | 1:19-cv-03288 | McSweeney Langevin LLC | | |
| 2. | Anderson, Jason A. | 1:22-cv-06871 | McSweeney Langevin LLC | | |
| 3. | Anderson, Jeff & Carla | 1:16-cv-03475 | Degaris Wright McCall | Wright McCall, LLC | |
| 4. | Andress, Gary | 1:21-cv-03089 | Onderlaw, LLC | | |
| 5. | Anthony, Roni* | 1:24-cv-01850 | McSweeney Langevin LLC | | |
| 6. | Austin, Richard C., Jr. | 1:23-cv-01953 | McSweeney Langevin LLC | | |
| 7. | Axton, Dale | 1:22-cv-01080 | Hammers Law Firm, LLC | | |
| 8. | Babcock, David | 1:21-cv-02577 | McSweeney Langevin LLC | | |
| 9. | Babik, Christopher** | 1:19-cv-03459 | Curtis Law Group | | |
| 10. | Bache, Scott | 1:22-cv-06778 | Ben Martin Law Group, PLLC | | |
| 11. | Bailey, Patrick | 1:18-cv-01728 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 12. | Bartlett, Dorothy | 1:19-cv-04730 | Degaris Wright McCall | Wright McCall, LLC | |
| 13. | Barton, Louis | 1:19-cv-03489 | McSweeney Langevin LLC | | |
| 14. | Baum, Sandra | 1:19-cv-03293 | McSweeney Langevin LLC | | |
| 15. | Beckley, Clinton | 1:24-cv-01680 | Ben Martin Law Group, PLLC | | |
| 16. | Bedell, Beth | 1:16-cv-02691 | Gruber & Gruber | Curtis Law Group | |
| 17. | Belstner, Daniel | 1:17-cv-01279 | Goldenberg Law, PLLC | | |
| 18. | Bennish, Joyce | 1:17-cv-00740 | Goldenberg Law, PLLC | | |
| 19. | Berga, Donald | 1:21-cv-01989 | Ferrer Poirot & Wansbrough | | |
| 20. | Bergmann, Sandra | 1:19-cv-03468 | McSweeney Langevin LLC | | |
| 21. | Bertuca, Elizabeth* | 1:19-cv-04831 | Matthews & Associates | Freese & Goss, PLLC | |
| 22. | Bishop, Kathleen | 1:18-cv-01901 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |

