*Exhibit B*

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

|  | Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co-Counsel |
|---|---|---|---|---|---|
| 1. | Arnold, Uneeda | 1:20-cv-00623 | McSweeney Langevin LLC | | |
| 2. | Bailey, Francis | 1:18-cv-00181 | The Moody Law Firm, Inc. | | |
| 3. | Beamon, Cassandra | 1:17-cv-03656 | Ben Martin Law Group, PLLC | | |
| 4. | Bowen, Margaret* | 1:18-cv-00483 | The Moody Law Firm, Inc. | | |
| 5. | Brown, Beverly Ann | 1:20-cv-00647 | McSweeney Langevin LLC | | |
| 6. | Brown, James Thomas & Joyce (ESTATE OF) | 1:19-cv-03484 | Flint Cooper, LLC | | |
| 7. | Burkett, Herbert | 1:22-cv-02031 | Reich & Binstock LLP | | |
| 8. | Carreon, Diana | 1:20-cv-01394 | McDonald Worley, PC | | |
| 9. | Cashmore, Theresa | 1:20-cv-01348 | McDonald Worley, PC | | |
| 10. | Childers, Robert (ESTATE OF) | 1:19-cv-02271 | The Moody Law Firm, Inc. | | |
| 11. | Cook, Debra Ann | 1:19-cv-00210 | Tautfest Bond, PLLC | | |
| 12. | Cowley, Pamela | 1:19-cv-01493 | McDonald Worley, PC | | |
| 13. | Feinstein, Bernard T. (ESTATE OF) | 1:22-cv-00920 | The Law Office of A. Craig Eiland, P.C. | | |
| 14. | Fisher, Maggie (ESTATE OF) | 1:22-cv-01278 | Goldenberg Lauricella, PLLC | | |
| 15. | Freehling, Kathleen | 1:21-cv-02429 | Fenstersheib Law Group, P.A. | Ben Martin Law Group, PLLC | |
| 16. | Freytag, Catherine | 1:18-cv-04025 | McDonald Worley, PC | | |
| 17. | Gale, Christian (ESTATE OF) | 1:22-cv-00129 | Ferrer Poirot & Wansbrough | | |
| 18. | Glasson, Donald (ESTATE OF) | 1:22-cv-01595 | Ferrer Poirot & Wansbrough | | |
| 19. | Goldstock, Brian | 1:19-cv-02697 | McSweeney Langevin LLC | | |
| 20. | Goss, Milton | 1:19-cv-01382 | McDonald Worley, PC | | |

DMS_US.374466140.2

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 21. | Graham, Dane | 1:20-cv-01523 | McDonald Worley, PC | | |
| 22. | Griffin, Victoria | 1:22-cv-00277 | McDonald Worley, PC | | |
| 23. | Grube, Robert | 1:20-cv-01377 | McDonald Worley, PC | | |
| 24. | Haines, Bobby | 1:19-cv-03557 | McDonald Worley, PC | | |
| 25. | Hidalgo, Mariel* | 1:18-cv-02994 | The Moody Law Firm, Inc. | | |
| 26. | Horan, Delores | 1:20-cv-00080 | McSweeney Langevin LLC | | |
| 27. | Hydeck, Shawn (ESTATE OF) | 1:23-cv-00983 | Ferrer Poirot & Wansbrough | | |
| 28. | Jackson, Michael | 1:19-cv-04709 | McDonald Worley, PC | | |
| 29. | James, Judy M. | 1:18-cv-03410 | Waters & Kraus, LLP | Ben Martin Law Group, PLLC | |
| 30. | Jaramillo, Esmeralda | 1:22-cv-00292 | McDonald Worley, PC | | |
| 31. | Johnson, Rose Marie | 1:22-cv-00780 | Ferrer Poirot & Wansbrough | | |
| 32. | Kenworthy, Michael (ESTATE OF) | 1:22-cv-01919 | Ferrer Poirot & Wansbrough | | |
| 33. | Kirby, John | 1:20-cv-06440 | Ferrer Poirot & Wansbrough | | |
| 34. | Langston, Darnell Alonzo | 1:19-cv-03778 | McSweeney Langevin LLC | | |
| 35. | Loper, Tonya | 1:22-cv-06894 | Ben Martin Law Group, PLLC | | |
| 36. | Madden, Marilyn | 1:21-cv-06437 | Ben Martin Law Group, PLLC | | |
| 37. | Matronic, John (ESTATE OF) | 1:22-cv-01042 | Ferrer Poirot & Wansbrough | | |
| 38. | McKay, Stuart | 1:19-cv-04708 | McDonald Worley, PC | | |
| 39. | Micolucci, Sandra | 1:20-cv-01383 | McDonald Worley, PC | | |
| 40. | Miller, Michelle (PA) | 1:20-cv-01384 | McDonald Worley, PC | | |
| 41. | Mowery, Vikki & Ralph R Sr. | 1:19-cv-03884 | Goldman Scarlato & Penny, P.C. | | |
| 42. | Neely, Debra | 1:21-cv-06393 | McSweeney Langevin LLC | | |

