IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER SETTING PRETRIAL CONFERENCE**

**This matter is set for a pretrial conference at 2 p.m. (Eastern Time) on December 1, 2025**, in Room 234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana. Parties shall appear by counsel. Parties shall appear by LEAD COUNSEL only. LEAD COUNSEL for Plaintiffs that are local and Defendants' LEAD SETTLEMENT COUNSEL shall appear in person. LEAD COUNSEL for Plaintiffs that are out-of-town shall appear by telephone. The information needed by LEAD COUNSEL of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address settlement.

Date: 11/20/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.