UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates Only to the Following Cases:

Victoria Looper, 1:16-cv-03510

### DEFENDANT'S RESPONSE TO PLAINTIFF LOOPER'S MOTION FOR LEAVE TO FILE A LONGER RESPONSE

In response to the pending CMO-28 motion in her case filed by the Cook Defendants on October 27, 2025 (Dkt. 27335), Plaintiff Victoria Looper has filed both a three-page opposition brief (Dkt. 24726) and a motion for leave to file a six-page opposition brief (Dkt. 24727), with that longer opposition brief incorporated into the motion for leave.

The Cook Defendants do not oppose Plaintiff's request to file a longer opposition brief, but asks that the Court also allow the Cook Defendants to file a reply brief of up to six pages by November 25, 2025, which is the applicable deadline for the reply pursuant to CMO-28.

Respectfully submitted,

Dated: November 20, 2025

/s/ *Jessica Benson Cox*
Jessica Benson Cox, Co-Lead Counsel
Andrea Roberts Pierson,
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett, Co-Lead Counsel
FAEGRE DRINKER BIDDLE & REATH LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, a copy of the foregoing document was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*