IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiff Victoria Looper Case No. 1:16-cv-03510 | |

# ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT PURSUANT TO CMO 28

Defendant's Motion for Judgment pursuant to Case Management Order 28 is DENIED.

So Ordered: _____

Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge Tim A. Baker

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Trent B. Miracle*

1