IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff Victoria Looper
Case No. 1:16-cv-03510

### ORDER PURSUANT TO PLAINTIFF VICTORIA LOOPER'S REQUEST FOR LEAVE TO FILE A LONGER RESPONSE PURSUANT TO CMO 28 AND RULE 56(d)(3)

Plaintiff's Request for Leave to File a Longer Response pursuant to Case Management Order 28 and Rule 56(d)(3) is hereby GRANTED

So Ordered: _____

Assigned to: Judge Richard L. Young
Referred to: Magistrate Judge Tim A. Baker

### CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Trent B. Miracle*

1