IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff Victoria Looper<br>Case No. 1:16-cv-03510 | |

### ORDER GRANTING PLAINTIFF VICTORIA LOOPER'S REQUEST FOR LEAVE TO FILE A LONGER RESPONSE PURSUANT TO CMO 28 AND RULE 56(d)(3)

This matter is before the Court on the Plaintiff's Request for Leave to File a Longer Response pursuant to Case Management Order 28 and Rule 56(d)(3). The Court, being duly advised and with good cause shown, hereby grants the motion. [Filing No. 27427.]

IT IS THEREFORE ORDERED that:

1. Plaintiff's Longer Response pursuant to Case Management Order 28 and Rule 56(d)(3) filed at Filing No. 27427 is hereby accepted and is deemed filed as of the date of the original filing, November 10, 2025.

2. The Cook Defendants shall file a reply brief of up to six pages by November 25, 2025, which is the applicable deadline for the reply pursuant to CMO-28.

Date: 11/21/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.