IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570

_____

This Document Relates to:
        1:19-cv-3884-RLY-TAB    Mowery

_____


**ORDER ON MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Plaintiff Ralph Mowery, personal representative for the estate of Vikki Mowery, moves

the Court to maintain under seal Filing Nos. 27050 and 27137 in this case.  [Filing No. 27430.]

Plaintiff's basis for moving to maintain these documents under seal is that they contain Plaintiff's

death certificate, which contains personal identifiers—specifically, Plaintiff's full date of birth

and social security number—which should be maintained under seal according to Federal Rule

of Civil Procedure 5.2.  Plaintiff provided a redacted version of the documents that is publicly

available.  [Filing No. 27430-1.]  Plaintiff sets forth good cause to maintain these exhibits under

seal.  Accordingly, Plaintiff's motion [Filing No. 27430] is granted.  The Clerk is directed to

maintain Filing Nos. 27050 and 27137 under seal.

Date: 11/24/2025

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution to all registered counsel of record via the Court's ECF system.