IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER SETTING SETTLEMENT CONFERENCE AND RELATED DEADLINES**

This matter is set for a settlement conference **at 2 p.m. (Eastern Time) on January 12, 2026, room #234**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. **The settlement conference will be to address settlement only of the cases in the inventory of the LAW OFFICES OF DONALD G. NORRIS in Los Angeles, CA.  Defendants' counsel and LEAD counsel for the LAW OFFICES OF DONALD G. NORRIS's Plaintiffs shall attend.  Counsel are to meet in room #244**, at **1:30 p.m. (Eastern Time) to resolve any questions on inventory status.**

With respect to corporate, governmental, and other organizational entities, an **authorized client representative with authority to negotiate and communicate a settlement must appear in-person at the settlement conference along with their counsel.**  Under no circumstances will counsel of record be deemed to be the proper client representative for settlement purposes.  Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must also have a fully authorized settlement representative present at the conference.  **All persons entering the United States Courthouse must have photo identification and shall ensure they arrive sufficiently in advance of the conference to account for security screening measures.**

Client representatives for all parties must have final settlement authority without consulting someone else who is not present. This means that parties should not need or expect to contact others, who are not present at the conference, to discuss or modify settlement authority. If such a person exists who would need to be consulted, that party must be present at the settlement conference. The Court recognizes that for some corporate and governmental entities, and a limited number of other organizational entities with multi-layered approval procedures, additional approvals may be required to formally approve a settlement. However, parties and their counsel in these limited situations must exercise all possible good faith efforts to ensure that the representative(s) present at the settlement conference provides the maximum feasible authority and the best possible opportunity to resolve the case. No other persons are permitted to attend the settlement conference without leave of Court.

**Three business days before the scheduled conference, the parties shall submit (not file) to the Magistrate Judge a confidential settlement statement** setting forth a <u>brief</u> statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; and (3) any pending or anticipated dispositive or other substantive motions. **The confidential settlement statement should not exceed five, double-spaced pages, and submission of exhibits should be kept to a minimum.**

**No later than fourteen days prior to the settlement conference, Plaintiff(s) shall serve an updated settlement proposal on Defendant(s), who shall serve an updated response no later than seven days before the settlement conference. The parties shall submit (not file) to the Magistrate Judge courtesy copies of their respective proposal and response at the time of service.** Counsel may submit confidential settlement statements and copies of their

settlement proposal/response to the undersigned via mail, fax (317-229-3664) or email (MJBaker@insd.uscourts.gov).

A request to vacate or continue the settlement conference or otherwise depart from this order shall be done by motion filed with the Court **two weeks** prior to the conference, except in exigent circumstances. Such motion will be granted only for good cause. Failure to comply with any of the provisions in this order may result in sanctions.

Date: 11/25/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.