UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Ellis Lee McQueary

Civil Case # 1:20-cv-06290-RLY-TAB

**FIRST AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 83-7(b), Ben C. Martin, Thomas Wm. Arbon, the law firm of Ben Martin Law Group, PLLC, Colette McEldowney, and the law firm of Rueb Stoller Daniel, move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. The Plaintiff Ellis Lee McQueary will no longer respond to counsel. In this regard, the undersigned counsel and his representatives have been unsuccessful in their attempts to locate and contact this claimant at his last known address, phone number, and email address. In addition, the undersigned counsel and his representatives have conducted searches of public records and national databases, and have confirmed delivery of mailings through USPS *Priority Mail*. All efforts to locate the claimant and summons a response have been unsuccessful.

3. Ellis Lee McQueary has been notified in writing of the importance of contacting us in order to confirm his willingness and ability to participate in the pretrial discovery process and

1

be present at trial should his case be selected out of the Bellwether Pool, but to date there has been no response to counsel.

4. Plaintiff's last known address and contact information is as follows:

Ellis Lee McQueary
410 Elm Avenue
Tillamook, OR 97141
(503) 801-5435
finningupriver@gmail.com

5. The undersigned counsel has sent a copy of this *First Amended Motion to Withdraw* to this Claimant's last known address, thereby informing him of this First Amended Motion to Withdraw. A copy of the Notice of First Amended Motion to Withdraw as Counsel is attached as Exhibit A.

WHEREFORE, the undersigned counsel move this Court for the entry of an Order permitting Ben C. Martin, Thomas Wm. Arbon, the law firm of Ben Martin Law Group, PLLC, Colette McEldowney, and the law firm of Rueb Stoller Daniel to withdraw as counsel of record in this matter.

Dated: November 25, 2025.

Respectfully submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
Ben C. Martin, TX Bar No. 13052400
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com
bmartin@bencmartin.com

          */s/ Colette McEldowney*
          Colette McEldowney
          **Rueb Stoller Daniel**
          9696 Culver Blvd., Suite 301
          Culver City, CA 90232
          Tel.: (866) 225-5773) ext. 108
          Fax: (855) 203-2035
          colette@lawrsd.com

          ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

          */s/ Thomas Wm. Arbon*
          Thomas Wm. Arbon