IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibit A

**NOTICE OF NON-COMPLIANCE CONCERNING
AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)**

PLEASE TAKE NOTICE that the Plaintiffs identified in **Exhibit A** have failed to submit Amount-in-Controversy Certification Forms, as required by the Court's Second Amended Case Management Order No. 32 ("Second Amended CMO-32") entered on July 29, 2025. *See* Dkt. 26952. These Plaintiffs (1) do ***not*** allege a Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) injury; and (2) have ***not*** already submitted an Amount-in-Controversy Certification Form. Accordingly, pursuant to Second Amended CMO-32, each of these Plaintiffs must submit Amount-in-Controversy Certification Forms.

The deadline for each of these Plaintiffs to submit Amount-in-Controversy Certification Forms has expired. The original Court-mandated deadline for these Plaintiffs expired on September 29, 2025. *Id.* at ¶ 1. The Plaintiffs identified in **Exhibit A** were not included in earlier Notices, however, because the law firms representing them sought and obtained extensions either from Cook or the Court to submit Amount-in-Controversy Certification Forms. Any such extensions have since run.

Because the Plaintiffs listed in **Exhibit A** have failed to certify that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, as is required for the Court to exercise subject-matter jurisdiction, *see* 28 U.S.C. § 1332(a), the cases are subject to immediate dismissal without prejudice pursuant to Rule 41 for failure to prosecute, *see* Second Amended CMO-32, Dkt. 26952 at ¶ 3.

Dated: November 25, 2025

Respectfully submitted,

/s/ Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:     (317) 237-0300
Facsimile:      (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone:     (260) 424-8000
Facsimile:      (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## **CERTIFICATE OF SERVICE**

I certify that on November 25, 2025, a copy of the foregoing was filed electronically.

Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox
