**EXHIBIT A**
CMO-32 Notice of Noncompliance

|  | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|---|---|---|---|
| 1. | Jennings, Barbara | 1:16-cv-00238 | THE NATIONS LAW FIRM |
| 2. | Sibley, Harry E. & Rachel | 1:16-cv-00539 | LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC |
| 3. | Montgomery, Paul L. & Linda Sue | 1:16-cv-02687 | HEYGOOD, ORR & PEARSON |
| 4. | Higginbotham, Tammie | 1:17-cv-00590 | FLINT COOPER, LLC |
| 5. | Bennett, Andrew James | 1:17-cv-01188 | THE NATIONS LAW FIRM |
| 6. | Taylor, Heather | 1:17-cv-01418 | GOMEZ TRIAL ATTORNEYS |
| 7. | Stevenson, Victoria Maddox | 1:17-cv-02232 | CORY WATSON, P.C. |
| 8. | Parker, Betty L. [ESTATE] | 1:17-cv-02715 | PIERCE SKRABANEK BRUERA, PLLC |
| 9. | Aratoonian, Hamik | 1:17-cv-03479 | RAY HODGE & ASSOCIATES, L.L.C. |
| 10. | Moore, Timothy S. | 1:17-cv-03957 | BLIZZARD & NABERS, L.L.P |
| 11. | Clark, Violet [ESTATE OF] | 1:18-cv-00645 | LOPEZ MCHUGH LLP |
| 12. | Schuller, Elizabeth R. | 1:19-cv-00551 | THE SEIDEMAN LAW FIRM, PC |
| 13. | Cosby, Otis | 1:19-cv-00555 | THE SEIDEMAN LAW FIRM, PC |
| 14. | Morales, Maria aka Maria Morales Hernandez | 1:19-cv-01685 | RAY HODGE & ASSOCIATES, L.L.C. |
| 15. | Schmidt, Ivana | 1:19-cv-03268 | THE SEIDEMAN LAW FIRM, PC |
| 16. | Wilkison, William | 1:19-cv-04427 | RAY HODGE & ASSOCIATES, L.L.C. |
| 17. | Salazar, Cathie Ann | 1:20-cv-00544 | THE SEIDEMAN LAW FIRM, PC |
| 18. | Hammers, Jim | 1:20-cv-02161 | RAY HODGE & ASSOCIATES, L.L.C. |

**EXHIBIT A**
CMO-32 Notice of Noncompliance

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
| --- | --- | --- | --- |
| 19. | Session, Lorraine | 1:21-cv-02031 | FERRER POIROT & WANSBROUGH |
| 20. | Schachte, Helen | 1:21-cv-02435 | FERRER POIROT & WANSBROUGH |