IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibit A

### [PROPOSED] ORDER ON NOTICE OF NON-COMPLIANCE REGARDING AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)

On November 25, 2025, Cook filed a Notice of Non-Compliance listing Plaintiffs who have not submitted Amount-in-Controversy Certification Forms, as required by the Court's Second Amended Case Management Order No. 32 ("Second Amended CMO-32") entered on July 29, 2025. *See* Dkt. 26952. These Plaintiffs (1) do ***not*** allege a Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) injury; and (2) have ***not*** already submitted an Amount-in-Controversy Certification Form. Accordingly, pursuant to Second Amended CMO-32, each of these Plaintiffs must submit Amount-in-Controversy Certification Forms, certifying that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, a requirement for this Court to exercise subject-matter jurisdiction over their actions. *See* 28 U.S.C. § 1332(a).

The deadline for each of these Plaintiffs to submit Amount-in-Controversy Certification Forms has expired. The original Court-mandated deadline for these Plaintiffs expired on September 29, 2025. *See* Second Amended CMO-32, Dkt. 26952 at ¶ 1. The Plaintiffs identified in **Exhibit A** were not included in earlier Notices, however, because the law firms representing

them sought and obtained extensions either from Cook or the Court to submit Amount-in-Controversy Certification Forms. These extensions have expired. These cases are therefore subject to immediate dismissal without prejudice for failure to prosecute. *See* Second Amended CMO-32, Dkt. 26952 at ¶ 3.

Based on the foregoing, **IT IS HEREBY ORDERED THAT** the cases identified in **Exhibit A** are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.

**SO ORDERED** this _____ day of _____ 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

**EXHIBIT A**
CMO-32 Notice of Noncompliance

|  | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|---|---|---|---|
| 1. | Jennings, Barbara | 1:16-cv-00238 | THE NATIONS LAW FIRM |
| 2. | Sibley, Harry E. & Rachel | 1:16-cv-00539 | LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC |
| 3. | Montgomery, Paul L. & Linda Sue | 1:16-cv-02687 | HEYGOOD, ORR & PEARSON |
| 4. | Higginbotham, Tammie | 1:17-cv-00590 | FLINT COOPER, LLC |
| 5. | Bennett, Andrew James | 1:17-cv-01188 | THE NATIONS LAW FIRM |
| 6. | Taylor, Heather | 1:17-cv-01418 | GOMEZ TRIAL ATTORNEYS |
| 7. | Stevenson, Victoria Maddox | 1:17-cv-02232 | CORY WATSON, P.C. |
| 8. | Parker, Betty L. [ESTATE] | 1:17-cv-02715 | PIERCE SKRABANEK BRUERA, PLLC |
| 9. | Aratoonian, Hamik | 1:17-cv-03479 | RAY HODGE & ASSOCIATES, L.L.C. |
| 10. | Moore, Timothy S. | 1:17-cv-03957 | BLIZZARD & NABERS, L.L.P |
| 11. | Clark, Violet [ESTATE OF] | 1:18-cv-00645 | LOPEZ MCHUGH LLP |
| 12. | Schuller, Elizabeth R. | 1:19-cv-00551 | THE SEIDEMAN LAW FIRM, PC |
| 13. | Cosby, Otis | 1:19-cv-00555 | THE SEIDEMAN LAW FIRM, PC |
| 14. | Morales, Maria aka Maria Morales Hernandez | 1:19-cv-01685 | RAY HODGE & ASSOCIATES, L.L.C. |
| 15. | Schmidt, Ivana | 1:19-cv-03268 | THE SEIDEMAN LAW FIRM, PC |
| 16. | Wilkison, William | 1:19-cv-04427 | RAY HODGE & ASSOCIATES, L.L.C. |
| 17. | Salazar, Cathie Ann | 1:20-cv-00544 | THE SEIDEMAN LAW FIRM, PC |
| 18. | Hammers, Jim | 1:20-cv-02161 | RAY HODGE & ASSOCIATES, L.L.C. |

**EXHIBIT A**
CMO-32 Notice of Noncompliance

|     | **PLAINTIFF**     | **CAUSE NO.**   | **LEAD COUNSEL**            |
|-----|-------------------|-----------------|-----------------------------|
| 19. | Session, Lorraine | 1:21-cv-02031   | FERRER POIROT & WANSBROUGH  |
| 20. | Schachte, Helen   | 1:21-cv-02435   | FERRER POIROT & WANSBROUGH  |