IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____

This Document Relates to:

DIANE S. FULTON          Case No. 1:19-cv-01137-RLY-TAB

_____

**ORDER ON DECEMBER 2, 2025, TELEPHONIC STATUS CONFERENCE**

Plaintiff Diane S. Fulton appeared in person and by counsel, Brian A. Goldstein, on December 2, 2025, for a telephonic status conference. Discussion held regarding case status.

Plaintiff's counsel withdrew the motion to withdraw. [Filing No. 27184.]

Date: 12/2/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Brian C. Goldstein is required to serve Plaintiff Diane S. Fulton.