UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## NOTICE OF APPEARANCE

To:     The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Cook Medical LLC (which is alleged in some cases to be also known as "Cook Medical, Inc.");
Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical"); and
William Cook Europe ApS

Dated: December 4, 2025

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Erica K. Drew*
Erica K. Drew #30589-29
Andrea Roberts Pierson (#18435-49)
Kip S. M. McDonald (#29370-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone (317) 237-0300
Facsimile (317) 237-1000
erica.drew@faegredrinker.com
andrea.pierson@faegredrinker.com
kip.mcdonald@faegredrinker.com

*Attorneys for Defendants*

*Cook Medical, LLC, f/k/a Cook Medical Inc., Cook Incorporated, Cook Group Incorporated, and William Cook Europe Aps*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Erica K. Drew*