IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Shayla Corbett
Case No. 1:23-cv-6957

## PLAINTIFF SHAYLA CORBETT'S MOTION FOR LEAVE TO FILE SURREPLY TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO CMO-28

COMES NOW Plaintiff Shayla Corbett, by and through counsel, and moves for leave to file her Surreply to the Cook Defendants' Motion for Judgment Pursuant to CMO-28 attached as Exhibit A to provide additional supporting law not previously cited.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

/s/ Trent B. Miracle
Trent B. Miracle
Alex Parker
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com
aparker@flintcooper.com
***Attorneys for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Trent B. Miracle*
