IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Shayla Corbett
Case No. 1:23-cv-6957

**PLAINTIFF SHAYLA CORBETT'S SURREPLY TO THE COOK DEFENDANTS'
MOTION FOR JUDGMENT PURSUANT TO CMO-28**

COMES NOW Plaintiff Shayla Corbett, by and through counsel, and for her Surreply to the Cook Defendants' Motion for Judgment Pursuant to CMO-28, states as follows:

I.  ARGUMENT

A.  **Under Colorado law, 1) a seller's warranty whether express or implied extends to any person who may reasonably be expected to use, consume, or be affected by the goods and who is injured by breach of the warranty; and 2) the cause of action for breach of implied warranty accrues on the date the breach is discovered.**

Co. St. § 4-2-318 provides:

A seller's warranty whether express or implied extends to any person who may reasonably be expected to use, consume, or be affected by the goods and who is injured by breach of the warranty.

Co. St. § 4-2-318.

The Supreme Court of Colorado explained that "[u]nder section 4–2–318, 2 C.R.S. (1973), '[a] seller's warranty whether express or implied extends to any person who may reasonably be expected to use, consume, or be affected by the goods and who is injured by breach of the warranty.'" *Persichini v. Brad Ragan, Inc.*, 735 P.2d 168, 176, n. 10 (Colo. 1987). "The effect of section 4–2–318, therefore, is to "enlarge the potential liability of a seller by extending the warranty to other persons in the distributive chain" without derogating "any right

1

or remedy resting on negligence." *See id.* Here, it is critical to remember that "a claim for breach of an implied warranty is a contract claim and must therefore be analyzed according to contractual principles" (*Forest City Stapleton Inc. v. Rogers*, 393 P.3d 487, 490 (Colo. 2017)) and a breach of contract "does not accrue until the breach is, or reasonably should have been, discovered." *BP America Production Co. v. Patterson*, 185 P.3d 811, 814 (Colo. 2008). The Colorado statute further provides that a cause of action for breach of implied warranty accrues on the date the breach is discovered:

> (6) A cause of action for breach of any express or implied contract, agreement, warranty, or trust shall be considered to accrue on the date the breach is discovered or should have been discovered by the exercise of reasonable diligence.

Co. St. § 13-80-108(6).

In the present action, Ms. Corbett was not "affected by the goods" and "injured by breach of warranty"—and therefore "discover" the breach—until she underwent the complicated IVC filter retrieval and was informed of the fractured filter on September 4, 2020. *See* [Doc. 17, Exhibit A]. The Cook Defendants' argument that the 2008 "tender of delivery" date could somehow trigger the running of the three-year statute of limitations for the breach of implied warranty claim is contrary to Colorado law because Ms. Corbett was not "affected by the goods" or "injured by breach of warranty"—and could not have discovered the breach—in 2008. Considering that the case was filed on December 21, 2022, well within the three-year statute of limitations in Colorado for a breach of implied warranty claim, this case is not time barred.

## II. CONCLUSION

For the foregoing reasons, Ms. Corbett's breach of implied warranty claim is not barred by the three-year Colorado statute of limitations.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*
Trent B. Miracle
Alex Parker
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com
aparker@flintcooper.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Trent B. Miracle*