IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff Shayla Corbett
Case No. 1:23-cv-6957

### ORDER ON PLAINTIFF SHAYLA CORBETT'S MOTION FOR LEAVE TO FILE SURREPLY TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO CMO-28

Plaintiff Shayla Corbett's Motion for Leave to File Surreply to the Cook Defendants' Motion for Judgment Pursuant to CMO-28 IS HEREBY GRANTED.

_____
Honorable Magistrate Judge Tim A. Baker