IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to Plaintiff Shayla Corbett<br>Case No. 1:23-cv-6957 | |

> Motion denied. Sur-replies are not permitted simply "to provide additional supporting law not previously cited." Why was this law not previously cited? The motion does not say, so the motion is denied.
>
> Tim A. Baker, U.S. Magistrate Judge
> Dated: 12/11/2025

**PLAINTIFF SHAYLA CORBETT'S MOTION FOR LEAVE TO FILE SURREPLY TO THE COOK DEFENDANTS' MOTION FOR JUDGMENT PURSUANT TO CMO-28**

COMES NOW Plaintiff Shayla Corbett, by and through counsel, and moves for leave to file her Surreply to the Cook Defendants' Motion for Judgment Pursuant to CMO-28 attached as Exhibit A to provide additional supporting law not previously cited.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*
Trent B. Miracle
Alex Parker
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com
aparker@flintcooper.com
***Attorneys for Plaintiff***

1