UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Sixth Motion to Authorize Payment to Escrow Agent

Pursuant to Section IV(A) of the Court's *Order Amending "Rules, Policies, Guidelines Relating to Establishing Common Benefit Fee and Expense Fund* [Filing No. 14361, at ECF p. 100963], the Plaintiffs' Steering Committee respectfully moves the Court for an Order authorizing payment from the Common Benefit Fund to BGBC Partners, LLP. In support, the PSC states the following:

1.      The Common Benefit Order states upon approval of the Court, "the CPA's bills shall be paid from the Cook IVC Filters Expense Fund and shall be considered a shared cost." [Filing No. 14361, and ECF p. 100963.]

2.      BGBC has submitted an invoice for payment (attached to this motion as Exhibit A), which the PSC respectfully suggests should be paid:

**Wherefore,** Plaintiffs' Steering Committee respectfully requests the Court to
enter an Order allowing $3,319.00 to be paid from the Cook IVC Filters Expense Fund
to BGBC Partners, LLP, for administrating the Fund.

Respectfully Submitted,

WILLIAMS LAW GROUP, LLC

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
1101 North Delaware Street
Suite 200
Indianapolis, IN 46202
Telephone:  (317) 633-5270
Facsimile:  (317) 426-3348
Email:      joe@williamsgroup.law

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on December 12, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams