

135 N. Pennsylvania Street<br>
Suite 2600<br>
Indianapolis, IN 46204

| | |
|---|---|
| Cook MDL 2570 PSC Funds | Date: 12/9/2025 |
| Ben Martin | Invoice #: SL277085 |
| Via email: stait@bencmartin.com | Client ID: 90277 |

Please make checks payable to BGBC Advisory, LLC

For professional services rendered from February 16, 2025
through December 15, 2025, including:

- Accounting and consulting services.

Total Due:   $3,319.00

EXHIBIT A