**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB MDL No 2570 |
| HUEY VICE<br><br>    Plaintiffs,<br><br>v.<br><br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>    Defendants. | Civil Case # 1:16-cv-01742 |

**SUGGESTION OF DEATH**

Plaintiff, by counsel, hereby gives notice of the death of Plaintiff Huey Vice. Plaintiff

attaches hereto and fully incorporates herein a copy of the Certificate of Death as Exhibit A.

This Suggestion of Death is filed pursuant to Rule 25(a)(2) of the Federal Rules of Civil

Procedure.

DATED:_____12/12/2025_____                Respectfully Submitted,

                                          By: /s/ Stuart L. Goldenberg
                                          Stuart L. Goldenberg
                                          GOLDENBERG LAURICELLA, PLLC
                                          800 LaSalle Avenue, Suite 2150
                                          Minneapolis, MN 55402
                                          Phone: 612-333-4662
                                          slgoldenberg@goldenberglaw.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:_____12/12/2025_____                    By: /s/ Stuart L. Goldenberg
                                               Stuart L. Goldenberg
                                               GOLDENBERG LAURICELLA, PLLC
                                               800 LaSalle Avenue, Suite 2150
                                               Minneapolis, MN 55402
                                               Phone: 612-333-4662
                                               slgoldenberg@goldenberglaw.com

                                               *Counsel for Plaintiff*