# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:** 10256471
**STATE FILE NUMBER:** 2025-003-00066

#### DECEDENT
- **DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX):** VICE, HUEY PAUL
- **DATE OF BIRTH:** [redacted]
- **DATE OF DEATH:** 01/18/2025
- **TIME OF DEATH:** 03:21 PM
- **PLACE OF BIRTH (CITY, STATE, COUNTRY):** HOUMA, LA UNITED STATES
- **SEX:** MALE
- **SOCIAL SECURITY NUMBER:** [redacted]
- **AGE:** 85 YEARS
- **DECEDENT'S ALIAS NAME(S):**
- **RESIDENCE OF DECEDENT (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY):** [redacted]
- **WITHIN CITY LIMITS?:** NO
- **PARISH/COUNTY:** TERREBONNE

#### PERSONAL
- **EVER IN U.S. ARMED FORCES?:** YES
- **OCCUPATION:** SELF EMPLOYED
- **INDUSTRY OF OCCUPATION:** CONSTRUCTION
- **MARITAL STATUS:** MARRIED
- **NAME OF SURVIVING SPOUSE:** THIBODEAUX, JUDITH
- **FATHER/PARENT NAME:** VICE, IVY EMILE
- **FATHER/PARENT PLACE OF BIRTH:** HOUMA, LA UNITED STATES
- **MOTHER/PARENT NAME:** ZERINGUE, LORENA MARIE
- **MOTHER/PARENT PLACE OF BIRTH:** HOUMA, LA UNITED STATES
- **INFORMANT'S NAME:** VICE, ALLISON
- **RELATIONSHIP TO DECEDENT:** DAUGHTER
- **INFORMANT'S ADDRESS:** [redacted]
- **EDUCATION:** SOME COLLEGE CREDIT, BUT NO DEGREE
- **OF HISPANIC ORIGIN?:** NO, NOT SPANISH/HISPANIC/LATINO
- **RACE:** WHITE

#### DEATH INFO
- **PLACE OF DEATH:** NURSING HOME/LONG TERM CARE FACILITY
- **FACILITY NAME:** HOMESTEAD ASSISTED LIVING
- **FACILITY ADDRESS:** 1132 COTTAGE DR., HOUMA, LA 70360 UNITED STATES
- **PARISH/COUNTY:** TERREBONNE

#### DISPOSITION
- **METHOD OF DISPOSITION:** BURIAL
- **PLACE OF DISPOSITION:** TERREBONNE MEMORIAL PARK
- **PLACE OF DISPOSITION (CITY, STATE, COUNTRY):** HOUMA, LA UNITED STATES
- **DATE OF DISPOSITION:** 02/04/2025

#### FUNERAL FACILITY
- **FUNERAL FACILITY NAME:** CHAUVIN FUNERAL HOME, INC.
- **ADDRESS OF FUNERAL FACILITY:** 5899 HIGHWAY 311, HOUMA, LA 70360 UNITED STATES
- **NAME OF FUNERAL DIRECTOR:** AUTIN, KRISTEN SELBY
- **LICENSE NUMBER:** E2925
- **CORONER NOTIFIED?:** Y
- **SIGNATURE OF FUNERAL DIRECTOR:** *e-sign*
- **DATE:** 2/7/2025

#### MEDICAL INFO
- **MANNER OF DEATH:** NATURAL
- **IF FEMALE?:** NOT APPLICABLE
- **DID TOBACCO USAGE CONTRIBUTE TO DEATH?:** UNKNOWN

#### CAUSE OF DEATH
PART I.
- a. CONGESTIVE HEART FAILURE — 5 YEARS
- b. CORONARY ARTERY DISEASE — 10 YEARS
- c.
- d.

PART II. Other significant conditions: OSTEOMYELITIS DIABETES HYPERTENSION CHRONIC KIDNEY DISEASE

- **WAS AN AUTOPSY PERFORMED?:** NO
- **FINDINGS USED IN DETERMINING CAUSE?:** NOT APPLICABLE

#### INJURY INFORMATION
(blank)

#### CERTIFIER
- I CERTIFY THAT I ATTENDED THE DECEDENT FROM 6/18/2024 TO 1/18/2025 AND THAT DEATH OCCURRED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.
- **SIGNATURE OF CERTIFIER:** *e-sign*
- **DATE:** 1/27/2025
- **CERTIFIER NAME:** WATKINS, JAMES MATTHEW
- **CERTIFIER TITLE:** CERTIFYING PHYSICIAN
- **CERTIFIER ADDRESS:** 602 BARROW ST., HOUMA, LA 70360 UNITED STATES
- **BURIAL TRANSIT PERMIT:** 616629
- **PARISH OF ISSUE:** ORLEANS
- **DATE OF ISSUE:** 01/20/2025
- **DATE FILED WITH REGISTRAR:** 2/7/2025

#### REGISTRAR
- **SIGNATURE OF REGISTRAR:** NADINE MIMS SMITH *e-sign*
- **ISSUED BY:** Sanchez, Angelica M
- **Issued On:** 2/18/2025 2:56:39 PM


10256471
A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

*Nadine Mims Smith*
**NADINE MIMS SMITH**
**STATE REGISTRAR**



AmeriTech, Incorporated — ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE