**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-02570-RLY-TAB<br>Honorable Richard L. Young |
| ALLISON VICE next of kin of<br>HUEY VICE, | |
|     Plaintiffs, | |
| v. | Civil Action No. 1:16-cv-01742 |
| COOK INC., COOK MEDICAL, LLC, and<br>WILLIAM COOK EUROPE APS | |
|     Defendants. | |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT

Pursuant to Rule 25(a) and 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for an Order substituting Allison Vice as the Plaintiff in place of Huey Vice, who is now deceased.  This Motion is supported by the following Suggestion of Death.

DATED:_____12/12/2025_____                    Respectfully Submitted,

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFIY that on this 12 Day of December, 2025, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all

parties/counsel registered to receive copies in this case.

By: <u>*/s/ Stuart L. Goldenberg*</u>
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*