# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>HUEY VICE<br>     Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>     Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:16-cv-01742 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Huey Vice and Motion to Substitute Plaintiff (Doc. 27506). Plaintiff has requested that Allison Vice be substituted as Plaintiff of record on behalf of her deceased father, Huey Vice.

**IT IS ORDERED** that Plaintiff's motion (Doc. 27506) is **GRANTED.** The Clerk of Court is directed to substitute Allison Vice as Plaintiff of record in Case No. 1:16-cv-01742.

Dated this _____ day of _____ 2025.

**BY THE COURT**

_____
United States District Court Judge