UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Granting Plaintiffs' Steering Committee's Sixth Motion to Authorize Payment to Escrow Agent

This matter comes before the Court on Plaintiffs' Steering Committee's Sixth Motion to Authorize Payment to Escrow Agent. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered, Adjudged, and Decreed** that $3,319.00 is to be paid from the Cook IVC Filters Common Benefit Fund to BGBC Partners, LLP, for administrating the Fund.

Date: 12/15/2025

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.