UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to
All Cases Listed in Exhibit A

**ORDER REGARDING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

This matter comes before the Court on Plaintiffs' Motion for Leave to Withdraw and Substitute Counsel. The Court, having considered the Motion, finds it well-taken and hereby **GRANTS** the relief requested.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Carrie R. Capouellez is **WITHDRAWN** as counsel of record for Plaintiffs in all cases listed in Exhibit A; and

2. Michael S. Katz of Lopez McHugh, LLP is hereby **SUBSTITUTED** as counsel of record in those actions.

**SO ORDERED** this ____ day of _____ 202__.

_____
HON. RICHARD L. YOUNG
UNITED STATES DISTRICT JUDGE
Southern District of Indiana

Distributed Electronically to Registered counsel of Record.