# EXHIBIT A

| | |
|---|---|
| 1:14-cv-00139-RLY-TAB | TASKER v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-01209-RLY-TAB | CARTER v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-01579-RLY-TAB | HIBBLE v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-01971-RLY-TAB | WILLINSKY v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-02130-RLY-TAB | ARSANTO et al v. COOK MEDICAL INCORPORATED et al |
| 1:14-cv-06000-RLY-TAB | BRADY et al v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-00246-RLY-TAB | BEDDELL v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-00248-RLY-TAB | ENRIGHT v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-00250-RLY-TAB | FIGART et al v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-00256-RLY-TAB | GRIFFEY et al v. COOK GROUP, INC. et al |
| 1:15-cv-00258-RLY-TAB | MINGO et al v. COOK GROUP, INC. et al |
| 1:15-cv-00414-RLY-TAB | SCHIERER et al v. COOK GROUP, INC. et al |
| 1:15-cv-00525-RLY-TAB | VIXAY v. COOK INCORPORATED et al |
| 1:15-cv-00595-RLY-TAB | HALATEK et al v. COOK INCORPORATED et al |
| 1:15-cv-01388-RLY-TAB | GURMU v. COOK INCORPORATED et al |
| 1:15-cv-01543-RLY-TAB | OSGOOD v. COOK INCORPORATED et al |
| 1:15-cv-01635-RLY-TAB | DIXON et al v. COOK MEDICAL INC. et al |
| 1:15-cv-01793-RLY-TAB | SPAVOLD v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-01794-RLY-TAB | REYNOLDS v. COOK MEDICAL INCORPORATED et al |
| 1:15-cv-01905-RLY-TAB | WHITE v. COOK MEDICAL INC. |
| 1:15-cv-06025-RLY-TAB | TRAMBLE et al v. COOK MEDICAL LLC et al |
| 1:16-cv-00159-RLY-TAB | KELLEY v. COOK MEDICAL INCORPORATED et al |
| 1:16-cv-00268-RLY-TAB | SKINNER et al v. COOK INCORPORATED et al |
| 1:16-cv-00286-RLY-TAB | PALMER v. COOK INCORPORATED et al |
| 1:16-cv-00460-RLY-TAB | EXTERKAMP v. COOK INCORPORATED et al |
| 1:16-cv-00484-RLY-TAB | MERKEL et al v. COOK INCORPORATED et al |
| 1:16-cv-00488-RLY-TAB | LAUTERBACH et al v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:16-cv-00498-RLY-TAB | EASON et al v. COOK INCORPORATED et al |
| 1:16-cv-00703-RLY-TAB | JONES v. COOK INCORPORATED et al |
| 1:16-cv-00848-RLY-TAB | CONVERY et al v. COOK INCORPORATED et al |
| 1:16-cv-00959-RLY-TAB | DEJESUS et al v. COOK INCORPORATED et al |
| 1:16-cv-01114-RLY-TAB | DINKINS v. COOK INCORPORATED et al |

