IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
Thomas Clark and Karen M. Clark

Civil Case #1:16-cv-02642-RLY-TAB

**Motion to Substitute Party-Plaintiff and For
Leave to File First Amended Short Form Complaint**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, J. Maria McCoy the Administrator of the Estate of Thomas Clark respectfully moves to substitute herself as the proper party-plaintiff and for leave to amend the short form complaint. In support of this motion, Ms. McCoy states the following:

1. Plaintiff Thomas Clark filed his original short form complaint in this Court on October 4, 2016.

2. Plaintiff Thomas Clark died on or about September 15, 2022.

3. On September 29, 2025, the undersigned counsel filed a Notice of Suggestion of Death (ECF No. 27191).

4. Georgia attorney J. Maria McCoy, the court-appointed administrator of Mr. Clark's Estate, is the proper party plaintiff to substitute for Plaintiff-decedent

Thomas Clark. *See* Fed. R. Civ. P. 25(a)(1) ("If a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.").

5. As such, Plaintiff moves to substitute J. Maria McCoy as the Plaintiff in this action.

6. Plaintiff also moves to amend the short form complaint to include a claim for wrongful death, to correct the proper plaintiff (specifically, J. Maria McCoy, Administrator of the Estate of Thomas Clark, deceased), and to otherwise confirm the pleadings to the fact that Mr. Clark has passed. Under Rule 15, leave should be freely given when justice so requires.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A."

        Respectfully submitted

        WILLIAMS LAW GROUP, LLC

        /s/ *Joseph N. Williams*
        Joseph N. Williams (#25874-49)
        1101 North Delaware Street
        Suite 200
        Indianapolis, IN 46202
        (317) 633-5270
        Fax: (317) 426-3348
        joe@williamsgroup.law

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams