IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

BARBARA SNYDER Case No. 1:19-cv-02570-RLY-TAB
JAYE SANTOS Case No. 1:21-cv-02427-RLY-TAB

**ORDER ON DECEMBER 15, 2025, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiffs Barbara Snyder and Jaye Santos to attend a telephonic status conference on December 2, 2025, to address Plaintiffs' counsel's motions to withdraw. [Filing Nos. 27233, 27401.] Plaintiffs failed to appear as ordered. The Court then issued an order setting a second conference for December 15, 2025, at which time Plaintiffs were to show cause for Plaintiffs' failure to appear for the December 2 conference. [Filing Nos. 27492, 27493.]  The Court noted that if Plaintiffs failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiffs' counsel appeared at the December 15, 2025, telephonic status conference, and Plaintiffs once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss these cases without prejudice.

Date: 12/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ben C. Martin is required to serve Plaintiffs Barbara Snyder and Jaye Santos.