IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

JEANNA KELSO            Case No. 1:16-cv-02395-RLY-TAB

### ORDER ON DECEMBER 17, 2025, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiff Jeanna Kelso appeared by counsel, Joseph Williams, on December 17, 2025, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 27440.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 27442.] This matter is set for a telephonic status conference at 3 p.m. (Eastern Time) January 8, 2026. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show cause for Plaintiff's failure to appear for the December 17 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Jeanna Kelso shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 12/17/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joseph Williams is required to serve Plaintiff Jeanna Kelso