|  | | | |
|---|---|---|---|
| **Legend: Counts from Master Complaint Pled by Bird Nest Plaintiffs in Short-Form Complaints** | | | |
| I | Strict Liability Failure to Warn | VI | Implied Warranty |
| II | Strict Liability Design Defect | VII | Violations of State Consumer Fraud and Unfair and Deceptive Trade Practices |
| III | Negligence | VIII | Loss of Consortium |
| IV | Negligence Per Se | IX | Survivorship |
| V | Express Warranty | XI | Punitive Damages |

## EXHIBIT A: Bird's Nest Cases

| Plaintiff | Case Number | SFC Dkt. No. on Individual Docket | Lead Counsel | Filing Date | Home State | Additional Allegations Pled in SFC | Dismissed Claims | Remaining Claims |
|---|---|---|---|---|---|---|---|---|
| Sales-Orr, Annette | 1:16-cv-02636 | Dkt. 1 | Andrus Wagstaff, PC | 10/4/2016 | GA[1] | N/A | Counts I, II, V, manufacturing defect claims, and fraudulent concealment | Counts III (except for negligent manufacturing), IV, VI, VII, XI |
| Ortiz, Ivan | 1:17-cv-01802 | Dkt. 1 | Marc J. Bern & Partners, LLP | 5/31/2017 | NY | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, XI |
| Estate of Heard, Juanita | 1:17-cv-04592 | Dkt. 25; *see also* MDL Dkt. 25348 | Valor Law, LLC; Goldenberg Lauricella, PLLC | 12/13/2017 | TX | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, IX,[2] XI |

---

[1] Although Plaintiff Sales-Orr currently resides in Tennessee, the Court conducted a choice-of-law analysis as part of a prior motion based on the statute of repose and determined that her claims are governed by Georgia substantive law. *See Sales-Orr* Order, Dkt. 4918 at 5.

[2] In the *Heard* case, the estate representative substituted into the case after Ms. Heard passed away and added the survivorship claim (Count XI) to the list of claims. Count X (wrongful death) is not listed in the legend above because that claim is not at issue in any of these eleven cases.

| Legend: Counts from Master Complaint Pled by Bird Nest Plaintiffs in Short-Form Complaints ||||
|---|---|---|---|
| I | Strict Liability Failure to Warn | VI | Implied Warranty |
| II | Strict Liability Design Defect | VII | Violations of State Consumer Fraud and Unfair and Deceptive Trade Practices |
| III | Negligence | VIII | Loss of Consortium |
| IV | Negligence Per Se | IX | Survivorship |
| V | Express Warranty | XI | Punitive Damages |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fichtner, Brent | 1:18-cv-00286 | Dkt. 1 | Wilshire Law Firm, PLC | 1/31/2018 | NY | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, XI |
| Franklin, Kurt | 1:18-cv-03025 | Dkt. 1 | Marc J. Bern & Partners, LLP | 10/1/2018 | FL | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, XI |
| Arrington, Robert Jeffrey | 1:18-cv-03991 | Dkt. 1 | James, Vernon & Weeks, P.A. | 12/18/2018 | NM/TX[3] | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, XI |
| Mathis, Albert D. | 1:20-cv-02160 | Dkt. 1 | Marc J. Bern & Partners, LLP | 8/14/2020 | NC | N/A | Count V, manufacturing defect, and fraudulent concealment | Counts I, II, III (except for negligent manufacturing), IV, VI, VII, XI |
| Kartz, Lisa and Robert | 1:20-cv-02581 | Dkt. 1 | Cory Watson, P.C. | 10/5/2020 | MI | N/A | Count V, manufacturing defect, and | Counts I, II, III (except for negligent |

---

[3] Plaintiff Arrington resided in New Mexico at the time of his placement procedure (which took place in Albuquerque), currently resides in Texas, and listed both New Mexico and Texas as his state of residence at the time of injury. For reasons addressed in the motion, the Court need not determine whether his claims are governed by New Mexico or Texas substantive law, or address Cook's contention that Indiana choice-of-law rules may apply in at least some MDL cases filed in the Southern District of Indiana.

| | **Legend: Counts from Master Complaint Pled by Bird Nest Plaintiffs in Short-Form Complaints** | | | |
|---|---|---|---|---|
| I | Strict Liability Failure to Warn | VI | Implied Warranty | |
| II | Strict Liability Design Defect | VII | Violations of State Consumer Fraud and Unfair and Deceptive Trade Practices | |
| III | Negligence | VIII | Loss of Consortium | |
| IV | Negligence Per Se | IX | Survivorship | |
| V | Express Warranty | XI | Punitive Damages | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | fraudulent concealment | manufacturing), IV, VI, VII, VIII, XI |
| Callahan, Amanda | 1:22-cv-00727 | Dkt. 1 | OnderLaw, LLP | 4/12/2022 | AL | | Fraudulent concealment | Count V, manufacturing defect, and fraudulent concealment (including allegations in SFC) | Counts I, II, III (except for negligent manufacturing), IV, VI, VII |
| Elkins, Patsy | 1:22-cv-01352 | Dkt. 1 | OnderLaw, LLP | 7/8/2022 | AL | | Fraudulent concealment | Count V, manufacturing defect, and fraudulent concealment (including additional allegations in SFC) | Counts I, II, III (except for negligent manufacturing), IV, VI, VII |