UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS                Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                        MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This document relates to:

All Actions in Exhibits A and B

### THIRD AMENDED NOTICE OF FINAL
### BELLWETHER POOL LIST PURSUANT TO CMO-34

PLEASE TAKE NOTICE that pursuant to Paragraph 6 of Case Management Order No. 34

("CMO-34"), the Cook Defendants have met and conferred with the Plaintiffs' Steering

Committee and hereby file the updated final list of bellwether-eligible cases as defined by CMO-

34 and the Court's Order modifying CMO-34 (ECF No. 27333), attached as **Exhibit A**.[1] The cases

from the prior list that have since been removed due to agreed settlements are listed separately in

**Exhibit B.**

Dated: December 19, 2025                       Respectfully submitted,

                                               */s/ Andrea Roberts Pierson*
                                               Andrea Roberts Pierson
                                               Jessica Benson Cox
                                               FAEGRE DRINKER BIDDLE & REATH LLP
                                               300 North Meridian Street, Suite 2500
                                               Indianapolis, Indiana 46204
                                               Telephone: (317) 237-0300
                                               Andrea.Pierson@FaegreDrinker.com
                                               Jessica.Cox@FaegreDrinker.com

---

[1] The Cook Defendants note that 3 cases on the list remain subject to a pending notice of non-compliance or pending notice of dismissal and those cases are identified on the list with an asterisk (*) symbol. Additionally, 4 cases with a pending notice of withdrawal or recommendation from Magistrate Judge Baker for the Court to dismiss due to failure to appear for status conference are identified with a double asterisk (**) symbol.

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated,*
*Cook Medical LLC, and William Cook Europe*
*ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2025, a copy of the foregoing was filed electronically. Notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Andrea Roberts Pierson*