**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

|     | **Plaintiff** | **Cause Number** | **Lead Counsel** | **Co-Counsel** | **Additional Co-Counsel** |
|-----|---------------|------------------|------------------|----------------|---------------------------|
| 1.  | Andress, Gary | 1:21-cv-03089 | Onderlaw, LLC | | |
| 2.  | Berga, Donald | 1:21-cv-01989 | Ferrer Poirot & Wansbrough | | |
| 3.  | Bumper, Jimmy | 1:21-cv-02374 | Ferrer Poirot & Wansbrough | | |
| 4.  | Burkman, John | 1:21-cv-00008 | Ferrer Poirot & Wansbrough | | |
| 5.  | Chalmers, Virginia | 1:21-cv-00425 | Ferrer Poirot & Wansbrough | | |
| 6.  | Colvin, Danna | 1:22-cv-00424 | Ferrer Poirot & Wansbrough | | |
| 7.  | Darnell, Terry | 1:22-cv-00310 | Ferrer Poirot & Wansbrough | | |
| 8.  | Davis, Loricia | 1:21-cv-06402 | Ferrer Poirot & Wansbrough | | |
| 9.  | Diaz, Richelle | 1:22-cv-01347 | Ferrer Poirot & Wansbrough | | |
| 10. | Edmonds, Terrance | 1:21-cv-02209 | Ferrer Poirot & Wansbrough | | |
| 11. | Edwards, Billie & Nancy | 1:19-cv-00186 | Ferrer Poirot & Wansbrough | | |
| 12. | Fant, Henry Jr. | 1:21-cv-02704 | Onderlaw, LLC | | |
| 13. | Fayal, Michael | 1:21-cv-06526 | Ferrer Poirot & Wansbrough | | |
| 14. | Flamestar, Tabitha | 1:18-cv-02369 | Ferrer Poirot & Wansbrough | | |
| 15. | Gasaway, Ralph | 1:21-cv-06424 | Ferrer Poirot & Wansbrough | | |
| 16. | Gavel, Janice | 1:22-cv-01799 | Onderlaw, LLC | | |
| 17. | Greer, Carrie | 1:18-cv-02488 | Ferrer Poirot & Wansbrough | | |
| 18. | Grifka, Gary | 1:22-cv-01244 | Ferrer Poirot & Wansbrough | | |
| 19. | Grizzle, Tammy | 1:21-cv-03048 | Ferrer Poirot & Wansbrough | | |
| 20. | Hampton, Reynauld | 1:22-cv-06743 | Ferrer Poirot & Wansbrough | | |
| 21. | Harris, Robert | 1:21-CV-01914 | Ferrer Poirot & Wansbrough | | |
| 22. | Heichel, David | 1:21-cv-06555 | Ferrer Poirot & Wansbrough | | |
| 23. | Henchen, Charles | 1:23-cv-01351 | Onderlaw, LLC | | |

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

| 24. | Hickey, Samuel | 1:22-cv-01432 | Onderlaw, LLC | | |
|---|---|---|---|---|---|
| 25. | Hood, Charlene | 1:22-cv-06697 | Ferrer Poirot & Wansbrough | | |
| 26. | Jackson, Glora & Robert | 1:19-cv-04418 | Ferrer Poirot & Wansbrough | | |
| 27. | Johnson, Ruby | 1:22-cv-00520 | Ferrer Poirot & Wansbrough | | |
| 28. | Keleta, Asegedom | 1:24-cv-00284 | Ferrer Poirot & Wansbrough | | |
| 29. | Kerr, Sean | 1:22-cv-02110 | Onderlaw, LLC | | |
| 30. | Kinchen, Kalvin** | 1:21-cv-02375 | Ferrer Poirot & Wansbrough | | |
| 31. | Kohut, Dana | 1:22-cv-06714 | Ferrer Poirot & Wansbrough | | |
| 32. | Lewis, Andre | 1:22-cv-01300 | Ferrer Poirot & Wansbrough | | |
| 33. | Manno, Laurel & Michael | 1:18-cv-01248 | Ferrer Poirot & Wansbrough | | |
| 34. | McNally, John | 1:23-cv-02055 | Onderlaw, LLC | | |
| 35. | Melton, Kenneth | 1:23-cv-01152 | Ferrer Poirot & Wansbrough | | |
| 36. | Meyers, Emile, Jr. | 1:22-cv-01299 | Ferrer Poirot & Wansbrough | | |
| 37. | Monarca, Phyllis | 1:21-cv-02409 | Ferrer Poirot & Wansbrough | | |
| 38. | Olencki, Raymond | 1:22-cv-06722 | Ferrer Poirot & Wansbrough | | |
| 39. | Ostojic, Ljuban | 1:22-cv-00738 | Onderlaw, LLC | | |
| 40. | Pogue, Jean | 1:22-cv-01846 | Ferrer Poirot & Wansbrough | | |
| 41. | Reynolds, Marilyn | 1:21-cv-02870 | Ferrer Poirot & Wansbrough | | |
| 42. | Richardson, Sandra | 1:23-cv-02306 | Ferrer Poirot & Wansbrough | | |
| 43. | Robberstad, Patricia | 1:24-cv-00411 | Onderlaw, LLC | | |
| 44. | Solis, Refugio | 1:21-cv-00780 | Ferrer Poirot & Wansbrough | | |
| 45. | Spann, Beverly | 1:22-cv-06712 | Ferrer Poirot & Wansbrough | | |
| 46. | Torres, Manuel (NY) | 1:21-cv-01244 | Ferrer Poirot & Wansbrough | | |
| 47. | Turner, Latonya | 1:21-cv-02736 | Ferrer Poirot & Wansbrough | | |
| 48. | Velicka, Linda | 1:24-cv-00959 | Onderlaw, LLC | | |

DMS_US.374916554.1

**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

| | | | | | |
|---|---|---|---|---|---|
| 49. | Villaran, Jesus | 1:22-cv-01749 | Ferrer Poirot & Wansbrough | | |
| 50. | Wagner, Jason | 1:22-cv-01069 | Ferrer Poirot & Wansbrough | | |
| 51. | Watson, Carol | 1:21-cv-06543 | Ferrer Poirot & Wansbrough | | |
| 52. | Wheeler, James | 1:21-cv-06524 | Ferrer Poirot & Wansbrough | | |
| 53. | Whittle, Margaret | 1:22-cv-01275 | Ferrer Poirot & Wansbrough | | |
| 54. | Woodring, Lillie | 1:22-cv-00149 | Ferrer Poirot & Wansbrough | | |
| 55. | Yazzie, Kathy | 1:21-cv-00598 | Ferrer Poirot & Wansbrough | | |
| 56. | Youngblood, Paula | 1:21-cv-02342 | Ferrer Poirot & Wansbrough | | |