IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
<u>Ruth Willemain and Paul Peloquin</u>

Civil Case # <u>17-cv-4441</u>

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of Plaintiff Paul Peloquin. Plaintiff Paul Pelouin passed away on or about May 13, 2022.

Dated: December 23, 2025

        Respectfully submitted,

        THORNTON LAW FIRM LLP

        By:    <u>/s/ Marilyn T. McGoldrick</u>
                Marilyn T. McGoldrick, MA BBO# 561766
                84 State Street, 4th Fl
                Boston, MA 02109
                (617)720-1333
                (617)720-2445 (Fax)
                Email: MMcGoldrick@tenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically filed the foregoing Suggestion of Death with the Clerk of the Cout using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

                          <u>/s/ Marilyn T. McGoldrick</u>