IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO.1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
Ruth Willemain and Paul Peloquin
Civil Case #   17-cv-4441

**MOTION TO SUBSTITUTE PARTY PLAINTIFF, DISMISS THE LOSS OF CONSORTIUM CLAIM ONLY, AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an Order substituting David A. Tetreault on behalf of the Estate of Ruth Willemain. Counsel further moves for removing Paul Peloquin as a party Plaintiff.

1. Plaintiff Ruth Willemain filed the present action in the United States District Court of the Southern District of Indiana on November 30, 2017.

2. Plaintiffs Ruth Willemain and Paul Peloquin were married at the time of filing. Plaintiff Paul Peloquin was a named party and a loss of consortium claim was asserted in the Complaint.

3. Plaintiff Ruth Willemain died on or about April 17, 2022.

4. Plaintiff Paul Peloquin died on or about May 13, 2022.

5. On September 26, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a) in relation to Ruth Willemain.  See Doc. No. 27181.

6. On December 23, 2025, Plaintiff filed a suggestion of death in relation to Paul Peloquin.

7. David Tetreault, the Personal Representative of the Estate, is the proper party plaintiff to substitute for the Plaintiff-decedent Ruth Willemain. Pursuant to Fed. R. Civ. P. 25(a)(1), "[i]f a part dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." David Tetreault has the proper capacity to proceed with the surviving products liability lawsuit on Plaintiff-decedent's behalf.

8. Plaintiff thus moves to substitute David Tetreault, as personal representative of the Estate of Ruth Willemain, deceased, as Plaintiff in the present action.

9. Plaintiff-decedent Paul Peloquin does not have a proper part plaintiff to substitute on his behalf.

10. As such, Plaintiff moves to dismiss the loss of consortium claim only as to Paul Pelouin.

11. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Ruth Willemain is now deceased.

12. A proposed First Amended Complaint is attached hereto as Exhibit A.

Based on the foregoing, Plaintiff requests that this Court grant the request for substitution of Plaintiff in this action, Dismiss the loss of consortium claim only as to Paul Peloquin, and for leave to file the Amended Short Form Complaint, and direct the Clerk to file the attached Amended Short Form Complaint.

Dated:  December 23, 2025

Respectfully submitted,

By: /s/ Marilyn T. McGoldrick

Marilyn T. McGoldrick (MA Bar No. 561766)
Thornton Law Firm LLP
84 State Street, 4th Floor
Boston, MA 02109
(617)720-1333
(617)720-2445 (Fax)
MMcGoldrick@tenlaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Marilyn T. McGoldrick