IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

## MOTION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONIC STATUS CONFERENCE AND/OR ZOOM CONFERENCE FOR PLAINTIFFS REPRESENTED BY CURTIS LAW GROUP

COME NOW, Plaintiffs represented by Curtis Law Group, and file this Motion to attend the Settlement Conference scheduled on January 6, 2026 by telephonic status conference and/or Zoom conference.

**I.**

The Order setting Settlement Conference and Related Deadlines [Doc. 27484] was filed on November 25, 2025 for cases in the inventory of Curtis Law Group located in Dallas, Texas. The conference is to be held **at 2 p.m. (Eastern Time) on January 6, 2026, room #234**, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker.

When the notice was filed Counsel mistakenly read it as a phone conference, rather than an in-person conference. Counsel has a previously scheduled trip to the Mayo Clinic in Minnesota from January 6th - 8th, 2026. Counsel will be traveling to Minnesota the morning of January 6th; however, will be available by telephone and/or zoom conference the afternoon of January 6th.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that this Honorable Court allow Counsel to attend the Settlement Conference by telephonic status conference and/or Zoom conference on January 6th and such other and further relief as the Court deems just and proper.

Respectfully Submitted,

CURTIS LAW GROUP

By: /s/ *William Curtis*
    WILLIAM B. CURTIS, ESQ.
    Texas State Bar No. 00783918
    17754 Preston Road, Ste. 200
    Dallas, Texas 75252
    (214) 890-1000 Telephone
    (214) 890-1010 Facsimile
    bill@curtislawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *William Curtis*
William Curtis