IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

**ORDER GRANTING MOTION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONIC STATUS CONFERENCE AND/OR ZOOM CONFERENCE FOR PLAINTIFFS REPRESENTED BY CURTIS LAW GROUP**

The Court having considered the Motion to attend settlement conference by telephone and/or zoom conference on **January 6, 2026 at 2 p.m. (Eastern Time)** is hereby granted for the cases in the inventory of Curtis Law Group.

So ORDERED this _____ day of _____, 2025.

_____
HONORABLE JUDGE TIM A. BAKER