AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| Monica Cervantes | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-7136-RLY TAB |
| COOK INCORPORATED, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monica Cervantes.

Date: 12/26/2025

/s/ Stuart L. Goldenberg
*Attorney's signature*

Stuart L. Goldenberg (MN 0158719)
*Printed name and bar number*

Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402

*Address*

slgoldenberg@goldenberglaw.com
*E-mail address*

(612) 333-4662
*Telephone number*

(612) 367-8107
*FAX number*