IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

### ORDER GRANTING MOTION TO ATTEND SETTLEMENT CONFERENCE BY TELEPHONIC STATUS CONFERENCE AND/OR ZOOM CONFERENCE FOR PLAINTIFFS REPRESENTED BY CURTIS LAW GROUP

The Court, having considered the Motion to attend settlement conference by telephone and/or zoom conference on January 6, 2026 at 2 p.m. (Eastern Time) for the cases in the inventory of Curtis Law Group, hereby grants the Motion. [Filing No. 27555.]

IT IS THEREFORE ORDERED that the **settlement conference set for 2 p.m. on January 6, 2026, is changed from an in-person conference to a Zoom conference**. The information needed by counsel of record to participate in this conference will be provided by separate notification. This order changes the manner of attendance at the settlement conference only. All other requirements and deadlines set forth in the Court order of November 25, 2025, [Filing No. 27484] remain in effect.

IT IS FURTHER ORDERED that Defendants' counsel and LEAD counsel for the CURTIS LAW GROUP's Plaintiffs shall meet on Zoom at 1:30 p.m. (Eastern Time) to resolve any questions on inventory status.

Date: 12/29/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.