AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| See Attached Exhibit A ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  See Attached Exhibit A |
| Cook Incorporated, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attached Exhibit A                                                      .

Date:   12/29/2025                                    /s/ Taurin J. Robinson, Esq.
                                                                  *Attorney's signature*

                                                          Taurin J. Robinson, CA Bar No. 352197
                                                                  *Printed name and bar number*

                                                          The Robinson Law Firm, Prof. Corp.
                                                          3055 Wilshire Blvd., Ste. 980
                                                          Los Angeles, CA 90010
                                                                  *Address*

                                                          divcclaims@gmail.com
                                                                  *E-mail address*

                                                          (213) 674-7301
                                                                  *Telephone number*

                                                          (213) 674-7340
                                                                  *FAX number*