IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON JANUARY 5, 2026, TELEPHONIC STATUS CONFERENCE**

The Court held a telephonic status conference January 5, 2026, to discuss settlement of the Flint Cooper Thompson Miracle inventory of cases. The parties appeared by counsel. Discussion held. The parties shall continue their settlement discussions and provide the magistrate judge with a settlement update by February 4, 2026.

Date: 1/6/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.