IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

### ORDER ON JANUARY 6, 2026, SETTLEMENT CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Plaintiffs appeared by counsel and Defendants appeared in person and by counsel on January 6, 2026, for a settlement conference of the cases in the inventory of the Curtis Law Group in Dallas, TX. Settlement discussions were held. The parties shall continue their settlement discussions.

**This matter is set for a telephonic status conference at 2 p.m. (Eastern Time) on January 21, 2026, before Magistrate Judge Tim A. Baker.** Parties shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to discuss settlement.

Date: 1/7/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.