# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following
    10 Bird's Nest Cases:

*Annette Sales-Orr*, 1:16-cv-02636
*Ivan Ortiz*, 1:17-cv-01802
*Juanita Heard (Estate)*, 1:17-cv-04592
*Brent Fichtner*, 1:18-cv-00286
*Kurt Franklin*, 1:18-cv-03025
*Robert Jeffrey Arrington*, 1:18-cv-03991
*Albert D. Mathis*, 1:20-cv-02160
*Lisa and Robert Kartz, Jr.*, 1:20-cv-02581
*Amanda Callahan*, 1:22-cv-00727
*Patsy Elkins*, 1:22-cv-01352

## COOK DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON FEDERAL PREEMPTION IN BIRD'S NEST FILTER CASES

The defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") moved this Court on December 18, 2025, under Federal Rule of Civil Procedure 12(c), to dismiss all claims brought by ten plaintiffs based on their experiences with the Bird's Nest Filter (the "Bird's Nest Plaintiffs") because their claims are barred by federal preemption. *See* ECF No. 27529. Pursuant to Local Rule 7.1(c)(3), the Birds Nest Plaintiffs' time to respond to the motion expired on January 2, 2026. Except for an extension agreed by Plaintiff Heard (Estate) and the Cook Defendants, none of the other Bird's Nest Plaintiffs responded to the motion or requested an extension. The Cook Defendants therefore respectfully ask the Court to:

(1) Permit the Heard Estate to file a response to the motion by January 30, 2025, the extension date agreed by the parties;

(2) Permit the Cook Defendants to file a reply brief in the *Heard* case by February 13, 2026; and

(3) Enter an order of dismissal for the other nine cases subject to the motion:

- *Annette Sales-Orr*, 1:16-cv-02636
- *Ivan Ortiz*, 1:17-cv-01802
- *Brent Fichtner*, 1:18-cv-00286
- *Kurt Franklin*, 1:18-cv-03025
- *Robert Jeffrey Arrington*, 1:18-cv-03991
- *Albert D. Mathis*, 1:20-cv-02160
- *Lisa and Robert Kartz, Jr.*, 1:20-cv-02581
- *Amanda Callahan*, 1:22-cv-00727
- *Patsy Elkins*, 1:22-cv-01352

Because these Plaintiffs have not responded to the motion in the time allotted by the Local Rules, they have waived their opposition and their claims should be dismissed for the reasons set forth in the motion. *See, e.g.*, *Bonte v. U.S. Bank, N.A.*, 624 F.3d 461, 466 (7th Cir. 2010) ("Failure to respond to an argument … results in waiver.").

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

Dated: January 7, 2025

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson (# 18435-49)
Jessica Benson Cox (# 26259-49)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  andrea.pierson@faegrebd.com
Email:  jessica.cox@faegrebd.com

>*Counsel for the Defendants, Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, a copy of the foregoing document was filed electronically, and notice of the filing will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. Lead Counsel for Defendants will serve any non-CM/ECF registered parties.

      */s/ Andrea Roberts Pierson*