AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| See Attached Exhibit A ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | See Attached Exhibit A |
| Cook Incorporated, et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

See Attached Exhibit A.

Date:   01/07/2026

/s/ Taurin J. Robinson, Esq.
*Attorney's signature*

Taurin J. Robinson, CA Bar No. 352197
*Printed name and bar number*

The Robinson Law Firm, Prof. Corp.
3055 Wilshire Blvd., Ste. 980
Los Angeles, CA 90010
*Address*

divcclaims@gmail.com
*E-mail address*

(213) 674-7301
*Telephone number*

(213) 674-7340
*FAX number*