IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

JEANNA KELSO            Case No. 1:16-cv-02395-RLY-TAB

**ORDER ON JANUARY 8, 2026, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff Jeanna Kelso to attend a telephonic status conference on December 17, 2025, to address Plaintiff's counsel's motion to withdraw. [Filing No. 27440.] Plaintiff failed to appear as ordered. The Court then issued an order setting a second conference for January 8, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the December 17, 2025, conference. The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. [Filing No. 27527.] Plaintiff's counsel appeared at the January 8, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss these cases without prejudice.

Date: 1/8/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.