UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Gary L. Parton

Civil Case # 1:17-cv-04071-RLY-TAB

## NOTICE OF APPEARANCE

To:   The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Gary L. Parton.

Dated: January 9, 2026.                                Respectfully submitted,

                                                    */s/ Ben C. Martin*
                                                    Ben C. Martin, TX Bar No. 13052400
                                                    **Ben Martin Law Group, PLLC**
                                                    3500 Maple Avenue, Suite 400
                                                    Dallas, TX 75219
                                                    Tel.: (214) 761-6614
                                                    Fax: (214) 744-7590
                                                    bmartin@bencmartin.com

                                                    ***Attorney for Plaintiff***

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                         */s/ Ben C. Martin*
                                                        Ben C. Martin