UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Speer, Marcia & Joseph J. (1:16-cv-00660); Branham, Shari & Michael (1:16-cv-00661); Wood, Bobbie & Curtis (1:16-cv-00860); Thompson, Rodger (1:16-cv-00872); Gragirene, Maribel (1:16-cv-00874); Dolyk, David (1:16-cv-01093); Milner, Geneva & Nelson (1:16-cv-01094); Coleman, Betty L. (1:16-cv-01109); Simon, Ann Marie (1:16-cv-02039); Oubre, Heidi (1:16-cv-02186); Ortiz, Maria (1:16-cv-02998); Packard, Frederick & Susan (1:17-cv-01293); King, Yvette (1:17-cv-01517); Speed, Anthony (1:17-cv-04002); Carpenter, Sandy E. (1:18-cv-00928); Holder, Vera aka Clinton, Vera (Estate) (1:19-cv-00294)

---

**PARTIES' JOINT MOTION TO REINSTATE CASES**

Pursuant to Federal Rule of Civil Procedure 60(b), the above-captioned Plaintiffs and Defendants Cook Incorporated, Cook Medical LLC (formerly known as Cook Medical Incorporated), and William Cook Europe ApS (the "Cook Defendants") jointly and respectfully move the Court to reinstate the following Plaintiffs' cases:

- Speer, Marcia & Joseph J. (1:16-cv-00660)
- Branham, Shari & Michael (1:16-cv-00661)
- Wood, Bobbie & Curtis (1:16-cv-00860)
- Thompson, Rodger (1:16-cv-00872)
- Gragirene, Maribel (1:16-cv-00874)
- Dolyk, David (1:16-cv-01093)
- Milner, Geneva & Nelson (1:16-cv-01094)
- Coleman, Betty L. (1:16-cv-01109)

- Simon, Ann Marie (1:16-cv-02039)
- Oubre, Heidi (1:16-cv-02186)
- Ortiz, Maria (1:16-cv-02998)
- Packard, Frederick & Susan (1:17-cv-01293)
- King, Yvette (1:17-cv-01517)
- Speed, Anthony (1:17-cv-04002)
- Carpenter, Sandy E. (1:18-cv-00928)
- Holder, Vera aka Clinton, Vera (Estate) (1:19-cv-00294)

Each of these cases was inadvertently included on the Cook Defendants' Notice of Noncompliance filed on October 14, 2024, *see* Dkt. 26084, and subsequently dismissed by this Court's Order on January 15, 2025, *see* Dkt. 26395. In support, the Parties state:

1. Due to an administrative error, Plaintiffs were included in the Cook Defendants' Notice of Noncompliance filed on October 14, 2024. *S*ee Dkt. 26084.

2. On January 15, 2025, the Court entered an Order on the Cook Defendants' Notice of Noncompliance, dismissing Plaintiffs' cases without prejudice. *See* Dkt. 26395.

3. The Parties have met and conferred regarding the procedural history of Plaintiffs' cases.

4. The Parties, recognizing that Plaintiffs' cases should not have been included in the Cook Defendants' Notice of Noncompliance and that an administrative error occurred, now move the Court to reinstate Plaintiffs' cases under the same cause numbers.

5. For the above reasons, the Court has good cause to reinstate Plaintiffs' cases pursuant to Federal Rule of Civil Procedure 60(b) because they were only dismissed due to an underlying administrative mistake. *See* Fed. R. Civ. P. 60(b)(1) (providing that a party can seek

relief from a "final judgment, order, or proceeding" to correct a "mistake" or "inadvertence," among other reasons).

For the foregoing reasons, the Parties respectfully ask the Court to reinstate Plaintiffs' cases.

Dated: January 9, 2026

*/s/ Paul L. Stoller*
Paul L. Stoller (AZ Bar No. 016773)
*Admitted Pro Hac Vice*
Rueb Stoller Daniel, LLP
2425 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Ph: (602) 888-2807
paul@lawrsd.com

*Attorneys for Plaintiffs*

*/s/ Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
Faegre Drinker, Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@faegredrinker.com
Andrea.Pierson@faegredrinker.com

James Stephen Bennett
Faegre Drinker, Biddle & Reath LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*