**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

Motion granted. The January 12, 2026, settlement conference and related requirements are vacated as to these parties, and they shall file a stipulation of dismissal by March 16, 2026.

Tim A. Baker
U.S. Magistrate Judge
Dated: 1/12/2026

**JOINT MOTION TO MODIFY THE ORDER**
**SETTING THE SETTLEMENT CONFERENCE**

The parties hereto jointly and respectfully move the Court for an Order modifying deadlines and submission requirements regarding the settlement conference concerning the cases in the inventory of Marc J. Bern & Partners, LLP, as currently set forth in the Court's Order setting the settlement conference. (Dkt. 27485). More specifically, the parties have been engaged in ongoing settlement discussions and recently reached an agreement on the major terms and conditions of settlement, eliminating the need for the conference with the Court which is currently set for January 12, 2026. The parties agree and hereby respectfully request that the Order setting the settlement conference be vacated in order to allow the parties to finalize all the terms and conditions of settlement, complete the documentation and settlement of the cases pursuant to the settlement agreement between the parties, and submit the appropriate dismissal papers.

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Modify the Order Setting the Settlement Conference regarding the case inventory for Marc J. Bern & Partners, LLP and vacate the Order. (Dkt. 27485).