# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Barbara Pooley

Civil Case # 1:20-cv-00780-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Barbara Pooley, who died on or about November 27, 2022.

Dated: January 12, 2026

                                              Respectfully Submitted,

                                              */s/ Christina E. Mancuso*
                                              Christina E. Mancuso, Esq.
                                              TX Bar No. 12891400
                                              901 Main Street Suite 5900
                                              Dallas, Texas 75202
                                              Tel: (214) 276-7680
                                              Fax: (214) 276-7699
                                              cmancuso@sgptrial.com

                                              ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Christina E. Mancuso*
Christina E. Mancuso, Esq.