IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

**ORDER ON JANUARY 12, 2026, SETTLEMENT CONFERENCE**

Plaintiffs appeared by counsel Taurin J. Robinson of The Robinson Law Firm and Defendants appeared in person on January 12, 2026, for a settlement conference of the cases in the inventory of THE ROBINSON LAW FIRM and THE LAW OFFICES OF DONALD G. NORRIS in Los Angeles, CA. Settlement discussions held.

**This cause is set for a telephonic status conference at 1:30 p.m. (Eastern Time) on February 10, 2026.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement.

Date: 1/13/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.