EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 1. | Smith, Marian Buckner | 1:15-cv-01814 | THE NATIONS LAW FIRM |
| 2. | Banks, Martha & Otho Lee | 1:16-cv-02063 | THE NATIONS LAW FIRM |
| 3. | Barnett, Delores | 1:16-cv-02145 | WRIGHT MCCALL, LLC |
| 4. | Bittner, Lynn Marie | 1:16-cv-02017 | THE NATIONS LAW FIRM |
| 5. | Brown, Phillip Wayne & Sandra Lee | 1:16-cv-00445 | THE NATIONS LAW FIRM |
| 6. | Daves, Alfred G. & Sandra | 1:16-cv-02064 | THE NATIONS LAW FIRM |
| 7. | Davis, Jimmy | 1:16-cv-03323 | CURTIS LAW GROUP |
| 8. | Hansen, Christopher | 1:16-cv-01148 | THE NATIONS LAW FIRM |
| 9. | Hasty, Mark Leroy & Lori Sue | 1:16-cv-02281 | THE NATIONS LAW FIRM |
| 10. | Hotaling, Roger | 1:16-cv-03310 | BERTRAM & GRAF, L.L.C. |
| 11. | Howard, Roger Lee & Deborah Lind | 1:16-cv-01116 | THE NATIONS LAW FIRM |
| 12. | Hundley, Lillie | 1:16-cv-02294 | CURTIS LAW GROUP |
| 13. | Kelso, Jeanna | 1:16-cv-02395 | ZONIES LAW LLC |
| 14. | Krans, Rebecca Lynn | 1:16-cv-03410 | THE NATIONS LAW FIRM |
| 15. | Lowman, Sheryl | 1:16-cv-03432 | MURRAY LAW FIRM |
| 16. | Mackey, Dorothy Ann | 1:16-cv-02745 | THE NATIONS LAW FIRM |
| 17. | Mueller, Richard A. | 1:16-cv-03378 | SALSBURY, STRINGER, MCCULLEY, LLC |
| 18. | Odom, Gary | 1:16-cv-00283 | BERNSTEIN LIEBHARD LLP |
| 19. | Robinson, Angela & Marvin | 1:16-cv-02909 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |

**EXHIBIT A**

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
| --- | --- | --- | --- |
| 20. | Rodriguez, Lorena & Christopher | 1:16-cv-00750 | THE WHITEHEAD LAW FIRM, LLC |
| 21. | Ross, Cassandra | 1:16-cv-02385 | GRAY & WHITE |
| 22. | Shell, Marie B. | 1:16-cv-00683 | THE NATIONS LAW FIRM |
| 23. | Warren, Theodore James | 1:16-cv-02087 | MESHBESHER & SPENCE, LTD. |
| 24. | Washburn, Nicholas Shea & Walters, Nicole Renee | 1:16-cv-02460 | THE NATIONS LAW FIRM |
| 25. | Aleem, Khayriyyah | 1:17-cv-02533 | WENDT LAW FIRM |
| 26. | Banks, Kevin | 1:17-cv-01380 | SIFERS JENSEN PALMER |
| 27. | Brittingham, Michael | 1:17-cv-00875 | GOLDENBERGLAW, PLLC |
| 28. | Britton, Joann | 1:17-cv-00401 | WENDT LAW FIRM |
| 29. | Brown, Paul Raymond | 1:17-cv-00716 | THE NATIONS LAW FIRM |
| 30. | Brown, William (NC) | 1:17-cv-01014 | CURTIS LAW GROUP |
| 31. | Buchanan-Robinson, Denise and Alton Robinson | 1:17-cv-02791 | FLINT COOPER, LLC |
| 32. | Clary, David | 1:17-cv-03413 | DAVIS BETHUNE & JONES, LLC |
| 33. | Combs, David M. | 1:17-cv-03261 | BERTRAM & GRAF, L.L.C. |
| 34. | Cook, David Allen | 1:17-cv-01805 | THE NATIONS LAW FIRM |
| 35. | Coreas, Jose David | 1:17-cv-01485 | THE NATIONS LAW FIRM |
| 36. | Cox, Joseph | 1:17-cv-02845 | WENDT LAW FIRM |
| 37. | Darby, Douglas LeRoy | 1:17-cv-03194 | THE NATIONS LAW FIRM |
| 38. | Davis (OH), Beverly | 1:17-cv-03258 | DAVIS BETHUNE & JONES, LLC |

**EXHIBIT A**
[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|-----|---------------|---------------|------------------|
