**EXHIBIT B**

[Second Amended] Proposed Order on CMO-32 Notice of Non-Compliance (Dkt. 26948)

|    | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|----|-----------|-----------|--------------|
| 1. | Forrester, Stephen Wayne | 1:17-cv-03254 | Marc J. Bern & Partners, LLP |
| 2. | Bancroft, Lori | 1:17-cv-04312 | The Moody Law Firm, Inc. |
| 3. | Halterman, Mary Lee | 1:18-cv-01829 | Hammers Law Firm, LLC |
| 4. | Crystal, William | 1:18-cv-02524 | Kuhlman & Lucas, LLC |
| 5. | Griffin, Edwina | 1:18-cv-03541 | Hammers Law Firm, LLC |
| 6. | Sanders, Walter J. | 1:18-cv-04008 | Hammers Law Firm, LLC |
| 7. | Nichols, Kimberly | 1:19-cv-01443 | Hammers Law Firm, LLC |
| 8. | St. Clair, Janie | 1:19-cv-03367 | Hammers Law Firm, LLC |
| 9. | Hall, Deborah | 1:20-cv-00491 | McDonald Worley, PC |
| 10. | Wilson, Ronald | 1:19-cv-00887 | Bertram & Graf, LLC |
| 11. | Magnan, Mary V. | 1:20-cv-01466 | Tautfest Bond, PLLC |
| 12. | Schlosser, Alice | 1:20-cv-00700 | Tautfest Bond, PLLC |
| 13. | Branch, John | 1:21-cv-01342 | Tautfest Bond, PLLC |
| 14. | Stanley, Rachel | 1:21-cv-06548 | Hammers Law Firm, LLC |
| 15. | Howard, Claude | 1:21-cv-06568 | Hammers Law Firm, LLC |
| 16. | Horne, Brenda | 1:22-cv-06796 | Hammers Law Firm, LLC |
| 17. | DeWitt, Debra | 1:23-cv-01311 | Hammers Law Firm, LLC |
| 18. | Warner, Robert | 1:24-cv-01520 | McSweeney Langevin LLC |
| 19. | Starr, Julie | 1:24-cv-01759 | McSweeney Langevin LLC |