IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Plaintiffs in Exhibit A

**[SECOND AMENDED PROPOSED] ORDER ON NOTICE OF NON-COMPLIANCE REGARDING AMOUNT-IN-CONTROVERSY CERTIFICATION (CMO-32)**

On July 17, 2025, Cook filed a Notice of Non-Compliance listing Plaintiffs who have not submitted Amount-in-Controversy Certification Forms, as required by the Court's Second Amended Case Management Order No. 32 ("Second Amended CMO-32") entered on July 29, 2025. *See* Dkt. 26937. These Plaintiffs (1) do ***not*** allege a Category 7(c) (filter fracture), Category 7(j) (death), and/or Category 7(k) (open-removal and/or open-heart surgery) injury; and (2) have ***not*** already submitted an Amount-in-Controversy Certification Form. Accordingly, pursuant to Second Amended CMO-32, each of these Plaintiffs must submit Amount-in-Controversy Certification Forms, certifying that the amount in controversy in their respective cases exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs, a requirement for this Court to exercise subject-matter jurisdiction over their actions. *See* 28 U.S.C. § 1332(a).

The deadline for each of these Plaintiffs to submit Amount-in-Controversy Certification Forms has expired. The original Court-mandated deadline for these Plaintiffs expired on September 29, 2025. *See* Second Amended CMO-32, Dkt. 26952 at ¶ 1. The Plaintiffs identified in **Exhibit A** were not included in earlier Notices, however, because the law firms representing

-1-

them sought and obtained extensions either from Cook or the Court to submit Amount-in-Controversy Certification Forms. These extensions have expired. These cases are therefore subject to immediate dismissal without prejudice for failure to prosecute. *See* Second Amended CMO-32, Dkt. 26952 at ¶ 3.

Based on the foregoing, **IT IS HEREBY ORDERED THAT** the cases identified in **Exhibit A** are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.

**SO ORDERED** this _____ day of _____ 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.