**EXHIBIT A**

[Second Amended Proposed] Order on CMO-32 Notice of Noncompliance (Dkt. 26937)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 1. | Jennings, Barbara | 1:16-cv-00238 | THE NATIONS LAW FIRM |
| 2. | Higginbotham, Tammie | 1:17-cv-00590 | FLINT COOPER, LLC |
| 3. | Bennett, Andrew James | 1:17-cv-01188 | THE NATIONS LAW FIRM |
| 4. | Taylor, Heather | 1:17-cv-01418 | GOMEZ TRIAL ATTORNEYS |
| 5. | Stevenson, Victoria Maddox | 1:17-cv-02232 | CORY WATSON, P.C. |
| 6. | Aratoonian, Hamik | 1:17-cv-03479 | RAY HODGE & ASSOCIATES, L.L.C. |
| 7. | Schuller, Elizabeth R. | 1:19-cv-00551 | THE SEIDEMAN LAW FIRM, PC |
| 8. | Cosby, Otis | 1:19-cv-00555 | THE SEIDEMAN LAW FIRM, PC |
| 9. | Morales, Maria aka Maria Morales Hernandez | 1:19-cv-01685 | RAY HODGE & ASSOCIATES, L.L.C. |
| 10. | Schmidt, Ivana | 1:19-cv-03268 | THE SEIDEMAN LAW FIRM, PC |
| 11. | Wilkison, William | 1:19-cv-04427 | RAY HODGE & ASSOCIATES, L.L.C. |
| 12. | Salazar, Cathie Ann | 1:20-cv-00544 | THE SEIDEMAN LAW FIRM, PC |
| 13. | Hammers, Jim | 1:20-cv-02161 | RAY HODGE & ASSOCIATES, L.L.C. |