UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 13, 2026
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Case:

Michael Dolacky and Pamela Dolacky
Civil Case No. 1:17-cv-02119-RLY-TAB

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Cook Defendants, through their undersigned counsel, that all claims in this case be dismissed with prejudice and each party shall bear its own fees and costs.

Dated: November 6, 2025

By: */s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll No.: 506409
Harding Mazzotti LLP
1 Wall Street
Albany, New York 12205
Telephone: (518) 862-1200
Facsimile: (518) 724-0440
Email: rrbivccook@1800law1010.com

*Attorneys for Plaintiffs*

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Andrea.Pierson@FaegreDrinker.com

*Attorneys for Defendants*