UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Helen Stevens

Civil Case # 1:16-cv-03238-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Cecil Pruitt, surviving son of Plaintiff-decedent Helen Stevens, and files this motion to substitute. Cecil Pruitt is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Helen Stevens filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on November 29, 2016.

2. Plaintiff Helen Stevens died on or about October 3, 2025.

3. On October 16, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27266. Plaintiff's counsel recently learned of the death of Helen Stevens after contacting her son.

4. Cecil Pruitt, surviving son of Helen Stevens, is the proper party plaintiff to substitute for Plaintiff-decedent Helen Stevens and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a

party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Cecil Pruitt, as Heir and Representative of the Estate of Helen Stevens, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Cecil Pruitt, as Heir and Representative of the Estate of Helen Stevens, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Helen Stevens is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Cecil Pruitt, as Heir and Representative of the Estate of Helen Stevens, Deceased, as Party Plaintiff for Helen Stevens; (2) the Court grant leave to file the attached Second Amended Short Form Complaint; Case 1:16-cv-03238-RLY-TAB; and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: January 14, 2026.

2

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon