IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to:<br><br>Marlies M. Jung, Case No. 1:13-cv-00925 | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 16, 2026.

By: */s/ Teresa C. Toriseva*
  Teresa C. Toriseva
  TORISEVA LAW
  1446 National Road
  Wheeling, WV 26003
  Phone: (304) 238-0066
  Fax: (304) 238-0149
  Email: justice@torisevalaw.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
  Andrea Roberts Pierson
  Faegre Drinker Biddle & Reath, LLP
  300 North Meridian Street, Suite 2500
  Indianapolis, IN 46204
  Phone: (317) 237-0300
  Fax: (317) 237-1000
  andrea.pierson@faegredrinker.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*