**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                    MDL No. 2570
PRODUCTS LIABILITY LITIGATION

---

This Document Relates to:

Lisa Garlen

Civil Case # 1:26-cv-07134-RLY-TAB

---

### NOTICE OF APPEARANCE

To:      The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Lisa Garlen.


Dated: January 16, 2026.                          Respectfully submitted,

                                                  */s/ Thomas Wm. Arbon*
                                                  Thomas Wm. Arbon, TX Bar No. 01284275
                                                  **Ben Martin Law Group, PLLC**
                                                  3500 Maple Avenue, Suite 400
                                                  Dallas, TX 75219
                                                  Tel.:  (214) 761-6614
                                                  Fax:  (214) 744-7590
                                                  tarbon@bencmartin.com

                                                  ***Attorney for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
