UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Lorraine Benedetto

Civil Case # 1:17-cv-03989-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Lori Mihalov, surviving daughter of Plaintiff-decedent Lorraine Benedetto, and files this motion to substitute. Lori Mihalov is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Lorraine Benedetto filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on October 31, 2017.

2. Plaintiff Lorraine Benedetto died on or about July 12, 2024.

3. On October 20, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27280. Plaintiff's counsel recently learned of the death of Lorraine Benedetto after contacting her daughter.

4. Lori Mihalov, surviving daughter of Lorraine Benedetto, is the proper party plaintiff to substitute for Plaintiff-decedent Lorraine Benedetto and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1),

stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5.  Plaintiff thus moves to substitute Lori Mihalov, as Executrix of the Estate of Lorraine Benedetto, Deceased, as Plaintiff in the present action.

6.  Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Lori Mihalov, as Executrix of the Estate of Lorraine Benedetto, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Lorraine Benedetto is now deceased.

7.  A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8.  Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Lori Mihalov, as Executrix of the Estate of Lorraine Benedetto, Deceased, as Party Plaintiff for Lorraine Benedetto; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-03989-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: January 16, 2026.

2

       Respectfully Submitted,

       */s/ Thomas Wm. Arbon*
       Thomas Wm. Arbon, TX Bar No. 01284275
       **Ben Martin Law Group, PLLC**
       3500 Maple Avenue, Suite 400
       Dallas, TX 75219
       Tel.: (214) 761-6614
       Fax: (214) 744-7590
       tarbon@bencmartin.com

       ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

       */s/ Thomas Wm. Arbon*
       Thomas Wm. Arbon