IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to:

*Robert Jeffrey Arrington*, 1:18-cv-03991

_____

**COOK DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY BRIEF REGARDING PLAINTIFF ROBERT ARRINGTON'S BELATED RESPONSE TO PENDING MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") move the Court for an extension of time to file their reply brief in support of the Cook Defendants' Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest Cases (the "Motion"), Dkt. 27529.  Specifically, Cook requests that it have until **January 26, 2026**, to file a reply brief.  In support, Cook states:

1. Cook filed its motion on December 18, 2025.  The motion applies to 10 Plaintiffs who received the Bird's Nest filter, including Plaintiff Robert Jeffrey Arrington.  *Id.*

2. On January 7, 2026, the Cook Defendants filed an omnibus reply brief noting that they agreed to an extension with Plaintiff Heard (Estate) and that no other Bird's Nest Plaintiffs (including Plaintiff Arrington) responded by the applicable January 2, 2026 deadline. *See* Dkt. 27569.

3. On January 12, 2026, Plaintiff Arrington filed a belated response brief, which includes a request for the Court to "retroactively grant an extension of time" and also discusses plans for amending the complaint but without asking for leave to amend. *See* Dkt. 27581.

4. The Court has not issued any orders regarding the relief requested in Plaintiff Arrington's response in opposition.

5. Under Local Rule 7-1(c)(3),[1] response briefs are due in 14 days and reply briefs are due in 7 days. To the extent Plaintiff's response brief is construed as a motion for extension of time or a motion for leave to amend, the response time would be 14 days. *Id.*

6. The Cook Defendants hereby inform the Court they intend to specifically respond to Plaintiff Arrington's opposition brief and the relief requested therein in a single reply brief.

7. Additional time is needed for the Cook Defendants to finalize their brief and obtain client approval for the filing.

8. The Cook Defendants respectfully ask the Court to extend the deadline by allowing the Cook Defendants until January 26, 2026 to file their reply brief in response to Plaintiff Arrington's opposition brief.

For the foregoing reasons, Cook respectfully requests that the Court provide Cook until **January 26, 2026**, to file a reply brief specific to Plaintiff Arrington regarding the pending Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest cases.

Dated: January 20, 2026

Respectfully submitted,

/s/ Jessica Benson Cox
Andrea Roberts Pierson

---

[1] Motions to dismiss brought under Rule 12(b) and motions for summary judgment brought under Rule 56 have different deadlines, but the Cook Defendants filed the pending Motion under Rule 12(c), which falls under the "Oher Motions" category in L.R. 7-1(c)(3).

Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2026, a copy of the foregoing document was filed electronically. Parties may access this filing through the Court's electronic records system.

*/s/ Jessica Benson Cox*
Jessica Benson Cox
