**EXHIBIT B**
Amended Notice of Final Bellwether Pool List

|     | Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Additional Co-Counsel |
|-----|-----------|--------------|--------------|------------|------------------------|
| 1.  | Blish, Angela | 1:21-cv-00897 | Hammers Law Firm, LLC | | |
| 2.  | Boutin, Lois | 1:21-cv-00832 | Simon Greenstone Panatier, PC | | |
| 3.  | Brazzle, Johnny | 1:20-cv-00199 | Wagstaff & Cartmell, LLP | | |
| 4.  | Butler, Ethel* | 1:19-cv-00552 | Marc J. Bern & Partners, LLP | | |
| 5.  | Carpenter, Virginia | 1:19-cv-03658 | Hammers Law Firm, LLC | | |
| 6.  | Charter, Amanda | 1:23-cv-00190 | Hammers Law Firm, LLC | | |
| 7.  | Grant, Nathaniel | 1:21-cv-06552 | Hammers Law Firm, LLC | | |
| 8.  | Hawkins, Tommy | 1:18-cv-02236 | Marc J. Bern & Partners, LLP | | |
| 9.  | Knight, Lillie & John | 1:17-cv-02883 | Hotze Runkle, PLLC | | |
| 10. | Martin, Cynthia | 1:22-cv-06881 | Hammers Law Firm, LLC | | |
| 11. | Parisi, Louis Jr. | 1:22-cv-06817 | Hammers Law Firm, LLC | | |
| 12. | Pooley, Barbara J. & Steven | 1:20-cv-00780 | Simon Greenstone Panatier, P.C. | | |
| 13. | Santos, Jaye** | 1:21-cv-02427 | Ben Martin Law Group, PLLC | | |
| 14. | Snyder, Barbara** | 1:19-cv-02570 | Ben Martin Law Group, PLLC | | |
| 15. | Wells, Deborah | 1:23-cv-00002 | Hammers Law Firm, LLC | | |

DMS_US.375367988.3