**EXHIBIT C**
Amended Notice of Final Bellwether Pool List

|  | Plaintiff | Cause Number | Lead Counsel | Co-Counsel | Selected by |
|---|---|---|---|---|---|
| 1. | Delgado, Jamie & Frankie | 1:17-cv-00745 | Goldenberg Law, PLLC | | Plaintiffs |
| 2. | Eberz, Ronald M. Jr. | 1:16-cv-01533 | Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Ben Martin Law Group, PLLC | Plaintiffs |
| 3. | Evans, Laura | 1:20-cv-03194 | McSweeney Langevin LLC | | Defendants |
| 4. | Evans, Ronald | 1:19-cv-02900 | Ben Martin Law Group, PLLC | The Moody Law Firm, Inc. | Plaintiffs |
| 5. | Fakhry, Entessar | 1:19-cv-02012 | McSweeney Langevin LLC | | Defendants |
| 6. | Hall, Raizel | 1:22-cv-06934 | Ben Martin Law Group, PLLC | | Plaintiffs |
| 7. | Mitchell, Nelda | 1:21-cv-00285 | Ben Martin Law Group, PLLC | | Plaintiffs |
| 8. | Morgan, Theresa | 1:19-cv-03669 | McSweeney Langevin LLC | | Defendants |
| 9. | Norman, Talisha | 1:24-cv-07117 | Ben Martin Law Group, PLLC | | Plaintiffs |
| 10. | Otto, Mark | 1:21-cv-00977 | McSweeney Langevin LLC | | Defendants |
| 11. | Peterson, Knanila | 1:17-cv-01281 | Goldenberg Law, PLLC | | Plaintiffs |
| 12. | Redden, Staci | 1:22-cv-00904 | Ben Martin Law Group, PLLC | | Plaintiffs |
| 13. | Reyes, David | 1:20-cv-01761 | Ben Martin Law Group, PLLC | | Defendants |
| 14. | Smith, Kathy J. | 1:22-cv-06809 | McSweeney Langevin LLC | | Defendants |
| 15. | Throw, James | 1:19-cv-01397 | Wagstaff & Cartmell, LLP | | Defendants |
| 16. | Turner, Elvin Shane | 1:19-cv-03408 | Law Offices of Donald G. Norris | | Defendants |

DMS_US.375432265.2