IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 21, 2026
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| Wendy Lee-Macias, Case No. 1:16-cv-02746 | |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 16, 2026.

By: */s/ Randi Kassan*
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: (516) 741-0128
Email: rkassan@milberg.com

*Attorney for Plaintiff*

By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath, LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
Fax: (317) 237-1000
andrea.pierson@faegredrinker.com

*Attorney for Defendants*