# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

_____

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to the Following Actions:

*Robert Jeffrey Arrington*, 1:18-cv-03991

_____

## ORDER

On January 20, 2026, the Cook Defendants filed a motion for extension of time to file an individual reply brief in support of their pending Motion for Judgment on the Pleadings Based on Federal Preemption in Bird's Nest Cases (Dkt. 27529). The Cook Defendants intend to respond to the opposition brief filed by Plaintiff Arrington and the relief requested by Plaintiff Arrington therein in reply brief specific to his case. The Court, having reviewed the motion and being duly advised, hereby **GRANTS** the Motion [Filing No. 27632], finding it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including January 26, 2026 to file the their reply brief regarding Plaintiff Arrington's case.

Date: 1/22/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record