IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to All Actions | |

**ORDER ON JANUARY 21, 2026, TELEPHONIC STATUS CONFERENCE**

The Court held a telephonic status conference January 21, 2026, to discuss settlement of the Curtis Law Group inventory of cases. The parties appeared by counsel. Discussions held. Conference concluded without further order.

Date: 1/21/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.