IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This Document Relates to Plaintiff Victoria Looper Case No. 1:16-cv-03510 | |

### ORDER PURSUANT TO PLAINTIFF VICTORIA LOOPER'S REQUEST FOR LEAVE TO FILE A LONGER SURREPLY PURSUANT TO CMO 28 AND RULE 56(d)(3)

This matter is before the Court on the Plaintiff's Request for Leave to File a Longer Surreply pursuant to Case Management Order 28 and Rule 56(d)(3). The Court, being duly advised and with good cause shown, hereby grants the motion. [Filing No. 27490.]

IT IS THEREFORE ORDERED that Plaintiff's Longer Surreply pursuant to Case Management Order 28 and Rule 56(d)(3) filed at Filing No. 27490 is hereby accepted and is deemed filed as of the date of the original filing, December 2, 2025.

Date: 1/21/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.