IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the following cases:

ELLIS LEE MCQUEARY        Case No. 1:20-cv-06290-RLY-TAB

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference **at 3 p.m. (Eastern Time) on February 19, 2026**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff, Ellis Lee McQueary shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Ben C. Martin, Thomas Wm. Arbon, and the law firm of Ben Martin Law Group, PLLC and Colette McEldowney, and the law firm of Rueb Stoller Daniel's motion to withdraw as counsel of record [Filing Nos. 27475, 27487].

Date: 1/21/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ben C. Martin is required to serve Plaintiff Ellis Lee McQueary.