IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------X

TASKHEER HUSSAIN,

                            Plaintiff,

            -against-

COOK GROUP INCORPORATED, COOK MEDICAL
INCORPORATED a/k/a COOK MEDICAL, INC., COOK
MEDICAL LLC, COOK INCORPORATED, MEDICAL
ENGINEERING & DEVELOPMENT INSTITUTE
INCORPORATED, COOK MEDICAL TECHNOLOGIES
LLC, COOK DENMARK INTERNATIONAL ApS, COOK
DENMARK HOLDING APS, COOK GROUP EUROPE ApS,
COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,
                                                    Defendants.
---------------------------------------------------------------------------X

Master Case No.: 1:14-ml-2570
Case No. 1:17-cv-6062

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the annexed affidavit of Christopher M. Glass., duly

sworn on the 22nd day of January, 2026, and upon the pleadings and proceedings heretofore

had herein, the undersigned will move this Court, before the Honorable Richard L. Young,

United States District Court, Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN,

46204, on the 25th day of February, 2026, at 9:30 o'clock in the forenoon of that day or at a time

and date to be set by this Honorable Court, for an Order, pursuant to Local Rule 83-7, (1)

permitting Rappaport, Glass, Levine & Zullo, LLP to withdraw as counsel for the Plaintiff,

TASKHEER HUSSAIN; (2) staying proceedings in this matter for a period of forty-five (45)

days to allow Plaintiff to retain new counsel; and (3) for such other and further relief as to this

Court may deem just and proper.

Please take further notice that all responses to this motion, if any, shall be provided within

10 days of service of this motion pursuant to Rule 27(a)(3) of the Federal Rules of Civil Procedure,

or in such other time that is prescribed by the Court.

Dated: January 22, 2026
       Islandia, NY

_____
Christopher  M. Glass
Counsel for the Plaintiff
Rappaport, Glass, Levine & Zullo
1355 Motor Parkway
Islandia, NY 11749
631-293-2300
cglass@rapplaw.com