# EXHIBIT 1



**RGLZ**
PERSONAL INJURY LAW

May 31, 2022

Charles J. Rappaport
Michael G. Glass
Michael S. Levine
Matthew J. Zullo
Thomas P. Valet

Christopher M. Glass
Brian P. Murphy
Brendan M. Ahern

Of Counsel
W. Russell Corker
Michael R. Greene

FIRST CLASS AND CERTIFIED MAIL

Mr. Taskheer Hussain
2145 Ocean Avenue, Apt. C6
Brooklyn, NY 11224

Re:   Hussain, Taskheer v. Cook Group, et al.
      Our File No.:   2311TPV

Dear Mr. Hussain

Please be advised that it is our intention to make an application to the Court to withdraw as your attorneys with regard to your claim against Cook arising out of your use of their IVC filter. Please do not hesitate to contact me to discuss the reasons for our position on your case at (631) 293-2300.

Very truly yours,

RAPPAPORT, GLASS, LEVINE & ZULLO, LLP

CHRISTOPHER M. GLASS
CMG:emn

*Please send all correspondence to the Islandia office.*

1355 Motor Parkway
Islandia, NY 11749
T: 631.293.2300

733 Third Ave., 16th Floor
New York, NY 10017
T: 212.921.5200

RGLZLaw.com
T: 800.734.9445
F: 631.293.2918

