**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------X
TASKHEER HUSSAIN,

                        Plaintiff,

       -against-

COOK GROUP INCORPORATED, COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL LLC, COOK INCORPORATED, MEDICAL ENGINEERING & DEVELOPMENT INSTITUTE INCORPORATED, COOK MEDICAL TECHNOLOGIES LLC, COOK DENMARK INTERNATIONAL ApS, COOK DENMARK HOLDING APS, COOK GROUP EUROPE ApS, COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

                        Defendants.
---------------------------------------------------------------------------X

Case No. 1:17-cv-6062
MDL: 2570

**PROPOSED ORDER**

       The Court having read and considered the Affidavit of Christopher M. Glass dated January 15, 2026, in Support of Plaintiff's counsel's Motion for leave of Court to withdraw as counsel for the Plaintiff, it is hereby:

       ORDERED, that RAPPAPORT, GLASS, LEVINE & ZULLO, LLP be permitted to withdraw as counsel for the plaintiff TASKHEER HUSSAIN in the above captioned action; and it is further

       ORDERED, that there shall be a stay in this proceeding for forty-five (45) days to allow time for Plaintiff TASKHEER HUSSAIN to retain new counsel to represent him in this action.

Dated: February _____, 2026

                                                                        _____
                                                                          United States District Judge

**CERTIFICATE OF SERVICE:**

Service will be made electronically on all
ECF registered counsel of record via email
Generated by the Court's ECF system.

Service on the listed individuals will be made in the traditional manner via 1st Class Mail:
Taskheer Hussain – 2145 Ocean Avenue, Apt C6, Brooklyn, NY 11224