**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Francine Ptak

Civil Case # 1:17-cv-00789-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR**
**LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Whitney Ptak, surviving daughter of Francine Ptak, and files this motion to substitute. Whitney Ptak is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Francine Ptak filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on March 15, 2017.

2. Plaintiff Francine Ptak died on or about April 7, 2021.

3. On October 28, 2025, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27340. Plaintiff's counsel recently learned of the death of Francine Ptak after contacting her daughter.

4. Whitney Ptak, surviving daughter of Francine Ptak, is the proper party plaintiff to substitute for Plaintiff-decedent Francine Ptak and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.

A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Whitney Ptak, as Heir and Representative of the Estate of Francine Ptak, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Whitney Ptak, as Heir and Representative of the Estate of Francine Ptak, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Francine Ptak is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Whitney Ptak, as Heir and Representative of the Estate of Francine Ptak, Deceased, as Party Plaintiff for Francine Ptak; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:17-cv-00789-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: January 26, 2026.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

# CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon