UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                 MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____          The Court hereby grants this notice/motion to
                                                   withdraw its Motion for Judgment on the Pleadings
                                                   in No Injury Cases. [Filing No. 27575.]   IT IS
This Document Relates Only to the Following Cases  THEREFORE ORDERED that Filing No. 27575 is
                                                   hereby withdrawn.

Kelley, Wilbur – 1:17-cv-03430
Baker, Patricia – 1:23-cv-00722                    Tim A. Baker, U.S. Magistrate Judge
                                                   Dated:  1/27/2026
_____

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION

The Cook Defendants hereby withdraw their January 9, 2026, Motion for Judgment on the

Pleadings in No Injury Cases. *See* Dkt. 27575. The Cook Defendants reserve the right to renew

this motion or bring a similar motion at a later point in the litigation.


                                          Respectfully submitted,

Dated:  January 9, 2026                    /s/ *Jessica Benson Cox*
                                          Jessica Benson Cox
                                          Andrea Roberts Pierson
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          300 North Meridian Street, Suite 2500
                                          Indianapolis, Indiana  46204
                                          Telephone:  (317) 237-0300
                                          Andrea.Pierson@FaegreDrinker.com
                                          Jessica.Cox@FaegreDrinker.com

                                          James Stephen Bennett
                                          FAEGRE DRINKER BIDDLE & REATH LLP
                                          110 West Berry Street, Suite 2400
                                          Fort Wayne, Indiana  46802
                                          Telephone:  (260) 424-8000
                                          Stephen.Bennett@FaegreDrinker.com

                                          *Attorneys for Defendants Cook Incorporated,*
                                          *Cook Medical LLC, and William Cook Europe*
                                          *ApS*