> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 28, 2026
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Benny Mook Colon, Case No. 1:19-cv-01103 | |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 27, 2026.

| | |
|---|---|
| By: */s/ Bobby Saadian*<br>Bobby Saadian<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010<br>213-381-9988<br>Fax: 213-381-9989<br>Email: masstorts@wilshirelawfirm.com<br><br>*Attorney for Plaintiffs* | By: */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath, LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, IN 46204<br>Phone: (317) 237-0300<br>Fax: (317) 237-1000<br>andrea.pierson@faegredrinker.com<br><br>*Attorney for Defendants* |