IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is dismissed with prejudice.
> DATED: Jan 28, 2026
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br><br>Anthony Smith | 1:19-cv-2483 |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: January 26, 2026.

| | |
|---|---|
| */s/ Martin P. Schrama (with permission)*<br>Martin P. Schrama, NJ #039581997<br>Stark & Stark, P.C.<br>100 American Metro Blvd.<br>Hamilton, NJ 08619<br>Telephone: (609) 895-7261<br>Fascimile: (609) 895-7395<br>Email: mschrama@stark-stark.com<br><br>**Attorney for Plaintiff** | */s/ Erica K. Drew*<br>Erica K. Drew, Esq., #30589-29<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: erica.drew@faegredrinker.com<br><br>**Attorney for Defendants** |