IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ACKNOWLEDGED. Case is dismissed with prejudice.
DATED: Jan 28, 2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

1:17-cv-01578

Maria Richter, and Carl Richter, her husband

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  January 26, 2026.

*/s/ Martin P. Schrama (with permission)*
Martin P. Schrama, NJ #039581997
Stark & Stark, P.C.
100 American Metro Blvd.
Hamilton, NJ 08619
Telephone: (609) 895-7261
Fascimile:  (609) 895-7395
Email: mschrama@stark-stark.com

**Attorney for Plaintiff**

*/s/ Erica K. Drew*
Erica K. Drew, Esq., #30589-29
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email: erica.drew@faegredrinker.com

**Attorney for Defendants**