AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| TODD CURTIS DAVIDSON ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-00041 |
| COOK MEDICAL INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TODD DAVIDSON                                                                                          .

Date:   01/30/2026

/s/ Manuel Amill
*Attorney's signature*

Manuel Amill, USDC PR 229809
*Printed name and bar number*
Napoli Shkolnik, PLLC
1302 Ponce De Leon Ave.,
Santurce, Puerto Rico 00907

*Address*

MAmill@nsprlaw.com
*E-mail address*

(787) 493-5088
*Telephone number*

(646) 843-7603
*FAX number*