# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>HUEY VICE<br>    Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>    Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:16-cv-01742 |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

The Court has considered Plaintiff's Motion to Substitute Party Plaintiff and for Leave to File Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27506.]

IT IS THEREFORE ORDERED that: (1) Allison Vice, as Representative of the Estate of Huey Vice, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and, (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 2/3/2026

                                        Tim A. Baker
                                        United States Magistrate Judge
                                        Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.