IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiffs
The Estate of Thomas Clark and Karen M. Clark

Civil Case # 1:16-cv-02642-RLY-TAB

### FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW the Plaintiff named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Thomas Clark

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   Karen M. Clark

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   J. Maria McCoy, Esq., administrator of the Estate of Thomas Clark

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   Georgia

1

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

   Georgia

6. Plaintiff's/Deceased Party's current state of residence:

   Georgia

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court, Northern District of Georgia

8. Defendants (Check Defendants against whom Complaint is made):

   ☒ COOK INCORPORATED

   ☒ COOK MEDICAL LLC

   ☒ WILLIAM COOK EUROPE APS

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   23

   b. Other allegations of jurisdiction and venue:

   N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

2

☐      Other:

11. Date of Implantation as to each product:

   March 29, 2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Saint Joseph's Hospital, Atlanta, Georgia

13. Implanting Physician(s):

   Dr. Joseph I. Zarge

14. Counts in the Master Complaint brought by Plaintiff(s):

   ☒      Count I:      Strict Products Liability – Failure to Warn

   ☒      Count II:      Strict Products Liability – Design Defect

   ☒      Count III:      Negligence

   ☒      Count IV:      Negligence Per Se

   ☒      Count V:      Breach of Express Warranty

   ☒      Count VI:      Breach of Implied Warranty

   ☒      Count VII:      Violations of Applicable Nevada and Indiana Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

   ☒      Count VIII:      Loss of Consortium

   ☒      Count IX:      Wrongful Death

   ☐      Count X:      Survival

   ☒      Count XI:      Punitive Damages

   ☐      Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐     Other: _____ (please state the facts supporting

this Count in the space, immediately below)

15. Attorney for Plaintiff:

Joseph N. Williams

16. Address and bar information for Attorney for Plaintiff(s):

Williams Law Group, LLC, 1101 N. Delaware St., Suite 200, Indianapolis, Ind. 46202

Joseph N. Williams Indiana Bar No. 25874-49

        Respectfully submitted,

        WILLIAMS LAW GROUP, LLC

        */s/ Joseph N. Williams*
        Joseph N. Williams, IN Atty. No. 25874-49
        1101 N. Delaware St., Ste. 200
        Indianapolis, Indiana 46202
        Telephone: (317) 633-5270
        Facsimile: (317) 426-3348
        jwilliams@williamsgroup.law

        *Lead Counsel for Plaintiff*