IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                     MDL No. 2570
_____

This Document Relates to All Actions
_____

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 9 a.m. Eastern Standard Time on March 3, 2026.**  Parties shall participate in this conference by counsel.  The call-in instructions will be issued by separate order.  The purpose of this conference is to discuss settlement of the Flint Cooper Thompson Miracle inventory of cases.

Date: 2/4/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.