IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                CASE NO.1:14-ml-2570-RLY-TAB

_____                    MDL No. 2570

This Document Relates to Plaintiff(s)
Ruth Willemain and Paul Peloquin_____
Civil Case #  __17-cv-4441-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR
LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

The Court has considered the Motion to Substitute Party Plaintiff and for Leave to File

First Amended Short Form Complaint, and the Court, being duly advised in the premises, now

GRANTS the motion. [Filing No. 27553.]

IT IS THEREFORE ORDERED that: (1) David A. Tetreault, as Personal Representative

of the Estate of Ruth Willemain, Deceased, is substituted as Plaintiff in the above-referenced

action; (2) Plaintiff is hereby granted leave to file a First Amended Short Form Complaint; and,

(3) the First Amended Short Form Complaint is hereby deemed filed as of the date of this order.

The Clerk of the Court is directed to file the First Amended Short Form Complaint into the

record in this matter.

Date: 2/5/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.