IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

CASE NO.1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
David A. Tetreault, as Personal Representative of the Estate of Ruth Willemain
Civil Case #  17-cv-4441-RLY-TAB

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

    Ruth Willemain (deceased)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    David A. Tetreault, Personal Representative of the Estate of Ruth Willemain

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

    Massachusetts

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

      __Massachusetts__

6. Plaintiff's/Deceased Party's current state of residence:

      __Massachusetts__

7. District court and Division in which venue would be proper absent direct filing:

      __District Court of Massachusetts__

8. Defendants (Check Defendants against whom Complaint is made):

    ☒    Cook Incorporated

    ☒    Cook Medical LLC

    ☒    William Cook Europe ApS

9. Basis of Jurisdiction:

    ☒    Diversity of Citizenship

    ☐    Other: _____

    a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    __Paragraphs 6 through 28__

    b. Other allegations of jurisdiction and venue:

    __For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the federal judicial district of each Plaintiff's state of residence. A substantial amount of activity giving rise to the claims occurred in this District, and Defendants may be found within this District. Therefore, venue is proper in this jurisdiction under 28 U.S.C. §1391__

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

☐ Günther Tulip® Vena Cava Filter

☒ Cook Celect® Vena Cava Filter

☐ Günther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

   April 17, 2013

12. Hospital(s) where Plaintiff was implanted (including City and State):

   Baystate Health, Springfield, Massachusetts

13. Implanting Physician(s):

   Sang W. Rhee

14. Counts in the Master Complaint brought by the Plaintiffs:

   ☐ Count I:     Strict Products Liability – Failure to Warn

   ☐ Count II:    Strict Products Liability – Design Defect

   ☒ Count III:   Negligence

   ☒ Count IV:   Negligence *Per Se*

   ☒ Count V:    Breach of Express Warranty

   ☒ Count VI:   Breach of Implied Warranty

   ☒ Count VII:  Violations of Applicable Massachusetts Law Prohibiting

      Consumer Fraud and Unfair and Deceptive Trade Practices; M.G.L. c. 93A

☐ Count VIII:   Loss of Consortium

☐ Count IX:    Wrongful Death

☐ Count X:     Survival

☐ Count XI:    Punitive Damages

☐ Other: _____ (please state the facts supporting this

Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this

Count in the space, immediately below)

_____

15. Attorney for Plaintiff(s):

Marilyn T. McGoldrick

16. Address and bar information for Attorney for Plaintiff(s):

Marilyn T. McGoldrick, MA Bar No. 561766

Thornton Law Firm LLP, 84 State Street., 4th Floor, Boston, MA 02109


Date:  December 23, 2025

                                                Respectfully submitted,

                                                By:  /s/ Marilyn T. McGoldrick

                                                Marilyn T. McGoldrick (MA Bar No. 561766)
                                                Thornton Law Firm LLP
                                                84 State Street, 4th Floor
                                                Boston, MA 02109
                                                (617)720-1333
                                                (617)720-2445 (Fax)
                                                MMcGoldrick@tenlaw.com
                                                *Attorney for Plaintiffs*