**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC., IVC FILTERS                  Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                                     MDL No. 2570
PRODUCTS LIABILITY LITIGATION

_____

This Document Relates to:

Lorraine Benedetto
_____

Civil Case # 1:17-cv-03989-RLY-TAB

_____

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

The Court has considered the surviving daughter of Plaintiff-decedent Lorraine Benedetto, Lori Mihalov's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27630.]

IT IS THEREFORE ORDERED that:(1) Lori Mihalov, as Executrix of the Estate of Lorraine Benedetto, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a First Amended Short Form Complaint; and, (3) the First Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Date: 2/6/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.