IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to: All Actions

## THE COURT'S BELLWETHER POOL SELECTION PURSUANT TO CASE MANAGEMENT ORDER NO. 34

Pursuant to CMO No. 34, the court selects the following eight cases from the Bellwether Pool List:

>Joyce Bennish, 1:17-cv-00740
>Michael Colantonio, 1:19-cv-02503
>Carrie Grimes, 1:19-cv-01460
>Anthony Jenkins, 1:23-cv-07082
>Deanna Oden, 1:19-cv-04507
>Linda Rexford, 1:21-cv-00471
>Ashly Sproul, 1:19-cv-04452
>Reginald Whiting, 1:19-cv-04970

The court presumes the parties are aware of their obligations under paragraphs 7 and 8 of the CMO. To reiterate, those paragraphs provide:

7. Any plaintiff who wishes to assert a *Lexecon* objection should inform the PSC within **10 days** of the court's selection of the Discovery Pool cases. Objections not made within **15 days** of the court's selection of the Discovery Pool cases will be considered waived.

8. Plaintiffs and the Cook Defendants may each strike four cases from the Discovery Pool. Each side shall file their list of strikes with the

1

court within **21 days** of the court's selection of the Discovery Pool cases.

**SO ORDERED** this 13th day of February 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.