EXHIBIT B

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|---|---|---|---|
| 1. | Caldwell, Robert | 1:15-cv-01546 | DR. SHEZAD MALIK LAW OFFICE |
| 2. | Covington, Charles | 1:16-cv-00481 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 3. | Peterson-Dockett, Whitney | 1:16-cv-01172 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 4. | Edgerton, Haywood | 1:16-cv-01330 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 5. | Randall, Susan | 1:16-cv-02607 | FENSTERSHEIB LAW GROUP, P.A. |
| 6. | Campbell, Glendolyn [ESTATE OF] | 1:16-cv-02664 | THE MOODY LAW FIRM, INC. |
| 7. | DiFabio, Margherita | 1:16-cv-03229 | FERRER POIROT & WANSBROUGH |
| 8. | Istre, Gene | 1:16-cv-03322 | CURTIS LAW GROUP |
| 9. | Nigh, Elizabeth | 1:16-cv-03341 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 10. | Councilman, Marsha | 1:16-cv-03447 | GRUBER & GRUBER |
| 11. | Nelcamp, Maryann | 1:17-cv-00156 | THE MOODY LAW FIRM, INC. |
| 12. | English, Kevin | 1:17-cv-00172 | BERTRAM & GRAF, L.L.C. |
| 13. | Jeanpierre, Landry | 1:17-cv-00473 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 14. | Ptak, Francine | 1:17-cv-00789 | THE MOODY LAW FIRM, INC. |
| 15. | Harris, Theopolis | 1:17-cv-01306 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 16. | Hackett, Mary | 1:17-cv-01416 | BERTRAM & GRAF, L.L.C. |
| 17. | Vance, Donald | 1:17-cv-01585 | CHILDERS, SCHLUETER & SMITH LLC |
| 18. | Toquinto, Nicholas William | 1:17-cv-02537 | DR. SHEZAD MALIK LAW OFFICE |

**EXHIBIT B**

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 19. | Simmons, James | 1:17-cv-02567 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 20. | Rucker, DiAnna | 1:17-cv-02797 | BERTRAM & GRAF, L.L.C. |
| 21. | Jackson, Willie and Joyce | 1:17-cv-02884 | THE MOODY LAW FIRM, INC. |
| 22. | Winston, Kristie | 1:17-cv-03053 | FERRER POIROT & WANSBROUGH |
| 23. | Lynch, Cynthia | 1:17-cv-03101 | THE MOODY LAW FIRM, INC. |
| 24. | Davis, Loretta | 1:17-cv-03365 | MARC J. BERN & PARTNERS, LLP |
| 25. | Williams, Lee Arthur | 1:17-cv-03370 | MARC J. BERN & PARTNERS, LLP |
| 26. | Varady, Robin | 1:17-cv-03442 | BERTRAM & GRAF, L.L.C. |
| 27. | Alvey, Linda | 1:17-cv-03465 | MARC J. BERN & PARTNERS, LLP |
| 28. | Griffin, Amy Indira | 1:17-cv-03511 | THE NATIONS LAW FIRM |
| 29. | Payne, Shannon | 1:17-cv-03628 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 30. | Sjoerdmsa, Clyde | 1:17-cv-03647 | CHILDERS, SCHLUETER & SMITH LLC |
| 31. | Berger, Vicki | 1:17-cv-03675 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 32. | Phillippi, William R. [ESTATE] | 1:17-cv-03733 | MARC J. BERN & PARTNERS, LLP |
| 33. | Wilson, Melinda L. | 1:17-cv-03891 | BERTRAM & GRAF, L.L.C. |
| 34. | Howard, Devin | 1:17-cv-04001 | MARC J. BERN & PARTNERS, LLP |
| 35. | Wilson, William L. (4004) | 1:17-cv-04004 | BERTRAM & GRAF, L.L.C. |
| 36. | Devers, Sandra K. | 1:17-cv-04023 | BERTRAM & GRAF, L.L.C. |
| 37. | Williams, Christie | 1:17-cv-04090 | CURTIS LAW GROUP |

**EXHIBIT B**

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

| | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 38. | Dumont, Paul | 1:17-cv-04094 | CURTIS LAW GROUP |
| 39. | Blair, Mary Lou | 1:17-cv-04105 | MARC J. BERN & PARTNERS, LLP |
| 40. | Bancroft, Lori | 1:17-cv-04312 | THE MOODY LAW FIRM, INC. |
| 41. | Ball, Rebecca and Chester | 1:17-cv-04606 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 42. | Minnella, Michael and Patricia | 1:17-cv-04614 | THE MOODY LAW FIRM, INC. |
| 43. | Medina, Juanita & Justino | 1:17-cv-04682 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 44. | Moore, Kelvin | 1:17-cv-04735 | SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP |
| 45. | Babb, Ivan | 1:17-cv-04743 | MARC J. BERN & PARTNERS, LLP |
| 46. | Robbins, Melissa | 1:17-cv-04768 | MARC J. BERN & PARTNERS, LLP |
| 47. | Knapp, Ivan | 1:18-cv-00253 | THE MOODY LAW FIRM, INC. |
| 48. | Leidy, Stephen | 1:18-cv-00780 | WAGSTAFF & CARTMELL, LLP |
| 49. | Brundydge, Shelly | 1:18-cv-00818 | THE MOODY LAW FIRM, INC. |
| 50. | Holcomb, Debora | 1:18-cv-01070 | MARC J. BERN & PARTNERS, LLP |
| 51. | Cunningham, Andrew | 1:18-cv-01154 | LEVIN SIMES LLP |
| 52. | Osborne, Yolanda | 1:18-cv-01273 | BERTRAM & GRAF, L.L.C. |
| 53. | Bruno, Darlene | 1:18-cv-01393 | WAGSTAFF & CARTMELL, LLP |
| 54. | Tatum, Ray | 1:18-cv-01408 | CURTIS LAW GROUP |
| 55. | Bouchie, Elliott | 1:18-cv-01874 | WAGSTAFF & CARTMELL, LLP |
| 56. | Masalskis, Kanetta and James | 1:18-cv-02127 | THE MOODY LAW FIRM, INC. |

