**EXHIBIT A**
CMO-32 Notice of Non-Compliance (Dkt. 26937)

|    | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|----|-----------|-----------|--------------|
| 1. | Hidalgo, Mariel | 1:18-cv-02994 | The Moody Law Firm, Inc. |
| 2. | Southern, George Jr. and Edith | 1:18-cv-03575 | The Moody Law Firm, Inc. |
| 3. | Willis, Floyd and Denise | 1:18-cv-03732 | The Moody Law Firm, Inc. |

DMS_US.376048016.1