**EXHIBIT B**

[Third Amended Proposed] Order on CMO-32 Notice of Noncompliance (Dkt. 27489)

|   | PLAINTIFF | CAUSE NO. | LEAD COUNSEL |
|---|---|---|---|
| 1. | Sibley, Harry E. & Rachel | 1:16-cv-00539 | LOMURRO, MUNSON, COMER, BROWN & SCHOTTLAND, LLC |
| 2. | Montgomery, Paul L. & Linda Sue | 1:16-cv-02687 | HEYGOOD, ORR & PEARSON |
| 3. | Parker, Betty L. [ESTATE] | 1:17-cv-02715 | PIERCE SKRABANEK BRUERA, PLLC |
| 4. | Moore, Timothy S. | 1:17-cv-03957 | BLIZZARD & NABERS, L.L.P |
| 5. | Clark, Violet [ESTATE OF] | 1:18-cv-00645 | LOPEZ MCHUGH LLP |
| 6. | Session, Lorraine | 1:21-cv-02031 | FERRER POIROT & WANSBROUGH |
| 7. | Schachte, Helen | 1:21-cv-02435 | FERRER POIROT & WANSBROUGH |