IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No.: 1:14-ml02570-RLYTAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

Daisy Epps

Civil Case No.: 1:17-CV-04710

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local R. 83-7(b), Attorneys Rosemarie Riddell Bogdan and Ronald B. Orlando and the law firm of Harding Mazzotti, LLP, counsel of record for Deceased Plaintiff, Daisy Epps, respectfully moves this Court to allow Harding Mazzotti, LLP and aforementioned attorneys to withdraw as counsel of record for Plaintiff, Daisy Epps on the following grounds:

1. I am an attorney with Harding Mazzotti, LLP, counsel for Plaintiff Daisy Epps in this IVC filter personal injury action, and am fully familiar with the facts and circumstances set forth herein. This motion is filed in good faith for the reasons set forth herein.

2. Plaintiff Daisy Epps, a resident of Schenectady County, New York, retained Harding Mazzotti, LLP on February 12, 2016, to investigate and file a lawsuit against the Cook defendants for injuries caused by a defective Cook IVC Celect filter, which was implanted into Ms. Epps on 2/27/2013. The filter was found to be tilted and perforating the IVC wall with three struts on 6/6/2017.

3.An MDL short form complaint was filed in this Court on 12/21/2017 bearing case no. 1:17-cv-04710-JMS-TAB, where it remains pending.

4.Plaintiff Daisy Epps, a resident of Schenectady County, New York, died of causes unrelated to the Cook IVC filter on 2/22/2019. After we learned of her death, our office hired a company to search for surviving family members and addresses so we could advise them of the requirement to have an Estate set up in Schenectady County, New York, and have a legal representative appointed. We obtained the decedent's children's contact information and used it to correspond with and call them.

5.Despite letters and telephone discussions, none of the family members has taken any action to open an estate and appoint a representative. Attached as **Exhibit A** is documentation of a search done on NYSCEF (New York Courts Electronic Filing System) confirming that no estate has been opened on behalf of Ms. Epps.

6.Since the family has not undertaken any efforts to appoint a duly appointed Estate representative and no member of the family has expressed a willingness or desire to do so, our Firm has no authority to act on behalf of this plaintiff in this action since our attorney- client relationship ended with the death of plaintiff.

7.Despite our repeated efforts, no action to have an authorized estate representative appointed has been undertaken by the family heirs.

8.I recently spoke with Plaintiff's son, Toberius Walls, regarding the need to have an authorized estate representative appointed, and he indicated he is not aware of anyone in the family willing to do so. He indicated he is not interested in establishing an estate for the decedent to continue this case, but did authorize us to notify the Court that further notices regarding this

matter could be directed to him at 736 Albany Street, Apt. 302, Schenectady, New York 12307, as needed once counsel is relieved.

9.  Harding Mazzotti, LLP has sent this Motion to Withdraw by United States certified mail to the decedent's children, Kyeisha Walls, Tikia Wright, Devin Walls, Toberious Walls, and Ervin R. Walls at their last known addresses, thereby informing them of this Motion to Withdraw as per the Certificate of Service.  A copy of the Notice of Motion to Withdraw as Counsel has been filed herewith that contains the known service addresses of the family members.

WHEREFORE, it is respectfully requested that this Court enter an order;

1. Allowing all named counsel and the law firm of Harding Mazzotti, LLP to withdraw as counsel for Plaintiff, Daisy Epps; and

2. Relieving all current counsel of record for Plaintiff from any further obligations; and

3. Directing that all future pleadings, motions, discovery and any and all communications concerning this matter be sent to Plaintiff's son, Toberious Walls at 736 Albany Street, Apt. 302, Schenectady, New York 12307 (Tel. 518-726-7123), or until such time as successor counsel enters an appearance; and

4. For such other and further relief as to this Court may seem just and proper.

Dated: February 19, 2026

Respectfully submitted,

*/s/ Ronald B. Orlando*
Ronald B. Orlando
NDNY Bar Roll Number: 102308
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409

HARDING MAZZOTTI, LLP
1 Wall Street
Albany, New York 12205
Telephone: (518) 862-1200
Email: ronald.orlando@1800law1010.com
rrbivccook@1800law1010.com
**Attorneys for Deceased Plaintiff, Daisy Epps**

CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. I also served a copy of the notice of motion, motion, and proposed order to each party identified on the Notice of Motion via United States certified mail by depositing same into an official depository of the US Postal Service on the above date.

/s/ Ronald B. Orlando_____
Ronald B. Orlando