UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This document relates to:
**All Cases**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83-7, Jessica Benson Cox, respectfully moves to withdraw the appearance of Erica K. Drew and her appearance as counsel of record for Defendants Cook Incorporated (which is alleged in some cases to be doing business as "Cook Medical" or "Cook, Inc."), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as "Cook Medical, Inc."), and William Cook Europe ApS (collectively, the "Cook Defendants") in the master file and in all cases associated with MDL No. 2570 in which her appearance has been entered, and hereby shows the Court as follows:

1.  Local Rule 83-7(c)(4) of this Court provides that "The requirements of sub-paragraphs (2)-(3) [which generally require a written motion for leave to withdraw that fixes the date of the withdrawal seven days after the attorney has provided the client with notice of her intent to withdraw] do not apply when another attorney has appeared and remains of record for that party."

2.  Andrea Roberts Pierson and/or other Faegre Drinker Biddle & Reath LLP attorneys have previously entered their Appearances for the Cook Defendants in every case in this MDL.

DMS_US.376084943.1

3.  The Cook Defendants have been advised that this Motion will be filed and have consented to the withdrawal of Erica K. Drew from all cases associated with this MDL.

Dated: February 20, 2026

                                                Respectfully Submitted,

/s/ *Jessica Benson Cox*
Jessica Benson Cox (IN Atty. No. 26259-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
jessica.cox@faegredrinker.com

Erica K. Drew (IN Atty. No. 30589-29)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
erica.drew@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, a copy of the foregoing Motion To Withdraw Appearance was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                 /s/ *Jessica Benson Cox*