IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

# ORDER ON FEBRUARY 20, 2026, SETTLEMENT CONFERENCE

Plaintiffs appeared by counsel Rhett McSweeney and Defendants appeared in person on February 20, 2026, for a settlement conference of the cases in the inventory of the McSWEENEY/LANGEVIN LAW FIRM in Minneapolis, MN.  Settlement discussions held. Conference concluded without further order.

Date:  2/20/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.