IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------X
IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION
---------------------------------------------------------------------------X
TASKHEER HUSSAIN,

        Plaintiff,

  -against-

COOK GROUP INCORPORATED, COOK MEDICAL
INCORPORATED a/k/a COOK MEDICAL, INC., COOK
MEDICAL LLC, COOK INCORPORATED, MEDICAL
ENGINEERING & DEVELOPMENT INSTITUTE
INCORPORATED, COOK MEDICAL TECHNOLOGIES
LLC, COOK DENMARK INTERNATIONAL ApS, COOK
DENMARK HOLDING APS, COOK GROUP EUROPE ApS,
COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

    Defendants.
---------------------------------------------------------------------------X

Case No. 1:14-ml-2570
RLY-TAB
MDL No. 2570

Case No. 1:17-cv-6062

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the annexed affidavit of Christopher M. Glass., duly sworn on the 2nd day of March, 2026, and upon the pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable Tim A. Baker, United States Magistrate Judge, Southern District of Indiana, 46 East Ohio Street, Indianapolis, IN, 46204, on the 5th day of March, 2026, at 9:30 o'clock in the forenoon of that day or at a time and date to be set by this Honorable Court, for an Order,

(1) Pursuant to Federal Rule of Civil Procedure 6(b), Federal Rule of Civil Procedure 16(b)(4), and Southern District of Indiana Local Rule 16-1(f), modifying the date set within the Order of Hon. Baker, dated February 20, 2026, setting forth a telephonic status conference on March 5, 2026 at 9:45 a.m., to a later date no less than 30 days from the date of this application;

(2) Pursuant to 28 U.S.C. §§1827, appointing an interpreter on behalf of Plaintiff fluent in Urdu for any conference at which Plaintiff is required to be present; and

(3) for such other and further relief as to this Court may deem just and proper.

Dated: March 2, 2026
Islandia, NY

_____
Christopher M. Glass
Counsel for the Plaintiff
Rappaport, Glass, Levine & Zullo
1355 Motor Parkway
Islandia, NY 11749
631-293-2300
cglass@rapplaw.com