IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------------------------------X

TASKHEER HUSSAIN,

                              Plaintiff,

                -against-

COOK GROUP INCORPORATED, COOK MEDICAL
INCORPORATED a/k/a COOK MEDICAL, INC., COOK
MEDICAL LLC, COOK INCORPORATED, MEDICAL
ENGINEERING & DEVELOPMENT INSTITUTE
INCORPORATED, COOK MEDICAL TECHNOLOGIES
LLC, COOK DENMARK INTERNATIONAL ApS, COOK
DENMARK HOLDING APS, COOK GROUP EUROPE ApS,
COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

                Defendants.

------------------------------------------------------------------------X

STATE OF NEW YORK        )
                         )ss:
COUNTY OF SUFFOLK        )

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

Case No. 1:17-cv-6062

**AFFIDAVIT IN SUPPORT**

CHRISTOPHER M. GLASS, ESQ. being duly sworn, deposes and says:

1.      I am an attorney admitted to practice before the Courts of the State of New York, and am admitted in the United States District Courts for the Southern and Eastern Districts of New York.

2.      I am a partner in the law firm of RAPPAPORT, GLASS, LEVINE & ZULLO, LLP, counsel for the plaintiff herein.

3.      This Affidavit is submitted in support of a motion (1) for an Order, pursuant to Federal Rule of Civil Procedure 6(b), Federal Rule of Civil Procedure 16 (b)(4), and Southern District of Indiana Local Rule 16-1(f), modifying the date set within the Order of Hon. Baker,

dated February 20, 2026, setting forth a telephonic status conference on March 5, 2026 at 9:45 a.m.; (2) the appointment of an interpreter for Plaintiff, fluent in Urdu, for any conference at which Plaintiff is required to be present pursuant to 28 U.S.C. §1827; and (3) for such other and further relief as to this Court may deem just and proper.

4.    The underlying action involves multi-district litigation pursuant to MDL No. 2570, Case No. 1:14-ml-2570-RLY-TAB.  Application to withdraw as counsel for Plaintiff was made by your affiant on January 23, 2026 (Document No. #27646, Case No. 1:14-ml-02570-RLY-TAB). Telephone conference regarding the application to withdraw was held on February 19, 2026, before the Honorable Tim A. Baker, regarding the aforementioned application to withdraw. Secondary to the non-appearance of the Plaintiff at that conference, Hon. Baker issued an Order on February 20, 2026, setting this matter for a telephonic status conference at 9:45 a.m. (Eastern Time) on March 5, 2026.  That Order was filed as Document No. 27772, Case No. 1:14-ml-02570-RLY-TAB, and Document No. 18, Case No. 1:17-cv-06062-RLY-TAB.  The aforementioned Order required Christopher M. Glass (your affiant) "to serve Plaintiff Taskheer Hussain". Thereafter, Plaintiff was served with a cover letter and copy of the Order, by regular and certified mail on February 20, 2026.  Affidavit of Service/Proof of Service was filed at Document No. 19, Case No. 1:17-cv-06062-RLY-TAB.  On that same date, voice message from the calendar clerk at your affiant's office was left on Plaintiff's telephone messaging system.

5.    Thereafter, on February 27, 2026, Plaintiff contacted my office and advised that, although he speaks some English, he would prefer to have an interpreter made available at the conference, and that he would be leaving the country on March 2, 2026 and returning 30 days thereafter. Plaintiff's primary language is Urdu.  Your affiant was not at his office at the time of the Plaintiff's call and did not field the call personally.  Thereafter, on March 2, 2026, your affiant

attempted to contact Mr. Hussain via email to discuss the possibility of his telephonic appearance while abroad. As of the time of this application, no response has been forthcoming regarding Plaintiff's ability to telephonically appear while abroad. On March 2, 2026, your affiant also contacted Chambers for Hon. Tim A. Baker to advise the Court of the above referenced history, and was orally instructed to make the instant application.

6.      Pursuant to Local Rule 5-5(d) attached hereto as Exhibit "1" is a Proposed Order extending the conference date and appointing an interpreter.

WHEREFORE, Counsel respectfully asks this Court to issue an Order granting this motion or otherwise for such relief it deems just and proper under the circumstances.

Dated: March 2, 2026
        Islandia, NY

_____
Christopher M. Glass
Counsel for the Plaintiff
Rappaport, Glass, Levine & Zullo
1355 Motor Parkway
Islandia, NY 11749
631 293 2300
cglass@rapplaw.com

Sworn to before me this 2nd
day of March, 2026

_____
Notary Public

THERESA M. MURPHY
Notary Public, State of New York
No. 01MU4892670
Qualified in Nassau County
Commission Expires May 11, 2027