IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

---------------------------------------------------------------------------X

TASKHEER HUSSAIN,

                       Plaintiff,

   -against-

Case No. 1:17-cv-6062

COOK GROUP INCORPORATED, COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL LLC, COOK INCORPORATED, MEDICAL ENGINEERING & DEVELOPMENT INSTITUTE INCORPORATED, COOK MEDICAL TECHNOLOGIES LLC, COOK DENMARK INTERNATIONAL ApS, COOK DENMARK HOLDING APS, COOK GROUP EUROPE ApS, COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

**PROPOSED ORDER**

                   Defendants.

---------------------------------------------------------------------------X

      The Court having read and considered the Affidavit of Christopher M. Glass dated March 2, 2026, in Support of Plaintiff's counsel's Motion modifying the date set for a telephonic status conference, currently scheduled on March 5, 2026, at 9:45 a.m., and for the appointment of an interpreter at any such conference:

      ORDERED, that the presently scheduled telephonic status conference be adjourned to _____. The conference will be ex parte and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed to participate in this telephonic conference will be provided by separate notification. Plaintiff Taskheer Hussain shall call Chambers directly at 317-229-3660 to participate in this conference. Translation services in Urdu will be provided to Plaintiff by the Court at the conference. If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: _____

                                                                                 _____
                                                                                 Tim A. Baker
                                                                                 United States Magistrate Judge
                                                                                 Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Christopher M. Glass is required to serve Plaintiff Taskheer Hussain