IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

------------------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

------------------------------------------------------------------------X

TASKHEER HUSSAIN,

                      Plaintiff,

  -against-

COOK GROUP INCORPORATED, COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC., COOK MEDICAL LLC, COOK INCORPORATED, MEDICAL ENGINEERING & DEVELOPMENT INSTITUTE INCORPORATED, COOK MEDICAL TECHNOLOGIES LLC, COOK DENMARK INTERNATIONAL ApS, COOK DENMARK HOLDING APS, COOK GROUP EUROPE ApS, COOK NEDERLAND BV, WILLIAM COOK EUROPE APS,

                Defendants.

Case No. 1:17-cv-6062

**ORDER**

------------------------------------------------------------------------X

    This matter is before the Court on Plaintiff's motion to reschedule the telephonic status conference currently set on March 5, 2026, at 9:45 a.m., in order for the Plaintiff to find an interpreter at the conference. The Court, having been duly advised in the premises, GRANTS Plaintiff's motion IN PART. [Filing No. 27780.]

    IT IS THEREFORE ORDERED that the telephonic status conference set for March 5, 2026, is hereby vacated and reset for April 22, 2026, at 10:30 a.m. (Eastern Time). The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel. The information needed to participate in this telephonic conference will be provided by separate notification. Plaintiff Taskheer Hussain shall call Chambers directly at 317-229-3660 to participate in this conference. **It is the responsibility of the Plaintiff to provide his own interpretor for this conference** as the Court does not provide these services in civil cases. If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 3/3/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Christopher M. Glass is required to serve Plaintiff Taskheer Hussain