IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to All Actions

## ORDER ON MARCH 3, 2026, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel March 3, 2026, for a telephonic status conference. Discussion was held regarding settlement.

**This matter is set for a telephonic status conference at 11:30 a.m. Eastern Standard Time on March 30, 2026.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement of the Flint Cooper Thompson Miracle inventory of cases.

Date: 3/3/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system