IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

ELLIS LEE MCQUEARY                Case No. 1:20-cv-06290-RLY-TAB

**ORDER ON MARCH 5, 2026, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff Ellis Lee McQueary to attend a telephonic status

conference on February 19, 2026, to address Plaintiff's counsel's motion to withdraw.  [Filing

No. 27640.]  Plaintiff failed to appear as ordered.  The Court then issued an order setting a

second conference for March 5, 2026, at which time Plaintiff was to show cause for Plaintiff's

failure to appear for the February 19 conference.  [Filing No. 27773.]  The Court noted that if

Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this

action.  Plaintiff's counsel appeared at the March 5, 2026, telephonic status conference, and

Plaintiff once again failed to appear as ordered.  Accordingly, the motion to withdraw [Filing

Nos. 27475] is granted, and the magistrate judge recommends the district judge dismiss this case

without prejudice.

Date: 3/5/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Thomas W. Arbon is required to serve Plaintiff Ellis Lee McQueary.