UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) | |

**SCHEDULING ORDER**

A telephonic status conference is set for **MARCH 27, 2026 at 3:00 p.m.**

**(Eastern)/2:00 p.m. (Central).**  Only Leadership counsel need participate and will

receive connecting information by separate notice.

**SO ORDERED** this 20th day of March 2026.

_____

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record