IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB <br><br> MDL No. 2570 |

To: The Clerk of the Court and all parties of record:

      I am admitted or otherwise authorized to practice in this Court, and I appear as counsel for the Plaintiffs in the cases listed on Exhibit A, attached.

Dated:  March 24, 2026           Respectfully submitted,

                    */s/ Daryl J. Douglas*
                    Douglas J. Douglas, MO Bar No. #39637
                    WAGSTAFF & CARTMELL LLP
                    4740 Grand Ave., Suite 300
                    Kansas City, MO 64112
                    (816) 701-1100
                    (816) 531-2372 – fax
                    ddouglas@wcllp.com

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this 24th day of March 2026 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and service using the CM/ECF system.

                    */s/ Daryl J. Douglas*
                    Daryl J. Douglas
                    *Attorney for Plaintiff*