IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

_____

This Document Relates to All Actions

_____

### ORDER ON MARCH 25, 2026, SETTLEMENT CONFERENCE

Plaintiffs appeared by counsel Wagstaff & Cartmell and Defendants appeared in person on March 25, 2026, for a settlement conference of the cases in the inventory of the WAGSTAFF & CARTMELL LAW FIRM in Kansas City, MO.  Settlement discussions held.  Conference concluded without further order.

Date:  3/25/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.