**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

All Flint Cooper Cohn Thompson & Miracle's Cases

---

### PLAINTIFFS' MOTION TO RESET TELEPHONIC STATUS CONFERENCE ON SETTLEMENT DISCUSSIONS

The Plaintiffs represented by Trent Miracle of Flint Cooper Cohn Thompson & Miracle respectfully move the Court to reset the status conference on settlement discussions scheduled from March 30, 2026, to April 20, 2026 at 4:00 pm Eastern Time. Counsel for Defense does not oppose resetting the status conference to that date and time.

WHEREFORE, Plaintiffs respectfully request that the Court GRANT this motion as specified above.

1

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

/s/ Trent B. Miracle
Trent B. Miracle
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
tmiracle@flintcooper.com
*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026, a copy of the foregoing Plaintiffs' Motion to Reset Telephonic Status Conference on Settlement Discussions and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/  Trent B. Miracle