**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

**IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

**Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570**

---

This Document Relates to:

All Flint Cooper Cohn Thompson & Miracle Cases

---

**ORDER GRANTING PLAINTIFFS' MOTION TO RESET
TELEPHONIC STATUS CONFERENCE ON
SETTLEMENT DISCUSSIONS**

This cause has come before the Court upon motion by the Plaintiffs represented by Flint Cooper Cohn Thompson & Miracle for a reset of the March 30, 2026 telephonic settlement conference. Being duly advised, the Court finds that the motion should be and hereby is granted.

IT IS THEREFORE ORDERED that the telephonic status conference currently scheduled for March 30, 2026 (Dkt. 27786) is hereby reset to April 20, 2026 at 4:00 pm Eastern Time.

Entered this _____ day of March, 2026

_____
Honorable Magistrate Judge Tim A. Baker
United States District Court
Southern District of Indiana

1