**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

**IN RE: COOK MEDICAL INC, IVC FILTERS**
**MARKETING, SALES PRACTICES AND**              **Civil No. 1:14-ml-2570-RLY-TAB**
**PRODUCTS LIABILITY LITIGATION**                        **MDL No. 2570**

---

This Document Relates to:

All Flint Cooper Cohn Thompson & Miracle Cases

---

**ORDER GRANTING PLAINTIFFS' MOTION TO RESET**
**TELEPHONIC STATUS CONFERENCE ON**
**SETTLEMENT DISCUSSIONS**

This cause has come before the Court upon motion by the Plaintiffs represented by Flint Cooper Cohn Thompson & Miracle for a reset of the March 30, 2026, telephonic status conference. Being duly advised, the Court hereby grants the motion. [Filing No. 27834.]

IT IS THEREFORE ORDERED that the telephonic status conference currently scheduled for March 30, 2026, is hereby vacated and reset to April 20, 2026, at 4:00 pm Eastern Time. Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement of the Flint Cooper Thompson Miracle inventory of cases.

Date: 3/26/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system