UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                              MDL No. 2570

This Document Relates to:

Estate of Joanne R. Brown – Case No. 1:17-cv-01714
Pamela Gray – Case No. 1:17-cv-01715
Paula Harris – Case No. 1:17-cv-01717
Lori Pontus – Case No. 1:17-cv-01718
Jimmie Rutledge – Case No. 1:17-cv-03198
Tangee Courtney – Case No. 1:17-cv-03200
Brian Burger – Case No. 1:17-cv-03201
Estate of Essie Barr – Case No. 1:17-cv-03202
Rosemarie Blaine – Case No. 1:17-cv-04761
Geraldine McQueen – Case No. 1:17-cv-04764
Robin Newhouse – Case No. 1:18-cv-01662

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

- 2 -

Dated:  March 25, 2026

/s/Karen H. Beyea Schroeder
Karen H. Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway, Ste. 1850
Houston, TX 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
Email: karen.schroeder@rburnettlaw.com

**Attorney for Plaintiffs**

/s/Andrea R. Pierson
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email: andrea.pierson@faegredrinker.com

**Attorney for Defendants**