UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND       Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                MDL No. 2570

This Document Relates to:

Lela Morris – Case No. 1:16-cv-01753
Carol Ogden – Case No. 1:19-cv-01130

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiffs in the above-captioned cases acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

- 2 -

Dated:  March 27, 2026

| | |
|---|---|
| */s/Ashleigh Elizabeth Raso* | */s/Andrea R. Pierson* |
| Ashleigh Elizabeth Raso | Andrea Roberts Pierson |
| Meshbesher & Spence | Faegre Drinker Biddle & Reath LLP |
| 1616 Park Avenue | 300 North Meridian Street, Suite 2500 |
| Minneapolis, MN 55404 | Indianapolis, Indiana  46204 |
| Telephone: (612) 339-9121 | Telephone:  (317) 237-0300 |
| Facsimile: (612) 339-9188 | Facsimile:   (317) 237-1000 |
| Email:  araso@meshbesher.com | Email: andrea.pierson@faegredrinker.com |
| | |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |