UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION MDL 2570, | ) ) ) ) | |
| _____ | ) | 1:14-ml-02570-RLY-TAB |
| | ) | |
| THIS DOCUMENT RELATED TO ALL ACTIONS | ) ) ) | |

**Entry from Status Conference held March 27, 2026**

**Before the Hon. Richard L. Young, Judge**

The parties appeared telephonically for the status conference set this date.  PSC appears by Joe Williams, Mike Heaviside, Ben Martin and Charles Siegel; Defendants appear by Jessica Cox and Kip McDonald.

Status updates were discussed and no further orders are entered at this time.

The hearing is concluded.

Distributed Electronically to Registered Counsel of Record