# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

## UNOPPOSED MOTION TO MODIFY TULIP BELLWETHER PLAN (CMO-34)

Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS (collectively, "the Cook Defendants") move this Court for an order modifying the Tulip Bellwether Plan (CMO-34) regarding replacement case selections and related deadlines. In support, the Cook Defendants state:

1.      On March 27, 2026, Plaintiffs and the Cook Defendants, by counsel, met with the Court to discuss the Tulip Bellwether Plan. This discussion included, among other things, plaintiffs in cases selected as potential bellwethers raising *Lexecon* objections and the parties' desires to amend certain bellwether-related deadlines.

2.      Following the March 27, 2026, hearing, Plaintiffs and the Cook Defendants, by counsel, met and conferred on the issues that are the subject of this Motion. Plaintiffs do not oppose the relief that the Cook Defendants request.

3.      In accordance with the parties' discussions—both among themselves and with the Court—the Cook Defendants request the following modifications to the Tulip Bellwether Plan (CMO-34) as follows:

a.    **Replacement Selections.** The Cook Defendants will have the opportunity to select seven (7) replacement cases from the remaining Tulip Bellwether Discovery Pool. The Cook Defendants shall make their selections on or before **April 9, 2026**.

b.    **Lexecon Objections**. If any plaintiff selected by the Cook Defendants as a replacement case for the Discovery Pool believes he or she has a right to object to trial in this Court and wishes to raise a *Lexecon* objection, pursuant to *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), the plaintiff shall notify the Cook Defendants of the objection in writing by **April 20, 2026**.[1]

c.    **Strikes.** Following the Cook Defendants' replacement case selections, the Parties shall exchange strikes, with four (4) strikes per side, on or before **April 24, 2026**.

d.    **Representativeness Briefing.** After the Parties exchange strikes, the Parties shall file briefs addressing the representativeness of the remaining bellwether selections on or before **May 8, 2026**.

For the foregoing reasons, the Cook Defendants respectfully request that the Court modify the Tulip Bellwether Plan (CMO-34) as set out in this Motion.

---

[1] The Cook Defendants and Plaintiffs have respectively reserved their legal arguments and positions on the *Lexecon* issue.

Dated: April 1, 2026

Respectfully submitted,

/s/  Jessica Benson Cox

Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com


James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe APS*

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2026, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic records system.

/s/ Jessica Benson Cox
Jessica Benson Cox