**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to All Actions

---

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO MODIFY TULIP BELLWETHER PLAN (CMO-34)

The Cook Defendants, by counsel, have moved the Court to modify the Tulip Bellwether Plan (CMO-34). The Court, having considered the Cook Defendants' unopposed request and being duly advised, hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED**:

1.      **Replacement Selections.** The Cook Defendants will have the opportunity to select seven (7) replacement cases from the remaining Tulip Bellwether Discovery Pool. The Cook Defendants shall make their selections on or before **April 9, 2026**.

2.      **Lexecon Objections**. If any plaintiff selected by the Cook Defendants as a replacement case for the Discovery Pool believes he or she has a right to object to trial in this Court and wishes to raise a *Lexecon* objection, pursuant to *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), the plaintiff shall notify the Cook Defendants of the objection in writing by **April 20, 2026**.[1]

---

[1] The Cook Defendants and Plaintiffs have respectively reserved their legal arguments and positions on the *Lexecon* issue.

-2-

**3.**    **Strikes.** Following the Cook Defendants' replacement case selections, the Parties shall exchange strikes, with four (4) strikes per side, on or before **April 24, 2026**.

**4.**    **Representativeness Briefing.** After the Parties exchange strikes, the Parties shall file briefs addressing the representativeness of the remaining bellwether selections on or before **May 8, 2026**.

**SO ORDERED** this _____ day of _____ 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.