**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates to All Actions

_____

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY TULIP
BELLWETHER PLAN (CMO-34)**

The Cook Defendants move to modify the Tulip Bellwether Plan (CMO-34). The

court, having considered the Cook Defendants' unopposed request and being duly

advised, hereby **GRANTS** the Motion (Dkt. 27850).

**IT IS THEREFORE ORDERED**:

**1.**     **Replacement Selections**.  The Cook Defendants will have the opportunity

to select seven (7) replacement cases from the remaining Tulip Bellwether Discovery

Pool.  The Cook Defendants shall make their selections on or before **April 9, 2026**.

**2.**     **Lexecon Objections**.  If any plaintiff selected by the Cook Defendants as a

replacement case for the Discovery Pool believes he or she has a right to object to trial in

this court and wishes to raise a Lexecon objection, pursuant to _Lexecon Inc. v. Milberg_

_Weiss Bershad Hynes & Lerach_, 523 U.S. 26 (1998), the plaintiff shall notify the Cook

Defendants of the objection in writing by **April 20, 2026**.[1]

---

[1] Plaintiffs and the Cook Defendants have respectively reserved their legal arguments and
positions on the _Lexecon_ issue.

1

3.      **Strikes**.  Following the Cook Defendants' replacement case selections, the Parties shall exchange strikes, with four (4) strikes per side, on or before **April 24, 2026**.

4.      **Representativeness Briefing**.  After the Parties exchange strikes, the Parties shall file briefs addressing the representativeness of the remaining bellwether selections on or before **May 8, 2026**.

**IT IS SO ORDERED** this 6th day of April 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2