**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Ruth Sowadski v. Cook, Inc. et al.
Civil Case #: 1:19-cv-3035

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Above-titled Plaintiffs and the defendants, Cook Incorporated, Cook Medical, LLC, and

William Cook Europe ApS, hereby stipulate and agree that the above-captioned cases are

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each

party to bear its own costs. The parties further stipulate that:

1.      A Plaintiff listed above may refile his or her case in the Southern District of Indiana,

in the event a Legally Cognizable Injury occurs within two years from the date of this Stipulation.

2.      For purposes of this Stipulation, "Legally Cognizable Injury" is exclusively defined

as:

   a. an open surgical procedure to remove a Cook IVC Filter;[1]

---

[1] "Open procedure" means a surgery using medical instruments to open the patient's body to remove all or part of the Cook IVC Filter after either (1) one or more percutaneous retrieval attempts have failed to retrieve the filter, or (2) a determination by Plaintiff's treating physician, who is not retained, compensated or directed by Plaintiff's Counsel, that attempting a percutaneous retrieval of the filter is not feasible. For the purpose of this definition, a percutaneous retrieval procedure is not a "surgery."

b.  fracture of a Cook IVC Filter with a piece or pieces of the Cook IVC Filter

remaining in the body after one or more percutaneous retrieval attempts have failed

to retrieve the filter; or

c.  death related to a Cook IVC Filter.[2]

3.  If a Plaintiff listed above refiles his or her case in any jurisdiction other than the

Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice.

By: /s/

Joshua Harris
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, CA 92101
Tel: (619) 237-3490
Fax: (619) 237-3496
josh@getgomez.com

*Counsel for Plaintiffs*

Dated: April 6, 2026

By: /s/ Andrea R. Pierson

Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian, Suite 2500
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: 317-237-1000
andrea.pierson@faegredrinker.com

*Counsel for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS*

Dated: April 6, 2026

---

[2] "Death" means that a patient died as a result of the Cook IVC Filter. A contemporaneous medical record, autopsy report and/or death certificate created by a treating physician or pathologist, who is not retained, compensated or directed by Plaintiff's Counsel, reasonably interpreted as confirming that the patient's death was caused by or related to the Cook IVC Filter shall be required for "death" to qualify as a Legally Cognizable Injury pursuant to this Stipulation.

2