UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates Only to the Following Cases:

Baker, Patricia – 1:23-cv-00722

_____

### DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION

The Cook Defendants hereby withdraw their March 9, 2026, Motion for Judgment on the

Pleadings in No Injury Case (Dkt. 27795). The Cook Defendants reserve the right to renew this

motion or bring a similar motion at a later point in the litigation.

Dated: April 9, 2026                          Respectfully submitted,

                                              /s/ Jessica Benson Cox

                                              Jessica Benson Cox
                                              Andrea Roberts Pierson
                                              Faegre Drinker, Biddle & Reath LLP
                                              300 North Meridian Street, Suite 2500
                                              Indianapolis, Indiana 46204
                                              Telephone: (317) 237-0300
                                              Jessica.Cox@faegredrinker.com
                                              Andrea.Pierson@faegredrinker.com

                                              *Attorneys for Defendants Cook Incorporated,
                                              Cook Medical LLC f/k/a Cook Medical
                                              Incorporated, Cook Group Incorporated, and
                                              William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*