# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY- TAB<br>MDL No. 2570 |

This Document Relates to:

> 1:15-cv-1920-RLY-TAB
> Robert E. Rhinehart and
> Marcia F. Rhinehart

## NOTIFICATION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby provides notice upon the record the death of Plaintiff Robert E. Rhinehart. Plaintiff Robert E. Rhinehart died on February 11, 2026. Attached hereto as **Exhibit A** is a copy of Mr. Rhinehart's death certificate.

Dated: April 15, 2026

Respectfully submitted,

LIPPSMITH LLP

*/s/ Graham B. LippSmith*
Graham B. LippSmith
555 S. Flower Street, Suite 3000
Los Angeles, CA 90071
Telephone: (213) 344-1820
Fax: (213) 513-2495
g@lippsmith.com

*Counsel for Plaintiffs*
*Robert and Marcia Rhinehart*

1

# EXHIBIT A

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number **101** 2026-05923

| | |
|---|---|
| 1. DECEASED LEGAL NAME<br>Robert Earl Rhinehart | 2. DATE AND TIME OF DEATH<br>Feb 11, 2026 1621 |
| 3. ALIAS NAME(IF ANY)<br>None Given | 4. DATE AND TIME PRONOUNCED DEAD<br>Feb 11, 2026 1621 |

| 5. COUNTY OF DEATH | 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | 7. PLACE OF DEATH |
|---|---|---|
| Etowah | Gadsden, 35901 | Riverview Regional Medical Center |

| 8. SEX | 9. LAST NAME PRIOR TO FIRST MARRIAGE | 10. SERVED IN ARMED FORCES |
|---|---|---|
| Male | | Yes |

| 11. AGE | UNDER 1 YEAR<br>MONTHS / DAYS | UNDER 1 DAY<br>HRS / MINS | 12. DATE OF BIRTH | 13. BIRTHPLACE (State or Foreign Country) | 14. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| 78 | | | Jun 7, 1947 | Alabama | 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 |

| 15. MARITAL STATUS | 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | 17. RESIDENCE STATE |
|---|---|---|
| Married | Marcia Freeman | Alabama |

| 18. RESIDENCE COUNTY | 19. CITY, TOWN OR LOCATION AND ZIP CODE | 20. STREET ADDRESS |
|---|---|---|
| Cherokee | Piedmont, 36272 | 3440 County Road 10 |

| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS |
|---|
| Marcia Rhinehart, Wife, 3440 County Road 10, Piedmont, AL 36272 |

| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| Earl Reese Rhinehart | Myrtle Lee Morrison |

| 24. DISPOSITION OF BODY | 25. CEMETERY OR CREMATORY | 26. LOCATION |
|---|---|---|
| Cremation | Cremation Services of East AL | Anniston, Alabama |

| 27. DATE OF DISPOSITION | 28. FUNERAL DIRECTOR OR OTHER AGENT | 29. LICENSE NUMBER | 30. DATE SIGNED |
|---|---|---|---|
| Feb 13, 2026 | Dudley Miller Jr | 04648 | Feb 15, 2026 |

| 31. FUNERAL HOME NAME AND ADDRESS | 32. LICENSE NUMBER |
|---|---|
| Cremation Services of East Alabama, 733 White Plains Road, Anniston, AL 36207 | |

33.

**MEDICAL CERTIFICATION:** Certifying Physician

| 34. NAME | 35. LICENSE NUMBER | 36. DATE SIGNED |
|---|---|---|
| Bankimchandra J Patel MD | 17905 | Feb 17, 2026 |

| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH |
|---|
| 600 South Third St, Gadsden, Alabama 35901 |

| 38. REGISTRAR | 39. DATE FILED |
|---|---|
| Nicole Henderson Rushing | Feb 17, 2026 |

### CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. Ischemic Myocardial Infarction | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE | B. Advanced Coronary Artery Disease | Unknown |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | C. | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | D. | |

| 41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH |
|---|
| |

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | Unknown |

| 49. HOW INJURY OCCURRED |
|---|
| |

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-21

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2026-166-169-8

February 20, 2026

*Nicole H. Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, a copy of the foregoing

**NOTIFICATION OF DEATH** was filed electronically. Service of this filing will

be made on all ECF-registered counsel by operation of the Court's electronic

filing system. Parties may access this filing through the Court's system.


/s/ *Graham B. LippSmith*
Graham B. LippSmith


2