IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to All Actions

_____

### ORDER ON APRIL 20, 2026, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel April 20, 2026, for a telephonic status conference.

Discussion was held regarding settlement.

**This matter is set for a telephonic status conference at 11 a.m. Eastern Standard Time on May 21, 2026.**  Parties shall participate in this conference by counsel.  The call-in instructions will be issued by separate order.  The purpose of this conference is to discuss settlement of the Flint Cooper Thompson Miracle inventory of cases.

Date:  4/20/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system