IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to:

TASKHEER HUSSAIN                    Case No. 1:17-cv-6062-RLY-TAB

### ORDER ON MARCH 5, 2026, TELEPHONIC STATUS CONFERENCE

The Court previously ordered Plaintiff Taskheer Hussain to attend a telephonic status conference on February 19, 2026, to address Plaintiff's counsel's motion to withdraw. [Filing No. 27658.] Plaintiff failed to appear as ordered. The Court then issued an order setting a second conference for April 22, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the February 19 conference. [Filing No. 27772; 27784.] The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiff's counsel appeared at the April 22, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the motion to withdraw [Filing No. 27646] is granted, and the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 4/22/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Christopher M. Glass is required to serve Plaintiff Taskheer Hussain