UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No.  1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Taskheer Hussain, 1:17-cv-6062-RLY-TAB

---

### ORDER DISMISSING CASE

The Magistrate Judge recommends that this action be dismissed without prejudice.

The court, having reviewed the same, **ACCEPTS** the Magistrate Judge's

recommendation (Filing No. 27863).  This case is hereby **DISMISSED WITHOUT**

**PREJUDICE**.


**SO ORDERED** this 27th day of April 2026.


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

1