**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION MDL

1:14-ml-2570-RLY-TAB
No. 2570

_____

This Document Relates to:
**1:24-cv-07108-RLY-TAB**

_____

**NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL FOR
PLAINTIFF TOQUITA FLEMNG BY ATTORNEY WARD**

Please be advised that by this pleading, James L. Ward, Jr., hereby gives notice that he has

left the law firm of Richardson Patrick Westbrook & Brickman LLC, and is now a member of the

law firm McGowan, Hood, Felder & Phillips, LLC. All future pleadings, memoranda,

correspondence, orders, etc., shall be sent to:

James L. Ward, Jr.
McGowan, Hood, Felder & Phillips, LLC
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Telephone: (843) 388-7202
Email: jward@mcgowanhood.com

Date: May 5, 2026

Respectfully submitted,

McGOWAN, HOOD, FELDER & PHILLIPS, LLC

_s/ James L. Ward, Jr._____
James L. Ward, Jr., Fed. ID No. 6956
10 Shem Drive, Suite 300
Mount Pleasant, SC 29464
Tel.: (843) 388-7202
Fax: (843) 388-3194
jward@mcgowanhood.com
*Attorney for Plaintiff Toquita Fleming*