# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Larry Lee Smith

Civil Case # 1:18-cv-00838-RLY-TAB

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND
## FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

COMES NOW, Ann Smith, surviving spouse of Larry Lee Smith, and files this motion to substitute.  Ann Smith is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).  In support thereof, Plaintiff respectfully shows the court the following:

1.     Plaintiff Larry Lee Smith initially filed suit in the Circuit Court for the City of St. Louis in the State of Missouri on August 23, 2016.  His case, along with several others, was dismissed with leave to refile in the MDL.

2.     Plaintiff Larry Lee Smith filed his Short Form Complaint in the United States District Court for the Southern District of Indiana on March 15, 2018.

3.     Plaintiff Larry Lee Smith died on or about November 9, 2025.

4.     On February 5, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1).  *See* Doc. No. 27747.  Plaintiff's counsel recently learned of the death of Larry Lee Smith after contacting his spouse.

1

5.      Ann Smith, surviving spouse of Larry Lee Smith, is the proper party plaintiff to substitute for Plaintiff-decedent Larry Lee Smith and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

6.      Plaintiff thus moves to substitute Ann Smith, as Heir and Representative of the Estate of Larry Lee Smith, Deceased, as Plaintiff in the present action.

7.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Ann Smith, as Heir and Representative of the Estate of Larry Lee Smith, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Larry Lee Smith is now deceased.

8.      A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

9.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Ann Smith, as Heir and Representative of the Estate of Larry Lee Smith, Deceased, as Party Plaintiff for Larry Lee Smith; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-00838-RLY-TAB; and, (3) the Court deem the attached First Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: May 6, 2026.

2

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon