**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to All Actions

---

**JOINT NOTICE OF STIPULATION REGARDING**
**GÜNTHER TULIP BELLWETHER CASE SELECTIONS**

Plaintiffs and Cook Defendants, by counsel, hereby provide notice of the parties' agreement

on three Günther Tulip cases for bellwether workup and potential selection for bellwether trials

pursuant to the Tulip Bellwether Plan (CMO-34). The agreed cases are:

(1) Knanila Peterson (Case No. 1:17-cv-01281);

(2) Gary Walker, Jr. (Case No. 1:19-cv-00768); and

(3) Linda Rexford (Case No. 1:21-cv-00471).

The Parties will separately submit a proposed schedule governing pretrial deadlines.

Dated: May 12, 2026

Respectfully submitted,

*/s/  Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com
James Stephen Bennett

1

FAEGRE DRINKER BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe APS*


*/s/ Joseph N. Williams* _____
Joseph N. Williams
JOHNSON / JENSEN WILLIAMS
1101 North Delaware St.
Indianapolis, Indiana 46202
Telephone: (317) 203-9075
joe@williamsgroup.com

*Liaison Counsel to Plaintiffs Steering Committee and on behalf of Plaintiffs Steering Committee*