UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRACY GALLO,                                Plaintiff(s)      |

VS.                                                           |

                                                             |   Court No.: 1:26-cv-01997

COOK INCORPORATED,

COOK MEDICAL INCORPORATED,                  Defendant(s)     |

COOK GROUP INCORPORATED,                                      |

COOK MEDICAL LLC, and                                         |

WILLIAM COOK EUROPE APS,                                     |

<table>
<tr><td><strong style="color:red">FILED</strong><br><br><strong>05/13/2026</strong><br><br><strong>U.S. DISTRICT COURT</strong><br><strong>SOUTHERN DISTRICT OF INDIANA</strong><br><strong>Kristine L. Seufert, Clerk</strong></td></tr>
</table>

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Betty J Beach, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Complaint

Defendant to be served: COOK GROUP INCORPORATED

ADDRESS WHERE ATTEMPTED OR SERVED: Registered Agent, CORPORATION SERVICE COMPANY, 135 N. PENNSYLVANIA STREET, STE 1610

Indianapolis, IN, 46204

I SERVED the within named defendant on: 4/15/2026 3:30 PM

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with JERY STUCKEY, (Title): Legal Assistant, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 65 Gender: Female Race: Caucasian Height: 5-6 Weight: 101-125 Hair: Gray Glasses: Yes

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.
State of INDIANA
County of WAYNE

Signature of Process Server

Subscribed and sworn before me on 4 / 21 / 2026

Notary Public

DARA L MATHENY
Notary Public - Seal
Wayne County - State of Indiana
Commission Number NP0646075
My Commission Expires Oct 6, 2029

Betty J Beach
Printed Name
Process Server
Title

974265_4445577_0_23_V4

Page 1 of 1

File Number: 0910325, 0910326
Reference Number: 4445577
Case Number: 1:26-cv-01997
Client: Special Delivery Service, Inc.
Doc Generated: 04/16/2026 02:01:25:010 PM

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACY GALLO, | § § § § | |
| Plaintiff(s), | § § | Civil Action No. <u>01:26-cv-01997</u> |
| vs. | § § | |
| COOK INCORPORATED, et al., | § § § | |
| Defendant(s). | § § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, April 1, 2026 at 5:38 PM,**
Executed at: **801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703**
at **1:33 PM,** on **Thursday, April 2, 2026,**
by delivering to the within named:

### COOK INCORPORATED

by delivering to its **Registered Agent, ILLINOIS CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, LYLE NEEMAN**

a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT

BEFORE ME, the undersigned authority, on this day personally appeared JAMIE WHITE who after being duly sworn on oath states: "My name is JAMIE WHITE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Illinois. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
JAMIE WHITE – Process Server

Subscribed and Sworn to by JAMIE WHITE, Before Me, the undersigned authority, on this
__6th__ day of April, 2026.

_____
Notary Public in and for the State of Illinois

OFFICIAL SEAL
DAVID WILLIAM BRANDT
Notary Public, State of Illinois
Commission No. 1009338
My Commission Expires
April 29, 2029

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRACY GALLO,                                         Plaintiff(s)        |

                                                     VS.                 |

                                                                         |   Court No.: 1:26-cv-01997

COOK INCORPORATED,                                                       |

COOK MEDICAL INCORPORATED,                           Defendant(s)        |

COOK GROUP INCORPORATED,                                                 |

COOK MEDICAL LLC, and

WILLIAM COOK EUROPE APS,

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Betty J Beach, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 . Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Action and Complaint

Defendant to be served: COOK MEDICAL INCORPORATED

ADDRESS WHERE ATTEMPTED OR SERVED:      Registered Agent, CORPORATION SERVICE COMPANY, 135 N PENNSYLVANIA STREET, STE 1610

Indianapolis, IN, 46204

I SERVED the within named defendant on: 4/15/2026 3:30 PM

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of this process with JERY STUCKEY, (Title): Legal Assistant, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 65  Gender: Female  Race: Caucasian  Height: 5-6  Weight: 101-125  Hair: Gray  Glasses: Yes

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of INDIANA
County of WAYNE
                                  Signature of Process Server

Subscribed and sworn before me on 4/21/2026

Notary Public

Betty J Beach
Printed Name
Process Server
Title

DARA L MATHENY
Notary Public - Seal
Wayne County - State of Indiana
Commission Number NP0646075
My Commission Expires Oct 6, 2029

974265_4445575_0_23__V4

Page 1 of 1

File Number: 0910325, 0910326
Reference Number: 4445575
Case Number: 1:26-cv-01997
Client: Special Delivery Service, Inc.
Doc Generated: 04/16/2026 02:00:43:751 PM

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRACY GALLO, | § § § § | |
| Plaintiff(s), | § | |
| vs. | § | Civil Action No. <u>01:26-cv-01997</u> |
| | § | |
| COOK INCORPORATED, et al., | § § | |
| Defendant(s). | § § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, April 1, 2026 at 5:38 PM,**
Executed at: **801 ADLAI STEVENSON DRIVE, SPRINGFIELD, IL 62703**
at **1:33 PM,** on **Thursday, April 2, 2026,**
by delivering to the within named:

### COOK MEDICAL, LLC

by delivering to its **Registered Agent, ILLINOIS CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, LYLE NEEMAN**

a true copy of this

### SUMMONS IN A CIVIL ACTION and COMPLAINT

BEFORE ME, the undersigned authority, on this day personally appeared JAMIE WHITE who after being duly sworn on oath states: "My name is JAMIE WHITE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Illinois. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By _____
JAMIE WHITE – Process Server

Subscribed and Sworn to by JAMIE WHITE, Before Me, the undersigned authority, on this
_6th_ day of April, 2026.

_____
Notary Public in and for the State of Illinois

OFFICIAL SEAL
DAVID WILLIAM BRANDT
Notary Public, State of Illinois
Commission No. 1009338
My Commission Expires
April 29, 2029