**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

IN RE: COOK MEDICAL INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Civil No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

All Flint Cooper Cohn Thompson & Miracle Cases

---

### COOK DEFENDANTS' MOTION TO RESET
### TELEPHONIC STATUS CONFERENCE

The Defendants represented by Faegre Drinker Biddle & Reath LLP respectfully move the Court to reset the status conference on settlement discussions scheduled for May 21, 2026, to June 11, 2026, at 11:00 a.m. Eastern Time. The parties respectfully request additional time to continue further discussions prior to meeting with the Court again. Counsel for Plaintiffs does not oppose resetting the status conference as requested.

WHEREFORE, Defendants respectfully request the Court GRANT this motion as specified above.

Respectfully submitted,

/s/ *Kip S.M. McDonald*
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com
Kip.McDonald@FaegreDrinker.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, a copy of the foregoing Defendants' Motion to Reset Telephonic Status Conference o and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Kip S.M. McDonald*