**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **IN RE: COOK MEDICAL INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **Civil No. 1:14-ml-2570-RLY-TAB**<br>**MDL No. 2570** |

This Document Relates to:

All Flint Cooper Cohn Thompson & Miracle Cases

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO RESET**
**TELEPHONIC STATUS CONFERENCE ON**
**SETTLEMENT DISCUSSIONS**

This cause has come before the Court upon motion by the Cook Defendants represented by Faegre Drinker Biddle & Reath LLP to reset the May 21, 2026, telephonic status conference. Being duly advised, the Court hereby grants the motion. [Filing No. _____.]

IT IS THEREFORE ORDERED that the telephonic status conference currently scheduled for May 21, 2026, is hereby vacated and reset to June 11, 2026, at 11:00 a.m. Eastern Time. Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement of the Flint Cooper Thompson Miracle inventory cases.

Date: May 15, 2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system