**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

---

This Document Relates to the Following Actions:

Sara Holst, 1:18-cv-02077
Andrew Bender, 1:19-cv-02099

---

**<u>ORDER</u>**

On this day came to be heard Plaintiff's Motion to Reinstate Case. The Court having

considered the Motion is of the opinion that Plaintiff's Motion to Reinstate Case is GRANTED.

SO ORDERED this _____ day of _____ 2026.

---

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana