IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

---

This Document Relates to:

JAMES LITTLE                     Case No. 1:18-cv-02422-RLY-TAB

---

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**This matter is set for a telephonic status conference at 11:30 a.m. Eastern Standard Time on June 10, 2026.**   Parties shall participate in this conference by counsel.  The call-in instructions will be issued by separate order.  The purpose of this conference is to discuss settlement.

Date: 5/27/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.
Jerard M. Scanland is required to serve Plaintiff James Little.