**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| IN RE: COOK MEDICAL, INC. | ) | **MDL NO. 2570** |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | **JUDGE TIM A. BAKER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*BORRIS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGAITON*
*Civil Action No. 1:18-cv-00778-RLY-TAB*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs Tracey Borris, and Esequiel Guerrero respectfully move this court to substitute Esequiel Guerrero, the plaintiff's spouse, individually and as successor-in-interest to Tracey Borris, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1.      Plaintiff Tracey Borris's case was filed on or about March 12, 2018, (*BORRIS v. COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGAITON.;* Case No. *1:18-cv-00778-RLY-TAB*).

2.      All active Defendants have been served with process pursuant to Second Amended Case Management Order No. 6 (CMO 6).

   a.   On or about March 12, 2018, Defendant Cook, Inc., et al.  was served by the Court's electronic filing system with the Complaint and Request for waiver of service.

3.      On or about January 23, 2022, Plaintiffs' counsel was informed that Tracey Borris passed away on or about January 23, 2022.

4.      Tracey Borris's action against Defendants survives her death and is not extinguished.

5.      Plaintiffs' counsel filed the Notice and Suggestion of Death on or about May 26, 2026.

6.      Plaintiff thus moves to substitute for Esequiel Guerrero, individually and as successor-in-interest to Tracey Borris, Deceased, as Plaintiff in the present action.

7.      Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (Esequiel Guerreo, individually and as successor-in-interest to Tracey Borris, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff Tracey Borris is now deceased.

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Tracey Borris and Esequiel Gerrero, respectfully request the Court grant Plaintiffs' Motion to Substitute Esequiel Guerrero, individually and as successor-in-interest to Tracey Borris, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

3

Respectfully submitted,

By: */s/ Monte Bond*

MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5473 Blair Road Suite 200
Dallas, Texas 75231
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tbtorts.com

**ATTORNEY FOR PLAINTIFF(S)**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: May 26, 2026

Respectfully Submitted,

By: */s/ Monte Bond*_____
    MONTE BOND, Esq.
    Texas Bar No.02585625
    Tautfest Bond PLLC
    5473 Blair Suite 200
    Dallas, Texas 75231
    214-617-9980 (Phone)
    214-617-9985 (Fax)
    mbond@tbtorts.com

    ***Attorney for Plaintiff***