**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Vanessa Green
Civil Case # 1:21-cv-06364-RLY-TAB

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel has repeatedly tried to get a response, updated information, and guidance from Plaintiff in this case through a series of emails and follow-up efforts. These communications were handled primarily by our Legal Assistant, Gretel Warmuth.

4. The firm began efforts to reach Ms. Green about her incomplete update letter, with Gretel Warmuth leaving a voicemail on March 17, 2026.

5. A week later, on March 24, 2026, Warmuth left a follow-up voicemail regarding the incomplete update letter for Ms. Green.

6. On April 3, 2026, when prior voicemails had not yielded a substantive response, Warmuth attempted to reach Ms. Green by text message. Warmuth identified herself as being with

Gomez Trial Attorneys and stated she had left Ms. Green a few messages regarding a letter sent to her email.

7. In response, Ms. Green first replied by text, "I have no idea what you are talking about. Who are you looking for?". Approximately an hour later, Ms. Green sent another text message stating, "Sorry you have the wrong number".

8. Warmuth replied by text message, "Okay, I'm sorry! I will take your number off of our file, have a nice day!" To this, Ms. Green sent a final text message reading, "Thanks! You too".

9. Despite this communication about a "wrong number," counsel later sent a written email to vanessagreen630@gmail.com on April 22, 2026, with the subject "IVC Filter Case- First Unresponsive Letter," instructing Ms. Green to "Please review the attached letter" in addition to sending that same letter via USPS mail. (See Exhibit 1)

10. When no response was received, counsel sent a second unresponsive letter email to vanessagreen630@gmail.com on May 6, 2026, with the subject "IVC Filter Case- Second Unresponsive Letter," requesting Ms. Green to respond by May 13, 2026, in addition to sending that same letter via USPS mail. (See Exhibit 2)

11. With the May 13 deadline passing without a response, Warmuth sent a final email to vanessagreen630@gmail.com on May 13, 2026, with the subject "IVC Filter Case- Final Unresponsive Letter," instructing Ms. Green to review the letter and respond by May 20, 2026, in addition to sending that same letter via USPS mail. (See Exhibit 3)

12. The attorney-client relationship between Vanessa Green and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should proceed.

13. Plaintiff's last known address and contact information is as follows:

Vanessa Green
 555 E Street SW, APT 408 Washington, DC 20024
202-650-2399

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting

Joshua R. Harris of the law firm Gomez Trial to withdraw their appearance as counsel of record

in this matter.


Dated: May 28, 2026

                                        Respectfully Submitted,


                                        *Joshua Harris*

                                        GOMEZ TRIAL ATTORNEYS
                                         /s/ Joshua R. Harris
                                        Joshua R. Harris (FL Bar No. 124124)
                                        Admitted Pro Hac Vice
                                        755 Front St.
                                        San Diego, California 92101
                                        PH: 673-237-3490 / FAX: 673-237-3496
                                        josh@getgomez.com

# Exhibit 1



April 22, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Vanessa Green
555 E Street SW, APT 408
Washington, DC 20024
vanessagreen630@gmail.com

Dear Vanessa,

Since 3/17/2026, our office has made multiple attempts to contact you and have not heard back from you. We have been attempting to contact you regarding the update letter sent to your email.

We ask that you please complete and sign this letter by 5/6/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com. We appreciate your attention to this matter.

Sincerely,

_____
Josh Harris, Esq.
**Gomez Trial Attorneys**

# Exhibit 2



May 6, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Vanessa Green
555 E Street SW, APT 408
Washington, DC 20024
vanessagreen630@gmail.com

Dear Vanessa,

      Since 3/17/2026, our office has made multiple attempts to contact you and have not heard back from you. We have been attempting to contact you regarding the update letter sent to your email.

      We ask that you please complete and sign this letter by 5/13/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com. We appreciate your attention to this matter.

Sincerely,

Josh Harris, Esq.
**Gomez Trial Attorneys**

# Exhibit 3



May 13, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Vanessa Green
555 E Street SW, APT 408
Washington, DC 20024
vanessagreen630@gmail.com

Dear Vanessa,

Since 3/17/2026, our office has made multiple attempts to contact you and have not heard back from you. We have been attempting to contact you regarding the update letter sent to your email.

We ask that you please complete and sign this letter by 5/20/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com. We appreciate your attention to this matter.

Sincerely,

Josh Harris, Esq.
**Gomez Trial Attorneys**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)

Admitted Pro Hac Vice

755 Front St.

San Diego, California 92101

PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com