**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs:
Terry Wilson and Meredith S. Wilson
Civil Case # 1:16-cv-02137-WTL-DML

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF</u>**

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiffs and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel has repeatedly attempted to obtain a response, revised information, and necessary direction from Plaintiff regarding the status of the case and the update materials provided for review through a series of written email communications and follow-up efforts handled primarily by counsel's Legal Assistant, Gretel Warmuth.

4. The firm began by reaching out to Ms. Wilson about the update materials for her case. On March 18, 2026, Gretel Warmuth spoke with Ms. Wilson about an incomplete update letter and resent it to her. (See Exhibit 1)

5. A week later, our efforts to follow up on the missing information took a difficult turn. On March 26, 2026, Gretel Warmuth had a phone call with Ms. Wilson, who was very angry about the follow-up regarding the update letter. Ms. Wilson stated that if the firm had been "this

dedicated in the beginning then the case would have gone somewhere." She then told Warmuth to "put yourself and the firm in the trash where we belong" and hung up.

6. After that, counsel made multiple attempts to get a response. On April 9, 2026, the firm sent a communication, via email to merwilson51@gmail.com and via USPS, with the subject "IVC Filter Case- Second Unresponsive Letter," attempting to elicit a response to previously unaddressed materials. (See Exhibit 2)

7. When there was still no reply, we escalated the situation. On April 16, 2026, a further email was sent to merwilson51@gmail.com with the subject "IVC Filter Case- Final Unresponsive Letter," in addition to her home via USPS representing a final effort to obtain a response from Ms. Wilson. (See Exhibit 3)

8. Despite these repeated phone calls and emails, including formal unresponsive letters, Ms. Wilson provided no substantive response to our requests. The only feedback documented was the angry call, which made it clear she was unwilling to cooperate further.

9. The attorney-client relationship between Plaintiff, Meredith S. Wilson, and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should proceed.

10. Plaintiff's last known address and contact information is as follows:

Meredith S. Wilson
17104 Schollview Ave Palmdale, CA 93591
661-264-2329

Terry Wilson (Deceased)

/ / /

/ / /

/ / /

2

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Joshua R. Harris of the law firm Gomez Trial Attorneys to withdraw their appearance as counsel of record in this matter.

Dated: May 28, 2026

Respectfully Submitted,

*Joshua Harris*

GOMEZ TRIAL ATTORNEYS
 /s/ Joshua R. Harris
Joshua R. Harris (FL Bar No. 124124)
Admitted Pro Hac Vice
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com

3

# Exhibit 1



March 26, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Meredith Wilson
17104 Schollview Ave
Palmdale, CA 93591
merwilson51@gmail.com

Dear Meredith,

      Thank you for contacting Gomez Trial Attorneys regarding your IVC Filter claim. In order to investigate your claim, we need the Full Update Letter submitted correctly with only one box checked.

      We ask that you please properly complete and sign this document by 4/9/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com with any questions or concerns. We appreciate your attention to this matter.

      Sincerely,

*Joshua Harris*
Josh Harris, Esq.
**Gomez Trial Attorneys**

755 Front Street | San Diego, CA 92101 | P. 619 237 3490 | F. 619 237 3496 | thegomezfirm.com

# Exhibit 2



April 9, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Terry Wilson
17104 Schollview Ave
Palmdale, CA 93591
twwilson308@gmail.com

Dear Terry,

Thank you for contacting Gomez Trial Attorneys regarding your IVC Filter claim. In order to investigate your claim, we need the Full Update Letter submitted correctly with only one box checked.

We ask that you please properly complete and sign this document by 4/16/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com with any questions or concerns. We appreciate your attention to this matter..

Sincerely,

_____
Josh Harris, Esq.
**Gomez Trial Attorneys**

755 Front Street | San Diego, CA 92101 | P. 619 237 3490 | F. 619 237 3496 | thegomezfirm.com

# Exhibit 3



April 16, 2026

**CONFIDENTIAL ATTORNEY-CLIENT PRIVILEGED COMMUNICATION**

***Sent Via USPS & Email***
Meredith Wilson
17104 Schollview Ave
Palmdale, CA 93591
merwilson51@gmail.com

Dear Meredith,

Thank you for contacting Gomez Trial Attorneys regarding your IVC Filter claim. In order to investigate your claim, we need the Full Update Letter submitted correctly with only one box checked.

We ask that you please properly complete and sign this document by 4/23/2026. You can call us at 619-237-3490, or email the Legal Assistant on your case, Gretel Warmuth, at gwarmuth@getgomez.com with any questions or concerns. We appreciate your attention to this matter.

Sincerely,

Josh Harris, Esq.
**Gomez Trial Attorneys**

755 Front Street | San Diego, CA 92101 | P. 619 237 3490 | F. 619 237 3496 | thegomezfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)

Admitted Pro Hac Vice

755 Front St.

San Diego, California 92101

PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com