UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
-------------------------------------------------------------X
LISET DIAZ                                Docket No. 15cv1585

                    Plaintiff,

                                          **DECLARATION OF BRIAN M.**
                                          **DRATCH**

          -against-
COOK MEDICAL, INC.
                    Defendants.
--------------------------------------------------------X

          **BRIAN M. DRATCH, ESQ.** an attorney licensed to practice law in the State of New York

hereby declares under the penalty of perjury the following:

          1      This firm represents plaintiff in the above matter.

          2.     This IVC Cook Filter case was dismissed without prejudice for failing to supply a

Second Amened Case Categorization Form.

          3.     My office received the letter from defendant's counsel dated September 20, 2024.

          4.     On the very same day, my office sent the document to defendant's counsel.

(Exhibit 'B').

          5.     I am requesting that the matter be reinstated at this time.

          9.   I hereby declare that the above statements made by me are true to the best of my

knowledge.

Dated:  New York, New York
        June 9, 2026

                              By:   */s/ Brian M. Dratch*_____
                                    BRIAN M. DRATCH