# Exhibit A



**Blake T. Lehr**
Associate
blake.lehr@faegredrinker.com
+1 260 460 1647 direct

**Faegre Drinker Biddle & Reath** LLP
110 West Berry Street, Suite 2400
Fort Wayne, Indiana  46802
+1 260 424 8000 main
+1 260 460 1700 fax

faegredrinker.com

September 20, 2024

**VIA E-MAIL ONLY**

| For MDL Plaintiffs |
| --- |

FRANZBLAU DRATCH P.C.
354 Eisenhower Pkwy.
PO Box 472
Livingston, NJ 07039

> Re:     **Cook Filter MDL – Case Noncompliant with CMO-33** (Diaz, Liset, 1:15-cv-01585)

Dear Counsel:

Amended CMO-33 requires **each Plaintiff in the MDL** to submit a Second Amended Case Categorization Form, which is attached as Exhibit 2 to the Sixth Amended CMO-4 (Dkt. 25716) and also available on the MDL Court's website (https://www.insd.uscourts.gov/cook-mdl-case-management) in an electronically fillable format. Each Plaintiff is required under CMO-33 to submit a Second Amended Case Categorization Form, regardless of whether they previously categorized their claims under the old categorization process. *Id.* The above-captioned Plaintiff's deadline to submit a new categorization form under Amended CMO-33 expired on July 17, 2024. Dkt. 25717 at 2. Plaintiff, however, failed to submit a Second Amended Case Categorization Form by this deadline and is therefore noncompliant with Sixth Amended CMO-4.

Pursuant to the process outlined in the Sixth Amended CMO-4 (Dkt. 25716), this letter serves as written notice of the above-captioned Plaintiff's failure to submit a Second Amended Case Categorization Form, as required by Amended CMO-33 (Dtk. 25717). Plaintiff has **five (5) days** from the date of this letter to submit a Second Amended Case Categorization Form, which must both be uploaded to https://filetransfer.faegredrinker.com/bds/Send.do and emailed to CookFilterMDL@faegredrinker.com. If Plaintiff fails to cure this deficiency within the allotted five days, Cook will include Plaintiff's case in a Notice of Non-Compliance, which may result in the MDL Court dismissing the case under Federal Rule of Civil Procedure 41 for failure to prosecute and failure to comply with the Court's Orders. See Dkt. 25716 at ¶ 4.

Very truly yours,

*Blake Lehr*

Blake T. Lehr
CC: Joe Williams - joe@williamsgroup.law