# Exhibit B

**Feryanda James**

| | |
|---|---|
| **From:** | Brian Dratch |
| **Sent:** | Friday, September 20, 2024 12:57 PM |
| **To:** | Feryanda James |
| **Subject:** | FW: Liset Diaz 15cv1585 |
| **Attachments:** | Second Amended Case Categorization Form Liset Diaz 15cv1585.pdf |

Please print this email and form for the file.

**From:** Feryanda James <FJames@njcounsel.com>
**Sent:** Friday, September 20, 2024 12:38 PM
**To:** CookFilterMDL@faegredrinker.com
**Cc:** Brian Dratch <BDratch@njcounsel.com>
**Subject:** Liset Diaz 15cv1585

This email is sent on behalf of Brian M. Dratch, Esq. **If you have any questions, please contact Mr. Dratch at bdratch@njcounsel.com or 973-533-7285. Thank you.**

Attached please find the Second Amended Case Categorization Form in the above matter.

Best regards,

## *Feryanda (Fee) James*

Legal Assistant/Paralegal
**Brian M. Dratch, Esq.**
**The Dratch Law Firm, P.C.**
354 Eisenhower Parkway, Plaza II
Livingston, NJ 07039
973-992-3700 Main Office
973-533-7268-Direct Line
973-992-7945-Facsimile

1

## Second Amended Case Categorization Form

A.    Plaintiff's Name:                              Liset Diaz

B.    Plaintiff's Case Number:                  15cv1585

C.    Plaintiff's Counsel (Lead Firm Name):    Franzblau Dratch, P.C.

D.    Categorization:

**Instructions:** Check each category that applies, briefly describe the claimed injury/complication/outcome in the blank spaces where applicable, and provide specific medical record(s), imaging, and/or expert report in support of each claimed categorization simultaneously with the submission of this form.

1.    Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

☐ Check this box for Category 1

2.    Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

☑ Check this box for Category 2

Briefly describe claimed complication/outcome/injury:
The filter remains in plaintiff

3.    Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

☐ Check this box for Category 3(a)

☐ Check this box for Category 3(b)

Briefly describe claimed complication/outcome/injury:

4. <u>Embedded and High Risk Cases</u>: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

☑ Check this box for Category 4

Briefly describe claimed complication/outcome/injury:
The filter remains in plaintiff

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

**Plaintiffs who have not undergone any filter removal attempt but are asserting an irretrievability-based claim cannot select this category but may select Category 4 above.**

☐ Check this box for Category 5(a)

☐ Check this box for Category 5(b)

Briefly describe claimed complication/outcome/injury:

6. <u>Non-Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

☑ Check this box for Category 6(a) – non-symptomatic filter movement or migration

☑ Check this box for Category 6(b) – non-symptomatic penetration or perforation

☐ Check this box for Category 6(c) – other non-symptomatic conditions

Briefly describe claimed complication/outcome/injury:

7. <u>Symptomatic Injury Cases</u>: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

☐ Check this box for Category 7

---

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category 7(k).

2

**Check all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging, medical record, or expert report);

☐ Check this box for Category 7(a)

Briefly describe claim of symptomatic injury:


(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

☐ Check this box for Category 7(b)

Briefly describe claim of symptomatic injury:


(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

☐ Check this box for Category 7(c)

Briefly describe claim of symptomatic injury:


(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

☑ Check this box for Category 7(d)

Briefly describe claim of symptomatic injury:
See CT Scan dated March 6, 2014


(e) penetration or perforation (if claiming this category, check only one option below):

(1) symptomatic perforation consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging; or

☐ Check this box for Category 7(e)(1)

Briefly describe claim of symptomatic injury:

3

(2) organ perforation –

☐ Check this box for Category 7(e)(2)

Briefly describe claim of symptomatic injury:

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

☐ Check this box for Category 7(f)

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

☐ Check this box for Category 7(g)

Briefly describe claim of symptomatic injury:

(h) infection;

☐ Check this box for Category 7(h)

Briefly describe claim of symptomatic injury:

(i) bleeding;

☐ Check this box for Category 7(i)

Briefly describe claim of symptomatic injury:

(j) death; and

☐ Check this box for Category 7(j)

4

Briefly describe claim of symptomatic injury:

(k) open-removal and/or open heart surgery- any case where a plaintiff has had an open surgical procedure, including open heart surgery, to remove his or her IVC filter.

☐ Check this box for Category 7(k)

Briefly describe claim of symptomatic injury:

E.    CMO-30 Compliance for Perforation Cases:

Plaintiffs who categorized as Category 7(e) shall also review the medical evidence submitted with his/her Case Categorization Form and confirm he/she has provided imaging and/or a medical record or expert report supporting (a) IVC filter protrusion "3 or more mm outside the wall of the IVC as demonstrated by imaging," and (b) that the documented protrusion has caused a present physical impairment or physical harm.

Has Plaintiff submitted evidence of a perforation "3 or more mm outside the wall of the IVC as demonstrated by imaging"?

