UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

--------------------------------------------------------X

LISET DIAZ                                   Docket No. 15cv1585

               Plaintiff,

                                               **ORDER REINSTATING MATTER**

     -against-
COOK MEDICAL, INC.

               Defendants.

--------------------------------------------------------X

     **BRIAN M. DRATCH, ESQ.** an attorney licensed to practice law in the State of New York attorneys for plaintiff in the presence of the attorneys for defendants and the Court having considered the papers submitted by the respective parties, and for good cause shown,

     **IT IS** on this _____ day of June, 2026

     **ORDERED, that** plaintiffs' complaint be and is hereby reinstated against each of the Defendants;

                                                    _____

                                                       **U.S.D.J.**