IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CASE NO.: 1:14-ML-02570-RLY-TAB CASE NO.: 1:17-CV-03919-RLY-TAB |
| | ) ) | **Suggestion of Death of Plaintiff Joseph Vega, and Motion to Substitute Plaintiff of** |
| This filing applies to *Vega v. Cook Medical Inc., et al.,* Case No. 1:17-CV-03919-RLY-TAB | ) ) ) | ***Vega v. Cook Medical Inc., et al.,* Case No. 1:17-CV-03919-RLY-TAB** |

**SUGGESTION OF DEATH OF PLAINTIFF JOSEPH VEGA
AND MOTION TO SUBSTITUTE PLAINTIFF**

NOW INTO COURT COMES FORMER COUNSEL OF RECORD FOR PLAINTIFF JOSEPH VEGA.

Undersigned Counsel hereby gives notice that the Plaintiff in the above-captioned matter, Mr. Joseph Vega, unfortunately passed away on December 22, 2024. See death certificate attached hereto as Exhibit A. This action is not one of the enumerated types which are extinguished by a Plaintiff's death, under the law of this action's home forum. Therefore, his wife, Myrna Olivia Vega, through undersigned counsel, hereby moves to substitute herself as plaintiff of record on behalf of her deceased husband Joseph Vega in the civil action *Vega v. Cook Medical, Inc., et al.,* Case No. 17-CV-03919-RLY-TAB., under FRCP 25(a)(1).

DATED: June 10, 2026.                                    Respectfully submitted,


By: /sStephen B. Murray, Jr.
Stephen B. Murray, Jr. (LA SBN: 23877)
smj@murray-lawfirm.com
RUSTON J. PRITCHARD (LA SBN: 38379)
rpritchard@murray-lawfirm.com
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249

*Attorney for Myrna Olivia Vega*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.


By: /sStephen B. Murray, Jr.
Stephen B. Murray, Jr. (LA SBN: 23877)
smj@murray-lawfirm.com
RUSTON J. PRITCHARD (LA SBN: 38379)
rpritchard@murray-lawfirm.com
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249

*Attorney for Myrna Olivia Vega*