## CERTIFICATION OF DEATH RECORD

### COOK COUNTY CLERK VITAL RECORDS
### CHICAGO, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

DATE ISSUED    2/19/2025

STATE FILE NUMBER    2024 0105801

| | | |
|---|---|---|
| DECEDENT'S LEGAL NAME JOSEPH VEGA | SEX MALE | DATE OF DEATH DECEMBER 22, 2024 |

| | | |
|---|---|---|
| COUNTY OF DEATH COOK | AGE AT LAST BIRTHDAY 74 YEARS | DATE OF BIRTH AUGUST 06, 1950 |

CITY OR TOWN CHICAGO

HOSPITAL OR OTHER INSTITUTION NAME 6513 WEST 60TH STREET

PLACE OF DEATH DECEDENT'S HOME

BIRTHPLACE CHICAGO, IL

SOCIAL SECURITY NUMBER 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

STATUS AT TIME OF DEATH MARRIED

APT. NO.

SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME MYRNA OLIVIA ZUNIGA

EVER IN U.S. ARMED FORCES? YES

CITY OR TOWN CHICAGO

INSIDE CITY LIMITS? YES

RESIDENCE 6513 WEST 60TH STREET

COUNTY COOK    STATE IL    ZIP CODE 60638

FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION GREGORY VEGA

MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION EVELYN BORGSTROM

INFORMANT'S NAME MYRNA OLIVIA VEGA

RELATIONSHIP WIFE

MAILING ADDRESS 6513 WEST 60TH STREET, CHICAGO, IL, 60638

METHOD OF DISPOSITION CREMATION

PLACE OF DISPOSITION CARE CREMATION CENTER

LOCATION - CITY OR TOWN AND STATE ROMEOVILLE, IL

DATE OF DISPOSITION DECEMBER 31, 2024

FUNERAL HOME MICHAEL COLETTA SONS, 544 W. 31ST ST, CHICAGO, IL, 60616

FUNERAL DIRECTOR'S NAME MICHAEL COLETTA

FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER 034014831

LOCAL REGISTRAR'S NAME MONICA GORDON

DATE FILED WITH LOCAL REGISTRAR DECEMBER 31, 2024

**CAUSE OF DEATH    PART I.    HEART FAILURE**

IMMEDIATE CAUSE (Final disease or condition resulting in death)    a.

Due to (or as a consequence of):    b.

Due to (or as a consequence of):    c.

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
NARCOTIC ABUSE

WAS AN AUTOPSY PERFORMED?    NO

WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH?    N/A

FEMALE PREGNANCY STATUS NOT APPLICABLE

MANNER OF DEATH COULD NOT BE DETERMINED

DATE OF INJURY    TIME OF INJURY    PLACE OF INJURY

INJURY AT WORK?

LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED:

IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? YES | DATE LAST SEEN ALIVE NOVEMBER 22, 2024 | WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES | DATE PRONOUNCED | TIME OF DEATH 12:14 PM |
|---|---|---|---|---|

CERTIFIER ADVANCED PRACTICE NURSE

DATE CERTIFIED DECEMBER 31, 2024

NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH PRISCILLA RIVERA NP, 6918 WEST ARCHER AVENUE, CHICAGO, ILLINOIS, 60638

PHYSICIAN'S LICENSE NUMBER 209008501

3650643

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Monica Gordon*

Monica Gordon
Office of the Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE



**EXHIBIT**

A