IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Vega v. Cook Medical Inc., et al.,* Case No. 1:17-CV-03919-RLY-TAB | )  CASE NO.: 1:14-ML-02570-RLY-TAB<br>)  CASE NO.: 1:17-CV-03919-RLY-TAB<br>)<br>)  **Suggestion of Death of Plaintiff Joseph**<br>)  **Vega, and Motion to Substitute Plaintiff of**<br>)  **Vega *v. Cook Medical Inc., et al.,* Case No.**<br>)  **1:17-CV-03919-RLY-TAB**<br>)<br>) |

**PROPOSED ORDER**

CONSIDERING THE FOREGOING Suggestion of Death of Plaintiff Joseph Vega, and

Motion to Substitute Plaintiff of *Vega v. Cook Medical Inc., et al.,* Case No. 1:17-CV-03919-

RLY-TAB:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Suggestion of

Death of Plaintiff Joseph Vega, and Motion to Substitute Plaintiff of *Vega v. Cook Medical Inc.,*

*et al.,* Case No. 1:17-CV-03919-RLY-TAB is hereby GRANTED.

SO ORDERED this _____ day of _____, 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana