IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO.: 1:14-ML-02570-RLY-TAB<br>CASE NO.: 1:17-CV-00700-RLY-TAB |
| This filing applies to *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB | ) ) ) ) ) | **Suggestion of Death of Plaintiff Drenner Denise Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB** |

## SUGGESTION OF DEATH OF PLAINTIFF DRENNER DENISE ABRAMS AND MOTION TO SUBSTITUTE PLAINTIFF

NOW INTO COURT COMES FORMER COUNSEL OF RECORD FOR PLAINTIFF DRENNER ABRAMS.

Undersigned Counsel hereby gives notice that the Plaintiff in the above-captioned matter, Ms. Drenner Denise Abrams, unfortunately passed away on April 1, 2023. See death certificate attached hereto as Exhibit A. This action is not one of the enumerated types which are extinguished by a Plaintiff's death, under the law of this action's home forum. Therefore, her son, James A. Wilkins, through undersigned counsel, hereby moves to substitute himself as plaintiff of record on behalf of his deceased mother Drenner Denise Abrams in the civil action *Abrams v. Cook Medical, Inc., et al.,* Case No. 17-CV-00700-RLY-TAB., under FRCP 25(a)(1).

DATED: June 10, 2026.                        Respectfully submitted,


                                             By: /s/Stephen B. Murray, Jr.
                                             Stephen B. Murray, Jr. (LA SBN: 23877)
                                             smj@murray-lawfirm.com
                                             RUSTON J. PRITCHARD (LA SBN: 38379)
                                             rpritchard@murray-lawfirm.com
                                             MURRAY LAW FIRM
                                             701 Poydras Street, Suite 4250
                                             New Orleans, Louisiana 70139
                                             Telephone:  (504) 525-8100
                                             Facsimile:  (504) 584-5249

                                             *Attorney for James Wilkins*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.


                                             By: /s/Stephen B. Murray, Jr.
                                             Stephen B. Murray, Jr. (LA SBN: 23877)
                                             smj@murray-lawfirm.com
                                             RUSTON J. PRITCHARD (LA SBN: 38379)
                                             rpritchard@murray-lawfirm.com
                                             MURRAY LAW FIRM
                                             701 Poydras Street, Suite 4250
                                             New Orleans, Louisiana 70139
                                             Telephone:  (504) 525-8100
                                             Facsimile:  (504) 584-5249

                                             *Attorney for James Wilkins*