**STATE OF ARIZONA**
**CERTIFICATION OF VITAL RECORD**

ORIGINAL
STATE COPY

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS
**CERTIFICATE OF DEATH**

State File Number: 102-2023-021272

| | |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | 2. AKA'S (IF ANY) |
| DRENNER, DENISE, ABRAMS | |

| | | | | |
|---|---|---|---|---|
| 3. DATE OF DEATH | | | | 04/01/2023 |
| 4. SEX | 5. SOCIAL SECURITY NUMBER | 6. DATE OF BIRTH | 7. AGE | |
| FEMALE | 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 | 09/19/1967 | 55 YEARS | |

8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH
QUEEN CREEK, PINAL, 85143

9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS)
RESIDENCE - 4400 E SILVERBELL ROAD

| | | |
|---|---|---|
| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | 11. MARITAL STATUS | 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
| CHICAGO, ILLINOIS | WIDOWED | NOT LISTED |

13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP)
4400 E SILVERBELL ROAD, QUEEN CREEK, PINAL, AZ, 85143

| | | |
|---|---|---|
| 14. DECEDENT'S HISPANIC ORIGIN(S): | 15. DECEDENT'S RACE(S): | 16. EVER IN ARMED FORCES |
| | | NO |
| NO, NOT SPANISH/HISPANIC/LATINO | BLACK, AFRICAN AMERICAN | 17. OCCUPATION REGISTERED NURSE |

| | |
|---|---|
| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) |
| EDDIE, LEE, PARKER | ESTER MAE, , MCELROY |

| | |
|---|---|
| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | 21. RELATIONSHIP |
| JAMES, ARTHUR, WILKINS | SON |

22. INFORMANT'S MAILING ADDRESS
4400 E SILVERBELL ROAD, SAN TAN VALLEY, AZ, 85143

| | | |
|---|---|---|
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | 25. LICENSE NUMBER |
| SAN TAN MOUNTAIN VIEW FUNERAL HOME 21809 S ELLSWORTH ROAD, QUEEN CREEK, AZ, 85142 | DREW, A, HOUSEAL | FDL-001643 |

| | | |
|---|---|---|
| 26. METHOD(S) OF DISPOSITION | 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY |
| CREMATION | MOUNTAIN VIEW FUNERAL HOME & CEMETERY, MESA, AZ, US | |

**MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I**

| | |
|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | 30. APPROXIMATE INTERVAL |
| CARDIAC ARREST | 4/1/2023 |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: | 32. APPROXIMATE INTERVAL |
| RENAL FAILURE | ONE YEAR |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | 34. APPROXIMATE INTERVAL |
| GITELMAN SYNDROME | 3/23/2022 |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | 36. APPROXIMATE INTERVAL |

**CAUSE OF DEATH PART II**

| | | | |
|---|---|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: | 38. INJURY? NO | 39. INJURY AT WORK? | 40. MANNER OF DEATH NATURAL DEATH |
| | 41. TIME OF DEATH 07:35 | 42. WAS AN AUTOPSY PERFORMED? NO | 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
| CROHN'S DISEASE | | | |

**CAUSE AND MANNER CERTIFICATION**

| | | |
|---|---|---|
| TO THE BEST OF MY KNOWLEDGE, THE INFORMATION ABOVE IS CORRECT AND THE DEATH OCCURRED DUE TO THE CAUSE(S) AND MANNER STATED. | 44. NAME OF PERSON COMPLETING CAUSE OF DEATH BHASKAR, , BANERJEE | 45. DATE CERTIFIED 04/21/2023 |

46. CERTIFIER'S ADDRESS
1625 N CAMPBELL AVENUE, TUCSON, AZ, 85719

Date Issued: 04/25/2023
Date Registered: 04/21/2023

VS-49 Rev. 12/2017

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016
This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

J4080115

SEAL OF PINAL COUNTY ARIZONA 1875

ARIZONA DEPARTMENT OF HEALTH SERVICES

**EXHIBIT**
A