IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Abrams v. Cook Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB | ) CASE NO.: 1:14-ML-02570-RLY-TAB<br>) CASE NO.: 1:17-CV-00700-RLY-TAB<br>)<br>) **Suggestion of Death of Plaintiff Drenner**<br>) **Denise Abrams, and Motion to Substitute**<br>) **Plaintiff of** *Abrams v. Cook Medical Inc., et*<br>) *al.,* **Case No. 1:17-CV-00700-RLY-TAB**<br>)<br>) |

## PROPOSED ORDER

CONSIDERING THE FOREGOING Suggestion of Death of Plaintiff Drenner Denise

Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook Medical Inc., et al.,* Case No.

1:17-CV-00700-RLY-TAB:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Suggestion of

Death of Plaintiff Drenner Denise Abrams, and Motion to Substitute Plaintiff of *Abrams v. Cook*

*Medical Inc., et al.,* Case No. 1:17-CV-00700-RLY-TAB is hereby GRANTED.

SO ORDERED this _____ day of _____, 2026.


_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana