UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

_____

This Document Relates Only to the Following Cases:
Dinkins, Lakita, 1:16-cv-01114

_____

### ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of

Defendants' Motion for Judgment in Plaintiff Lakita Dinkin's Case Pursuant to CMO-28, and

Plaintiff's Response thereto, it is hereby ORDERED that Defendant's Motion is DENIED.


BY THE COURT:


_____
, USDJ