# EXHIBIT H

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

This Document Relates Only to the Following Cases:
Lakita Dinkins, Case No. 1:16-cv-01114

## CERTIFICATION OF LAKITA DINKINS

I, Lakita Dinkins, the Plaintiff in the above-captioned lawsuit, hereby state the following to the best of my knowledge, information and belief:

1. On April 24, 2014 I went to Summa Akron City Hospital to be treated for back pain.

2. At that time I was unaware of having suffered any injuries caused by my Cook IVC filter.

3. I was not informed at this time that my Cook IVC filter had fractured.

4. I was not informed at this time that my Cook IVC filter had caused any injury to me.

5. On April 20, 2016, I met with Drazen Petrinec, M.D. because I wanted to know if my Cook IVC filter had to be removed.

6. At the time I was not aware of having ever suffered any injuries caused by the filter. I was only concerned that the filter could later lead to a life-threatening condition based upon information I had learned earlier that month.

7. Dr. Petrinec told me that it appeared my Cook IVC filter had fractured and one strut had broken away.

8. Dr. Petrinec did not tell me that I had been injured by the filter or the separated strut.

9. I am currently not aware of any injuries that were caused by the filter or strut prior to April 20, 2016.

1

Certification Pursuant to 28 U.S. Code § 1746: I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Lakita Dinkins (Jun 8, 2026 10:38:25 EDT)

Lakita Dinkins

Executed on  06/08/2026

2