UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates Only to the Following Cases:
Jones, Dana, 1:16-cv-00703

_____

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants' Motion for Judgment in Plaintiff Dana Jones' Case Pursuant to CMO-28, and Plaintiff's Response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED in part and DENIED in part.

Dismissal of Plaintiff's personal injury claims is DENIED.

Dismissal of Plaintiff's claims for implied warranty, express warranty, consumer protection, and punitive damages is hereby GRANTED.

BY THE COURT:

_____
, USDJ