UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates Only to the Following Cases:
Jones, Dana, 1:16-cv-00703

_____

**EXHIBITS A through B**
**Medical Records and Related Documents**

Michael S. Katz, Esq.
(admitted *pro hac vice*)
LOPEZ McHUGH, LLP
214 Flynn Avenue
Moorestown, NJ 08012
(856) 273-8500
(856) 273-8502 fax
mkatz@lopezmchugh.com
*Attorneys for Plaintiff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                      MDL No. 2570

This Document Relates Only to the Following Cases:
Jones, Dana, 1:16-cv-00703

## CERTIFICATION OF DANA JONES

I, Dana Jones, the Plaintiff in the above-captioned lawsuit, hereby state the following to the best of my knowledge, information and belief:

1. I have been shown a note from my Parkland Memorial Hospital medical records written on 2/11/2013 by Rebecca Lynn Roy, M.D., OB/GYN PGY-2.  In that note Dr. Roy states: "She had a DVT on anticoagulation on 3/2012 and was told that her IVC filter was 'protruding' and needed to be replaced."

2. I have no recollection of ever speaking to Rebecca Lynn Roy, M.D.

3. Dr. Roy's note indicates that I did not have any complaints at the time I spoke to her, and I agree with that. I do not believe I had any complaints about my Cook IVC filter at that time.

4. In March of 2012 I was not informed that my Cook IVC filter was protruding and needed to be replaced.  I have no knowledge of the source of that statement in the medical record.

5. In fact, I was never told that my Cook IVC filter was protruding and needed to be replaced.

6. I had a second filter implanted on January 18, 2013.  I had been told only that I needed a second filter because the Cook IVC filter had broken and was not functioning.

7. I was not told at or prior to that time that the Cook IVC filter had been defective or that it needed to be replaced or removed.

1

8. I have never been told by a medical provider that the Cook IVC filter had to be replaced or removed.

9. As far as I know, the Cook IVC filter has never been replaced or removed.

10. I have never been told by a medical provider that my Cook IVC filter was defective in any way.

11. I had no idea the Cook IVC filter could have been defective until June of 2015. At that time I saw a television commercial that mentioned a study that had been published in June of 2015. I don't recall specifics, but the study said that the Cook IVC filter was more likely to perforate or tilt.

12. I had never been told that my filter had perforated or tilted, but I decided to contact an attorney about my Cook IVC filter just in case.

13. I contacted an attorney about my Cook IVC filter on June 11, 2015.

14. As of June 11, 2015, I had never received any medical treatment for the Cook IVC filter.

15. My Short Form Complaint was filed on March 28, 2016.

Certification Pursuant to 28 U.S. Code § 1746: I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dana Jones (Jun 9, 2026 14:41:49 CDT)

Dana Jones

Executed on ___06/09/2026_____

# EXHIBIT B

From:

12/30/2014    15:03 Radiology                                    (FAX)                P.001/002

Patient Name: JONES, DANA
Patient ID: ████████
Date of Birth: ████████
Gender: F
Procedure: XR BONE SURVEY COMPLETE
Date of Service: 12/19/2014
Accession: 97466760000100

XR BONE SURVEY COMPLETE

Indication: DVT AND PE AND HTN

Comparison: None

Discussion:
Multiple views of the axial and appendicular skeleton were obtained.

No lytic or blastic calvarial lesions are seen. Degenerative changes are present within the spine. No aggressive spinal lesions are detected. No rib lesions are seen. There are two separate IVC filters. The more inferior filter appears to be somewhat fragmented. No aggressive pelvic lesions are seen. There are no aggressive lesions within the extremities.

Impression:
No evidence of osseous metastatic disease.
Fragmented IVC filter.

Signed by: Joseph Dieber MD 12/19/2014 11:38 AM