UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                     MDL No. 2570

_____

This Document Relates Only to the Following Cases:
Ricardo Clay, Case No. 1:16-cv-03262

_____

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of

Defendants' Motion for Judgment in Plaintiff Ricardo Clay's Case Pursuant to CMO-28, and

Plaintiff's Response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED in

part and DENIED in part.

Dismissal of Plaintiff's personal injury claims and loss of consortium claim is DENIED.

Dismissal of Plaintiff's claims for consumer protection and punitive damages is hereby

GRANTED.


BY THE COURT:


_____
, USDJ