IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

---

This Document Relates to:

JAMES LITTLE                    Case No. 1:18-cv-02422-RLY-TAB

---

**ORDER ON JUNE 10, 2026, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel June 10, 2026, for a telephonic status conference.

Discussion held regarding case status and settlement. The parties shall confer regarding

settlement and provide an update regarding settlement to the magistrate judge via email by June

19, 2026, at MJBaker@insd.uscourts.gov.

Date: 6/10/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.