IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to All Actions

---

### ORDER ON JUNE 11, 2026, TELEPHONIC STATUS CONFERENCE

Parties appeared by counsel June 11, 2026, for a telephonic status conference.

Discussion was held regarding settlement of the Flint Cooper Thompson Miracle inventory of

cases.  The parties shall provide an update to the magistrate judge on the status of settlement by

July 10, 2026, via email to MJBaker@insd.uscourts.gov.

Date: 6/11/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.