**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Leif Jonassen
Civil Case # 1:20-cv-02877-RLY-TAB

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel has repeatedly attempted to elicit a response, receive updated information, and obtain additional guidance from Plaintiff's Estate Representative in this case through a series of emails, formal letters, and follow-up efforts. Plaintiff Leif Jonassen is deceased, and all communications regarding this matter are conducted with his surviving spouse and Estate Representative, Janice Jonassen or his son Leif Jonassen III.

4. On March 12, 2026, Attorney Joshua R. Harris spoke with Leif Jonassen III, the son of Plaintiff Leif Jonassen, regarding the status of Plaintiff's case. An update letter was sent to Plaintiff's spouse, Janice Jonassen.

5. On March 13, 2026, an initial update letter was sent to Janice Jonassen via secure DocuSign at carolinemarotta@gmail.com. The update letter requested necessary medical documentation and information regarding Plaintiff's IVC filter treatment status.

6. On March 24, 2026, Warmuth spoke with Plaintiff's son, Leif Jonassen III, regarding the update letter and lack of response.

7. On April 3, 2026, Warmuth resent the update letter and left a voicemail for Plaintiff's family regarding the lack of response to the update letter. After this additional effort, no substantive response was received.

8. On April 13, 2026, at 9:57 AM, Warmuth resent the update letter again. No substantive response was received.

11. Accordingly, on April 22, 2026, at 1:34 PM, Warmuth resent the update letter to Ms. Jonassen at januaryjonesinfo@gmail.com.

12. On May 6, 2026, at 5:09 PM, Warmuth left a voicemail for Plaintiff's family regarding the update letter and continued lack of response from Plaintiff's family or representatives. No substantive response was received. Despite repeated informal attempts through phone calls, voicemails, and email resends, Plaintiff's representative did not provide the requested information. Consequently, counsel escalated to formal written communications.

13. On May 13, 2026, at 9:51 AM, an email with the subject "IVC Filter Case- Unresponsive Letter" was directed to Plaintiff's representative, requesting a response by May 20, 2026. This letter was also sent via USPS mail.

14. With no reply to the "Unresponsive Letter," a second, more urgent email was sent on May 22, 2026, at 10:57 AM, with the subject "IVC Filter Case- Second Unresponsive Letter." This email requested a response by May 29, 2026. This letter was also sent via USPS mail.

15. When the May 29 deadline passed without any communication from Plaintiff or Plaintiff's representative, counsel made a final attempt to reach them. On May 29, 2026, at 7:59 AM, Warmuth sent an email with the subject "IVC Filter Case- Final Unresponsive Letter," instructing Plaintiff or Plaintiff's representative to respond by June 5, 2026. This letter was also sent via USPS mail.

16. The attorney-client relationship between the Estate of Leif Jonassen and his counsel has broken down, and counsel is unable to proceed with this matter due to continued lack of response from Plaintiff's family and representative.

17. Plaintiff's Estate Representative's last known address and contact information is as follows:

Janice Jonassen
4186 Moss Oak Pl, Sarasota, FL 3433
808-444-8786

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Joshua R. Harris of the law firm Gomez Trial Attorneys to withdraw their appearance as counsel of record in this matter.

Dated: June 16, 2026

Respectfully Submitted,

*Joshua Harris*

GOMEZ TRIAL ATTORNEYS
/s/ Joshua R. Harris
Joshua R. Harris (FL Bar No. 124124)
Admitted Pro Hac Vice
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)

Admitted Pro Hac Vice

755 Front St.

San Diego, California 92101

PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com