**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Leif Jonassen
Civil Case # 1:20-cv-02877-RLY-TAB

## ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR

## PLAINTIFF

THE COURT, having reviewed the motion for Joshua R. Harris to withdraw as counsel of record for plaintiff, Leif Jonassen, in which his appearance has been entered, and being fully advised in the premises thereof, hereby

GRANTS the motion, and

ORDERS that the appearance of attorney Joshua R. Harris be withdrawn from 1:20-cv-02877-RLY-TAB.

DONE THIS _____ day of _____, 20____.



Judge, United States District Court
Southern District of Indiana
Indianapolis Division

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)

Admitted Pro Hac Vice

755 Front St.

San Diego, California 92101

PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com

2