**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT LIABILITY
LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:
Heather Taylor
Civil Case # 1:17-cv-1418-RLY-TAB

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel has repeatedly tried to get a response, updated information, and guidance from Plaintiff in this case through a series of emails and follow-up efforts. The Plaintiff has either failed to respond or provided incomplete information regarding her medical condition and treatment. These communications were handled primarily by our Legal Assistant, Gretel Warmuth.

4. On March 9, 2026, an initial update letter was sent to Plaintiff at fruitloops1000@yahoo.com via DocuSign.

5. On March 24, 2026, Warmuth left a voicemail for Plaintiff regarding the update letter.

6. On March 27, 2026, Plaintiff confirmed receipt and viewing of the update letter via the DocuSign tracking system but did not provide a substantive response. Multiple additional attempts were made to obtain Plaintiff's response.

7. On April 3, 2026, Warmuth resent the update letter No substantive response was received.

8. On April 13, 2026, Warmuth resent the update letter again and sent a text message stating: "I have left you a few messages regarding a letter I sent to your email. Please take a look at that and let me know if you have any questions, thank you!"

9. Despite these repeated informal attempts through voicemail, text message, and email resends, Plaintiff did not provide complete medical information or substantive guidance regarding the status of her case. Consequently, counsel escalated to formal written communications.

10. On May 6, 2026, an email with the subject "IVC Filter Case- First Unresponsive Letter" was directed to Plaintiff, requesting a response by May 13, 2026. This letter was also sent to Plaintiff via USPS mail. No substantive response was received.

11. On May 13, 2026, a second, more urgent email was sent with the subject "IVC Filter Case- Second Unresponsive Letter," requesting a response by May 20, 2026. This letter was also sent to Plaintiff via USPS mail. No substantive response was received.

12. The attorney-client relationship between Heather Taylor and her counsel has broken down and counsel and client are in disagreement as to the manner in which her case should proceed.

13. Plaintiff's last known address and contact information is as follows:

Heather Taylor
507 Broadway Street, Apt B. Sheboygan Falls, WI 5308
920-331-1032

WHEREFORE, the undersigned counsel moves this Court for entry of an Order permitting Joshua R. Harris of the law firm Gomez Trial Attorneys to withdraw their appearance as counsel of record in this matter.

Dated: June 16, 2026

Respectfully Submitted,

*Joshua Harris*

GOMEZ TRIAL ATTORNEYS
 /s/ Joshua R. Harris
Joshua R. Harris (FL Bar No. 124124)
Admitted Pro Hac Vice
755 Front St.
San Diego, California 92101
PH: 673-237-3490 / FAX: 673-237-3496
josh@getgomez.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Joshua R. Harris

Joshua R. Harris (FL Bar No. 124124)

Admitted Pro Hac Vice

755 Front St.

San Diego, California 92101

PH: 673-237-3490 / FAX: 673-237-3496

josh@getgomez.com

4