IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

---

This Document Relates to All Actions

---

### ORDER VACATING SETTLEMENT CONFERENCE

The Court has been advised by Defendants' counsel and LEAD counsel for the

DRIGGS, BILLS & DAY, PLLC law firm that a settlement has been reached. The Court hereby

vacates the settlement conference currently set for June 18, 2026, at 3 p.m. (Eastern Time).

Date: 6/17/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.