IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to All Actions

---

### ORDER ON JUNE 17, 2026, TELEPHONIC STATUS CONFERENCE

The Court previously ordered Plaintiff Carlton Clark to attend a telephonic status conference on May 26, 2026, to address Plaintiff's counsel's motion to withdraw.  [Filing No. 27856.]  Plaintiff failed to appear as ordered.  The Court then issued an order setting a second conference for June 17, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the May 26 conference.  [Filing Nos. 27879; 27914.]  The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiff's counsel appeared at the June 17, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered.  Plaintiff's counsel's advised that despite efforts to reach Plaintiff and sending Plaintiff copies of the Court's orders, counsel has had no contact with Plaintiff for approximately two years.  Accordingly, the motion to withdraw [Filing No. 27856] is granted, and the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 6/18/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Ashley B. DiLiberto is required to serve Plaintiff Carlton Clark.