**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

Vickie M. Edwards and Farrell Edwards

Civil Case # 1:15-cv-01819-RLY-TAB

---

**NOTICE OF APPEARANCE**

To:    The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiffs Vickie M. Edwards and Farrell Edwards.


Dated: June 24, 2026.                     Respectfully submitted,

                                          */s/ Ben C. Martin*
                                          Ben C. Martin, TX Bar No. 13052400
                                          **Ben Martin Law Group, PLLC**
                                          3500 Maple Avenue, Suite 400
                                          Dallas, TX 75219
                                          Tel.: (214) 761-6614
                                          Fax: (214) 744-7590
                                          bmartin@bencmartin.com

                                          ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Ben C. Martin*
Ben C. Martin