**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

*Lakita Dinkins,* 1:16-cv-01114
*Dana Jones,* 1:16-cv-00703
*Ricardo Clay,* 1:16-cv-03262

---

**COOK DEFENDANTS' OMNIBUS CONSENT MOTION FOR EXTENSION OF PAGE LIMIT AND TIME TO FILE REPLY BRIEFS IN SUPPORT OF PENDING CMO-28 MOTIONS**

In the above-referenced cases, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") move the Court for a seven-day extension of time to file their reply briefs in support of their CMO-28 Motions for Judgment and an extension of the applicable page limit for the reply briefs to seven pages. Specifically, Cook requests that it have until **July 2, 2026**, to file a reply brief in each case. In support, Cook states:

1.      On May 11, 2026, Cook filed its Motion for Judgment in the *Jones* case. *See* Dkt. 27889.

2.      On May 14, 2026, Cook filed its CMO-28 Motion for Judgment in the *Dinkins* case. *See* Dkt. 27894.

3.      On May 20, 2026, Cook filed its Motion for Judgment in the *Clay* case. *See* Dkt. 27908.

1

4.      On June 10, 2026, Plaintiff Dinkins filed a 12-page response brief to Cook's CMO-28 Motion for Judgment. *See* Dkt. 27930.[1]

5.      On June 10, 2026, Plaintiff Jones filed an 11-page response brief to Cook's CMO-28 Motion for Judgment. See Dkt. 27932.

6.      On June 10, 2026, Plaintiff Clay filed a 10-page response brief to Cook's CMO-28 Motion for Judgment. *See* Dkt. 27933.

7.      Under this Court's Case Management Order 28, response briefs must be filed within fifteen (15) days of a motion filed pursuant to CMO-28, reply briefs must be filed within fifteen (15) days of a response brief, and all briefs are limited to three (3) pages. *See* Dkt. 14601.

8.      The current deadline for Cook's reply briefs is June 25, 2026.

9.      Additional time is needed for Cook to finalize its replies and obtain client approval for filing. Cook respectfully ask the Court to extend this deadline by allowing Cook until July 2, 2026, to file its reply briefs in support of the pending CMO-28 motions in these three cases.

10.     Additionally, the current page limit for reply briefs is insufficient for Cook to respond to all of the issues raised by Plaintiffs' respective opposition briefs, which ranged from 10 to 12 pages. As such, Cook respectfully asks the Court to extend the page limit for each of its reply briefs from three (3) to seven (7) pages.

11.     Plaintiffs Dinkins, Jones, and Clay are represented by the same counsel. On June 24 and 25, 2026, Cook conferred with Plaintiffs' counsel. Plaintiffs consent to the relief requested by this motion.

---

[1] Plaintiffs also filed their responses on their respective individual dockets. *See* Case No. 1:16-cv-01114, Dkt. 75; *see* Case No. 1:16-cv-00703, Dkt. 92; *see* Case No. 1:16-cv-03262, Dkt. 40.

For the foregoing reasons, Cook respectfully requests that the Court (1) provide Cook until **July 2, 2026**, to file reply briefs in support of its pending CMO-28 Motion for Judgment in the *Dinkins*, *Jones*, and *Clay* cases and (2) extend the page limit for such reply briefs from three (3) pages to seven (7) pages.


Dated:  June 25, 2026

Respectfully submitted,

/s/ *Jessica Benson Cox*

Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 25, 2026, a copy of the foregoing document was filed electronically.

Parties may access this filing through the Court's electronic records system.


*/s/ Jessica Benson Cox*
Jessica Benson Cox