**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Lakita Dinkins,* 1:16-cv-01114
*Dana Jones,* 1:16-cv-00703
*Ricardo Clay,* 1:16-cv-03262

## **ORDER**

On June 25, 2026, the Cook Defendants filed an omnibus consent motion for an extension of page limit and time to file individual reply briefs in support of their pending CMO-28 Motions for Judgment (*See* Dkt. 27894; Dkt. 27889; Dkt. 27908). The Cook Defendants intend to respond to the opposition briefs filed by Plaintiffs Dinkins, Jones, and Clay.

The Court, having reviewed the motion and being duly advised, hereby **GRANTS** the Motion, finding it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including July 2, 2026 to file reply brief no longer than seven (7) pages in support of their CMO-28 Motions for Judgment in the *Dinkins*, *Jones*, and *Clay* cases.

**SO ORDERED** this day of _____ day of June, 2026

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record