**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the Following Actions:

*Lakita Dinkins,* 1:16-cv-01114
*Dana Jones,* 1:16-cv-00703
*Ricardo Clay,* 1:16-cv-03262

---

## ORDER

On June 25, 2026, the Cook Defendants filed an omnibus consent motion for an extension of page limit and time to file individual reply briefs in support of their pending CMO-28 Motions for Judgment (*See* Dkt. 27894; Dkt. 27889; Dkt. 27908). The Cook Defendants intend to respond to the opposition briefs filed by Plaintiffs Dinkins, Jones, and Clay. The Court, having reviewed the motion and being duly advised, hereby **GRANTS** the Motion. [Filing No. 27962.]

**IT IS THEREFORE ORDERED** that the Cook Defendants shall have up to and including July 2, 2026 to file reply brief no longer than seven (7) pages in support of their CMO-28 Motions for Judgment in the *Dinkins*, *Jones*, and *Clay* cases.

Date: 6/26/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.