**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                 MDL No. 2570

_____

This Document Relates to:

Paula Harris, 1:17-cv-01717

_____

**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR JUDGMENT IN**
**PLAINTIFF'S CASE PURSUANT TO CMO-28**

Given the Stipulation of Dismissal filed on March 27, 2026, Defendants' Motion

for Judgment (Dkt. 24362) is **DENIED AS MOOT**.


**IT IS SO ORDERED** this 29th day of June 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.

1