IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

_____

This Document Relates to All Actions

_____

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**This matter is set for a telephonic status conference at 9:30 a.m. Eastern Standard Time on August 4, 2026.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement of the RHEINGOLD GIUFFRA RUFFO PLOTKIN & HELLMAN LLP inventory of cases.

Date: 7/2/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.