UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC. IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates Only to the Following Cases:

Clay, Ricardo, 1:16-cv-03262

---

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF RICARDO CLAY'S CASE PURSUANT TO CMO-28

The Cook Defendants hereby withdraw their May 20, 2026, motion for dismissal pursuant to CMO-28 in Plaintiff's case. *See* Dkt. 27908. The Cook Defendants reserve their right to renew this motion or bring a similar motion at a later point in the litigation.

Respectfully submitted,

Dated: July 2, 2026

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@FaegreDrinker.com
Andrea.Pierson@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated,
Cook Medical LLC, and William Cook Europe
APS*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, a copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FILED IN PLAINTIFF RICARDO CLAY'S CASE PURSUANT TO CMO-28** was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Jessica Benson Cox*