IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the following cases:

LEIF JONASSEN          Case No. 1:20-cv-02877-RLY-TAB

---

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 3:00 p.m. (Eastern Time) on August 12, 2026**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. Plaintiff Leif Jonassen is deceased, and all communications regarding this matter are conducted with his surviving spouse and Estate Representative, Janice Jonassen or his son Leif Jonassen III. [Filing Nos. 27174 and 27944.] **Janice Jonassen or Leif Jonassen III shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Joshua R. Harris and the law firm Gomez Trial Attorneys' motion to withdraw as counsel of record [Filing No. 27944].

Date: 7/7/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joshua R. Harris is required to serve Janice Jonassen and Leif Jonassen III as representatives of the Estate of Plaintiff Leif Jonassen.