**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>Heather Taylor<br>Civil Case # 1:17-cv-1418-RLY-TAB | Motion denied.  This case was closed March 4, 2026. [Filing No. 27787.]<br><br>Tim A. Baker<br>U.S. Magistrate Judge<br>Dated: 7/8/2026 |

**<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF</u>**

Pursuant to Local Rule 83-7(b), Joshua R. Harris of the law firm Gomez Trial Attorneys move this Court to allow the forementioned to withdraw as counsel of record for the Plaintiff and in support thereof would show:

1. This Motion is filed in good faith, for the reasons set forth herein.

2. Counsel withdraws from representation of Plaintiff on the date upon which the Court sets for withdrawal and/or the date an Order is signed by the Court permitting such withdrawal.

3. Counsel has repeatedly tried to get a response, updated information, and guidance from Plaintiff in this case through a series of emails and follow-up efforts.  The Plaintiff has either failed to respond or provided incomplete information regarding her medical condition and treatment. These communications were handled primarily by our Legal Assistant, Gretel Warmuth.

4. On March 9, 2026, an initial update letter was sent to Plaintiff at fruitloops1000@yahoo.com via DocuSign.

5. On March 24, 2026, Warmuth left a voicemail for Plaintiff regarding the update letter.

6. On March 27, 2026, Plaintiff confirmed receipt and viewing of the update letter via the DocuSign tracking system but did not provide a substantive response. Multiple additional attempts were made to obtain Plaintiff's response.