### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. 1:14-ML-2570-RLY-TAB<br>MDL No 2570 |
| KATHRYN SWOPE AND JOHN SWOPE<br><br>　　　Plaintiffs,<br><br>v.<br><br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>　　　Defendants. | Civil Case # 1:19-cv-2145-RLY-TAB |

## SUGGESTION OF DEATH

Plaintiff, by counsel, hereby gives notice of the death of Plaintiff Kathryn Swope.

Plaintiff attaches hereto and fully incorporates herein a copy of the Certificate of Death as

Exhibit A.

This Suggestion of Death is filed pursuant to Rule 25(a)(2) of the Federal Rules of Civil

Procedure.

DATED:＿＿＿7/8/2026＿＿＿

Respectfully Submitted,

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED:_____7/8/2026_____

By: /s/ Stuart L. Goldenberg
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*