CERTIFICATION OF VITAL RECORD

# STATE OF NORTH CAROLINA
## PITT COUNTY
## OFFICE OF THE REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

STATE FILE NO.

| DECEDENT TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK | DECEDENT'S LEGAL NAME | | | | |
|---|---|---|---|---|---|
| | 1a. FIRST: Kathryn / aka | 1b. MIDDLE: Delores / aka | 1c. LAST: Swope / aka | 1d. SUFFIX: ***** / aka | 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Smith |

| 2. SEX: Female | 3a. AGE-LAST BIRTHDAY (Yrs): 78 | 3b. UNDER 1 YEAR — Months / Days | 3c. UNDER 1 DAY — Hours / Minutes | 4. DATE OF BIRTH: ▓▓▓ | 5. BIRTHPLACE (County/State or Foreign Country): Wilson, NC | 6. DATE OF DEATH: January 22, 2026 |
|---|---|---|---|---|---|---|

| 7a. PLACE OF DEATH: Inpatient | 7b. FACILITY NAME (If not institution, give street, number, city or town): ECU Health Medical Center |
|---|---|

| 7c. COUNTY OF DEATH: Pitt | 8. MARITAL STATUS: Currently Married | 9. SURVIVING SPOUSE (Give name prior to first marriage): John A Swope |
|---|---|---|

| 10a. DECEDENT'S USUAL OCCUPATION: Occupational Therapy Assitant | 10b. KIND OF BUSINESS/INDUSTRY: Healthcare | 11. DECEDENT'S SOCIAL SECURITY NUMBER: ▓▓▓ |
|---|---|---|

| 12a. RESIDENCE–STATE OR FOREIGN COUNTRY: North Carolina | 12b. RESIDENCE–COUNTY: Pitt | 12c. RESIDENCE–CITY OR TOWN: Greenville |
|---|---|---|

| 12d. RESIDENCE–STREET AND NUMBER: ▓▓▓ | 12e. INSIDE CITY LIMITS: Yes | 12f. ZIP CODE: 27858 | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No |
|---|---|---|---|

| 14. DECEDENT'S EDUCATION: Associate degree | 15. DECEDENT OF HISPANIC ORIGIN?: Not Spanish/Hispanic/Latino | 16. DECEDENT'S RACE: White |
|---|---|---|

| PARENTS | 17. FATHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage): Albert Ransom Smith | 18. MOTHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage): Ruth Mae Hughes |
|---|---|---|

| 19a. INFORMANT'S NAME: John A. Swope | 19b. RELATIONSHIP TO DECEDENT: Spouse | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code): ▓▓▓ |
|---|---|---|

| DISPOSITION | 20a. METHOD OF DISPOSITION: Entombment | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place): Pinewood Memorial Park | 20c. LOCATION (City or Town and State): Greenville, North Carolina |
|---|---|---|---|

| 21a. SIGNATURE OF FUNERAL DIRECTOR: Reggie Jonathan Winslow (Signature Authenticated) | 21b. LICENSE NO.: FS2331 | 21c. NAME OF EMBALMER: Gregory Darrell Parker | 21d. LICENSE NO.: FS1959 |
|---|---|---|---|

| 22. NAME AND ADDRESS OF FUNERAL HOME: Wilkerson Funeral Home and Crematory - Greenville, 2100 E Fifth St, Greenville, NC 27858 |
|---|

### MEDICAL CERTIFICATION

23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.

| | | Approximate interval: Onset to death for IMMEDIATE CAUSE |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → | a. Hypertensive cardiovascular disease | Years |
| Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. ___ Due to (or as a consequence of) | |
| | c. ___ Due to (or as a consequence of) | |
| | d. ___ Due to (or as a consequence of) | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.: Complications of hip fracture | 24a. WAS AN AUTOPSY PERFORMED?: No | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: |
|---|---|---|

| 25. MANNER OF DEATH: Accident | 26. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes | 27. TIME OF DEATH (Approximate): 0905 | 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Unknown | 29. PREGNANCY STATUS, IF APPLIES: Not Applicable |
|---|---|---|---|---|

| MEDICAL EXAMINER ONLY | 30. DATE PRONOUNCED: | 31a. DATE OF INJURY: 01/02/2026 | 31b. TIME OF INJURY: Unknown | 31c. INJURY AT WORK?: No | 31d. PLACE OF INJURY: Unspecified Place | 31e. IF TRANSPORTATION INJURY SPECIFY: No |
|---|---|---|---|---|---|---|

| 31f. DESCRIBE HOW INJURY OCCURRED: Fall | 31g. LOCATION OF INJURY (Street/Number/City/State): Unknown, Unknown, NC |
|---|---|

### CERTIFIER

32. CERTIFIER
I certify that, to the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER: Rand Falls, ME (Signature Authenticated) | 33b. LICENSE NO.: 2019-01226 | 33c. DATE SIGNED: 01/23/2026 |
|---|---|---|

| 33d. NAME AND ADDRESS OF CERTIFIER: Rand Falls, 600 Moye Blvd Pathology Brody 7s10, Greenville, NC 27834 | 34. CASE ID NUMBER: 12136981 |
|---|---|

| REGISTRAR | 35. SIGNATURE OF LOCAL REGISTRAR: Lauren Roach (Signature Authenticated) | 36. LOCAL FILE DATE: 01/28/2026 | 37. DATE REGISTERED BY STATE: 01/30/2026 |
|---|---|---|---|

ITEM(S) AND DATE(S) CORRECTED/AMENDED

DHHS 1872 (REVISED 03/04/2019) N.C. VITAL RECORDS

Volume 112    Page ___

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**074–191018**

Lisa P. Nichols
Register of Deeds
Pitt County

Witness my hand and official seal this the 5 day of February 20 26    By: _____ Deputy / Assistant Register of Deeds

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.