## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL CASE NO. 1:14-ML-2570-RLY-TAB |
| KATHRYN SWOPE AND JOHN SWOPE<br>         Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>         Defendants. | CASE NO. 1:19-cv-2145 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Kathryn Swope and Motion to Substitute Plaintiff (Doc. 28006). Plaintiff has requested that John Swope be substituted as Plaintiff of record on behalf of his deceased spouse, Kathryn Swope.

**IT IS ORDERED** that Plaintiff's motion (Doc. 28006) is **GRANTED.** The Clerk of Court is directed to substitute John Swope as Plaintiff of record in Case No. 1:19-cv-2145.

Dated this _____ day of _____2026.


### BY THE COURT



_____
United States District Court Judge