IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
 Kathryn Swope and John Swope

 Civil Case #__1:19-cv-2145_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Kathryn Swope , deceased

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   John Swope

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   John Swope, for the Estate of Kathryn Swope, Deceased

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   North Carolina

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

 North Carolina

6.  Plaintiff's/Deceased Party's current state of residence:

 North Carolina

7.  District Court and Division in which venue would be proper absent direct filing:

 District Court for the Eastern District of North Carolina

8.  Defendants (Check Defendants against whom Complaint is made):

☑    Cook Incorporated

☑    Cook Medical LLC

☑    William Cook Europe ApS

9.  Basis of Jurisdiction:

☑    Diversity of Citizenship

☐    Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

 Paragraph 6 through 28.

b.  Other allegations of jurisdiction and venue:

 N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip® Vena Cava Filter

- ☑ Cook Celect® Vena Cava Filter

- ☐ Gunther Tulip Mreye

- ☐ Cook Celect Platinum

- ☐ Other:

_____

11. Date of Implantation as to each product:

  07/21/2010 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

  Pitt County Memorial Hospital, Inc. Located on Greenville, North Carolina. ____

_____

13. Implanting Physician(s):

  Frank M. Parker _____

_____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:      Strict Products Liability – Failure to Warn

- ☑ Count II:     Strict Products Liability – Design Defect

- ☑ Count III:    Negligence

- ☑ Count IV:     Negligence Per Se

3

☑    Count V:      Breach of Express Warranty

☑    Count VI:     Breach of Implied Warranty

☑    Count VII:    Violations of Applicable __North Carolina__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑    Count VIII:   Loss of Consortium

☐    Count IX:     Wrongful Death

☑    Count X:      Survival

☑    Count XI:     Punitive Damages

☐    Other:        _____ (please state the facts supporting this Count in the space, immediately below)

☐    Other:        _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

   EdRaúl Colón (FL Bar No. 1065432) and Stuart L. Goldenberg (MN Bar No. 0158719)

16. Address and bar information for Attorney for Plaintiff(s):

Goldenberg Lauricella, PLLC, 800 LaSalle Avenue, Suite 2150, Minneapolis, MN 55402. Johnston Law Group, 268 Ponce de Leon Avenue, Suite 1020, San Juan, Puerto Rico 00918. Please see above for attorney bar information

Respectfully submitted,

**Goldenberg Lauricella, PLLC**


*/s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
**Goldenberg Lauricella, PLLC**
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 333-4662
Facsimile: (612) 367-8107
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.