**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES          Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                      MDL No. 2570
LIABILITY LITIGATION

This Document Relates to All Actions

### <u>JOINT MOTION TO MODIFY TULIP BELLWETHER PLAN (CMO-34)</u>

Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS (collectively, "the Cook Defendants") and Plaintiffs represented by the Plaintiffs' Steering Committee ("PSC"), jointly move this Court for an order modifying the Tulip Bellwether Plan (CMO-34) regarding case-specific discovery deadlines as outlined in the attached Proposed Second Amended Case Management Order #34 (**Exhibit A**). In support, the Parties state:

1.      The Cook Defendants and PSC have conferred regarding proposed modifications to the case-specific deadlines governing the three Tulip bellwether cases selected for case work-up and potential trial.

2.      Specifically, the Parties discussed modifications to certain case-specific discovery deadlines and have agreed upon the proposed deadlines set forth in **Exhibit A**. The Parties believe that adoption of these revised deadlines will promote the orderly and efficient progression of the Tulip Bellwether Plan.

3.      In accordance with the Parties' agreement, the Cook Defendants respectfully request that the Court modify the case-specific deadlines established under the Tulip Bellwether

Plan (CMO-34) and adopt the Proposed Second Amended Case Management Order #34, as set forth in Exhibit A.

For the foregoing reasons, the Parties respectfully request that the Court modify the Tulip Bellwether Plan (CMO-34) as set out in this Motion.

Date: July 8, 2026

Respectfully submitted,

/s/  Jessica Benson Cox
Andrea Roberts Pierson
Jessica Benson Cox
Kip S.M. McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com
jessica.cox@faegredrinker.com
kip.mcdonald@faegredrinker.com

*Attorneys for Defendants Cook Incorporated,
Cook Medical LLC f/k/a Cook Medical
Incorporated, Cook Group Incorporated, and
William Cook Europe APS*

/s/ Joseph N. Williams
Joseph N. Williams
JOHNSON / JENSEN WILLIAMS
1101 North Delaware St.
Indianapolis, Indiana 46202
Telephone: (317) 203-9075
joe@williamsgroup.law

*Liaison Counsel to Plaintiffs
Steering Committee and on behalf
of Plaintiffs Steering Committee*