**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-MDL No. 2570

This Document Relates to the Following:

JOYCE MAE ANDERSON
Civil Case #1:18-cv-01358

**NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), herby informs this Honorable Court upon information and belief of the death of Plaintiff, Joyce Mae Anderson, who died on or about February 22, 2021.

Dated: July 9, 2026

Respectfully submitted,

SIMON GREENSTONE PANATIER, P.C.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.


*/s/ Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*