**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to: All Actions

---

**COOK DEFENDANTS' UNOPPOSED MOTION FOR PROPOSED BRIEFING
SCHEDULE ON PLAINTIFFS' STEERING COMMITTEE MOTION FOR
SUGGESTION OF REMAND OF ALL CELECT CASES**

In the above-referenced action, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") move the Court to adopt the following briefing schedule regarding Plaintiffs' Steering Committee's Motion for Suggestion of Remand of All Celect Cases (hereinafter referred to as "Motion for Remand") (*See* Dkt. 2800). In support, Cook states:

1. On July 6, 2026, Plaintiffs' Steering Committee ("PSC") filed a Motion for Remand of all Celect cases. *See* Dkt. 2800.

2. The current deadline for Cook's response brief is July 16, 2026.

3. The current deadline for PSC's reply brief is July 23, 2026.

4. Counsel for Cook has conferred with the PSC regarding this motion. The PSC consents to the relief requested in the motion. Additionally, the parties have agreed to August 5, 2026, as the proposed deadline for PSC's reply brief.

1

For the foregoing reasons, Cook respectfully requests that the Court (1) provide Cook until

**August 5, 2026**, to file its response brief in opposition to PSC's Motion for Remand and (2)

provide PSC until **August 20, 2026**, to file its reply brief in support of its Motion for Remand.


Dated:  July 14, 2026                    Respectfully submitted,

                                         */s/ Kip S.M. McDonald*
                                         Andrea Roberts Pierson
                                         Jessica Benson Cox
                                         Kip S.M. McDonald
                                         FAEGRE DRINKER, BIDDLE & REATH LLP
                                         300 North Meridian Street, Suite 2500
                                         Indianapolis, Indiana 46204
                                         Telephone: (317) 237-0300
                                         Andrea.Pierson@faegredrinker.com
                                         Jessica.Cox@faegredrinker.com
                                         Kip.McDonald@faegredrinker.com

                                         *Attorneys for Defendants Cook Incorporated,
                                         Cook Medical LLC f/k/a Cook Medical
                                         Incorporated, Cook Group Incorporated, and
                                         William Cook Europe ApS*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on July 14, 2026, a copy of the foregoing document was filed electronically.

Parties may access this filing through the Court's electronic records system.

*/s/ Kip S.M. McDonald*
Kip S.M. McDonald