**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to: All Actions

---

## ORDER

On July 13, 2026, the Cook Defendants filed an unopposed motion proposing a briefing schedule for Plaintiffs' Steering Committee Motion for Suggestion of Remand of All Celect Cases filed ("Motion for Remand") (*See* Dkt. 2800).

The Court, having reviewed the motion and being duly advised, hereby **GRANTS** the motion, finding it was made for good cause and valid reasons.

**IT IS THEREFORE ORDERED** that (1) Cook shall have until August 5, 2026, to file its response brief in opposition to PSC's Motion to Remand and (2) PSC shall have until August 20, 2026, to file its reply brief in support of its Motion for Remand.

**SO ORDERED** this day of _____ July, 2026.

---

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record