IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to the following cases:

WILLIAM YARLING                    Case No. 1:19-cv-02388-RLY-TAB

---

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is set for a telephonic status conference **at 2:30 p.m. (Eastern Time) on August 20, 2026**, before Magistrate Judge Tim A. Baker.  The conference will be *ex parte* and neither Defendants' representative or counsel should attend.  Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification.  **Plaintiff William Yarling shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Joshua R. Harris and the law firm Gomez Trial Attorneys' motion to withdraw as counsel of record [Filing No. 27921].

Date: 7/14/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Joshua R. Harris is required to serve Plaintiff William Yarling