**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

_____

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND           No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION            MDL No. 2570

_____

This Document Relates to All Actions

_____

**ORDER GRANTING JOINT MOTION TO MODIFY TULIP BELLWETHER
PLAN (CMO-34)**

The Cook Defendants and Plaintiffs jointly move to modify the Tulip Bellwether

Plan (CMO-34) regarding case-specific discovery deadlines as outlined in attached

Proposed Second Case Management Order #34.  (*See* Dkt. 28008-1).  The court, having

considered the parties' joint request and being duly advised, hereby **GRANTS** the Motion

(Dkt. 28008) and issues the Second Amended Case Management Order #34: Second

Tulip Bellwether Plan.


**IT IS SO ORDERED** this 14th day of July 2026.



_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana



Distributed Electronically to Registered Counsel of Record.

1