IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to: All Actions

**SECOND AMENDED CASE MANAGEMENT ORDER #34**
**(SECOND TULIP BELLWETHER PLAN)**

To make further progress in this MDL and recognizing that the parties have not yet tried a Tulip case, the court issues the following Second Amended Case Management Order #34: Second Tulip Bellwether Plan, which sets forth the case specific deadlines for the three bellwether cases selected for work-up and potential trial.

1.    The following cases have been selected for bellwether workup:

   a.  Knanila Peterson (Case No. 1:17-cv-01281);

   b.  Gary Walker, Jr. (Case No. 1:19-cv-00768); and

   c.  Linda Rexford (Case No. 1:21-cv-00471).

2.    In accordance with Case Management Order #34 Second Tulip Bellwether Plan (Dkt. 26933), Court sets the following deadlines for the work-up of the three potential bellwether cases identified in paragraph 1:

| Deadline | Case-Specific Discovery Task |
|---|---|
| | **Case-Specific Discovery for Selected Cases** |
| 8/17/2026 | Deadline For Amendment of Pleadings and Joinder of Parties |
| 12/21/2026 | Fact Discovery Closes |
| 1/8/2027 | Plaintiffs' Fed. R. Civ. P. 26(a)(2) Expert Disclosures and Reports, including provision of at least three acceptable deposition dates for all disclosed experts |
| 2/4/2027 | Deadline for Conducting Independent Medical Examinations |
| 3/19/2027 | Cook Defendants' Fed. R. Civ. P. 26(a)(2) Expert Disclosures and Reports, including provision of at least three acceptable deposition dates for all disclosed experts |
| 4/26/2027 | Expert Discovery Closes |
| 5/12/2027 | Plaintiffs and Cook to submit briefs (6 pages maximum) containing summary of facts and the parties' positions on why the cases should or should not be selected as the one of two Bellwether cases to be set for trial |
| 5/26/2027 | Court to select two of the three cases for trial after close of fact/expert discovery by this date |
| [June 2027] | Court to set telephonic conference with the parties to select dates for trial. Parties will jointly submit a case management plan for remaining pre-trial deadlines within five (5) days of this hearing. |

SO ORDERED this 14th day of July 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2