**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                    Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

This Document Relates to: All Actions

**ORDER**

On July 13, 2026, the Cook Defendants filed an unopposed motion proposing a briefing schedule for Plaintiffs' Steering Committee Motion for Suggestion of Remand of All Celect Cases filed ("Motion for Remand") (*See* Filing No. 2800). The Court, having reviewed the motion and being duly advised and finding it was made for good cause and valid reasons, hereby grants the Motion. [Filing No. 28017.].

**IT IS THEREFORE ORDERED** that (1) Cook shall have until August 5, 2026, to file its response brief in opposition to PSC's Motion to Remand and (2) PSC shall have until August 20, 2026, to file its reply brief in support of its Motion for Remand.

Date: 7/16/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.