IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to Plaintiff(s):

Eva Cheryl Carmack, as Heir and Representative of the Estate of Norman Carmack, Deceased

Civil Case #_1:17-cv-04127-RLY-TAB_____

**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Norman Carmack (Deceased)_____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Eva Cheryl Carmack, as Heir and Representative of the Estate of Norman Carmack,

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

    Kentucky_____

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

Kentucky

6.  Plaintiff's/Deceased Party's current state of residence:

Kentucky

7.  District Court and Division in which venue would be proper absent direct filing:

United States District Court, Eastern District of Kentucky, London Division

8.  Defendants (Check Defendants against whom Complaint is made):

☒   Cook Incorporated

☒   Cook Medical LLC

☒   William Cook Europe ApS

9.  Basis of Jurisdiction:

☒   Diversity of Citizenship

☐   Other: _____

a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

For purposes of remand and trial, venue is proper pursuant to 28 U.S.C. §1391 in the
federal judicial district of each Plaintiff's state of residence. A substantial amount of
activity giving rise to the claims occurred in this District, and Defendants may be
found within this District. Therefore, venue is proper in this jurisdiction under 28
U.S.C. §1391.

b.  Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

    (Check applicable Inferior Vena Cava Filters):

    ☒ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    05/15/2012

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Lexington VA Medical Center

    Lexington, Kentucky

13. Implanting Physician(s):

    David Minion, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:      Strict Products Liability – Failure to Warn

    ☒ Count II:     Strict Products Liability – Design Defect

    ☒ Count III:    Negligence

    ☒ Count IV:     Negligence Per Se

☒     Count V:        Breach of Express Warranty

☒     Count VI:        Breach of Implied Warranty

☒     Count VII: Violations of Applicable _____ Kentucky _____ (insert State)

Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐     Count VIII:     Loss of Consortium

☐     Count IX:        Wrongful Death

☐     Count X:        Survival

☒     Count XI:        Punitive Damages

☐     Other:     _____

☒     Other:     Fraudulent Concealment _____

(please state the facts supporting this Count in the space, immediately below)

Additional facts supporting Counts I, III, V, VI, VII, XI and Fraudulent

Concealment are included in Exhibit "A" which is incorporated by reference

herein.

_____

_____

15. Attorney(s) for Plaintiff(s):

Ben C. Martin _____

Thomas Wm. Arbon _____

_____

4

16. Address and bar information for Attorney for Plaintiff(s):

3500 Maple Avenue, Suite 400, Dallas, TX 75219

Ben C. Martin, SBN:  13052400

Thomas Wm. Arbon, SBN:  01284275

RESPECTFULLY SUBMITTED this  2nd____  day of  February_____  2026____ .

/s/ Ben C. Martin
Ben C. Martin, Esquire (TX Bar No. 13052400)
**BEN MARTIN LAW GROUP, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Telephone:  (214) 761-6614
Facsimile:  (214) 744-7590
bmartin@bencmartin.com

***Attorney for Plaintiff***