IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

RHONDA GOOD             1:19-cv-01622-RLY-TAB

---

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the surviving next of kin, Robert Good of Plaintiff-decedent Rhonda Good's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27800.]

IT IS THEREFORE ORDERED that Plaintiff Robert Good, on behalf of the Estate of Rhonda Good is substituted for Plaintiff Rhonda Good in the above-referenced action

Date: 7/16/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.