IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to:

LOLITA GRANT       1:18-cv-04022-RLY-TAB

---

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the surviving daughter, Angela Grant of Plaintiff-decedent Lolita Grant's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27802]

IT IS THEREFORE ORDERED that Plaintiff Angela Grant, on behalf of the Estate of Lolita Grant is substituted for Plaintiff Lolita Grant in the above-referenced action.

Date: 7/16/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.