IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br><br>This filing applies to *Vega v. Cook Medical Inc., et al.,* Case No. 1:17-CV-03919-RLY-TAB | ) CASE NO.: 1:14-ML-02570-RLY-TAB<br>) CASE NO.: 1:17-CV-03919-RLY-TAB<br>)<br>) **Suggestion of Death of Plaintiff Joseph**<br>) **Vega, and Motion to Substitute Plaintiff of**<br>) **Vega *v. Cook Medical Inc., et al.,* Case No.**<br>) **1:17-CV-03919-RLY-TAB**<br>)<br>) |

### ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF

The Court has considered the surviving next of kin, Myrna Olivia Vega of Plaintiff-decedent Joseph Vega's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27928.]

IT IS THEREFORE ORDERED that Plaintiff Myrna Olivia Vega, on behalf of the Estate of Joseph Vegais substituted for Plaintiff Joseph Vega in the above-referenced action

Date: 7/16/2026

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.