**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES, AND                    Case No: 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                        MDL No. 2570

This Document Relates to Plaintiff(s):

JOSEPHINE SCHISSLER

JIM G. SCHISSLER

Civil Case # 1:19-cv-02141-RLY-TAB

---

**NOTICE OF SUGGESTION OF DEATH**

Plaintiffs, by and through undersigned counsel and pursuant to Federal Rule of
Civil Procedure 25(a)(1), hereby inform this Honorable Court, upon information and belief,
of the death of Plaintiff, Josephine Schissler, who died on or about March 22, 2020. Counsel
further suggests for the record, upon information and belief, the death of Co-Plaintiff Jim G.
Schissler, who died on or about November 11, 2018.

DATED: July 17, 2026.

Respectfully submitted,

/s/EdRaúl Colón_____
EdRaúl Colón, Esq.
PR Bar Number: 21799
**VALOR LAW LLC.**
**(formerly Johnston Law Group)**
1413 Ave Ponce de León,
Ste. 400 PMB 5610
San Juan, PR 00907
Tel: (787) 678-2817
Fax: (415) 202-6264
Email: ed@masstortslaw.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/EdRaúl Colón*
EdRaúl Colón, Esq.