**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

---

This Document Relates to the Following:

GREGORY LAMP
Civil Case #1:19-cv-3894-RLY-TAB

**<u>NOTICE OF SUGGESTION OF DEATH</u>**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil
Procedure 25(a)(1), herby informs this Honorable Court upon information and belief of the death
of Plaintiff, Gregory Lamp, who died on or about February 16, 2021.

Dated: July 23, 2026

Respectfully submitted,

FERRER POIROT FELLER

*/s/ James Trenton Hearon*
James Trenton Hearon
Bar No. 24095253
2603 Oak Lawn Avenue, Ste. 300
Dallas, TX 75219
Telephone: (214) 521-4412
Facsimile: (214) 550-2696
jhearon@lawyerworks.com
litigationprocessing@lawyerworks.com

***Attorney for Plaintiff***

1

## CERTIFICATE OF SERVICE

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.


/s/ James Hearon
James Hearon

**Attorney for Plaintiff**