**IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND
TAB  PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

---

This Document Relates to the Following:

APRIL WILLIAMS
Civil Case #1:21-cv-599-RLY-TAB

### NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil

Procedure 25(a)(1), herby informs this Honorable Court upon information and belief of the death

of Plaintiff, April Williams, who died on or about October 25, 2025.

Dated: July 23, 2026

Respectfully submitted,

FERRER POIROT FELLER

*/s/ James Trenton Hearon*
James Trenton Hearon
Bar No. 24095253
2603 Oak Lawn Avenue, Ste. 300
Dallas, TX 75219
Telephone: (214) 521-4412
Facsimile: (214) 550-2696
jhearon@lawyerworks.com
litigationprocessing@lawyerworks.com

***Attorney for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.


*/s/ James Hearon*
James Hearon

***Attorney for Plaintiff***