**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to All Actions

## JOINDER OF MOTION TO REMAND

On behalf of Plaintiffs Craig Anagnostou, Sandra Dantzler, Debra Fenton, Lisa Marie Goff, Denton Harstad, Tristan Herlihy, Linda Holtz, Feather Landreville, Debra Lane, Jack Lillard, Roy Mills, Lisa Parsons, Candace Ruff, Kevin Safely, Susan Smith, Thelma Taylor, Chad Tovar, and Derrick Tucker ("Plaintiffs"), the undersigned respectfully file this notice of joinder with the Plaintiffs' Motion for Suggestion of Remand of All Celect Cases (Dkt. 28000) ("Motion"), filed on July 6, 2026. Plaintiffs were implanted with a Celect filter, suffered serious injuries, and continue to await their day in Court. For the reasons persuasively set out in the Motion, it is time for Plaintiffs to be released from this MDL, which now stretches into its thirteenth year, and be permitted to pursue adjudication of their claims on the merits in the appropriate forum.[1]

The injuries alleged by Plaintiffs are serious. Among them, they have endured open removal surgeries to remove their filters, multiple failed removal attempts, hospitalizations, and ongoing pain attributable to their filters fracturing, with pieces lodging in their organs, and more. Plaintiffs should have had the opportunity, long ago, to present their claims to a jury.

---

[1] This Joinder relates to the motion to remand Celect cases; remand of Tulip cases is also appropriate.

3547894.1

The undersigned have extensive experience in MDL practice (including *In re Bard IVC Filter Products Liability Litigation*, MDL No. 2641, which ran from 2015 to 2019 before cases began to be remanded to their home districts), and believe that MDL proceedings can and do serve an important role in ensuring access to justice. They can and do serve Rule 1's aim of securing "the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1. In this MDL, any benefits realized from consolidation and coordination have been negated by delay, and consolidation and coordination are now being used to thwart, rather than facilitate and secure, the "just, speedy, and inexpensive determination" of these actions. This is contrary to the purpose of the MDL's formation, but more important, is it is profoundly unfair to Plaintiffs, who deserve their day in Court.

For these reasons, we respectfully join in Plaintiffs' Motion and request that the Court grant the request for remand.

Dated: July 24, 2026

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Daniel E. Seltz*
    Daniel E. Seltz

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:   212.355.9592
Email:        dseltz@lchb.com

3547894.1

Dated: July 24, 2026

By: _/s/ Wendy R. Fleishman_
Wendy R. Fleishman

CLANCY FLEISHMAN, LLP
40 Wall Street, Suite 2506
New York, NY 10005
Telephone: (917) 992-4550
Email:  WRF@TheCFLaw.com

-3-

3547894.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically filed the foregoing JOINDER OF MOTION TO REMAND with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Daniel E. Seltz
Daniel E. Seltz

-4-

3547894.1