**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS          Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND                              MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Janine H. Talbot, Brian Dilger, Jr., Christian Dilger,
and Grace Dilger

Civil Case # 1:18-cv-02340-RLY-TAB

**NOTICE OF APPEARANCE**

To:     The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiffs Janine H. Talbot, Brian Dilger, Jr., Christian Dilger, and Grace Dilger.


Dated: July 27, 2026.                          Respectfully submitted,

                                               */s/ Thomas Wm. Arbon*
                                               Thomas Wm. Arbon, TX Bar No. 01284275
                                               **Ben Martin Law Group, PLLC**
                                               3500 Maple Avenue, Suite 400
                                               Dallas, TX 75219
                                               Tel.:  (214) 761-6614
                                               Fax:  (214) 744-7590
                                               tarbon@bencmartin.com

                                               ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon