**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS      Case No. 1:14-ml-2570-RLY-TAB
MARKETING, SALES PRACTICES AND            MDL No. 2570
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Jill Riva

Civil Case # 1:16-cv-00439-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Gerald (Jerry) Ernest Hachey, surviving father of Jill Riva, and files this motion to substitute. Gerald (Jerry) Ernest Hachey is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Jill Riva initially filed suit in the United States District Court for the Southern District of Indiana on February 24, 2016.

2. Plaintiff Jill Riva died on or about March 12, 2025.

3. On April 29, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 27875. Plaintiff's counsel recently learned of the death of Jill Riva after contacting her father.

4. Gerald (Jerry) Ernest Hachey, surviving father of Jill Riva, is the proper party plaintiff to substitute for Plaintiff-decedent Jill Riva and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1),

1

stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

5.      Plaintiff thus moves to substitute Gerald (Jerry) Ernest Hachey, as Heir and Representative of the Estate of Jill Riva, Deceased, as Plaintiff in the present action.

6.      Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Gerald (Jerry) Ernest Hachey, as Heir and Representative of the Estate of Jill Riva, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Jill Riva is now deceased.

7.      A proposed Amended Short Form Complaint is attached hereto as Exhibit "A".

8.      Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave.  The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Gerald (Jerry) Ernest Hachey, as Heir and Representative of the Estate of Jill Riva, Deceased, as Party Plaintiff for Jill Riva; (2) the Court grant leave to file the attached Amended Short Form Complaint; Case 1:16-cv-00439-RLY-TAB; and, (3) the Court deem the attached Amended Short Form Complaint filed instanter.  A proposed Order is attached hereto as Exhibit "B".

Dated: July 28, 2026.

2

Respectfully Submitted,

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.:  (214) 761-6614
Fax:  (214) 744-7590
tarbon@bencmartin.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system, which will send notification of such filing to the

CM/ECF participants registered to receive service in this MDL.

/s/ Thomas Wm. Arbon
Thomas Wm. Arbon