**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

ACKNOWLEDGED. Case is
dismissed without prejudice.
DATED: Jul 28, 2026

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES, AND PRODUCT
LIABILITY LITIGATION

Case No: 1:14-ml-02570-RLY-TAB
MDL No. 2570

This Document Relates to:
Tom Ford v. Cook, Inc., et al.
1:17-cv-02546-RLY-TAB

## <u>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Above-titled Plaintiffs and the defendants, Cook Incorporated, Cook Medical, LLC, and

William Cook Europe ApS, hereby stipulate and agree that the above-captioned cases are

dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each

party to bear its own costs. The parties further stipulate that:

1.　　A Plaintiff listed above may refile his or her case in the Southern District of Indiana,

in the event a Legally Cognizable Injury occurs within two years from the date of this Stipulation.

2.　　For purposes of this Stipulation, "Legally Cognizable Injury" is exclusively defined

as:

　　a.　an open surgical procedure to remove a Cook IVC Filter;[1]

　　b.　fracture of a Cook IVC Filter with a piece or pieces of the Cook IVC Filter

　　　　remaining in the body after one or more percutaneous retrieval attempts have failed

　　　　to retrieve the filter; or

---

[1] "Open procedure" means a surgery using medical instruments to open the patient's body to remove all or part of the Cook IVC Filter after either (1) one or more percutaneous retrieval attempts have failed to retrieve the filter, or (2) a determination by Plaintiff's treating physician, who is not retained, compensated or directed by Plaintiff's Counsel, that attempting a percutaneous retrieval of the filter is not feasible. For the purpose of this definition, a percutaneous retrieval procedure is not a "surgery."