**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

ACKNOWLEDGED. Case is
dismissed with prejudice.
DATED: Jul 28, 2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Marcia F. Rhinehart –
Case No. 1:15-cv-1920-RLY-TAB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marcia

F. Rhinehart and the Cook Defendants stipulate to the dismissal of all claims made

by Plaintiff in this action with prejudice. Each party shall bear its own fees and costs.

Dated: June 11, 2026

/s/ Graham B. LippSmith
Graham B. LippSmith
LIPPSMITH LLP
555 S. Flower Street, Suite 3000
Los Angeles, CA 90071
Telephone: (213) 344-1820
Fax: (213) 513-2495
Email: g@lippsmith.com

/s/ Andrea Roberts Pierson
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile:   (317) 237-1000
Email: andrea.pierson@faegredrinker.com

**Counsel for Plaintiff**
**Marcia Rhinehart**

**Attorneys for Defendants**

1