IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |

This Document Relates to Plaintiff:

Amy Fansler

Civil Case No: 1:17-cv-02782-RLY-TAB

### MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF

Pursuant to Local Rule 83-7(b), A. CRAIG EILAND and the law firm of EILAND & BONNIN, P.C. (formerly known as the Law Office of A. Craig Eiland) (hereinafter collectively, "Movants"), move this Court to allow them to withdraw as counsel of record for Plaintiff, Amy Fansler, and in support of same show unto the Court as follows:

1.      This Motion is filed in good faith for the reasons set forth herein.

2.      Plaintiff, Amy Fansler, will no longer respond to counsel. Movants have confirmed a working telephone/text number for Plaintiff and have been attempting to contact Plaintiff since January of 2026. Movants have conducted searches via TransUnion to confirm that the last known address and phone number provided to Movants by Plaintiff is indeed in service and accurate. Movants have attempted to call Plaintiff and have sent numerous text messages to Plaintiff, but Plaintiff does

not respond.    Plaintiff does not have an email address.    Movants have sent correspondence on two occasions via regular mail and USPS Priority Mail with a tracking number and with signature required service.  Both letters were confirmed delivered and both letters were signed for by the Plaintiff.  All of Movants' attempts to contact Ms. Fansler have been unsuccessful.

3.    Amy Fansler has been notified by confirmed delivery, signature required correspondence and text message, of the importance of communicating with her retained attorneys in this matter.  On March 27, 2026, Movants sent Plaintiff a Final Notice letter asking her to contact our office immediately in order to proceed with her case.  That letter was confirmed delivered and signed for by Plaintiff on April 17, 2026.  On July 6, 2026, Movants sent Plaintiff a disengagement letter notifying Ms. Fansler that they would move to withdraw as her counsel if she did not respond.  That letter was confirmed delivered to, and signed for, by Plaintiff on July 13, 2026.  Amy Fansler has been notified by confirmed delivery, signature required correspondence that failure to communicate with her counsel will result in Movants having to withdraw as her counsel.  Movants have not been able to get a response from Plaintiff for over seven (7) months.

4.    Plaintiff's last known address and contact information is as follows:

Amy Fansler
986 SW Rock Creek Drive
Stevenson, Washington 98648-4410
PH:    (503) 939-2219

5.    This matter is not currently set for trial.

6.    EILAND & BONNIN, P.C. sent a Notice of this Motion to Withdraw as Counsel of Record to Plaintiff's last known address informing her of Movants' intent to withdraw as counsel. A copy of the Notice of Motion to Withdraw as Counsel is attached hereto as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel and EILAND & BONNIN, P.C. move this Court for the entry of an Order permitting A. Craig Eiland and the law firm of EILAND & BONNIN, P.C. to withdraw as counsel of record in this matter.

Respectfully submitted,

**EILAND & BONNIN, P.C.**

By: _____
A. Craig Eiland
Texas Bar No. 06502380
ceiland@eilandlaw.com
2200 Market Street, Suite 501
Galveston, Texas 77550
PH:    (409) 763-3260
FAX:  (713) 513-5211

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
A. Craig Eiland