**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES       Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                   MDL No. 2570
LIABILITY LITIGATION

---

This Document Relates to:

All Cases in Exhibit A

---

**MOTION TO DISMISS CASES PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 25**

Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe APS (collectively, the "Cook Defendants") respectfully move this Court for an order dismissing the cases listed in **Exhibit A** pursuant to Federal Rule of Civil Procedure 25(a)(1). In support, the Cook Defendants state:

1.      Federal Rule of Civil Procedure 25(a)(1) provides that, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party" upon "[a] motion for substitution … made by any party or by the decedent's successor or representative."

2.      If a motion for substitution "is not made within 90 days after service of a statement noting the death [of a party], the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1).

3.      In each of the cases listed in **Exhibit A**, (1) a notice of suggestion of death has been filed, indicating that the plaintiff has died; (2) more than 90 days have elapsed since the notice of

1

suggestion of death was filed; and (3) no motion for the substitution of a proper party has been filed.[1]

4.     Accordingly, each case listed in **Exhibit A** is subject to immediate dismissal. *See* Fed. R. Civ. P. 25(a)(1); *see also Russell v. City of Milwaukee*, 338 F.3d 662, 663 (7th Cir. 2003) (affirming dismissal with prejudice where the decedent's "representative or attorney did not file for a substitution of parties within 90 days of filing the Suggestion of Death").

For the foregoing reasons, the Cook Defendants respectfully request that this Court dismiss the cases listed in **Exhibit A** with prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated:   August 4, 2026

Respectfully Submitted,

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:      (317) 237-0300
Facsimile:      (317) 237-1000
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone:      (312) 569-1325
Facsimile:      (312) 569-3000
Stephen.Bennett@Faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, William Cook Europe APS*

---

[1] In several cases listed in **Exhibit A**, an appearance designating additional counsel has been filed after the filing of the notice of suggestion of death. Despite these filings, no motion for substitution has been filed in any of these cases, and Federal Rule of Civil Procedure 25(a)(1) mandates their dismissal.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2026, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson