**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES      Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                  MDL No. 2570
LIABILITY LITIGATION

---

This Document Relates to:

All Cases in Exhibit A

---

### [PROPOSED] ORDER DISMISSING CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

Federal Rule of Civil Procedure 25(a)(1) states that, if a motion for substitution "is not made within 90 days after service of a statement noting the death[ of a party], the action by or against the decedent must be dismissed." In each of the cases listed in **Exhibit A**, a notice of suggestion of death has been filed, indicating that the plaintiff has died. And in each of these cases, more than 90 days has elapsed since the notice of suggestion of death was filed. Accordingly, each case listed in **Exhibit A** is subject to immediate dismissal. *See* Fed. R. Civ. P. 25(a)(1); *see also* *Russell v. City of Milwaukee*, 338 F.3d 662, 663 (7th Cir. 2003) (affirming dismissal with prejudice where the decedent's "representative or attorney did not file for a substitution of parties within 90 days of filing the Suggestion of Death").

Based on the foregoing, **IT IS HEREBY ORDERED THAT** the cases identified in **Exhibit A** are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 25(a)(1).

**SO ORDERED** this _____ day of _____ 2026.

_____

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

**EXHIBIT A**
Order Dismissing Cases Pursuant to Federal Rule of Civil Procedure 25

| | PLAINTIFF | CAUSE NO. | SUGGESTION OF DEATH DOCKET NO. | SUGGESTION OF DEATH FILING DATE | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Holtz, John Joseph & Linda | 1:16-cv-01316 | 26386 | 1/8/2025 | Clancy Fleishman, LLP |
| 2. | Dorner, Lorraine | 1:16-cv-02088 | 27126 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 3. | Barr, John & Benson, Judith | 1:16-cv-02392 | 27127 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 4. | Shortt, Terry | 1:16-cv-03042 | 27304 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 5. | Zobell, Don | 1:17-cv-00171 | 27220 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 6. | Greenwood Lachenmayr, Carolyn & Lachenmayr, Walter F. | 1:17-cv-00347 | 27190 | 9/29/2025 | Williams Law Group, LLC |
| 7. | Pittman, Craig and Lavonne | 1:17-cv-00651 | 26559 | 3/13/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 8. | Feustel, Russell | 1:17-cv-01050 | 27303 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 9. | Hackett, Mary | 1:17-cv-01416 | 27425 | 11/9/2025 | Bertram & Graf, L.L.C. |
| 10. | Anderson, John Walter | 1:17-cv-01726 | 27765 | 3/10/2026 | SWMW Law, LLC; Ben Martin Law Group |
| 11. | Wharton, Daniel | 1:17-cv-01900 | 27242 | 10/15/2025 | The Maher Law Firm, P.A. |
| 12. | Smallwood, Ronald | 1:17-cv-02014 | 27215 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 13. | Webb, Harry | 1:17-cv-02111 | 27300 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 14. | Raine, Marlene | 1:17-cv-02830 | 27221 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 15. | Rusk, Jean | 1:17-cv-02840 | 27301 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 16. | Strong, Margo S. | 1:17-cv-03895 | 23413 | 10/4/2025 | Bertram & Graf, L.L.C. |

**EXHIBIT A**
Order Dismissing Cases Pursuant to Federal Rule of Civil Procedure 25

| 17. | Wilson, William L. | 1:17-cv-04004 | 27424 | 11/6/2025 | Bertram & Graf, L.L.C. |
|---|---|---|---|---|---|
| 18. | Young, Danny | 1:17-cv-04078 | 27219 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 19. | Rowe, James | 1:17-cv-04268 | 27214 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 20. | Villers, Jack | 1:17-cv-04763 | 27321 | 10/24/2025 | Burnett Law Firm |
| 21. | Wilson, Amanda | 1:18-cv-00213 | 27299 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 22. | Bowen, Margaret | 1:18-cv-00483 | 26939 | 7/22/2025 | The Moody Law Firm, Inc.; Ben Maring Law Group |
| 23. | Kempf, Lynda | 1:18-cv-00840 | 27283 | 10/20/2025 | Ben Martin Law Group |
| 24. | Maxwell, Terry | 1:18-cv-01029 | 27211 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 25. | Cunningham, Andrew | 1:18-cv-01154 | 27419 | 11/6/2025 | Levin Simes LLP |
| 26. | Coleman, Dannye L. | 1:18-cv-01704 | 27210 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 27. | Roman, Maria | 1:18-cv-02794 | 27302 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 28. | Gallamore, Barbara Joan Hall | 1:18-cv-03511 | 27305 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 29. | Watkins, Barbara | 1:19-cv-01058 | 27217 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 30. | Pooley, Barbara J. and Steven | 1:20-cv-00780 | 27583 | 1/12/2026 | Simon Greenstone Panatier, P.C. |
| 31. | Schultz, Robert | 1:20-cv-02039 | 26314 | 12/2/2024 | Johnson Law Group |
| 32. | Jonassen, Leif & Janice | 1:20-cv-02877 | 27174 | 9/24/2025 | Gomez Trial Attorneys |
| 33. | Reyes, David Jr. | 1:21-cv-00092 | 27046 | 8/20/2025 | Blackridge Law Group |

**EXHIBIT A**

Order Dismissing Cases Pursuant to Federal Rule of Civil Procedure 25

| 34. | Boutin, Lois | 1:21-cv-00832 | 27582 | 1/12/2026 | Simon Greenstone Panatier, P.C. |
|---|---|---|---|---|---|