# Exhibit A

Cook Defendants' Opposition to
Plaintiffs' Motion for Suggestion of Remand of All Celect Cases

**EXHIBIT A**

COOK DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUGGESTION OF REMAND OF ALL CELECT CASES

| BREAKDOWN OF CELECT CASES BY HIGHEST CATEGORIZED INJURY | | | |
|---|---|---|---|
| **Category** | **Subcategory** | **Condition** | **Celect Plaintiffs** |
| Category 7 | 7(a) | IVC Thrombotic Occlusion | 31 |
| | 7(b) | Filter Embolization | 1 |
| | 7(c) | Filter Fracture | 179 |
| | 7(d) | Symptomatic Migration | 14 |
| | 7(e)(1) | Symptomatic IVC Perforation | 150 |
| | 7(e)(2) | Symptomatic Organ Perforation | 201 |
| | 7(f) | Recurrent PE | 36 |
| | 7(g) | DVT / Other Blood Clot | 41 |
| | 7(h) | Infection | 1 |
| | 7(i) | Bleeding | 2 |
| | 7(j) | Death | 6 |
| | 7(k) | Open Surgery | 29 |
| Category 6 | 6(a) | Non-Symptomatic Migration | 4 |
| | 6(b) | Non-Symptomatic Perforation | 56 |
| | 6(c) | Other Non-Symptomatic Condition | 2 |
| Category 5 | 5(a) | Failed Retrieval | 57 |
| | 5(b) | Complicated Retrieval | 20 |
| Category 4 | | Embedded / High-Risk | 21 |
| Category 3 | 3(a) | Stenosis | 1 |
| | 3(b) | Anticoagulation | 1 |
| Category 2 | | Mental Distress | 0 |
| Category 1 | | No Injury | 1 |
| Unknown | | | 7 |
| | | **TOTAL** | **861** |