IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND                   Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                        MDL No. 2570

_____

This Document Relates to All Actions

_____


**ORDER ON AUGUST 4, 2026, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel on August 4, 2026, for a telephonic status conference.

Discussion was held regarding settlement of the Rheingold Giuffra Ruffo Plotkin and Hellman

LLP inventory of cases.  Conference concluded without further order.

Date: 8/6/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Copies to all registered counsel of record via the Court's ECF system.