**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

_____

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES      Case No. 1:14-ml-2570-RLY-TAB
PRACTICES AND PRODUCTS                 MDL No. 2570
LIABILITY LITIGATION

_____

This Document Relates to:

All Cases in Exhibits A & B

_____

### [PROPOSED] ORDER ON AMENDED MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25

This matter is before the Court on the Cook Defendants' Amended Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25. The Court, having considered the Motion and being duly advised, hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the cases listed in **Exhibit A** and the decedent's claims in the cases listed in **Exhibit B** are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 25(a)(1).

**SO ORDERED** this _____ day of _____ 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF.

**EXHIBIT A**
[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

| | PLAINTIFF | CAUSE NO. | SUGGESTION OF DEATH DOCKET NO. | SUGGESTION OF DEATH FILING DATE | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Dorner, Lorraine | 1:16-cv-02088 | 27126 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 2. | Shortt, Terry | 1:16-cv-03042 | 27304 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 3. | Zobell, Don | 1:17-cv-00171 | 27220 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 4. | Feustel, Russell | 1:17-cv-01050 | 27303 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 5. | Hackett, Mary | 1:17-cv-01416 | 27425 | 11/9/2025 | Bertram & Graf, L.L.C. |
| 6. | Anderson, John Walter | 1:17-cv-01726 | 27765 | 3/10/2026 | SWMW Law, LLC; Ben Martin Law Group |
| 7. | Wharton, Daniel | 1:17-cv-01900 | 27242 | 10/15/2025 | The Maher Law Firm, P.A. |
| 8. | Smallwood, Ronald | 1:17-cv-02014 | 27215 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 9. | Webb, Harry | 1:17-cv-02111 | 27300 | 10/21/2025 | Wagstaff & Cartmell, Llp |
| 10. | Raine, Marlene | 1:17-cv-02830 | 27221 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 11. | Rusk, Jean | 1:17-cv-02840 | 27301 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 12. | Strong, Margo S. | 1:17-cv-03895 | 23413 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 13. | Wilson, William L. | 1:17-cv-04004 | 27424 | 11/6/2025 | Bertram & Graf, L.L.C. |
| 14. | Young, Danny | 1:17-cv-04078 | 27219 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 15. | Rowe, James | 1:17-cv-04268 | 27214 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 16. | Villers, Jack | 1:17-cv-04763 | 27321 | 10/24/2025 | Burnett Law Firm |
| 17. | Wilson, Amanda | 1:18-cv-00213 | 27299 | 10/21/2025 | Wagstaff & Cartmell, LLP |

EXHIBIT A
[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

| | | | | | |
|---|---|---|---|---|---|
| 18. | Bowen, Margaret | 1:18-cv-00483 | 26939 | 7/22/2025 | The Moody Law Firm, Inc.; Ben Maring Law Group |
| 19. | Kempf, Lynda | 1:18-cv-00840 | 27283 | 10/20/2025 | Ben Martin Law Group |
| 20. | Maxwell, Terry | 1:18-cv-01029 | 27211 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 21. | Cunningham, Andrew | 1:18-cv-01154 | 27419 | 11/6/2025 | Levin Simes LLP |
| 22. | Coleman, Dannye L. | 1:18-cv-01704 | 27210 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 23. | Roman, Maria | 1:18-cv-02794 | 27302 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 24. | Gallamore, Barbara Joan Hall | 1:18-cv-03511 | 27305 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 25. | Watkins, Barbara | 1:19-cv-01058 | 27217 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 26. | Schultz, Robert | 1:20-cv-02039 | 26314 | 12/2/2024 | Johnson Law Group |
| 27. | Reyes, David Jr. | 1:21-cv-00092 | 27046 | 8/20/2025 | Blackridge Law Group |
| 28. | Boutin, Lois | 1:21-cv-00832 | 27582 | 1/12/2026 | Simon Greenstone Panatier, P.C. |

**EXHIBIT B**

[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

| | PLAINTIFF | CAUSE NO. | SUGGESTION OF DEATH DOCKET NO. | SUGGESTION OF DEATH FILING DATE | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Holtz, John Joseph & Linda | 1:16-cv-01316 | 26386 | 1/8/2025 | Clancy Fleishman, LLP |
| 2. | Barr, John & Benson, Judith | 1:16-cv-02392 | 27127 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 3. | Greenwood Lachenmayr, Carolyn & Lachenmayr, Walter F. | 1:17-cv-00347 | 27190 | 9/29/2025 | Williams Law Group, LLC |
| 4. | Pittman, Craig and Lavonne | 1:17-cv-00651 | 26559 | 3/13/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 5. | Jonassen, Leif & Janice | 1:20-cv-02877 | 27174 | 9/24/2025 | Gomez Trial Attorneys |