**EXHIBIT A**
[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

| | PLAINTIFF | CAUSE NO. | SUGGESTION OF DEATH DOCKET NO. | SUGGESTION OF DEATH FILING DATE | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Dorner, Lorraine | 1:16-cv-02088 | 27126 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 2. | Shortt, Terry | 1:16-cv-03042 | 27304 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 3. | Zobell, Don | 1:17-cv-00171 | 27220 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 4. | Feustel, Russell | 1:17-cv-01050 | 27303 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 5. | Hackett, Mary | 1:17-cv-01416 | 27425 | 11/9/2025 | Bertram & Graf, L.L.C. |
| 6. | Anderson, John Walter | 1:17-cv-01726 | 27765 | 3/10/2026 | SWMW Law, LLC; Ben Martin Law Group |
| 7. | Wharton, Daniel | 1:17-cv-01900 | 27242 | 10/15/2025 | The Maher Law Firm, P.A. |
| 8. | Smallwood, Ronald | 1:17-cv-02014 | 27215 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 9. | Webb, Harry | 1:17-cv-02111 | 27300 | 10/21/2025 | Wagstaff & Cartmell, Llp |
| 10. | Raine, Marlene | 1:17-cv-02830 | 27221 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 11. | Rusk, Jean | 1:17-cv-02840 | 27301 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 12. | Strong, Margo S. | 1:17-cv-03895 | 23413 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 13. | Wilson, William L. | 1:17-cv-04004 | 27424 | 11/6/2025 | Bertram & Graf, L.L.C. |
| 14. | Young, Danny | 1:17-cv-04078 | 27219 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 15. | Rowe, James | 1:17-cv-04268 | 27214 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 16. | Villers, Jack | 1:17-cv-04763 | 27321 | 10/24/2025 | Burnett Law Firm |
| 17. | Wilson, Amanda | 1:18-cv-00213 | 27299 | 10/21/2025 | Wagstaff & Cartmell, LLP |

**EXHIBIT A**
[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

| | | | | | |
|---|---|---|---|---|---|
| 18. | Bowen, Margaret | 1:18-cv-00483 | 26939 | 7/22/2025 | The Moody Law Firm, Inc.; Ben Maring Law Group |
| 19. | Kempf, Lynda | 1:18-cv-00840 | 27283 | 10/20/2025 | Ben Martin Law Group |
| 20. | Maxwell, Terry | 1:18-cv-01029 | 27211 | 10/4/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 21. | Cunningham, Andrew | 1:18-cv-01154 | 27419 | 11/6/2025 | Levin Simes LLP |
| 22. | Coleman, Dannye L. | 1:18-cv-01704 | 27210 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 23. | Roman, Maria | 1:18-cv-02794 | 27302 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 24. | Gallamore, Barbara Joan Hall | 1:18-cv-03511 | 27305 | 10/21/2025 | Wagstaff & Cartmell, LLP |
| 25. | Watkins, Barbara | 1:19-cv-01058 | 27217 | 10/4/2025 | Bertram & Graf, L.L.C. |
| 26. | Schultz, Robert | 1:20-cv-02039 | 26314 | 12/2/2024 | Johnson Law Group |
| 27. | Reyes, David Jr. | 1:21-cv-00092 | 27046 | 8/20/2025 | Blackridge Law Group |
| 28. | Boutin, Lois | 1:21-cv-00832 | 27582 | 1/12/2026 | Simon Greenstone Panatier, P.C. |