**EXHIBIT B**

[Proposed] Order on Amended Motion to Dismiss
Pursuant to Federal Rule of Civil Procedure 25

|  | **PLAINTIFF** | **CAUSE NO.** | **SUGGESTION OF DEATH DOCKET NO.** | **SUGGESTION OF DEATH FILING DATE** | **LEAD COUNSEL** |
|---|---|---|---|---|---|
| 1. | Holtz, John Joseph & Linda | 1:16-cv-01316 | 26386 | 1/8/2025 | Clancy Fleishman, LLP |
| 2. | Barr, John & Benson, Judith | 1:16-cv-02392 | 27127 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 3. | Greenwood Lachenmayr, Carolyn & Lachenmayr, Walter F. | 1:17-cv-00347 | 27190 | 9/29/2025 | Williams Law Group, LLC |
| 4. | Pittman, Craig and Lavonne | 1:17-cv-00651 | 26559 | 3/13/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |
| 5. | Jonassen, Leif & Janice | 1:20-cv-02877 | 27174 | 9/24/2025 | Gomez Trial Attorneys |