IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND               Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                          MDL No. 2570

_____

This Document Relates to:

Leif Jonassen           Case No. 1:20-cv-02877-RLY-TAB

_____

**ORDER ON AUGUST 12, 2026, TELEPHONIC STATUS CONFERENCE AND ORDER
SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff Leif Jonassen appeared by counsel, Joshua R. Harris, on August 12, 2026, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 27944.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 28003.] **This matter is set for a telephonic status conference at 2:15 p.m. (Eastern Time) on August 20, 2026**. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show cause for Plaintiff's failure to appear for the August 12 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Leif Jonassen shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 8/13/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system. Joshua R. Harris is required to serve Plaintiff Leif Jonassen.