**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC.,
IVC FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Williams, Denise*, Case No. 1:16-cv-01394

**COOK DEFENDANTS' CONSENT MOTION FOR EXTENSION OF PAGE LIMIT  ON REPLY BRIEF IN SUPPORT OF PENDING CMO-28 MOTION**

In the above-referenced case, Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS (collectively, "Cook" or the "Cook Defendants") move the Court for an extension of the applicable page limit for Cook's reply brief in support of its Motion for Judgment in Plaintiff Denise Williams' Case Pursuant to CMO-28 ("Motion for Judgment") to seven pages. In support, Cook states:

1.      On July 13, 2026, Cook filed its Motion for Judgment. *See* Dkt. 28013.

2.      On August 6, 2026, Plaintiff Williams filed a 9-page response brief to Cook's CMO-28 Motion for Judgment. *See* Dkt. 28070.

3.      Under this Court's Case Management Order 28, response briefs must be filed within fifteen (15) days of a motion filed pursuant to CMO-28, reply briefs must be filed within fifteen (15) days of a response brief, and all briefs are limited to three (3) pages. *See* Dkt. 14601.

1

4.      The current page limit for reply briefs is insufficient for Cook to respond to all of the issues raised by Plaintiff's opposition brief, which was 9 pages. As such, Cook respectfully asks the Court to extend the page limit for its reply brief from three (3) to seven (7) pages.

5.      On August 13, 2026, Cook conferred with Plaintiff's counsel. Plaintiff consents to the relief requested by this motion.

For the foregoing reasons, Cook respectfully requests that the Court extend the page limit for Cook's reply brief in support of its Motion for Judgment from three (3) pages to seven (7) pages.

Dated:  August 13, 2026

Respectfully submitted,

*/s/ Jessica Benson Cox*
Andrea Roberts Pierson
Jessica Benson Cox
FAEGRE DRINKER, BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@faegredrinker.com
Jessica.Cox@faegredrinker.com

James Stephen Bennett
FAEGRE DRINKER, BIDDLE & REATH LLP
320 South Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1000
stephen.bennett@faegredrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, Cook Group Incorporated, and William Cook Europe ApS*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 13, 2026, a copy of the foregoing document was filed electronically.

Parties may access this filing through the Court's electronic records system.

*/s/ Jessica Benson Cox*
Jessica Benson Cox
