**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following Actions:

*Williams, Denise*, Case No. 1:16-cv-01394

**ORDER**

On August 13, 2026, the Cook Defendants filed a consent motion for an extension of the page limit applicable to their reply brief in support of their pending CMO-28 Motion for Judgment (*See* Filing No. 28013). The Court, having reviewed the motion and being duly advised, and finding it was made for good cause and valid reasons, hereby grants the Motion. [Filing No. 28078.]

**IT IS THEREFORE ORDERED** that the Cook Defendants shall file a reply brief no longer than seven (7) pages in support of their CMO-28 Motion for Judgment.

Date: 8/17/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.