UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Kelley, Wilbur – 1:17-cv-03430

**STIPULATION OF DISMISSAL**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 19, 2026

*/s/ Taurin J. Robinson*
Taurin J. Robinson, Esq.
The Robinson Law Firm, P.C.
3055 Wilshire Boulevard, Suite 980
Los Angeles, CA 90010
Telephone: (213) 674-7301
Facsimile: (213) 674-7340
Email: robinsonlaw3055@gmail.com

***Attorneys for Plaintiff***

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: andrea.pierson@faegredrinker.com

***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 19, 2026, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered parties.

*/s/ Andrea Roberts Pierson*