IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570
MDL No. 2570

This Document Relates to:

Freker, Candy; Case No. 1:17-cv-02774
Jackson, Henry; Case No. 1:17-cv-03388
Dunlap, Shirley; Case No. 1:19-cv-03386

**STIPULATED DISMISSAL WITH PREJUDICE**

The parties in the above-captioned cases hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: August 20, 2026

*/s/ Taurin Robinson*
Taurin Robinson
THE ROBINSON LAW FIRM
3055 Wilshire Blvd., Suite 980
Los Angeles, CA 90010
Telephone: (213) 674-7301
Facsimile: (213) 674-7340
Email: masstorts@wilshirelawfirm.com

***Attorney for Plaintiff***

*/s/ Kip S.M. McDonald*
Kip S.M. McDonald
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: kip.mcdonald@faegredrinker.com

***Attorney for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Kip S.M. McDonald*