IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Leif Jonassen Case No. 1:20-cv-2877-RLY-TAB

**ORDER ON AUGUST 20, 2026, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff Lief Jonassen to attend a telephonic status conference on August 12, 2026, to address Plaintiff's counsel's motion to withdraw. [Filing No. 27944.] Plaintiff failed to appear as ordered. The Court then issued an order setting a second conference for August 20, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the August 12 conference. [Filing No. 28077.] The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiff's counsel appeared at the August 20, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 8/20/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Joshua Rhett Harris is required to serve Plaintiff Leif Jonassen.