IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Vanessa Green | Case No. 1:21-cv-6364-RLY-TAB |
| Meredith S. and Terry Wilson | Case No. 1:16-cv-2137-RLY-TAB |
| William Yarling | Case No. 1:19-cv-2388-RLY-TAB |

**ORDER ON AUGUST 20, 2026, TELEPHONIC STATUS CONFERENCE**

Plaintiffs Vanessa Green, Meredith S. Wilson, and William Yarling appeared by counsel, Joshua Rhett Harris, on August 20, 2026, for a telephonic status conference to address Plaintiffs' counsel's motions to withdraw. [Filing Nos. 27919, 27920, 27921.] Contrary to the order setting this conference, Plaintiffs failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss these cases without prejudice.

Date: 8/20/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.

Joshua Rhett Harris is required to serve Plaintiffs Vanessa Green, Meredith S. Wilson, and William Yarling.