| | Firm | Case Number | Plaintiff Name |
|---|---|---|---|
| 1. | Goldstein Greco, P.C. | 1:17-cv-04163 | Kelly A. Carlson, et al. |
| 2. | Goldstein Greco, P.C. | 1:18-cv-00401 | Jean I. Cordon |
| 3. | Goldstein Greco, P.C. | 1:16-cv-03330 | Ethel Douthit |
| 4. | Goldstein Greco, P.C. | 1:19-cv-01137 | Diane S. Fulton |
| 5. | Goldstein Greco, P.C. | 1:20-cv-00532 | Stacy A. Lewis, et al. |
| 6. | Goldstein Greco, P.C. | 1:20-cv-00134 | Debra A. Phillips, et al. |
| 7. | Goldstein Greco, P.C. | 1:19-cv-02053 | Naiomi Richardson |
| 8. | Goldstein Greco, P.C. | 1:19-cv-02482 | Gina M. Roberts |
| 9. | Goldstein Greco, P.C. | 1:17-cv-00970 | Jarrod Ticconi |
| 10. | Kirkendall Dwyer LLP | 1:19-cv-01416 | Iris Daniels |
| 11. | Kirkendall Dwyer LLP | 1:20-cv-1161 | Eric Steinberg |
| 12. | Kirkendall Dwyer LLP | 1:19-cv-01242 | Henry Marshall |
| 13. | Kirkendall Dwyer LLP | 1:17-cv-00530 | James Million |
| 14. | Kirkendall Dwyer LLP | 1:20-cv-01138 | Charles Johnson |
| 15. | Kirkendall Dwyer LLP | 1:18-cv-02500 | Nicki Obrien |
| 16. | Kirkendall Dwyer LLP | 1:19-cv-01689 | Paul Tinsley |
| 17. | Kirkendall Dwyer LLP | 1:19-cv-04928 | Ruby Humphries |
| 18. | Kirkendall Dwyer LLP | 1:19-cv-1239 | Nan Weems |
| 19. | The Ruth Law Team | 1:16-cv-02115 | Denise Rosar |
| 20. | Heygood, Orr & Pearson | 1:17-cv-00482 | Darrell Hadnot |
| 21. | Heygood, Orr & Pearson | 1:16-cv-02696 | Ronald Wilcox |
| 22. | James, Vernon & Weeks, P.A. | 1:17-cv-01889 | Ann L. Sidner |
| 23. | The Simon Law Firm, P.C. | 1:22-cv-01151 | Thomas G. LeFaivre |
| 24. | VALOR LAW, LLC (f/k/a Johnston Law Group) | 1:19-cv-01991 | Sofia Becker |
| 25. | The Robinson Law Firm, P.C. | 1:17-cv-03525 | Herron Anderson-Cotton |
| 26. | The Robinson Law Firm, P.C. | 1:17-cv-02922 | Debra Beltran |
| 27. | The Robinson Law Firm, P.C. | 1:17-cv-03698 | Anne Bright |
| 28. | The Robinson Law Firm, P.C. | 1:17-cv-02446 | Adeline Brown |
| 29. | The Robinson Law Firm, P.C. | 1:19-cv-03353 | Mania Castile |
| 30. | The Robinson Law Firm, P.C. | 1:17-cv-02796 | Lacolya Crump |
| 31. | The Robinson Law Firm, P.C. | 1:17-cv-02799 | Derrill Everette |
| 32. | The Robinson Law Firm, P.C. | 1:19-cv-03372 | Todd Gabryszak |
| 33. | The Robinson Law Firm, P.C. | 1:17-cv-02775 | Penney Goodwin |
| 34. | The Robinson Law Firm, P.C. | 1:19-cv-03411 | Michael Hamsley |
| 35. | The Robinson Law Firm, P.C. | 1:19-cv-03403 | Yolanda Harper-Smith |
| 36. | The Robinson Law Firm, P.C. | 1:17-cv-02672 | William Heeb |
| 37. | The Robinson Law Firm, P.C. | 1:19-cv-03374 | William Homsher |
| 38. | The Robinson Law Firm, P.C. | 1:17-cv-03389 | Reuben James |
| 39. | The Robinson Law Firm, P.C. | 1:19-cv-03375 | Jose Salvatierra |
| 40. | The Robinson Law Firm, P.C. | 1:20-cv-03079 | Tammy Stewart |
| 41. | The Robinson Law Firm, P.C. | 1:17-cv-04046 | Shirey Stout |
| 42. | The Robinson Law Firm, P.C. | 1:16-cv-02989 | Robert J. Tavares |

