IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
William L. Wilson

Civil Case No. 1:17-cv-04004-RLY-TAB

**MOTION TO SUBSTITUE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Judy Carter, daughter of decedent William L. Wilson, and files this motion to substitute. Judy Carter has been appointed Executor of the Estate of William L. Wilson, Deceased, and is therefore eligible to serve as Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff states as follows:

1. Plaintiff William L. Wilson filed initially filed this case in the United States District Court for the Southern District of Indiana on October 31, 2017.

2. Plaintiff William L. Wilson ("Decedent") passed away on July 11, 2024. A redacted copy of the Death Certificate is attached hereto as "Exhibit A."

3. On November 7, 2025, the undersigned counsel filed a Suggestion of Death (Dkt. 17).

4. At the time on which the Suggestion of Death was filed, the undersigned counsel did not know whether an estate existed, or the identity of any individual(s) serving as personal

representative or executor, and had not been contacted by any individuals or family members purporting to act on behalf of an estate.

5. It was later determined that Decedent did, in fact, have an estate and that Judy Carter is the proper party plaintiff to substitute for Plaintiff-decedent William L. Wilson pursuant to Fed R. Civ. P. 25(a)(1).

6. A true and correct copy of the Letters Testamentary appointing Judy Carter as Executor of the Estate of William L. Wilson is attached hereto as "Exhibit B."

7. Plaintiff thus moves this Court for an order substituting Judy Carter, Executor of the Estate of William L. Wilson, Deceased as Plaintiff in the present action.

8. Because more than ninety (90) days have elapsed since the filing of the Suggestion of Death, Plaintiff further moves this Court pursuant to Fed. R. Civ. P. 6(b)(1)(B) for an extension of time up to, and inclusive of, the date on which this Motion is filed for purposes of substituting the proper party plaintiff.

9. An extension of time is appropriate where, as here, neither the existence of an estate nor the identity of an executor or personal representative was known to undersigned counsel at the time the Suggestion of Death was filed.

10. Plaintiff's request for extension is made in good faith, and not for purposes of delay, and will not prejudice any party.

11. Plaintiff also move this Court, pursuant to Fed. R. Civ. P. 15(a)(2), for leave to amend the Short Form Complaint, as well as the case caption, to correct the proper Plaintiff (Judy Carter, Executor of the Estate of William L. Wilson, Deceased) and to update and include information and actions within the Complaint to reflect that William L. Wilson is deceased.

12. A proposed Amended Short Form Complaint is attached hereto as "Exhibit C."

WHEREFORE, counsel for Plaintiff requests this Court for the following: (1) entry of an Order granting Plaintiff an extension of time up to and inclusive of August 22, 2026, for purposes of substituting parties; (2) entry of an Order substituting Judy Carter, Executor of the Estate of William L Wilson, Deceased as Plaintiff; and (3) an Order deeming the attached Amended Short Form Complaint filed as of August 22, 2026. A proposed Order is attached hereto as "Exhibit D."

Dated: August 22, 2026

Respectfully submitted,

**BERTRAM & GRAF, L.L.C.**

/s/ Benjamin A. Bertram
Benjamin A. Bertram, MO Bar #56945
2345 Grand Boulevard, Suite 1925
Kansas City, MO 64108
Telephone: (816) 523-2205
Facsimile: (816) 523-8258
benbertram@bertramgraf.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Benjamin A. Bertram
*Attorney for Plaintiff*