IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No.:
1:14-ml-2570-RLY-TAB
MDL No. 2570

---------------------------------------------------------------X

This document relates to Plaintiff

ALANA MARTZ

Civil Case #: 1:17-cv-6063

---------------------------------------------------------------X

**NOTICE OF SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, counsel for the Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff ALANA MARTZ, which occurred on March 31, 2023.

Upon information and belief, her natural born mother, Linda Malbin, has been appointed as the legal representative of the Estate of Alana Martz following filing of a petition for appointment to Palm Beach County Court – South Branch Probate.

Dated: August 26, 2026
Islandia, New York

CHRISTOPHER M. GLASS
Attorneys for Alana Martz
1355 Motor Parkway
Islandia, New York 11749
(631) 293-2300 ext. 122

TO: Service will be made electronically on all ECF registered counsel of record via email generated by the Court's ECF system.

Service will be made pursuant to FRCP 4, FRCP 5, and FRCP 25(a)(3), by personal service of process, as well as via email and certified mailing to:

Linda Malbin
12410 Pleasant Green Way
Boynton Beach FL 33437