AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

Kerry Quinn-Goncalves
*Plaintiff*
v.
COOK INCORPORATED, et al
*Defendant*

Case No. 1:26-cv-7141-RLY-TAB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kerry Quinn-Goncalves .

Date: 08/27/2026

/s/ Stuart L. Goldenberg
*Attorney's signature*

Stuart L. Goldenberg (MN 0158719)
*Printed name and bar number*

Goldenberg Lauricella, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
*Address*

slgoldenberg@goldenberglaw.com
*E-mail address*

(612) 333-4662
*Telephone number*

(612) 367-8107
*FAX number*