**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

---

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-
MDL No. 2570

---

This Document Relates to the Following:

APRIL WILLIAMS
Civil Case #1:21-cv-599-RLY-TAB

**MOTION TO WITHDRAW NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel, respectfully moves this Court for permission to withdraw the Notice of Suggestion of Death (Doc. 28049), and states as follows:

1. On July 24, 2026, Plaintiff's counsel filed the Notice of Suggestion of Death as Document Number 28049.

2. This notice was filed in error as a result of a clerical mistake; Plaintiff, April Williams, is not deceased. The error resulted from an inadvertent update to internal case files that incorrectly reflected a death, and undersigned counsel filed the Suggestion of Death before the error was discovered.

ACCORDINGLY, Plaintiff seeks to withdraw Document Number 28049 in its entirety and respectfully requests that the Court disregard that filing and that the docket reflect that it was made in error and is withdrawn.

Dated: August 28, 2026

Respectfully submitted,

FERRER POIROT FELLER

/s/ James Trenton Hearon
James Trenton Hearon
Bar No. 24095253
2603 Oak Lawn Avenue, Ste. 300
Dallas, TX 75219
Telephone: (214) 521-4412
Facsimile: (214) 550-2696
jhearon@lawyerworks.com
litigationprocessing@lawyerworks.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.

*/s/ James Trenton Hearon*
James Trenton Hearon

***Attorney for Plaintiff***