**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND TAB PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-<br>MDL No. 2570 |

This Document Relates to the Following:

APRIL WILLIAMS
Civil Case #1:21-cv-599-RLY-TAB

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW NOTICE OF SUGGESTION OF DEATH CORRECTING THE COURT RECORD**

It has come before the Court that Plaintiffs mistakenly filed a Notice of Suggestion of Death (Doc. 28049) due to an internal clerical error. To fix this error, Plaintiffs filed their Motion to Withdraw the Notice of Suggestion of Death.

**IT IS THEREFORE ORDERED**, the Plaintiff's Notice of Suggestion of Death is hereby withdrawn, and the Court's records shall be corrected to reflect that Plaintiff, April Williams, is still living.

Dated: August 28, 2026

Respectfully submitted,

FERRER POIROT FELLER

*/s/ James Trenton Hearon*
James Trenton Hearon
Bar No. 24095253
2603 Oak Lawn Avenue, Ste. 300
Dallas, TX 75219

Telephone: (214) 521-4412
Facsimile: (214) 550-2696
jhearon@lawyerworks.com
litigationprocessing@lawyerworks.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that the foregoing has been uploaded to MDL Centrality in accordance with the Court's orders.

*/s/ James Trenton Hearon*
James Trenton Hearon

***Attorney for Plaintiff***