**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following:

APRIL WILLIAMS
Civil Case #1:21-cv-599-RLY-TAB

**ORDER GRANTING MOTION TO WITHDRAW NOTICE OF SUGGESTION OF DEATH CORRECTING THE COURT RECORD**

This matter is before the Court that Plaintiffs mistakenly filed a Notice of Suggestion of Death (Filing No. 28049) due to an internal clerical error. To fix this error, Plaintiffs filed their Motion to Withdraw the Notice of Suggestion of Death. The Court, having reviewed that motion and being otherwise sufficiently advised, hereby grants the motion. [Filing No. 28118.]

**IT IS THEREFORE ORDERED** that the Plaintiff's Notice of Suggestion of Death at Filing No. 28049 is hereby withdrawn, and the Court's records shall be corrected to reflect that Plaintiff, April Williams, is still living.

Date: 8/31/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.