**EXHIBIT B**

Motion to Dismiss Cases Pursuant to Federal Rule of Civil Procedure 25

| | PLAINTIFF | CAUSE NO. | SUGGESTION OF DEATH DOCKET NO. | SUGGESTION OF DEATH FILING DATE | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Holtz, John Joseph & Linda* | 1:16-cv-01316 | 26385 | 1/8/2025 | Clancy Fleishman, LLP |
| 2. | Barr, John & Benson, Judith* | 1:16-cv-02392 | 27127 | 9/3/2025 | Meshbesher & Spence, Ltd. |
| 3. | Greenwood Lachenmayr, Carolyn & Lachenmayr, Walter F.* | 1:17-cv-00347 | 27190 | 9/29/2025 | Williams Law Group, LLC |
| 4. | Pittman, Craig and Lavonne | 1:17-cv-00651 | 26559 | 3/13/2025 | Skikos Crawford Skikos & Joseph, LLP; Bertram & Graf, L.L.C. |

The star (*) symbol indicates no response to the motion was filed for that case.