IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Plaintiff Demands a Trial by Jury

JASON ROLLYSON

Civil Case # 1:17-cv-00276-RLY-TAB

**SUGGESTION OF DEATH AND UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF**

Pursuant to Federal Rules of Civil Procedure, Rules 25, Plaintiff moves this Court for leave to amend his Complaint in the above captioned action and, in support, states as follows:

1. "A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).

2. Plaintiff Jason Rollyson (hereinafter the "decedent"), died on May 10, 2024. *See* Ex. A, *Death Certificate of Jason Rollyson.*

3. Christian Rollyson is decedent's son.

4. Christian Rollyson was appointed as the Special Administrator of the Estate of Jason Rollyson on July 21, 2026 and is prepared to continue this action in his capacity as Special Administrator of the Estate. *See* Ex. B, copy of *Letters of Special Administration.*

5. This Court should allow this motion to substitute Plaintiff to reflect the proper plaintiff as Christian Rollyson, as Special Administrator of the Estate of Jason Rollyson.

6. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

Respectfully submitted,

*/s/ Steven B. Rotman*
Steven B. Rotman
Hausfeld LLP
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com
*Counsel for Plaintiff*

Dated: September 3, 2026

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2026, the foregoing was filed electronically and notice of the filing accordingly will be sent to all required parties by operation of the Court.

*/s/ Steven B. Rotman*
Steven B. Rotman