IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**This matter is set for a telephonic status conference at 2 p.m. (Eastern Time) on September 28, 2026.** Parties shall participate in this conference by counsel. The call-in instructions will be issued by separate order. The purpose of this conference is to discuss settlement of the ONDERLAW, LLC law firm inventory of cases.

Date: 9/9/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.