# VERIFIED RETURN OF SERVICE

**State of Indiana** **County of Palm Beach** **Southern District Court**

Case Number: 1:14-ml-2570-RLY-TAB MDL No. 2570

Plaintiff:
**ALANA MARTZ**

vs.

Defendant:
**COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION**

Received by Donald Bateson on the 28th day of August, 2026 at 10:37 am to be served on **Linda Malbin, 12410 Pleasant Green Way, Boynton Beach, FL 33437**.

I, Donald Bateson, do hereby affirm that on the **2nd day of September, 2026** at **4:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **NOTICE OF SUGGESTION OF DEATH** with the date and hour of service endorsed thereon by me, to: **Linda Malbin** at the address of: **12410 Pleasant Green Way, Boynton Beach, FL 33437**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'6", Weight: 125, Hair: Light Brown, Glasses: N

Donald Bateson, I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was effected. Under the penalty of perjury, I declare I have read the foregoing documents and the facts stated in it are true to the best of my knowledge. I am a Certified Process Server and/or Special Appointed Process Server, in good standing, in the judicial circuit in which the process was served and no Notary is required under F.S.S. 92.525 (2)

**Donald Bateson**
CPS #3204

**Prompt Process LI INC.**
**150 Veterans Memorial Hwy**
**Unit 1076**
**Commack, NY 11725**
**(631) 760-7900**

Our Job Serial Number: LSO-2026001793
Ref: 1:14-ml-2570-RLY-TAB

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V

| | |
|---|---|
| DELIVERED | 09/02/2026 04:50 PM |
| SERVER | |
| LICENSE | CPS #3204 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

---------------------------------------------------------------X

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITAGATION

---------------------------------------------------------------X

Case No.:
1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to Plaintiff

ALANA MARTZ

Civil Case #: 1:17-cv-6063

---------------------------------------------------------------X

**NOTICE OF SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rule of Civil Procedure, counsel for the Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff ALANA MARTZ, which occurred on March 31, 2023.

Upon information and belief, her natural born mother, Linda Malbin, has been appointed as the legal representative of the Estate of Alana Martz following filing of a petition for appointment to Palm Beach County Court – South Branch Probate.

Dated: August 26, 2026
Islandia, New York

CHRISTOPHER M. GLASS
Attorneys for Alana Martz
1355 Motor Parkway
Islandia, New York 11749
(631) 293-2300 ext. 122

TO: Service will be made electronically on all ECF registered counsel of record via email generated by the Court's ECF system.

Service will be made pursuant to FRCP 4, FRCP 5, and FRCP 25(a)(3), by personal service of process, as well as via email and certified mailing to:

Linda Malbin
12410 Pleasant Green Way
Boynton Beach FL 33437