IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:
DAVID JERANEK
Civil Case # 1:22-cv-1646

**NOTICE OF SUGGESTION OF DEATH**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff David Jeranek, on or about November 1, 2024.

Respectfully submitted September 22, 2026.

*/s/Michael J. Ogborn*
Michael J. Ogborn, Atty. Reg. No. 20932

**OGBORN MIHM, LLP**
1700 Lincoln St., Suite 2700
Denver, CO 80203
(303) 592-5900 (Office)
(303) 592-5910 (Fax)
mike.ogborn@omtrial.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 22, 2026

*/s/Lexi Hettinga*___
Lexi Hettinga