IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**ORDER ON SEPTEMBER 28, 2026, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel on September 28, 2026, for a telephonic status conference to address issues that have arisen regarding three of the Plaintiffs from the ONDERLAW, LLC law firm inventory of cases. Two of the Plaintiffs have died and have no personal representative. Plaintiff's counsel shall file a suggestion of death on these cases by October 2, 2026. The third Plaintiff has rejected the proposed settlement and is no longer communicating with her counsel. If there has been a breakdown in the attorney-client relationship as counsel suggested, counsel should file a motion to withdraw.

Date: 9/29/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.