**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC.,<br>IVC FILTERSMARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to

Knanila Peterson, Civil Case No. 1:17-cv-01281
Gary Walker, Jr., Case NO. 1:19-cv-00768

**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS**

The Parties have conferred regarding the claims at issue in the Cook Defendants' Partial Motion to Strike and Partial Motion for Judgment on the Pleadings (Doc. 28124) and have agreed to the dismissal of certain claims asserted by Plaintiffs Knanila Peterson and Gary Walker, Jr. Accordingly, Plaintiffs and the Cook Defendants, by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiffs Knanila Peterson and Gary Walker, Jr. agree to dismiss their claims for (1) breach of express warranty; (2) fraudulent concealment; and (3) punitive damages.

2. Plaintiff Knanila Peterson agrees to dismiss her strict liability claims for (1) failure to warn; and (2) design defect under Virginia law, expressly preserving the same as general negligence claims.

All factual allegations supporting the dismissed claims, as well as all of Plaintiffs' remaining claims, theories, and allegations, shall remain and are not affected by these dismissals. Nothing in this Stipulation shall be construed as striking or limiting any factual allegation that is relevant to any remaining claim.

Because of this Stipulation, Defendant Cook therefore withdraws its Motion, Doc. 28124. Each party shall bear its own costs and attorneys' fees relating to the claims dismissed by this Stipulation, and no party shall be entitled to costs or disbursements arising out of this Stipulation.

Dated: September 28, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/Jessica Benson Cox*
Andrea Roberts Pierson
Jessica Benson Cox
300 North Meridian Street
Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Andrea.Pierson@Faegredrinker.com
Jessica.Cox@Faegredrinker.com

*Attorneys for Cook Defendants*

**GOLDENBERG LAURICELLA, PLLC**

By: */s/Stuart L. Goldenberg*
Stuart L. Goldenberg (MN Bar # 158719)
Noah C. Lauricella (MN Bar # 0397896)
Benjamin E. Buford (MN Bar # 0506301)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 333-4662
slgoldenberg@goldenberglaw.com
nlauricella@goldenberglaw.com
bbuford@goldenberglaw.com

*Attorneys for Plaintiffs Knanila Peterson and Gary Walker, Jr.*