UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570<br><br>**NOTICE OF FIRM NAME & ATTORNEY CONTACT INFORMATION CHANGE** |
| This document relates to:<br><br>**ALL CASES** | |

The undersigned counsel respectfully request(s) that this Court and all other parties update their records to reflect the following firm name, address, and contact information:

Joseph N. Williams
JOHNSON JENSEN WILLIAMS, LLP.
1101 N. Delaware Street
Indianapolis, Indiana 46202
T: 317-269-7799
F: 317-269-7784
E: joe@jjwlawyers.com

Respectfully Submitted,

JOHNSON JENSEN WILLIAMS, LLP

*/s/ Joseph N. Williams*
Joseph N. Williams, #25874-49

## CERTIFICATE OF SERVICE

I certify that on October 2, 2026, I electronically filed the foregoing document using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system.

/s/ *Joseph N. Williams*
Joseph N. Williams, #25874-49