UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Plaintiffs' Steering Committee's Motion to Set Hearing on Remand

The Plaintiff's Steering Committee, by and through liaison counsel, respectfully moves the Court to set their remand motion for hearing. In support, the PSC states the following:

1. On July 6, 2026, the PSC filed a *Motion for Suggestion of Remand of All Celect Cases* (Dkt. 28000). Given that all common work related to the Celect cases has concluded, the PSC argues that suggestion of remand is now appropriate.

2. Cook responded (Dkt. 28069), and the PSC replied (Dkt. 28093). The motion is now fully briefed.

3. The PSC respectfully suggests that oral argument will assist the Court in ruling on the PSC's motion. The MDL has changed since the last time the parties and the Court were together, and a hearing will allow the parties and the Court the opportunity to discuss those changes with an eye toward resolving this MDL.

4. The PSC respectfully suggests that argument can be completed with no more than 20 minutes per side.

Wherefore, the Plaintiff's Steering Committee, by and through liaison counsel, respectfully requests the Court to set the *Motion for Suggestion of Remand of All Celect Cases* for hearing, and grant all other just and appropriate relief in the premises.

Respectfully Submitted,

JOHNSON JENSEN WILLIAMS, LLP

/s/ *Joseph N. Williams*
Joseph N. Williams (#25874-49)
1101 North Delaware Street
Indianapolis, IN 46202
Tel: (317) 269-7799
Fax: (317) 269-7784
Email: joe@jjwlawyers.com

*Counsel for Plaintiffs*

## **Certificate of Service**

I hereby certify that on October 2, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Joseph N. Williams*
Joseph N. Williams