UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br><br>MDL No. 2570 |
| This document relates to:<br><br>**All Cases** | |

# Order Granting Plaintiffs' Steering Committee's Motion to Set Hearing on Remand

This matter comes before the Court on Plaintiffs' Steering Committee's Motion to Set Hearing on Remand. And the Court, being duly advised, hereby grants said motion.

**It is Therefore Ordered** that a hearing is scheduled for ______________________________ on the Plaintiffs' Steering Committee's Motion for Suggestion of Remand of All Celect Cases (Dkt. 28000) and related briefing. Plaintiffs' Steering Committee and Cook will each be given 20 minutes to make their oral argument.

**All of Which is Ordered** ______________________________.

______________________________
Judge, United States District Court
Southern District of Indiana
Indianapolis Division

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.