IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

JASON ROLLYSON

Civil Case # 1:17-cv-00276-RLY-TAB

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being duly advised in the premises, now GRANTS said motion. [Filing No. 28122.]

IT IS THEREFORE ORDERED that Christian Rollyson, as Special Administrator of the Estate of Jason Rollyson, is substituted as Plaintiff in the above referenced action

Date: 10/2/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.