IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**ORDER SETTING GLOBAL SETTLEMENT CONFERENCE AND RELATED DEADLINES**

**This matter is set for a global settlement conference at 10 a.m. (Eastern Time) on November 20, 2026,** room #234, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Tim A. Baker. **This global settlement conference will be with Plaintiffs' Steering Committee ("PSC") and Cook Defendants' ONLY. Counsel are to meet in room #244, at 9 a.m. (Eastern Time) to resolve any questions on inventory status.**

**Unless excused by order of the Court, Cook Defendants' client representative(s) and counsel and PSC, must appear in-person at the settlement conference.** All persons entering the United States Courthouse must have photo identification and shall ensure they arrive sufficiently in advance of the conference to account for security screening measures.

**Three business days before the scheduled conference, the parties shall submit (not file) to the Magistrate Judge a confidential settlement statement** setting forth a brief statement of: (1) relevant facts, including any key facts that the party believes are admitted or in dispute; (2) damages, including any applicable back pay, mitigation, compensatory and/or punitive damages, or any other special damages; and (3) any pending or anticipated dispositive or other substantive motions. **The confidential settlement statement should not exceed five,**

**double-spaced pages, and submission of exhibits should be kept to a minimum. The** confidential settlement statements and copies of their settlement proposal/response may be submitted to the undersigned via mail, fax (317-229-3664) or email (MJBaker@insd.uscourts.gov).

Date: 10/5/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.