UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This document relates to:
**All Cases**

**ORDER ON MOTION TO WITHDRAW APPEARANCE**

THE COURT, having reviewed the motion for Christin Jaye Eaton to withdraw as counsel of record for defendants Cook Incorporated (which is alleged in some cases to be doing business as “Cook Medical” or “Cook, Inc.”), Cook Medical LLC (f/k/a Cook Medical Incorporated, and sometimes alleged to be doing business as “Cook Medical, Inc.”), and William Cook Europe ApS (collectively, the “Cook Defendants”) in the master file and all cases associated with the MDL No. 2570 in which her appearance has been entered, and being fully advised in the premises thereof, hereby grants the motion. [Filing No. 28127.]

IT IS THEREFORE ORDERED that he Appearance of attorney Christin Jaye Eaton is hereby withdrawn from 1:14-ml-2570 and all Cook Filter MDL member cases in which she has appeared.

Date: 10/6/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.