**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following:

JOYCE MAE ANDERSON
Civil Case #1:18-cv-01358-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Cynthia Heesacker, Representative of Plaintiff-Decedent Joyce Mae Anderson's Estate, and files this motion to substitute. Cynthia Heesacker is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Joyce Mae Anderson filed her Short Form Complaint in the United States District Court for the Southern District of Indiana on May 03, 2018.

2. Plaintiff Joyce Mae Anderson died on or about February 22, 2021.

3. On July 09, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 18. Plaintiff's counsel recently learned of the death of Joyce Mae Anderson after contacting her nephew.

4. Cynthia Heesacker, Representative of the Estate of Joyce Mae Anderson, is the proper party plaintiff to substitute for Plaintiff-decedent Joyce Mae Anderson and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's

behalf, pursuant to Fed. R. Civ. P. 25(a)(1), "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Cynthia Heesacker, as Representative of the Estate of Joyce Mae Anderson, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the complaint, as well as the caption of the complaint, to substitute he proper Plaintiff (specifically, Cynthia Heesacker, as Representative of the Estate of Joyce Mae Anderson, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Joyce Mae Anderson is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Cynthia Heesacker, as Representative of the Estate of Joyce Mae Anderson, Deceased, as Party Plaintiff for Joyce Mae Anderson; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:18-cv-01358-RLY-TAB; and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: October 7, 2026

Respectfully submitted,

SIMON GREENSTONE PANATIER, P.C.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel
TX Bar No. 24074864
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
Shreedhar.patel@sgptrial.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel

*Attorney for Plaintiff*