# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the Following:

JOYCE MAE ANDERSON
Civil Case #1:18-cv-01358-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

The Court has considered the representative of the Estate of Plaintiff-Decendent Joyce Mae Anderson, Cynthia Heesacker's Motion to Substitute Party Plaintiff and for Leave to File First Amended Short Form Complaint.

**IT IS ORDERED** that the Motion to Substitute party Plaintiff and for leave to File First Amended Short Form Complaint is **GRANTED,** and (1) Cynthia Heesacker, as Representative of the Estate of Joyce Mae Anderson, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a First Amended Short For complaint; and, (3) the First Amended Short Form complaint is hereby deemed filed. The Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

Dated: ___________________

_________________________________
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana