**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER GRANTING COOK DEFENDANTS' MOTION TO MAINTAIN UNDER SEAL EXHIBITS F AND G TO MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

This matter has come before the Court on the Cook Defendants' Motion to Maintain Under Seal Exhibits F and G to Motion to Dismiss for Lack of Subject Matter Jurisdiction. The Court, having reviewed the Motion and being duly advised, finds that good cause exists and that the relief sought by the Cook Defendants should be **GRANTED**.

**IT IS THEREFORE ORDERED** that **Exhibits F** and **G** to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 28162) are to be maintained under seal.

SO ORDERED this ____ day of _________________, 2026.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.