UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS
DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,

Case No. 1:14-ML-2570-RLY-TAB
MDL No. 2570

Civil Action No. 1:14-cv-01873

SHARLEAN BRAWNER,

Plaintiffs,

vs.

COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS,

Defendants.

**MOTION FOR WITHDRWAL OF COUNSEL AS TO PLAINTIFF SHARELEAN BRAWNER**

**COME NOW** the attorneys at Nachawati Law Group, through the undersigned counsel and hereby moves to withdraw as counsel of record for Plaintiff Sharelean Brawner in the above-captioned matter.

1. Plaintiff has advised Nachawati Law Group that she wishes to disengage the firm and for the firm to take no further action on her behalf in connection with the above-captioned matter. On June 2nd, 2026, Nachawati Law Group sent the Plaintiff a letter

asking her to clarify her wish for the firm to withdraw as counsel attached hereto as Exhibit A. As of the date of this Motion, we have not received a response from Ms. Brawner; other than the return receipt Ms. Brawner signed accepting the letter (Exhibit A).

2. Wherefore, pursuant to Local Rule 83-7, Nachawati Law Group and it's attorneys, request leave of Court to withdraw as attorney for Plaintiff in this matter:

Dated: October 7, 2026

Respectfully submitted,

**NACHAWATI LAW GROUP**

f/k/a FEARS NACHAWATI, PLLC

By: *<u>/s/ Kelly Chermack</u>*

Kelly Chermack
kchermack@fnlawfirm.com
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served electronically on October 25, 2026, thereby serving the registered parties of record.

*/s/Kelly Chermack*
Kelly Chermack