IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to the following cases:

ERIK HUPPERTZ Case No. 1:21-cv-02822-RLY-TAB

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

This matter is set for a telephonic status conference **at 3:15 p.m. (Eastern Time) on November 5, 2026**, before Magistrate Judge Tim A. Baker. The conference will be *ex parte* and neither Defendants' representative or counsel should attend. Plaintiff shall appear by counsel. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Erik Huppertz shall personally participate in this conference by calling Chambers at 317.229.3660**. The purpose of this conference is to address Plaintiff's counsel, Paul M. Dominguez of the law firm of DOMINGUEZ LAW FIRM's motion to withdraw as counsel of record [Filing No. 28091].

Date: 10/8/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Paul M. Dominguez is required to serve Plaintiff Erik Huppertz