IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Plaintiff Demands a Trial by Jury

CHRISTIAN ROLLYSON as Special Administrator of the Estate of JASON ROLLYSON

Civil Case # 1:17-cv-00276-RLY-TAB

**UNOPPOSED MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT**

Pursuant to Federal Rules of Civil Procedure, Rules 15 and 25, Plaintiff moves this Court for leave to amend his Complaint in the above captioned action and, in support, states as follows:

1. A party may amend his pleading by leave of court, and "[t]he court shall freely give leave when justice so requires." Fed. R. Civ. P. 15(a).

2. "A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1).

3. Plaintiff Jason Rollyson (hereinafter the "decedent"), died on May 10, 2024. *See* Ex. A, *Death Certificate of Jason Rollyson.*

4. Christian Rollyson is decedent's son.

5. Christian Rollyson filed an Unopposed Motion to Substitute Plaintiff on September 3, 2026. *See* Dkt. No. 28122.

6. Christian Rollyson was substituted as Plaintiff in this matter by order of this Court on October 2, 2026. *See* Dkt. No. 28143.

7. A party may amend the pleadings as may be necessary and "at any time" "to conform them to the evidence and to raise an unpleaded issue." Fed. R. Civ. P. 15(b).

8. Plaintiff requests leave to amend his Short Form Complaint to:

   a. Substitute Plaintiff to reflect the proper plaintiff as Christian Rollyson, as Special Administrator of the Estate of Jason Rollyson.

   b. Assert allegations under the Wisconsin survival statute, Wisconsin Stat. § 895.01.

9. The proposed First Amended Short Form Complaint is attached as Exhibit B.

10. Plaintiff has communicated with the Cook Defendants to seek their assent to this motion. Defendants do not oppose this motion.

Respectfully submitted,

*/s/ Steven B. Rotman*
Steven B. Rotman
Hausfeld
One Marina Park Drive
Suite 1410
Boston, MA 02110
(617) 207-0600
srotman@hausfeld.com
*Counsel for Plaintiff*

Dated: October 8, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Steven B. Rotman*
Steven B. Rotman