IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
William L. Wilson

Civil Case No. 1:17-cv-04004-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

The Court has considered the Plaintiff-decedent William L. Wilson, Judy Carter's Motion to Substitute Party Plaintiff and for Leave to File Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 28096.]

IT IS THEREFORE ORDERED that: (1) Judy Carter, as Executor of the Estate of William L. Wilson, Deceased, is substituted as Plaintiff in the above-captioned action; (2) Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 10/8/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.