IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Cases in Exhibits A & B

**ORDER**

This matter is before the Court on the Cook Defendants' motion [Filing No. 28164] to maintain under seal Exhibits F [Filing No. 28163] and G [Filing No. 28163-1] to the Cook Defendants' motion to dismiss for lack of subject matter jurisdiction [Filing No. 28162]. In the motion, pursuant to S.D. Ind. L.R. 5-11(d)(2)(A), the Cook Defendants' basis for moving to seal these documents, which contain medical information and records for several Plaintiffs, is to protect the medical privacy of the Plaintiffs. The Cook Defendants set forth in their motion good cause for maintaining the requested filings under seal, at least until consent is obtained to release the private health information contained in the documents. In addition, the Cook Defendants note that the records at issue are precisely the kind of records the Court has allowed to be filed under seal pursuant to the streamlined procedures permitted under CMO-29 [Filing No. 16544]. Therefore, the Cook Defendants' motion [Filing No. 28164] is granted.

Date: 10/8/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.