**Exhibit A**
Cook Defendants' Motion to Dismiss
for Lack of Subject Matter Jurisdiction

# Exhibit A

| | Plaintiff | Case No. |
|---|---|---|
| 1. | Butler, Leo V. | 1:17-cv-00185 |
| 2. | McCrummen, Leticia | 1:17-cv-00658 |
| 3. | Gray, Anthony | 1:17-cv-00797 |
| 4. | Sattar, Samina | 1:17-cv-02635 |
| 5. | Shipman, Adam | 1:17-cv-02737 |
| 6. | Gerritsen, Tony | 1:17-cv-03571 |
| 7. | King, Chelsea | 1:17-cv-03575 |
| 8. | Jessen, Kerry Duane and Kerry Lee | 1:17-cv-04316 |
| 9. | Peck, David and Adrienne | 1:17-cv-04621 |
| 10. | Brown, Thomas H., Jr. | 1:18-cv-00814 |
| 11. | Epps, Kelvin | 1:18-cv-00820 |
| 12. | Siedel, Steve | 1:18-cv-00837 |
| 13. | Owens, Jerry | 1:18-cv-01547 |
| 14. | Lausten, Christian | 1:18-cv-02108 |
| 15. | Daugherty, Linda (ESTATE OF) | 1:18-cv-02928 |
| 16. | Mitchell, William (ESTATE OF) | 1:18-cv-02987 |
| 17. | Beverage, Cathy | 1:18-cv-03004 |
| 18. | Schmidt, Roger and Patricia | 1:18-cv-03066 |
| 19. | Rice, Teresa | 1:19-cv-01863 |
| 20. | Guillory, Ralph Edward | 1:19-cv-02111 |
| 21. | Smith, Robert L. Sr. | 1:19-cv-02419 |

**Exhibit A**
Cook Defendants' Motion to Dismiss
for Lack of Subject Matter Jurisdiction

| | | |
|---|---|---|
| 22. | Cressman, Robert III (ESTATE OF) | 1:19-cv-02615 |
| 23. | Shields, Michael | 1:19-cv-02850 |
| 24. | Manseau, Michael (ESTATE OF) | 1:19-cv-02852 |
| 25. | Ash, Rita | 1:19-cv-03080 |
| 26. | O'Leary, Lisa | 1:20-cv-00475 |
| 27. | Rodriguez, Casander (ESTATE OF) | 1:21-cv-02142 |