**Exhibit B**
Cook Defendants' Motion to Dismiss
for Lack of Subject Matter Jurisdiction

# Exhibit B

| | Plaintiff | Case No. |
|---|---|---|
| 1. | Ellingsen, Christopher | 1:16-cv-02308 |
| 2. | Connelly, Thomas | 1:16-cv-02507 |
| 3. | Stover, Barbara | 1:17-cv-02120 |
| 4. | Ganino, Michael Jr. & Patricia | 1:17-cv-02765 |
| 5. | McDuffy, Carol | 1:17-cv-02919 |
| 6. | Russell, Leslie and Mary | 1:17-cv-03786 |
| 7. | Johnson, Lonnie Jr. and Alice | 1:17-cv-04244 |
| 8. | Pinson, Timothy (ESTATE OF) | 1:18-cv-00822 |
| 9. | Dukes, Roy | 1:18-cv-01935 |
| 10. | Jackson, Linda [ESTATE OF] | 1:18-cv-02316 |
| 11. | James, Judy M. (ESTATE OF) | 1:18-cv-03410 |
| 12. | Farnham, Diana | 1:18-cv-03503 |
| 13. | Smithson, Arthur Donald Jr. | 1:19-cv-02070 |
| 14. | Pierce, Tyrell | 1:19-cv-02587 |
| 15. | Chavers, Amaris | 1:19-cv-02851 |
| 16. | Shrum, Karen | 1:19-cv-02478 |
| 17. | Kribbs, James | 1:19-cv-03875 |
| 18. | Sproul, Ashly | 1:19-cv-04452 |
| 19. | Parks, Judy | 1:19-cv-04772 |
| 20. | Reyes, David (REFILE) | 1:20-cv-01761 |
| 21. | White, Crystal | 1:20-cv-00223 |

**Exhibit B**
Cook Defendants' Motion to Dismiss
for Lack of Subject Matter Jurisdiction

| | | |
|---|---|---|
| 22. | Basie, John | 1:20-cv-01195 |
| 23. | Davis, David (ESTATE OF) | 1:20-cv-06186 |
| 24. | Loucks, Richard | 1:20-cv-06262 |
| 25. | Hayslip, Stephen | 1:20-cv-06237 |
| 26. | Montgomery, Paul (ESTATE OF) | 1:20-cv-06267 |
| 27. | Burgman, Arnold | 1:20-cv-06303 |
| 28. | DuConge, Christopher | 1:20-cv-03109 |
| 29. | Quiroz, Steven J. | 1:21-cv-06399 |
| 30. | Phillips, Sarah | 1:21-cv-06417 |
| 31. | Madden, Marilyn (ESTATE OF) | 1:21-cv-06437 |
| 32. | Rex, Douglas J. (ESTATE OF) | 1:21-cv-06436 |
| 33. | Miliner, Patricia | 1:21-cv-06449 |
| 34. | Felder, Torey M. | 1:21-cv-06476 |
| 35. | Harriger, Preston | 1:21-cv-01549 |
| 36. | Martinez, Raymond (2498) | 1:21-cv-02498 |
| 37. | White, Duane D. (ESTATE OF) | 1:21-cv-02667 |
| 38. | Simalton, Jerome | 1:21-cv-00140 |
| 39. | Currier, Larry | 1:21-cv-00464 |
| 40. | King, Kayla | 1:24-cv-07087 |