**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Patricia E. Locke

Civil Case # 1:17-cv-04774-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND**
**FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Rosie Long, surviving sister of Patricia E. Locke, and files this motion to substitute. Rosie Long is eligible to serve as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Patricia E. Locke initially filed suit in the United States District Court for the Southern District of Indiana on January 3, 2018.

2. Plaintiff Patricia E. Locke died on or about January 27, 2026.

3. On July 23, 2026, Plaintiff's counsel filed a Notice of Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 28047. Plaintiff's counsel recently learned of the death of Patricia E. Locke after contacting her sister.

4. Rosie Long, surviving sister of Patricia E. Locke, is the proper party plaintiff to substitute for Plaintiff-decedent Patricia E. Locke and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies, and the claim is not extinguished, the court may order substitution of the

proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Rosie Long, as Heir and Representative of the Estate of Patricia E. Locke, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Rosie Long, as Heir and Representative of the Estate of Patricia E. Locke, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Patricia E. Locke is now deceased.

7. A proposed Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Rosie Long, as Heir and Representative of the Estate of Patricia E. Locke, Deceased, as Party Plaintiff for Patricia E. Locke; (2) the Court grant leave to file the attached Amended Short Form Complaint; Case 1:17-cv-04774-RLY-TAB; and, (3) the Court deem the attached Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: October 13, 2026.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*

Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219

Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon