**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERSMARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to

Knanila Peterson, Civil Case No. 1:17-cv-01281
Gary Walker, Jr., Case NO. 1:19-cv-00768

**ORDER ON JOINT STIPULATION TO DISMISS CERTAIN CLAIMS**

The Parties have conferred regarding the claims at issue in the Cook Defendants' Partial Motion to Strike and Partial Motion for Judgment on the Pleadings (Doc. 28124) and have agreed to the dismissal of certain claims asserted by Plaintiffs Knanila Peterson and Gary Walker, Jr.

The Court having considered the Parties' Stipulation, **ORDERS** as follows:

1. Plaintiffs Knanila Peterson and Gary Walker, Jr.'s claims for (1) breach of express warranty; (2) fraudulent concealment; and (3) punitive damages are **DISMISSED**.

2. Plaintiff Knanila Peterson's claims for (1) failure to warn; and (2) design defect under Virginia law are **DISMISSED**, expressly preserving the same as general negligence claims.

All factual allegations supporting the dismissed claims, as well as all of Plaintiffs' remaining claims, theories, and allegations, shall remain and are not affected by these dismissals. Nothing in the Parties' Stipulation shall be construed as striking or limiting any factual allegation that is relevant to any remaining claim.

Because of this Stipulation, Defendant Cook therefore withdraws its Motion, Doc. 28124. Each party shall bear its own costs and attorneys' fees relating to the claims dismissed by this Stipulation, and no party shall be entitled to costs or disbursements arising out of this Stipulation.

**SO ORDERED.**

Dated: 10/22/2026

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record