IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiffs ROXANNE BOSHARDY and KENNETH C. BOSHARDY, SR.

Civil Case # 1:17-cv-04686

**PLAINTIFF'S SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW the Plaintiffs named below, and for Complaint against the Defendants named below, incorporates The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff further shows the court as follows:

1. Plaintiff's/Deceased Party's Name:

   ROXANNE BOSHARDY

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   KENNETH C. BOSHARDY, SR.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state of residence at the time of implant:

   ILLINOIS

5. Plaintiff's/Deceased Party's state of residence at the time of injury:

ILLINOIS

6. Plaintiff's/Deceased Party's current state of residence:

ILLINOIS

7. District Court and Division in which venue would be proper absent direct filing:

Northern District of Illinois, Chicago Division

8. Defendants (Check Defendants against whom Complaint is made):

☑ Cook Incorporated

☑ Cook Medical, LLC

☑ William Cook Europe APS

9. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other: ______________________________

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

PARAGRAPHS 6 THROUGH 28

b. Other allegations of jurisdiction and venue:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filters):

- ☐ Günther Tulip Vena Cava Filter
- ☐ Cook Celect Vena Cava Filter
- ☐ Günther Tulip Mreye
- ☑ Cook Celect Platinum
- ☐ Other: ______________________________

11. Date of implantation as to each product:

On or about November 20, 2014

12. Hospital(s) where Plaintiff was implanted (including City and State):

Delnor Community Hospital, Geneva, IL

13. Implanting Physician(s):

Dr. Michael Rabin

14. Counts in the Master Complaint brought by Plaintiffs:

- ☑ Count I: Strict Products Liability - Failure to Warn
- ☑ Count II: Strict Products Liability - Design Defect
- ☑ Count III: Negligence
- ☑ Count IV: Negligence *Per Se*
- ☑ Count V: Breach of Express Warranty
- ☑ Count VI: Breach of Implied Warranty
- ☑ Count VII: Violations of Illinois Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☑ Count VIII: Loss of Consortium

☐ Count IX: Wrongful Death

☐ Count X: Survival

☑ Count XI: Punitive Damages

15. Attorney for Plaintiffs:

Michael S. Katz

16. Address and bar information for Attorney for Plaintiffs:

Michael S. Katz, PA Bar ID: #76119, Lopez McHugh, LLP, 214 Flynn Ave.,

Moorestown, NJ 08057

Date: October 26, 2026

Respectfully submitted,

By: s/ Michael S. Katz

Michael S. Katz (PA Bar ID: #76119)
Lopez McHugh, LLP
214 Flynn Ave.
Moorestown, NJ 08057
Phone: 856-273-8500
mkatz@lopezmchugh.com

***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter.

Parties may access the filing through the Court's system.

/s/ *Michael S. Katz*