**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

This Document Relates to:

Plaintiffs represented by Ben Martin Law Group and listed in Exhibits A and B to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction

No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE BELATED RESPONSE TO THE COOK DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Belated Response to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF Doc. 28162]. The Court, having considered the motion and being duly advised, finds that the motion should be **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File Belated Response is **GRANTED**. Plaintiffs shall file their response to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction on or before November 30, 2026.

**SO ORDERED** this _____ day of _____________, 2026.

_______________________________
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.