**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

67 Plaintiffs represented by Martin Law Group and listed in exhibits filed at Dkts. 28162-1 and 28162-2

**PROPOSED STIPULATION REGARDING BRIEFING SCHEDULE FOR PENDING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiffs and the defendants, Cook Incorporated, Cook Medical LLC, and William Cook Europe APS (collectively, the Cook Defendants") (all together, the "Parties") have stipulated to a briefing schedule and respectfully ask the Court to adopt the briefing schedule agreed to by the Parties. In support of the stipulation, the Parties state:

1. On October 7, 2026, the Cook Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. Dkt. 28162. The motion seeks dismissal of 67 cases represented by Ben Martin Law Group. *See id* (attaching case lists as exhibits A and B).

2. On October 26, 2026, Plaintiffs filed a Motion for Leave to File Belated Response, Dkt. 28186, explaining that they had calendared under the deadline that would otherwise apply under Local Rule 7-1, instead of the deadline that controls under CMO-18. Plaintiffs asked the Court to allow a response deadline of November 30, 2026.

3. Upon further conferrals after the filing of Plaintiffs' Motion for Leave, counsel for the Parties have agreed to the following briefing schedule:

   a. Plaintiffs' Response to be filed by Tuesday, November 17, 2026; and

   b. Defendants' Response to be filed by Tuesday, December 8, 2026.

4. If the Court adopts this briefing schedule, Plaintiffs withdraw their Motion for Leave as moot and no response would be needed from the Cook Defendants.

WHEREFORE, the Parties respectfully request that the Court adopt the briefing schedule agreed to by the Parties regarding further briefing of the pending Motion to Dismiss for Lack of Subject Matter Jurisdiction.

Dated: October 29, 2026,

*/s/ Thomas Wm. Arbon*
BEN MARTIN LAW GROUP
3500 Maple Avenue, Suite 400
Dallas, Texas 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Andrea.Pierson@FaegreDrinker.com
Jessica.Cox@FaegreDrinker.com

James Stephen Bennett
FAEGRE DRINKER BIDDLE & REATH LLP
320 Canal Street, Suite 3300
Chicago, Illinois 60606
Telephone: (312) 569-1325
Facsimile: (312) 569-3000
Stephen.Bennett@FaegreDrinker.com

*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a copy of the foregoing was filed electronically, and notice of the filing of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ *Jessica Benson Cox*

DMS_US.365508600.1