**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to All Actions

**[PROPOSED] ORDER**

On October 29, 2026, Plaintiffs and the defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS (collectively, "Cook Defendants"), filed a Proposed Stipulation Briefing Schedule for Pending Motion to Dismiss for Lack of Subject Matter Jurisdiction.

The Court, having considered the Motion in its entirety and being duly advised, **ADOPTS** the briefing schedule proposed by the parties. Plaintiffs shall file their response to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (filed at ECF No. 28162) by **November 17, 2026**, and the Cook Defendants shall file their reply brief, if any, by **December 8, 2026**.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File Belated Response (filed at ECF No. 28186) is withdrawn and denied as moot.

SO ORDERED this day of ______ day of _____________, 2026.

RICHARD L. YOUNG, JUDGE
United States District Court

Southern District of Indiana

Distributed Electronically to Registered Counsel of Record