UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Liset Diaz, 1:15-cv-1585

**ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE CASE**

There being no objection, Plaintiff Liset Diaz's Motion to Reinstate (Dkt. 27927) is **GRANTED**.

**IT IS SO ORDERED** this 29th day of October 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.