UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 1:14-ml-02570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
Andrew Bender, 1:19-cv-2099

**ORDER GRANTING PLAINTIFF'S MOTION TO REINSTATE CASE**

There being no objection, Plaintiff Andrew Bender's Motion to Reinstate[1] (Dkt. 27910) is **GRANTED**.

**IT IS SO ORDERED** this 30th day of October 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

[1] Sara Holst is named in the caption but is not mentioned in the body of the motion. And her case has not been dismissed. So, the court assumes her name in the caption was a typographical error.