UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF INDIANA INDIANAPOLIS
DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION,<br><br>SHARLEAN BRAWNER,<br><br>Plaintiffs,<br><br>vs.<br><br>COOK MEDICAL INCORPORATED a/k/a COOK MEDICAL, INC.; COOK INCOPORATED; COOK GROUP, INC.; and WILLIAM COOK EUROPE APS,<br><br>Defendants. | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570<br><br>Civil Action No. 1:14-cv-01873 |

# PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff in the above-related action.

Dated: November 3, 2026

Respectfully submitted,

**NACHAWATI LAW GROUP**

f/k/a FEARS NACHAWATI, PLLC

By: */s/ Arati Furness*

**Arati C. Furness**
Texas Bar No. 24094382
CA Bar No. 225435
afurness@ntrial.com
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served electronically on November 3, 2026, thereby serving the registered parties of record.

*/s/Arati C. Furness*
Arati C. Furness