**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Veda Rudd

Civil Case # 1:17-cv-01017-RLY-TAB

## NOTICE OF APPEARANCE

To: The Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff Veda Rudd.

Dated: November 4, 2026.

Respectfully submitted,

*/s/ Thomas Wm. Arbon*

Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon