IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Tammy Molina 1:21-cv-06541-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Ruffie Rudolf Molina, as surviving next of kin and proposed personal representative of the Estate of Tammy Molina, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Ruffie Rudolf Molina as surviving next of kin and proposed personal representative of the Estate of Tammy Molina in place of Tammy Molina in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Tammy Molina filed a Short Form Complaint in this action on September 8, 2021.
2. On January 1, 2023, Plaintiff Tammy Molina passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Plaintiff Tammy Molina's claims against Defendants survive her death.
4. Ruffie Rudolf Molina is the surviving spouse of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 5, 2026.
7. Ruffie Rudolf Molina moves to substitute himself, in his capacity as surviving next of kin and proposed personal representative of the Estate of Tammy Molina,

as Plaintiff in this matter.

8. Good cause supports the substitutions of Ruffie Rudolf Molina, as surviving next of kin and proposed personal representative of the Estate of Tammy Molina, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Ruffie Rudolf Molina as surviving next of kin and proposed personal representative of the Estate of Tammy Molina in place of deceased Plaintiff Tammy Molina.

Dated: November 5, 2026

Respectfully submitted,

Tammy Molina
Deceased Plaintiff

By her attorneys,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Tammy Molina***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller