IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Scott A. Babb 1:21-cv-06596-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Lori M. Babb, as surviving next of kin and proposed personal representative of the Estate of Scott A. Babb, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Lori M. Babb as surviving next of kin and proposed personal representative of the Estate of Scott A. Babb in place of Scott A. Babb in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Scott A. Babb filed a Short Form Complaint in this action on October 18, 2021.
2. On May 5, 2022, Plaintiff Scott A. Babb passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Plaintiff Scott A. Babb's claims against Defendants survive his death.
4. Lori M. Babb is the surviving spouse of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 5, 2026.
7. Lori M. Babb moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Scott A. Babb, as Plaintiff in this matter.

8. Good cause supports the substitutions of Lori M. Babb, as surviving next of kin and proposed personal representative of the Estate of Scott A. Babb, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Lori M. Babb as surviving next of kin and proposed personal representative of the Estate of Scott A. Babb in place of deceased Plaintiff Scott A. Babb.

Dated: November 5, 2026

Respectfully submitted,

Scott A. Babb
Deceased Plaintiff

By his attorneys,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Scott A. Babb***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller