IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

George Chatman 1:21-cv-06588-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Sebastian L. Chatman, as surviving next of kin and proposed personal representative of the Estate of George Chatman, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Sebastian L. Chatman as surviving next of kin and proposed personal representative of the Estate of George Chatman in place of George Chatman in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff George Chatman filed a Short Form Complaint in this action on October 15, 2021.
2. On December 20, 2020, Plaintiff George Chatman passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Plaintiff George Chatman's claims against Defendants survive his death.
4. Sebastian L. Chatman is the surviving son of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 5, 2026.
7. Sebastian L. Chatman moves to substitute himself, in his capacity as surviving next of kin and proposed personal representative of the Estate of George Chatman,

as Plaintiff in this matter.

8. Good cause supports the substitutions of Sebastian L. Chatman, as surviving next of kin and proposed personal representative of the Estate of George Chatman, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Sebastian L. Chatman as surviving next of kin and proposed personal representative of the Estate of George Chatman in place of deceased Plaintiff George Chatman.

Dated: November 5, 2026

Respectfully submitted,

George Chatman
Deceased Plaintiff

By his attorneys,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff George Chatman***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller