IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to Plaintiff:

Amy Fansler

Civil Case No: 1:17-cv-02782-RLY-TAB

## MOTION TO WITHDRAW ATTORNEY'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW, A. Craig Eiland and the law firm of EILAND & BONNIN, P.C. ("Movants") and move this Court to allow them to withdraw their previously filed Motion to Withdraw as Counsel of Record for Plaintiff, Amy Fansler, and in support of same, show unto the Court as follows:

1. On or about August 3, 2026, Movants filed a Motion to Withdraw as Counsel of Record for Plaintiff, Amy Fansler, in the above-entitled and numbered cause. Movants filed their Motion to Withdraw in good faith due to Plaintiff's refusal to respond to counsel. As of the date of the filing of this Motion to Withdraw, no hearing has been set and no Order has been entered on Movants' Motion to Withdrawal as Counsel.

2. On November 4, 2026, Plaintiff contacted Movants with regard to her lawsuit and assured counsel she will remain in contact with her attorneys throughout the remainder of her lawsuit. Movants have good reason to believe Plaintiff's failure to respond in previous months was unintentional and will no longer hinder counsel's ability to represent her in this lawsuit.

3. Because no hearing has been set and no Order has been entered in the previously filed Motion to Withdraw as Counsel, neither party will be prejudiced by allowing Movants to withdraw their Motion to Withdraw.

4. This motion is not made for the purpose of delay, but so that justice may be done for the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Movants, A. Craig Eiland and the law firm of EILAND & BONNIN, P.C., respectfully pray this Court withdraw their previous Motion to Withdraw as Counsel of Record for Plaintiff, Amy Fansler.

Respectfully submitted,

**EILAND & BONNIN, P.C.**

By: A. Craig Eiland

A. Craig Eiland
Texas Bar No. 06502380
ceiland@eilandlaw.com
2200 Market Street, Suite 501
Galveston, Texas 77550
PH: (409) 763-3260
FAX: (713) 513-5211

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I electronically filed the foregoing Motion with the Clerk of this Court via the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

A. Craig Eiland

A. Craig Eiland