IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Sharlean Brawner Case No. 1:14-cv-1873-RLY-TAB

**ORDER ON NOVEMBER 5, 2026, TELEPHONIC STATUS CONFERENCE AND ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff Sharlean Brawner appeared by counsel, Arati Furness, on November 5, 2026, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 28168.] Contrary to the order setting this conference, Plaintiff failed to appear. [Filing No. 28171.] **This matter is set for a telephonic status conference at 10:30 a.m. (Eastern Time) November 17, 2026**. The conference will be *ex parte* and neither Defendants' representative nor counsel should attend. Plaintiff shall participate in this conference in person and by counsel, at which time Plaintiff shall show cause for Plaintiff's failure to appear for the November 5 conference. The information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. **Plaintiff Sharlean Brawner shall call Chambers directly at 317-229-3660, to participate in this conference.** If Plaintiff fails to attend this conference, the magistrate judge will recommend dismissal of this action.

Date: 11/6/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Arati Furness or Kelly Chermack is required to serve Plaintiff Sharlean Brawner.