VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW

6521799

# COMMONWEALTH OF VIRGINIA

## DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH

DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

DATE RECORD FILED: OCTOBER 1, 2026

STATE FILE NUMBER: 26-056173

1. FULL NAME OF DECEDENT (first): LINDA (middle): LOU (last): ADAMS (suffix):

2. SEX: MALE [ ] FEMALE [x] NOT DETERMINED [ ]

3. DATE OF DEATH: SEPTEMBER 26, 2026 — [x] ACTUAL [ ] APPROXIMATE [ ] PRESUMED [ ] FOUND

4. DATE OF BIRTH: [redacted]

5. AGE: Years 78 — IF UNDER 1 YEAR: Months / Days — IF UNDER 1 DAY: Hours / Minutes

6. WAS DECEDENT EVER IN U.S. ARMED FORCES? YES [ ] NO [x] UNKNOWN [ ]

7. BIRTHPLACE (U.S STATE OR FOREIGN COUNTRY): WEST VIRGINIA

8. SOCIAL SECURITY NUMBER: [redacted]

IF NO SSN, CHECK APPROPRIATE BOX: NONE [ ] NOT OBTAINABLE [ ] UNKNOWN [ ]

9. STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.): 15360 BEAVER DAM ROAD

10. CITY OR TOWN OF RESIDENCE: MONTPELIER — INSIDE CITY OR TOWN LIMITS? [ ] YES [x] NO

11. COUNTY OF DECEDENT'S RESIDENCE (if independent city, leave blank): HANOVER COUNTY

12. U.S. STATE (OR FOREIGN COUNTRY) OF DECEDENT'S RESIDENCE: VIRGINIA

12a. ZIP CODE: 23192

13. RACE OF DECEDENT (CHECK ONE OR MORE):
[x] WHITE [ ] BLACK OR AFRICAN AMERICAN [ ] FILIPINO [ ] KOREAN [ ] AMERICAN INDIAN OR ALASKAN NATIVE(SPECIFY)
[ ] ASIAN INDIAN [ ] CHINESE [ ] SAMOAN [ ] VIETNAMESE [ ] OTHER PACIFIC ISLANDER(SPECIFY)
[ ] NATIVE HAWAIIAN [ ] GUAMANIAN OR CHAMORRO [ ] JAPANESE [ ] UNKNOWN [ ] OTHER ASIAN (SPECIFY) [ ] OTHER (SPECIFY)

14. DECEDENT OF HISPANIC ORIGIN? [x] NON-HISPANIC [ ] CENTRAL OR SOUTH AMERICAN [ ] CUBAN [ ] MEXICAN [ ] PUERTO RICAN [ ] OTHER (SPECIFY) [ ] UNKNOWN

15. EDUCATION (HIGHEST GRADE COMPLETED): [ ] ELEMENTARY/SECONDARY (0-12) [x] HIGH SCHOOL DIPLOMA [ ] GED [ ] YEARS OF COLLEGE [ ] ASSOCIATE DEGREE [ ] BACHELOR'S DEGREE [ ] MASTER'S DEGREE [ ] DOCTORATE/PROFESSIONAL DEGREE [ ] UNKNOWN

16. CITIZEN OF WHAT COUNTRY: UNITED STATES OF AMERICA

17. USUAL OR LAST OCCUPATION: BOOKKEEPER

18. KIND OF BUSINESS OR INDUSTRY: UVA

19. MARITAL STATUS: [ ] NEVER MARRIED [ ] MARRIED [ ] WIDOWED [x] DIVORCED [ ] SEPARATED [ ] UNKNOWN

20. IF MARRIED, SEPARATED OR WIDOWED, NAME OF SPOUSE (if divorced leave blank):

21. FULL NAME OF DECEDENT'S FATHER OR PARENT II (first,middle,last,suffix)(maiden name,if any): CARL HUDSON

21a. GENDER: MALE

22. FULL NAME OF DECEDENT'S MOTHER OR PARENT I (first,middle,last,suffix)(maiden name,if any): WILLOW DEAN RISTER

22a. GENDER: FEMALE

23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION: DAUGHTER

24. FULL NAME OF INFORMANT OR NAME OF SOURCE: HOLLIE M HALL

25. NAME OF HOSPITAL OR INSTITUTION OF DEATH (if none, so state): HENRICO DOCTORS' - FOREST HOSPITAL

25a. SELECT ONE IF DEATH OCCURRED IN HOSPITAL: DOA [ ] OUT PAT. EMER RM [ ] INPATIENT [x]

26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: [ ] HOSPICE FACILITY [ ] NURSING HOME [ ] LONG TERM CARE FACILITY [ ] DECEDENT'S HOME [ ] CORRECTIONAL FACILITY [ ] OTHER (SPECIFY)

27. CITY OR TOWN OF DEATH: RICHMOND

28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH: [redacted]

