**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No.: 1:14-ml 2570-RLY-TAB
MDL No. 2570

This Document Relates:

Case No: 1:17-cv-04541

Plaintiff: Hasley, Rickie

v.

Defendant: Cook Medical

**NOTICE OF SUGGESTION OF DEATH**

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Rickie Hasley, who died on or about May 29, 2022.

Dated: November 9, 2026

Respectfully Submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE**

*/s/ Trent B. Miracle*

Trent B. Miracle
FLINT COOPER
COHN THOMPSON & MIRACLE, LLC
222 East Park Street, Suite 500
Edwardsville, IL 62025
Telephone: (618) 288-4777
Email: tmiracle@flintcooper.com

**CERTIFICATE OF SERVICE**

I, Trent Miracle, certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this action.

*/s/Trent Miracle*
*Counsel for Plaintiff*