**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2570<br>Case No. 1:14-ml-02570-RLY-TAB<br>Honorable Richard L. Young |
| RONALD ADAMS next of kin of LINDA ADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>COOK INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>Defendants. | Civil Action No. 1:17-cv-01894 |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND THE COMPLAINT**

Pursuant to Rule 25(a) and 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for an Order substituting Ronald Adams as the Plaintiff in place of Linda Adams, who is now deceased. This Motion is supported by the following Suggestion of Death.

DATED: 11/09/2026 ______

Respectfully Submitted,

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFIY that on this 9 Day of November, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System for filing and service to all parties/counsel registered to receive copies in this case.

By: */s/ Stuart L. Goldenberg*
Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

*Counsel for Plaintiff*