**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>LINDA ADAMS<br>Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br><br>CASE NO. 1:17-cv-01894 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE AND TO AMEND THE COMPLAINT**

Pending before the Court is Plaintiff's Suggestion of Death of Plaintiff Linda Adams and Motion to Substitute Plaintiff (Doc. 28289). Plaintiff has requested that Ronald Adams be substituted as Plaintiff of record on behalf of his deceased mother, Linda Adams.

**IT IS ORDERED** that Plaintiff's motion (Doc. 28289) is **GRANTED.** The Clerk of Court is directed to substitute Ronald Adams as Plaintiff of record in Case No. 1:17-cv-01894.

Dated this _____________ day of _____________2026.

________________________________________
United States District Court Judge