IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Willis Reed 1:20-cv-06230-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Myrtis E. Reed, as surviving next of kin and proposed personal representative of the Estate of Willis Reed, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Myrtis E. Reed as surviving next of kin and proposed personal representative of the Estate of Willis Reed in place of Willis Reed in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Willis Reed filed a Short Form Complaint in this action on November 3, 2020.
2. On August 12, 2022, Plaintiff Willis Reed passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Myrtis E. Reed is the Executrix of the Will for the deceased Plaintiff. See the Last Will and Testament of Willis Vergious Reed, Jr. attached hereto as **Exhibit B** (redacted)
4. Plaintiff Willis Reed's claims against Defendants survive his death.
5. Myrtis E. Reed is the surviving spouse of the deceased Plaintiff.
6. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
7. Notice of Death was provided on November 9, 2026.

8. Myrtis E. Reed moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Willis Reed, as Plaintiff in this matter.

9. Good cause supports the substitutions of Myrtis E. Reed, as surviving next of kin and proposed personal representative of the Estate of Willis Reed, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Myrtis E. Reed as surviving next of kin and proposed personal representative of the Estate of Willis Reed in place of deceased Plaintiff Willis Reed.

Dated: November 9, 2026

Respectfully submitted,

Willis Reed
Deceased Plaintiff

By his attorneys,

*/s/Paul L. Stoller*

Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Willis Reed***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller