IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Betty L. Coleman 1:16-cv-01109-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Tina L. Moore, as Personal Representative of the Estate of Betty L. Coleman, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Tina L. Moore as Personal Representative of the Estate of Betty L. Coleman in place of Betty L. Coleman in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Betty L. Coleman filed a Short Form Complaint in this action on May 5, 2016.
2. On February 13, 2021, Plaintiff Betty L. Coleman passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Plaintiff Betty L. Coleman's claims against Defendants survive her death.
4. Tina L. Moore has been appointed as Personal Representative of the Estate of Betty L. Coleman. See Letters of Appointment of Personal Representative and Acceptance of Appointment as Personal Representative Issued by Clerk of The Superior court of Arizona in Maricopa County attached hereto as **Exhibit B**.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 9, 2026.

7. Tina L. Moore moves to substitute himself, in her capacity as Personal Representative of the Estate of Betty L. Coleman, as Plaintiff in this matter.

8. Good cause supports the substitutions of Tina L. Moore, as Personal Representative of the Estate of Betty L. Coleman, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Tina L. Moore as Personal Representative of the Estate of Betty L. Coleman in place of deceased Plaintiff Betty L. Coleman.

Dated: November 9, 2026

Respectfully submitted,

Betty L. Coleman
Deceased Plaintiff

By her attorneys,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Betty L. Coleman***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller