IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Patricia A. Oglinsky 1:19-cv-04856-RLY-TAB

**SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Patricia A. Oglinsky, which occurred on March 30, 2023. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff, within 90 days of service of this suggestion of death, as Plaintiff's claim is not extinguished by her death.

Respectfully submitted,

*/s/Paul L. Stoller*
Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Patricia A. Oglinsky***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Paul L. Stoller*
Paul L. Stoller