IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)

Patricia A. Oglinsky 1:19-cv-04856-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Robert J. Oglinsky, as Administrator of the Estate of Patricia A. Oglinsky, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Robert J. Oglinsky as Administrator of the Estate of Patricia A. Oglinsky in place of Patricia A. Oglinsky in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Patricia A. Oglinsky filed a Short Form Complaint in this action on December 9, 2019.
2. On March 30, 2023, Plaintiff Patricia A. Oglinsky passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. On June 30th, 2023, Robert J. Oglinsky was appointed Administrator of the Estate of Patricia A. Oglinsky. See Order issued by the Clerk of the Ohio Couty Court attached hereto as **Exhibit B**.
4. Plaintiff Patricia A. Oglinsky's claims against Defendants survive her death.
5. Robert J. Oglinsky is the Administrator of the Estate of the deceased Plaintiff.
6. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
7. Notice of Death was provided on November 9, 2026.

8. Robert J. Oglinsky moves to substitute himself, in his capacity as Administrator of the Estate of Patricia A. Oglinsky, as Plaintiff in this matter.

9. Good cause supports the substitutions of Robert J. Oglinsky, as Administrator of the Estate of Patricia A. Oglinsky, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Robert J. Oglinsky as Administrator of the Estate of Patricia A. Oglinsky in place of deceased Plaintiff Patricia A. Oglinsky.

Dated: November 9, 2026

Respectfully submitted,

Patricia A. Oglinsky
Deceased Plaintiff

By her attorneys,

*/s/Paul L. Stoller*

Paul L. Stoller
(Admitted Pro Hac Vice, AZ Bar No. 016773)
**RUEB STOLLER DANIEL, LLP**
645 E. Missouri Avenue, Suite 260
Phoenix, AZ 85012
Telephone: (602) 888-2807
Facsimile: (855) 203-2035
paul@lawrsd.com

***Lead Counsel for Plaintiff Patricia A. Oglinsky***

**Certificate of Service**

I, Paul L. Stoller, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

*/s/Paul L. Stoller*
Paul L. Stoller