**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Beatrice Ragland
Civil Case No. 1:19-cv-01410-RLY-TAB

**NOTICE AND SUGGESTION OF DEATH**

Plaintiff, Beatrice Ragland, by through and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court upon information and belief of the death of Plaintiff Beatrice Ragland, who died on or about November 17, 2019.

Dated: November 10, 2026

Respectfully submitted,

**Kirkendall Dwyer LLP**

*/s/ Andrew F. Kirkendall*
Andrew Kirkendall
TX Bar No. 24050882
Alexander G. Dwyer
TX Bar No. 24054271
4343 Sigma Boulevard, Suite 150
Dallas, TX 75244
Telephone: (214) 271-4027
Facsimile: (214) 253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 10, 2026

/s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall