**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Jacquline Holder
Civil Case No. 1:17-cv-02812-RLY-TAB

**NOTICE AND SUGGESTION OF DEATH**

Plaintiff, Jacquline Holder by through and through undersigned counsel and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court upon information and belief of the death of Jacquline Holder, who died on or about May 2, 2021.

Dated: November 11, 2026

Respectfully submitted,

**WENDT LAW FIRM, P.C.**

*/s/ Samuel M. Wendt*

Samuel M. Wendt
MO Bar No. 53573
4520 Main Street, Suite 1000
Kansas City, MO 64111
Telephone: (816) 531-4415
Facsimile: (816) 816-2507
sam@wendtlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: November 11, 2026

/s/ *Samuel M. Wendt*
**Samuel M. Wendt**