**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Ken Arnett

Civil Case # 1:16-cv-02685-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Ken Arnett, who died on or about July 17, 2021.

Dated: November 11, 2026.

Respectfully Submitted,

*/s/ William Curtis*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis