**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:

ANN L. SIDNER

Case No. 1:17-cv-1889

**<u>NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF ANN L. SIDNER</u>**

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter, Ann L. Sidner, is believed to have died on or about February 1, 2026 in Coeur d'Alene, Idaho. A copy of Plaintiff's Obituary is attached hereto as ***Exhibit A***.

The Plaintiff's family has been notified of the need to have an administrator or personal representative appointed for the Decedent's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff once said representative has been appointed.

Dated: November 11, 2026

Respectfully Submitted,

**JAMES, VERNON & WEEKS, P.A.**

By: ______________________

Wes S. Larsen, Idaho State Bar No. 9134
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Fax: (208) 664-1684
Email: wes@jvwlaw.net

*Attorney for Plaintiff Ann L. Sidner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Wes S. Larsen