**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to:
DEREK A. TYSON

Case No. 1:19-cv-1979

**NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF DEREK A. TYSON**

PLEASE TAKE NOTICE that the Plaintiff in the above-captioned matter, Derek A. Tyson, is believed to have died on or about December 20, 2020.

The Plaintiff's family has been notified of the need to have an administrator or personal representative appointed for the Decedent's Estate. The undersigned counsel will file a separate motion to substitute party-plaintiff once said representative has been appointed.

Dated: November 11, 2026

Respectfully Submitted,

**JAMES, VERNON & WEEKS, P.A.**

By:______________

Wes S. Larsen
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Fax: (208) 664-1684
Email: wes@jvwlaw.net

*Attorney for Plaintiff Derek A. Tyson and Clara Johnson Tyson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Wes S. Larsen