**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Robert Max Garrett and Margarette A. Garrett
Civil Case # 1:16-cv-00805-RLY-TAB

## SUGGESTION OF DEATH

COMES NOW the undersigned counsel and, pursuant to Fed. R. Civ. P. 25(a)(1), files this Suggestion of Death regarding Plaintiff Robert Max Garrett, who died on June 21, 2025 during the pendency of this action. The undersigned counsel has ordered a copy of Mr. Garrett's death certificate. Counsel will supplement this filing upon receipt of the death certificate. This Suggestion of Death is also being served on the decedent's widow, Margarette A. Garrett, as reflected on the Certificate of Service. Margarette A. Garrett is also a Plaintiff in this action and is represented by the undersigned counsel.

Respectfully Submitted,

**RILEY & JACKSON, P.C.**

*/s/ Keith Jackson*
Keith Jackson (AL Bar No. 7519-J66B)
RILEY & JACKSON, P.C.
3530 Independence Dr.
Birmingham, AL 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
kj@rileyjacksonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sends notification of such filing to the counsel of record in this cause.

In addition, a copy of foregoing was served via United States Mail upon the following:

Margarette A. Garrett
1332 Broadstone
Painesville, Ohio 44077-8504

*/s/ Keith Jackson*
OF COUNSEL