**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Josephine Logozzo

Civil Case # 1:19-cv-0004-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Lisa Forca, as surviving next of kin and proposed personal representative of the Estate of Josephine Logozzo, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Lisa Forca as surviving next of kin and proposed personal representative of the Estate of Josephine Logozzo in place of Josephine Logozzo in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Josephine Logozzo filed a Short Form Complaint in this action on July 19, 2019.
2. On February 14, 2022 Plaintiff Josephine Logozzo passed away. See Death Certificate attached hereto as Exhibit A (redacted).
3. Lisa Forca is the Administrator for the deceased Plaintiff. See the attached Certificate of Voluntary Administration issued by the State of New York, attached hereto as Exhibit B (redacted).
4. Plaintiff Josephine Logozzo's claims against Defendants survive her death.

5. Lisa Forca is the surviving daughter of the deceased Plaintiff.

6. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

7. Notice of Death was provided on November 11, 2026.

8. Lisa Forca moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Josephine Logozzo, as Plaintiff in this matter.

9. Good cause supports the substitutions of Lisa Forca, as surviving next of kin and proposed personal representative of the Estate of Josephine Logozzo, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Lisa Forca as surviving next of kin and proposed personal representative of the Estate of Josephine Logozzo in place of deceased Plaintiff Josephine Logozzo.

Dated November 12, 2026

Respectfully Submitted,

*/s/ William Curtis*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis