**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Joseph Picou

Civil Case # 1:16-cv-02747-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Jessie Picou as surviving next of kin and proposed personal representative of the Estate of Joseph Picou moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Jessie Picou as surviving next of kin and proposed personal representative of the Estate of Joseph Picou in place of Joseph Picou in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Joseph Picou filed a Short Form Complaint in this action on October 11, 2016.
2. On January 15, 2019 Plaintiff Joseph Picou passed away. See Death Certificate attached hereto as Exhibit A (redacted).
3. Jessie Picou is the Independent Executrix for the deceased Plaintiff. See attached Letters Testamentary issued by the State of Texas, attached hereto as Exhibit B (redacted).
4. Plaintiff Joseph Picou's claims against Defendants survive his death.
5. Jessie Picou is the surviving spouse of the deceased Plaintiff.
6. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

7. Notice of Death was provided on November 11, 2026.

8. Jessie Picou moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Joseph Picou as Plaintiff in this matter.

9. Good cause supports the substitutions of Jessie Picou as surviving next of kin and proposed personal representative of the Estate of Joseph Picou as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Jessie Picou as surviving next of kin and proposed personal representative of the Estate of Joseph Picou in place of deceased Plaintiff Joseph Picou.

Dated November 13, 2026

Respectfully Submitted,

*/s/ William Curtis*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis