**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Ken Arnett

Civil Case # 1:16-cv-02685-RLY-TAB

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Mary Arnett, as surviving next of kin and proposed personal representative of the Estate of Ken Arnett, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Mary Arnett as surviving next of kin and proposed personal representative of the Estate of Ken Arnett in place of Ken Arnett in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Ken Arnett filed a Short Form Complaint in this action on October 6, 2016.
2. On July 21, 2021 Plaintiff Ken Arnett passed away. See Death Certificate attached hereto as Exhibit A (redacted).
3. Plaintiff Ken Arnett's claims against Defendants survive his death.
4. Mary Arnett is the surviving spouse of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 11, 2026.

7. Mary Arnett moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Ken Arnett, as Plaintiff in this matter.

8. Good cause supports the substitutions of Mary Arnett, as surviving next of kin and proposed personal representative of the Estate of Ken Arnett, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Mary Arnett as surviving next of kin and proposed personal representative of the Estate of Ken Arnett in place of deceased Plaintiff Ken Arnett.

Dated November 12, 2026

Respectfully Submitted,

*/s/ William Curtis*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis