**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS TAB MARKETING, SALES PRACTICES AND LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-MDL No. 2570 PRODUCTS

This Document Relates to Plaintiff:

Cathleen Hulver

Civil Case # 1:16-cv-02717-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Kirsten Eppler, as surviving next of kin and proposed personal representative of the Estate of Cathleen Hulver, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Kirsten Eppler as surviving next of kin and proposed personal representative of the Estate of Cathleen Hulver in place of Cathleen Hulver in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Cathleen Hulver filed a Short Form Complaint in this action on October 10, 2016.
2. On October 7, 2016 Plaintiff Cathleen Hulver passed away. See Death Certificate attached hereto as Exhibit A (redacted).
3. Plaintiff Cathleen Hulver's claims against Defendants survive her death.
4. Kirsten Eppler is the surviving daughter of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

6. Notice of Death was provided on November 11, 2026.

7. Kirsten Eppler moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Cathleen Hulver, as Plaintiff in this matter.

8. Good cause supports the substitution of Kirsten Eppler, as surviving next of kin and proposed personal representative of the Estate of Cathleen Hulver, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Kirsten Eppler as surviving next of kin and proposed personal representative of the Estate of Cathleen Hulver in place of deceased Plaintiff Cathleen Hulver.

Dated November 12, 2026

Respectfully Submitted,

*_/s/ William Curtis_*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis