**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570 PRODUCTS

This Document Relates to Plaintiff:

Sandra McCafferty

Civil Case # 1:17-cv-4434-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

William McCafferty as surviving next of kin and proposed personal representative of the Estate of Sandra McCafferty, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute William McCafferty as surviving next of kin and proposed personal representative of the Estate of Sandra McCafferty in place of Sandra McCafferty in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Sandra McCafferty filed a Short Form Complaint in this action on November 30, 2017.

2. On August 14, 2020 Plaintiff Sandra McCafferty passed away. See Death Certificate attached hereto as Exhibit A (redacted).

3. William McCafferty is the Executor of the Will for the deceased Plaintiff. See Last Will and Testament of Sandra McCafferty attached hereto as Exhibit B (redacted).

4. Plaintiff Sandra McCafferty's claims against Defendants survive her death.

5. William McCafferty is the surviving son of the deceased Plaintiff.

6. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.

7. Notice of Death was provided on November 11, 2026.

8. William McCafferty moves to substitute himself, in his capacity as surviving next of kin and proposed personal representative of the Estate of Sandra McCafferty, as Plaintiff in this matter.

9. Good cause supports the substitution of William McCafferty, as surviving next of kin and proposed personal representative of the Estate of Sandra McCafferty, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of William McCafferty as surviving next of kin and proposed personal representative of the Estate of Sandra McCafferty in place of deceased Plaintiff Sandra McCafferty.

Dated November 13, 2026

Respectfully Submitted,

*<u>/s/ William Curtis</u>*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis