IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Mary Broadwell and Kenneth Arthur
1:18-cv-00445-RLY-TAB

**SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel for Plaintiff informs this Honorable Court and the Parties of the death of Plaintiff Mary Broadwell, which occurred on January 3, 2026, and which undersigned only recently became aware. In accordance with Rule 25(a)(1), counsel will file a motion for substitution of plaintiff, within 90 days of service of this suggestion of death, as Plaintiff's claim

is not extinguished by her death.

Respectfully submitted,

/s/ Jon C. Conlin

Jon C. Conlin
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: 205-328-2200
Fax: 205-326-7896
jconlin@corywatson.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Jon C. Conlin
Jon C. Conlin