IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

---

This Document Relates to Plaintiff(s)
Mary Broadwell and Kenneth Arthur
1:18-cv-00445-RLY-TAB

---

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Tina Broadwell McCarver, as surviving next of kin and personal representative of the Estate of Mary Broadwell, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell in place of Mary Broadwell in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Mary Broadwell filed a Short Form Complaint in this action on February 15, 2018.
2. On January 3, 2026, Plaintiff Mary Broadwell passed away. See Death Certificate attached hereto as **Exhibit A** (redacted).
3. Plaintiff Mary Broadwell's claims against Defendants survive her death.
4. Tina Broadwell McCarver is the surviving Daughter of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Undersigned received Notice of Death in November 2026.
7. Tina Broadwell McCarver moves to substitute herself, in her capacity as surviving next of kin and personal representative of the Estate of Mary Broadwell,

as Plaintiff in this matter.

8. Good cause supports the substitutions of Tina Broadwell McCarver, as surviving next of kin and personal representative of the Estate of Mary Broadwell, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell in place of deceased Plaintiff Mary Broadwell.

Dated: November 16, 2026, respectfully submitted,

Mary Broadwell
Deceased Plaintiff

By her attorney,
/s/ Jon C. Conlin

Jon C. Conlin
**CORY WATSON, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: 205-328-2200
Fax: 205-326-7896
jconlin@corywatson.com

*Attorney for Plaintiff*

**Certificate of Service**

I, Jon C. Conlin, hereby certify that a copy of the foregoing document has been electronically served upon all counsel of record on this.

/s/ Jon C. Conlin
Jon C. Conlin

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Mary Broadwell and Kenneth Arthur
1:18-cv-00445-RLY-TAB

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**

Upon consideration of Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell's Motion for Substitution of Party, it is SO ORDERED that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell, in place of the deceased Mary Broadwell.

So ordered this ____ day of November 2026.

______________________________
Richard L. Young, USDJ