# EXHIBIT A

CERTIFICATION OF VITAL RECORD

# MECKLENBURG COUNTY

## REGISTER OF DEEDS - HEALTH DEPARTMENT

### CHARLOTTE, NORTH CAROLINA

## CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

06095 2026000024

STATE FILE NO. ____

**DECEDENT** — TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

DECEDENT'S LEGAL NAME

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Mary | Carolyn | Broadwell | ***** | Keeffe |
| aka | aka | aka | aka | |

| 2. SEX | 3a. AGE-LAST BIRTHDAY (Yrs) | 3b. UNDER 1 YEAR Months | Days | 3c. UNDER 1 DAY Hours | Minutes | 4. DATE OF BIRTH | 5. BIRTHPLACE (County/State or Foreign Country) | 6. DATE OF DEATH |
|---|---|---|---|---|---|---|---|---|
| Female | 80 | | | | | [redacted], 1945 | Mecklenburg, NC | January 03, 2026 |

| 7a. PLACE OF DEATH | 7b. FACILITY NAME (If not institution, give street, number, city or town) |
|---|---|
| Inpatient | Atrium Health Pineville Hospital |

| 7c. COUNTY OF DEATH | 8. MARITAL STATUS | 9. SURVIVING SPOUSE (Give name prior to first marriage) |
|---|---|---|
| Mecklenburg | Currently Married | Kenneth Jefferson Arthur |

| 10a. DECEDENT'S USUAL OCCUPATION | 10b. KIND OF BUSINESS/INDUSTRY | 11. DECEDENT'S SOCIAL SECURITY NUMBER |
|---|---|---|
| Supervisor | Tire Manufacturer | SSN [redacted]5033 |

| 12a. RESIDENCE–STATE OR FOREIGN COUNTRY | 12b. RESIDENCE–COUNTY | 12c. RESIDENCE–CITY OR TOWN |
|---|---|---|
| South Carolina | Lancaster | Indian Land |

| 12d. RESIDENCE–STREET AND NUMBER | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|
| 1052 Harper Keefe Road | No | 29707 | No |

| 14. DECEDENT'S EDUCATION | 15. DECEDENT OF HISPANIC ORIGIN? | 16. DECEDENT'S RACE |
|---|---|---|
| Bachelor's degree | Not Spanish/Hispanic/Latino | White |

**PARENTS**

| 17. FATHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage) | 18. MOTHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage) |
|---|---|
| T. C. Keeffe | Mary Inez Lear |

| 19a. INFORMANT'S NAME | 19b. RELATIONSHIP TO DECEDENT | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Tina Broadwell McCarver | Daughter | 1030 Harper Keefe Road, Indian Land, SC 29707 |

**DISPOSITION**

| 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 20c. LOCATION (City or Town and State) |
|---|---|---|
| Cremation | Forest Lawn West Crematory | Charlotte, North Carolina |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NO. | 21c. NAME OF EMBALMER | 21d. LICENSE NO. |
|---|---|---|---|
| Frances Elizabeth Dattolo (Signature Authenticated) | FD4201 | Bethanie Morris | FS2897 |

22. NAME AND ADDRESS OF FUNERAL HOME
McEwen Funeral Home - Pineville Chapel, 10500 Park Rd, Charlotte, NC 28210

**MEDICAL CERTIFICATION**

**BURIAL/CREMATION PERMIT**

Medical Examiner: Authorization for Disposition/Transportation
After the medical examiner completes and signs this burial transit permit/cremation authorization, it constitutes authority for burial, cremation, transportation or removal from the state.
A copy of this form serves as a Burial/Cremation Permit.

23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE.

| IMMEDIATE CAUSE (Final disease or condition resulting in death) Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | | Approximate interval: Onset to death for IMMEDIATE CAUSE |
|---|---|---|
| a. | acute hypoxic respiratory failure | 12 days |
| | Due to (or as a consequence of) | |
| b. | influenza | 12 days |
| | Due to (or as a consequence of) | |
| c. | | |
| | Due to (or as a consequence of) | |
| d. | | |

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 24a. WAS AN AUTOPSY PERFORMED? | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|
| | No | |

| 25. MANNER OF DEATH | 26. WAS CASE REFERRED TO MEDICAL EXAMINER? | 27. TIME OF DEATH (Approximate) | 28. DID TOBACCO USE CONTRIBUTE TO DEATH? | 29. PREGNANCY STATUS, IF APPLIES: |
|---|---|---|---|---|
| Natural | No | 02:46 AM | Unknown | Not Applicable |

**MEDICAL EXAMINER ONLY**

| 30. DATE PRONOUNCED | 31a. DATE OF INJURY | 31b. TIME OF INJURY | 31c. INJURY AT WORK? | 31d. PLACE OF INJURY | 31e. IF TRANSPORTATION INJURY SPECIFY: |
|---|---|---|---|---|---|
| 01/03/2026 | | | | | |

| 31f. DESCRIBE HOW INJURY OCCURRED | 31g. LOCATION OF INJURY (Street/Number/City/State) |
|---|---|
| | |

**CERTIFIER**

32. CERTIFIER
I certify that, to the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.

| 33a. SIGNATURE AND TITLE OF CERTIFIER | 33b. LICENSE NO. | 33c. DATE SIGNED |
|---|---|---|
| Vito John Badalamenti, MD (Signature Authenticated) | 2009-00920 | 01/05/2026 |

| 33d. NAME AND ADDRESS OF CERTIFIER | 34. CASE ID NUMBER |
|---|---|
| Vito John Badalamenti, 10628 Park Rd, Charlotte, NC 28210 | 12121914 |

**REGISTRAR**

| 35. SIGNATURE OF LOCAL REGISTRAR | 36. LOCAL FILE DATE | 37. DATE REGISTERED BY STATE |
|---|---|---|
| Erika Figueroa (Signature Authenticated) | 01/06/2026 | 01/06/2026 |

ITEM(S) AND DATE(S) CORRECTED/AMENDED

DHHS 1872
(REVISED 03/04/2019)
N.C. VITAL RECORDS

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

V 1931247

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY January 6, 2026

Dr. Raynard E. Washington
Public Health Director

Fredrick Smith
Register of Deeds

By: ______________________
Assistant/Deputy Register of Deeds

MECKLENBURG COUNTY NORTH CAROLINA

FREDRICK SMITH REGISTER OF DEEDS MECKLENBURG COUNTY N.C.

CSG Vital Records Security Paper
All Rights Reserved

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE