**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Mary Broadwell and Kenneth Arthur
1:18-cv-00445-RLY-TAB

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY**

Upon consideration of Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell's Motion for Substitution of Party, it is SO ORDERED that said motion is **GRANTED**. The Clerk of the Court is directed to substitute Tina Broadwell McCarver as surviving next of kin and personal representative of the Estate of Mary Broadwell, in place of the deceased Mary Broadwell.

So ordered this ____ day of November 2026.

Richard L. Young, USDJ