IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

CASE NO.1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s)
Mary Ellen Wright

Civil Case # 1:20-cv-0749

**SUGGESTION OF DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), the undersigned counsel hereby gives notice of the death of Plaintiff Mary Ellen Wright. Plaintiff Mary Ellen Wright passed away on July 31, 2023.

Dated: November 16, 2026

Respectfully submitted,

THORNTON LAW FIRM LLP

By: */s/ Marilyn T. McGoldrick*

Marilyn T. McGoldrick, MA BBO# 561766
84 State Street, 4th Fl
Boston, MA 02109
(617)720-1333
(617)720-2445 (Fax)
Email: MMcGoldrick@tenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing Suggestion of Death with the Clerk of the Cout using the CM/ECF system which will send notification to the CM/ECF participants registered to receive services in this MDL.

*/s/ Marilyn T. McGoldrick*