**EXHIBIT A**
Omnibus Suggestion of Death on the Record

| | PLAINTIFF | CAUSE NO. | DATE OF DEATH | OBITUARY | LEAD COUNSEL |
|---|---|---|---|---|---|
| 1. | Anderson-Cotton, Heron | 1:17-cv-03525 | 5/9/2025 | Obituary for Heron Anderson \| Obituaries \| easttexastoday.com | Law Office of Donald G. Norris |
| 2. | Beddell, Joyce Yvonne | 1:15-cv-00246 | 11/6/2021 | Obituary for Dr. Joyce Y. Beddell \| Harris Funeral Home | Lopez McHugh LLP |
| 3. | Bell-Marlowe, Kathie | 1:16-cv-06046 | 12/8/2021 | Kathie Bell Marlowe Obituary Dec 8, 2021 - Withers & Whisenant Funeral Home and Cremation Service | Fitzgerald Law Group, LLC |
| 4. | Boutin, Lois | 1:21-cv-00832 | 4/27/2024 | Lois Boutin Obituary (1949 - 2024) - Lake Wales, FL - Valley News | Simon Greenstone Panatier, P.C. |
| 5. | Brown, Adeline | 1:17-cv-02446 | 2/2/2025 | Adeline A. Brown Obituary - Visitation & Funeral Information | Law Offices of Donald G. Norris |
| 6. | Coursey, Ernestine and William | 1:19-cv-01022 | 8/14/2026 | Obituary information for Ernestine Marie Coursey | The Moody Law Firm, Inc. |
| 7. | Cruff, Linda Faye | 1:17-cv-01343 | 3/28/2024 | Linda Faye Cruff Obituary Mar 28, 2024 - John M. Oakey & Son Funeral Home | Locks Law Firm |
| 8. | Dunham, Bennie | 1:19-cv-04734 | 2/3/2023 | Bennie Ray Dunham Obituary Feb 3, 2023 - Bartle Funeral Home | Dickerson Oxton, LLC |
| 9. | Figart, Shirley Marie and William Thomas | 1:15-cv-00250 | 4/25/2024 (Shirley)<br>2/27/2023 (William) | Shirley M Lee Figart (1936-2024) - Find a Grave Memorial<br>William T. Figart Obituary \| Barnegat Funeral Home \| 2023 | Lopez McHugh LLP |
| 10. | Flood, Dusty and Rhonda | 1:16-cv-01665 | 10/29/2020 | Dusty L. Flood Obituary Oct 29, 2020 - Matherly Funeral Homes | The Ruth Law Team |
| 11. | Johnson, Lonnie Jr. and Alice | 1:17-cv-04244 | 5/19/2025 | Lonnie Johnson Obituary May 19, 2025 - Dudley Memorial Mortuary | Ben Martin Law Group |

**EXHIBIT A**
Omnibus Suggestion of Death on the Record

| | | | | | |
|---|---|---|---|---|---|
| 12. | Kaawa, Thomas and Sharon | 1:17-cv-02233 | 11/16/2023 | Thomas K Kaawa | Cory Watson, P.C. |
| 13. | Kempf, Lynda | 1:18-cv-00840 | 1/23/2024 | Lynda Kempf Obituary January 23, 2024 - Herman H Lohmeyer Funeral Home | Ben Martin Law Group |
| 14. | Lang, Henrietta | 1:19-cv-01854 | 3/17/2025 | Henrietta "Sugarbaby" Lang Obituary Mar 17, 2025 - Webb & Stephens Funeral Homes | Ben Martin Law Group |
| 15. | Lausten, Christian | 1:18-cv-02108 | 1/19/2025 | Christian Lausten Obituary (1955 - 2025) - Rapid City, CA - Napa Valley Register | The Moody Law Firm, Inc. |
| 16. | Linn, Carol | 1:20-cv-01775 | 3/28/2026 | Carol Linn Obituary, Age 85 - March 28, 2026 - Roseville, California | Fenstersheib Law Group, P.A. |
| 17. | Oliver, Lester | 1:20-cv-02955 | 9/6/2022 | Elder Lester Francis Oliver Obituary - Tallahassee Democrat | Ben Martin Law Group |
| 18. | Pearl, Marjorie | 1:17-cv-03785 | 2/12/2023 | Marjorie Elaine Pearl's Obituary - Westminster, CO \| Ever Loved | Law Offices of Donald G. Norris |
| 19. | Privitera, Alan | 1:17-cv-03051 | 9/11/2022 | Alan Privitera Obituary (2022) - Whittier, CA - Guerra & Gutierrez Mortuary - Whittier | Peterson & Associates, P.C. |
| 20. | Requardt, John | 1:17-cv-03018 | 6/7/2024 | John M. Requardt III (1954-2024) - Find a Grave Memorial | Skikos Crawford Skikos & Joseph, LLP |
| 21. | Robinson, Vera | 1:20-cv-01497 | 9/4/2023 | Vera Robinson Obituary - Houston, TX | Rosen Injury Lawyers |
| 22. | Rostie, Mary and Randolph | 1:18-cv-02930 | 10/7/2023 | Mary Lynn Rostie's Memorial Website \| Ever Loved | Ben Martin Law Group |
| 23. | Schierer, Sally and Herman | 1:15-cv-00414 | 12/27/2022 | Sally Schierer Obituary Dec 27, 2022 - Mason Funeral Homes | Lopez McHugh LLP |

**EXHIBIT A**
Omnibus Suggestion of Death on the Record

| | | | | | |
|---|---|---|---|---|---|
| 24. | Schmidt, Roger and Patricia | 1:18-cv-03066 | 7/23/2019 | Roger Schmidt Obituary (1937 - 2019) - Legacy Remembers | The Moody Law Firm, Inc. |
| 25. | Shankie, Robert | 1:17-cv-01902 | 4/30/2023 | Robert William Shankie Obituary Apr 30, 2023 - Altogether | Lopez McHugh LLP |
| 26. | Sheard, Robert Jr. | 1:19-cv-03373 | 11/27/2023 | Robert Sheard Jr. Obituary Nov 27, 2023 - Forest Lawn | Law Offices of Donald G. Norris |
| 27. | Sjomeling, Katherine and Howard | 1:18-cv-03013 | 5/27/2025 (Katherine) 3/10/2020 (Howard) | Katherine "Sis" Sjomeling Obituary May 27, 2025 - Kesling Funeral Home Howard Sjomeling Obituary Mar 10, 2020 - Kesling Funeral Home | Lopez McHugh LLP |
| 28. | Smith, Madelyn | 1:16-cv-02282 | 7/13/2018 | Obituary information for Madelyn Smith | Lopez McHugh LLP |
| 29. | Splitt, Corinne and Larry | 1:18-cv-03741 | 3/11/2026 | Corinne E. Splitt Obituary March 11, 2026 - Cardinal Funeral & Cremation Services Ltd. | The Moody Law Firm, Inc. |
| 30. | Taylor, Daniel J. and Barbara M. | 1:17-cv-01501 | 3/9/2021 | Daniel James Taylor Obituary Mar 9, 2021 - Altogether | Lopez McHugh LLP |
| 31. | Tyler, William | 1:17-cv-01536 | 12/31/2023 | Obituary information for William A Tyler | Dr. Shezad Malik Law Office |
| 32. | Villers, Jack | 1:17-cv-04763 | 3/19/2025 | Jack Lee Villers Obituary (1951 - 2025) - Spokane, WA - KXLY | Burnett Law Firm |
| 33. | Washington, Carol | 1:18-cv-01891 | 8/5/2024 | Carol D. Washington Obituary - Visitation & Funeral Information | Goldenberglaw, PLLC |
| 34. | Weitzel, Barry | 1:16-cv-00692 | 9/25/2023 | Obituary information for Barry Lee Weitzel, Sr. | Bernstein Liebhard LLP |
| 35. | Wharton, Daniel | 1:17-cv-01900 | 12/23/2023 | Daniel Wharton Obituary Dec 23, 2023 - Taylor Theller | The Maher Law Firm P.A. |