# EXHIBIT 68

**DECLARATION OF DEREK MUEHRCKE, M.D., FACS**

I, Derek Muehrcke, M.D., FACS, declare and state as follows:

1. I am over 18 years of age and competent to provide the testimony set forth in this Declaration.

2. I am a board-certified cardiothoracic surgeon and have been practicing for the past 24 years. I attended a seven-year college-medical school curriculum at Grinnell College and Rush Presbyterian St. Luke Medical Center in Chicago, Illinois. My formal specialty training took place at Harvard Medical School and Massachusetts General Hospital, where I completed my general surgery residency and training in adult cardiothoracic surgery. I was then accepted in and completed a congenital heart surgery fellowship at Boston Children's Hospital, also at Harvard.

After completing the above-mentioned training and fellowship programs, my first position was at the Cleveland Clinic where I practiced for three years performing adult cardiac surgery. I then moved to Florida to join five former Harvard-trained cardiovascular surgeons in private practice. My current group, of which I am one of five partners, is comprised of eight heart surgeons and seven vascular surgeons. We all perform cardiac, thoracic, and vascular surgery at seven hospitals in Jacksonville, Florida.

For the past 24 years, I have routinely implanted and removed (once optional filters became available) IVC filters. I have implanted and removed every iteration of Bard's retrievable filters from the Recovery filter through the Denali. I have also implanted the Cordis OptEase and TrapEase filters, the Cook Celect filter, the Greenfield filter, and the Argon Option filter. I have implanted hundreds of IVC filters in my career. I have removed entire filters from the heart and fragments of filters from the heart.

My practice is equally divided between cardiac, thoracic, and vascular surgery. I perform close to 500 cases yearly. I am the Chief of Cardiothoracic Surgery at Flagler Hospital in Saint Augustine, Florida. As a result of the recent litigation surrounding the use of retrievable IVC filters, I began following all of my hospital patients implanted with removable IVC filters. These included filters implanted by me, my partners, and the interventional radiologists at Flagler Hospital. This has resulted in patients being referred to me for retrieval of their optional IVC filters placed not only at Flagler Hospital but also at other institutions.

My Curriculum Vitae is in Appendix A

3. I have been asked to provide my medical opinions as to whether a perforation by a Cook Gunther Tulip or Celect IVC filter through the inferior vena cava ("IVC"), by at least 3 mm but without interaction with other retroperitoneal structures,

constitutes harm or injury to the IVC and to provide a medical explanation of what happens when an IVC filter punctures or perforates through the IVC, including the body's response to such puncture or perforation.

4. The IVC is the largest vein in the human body and carries blood to the heart from the lower extremities, pelvis, and abdomen. The IVC has three layers: an outer layer of connective tissue called tunica adventitia or tunica externa; a middle layer of smooth muscle called the tunica media; and an inner layer lined with endothelial cells called the tunica intima. It moves blood to the heart by expansion and contraction by the differential pressure created by normal respiration. As the diaphragm contracts and creates negative pressure in the chest for the lungs to fill with air, this pressure gradient pulls the venous blood from the abdominal IVC into the thoracic IVC and subsequently into the right heart.

5. Puncture of the IVC wall by an IVC filter leads to bleeding, activation of the clotting cascade, fibroblast activation, and scar formation. When a strut of an IVC filter traumatically exits the IVC, it causes a puncture or micro laceration to the wall of the venous blood vessel carrying the desaturated blood returning to the heart from the lower body. This immediately causes bleeding from the blood vessel as well as creating a hole in the IVC through which the desaturated blood can escape from the IVC into the abdominal cavity. The body's response to the bleeding is to initiate the clotting cascade to prevent the patient from bleeding to death. If a patient is anticoagulated for various reasons (atrial fibrillation, prior deep venous thrombosis ("DVT"), or pulmonary embolism), the anticoagulants can prevent the clotting cascade from stopping the bleeding and result in major bleeding and death. However, if the clotting system is uninhibited, then immediately the traumatic puncture will cause platelet plugging to occur and later fibroblasts reinforcement of the plug will strengthen the human body's attempt to prevent the patient from bleeding to death. Moreover, collagen in the wall of the IVC will be exposed, further fueling the clotting cascade which can lead to active clot in the IVC and local intravascular clot formation as a result of the thrombogenic metallic IVC filter being present which can cause thrombosis of the IVC. Thus, puncture of the IVC by an IVC filter strut initiates several protective hemostatic mechanisms to prevent the human to bleed to death. In other words, the body responds to the IVC puncture as injury and damage to the IVC and immediately acts to heal that injury. This damage and response impair the ability of the IVC to function as intended.

6. Further, the fibroblast response leads to scarring over time to heal the acute injury to the IVC wall, as occurs with all traumatic injury in the body. That scarring to heal the damage caused by the IVC filter can make subsequent removal of the IVC filter more difficult. This increases the likelihood that a removing physician would need to employ advanced removal techniques that have higher complication rates and subject the patient to increased time under anesthesia.

7. In addition to the direct injury caused to the IVC by perforation of the filter and the body's pathophysiological response to the perforation, the filter has now breached the confines of the IVC wall. Perforation can also progress to interact with surrounding structures (aorta, lumbar spine, psoas muscle, duodenum, and ureter). Moreover, tilt can occur compromising the IVC filter's clot catching ability. Abnormal stresses are imposed on the IVC filter which can lead to fracture of the filter. However, even without the future potential harms, the IVC filter's perforation of the IVC has caused an injury to the IVC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 21, 2021.

______________________________

Derek Muehrcke, M.D.

Appendix A
Curriculum Vitae

# Curriculum Vitae

**Name:** Derek David Muehrcke, M.D.

**Business:** Cardiothoracic & Vascular Surgical Associates, P.A.
300 Health Park Blvd.
St. Augustine, FL 32086
(904) 494-2394

**Home:** 973 North Griffin Shores Drive
Saint Augustine, Florida 32080
(904) 910-2343

**E-Mail:** dmuehrcke@aol.com

**Birthplace:** Oak Park, Illinois

**Education:**

Grinnell-Rush Medical College Program — 7/76-6/80
7-year College/Medical School Program
Grinnell College
Grinnell, Iowa

Rush-Presbyterian — 7/80-6/83
St. Luke's Medical Center
College of Medicine
Chicago, Illinois

**Residency:**

Intern-General Surgery — 7/83-6/84
Massachusetts General Hospital
Harvard Medical School
Boston, Massachusetts

Resident-General Surgery — 7/84-6/86
Massachusetts General Hospital
Harvard Medical School
Boston, Massachusetts

Registrar-General and Vascular Surgery 7/86-6/87
Plymouth Health Authority
National Health Service
Plymouth, England

**Residency: (Continued)**

Honorary Senior Registrar 7/87-6/88
Thoracic Surgery
Merseyside Health Authority
Liverpool, England

Senior Surgical Resident 7/89-6/91
Massachusetts General Hospital
Harvard Medical School
Boston, Massachusetts

Chief Resident 7/91-6/93
Cardiac and Thoracic Surgery
Massachusetts General Hospital
Harvard Medical School
Boston, Massachusetts

Chief Resident 7/93-12/93
Pediatric Cardiac Surgery
Harvard Medical School
Boston, Massachusetts

Associate Staff 1/94-6/96
Thoracic and Cardiovascular Surgery
The Cleveland Clinic Foundation
Cleveland, Ohio

Cardiothoracic and Vascular 1/96-Present
Surgical Associates
St. Vincent's/Baptist Hospital
Jacksonville, Fl

Chief of Cardiothoracic and 8/03-Present
Vascular Surgery
Flagler Hospital, St. Augustine, FL

Board Member Florida Society of 2/03-Present
Thoracic and Cardiovascular Surgery

Council-Florida Society of Thoracic 2/04-Present
And Cardiovascular Surgery

President of Cardiothoracic and Vascular 2002-2004
Surgical Associates

**International Surgeon Exchange:**

With Jacksonville Florida's sister city Murmansk, Russia visiting surgeon,
United States Government Teaching Exchange Program 1997

**Research Positions:** Research Fellow 7/88-6/89
Cardiovascular Research Institute
Department of Medicine
University of California
San Francisco, California

**Honors and Awards:** Dean's List Student 1976-1979
Grinnell College

Grinnell Book Award 1976

Midwest Conference All Conference 1979
Football Team Selection

NCAA Academic All-American Football 1979
Team Selection

NCAA Student-Athlete Scholarship Award 1979

Phi Beta Kappa 1980

Alpha Omega Alpha 1982

Edward D. Churchill Fellow 1988
Cardiac Surgery Research

Black Belt (1st Degree) Songahm Taekwondo 2005
Songahm Taekwondo Instructor 2007
Black Belt (2nd Degree) Songahm Taekwondo 2007

**Certification:**

Diplomat 1983
National Board of Medical Examiners

American Board of Surgery 4/92-7/02
#37190

American Board of Thoracic Surgeons 6/95-2/05

Re-Certification of American Board 2013-2025
Of Thoracic Surgeons
# 5704

**Licensure:**

Temporary Medial License 1983-1986
Commonwealth of Massachusetts

Limited Registration 1986-1988
General Medical Council
Great Britain

Temporary Medical License 1988-1989
State of California

Permanent Medical License 1990-1993
Commonwealth of Massachusetts
#73403 (9/26/90)

State Medical Board of Ohio 1993-Present
#35-06-5609 (8/19/93)

Florida Medical License 1996-Present
#ME 70163 (3/27/96)

Georgia Medical License #047351 1999-Present

**Current Areas of Research**:

1) Quantitative Myocardial perfusion software development for Novadeq SPY angiography.

**Areas of Expertise:**

1) Adult Cardiac Surgery
2) Adult Thoracic surgery
3) Vascular surgery

**Editorial Positions**:

Reviewer and Invited commenter for the Annals of Thoracic Surgery 1993-present

**Presentations:**

1. Reconstructive Airway Surgery Following Irradiation. Poster sessions at The Society of Thoracic Surgeons 30th Anniversary Meeting, January 31 – February 2, 1994 New Orleans, Louisiana.
2. Flow Characteristics of Aortic Cannulae. Gem Communications, Ins., October 27-30, 1994, Montreal, Canada.
3. Combined Surgical and Long-term Antifungal Therapy for Treatment of Fungal Prosthetic Valve Endocarditis: Long-term Results. Poster Session at the Society of Thoracic Surgeons 31st Annual Meeting, January 30 – February 1, 1995, Palm Springs, California.
4. Valve Surgery. Cleveland Clinic Foundation Grand Rounds. Department of Thoracic and Cardiovascular Surgery, 1994 Annual Report. February 17, 1995.
5. Innovative Advances in Valve Replacement. Fifteenth Annual Dimensions in Cardiac Critical Care Nursing Symposium. April 9-11, 1995. Cleveland, Ohio.
6. American Experience of Mitral Valve Repair. The 5th Annual Meeting of Korean Society of Echocardiography. May 26-29, 1995. Seoul, Korea
7. Intraoperative Echocardiography. International Echocardiography Symposium, Kyungpook National University. May 29, 1995. Taegu, Korea.
8. The Cleveland Clinic Experience with Mitral Valve Repairs. International Echocardiography Symposium, Kyungpook National University. May 29, 1995. Taegu, Korea.
9. Mitral Valve Repair. Cardiovascular Conference at Hamot Medical Center. August 16, 1995. Erie, Pennsylvania.

10. Cardiac Surgery in the Elderly. The American Heart Association, Greater Los Angeles Affiliate's 63rd Annual Fall Symposium. Current Controversies in Cardiology. September 13, 1995. Los Angeles, California.
11. Kottke-Marchant K, Borsh, J, McCarthy P, Laasch C, Brooks L, Muehrcke DD, Platelet and coagulatin activation by heparin-coated cardiopulmonary bypass systems. Poster presentation at the XVth Congress of the International Society on Thrombosis and Hemostasis, Jerusalem, Israel. June 11-16, 1995.
12. Haraski H, Benavides M, Wika K, Manos J, Fukamachi K, Muehrcke DD, Denaturation of plasma proteins during cardiopulmonary bypass. Abstract. Artif Organs 1995; 19 (10):1027. (Accepted for presentation at International Society for Artificial Organs, November 14-18, 1995. Taipai.)
13. Biopure and Corning Besselar, Inc., Investigators Meeting. New Orleans, Louisiana. February 2, 1996. Overview given by Dr. Muehrcke.
14. "American Correction"- Cosgrove-Edwards Annuloplasty System. International Symposium on Mitral Valve Surgery. February 10, 1996. Harenberg City Center, Dortmund, Germany.
15. Valve Surgery. Cleveland Clinic Foundation Grand Rounds. Department of Thoracic and Cardiovascular Surgery, 1995 Annual Report. February 16, 1996.
16. Myocardial Revascularization in the 90's and Beyond. American Association of Critical Care Nurses Metroeast Chapter. Collinsville, Illinois. February 23, 1996.
17. Coronary Artery Disease: What's New in Surgical Approaches? Health Talks-The Latest Advances in Treating Heart Disease Today and Tomorrow Symposium. Kent State University, Trumbull Campus-Administration Building. February 28, 1996.
18. Procit Cardiovascular Surgery Advisory Board Meeting. R.W. Johnson Pharmaceutical Research Institute. New York, New York. March 8-9, 1996.
19. Current Techniques in Mitral Valve Repair. Lehigh Valley Hospital Regional Symposium-Series VII. Lehigh Valley Hospital, Allentown, Pennsylvania. March 22-23, 1996.Cardiac Surgery for Coronary Artery Disease-The BARI Trial. Sixteenth Annual Dimensions in Cardiac Care Symposium. Stouffer Renaissance Cleveland Hotel, Cleveland, Ohio. March 31-April 2, 1996.
20. Cardiovascular Surgery. 5th Annual International Congress for Fluorescence Guided Surgery. February 16- 19, 2018. Fort Lauderdale Florida
21. Cardiovascular Surgery. 6th Annual International Congress for Fluorescence Guided Surgery. February 15-18, 2019. Fort Lauderdale Florida
22. Intraoperative Fluoroscopic Cardiac Surgery; the American Experience. Asian Society of Cardiovascular and Thoracic Surgery Conference, June 4-7, 2021 Seoul, Korea

**Publications:**

1. Muehrcke DD, Kim SH, McCabe CJ. Pediatric Splenic Trauma: Predicting the Success of Non-Operative Therapy. Am J Emerg Med 1987; 5(2):109-112.
2. Muehrcke DD, Bliss BP. Early presentation of phaeochromocytoma as acute arterial disease. Br J Hops Med 1988; 30(6)531-535.
3. Kaplan DK, Muehrcke DD, Donnelly RJ. Clinical results of pulmonary resections in carcinoma of the bronchus. Br H Cancer 1987; 56:893.
4. Whyte RI, Kaplan DK, Sharpe DA, Muehrcke DD, Donnelly RJ. Carcinoma of the bronchus with unsuspected microscopic resection-line involvement. Cancer 1988; 62(5):1014-1016.
5. Muehrcke DD, Kaplan DK, Donnelly RJ. Oesophagogastrectomy in patients greater than 79 years of age. Thorax 1989; 44(2):141-145.
6. Muehrcke DD, Donnelly RJ. Oesophagogastrectomy in the elderly. Ann R Coll Surg Engl 1988; 70(4):259-260.
7. Muehrcke DD, Kaplan DK, Donnelly RJ. Anastomic narrowing after esophagogastrectomy with the EEA stapling device. J Thorac Cardiovas Surg 1989; 97(3): 434-438.
8. Muehrcke DD, Donnelly RJ. Complications after esophagogastrectomy using stapling instruments. Ann Thorac Surg 1989; 48(2): 257-262.
9. Muehrcke DD, Szarnicki RJ. Use of pericardium to control bleeding after ascending aorta graft replacement. Ann Thorac Surg 1989; 48(5): 706-708.
10. Coggins D, Austin R, Flynn A, Aldea G, Muehrcke DD, Goto M, Hoffman JIE. Non-uniform loss of regional flow reserve during myocardial ischemia in dogs. Circ Res 1990; 67:253-264.
11. Flynn AE, Coggins DL, Austin RE, Muehrcke DD, Aldea GS, Goto M, Doucette JW, Hoffman JE. Non-uniform blood flow in the canine left ventricle. J Surg Res 1990; 49(2):379-384.
12. Goto M, Flynn A, Doucette J, Jansen C, Stork MM, Coggins DL, Muehrcke DD, Husseini W, Hoffman J. Cardiac contraction affects deep myocardial vessels predominantly. Am J Physiol 1991; 261 (5 Pt 2):H1417-1429.
13. Flynn, AE, Coggins DL, Muehrcke DD, Austin RE, Goto M, Hoffman JIE. Regional autoregulatory capacity in the canine left ventricle. Circ 1989; 80; Suppl II 191.
14. Goto M, Flynn AE, Doucette JW, Muehrcke DD, Jansen CMA, Husseini W, Hoffman JIE. Impeding effect of myocardial contraction on regional myocardial blood flow. FASEB J 1990; 4: A404.
15. Ryan DP, Muehrcke DD, Doody DP, Kim SH, Donahoe PK. Laryngotracheoesophageal cleft (Type IV): management and repair of lesions beyond the carina. J Pediatr Surg 1991; 26(8): 962-970.
16. Donnelly RJ, Kaplan D, Whyte RI, Muehrcke DD. Esophagogastrectomy using the EEA stapler. [In] Current Practice of Surgical Stapling. Eds. Ravitch MM, Steichen FM, Welter R, Lea and Febiger, Philadelphia. 1991; 37: 223-226.

17. Muehrcke DD, Daggett WM. Survival after repair of post-infarction ventricular septal defects in patients over the age of 70. J Cardiac Surg 1992; 7(4): 290-300.
18. Muehrcke DD, Daggett WM, Buckley MJ, Akins CW, Hilgenberg AD, Austen WG. Postinfarct ventricular septal defect repair: effect of coronary artery bypass grafting. Ann Thorac Surg 1992; 54(5): 876-883.
19. Muehrcke DD, Torchiana DF. Warm heart surgery in patients with cold autoimmune disorders. Ann Thoracic Surg 1993; 55(2): 532-533.
20. Muehrcke DD, Suen HC, Mathisen DJ, Grillo HC, Wain JC. Surgical Treatment of thyroid cancer invading the airway. Surgical Rounds 199; 669-675.
21. Muehrcke DD, Grillo HC, Mathisen DJ. Reconstructive airway operation after irradiation. Ann Thorac Surg 1995; 59: 14-18.
22. Muehrcke DD. Fungal prosthetic valve endocarditis. Sem Thorac Cardiovasc Surg 1995; 7(1):20-24
23. Muehrcke DD, McCarthy PM, Stewart RW, Seshagiri S, Ogella DA, Foster RC, Cosgrove DM. Complications of extra corporeal life support systems using heparin-bound: the risk of intracardiac clot formation. J Thorac Cardiovasc Surg 1995; 110: 843-851.
24. Muehrcke DD, Lytle BW, Cosgrove DM. Surgical and long-term antifungal therapy for treatment of fungal prosthetic valve endocarditis. Ann Thorac Surg 1995; 60: 538-543.
25. Muehrcke DD, Cosgrove DM. The Cleveland Clinic experience with mitral valve repair. J Korean Soc Echocard 1995; 3(1): 39-43.
26. Eckhardt WF III, Forman S, Denman W, Grillo HC, Muehrcke DD. Another use for the laryngeal mask airway-as a blocker during tracheoplasty. Anesth Analg. 1995 80:622-624.
27. Harasaki H, Benavides M, Wika K, Manos J, Fukamacki K, Muehrcke DD. Denaturation of plasma proteins during cardiopulmonary bypass. (Abstract) Artif Organs 1995; 19(10): 1027.
28. Muehrcke DD, Grimm RA, Nissen SE, Cosgrove DM. Recurrent cerebral vascular accidents are an indication for ascending aortic endarterectomy. Case Report. Ann Thorac Surg 1996; 61: 1516-1518.
29. Muehrcke DD, McCarthy PM, Stewart RW, Foster RC, Ogella DA, Borsh JA, Cosgrove DM. Extracorporeal membrane oxygenation for postcardiotomy cardiogenic shock. Ann Thorac Surg 1996; 61: 684-691.
30. Muehrcke DD, McCarthy PM, Kandice Kottke-Marchant, Harasaki H, Yared JP, Borsh JA, Ogella DA, Cosgrove DM. Biocompatability of heparin-coated extracorporeal bypass circuits: a randomized masked, clinical trial. J Thorac Cardiovasc Surg 1996; 112: 472-483.
31. Groom RC, Hill AG, Akl BF, Speir AM, Massimiano PS, Lefrak EA, Muehrcke DD, Cosgrove DM. Effect of cannula length on aortic arch flow: protection of the ateromatous aortic arch. Letter to the Editor, Ann Thorac Surg 1996; 61: 773-774.
32. Lytle BW, Priest BP, Taylor PC, Loop FD, Sapp SK, Stewart R, McCarthy PM, Muehrcke DD, Cosgrove DM. Surgery for acquired hear disease. Surgical

treatment of prosthetic valve disease. J Thorac Cardiovasc Surg 1996; 111: 198-210.
33. Terezhalmy GT, Safadi TJ, Longworth DL, Muehrcke DD. The oral disease burden impatients undergoing prosthetic heart valve implantation: A case for routine preoperative assessment. Ann Thoracic Surgery 1997; 63: 402-404.6.
34. Muehrcke DD, Cosgrove DM, Lytle BW, Taylor PC, Burgar AM, Durnwald CP, Loop FD. Is there an advantage to repairing infected mitral valves? Ann Thoracic Surg 1997; 63: 1710-1724.
35. Gilinoff AM, Cosgrove DM, Lytle BW, Taylor PC, Stewart RW, McCarthy PM, Smediar NG, Muehrcke DD, Apperson-Hansen C, Loop FD. Surgery for acquired heart disease: Reoperation for failure of mitral valve repair. J Thorac Cardiovasc Surg 1997; 113-467-475.
36. Muehrcke DD, Vandervoort PM. Echocardiography to assist mitral valve repair in patients with coronary artery disease. Coronary Artery Disease, March 1996, Vol 7. No 3.
37. Muehrcke DD, Cornhill FJ, Thomas JD, Cosgrove DM. Flow characteristics of aortic Cannulae. J Card Surg 1995; 10:514-519.
38. Samuels L, Emery R, Lattouf O, Grosso M, AlZeerah M, Schuch D, Wehberg K, Muehrcke DD, Dowling R. Transmyocardial Laser Therapy: A Strategic Approach. The Heart Surgery Forum #2003-3011 7 (3), 2004 [Epub May 2004].
39. Gaudino M., Nasso G., Canosa C. Glieca F., Salica A., Alessandrini F., Possati G., Invited Commentary-D.D. Muehrcke. Midterm Angiographic Patency and Vasoreactive Profile of Proximal Versus Distal Radial Artery Grafts. The Annals of Thoracic Surgery. June 2005. Vol. 79
40. Invited Commentary-D.D.Muehrcke. Clinical and Radiological Outcome of Off-Pump Coronary Surgery at Twelve Months Follow-Up—A Prospective Randomized Trial. Ann Thoracic Surg. 2006; 80:7095-2096.
41. Muehrcke DD, Barberi P, Shimp W. Calcium Phosphate Cements To Control Bleeding In Osteoporotic Sternums. The Annals Of Thoracic Surgery, 2007; 84:259-61.
42. Muehrcke DD, Justice K, Leiomyosarcoma of the Left Ventricle. The Annals of Thoracic Surgery, 2008; 86:666.
43. Muehrcke DD, Shimp W, Aponte-Lopez, R: Calcium Phosphate Cements Improve Bone Density when used in Osteoporotic Sternums. Ann Thoracic Surgery, 2009: 88:1658-61.
44. Dip F, Boni L, Bouvet M, Carus T, Diana M, Falco J, Gurtner G, Ishizawa T, Kokudo N, Menzo E, Low P, Masia J, Muehrcke D, Papay F, Pulitano C, Schneider-Koraith S, Sherminter D, Spinoglio G, Stassen L, Urano Y, Vahrmeijer A, Vibert E, Warran J, Wexner S, White K, Rosenthal R. Consensus Conference Statement on the General Use of near-intrared Fluorescence Imaging and Indocyanine Green Guided Surgery. Ann Surgery 202 In Press

**Chapters:**

1. Camacho MT, Muehrcke DD, Loop FD. Mechanical complications of acute myocardial infarction. [In] Management of Acute Myocardial Infarction; Editors: Julian DG, Braunwald E; London, W.B. Saunders Company Ltd, 1994; 291-314.
2. Muehrcke DD, Coagrove DM Mitral Valvuloplasty. Cardiac Surgery in the Adult. 1997; 33:991-1024.
3. Muehrcke DD, Dagett WM. Current surgical approach to acute ventricular septal rupture. [In] Advances in Cardiac Surgery. Editors: Karp RB, Laks H, Wechsler AS; Chicago, Mosby Year Book, Inc. 1994; 6: 69-70.
4. Muehrcke DD, Loop FD. Surgical treatment of atherosclerotic coronary heart disease. [In] Hurst's The Heart, Arteries and Veins ed. 9; Editor: Alexander, RW; McGraw-Hill Publishing Company, 1998; 50:1437-1488.
5. Angiography during Cardiovascular Surgery (In) Video Altas of Intraoperative Applications of Near Infrared Fluorescence Imaging. Editors Aleassa, EM, El-Hayek, KM. Springer Nature, 2020.