DMS_US.374466126.1

EXHIBIT A

Amended Notice of Final Bellwether Pool List

| 23. | Bjornson, Michael | 1:23-cv-01847 | McSweeney Langevin LLC | | |
|---|---|---|---|---|---|
| 24. | Blish, Angela | 1:21-cv-00897 | Hammers Law Firm, LLC | | |
| 25. | Boutin, Lois | 1:21-cv-00832 | Simon Greenstone Panatier, PC | | |
| 26. | Bray, Dawn | 1:21-cv-02513 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 27. | Brazzle, Johnny | 1:20-cv-00199 | Wagstaff & Cartmell, LLP | | |
| 28. | Brouse, Thomas R. Jr. | 1:17-cv-02463 | Ben Martin Law Group, PLLC | | |
| 29. | Brown, Eddy | 1:19-cv-02486 | McSweeney Langevin LLC | | |
| 30. | Brown, Renetta Y. | 1:22-cv-02137 | McSweeney Langevin LLC | | |
| 31. | Bruder, Gladys | 1:22-cv-06867 | The Goss Law Firm, P.C. | | |
| 32. | Buchanan, James | 1:19-cv-03976 | McSweeney Langevin LLC | | |
| 33. | Buchanan, Lisa | 1:19-cv-03441 | McSweeney Langevin LLC | | |
| 34. | Bucy, Amber B. | 1:23-cv-01178 | McSweeney Langevin LLC | | |
| 35. | Bugbee, Shirley | 1:19-cv-02505 | McSweeney Langevin LLC | | |
| 36. | Bumper, Jimmy | 1:21-cv-02374 | Ferrer Poirot & Wansbrough | | |
| 37. | Burchfield, Kenneth E. | 1:22-cv-01398 | McSweeney Langevin LLC | | |
| 38. | Burkman, John | 1:21-cv-00008 | Ferrer Poirot & Wansbrough | | |
| 39. | Butler, Ethel* | 1:19-cv-00552 | Marc J. Bern & Partners, LLP | | |
| 40. | Callaway, Charley | 1:21-cv-06532 | McSweeney Langevin LLC | | |
| 41. | Campbell, Deborah | 1:21-cv-06441 | McSweeney Langevin LLC | | |
| 42. | Campbell, Pamela | 1:23-cv-00419 | Ben Martin Law Group, PLLC | Reich & Binstock, LLP | |
| 43. | Carpenter, Virginia | 1:19-cv-03658 | Hammers Law Firm, LLC | | |
| 44. | Carreau, Norman | 1:21-cv-06394 | McSweeney Langevin LLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 45. | Chalmers, Virginia | 1:21-cv-00425 | Ferrer Poirot & Wansbrough | | |
| 46. | Chan, Wayne | 1:17-cv-03537 | Richard J. Plezia & Associates | | |
| 47. | Charter, Amanda | 1:23-cv-00190 | Hammers Law Firm, LLC | | |
| 48. | Chatterson, Richard | 1:19-cv-01546 | Wagstaff & Cartmell, LLP | | |
| 49. | Chavers, Amaris | 1:19-cv-02851 | Ben Martin Law Group, PLLC | | |
| 50. | Clark, Edward | 1:21-cv-06456 | Lopez McHugh LLP | | |
| 51. | Cobb, Patrice | 1:18-cv-00875 | Goldenberg Law, PLLC | | |
| 52. | Cody, Judith Mimms | 1:19-cv-04898 | McSweeney Langevin LLC | | |
| 53. | Colantonio, Michael | 1:19-cv-02503 | McSweeney Langevin LLC | | |
| 54. | Cole, Jeanne | 1:17-cv-04732 | Ben Martin Law Group, PLLC | | |
| 55. | Coleman, Bobby Jr. | 1:20-cv-03178 | McSweeney Langevin LLC | | |
| 56. | Colvin, Danna | 1:22-cv-00424 | Ferrer Poirot & Wansbrough | | |
| 57. | Connelly, Thomas | 1:16-cv-02507 | Ben Martin Law Group, PLLC | The Goetz Law Firm, Inc. | |
| 58. | Courtney, Tangee | 1:17-cv-03200 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 59. | Cowart, Joseph Jr. | 1:19-cv-01919 | McSweeney Langevin LLC | | |
| 60. | Crosier, Kathryn | 1:19-cv-03457 | McSweeney Langevin LLC | | |
| 61. | Currier, Larry | 1:21-cv-00464 | Ben Martin Law Group, PLLC | | |
| 62. | Dame, Sheila L. | 1:23-cv-00275 | McSweeney Langevin LLC | | |
| 63. | Darnell, Terry | 1:22-cv-00310 | Ferrer Poirot & Wansbrough | | |
| 64. | Davidson, Toney | 1:16-cv-02265 | The Goss Law Firm, P.C. | | |
| 65. | Davis, Dawn Michelle | 1:19-cv-04949 | McSweeney Langevin LLC | | |
| 66. | Davis, Larry D. | 1:22-cv-06795 | Ben Martin Law Group, PLLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 67. | Davis, Loricia | 1:21-cv-06402 | Ferrer Poirot & Wansbrough | | |
| 68. | Delgado, Jamie & Frankie | 1:17-cv-00745 | Goldenberg Law, PLLC | | |
| 69. | Demello, Jon | 1:23-cv-06984 | McSweeney Langevin LLC | | |
| 70. | Deorio, Susan | 1:20-cv-00171 | Wagstaff & Cartmell, LLP | | |
| 71. | Diaz, Iris | 1:22-cv-06856 | Ben Martin Law Group, PLLC | | |
| 72. | Diaz, Richelle | 1:22-cv-01347 | Ferrer Poirot & Wansbrough | | |
| 73. | Dinkins, Terry | 1:20-cv-00710 | McSweeney Langevin LLC | | |
| 74. | Dixon, Shannon | 1:19-cv-05002 | McSweeney Langevin LLC | | |
| 75. | Dobbins, Violet & Ronald | 1:17-cv-04645 | Lopez McHugh LLP | | |
| 76. | DuConge, Christopher | 1:20-cv-03109 | Ben Martin Law Group, PLLC | | |
| 77. | Duda, Lane S. | 1:23-cv-06985 | McSweeney Langevin LLC | | |
| 78. | Earehart, Dawn | 1:19-cv-04962 | McSweeney Langevin LLC | | |
| 79. | Eaves, Terry | 1:20-cv-00791 | McSweeney Langevin LLC | | |
| 80. | Eberz, Ronald M. Jr. | 1:16-cv-01533 | Ben Martin Law Group, PLLC | | |
| 81. | Edelen, Carolyn | 1:23-cv-07035 | McSweeney Langevin LLC | | |
| 82. | Edmonds, Terrance | 1:21-cv-02209 | Ferrer Poirot & Wansbrough | | |
| 83. | Edmonds, Walesha | 1:18-cv-03081 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 84. | Edwards, Billie & Nancy | 1:19-cv-00186 | Ferrer Poirot & Wansbrough | | |
| 85. | Edwards, Valerie | 1:21-cv-06689 | Lopez McHugh LLP | | |
| 86. | Ellingsen, Christopher | 1:16-cv-02308 | Ben Martin Law Group, PLLC | | |
| 87. | Enright, Theodore R. | 1:15-cv-00248 | Lopez McHugh LLP | | |
| 88. | Erickson, Thomas E. | 1:22-cv-02263 | McSweeney Langevin LLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 89. | Ernest, Tiffany | 1:19-cv-03611 | McSweeney Langevin LLC | | |
| 90. | Eslick, Karen & Roy | 1:14-cv-06011 | Ben Martin Law Group, PLLC | | |
| 91. | Etheredge, Eric | 1:21-cv-06314 | McSweeney Langevin LLC | | |
| 92. | Evans, Laura | 1:20-cv-03194 | McSweeney Langevin LLC | | |
| 93. | Evans, Ronald | 1:19-cv-02900 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 94. | Fakhry, Entessar | 1:19-cv-02012 | McSweeney Langevin LLC | | |
| 95. | Fant, Henry Jr. | 1:21-cv-02704 | Onderlaw, LLC | | |
| 96. | Farnham, Diana | 1:18-cv-03503 | Ben Martin Law Group, PLLC | | |
| 97. | Fayal, Michael | 1:21-cv-06526 | Ferrer Poirot & Wansbrough | | |
| 98. | Felder, Torey M. | 1:21-cv-06476 | Ben Martin Law Group, PLLC | | |
| 99. | Flamestar, Tabitha | 1:18-cv-02369 | Ferrer Poirot & Wansbrough | | |
| 100. | Follrod, John | 1:18-cv-02952 | McSweeney Langevin LLC | | |
| 101. | Freeman, Valerie | 1:23-cv-07007 | Ben Martin Law Group, PLLC | | |
| 102. | Freesmeyer, DeAnn | 1:19-cv-03461 | McSweeney Langevin LLC | | |
| 103. | Galloway, Kristi | 1:15-cv-02014 | Farris, Riley & Pitt, LLP | | |
| 104. | Ganino, Michael Jr. & Patricia | 1:17-cv-02765 | Ben Martin Law Group, PLLC | SWMW LAW, LLC | |
| 105. | Garza, Anne Marie | 1:23-cv-07020 | Ben Martin Law Group, PLLC | | |
| 106. | Gasaway, Ralph | 1:21-cv-06424 | Ferrer Poirot & Wansbrough | | |
| 107. | Gatewood, Gloria | 1:21-cv-06431 | Ben Martin Law Group, PLLC | Hammers Law Firm, LLC | |
| 108. | Gavel, Janice | 1:22-cv-01799 | Onderlaw, LLC | | |
| 109. | Gharib, Rawia | 1:18-cv-03501 | Ben Martin Law Group, PLLC | | |
| 110. | Gillette, John | 1:19-cv-03518 | McSweeney Langevin LLC | | |
| 111. | Grant, Nathaniel | 1:21-cv-06552 | Ben Martin Law Group, PLLC | Hammers Law Firm, LLC | |

DMS_US.374466126.1

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 112. | Greer, Carrie | 1:18-cv-02488 | Ferrer Poirot & Wansbrough | | |
| 113. | Grifka, Gary | 1:22-cv-01244 | Ferrer Poirot & Wansbrough | | |
| 114. | Grimes, Carrie | 1:19-cv-01460 | Cowper Law LLP | | |
| 115. | Grizzle, Tammy | 1:21-cv-03048 | Ferrer Poirot & Wansbrough | | |
| 116. | Haag, Kathryn | 1:17-cv-01107 | Ben Martin Law Group, PLLC | | |
| 117. | Haas, Frederick J. | 1:18-cv-00816 | Ben Martin Law Group, PLLC | | |
| 118. | Hall, Raizel | 1:22-cv-06934 | Ben Martin Law Group, PLLC | | |
| 119. | Hamlett, Danielle | 1:17-cv-02683 | McSweeney Langevin LLC | | |
| 120. | Hampton, Reynauld | 1:22-cv-06743 | Ferrer Poirot & Wansbrough | | |
| 121. | Harmon, Jimmie Jr. & Tina | 1:17-cv-00917 | McSweeney Langevin LLC | | |
| 122. | Harriger, Preston | 1:21-cv-01549 | Ben Martin Law Group, PLLC | | |
| 123. | Harris, Robert | 1:21-CV-01914 | Ferrer Poirot & Wansbrough | | |
| 124. | Hawes, Beth | 1:19-cv-02328 | McSweeney Langevin LLC | | |
| 125. | Hawkins, Tommy | 1:18-cv-02236 | Marc J. Bern & Partners, LLP | | |
| 126. | Heichel, David | 1:21-cv-06555 | Ferrer Poirot & Wansbrough | | |
| 127. | Henchen, Charles | 1:23-cv-01351 | Onderlaw, LLC | | |
| 128. | Henderson, Denzil | 1:19-cv-02018 | McSweeney Langevin LLC | | |
| 129. | Henkel, Gail | 1:19-cv-02716 | McSweeney Langevin LLC | | |
| 130. | Henne, Jackie | 1:19-cv-03646 | McSweeney Langevin LLC | | |
| 131. | Herron, Bobbie J. | 1:22-cv-06725 | Ben Martin Law Group, PLLC | | |
| 132. | Hickey, Samuel | 1:22-cv-01432 | Onderlaw, LLC | | |
| 133. | Hill, John Jr. | 1:20-cv-00406 | McSweeney Langevin LLC | | |
| 134. | Hilling, Loretta | 1:19-cv-03287 | McSweeney Langevin LLC | | |
| 135. | Hinton, Quarikas | 1:25-cv-07126 | Ben Martin Law Group, PLLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 136. | Hohenbrink, Mary A. | 1:21-cv-02079 | Simon Greenstone Panatier, P.C. | | |
| 137. | Homlotis, Dave Jr. | 1:19-cv-03439 | McSweeney Langevin LLC | | |
| 138. | Hood, Charlene | 1:22-cv-06697 | Ferrer Poirot & Wansbrough | | |
| 139. | Hoyt, Brandy | 1:21-cv-01196 | Ben Martin Law Group, PLLC | | |
| 140. | Huff, Sarah & Howard | 1:17-cv-02234 | Cory Watson, P.C. | | |
| 141. | Humenik, Christopher | 1:21-cv-06693 | Ben Martin Law Group, PLLC | | |
| 142. | Hunley, Douglas | 1:20-cv-00920 | Perdue & Kidd | | |
| 143. | Ingram, Christopher | 1:20-cv-00659 | McSweeney Langevin LLC | | |
| 144. | Jackson, Alberta M. | 1:23-cv-06993 | McSweeney Langevin LLC | | |
| 145. | Jackson, Glora & Robert | 1:19-cv-04418 | Ferrer Poirot & Wansbrough | | |
| 146. | Jackson-Harris, Jamice | 1:18-cv-03897 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 147. | Jenkins, Anthony | 1:23-cv-07082 | Ben Martin Law Group, PLLC | | |
| 148. | Jennings, Michelle | 1:19-cv-04225 | McSweeney Langevin LLC | | |
| 149. | Job, Steven | 1:18-cv-01753 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 150. | Johnson, Brian | 1:19-cv-02120 | McSweeney Langevin LLC | | |
| 151. | Johnson, Darrell | 1:20-cv-00602 | Lopez McHugh LLP | | |
| 152. | Johnson, Rickie | 1:19-cv-02010 | McSweeney Langevin LLC | | |
| 153. | Johnson, Ruby | 1:22-cv-00520 | Ferrer Poirot & Wansbrough | | |
| 154. | Johnson, Wesley | 1:17-cv-01727 | The Goss Law Firm, P.C. | | |
| 155. | Keleta, Asegedom | 1:24-cv-00284 | Ferrer Poirot & Wansbrough | | |
| 156. | Kelly, Mary | 1:19-cv-04205 | McSweeney Langevin LLC | | |
| 157. | Kelso, Rachelle | 1:19-cv-03859 | McSweeney Langevin LLC | | |
| 158. | Kerr, Sean | 1:22-cv-02110 | Onderlaw, LLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 159. | Kinchen, Kalvin** | 1:21-cv-02375 | Ferrer Poirot & Wansbrough | | |
| 160. | Knight, Lillie & John | 1:17-cv-02883 | Hotze Runkle, PLLC | | |
| 161. | Kohut, Dana | 1:22-cv-06714 | Ferrer Poirot & Wansbrough | | |
| 162. | Lake, Mark | 1:20-cv-00455 | McSweeney Langevin LLC | | |
| 163. | Landry, Steven | 1:18-cv-01383 | Wagstaff & Cartmell, LLP | | |
| 164. | Layes, Sandra M. | 1:23-cv-07003 | McSweeney Langevin LLC | | |
| 165. | Lee, Sjohnn Tyler | 1:20-cv-00614 | McSweeney Langevin LLC | | |
| 166. | Lees, James | 1:19-cv-02378 | McSweeney Langevin LLC | | |
| 167. | Leonard, William | 1:21-cv-06349 | McSweeney Langevin LLC | | |
| 168. | Levin, Barbara | 1:19-cv-00556 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc | |
| 169. | Lewis, Andre | 1:22-cv-01300 | Ferrer Poirot & Wansbrough | | |
| 170. | Longo, Carmen | 1:19-cv-04873 | McSweeney Langevin LLC | | |
| 171. | Lopez, Travis | 1:18-cv-01748 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 172. | Lufkin, Roy | 1:21-cv-02838 | Ben Martin Law Group, PLLC | | |
| 173. | Magliulo, Elizabeth T. | 1:17-cv-03360 | Hotze Runkle, PLLC | | |
| 174. | Manfredi, Anthony L. | 1:21-cv-00436 | Wagstaff & Cartmell, LLP | | |
| 175. | Manno, Laurel & Michael | 1:18-cv-01248 | Ferrer Poirot & Wansbrough | | |
| 176. | Martin, Cynthia | 1:22-cv-06881 | Hammers Law Firm, LLC | | |
| 177. | Mathis, Bonnie | 1:17-cv-03755 | SWMW LAW, LLC | Ben Martin Law Group, PLLC | |
| 178. | McDaniel, Alice & John William | 1:15-cv-00611 | Regan Zambri & Long, PLLC | | |
| 179. | McDuffy, Carol | 1:17-cv-02919 | Ben Martin Law Group, PLLC | | |

DMS_US.374466126.1

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 180. | McKinley, Ryan | 1:20-cv-00788 | McSweeney Langevin LLC | | |
| 181. | McLaughlin, Susan | 1:19-cv-05005 | McSweeney Langevin LLC | | |
| 182. | McNally, John | 1:23-cv-02055 | Onderlaw, LLC | | |
| 183. | McQueary, Ellis Lee** | 1:20-cv-06290 | Ben Martin Law Group, PLLC | | |
| 184. | Melton, Kenneth | 1:23-cv-01152 | Ferrer Poirot & Wansbrough | | |
| 185. | Meyers, Emile, Jr. | 1:22-cv-01299 | Ferrer Poirot & Wansbrough | | |
| 186. | Miliner, Patricia | 1:21-cv-06449 | Ben Martin Law Group, PLLC | | |
| 187. | Mitchell, Linda | 1:18-cv-01947 | McSweeney Langevin LLC | | |
| 188. | Mitchell, Nelda | 1:21-cv-00285 | Ben Martin Law Group, PLLC | | |
| 189. | Monarca, Phyllis | 1:21-cv-02409 | Ferrer Poirot & Wansbrough | | |
| 190. | Mongeon, Michelle Christine | 1:19-cv-04982 | McSweeney Langevin LLC | | |
| 191. | Moore, Debbra | 1:21-cv-06474 | McSweeney Langevin LLC | | |
| 192. | Mootoo, Jessica | 1:22-cv-06935 | Ben Martin Law Group, PLLC | | |
| 193. | Morgan, Theresa | 1:19-cv-03669 | McSweeney Langevin LLC | | |
| 194. | Morrison, Michael | 1:18-cv-01182 | Andrus Wagstaff, Pc | | |
| 195. | Mote, Krishna M. | 1:23-cv-01201 | McSweeney Langevin LLC | | |
| 196. | Naber, Jana L. | 1:22-cv-01758 | McSweeney Langevin LLC | | |
| 197. | Neal, Frederick | 1:21-cv-01118 | McSweeney Langevin LLC | | |
| 198. | Newson, Yolanda | 1:21-cv-06686 | The Goss Law Firm, P.C. | | |
| 199. | Nichols, Harold E. | 1:20-cv-02725 | Simon Greenstone Panatier, P.C. | | |
| 200. | Noble, Lee | 1:19-cv-03612 | McSweeney Langevin LLC | | |
| 201. | Norman, Talisha | 1:24-cv-07117 | Ben Martin Law Group, PLLC | | |

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 202. | Norsworthy, Tammie | 1:19-cv-04026 | Goza & Honnold, LLC | | |
| 203. | Oden, Deanna | 1:19-cv-04507 | Wagstaff & Cartmell, LLP | | |
| 204. | Ogden, Craig | 1:21-cv-00174 | McSweeney Langevin LLC | | |
| 205. | Olencki, Raymond | 1:22-cv-06722 | Ferrer Poirot & Wansbrough | | |
| 206. | Ostojic, Ljuban | 1:22-cv-00738 | Onderlaw, LLC | | |
| 207. | Otto, Mark | 1:21-cv-00977 | McSweeney Langevin LLC | | |
| 208. | Owens, Autumn | 1:18-cv-01458 | Ben Martin Law Group, PLLC | | |
| 209. | Page, Carla | 1:20-cv-00151 | McSweeney Langevin LLC | | |
| 210. | Palumbo, Noreen A. | 1:17-cv-03023 | Bertram & Graf, L.L.C. | | |
| 211. | Parisi, Louis Jr. | 1:22-cv-06817 | Hammers Law Firm, LLC | | |
| 212. | Parks, Judy | 1:19-cv-04772 | Ben Martin Law Group, PLLC | Waters & Kraus, LLP | |
| 213. | Pearce, Barry Catherine McLean | 1:17-cv-02974 | The Goss Law Firm, P.C. | | |
| 214. | Penn, Jennifer | 1:16-cv-01041 | Torhoerman Law, LLC | | |
| 215. | Perez, Linda | 1:20-cv-02560 | Ben Martin Law Group, PLLC | | |
| 216. | Person, Gilbert | 1:21-cv-06348 | McSweeney Langevin LLC | | |
| 217. | Peterson, Knanila | 1:17-cv-01281 | Goldenberg Law, PLLC | | |
| 218. | Phillips, Sarah | 1:21-cv-06417 | Ben Martin Law Group, PLLC | | |
| 219. | Pierce, Tyrell | 1:19-cv-02587 | Ben Martin Law Group, PLLC | | |
| 220. | Pogue, Jean | 1:22-cv-01846 | Ferrer Poirot & Wansbrough | | |
| 221. | Pooley, Barbara J. & Steven | 1:20-cv-00780 | Simon Greenstone Panatier, P.C. | | |
| 222. | Powell, Traci | 1:23-cv-07056 | Ben Martin Law Group, PLLC | | |
| 223. | Prosise, Stephen | 1:19-cv-02438 | McSweeney Langevin LLC | | |

DMS_US.374466126.1

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 224. | Pyne, Diana | 1:22-cv-00049 | McSweeney Langevin LLC | | |
| 225. | Quigley, Jason | 1:21-cv-00891 | Curtis Law Group | | |
| 226. | Quiroz, Steven J. | 1:21-cv-06399 | Ben Martin Law Group, PLLC | | |
| 227. | Ramsey, Joetta | 1:20-cv-01006 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 228. | Reaser, Terry Sr. | 1:19-cv-03296 | McSweeney Langevin LLC | | |
| 229. | Redden, Staci | 1:22-cv-00904 | Ben Martin Law Group, PLLC | | |
| 230. | Rexford, Linda C. | 1:21-cv-00471 | Simon Greenstone Panatier, P.C. | | |
| 231. | Reyes, David | 1:20-cv-01761 | Ben Martin Law Group, PLLC | | |
| 232. | Reyna, Raul & Reyna Ruiz, Delfina | 1:21-cv-00240 | Lieff Cabraser Heimann & Bernstein, LLP | | |
| 233. | Reynolds, Marilyn | 1:21-cv-02870 | Ferrer Poirot & Wansbrough | | |
| 234. | Ricco, Jason | 1:22-cv-00216 | Hammers Law Firm, LLC | | |
| 235. | Richardson, Sandra | 1:23-cv-02306 | Ferrer Poirot & Wansbrough | | |
| 236. | Rimer, Elaina | 1:19-cv-04909 | McSweeney Langevin LLC | | |
| 237. | Robberstad, Patricia | 1:24-cv-00411 | Onderlaw, LLC | | |
| 238. | Roberts, Chante | 1:19-cv-03516 | McSweeney Langevin LLC | | |
| 239. | Robinson, Dede | 1:19-cv-04320 | McSweeney Langevin LLC | | |
| 240. | Robinson, Jainelle | 1:19-cv-04197 | McSweeney Langevin LLC | | |
| 241. | Rodriguez, Sheila | 1:17-cv-01613 | Hotze Runkle, PLLC | | |
| 242. | Rosol, Eva | 1:20-cv-00577 | McSweeney Langevin LLC | | |
| 243. | Russell, Leslie & Mary | 1:17-cv-03786 | Ben Martin Law Group, PLLC | The Goetz Law Firm, Inc. | |
| 244. | Sanchez, Remedios | 1:21-cv-00083 | Ben Martin Law Group, PLLC | | |

DMS_US.374466126.1

EXHIBIT A
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 245. | Santos, Jaye** | 1:21-cv-02427 | Ben Martin Law Group, PLLC | Fenstersheib Law Group, P.A. | |
| 246. | Savage, Shelley | 1:19-cv-05008 | McSweeney Langevin LLC | | |
| 247. | Saviri, Gary | 1:19-cv-01455 | Wilshire Law Firm PLC | | |
| 248. | Schilling, Kathleen | 1:19-cv-03265 | McSweeney Langevin LLC | | |
| 249. | Schreckengost, George | 1:17-cv-04613 | Hotze Runkle, PLLC | | |
| 250. | Segars, Ramona | 1:19-cv-04825 | Ben Martin Law Group, PLLC | Waters & Kraus, LLP | |
| 251. | Selsor, Frank D. | 1:20-cv-01307 | Simon Greenstone Panatier, P.C. | | |
| 252. | Serrette, Michel & Jones, Del | 1:19-cv-01275 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 253. | Shelley, Roy | 1:21-cv-06630 | The Goss Law Firm, P.C. | | |
| 254. | Short, Alonzo Jr. | 1:19-cv-04505 | McSweeney Langevin LLC | | |
| 255. | Simon, John | 1:20-cv-06185 | Ben Martin Law Group, PLLC | | |
| 256. | Smith, Kathy J. | 1:22-cv-06809 | McSweeney Langevin LLC | | |
| 257. | Smithson, Arthur Donald Jr. | 1:19-cv-02070 | Ben Martin Law Group, PLLC | | |
| 258. | Snyder, Barbara** | 1:19-cv-02570 | Ben Martin Law Group, PLLC | | |
| 259. | Solis, Refugio | 1:21-cv-00780 | Ferrer Poirot & Wansbrough | | |
| 260. | Solomon, Gina | 1:18-cv-01811 | McSweeney Langevin LLC | | |
| 261. | Sotelo, Christina | 1:19-cv-01989 | Ben Martin Law Group, PLLC | | |
| 262. | Spann, Beverly | 1:22-cv-06712 | Ferrer Poirot & Wansbrough | | |
| 263. | Sproul, Ashly | 1:19-cv-04452 | Ben Martin Law Group, PLLC | | |
| 264. | Starr, Julie | 1:24-cv-01759 | McSweeney Langevin LLC | | |
| 265. | Stephens, Lloyd D. | 1:24-cv-01029 | McSweeney Langevin LLC | | |
| 266. | Storrs, Jan | 1:19-cv-02021 | McSweeney Langevin LLC | | |

DMS_US.374466126.1

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| # | Name | Case No. | Firm | Additional |
|---|---|---|---|---|
| 267. | Strong, Donald | 1:21-cv-06334 | McSweeney Langevin LLC | |
| 268. | Sugden, Nevada | 1:19-cv-03151 | McSweeney Langevin LLC | |
| 269. | Summitt, Randy | 1:19-cv-03464 | McSweeney Langevin LLC | |
| 270. | Taylor, Myron | 1:16-cv-02772 | The Goss Law Firm, P.C. | Wendt Law Firm |
| 271. | Teixeira, Andre | 1:19-cv-04848 | McSweeney Langevin LLC | |
| 272. | Therrell, Randall | 1:19-cv-02178 | McSweeney Langevin LLC | |
| 273. | Throw, James | 1:19-cv-01397 | Wagstaff & Cartmell, LLP | |
| 274. | Tilley, Donald | 1:19-cv-02308 | Wagstaff & Cartmell, LLP | |
| 275. | Toner, Lela | 1:21-cv-02963 | The Law Office of A. Craig Eiland, P.C. | |
| 276. | Torres, Manuel (NY) | 1:21-cv-01244 | Ferrer Poirot & Wansbrough | |
| 277. | Toulomelis, Robin | 1:17-cv-01543 | Goldenberg Law, PLLC | |
| 278. | Trimmier, Tasha | 1:23-cv-00247 | Napoli Shkolnik PLLC | |
| 279. | Troupe, James | 1:19-cv-04900 | McSweeney Langevin LLC | |
| 280. | Turner, Elvin Shane | 1:19-cv-03408 | Law Offices of Donald G. Norris | |
| 281. | Turner, Latonya | 1:21-cv-02736 | Ferrer Poirot & Wansbrough | |
| 282. | Turner, Paula | 1:19-cv-02023 | Ben Martin Law Group, PLLC | |
| 283. | Vaughan, Larry John Jr. | 1:17-cv-04340 | Ben Martin Law Group, PLLC | Morris/Anderson dba Big Horn Law, LLC) |
| 284. | Velicka, Linda | 1:24-cv-00959 | Onderlaw, LLC | |
| 285. | Villaran, Jesus | 1:22-cv-01749 | Ferrer Poirot & Wansbrough | |
| 286. | Wagner, Jason | 1:22-cv-01069 | Ferrer Poirot & Wansbrough | |
| 287. | Walker, Gary Jr. | 1:19-cv-00768 | Goldenberg Law, PLLC | |
| 288. | Warner, Robert | 1:24-cv-o1520 | McSweeney Langevin LLC | |

DMS_US.374466126.1

**EXHIBIT A**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 289. | Washington, Patricia | 1:19-cv-02006 | McSweeney Langevin LLC | | |
| 290. | Watson, Carol | 1:21-cv-06543 | Ferrer Poirot & Wansbrough | | |
| 291. | Weaver, Harry | 1:20-cv-03315 | Wagstaff & Cartmell, LLP | | |
| 292. | Weiss, Joan | 1:19-cv-03667 | McSweeney Langevin LLC | | |
| 293. | Wells, Deborah | 1:23-cv-00002 | Hammers Law Firm, LLC | | |
| 294. | Wheeler, James | 1:21-cv-06524 | Ferrer Poirot & Wansbrough | | |
| 295. | Whisenant, Sheritta | 1:19-cv-03455 | McSweeney Langevin LLC | | |
| 296. | Whiting, Reginald | 1:19-cv-04970 | Wagstaff & Cartmell, LLP | | |
| 297. | Whitman, Arthur L. | 1:17-cv-00705 | Degaris Wright McCall | | |
| 298. | Whittle, Margaret | 1:22-cv-01275 | Ferrer Poirot & Wansbrough | | |
| 299. | Wiley, Crystal | 1:20-cv-06276 | Ben Martin Law Group, PLLC | | |
| 300. | Williams, Elaine | 1:19-cv-03860 | McSweeney Langevin LLC | | |
| 301. | Williams, Lori Lynn | 1:20-cv-00649 | McSweeney Langevin LLC | | |
| 302. | Woodring, Lillie | 1:22-cv-00149 | Ferrer Poirot & Wansbrough | | |
| 303. | Wray, Lincoln | 1:22-cv-00095 | McSweeney Langevin LLC | | |
| 304. | Yanda, Angela | 1:20-cv-06308 | McSweeney Langevin LLC | | |
| 305. | Yazzie, Kathy | 1:21-cv-00598 | Ferrer Poirot & Wansbrough | | |
| 306. | Youngblood, Paula | 1:21-cv-02342 | Ferrer Poirot & Wansbrough | | |