DMS_US.374466140.2

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 43. | Pannell, Dorothy (ESTATE OF) | 1:19-cv-02158 | McSweeney Langevin LLC | | |
| 44. | Pinson, Timothy | 1:18-cv-00822 | Ben Martin Law Group, PLLC | | |
| 45. | Preslar, Steven & Golda Jean (ESTATE OF) | 1:17-cv-00743 | Goldenberg Law, PLLC | | |
| 46. | Rex, Douglas J. | 1:21-cv-06436 | Ben Martin Law Group, PLLC | | |
| 47. | Reyes, David Jr. | 1:21-cv-00092 | Blackridge Law Group | | |
| 48. | Ross, Kathleen | 1:18-cv-03797 | McDonald Worley, PC | | |
| 49. | Scruggs, David Lee | 1:22-cv-06711 | Ben Martin Law Group, PLLC | | |
| 50. | Serkes, Dean | 1:23-cv-01926 | Tautfest Bond, PLLC | | |
| 51. | Smith, Joshua | 1:22-cv-00273 | McDonald Worley, PC | | |
| 52. | Sorenson, Ilene & Scott | 1:18-cv-03562 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 53. | Souder, Henry F. & Martha Ann | 1:17-cv-01432 | Goldenberg Law, PLLC | | |
| 54. | Southern, George Jr. & Edith* | 1:18-cv-03575 | The Moody Law Firm, Inc. | | |
| 55. | Splitt, Corinne & Larry | 1:18-cv-03741 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | |
| 56. | Stablein, James T. Jr. (ESTATE OF) | 1:18-cv-03467 | Goldenberg Law, PLLC | | |
| 57. | Streck, Robert (ESTATE OF) | 1:20-cv-00081 | McSweeney Langevin LLC | | |
| 58. | Swaite, Robin | 1:18-cv-01905 | The Moody Law Firm, Inc. | | |
| 59. | Thompson, Margaret | 1:19-cv-00127 | Fenstersheib Law Group, P.A. | Ben Martin Law Group, PLLC | |
| 60. | Tritt, Darrell | 1:19-cv-04961 | McSweeney Langevin LLC | | |
| 61. | Umbaugh, Paul M. III | 1:18-cv-02178 | Ben Martin Law Group, PLLC | | |
| 62. | Undieme, Thomas | 1:20-cv-01392 | McDonald Worley, PC | | |
| 63. | Valentine, John | 1:20-cv-01853 | McDonald Worley, PC | | |

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

| 64. | Vinnik, Charles Alan | 1:16-cv-03273 | Ben Martin Law Group, PLLC | | |
|---|---|---|---|---|---|
| 65. | Wagner, Robert E. | 1:19-cv-03434 | McSweeney Langevin LLC | | |
| 66. | Walker, Patricia | 1:19-cv-04749 | McSweeney Langevin LLC | | |
| 67. | White, Duane D. | 1:21-cv-02667 | Ben Martin Law Group, PLLC | | |
| 68. | White, Jonathan | 1:21-cv-01032 | McDonald Worley, PC | | |
| 69. | Wicklund, Leroy | 1:19-cv-01565 | McDonald Worley, PC | | |
| 70. | Willis, Floyd & Denise* | 1:18-cv-03732 | The Moody Law Firm, Inc. | | |

DMS_US.374466140.2