## EXHIBIT A

| | |
|---|---|
| 1:16-cv-01119-RLY-TAB | SATBERRY et al v. COOK INCORPORATED et al |
| 1:16-cv-01308-RLY-TAB | BOLING v. COOK INCORPORATED et al |
| 1:16-cv-01379-RLY-TAB | MCCOMB et al v. COOK INCORPORATED et al |
| 1:16-cv-01394-RLY-TAB | WILLIAMS et al v. COOK INCORPORATED et al |
| 1:16-cv-01669-RLY-TAB | RIGGS et al v. COOK INCORPORATED et al |
| 1:16-cv-01782-RLY-TAB | AVILEZ v. COOK INCORPORATED et al |
| 1:16-cv-01783-RLY-TAB | ERICKSON v. COOK INCORPORATED et al |
| 1:16-cv-01929-RLY-TAB | GEARHEART et al v. COOK INCORPORATED et al |
| 1:16-cv-01953-RLY-TAB | CLIFT et al v. COOK INCORPORATED et al |
| 1:16-cv-02219-RLY-TAB | LENA v. COOK INCORPORATED et al |
| 1:16-cv-02282-RLY-TAB | SMITH v. COOK INCORPORATED et al |
| 1:16-cv-02941-RLY-TAB | WITKUS et al v. COOK INCORPORATED et al |
| 1:16-cv-02978-RLY-TAB | BAKER v. COOK INCORPORATED et al |
| 1:16-cv-02979-RLY-TAB | MCBRIDE v. COOK INCORPORATED et al |
| 1:16-cv-03016-RLY-TAB | TEAMER v. COOK INCORPORATED et al |
| 1:16-cv-03033-RLY-TAB | MCCOMAS et al v. COOK INCORPORATED et al |
| 1:16-cv-03129-RLY-TAB | CARMAN v. COOK INCORPORATED et al |
| 1:16-cv-03262-RLY-TAB | CLAY et al v. COOK INCORPORATED et al |
| 1:16-cv-03388-RLY-TAB | FORD v. COOK INCORPORATED et al |
| 1:16-cv-06041-RLY-TAB | JOAN WISEMAN v. COOK MEDICAL INCORPORATED et al |
| 1:17-cv-00213-RLY-TAB | BEASLEY et al v. COOK INCORPORATED et al |
| 1:17-cv-00638-RLY-TAB | MEREDITH et al v. COOK INCORPORATED et al |
| 1:17-cv-00761-RLY-TAB | BROWN et al v. COOK INCORPORATED et al |
| 1:17-cv-00991-RLY-TAB | LUU v. COOK INCORPORATED et al |
| 1:17-cv-01010-RLY-TAB | MORRIS et al v. COOK INCORPORATED et al |
| 1:17-cv-01143-RLY-TAB | GRAHAM et al v. COOK INCORPORATED et al |
| 1:17-cv-01185-RLY-TAB | FRANCIS v. COOK INCORPORATED et al |
| 1:17-cv-01210-RLY-TAB | SOSA v. COOK INCORPORATED et al |
| 1:17-cv-01269-RLY-TAB | PEARLMAN v. COOK INCORPORATED et al |
| 1:17-cv-01270-RLY-TAB | BOWIE v. COOK INCORPORATED et al |
| 1:17-cv-01476-RLY-TAB | WHITE v. COOK INCORPORATED et al |

## EXHIBIT A

| | |
|---|---|
| 1:17-cv-01478-RLY-TAB | DOUGLASS et al v. COOK INCORPORATED et al |
| 1:17-cv-01499-RLY-TAB | PENNEWILL v. COOK INCORPORATED et al |
| 1:17-cv-01501-RLY-TAB | TAYLOR et al v. COOK INCORPORATED et al |
| 1:17-cv-01504-RLY-TAB | FALLIS et al v. COOK INCORPORATED et al |
| 1:17-cv-01506-RLY-TAB | GLOVER v. COOK INCORPORATED et al |
| 1:17-cv-01669-RLY-TAB | BURTON v. COOK INCORPORATED et al |
| 1:17-cv-01902-RLY-TAB | SHANKIE v. COOK INCORPORATED et al |
| 1:17-cv-02068-RLY-TAB | SMITH et al v. COOK INCORPORATED et al |
| 1:17-cv-02196-RLY-TAB | ARMSTRONG et al v. COOK INCORPORATED et al |
| 1:17-cv-02240-RLY-TAB | WAGNER v. COOK INCORPORATED et al |
| 1:17-cv-02289-RLY-TAB | TORRES v. COOK INCORPORATED et al |
| 1:17-cv-02403-RLY-TAB | LITTLE v. COOK INCORPORATED et al |
| 1:17-cv-02404-RLY-TAB | BENTON, JR. et al v. COOK INCORPORATED et al |
| 1:17-cv-02481-RLY-TAB | KNOSS v. COOK INCORPORATED et al |
| 1:17-cv-03030-RLY-TAB | LOPEZ et al v. COOK INCORPORATED et al |
| 1:17-cv-03067-RLY-TAB | SANCHEZ v. COOK INCORPORATED et al |
| 1:17-cv-03086-RLY-TAB | GARCIA et al v. COOK INCORPORATED et al |
| 1:17-cv-03191-RLY-TAB | DYKES JR. v. COOK INCORPORATED et al |
| 1:17-cv-03207-RLY-TAB | FROELICH et al v. COOK INCORPORATED et al |
| 1:17-cv-03332-RLY-TAB | BROWN v. COOK INCORPORATED et al |
| 1:17-cv-03353-RLY-TAB | HOYE v. COOK INCORPORATED et al |
| 1:17-cv-03694-RLY-TAB | GIBSON v. COOK INCORPORATED et al |
| 1:17-cv-04086-RLY-TAB | ACOSTA v. COOK INCORPORATED et al |
| 1:17-cv-04087-RLY-TAB | HUTCHINSON v. COOK INCORPORATED et al |
| 1:17-cv-04624-RLY-TAB | CLARK v. COOK INCORPORATED et al |
| 1:17-cv-04645-RLY-TAB | DOBBINS et al v. COOK INCORPORATED et al |
| 1:17-cv-04649-RLY-TAB | KOCH et al v. COOK INCORPORATED et al |
| 1:17-cv-04686-RLY-TAB | BOSHARDY et al v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:17-cv-04754-RLY-TAB | MYERS v. COOK INCORPORATED et al |
| 1:18-cv-00042-RLY-TAB | MYCEK v. COOK INCORPORATED et al |
| 1:18-cv-00326-RLY-TAB | HATTEN v. COOK INCORPORATED et al |

## EXHIBIT A

| | |
|---|---|
| 1:18-cv-00598-RLY-TAB | GREENE v. COOK INCORPORATED et al |
| 1:18-cv-00645-RLY-TAB | HILTON-CLARKE v. COOK INCORPORATED et al |
| 1:18-cv-01073-RLY-TAB | YANDELL et al v. COOK INCORPORATED et al |
| 1:18-cv-01170-RLY-TAB | WHITEHEAD v. COOK INCORPORATED et al |
| 1:18-cv-01245-RLY-TAB | POWELL et al v. COOK INCORPORATED et al |
| 1:18-cv-01511-RLY-TAB | VEZINA v. COOK INCORPORATED et al |
| 1:18-cv-01759-RLY-TAB | WILBORN v. COOK INCORPORATED et al |
| 1:18-cv-02068-RLY-TAB | HUGHES et al v. COOK INCORPORATED et al |
| 1:18-cv-02069-RLY-TAB | WILSON v. COOK INCORPORATED et al |
| 1:18-cv-02145-RLY-TAB | BASON v. COOK INCORPORATED et al |
| 1:18-cv-02325-RLY-TAB | ULLOM v. COOK INCORPORATED et al |
| 1:18-cv-02339-RLY-TAB | HUNTER v. COOK INCORPORATED et al |
| 1:18-cv-02851-RLY-TAB | FOSTER v. COOK INCORPORATED et al |
| 1:18-cv-03013-RLY-TAB | SJOMELING et al v. COOK INCORPORATED et al |
| 1:18-cv-03027-RLY-TAB | ULMER v. COOK INCORPORATED et al |
| 1:18-cv-03348-RLY-TAB | COULSTON et al v. COOK INCORPORATED et al |
| 1:18-cv-03480-RLY-TAB | CAIN v. COOK INCORPORATED et al |
| 1:18-cv-03799-RLY-TAB | BELFIELD v. COOK INCORPORATED et al |
| 1:18-cv-04086-RLY-TAB | SEIDLER-BRENNAN et al v. COOK INCORPORATED et al |
| 1:18-cv-04088-RLY-TAB | MARTINEZ v. COOK INCORPORATED et al |
| 1:19-cv-00207-RLY-TAB | KREBLIN v. COOK INCORPORATED et al |
| 1:19-cv-00567-RLY-TAB | GONZALEZ et al v. COOK INCORPORATED et al |
| 1:19-cv-00644-RLY-TAB | MURPHY et al v. COOK INCORPORATED et al |
| 1:19-cv-02412-RLY-TAB | DIETRICH et al v. COOK INCORPORATED et al |
| 1:19-cv-02415-RLY-TAB | RIGGINS v. COOK INCORPORATED et al |
| 1:19-cv-02738-RLY-TAB | BENNETT et al v. COOK INCORPORATED et al |
| 1:19-cv-03805-RLY-TAB | JONES v. COOK INCORPORATED et al |
| 1:19-cv-04487-RLY-TAB | JUMPER v. COOK INCORPORATED et al |

| | |
|---|---|
| 1:20-cv-00507-RLY-TAB | SNYDER v. COOK INCORPORATED et al |
| 1:20-cv-00602-RLY-TAB | JOHNSON v. COOK INCORPORATED et al |
| 1:21-cv-06401-RLY-TAB | GAMMOH v. COOK INCORPORATED et al |
| 1:21-cv-06456-RLY-TAB | CLARK v. COOK INCORPORATED et al |
| 1:21-cv-06689-RLY-TAB | EDWARDS v. COOK INCORPORATED et al |