| 39. | Davis, Katie | 1:17-cv-03022 | FERRER POIROT & WANSBROUGH |
| 40. | Delgado, Monica | 1:17-cv-03441 | BERTRAM & GRAF, L.L.C. |
| 41. | Douglass, Steven Neal | 1:17-cv-01147 | BERTRAM & GRAF, L.L.C. |
| 42. | Dunham, Donald | 1:17-cv-00636 | STAG LUIZZA |
| 43. | Dutour, Terry | 1:17-cv-00557 | THE NATIONS LAW FIRM |
| 44. | Erdmann-Byrnes, Andrea Anna & Kevin | 1:17-cv-01184 | THE NATIONS LAW FIRM |
| 45. | Feldner, Deborah | 1:17-cv-00552 | THE NATIONS LAW FIRM |
| 46. | Frey, Steve | 1:17-cv-04197 | BERTRAM & GRAF, L.L.C. |
| 47. | Goynes, Vincent | 1:17-cv-06070 | FLINT COOPER, LLC |
| 48. | Grondin, Andre & Yvette | 1:17-cv-01601 | KREINDLER & KREINDLER LLP |
| 49. | Guevara, Amber and Jason | 1:17-cv-03514 | SWMW LAW, LLC |
| 50. | Harbert, Kevin J. | 1:17-cv-03439 | BERTRAM & GRAF, L.L.C. |
| 51. | Haupt, Norman | 1:17-cv-02844 | WENDT LAW FIRM |
| 52. | Hayes, Venetia | 1:17-cv-00532 | THE NATIONS LAW FIRM |
| 53. | Hess, Janet Lynn | 1:17-cv-02411 | O'CONNOR, ACCIANI & LEVY LPA |
| 54. | Johnson, Harry D. Jr. | 1:17-cv-03516 | MURRAY LAW FIRM |
| 55. | Jones, Steven Lathel | 1:17-cv-02877 | THE NATIONS LAW FIRM |
| 56. | Keltee, Rogers William | 1:17-cv-00303 | GRAY & WHITE |
| 57. | Kennedy, Gregory Lawrence Jr. | 1:17-cv-02417 | THE NATIONS LAW FIRM |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 58. | Kimmey, Sally and James | 1:17-cv-02686 | LIPPSMITH LLP |
| 59. | Lacy, John | 1:17-cv-02721 | MURRAY LAW FIRM |
| 60. | Landolt, George | 1:17-cv-02528 | WENDT LAW FIRM |
| 61. | Lanzer, Jodi | 1:17-cv-00069 | GRAY & WHITE |
| 62. | Leamons, Richard | 1:17-cv-03567 | DAVIS BETHUNE & JONES, LLC |
| 63. | Leighliter, Susan Jean | 1:17-cv-04564 | THE NATIONS LAW FIRM |
| 64. | Long, William Richard | 1:17-cv-01085 | THE NATIONS LAW FIRM |
| 65. | Machtolff, Dolores | 1:17-cv-03313 | DAVIS BETHUNE & JONES, LLC |
| 66. | McCain, Stephanie Lanita | 1:17-cv-03969 | FLINT COOPER, LLC |
| 67. | McMonagle, Shannon | 1:17-cv-02996 | FERRER POIROT & WANSBROUGH |
| 68. | Miller, Philip W., Jr. | 1:17-cv-03308 | MURRAY LAW FIRM |
| 69. | Mitchell, Shelly C. | 1:17-cv-03782 | BERTRAM & GRAF, L.L.C. |
| 70. | Mitchum, Vivian | 1:17-cv-04760 | BURNETT LAW FIRM |
| 71. | Mooney, Carol Ann | 1:17-cv-01551 | RHEINGOLD GIUFFRA RUFFO & PLOTKIN, LLP |
| 72. | Moran, Diane and Michael | 1:17-cv-02978 | FLINT COOPER, LLC |
| 73. | Muller, Susi | 1:17-cv-01863 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 74. | Nelcamp, Maryann | 1:17-cv-00156 | THE MOODY LAW FIRM, INC. |
| 75. | Noe, David Michael | 1:17-cv-01764 | THE NATIONS LAW FIRM |
| 76. | O'Quin, Joyce Faye | 1:17-cv-00997 | THE NATIONS LAW FIRM |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|-----|---------------|---------------|------------------|
| 77. | Papierski, Chester | 1:17-cv-00434 | GRAY & WHITE |
| 78. | Pearson, Debra | 1:17-cv-00047 | TORISEVA LAW |
| 79. | Price, Maria and Dennis | 1:17-cv-01910 | GOLDENBERGLAW, PLLC |
| 80. | Radcliff, Lela Grace | 1:17-cv-03653 | THE NATIONS LAW FIRM |
| 81. | Redden, Philip A. | 1:17-cv-00893 | BERTRAM & GRAF, L.L.C. |
| 82. | Rice, Lewis | 1:17-cv-03496 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 83. | Riley, William Harold | 1:17-cv-01041 | THE NATIONS LAW FIRM |
| 84. | Rose, Bruce Arlish | 1:17-cv-00992 | THE NATIONS LAW FIRM |
| 85. | Rothschild, Logan Adler | 1:17-cv-06057 | DAVID RANDOLPH SMITH & ASSOCIATES |
| 86. | Rowan, Anna | 1:17-cv-02784 | WENDT LAW FIRM |
| 87. | Schiessler, Ricki Lee & Nu Huynh | 1:17-cv-01234 | THE NATIONS LAW FIRM |
| 88. | Serrano, Mauricio and Viteri, Rosanna N. | 1:17-cv-04586 | FLINT COOPER, LLC |
| 89. | Shade, Adin & Camille | 1:17-cv-03356 | DAVIS BETHUNE & JONES, LLC |
| 90. | Simental, Rita | 1:17-cv-02999 | BERTRAM & GRAF, L.L.C. |
| 91. | Sjoerdmsa, Clyde | 1:17-cv-03647 | CHILDERS, SCHLUETER & SMITH LLC |
| 92. | Sodipo, Rasheedah Qutu Qulub and Rudolph William Jackson | 1:17-cv-01452 | THE NATIONS LAW FIRM |
| 93. | Spicknall, Judy | 1:17-cv-03197 | BURNETT LAW FIRM |
| 94. | Steen, Brenda | 1:17-cv-04367 | FERRER POIROT & WANSBROUGH |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 95. | Stewart, Twyla Nicole | 1:17-cv-01011 | THE NATIONS LAW FIRM |
| 96. | Stinson, Brandy | 1:17-cv-02817 | FERRER POIROT & WANSBROUGH |
| 97. | Timmerman, Tim and Tera | 1:17-cv-03415 | DAVIS BETHUNE & JONES, LLC |
| 98. | Vance, Linda & Scott | 1:17-cv-01408 | FERRER POIROT & WANSBROUGH |
| 99. | Varner, David Wayne and Amy Lynn | 1:17-cv-04161 | THE NATIONS LAW FIRM |
| 100. | Vazquez-Diaz, Jose Antonio | 1:17-cv-04309 | THE NATIONS LAW FIRM |
| 101. | Walker, Brian David | 1:17-cv-01190 | THE NATIONS LAW FIRM |
| 102. | Whitaker, Robin Kay | 1:17-cv-00963 | THE NATIONS LAW FIRM |
| 103. | Wills, William John & Holly Denise | 1:17-cv-01336 | THE NATIONS LAW FIRM |
| 104. | Wood, Anna and Joseph | 1:17-cv-03416 | DAVIS BETHUNE & JONES, LLC |
| 105. | Yedinak, Michael | 1:17-cv-02794 | FERRER POIROT & WANSBROUGH |
| 106. | Young, Patricia A. | 1:17-cv-03056 | BERTRAM & GRAF, L.L.C. |
| 107. | Armfield, James | 1:18-cv-01546 | THE MOODY LAW FIRM, INC. |
| 108. | Bell, Tabitha | 1:18-cv-02317 | WENDT LAW FIRM |
| 109. | Clark, Robert R. | 1:18-cv-02414 | THE MOODY LAW FIRM, INC. |
| 110. | Dean, Robert & Louretta | 1:18-cv-02411 | THE MOODY LAW FIRM, INC. |
| 111. | Dennis, Russell Duane and Alberta Mae | 1:18-cv-01661 | BURNETT LAW FIRM |
| 112. | Fort, Edwin IV and Marsha | 1:18-cv-00290 | THE MOODY LAW FIRM, INC. |
| 113. | Fox, Danny and Sandra | 1:18-cv-02267 | BERTRAM & GRAF, L.L.C. |

**EXHIBIT A**

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 114. | Francis, Jason | 1:18-cv-00936 | SIFERS JENSEN PALMER |
| 115. | Gibson, Steven R. | 1:18-cv-02577 | WENDT LAW FIRM |
| 116. | Hairston, Brenda | 1:18-cv-02658 | FERRER POIROT & WANSBROUGH |
| 117. | Halterman, Mary Lee | 1:18-cv-01829 | HAMMERS LAW FIRM, LLC. |
| 118. | Ingersol, Emily | 1:18-cv-02737 | FERRER POIROT & WANSBROUGH |
| 119. | Johnson, Javonne | 1:18-cv-02506 | WENDT LAW FIRM |
| 120. | Jones, Lakeshia | 1:18-cv-00371 | THE MOODY LAW FIRM, INC. |
| 121. | Knerr, Jessica | 1:18-cv-01736 | BERTRAM & GRAF, L.L.C. |
| 122. | Leimer, Brian and Doreen | 1:18-cv-01347 | FERRER POIROT & WANSBROUGH |
| 123. | Magri-Savoie, Julie Ann and Bergeron, Michael John | 1:18-cv-00185 | THE NATIONS LAW FIRM |
| 124. | McCart, Michael | 1:18-cv-03233 | FERRER POIROT & WANSBROUGH |
| 125. | Miller, Dantavious | 1:18-cv-00696 | WAGSTAFF & CARTMELL, LLP |
| 126. | Moctezuma, Mark | 1:18-cv-01354 | FERRER POIROT & WANSBROUGH |
| 127. | Patterson, Joshua [ESTATE OF] | 1:18-cv-04011 | BERTRAM & GRAF, L.L.C. |
| 128. | Rigby, Tameka | 1:18-cv-00380 | CURTIS LAW GROUP |
| 129. | Roman, Joseph | 1:18-cv-00697 | WAGSTAFF & CARTMELL, LLP |
| 130. | Rub-Azran, Niesa Tiffany | 1:18-cv-01631 | ANDRUS WAGSTAFF, PC |
| 131. | Turner, Roseanna | 1:18-cv-00733 | WAGSTAFF & CARTMELL, LLP |
| 132. | Walker, James Larry | 1:18-cv-01121 | WAGSTAFF & CARTMELL, LLP |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 133. | Walker, Octavia | 1:18-cv-02521 | KUHLMAN & LUCAS, LLC |
| 134. | Albert-Sheikho, Laura | 1:19-cv-02293 | FERRER POIROT & WANSBROUGH |
| 135. | Bertuca, Elizabeth | 1:19-cv-04831 | MCSWEENEY LANGEVIN LLC |
| 136. | Blewett, Frank and Danielle | 1:19-cv-03337 | FERRER POIROT & WANSBROUGH |
| 137. | Brown, Barry K. and Emily | 1:19-cv-03677 | FLINT COOPER, LLC |
| 138. | Calahan, John D. | 1:19-cv-01250 | BERTRAM & GRAF, L.L.C. |
| 139. | Clark, Lorraine (REFILE) | 1:19-cv-04058 | CURTIS LAW GROUP |
| 140. | Davenport, Maureen | 1:19-cv-01516 | BERTRAM & GRAF, L.L.C. |
| 141. | Foster, Diana Voorhies | 1:19-cv-03410 | LAW OFFICES OF DONALD G. NORRIS |
| 142. | Jamison, Rebecca | 1:19-cv-01617 | BERTRAM & GRAF, L.L.C. |
| 143. | Jewett, Perry and Kristi | 1:19-cv-03839 | DAVIS BETHUNE & JONES, LLC |
| 144. | Katrausky, Patricia [ESTATE OF] | 1:19-cv-03755 | WAGSTAFF & CARTMELL, LLP |
| 145. | Kelly, David and Mary | 1:19-cv-01517 | LEVIN SIMES LLP |
| 146. | Kemp, Monique | 1:19-cv-03321 | BERTRAM & GRAF, L.L.C. |
| 147. | Lane, Daniel P. | 1:19-cv-03323 | BERTRAM & GRAF, L.L.C. |
| 148. | Mack, Charles | 1:19-cv-03347 | BERTRAM & GRAF, L.L.C. |
| 149. | Newcomer, Barbara | 1:19-cv-01164 | FERRER POIROT & WANSBROUGH |
| 150. | Schneiter, Jamie | 1:19-cv-00166 | BERTRAM & GRAF, L.L.C. |
| 151. | Shelton, Howard | 1:19-cv-00892 | BERTRAM & GRAF, L.L.C. |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 152. | Thurman, Irene Elizabeth and Brian Russell | 1:19-cv-01818 | THE NATIONS LAW FIRM |
| 153. | Washington, Diana | 1:19-cv-00845 | SIFERS JENSEN PALMER |
| 154. | Washington, Wayne | 1:19-cv-03730 | BERTRAM & GRAF, L.L.C. |
| 155. | Weimer, John Allen and Cheryl | 1:19-cv-04230 | THE NATIONS LAW FIRM |
| 156. | Weissman, Mary Candice | 1:19-cv-00148 | BERTRAM & GRAF, L.L.C. |
| 157. | White, Cassandra L. | 1:19-cv-04182 | WAGSTAFF & CARTMELL, LLP |
| 158. | Woods, Tonya | 1:19-cv-02025 | MCSWEENEY LANGEVIN LLC |
| 159. | Colyar, Michelle | 1:20-cv-01499 | GOZA & HONNOLD, LLC |
| 160. | Eidshahen, Rose | 1:20-cv-06189 | FERRER POIROT & WANSBROUGH |
| 161. | Harrison, Clyde | 1:20-cv-03231 | FERRER POIROT & WANSBROUGH |
| 162. | Katchur, Mary | 1:20-cv-00655 | CELLINO & BARNES, P.C. |
| 163. | Luallen, Patrick Ashley | 1:20-cv-00590 | GOZA & HONNOLD, LLC |
| 164. | Moeders, Jean Michelle | 1:20-cv-00169 | WAGSTAFF & CARTMELL, LLP |
| 165. | Stanley, Diane | 1:20-cv-06243 | HAMMERS LAW FIRM, LLC. |
| 166. | Anthony, Evelyn | 1:21-cv-02701 | ONDERLAW |
| 167. | Beckman, Michael | 1:21-cv-01147 | FERRER POIROT & WANSBROUGH |
| 168. | Hunter, Aldera | 1:21-cv-02289 | FERRER POIROT & WANSBROUGH |
| 169. | Kinchen, Kalvin | 1:21-cv-02375 | FERRER POIROT & WANSBROUGH |
| 170. | Smith, Annie T. | 1:21-cv-06692 | WENDT LAW FIRM |

EXHIBIT A

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 171. | Thomas, Audrill | 1:21-cv-06467 | FERRER POIROT & WANSBROUGH |
| 172. | Wheatley, Kristi R. | 1:21-cv-06432 | O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC |
| 173. | Yadon, Karen | 1:21-cv-02290 | FERRER POIROT & WANSBROUGH |
| 174. | Edman, Annie | 1:22-cv-00482 | FERRER POIROT & WANSBROUGH |
| 175. | Everton, Leslie | 1:22-cv-06780 | HAMMERS LAW FIRM, LLC. |
| 176. | Johnson, Rose Marie | 1:22-cv-00780 | FERRER POIROT & WANSBROUGH |
| 177. | Johnson, Theresa | 1:22-cv-01356 | ONDERLAW |
| 178. | King, Curtis | 1:22-cv-00079 | ONDERLAW |
| 179. | Kirby, Francis | 1:22-cv-00485 | FERRER POIROT & WANSBROUGH |
| 180. | Leon, Manuel | 1:22-cv-01416 | ONDERLAW |
| 181. | Opie, Gregory Thomas | 1:22-cv-00386 | THE NATIONS LAW FIRM |
| 182. | Padin-Zebe, Naomi | 1:22-cv-01766 | FERRER POIROT & WANSBROUGH |
| 183. | Rauschenberger, Sandra | 1:22-cv-00423 | FERRER POIROT & WANSBROUGH |
| 184. | Richardson, Tonya | 1:22-cv-00199 | FERRER POIROT & WANSBROUGH |
| 185. | Scott-Smith, Rosella | 1:22-cv-01162 | FERRER POIROT & WANSBROUGH |
| 186. | Smith, Stephanie Ann | 1:22-cv-01973 | THE NATIONS LAW FIRM |
| 187. | Magdaleno, Lydia | 1:23-cv-06989 | FLINT COOPER, LLC |
| 188. | Romancheck, Robert | 1:23-cv-1084 | FERRER POIROT & WANSBROUGH |
| 189. | Tuck, Douglas | 1:23-cv-01569 | HAMMERS LAW FIRM, LLC. |

**EXHIBIT A**
[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|      | **PLAINTIFF**     | **CAUSE NO.**   | **LEAD COUNSEL**        |
|------|-------------------|-----------------|-------------------------|
| 190. | Ward, Michael S.  | 1:23-cv-00119   | BERTRAM & GRAF, L.L.C.  |
| 191. | Anthony, Roni     | 1:24-cv-01850   | MCSWEENEY LANGEVIN LLC  |