**EXHIBIT B**
[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|     | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|-----|---------------|---------------|------------------|
| 57. | Fuhrman, Ronaca | 1:18-cv-02220 | BERTRAM & GRAF, L.L.C. |
| 58. | Lewis, David J. | 1:18-cv-02231 | MARC J. BERN & PARTNERS, LLP |
| 59. | Raybuck, David (ESTATE OF) | 1:18-cv-02541 | THE MOODY LAW FIRM, INC. |
| 60. | Jackson, Gloria | 1:18-cv-02543 | THE MOODY LAW FIRM, INC. |
| 61. | Jones, Florence & James | 1:18-cv-02970 | THE MOODY LAW FIRM, INC. |
| 62. | Schmidt, Carol and Glenn | 1:18-cv-02981 | THE MOODY LAW FIRM, INC. |
| 63. | Mitchell, William and Marsha | 1:18-cv-02987 | THE MOODY LAW FIRM, INC. |
| 64. | Myers, Leon | 1:18-cv-03560 | FERRER POIROT & WANSBROUGH |
| 65. | McFate, Gavin | 1:18-cv-03698 | THE MOODY LAW FIRM, INC. |
| 66. | Bembow, Charlotte | 1:18-cv-03859 | BERTRAM & GRAF, L.L.C. |
| 67. | Kennedy, Melisa | 1:18-cv-04083 | BERTRAM & GRAF, L.L.C. |
| 68. | Rodas, Marlene | 1:19-cv-00167 | BERTRAM & GRAF, L.L.C. |
| 69. | Ross, Willie | 1:19-cv-00660 | THE MOODY LAW FIRM, INC. |
| 70. | Brooks, Jasmia | 1:19-cv-00834 | BERTRAM & GRAF, L.L.C. |
| 71. | Wilson, Ronald | 1:19-cv-00887 | BERTRAM & GRAF, L.L.C. |
| 72. | Fulton, Diane S. | 1:19-cv-01137 | CELLINO & BARNES, P.C. |
| 73. | Crowe, Chad | 1:19-cv-01513 | BERTRAM & GRAF, L.L.C. |
| 74. | Lidwell, Leonard | 1:19-cv-01637 | BERTRAM & GRAF, L.L.C. |
| 75. | White, Germaine D. | 1:19-cv-02280 | HAMMERS LAW FIRM, LLC. |

**EXHIBIT B**

[SECOND AMENDED PROPOSED] Order on Notice of Non-Compliance Concerning Amount-in-Controversy Certification (CMO-32) (Dkt. 27364)

|  | **PLAINTIFF** | **CAUSE NO.** | **LEAD COUNSEL** |
|---|---|---|---|
| 76. | Lopez, Charles | 1:19-cv-03325 | BERTRAM & GRAF, L.L.C. |
| 77. | Taylor, William Jr. (REFILE) | 1:19-cv-03467 | CURTIS LAW GROUP |
| 78. | Ziaja, Paul | 1:19-cv-03469 | CURTIS LAW GROUP |
| 79. | Shook, Carol D. | 1:19-cv-03500 | BERTRAM & GRAF, L.L.C. |
| 80. | Roach, Vilma [ESTATE OF] | 1:19-cv-03786 | CELLINO & BARNES, P.C. |
| 81. | Stevenson, Isabelle and Bertram | 1:20-cv-00497 | MESSA & ASSOCIATES, P.C. |
| 82. | Whiteside, Nikia | 1:20-cv-02554 | THE MOODY LAW FIRM, INC. |
| 83. | Jones, Sheirica D. Ellis | 1:20-cv-03000 | MARC J. BERN & PARTNERS, LLP |
| 84. | Williams, April | 1:21-cv-00599 | FERRER POIROT & WANSBROUGH |
| 85. | Raschke, Carl | 1:21-cv-01975 | FERRER POIROT & WANSBROUGH |
| 86. | Huber, Beverlee | 1:21-cv-06415 | FERRER POIROT & WANSBROUGH |
| 87. | Banales, Mario | 1:21-cv-06455 | FERRER POIROT & WANSBROUGH |
| 88. | Price, Terry | 1:22-cv-06698 | FERRER POIROT & WANSBROUGH |
| 89. | Everton, Leslie | 1:22-cv-06780 | HAMMERS LAW FIRM, LLC. |
| 90. | Cleaves, Joann | 1:22-cv-06898 | BRENES LAW GROUP |
| 91. | Laspia, John | 1:23-cv-00997 | FERRER POIROT & WANSBROUGH |
| 92. | Knosp, Donald | 1:23-cv-06960 | WILLIAMS LAW GROUP, LLC |