☐ Yes ☑ No

Has Plaintiff submitted evidence that the documented perforation has caused a physical impairment or physical harm?

☐ Yes ☐ No

If No: Plaintiff must supplement his or her Case Categorization Form to include this evidence and/or submit specific medical record evidence with this Form.

F.    Certification:

The undersigned counsel affirms that the categorization is based on a review of the available medical records including imaging records and reports. The submission of the specific medical record(s) attached, and submission of this form, are counsel's certification that the outcome, complication, or injury represented in Section D is the proper categorization for Plaintiff's case to the best of counsel's knowledge and belief.

If no specific medical record(s) accompany the submission of this form, counsel certifies that specific medical records supporting case categorization were previously produced on [Date/Time] and are identified by [bates label, provider name, page number, etc.].

Plaintiff's Counsel Name (printed):    Brian Dratch, Esq.

Plaintiff's Counsel's Firm:    Franzblau Dratch, P.C.

Plaintiff's Counsel's Signature:



**Morristown
Medical Center**
ATLANTIC HEALTH SYSTEM

Morristown Medical Center Radiology Dept.
100 Madison Avenue
Morristown, NJ 07962

Patient Name: DIAZ, LISET
Ordering Physician:    Patwa, Amy S
Attending Physician:   Patwa, Amy S

Exam Date:    03/06/2014 02:32 am
Location:     ER

CC:

CPT Code(s):  74176
ICD-9 Code(s): 789.03
Accession:    31608885
Procedure:    CT ABDOMEN PELVIS WO 74176

MPI:          HNE281029669
MRN:          A00651972
DOB:          02/21/1969
Visit:        A1406403112
Admit Date:   03/06/2014
Approve Dt:   03/06/2014
Department:   CT SCANNING

## FINAL

CLINICAL HISTORY: Right flank pain radiating to groin.

TECHNIQUE: Axial CT Images of the abdomen and pelvis were obtained from the lung bases through the pubic symphysis without the administration of intravenous or oral contrast. Coronal and sagittal reformatted image sets were generated.

COMPARISON: September 5, 2013.2

FINDINGS:There is linear discoid atelectasis at the lung bases including the lingula. The heart is not enlarged.

Lack of intravenous and oral contrast limits evaluation of the solid organs and bowel, respectively.

The unenhanced liver is normal in size, contour, and attenuation. There are surgical clips in the gallbladder fossa compatible with prior cholecystectomy. There are surgical clips in the left upper quadrant compatible with prior splenectomy. The pancreas and adrenal glands are unremarkable.

The kidneys are symmetric in size and attenuation. There is a 2 mm nonobstructing calculus within the right midpole. There are no obstructing urinary calculi. There is no hydronephrosis.

The abdominal aorta is normal in course and caliber. Incidentally noted is an infrarenal inferior vena cava, with struts extending beyond the boundary of the IVC, as seen on prior study. There is no retroperitoneal fluid/hematoma. There are scattered prominent retroperitoneal and mesenteric lymph nodes.

Evaluation of the unopacified gastrointestinal tract demonstrates postsurgical changes compatible with Roux-en-Y gastric bypass. There are no dilated loops of bowel to suggest obstruction. The appendix is seen extending off the cecum on image 40 of series 2. There is somewhat prominent compared to prior study, measuring approximately 7 mm, with a suggestion of minimal periappendiceal induration for example on axial Image 55. Early acute appendicitis can have this appearance. There is moderate stool throughout the colon. There is no significant diverticular disease. There is no abdominal ascites. There is no free air. There are 2 small fat-containing umbilical hernias, as seen on prior study.

Evaluation of the pelvis demonstrates a normal urinary bladder, uterus and adnexae.
There is no significant free fluid in the pelvis. There are no enlarged pelvic sidewall or inguinal lymph nodes.

*Page 1 of 2*

**CONFIDENTIALITY NOTICE:**
WARNING: Unauthorized interception of this document is a violation of Federal and State law. This document contains information that is legally privileged. You are hereby notified that any disclosure, copying, distribution, or taking of action in reliance on contents of this document is strictly prohibited.

If you have received this document in error, please notify the Morristown Medical Center Radiology Dept. immediately at (973) 971-5340 to arrange for its return.

# Morristown
# Medical Center
### ATLANTIC HEALTH SYSTEM

**Morristown Medical Center Radiology Dept.**
**100 Madison Avenue**
**Morristown, NJ 07962**

| | | | |
|---|---|---|---|
| **Patient Name:** DIAZ, LISET | | **Exam Date:** | 03/06/2014 02:32 am |
| **DOB:** 02/21/1969 | | **MPI:** | HNE281029669 |
| **Accession:** 31608885 | | **MRN:** | A00651972 |

Evaluation of the bones demonstrates no suspicious lytic or blastic osseous lesions.

IMPRESSION:

No hydroureteronephrosis. 2 mm nonobstructing right intrarenal calculus.

Mildly prominent appendix, measuring 7 mm, with question of minimal periappendiceal induration for example on axial image 55. Early acute appendicitis cannot be excluded.

Postsurgical changes compatible with Roux-en-Y gastric bypass.
No bowel obstruction. No free air or free fluid.

Preliminary findings were communicated to the Emergency Department via PACS at 3:18 AM on March 6, 2014.

Transcribed by: Interface435, User

Dictated by: Gardner, Kimberly R
Electronically Signed by: Parisi, Angela R, M.D. on 03/06/2014 10:49 AM EST

---

Page 2 of 2

**CONFIDENTIALITY NOTICE:**
WARNING: Unauthorized interception of this document is a violation of Federal and State law. This document contains information that is legally privileged. You are hereby notified that any disclosure, copying, distribution, or taking of action in reliance on contents of this document is strictly prohibited.

If you have received this document in error, please notify the Morristown Medical Center Radiology Dept. immediately at (973) 971-5340 to arrange for its return.



**Morristown Medical Center**
ATLANTIC HEALTH SYSTEM

Morristown Medical Center Radiology Dept.
100 Madison Avenue
Morristown, NJ 07962

Patient Name: DIAZ, LISET
Ordering Physician:    Kalafas, Costas A, M.D.
Attending Physician:   Kalafas, Costas A, M.D.

Exam Date:    05/14/2014  01:05 pm
Location:     ER

CC:

CPT Code(s):   74177, Q9966
ICD-9 Code(s): 789.03
Accession:     31740204
Procedure:     CT ABDOMEN PELVIS W 74177

MPI:          HNE281029669
MRN:          A00651972
DOB:          02/21/1969
Visit:        A1413400589
Admit Date:   05/14/2014
Approve Dt:   05/14/2014
Department:   CT SCANNING

## FINAL

CLINICAL HISTORY:
*ABDOMINAL/FLANK PAIN UNSPECIF SITE - 789.00

PREVIOUS EXAMINATION: March 6, 2014.

TECHNIQUE:
5 mm interval images were obtained from the lung bases through the perineum after the intravenous and oral administration of contrast material.

FINDINGS:
There are some dependent atelectatic changes at the lung bases. The heart is upper normal in size. There are atherosclerotic changes. There are degenerative changes of the lower thoracic spine.

The liver and spleen are normal in size and attenuation and demonstrate no definite space-occupying lesions. There are surgical clips in the perigastric region from partial gastrectomy. There is no perigastric adenopathy. The adrenal glands are not enlarged. There are surgical clips from cholecystectomy. There is no pancreatic mass.

The kidneys enhance symmetrically and demonstrate no evidence of hydronephrosis. There is cystic or solid renal mass. Again noted is a 2 mm calculus in the mid right kidney as noted previously. There is no hydroureter or adenopathy in the retroperitoneum. A filter is again seen in the inferior vena cava as before. In the interval since the previous examination there has been appendectomy. There are pericecal surgical clips. There is no inflammatory process or collection. The visualized loops of bowel are unremarkable. There is no pericolonic inflammatory process. The bladder is well distended. The uterus is not enlarged. There is no adnexal mass. There is no internal or external iliac adenopathy. There is no internal obturator, ischiorectal or inguinal adenopathy. There are degenerative changes of the lumbosacral spine.

IMPRESSION:
Postoperative changes as described. Appendectomy. There is no intra-abdominal collection or pericolonic inflammatory process. There is no bowel obstruction.

*Page 1 of 2*

CONFIDENTIALITY NOTICE:
WARNING: Unauthorized interception of this document is a violation of Federal and State law. This document contains information that is legally privileged. You are hereby notified that any disclosure, copying, distribution, or taking of action in reliance on contents of this document is strictly prohibited.

If you have received this document in error, please notify the Morristown Medical Center Radiology Dept. immediately at (973) 971-5340 to arrange for its return.



## Morristown
## Medical Center
**ATLANTIC HEALTH SYSTEM**

Morristown Medical Center Radiology Dept.
100 Madison Avenue
Morristown, NJ 07962

Patient Name: DIAZ, LISET
DOB:         02/21/1969
Accession:   31740204

Exam Date:   05/14/2014  01:05 pm
MPI:         HNE281029669
MRN:         A00651972

Transcribed by: Greener, Angela, ALLMED

Dictated By: Rubenstein, James B, M.D.
Electronically Signed by: Rubenstein, James B, M.D. on 05/14/2014 1:28 PM EDT

*Page 2 of 2*

CONFIDENTIALITY NOTICE:
WARNING:  Unauthorized Interception of this document is a violation of Federal and State law.  This document contains Information that is legally privileged.
You are hereby notified that any disclosure, copying, distribution, or taking of action in reliance on contents of this document is strictly prohibited.

If you have received this document in error, please notify the Morristown Medical Center Radiology Dept. Immediately at (973) 971-5340 to arrange
for its return.