EXHIBIT
A

| | | | |
|---|---|---|---|
| 43. | The Robinson Law Firm, P.C. | 1:19-cv-03387 | Vonda Webb |
| 44. | The Robinson Law Firm, P.C. | 1:17-cv-02671 | Teresa Whetstone |
| 45. | Finz & Finz, P.C. | 1:17-cv-03659 | Peter Koelling, et al. |
| 46. | BROWN, LLC | 1:17-cv-01588 | Pandora Neuhart |
| 47. | BROWN, LLC | 1:17-cv-02670 | Edward Medeiros |
| 48. | BROWN, LLC | 1:21-cv-00806 | Jacquelyn Ballard |
| 49. | Blasingame, Burch, Garrard & Ashley, PC | 1:16-cv-03183 | Beverly A. Franklin |
| 50. | Blasingame, Burch, Garrard & Ashley, PC | 1:16-cv-03178 | Jay Bokelman |
| 51. | Blasingame, Burch, Garrard & Ashley, PC | 1:17-cv-00647 | Sheila K. Adams |
| 52. | Blasingame, Burch, Garrard & Ashley, PC | 1:18-cv-01625 | William P. Straughan |
| 53. | Blasingame, Burch, Garrard & Ashley, PC | 1:17-cv-03607 | Marquita J. Wells |
| 54. | Blasingame, Burch, Garrard & Ashley, PC | 1:17-cv-04770 | George Brown |
| 55. | Ferrer Poirot Feller | 1:23-cv-00310 | Diane Arrington |
| 56. | Ferrer Poirot Feller | 1:18-cv-02595 | Brett Aston-Myers |
| 57. | Ferrer Poirot Feller | 1:21-cv-01846 | Karen Bailey |
| 58. | Ferrer Poirot Feller | 1:20-cv-03029 | Michael Baker |
| 59. | Ferrer Poirot Feller | 1:21-cv-00763 | John Ball |
| 60. | Ferrer Poirot Feller | 1:17-cv-02997 | Audrey Bertram |
| 61. | Ferrer Poirot Feller | 1:22-cv-06704 | Stephen Blaha |
| 62. | Ferrer Poirot Feller | 1:23-cv-01082 | Candace Booth |
| 63. | Ferrer Poirot Feller | 1:21-cv-00241 | Natosha Bruno |
| 64. | Ferrer Poirot Feller | 1:17-cv-01435 | Tamika Bryant |
| 65. | Ferrer Poirot Feller | 1:23-cv-00601 | DeAnna Burrs |
| 66. | Ferrer Poirot Feller | 1:18-cv-00937 | Mary Carter |
| 67. | Ferrer Poirot Feller | 1:22-cv-00157 | Vincent Cassell |
| 68. | Ferrer Poirot Feller | 1:17-cv-01410 | Paula Christiansen |
| 69. | Ferrer Poirot Feller | 1:18-cv-02333 | Michelle Clark |
| 70. | Ferrer Poirot Feller | 1:21-cv-02039 | Laura Clark |
| 71. | Ferrer Poirot Feller | 1:21-cv-00102 | Kenneth Collier |
| 72. | Ferrer Poirot Feller | 1:17-cv-01441 | Elisa Colombo |
| 73. | Ferrer Poirot Feller | 1:21-cv-02211 | Alicia Costa |
| 74. | Ferrer Poirot Feller | 1:17-cv-01288 | Paige Cotton |
| 75. | Ferrer Poirot Feller | 1:20-cv-00509 | Robert Crabbs |
| 76. | Ferrer Poirot Feller | 1:21-cv-00275 | Cheryl Darveaux |
| 77. | Ferrer Poirot Feller | 1:22-cv-01088 | Vilma Davis |
| 78. | Ferrer Poirot Feller | 1:21-cv-02340 | Jimmy DeCanter |
| 79. | Ferrer Poirot Feller | 1:18-cv-01355 | Celester Dicking |

| | | | |
|---|---|---|---|
| 80. | Ferrer Poirot Feller | 1:16-cv-03229 | Margherita DiFabio |
| 81. | Ferrer Poirot Feller | 1:21-cv-06554 | Natina DiOrio |
| 82. | Ferrer Poirot Feller | 1:21-cv-00846 | Michael Doino |
| 83. | Ferrer Poirot Feller | 1:20-cv-00535 | Kenneth Dolgner |
| 84. | Ferrer Poirot Feller | 1:18-cv-01208 | Roscoe Dukes |
| 85. | Ferrer Poirot Feller | 1:21-cv-00646 | Kirkpatrick Dunbar |
| 86. | Ferrer Poirot Feller | 1:21-cv-02040 | Janice Earnest |
| 87. | Ferrer Poirot Feller | 1:21-cv-02452 | Shelia Efird |
| 88. | Ferrer Poirot Feller | 1:20-cv-02728 | Clarence Elam |
| 89. | Ferrer Poirot Feller | 1:20-cv-03266 | Teresa Euson |
| 90. | Ferrer Poirot Feller | 1:17-cv-02983 | Joseph Evans |
| 91. | Ferrer Poirot Feller | 1:21-cv-00470 | Catherine Fabiano |
| 92. | Ferrer Poirot Feller | 1:22-cv-01939 | Robert Fox |
| 93. | Ferrer Poirot Feller | 1:22-cv-00547 | Jadon Frost |
| 94. | Ferrer Poirot Feller | 1:21-cv-00755 | Lillie Gallimore |
| 95. | Ferrer Poirot Feller | 1:21-cv-00645 | Ramon Galvez |
| 96. | Ferrer Poirot Feller | 1:22-cv-01199 | Joseph Giangiulio |
| 97. | Ferrer Poirot Feller | 1:22-cv-01346 | Sammuel Gonzales |
| 98. | Ferrer Poirot Feller | 1:21-cv-01973 | Cynthia Green |
| 99. | Ferrer Poirot Feller | 1:21-cv-01865 | Marvin Greenway |
| 100. | Ferrer Poirot Feller | 1:23-cv-01193 | Michael Guglielmini |
| 101. | Ferrer Poirot Feller | 1:21-cv-01888 | Rosemarie Hanel |
| 102. | Ferrer Poirot Feller | 1:21-cv-06386 | James Harcourt |
| 103. | Ferrer Poirot Feller | 1:20-cv-03173 | Lillian Harrington |
| 104. | Ferrer Poirot Feller | 1:22-cv-01266 | David Hartman |
| 105. | Ferrer Poirot Feller | 1:23-cv-01109 | James Hawkins |
| 106. | Ferrer Poirot Feller | 1:20-cv-03060 | Leroy Haynes |
| 107. | Ferrer Poirot Feller | 1:22-cv-01517 | Audrey Henry |
| 108. | Ferrer Poirot Feller | 1:21-cv-00952 | Steven Henze |
| 109. | Ferrer Poirot Feller | 1:22-cv-00563 | James Herrin |
| 110. | Ferrer Poirot Feller | 1:21-cv-02832 | Cherie Hiatt-Lewis |
| 111. | Ferrer Poirot Feller | 1:22-cv-00063 | Karen Hickey |
| 112. | Ferrer Poirot Feller | 1:22-cv-01210 | Brandon Hilton |
| 113. | Ferrer Poirot Feller | 1:20-cv-03228 | Gregory Hinton |
| 114. | Ferrer Poirot Feller | 1:18-cv-04068 | Kevin Hodge |
| 115. | Ferrer Poirot Feller | 1:20-cv-02789 | Paul Holland |
| 116. | Ferrer Poirot Feller | 1:18-cv-02391 | Michael Holliday |
| 117. | Ferrer Poirot Feller | 1:22-cv-00187 | Kenneth Holloway |
| 118. | Ferrer Poirot Feller | 1:20-cv-00510 | April Howell |
| 119. | Ferrer Poirot Feller | 1:20-cv-06174 | Levi Hudson |
| 120. | Ferrer Poirot Feller | 1:18-cv-02703 | Ruby Humphries |

| | | | |
|---|---|---|---|
| 121. | Ferrer Poirot Feller | 1:22-cv-00313 | Nathan Ingram |
| 122. | Ferrer Poirot Feller | 1:21-cv-02135 | Curtis James |
| 123. | Ferrer Poirot Feller | 1:24-cv-01099 | Brigitta Jeffries |
| 124. | Ferrer Poirot Feller | 1:18-cv-03150 | Peter Jennison |
| 125. | Ferrer Poirot Feller | 1:18-cv-01334 | Tamekia Johnson |
| 126. | Ferrer Poirot Feller | 1:23-cv-00552 | Samona Johnson |
| 127. | Ferrer Poirot Feller | 1:20-cv-00272 | Jeffrey Johnson |
| 128. | Ferrer Poirot Feller | 1:20-cv-03267 | William Jones |
| 129. | Ferrer Poirot Feller | 1:17-cv-02643 | Chan’te Jones-Clarke |
| 130. | Ferrer Poirot Feller | 1:22-cv-01325 | Robert Jordan |
| 131. | Ferrer Poirot Feller | 1:22-cv-06758 | Nahomie Joseph |
| 132. | Ferrer Poirot Feller | 1:20-cv-00193 | Janette Kamp |
| 133. | Ferrer Poirot Feller | 1:17-cv-02961 | Jeri L. Kampen |
| 134. | Ferrer Poirot Feller | 1:21-cv-06379 | Gregory Kirkland |
| 135. | Ferrer Poirot Feller | 1:21-cv-00601 | Janet Komaniak |
| 136. | Ferrer Poirot Feller | 1:21-cv-02264 | Larry Krueger |
| 137. | Ferrer Poirot Feller | 1:19-cv-03894 | Gregory Lamp |
| 138. | Ferrer Poirot Feller | 1:23-cv-00997 | John Laspia, III |
| 139. | Ferrer Poirot Feller | 1:19-cv-02394 | Kevin Lesure |
| 140. | Ferrer Poirot Feller | 1:16-cv-02930 | Judith Llewellyn |
| 141. | Ferrer Poirot Feller | 1:21-cv-01974 | Richard Lynn Jr. |
| 142. | Ferrer Poirot Feller | 1:22-cv-01637 | Donald Makoff |
| 143. | Ferrer Poirot Feller | 1:20-cv-03156 | Renie Manzella |
| 144. | Ferrer Poirot Feller | 1:22-cv-00388 | Robert Massey |
| 145. | Ferrer Poirot Feller | 1:22-cv-01201 | Gary McKay |
| 146. | Ferrer Poirot Feller | 1:21-cv-06421 | Timothy McPherson |
| 147. | Ferrer Poirot Feller | 1:21-cv-02473 | Shirley Misskelley |
| 148. | Ferrer Poirot Feller | 1:22-cv-00615 | Brenda Montgomery |
| 149. | Ferrer Poirot Feller | 1:21-cv-00339 | LaQuesha Muncie |
| 150. | Ferrer Poirot Feller | 1:18-cv-03560 | Leon Myers |
| 151. | Ferrer Poirot Feller | 1:21-cv-01849 | Roger Oestreich |
| 152. | Ferrer Poirot Feller | 1:18-cv-02450 | Daniel Opito |
| 153. | Ferrer Poirot Feller | 1:20-cv-02605 | Thelonious Parks |
| 154. | Ferrer Poirot Feller | 1:22-cv-06750 | Ryan Pelt |
| 155. | Ferrer Poirot Feller | 1:18-cv-01344 | Diane Pena |
| 156. | Ferrer Poirot Feller | 1:21-cv-06462 | Frank Perry |
| 157. | Ferrer Poirot Feller | 1:20-cv-01985 | Lawrence Pierpont |
| 158. | Ferrer Poirot Feller | 1:18-cv-02704 | Shelly Pinder |
| 159. | Ferrer Poirot Feller | 1:18-cv-02824 | Kisha Poindexter |
| 160. | Ferrer Poirot Feller | 1:21-cv-00562 | Loretta Polhill |
| 161. | Ferrer Poirot Feller | 1:18-cv-02545 | Louis Polinsky |

| | | | |
|---|---|---|---|
| 162. | Ferrer Poirot Feller | 1:21-cv-01972 | Thomas Potts |
| 163. | Ferrer Poirot Feller | 1:23-cv-00622 | Barbara Preston |
| 164. | Ferrer Poirot Feller | 1:22-cv-06698 | Terry Price |
| 165. | Ferrer Poirot Feller | 1:20-cv-03153 | Gilbert Pugh |
| 166. | Ferrer Poirot Feller | 1:20-cv-02726 | Dennis Purvis |
| 167. | Ferrer Poirot Feller | 1:20-cv-02589 | Anna Reiller |
| 168. | Ferrer Poirot Feller | 1:20-cv-03179 | Gerald Remington |
| 169. | Ferrer Poirot Feller | 1:21-cv-00594 | Debra Renner |
| 170. | Ferrer Poirot Feller | 1:23-cv-00251 | Mark Riccardi |
| 171. | Ferrer Poirot Feller | 1:21-cv-02435 | Helen Schachte |
| 172. | Ferrer Poirot Feller | 1:22-cv-01290 | Staci Schreiner |
| 173. | Ferrer Poirot Feller | 1:21-cv-02031 | Lorraine Session |
| 174. | Ferrer Poirot Feller | 1:21-cv-02139 | Amber Smith |
| 175. | Ferrer Poirot Feller | 1:21-cv-06383 | Owen Southall, Jr. |
| 176. | Ferrer Poirot Feller | 1:21-cv-00025 | Robert Steinmeyer |
| 177. | Ferrer Poirot Feller | 1:17-cv-00263 | Ryan Stime |
| 178. | Ferrer Poirot Feller | 1:17-cv-02824 | Alphonso Stokes |
| 179. | Ferrer Poirot Feller | 1:20-cv-06286 | Judy Stout |
| 180. | Ferrer Poirot Feller | 1:19-cv-00142 | Steven Taylor |
| 181. | Ferrer Poirot Feller | 1:19-cv-01259 | Prudence Tennyson |
| 182. | Ferrer Poirot Feller | 1:17-cv-02879 | Kelli Thompkins |
| 183. | Ferrer Poirot Feller | 1:22-cv-00398 | Milton Van Derveer |
| 184. | Ferrer Poirot Feller | 1:19-cv-01736 | Tranise Vonner |
| 185. | Ferrer Poirot Feller | 1:20-cv-06298 | Penny Wallach |
| 186. | Ferrer Poirot Feller | 1:21-cv-00998 | Cielo Walsh |
| 187. | Ferrer Poirot Feller | 1:21-cv-00128 | Tony Washington |
| 188. | Ferrer Poirot Feller | 1:19-cv-04296 | Lamecia Waters |
| 189. | Ferrer Poirot Feller | 1:21-cv-00295 | Holly Wickliffe |
| 190. | Ferrer Poirot Feller | 1:22-cv-00211 | Travis Wilkerson, Sr. |
| 191. | Ferrer Poirot Feller | 1:18-cv-02390 | James Williams |
| 192. | Ferrer Poirot Feller | 1:21-cv-00599 | April Williams |
| 193. | Ferrer Poirot Feller | 1:23-cv-01105 | Victor Williams |
| 194. | Ferrer Poirot Feller | 1:21-cv-02463 | Derrick Wilson |
| 195. | Ferrer Poirot Feller | 1:22-cv-00188 | Laurie Wilson |
| 196. | Ferrer Poirot Feller | 1:20-cv-06285 | Rebecca Withers |
| 197. | Ferrer Poirot Feller | 1:21-cv-06511 | Bernard Wollschlager |
| 198. | Ferrer Poirot Feller | 1:18-cv-02660 | Melissa Wyatt |
| 199. | Ferrer Poirot Feller | 1:22-cv-00684 | Curtis Young |
| 200. | Ferrer Poirot Feller | 1:20-cv-03230 | Henry Zeigler |
| 201. | Thornton Law Firm LLP | 1:21-cv-06669 | Jeffrey White |
| 202. | Thornton Law Firm LLP | 1:17-cv-04441 | Ruth Willemain |

| | | | |
|---|---|---|---|
| 203. | Thornton Law Firm LLP | 1:20-cv-00749 | Mary Ellen Wright |
| 204. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00650 | Roosevelt Broadnax |
| 205. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02578 | Ashley Croop |
| 206. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:20-cv-2962 | Tyler Davis |
| 207. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02577 | Douglas Erickson |
| 208. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00889 | Linda Fabrico |
| 209. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-02127 | Barbara Fuller |
| 210. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00506 | Teresa Gagas |
| 211. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:18-cv-02818 | Destiny Graham |
| 212. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-03300 | Beverly Hong |
| 213. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-03424 | Crystal Husak |
| 214. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-01204 | Deborah Jacobs |
| 215. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00126 | Loucindy Jernigan |
| 216. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-03232 | John Laurich |
| 217. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02599 | Anthony McCrary |
| 218. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-02768 | Matthew Moore |
| 219. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00676 | Charles Murphy Jr. |
| 220. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:20-cv-00217 | Craig Musselman Jr. |
| 221. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-01815 | Alnicia Owens |
| 222. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-01908 | Naomi Ross |
| 223. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-03036 | Michael Shaw |
| 224. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:20-cv-00231 | Jacquelyn Southard |
| 225. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-03200 | Judy Stedtfeld |
| 226. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-03444 | Rodney Stover |

| | | | |
|---|---|---|---|
| 227. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-00312 | William Vogt |
| 228. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02716 | Sharon Wallace |
| 229. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:17-cv-03112 | Patricia Walsh |
| 230. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02323 | Anna Marie Webber |
| 231. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-03282 | Veldora Wilson |
| 232. | Murphy Law Firm, LLC and Comeaux Law Firm | 1:16-cv-02818 | Amber Wood |
| 233. | Bernheim Kelley, LLC | 1:23-cv-01400 | Andrew Kneffler |
| 234. | Bernheim Kelley, LLC | 1:21-cv-02026 | Ronald Pierce |
| 235. | Bernheim Kelley, LLC | 1:24-cv-00085 | Richard Santiago |
| 236. | Snyder & Wenner PC | 1:16-cv-02103 | Janine Futch |
| 237. | Snyder & Wenner PC | 1:16-cv-02102 | Kimberly Ladig |
| 238. | Snyder & Wenner PC | 1:16-cv-02310 | Eduardo Moreno |
| 239. | Snyder & Wenner PC | 1:16-cv-02104 | Barry Rosenblatt |
| 240. | Law Office of Marc D. Portlock | 1:16-cv-03135 | James D. Hines |
| 241. | Lockridge Grindal Nauen PLLP | 1:17-cv-01535 | James Ramos |
| 242. | Lockridge Grindal Nauen PLLP | 1:16-cv-01418 | Regina Matteo-Hyatt |
| 243. | Farris Riley | 1:17-cv-00027 | Kevin Burton |
| 244. | Farris Riley | 1:17-cv-3107 | James Calhoun |
| 245. | Farris Riley | 1:16-cv-3021 | Mohammad Islam |
| 246. | Farris Riley | 1:17-cv-1451 | Eric Judkins |
| 247. | Farris Riley | 1:16-cv-1666 | Christopher Kaspar |
| 248. | Farris Riley | 1:19-cv-03127 | Daniel Martinez |
| 249. | Farris Riley | 1:19-cv-04184 | David McCullough |
| 250. | Farris Riley | 1:16-cv-02733 | Peggy Meadows |
| 251. | Farris Riley | 1:19-cv-03940 | Dennis Rady |
| 252. | Farris Riley | 1:19-cv-02712 | Raul Rivera |
| | Hammers Law Firm | ALL CASES | |
| | OnderLaw | ALL CASES | |