28a. ZIP CODE: 23229

28b. COUNTY OF DEATH (if independent city, leave blank): HENRICO COUNTY

29. METHOD OF DISPOSITION: [ ] BURIAL [ ] ENTOMBMENT / MAUSOLEUM [x] CREMATION / INCINERATION [ ] CREMATION WITH BURIAL [ ] CREMATION WITH ENTOMBMENT / MAUSOLEUM [ ] BURIAL AT SEA [ ] DONATION [ ] OTHER (SPECIFY)
[ ] REMOVAL FROM STATE (IF KNOWN, PLEASE ALSO CHECK FINAL METHOD OF DISPOSITION WHEN REMOVING FROM STATE, FROM OPTIONS SHOWN)

30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY: COMMONWEALTH FUNERAL SERVICES

31. PLACE OF DISPOSITION - STREET ADDRESS OF CEMETERY OR CREMATORY: 5404 GLEN ALDEN DRIVE

31a. CITY / COUNTY: HENRICO

31b. STATE: VIRGINIA

31c. ZIP CODE: 23231

31d. COUNTRY:

32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN (ACTUAL SIGNATURE): /S/ JAMES C DICKERSON

32a. LICENSEE'S NO.: 0502730180

32b. NAME OF FUNERAL HOME OR FACILITY: RICHMOND COACH & MORTUARY SERVICE INC.

33. NAME OF FUNERAL DIRECTOR / LICENSEE, VSAP OR NEXT OF KIN: JAMES C DICKERSON

33a. STREET ADDRESS OF FUNERAL HOME / FACILITY, VSAP OR NEXT OF KIN (include street address, city, state and zip code): 8500 STAPLES MILL ROAD HENRICO VIRGINIA 23228

34. TIME OF DEATH: To the best of my knowledge, death occurred at 04:58 ☒ A.M. ☐ P.M. ☒ ACTUAL ☐ APPROXIMATE ☐ PRESUMED ☐ FOUND

35. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure.

| | | INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| **IMMEDIATE CAUSE OF DEATH** (Final disease or condition resulting in death) | (A) RESPIRATORY FAILURE | IMMEDIATE |
| Sequentially list conditions, if any, leading to immediate cause. Enter **UNDERLYING CAUSE** (Disease or injury that initiated events resulting in death) LAST | DUE TO (OR AS A CONSEQUENCE OF) (B) | |
| | DUE TO (OR AS A CONSEQUENCE OF) (C) | |
| | DUE TO (OR AS A CONSEQUENCE OF) (D) | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

36. WAS THE MEDICAL EXAMINER CONTACTED? ☒ YES ☐ NO

36a. AUTOPSY? ☐ YES ☒ NO

36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH? ☐ YES ☐ NO

37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ YES ☐ NO ☐ POSSIBLY ☒ UNKNOWN

38. IF FEMALE:
☐ PREGNANT AT TIME OF DEATH
☐ UNKNOWN IF PREGNANT WITHIN THE PAST YEAR
☐ NOT PREGNANT, BUT PREGNANT WITHIN 42 DAYS OF DEATH
☐ NOT PREGNANT WITHIN PAST YEAR
☐ NOT PREGNANT, BUT PREGNANT WITHIN 43 DAYS TO 1 YEAR BEFORE DEATH
☒ NOT APPLICABLE ( if decedent's age is 0-5 or 75 years)

39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH? ☐ PRIMARY ☐ CONTRIBUTING

40. WAS THIS A MILITARY DEATH? ☐ YES ☒ NO

40a. IF MILITARY DEATH, SELECT MANNER OF DEATH: ☐ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ UNDETERMINED ☐ PENDING

**ITEMS 41 TO 47 IN THIS SECTION SHOULD ONLY BE COMPLETED FOR MILITARY DEATHS**

41. DATE OF INJURY

42. TIME OF INJURY ☐ A.M. ☐ P.M

43. INJURY AT WORK? ☐ YES ☐ NO ☐ UNKNOWN

44. PLACE OF INJURY (home, farm, factory, street, office, bldg, etc.)

45. LOCATION OF INJURY-STREET ADDRESS (INCLUDE HOUSE AND/OR APT. # OR ROUTE NO.)

45a. CITY / COUNTY

45b. STATE

45c. ZIP CODE

45d. COUNTRY

46. IF TRANSPORTATION INJURY, SPECIFY ☐ DRIVER/OPERATOR ☐ PASSENGER ☐ PEDESTRIAN ☐ OTHER (SPECIFY)

47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED

48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH: /S/ BJORN BERNHARDSEN

48a. TITLE ☒ MEDICAL DOCTOR ☐ PHYSICIAN ASSISTANT ☐ DOCTOR OF OSTEOPATHY (D.O.) ☐ NURSE PRACTITIONER ☐ OTHER

48b. DATE SIGNED: SEPTEMBER 30, 2026

49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: BJORN BERNHARDSEN

49a. ADDRESS OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH: 1602 SKIPWITH ROAD RICHMOND VIRGINIA 23229

49b. MEDICAL LICENSE NO.: 0101285691

50. ARE YOU A DESIGNEE? ☐ YES ☒ NO

51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN

51a. ADDRESS OF AUTHORIZING PHYSICIAN

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

DATE ISSUED **October 1, 2026**

Seth Austin

**Seth Austin, Director and State Registrar**

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

DEPARTMENT OF HEALTH VIRGINIA VITAL STATISTICS

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED