# EXHIBIT 69

UNIVERSITY OF CALIFORNIA, LOS ANGELES UCLA

BERKELEY • DAVIS • IRVINE • LOS ANGELES • MERCED • RIVERSIDE • SAN DIEGO • SAN FRANCISCO SANTA BARBARA • SANTA CRUZ

DEPARTMENT OF PATHOLOGY & LABORATORY MEDICINE
DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA
CENTER FOR HEALTH SCIENCES
10833 LE CONTE AVENUE
LOS ANGELES, CALIFORNIA 90095-1722

# Report regarding Injury/harm from perforating IVC filter

**Background and qualifications:**

I am currently Distinguished Professor of Pathology and Medicine, emeritus, at the David Geffen School of Medicine at UCLA. I did my undergraduate education at the University of Illinois, in Champaign-Urbana Illinois from 1964-67, and my medical school education at the University of Illinois College of Medicine in Chicago, Illinois from 1967-1971. I did an internship and residency in Anatomic and Clinical Pathology at UCLA/Harbor General Hospital, in Torrance, CA from 1971-1975. At the end of my residency, I did a fellowship in Cardiovascular Pathology, at the National Heart and Lung Institute of the National Institutes of Health, in Bethesda, Maryland.

Following my training, I moved to Boston, where I was an associate pathologist at the Peter Bent Brigham Hospital, Assistant Professor of Pathology at Harvard Medical School, and consultant in pathology at the West Roxbury Veterans Administration Hospital, from 1975 to 1978. At the Peter Bent Brigham Hospital I was head of Cardiovascular Pathology. From 1978 to 1997, I was associate pathologist and head of cardiovascular pathology at Cedars-Sinai medical Center in Los Angeles until 1997. I was head of the autopsy service from 1984 until 1997. In 1997, I moved to UCLA, where I was head of autopsy and cardiovascular pathology from 1997 to 2019, and head of pulmonary pathology from 1997 to 2009. I have held academic positions at UCLA since 1980. Throughout my career my service work, research, and teaching have been concentrated on cardiovascular pathology, that is, the study of pathology of the heart and blood vessels. UCLA has interventional radiologists with special expertise in removing embedded IVC filters. Accordingly, in my role as a surgical pathologist, I have seen hundreds of removed filters, so I am familiar with clinical and pathologic findings associated with IVC filters.

**Purpose of report:**

I am writing this report to explain how perforation of a vena cava of 3mm length or more causes acute and chronic harm by injuring the involved vascular and perivascular tissues. My report will have 4 parts:

1. A general description of wound healing after tissue injury
2. Specifically, how injury to the vena cava by perforation causes harm
3. A discussion of the concept of locus minoris resistentia
4. A summary of my opinions

**Wound healing after tissue injury:**

When tissue is injured/harmed there is a very reproducible series of pathologic changes in the affected tissue. The first step in the wound healing process is acute inflammation. While the goal of wound healing is to eventually repair the tissue, enzymes and other substances such as chemokines are released by inflammatory cells that add to the acute injury. Acute inflammation is followed by chronic inflammation that includes macrophages which are scavenger cells that remove damaged tissue. Next is granulation tissue proliferation in which new blood vessels develop and connective tissue cells enter the damaged region. About a week after the

onset of the tissue injury scar tissue is laid down. Final "repair," manifest as a scar, takes weeks or months, depending on the size of the injured region. However, if there is repeated tissue injury, the inflammatory changes persist, and granulation and scar tissue proliferation continues.

**Wound healing after injury to the inferior vena cava:**

The vena cava, and all veins, have different layers affected differently when injured. In addition to the tissue injury, the perforation itself can result in fatal exsanguination. I have personally seen such cases. If the harmed individual does not bleed to death, there are pathologic changes that differ depending on where they occur. The inner layer or intima, is lined by endothelial cells. When these cells are injured there is an increased tendency for thrombus or clot formation at the site. This clot can obstruct the affected vessel, and grow and embolize. Pulmonary emboli originate in veins of the lower extremity and the inferior vena cava, and from the site of the inferior vena cava filter, especially if there is increased injury at the site of the filter. I have personally seen such cases as well. When the next layer, or media, is injured there is weakening of this muscular layer. This may result in enlargement of the perforation, aneurysm formation, and even later rupture, as well as early bleeding from the defect in the blood vessel. The outer layer or adventitia is composed of connective tissue that separates the vessel from surrounding tissues and organs. When scar forms in this site, the process leads to adhesions. Adhesions can constrict blood vessels and cause ischemic injury. Adhesions in the abdomen can limit the normal movement of the intestine resulting in twisting and obstruction. Adhesions also make surgery at the site of adhesions more difficult leading to longer operations, a greater tendency for bleeding, and damage to organs bound down to the scar tissue. The scar tissue that forms adhesions outside of the inferior vena cava, also envelops the portions of the filter that have perforated through the IVC wall, making removal more difficult and more likely to be associated with complications. The inferior vena cava is not a static structure. It has blood flowing through it and it is pulsatile. Accordingly, the tissue movement predisposes to continuous tissue injury increasing the chance of bleeding, thrombosis, and injury to the vena cava wall. Indeed, many of the IVC filters I have examined after removal, have organizing thrombus, inflammation, and scar tissue on the struts.

**Concept of locus minoris resistentia**

Locus minoris resistentia means a place of lesser resistance or greater vulnerability within the body. A site of previous trauma is a prime example of this concept. There are many examples in the medical literature. As a cardiovascular pathologist, I am most familiar with infection, namely endocarditis, being much more likely to occur on a scarred heart valve as opposed to a normal valve. The cause of the scarring is not important. It is the scar tissue creating a locus minoris resistentia that predisposes to the infection. Tissue injury due to trauma, such as a vena cava filter perforating a vein, predisposes the site of injury to increased risk of thrombosis, bleeding, inflammation and infection. Regions of scarring have also been linked to an increased tendency for inflammatory conditions and even malignancies to develop at that site. There are many examples in the medical literature of diseases that may occur at a locus minoris resistentia (see references below).

**Summary:**

To suggest that perforation of the largest vein in the body does not cause bodily harm and injury ignores the specific injury that occurs at such sites, and the general concept that sites of traumatic injury in the body make the affected individual more susceptible to diseases that may localize to that locus minoris resistentia. In addition, the inferior vena cava is not a static structure. It is a pulsatile vessel with blood moving through it. It is therefore subject to repeated injuries causing repetitive episodes of inflammation, granulation tissue

proliferation and scarring. Therefore, as long as a filter is in place, perforating the wall of the inferior vena cava, it is causing injury and harm to the individual in who's body the filter resides. Accordingly, it is my opinion, to a reasonable degree of medical probability, that perforation of the vena cava, to a length of 3 mm or more, while it is present, causes injury and bodily harm.

**Reference:**

Farmond D et al. Locus minoris resistentiae: two cases of malignant metastasis and review of the literature. J Invest Med High Impact case reports 2021;9:1-5

Gee SN et al. Churg-Stauss syndrome presenting as scar reactivation: histopathologic features and an illustration of "locus minoris resistentiae". J Cutan Pathol2013;40:491-496

Schiavo AL et al. Locus minoris resisentiae: an old but still valid way of thinking in medicine. Clin Dermatol 2014;32:553-556

Michael C Fishbein, MD

Michael C. Fishbein, M.D. June 23, 2025

**MICHAEL C. FISHBEIN, M.D.**

**CURRICULUM VITAE**

**Office Address:** Department of Pathology and Laboratory Medicine
David Geffen School of Medicine at UCLA
10833 Le Conte Avenue
Office: 13-145H, CHS
Los Angeles, CA 90095-1732

**Office Telephone:** (310) 825-9731

**Office FAX:** (310) 794-4161

**Email Address:** mfishbein@mednet.ucla.edu

**Education and Training:**

| | |
|---|---|
| 1964-1967 | B.S., University of Illinois, Champaign-Urbana, Illinois |
| 1968 | Medical Student Fellowship in Pathology, Bispebjerg Hospital, Copenhagen, Denmark |
| 1969 | Medical Student Fellowship in Cardiology, Mayo Graduate School of Medicine, Rochester, Minnesota |
| 1970 | Medical Student Fellowship in Oncology, Zellerback-Saroni Tumor Institute, Mt. Zion Hospital, San Francisco, California |
| 1967-1971 | M.D., University of Illinois College of Medicine, Chicago, Illinois |
| 1971-1972 | Pathology Internship, UCLA/Harbor General Hospital, Torrance, California |
| 1972-1975 | Residency in Anatomic and Clinical Pathology, UCLA/Harbor General Hospital, Torrance, California |
| 1974-1975 | Visiting Research Scientist Fellowship in Cardiac Pathology, National Heart and Lung Institute, Bethesda, Maryland (6 months) |

**State Licensure:**

| | |
|---|---|
| 1972-present | California G022677 |
| 1975-1980 | Massachusetts |

**Board Certification:**

| | |
|---|---|
| 1975 | American Board of Pathology (Anatomic and Clinical Pathology) |

Revised: June, 2025

**Professional Experience:**

1975-1978 Assistant Professor of Pathology, Harvard Medical School, Boston, Massachusetts
1975-1978 Associate in Pathology, Peter Bent Brigham Hospital, Boston, Massachusetts
1975-1978 Associate in Pathology; Beth Israel Hospital, Boston, Massachusetts
1975-1978 Consultant in Pathology, Veterans' Administration Hospital, West Roxbury, Massachusetts
1975-1978 Faculty Member, Harvard/Massachusetts Institute of Technology Program in Health Sciences and Technology
1978-1985 Associate Pathologist, Department of Pathology, Cedars-Sinai Medical Center, Los Angeles, California
1985-1997 Attending Pathologist, Department of Pathology, Cedars-Sinai Medical Center, Los Angeles, California
1980-1984 Associate Professor of Pathology (Adjunct), UCLA School of Medicine, Los Angeles, California
1984-1997 Head, Autopsy Service, Department of Pathology, Cedars-Sinai Medical Center
1984-1993 Professor of Pathology (Adjunct), UCLA School of Medicine, Los Angeles, California
1989- Deputy Medical Examiner, Los Angeles County Medical Examiner's Office
1993-2014 Professor of Pathology and Medicine, in residence, UCLA School of Medicine, Los Angeles, California
1997- Attending Pathologist, Department of Pathology and Laboratory Medicine, UCLA
1997-2003.1 Piansky Scholar of Anatomy Research, UCLA
1997-2019 Chief, Autopsy Service, Department of Pathology and Laboratory Medicine, UCLA
1997-2019 Chief, cardiovascular pathology
1997-2009 Chief, pulmonary pathology
1997- Member, Division of Cardiology, Department of Medicine, UCLA
2000- Member, Jonsson Comprehensive Cancer Center, UCLA
2003-2014 Frances and Albert Piansky Chair in Anatomy/Piansky Professor of Pathology and Medicine, UCLA
2005- Commonwealth of Virginia, Department of Health, Medical Examiner's Offices Consultant in Cardiovascular Pathology
2013-2014 Distinguished Piansky Professor of Pathology and Medicine, UCLA
2014- Distinguished Professor of Pathology and Medicine, UCLA, Emeritus (August 1, 2014) Continuing to do autopsy and surgical pathology, teaching, research and consultations, at approximately 60% effort

**Professional Activities:**

1974-2003 American Society of Clinical Pathologists
1974- American Heart Association
1975- International Academy of Pathology
1975-2014 Los Angeles County Pathology Society
1976-1978 New England Society of Pathologists
1977-2004 American Federation for Clinical Research
1977-2004 American Association for Pathologists
1978- Fellow, American College of Cardiology
1981-1991 American Heart Association, Los Angeles Affiliate Research Committee Member
1986- Society of Cardiovascular Pathology,
1991-1994 Executive Committee
1995-1998 Chair, Awards Committee
1994-2003 North American Vascular Biology Organization
1999 American College of Cardiology/European Society of Cardiology Consensus Conference: Moving towards a new definition of Acute Myocardial Infarction for the 21st century. Member – Pathology Working Group
1999- International Society for Heart and Lung Transplantation Annual Meeting Program Committee-2000, 2006
1999- American College of Surgeons Oncology Group

| | |
|---|---|
| 2002-2010 | International Leptospirosis Society |
| 2004 | International Society of Heart and Lung Transplantation Consensus Conference for the Standardization of Nomenclature in the Diagnosis of Heart Rejection, Chair, Immunolopathology Task Force |
| 2006 | International Society of Heart and Lung Transplantation Consensus Conference for the Standardization of Nomenclature in the Diagnosis of Lung Rejection, Chair, Immunolopathology Task Force |
| 2006 | International Society of Heart and Lung Transplantation, Strategic Planning Committee |
| 2006-2009 | Society for Cardiovascular Pathology, Vice President (President Elect) |
| 2009-2011 | Society for Cardiovascular Pathology, President |
| 2011-2013 | Society for Cardiovascular Pathology, Chairman, Membership Committee |
| 2022- | UCLA Willed Body Program, committee member |

**Editorial Boards:**

| | |
|---|---|
| 1982-1990 | American Journal of Cardiology |
| 1993-1994 | Journal of Heart Failure |
| 1995- | Cardiovascular Pathology |
| 2002-2019 | Forensic Sciences International |
| 2004 | Circulation |
| 2007- | Journal of Heart Lung Transplantation, Senior Editorial Consultant |
| 2008- | Archives of Pathology and Laboratory Medicine, Section Editor, Cardiovascular and Transplantation Pathology |
| 1978- | **Reviewer**, multiple medicine, cardiology, vascular biology and pathology journals: NEJM, Ann Intern Med, Circulation, Circ Res, Am J Cardiol, JACC, Bas Res Cardiol, Am J Pathol, Lab Invest, Hum Pathol, Arch Pathol, Atheroscler Thrombosis, JAMA |

**Consultant:**

| | |
|---|---|
| 1980-2014 | Baxter Healthcare, Inc.<br>Artificial Heart Valve Quality Control and Development |
| 1995-97 | Genentech, Inc.<br>Mortality Committee – COMET Trial |
| 1998-2004 | Novartis Pharmaceuticals Corporation<br>Trial of New Immunosuppressive Agents |
| 1998-2004 | Merck & Co., Inc.<br>Lipid Research |
| 1998-2001 | Hemodynamics, Inc.<br>Vascular Glue Development |
| 1999-2001 | NPI – Neuroperfusion, Inc.<br>Catheter Evaluation |
| 1999-2001 | Amgen, Inc<br>Vascular Research |
| 1999-2004 | Radiant Medical Systems, Inc.<br>Arterial Stent Development |
| 2000-2004 | Timi 3 Systems, Inc.<br>Therapeutic Ultrasound Development |
| 2001-2005 | Monogen, Inc.<br>Lung Cancer Markers Development |
| 2001- 2008 | Biosensors International, Pte, Ltd<br>Arterial Stent Development |
| 2002-2005 | Conor Medsystems, Inc.<br>Arterial Stent Development |

| | |
|---|---|
| 2002-2005 | Estech<br>Arrhythmia Ablation Catheter Development |
| 2003-2009 | Savacor, Inc.<br>Implantable Cardiac Device Development |
| 2003 | Intermune<br>Pulmonary Regional Advisory Board |
| 2003-2005 | Guidant Corporation<br>Arterial Stent Development |
| 2006-2013 | St. Jude Medical, Inc. |
| 2005-2013 | XDx Expression Diagnostics: Molecular Expression Testing for Transplant Rejection |
| 2008-present | Consultant in Cardiovascular Pathology, Los Angeles Zoo Health Center |
| 2009-2012 | Vital Access: Vascular access devices |
| 2010-2014 | Magnatec Intracardiac: radiofrequency ablation devices |
| 2016-2017 | CoNextions Medical, Inc: tissue repair devices |

**Thesis Advisor/Committee Member:**

1. Mark Ian Block, for Medical Degree, Yale University School of Medicine, 1987
2. Laura Marcu, for Ph.D. in Biomedical Engineering, University of Southern California, 1998
3. William Patrick Stanford, for Ph.D. in Physiology, UCLA, 1999
4. Laura Joyce Pinderski Oslund, for Ph.D. in Experimental Pathology, UCLA, 2000
5. James Yun, M.D., for Ph.D. in Experimental Pathology, UCLA, 2000
6. Paul Michaels, for medical school thesis in Pathology, UCLA, 2001
7. Peter T. Jindra, in Immunopathology, UCLA, 2004
8. Mary Alz, in Immunopathology, UCLA, 2007
9. Avinash Kali in bioengineering, UCLA, 2015

**Honors and Awards:**

| | |
|---|---|
| 1964-1967 | James Scholar, Honors Program |
| 1964- | Phi Eta Sigma Honor Society |
| 1966- | Phi Kappa Phi Honor Society |
| 1966- | Phi Beta Kappa Honor Society |
| 1970- | Alpha Omega Alpha Medical Honor Society |
| 1975 | Los Angeles County Pathology Society 7th Annual Residents' Symposium Award for Original Research |
| 1998 | Los Angeles County Department of Coroner, Volunteer of the Year |
| 1998 | Faculty Sponsor, Nathan B. Friedman Prize for excellence in research by a resident (Raffi Djabourian, M.D.), Cedars-Sinai Medical Center |
| 1999 | UCLA Division of Cardiology Outstanding Research Teaching Award |
| 2003 | Piansky Endowed Chair, UCLA Department of Pathology and Laboratory Medicine |
| 2004- | Consumer's Union "Best Doctors in America" |
| 2005 | Who's Who in Medicine and Healthcare |
| 2006 | Who's Who in America |
| 2007 | Honorary Member, Italian Society of Cardiovascular Pathology, Visiting Professor, University of Padua Medical School |
| 2011- | Top Pathologists in Los Angeles, International Association of Healthcare Professionals |
| 2015 | Distinguished Lifetime Achievement Award, Society for Cardiovascular Pathology |
| 2016 | Outstanding Mentor Award, United States/Canadian Association of Pathology |

**Major Invited Lectures (since 1/1/98):**

1. "Pathology of Atherosclerosis." - St. John's Hospital, Springfield, Illinois, 6/18/98.
2. "Coronary Atherosclerosis – An Update." Southern Illinois University School of Medicine, 6/19/98.

3. “Valvular Pathology of Diet Drugs.” American Heart Association 66th Annual Fall Symposium, Los Angeles, CA 9/16/98.
4. “The Autopsy: From Its Glorious Past to Its Uncertain Future,” UCLA Combined Medical and Pathology Grand Rounds, 10/7/98.
5. “Update on Coronary Atherosclerosis.” Queens Medical Center, Honolulu, Hawaii, 11/16/98.
6. “The Past, Present, and Future of Autopsy Pathology.” Hawaiian Society of Pathology, Honolulu Hawaii, 11/17/98.
7. “The Role of the Autopsy in the Management of Perinatal Death,” UCLA Perinatal Grand Rounds, 12/4/98.
8. “The Autopsy: Is It Relevant in the New Millennium?” Harbor General Hospital, Pathology Grand Rounds, 3/12/99.
9. “The Impact of AIDS on the Heart.” Baystate Medical Center Cardiology Symposium, Springfield, Massachusetts, 4/30/99.
10. “The Autopsy: Its Importance and Relevance to the Clinician.” Santa Monica/UCLA Medical Center, 6/24/99.
11. “New Insights into the Pathology of Atrial and Ventricular Fibrillation.” Cedars-Sinai Medical Center, Symposium on Management of Patients with Atrial or Ventricular Fibrillation, August 28, 1999.
12. “Pathology of Aortic Degenerative Disease,” University Hospital Eppendorf, Hamburg, Germany, 9/18/99.
13. “Cardiac Pathology and Anatomy in the Evolution of Arrhythmias.” Anna and Harry Boran Foundation Professor in Cardiology Lectureship. UCLA Division of Cardiology, October 14, 1999.
14. “Pathology of the Cardiomyopathies.” Grand Rounds. Los Angeles County Coroner’s Department, March 2, 2000.
15. “The Autopsy. Its Relevance in the Year 2000.” Century City Hospital, Los Angeles, CA, 5/22/00.
16. “Morphologic Evolution of Myocardial Ischemic Injury.” Cardiology Fellows Diagnostic Techniques Conference. UCLA Division of Cardiology, June 14, 2000.
17. “The Autopsy. Its Relevance in the Year 2000.” Midway Hospital, Los Angeles, CA, 5/22/00.
18. “The Autopsy: Its Glorious Past to its Uncertain Future.” Suburban Medical Center, Paramount, CA, 9/14/00.
19. “Evolution from Ischemia to Myocardial Necrosis.” Third Annual Joint Summit on Markers in Cardiology. Jewish Hospital Heart and Lung Institute. Louisville, Kentucky, 10/12/00.
20. “Structural Factors in Cardiac Arrhythmogenesis.” San Diego Electrophysiology Society, San Diego, CA. 11/30/2000.
21. “Pathology of Sudden Death,” Cardiology Grand Rounds, Sharpe Memorial Hospital, San Diego, CA. 12/1/2000.
22. “Value of the Autopsy in the Modern Era.” Providence Holy Cross Medical Center, Mission Hills, CA. 1/16/2001.
23. “Pathology of Primary and Secondary Cardiomyopathies.” UCLA Medical Center Division of Cardiothoracic Surgery Grand Rounds, Los Angeles, CA. 1/30/01.
24. “Pathology of Cardiomyopathies.” UCLA Medical Center Division of Cardiology Grand Rounds, Los Angeles, CA. 2/2/01.
25. “Humoral Rejection of the Transplanted Heart.” Sixth Annual Banff Conference on Transplantation Pathology, Banff, Alberta, Canada. 4/23/01.
26. “Pathology of Cardiac Transplant Rejection.” Core Lecture, Twenty-first Annual Meeting of the International Society for Heart and Lung Transplantation, Vancouver, British Columbia, Canada. 4/26/01.
27. “Pathology of Cardiomyopathies in Children.” Cardiology Grand Rounds, Children’s Hospital of Los Angeles, 8/29/01
28. “Sudden Death in Athletes.” West Coast Forensic Seminars, sponsored by L.A. County Medical Examiner’s Office, 11/01/01.
29. “Pathology of Sudden Death.” UCLA Division of Cardiothoracic Surgery Grand Rounds, November 20, 2001.
30. “Pathology of Cardiac Transplantation.” UCLA Medical Center Division of Cardiology, Grand Rounds, February 15, 2002.
31. “Normal Cardiac Anatomy.” Cedars-Sinai Medical Center, Division of Electrophysiology, February 28, 2002.

32. “Pathology of Lung Cancer: An update.” UCLA Division of Hematology/Oncology Grand Rounds, April 3, 2002.
33. “Pathology of Sudden Death,” UC Irvine/Long Beach VA Hospital Pathology Grand Rounds, April 30, 2002.
34. “Pathology of Sudden Death,” Pathology of Cardiomyopathies,” and “Pathology of Valvular Heart Disease,” 10th Annual International Workshop of Forensic Medicine, Turku University, Turku, Finland, July 4-8, 2002.
35. “The Autopsy: Its Glorious Past to its Uncertain Future.” Grand Rounds, Encino-Tarzana Medical Center, Tarzana, CA, July 15, 2002.
36. “Pathology of Cardiac Valve Replacement,” UCLA Division of Cardiology Grand Rounds, September 27, 2002
37. “Pathology of Sudden Death,” UCLA Department of Pathology and Laboratory Medicine Grand Rounds, October 16, 2002.
38. “Pathology of Cardiac Transplant Rejection: Cells and Evil Humors,” Texas Heart Institute/St. Lukes Episcopal Hospital, Transplantation Conference, February 25, 2003.
39. “Diagnosis of Humoral Rejection: The Heart,” NIH Conference to Analyze Humoral Rejection in Solid Organs, Bethesda, Maryland, April 23, 2003.
40. “Monocytes/Macrophages in the Diagnosis of Acute Allograft Rejection,” Seventh Banff Conference on Allograft Pathology, University of Aberdeen, Aberdeen, Scotland, June 16, 2003.
41. “Perivascular Monocytes/Macrophage Infiltrates in Cardiac Allograft Vasculopathy,” Seventh Banff Conference on Allograft Pathology, University of Aberdeen, Aberdeen, Scotland, June 17, 2003..
42. “The Pathologic Correlates of Sudden Death,” UCLA Winter Cardiology Update, Snowbird, Utah, February 28, 2004.
43. “Anatomy and Pathology of the Electrical System of the Heart,” Electrophysiology Grand Rounds, Division of Cardiology, Cedars-Sinai Medical Center , March 11, 2004.
44. “Desirable and Adverse Morphologic Responses to Coronary Artery Stents.” Society for Cardiovascular Angiography and Interventions, 27th Annual Scientific Sessions, San Diego, CA., April 29, 2004.
45. “Morphologic Responses to Intravascular Stents,” Cardiology Grand Rounds, UCLA, May 14, 2004.
46. “The Autopsy: What the cardiologist should know.” Cardiology Fellows Rounds, UCLA, June 14, 2004.
47. “Obtaining Consent for Autopsy: A dirty job but somebody has to do it.” Department of Family Medicine Grand Rounds, Santa Monica/UCLA Medical Center, June 30, 2004.
48. “Quantitative and qualitative interpretations of vascular responses to DES: A pathologist's perspective.” Featured Lecture, TCT 2004, Washington, D.C., September 30, 2004.
49. “Tissue response to intravascular devices: What the pathologist needs to know.” Department of Pathology Grand Rounds, UCLA School of Medicine, October 6, 2004.
50. “Pathology of coronary stenting.” Interventional Fellows Rounds, Division of Cardiology, Cedars-Sinai Medical Center, October 8, 2004.
51. “To biopsy or not to biopsy: Assessing the role of surgical lung biopsy in the diagnosis of UIP.” American College of Chest Physicians, Chest 2004, Seattle, Washington, October 27, 2004.
52. “Pathology of Cardiac Transplantation,” Department of Pediatric Cardiology Rounds, UCLA, November 10, 2004.
53. “Evil Humours after Solid Organ Transplantation.” American Society of Transplant Surgeons, 2005 ASTS State of the Art Winter Symposium, Miami, Florida, Scheduled January 22, 2005.
54. “The Pathology of Sudden Death,” UCLA Winter Cardiology Update, Snowbird, Utah, February 26, 2005.
55. “The Cardiac Transplant Biopsy: Pitfalls and New Advances,” Sharp HealthCare System, San Diego, CA, April 20, 2005.
56. “Update in Cardiac Transplantation Rejection,” 20th Annual European Congress of Pathology, Paris, France, September 5, 2005.
57. “Animal Models to Evaluate Coronary Responses to Devices,” TCT 2005, Washington, D.C. October 18, 2005.
58. “The Unstable Atherosclerotic Plaque: New Insights,” UCLA Winter Cardiology Update, Snowbird, Utah, January 26, 2006.
59. “Anatomy of the Heart and Arrhythmogenesis,” Electrophysiology Rounds, Division of Cardiology, Cedars-Sinai Medical Center , February 16, 2006.

60. “The Role of Antibody Mediated Mechanisms of Acute and Chronic Rejection,” International Society of Heart and Lung Transplantation, Madrid, Spain, April 5, 2006.
61. “Cardiac Innervation: Implications for Arrhythmogenesis,” UCLA Division of Cardiology, Grand Rounds, UCLA Medical Center, April 14, 2006.
62. “Value of the Autopsy in Contemporary Medicine,” National Laboratory Week Lecture Series, UCLA Clinical Laboratories, April 22, 2006.
63. “Neural Remodeling in Heart Diseases,” Heart Rhythm Society 6th Annual Meeting, Boston, MA, May 19, 2006.
64. “Unstable atherosclerotic Plaque: New Insights,” and “Coronary Stent Pathology,” Scripps Mercy Hospital 6th Annual Cardiovascular Symposium, Maui, Hawaii, October 12-14, 2006.
65. “Assessing the Morphologic Affects of Interventional Devices,” TCT 2006, Washington, D.C., October 24, 2006.
66. “Autonomic Nerves in Human Atria and Pulmonary Veins,” Symposium on Atrial Fibrillation, Marina Del Rey, CA, October 28, 2006.
67. “Pathology of Sudden Death,” California Society of Pathologists Annual Meeting, San Francisco, CA, December 1, 2006.
68. “Pathology of vascular stents. What the cardiologist needs to know.” UCLA Winter Cardiology Update, Snowbird, Utah, February 23, 2007.
69. “Antibody-Mediated Rejection in Extrapulmonary Sites,” International Society for Heart Lung Transplantation, 27th Annual Meeting, San Francisco, CA, April 25, 2007.
70. “Endomyocardial Biopsy. Is it the Gold Standard in the Diagnosis of Rejection?” International Society for Heart Lung Transplantation, 27th Annual Meeting, San Francisco, CA, April 27, 2007.
71. “The Pathologist in Heart and Lung Transplantation,” Padua University, Padua Italy, June 7, 2007.
72. “New Insights into the Unstable Atherosclerotic Plaque,” Italian Society of Cardiovascular Pathologists Annual Meeting, Latina, Italy, June 8, 2007.
73, “The Autopsy in Modern Medicine: is it still relevant?” UCLA, Department of Medicine Grand Rounds, July 25, 2007.
74. “Pathology of Intravascular Devices,” Los Angeles County Medical Examiner’s Office, August 9, 2007.
75. “Atrial Arrhythmia Ablation: Expected and Surprising Tissue Reactions,” TCT 2007, Washington, D.C., October 24, 2007.
76. “Normal Cardiac Anatomy,” Electrophysiology Fellows Rounds, Cedars-Sinai Medical Center, November, 8, 2007.
77.. “Arteriosclerosis and Atherosclerosis. Do we know what are we talking about?” UCLA Winter Cardiology Update, Snowbird, Utah, February 22, 2008.
78. “The vulnerable and unstable plaque.” United States and Canadian Academy of Pathology Annual Meeting. Denver, Colorado, March 2, 2008.
**79.** “Arteriosclerosis and Atherosclerosis. What are we talking about?”, Cardiology Grand Rounds, West Roxbury VA Medical Center, Jamaica Plains, MA, April 3, 2008.
80. “Ablation of atrial fibrillation: what are we doing?” Cardiology Grand Rounds, Brigham and Women’s Hospital, Boston, MA, May 3, 2008.
81. “Arteriosclerosis and Atherosclerosis. What are we talking about?”, Cardiology Grand Rounds, Cedars-Sinai Medical Center, Los Angeles, CA, May 6, 2008.
82. “The Impact of Organ Transplantation on Heart and Lung Pathology”, 128th Annual Meeting, Association of Clinical Scientists, Marina del Rey, CA, May 17, 2008.
83. “Ablation of atrial arrhythmias: what is being ablated?”, Division of Cardiology Grand Rounds, David Geffen School of Medicine at UCLA, May 30, 2008.
84. “Ablation of atrial arrhythmias: anatomic and pathologic considerations.” The Shields Warren Lecture, New England Society of Pathologists, Boston, MA, September 16, 2008.
85. “Arteriosclerosis and Atherosclerosis. What are we talking about?”, Department of Pathology, Beth Israel-Deaconess Medical Center, September 17, 2008.
86. “The autopsy: Is it relevant in today’s medicine?” American Association of Pathologists’ Assistants, 34th Annual Conference, Long Beach, CA., September 19, 2008
87. “Arteriosclerosis and Atherosclerosis: terminology revisited” and “Pathology of atrial fibrillation and its Ablation”. Annual Cardiovascular Symposium, Guangzhou provincial hospital of TCM, Guangzhou, China, November 16, 2008

88. “Arteriosclerosis and Atherosclerosis: Rethinking the terminology and lesions,” Pathology Grand Rounds, Department of Pathology, University of Davis, California, February 2, 2009.
89. “Prognostic Significance of Complement Deposition in Heart and Lung Transplant Allografts” and “Chronic Vascular Rejection of the Lung,” University of Colorado 7th Vail Cardiothoracic Transplantation Conference, Vail Colorado, February 10, 2009.
90. “Pathology of Lung Cancer,” 6th UCLA Pulmonary and Critical Care Update Course, Santa Monica California, February 28, 2009.
91. “Cardiac diseases at risk of sudden death in the young: the burden of the phenomenon,” 98th Annual Meeting of the United States & Canadian Academy of Pathology Cardiovascular Pathology Companion Meeting, Boston, MA March 8, 2009.
92. “Pathology of Heart and Lung Transplantation,” Olive View Medical Center Grand Rounds, April 13, 2009.
93. “Pathology of the Transplanted Lung,” International Conference, American Thoracic Society, Annual Meeting, San Diego, CA., May 16, 2009.
94. “Iatrogenic foreign-body embolization during intravascular procedures,” Division of Cardiology Grand Rounds, David Geffen School of Medicine at UCLA, December 4, 2009.
95. “Arteriosclerosis: Old and new insights,” UCLA Winter Cardiology Update, Snowbird, Utah, January 15, 2010.
96. “Medical-Legal issues in Pathology and Medicine,” UCLA Winter Cardiology Update, Snowbird, Utah, January 15, 2010
97. “Arteriosclerosis and Atherosclerosis, an update”, University of Indiana School of Medicine, Division of Cardiology Grand Rounds, Indianapolis, Indiana, May 4, 2010
98. “Pathology of infective endocarditis”, Cardiology Grand Rounds, David Geffen School of Medicine at UCLA, January 7, 2011.
99. “Emerging markers of antibody-mediated rejection,” International Society for Heart and Lung Transplantation 31st Annual Meeting, San Diego, CA April13, 2011.
100. “Pathology of lung transplantation,” Pulmonary Grand Rounds, David Geffen School of Medicine at UCLA, April, 22, 2011.
101. “Pathology of arteriosclerosis; an update,” Department of Pathology Grand Rounds, Harbor General Hospital, April 29, 2011.
102. “Ablation of atrial arrhythmias; what are we doing,” Cedars-Sinai Medical Center, Division of Cardiology Grand Rounds, Los Angeles, CA May 10, 2011.
103. “Cardiac Hypertrophy: When bigger is not better,” David Geffen School of Medicine at UCLA, Division of Cardiology Grand Rounds, December 16, 2011.
104. “Ablation of Atrial Arrhythmias, What are we doing?”, David Geffen School of Medicine, Department of Internal Medicine Grand Rounds, January 11, 2012.
105. “Pathology of the transplanted heart: Newer classification and the spectrum of antibody-mediated rejection,” at Surgical Pathology of Organ Transplantation Conference, University of Pittsburg, May 5, 2012.
106. “The Pathologist and Mesothelioma: What He/She Needs to Know”, David Geffen School of Medicine, UCLA 2nd International Symposium on Mesothelioma, May 12, 2012.
107. “Cardiac Anatomy for the Electrophysiologist”, Cedars-Sinai Medical Center, Cardiology Division, Los Angeles, CA., November 15, 2012
108. “Cardiac Pathology of the Elderly,” Division of Cardiology Grand Rounds, David Geffen School of Medicine, November 30, 2012
109. “Predicting the Development of Cardiac Allograft Vasculopathy,” Society for Cardiovascular Society Annual Meeting, San Diego, CA March 2, 2014
110. "Cardiac Allograft Vasculopathy: an update", Cardiology Grand Rounds, Cedars-Sinai Medical Center, April 22, 2014.
111. "Arteriosclerosis: Facts and Fancy," Division of Cardiology Grand Rounds, David Geffen School of Medicine at UCLA, March 20, 2015
112. "Arteriosclerosis: Facts and Fancy," Society of Cardiovascular Pathology Annual Meeting, Boston, MA, March 22, 2015
113. "Transplantation Pathology," UCLA Heart Failure Symposium, Los Angeles, CA., May 23, 2015
114. " Pathology of Cardiac Transplantation," Los Angeles Society of Pathologists, November 10, 2015
115. " Evaluation of Cardiac Allograft Biopsies," Division of Pediatric Cardiology,

David Geffen School of Medicine, January 19, 2016.

116. "Pathology of cardiac transplantation: adults and children," Department of Pathology, Children's Hospital of Los Angeles, Pathology Grand Rounds, May 9, 2016.

117. “Transplant Vasculopathy,” American Heart Association Scientific Session, November 12, 2017.

118. “Pathology of Ischemia Reperfusion Injury,” University of Indiana Krannert Research Institute, 2023 Inaugural Krannert Biennial, May 12, 2023.

## PUBLICATIONS

**Research Papers:**

1. **FISHBEIN,M.C.**,STATE,D.,HIROSE,F.,AND CASTAGNA,J.: Capillary leak syndrome with massive intestinal edema following appendectomy. Am. J. Surg. 127:740-744, June 1974.

2. ROSENGART,R.,**FISHBEIN,M.C.**,AND EMMANOUILIDES,G.C.: Progressive pulmonary vascular disease following surgical correction (Mustard) of transposition of the great arteries with intact ventricular septum. A case report. Am. J. Cardiol. 35:107-111, January, 1975.

3. **FISHBEIN,M.C.**,ROBERTS,W.C.,GOLDEN,A.,AND HUFNAGEL,C.A.: Cardiac pathology after aortic valve replacement using Hufnagel trileaflet prostheses: A study of 20 necropsy patients. Am. Heart J. 89:443-448, April, 1975.

4. ROBERTS,W.C.,**FISHBEIN,M.C.**,AND GOLDEN,A.: Cardiac pathology after valve replacement using disc prostheses: A study of 61 necropsy patients. Am. J. Cardiol. 35:740-760, May, 1975.

5. **FISHBEIN,M.C.**,OBMA,R.,AND ROBERTS,W.C.: The unruptured sinus of Valsalva aneurysm. Amer. J. Cardiol. 35:918-922, June, 1975.

6. **FISHBEIN,M.C.**,FERRANS,V.J.,AND ROBERTS,W.C.: Endocardial papillary elastofibroma: Histology, histochemistry, and electron microscopy. Arch. Pathol. 99:335-341, June, 1975.

7. **FISHBEIN, M.C.**, ROBERTS, W.C.: Late post-operative anatomic observations after insertion of Hufnagel caged-ball prostheses in descending thoracic aorta. Chest 68:6-11, July, 1975.

8. MCQUOWN, D.S., **FISHBEIN, M.C.,** MORAN, E.T., HOFFMAN, R.B.: Abdominal cystic lymphangiomatosis. J. Clin. Ultrasound 3:291, December, 1975.

9. MCQUOWN, D.S., EMMANOUILIDES, G.,THANOPOULOS,B.,SIASSI,B.,AND **FISHBEIN,M.C.**: Agenesis of ductus arteriosus associated with the syndrome of tetralogy of Fallot and absent pulmonary valve. Report of four cases. Am. J. Cardiol. 37:403409, March, 1976.

10. MACLEAN,D.,**FISHBEIN,M.C.**,MAROKO,P.R.,AND BRAUNWALD,E.: Hyaluronidase induced reductions in myocardial infarct size. Science 194:199-200, October, 1976.

11. HILLIS,L.D.,ASKENAZI,J.,BRAUNWALD,E.,RADVANY,P.,MULLER,J.E.,**FISHBEIN, M.C.,** MAROKO, P.R.: Use of changes in the epicardial QRS complex to assess interventions which modify the extent of myocardial necrosis following coronary artery occlusion. Circulation 54:491-598, October, 1976.

12. **FISHBEIN,M.C.**,TANK.S.,BEAZELL,J.W.,SCHULMAN,J.H.,HIROSE,F.M.,CRILEY,J.M.: Cardiac pathology of transvenous pacemakers in dogs. Am. Heart J. 93:7381, January, 1977.

13. **FISHBEIN,M.C.**,FERRANS,V.J.,ROBERTS,W.C.: Histologic and ultrastructural features of primary and secondary endocardial fibroelastosis. Arch.Pathol.Lab.Med.101:49-54, January, 1977.

14. DAVIDSON,K.H.,PARISI,A.F.,HARRINGTON,J.J.,BARSAMIAN,E.M.,**FISHBEIN,M.C.**, Pseudoaneurysm of the left ventricle: an unusual echocardiographic presentation. Review of the literature. Ann.Intern. Med. 86:430-433, April, 1977.

15. KLONER,R.A.,**FISHBEIN,M.C.**,COTRAN,R.S.,BRAUNWALD,E.,MAROKO,P.R.: The effect of propranolol on microvascular injury in acute myocardial ischemia. Circulation 55:872-880, June, 1977.

16. KLONER,R.A.,**FISHBEIN,M.C.**,MACLEAN,D.,BRAUNWALD,E.,MAROKO,P.R.: Effect of hyaluronidase during the early phase of acute myocardial ischemia: an ultrastructural and morphometric analysis. Am.J.Cardiol. 40:43-49, July, 1977.

17. HILLIS,L.D.,**FISHBEIN,M.C.**,BRAUNWALD,E.,MAROKO,P.R., The influence of the time interval between coronary artery occlusion and the administration of hyaluronidase on salvage of ischemic myocardium in dogs. Circ. Res. 41:2631, July, 1977.

18. **FISHBEIN,M.C.**,GISSEN,S.A.,COLLINS,J.J.JR.,BARSAMIAN,E.M.,COHN,L.H.: Pathologic findings after cardiac valve replacement with glutaraldehyde-fixed porcine valves. Am.J.Cardiol. 40:331-337, September, 1977.

19. DIAZ,P.E.,**FISHBEIN,M.C.**,DAVIS,M.A.,ASKENAZI,J.,MAROKO,P.R.:Effect of the kallikrein .inhibitor aprotinin on myocardial ischemic injury following coronary artery occlusion in the dog. Am.J.Cardiol. 40:541-549, October, 1977.

20. **FISHBEIN,M.C.**: Small vessel disease of the heart. When does it cause dysfunction? Prim.Cardiol. 3:10-13, November, 1977.

21. KLONER,R.A.,**FISHBEIN,M.C.**,LEW,H.,MAROKO,P.R.,BRAUNWALD,E:Mummification of the infarcted myocardium by high dose corticosteroids. Circulation 57:56-63, January, 1978.

22. **FISHBEIN,M.C.**,MACLEAN,D.,MAROKO,P.R.: Experimental myocardial infarction in the rat: qualitative and quantitative changes during pathologic evolution. Am.J.Pathol. 90:57-70, January, 1978.

23. MACLEAN,D.,**FISHBEIN,M.C.**,BRAUNWALD,E.,MAROKO,P.R.: Long-term preservation of ischemic myocardium after experimental coronary artery occlusion. J.Clin.Invest. 61:541-551, March, 1978.

24. MAROKO,P.R.,CARPENTER,C.B.,CHIARIELLO,M.,**FISHBEIN,M.C.**,RADVANY,P., KNOSTMAN, J.D., HALE, S.L.: Reduction by cobra venom of myocardial necrosis following coronary artery occlusion. J.Clin.Invest. 61:661-670, March, 1978.

25. JASKI,B.C.,GOETZL,E.I.,SAID,J.W.,**FISHBEIN,M.C.**: Endomyocardial disease and eosinophilia: a case report. Circulation 57:824-827, April, 1978.

26. MCELROY,C.L.,GISSEN,S.A.,**FISHBEIN,M.C.**: Exercise-induced reduction in myocardial infarct size after coronary artery occlusion in the rat. Circulation 57:958-962, May, 1978.

27. KLONER,R.A.,**FISHBEIN,M.C.**,MAROKO,P.R.,BRAUNWALD,E.: The effect of propranolol on the ultrastructure of the myocardium following an experimental coronary artery occlusion. Am.J.Cardiol. 41:880-886, May, 1978.

28. HESSEL,S.J.,ADAMS,D.F.,JUDY,P.F.,**FISHBEIN,M.C.**,ABRAMS,H.L.:Detection of myocardial ischemia in vitro by computed tomography. Radiology 127:413418, May, 1978.

29. **FISHBEIN,M.C.**,MACLEAN,D.,MAROKO,P.R.: The histopathologic evolution of myocardial infarction. Chest 73:843-849, June 1978.

30. WYNNE,J.,**FISHBEIN,M.C.**,HOLMAN,B.L.,ALBERT,J.S.: Radionuclide scintigraphy in the evaluation of ventricular septal defect complicating acute myocardial infarction. Cath. & Cardiovasc. Diag. 4:189-197, 1978.

31. HEYNDRICKX,G.R.,BAIG,H.,NELLENS,P.,LEUSEN,I.,**FISHBEIN,M.C.**,VATNER,S.F.: Prolonged depression of regional blood flow and wall thickening after brief coronary occlusions. Am.J.Physiol. 234:H 653-659, June, 1978.

32. BAUMSTARK,A.E.,LEVIN,D.C.,**FISHBEIN,M.C.**: Experimental myocardial infarction with normal coronary arteries. Angiographic resolution of coronary arterial emboli. Radiology 128:31-35, July, 1978.

33. PFEFFER,M.C.,FERRELL,B.A.,PFEFFER,J.M.,WEISS,A.K.,**FISHBEIN,M.C.**,FROHLICH, E.D: Ventricular morphology and pumping ability of exercised spontaneously hypertensive rats. Am.J. Physiol. 235:H193-H199, August, 1978.

34. MYOJIN,K.,MEE,R.,**FISHBEIN,M.C.**,ELDRIDGE,R.,COHN,L.H.: Long-term effects of hyperkalemic cardioplegia and local cardiac hypothermia on gross and microscopic structure of the left ventricle. Surg.Forum 29:267-269, 1978.

35. KLONER, R.A., **FISHBEIN, M.C**.,HARE,C.M.,MAROKO,P.R.: Early ischemic ultrastructural and histochemical alterations in the myocardium of the rat following coronary artery occlusion. Exp. Mole. Pathol. 30:129-143, April, 1979.

36. PFEFFER,M.A., PFEFFER, J.M., **FISHBEIN,M.C.**, FLETCHER,P.J., SPADARO,J., KLONER, .A., BRAUNWALD, E.: Myocardial infarct size and ventricular function in rats. Circ. Res. 44:503-512, April, 1979.

37. BING,O.H.L.,**FISHBEIN,M.C.**: Mechanical and structural correlates of metabolic blockade-induced contracture in cardiac muscle from the rat. Circ. Res. 45:298-308, August, 1979.

38. BERNHARD,W.F.,BERGER,R.L.,STETZ,J.,CARR,J.,COLO,N.,MCCORMICK,J.,**FISHBEIN, M.C.:** Temporary left ventricular bypass: Factors affecting patient survival. Circulation 60 (Supp 1):131-141, August, 1979.

39. MURRAY,P.A.,BAIG,H.,**FISHBEIN,M.C.**,VATNER,S.F.: Effect of experimental right ventricular hypertrophy on myocardial blood flow in conscious dogs. J. Clin. Invest. 64:421-427, August, 1979.

40. PFEFFER, J.M.,PFEFFER,M.A.,**FISHBEIN,M.C.**,FROHLICH,E.D.: Cardiac function and morphology with aging in the spontaneously hypertensive rat. Am. J. Physiol. 237:H461-468, October, 1979.

41. **FISHBEIN,M.C.**,HARE,C.A.,GISSEN,S.A.,SPADARO,J.,MACLEAN,D.,MAROKO,P.R.: Identification and quantification of histochemical border zones during the evolution of myocardial infarction in the rat. Cardiovasc. Res. 19:41-49, January, 1980.

42. SPADARO, J.,**FISHBEIN,M.C.**,HARE,C.,PFEFFER,M.A.,MAROKO,P.R.:Characterization of myocardial infarct in the rat. Arch. Pathol. 104:179-183, April, 1980.

43. BERNHARD,W.F., COLO, N.A., WESOLOWSKI,J.S., SZYCHER,M., **FISHBEIN,M.C.**, PARKMAN, R., FRANZBLAU, C.C., HAUDENSCHILD, C.C.: Development of collagenous linings on impermeable prosthetic surfaces. J. Thorac. Cardiovasc. Surg. 79:552-564.

44. **FISHBEIN,M.C.**,RIT,J.,LANDO,U.,KANMATSUSE,K.,MERCIER,C.,GANZ,W.: The relationship of vascular injury and myocardial hemorrhage to necrosis after reperfusion. Circulation 62:1274-1279, December, 1980.

45. RIPPE,J.,**FISHBEIN,M.C.**,CARABELLO,B.,ANGOFF,G.,SLOSS,L.,COLLINS,J.S.,JR., ALPERT,J.:Primary myxomatous degeneration of cardiac valves: A clinical, pathologic, hemodynamic, and echocardiograph profile. Brit. Heart J. 44:621-627, December, 1980.

46. GANZ,W.,BUCHBINDER,N.,MARCUS,H.,MONDKAR,A.,MADDAHI,J.,CHARUZI,Y., O'CONNOR, L., SHELL, W., **FISHBEIN, M.C.,** KASS,R.,MIYAMOTO,A.,SWAN,H.J.C., Intracoronary thrombolysis in evolving myocardial infarction. Am. Heart J. 101:4-13, January 1981.

47. **FISHBEIN,M.C.**,MEERBAUM,S.,RIT,J.,LANDO,U.,KANMATSUSE,K.,MERCIER,J.C., CORDAY, E., GANZ, W.: Early phase myocardial infarct size quantification: Validation of the triphenyl tetrazolium chloride staining technique. Am Heart J. 101:593-600, May, 1981.

48. MADDAHI,J.,GANZ,W.,NINOMIYA,K.,HASHIDA,J.,**FISHBEIN,M.C.**,MONDKAR,A., BUCHBINDER, N.,S HAH,P. K., SWAN,H.J.C.,BERMAN,D.S.:Myocardial salvage by intracoronary thrombolysis in evolving myocardial infarction: Evaluation using intracoronary injection of Thallium-201. Am. Heart J. 102:664-674, October, 1981.

49. GANZ,W.,NINOMIYA,L.,HASHIDA,J.,**FISHBEIN,M.C.**,BUCHBINDER,W.,MARCUS,H., MONDKAR, A., MADDAHI, J., SHAH,P.K.,BERMAN,D.,CHARUZI,Y.,GEFT,I.,SHELL,W., SWAN,H.J.C.: Intracoronary thrombolysis in acute myocardial infarction: Experimental background and clinical experience. Am. Heart J. 102:1145-1149, December, 1981.

50. WALTS,A.E.,**FISHBEIN,M.C.**,SUSTAITA,H.,MATLOFF,J.M.: Ruptured atheromatous plaques in saphenous vein-coronary artery bypass grafts: A mechanism of acute, thrombotic, late graft occlusion. Circulation 65:197-201, January, 1982.

51. PODELL,T.E.,WALLACE,D.J.,**FISHBEIN,M.C.**,BRANSFORD,K.,KLINENBERG,J.R.,LEVIN, S.: Severe giant cell valvulitis in a patient with Reiter's syndrome. Arth. Rheum 25:232-234, February, 1982.

52. **FISHBEIN,M.C.**,LEVY,R.L.,FERRANS,V.J.,DEARDEN,A.P.,CARPENTIER,A: Calcification of cardiac valve bioprostheses: Biochemical, histological, and ultrastructural observations in a subcutaneous implantation model system. J Thor. Cardiovasc. Surg. 83:602-609, April, 1982.

53. WEISS,J.,SHARK.,**FISHBEIN,M.C.**KAPLAN,L..,PETER.,T., KLINENBERG, J.R., MANDEL,W.: The use of endomyocardial biopsy in a serious cardiac abnormality associated with polymyositis: A case report. J. Rheum. 9:299-302, April, 1982.

54. PFEFFER,J.M.,PFEFFER,M.S.,FLETCHER,P.,**FISHBEIN,M.C.**,BAUNWALD,E.: Favorable effects of therapy on cardiac performance, and morphology in spontaneously hypertensive rats. Am. J. Physiol 242:H 776-784, May, 1982.

55. MEERBAUM,S.,HAENDCHEN,R.V.,CORDAY,E.,POVZHITKOV,M.,**FISHBEIN,M.C.**,RIT,J., LAND, T.W., UCHIYAMA, T., ASOSAKI,N.,BROFFMANN,J: Hypothermic coronary venous phased retroperfusion: A closed chest treatment of acute regional myocardial ischemia. Circulation. 65:1435-1445, June, 1982.

56. MERCIER,J.C.,LANDO,U.,KANMATSUSE,L.,NINOMIYA,K.,MEERBAUM,S.,**FISHBEIN, M.C.,** SWAN, H.J.C., GANZ, W.: Divergent effects of inotropic stimulation on the ischemic and the severely depressed reperfused myocardium. Circulation 66:397-400, August, 1982.

57. GEFT,I.,**FISHBEIN,M.C.**,NINOMIYA,K.,HASHIDA,J.,CHAUX,E.,YANO,J.,RIT,J., GENOV, T.,SHELL, W.., GANZ, W.: Intermittent brief periods of ischemia have a cumulative effect and may cause myocardial necrosis. Circulation 66:1150-1153, December, 1982.

58. SIEGEL,R.J.,**FISHBEIN,M.C.**,: Evaluation of fluorescence microscopy for the identification of necrotic myocardium. Hum Pathol 13:1091-1094, December, 1982.

59. HAENDCHEN,R.V.,CORDAY,E.,MEERBAUM,S.,POVZHITKOV,M.,RIT,J.,**FISHBEIN,M.C.**: Prevention of ischemic injury and early reperfusion derangements by hypothermic retroperfusion. J. Am. Col. Cardiol. 1:1067-80, April, 1983.

60. RUBIN,S.A.,**FISHBEIN,M.C.**,SWAN,H.J.C.: Compensatory hypertrophy in the heart following myocardial infarction in the rat. J. Am. Col. Cardiol. 1:1435-1441, June, 1983.

61. BLOCK,M.I.,SAID,J.W.,SIEGEL,R.J.,**FISHBEIN,M.C.**: Myocardial myoglobin following coronary artery occlusion: An immunohistochemical study. Am. J. Pathol. 111:374-379, June, 1983.

62. SHIMOURA,K.,MEERBAUM,S.,SAKAMAKI,T.,KONDO,S.,**FISHBEIN,M.C.**,YRIT, J.,TEI, C.,SHAH, M., CORDAY,E.: Relation between functional response to nitroglycerin and extent of myocardial necrosis in dogs: mapping of the left ventricle by dimensional echocardiography. Am. J. Cardiol. 52:177-188, July, 1983.

63. SAKAMAKI,T.,CORDAY,E.,MEERBAUM,S.,TORRES,M.A.R.,**FISHBEIN,M.C.**,RIT,J., AOSAKI,N.: Relationship between myocardial injury and postextrasystolic potentiation of regional function measured by two-dimensional echocardiography. J. Am. Col. Cardiol 2:52-62, July, 1983.

64. TEN CATE,F.J.,FEINSTEIN,S.,ZWEHL,W.,MEERBAUM,S.,**FISHBEIN,M.C.**,SHAH,P.M., CORDAY,E.: Two-dimensional contrast echocardiography. II. Transpulmonary studies. J. Am. Col. Cardiol 3:21-27, January, 1984.

65. SAKAMAKI,T.,CHUWA,T.,MEERBAUM,S.,SHIMOURA,K.,KONDO,S.,**FISHBEIN,M.C.**,YRIT, J., SHAH, P.M., CORDAY,E.: Verification of myocardial contrast two-dimensional echocardiographic assessment of perfusion defects in ischemic myocardium. J. Am. Col. Cardiol. 3:34-38, January, 1984.

66. SIEGEL,R.J.,SAID,J.W.,SHELL,W.E.,CORSON,G.,**FISHBEIN,M.C.**: Identification and localization of creatine kinase B and M in normal, ischemic and necrotic myocardium. An immunohistochemical study. J. Mole. Cell. Cardiol. 16:95-103, January, 1984.

67. HERSCHER,L.L.,SIEGEL,R.J.,SAID,J.W.,EDWALDS,G.M.,MORGAN,M.M.,**FISHBEIN, M.C.:** Distribution of LDH-1 in normal, ischemic and necrotic myocardium: An immunoperoxidase study. Am. J. Clin. Pathol. 81:198-203, February, 1984.

68. POVZHITKOV,M.,HAENDCHEN,R.V.,MEERBAUM,S.,**FISHBEIN,M.C.**,SHELL,W.,CORDAY,E.: Prostaglandin E1 coronary venous retroperfusion in acute myocardial ischemia: Effects on regional left ventricular function and infarct size. J. Am. Coll. Cardiol. 3:939-947, April, 1984.

69. GEFT,I.L.,**FISHBEIN,M.C.**,HASHIDA,J.,NINOMIYA,K ,NISHIZAWA,S.,HAENDCHEN, R., VENKATESH, N.,Y-RIT, J., YANO, J., GANZ,W.C.:Does late coronary artery reperfusion, after myocardial necrosis is complete, have beneficial or detrimental effects? Am. Heart J. 107:623-629, April, 1984.

70. HAENDCHEN,R.V.,CORDAY,E.,TORRES,M.,MAURER,G.,**FISHBEIN,M.C.**,MEERBAUM,S.: Increased regional end-diastolic wall thickness early after reperfusion: A sign of irreversibly damaged myocardium J. Am. Coll. Cardiol. 3:1444-53, June, 1984.

71. SIEGEL,R.J.,SHAH,P.K.,**FISHBEIN,M.C.**: Idiopathic restrictive cardiomyopathy. A clinocopathological study of six cases. Circulation 70:165-169, August, 1984.

72. LEW, A.S.,WEISS,A.T.,SHAH,P.K.,**FISHBEIN,M.C.**,MADDAHI,J.,BERMAN,D.S.: Extensive myocardial salvage and reversal of cardiogenic shock following reperfusion of the left main coronary artery by intravenous streptokinase Am. J. Cardiol. 54:450-451, August, 1984.

73. EDWALDS, G.M.,SAID,J.W.,BLOCK,M.I.,HERSCHER,L.L.,SIEGEL,R.J.,**FISHBEIN, M.C.:** Myocytolysis (Vacuolar Degeneration) of myocardium: Immunohistochemical evidence of viability. Hum. Pathol. 15:753-756, August, 1984.

74. SIEGEL,R.J.,EDWALDS,G.,REJ,R.,**FISHBEIN,M.C.**: Distribution of cytosolic and mitochondrial spartate aminotransferase in normal, ischemic and necrotic myocardium: An immunohistochemical study. Lab. Invest. 51:648-654, December, 1984.

75. HAROLD, J.G.,SIEGEL,R.J.,EDWALDS,G.M.,SATOH,P.,**FISHBEIN,M.C.**: Immunohistochemical localization of 6-keto PGFl-alpha in canine coronary vasculature. Prostaglandins 29:19-23, January, 1985.

76. SIEGEL,R.J.,**FISHBEIN,M.C.**,SAID,J.W.,TOKES,Z.A.,SHELL,W.E.:Localizatin of Alpha 1 acid glycoproteins in human myocardium. Lab. Invest. 52:107-112, January, 1985**.**

77. ALLEN,W.M.,MATLOFF,J.M.,**FISHBEIN,M.C.**: Myxoid degeneration of the aortic valve and isolated severe aortic regurgitation. Am. J. Cardiol. 55:439-444, February, 1985.

78. SIEGEL,R.J.,SWAN,K.,EDWALDS,G.,**FISHBEIN,M.C.**: Limitations of postmortem assessment of human coronary arterial size and luminal narrowing: Differential effects of tissue fixation and processing of vessels with different degrees of atherosclerosis. J Am Coll Cardiol 5:342-346, 1985.

79. SUGI,S.,KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**,McMULLEN,A.,SATO,Y.,GANZ,W., MANDEL, W.J., PETER, T: Spontaneous ventricular tachycardia associated with isolated right ventricular infarction, one day after coronary artery occlusion in the dog. Studies on the site of origin and mechanism. Am. Heart J. 109:232-244, February, 1985.

80. GRUNDFEST, W.S., LITVACK, F., MORGENSTERN, L., **FISHBEIN, M.C**., GOLDENBERG, T., FORRESTER, J.S.: Laser ablation of human atherosclerotic plaque without adjacent tissue injury. J Am Coll Cardiol. 5:929-933, April, 1985

81. SIEGEL, R.J., SHAH, P.K., **FISHBEIN, M.C.:** Restrictive cardiomyopathy of unknown cause. Cardiol Board Rev 2:51-60, 1985.

82. SHELLOCK,F.G.,RIEDINGER,M.S.,**FISHBEIN,M.C.**,SHAH,P.K.:Prevalence of brown adipose tissue in chronic congestive heart failure secondary to coronary heart disease. Am. J. Cardiol. 56:197-198, July 1985.

83. DRURY,J.K., YAMAZAKI,S, **FISHBEIN, M.C**., MEEBAUM, S., CORDAY, E.: Synchronized coronary venous retroperfusion: Results of a pre-clinical safety and efficacy study. J. Am. Coll. Cardiol. 6:328-335, August 1985.

84. GRUNDFEST,W.S.,LITVACK,F.,GOLDENBERG,T.,SHERMAN,T.,MORGENSTERN,L., CARROLL, R., **FISHBEIN, M.C.,** FORRESTER, J.,MARGITAN,J.,MCDERMID, S., PACALA, T., J., RIDER , D.M., LAUDENSLAGER, J.,: Pulsed ultraviolet lasers and the potential for safe laser angioplasty. Am. J. Surg. 150:220-226, August 1985.

85. GILBERT,P.L.,SIEGEL,R.J.,MELMED,S.,SHERMAN,C.T.,**FISHBEIN,M.C.**: Cardiac morphology in rats with growth hormone-producing tumors. J. Mole. Cell. Cardiol. 17:805-811, August 1985.

86. LITVACK,F.,GRUNDFEST,W.S.,FORRESTER,J.S.,**FISHBEIN,M.C.**,SWAN,H.J.C., CORDAY, E., RIDER, D.M., MCDERMID,I.S., PACALA, T.J.,LAUDENSLAGER,J.B.: Effects of hematoporphyrin derivative and photodynamic therapy on atherosclerotic rabbits. Am. J. Cardiol. 56:667-671, October 1985.

87. MORAN,M.M.,SIEGEL,R.J.,SAID,J.W.,**FISHBEIN,M.C.**: Demonstration of myoglobin and CK-M in myocardium: Comparison of 5 fixation methods and 3 immunohistochemical techniques. J. Histochem. Cytochem. 33:1110-1115, November, 1985.

88. HAENDCHEN, R.V., ONG,K., **FISHBEIN,M.C.**,ZWEHL,W.,MEERBAUM,S.,CORDAY,E.: Early differentiation of infarcted and noninfarcted reperfused myocardium in dogs by quantitative analysis of regional myocardial echo amplitudes. Circ. Res. 57:718-728, November 1985.

89. **FISHBEIN, M.C.,** KULBER,D.,STANCL,M.,EDWALDS,G.: Distribution of fibrinogen and albumin in normal, ischemic and necrotic myocardium during the evolution of myocardial infarction. An

immunohistochemical study. Cardiovasc. Res. 20:36-41, January 1986.

90. KARAGUEUZIAN,H.S.,OHTA,M.,DRURY,J.K.,**FISHBEIN,M.C.**,MEERBAUM,S.,CORDAY, E., MANDEL, W.J., PETER, T.: Coronary venous retroinfusion of Procainamide. A new approach for the management of sustained ventricular tachycardia during chronic myocardial infarction. J. Am. Coll. Cardiol. 7:551-563, March, 1986.

91. SHELLOCK,F.G.,RIEDINGER,M.S.,**FISHBEIN,M.C.**: Brown adipose tissue in cancer patients. Possible cause of cancer-induced cachexia. J Cancer Res. Clin. Oncol. 111:82-85, March 1986.

92. KARAGUEUZIAN,H.S.,SUGI,K.,OHTA,M.,**FISHBEIN,M.C.**,MANDEL,W.J.,PETER,T.: Inducible sustained ventricular tachycardia and ventricular fibrillation in conscious dogs with isolated right ventricular infarction. Relation to infarct structure. J. Am. Coll. Cardiol. 7:850-858, April 1986.

93. LITTLE,D.,SAID,J.W.,SIEGEL,.R.J., FEALY,M.,**FISHBEIN,M.C.**: Endothelial cell markers in vascular neoplasms. An immunohistochemical study comparing factor VIII- related antigen, blood group specific antigens, 6-Keto-PGF1 alpha, and Ulex Europaeus 1 lectin. J. Pathol. 149:89-95, June, 1986.

94. RUBIN,S.A.,**FISHBEIN,M.C.**,SWAN,H.J.C.: Effect of age on hypertrophy of the rat heart following infarction. Basic Res Cardiol 81:602-610, November, 1986.

95. SCHILLER,V.L.,**FISHBEIN,M.C.**,SIEGEL,R.J.:Unusual cardiac involvement in carcinoid syndrome. Am. Heart. J. 112:1322-1323, December, 1986.

96. LOPEZ,J.A.,**FISHBEIN,M.C.**,SIEGEL,R.J.: Echocardiographic features of nonbacterial thrombotic endocarditis: Am. J. Cardiol. 59:478-480, February, 1987.

97. SCHWAIGER,M., **FISHBEIN,M.C.**,BLOCK,M.,SELVIN,C.,PHELPS,M.E.,SCHELBERT,H.R.: Metabolic and ultrastructural abnormalities during ischemia in canine myocardium: Noninvasive assessment by positron emission tomography. J. Mole. Cell. Cardiol. 19:259-270, March, 1987.

98. LOPEZ, J.A., ROSS, R.S., **FISHBEIN, M.C.:** Nonbacterial thrombotic endocarditis: A review. Am. Heart J. 113:773-784, March, 1987.

99. CHANG,B.,DRURY,J.K.,MEERBAUM,S.,**FISHBEIN,M.C.**,CORDAY,E.: Enhanced myocardial washout and retrograde blood delivery with synchronized coronary venous retroperfusion. J. Am. Coll. Cardiol. 9:1091-1098, May, 1987.

100. SIEGEL,R.J.,VILLA,L.C.,**FISHBEIN,M.C.**: Immunohistochemical localization of 6-keto-PGF-l-alpha and PGE-2 in the human umbilical cord before and after labor. Lab. Invest. 56:550-553, May, 1987.

101. SIEGEL,R.J.,FEALY,M.,EDWALDS,G.,KARAGUEUZIAN,H.,**FISHBEIN,M.C.**, Immunohistochemical localization of procainamide in canine myocardium during acute experimental myocardial infarction. Am. Heart J. 113: 1383-1389, June, 1987.

102. NALOS,P.C.,GANG,E.S.,**FISHBEIN,M.C.**,KASS,R.M.,MANDEL,W.J.,PETER,T.: Adult respiratory distress syndrome in patients undergoing cardiothoracic surgery with previous amiodarone pulmonary toxicity. J. Thor. Cardiovasc. Surg. 93:904-912, June, 1987.

103. SIEGEL,R.J.,**FISHBEIN,M.C.**: Detection of endocardial calcium in endomyocardial fibrosis by computed tomography. Am. J. Cardiol. 60:420, August, 1987.

104. SUGI,K.,KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**,MANDEL,W.J.,PETER,T.: Cellular electrophysiological characteristics of surviving subendocardial fibers in chronically infarcted right ventricular myocardium susceptible to inducible sustained ventricular tachycardia. Am. Heart J. 114:559-569, September, 1987.

105. CARTER,R.S., SIEGEL,R.J.,CHAI,A.U.,**FISHBEIN,M.C.**: Immunohistochemical localization of apolipoproteins A-1 and B in human carotid arteries. J. Pathol. 153:31-36, September, 1987.

106. WALTS,A.E.,**FISHBEIN,M.C.**,MATLOFF,J.M.: Thrombosed, ruptured atheromatous plaques in saphenous vein coronary artery bypass grafts-ten years experience. Am. Heart J. 114:718-723, October, 1987.

107. MEESMANN, M., KARAGUEUZIAN,H.S., INO, T., MCGRATH, M.F., **FISHBEIN,M.C.**, MANDEL, W.J., PETER, T.: Selective perfusion of ischemic myocardium during coronary venous retroinjection. A study of the causative role of venoarterial and venoventricular pressure gradients. J. Am. Coll. Cardiol. 10:887-897, October, 1987.

108. HAROLD,J.G.,SIEGEL,R.J.,FITZGERALD,G.A.,SATOH,P.,**FISHBEIN,M.C.**: Differential prostacyclin production by human umbilical vasculature. Arch. Pathol. Lab. Med. 112:43-46, January, 1988.

109. BING,O.H.L.,WIEGNER,A.W.,BROOKS,W.W.,**FISHBEIN,M.C.**,PFEFFER,J.M.: Papillary muscle structure-function relations in the aging spontaneously hypertensive rat. Clin. Exp. Hypertension 10:37-58, 1988.

110. **FISHBEIN,M.C.**,LEI,L-Q,RUBIN,S.A.: Effect of chronic propranolol administration on myocyte and ventricular geometry in rat hearts with and without infarction. Circulation 78:369-375, August, 1988

111. LEI,L-Q.,RUBIN,S.A.,**FISHBEIN,M.C.**: Cardiac architectural changes with hypertrophy induced by excess growth hormone in rats. Lab Invest 59: 357-362, September, 1988.

112. SIEGEL,R.J.,**FISHBEIN,M.C.**,FORRESTER,J.,MOORE,K.,DECASTRO,E., DAYKHOVSKY, L., DONMICHAEL, T.A.: Ultrasonic plaque ablation: A new method for recanalization of partially or totally occluded arteries. Circulation 78: 1443-1448, December, 1988.

113. SCHWAIGER,M.,NEESE,R.A.,ARAUJO,L.,WYNS,W.,WISNESKI,J.A., SOCHOR,H., SWANK, S., KULBER, D., SELIN,C., PHELPS,M.D.,SCHELBERT,H.R.,**FISHBEIN, M.C**.,GERTZ,E.W.: Sustained nonoxidative glucose utilization and depletion of glycogen in reperfused canine myocardium. J Am Coll Cardiol 13:745-754, March, 1989.

114. SIEGEL,R.J.,**FISHBEIN,M.C.**,SAID,J.W.,FEALY,M.,CHAI,A.,RUBIN, S.A.,MELMED,S.: Identification of growth hormone at the myocardial cell surface. Am J Cardiovasc Pathol 2:345-350, April, 1989.

115. SIEGEL,R.J.,ARIANI,M.,FORRESTER,J.S.,HASHEMI,Z.,DECASTRO, E., DONMICHAEL, T.A., **FISHBEIN, M.C.:** Cardiovascular applications of therapeutic ultrasound. J Invasive Cardiol 1:219 - 229, July, 1989.

116. HATORI,N.,MIYAZAKI,A.,TAPOKORO,H.,RYDEN,L.,J.K.,MOLL,J., AJAGOPALAN, R.,E., **FISHBEIN, M.C.,** MEERBAUM, S.,CORDAY,E.,DRURY,J.K.: Beneficial effects of coronary venous retroinfusion of superoxide dismutase and catalase on reperfusion arrhythmias, myocardial function and infarct size in dogs. J Cardiovasc Pharm 14:396-404, September, 1989.

117. HAENDCHEN,R.V.,**FISHBEIN,M.C.**,MEERBAUM,S.,CORDAY,E.: Sequential noninvasive assessment of left ventricular size, regional wall thickness and function during 3 hours of coronary artery occlusion and reperfusion: differential effects of reflow in dogs with small vs. large areas at risk. Braz J Med Biol Res 22: 1195-1217, October, 1989.

118. KANAMATSU, K.,WATANABE,I.,CERCEK,B.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Selective decrease in lysis of old thrombi after rapid administration of tissue type plasminogen activator. J Am Coll Cardiol 14:1359-64, November, 1989.

119. BARATH,P.,**FISHBEIN,M.C.**,CAO,J.,BERENSON,J.,HELFANT,R.H., FORRESTER,J.: Detection and localization of tumor necrosis factor in human atheroma. Am J Cardiol 65:297-302, January 1990.

120. SIEGEL,R.J.,DONMICHAEL,T.A.,**FISHBEIN,M.C.**,BOOKSTEIN,J.,ADLER,L., REINSVOLD,T., DECASTRO, E., FORRESTER,J.S.: In vivo ultrasound recanalization of atherosclerotic total occlusions. J Am Coll Cardiol 15:345-351, February 1990.

121. BRAND,E.,CHOI,H.,KARALIS,K.,PAPAIOANNOU,T.,**FISHBEIN,M.C.**, BRAUNSTEIN, G.,WADE, M.E., LAGASSE, L.D., GRUNFEST,W.S.: Photodynamic therapy of choriocarcinoma transplanted to the hamster cheek pouch. 1. Intraperitoneal photosensitization. Gynecol Oncol 36:200-206, April 1990.

122. SIEGEL,R.J.,BESSEN,M.,CHAE,J-S,POTKIN,B.,COLL,G.,**FISHBEIN,M.C.**, HELFANT,R.H.: Intravascular ultrasound cross-sectional arterial imaging. Echocardiography 7:181-192, May 1990.

123. CERCEK,B.,**FISHBEIN,M.C.**,FORRESTER,J.S.,HELFANT,R.H.,FAGIN, J.A.: Induction of insulin-like growth factor-1 messenger RNA in rat aorta after balloon denudation. Circ Res 66:1755, June 1990.

124. RUBIN,S.A.,BUTTRICK,P.,MALHOTRA,A.,MELMED,S.,**FISHBEIN,M.C.**: Cardiac physiology, biochemistry and morphology in response to excess growth hormone in the rat. J Mole Cell Cardiol 22: 429-438, 1990.

125. SIEGEL,R.J.,**FISHBEIN,M.C.**,CHAE,J-S,HELFANT,R.H.,HICKEY,A., FORRESTER,J.: Comparative studies of angioscopy and ultrasound for the evaluation of arterial disease. Echocardiography 7: 495-502, July, 1990.

126. WOLFSON,D.J.,PEPKOWITZ,S H.,VAN DE VELDE,R.,**FISHBEIN,M.C.**: Primary endocardial fibroelastosis and hydrops fetal is in a premature infant. A case report and review of the literature. Am Heart J 120:708-711, September, 1990.

127. RUBIN,S.A.,**FISHBEIN,M.C.**: Effect of chemical sympathectomy on cardiac hypertrophy and hemodynamics following myocardial infarction in the rat. Am J Cardiovasc Pathol 3:45-53, 1990.

128. GOODMAN,L.C.,EPLING,S.,KELLY,S.,LEE,S.,**FISHBEIN,M.C.**: DNA flow cytometry of myocardial cell nuclei in paraffin embedded, human autopsy, cardiac tissue. Am J Cardiovasc Pathol 3: 55-59, 1990.

129. HONG.A.S.,CHAE,J-S.,DUBIN,S.B.,LEE,S.,**FISHBEIN,M.C.**,Siegel,R.J.: Ultrasonic clot disruption**:** An in vitro study. Am Heart J 120:418-422, August, 1990.

130. GANZ,W.,WATANABE,I.,KANAMASA,K.,YANO,J.,**FISHBEIN,M.C.**: Does reperfusion extend necrosis: A comparative study in a single area of myocardial ischemia, part reperfused, part not reperfused. Circulation 82:1020-1033, September, 1990.

131. BARATH,P.,**FISHBEIN,M.C.**,CAO,J.,BERENSON,J.,HELFANT,R.H., FORRESTER,J.S.: Tumor necrosis factor gene expression in muscle cells detected by in situ hybridization. Am J Pathol 137:503-509, September, 1990.

132. PAPAZOGLOU,T.G., PAPAIOANNOU,T., ARAKAWA,K., **FISHBEIN,M.C.**, MARMARELILS, V.Z., GRUNDFEST,W.S.: Control of excimer laser aided tissue ablation via laser-induced fluorescence Optics 29:4950-4955, November, 1990.

133. EBRAHIMI,S.,**FISHBEIN,M.C.**,KOBAYASHI,S.,RYDEN,L.,TADOKORO,H., DRURY,J.K.,CORDAY,E.: Overestimation of myocardial infarct size by histologic measurement in a model of occlusion followed by reperfusion. Arch Pathol Lab Med 114:1218-1222, 1990.

134. VARI,S.G.,SHI,W.Q.,VAN DER VEEN,M.J.,**FISHBEIN,M.C.**,MILLER,J.C., PAPAIOANNOU, T., GRUNDFEST, W.S.: Comparative study of excimer and erbium: YAG lasers for the ablation of structural components of the knee. SPIE Proc Laser Orth Dental Vet Med 1424:33-42, January, 1991.

135. VARI,S.G.,PAPAZOGLOU,T.G.,VAN DER VEEN,M.J.,**FISHBEIN,M.C.**,YOUNG,J., CHANDRA,M., PAPAIOANNOU,T.,BEEDER,C.,SHI,W.Q.,GRUNDFEST,W.S.: Intraoperative metastases detection by laser induced fluorescence spectroscopy (LIFS). SPIE Proc Laser Orth Dental Vet Med 1424: 111-120, January, 1991.

136. VARI,S.G.,PAPAZOGLOU,T.G.,VAN DER VEEN,M.J.,PAPAIONNOU,T.,**FISHBEIN,M.C.**, CHANDRA, M., BEEDER,C., SHI, W.Q., GRUNDFEST, W.S.: Detection of atheroma using Photofrin IIr and laser induced fluorescence spectroscopy. SPIE Proc Optical methods for tumor treatment and early diagnosis: mechanisms and techniques 1426:58-65, January, 1991.

137. BUCHELT,M.,PAPAIOANNOU,T.,**FISHBEIN,M.C.**,PETERS,W.,BEEDER,C.,GRUNDFEST, W.S.: Excimer laser ablation of fibrocartilage: An in vitro and in vivo study. Lasers Surg Med 11:271-279, March, 1991.

138. QIAO,J-H,**FISHBEIN,M.C.**: The severity of coronary atherosclerosis at sites of plaque rupture with occlusive thrombosis. J Am Coll Cardiol 17:1138-1142, April, 1991.

139. CZER.L.S.C.,**FISHBEIN,M.C.**,BLANCHE,C.,TRENTO, A : Accelerated rejection in cardiac transplantation. Transplantation Science 1:11-13, April, 1991.

140. SIEGEL, R.J., CUMBERLAND, D.C., CREW, J.R., DONMICHAEL, A., MYLER, R.K., ARIANI, M., PFLUEGER, R**., FISHBEIN, M.C.:** Emission tomography demonstrates that coronary sinus retroperfusion can restore regional myocardial perfusion and preserve metabolism. J Am Coll Cardiol 18:257-270, July, 1991.

141. SIEGEL, R.J., ARIANI, M., **FISHBEIN, M.C.,** CHAE, J-S., PARK, J.C., MAURER, G., FORRESTER, J.S.: Histopathologic validation of angioscopy and intravascular ultrasound. Circulation 84:109-117, July, 1991.

142. O'BYRNE, G.T., NIENABER, C.A., MIYAZAKI, A., ARAUJO, L**., FISHBEIN, M.C**., CORDAY, E., SCHELBERT, H.R.: Positron emission tomography demonstrates that coronary sinus retroperfusion can restore regional myocardial perfusion and preserve metabolism. J Am Coll Cardiol 18: 257-70, July 1991.

143. HATORI, N., TADOKORO, H., SATOMURA, K., MIYAZAKI, A., **FISHBEIN, M.C.,** RYDEN, L., CORDAY, E., DRURY, J.K: Beneficial effects of coronary venous retroinfusion but not left atrial administration of superoxide dismutase on myocardial necrosis in pigs. European Heart J 12: 442-450, 1991.

144. KAUL,S.,**FISHBEIN,M.C.**,SIEGEL,R.J.: Cardiac manifestations of AIDS. A 1991 update. Amer Heart J 122:535-544, August, 1991.

145. QIAO,J.H.,WALTS,A.E.,**FISHBEIN,M.C.**: The severity of atherosclerosis at sites of plaque rupture with occlusive thrombosis in saphenous vein coronary artery bypass grafts. Amer Heart J 122:995-998, October, 1991.

146. ARIANI,M.,**FISHBEIN,M.C.**,CHAE,J.S.,SADEGHI,H.,DONMICHAEL,T.A., DUBIN,S.B.,SIEGEL,R.J.: Dissolution of peripheral arterial thrombi by ultrasound. Circulation 84:1680-1688, October, 1991.

147. HATORI,N.,ROBERTS,R.L.,TADOKORO,H.,RYDEN,L.,SATOMURA,K.,**FISHBEIN, M.C.,** STIEHM, E.R., CORDAY, E., DRURY,J.K.: Differences in infarct size with lidocaine compared to bretylium

tosylate in acute myocardial ischemia and reperfusion in pigs. J Cardiovasc Pharm 18: 581-588, October, 1991.

148. BARATH,P., **FISHBEIN, M.C.,** VARI,S., FORRESTER,J.S.: Cutting balloon: A novel approach to percutaneous angioplasty. Am J Cardiol 68: 1249-1252, November, 1991.

149. ARAKAWA,K.,PAPAZOGLOU,T.;PAPAIOANNOU,T.,SHI,W.Q.,**FISHBEIN,M.C.**, LITVACK, F., FORRESTER, J.S., GRUNFEST,W.S.: XeC1 excimer laser-induced fluorescence for selective ablation of atheromatous tissue. J Circ J 55:1094-1105, November, 1991.

150. KHORSANDI,M.,FAGIN,J.A.,**FISHBEIN,M.C.**,FORRESTER,J.S.,CERCEK,B.: Effects of hypo-physectomy on vascular insulin-like growth factor-1 gene expression after balloon denudation in rats. Atherosclerosis 93: 115-122, 1992.

151. QIAO,J-H.,RUAN,X-M.,TRENTO,A.,CZER,L.S.C.,BLANCHE,C.,**FISHBEIN,M.C.**: Expression of cell adhesion molecules in human cardiac allograft rejection. J Heart Lung Transplant 11:920-925, September, 1992.

152. COY,K.M.,PARK,J.C.,**FISHBEIN,M.C.**,LAAS,T.,DIAMOND,G.A.,ADLER,L., MAURER, G., SIEGEL, R.J.: Three-dimensional intravascular ultrasound evaluation of arterial dissection following balloon angioplasty. J Am Coll Cardiol 20:692-700, September, 1992.

153. ZEYMER,U.,**FISHBEIN,M.C.**,FORRESTER,J.S.,CERCEK,B.: Proliferating cell nuclear antigen (PCNA) immunohistochemistry in rat aorta: an in vivo comparison to thymidine and bromodeoxyuridine labeling. Am J Pathol 141:685-690, September, 1992.

154. RUAN, X-M, QIAO, J-H.,TRENTO,A.,CZER,L.S.C., BLANCHE,C., **FISHBEIN, M.C.:** Cytokine expression and endothelial cell and lymphocyte activation in human cardiac allograft rejection: An immunohistochemical study of endomyocardial biopsies. J Heart Lung Transplant 11:1110-1116, November, 1992.

155. MODY,F.V.,BUXTON,D.B.,ARAUJO,L.I.,**FISHBEIN,M.C.**,SELIN,C.E., SCHELBERT, H.R., SCHWAIGER, M.: Blood flow dependent uptake of indium-111 monoclonal antimyosin antibody in canine acute myocardial infarction. J Amer Coll Cardiol 21:233-239, January, 1993.

156. TIXIER,D.,TUSO,P.,CZER,L.,YASUNAGA,C.,TYAN,D.,**FISHBEIN,M.C.**,ADMON,D., BARATH, P., BLANCHE, C.,CRAMER, D.V., MAKOWKA,L.,TRENTO,A.: Characterization of anti-endothelial cell and anti-heart antibodies following heart transplantation. Transplant Proc 25:931-934, 1993.

157. CHENG,G.C.,LOREE,H.M.,KAMM,R.D.,**FISHBEIN,M.C.**,LEE,R.T.: The distribution of circumferential stress in ruptured and stable atherosclerotic lesions: A structural analysis with histopathologic correlation. Circulation 87:1179-1187, April, 1993.

158. JORDON,S.C., CZER,L.,TOTYODA,M.,GALFAYAN,M.S.,DOAN,D.,**FISHBEIN,M.C.**, BLANCH, C., TRENTO, A.: Serum cytokine levels in heart allograft recipients: correlation with findings on endomyocardial biopsy. J Heart Lung Transplant 12:333-337, April, 1993.

159. QIAO,J.H.,CASTELLANI,L.W.,**FISHBEIN,M.C.**,LUSSIS,A.J.: Immune-complex mediated vasculitis increases coronary artery lipid accumulation in autoimmune-prone MRL mice. Arterioscler Throm 13:932-943, June,1993.

160. EIGLER,N.L.,KHORSANDI,M.,J.,FORRESTER,J.S.,**FISHBEIN,M.C.**,LITVACK,F.: Implantation and recovery of temporary metallic stents in coronary arteries. J Am Coll Cardiol 22:1207-1213, October, 1993.

161. SIEGEL,R.J.,CHAE,J-S.,MAURER,G.,BERLIN,M.,**FISHBEIN,M.C.**: Histopathologic correlation of the 3-layered intravascular ultrasound appearance of normal adult human muscular arteries. Am Heart J 126:872-878, October, 1993.

162. **FISHBEIN,M.C.**,SIEGEL,R.J.,THOMPSON,C.E.,HOPKINS,L.C.: Sudden death of a carrier of X-linked Emery-Dreifuss muscular dystrophy. Ann Intern Med 119:900-905, November, 1993.

163. QIAO,J-H.,WELCH,C.L.,XIE,P-Z.,**FISHBEIN,M.C.**,LUSIS,A.J.: Involvement of the tyrosinase gene in the deposition of cardiac lipofucsin in mice: Association with fatty streak development. J Clin Invest 92: 2386-2393, November, 1993.

164. SILVERMAN,J.M.,JULIEN,P.J.,ADLER,L.,**FISHBEIN,M.C.**: Use of laser energy to treat central pulmonary emboli: A preliminary report. Lasers Surg Med 13:553-558, November, 1993.

165. LEE,D-Y.,EIGLER,N.,**FISHBEIN,M.C.**,BHAMBI,B.,MAURER,G.,SIEGEL,R.J.: Identification of intracoronary thrombus and demonstration of thrombectomy by intravascular ultrasound imaging. Am J Cardiol 73: 522-523, March, 1994.

166. STEFFEN,W.,CUMBERLAND,D.,GAINES,P.,LUO,H.,NITA,H.,MAURER,G., **FISHBEIN, M.C.,** SIEGEL, R.J.: Catheter delivered, high intensity, low frequency ultrasound induces vasodilatation in vivo. Eur Heart J 15:369-76, March, 1994.

167. SIEGEL,R.J.,GUNN,J.,AHSAN,A.,**FISHBEIN,M.C.**,BOWES,R.J.,OAKLEY,D.,WALES, C., STEFFEN, W.,CAMPBELL, C.,NITA, H.,MILLS,T.,SILVERTON,P.,MYLER,R.K., CUMBERLAND,D.C.: Use of therapeutic ultrasound in percutaneous coronary angioplasty: Experimental in vitro studies and initial clinical experience. Circulation 89:1587-1592, April, 1994.

168. QIAO,J-H.,XIE,P-Z.,**FISHBEIN,M.C.**,KREUZER,J.,DRAKE,T.A.,DEMER,L.L., LUSIS,A.J.: Pathology of atheromatous lesions in inbred and genetically engineered mice: Genetic determination of arterial calcification. Arterioscler Throm 14:1480-1497, September, 1994.

169. STEFFEN,W.,**FISHBEIN,M.C.**,LUO,H.,LEE,D-Y.,NITA,H.,CUMBERLAND,D.C., TABAK, S.W., CARBONNE, M., MAURER, G., SIEGEL,R.J.: High intensity, low frequency catheter-delivered ultrasound dissolution of occlusive coronary artery thrombi: An in vitro and in vivo study. J Am Coll Cardiol 24:1571-1579, November, 1994.

170. LEE,R.T.,LOREE,H.M.,**FISHBEIN,M.C.**: High tensile stress regions in saphenous vein graft atherosclerotic lesions. J Am Coll Cardiol 24: 639-644, December, 1994.

171. **FISHBEIN,M.C.**,BELL,G.,LONES,M.A.,CZER,L.S.C.,MILLER,J,M.HARASTY,D., TRENTO,A.: Grade 2 cellular heart rejection - does it exist? J Heart Lung Transplant 13:1051-1057, November, 1994.

172. LONES,M.A.,CZER,L.S.C.,TRENTO,A.,HARASTY,D.,MILLER,J.,M.,**FISHBEIN,M.C.**: Clinical- pathologic features of humoral rejection in cardiac allografts: a study in 81 consecutive patients. J Heart Lung Transplant 14:151-162, Jan-Feb, 1995.

173. LUTHRINGER,D.J.,YAMASHITA, J.T.,CZER,L.S.C.,TRENTO,A.,**FISHBEIN,M.C.,:** The nature and significance of epicardial lymphoid infiltrates in cardiac allografts. J Heart Lung Transplant 14:537-543, May, 1995.

174. ZAHGER,D.,YANO,J.,CHAUX,A.,**FISHBEIN,M.C.**,GANZ,W.: Absence of lethal reperfusion injury following three hours of reperfusion. A study in a single canine heart model of ischemia-reperfusion. Circulation 91: 2989-2994, June, 1995.

175. BONOMETTI,C.,HWANG,C.,HOUGH,D.,LEE,J.J.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S., CHEN,P-S.: Interaction between strong electrical stimulation and reentrant wavefronts in canine ventricular fibrillation. Circ Res 77:407-416, 1995.

176. ZAHGER,D.,**FISHBEIN,M.C.**,GARFINKEL,L.I.,SHAH,P.K.,FORRESTER,J.S., REGNSTROM, J.,YANO, J., CERCEK, B.: VCL, an antagonist of the platelet GPlb receptor, markedly inhibits platelet adhesion and intimal thickening following balloon injury in the rat. Circulation 92:1269-1273, September, 1995.

177. INO,T.,**FISHBEIN,M.C.**,MANDEL,W.J.,CHEN,P-S.,KARAGUEUZIAN,H.S.: Cellular mechanisms of ventricular bipolar electrograms showing double and fractionated potentials. J Amer Coll Cardiol 26:1080-1089, October, 1995.

178. BLANCHE,C.,CZER,L.S.C.,**FISHBEIN,M.C.**,TAKKENBERG,J.J.M.,TRENTO,A.: Permanent pacemaker for rejection episodes after heart transplantation: A poor prognostic sign. Ann Thorac Surg 60:1263-1266, November, 1995.

179. BLANCHE,C.,ALEKSIC,I.,TAKKENBERG,J.M.,CZER,L.S.C.,**FISHBEIN,M.C.**,TRENTO,A.: Heart transplantation for Chagas' cardiomyopathy. Ann Thorac Surg 60: 1406-14096, November, 1995.

180. CHAUX,A.,RUAN,X.M.,**FISHBEIN,M.C.**,SANDHU,M.,MATLOFF,J.M.: Influence of vein valves in the development of arteriosclerosis in rabbit venoarterial grafts. J Thor Cardiovasc Surg 110:1381-1390, 1995.

181. QIAO,J-H.,**FISHBEIN,M.C.**,DEMER,L.L.,LUSIS,A.J.: Genetic determination of cartilaginous metaplasia in mouse aorta. Arterioscler Thrombo Vasc Biol 15:2265-2272, December, 1995.

182. FREIMARK,D.,CZER,L.S.C.,ALEKSIE,I.,RUAN,X-M.,ADMON,D.,BLANCHE,C., TRENTO, A., **FISHBEIN, M.C.:** Pathogenesis of Quilty lesions in cardiac allografts: Relationship to reduced endocardial cyclosporine A. J Heart Lung Transplant 14:1197 1203, December, 1995.

183. ALEKSIC,I.,CZER,L.S.C.,ADMON,D.,BLANCHE,C.,TAKKENBERG,J.J.M.,ZISK,J., **FISHBEIN, M.C.,** FERMELIA, D.,TRENTO, A.: Survival of acute intestinal infarction after cardiac transplantation. Thorac Cardiovasc Surgeon 43:352-354, December, 1995.

184. CHA,Y-M.,UCHIDA,T.,WOLF,P.L.,PETERS,B.B.,**FISHBEIN,M.C.** KARAGUEUZIAN,H.S.,CHEN,P-S.: The effects of chemical subendocardial ablation on the activation rate gradient during ventricular fibrillation. Am J Physiol:Heart and Circulatory Physiology 269:H1998-2009, December, 1995.

185. LEE,J.J.,KAMJOO,K.,HOUGH,D., HWANG,C.,FAN,W.,**FISHBEIN,M.C.**,BONOMETTI,C., IKEDA, T., KARAGUEUZIAN, H.S.,CHEN,P-S.: Reentrant wavefronts during Wiggers' stage II ventricular fibrillation: Characteristics and Mechanisms of termination and spontaneous regeneration. Circ Res 78:660-675, April, 1996.

186. LUO,H.,NISHIOKA,T., **FISHBEIN,M.C.**,CERCEK,B.,FORRESTER.J.S., KIM, C.J., BERGLUND,H., SIEGEL, R.J.:Transcutaneous ultrasound augments lysis of arterial thrombi in vivo. Circulation 94:775-778, August, 1996.

187. TIXIER,D.B.,CZER,L.S.C.,**FISHBEIN,M.C.**,BLANCHE,C.,ADMON,D.,AMADOR,R., ALBERT, G.D., TRENTO, A.: Isolated coronary artery transplantation in pigs; A new model to study transplantation arteriosclerosis and humoral rejection. J Heart Lung Transplant 15:919-927, September, 1996.

188. SHETH,S.,LITVACK,F.,DEV,V.,**FISHBEIN,M.C.**,FORRESTER,J.S.,EIGLER,N.: Subacute thrombosis and vascular injury resulting from slotted-tube nitinol and stainless steel stents in a rabbit carotid artery model. Circulation 94:1733-1740, October, 1996.

189. IKEDA,T.,UCHIDA,T.,HOUGH,D.,LEE,J.J.,**FISHBEIN,M.C.**,MANDEL,W.J., CHEN, P-S., KARAGUEUZIAN, H.S.: Mechanism of spontaneous termination of functional reentry in isolated canine right atrium. Evidence for the presence of an excitable but nonexcited core. Circulation 94:1962-1973, October, 1996.

190. LUO,H.TOSHIHIKO,N.,EIGLER,N.L.,FORRESTER,J.S.,**FISHBEIN,M.C.**,BERGLUND,H., SIEGEL,R.J.: Coronary artery restenosis after balloon angioplasty in humans is associated with circumferential coronary constriction. Arterioscler Throm Vasc Biol 16:1393-1398, November, 1996

191. **FISHBEIN,M.C.**,SIEGEL,R.J.: How big are coronary artery atherosclerotic plaques that rupture? Circulation 94:2662-2666, November, 1996.

192. BLANCHE, M.C., MATLOFF, J.M., DENTON, T.A., CZER, L.S.C.,**FISHBEIN, M.C.,** TAKKENBERG, J.J.M., TRENTO, A.: Heart transplantation in patients 70 years of age and older: Initial experience. Ann Thorac Surg 62:1731-1736, December, 1996.

193. NISHIOKA,T.,FONTANA,G.,LUO,H.,BERGLAND,H.,KIM,C-J.,**FISHBEIN,M.C.** SIEGEL,R.J.: Intracardiac thrombus formation associated with a nonpenetrating gunshot wound of the right ventricular outflow tract demonstrated by transesophageal echocardiography. Am Heart J 132: 1265-7, December, 1996.

194. **FISHBEIN,M.C.**,HARTMAN,G.: Pathology of internal mammary arteries used as bypass grafts. Cardiovasc Pathol 6:31-33, January, 1997.

195. MERTENS,R.B.,DIDIER,E.S.,**FISHBEIN,M.C.**,BERTUCCI,D.C.,ROGERS,L.B., ORENSTEIN,J.M.: Encephalitozoon cuniculi microsporidiosis: Infection of the brain, heart, kidneys, trachea, adrenal glands, and urinary bladder in a patient with AIDS. Mod Pathol 10:68-77, January, 1997.

196. GOTOH,M.,UCHIDA,T.,FAN,W.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P-S.: Anisotropic repolarization in ventricular tissue. Am J Physiol 272: H107-113, 1997.

197. YUMI,K.,FAGIN,J.,A.,YAMASHITA,M.,**FISHBEIN,M.C.**,SHAH,P.K.,KAUL,S.,NIU,W., NILSSON, J., CEREK, B.: Direct effects of somatostatin analog octreotide on insulin-like growth factor-1 in the arterial wall. Lab Invest 76:329-338, April 1997.

198. GOTOH,M.,UCHIDA,T.,MANDEL,W.J.,**FISHBEIN,M.C.**,CHEN,P-S.,KARAGUEUZIAN,H.S.: Cellular graded responses and ventricular vulnerability to reentry by a premature stimulus in isolated canine ventricle. Circulation 95:2141-2154, April, 1997.

199. QIAO,J-H.,TRIPATHI,J.,MISHRA,N.K.,CAI,Y.,TRIPANI,S.,WANG,X-P.,IMES,S. **FISHBEIN, M.C.,** CLINTON,S.K., LIBBY, P., LUSIS, A.J.,RAJAVASHISTH,T.B. Role of macrophage colony-stimulating factor in atherosclerosis. Studies of osteopetrotic mice. Am J Pathol 150:1687-1699, May, 1997

200. RECHAVIA,E.**FISHBEIN,M.C.,**DEFRANCE,T,NAKAMURA,M.,PARIKH,A.,LITVACK, F.EIGLER,N. Temporary arterial stenting: comparison to permanent stenting and conventional balloon injury in a rabbit carotid artery model. Cathet Cardiovasc Diagn 41:85-92, May, 1997

201. BIRNBAUM,Y., LUO,H.,**FISHBEIN,M.C.**,SAMUELS,B.,SIEGEL,R.J.: Documentation by intravascular ultrasound of thrombus overlying a small atheromatous plaque in a coronary artery in unstable angina pectoris and in acute myocardial infarction. Am J Cardiol 79:1568-1570, June, 1997.

202. LUO, H.,**FISHBEIN, M.C.,**BERGLUND,H.,NISHIOKA,T.,KIM,C-J.,SIEGEL,R.J.: Comparison of intra-vascular ultrasound measurements at the site of balloon dilatations of femoral arteries with measurements of postmortem gross arterial segments at the same sites. Am J Cardiol 79:1564-1567, June, 1997.

203. BARONE,J.H.,.**FISHBEIN,M.C.**,CZER,L.S.C.,BLANCHE,C.,TRENTO,A. ,LUTHRINGER, D.J: Absence of endocardial lymphoid infiltrates (Quilty lesions) in noncardiac patients treated with cyclosporine. J Heart Lung Transplant 16:600-603, June, 1997.

204. CERCEK,B.,YAMASHITA,M.,DIMAYUGA,P.,ZHU,J.,**FISHBEIN,M.C.**,KAUL,S.,SHAH,P.K. NILSSON, J., REGNSTROM, J.: Nuclear factor-KB activity and arterial response to balloon injury. Atherosclerosis 131: 59-66, 1997.

205. DEV, V., EIGLER, N., **FISHBEIN, M.C.,** TIAN, Y., HICKEY, A., RECHAVIA, E., FORRESTER, J.S., LIVAK, F., Sustained local drug delivery to the arterial wall via biodegradable microspheres. Cath Cardiovasc Diag 41:324-332, July, 1997.

206. IKEDA,T.,WU,T-J.,UCHIDA,T.,HOUGH,D.,**FISHBEIN,M.C.**,MANDEL,W.J.,CHEN,P-C., KARAGUEUZIAN, H.S.: Meandering and unstable reentrant wave fronts induced by acetylcholine in isolated canine right atrium. Am J Physiol 273:H356-370, July, 1997.

207. NISHIOKA,T.,LUO,H.,**FISHBEIN,M.C.**,CERCEK,B.,FORRESTER,J.S.,KIM,C-J.,BERGLUND, H., SIEGEL, R.J.: Dissolution of thrombotic arterial occlusion by high intensity low frequency ultrasound and dodecafluoropentane emulsion-in vitro and in vivo study. J Am Coll Cardiol 30:561-568, August, 1997.

208. BIRNBAUM,Y.,**FISHBEIN,M.C.**,KASS,R.,SAMUELS,B.,LUO,H.,SIEGEL,R.J.: Dissection of the ascending aorta induced by coronary angiography. (Case Report) J Am Coll Cardiol 30:537, August 1997.

209. BERGLUND,H.,LUO,H.,NISHIOKA,T.,**FISHBEIN,M.C.**,EIGLER,N.L.,TABAK,S.W., SIEGEL, R.J.: Highly localized arterial remodeling in patients with coronary atherosclerosis-An intravascular ultrasound study. Circulation 96:1470-1476, September, 1997.

210. KAMJOO, K., UCHIDA, T., IKEDA, T., **FISHBEIN**, **M.C**., GARFINKEL, A., WEISS, J.N., KARAGUEUZIAN, H.S., CHEN, P-S.: The importance of location and timing of electrical stimuli in terminating sustained function reentry in isolated swine ventricular tissues-Evidence in support of a small reentrant circuit. Circulation 96:2048-2060, September, 1997.

211. NG PK, AULT,MJ, **FISHBEIN,M.C.** The stuck catheter: a case report. (Case report) Mt Sinai J Med 64:350-352, September, 1997.

212. BIRNBAUM,Y, **FISHBEIN,M.C**, LUO,H, NAQVI,T, SIEGEL,RJ Intramyocardial periprosthetic aortic valve aneurysm. (Case report) Am J Cardiol 80:972, October 1997

213. IKEDA,T.,UCHIDA,T.,HOUGH,D.,**FISHBEIN,M.C.**,MANDEL,W.J.,CHEN,P-S.,KARAGUEUZIAN,H.S.: Attachment of meandering reentrant wave fronts to anatomical obstacles in the atrium. Role of obstacle size. Circ Res 81:753-764, November, 1997.

214. BIRNBAUM,Y.,**FISHBEIN,M.C.**,LUO,H.,NISHIOKA,T. SIEGEL,R.J.: Regional remodeling of atherosclerotic arteries: A major determinant of clinical manifestations of disease. J Am Coll Cardiol 30:1149-1164, November, 1997.

215. IKEDA,T.,CZER,L.,TRENTO,A.,HWANG,C.,ONG,J.J.C.,**FISHBEIN,M.C.**,MANDEL,W.J., KARAGUEUZIAN,H.S.,CHEN,P-S.: Induction of meandering functional reentrant wavefront in isolated human atrial tissues. Circulation 96:3013-3020, November, 1997.

216. NATARAJAN,S.,LUTHRINGER,D.J.,**FISHBEIN,M.C.**: Adenomatoid tumor of the heart: Report of a case.. (Case report) Am J Surg Pathol 21:1378-1380, November, 1997.

217. KAUL,S.,NAQVI,T.Z.,**FISHBEIN,M.C.**,CERCEK,B.,BADIMON,J.J.,HUTSELL,T.C.,THOMAS, S.

MOLLO,Y,M., SHAH, P.K.: Local delivery of an ultra-short acting nitric oxide-releasing compound, DMHD/NO, is highly effective in inhibiting acute platelet-thrombus formation on injured arterial Strips. J Cardiovasc Pharmacol Therap 2:181-194, 1997

218. CHYU,K-Y,BIRNBAUM,Y.,NAQVI,T.,**FISHBEIN,M.C.**,SIEGEL,R.J.: Echocardiographic detection of Kaposi's sarcoma causing cardiac tamponade in a patient with acquired immunodeficiency syndrome. (Case report) Clin Cardiol 21,131-133, 1998

219. BIRNBAUM,Y.,LUO,H.,NAGAI,T,**FISHBEIN,M.C.**,PETERSON,T.,M., LI,S.,KRICSFELD,D., PORTER,T.R.,T.SIEGEL,R.J.: Non-invasive in vivo clot dissolution without a thrombolytic drug: Recanalization of thrombosed iliofemoral arteries by transcutaneous ultrasound with intravenous infusion of microbubbles. Circulation 97:130-134, January, 1998.

220. LUO,H.,BIRNBAUM,Y.,**FISHBEIN,M.C.**,PETERSON,T.M.,NAGAI,T.,NISHIOKA,T., SIEGEL,R.J.:Enhancement of thrombolysis in vivo without skin and soft tissue damage by transcutaneous ultrasound. Thromb Res 89:171-177, February, 1998.

221. CHAUX,A.,RUAN,X.M.,**FISHBEIN,M.C.**,OUYANG,Y.,KAUL,S.,PASS,J.A.,MATLOFF,J.M.: Perivascular delivery of nitric oxide donor inhibits neointimal hyperplasia in vein grafts implanted in the arterial circulation J Thor Cardiovasc Surg 115:604-612, March, 1998.

222. SHAH,P.K.,NILSSON,J.,KAUL,S.,**FISHBEIN,M.C.**,AGELAND,H.HAMSTEN,A.,CERCEK,B. Effects of recombinant apolipoprotein A-I Milano on aortic atherosclerosis in apolipoprotein E-deficient mice. Circulation 97:780-785, March 1998.

223. KWAN,Y.Y.,FAN,W.,HOUGH,D.,LEE,J..,**FISHBEIN,M.C.**,KARAGUEUZIAN, H.S.,CHEN,P-S. The effects of procainamide on wave front dynamics during ventricular fibrillation in open-chest dogs. Circulation 97:1828-1836, May, 1998.

224. WU T-J., ONG J.J.C., HWANG C., LEE J.J., **FISHBEIN M.C.,** CZER L., TRENTO A., BLANCHE, C.,KASS R.M.,; MANDEL W.J., KARAGUEUZIAN H.S., CHEN P-S.: Characteristics of wave fronts during ventricular fibrillation in human hearts with dilated cardiomyopathy: role of increased fibrosis in the generation of reentry. J Am Coll Cardiol 32:187-196, July, 1998.

225. NAQVI,T.Z.,SIEGEL,R.J.,BUCHBINDER,N.S.,**FISHBEIN,M.C.**: Clinical, echocardiographic, and pathologic features of aortic wall dehiscence of porcine bioprosthetic valves: A cause of rapidly progressive heart failure after mitral valve replacement. J Am Soc Echocardiogr 11:720-728, July, 1998.

226. DJABOURIAN,R.,SATHYAVAGISWARAN,L.,**FISHBEIN,M.C.**: Forensic autopsy in a pathology training program. Arch Pathol Lab Med-122:750-751, August 1998.

227. DHAR,S.C.,HAYES,S.,CERCEK,B.,**FISHBEIN,M.C.** Cardiac tuberculosis (Images in Medicine). Circulation 98:730, August, 1998

228. ATHILL,C.A.,IKEDA,T.,KIM, Y-K,WU,T.-J.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P.S. Transmembrane potential properties at the core of functional reentrant wave fronts in isolated canine right atria. Circulation 98:1556-1567, August, 1998.

229. WU,T.J.,YASHIMA,M.,XIE,F.,ATHILL,C.A.,KIM,Y.H.,**FISHBEIN,M.C.**,QU,Z., GARFINKLE,A.,WEISS,J.N.,KARAGUEUZIAN,H.S.,CHEN,P.S. Role of pectinate muscle bundles in the generation and maintenance of intra-atrial reentry; potential implications for the mechanism of conversion between atrial fibrillation and atrial flutter. Circ Res 83:448-462, August, 1998.

230. JORDAN,S.C.,QUARTEL,A.W.,CZER,L.S.,ADMON,D.,CHEN,G.,**FISHBEIN,M.C.,** SCHWEIGER,J.,STEINER,R.W.,DAVIS,C.,TYAN,D.B. Postransplant therapy using high-dose human

immunoglobulin (intravenous gammaglobulin) to control acute humoral rejection in renal and cardiac allograft recipients and potential mechanism of action. Transplantation 66:800-805, September, 1998.

231. BAUMGARTNER, H., PORENTA, G., LAU,Y., WUTTE, M., KLAAR, U., MEHRABI, M., SIEGEL,R.B., CERNIN, J., LAUFER, G., SOCHOR, R., SCHELBERT, H., **FISHBEIN,M.C,** MAURER, G., Assessment of myocardial viability by dobutamine echocardiography, positron emission tomography, And thallium-201 spect: Correlation with histopathology in explanted hearts. J Am Coll Cardiol 32:1701-1708, November, 1998.

232. LUO,H.,**FISHBEIN,M.C.**,BAR-COHEN,Y.,NISHIOKA,T.,BERGLUND,H.,KIM,C-J.,NAGAI,T., BIRNBAUM,Y.,SIEGEL,R.J. Cooling system permits effective transcutaneous ultrasound clot lysis. In vivo without skin damage. J Thromb Thrombolysis 6:125-131, November, 1998.

233. NAGAI,T.,LUO,H.,ATAR,S.,LEPOR,N.E.,**FISHBEIN,M.C.**,SIEGEL,R.J. Intravascular ultrasound imaging of ruptured atherosclerotic plaques in coronary arteries. Am J Cardiol 83:135-137, January, 1999.

234. MANN-ROUILLARD,V.,**FISHBEIN,M.C.**,NAQVI,T.Z.,DONMICHAEL,T.A.,SIEGEL,R.J. Echocardiographic normalization of heart size and contractility in idiopathic dilated cardiomyopathy. Am J Cardiol 83:131-133, January, 1999

235. MAAREK, J-M.I., MARCUS, L., GRUNDFEST, W.S., **FISHBEIN, M.C.** Classification of aortic atherosclerotic lesions with time-resolved fluorescence spectroscopy. Proceedings of Biomedical Imaging (SPIE) 3600:192-200, January, 1999

236. MARCU, L., MAAREK, J-M. I., **FISHBEIN, M.C.,** GRUNDFEST, W.S. Time-resolved laser Induced fluorescence of normal and atherosclerotic coronary artery. Proceedings of Biomedical Imaging (SPIE) 3600:182-191, January, 1999

237. UCHIDA, T.,YASHIMA,M.,GOTOH,M.,QU,Z., GARFINKEL,A.,WEISS,J.N.,**FISHBEIN,M.C.** MANDEL,W.J.,CHEN,P-S.,KARAGUEUZIAN,H.S. Mechanism of acceleration of functional reentry in the ventricle. Effect of ATP-sensitive potassium channel opener. Circulation 99:704-712, February, 1999

238. WALLNER,K.,LI,C.,SHAH,P.K.,**FISHBEIN,M.C.**,FORRESTER,J.S.,KAUL,S.,SHARIFI,B.G. Tenascin-C is expressed in macrophage-rich human coronary atherosclerotic plaque. Circulation 99:1284-1289, March, 1999

239. RAJAVASHISTH, T.B., XU, X.P., JOVINGS, S., MEISEL, S., XU, X.O., CHAI, N.N., **FISHBEIN, M.C.,** KAUL, S., CEREEK, B., SHARIFI, B. SHAH, P.K. Membrane type 1 matrix Metalloproteinase expression in human atherosclerotic plaques: Evidence for activation by proinflammatory mediators. Circulation 3103-3109, June 1999.

240. DOSHI,R.N.,WU,T-J.,YASHIMA,M.,KIM,Y-H.,ONG,J.J.C.,CAO,J-M.,HWANG,C.,YASHAR,P., **FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P-S. Relation between ligament of Marshall and adrenergic atrial tachyarrhythmia Circulation 100:876-883, August, 1999.

241. WU, T.J.,YASHIMA, M.,DOSHI,R.,KIM,Y.H.,ATHILL,C.A.,ONG, J.J.C,CZER, L., TRENTO,A.,.,BLANCHE,C.,KASS,R.M.,GARFINKLE,A.,WEISS, J.N.,**FISHBEIN, M.C.,** KARAGUEUZIAN,H.S.,CHEN,P.S. Relation between the cellular repolarization characteristics and the critical mass for human ventricular fibrillation J Cardiovasc Electrohysiol 10:1077-1086, August, 1999.

242. WALLNER, K, LI, CHEN, **FISHBEIN, M.C.,** SHAH, P.K., SHARIFI, B.G. Arterialization of human vein grafts is associated with tenascin-C expression. J Am Coll Cardiology 34:871-875, September, 1999.

243. KIM, Y.H., XIE, F., YASHIMA, M., WU, T.J., VALDERRABANO, M., LEE, M.H.,OHARA,T., DOSHI,R.N.,VOROSHILOVSKY,O.,**FISHBEIN, M.C.,** QU, X., GARFINKEL, A., WEISS, J.N., KARAGUEUZIAN, H.S., CHEN, P-S. Role of papillary muscle in the generation and maintenance of reentry during ventricular tachycardia and fibrillation in isolated swine right ventricle. Circulation 100:1450-1459, September, 1999.

244. EIGLER,N.,WHITING,J.,LI,A.,FRIMERMAN,A.,MAKKAR,R.,HAUSLEITER,J.,**FISHBEIN,M.C.**, SCHWARTZ,R.S.,LITVACK,F. Effects of a positron-emitting vanadium-48 nitinol stent on experimental restenosis in porcine coronary arteries: an injury-response study. Cardiovasc Radiation Med 1:239-251, 1999.

245. NAQVI, T.Z., SIEGEL, R.J., MIROSHNIK, S., TRENTO, A., **FISHBEIN, M.C.:** Echocardiographic and pathologic features of explanted Carpentier-Edwards and Hancock porcine bioprosthetic valves in the mitral position. Am J Cardiol 84:1422-1427, December, 1999.

246. KAUL,S.,CERCEK,B.,RENGSTROM,J.,XU,X-P.,MOLLOY,M.D.,DIMAYUGA,P.,PARIKH,A.K., **FISHBEIN,M.C.**,NILSSON,J.,RAJAVASHISTH,T.,SHAH,P.K.: Polymeric-based perivascular delivery of a nitric oxide donor inhibits intimal thickening after balloon denudation arterial injury: Role of nuclear factor-kappa B. J Am Coll Cardiol 35:493-501, February, 2000.

247. CAO,J-M.,CHEN,L.S.,KENKNIGHT,B.H.,OHARA,T.,LEE,M-H.,TSAI,J.,LAI.W.W., KARAGUEUZIAN,H.S., WOLF, P.L.,**FISHBEIN,M.C.**,CHEN,P-S.: Nerve sprouting and sudden cardiac death**.** Circ Res 86:816 – 821, 2000 **(cited in Science News 2000:157;332)**.

248. LAW, R.E., GOETZE, S., XI, X.P., JACKSON, S., KAWANO, Y., DEMER, L., **FISHBEIN, M.C.,** MEEHAN, W.P., HSUEH, W.A. Expression and function of PPAR-gamma in rat and human vascular smooth muscle cells Circulation 101:1311-1318, March, 2000.

249. MAAREK,J.M.,MARKU,L.,**FISHBEIN,M.C.**,GRUNDFEST,W.S. Time-resolved fluorescence of human aortic wall: Use for improved identification of atherosclerotic lesions. Lasers Surg Med 27:241-254, March, 2000.

250. CAO, J-M, **FISHBEIN, M.C.,** HAN, J.B.M, LAI, W.W., WU, T-J, CZER, L., WOLF, P.L., DENTON, T.A., SHINTAKU, P., CHEN, P-S., CHEN, L.S.: Relationship between regional ventricular hyperinnervation and ventricular arrhythmia. Circulation 101:1960-1969, April, 2000 **(cited in Science News 2000:157;332)**.

251. WONG,J.A,**FISHBEIN,M.C.**: Cardiac fibroma resulting in fatal ventricular arrhythmia(Images in Cardiovascular Medicine case report). Circulation 101:e168-170, April, 2000(electronic publication).

252. SIEGEL,R.J.,ATAR,S.**FISHBEIN,M.C.**,BRASCH,A.V.,PETERSON,T.M.,NAGAI,T., DHARMENDRA,P.,NISHIOKA,T.,CHAE,J-S.,BIRNBAUM,Y.,ZANELLI,C.,LUO,H. Noninvasive, transthoracic, low-frequency ultrasound augments thrombolysis in a canine model of acute myocardial infarction. Circulation 101:2026-2029, May 2000.

253. MICHAELS, P.J., KABASHIGAWA, J.A., CHILD, J.S**., FISHBEIN, M.C.:** Chronic right sided myocarditis mimicking arrhythmogenic right ventricular dysplasia. (case report) Hum Pathol 31:618-621, May, 2000.

254. YASHIMA,M.,OHARA,T.,CAO,J-M.,KIM,Y-H.,**FISHBEIN,M.C.**,MANDEL,W.J.,CHEN,P., KARAGUEUZIAN, H.S.: Nicotine increases ventricular vulnerability to fibrillation in hearts with Healed myocardial infarction. Insight into the mechanism of initiation of ventricular fibrillation. Am J Physiol Heart Circ Physiol 278:H2124-2133, June 2000.

255. YUN,J.J.,FISCHBEIN,M.P.,LAKS,H.,**FISHBEIN,M.C.**,ESPEJO,M.L.,EBRAHIMI,K.,IRIE,Y. BERLINER,J.,ARDEHALI,A. Early and late chemokine production correlates with cellular recruitment in cardiac allograft vasculopathy. Transplantation 69:2515-24, June, 2000.

256. THE JOINT EUROPEAN SOCIETY OF CARDIOLOGY/AMERICAN COLLEGE OF CARDIOLOGY COMMITTEE (**FISHBEIN,M.C.**, member). Myocardial infarction redefined-a consensus document of the joint European Society of Cardiology/American College of Cardiology Committee for the redefinition of myocardial infarction. J Am Coll Cardiol 36:959-969, 2000.

257. MATETZKY,S.,TANI,S.,KANGAVARI,S.,DIMAYUGA,P.,YANO,J.,XU,H.,CHY,K.Y., **FISHBEIN,M.C.**,SHAH,P.K.,CERCEK,B. Smoking increases tissue factor expression in atherosclerotic plaques: implications for plaque thrombogenicity. Circulation 102:602-604, August, 2000.

258. BIRNBAUM,Y.,WAGNER,G.S.,GATES,K.B.,THOMPSON,T.D.,BARBASH,G.I.,SIEGEL,R.S., GRANGER,C.B.,**FISHBEIN,M.C.**,CRENSHAW,B.S.,CALIFF,R.M. Clinical and electrocardio-graphic variables associated with increased risk of ventricular septal defect in acute anterior myocardial infarction. Am J Cardiol 86:830-834, October, 2000.

259. KIM,D.T.,LAI,A.C.,HUANG,C.,FAN,L-T.,KARAGUEUZIAN,H.S.,CHEN,P-S, **FISHBEIN,M.C.**: The ligament of Marshall: A structural analysis in human hearts with implications for atrial arrhythmias. J Am Coll Cardiol 36:1324-1327, October, 2000 **(featured on cover)**.

260. FISCHBEIN,M.P.,ADEHALI,A.,YUN,J.,SCHOENBERGER,S.,LAKS,H.,IRIE,Y., DEMPSEY,P., CHENG,G.,**FISHBEIN,M.C.**,BONAVIDA,B.: CD40 signaling replaces CD4+ lymphocytes and its blocking prevents chronic rejection of heart transplants. J Immunol 165:7316-7322, December, 2000.

261. LAI,A.C.,WALLNER,K.,CAO,J-M.CHEN,L.S.,KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**, CHEN,P-S.,SHARIFI,B.G.: Colocalization of tenascin and sympathetic nerves in a canine model of nerve sprouting and sudden cardiac death. J Cardiovasc Electrophysiol 11: 1345-1351, December 2000 (**featured on cover**).

262. MAKKAR,R.,WHITING,J.,LI,A.,HONDA,H.,**FISHBEIN,M.C.**,KNAPP,S.F.,HAUSLEITER, J., LITVACK,F.,EIGLER,N.L.: Effects of a δ emitting (188)Re balloon in stented porcine Coronary arteries. An angiographic, intravascular ultrasound and histomorphometric follow-up study. Circulation 102:3117-3123, December, 2000.

263. CHANG,C-M.,WU,T-J.,ZHOU,S.,DOSHI,R.N.,LEE,M-H.,OHARA,T.,**FISHBEIN,M.C.**, KARAGUEUZIAN,H.S., CHEN,P.S.,CHEN,L.S.: Nerve sprouting and sympathetic hyperinnervation in a canine model of atrial fibrillation produced by prolonged right atrial pacing. Circulation 103: 22 – 25, January, 2001.

264. HAUSLEITER,J.,BUCHBINDER,N.,LI,A.,TRAUTHEN,B.,ELICKER,J.,TAM,L., **FISHBEIN,M.C.**,WHITING,J.: Intracoronary brachytherapy with a new 32P balloon catheter device. Histologic results from the porcine stent model. Cardiovasc Radiat Med 2:56, January, 2001.

265. WU,T-J.,ONG,J.J.C.,CHANG,C-M.,DOSHI,R.N.,YASHIMA,M.,HUANG,H-L., **FISHBEIN,M.C.**,TING,C-T., KARAGUEUZIAN,H.S.: Pulmonary veins and ligament of Marshall sources of rapid activations in a canine model of sustained atrial fibrillation. Circulation 103:1157-1163, February, 2001

266. OHARA,T,OHARA,K.,CAO,J-M.,LEE,M-H.,**FISHBEIN,M.C.**,MANDEL,W.J.,CHEN, P-S.,KARAGUEUZIAN,H.S.: Increased wavebreak during ventricular fibrillation in the epicardial border zone of hearts with healed myocardial infarction. Circulation 103:1465-1472, March, 2001.

267. MICHAELS,P.J.,KOBASHIGAWA,J.,LAKS,H.,AZARBAL,A.,ESPEJO,M.L.,CHEN,L.,

**FISHBEIN,M.C.**: Differential expression of RANTES chemokine, TGF-β and leukocyte phenotype in acute cellular rejection and Quilty B lesions. J Heart Lung Transplant 20:407-416, April, 2001.

268. CHANG,R-K.R.,LIN,H.,**FISHBEIN,M.C.**: Neonatal Marfan Syndrome. Ped Pathol Mol Med 20:235-239, April, 2001. (Case Report)

269. VALDERRÁBANO, M.,LEE,M.H.,OHARA, T.,LAI,A.C.,**FISHBEIN,M.C.**,LIN,S-F.,KARAGUEUZIAN, H.S.,CHEN,P-S.:Dynamics of intramural and transmural reentry during ventricular fibrillation in isolated swine ventricles . Circ Res 88:839-848, April, 2001.

270. SIEGEL,R.J.,ATAR,S.,**FISHBEIN,M.C.**,BRASCH,A.V.,PETERSON,T.M.,NAGAI,T., PAL,D.,NISHIOLA,T.,CHAE,J.S.,BIRNBAUM,Y.,ZANELLI,C.,LUI,H.: Noninvasive transcutaneous low frequency ultrasound enhances thrombolysis in peripheral and coronary Arteries. Echocardiography 8:247-257, April 2001.

271. FISCHBEIN,M.P.,YUN,J.,LAKS,H.,IRIE,Y.,**FISHBEIN,M.C.**,ESPEJO,M.,BONAVIDA,B., ARDEHALI,A.: CD8+ Lymphocytes Augment Chronic Rejection in a MHC Class II Mismatched Model. Transplantation 71:1146-1153, April, 2001

272. CHEN, P-S, CHEN, LS, CAO, J-M, SHARIFI, B, KARAGUEUZIAN, H.S. **FISHBEIN,M.C.**: Sympathetic nerve sprouting, electrical remodeling, and the mechanisms of sudden cardiac death. Cardiovasc Res 50:409-416, May, 2001

273. CUNANAN,C.M.,CABILING,C.M.,TAN,T.D.,SHEN,S.,PHILHOA,T-H.,RUTLEDGE,J.H., **FISHBEIN,M.C.**: Tissue characterization and calcification potential of commercial bioprosthetic heart valves. Ann Thorac Surg 71(5 Suppl):S417-421, May 2001.

274. LEE MH, QU Z, **FISHBEIN,M.C.**, LAMP ST, CHANG EH, OHARA T, VOROSHILOVSKY O, KIL JR, HAMZEI AR, WANG NC, LIN S-F, WEISS JN, GARFINKEL A, KARAGUEUZIAN HS, CHEN P-S: Patterns of wavebreak during ventricular fibrillation in isolated swine right ventricle. Am J Physiol 281:H253-265, June, 2001.

275. YUN,J.J.,FISCHBEIN,M.P.,LAKS,H.,IRIE,Y.,ESPEJO,M.L.,**FISHBEIN,M.C.**,BERLINER,J. A., ARDEHALI,A.: Rantes production during development of cardiac allograft vasculopathy. Transplantation 71:1649-1656, June 2001.

276. ATAR,S.,LUO,H.,NAGAI,T.,SAHM,R.A.,**FISHBEIN,M.C.**,SIEGEL,R.J.: Arterial thrombus dissolution in vivo using a transducer-tipped, high-frequency ultrasound catheter and local low-dose urokinase delivery. J Endovasc Ther 8:282-290, June, 2001.

277. MARCU,L.,**FISHBEIN,M.C.**,MAAREK,J-M.I.,GRUNFEST.W.S. Discrimination of human coronary artery atherosclerotic lipid-rich lesions by time-resolved laser-induced fluorescence spectroscopy. Arterioscler Thromb Vasc Biol 21:1244-50, July, 2001.

278. ZHOU,S.,CAO,J-M.,TEBB,Z.D.,OHARA,T.,HUANG,H-L.A.,OMICHI,C.,LEE,M-H, KENKNIGHT, B.H.,CHEN,L.S.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P-S. Modulation of QT interval by cardiac sympathetic nerve sprouting and the mechanisms of ventricular arrhythmia in a canine model of sudden cardiac death. J Cardiovasc Electrophysiol 12:1068-1073, September, 2001

279. SINGER,J.S.,MHOYAN,A.,**FISHBEIN,M.C.**,SHEN,X-D.,GAO,F.,ZHAO,D.,COITO,A.J., REEMTSEN,B.,AMERSI,F.,BUSUTTIL,R.W.,KUPIEC-WEGLINSKI,J.W.GHOBRIAL,R.M.: Allochimeric class I MHC molecules prevent chronic rejection and attenuate alloantibody responses. Transplantation 72:1408-1416, October, 2001.

280. XU,X.H.,SHAH,P.K.,FAYRE,E.,**FISHBEIN,M.C.**,LUTHRINGER,D.,XU, X-P., RAJAVASHISTH, T.B.,YANO.J.,KAUL,S.,CERCEK,B.,EQUILS,.O.,ARDITI,M. Toll-like receptor-4 (TLR-4), A novel

receptor involved in inflammatory signaling, is expressed in human atherosclerotic plaques. Circulation 104:3103-3108, December, 2001.

281. XIAO G, MAO S, BAUMGARTEN G, SERRANO J, JORDAN MC, ROOS KP, **FISHBEIN M.C.,** MACLELLAN WR. Inducible activation of c-myc in adult myocardium in vivo provokes cardiac myocyte hypertrophy and reactivation of dna synthesis. Circ Res 89:1122-1129, December, 2001.

282. KEANE,M.P., BELPERIO,J.A.,BURDICK,M.D.,LYNCH,J.P. III,**FISHBEIN,M.C.**, STRIETER,R.M.: ENA-78 is an important angiogenic factor in idiopathic pulmonary fibrosis. Am J Respir Crit Care Med 164, 2239-2242, December 2001.

283. SHAI,S-Y.,HARPF,A.E.,BABBITT,C.J.,JORDAN,M.C.,**FISHBEIN,M.C.**,CHEN,J., OMURA,M.,LEIL,T.A.,BECKER,D.,JIANG,M.,SMITH,D.J.,CHERRY,S.R.,LOFTUS,J.C., ROSS,R.S. Cardiac myocyte-specific excision of the Beta1 integrin gene results in myocardial fibrosis and cardiac failure. Circ Res 90:458-464, March, 2002

284. MEISEL SR, XU XP, EDGINGTON TS, DIMAYUGA P, KAUL S, LEE S, **FISHBEIN,M.C.**, CERCEK B, SHAH PK. Differentiation of adherent human monocytes into macrophages markedly enhances tissue factor protein expression and procoagulant activity. Atherosclerosis 161:35-43, March, 2002.

285. FISCHBEIN,M.P.,YUN,J.,LAKS,H.,**FISHBEIN,M.C.**,BONAVIDA,B.,ARDEHALI,A. Role of CD8 lymphocytes in chronic rejection of transplanted hearts. J Thorac Cardiovasc Surg 123:803-809, April, 2002

286. MARCHEVSKY, A.M.,LAU,S.K., KHANAFSHAR, I., OCKHART,C.,PHAN,A., MICHAELS,P.J.,**FISHBEIN,M.C.** Internet teleconferencing method for telepathology consultations from lung and heart transplant patients. Hum Pathol 33:410-414, April, 2002.

287. OHARA,K.,MIYAUCHI,Y.,OHARA,T.,**FISHBEIN,M.C.**,ZHOU,S.,LEE,M-H.,MANDEL,W.J., CHEN,P.S.,KARAGUEUZIAN,H.S. Downregulation of immunodetectable atrial connexin40 in a canine model of chronic left ventricular myocardial infarction implications to atrial fibrillation. J Cardiovasc Pharmacol Thera 7:89-94, April, 2002.

288. PINDERSKI,L.J.,FISCHBEIN,M.P.,SUBBANAGOUNDER,G.,**FISHBEIN,M.C.**,KUBO,,N., CHEROUTRE,H.,CURTISS,L.K.,BERLINER,J.A.,BOISVERT,W.A. Overexpression of interleukin-10 by activated T lymphocytes inhibits atherosclerosis in LDL-receptor deficient mice by altering lymphocyte and macrophage phenotype. Circ Res 90:1064-1071, May, 2002.

289. CHEN,P.S.,WU,T.J.HWANG,C.,ZHOU,S.,OKUYAMA,Y.,HAMABE,A.,MIYAUCHI,Y., CHANG,C-M.,CHEN,L.S.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S., Thoracic veins and the mechanisms of non-paroxysmal atrial fibrillation. Cardiovascular Res 54:295-301, May, 2002.

290. FINKELSTEIN,A.,MAKKAR,R.,DOHERTY,T.M.,VEGESNA,V.R.,TRIPATHY,P.,LIU,M., BERGMAN, J.,**FISHBEIN,M.C.**,HAUSLEITER,J.,TAKIZAWA,K.,RUKSHIN,V.,SHAH,P.K., RAJAVSHISTH,T. P. Increased expression of macrophage colony-stimulating factor after coronary artery balloon injury is inhibited by intracoronary brachytherapy.. Circulation 105:2411, 2002.

291. YAP,C.S.,SCHEIPERS,C.,**FISHBEIN,M.C.**,PHELPS,M.E.,CZERNIN,J. FDG-PET Imaging in lung cancer: How sensitive is it for bronchioloalveolar carcinoma? Eur J Nuclear Med 29, 1166-1173, June, 2002.

292. OH, J.J.,WEST,A.R.,**FISHBEIN,M.C.**,SLAMON,D.J. A candidate tumor suppressor gene, H37, from the human lung caner tumor suppressor locus 3p21.3. Cancer Res 62:3207-13, June 1, 2002..

293. ARDEHALI A, FISCHBEIN MP, YUN J, IRIE Y, **FISHBEIN,M.C.**, LAKS H. Indirect alloreactivity and chronic rejection. Transplantation 73:1805-7, June, 2002.

294. PINDERSKI, L.J., FONAROW, G.C., HAMILTON, M**., FISHBEIN, M.C.,** MARELLI, D., MORIGUCHI, J., COHEN, B., KOBASHIGAWA, J.A. Giant cell myocarditis in a young man responsive to T-lymphocyte cytolytic therapy. J Heart Lung Transplant 21:818-821, July, 2002.

295. ZHOU S, CHANG C-M, WU TJ, MIYAUCHI Y, HAMABE A, OMICHI C, HAYASHI H,BRODSKY,LA,MANDEL WJ, TING C-T,**FISHBEIN,M.C.**, KARAGUEUZIAN HS, CHEN P-S: Nonreentrant focal activations in pulmonary veins in canine model of sustained atrial fibrillation . Am. J. Physiol. 283: H1244-1252, August, 2002.

296. HAYASHI,H.,WANG,C.,MIYAUCHI,Y.,OMICHI,C.,PAK,H-K.,ZHOU,S.,OHARA,T., MANDEL,W.J.,LIN,S-F.,**FISHBEIN,M.C.**,CHEN,P-S.,KARAGUEUZIAN,H.S. Aging-related increase to inducible atrial fibrillation in the rat model. (J Cardiovasc Electrophysiol 13:801-808, September, 2002.

297. MELINEK,J.,LIVINGSTON,E.,CORTINA,G.,**FISHBEIN,M.C.** Autopsy findings following gastric bypass surgery for morbid obesity. Arch Pathol Lab Med 126:1091-1095 September, 2002.

298. TAKANO,Y.,CURRIER,J.,YEATMAN,L.,KOBASHIGAWA,J.,ROGERS,A.,CIANFICHI, L.,**FISHBEIN,M.C.**,TOBIS,J. Cutting balloon angioplasty for cardiac transplant vasculopathy. J Heart Lung Transplant 21:910-913, September, 2002

299. VANLENTEN,B.J.,WAGNER,A.C.,ANANTHARAMAIAH,G.M.,GARBER,D.W.,**FISHBEIN, M.C**.,ADHIKAY,L.,NAGAH,D.P.,HAMA,S.,NAVAB,M.,FOGELMAN,A.M. Influenza infection promotes macrophage traffic into arteries of mice that is prevented by D-4F, an apolipoprotein A-I mimetic peptide. Circulation 27;106:1127-32, August, 2002.

300. YUN, J.J., FISCHBEIN, M.P., WHITING, D., IRIE, Y., **FISHBEIN, M.C.,** BURDICK, M.D., BELPERIO, J., STRIETER, R.M., LAKS, H., BERLINER, J.A., ARDEHALI, A. The role of MIG/CXCL9 in cardiac allograft vasculopathy. Am J Pathol 161:1307-13, October, 2002.

301. BIRNBAUM,Y,**FISHBEIN,M.C.**,SIEGEL,R.J. Ventricular septal rupture after myocardial infarction. New Eng J Med 347:1426-32, October, 2002 (review article)

302. PARK,A.M.,ARMIN,S.AZARBAL,A.,LAI,A.,CHEN,P-S.,**FISHBEIN,M.C.** Distribution of cardiac nerves in patients with diabetes mellitus: an immunohistochemical postmortem study of human hearts. Cardiovasc Pathol 11:326-331, November, 2002

303. KEANE,M.P.,DONNELLY,S.C.,BELPERIO,J.A,,GOODMAN,R.B.,DY,M.,BURDICK,M.D., **FISHBEIN,M.C.**,STRIETER,R.M. Imbalance in the expression of CXC chemokines correlates with BALF angiogenic activity and pro-collagen levels in ARDS. J Immunol 169:6515-21, December, 2002.

304. OMICHI C, CHOU CC, LEE M-H, CHANG C-M, LAI AC, HAYASHI H, ZHOU S, MIYAUCHI Y, OKUYAMA Y, HAMABE A, HWANG C, **FISHBEIN,M.C.,** LIN S-F, KARAGUEUZIAN HS,CHEN P-S: Demonstration of electrical and anatomical connections between Marshall bundles and left atrium in dogs: implications on the generation of p waves on surface electrocardiogram. J Cardiovasc Electrophysiol 13:1283-1291, December, 2002.

305. MICHAELS,P.J.,ESPEJO,M.L.,KOBASHIGAWA,J.,ALEJOS,J.C.,BURCH,C., TAKEMOTO,S.,REED,E.F.,**FISHBEIN,M.C.** Humoral rejection in cardiac transplantation: risk factors, hemodynamic consequences, and relationship to transplant coronary artery disease. J Heart Lung Transplant 22:58-69, January, 2003.

306. RODRIGUEZ,E.R., FOR THE BANFF WORKING GROUP (INCLUDING **FISHBEIN,M.C.**) The pathology of heart transplant biopsy specimens: revisiting the 1990 ISHLT working formulation. J Heart Lung Transplant 22, 3-15, January, 2003.

307. MARELLI, D., KERMANI, R., BRESSON, J., **FISHBEIN, M.C.,** HAMILTON, M., MORIGUCHI, J., FONAROW, G.C., COHEN, B., KOBASHIGAWA, J., LAKS, H. Support with the BVS ® 5000 assist device during treatment of acute giant-cell myocarditis. Tex Heart Inst J 30:55-55, 2003.

308. FINKELSTEIN,A.,MCCLEAN,D.,KAR,S.,TAKIZAWA,K.,VARGESE,K.,BAEK,N.,PARK,K., **FISHBEIN,M.C.**,MAKKAR,R.,LITVACK,F.,EIGLER,N.L. Local drug delivery via a coronary stent with programmable release pharmacokinetics. Circulation 107:777-784, February, 2003.

309. SEMILTOVA,N.,SHEN,X-D.,**FISHBEIN,M.C.**,GAO,F.,SLOMOWITZ,S.J.,JIAO,Q., MUKHERJEE, K.,BUSUTTIL,R.W.,KUPIEC-WEGLINSKI,J.W.,GHOBRIAL,R.M. Posttransplant administration of allochimeric MHC Class I molecules induces true transplantation tolerance. Transplantation 75:550-553, February, 2003.

310. HERNANDEZ-PAMPALONI M, ALLADA V, **FISHBEIN,M.C.,** SCHELBERT HR. Myocardial perfusion and viability by positron emission tomography in infants and children with coronary abnormalities: correlation with echocardiography, coronary angiography, and histopathology. J Am Coll Cardiol 41: 618-626, February, 2003.

311. HAMABE,A.,OKUYAMA,Y.,MIYAUCHI,Y.,ZHOU,S.,PAK,H,KARAGUEUZIAN,H.S., **FISHBEIN, M.C**.,CHEN,P-S.: Correlation between anatomy and electrical activation in canine pulmonary veins. Circulation 107:1550-1555, March, 2003.

312. **FISHBEIN,M.C.**,WANG,T.,MATIJASEVIC,M.,HONG,L.,APPLE,F.S. Myocardial tissue troponin T and I. An immunohistochemical study in experimental models of myocardial ischemia. Cardiovasc Pathology 12:65-71, April, 2003.

313. GAJJAR,N.,KOBASHIGAWA,J.A.,LAKS,H.,ESPEJO,M.,**FISHBEIN,M.C.** FK506 versus cyclosporin: Pathologic findings in 1067 endomyocardial biopsies. Cardiovasc Pathol 12:73-76, April, 2003.

314. QIAO,J.H.,MERTENS, R.B.,**FISHBEIN,M.C.**,GELLER S.A. Cartilaginous metaplasia in calcified diabetic peripheral vascular disease: Morphologic evidence of enchondral ossification. Hum Pathol 34, 402-407, April, 2003.

315. KAO,J.,KOBASHIGAWA,J.,**FISHBEIN,M.C.**,MACLELLAN,W.R.,BURDICK,M.D., BELPERIO, J.A.,STRIETER,R.M. Elevated serum levels of the CXCR3 chemokine ITAC are associated with the development of transplant coronary artery disease. Circulation 107:1958-61, April, 2003.

316. LIU,Y-B.,WU,C-C.,SU M-J.,LIN,C-W.,CHEN L.S.,**FISHBEIN,M.C.**,CHEN P-S.,LEE,Y.T. Sympathetic nerve sprouting, electrical remodeling and increased vulnerability to ventricular fibrillation in hypercholesterolemic rabbits. Circ Res 92:1145-1152, April, 2003 **(featured on cover).**

317. MIYAMOTO,T.,NEUMAN,Y.,LUO,H.,JEON,D-S.,KOBAL,S.,IKENO,F.,HORZEWSKI,M.H., HONDA,Y.,MIROCHA,J.M.,IWAMI,T.,ECHT,D.,**FISHBEIN,M.C.**,SIEGEL,R.J. Coronary vasodilation by noninvasive transcutaneous ultrasound. J Am Coll Cardiol 41:1623-1627, May, 2003.

318. JEON,D.S.,LUO,H.,**FISHBEIN,M.C.**,MIYAMOTO,T.,HORZEWSKI,M.,IWAMI,T., MIROCHA,,J.M.,IKENO,F.,HONDA,Y.,SIEGEL,R.J. Noninvasive transcutaneous ultrasound augments thrombolysis in the left circumflex coronary artery-an in vivo canine study. Thromb Res 110:149-158, May, 2003

319. RACUSEN,L.C.,COLVIN,R.B.,SOLEZ,K.,MITHATSCH,M.J.,HALLORAN,P.F.,CAMPBELL, P.M.,CECKA,M.J.,COSYNS,J-P.,DEMETRIS,A.J.,**FISHBEIN,M.C.**,FOGA,A.,FURNESS,P., GIBSON,I.W.,GLOTZ,D.,HAYRY,P.,HUNSICKERN,L.,KASHGARIAN,M.,KERMAN,R., MAGIL,A.J.,MONTGOMERY,R.,MOROZUMI,K.,NICKELEIT,V.,RANDHAWA,P., REGELE,H.,SERON,D.,SESHAN,S.,SUND,S.,TRPKOV,K. Antibody-mediated rejection criteria-an

addition to the Banff '97 classification of renal allograft rejection. Am J Transplant 3:1-7, June 2003.

320. MIYAUCHI,Y.,ZHOU.S.,OKUYAMA,Y.,MIYAUCHI,M.,HAYASHI,H.,HAMABE, A., **FISHBEIN,M.C.**,MANDEL,W.J.,CHEN,L.S.,CHEN,P-S.,KARAGUEUZIAN,H.S. Altered atrial electrical restitution and heterogeneous sympathetic hyperinnervation in hearts with chronic left ventricular myocardial infarction: implications to atrial fibrillation. Circulation June, 2003.

321. OKUYAMA,Y.O.,MIYAUCHI,Y.,PARK,A.M.HAMABE,A.,ZHOU,S.,HAYASHI,H.,MIYAUCH I,M.,OMICHI,C.,PAK,H.M.,BRODSKY,L.A.,MANDEL,W.J.,**FISHBEIN,M.C.**,KARAGUEUZIAN, H.S.,CHEN,P-S. High resolution mapping of the pulmonary vein and the vein of Marshall during induced atrial fibrillation and atrial tachycardia in a canine model of pacing-induced congestive heart failure. J Am Coll Cardiol 42:348-360, July, 2003.

322. FISCHBEIN,M.P.,YUN,J.,LAKS,H.,YOSHIHITO,I.,OSLUND-PINDERSKI,L.,**FISHBEIN,M.C.**, BONAVIDA,B.ARDEHALI,A. Regulated interleukin-10 expression prevents chronic rejection of transplanted hearts. J Thorac Cardiovasc Surg 126:216-223, July, 2003.

323. IWAMI,T.,NISHIOKA,T.,**FISHBEIN,M.C.**,LUO,H.,JEON,D-S.,MIYAMOTO,T.,WAKEYAMA, T.,IIDA,H.,TAKAKI,A.,ODA,T.,MOCHIZUKI,M.,OGAWA,H., SIEGEL,R.J. Coronary arterial remodeling in differing clinical presentations of unstable angina pectoris-an intravascular ultrasound study. Clin Cardiol 26:384-389, August, 2003.

324. PAK,H.N.,QAYYUM,M.,KIM,D.T.,HAMABE,A.,MIYAUCHI,Y.,LILL,M.C.,FRANTZEN,M. TAKIZAWA,K.,CHEN,L.S.,**FISHBEIN,M.C.**,SHARIFI,B.G.,CHEN,P.S.,MAKKAR,R. Mesenchymal stem cell injection induces cardiac nerve sprouting and increased tenascin expression In a swine model of myocardial infarction. J Cardiovasc Electrophysiol 14:841-848, August, 2003.

325. WU,J.C.,CHEN,I.Y.,GOBALAKRISHNAN,S.,MIN,J-J.,DE,A.,QIAO,J-h.,**FISHBEIN,M.C.**, GAMBHIR,S.S. Molecular imaging of cardiac cell transplantation in living animals using Optical bioluminescence and positron emission tomography. Circulation 108:1302-1305, September, 2003.

326. ODIM,J.,REEHAL,V.,LAKS,H.,MEHTA,U.,**FISHBEIN,M.C.** Surgical pathology of cardiac tumors: Two decades at an urban institution. Cardiovasc Pathol 12:267-270, October, 2003.

327. BRUEMMER,D.,COLLINS,A.R.,NOH,G.,WANG,W.,TERRITO,M.,ARIAS-MAGALLONA,S., **FISHBEIN,M.C.**,BLASCHKE,F.,KINTSCHER,U.,FLECK,E.,LAW,R.E.,HSUEH,W.A. Angiotensin II accelerated atherosclerosis and aneurysm formation is attenuated in osteopontin deficient mice . J Clin Invest 112:1318-1331, November, 2003.

328. HAMABE,A.,CHANG,C-M, ZHOU, M.,CHOU,C-C.,YI,J.,MIYAUCHI,Y.,OKUYAMA,Y.,**FISHBEIN,M.C.**, KARAGUEUZIAN,H.S.,CHEN,L.S.,CHEN, P-S. Induction of atrial fibrillation and nerve sprouting by prolonged left atrial pacing in dogs. PACE 26:2247-2252, December 2003.

329. CHOU,C-C.,KIM,D.T.,**FISHBEIN,M.C.**,CHEN,P-S.: Marshall bundle and the valve of Vieussens. J Cardiovasc Electrophysiol 14:1254, December, 2003.

330. AKIRA,H.,CHANG,C.M.,ZHOU,S.,CHOU,C.C.,MIYAUCHI,Y.,OKUYAMA,Y.,**FISHBEIN,M.C.**, KARAGUEUZIAN,H.S.,CHEN,P.L.,CHEN,P.S. Induction of atrial fibrillation and nerve sprouting by prolonged left atrial pacing in dogs. Pac Clin Electrophysiol 26:2247-2252, December, 2003.

331. LEVI,D.S.,DECONDE,A.S.,BURCH,C.,**FISHBEIN,M.C.** ALEJOS,J.C.,WETZEL,G. The disutility of surveillance endomyocardial biopsies in pediatric heart transplant patients managed with tacrolimus. Ped Transplant 8:22-28, February, 2004.

332. YUN,J.J.,WHITING,D.,FISCHBEIN,M.P.,BANERJI,A.,IRIE,Y.,STEIN,D.,**FISHBEIN,M.C.**,

PROUDFOOT,A.E.,LAKS,H.,BERLINER,J.,ARDEHALI,A. Combined blockade of the chemokine receptors CCR1 and CCR5 attenuates chronic rejection. Circulation 109:932-937, February, 2004.

333. ANZAO,H.,CHILD,J.,NATTERSON,B.,KRIVOKAPICH,J.,**FISHBEIN,M.C.**,CHAN,VK, TOBIS,J.M. Incidence of thrombus formation on the CardioSeal and the Amplatzer interatrial closure devices. Am J Cardiol 93:426-431, February, 2004.

334. TEDE,N.H.,SHIVKUMAR,K.,PERLOFF,J.K.,MIDDLEKAUFF,H.R.,**FISHBEIN,M.C.**, CHILD,J.S.,LAKS,H. Signal-averaged electrocardiogram in Ebstein's anomaly. Am J Cardiol 93:432-436, February, 2004.

335. NALLY,J.E.,CHANTRANUWAT,C.,WU,X-Y.,**FISHBEIN,M.C.**,PEREIRA,M.,BLANCO,D., MILLER,J.,LOVETT,M.A. Alveolar septal deposition of immunoglobulin and complement parallels pulmonary hemorrhage in a guinea pig model of severe pulmonary leptospirosis. Am J Pathol 163:1115-1127, March, 2004.

336. SWISSA, M., ZHOU, S., GONZALEZ-GOMEZ, I., CHANG, C-M., LAI, A.C., CATES, A.W., **FISHBEIN, M.C.,** KARAGUEUZIAN, H.S., CHEN, P-S., CHEN, L.S. Long-term subthreshold electrical stimulation of the left stellate ganglion and a canine model of sudden cardiac death. J Amer Coll Cardiol 43:858-864, March, 2004.

337. TAKKENBERG,J.M.,CZER,L.S.C., **FISHBEIN,M.C.** ,LUTHRINGER,D.J.,QUARTEL,A.W. , MIROCHA,J., QUERAL,C.A.,BLANCHE,C.,TRENTO,A. Eosinophilic myocarditis in patients awaiting heart transplantation. Crit Care Med 32:714-721, March, 2004.

338. SU,L.,SIEGEL,J.E.,**FISHBEIN,M.C.** Adipose tissue in myocardial infarction. Cardiovasc Pathol 13:98-102, April 2004.

339. CHOU,C-C.,ZHOU,S.,MIYAUCHI,Y.,PAK,H-N.,OKUYAMA,Y,**FISHBEIN,M.C.**, KARAGUEUZIAN,H.S.,CHEN,P-S. Effects of procainamide on electrical activity in the thoracic veins and the atria in a canine model of sustained atrial fibrillation. Am J Physiol 286: H1936-1945, April, 2004.

340. SARANTOPOULOS,G.P.,GUI,D,SHINTAKU,P,HONG,L.,WANG,Y-Y.,YAP,C.S., **FISHBEIN,M.C.** Immunohistochemical analysis of bronchioloalveolar carcinoma subtypes. Arch Pathol 128:2004 **(featured on cover).**

341. ZHOU.S,CAO,J-M.,SWISSA,M.,GONZALEZ-GOMEZ,I.,CHANG,C-M.,CHIEN,K., MIYAUCHI,Y.,FU,K.J.,YI,J.,ASOTRA,K ,KARAGUEUZIAN,H.S.,**FISHBEIN, M.C.,**CHEN, P-S.,CHEN,L.S. Low-affinity NGF receptor p75ntr immunoreactivity in the myocardium with sympathetic hyperinnervation . J Cardiovasc Electrophysiol 15:430-437, April, 2004.

342. JIN,Y-P.,**FISHBEIN,M.C.**,SAID,J.S.,JINDRA,P.T.,RAJALINGAM,R.,ROZENGURT,E., REED,E.F. Anti-HLA class I antibody-mediated activation of the PI3K/Akt signaling pathway and induction of Bcl-2 and Bcl-xl expression in endothelial cells. Hum Immunol 65:291-302, April, 2004

343. COLLINS,A.R.,SCHNEE,J.,WANG,W.,KIM,S.,**FISHBEIN,M.C.**.,BRUEMMER,D.,LAW,R.E., NICHOLAS,S.,ROSS,R.S.,HSUEH,W.S. Osteopontin modulates angiotensin-induced fibrosis in the intact murine heart. J Am Coll Cardiol 43:1698-1705, May, 2004.

344. OH,J.J.,**FISHBEIN,M.C.**,BOCTOR,B.,JUMENEZ,C.A.,LOPEZ,R.,SLAMON,D.J. Evaluation of H37, a candidate 3p21.3 tumor suppressor gene, as a therapeutic and diagnostic marker in lung cancer. Chest 125:102S-103S, May, 2004.

345. CHANTRANUWAT,C.,BLAKEY,J.D.,KOBASHIGAWA,J.A.,MORIGUCHI,J.D.,LAKS,H., ESPEJO-VASSILAKIS,M.,**FISHBEIN,M.C.** Sudden, unexpected deaths in cardiac transplant recipients. An autopsy study. J Heart Lung Transplant 23:683-689, June, 2004

346. CHANTRANUWAT,C.,QIAO,J-H.,KOBASHIGAWA,J.,HONG,L.,SHINTAKU,P., **FISHBEIN,M.C.** Immunoperoxidase staining for C4d on paraffin embedded tissue in cardiac allograft endomyocardial biopsies. Comparison to frozen tissue immunofluorescence. Applied Immunohistochem Mole Morphol 12:166-171, June, 2004 **(featured on cover)**.

347. OH,Y-S.,THOMSON,E.J.,**FISHBEIN,M.C.**,BERMAN,D.S.,SHARIFI,B.,CHEN,P-S. Scar formation after ischemic myocardial injury in MRL mice. Cardiovasc Pathol 13:203-206, June, 2004.

348. WHITING,D.,BANERJI,A.,YUN,J.,CHUN,S.,YAO,W.,**FISHBEIN,M.C.**,BELPERIO,J., STRIETER,R.M.LAKS,.L.,XIAO-HU,G.,BONAVIDA,B.,ARDEHALI,A. Chemokine MIG/CXCL9 stimulates T-lymphocyte proliferation and effector cytokine production. J Immunol 172:7417-24, June 2004.

349. PARK,A.M.,CHOU,C-,DRURY,P.,OKUYAMA,Y.,PETER,A.,HAMABE,A.,MIYAUCHI,Y.,KASS,R.M., KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,P-S. Thoracic vein ablation terminates chronic atrial fibrillation in dogs . Am J Physiol; 286(6):H2072-7, June 2004.

350. ZHOU,S.,CHEN,L.S.,MIYAUCHI,Y.,MIYAUCHI,M.,KAR,S.,KANGAVARI,S.,**FISHBEIN,M.C.**, SHARIFI,B.,CHEN,P-S. Mechanisms of cardiac nerve sprouting after myocardial infarction in dogs. Circ Res 95:76-83, July, 2004.

351. BLASCHKE,F.,BRUEMMER,D.,YIN,F.,TAKATA,Y.,WANG,W.,**FISHBEIN,M.C.**,OKURA,T., HIGAKI,J.,GRAF,K.,FLECK,E.,HSUEH,W.,LAW,R.E. C-reactive protein induces apoptosis in human coronary vascular smooth muscle cells. Circulation 110:579-587, July 2004.

352. WU,J.,CHEN,I.Y.,WANG,Y.,TSENG,J.R.,CHHABRA,A.,SALEK,M.,MIN,J-J.,**FISHBEIN,M.C.**, CRYSTAL,R.,GAMBHIR,S.S. Molecular imaging of the kinetics of vascular endothelial growth factor gene expression in ischemic myocardium. Circulation 110:685-691, July, 2004.

353. TAKEMOTO,S.K.,ZEEIV,A.,FENG,S.**FISHBEIN,M.C.** et al: National conference to assess antibody-mediated rejection in solid organ transplantation. Am J Transplant 4:1033-1041, July, 2004 (member of task force 2: diagnosis of humoral rejection).

354. YEH,M.,COLE,A.L.,CHOI,J.,TULCHINSKY,D.,QIAO,J-H., **FISHBEIN,M.C.**, DOOLEY,A.N., HOVNANIAN,T.,MOUILLESEAUZ,K.,VORA,D.K.,YANG,W-P.,GARGALOVIC,P., KIRCHGESSNER,T.,SHYY,J.Y-J.,BERLINER,J.A. A role for SREBP in the activation of endothelial cells by phospholipid oxidation products. Circ Res 95:780-788, October, 2004.

355. CHUNG,R.,PERLOFF,JK,**FISHBEIN,M.C.**,CHILD,J.S. Extramural Coronary Arteries in Cyanotic congenital heart disease, Am J Cardiol 94:1355-1357, November, 2004.

356. OKUYAMA,Y.,PAK,H-N.,MIYAUCHI,Y.,LIU,Y-B.,CHOU,C-C.,HAYASHI,H.,FU,K.J., KERWIN,W.F.,KAR,S.,KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**,CHEN,P-S.,CHEN,L.S.: Sympathetic nerve sprouting induced by radiofrequency catheter ablation in dogs. Heart Rhythm 2004;1:712-7 **(featured on cover)**.

357. BLASCHKE,F.LEPPANEN,O.,TAKATA,Y.,CAGLAYAN,E.,LIU,J.,**FISHBEIN,M.C.**,KAPPERT, K.,NAKAYAMA,K.I.,COLLINS,A.R.,FLECK,E.,HSUEH,W.A.,LAW,R.E. Liver X receptor agonists suppress vascular smooth muscle cell proliferation and inhibit neointima formation in balloon-injured rat carotid arteries. Circ Res 95:e110-23, December, 2004

358. SCHNICKEL,G.T.,WHITING,D.,HSIEH,G.R.,YUN,J.J.,FISCHBEIM,M.P.,**FISHBEIN,M.C.**, YAO,W.,SHFIZAHED,A.,ARDEHALI,A. CD8 lymphocytes are sufficient for the development of chronic rejection. Transplantation 78:1634-1639, December, 2004.

359. KIM,D.T.,LUTHRINGER,D.J.,LAI,A.C.,SUH,G.,CZER,L.,CHEN,L-S.,CHEN,P-S, **FISHBEIN,M.C.** Sympathetic nerve sprouting after orthotopic heart transplantation. J Heart Lung Transplant 23:1349-1358, December, 2004.

360. KANGAVARI,S.,MATETSKY,S.,SHAH,P.K.,YANO,J.,CHYU,K.Y.,**FISHBEIN,M.C.** CERCEK,B. Smoking increases inflammation and metalloproteinase expression in human carotid atherosclerotic plaques. J Cardiovasc Pharmacol Ther 9:291-298, December, 2004

361. MIYAUCHI,M.,QU,Z.,MIYAUCHI,Y.,ZHOU,S.M.,PAK,H.,MANDEL,W.J.,**FISHBEIN,M.C.**, CHEN,P-S.,KARAGUEUZIAN,H.S. Chronic nicotine in hearts with healed ventricular myocardial infarction promotes atrial flutter that resembles typical human atrial flutter. Am J Physiol Heart Circ Physiol, January, 2005 (Epub);288: H2878 - H2886.

362. KENNEDY,M.A.,BARRERA,G.C.,NAKAMURA,K.,BALDAN,A.,TARR,P.,**FISHBEIN,M.C.**, FRANK,J.,FRANCONE,O.L.,EDWARDS,P.A. ABCG1 has a critical role in mediating cholesterol efflux to HDL and preventing cellular lipid accumulation. Cell Metabolism 1:121-131, February, 2005

363. CESARIO,D.A.,BRODER,H.J.,**FISHBEIN,M.C.**,SHIVKUMAR,K. Histopathological characterization of the atrioventricular conduction axis following catheter ablation. Heart Rhythm 2:532-535, May, 2005 **(featured on cover)**.

364. NALLY,J.E.,CHOW,E.,**FISHBEIN,M.C.**,BLANCO,D.R.,LOVETT,M.A. Changes in lipopolysaccharide O-antigen content distinguish *Leptospira interrogans* in lethal versus chronic infection. Infection and Immunity 73:3251-3260, June 2005.

365. CHOU,C.,NIHEI,M.,ZHOU,S.,TAN,A.,KAWASE,A.,MACIAS,E.S.,**FISHBEIN,M.C.**,LIN,S-F., CHEN,P-S. Intracellular calcium dynamics and anisotropic reentry in isolated canine pulmonary veins and left atrium. Circulation 111: 2889-97, June, 2005.

366. QIAO,J-.,DOHERTY,T.M.,**FISHBEIN,M.C.**,SALUSKY,I.B.,LUTHRINGER,D.L., FITPATRICK, L.A., SHAH,P.K., RAJAVASHISTH,T.B. Calcification of the coronary arteries in the absence of atherosclerotic plaque. Mayo Clin Proc 80:807-809, June 2005.

367. TRUELL,J.S.,**FISHBEIN,M.C.**,FIGLIN,R. Myocarditis temporally related to the use of Gefitinib (Iress). Arch Pathol Lab Med 129:1044-1046, August, 2005.

368. MARCU,L., JO,J.A.,FANG,Q.,PAPAIOANNOU,T.,DORAFSHAR,A.,REIL,T.,QIAO,J-H., BAKER, **FISHBEIN,M.C.** J. A. FREISCHLAG. In-Vivo Detection of Macrophages in a rabbit atherosclerotic model by time-resolved laser-induced fluorescence Spectroscopy. Atherosclerosis 181:295-303, August, 2005.

369. SWISSA M, ZHOU S, PAZ O, **FISHBEIN,M.C.,** CHEN LS, CHEN P-S: A Canine model of paroxysmal atrial fibrillation and paroxysmal atrial tachycardia. Am J Physiol 289:H1851-1857, 2005.

370. LEE,F.Y.,KAST-WOELBERN,H.R.,CHANG,J.,LUO,G.,JONES,S.A.,**FISHBEIN**,M.C., EDWARDS,P.A. Alpha-A-crystallin is a target gene of the farnesoid X-activated receptor (FXR) in human livers. J. Biol. Chem 280:31792-800, September, 2005.

371. NALLY,J.E.,**FISHBEIN,M.C.**,BLANCE,D.R.,LOVETT,M.A. Lethal infection of C3H/HeJ and C3H/SCID mice with an isolate of Leptospira interrogans serovar Copenhageni. Infect Immunol 73:7014-7017, October, 2005.

372. CHA,Y-M.,REDFIELD,M.M.,SHAH,S.,SHEN,W-K.,**FISHBEIN,M.C.**,CHEN,P-S.: Effects of omapatrilat on cardiac nerve sprouting and structural remodeling in experimental congestive heart failure. Heart Rhythm 2:984-990, September, 2005.

373. TAN,A.Y.,CHOU,C.C.,ZHOU,S.,NIHEI,M.,HWANG,C.,PETER,C.T.,**FISHBEIN,M.C.**, CHEN,P-S. Electrical connections between the left superior pulmonary vein, left atrium and ligament of Marshall: implications for the mechanisms of atrial fibrillation. Am J Physiol Heart Circ Physiol 2005- epub (publication 290:H312-322, January, 2006).

374. WALLACE,W.D.,REED,E.,ROSS,D.,LASSMAN,C.R.,**FISHBEIN,M.C.** C4d staining of pulmonary allograft biopsies: an immunoperoxidase study. J Heart Lung Transplant 24:1565-1570, October, 2005

375. DIMAYUGA,P.C.,LI,H.,CHYU,K.,FREDRIKSON,G.N.,NILLSON,J.,**FISHBEIN,M.C.**, SHAH,P.K.,CERCEK,B. T cell modulation of intimal thickening after vascular injury: the bimodal role of IFN-gamma in immune deficiency . Arterio Throm Vasc Biol 25: October, 2005.

376. TAKATA,Y.,CHU,V.,COLLINS,A.R.,LYON,C.J.,WANG,W.,BLASCJKE,F.,BRUEMMER,D., CAGLAYAN,E.,DALEY,W.,HIGAKI,J.,**FISHBEIN,M.C.**,TANGIRALA,R.K.,LAW,R.E.,HSUEH,W.A. Transcriptional repression of ATP-binding cassette transporter A1 gene in macrophages. A novel Atherosclerotic effect of angiotensin II. Circ Res 97:e88-e96, October, 2005.

377. STEWART,S.,WINTERS,G.L.,**FISHBEIN,M.C.**,TAZELAAR,H.D.,KOBASHIGAWA,J., ABRAMS,J.,ANDERSEN,C.B.,ANGELINI,A.,BERRY,J.L.,BURKE,M.M.,DEMETRIS,A.J.,HAMMON D,E.,ITESCU,S.,MARBOE,C.C.,MCMANUS,B.,REED,E.F.,REINSMOEN,N.L.,RODRIGUEZ,E.R.,ROS E, A.G.,ROSE,M.,SUCIU-FOCIA,N., ZEEVI,A.,BILLINGHAM,M.E. Revision of the 1990 working formulation for the standardization of nomenclature in the diagnosis of heart rejection. J Heart Lung Transplant 24:1710-1720, November, 2005.

378. SHEEHAN,R.,ABERLE,D.,GJERTSON,G.,**FISHBEIN,M.C.**,PERLOFF,J. Pulmonary neovascularity: A distinctive radiographic finding in Eisenmenger syndrome. Circulation 112:2778-2785, November, 2005.

379. RAO,D.S.,GOLDIN,J.S.,**FISHBEIN,M.C.** Determinants of plaque instability in atherosclerotic vascular disease. Cardiovasc Pathol 14:285-293, , November, 2005.

380. ROSENKRANZ,M.E.,SCHULTE,D.J.,AGLE,L.M.,WONG,M.H.,ZWANG,W., IVASHKIV,L., DOHERTY,T.M., **FISHBEIN,M.C.**,LEHMAN,T.J.A.,MICHELSEN,K.S., ARDITI,M. TLR2 and MyD88 Contribute to Lactobacillus Casei Extract-Induced Focal Coronary Arteritis in a Mouse Model of Kawasaki Disease. Circulation 112:2966-2973, November 2005.

381. WEINBERG,O.K.,MARQUEZ,D.C.,**FISHBEIN,M.C.**,GOODGLICK,L.,GARBAN,H.J., DUBINETT,S.M.,PIETRAS,R.J.J. Aromatase inhibitors in human lung cancer therapy. Cancer Res 65:11287-11291, December, 2005.

382. PIETRAS,R.J.,MARQUEZ,D.C.,CHEN,H-W.,TSAI,E.,WEINBERG,O.,**FISHBEIN,M.C.** Estrogen and growth factor receptor interactions in human breast and non-small cell lung cancer cells. Steroids 70:372-381, 2005.

383. ZHOU,S.,PAZ,O.,CAO,J-M.,ASOTRA,K.,CHAI,N-N.,WANG,C.,CHEN,L.S.,**FISHBEIN,M.C.**, SHARIFI,B,CHEN,P-S.: Differential b-adrenoceptor expression induced by nerve growth factor infusion into the canine right and left stellate ganglia. Heart Rhythm 2:1347-1355, December, 2005.

384. MAKKAR,R.R.,PRICE,M.J.,LILL,M.,FRANTZEN,M.,TAKIZAWA,K.,KLEISLI,T.,ZJENG,J., KAR,S.,MCCLEAN,R.,MIYAMOTA,T.,BICK-FORRESTER,J.,**FISHBEIN,M.C.**,SHAH,P.K., FORRESTER,J.S.,SHARIFI,B., CHEN,P-S., QAYYUM,M. Intramyocardial injection of allogenic bone marrow-derived mesenchymal stem cells without immunosupression preserves cardiac function in a porcine model of myocardial infarction. Cardiovasc Pharmacol Ther 10:225-233, December, 2005.

385. MAO,J.T.,**FISHBEIN,M.C.**,ADAMS,B.,ROTH,M.D.,GOODGLICK,L.,HONG,L.BURDICK,M., STRIETER,E.R.M.,HOLMES,C.,TASHKIN,P.D.,DUBINETT,S.M. Celecoxib decreases Ki-67 Proliferation index in active smokers. Clin Cancer Res 12:314-320, January 2006.

386. CESARIO,D.A.,VASEGHI,M.,BOYLE,N.G.,**FISHBEIN,M.C.**,VALDERRABANO,M., NARASIMHAN,C.,WIENER,I.,SHIVKUMAR,K. Value of high-density endocardial and epicardial mapping for catheter ablation of hemodynamically unstable ventricular tachycardia. Heart Rhythm 3:1-10, January, 2006 **(featured on cover)**

387. REED,E.F.,DEMETRIS,A.J.,HAMMOND,E.,ITESCU,S.,KOBSHIGAWA,J.A., REINSMOEN,N.L.,RODRIGUEZ,E.R.,ROSE,M.,STEWART,S.,SUCIU-FOCA,S., ZEEVI,A.**FISHBEIN,M.C.** Acute antibody-mediated rejection of cardiac transplants. J Heart Lung Transplant 25:153-159, February, 2006.

388. GOMPERTS,B.N.,BELPERIO,J.A.,RAO,P.N.,RANDELL,S.H.,**FISHBEIN,M.C.**, BURDICK,M.D., STRIETER,R.M. Circulating progenitor epithelial cells traffic via CXCR4/CXCL12 in response to airway injury. J Immunol 176:1916-1927, February, 2006.

389. YAP,C.S.,CZERNIN,J.,**FISHBEIN,M.C.**,CAMERON,R.B.,SCHIEPERS,C.,PHELPS,M.E., WEBER,W.A. Evaluation of thoracic tumors with 18F-Fluorothymidine and 18F-Fluorodeoxyglucose positron emission tomography. Chest 129:393-400, February, 2006.

390. JO,J.A.,FANG,Q.,PAPAIOANNOU,T.,BAKER,J.D.,DORAFSHAR,A.H.,REIL,T.QIAO,J.H. **FISHBEIN,M.C.,**FREISCHLAG,J.A.,MARCU,L. Laguerre-based method for analysis of Time-resolved fluorescence data: application to in vivo characterization and diagnosis of atherosclerotic lesions. J Biomed Opt 11: 21004, March, 2006.

391. TRUELL,J.S.,**FISHBEIN,M.C.** Case report of a Quilty lesion within a coronary artery. Cardiovasc Pathol 15:161-164, May, 2006.

392. DOHADWALA,M.,YANG,S-C.,LUO,J.,SHARMA,S.,BATRA,R.K.,HUANG,M.,LIN,Y., GOODGLICK,L., KRYYSSSAN,K., **FISHBEIN,M.C.**,HONG,L.,LAI,C.,CAMERON,R., GEMMILL,R.M.,DRABKIN,H.A.,DUBINETT,S.M. Cox-2-dependent regulation of E-Cadherin: PGE2 induces transcriptional repressors ZEB1 and SNAIL in NSCLC. Cancer Res 66:5338-5345, May, 2006.

393. OH,Y-S.,JONG,A.Y.,KIM,D.T.,LI,H.,WANG,C.,ZEMLJIC-HARPF,A.,ROSS,R.S., **FISHBEIN, M.C.,**CHEN,P-S.,CHEN,L-S. Spatial distribution of nerve sprouting after myocardial infarction in mice. Heart Rhythm 3:728-736, June, 2006.

394. VASEGHI,M.,CESARIO,D.A.,MAHAJAN,A.,WIENER,I.,BOYLE,N.G., **FISHBEIN,M.C.**, NATTERSON-HOROWITZ,B.,SHIVKUMAR,K.: Catheter Ablation of Right Ventricular Outflow Tract Tachycardia: Value Of Defining Coronary Anatomy. J Cardiovasc Electrophysiol 17:632-637, June, 2006.

395. TAN,A.,**FISHBEIN,M.C.**,LI,H.,WACHSMAN-HOGUI,S.,CHEN,L.,CHEN,P-S. Autonomic Innervation and segmental muscular disconnections at the human pulmonary vein-atrial junction: Implications for catheter ablation of atrial-pulmonary vein junction . J Am Coll Cardiol 48:132-143, July, 2006.

396. LEPIN,E.,ZHANG,O,HONG,L.,AYELE,P,PERALTA,M.V.P.,GJERTSON,D.W., KOBASHIGAWA,J.A.,WALLACE,W.D.,**FISHBEIN,M.C.**,REED,E.F. Phosphorylated S6 ribosomal protein: a novel biomarker of antibody mediated rejection in heart allografts. Am J Transplant 6:1560-1571, July, 2006

397. DEDKOVC, E.I., PERLOFF, J.K., TOMANEK, R.J., **FISHBEIN, M.C.,** GUTTERMAN, D.D. The

coronary microcirculation in cyanotic congenital heart disease. Circulation 114:196-200, July, 2006.

398. CHEN,L.S.,ZHOU, S.,**FISHBEIN,M.C.**,CHEN,P-S.: New perspectives on the role of autonomic nervous system in the genesis of arrhythmias. J Cardiovasc Electrophysiol online: 14-Aug-2006: 1540-8167.

399. NADELMAN,C.M.,LESLIE,K.O.,**FISHBEIN,M.C.** "Benign", metastasizing adenomyoepithelioma of the breast: A report of two cases. Arch Pathol Lab Med. 130:1349-53, September, 2006.

400. PHAM,P.H,RAO,D.,VASUNILASHORM,B.S.,**FISHBEIN,M.C.**,GOLDIN,J.G. CT calcium quantification as a measure of atherosclerotic plaque morphology and stability Investigative Radiology 41:674-680, September, 2006.

401. ZHONG,W.,MAO,S.,TOBIS,S.,ANGELIS,E.,JORDAN,M.C.,ROOS,K.P.,**FISHBEIN,M.C.**, MORENO DE ALBORAN,I.,MACLELLAN,R. Hypertrophic growth in cardiac myocytes is Mediated by Myc through a cyclin D2-dependent pathway. European Molecular Biology Org 25:3869-3879, September, 2006.

402. CHAN,J.B.,LEVI,D.S.,LAI,C.K.,ALEJOS,J.C.,**FISHBEIN,M.C.** Cellular rejection of the conduction system after orthotopic heart transplantation for congenital atrioventricular block . J Heart Lung Transplant 25:1371-1375, November, 2006.

403. HWANG,C.**FISHBEIN,M.C.**,CHEN,P-S. How and when to ablate the ligament of Marshall. Heart Rhythm 3:1505-1507, December, 2006

404. SCHNICKEL,G.T.,HSIEH,G.R.,GARCIA,C.,SHEFIZADEH,A.**FISHBEIN,M.C.**,ARDEHALI,A. Cytoprotective gene HO-1 and chronic rejection in heart transplantation. Transplant Proc 38:3221-3224, December, 2006.

405. SCHNICKEL,G.T.,HSIEH,G.R.,KACHIKWU,E.L.,GARCIA,C.,SHEFIZADEH,A.**FISHBEIN,M.C.**, ARDEHALI,A. Cytoprotective gene HO-1 and chronic rejection in heart transplantation. Transplant Proc 38:3259-3262, December, 2006.

406. DE LA ZERDA,D.,COHEN,O.,**FISHBEIN,M.C.**,ODIM,J.,CALDERON,C.A.,HEKMAT,D., LAKS,H.Aortic valve-sparing repair with autologous pericardial leaflet extension has a greater early re-operation rate in congenital versus acquired valve disease. Europ J Cardio-Thoracic Surg 31:256-260, January, 2007.

407. YANG,H-M.,LAI,C.K.,PATEL,J.,MOORE,J.,CHEN,P-C.,SHIVKUMAR,K.,**FISHBEIN,M.C.** Irreversible intrapulmonary vascular changes after pulmonary vein stenosis complicating catheter ablation for atrial fibrillation. Cardiovasc Pathol 16:51-55, January, 2007

408. CHOU,C-C.,ZHOU,S.HAYASHI,H.,NIHEI,M,LIU,Y-B.,WEN,M-S.,YEH,S-J.,**FISHBEIN,M.C.**, WEISS,J.N.,LIN,S-F.,WU,D.CHEN,P-S. Remodeling of action potential and intracellular calcium cycling dynamics during subacute myocardial infarction promotes ventricular arrhythmias in Langendorff-perfused rabbit hearts. J Physiol 580.3:895-906, February, 2007

409. CASAREZ,T.W.,LEVI,D.S.KUTAY,E.,**FISHBEIN,M.C.**,ALEJOS,J. Humoral rejection in pediatric orthotopic heart transplantation. J Heart Lung Transplant 26:114-119, February, 2007.

410. MÁRQUEZ-GARBÁN,D.C.,CHEN,H-W.,**FISHBEIN,M.C.**,GOODGLICK,L.,PIETRAS,R.J. Estrogen receptor signaling pathways in human non-small cell lung cancer. Steroids72:135-143, February, 2007

411. PENA,L.A.,**FISHBEIN,M.C.** Fatal myocarditis related to campylobacter jejuni infection: A case report Cardiovasc Pathol 16:119-121, March, 2007.

412. GOMPERS,B.N.,BELPERIO,J.A.,**FISHBEIN,M.C.**,KEANE,M.P.,BURDICK,M.D., STRIETER, R.M. keratinocyte growth factor improves repair in the injured tracheal epithelium. Am. J Respir Cell Mol Biol 37:48-56, March,2007

413. ROOS,K.P.,JORDAN,M.C.,**FISHBEIN,M.C.**,RITTER,M.R.,FRIEDLANDER,M.,CHANG,H., RAHGOZAR,R.,HAN,T.,GARCIA,A.J.,MACCLELLAN,W.R.,ROSS,R.S.,PHILIPSON,K.D. Hypertrophy and heart failure in mice overexpressing the cardiac sodium-calcium exchanger. J Cardiac Failure 13:318-329, May, 2007.

414. OGAWA,M.,ZHOU,S.TAN,A.Y.,SONG,J.,GHOLMIEH,G.,**FISHBEIN,M.C.**,LUO,H.,SIEGEL, R.J.,KARGUEUZIAN,H.S.,CHEN,L.S.,LIN,S-F.,CHEN,P-S. Left stellate ganglion and vagal nerve Activity and cardiac arrhythmias in ambulatory dogs with pacing-induced congestive heart failure. J Am Coll Cardiol 50:335-343, July, 2007.

415. HSIEH,G.R.,SCHNICKEL,G.T.,GARCIA,C.,SHEFIZADEH,A.,**FISHBEIN,M.C.**,ARDEHALI,A. Inflammation/oxidation in chronic rejection: apolipoprotein a-1 mimetic peptide reduces chronic rejection of transplanted hearts. Transplantation 84:238-243, July, 2007

416. RA,S.H.,**FISHBEIN,M.C.**,BARUCH-OREN,T.SHINTAKU,P.,APPLE,S.K.,CAMERON,R.B.,LAI, C.K. Mucinous adenocarcinomas of the thymus: report of 2 cases and review of the literature. Am J Surg Pathol 31:1330-1336, September, 2007.

417. GHARAVI,N.M.,ALVA,J.A.,MOUILLESSEAUX,K.P.,LAI,C.,YEH,M.,YEUNG,W.,JOHNSON,J., SZETO,W.L.,HONG,L.,**FISHBEIN,M.C.**,WEI,L.,PFEFFER,L.,BERLINER,J.A. Role of the JAK/STAT pathway in the regulation of interleukin-8 transcription by oxidized phospholipids in vitro and in atherosclerosis in vivo. J Biol Chem 282:31460-31468, October, 2007

418. YILMAZ,A.,ROWLEY,A.,SCHULTE,D.,DOHERTY,T.M.,SCHROEDER,N.W.J.,**FISHBEIN,M.C.**, KALEDAR, M.,CICHA,I.,SCHUBERT,K.,DANIEL,W.G.,GARLICHS,C.D.,ARDITI,M. Activated Myeloid dendritic cells accumulate and co-localize with CD3 T cells in coronary artery lesions in patients With Kawasaki disease. Exp Mol Pathol 83:93-103, 2007.

419. WU,J.C.,**FISHBEIN,M.C.**,CHILD,J.A. An unusual case of stroke from a left atrial mass. J Am Soc Echocardiogr 20:537;e1-2, 2007

420. COHEN,O.,DE LA ZERDA,D.J.,**FISHBEIN,M.C.**,CALDERON,C.A.,LAKS,H. Pathologic findings In pericardium and native valve tissues after aortic valve-sparing with autologous pericardial leaflet Extension. J Heart Valve Dis 16:230-234, 2007.

421. MAH,V.,SELIGSON,D.B.,LI,A.,MARQUEZ,D.C.,WISTUBA,I.I.,ELSHIMALI,Y. **FISHBEIN,M.C.**,CHIA,D.,PIETRAS,R.J.,GOODGLICK,L. Aromatase Expression Predicts Survival in Women with Early Stage Non-Small Cell Lung Cancer. Cancer Res 67:10484-90, November, 2007.

422. RA,S.H.BRADLEY,R.F.,**FISHBEIN,M.C.**,BUSUTTIL,R.W.,LU,D.S.K.,LASSMAN,C. Recurrent Hepatic lymphangiomatosis after orthotopic liver transplantation. Liver Transpl 13:1593-1597, 2007.

423. STEWART,S.,**FISHBEIN,M.C.**,SNELL,G.I.,BERRY,G.J.,BOEHLER,A.,BURKE,M.M., GLANVILLE,A., GOULD,F.K.,AGRO,C.MARBOE,C.C.,MCNEIL,K.D.,REED,E.F., REINSMOEN,N.L., SCOTT,J.P.,STUDER,S.M., TAZELAAR,H.D.,WALLWORK,J.L., WESTALL,G., ZAMORA,M.R., ZEEVI,A.,YOUSEM,S.A. Revision of the 1996 Working Formulation for the Standardization of Nomenclature in the Diagnosis of Lung Rejection . J Heart Lung Transplant 26:1229-1242, December, 2007.

424. MICHELETTI,R. FISHBEIN,G.A.,CURRIER,J.**FISHBEIN,M.C.**Monckeberg's Sclerosis revisited: A clarification of the histologic definition of Monckeberg's sclerosis.

Arch Pathol Lab Med 132:43-47, January, 2008.

425. ZHOU,S.,JUNG,B-C.,TAN,A.Y.,TRANG,V.Q.,GHOLMIEH,G.,HAN,S-W.,LIN,S-F., **FISHBEIN,M.C.**,CHEN,P-S. Spontaneous stellate Ganglion Nerve Activity and Ventricular Arrhythmia in a Canine Model of Sudden Death .Heart Rhythm 5:131-139, January, 2008

426. JINDRA,P.T.,HSUEH,A.,HONG,L.,GJERTSON,D.,SHEN,X-D.,GAO,F.,DANG,J.,MISCHEL,P.S., BALDWIN,W.M.,III,**FISHBEIN,M.C.**,KUPEIC-WEGLINSK,J.,REED,E.F. Anti-MHC class I antibody activation of proliferation and survival signaling in murine cardiac allografts. J Immunol 180:2214-2224, February, 2008

427. ZHOU,S.,TAN,A.Y.PAZ,O.,OGAWA,M.,CHOU,C-C.,HAYASHIH.,NIHEI,M.,**FISHBEIN,M.C.**, CHEN, L-S.,LIN,S-F.,CHEN,P.S. Antiarrhythmic Effects of Beta3-adrenergic Receptor Stimulation in a Canine Model of Ventricular Tachycardia. Heart Rhythm 5:289-297, February, 2008.

428. FISHBEIN,G.A.,MICHELETTI,R.G.,CURRIER,J.S.,SINGER,E.,**FISHBEIN,M.C.** Atherosclerotic oxalosis in coronary arteries. Cardiovasc Pathol 17:117-123, March, 2008.

429. SCHNICKEL,G.T.,BASTANI,S.,HSIEH,G.R.SHEFIZADEH,A.,BHATIA,R.,**FISHBEIN,M.C.**, BELPERIO,J.,ARDEHALI,A. Combined CXCR3/CCR5 blockade attenuates acute and chronic rejection . J Immunol 180:4714-4721, March, 2008.

430. WEI,J.J-P.,KAY,D.,**FISHBEIN,M.C.**, Spontaneous dissection of the distal obtuse marginal coronary artery: a rare cause of sudden death Am J Forensic Sciences 29:199-201, June, 2008

431. MICHELETTI,R.G.,FISHBEIN,G.A.,CURRIER,J.S.,SINGER,E.J.,**FISHBEIN,M.C.** Calcification of the internal elastic lamina of coronary arteries. Mod Pathol 21:1019-1028, August, 2008.

432. CHOU,C-C.,NGUYEN,B.Ll,TAN,A.Y.,CHANG,P-O.,LEE,H-L.,LIN,F-C.,YEH,S-J., **FISHBEIN,M.C.**,LIN,S-F.,WU,D.,WEN,M-S.,CHEN,P-S. Intracellular calcium dynamics and acetylcholine-induced triggered activity in the pulmonary veins of dogs with pacing-induced heart failure. Heart Rhythm 5:1170-1177, August, 2008.

433. GORDON,B.M.,**FISHBEIN,M.C.**,LEVI,D.S. Polytetrafluoroethylene-covered stents in the venous And arterial system. Angiographic and pathologic findings in a swine model. Cardiovasc Pathol 17:206-211, August, 2008.

434. TAN,A.Y., ZHOU,S.,OGAWA,M.SONG,J.,CHU,M.,LI,H.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,L.S., CHEN,P.S.Neural mechanisms of paroxysmal atrial fibrillation and paroxysmal atrial tachycardia in ambulatory canines. Circulation 118:916-925, August, 2008.

435. TAN,A.Y.,ZHOU.S.,JUNG,B.C.,OGAWA,M.,CHEN,L.S.,**FISHBEIN,M.C.**,CHEN,P-S: Ectopic atrial arrhythmias arising from canine thoracic veins during in-vivo stellate ganglia stimulation. Am J Physiol 295:H691-698, August, 2008

436. SWISSA,M.,ZHOU,S.,TAN,A.Y.,**FISHBEIN,M.C.**,CHEN,P-S.,CHEN,LS.: Atrial sympathetic and parasympathetic nerve sprouting and hyperinnervation induced by subthreshold electrical stimulation of the left stellate ganglion in normal dogs. Cardiovasc Pathol 17:303-308, September, 2008.

437. SAGGAR,R.,ROSS,D.J.,SAGGAR,R.,WEIGT,S.S.,ELASHOFF,D.,KEANE,M.P.,ZISMAN,D.A., ARDEHALI,A.,SHAPIRO,S.,GREGSON,A.L.,KUBAK,B.,**FISHBEIN,M.C.**,LAI,C.,LYNCH,J.P.,III, BELPERIO,J.A.,WALLACE,W.D. Pulmonary hypertension associated with lung transplantation obliterative bronchiolitis and vascular remodeling of the allograft. Am J Transplant8:1921-1930, September, 2008

438. GORDON,B.M.,**FISHBEIN,M.C.**,LEVI,D.S. Serial late dilatations of expanded polytetrafluoroethylene

covered stents in porcine aorta . Cath Cardiovasc Interven 72:400-407, September, 2008.

439. CAI,L.,JOHNSTONE,B.H.,COOK,T.G.,TAN,J.,**FISHBEIN,M.C.**,CHEN,P.S.,MARCH,K.L. Human adipose tissue-derived stem cells induce angiogenesis and nerve sprouting following myocardial Infarction, in conjunction with potent preservation of cardiac function. Stem Cells 27:230-237, January, 2009.]

440. MICHELETTI,R.G.,FISHBEIN,G.A.,**FISHBEIN,M.C.**,SINGER,E.J.,WEISS,R.E., JEFFRIES,R.A., CURRIER,J.S. Coronary atherosclerotic lesions in HIV-infected patients: a histopathologic study. Cardiovasc Pathol 18:28-36, January, 2009

441. LIU,Y-B.,**FISHBEIN,M.C.**CHEN,P-S. Effects of simvastatin on cardiac neural and electrophysiological remodeling in rabbits with hypercholesterolemia. Heart Rhythm 6:69-75, January, 2009.

442. JOUNG,B.,TANG,L.,MARUYAMA,M.,HAN,S.,CHEN,Z.,STUCKY,M.,JONES,L.R., **FISHBEIN,M.C.**,WEISS,J.N.,CHEN,P-S.,LIN,S-F. Intracellular calcium dynamics and the acceleration of sinus rhythm by β-adrenergic stimulation. Circulation 119:788-796 February, 2009.

443. MARQUEZ-GARBAN,D.C.,CHEN,H.W.,GOODGLICK,L.,**FISHBEIN,M.C.**,PIETRAS, R.J. Targeting aromatase and estrogen signaling in human non-small cell lung cancer. Ann N Y Acad Sci 1155:194-205, Feb, 2009.

444. VASEGHI,M.,LELLOUCHE,N.,RITTER,H.,PATEL,J.Kk,FONAROW,G.C.,MORIGUCHI,J.D., **FISHBEIN,M.C.**,KOBASHIGAWA,J.,SHIVKUMAR,K. Mode and mechanism of death in patients following orthotopic heart transplantation. Heart Rhythm 6:503-509, April 2009.

445. NGUYEN,B.L.,FISHBEIN,M.C.,CHEN,L.S.,CHEN,P.S.,MASROOR,S. Histologic substrate for atrial fibrillation in humans. Heart Rhythm 6:454-460, April 2009.

446. WU,G.W.,KOBASHIGAWA,J.A.,**FISHBEIN,M.C.**,PATEL,J.,K.,KITTLESON,M.M.,REED,E.F., KIYOSAKI,K.K.,ARDEHALI,A. Asymptomatic antibody-mediated rejection after heart transplantation predicts poor outcomes. J Heart Lung Transplant 28:417-422, May, 2009.

447. MARCU,L.,JO,J.A.,FANG,Q.,PAPAIOANNOU,T.,REIL,T.,QIAO,J-H.,BAKER,J.D., FREISCHLAG,J.A.,**FISHBEIN,M.C.** Detection of rupture-prone atherosclerotic plaques by time-resolved laser induced fluorescence spectroscopy. Atherosclerosis 204:156-164, May, 2009

448. YANG,H.,LAI,C.K.,GJERTSON,C.W.,BARUCH-OREN,T.,RAS.H.,WATTS,W.,WALLACE,W.D., SHINTAKU,P.KOBASHIGAWA,J.A.,**FISHBEIN,M.C.** Has the 2004 revision of the International Society of Heart and Lung Transplantation (ISHLT) grading system improved the reproducibility of the diagnosis and grading of cardiac transplant rejection? Cardiovasc Pathol 18:198-204, July, 2009.

449. SAINT-MARTIN,P.,ROGERS,C.,CARPENTER,E.,**FISHBEIN,M.C.**,KOK,E.Y.J.,LAU,S., SATHYAVAGISWARAN.L. Subaortic Pseudo-Aneurysm of the Left Ventricle Complicating Staphylococcal Endocarditis. J Forensic Sci 54:930-932, July, 2009

450. WEIGHT,S.S.,ELASHOFF,R.M.,HUANG,C.,ARDEHALI,A.,GREGSON,A.L.,KUBAK,B.,**FISHBEIN,M.C.**, SAGGAR,R.,KEANE,M.P.,SAGGAR,R.,LYNCH,J.P.3rd,ZISMAN,D.A.,ROSS,D.J.,BELPERIO,J.A. Aspergillus colonization of the lung allograft is a risk factor for bronchiolitis obliterans syndrome. Am J Transplant 9:1903-1911, August, 2009.

451. SWERDLOW,C.D.,**FISHBEIN,M.C.**,CHAMAN,L.,LAKKIREDDY,D.R.,CHOU,P.T. Presenting rhythm in sudden deaths temporally proximate to discharge of Taser® conducted electrical weapons. Academic Emerg Med 16:726-739, August, 2009.

452. SCHENKE-AYLAND,K.,STOCK,U.A.,NSAIR,A.,XIE,J.,FONSECA,A.E.,LARBIG,R.,MAHAJAN, A., SHIVKUMAR,K.,**FISHBEIN,M.C.**,MECLELLAN,W.R. Cardiomyopathy is associated with structural remodeling of heart valve extracellular matrix. Eur Heart J 30:2254-2265, September, 2009.

453. SAGGAR,R.,SHAPIRO,S.S.,ROSS,D.J.,**FISHBEIN,M.C.**,ZISMAN,D.A.,LYNCH,J.P.3rd,WEIGHT,S.S., ARDEHALI,A.,BELPERIO,J.A.,SAGGAR,R. Treprostinil to reverse pulmonary hypertension associated with idiopathic pulmonary fibrosis as a bridge to single-lung transplant.
J Heart Lung transplant 28:964-967, September, 2009.

454. BASTANI,S.,SHERMAN,W.,SCHNICKEL,G.T.,HSIEH,G.R.,BHATIA,R.,**FISHBEIN,M.C.**,ARDEHALI,A. Chemokine receptor blockade with a synthetic nonpeptide compound attenuates cardiac allograft Vasculopathy. Transplantation 88:995-1001, October, 2009

455. SCHULTE,DJ.,YILMAZ,A.,SHIMADA,K.,**FISHBEIN,M.C.**LOWE,E.L.,CHEN,S.,WONG,M., DOHERTY,T.M.,LEHMAN,T.S.,CROTHER,T.R.SORRENTINO,R.,ARDITI,M. Involvement of innate and adaptive immunity in a murine model of coronary arteritis mimicking Kawasaki disease.
J Immunol 183:5311-5318, October, 2009.

456. PERENS,G.,LI,F.,MEIER,S.,KAUR,R.,ALEJOS,J.C.,**FISHBEIN,M.C.** Clinico-pathologic findings in End-stage pediatric heart transplant grafts. Pediatric Transplant 13:887-891, October, 2009.

457. YANAGAWA,J.,WALSER,T.C.,ZHU,L.X.,HONG,L.,**FISHBEIN,M.C.**,MAH,V.,CHIA,D., GOODGLICK,L.,ELASHOFF,D.A.,LUO,J.,MAGYAR,C.E.,DOHADWALA,M.,LEE,J.M.,ST. JOHN,M.A.,STRIETER,R.M.,SHARMA,S.,DUBINETT,S.M.Snail promotes CXCR2 ligand dependent tumor progression in NSCLC. Clin Cancer Res 15:6820-6829, November, 2009.

458. DIMAYUGA,P.C.,CESENA,H.Y.,CHYU,K-Y.,YANO,J.,AMORN,A., **FISHBEIN,M.C.**, SHAH,P.K.,CERCEK,B. Natural antibodies and complement modulate intimal thickening after arterial injury. Am J Physiol Regul Integr Comp Physiol 297:R1593-16000, November, 2009.

459. MORITA N, SOVARI AA, XIE Y, **FISHBEIN,M.C.,** MANDEL WJ, GARFINKEL A, LIN S-F, CHEN P-S, XIE,L-H, CHEN F, QU Z, WEISS JN, KARAGUEUZIAN HS: Increased susceptibility of aged hearts to ventricular fibrillation during oxidative stress. Am J Phyiol Heart Circ Physiol 297:R1594-605, November, 2009.

460. MEHTA,RI,MEHTA,RI,**FISHBEIN,M.C.**,SOLIS,OE,JAHAN,R.,SLAMON,N.,VINTERS,H.V., YONG,W.H. Intravascular polymer material after coil embolization of a giant cerebral aneurysm.
Hum Pathol 40:1803-1807, December, 2009.

461. EIDELMAN,N.,COLORNI,A.,SUN,J., **FISHBEIN,M.C.**, DIAMANT,A. Myocardial calcification in Captive grouper *Epinephelus aeneus.* Ittiopatologica 6;23-41, 2009.

462. OGAWA,M.,TAN,A.Y.,SONG,J.,KOBAYASHI,K.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,L.S., CHEN,P-S.:Cryoablation of the stellate ganglia aand atrial arrhythmia in ambulatory dogs with pacing-induced heart failure. Heart Rhythm 6:1772-1779, January 2010.

463. MEISEL,S.R.,OUYANG,Y.,**FISHBEIN,M.C.**,EDGINGTON,T.S.,RUAN,X.M.,CERCEK,B.,SHAH, P.K.,CHAUX,A. Prolonged hypercholesterolemia-induced tissue factor expression in rabbit vein grafts. A potential mechanism for graft failure. Coron Artery Dis 21:97-103, March, 2010

464. TUNG,R.,NAKAHARA,S.,RAMIREZ,R.,LAI,C.,**FISHBEIN,M.C.**,SHIVKUMAR,K. distinguishing epicardial fat from scar: analysis of electrograms using high density electroanatomic mapping in a novel porcine infarct model. Heart Rhythm 7:389-395, 2010.

465. THIENE,G.,VEINOT,J.P.,ANGELINI,A.,BAANDRUP,U.T.,BASSO,C.,BRUNEVAL,P., BUJA,L.M.,BUTANY,J.,D'AMATI,G.,DE GOUVEIA,R.H.,FALLON,J.T.,**FISHBEIN,M.C.** ET AL

FROM THE ASSOCIATION FOR EUROPEAN CARDIOVASCULAR PATHOLOGY AND SOCIETY FOR CARDIOVASCULAR PATHOLOGY TASK FORCE ON TRAINING IN CARDIOVASCULAR PATHOLOGY[1] AECVP and SCVP 2009 recommendations for training in cardiovascular pathology. Cardiovasc Pathol 19:129-135, May, 2010.

466. LEE,C.,SUH,R.D.,KRISHNAM,S.,LAI,C.K.,**FISHBEIN,M.C.**,WALLACE,W.D.,CHEN,A., SAGGAR,R.,SAGGAR,R.,BELPERIO,J.A.,ARDEHALI,A.,ROSS,D.J. Recurrent pulmonary capillary hemangiomatosis after bilateral lung transplantation.J Thorac Imaging.Case report. May, 2010

467. DOHADWALA,M.,WANG,G.,HEINRICH,E.,LUO,J.,LAU,O.,SHIH,H.,MUNAIM,Q., LEE,G.,HONG,L.,LAI,C.,ABEMAYOR,E.,**FISHBEIN,M.C.**,ELASHOFF,D.A.,DUBINETT,S.M., ST JOHN,M.A. The role of ZEB1 in the inflammation-induced promotion of EMT in HNSCC. Otolaryngol Head Neck Surg. 2010 May;142(5):753-9.PMID: 20416468

468. SAGGAR,R.,KHANNA,D.,FURST,D.E.,BELPERIO,J.A.,PARK,G.S.,WEIGT,S.S.,KUBAK,B., ARDEHALI,A.,DERHOVANESSIAN,A.,CLEMENTS,P.J.,SHAPIRO,S.,HUNTER,C., GREGSON,A.,**FISHBEIN,M.C.**,LYNCH,J.P.3RD,ROSS,D.J.,SAGGAR,R. Systemic sclerosis and bilateral lung transplantation: a single center experience. Eur Respir J. March, 2010.

469. CHOI,E-K.,SHEN,M.J.,HAN,S.,KIM,D.,HWANG,S.,SAYFO,S.,PICCIRILLO,G.,**FISHBEIN,M.C.**, HWANG,C.,LIN,S-F.,CHEN,P.S.Intrinsic cardiac nerve activity and paroxysmal atrial tachyarrhythmia in ambulatory dogs. Circulation 121:2615-2623, June, 2010

470. BARATELLI,F.,LEE,J.M.,HAZRA,S.,LIN,Y.,WALSER,T.C.,SCHAUE,D.,PAK.P.S., ELASHOFF,D.,RECKAMP,K.,ZHANG,L., **FISHBEIN,M.C.**,SHARMA,S.,DUBINETT,S.M.. $PGE_2$ contributes to TGF-β induced T regulatory cell function in human non-small cell lung cancer. Am J Translational Res 2:356-367, June, 2010 PMID 20733946

471. MEHTA,R.I.,LAI,C.,K.,KEE,S.,**FISHBEIN,M.C.** Intrapulmonary ectopic liver after orthotopic heart Transplantation. Arch Pathol 134:1060-1062, July 2010 PMID 20586638

472. MEHTA,R.I.,MEHTA,R.I.,SOLIS,O.E.,AHAN,R.J.,SALAMON,N.,TOBIS,J.M.,YONG,W.H., VINTER,H.V.,**FISHBEIN,M.C.** Hydrophilic polymer emboli: an underrecognized iatrogenic cause of ischemia and infarction. Modern Pathol 23:921-930, July, 2010. PMID 20619685

473. CHUN,Y.J.,LEVI,D.S.,MOHANCHANDRA,K.P.,**FISHBEIN,M.C.**,CARMAN,G.P. Novel micro-patterning processes for thin film NiTi vascular devices. Smart Mater. Struct. 19:1-9,2010. 105021.

474. KIM,D.,SHINOHARA,T.,JOUNG,B.,MARUYAMA,M.,CHOI,E-K.,ON,Y.K.,HAN,S., **FISHBEIN,M.C.**,LIN,.F.,CHEN,P-S. Calcium dynamics and the mechanisms of atrioventricular junctional rhythm.J Am Coll Cardiol 56:805-812, September, 2010 PMID 20797495

475. JORDAN,M.,HENDERSON,S.A.,HAN,T.,**FISHBEIN,M.C.**,PHILIPSON,K.D.ROOS,K.P. Myocardial function with reduced expression of the sodium-calcium exchanger. J Cardiac Failure 16;786-796, September, 2010. PMID 20797603

476. BERNABA,B.N.,CHAN,J.B.,LAI,C.K.**FISHBEIN,M.C** Pathology of late onset anthracycline cardiomyopathy. Cardiovasc Pathol 19:308-311, September, 2010

477 . SHACKLEY,B.S.,NGUYEN,T.P.,SHIVKUMAR,K.,FINN,P.J.,**FISHBEIN,M.C.** Idiopathic massive Myocardial calcification: a case report and review of the literature. Cardiovasc Pathol 20:e79, March 2011 PMID 20598909

478. TUNG,R.,NAKAHARA,S.,RAMIREZ,R.,GUI,D.,MAGYAR,C.,LAI,C.,**FISHBEIN,M.C.**,SHIVKU MAR,K. Accuracy of combined endocardial and epicardial electroanatomic mapping of a reperfused porcine Infarct model. A comparison of electrofield and magnetic systems with histopathologic

correlation. Heart Rhythm 8:S215-216, March, 2011.

479. MENDELSOHN,A.H.,LAI,C.K.,SHINTAKU,P.,**FISHBEIN,M.C.**,BRUGMAN,K.,ELASHOFF,D.A., ABEMAYOR,E.,DUBINETT,S.M.,ST. JOHN,M.A. Snail as a novel marker for regional metastasis in head and neck squamous cell carcinoma. Am J Otolaryngol (on line-2011) PMID 21439681

480. PALCHEVSKY,V.,HASHEMI,N.,WEIGHT,S.S.,Xue,Y.Y.,DERHOVANESSIAN,A.,KEANE,M.P., STRIETER,R.M.,**FISHBEIN,M.C.**,DENG,J.C.,LYNCH,J.P.III.,ELASHOFF,R.,BERPERIO,J.A. Immune response CC Chemokines, CCL2 and CCL5 are associated with Pulmonary Sarcoidosis Fibrogenesis & Tissue Repair 4:10, 2011 PMID 21463523

481. MARUYAMA,M.,LI,B-Y,CHEN,H.,XU,X.,SONG,L-S.,ZHU,Q.,YONG,W., ZHANG,W., BU,G-X., LIN,S-F.,**FISHBEIN,M.C.**,LEDERER,W.J.,SCHILD,J.H.,FIELD,L.J.,RUBART,M.CHEN,P-S., SHOU,W. FKBP12 is a critical regulator of the heart rhythm and the cardiac voltage-gated sodium current in mice. Circ Res 108:1042-1052, April, 2011. PMID 21372286

482. SHEN,M.J.,SHINOHARA,T.,PARK,H-W.,FRICK,K.,ICE,D.S.,CHOI,E-K.,HAN,S., MARUYAMA,M.,SHARMA,R.,SHEN,C.,**FISHBEIN,M.C.**,CHEN,L.S.,LOPSHIRE,J.C., ZIPES,D.P., LIN,S-F.,CHEN,P-S. Continuous low-level vagus nerve stimulation reduces stellate ganglion nerve activity and paroxysmal atrial tachyarrhythmias in ambulatory canines. Circulation 123:2204-2212, May, 2011. PMID 21555706

483. ZHANG,Q.CECKA,J.M.,GJERTSON,D.W.,GE,P.,ROSE,M.L.,PATEL,J.K.,ARDEHALI,A., KOBASHIGAWA,J.A.,**FISHBEIN,M.C.**,REED,E.F. HLA and MICA: targets of antibody-Mediated rejection in heart transplantation. Transplantation 91:1153-1158, May, 2011.PMID 21544036

484. ANDAKYAN,A.,BURRUSS,B.,HONG,L-S.,SHEN,X-D.,ROMANOV,S.I.,GAO,F., FELDMAN,D.M.,**FISHBEIN,M.C.**,SEMILETOVA,N.B. Soluble donor-like MHC class I proteins induce CD4+CD25+CD8-FoxP3+ cells with potential to ameliorate graft chronic injury Transplant Immunol 24:203-209, May, 2011 PMID 21251981

485. BERRY,G.J.,ANGELINI,A.,BURKE,M.M.,BRUNEVAL,P.,**FISHBEIN,M.C.**,HAMMOND,E. MILLER,D.,NEIL,D.,REVELO,M.P.,RODRIGUEZ,E.R.,STEWART,S.,TAN,C.D.,WINTERS,G.L., KOBASHIGAWA,J.,MEHRA,M.R. The ISHLT working formulation for pathologic diagnosis of Antibody-mediated rejection in heart transplantation: Evolution and current status (2005-2011). J Heart Lung Transplant 30,601-617, June, 2011. PMID 21555100

486. MORITA,M.,LEE,J-H.,BAPAT,A.,**FISHBEIN,M.C.**MANDEL,W.,CHEN,P-S.,WEISS,J., KARAGUEUZIAN,H. Glycolytic Inhibition causes spontaneous ventricular fibrillation in aged hearts. Am J Physiol - -Heart and Circulatory Physiology 301:H180-191, July, 2011. PMID 21478408

487. MAO,J.T.,ROTH,M.D.,**FISHBEIN,M.C.**,ABERLE,D.,ZHANG,Z-F,RAO,J.Y.,TASHKIN,D.P., GOODGLICK,L.,HOLMES,E.C.,CAMERON,R.B.,DUBINETT,S.M.,ELASHOFF,R.,SZABO,E., ELASHOFF,D. Lung cancer chemoprevention with celecoxib in former-smokers. Cancer Prevention Res 4;984-993, July, 2011

488. SUNG,Y.,CHAUDHARI,A.J.,LAM,M.,XIE,H.,YANKELEVICH,D.R.,PHIPPS,J.,LIU,J., **FISHBEIN,M.C.**,CANNATA,J.M.,SHUNG,K.K.,MARCU,L. Multimodal characterization of compositional, structural and functional features of human atherosclerotic plaques. Biomedical Optics Express 2:2288-2298, August, 2011

489. MEHTA,R.I.,MUKHERJEE,A.K.,PATTERSON,T.D.,**FISHBEIN,M.C.** Pathology of explanted polytetrafluoroethylene vascular grafts. Cardiovasc Pathol 20:213-221, August, 2011

490. PHIPPS,J.E.,HATAMI,N.,GALIS,Z.S.,BAKER,J.D.,**FISHBEIN,M.C.**MARCU,L. A fluorescence

Lifetime spectroscopy study of matrix metalloproteinases-2 and-9 in human atherosclerotic plaque. J Biophotonic 2011 - on line

491. LU,W-H.,PALATNIK,K.,FISHBEIN,G.A.,LAI,C.,LEVI,D.S.,PERENS,G.,ALEJOS,J., KOBASHIGAWA,J., **FISHBEIN,M.C.** Diverse morphologic manifestations of cardiac allograft vasculopathy: a pathologic study of 64 allograft hearts. J Heart Lung Transplant 30:1044-1050, September, 2011. PMID 21640617

492. PHIPPS,J.,SUN,Y.,SAROUFEEM,R.,HATAMI,N.,**FISHBEIN,M.C.**,MARCU,L. Fluorescence Lifetime imaging for the characterization of the biochemical composition of atherosclerotic plaques. J Biomedical Optics 16: September, 2011 3626865

493. LI,F.,YE,B.,HONG,L.,XU,H.**FISHBEIN,M.C.** Epigenetic modifications of histone H4 in lung neuroendocrine tumors. Applied Immunohistochem Mol Morphol 19:389-394, October, 2011 PMID 21415707

494. GANG,ES.,NGUYEN,B.L.,SHACHAR,Y.,FARKAS,L.,MARX,B.,JOHNSON,D.,**FISHBEIN,M.C.**, GAUDIO,C.,KIM,S.J. Dynamically-shaped magnetic fields: Initial animal validation of a new remote electrophysiology catheter guidance and control system. Circ Arrhythm Electrophysiol 4:770-777, October 2011. PMID 21690463

495. MAH,V.,MARQUEZ,D.,ALAVI,M.,MARESH,E.L.,ZHANG,L.,YOON,N.,HORVATH,S., BAGRYANOVA,L.,FISHBEIN,M.C.,CHIA,D.,PIETRAS,R.,GOODGLICK,L. Expression levels of estrogen receptor beta in conjunction with aromatase predict survival in Non-small cell lung cancer. Lung Cancer 74:318-325, November, 2011 PMID 21511357

496. WEIGT,S.S.,DERHOVANESSIAN,A.,LIAO,B.,HU,S.,GREGSON,A.L.,KUBAK,B.M.,SAGGAR,R., SAGGAR,R,R.,PLACHEVSKIY,V.,**FISHBEIN,M.C.**,LYNCH,J.P.III,ARDEHALI,A.,ROSS,D.J.,WANG ,H.J.,ELASHOFF,R.M.,BELPERIO,J.A. CXCR3 Chemokine Ligands During Respiratory Viral Infections Predict Lung Allograft Dysfunction. Am J Transplant 12:477-484, February, 2012

497. DANESHVAR,D.A.,KEDIA,G.,**FISHBEIN,M.C**.,SIEGEL,R.J.Cardiac transplantation in familial restrictive cardiomyopathy: A case report with 12 affected family members. J Am Coll Cardiol 109:445-447, February, 2012

498. HAN,S.,KOBAYASHI,K.,JOUNG,B.,PICCERILLO,G.,MARUYAMA,M.,VINTERS,H.V.,MARCH,K., LIN,S-F.,SHEN,C.,**FISHBEIN,M.C.**,CHEN,P-S.,CHEN,L-S. Electroanatomical remodeling of the left stellate ganglion after myocardial infarction. J Amer Coll Cardiol 59:954-961, March, 2012

499. LEE,Y.,SCHULTE,D.J.,SHIMADA,K.,CHEN,S.,CROTHER,T.R.,CHIBA,N.,**FISHBEIN,M.C.**, LEHMAN,T.J.A.,ARDITI,M. Interleukin-1Beta is crucial for the induction of coronary inflammation in a mouse model of Kawasaki Disease. Circulation 125:1542-1550, March, 2012

500. NUMATA,A.,MIYAUCHI,Y.,ONO,N.,**FISHBEIN,M.C.**,MANDEL,W.J.,LIN,S-F.,WEISS,J.N., CHEN,P-S.,KARAGUEUZIAN,H.S. Spontaneous atrial fibrillation initiated by tyramine in canine atria with increased sympathetic nerve sprouting. J Cardiovasc Electrophysiol 23:415-422, April, 2012

501. SHINOHARA,T.,SHEN,M.,HAN,S.,MARUYAMA,M.,PARK,H-W.,**FISHBEIN,M.C.,**SHEN,C., CHEN,P-S.,LIN,S-F. Heart failure decreases nerve activity in the right atrial ganglionated plexus. Cardiovasc Electrophysiol. 2012 Apr;23(4):404-12.

502. CHOI ,E.K.,CHANG,P-C.,LEE,Y-S.,LIN,S-F.,ZHU,W.,MARUYAMA,M., **FISHBEIN,M.C.**, CHEN,Z.,RUBART-VON DER LOHE,M.,FIELD,L.J.,CHEN,P-S. triggered firing and atrial fibrillation in transgenic mice with selective atrial fibrosis induced by overexpression of TGF-β1 Circulation J - 2012 May 25;76(6):1354-62

503. NGUYEN,B.L.,LI,H.**FISHBEIN,M.C.**,LIN,S-F.,GAUDIO,C.,CHEN,P-S.,CHEN,L.S. Acute Myocardial Infarction Induces Bilateral Stellate Ganglia Neural Remodeling in Rabbits. Cardiovasc Pathol 21:143-148, June, 2012

504. BAPAT,A.,NGUYEN,T.P.,LEE,J-H.,SOVARI,A.A.,**FISHBEIN,M.C.**,WEISS,J.N., KARAGEUEZIAN, H.S. Enhanced sensitivity of aged fibrotic hearts to angiotensin ii- & hypokalemia-induced early after depolarization-mediated ventricular arrhythmias. Am J Physiol Heart Circ Physiol 302:H2331-2340, June, 2012 Lead Article

505. PARK,H.W.,SHEN,M.J.,HAN,S.,SHINOHARA,T.,MARUYAMA,M.,LEE,Y-S., SHEN,C., HWANG,C.,CHEN,L.S.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,P-S. Neural control of ventricular rate in ambulatory dogs with pacing induced sustained atrial fibrillation. Circ Arrhythmia Electrophysiol 5:571-580, June, 2012

506. HUYNH TP, MAH V, SAMPSON VB, CHIA D, **FISHBEIN MC**, HORVATH S, ALAVI M, WU DC, HARPER J, SARAFIAN T, DUBINETT SM, LANGHANS SA, GOODGLICK L, RAJASEKARAN AK. Na,K-ATPase is a target of cigarette smoke and reduced expression predicts poor patient outcome of smokers with lung cancer. Am J Physiol Lung Cell Mol Physiol. 2012 Jun 1; 302(11):L1150-8. PMCID: PMC3379038.

507. ABTIN,F.G.,E.R.ADAT,J.,.GUTIERREZ,A.J.,LEE,C.,**FISHBEIN,M.C**.,SUH,RD. Radiofrequency ablation of lung tumors: imaging features of the postablation zone. Radiographics 32:947-969, July, 2012

508. ROSS, D.J., STRIETER, R.M., **FISHBEIN, M.C.**, ARDEHALI, A., BELPERIO, J.A. Type I immune response cytokine-chemokine cascase is associated with pulmonary arterial hypertension. J Heart Lung Transplant 31:865-873, August 2012.

509. LEONE,O.,VEINOT,J.P.,ANGELINI,A.,BAANDRUP,U.T.,BASSO,C.,BERRY,G.,BRUNEVAL,P. BURKE,M.,BUTANY,J.,CALABRESE,F.,D'AMATI,G.,EDWARDS,W.D.,FALLON,J.T., **FISHBEIN,M.C**., ET AL. Consensus statement on endomyocardial biopsy from European Association for Cardiovascular Pathology and the Society for Cardiovascular Pathology. Cardiovasc Pathol 21:245-274, August, 2012

510. CHEN,S.,LEE,Y.,CROTHER,T.R.,**FISHBEIN,M.C.,**ZHANG,W.,YILMAZ,A.,SHIMADA,K.,SCHULTE, D.J.,LEHMAN,T.J.,SHAH,P.K.,ARDITI,M. Marked acceleration of atherosclerosis after Lactobacillus casei-induced coronary arteritis in a mouse model of Kawasaki disease. Arterioscler Thromb Vasc Biol 2012;32:e60-71

511. PHIPPS,J.E.,SUN,Y.,**FISHBEIN,M.C**.MARCU,L. Fluorescence lifetime imaging classification method to investigate the collagen to lipid ratio in fibrous caps of atherosclerotic plaque. Lasers in Surgery and Medicine 44:564–571, September, 2012

512. AJIJOLA,O.A.,WISCO,J.J.,LAMBERT,H.W.,MAHAJAN,A.,STARK,E.,**FISHBEIN,M.C.**, SHIVKUMAR,K. Extra-cardiac neural remodeling in humans with cardiac pathology. Circulation Arrhythmia Electrophysiol 5:1010-1116, October, 2012

513. YE,B.,GE,Y.,PERENS,G.,HONG,L.,XU,H.,FISHBEIN,M.C.,LI,F. Canonical Wnt/Beta-catein Signaling in epicardial fibrosis of failed pediatric heart allografts with diastolic dysfunction. Cardiovasc Pathol 22:54-57, January, 2013.

514. BERRY,G.J.,BURKE,M.M.,ANDERSON,C.,ANGELINI,A.,BRUNEVAL,P.,CABRESE,F., **FISHBEIN,M.C.**,GODDARD,M.,LEONE,O.,MALESZEWSKI,J.MARBOE,C.,MILLER,D.,NEIL,D., PADERA,R.,RASSI,D.,REVELLO,M.,RICE,A.,STEWART,S.,YOUSEM,S. Pathology of pulmonary antibody-mediated rejection: 2012 update from the Pathology Council of the ISHLT J Heart Lung Transplant 32:14-21,January, 2013.

515. VALENZUELA,N.M.,HONG,L.,SHEN,XD,GAO,F.,YOUNG,S.H.,ROZENGURT,E., WEGLINSKI,J.K.,**FISHBEIN,M.C.,**REED,E.F. Blockade of P-selectin is sufficient to reduce MHC 1 antibody-elicited monocyte recruitment in vitro and in vivo.Am J Transplant 13:299-311, February, 2013.

516. SHACKELFORD DB, ABT E, GERKEN L, VASQUEZ DS, SEKI A, LEBLANC M, WEI L, **FISHBEIN MC**, CZERNIN J, MISCHEL PS, SHAW RJ. LKB1 inactivation dictates therapeutic response of non-small cell lung cancer to the metabolism drug phenformin.
Cancer Cell 23:1430158, February 2013.

517. GREGSON AL, WANG X, WEIGT SS, PALCHEVSKIY V, LYNCH JP 3RD, ROSS DJ, KUBAK BM,SAGGAR R**, FISHBEIN MC**, ARDEHALI A, LI G, ELASHOFF R, BELPERIO JA. Interaction between pseudomonas and cxc chemokines increases risk of BOS and death in lung transplantation.
Am J Resp Dis Crit Care Med 187:518-526, March. 2013.

518. ONKKA,P.,MASKOUN,W.,RHEE,K-S.,PATEL,J.,TAN,J.,CHEN,L.S.,VINTERS,H.V., **FISHBEIN,M.C**., CHEN,P-S. Sympathetic nerve fibers and ganglia in canine cervical vagus nerves: Localization and quantitation. Heart Rhythm 10:585-591, April, 2013.

519. SHEN MJ, CHANG HC, PARK HW, GEORGE AKINGBA A, CHANG PC, ZHANG Z, LIN SF, SHEN.C, CHEN LS, CHEN Z, **FISHBEIN MC**, CHIAMVIMONVAT N, CHEN PS.Low-level vagus nerve stimulation upregulates small conductance calcium activated potassium channels in the stellate ganglion. Heart Rhythm 10:910-915, June, 2013

520. ALBORES,J.,SEKI,A.,**FISHBEIN,M.C.**ABTIN,F.,LYNCH,JP 3rd,WANG,T.,WEIGHT,S.S. A rare Occurrence of pulmonary alveolar proteinosis after lung transplantation. Semin Respir Crit Care Med 34:431-438, June, 2013.

521. MOORE,J.P.,SEKI,A.SHANNON,K..M.,MANDAPATI,R.,TUNG,R., **FISHBEIN,M.C.**
Characterization of ventricular tachycardia isthmus pathology after surgical repair of tetralogy of Fallot. Circulation. Arrhythmias and Electrophysiology, Published Online July 24, 2013

522. KRYSAN,K.,CUI,X.,GARDNER,B.K.,RECKAMP,K.L.,WANG,X.,HONG,L.,WAISER,T.C., RODRIGUEZ,N.L.,PAGANO,P.C.,GARON,E.B.,BROTHERS,J.F. 2nd,ELASHOFF,D.,LEE,J.M., SPIRA,A.E.,SHARMA,S.,**FISHBEIN,M.C**.,DUBINETT,S.M. Elevated neutrophils gelatinase-Associated lipocalin contributes to erlotinib resistance in non-small cell lung cancer.
Am J Transla Res 5:481-496, August, 2013.

523. BASAK,S.K.,VEENA,M.S.,OH,S.,LAI,C.,VANGALA,S.,ELASHOFF,D**.,FISHBEIN,M.C.,** SAHRMA,S.,RAO,N.P.,RAO,D.,PHAN,R. The CD44$^{high}$ tumorigenis subsets in lung cancer biospecimens are enriched for Low miR-34a expression. PlosOne 8:8eptember, 2013

524. SEKI,A.,PATEL,S.,ASHRAF,S.,PERENS,G.,**FISHBEIN,M.C**. Primary endocardial fibroelastosis: An underappreciated cause of cardiomyopathy in children Cardiovasc Pathol 22:345-350, September, 2013.

525. SHINO,M.Y.,WEIGHT,S.,NING,L.,PALCHEVSKY,V.,DERHOVANESSIAN,A.,SAGGAR,R., SAYAH,D.M.,GREGSON,A.L.,**FISHBEIN,M.C**.,ARDEHALI,A.,ROSS,D., LYNCH,J.P. III, ELASHOFF,R.M.,BELPERIO,J.A. CXCR3 Ligands Are associated with the continuum of diffuse alveolar
damage to chronic lung allograft dysfunction Am J Resp Dis Crit Care Med 188:1117-1125, November, 2013

526. KOBASHIGAWA,J.A.,ITAGAKI,B.K.,RAZI,R.R.,PATEL,J.K.,CHAI,W.,KAWANO,M.A., GOLDSTEIN, Z.,KITTLESON,M.M.,FISHBEIN,M.C. Correlation between myocardial fibrosis and restrictive cardiac physiology in patients undergoing retransplantation.
Clin Transplant 27:E679-84, November, 2013

527. BERRY,G.J.,BURKE,M.M.,ANDERSEN,C.,BRUNEVAL,P.,FEDRIGO,M.,**FISHBEIN,M.C.,** GOODARD,M., HAMMOND,E.H.,LEONE,O.,MARBOE,C.MILLER,D.,NEIL,D.,RASSI,D., REVELO,M.P.,RICE,A.,RODRIGUEZ,E.,STEWART.S.,TAN,C.D.,WINTERS,G.L.,WEST,L., MEHRA,M.R.,ANGELININ,A. The 2013 International Society for Heart and Lung Transplantation Working formulation for the standardization of nomenclature in the pathologic diagnosis of antibody-Mediated rejection in heart transplantation. J Heart Lung Transplant 32:1147-1162, December, 2013.

528. WU,A.**FISHBEIN,M.C.** Bifid cardiac apex in a 25-year-old male with sudden cardiac death. Cardiovasc Pathol23:59-60, January, 2014

527. GRANT,J.L.,**FISHBEIN,M.C.**,HONG,L.S.,KRYSAN,K.,MINNA,J.D.,SHAY,J.W.,WALSER,T.C., DUBINETT,S.M. A novel molecular pathway for Snail-dependent, SPARC-mediated invasion in non-small cell lung cancer pathogenesis. Ca Prev Res 7:150-60. January 2014. PMID: 24253315.

529. HELLYER,J.,AKINGBA,A.,KYOUNG-SUK,R.,TAN,A.Y.,LANE,K.A..,SHEN,C.,PATEL,J., **FISHBEIN,M.C.,**SHEN,P-S. Autonomic nerve activity and blood pressure in ambulatory dogs. Heart Rhythm 11:307-313, February, 2014

530. HSUEH,C-H.,CHEN,N.X.,LIN,S-F.,CHEN,P-S.,GATTONE II,V.H.,ALLEM,M.R.,**FISHBEIN,M.C.,** MOE,S.M. Pathogenesis of arrhythmias in a model of CKD. J Amer Soc Nephrol 25:epub, May, 2014 ASN 2013121343

531. ALBORES,J.,**FISHBEIN,M.C**.,WANG,T. A 57-year-old woman with persistent cough and pulmonary nodules. Chest 145:1162-1165, May, 2014.

532. SHINO,M.Y.,LYNCH,J.P. III,**FISHBEIN,M.C**.,MCGRAW,C.,OYAMA,J.,BELPERIO,J.A.,SAGGAR,R.. Sarcoidosis-associated pulmonary hypertension and lung transplantation for sarcoidosis. Semin REspir Crit Care Med 35:362-371, June, 2014

533. SHAHANGIAN,S.,SHINO,M.Y.,BARJAKTAREVIC,I.,SUSANTO,I.,BELPERIO,J.A.,**FISHBEIN,M.C.,** WANG,T. Interstitial lung disease in patients with hepatopulmonary syndrome: a case series and new observations. Lung 192:421-427, June, 2014

533. VAN VENROOIJ,N.S.,PEREIRA,R.C.,TINTUT,Y.,**FISHBEIN,M.C.,**TUMBER,N.,DEMER,L.L., SALUSKY,I.B.,WESSELING-PERRY,K. FGF23 protein expression in coronary arteries is associated with impaired kidney function. Nephrol Dial Transplant 29:1525-1532, August, 2014

534. SEKI,A.,GREEN,H.R.LEE,T.D.,HONG,H.,TAN,J.,VINTERS,H.V.,CHEN,P-S.,FISHBEIN,M.C. Sympathetic nerve fibers in human cervical and thoracic vagus nerves. Heart Rhythm 11:1411-1417, August, 2014.

535. SEKI,A., PERENS,G.,**FISHBEIN,M.C.** Posterolateral hypertrophic cardiomyopathy; a rare, but clinically significant variant of hypertrophic cardiomyopathy. Cardiovasc Pathol 23:381-382, November, 2014.

536. ROBINSON,E.A.,RHEE,K.A.,DOYTCHINOVA,A.,KUMAR,M.,SHELTON,R.,JIANG,Z.,KAMP,N.J., ADAMS,D.,WAGNER,D.,CHEN,C.,CHEN,L.S.,EVERETT,T.H.,**FISHBEIN,M.C.,**LIN,S.F.,CHEN,P-S. Estimating sympathetic tone by recording subcutaneous nerve activity in ambulatory dogs. J Cardiovasc Electrophysiol –epub

537. WOO,J.S.,PEREZ-ROSENDAHL,M.,HAYDEL,D.,PERENS,G.,**FISHBEIN,M.C**. A Novel Association of Bi-ventricular Cardiac Non-Compaction and Diabetic Embryopathy: Case Report and Review of the Literature. J Ped Develop Pathol -epub PMID25386687

538. VEENA,M.S.,WILKEN,R.,ZHENG,J.Y.,GHOLKAR,A.,VENKATESAN,N.,VIRA,D.,AHMED,S. BASAK,S.K.,DALGARD,C.L.,RAVICHANDRAN,S.,BATRA,R.K.,KASAHARA,N.,ELASHOFF,D., **FISHBEIN,M.C.,**WHITELEGGE,J.P.,TORRES,J.Z.,WANG,M.B.,SRIVATSAN,E.S. p16 and gigazonin

Are associated with the ubiquitination of NFkB in cisplatin induced senescence of cancer cells.
J Biol Chem 2014-epub PMID 25331947

539. YU-C-C.,CORR,C.,SHE,C.,SHELTON,R.,YADAVA,M.,RHEA,I.,STRAKA,S.,**FISHBEIN,M.C**.,CHEN,Z.,
LIN,S-F.,LOPSHIRE,J.C.,CHEN,P-S. Small conductance calcium-activated potassium current is important in transmural repolarization of failing human ventricles.
Circulation:Arrhythmias and Electrophysiol 8:667-676, 2015. PMID 25908692

540. LI,F., WEI,J.,VALENZUELA,N.M.,LAI,C.,ZHANG,Q.,GJERTSON,D.,**FISHBEIN,M.C.,**
KOBASHIGAWA,J.A.,DENG,M.,REED,E.F. Phosphorylated S6 Kinase and S6 Ribosomal Protein are Diagnostic Markers of Antibody Mediated Rejection in Heart Allografts .
J Heart Lung Transplant34:580-587, April, 2015

541. RECKAMP,K.L.,KOCZYWAS,M.,CRISTEA,M.C.,DOWELL,J.E.,WANG,H.J.,GARDNER,B.K.,
MILNE,G.L. FIGLIN,R.A.,**FISHBEIN,M.C**.,ELASHOFF,R.M.,DUBINETT,S.M..Randomized phase 2 trial of erlotinib in combination with high-dose celecoxib or placebo in patients with advanced non-small cell lung cancer.Cancer 2015, doi:10.1002/cncr.29480 (epub ahead of print)

542. THOMAS,K.A.,VALENZUELA,N.M.,GJERTSON,D.,MULDER,A.,**FISHBEIN,M.C**.,PARRY,G.C.,
PANICKER,S.,REED,E.F. An Anti-C1s Monoclonal, TNT003, Inhibits Complement Activation Induced by Antibodies Against HLA. Am J Transplant 2015 doi. 10.1111/ajt. 13273 (Epub ahead of print)

543. RHEE,K-S.,HSUEH,C-H.,HELLYER,J.A.,PARK,H.W.,LEE,Y.S.,GARLIE,J.,ONKKA,P.,
DOYTCHINOVA,A.T., GARNER,J.B.,PATEL,J.,CHEN,L.A.,**FISHBEIN,M.C**.,EVERETT, T.IV.,
LIN,S-F.,CHEN,P-S.Cervical vagal nerve stimulation activates the stellate ganglion in ambulatory dogs .
Korean Circulation Journal 45:149-157, 2015

544. DIXON,D.M.,CHOI,J.,E.L-GHAZALI,A,PARK,S.Y.,ROOS,K.P.,JORDAN,M.C.,**FISHBEIN,M.C.,**
COMAI,L.,REDDY,S. Loss of muscleblind-like 1 results in cardiac pathology and persistence of embryonic splice isoforms. Sci Rep, 2015, doi. 10.1038/srep09042. PMID: 25761764

545. WOO,,J.S.,**FISHBEIN,M.,C.,**WOO,J.S..histologic examination of porcine intestinal submucosa extracellular matrix (Cormatrix) in pediatric congenital heart surgery.
Cardiovasc Pathol 2015.

546. MOMCILOVIC,M.,MCMICKLE,R.,ABT,E.,SEKI,A.,SIMKO,S.A.,MAGYAR,C.,STOUT,D.B.,
**FISHBEIN,M.C**.,WALSER,T.C.,DUBINETT,S.M.,SHACKELFORD,D.B. Heightening Energetic Stress Selectively Targets LKB1-Deficient Non-Small Cell Lung Cancers. Cancer Res 75:4910-22, November, 2015.

547. BRIOT,A.,CIVELEK,M.,SEKI,A.,HOI,K.,MACK,J.J.,LEE,S.D.,KIM,J.,HONG,C.,YU,J. FISHBEIN,G.A.,
VAKILI,L.,FOGELMAN,A.M.,**FISHBEIN,M.C**, LUSIS,A.J.,TONTONOZ,P.,NAVAB,M, BERLINER,
J.A.,IRUELA-ARISPE,M.L. Endothelial NOTCH1 is suppressed by circulating lipids and antagonizes inflammation during atherosclerosis. J Exp Med 12:2147-2163, November, 2015.

548. LEE,Y.,WAKITA,D.,DAGVADORJ,J.,SHIMADA,K.,CHEN,S.,HUANG,G.,LEHMAN,T.J.A.,
**FISHBEIN,M.C.,** HOFFMAN,H.M.,CROTHER,T.R.,ARDITI,M. IL-1 signalling is critically required in stromal cells in Kawasaki Disease Vasculitis Mouse Model. Role of both IL-1alpha and IL-1-Beta.
Arterioscler Thrombo Vasc Biol 35:2605-2616,December, 2015 PMID:26515418

549. QIAO,J-H.,MISHRA,V.,**FISHBEIN,M.C**.,SINHA,S.,RAJAVASHISTH,T.B. Multinucleated giant cells in atherosclerotic plaques of human carotid arteries: Identification of osteoclast-like cells and their specific proteins in artery wall. Exp Mol Pathol 99:654-662, December, 2015.

550. ZHAO,Y.,CHEN,N.X.,SHIRAZI,J.T.,SHEN,C.,LIN,S.F.,**FISHBEIN,M.C.,** MOE,S.M.,CHEN,P.S.
Subcutaneous nerve activity and mechanisms of sudden death in a rat model of chronic kidney disease.

Heart Rhythm 2016

551. WATANABE,D.,SEKI,A.,**FISHBEIN,M.C**.,SHIVKUMAR,K.,VASEGHI,M. Arrhythmogenic right ventricular cardiomyopathy:electroarchitecture of the substrate. Heart Rhythm Case Reports 2:47,51, January, 2016.

552. SCHROEDER,A.M.,WANG,H.BB,PARK,S.,JORDAN,M.CC,GAO,F.,COPPOLA,G.,**FISHBEIN,M.C.,**ROOS,K.P., GHIANI,C.A.,COLWELL,C.SS. Cardiac dysfunction in the bachd mouse model of Huntington's disease. 1 1 PLoS One. 2016 Jan 25;11(1):e0147269. doi: 10.1371/journal.pone.0147269. eCollection 2016.

553. NGUYEN,T.P.,SOVARI,A.A.,PEZHOUMAN,A.,IYER,S.,CAO,H.KO,C.,BAPAT,A.,VAHDANI,N., GHANIM,M., **FISHBEIN,M.C.,**KARAGUEUZIAN,H.. Increased susceptibility of spontaneously hypertensive rats to ventricular tachyarrhythmias in early hypertension.
J Physiol 15:1689-1707, January, 2016.

554. DERHOVANESSIAN,A.,WEIGT,S.S.,PALCHEVSKIY,A.,SHINO,M.Y.,SAYAH,D.M.,GREGSON,A.L., NOBLE,P.W.,PALMER,S.M.,**FISHBEIN,M.C.,** KUBAK,B.M.,ARDEHALI,A.,ROSS,D.J.,SAGGAR,R., LYNCH III,J.P.ELASHOFF,R.M.BELPERIO,J.A. The Role of TGF-β in the association between primary graft dysfunction and bronchiolitis obliterans syndrome. Am J Transplant 16:640–649, February 2016. Article first published online: 13 OCT 2015, DOI: 10.1111/ajt.13475

555. CHINDA,K.,TSAI,W.C.,CHAN,Y.H.,LIN,A.Y.,PATEL,J.,ZHAO,Y.,TAN,A.Y.,SHEN,M.J.,LIN,H., SHEN,C.,CHATTIPAKORN,N.,RUBART-VON DER LOHE,M.,CHEN,L.S.,**FISHBEIN,M.C**.,LIN,S.F., CHEN,Z.,CHEN,P.S. Intermittent left cervical vagal nerve stimulation damages the stellate ganglia and reduces the ventricular rate during sustained atrial fibrillation in ambulatory dogs.
Heart Rhythm 13:771-780, March, 2016

556. WAKITA,D.,KURASHIMA,Y.,CROTHER,T.,RIVAS,M.,LEE,Y.,CHEN,S.,FURY,W.,BAI,Y., WAGNER,S.,LI,D.,LEHMAN,T.,**FISHBEIN,M.C.,**HOFFMAN,H.,SHAH,P.K.,SHIMADA,K.,ARDITI, M.The Role of IL-1 signaling in a mouse model of Kawasaki Disease-associated Abdominal Aortic Aneurysm. Ather Thrombosis Vasc Biol 36:886-97, May, 2016.

557. KRANSDORF,P.E.,TAZALAAR,H.**FISHBEIN,M.C**.,LUTHINGER,D. Pathology of Chronic Chagas cardiomyopathy in the united states: a detailed review of 13 cardiectomy cases.
Am J Clin Pathol 146:191-198, August 2016

558. ZHAO,Y.,JIANG,G.,TSAI,W-G.,YUAN,Y.,CHINDA,K.,CHOI,E-K.,**FISHBEIN,M.C**.,LIN,S-F., CHEN,P-S., EVERETT,T.H.Ganglionated plexi and ligament of Marshall ablation reduces atrial vulnerability and causes stellate ganglion remodeling in ambulatory dogs. Heart Rhythm 13:2083-2090, October, 2016

559. BAJWA,N.,AU,J.K.,,JARRAHY,R.,SUNG,S.,RIOPELLE,D.J.,**FISHBEIN,M.C**.,AGHALOO,T., ST.JOHN,M.A.,GRUNDFEST,W.S.,TAYLOR,Z.D.Non-invasive terahertz imaging of tissue water content for flap viability assessment. Biomedical Optics Express 8:460-474, December, 2016 PMID 28101431

560. MOMCILOVIC,M.,BAILEY,S.T.,LEE,J.T.,**FISHBEIN,M.C.,**MAGYAR,C.,BRAAS,D.,GRAEBER,T., JACKSON,N.J.,CXERNIN,J.,EMBERLEY,E.,GROSS,M.,MACKINNON,J.J.,PAN,A.,RODRIGUEZ,M., WORKS,M.,ZHANG,W.,PARLATI,F.,DEMO,S.,GARON,E.,KRYSAN,K.,WALSAR,T.C.,DUBINETT,S .M., SADEEGHI,S.,CHIRISTOFK,H.R.,SHACKELFORD,D.B. Targeted inhibition of EGFR and glutaminase induces metabolic crisis in EGFR mutant lung cancer. Cell Rep 18:601-610, January, 2017. Doi:10.1016/j.celrep.2016.12.061

561. RIVAS,M.N.,LEE Y., WAKITA,D.,CHIBA,N.,DAGVADORJ,J.,SHIMADA,K., CHEN,S.,**FISHBEIN,M.C**., LEHMAN,T.J., CROTHER,T.R., ARDITI,M. CD8+ T cells contribute to

the development of coronary arteritis in the Lactobacillus casei extract-induced murine model of Kawasaki Disease. Arthritis Rheumatol 69:410-421, February, 2017

562. TSAI,W.C.,CHAN,Y.H.,CHINDA,K.,CHEN,Z.,PATELJ.,SHEN,C.,ZHAO,Y.,JIANG,Z.,YUAN,Y., YE,M.,CHEN,L.S., RILEY,A.A.,PERSOHN,S.A.,TERRITO,P.R.,EVERETT,T.H., LIN,S.F., VINTERS,H.V.,**FISHBEIN,M.C**., CHEN,P.S. Effects of renal sympathetic denervation on the stellate ganglion and the brain stem in dogs. Heart Rhythm 14:255-262, February, 2017, PMID 27729263

563. SHETH,J.,BELPERIO,J.,**FISHBEIN,M.C**.,KAZEROONUI,E., AMIR,L.,MURRAY,S.,MYERS,J., SIMON,R., SISSON,T.,SUNDARAM,B.,WHITE,E.,XIA,M.,ZISMAN,D.,FLAHERTY,K. Utility of Transbronchial Versus Surgical Lung Biopsy in the Diagnosis of Suspected Fibrotic Interstitial Lung Disease. Chest 151:389-399, February, 2017. PMID 27729263

564. AJIJOLA,O.,LUX,R.,KHAHERA,A.,KWON,O.,ALIOTTA,E.,ENNIS,D.,**FISHBEIN,M.C.** ARDELL,J. SHIVKUMAR,K.. Sympathetic Modulation of Electrical Activation In Normal and Infarcted Myocardium: Implications for Arrhythmogenesis. Amer J Physiol Heart Circ Physiol 312:H608-621, March, 2017.

565. REHER,T.A.WANG,Z.,HSUEH,C-H.,CHANG,P-C.,PAN,Z.W.,KUMAR,M.,PATEL,J.TAN,J., SHEN,C., CHEN,Z.,**FISHBEIN,M.,C.,**RUBART,M.,BOYDEN,P,CHEN,P-S. Small Conductance Calcium Activated Potassium Current in Normal Rabbit Cardiac Purkinje Cells. J Am Heart Ass 6:May, 2017 PMID 28550095 DOI: 10.1161/JAHA.117.005471

566. SHINO, MY, WEIGHT,S.S.,LI,N.,PALCHEVSKY,V.,DERHOVANESSIAN,A.,SAGGAR,R., SAYAH,D.M.,HUYNH,R.H.,GREGSON,A.L.,**FISHBEIN, M.C**., ARDEHALI,A.,ROSS,D.J., LYNCH,J.P. III,ELASHOFF,R.M.,BELPERIO,J.A.The prognostic importance of cxcr3 chemokines during organizing pneumonia on the risk of chronic lung allograft dysfunction after lung transplantation. PLoS One 12:July, 2017. PMID 28686641

567. PAGANO,P.,TRAN,L.,BENDRIS,N.,O'BYRNE,S.,TSE,H.,SHARMA,S.,HOECH,J.,PARK,S., LICLICAN,E.,JING,Z.,LI,R.,KRYSAN,K.,PAUL,M.,FONTEBASSO,Y.,LARSEN,J.,HAKIMI,S., SEKI,A., **FISHBEIN,M.C.,** GIMZEWSKI,J.,DI ARLO,D.,MINNA,J.,WALSER,T.,DUBINETT,S. Identification of a human airway epithelial cell subpopulation with altered biophysical, molecular, and metastatic properties. Cancer Prev Res 10:514-524, September, 2017

568. CHOPRA,A.M.,MEHTA,M.,BISMUTH,J.,SHAPIRO,M.,**FISHBEIN,M.C**.,BRIDGES,A.G., VINTERS,H.V. Polymer Coating Embolism from Intravascular Medical Devices – A Clinical Literature review. Cardiovasc Pathol 30:45-54, September, 2017. PMD 2879819

569. LAMA,V.N.,BELPERIO,J.A.,CHRISTIE,J.D.,EL-CHEMALY,S.,**FISHBEIN,M.C**.,GELMAN,A.E., HANCOCK,W.W., KESHAVJEE,A.,KREISEL,D., LAUBACH,V.E.,LOONEY,M.R.,MCDYER,J.F., MOHANAKUMAR,T.,SHILLING,R.A.,PANOSKALTSIS-MORTARI,A.,WILKES,D.S.,EU,J.P.,NICOLLS,M.R. Models of Lung Transplant Research: a consensus statement from the National Heart, Lung, and Blood Institute workshop. J Clin Invest Insights 2:May, 2017. PMID: 28469087

570. BAJWA,N.,SUNG,S.,ENNIS,D.B.,**FISHBEIN,M.C.,**NOWROOZI,B.,RUAN,D.,MACCABI,A., ALGER,J., ST. JOHN,M.A.,GRUNDFEST,W.S.,TAYLOR,Z.D. Terahertz imaging of cutaneous edema: correlation with magnetic resonance imaging in burn wounds. IEE Trans Biomed Eng 64:2682-2694, November, 2017 PMID 28141514

571. KWON,O.J.,PENDEKANI,S.,FOX,J.N.,YANAGAWA,J.,**FISHBEIN,M.C.,**SHIVKUMAR,K., LAMBERT,H.W.,AJIJOLA,O. Morphological Spectra of Adult Human Stellate Ganglia: Implications for Thoracic Sympathetic Denervation. Anatomic Rec (online February, 2018). PMID 29451372

572. YUAN,Y.,JIANG,G ZHAO,Y.,TSAI,W-C.,PATEL,J.,CHEN,L.S.,SHEN,C.,LIN,S-F.,CHEN,H-S,V., EVERETT T.H.,IV,**FISHBEIN,M.C.,**CHEN,Z.,CHEN,P-S. Long term intermittent high amplitude

subcutaneous nerve stimulation reduces sympathetic tone in ambulatory dogs Heart Rhythm 15:451-459, March, 2018.PMDI 29081397

573. WALSAR,T.,JING,Z.,TRAN,L.,LIN,Y.,YAKOBIAN,N.,WANG,G.,KRYSAN,K.,ZHU,L., SHARMA,S.,LEE,M-H.,BELPERIO,J.,OOI,A.,GOMPERTS,B.,SHAY,J.,LARSEN,J.,MINNA,J., HONG,L-S., **FISHBEIN,M.C.,** DUBINETT,S. Silencing the Snail-dependent RNA splice regulator (ESRP1) drives malignant transformation of human pulmonary epithelial cells. Cancer Res 78:1986-1999, April, 2018.

574. SALEHI,S.,SOSA,R.A.,KAGEYAMA,S.,**FISHBEIN,M.C**.,ROZENGURT,E., KUPIEC-EGLINSKI,J.W., REED,E.F. Outside-in HLA class I signaling regulates ICAM-1 clustering and endothelial-monocyte interactions via mTOR in transplant antibody-mediated rejection Am J Transplant 18:1096-1109, May 2018PMDI 29045076, doi: 10.1111/ajt.14544.

575. MOMCILOVIC,M.,BAILEY,S.Y.,**FISHBEIN,M.C.,**BRAAS,D.,GO,J.,GRAEBER,T.G.,PARLATI,F., DEMO,S. LI,R.,WALSAR,T.C.,GRICOWSKI,M.,SHUMAN,R.,IBARRA,J., RIDMAN,D.,PHELPS,M.E., BADRAN,K.,ST. JOHN,M.,BERNTHAL,N.M.,FEDERMAN,N.,YANAGAWA,J., DUBINETT,S.M., SADEGHI,S.,CHRISTOFK,H.R.,SHACKELFORD,D.B. The GSK3 signaling axis regulates adaptive glutamine metabolism in lung squamous cell carcinoma. Cancer Cell 33:905-921, May, 2018. PMID 29763624

576. PEZHOUMAN,A.,WEISS,J.,KARAGUEUZIAN,H.S.,CAO,H.,**FISHBEIN,M.C**.,BELARDINELLI,L. Atrial fibrillation initiated by early afterdepolarization-mediated triggered activity during acute oxidative stress: efficacy of late sodium current blockade. J Heart Health 4:2379, April 2018 doi: 10.16966/2379-769X.146. PMID:30393761

577. JIANG,Z.,ZHAU,Y.,Tsai,W-C.,YUAN,Y.,CHINDA,K.,TAN,J.,ONKKA,P.,CHEN,C.,**FISHBEIN,M.C**. LIN,S-F.,CHEN,P-S.,EVERETT IV,T. Effects of Vagal Nerve Stimulation on Ganglionated Plexi Nerve Activity and Ventricular Rate in Ambulatory Dogs With Persistent Atrial Fibrillation. J AM Coll Cardiol Clin Electrophysiol 4:1106-1114, August 2018.

578. ZHANG,Q.,HICKEY,M.,DROGALIS-KIM,D., GJERTSON,D., KHUU,T.,BAAS,A.S., DEPASQUALE, E.C., HALNON,N.J.,PERENS,G.,ALEJOS,J.,CRIZ,D.,ALI,N.,SHEMIN,R.,KWON,M.,**FISHBEIN,M.C.,** ARDEHALI,A., DENG,M.,REED,E.F. Understanding the correlation between DSA, complement activation and antibody-mediated rejection in heart transplant recipients. Transplantation 102:e431-e438, October 2018.. PMID 29916988

579. ZHAO,Y.,YUAN,Y.,TSAI,W.C.,JIANG,Z.,TIAN,Z.P.,SHEN,C.,LIN,S.F.,**FISHBEIN,M.C**., EVERETT,T.H. 4TH, CHEN,Z.,CHEN,P-S. Antiarrhythmic effects of stimulating the left dorsal branch of the thoracic nerve in a canine model of paroxysmal atrial tachyarrhythmias. Heart Rhythm 15:1242-1251, August 2018.. PMID 29654853

580. HOFFMANN-VOLD,A.M.,WEIGT,S.S.,PALCHEVSKIY,V.,VOLKMANN,E.,SAGGAR,R.,LI,N., MIDTVEDT,Ø, LUND,M.B.,GAREN,T.,**FISHBEIN,M.C**.,ARDEHALI,A.,ROSS,D.J.,UELAND,T., AUKRUST,P., LYNCH,J.P., 3RD,ELASHOFF,R.M.,MOLBERG,Ø.,BELPERIO,J.A.Augmented concentrations of CX3CL1 are associated with interstitial lung disease in systemic sclerosis.PLoS One. 2018 Nov 20;13(11):e0206545. doi: 10.1371

581. MATUNDAN,H.H.,SIN,J.,RIVAS,M.N.,**FISHBEIN,M.C**.,LEHMAN,T.J.,CHEN,S.,GOTTLIEB,R.A., CROTHER,T.R.,ABE,M.,ARDITIA,M. Myocardial fibrosis after adrenergic stimulation as a long-term sequela in a mouse model of Kawasaki disease vasculitis. JCI insight. 4:doi.org/10.1172/jci.insight.126279, 4:2019

582. TEWARI.P.,GARRITANO,J.,BAJWA,N.,SUNG,S.,HUANG,H.,WANG,D.,GRUNDFEST,W.,ENNIS, D.B.,RUAN,D.,BROWN,E.DUTSON,E.,**FISHBEIN,M.C**.,TAYLOR,Z. Methods for registering and

calibrating *in vivo* terahertz images of cutaneous burn wounds. Biomed Opt Express. 2018 Dec 21;10(1):322-337. doi: 10.1364/BOE.10.000322. eCollection 2019

583. PAN,Z.,AI,T.,CHANG,P.C.,LIU,Y.,LIU,J.,MARUYAMA,M.,HOMSI,M.,**FISHBEIN,M.C.** , RUBART,M.,LIN,S.F, XIAO,D.,CHEN,H.,CHEN,P.S.,SHOU,W., LI,B.Y. Atrial fibrillation and electrophysiology in transgenic mice with cardiac-restricted overexpression of FKBP12. Am J Physiol Heart Circ Physiol. 316 (H371-379, February, 2019, doi: 10.1152/ajpheart.00486.2018.

584. POLVERARI,G.,CECI,F.,ALLEN-AUERBACH,M., GUPTA,P.,**FISHBEIN,M.C**.,REITER,RE,LEE,JM, HOPE,TA,CARROLL,R.M.,CZERNIN,J.,CALAIS,J. Solitary mucinous prostate adenocarcinoma lung metastasis detected by 68Go-PSMA-11 PET/CT. Clin Genutourinary Cancer 17:e53-e55, February, 2019, PMID 30293922

585. SEKI,A.,ANKLESARIA,Z.,SAGGAR,R.,DODSON,M.W.,LUI,M-C.,ASHANA,D.C., MILLER,W.D., VANGALA,S.,DERHOVANESSIAN,A.,CHANNICK,R.,SHAIKH,F.,BELPERIO,J.A.,WEIGHT,S.S., LYNCH,J.P.,JR.III,ROSS,D.J.,SULLIVAN,L.,KHANNA,D.,SHAPIRO,S.S.,SAGER,J.,GARGANI,L.,ST ANZIOLA,A.,BOSSONE,E.,SCHRAUFNAGEL,D.E.,FISHBEIN,G.A.,XU,H.,**FISHBEIN,M.C**., WALLACE,W.D.,SAGGAR,R. Capillary proliferation in Systemic-Sclerosis-Related Pulmonary Fibrosis: Association with Pulmonary Hypertension**.** ACR Open Rheumatol, 1:26-36, March, 2019. PMCID: PMC6858021.PMID 31777777.

586. PORRITT,R.A.,MARKMAN,J.L.,MARUYAMA,D.,KOCATURK,B.,CHEN,S.,LEHMAN,T.J.A.,LEE,Y., **FISHBEIN,M.C.,**RIVAS,M.,ARDITI,M. IL (interleukin)-1-mediated sex differences in Kawasaki Disease vasculitis development and response to treatment. Arterioscler Thromb Vasc Biol 40:802-818, March, 2020, PMID 31996019

587. PALCHEVSKIY,V.,XUE,Y.Y.,KERN,R.,WEIGT,S.S.,GREGSON,A.L.,SONG,S.X., **FISHBEIN,M.C.**,HOGABOAM,C.M.,SAYAH,D.M.,LYNCH III,J.P.,KEANE,M.P., BROOKS,D.G.,BELPERIO,J.A. CCR4 expression o host T cells is a driver for alloreactive responses and lung rejection. J Clin Invest Insight 14: May, 2019 PMID 31085832.

588. WAN.J.,CHEN,M.,YUAN,Y.,WANG,J.,SHEN,C.,**FISHBEIN,M.C**.,CHEN,Z.,WONG,J.,GRANT,M.B., EVERETT,T.H.IV,CHEN,P.S. Antiarrhythmic and proarrhythmic effects of subcutaneous nerve stimulation in ambulatory dogs. Heart Rhythm 16:1251-1260, August 2019.PMID 31150819

589. RIVAS,M.N.,WAKITA,D.,FRANKLIN, M.K.,CARVALHO,T.T.,ABOLHESN,A.,GOMEZ,A.C., **FISHBEIN,M.C**.,CHEN,S.,LEHMAN,T.J.,SATO,K.,SHIBUYA,A.,FASANO,A.,KIYONO,H.,ABE,M., TATSUMOTO,N.,YAMASHITA,M.,CROTHER,T.R.,SHIMADA,K.,ARDITI,M. Intestinal permeability and IgA provoke immune vasculitis linked to cardiovascular inflammation. Immunity 51:1-14, September, 2019.

590. YUAN,Y.,LIU,X.,WAN,J.,WONG,J.,BEDWELL,A.A.,PERSOHN,S.A.,SHEN,C.,**FISHBEIN,M.C.,** CHEN,L.S.,CHEN,Z.,EVERETT,T.H.,TERRITO,P., CHEN, P-S.. Subcutaneous nerve stimulation for rate control in ambulatory dogs with persistent atrial fibrillation. Heart Rhythm 16:1383-1391, September, 2019

591. KRYSAN,K.,TRAN,L.M.,GRIMES,B.S.,FISHBEIN,G.A.,SEKI,A.,GARDNER,B.K., WALSER,T.C., SALEHI, RAD,R.,YANAGAWA,J.,LEE,J.M.,SHARMA,S.,ABERLE,D.,SPIRA,A.E.,ELASHOFF, D.A.,WALLACE,W.D., **FISHBEIN,M.C.,**DUBINETT,S.M. The immune contexture associates with the genomic landscape in lung adenomatous premalignancy. Cancer Res 79:5022-5033, October 2019.

592. MOMCILOVIC,M.,JONES,A.,BAILEY,S.T.,WALDMANN,C.M.,LI,R.,LEE,J.T., ABDELHADY,G.,GOMEZ,A.,HOLLOWAY,T., SCHMID,E., STOUT,D., **FISHBEIN,M.C**., STILES,L.,DABIR,D.V., DUBINETT,S.M.,CHRISTOFK,H.,SHIRIHAI,O., KOEHLER,C.M., SADEGHI,S.,SHACKELFORD,D.B. In vivo imaging of mitochondrial membrane potential in non-small-cell lung cancer. Nature 575:380-384, November 2019. doi: 10.1038/s41586-019-1715-0.

593. ABE,M.,RASTELLI,D.D.,GOMEZ,A.C.,CINGULANI,E.,LEE,Y.,SONI,P.,**FISHBEIN,M.C.,** LEHMAN,T.J.A., SHIMADA,K.,CROTHER,T.R.,CHEN,S.,RIVAS,M.N., ARDITI,M. IL-1-dependent electrophysiolical changes and cardiac neural remodeling in a mouse model of Kawasaki Disease vasculitis. Clin Exp Immunol 199:303-313, March 2020.

594. YUAN,Y.,ZHAQ,Y.,WONG,J.,TSAI,W-C.,JIANG,Z.,KABIR,R.A.,SEONGWOOK,H., SHEN,C., **FISHBEIN,M.C.,** CHEN,L.S.,CHEN,Z.,EVERETT,T.H., CHEN, P-S.. Subcutaneous nerve stimulation reduces sympathetic nerve activity in ambulatory dogs with myocardial infarction. Heart Rhythm17:1167-1175 July, 2020, PMID: 32068184

595. KUSAYAMA,T.,WAN,J.,YUAN,Y.,LIU,X.,LI,X.,SHEN,C.,**FISHBEIN,M.C**.,EVERETT,T.H.IV, CHEN,P-S. Effects of subcutaneous nerve stimulation with blindly inserted electrodes on ventricular rate control in a canine model of persistent atrial fibrillation Heart Rhythm 18:261-270, February, 2021. PMID 32956842

596. YANG,Y.,YUAN,Y.,WONG,J.,**FISHBEIN,M.C**.,CHEN,P-S.,EVERETT,T.H.IV: Recording intrinsic nerve activity at the sinoatrial node in normal dogs with high-density mapping. Circ Arrhythm Electrophysiol 14:e008610. Doi: 10.1161, February, 2021

597 MAREK-IANNUCCI,S.,OZDEMIR,A.B.,MOREIRA,D. GOMEZ,A.C.,LANE,M.,PORRITT,R.A., LEE,Y.,SHIMADA,K.,ABE,M.,STOTLAND,A.,ZEMMOUR,D.,PARKER,S.,SANCHEZ-LOPEZ,E., VAN EYK,J.,GOTTLIEB,R.A.,**FISHBEIN,M.C**.,KARIN,M.,CROTHER,T.R.,RIVAS,M.N.,ARDITI,M. Autophagy-mitophagy induction attenuates cardiovascular inflammation in a murine model of Kawasaki disease vasculitis. JCI Insight 6:e151981,https://doi.org/10.1172/jci, September, 20212021

598**.** SHAHROUKI,P.,**FISHBEIN,M.C**.,BEDAYAT,A. Severe COVID-19 Pneumonia of Single Transplant Lung Sparing Native Fibrotic Lung. Transplantation 106:e105-106, January 2022 (published on line DOI: 10.1097/TP.00000000000003968, 2021)

599. MARUYAMA,D.,KOCATÜRK,B.,LEE,Y.,MASANORI,A.,LANE,M.,MORREIRA,D.,CHEN,S., **FISHBEIN,M.C**.,PORRITT,R.A.,RIVAS,M.N.,ARDITI,M. MicroRNA-223 Regulates the Development of Cardiovascular Lesions in LCWE-Induced Murine Kawasaki Disease Vasculitis by Repressing the NLRP3 Inflammasome. Front Pediatr 9:662953.doic. May 2021

600. PORRITT,R.A.,ZEMMOUR,D.,ABE,M.,LEE,Y.,NARAYANAN,M.M.,DO CARVALHO, TT., G OMEZ,A.C.,MARTINON,D.,SANTISKULVONG,C.,**FISHBEN,M.C**.,CHEN,S.,CROTHER,T.R., SHIMADA,K.,ARDITI,M.,RIVAS,M.N. NLRP3 inflammation mediates immune-stromal interactions in vasculitis. Circ Res 6:e183-e200, October, 2021

601. MAREK-IANNUCCI,S.,YILIDIRIM,A.D.,HAMID,S.M.,OZDEMIR,A.B., GOMEZ,A.C., KOCATURK,B.,PORRITT,R.S.,**FISHBEIN,M.C**.,IWAWAKI,T.,NOVAL RIVAS,M.,ERBAY,E., ARDITI,M. Targting IRE1 endoribonuclease activity alleviates cardiovascular lesions in a murine model of Kawasaki Disease vasculitis. JCI Insights 7:e157203, February 2022, jci.insight.157203

602. MORI,S.,HANNA,P.,DACEY,M.,TEMMA,T.,HADAYA,J.,ZHU,C.,CHANG,G.,PEACOCK,W., FISHBEIN,M.C.,Shivkumar,K. Comprehensive Anatomy of the Pericardial Space and the Cardiac Hilum: Anatomical Dissections with Intact Pericardium .J Am Coll Cardiol Cardiovasc Imaging 15:927-942, May 2022.

603. LU,Z.A.AUBRY,M.C.,FALLON,J.T.,**FISHBEIN,M.C.,** GIORDANO,C.,KLINGEL,K.,LEONE,O. ,RIZZO,S., VEINOT,J.P., HALUSHKA,M.K. Myocarditis and Endomyocardial Biopsy : Achieving Consensus Diagnosis on 100 Cases. Cardiovasc Pathol 62;107492, January 2023

604. GOLDMAN.J.W.,SHOLL,L.M.,DACIC,S.,**FISHBEIN,M.C**.,MURCIANO-GOROFF,Y.,RAJARAM,R., SZYMCZAK,S.,SZPURKA,A.M.,CHAO,B.H.,DRILLON,A. Pathological Response to Neoadjuvant Selpercatinib in Resectable Early-Stage *RET* Fusion-Positive NSCLC - A Case Report. Frontiers in Oncol 13:1178313.doi: 10.3389, May, 2023

605. DO,D.H.,O'MEARA,K.,LEE,J.,MEYER,S.,HANNA,P.,MORI,S.,**FISHBEIN,M.C**., BOYLE,N.G., ELIZARI,M.V.,BRADFIELD,J.S.,SHIVKUMAR,K. Ventricular Parasystole in Cardiomyopathy Patients: A Link Between His-Purkinje System Damage and Ventricular Fibrillation. J Am Coll Cardiol 9:936-948, July , 2023

606. KOCATURK,B.,LEE,Y.,NOSAKA,N.,ABE,M.,MARTINON,D.,LANE,M.E.,MOREIRA,D., CHEN,S.,**FISHBEIN,M.C**.,PORRITT,R.A.,FRANKLIN,B.S.,RIVAS,M.N.,ARDITI,M. Platelets exacerbate cardiovascular inflammation in a murine model of Kawasaki disease vasculitis, JCI Insights 8:e169855.https://doi.org/10.1172/jci.insight.169855, 2023

607. MORI,S.,BEYER,R.S.,DE SOUZA, B.B.,SONG,J.M.,HOOVER,D.B., SACKS,H.S., **FISHBEIN,M.C.,** CHANG,G.,PEACOCK,W.J.,ST. JOHN,M.,LAW,J.,SYMONDS,M.E.,AJIIOLA,O.A.,SHIVKUMAR,K., SRIKANTHAN,**P.** Sympathetic Innervation of the Supraclavicular Brown Adipose Tissue: A Detailed Anatomical Study.PLUS ONE 2023, doi: 10.1371/journal.pone.0290455. eCollection 2023.

608. GOOD,S,, RERKPICHAISUTH, V.,**FISHBEIN,M.C.,** ARDEHALI,A.,KANAZ,T**.** Multivalvular cardiac disease in a young woman with hypocomplementemic urticarial vasculitis", by Good, Samuel; Rerkpichaisuth, Vilasinee; Fishbein, Michael; Ardehali, Abbas; Kermani, Tanaz. Arthritis Care Res 76;155-163, February, 2024 doi: 10.1002/acr.25225

609. MAGAKI,S.,ZHANG,T.,HAN,K.,MIRBAHA,H.,YONG,W.,ACHIM,C.,FISHBEIN,G., **FISHBEIN,M.C**., GARNER,M.,SALAMON,N.,WILLIAMS,C.,VALDES-SUEIRAS,M.,HSU,J.,KELESIDIS,T., MATHISEN,G.,LAVRETSKY,H.,SINGER,E.,VINTERS,H. HIV and COVID-19: two pandemics with significant (but different) central nervous system complications. Free Neuropathol 5: doi: 10.17879/freeneuropathology-2024-5343. eCollection 2024 Jan.PMID: 38469363

610. MESQUITA,T.,LIN,Y-N,CHEN,S.,LEE,Y.,DOS-SANTOS,R.M.ATICI,A.E., **FISHBEIN,M.C**., RIVAS,M.N.,ARDITI,M., CINGOLANI,E. Inhibition of Interleukin-1 Ameliorates Cardiac Dysfunction and Arrhythmias in a Murine Model of Kawasaki Disease Athero Thromb Vascular Biol 44:e117-e130, March 2024 /2024;44:00-00.D01: 10.1161?ATVBAHA.123.320382

611. CHEN,M.,NEVEROVA,N.,XU,S.,SUWANNAPHOOM,K.,L.,LURI,G.,TAMBOLINE,M.,DUARTE, S, **FISHBEIN,M.C.**, LUO,Y., PACKARD,RRS. Invasive 3-D electrochemical impedence spectroscopy sensors incorporating phase delay for comprehensive characterization of atherosclerosis. FASEB J 38;e23700, May 24 doi 10.1096/fj.202302544RR

612. JENA,P.K.,WAKITA,D.,GOMEZ,A.C.,CARVALHO,T.T.,ATICI,A.E.,NARAYANAN,M.,LEE, Y., **FISHBEIN,M.C**.,CANI,P.D.,DE VOS W.M.,UNDERHILL,D.M.,DEVKOTA,S.,CHEN,S., SHIMADA,K.,CROTHER,T.R.,ARDITI,M.,RIVAS,M.N. The intestinal microbiota contributes to the development of immune-mediated cardiovascular inflammation and vasculitis in mice. bioRxiv, doi 10.1101/2024.05.28.596258, PMID 38853964June 2024

613. CHEN,M.,SUWANNAPHOOM,K.,SANAIHA,Y.,LUO,Y.,BENHARASH,P.,**FISHBEIN,M.C.,** PACKARD,RRS. Electrochemical Impedance Spectroscopy Unmasks High-Risk Atherosclerotic Features in Human Coronary Artery Disease.FASEB 38;e70069, September 2024 doi: 10.1096/fj.202401200R.PMID: 39315853

614. SATO,T.,ADLAKA,K.,MOUSSA i.d.,HANNA,P.,DO,D.H.,**FISHBEIN,M.C**.,SHIVKUMAR,K.,MORI,S. Understanding cardiac anatomy and imaging to improve safety of procedures: the right ventricle. J Am Coll Cardiol Cardiovasc Imaging 6(10):1348-1352, October 2023. doi: 10.1016/j.jcmg.2023.06.026. Epub 2023 Aug 30.PMID: 37656118

615. MORI,S.,**FISHBEIN,M.C**.,SHIVKUMAR,k. Amara Yad Image: myocardial scar. J Am Coll Cardiol 85, April, 2025 doi.org/10.1016/jacc.2025.01.004 (Image)

616. DHARMAKUMAR,R.,KLONER,R,,**FISHBEIN,M.C.,**HEUSCH,G.,VORA,K.,GROPLER,R.,HENRY,T., SHING-CHAN,F.,SINGH,D.,JAMBUNATHAN,N.,SUBRAMANIAN,R.,KREUTZ,R.,REED,G., KOVACS,R.J.,FRY,E.,KALRA,A.,KUMAR,A.,RAMAN,S. Reperfused myocardial infarction state-of-the-art review. The road to ccs classification of acute MI and beyond. J Am Coll Cardiol Advances 4:2025. https://doi.org/10.1016/j.jacadv.2024.101528

617. SATO,T.,**FISHBEIN,M.C**.HANNA,P,.AJIJOLA,O.A.SHIVKUMAR,K.,MORI,S. The Vestigial Fold in Humans: Characterization of a Potential Novel Target for Selective Cardiac Sympathetic Denervation. Heart Rhythm 2025. doi: https://doi.org/10.1016/j.hrthm.2025.03.1957.

**Research Papers (In Press):**

**Book Chapters:**

1. **FISHBEIN,M.C.**: The pathology of myocardial infarction. In: The treatment of acute myocardial ischemia; An Integrated Medical/ Surgical Approach, Cohn,L.H.(ed.), Futura Publishing Co., Inc., New York, 1979.

2. SEIGEL,R.J.,**FISHBEIN,M.C.**: Valvular disease II: Mitral lesions. In: Butterworths International Medical Reviews. The Heart in Rheumatic Diseases, Ansel,B.M., and Simkin,P.A., Editors, Butterworth and Company Ltd., Kent 1984.

3. ROSS,G.,**FISHBEIN,M.C.**: Pathology and pathophysiology of the coronary arteries. In: Blood Vessels and Lymphatics, Abramson, D.I., Editor, Academic Press, New York, 1984. Page 340-348.

4. SIEGEL,R.J.,**FISHBEIN,M.C.**,CRILEY,J.M.: Functional anatomy of the mitral valve in health and disease. Emphasis on Rheumatological Disorders. Cardiovasc. Rev. Rep. 7:331-354,431-455, April and May, 1986.

5. **FISHBEIN, M.C.**, QIAO,J-H.: Cardiovascular system in AIDS., in Pathology of AIDS and HIV Infection, Nash,G.,Said, J.W. eds, W.B. Saunders Co., Philadelphia, 1991, p.121-129.

6. FISHBEIN, FORRESTER,J.S.,CERCEK,B.,SHARIFI,B.,BARATH,P.,**FISHBEIN,M.C.**,FAGIN,J.: Restenosis: from pathogenesis to prevention. In Coronary Laser Angioplasty, by Litvack,F., ea., Blackwell Scientific Pub, Boston, pp. 241-268, 1992.

7. STEFFEN,W.,**FISHBEIN,M.C.**,LUO,H.,HAMM,C.,NISHIOKA,T.,MAURER,G.,SIEGEL,R.J: High-intensity, low-frequency catheter-delivered ultrasound for intravascular clot lysis. In Cardiogenic Embolism, Daniel, W.G. et al, eds., Williams & Wilkins, Baltimore, 355-365, 1996.

8. SIEGEL, R.J., FISCHELL,T.A.,CUMBERLAND,D.C.,**FISHBEIN,M.C.**: Ultrasound angioplasty: Experimental studies. In Ultrasound Angioplasty, R.J. Siegel, ed, Kluwer Academic Publishers, 1996, pp 69-92.

9. STEFFEN,R.J.,W.,LUO,H.,MARZELLE,J.,**FISHBEIN,M.C.** High-intensity, low-frequency catheter- delivered ultrasound for thrombus dissolution. In Ultrasound Angioplasty, R.J.Siegel, ed, Kluwer Academic Publishers, 1996, pp 69-92.

10. **FISHBEIN,M.C.**, SIEGEL,R.J.: Pathology of coronary atherosclerosis: implications for intravascular ultrasound imaging. in intravascular ultrasound imaging in coronary artery disease, R.J. Siegel, ed, Marcel Dekker, Inc. Publishers, 1998, pp 1-17.

11. BERGLUND,H., NISHIOKA,T., LUO, H., **FISHBEIN, M.C.,** SEIGEL, R.J.: Intravascular Ultrasound Assessment of Regional Remodeling in Human Atherosclerotic Vessels. In Intravascular Ultrasound Imaging in Coronary Artery Disease, R.J. Siegel, ed, Marcel Dekker, Inc. Publishers, 1998, pp 95-110.

12. **FISHBEIN, M.C.**: Heart Transplantation. Pathologic Findings of Cardiac Dysfunction, In AST Primer on Transplantation, Second Edition, Norman and Turka Editors, American Society of Transplantation Publishers, 2001, pp 370-374.

13. MARCU,M.,GRUNDFEST,W.S.,**FISHBEIN,M.C.** Time-resolved laser-induced fluorescence spectroscopy for staging atherosclerotic lesions. In Handbook of Biomedical Fluorescence, Mycek/Pogue Editors, Marcel Dekker, Inc. Publishers, 2003, pp 397-430.

14. **FISHBEIN,M.C.**, CHEN, P-S. Structural substrates for arrhythmias in heart failure. in Atlas of Electrophysiology in Heart Failure, Braunwald,E., Shivkumar,K. eds., 2005,pp13-24.

15. LYNCH,J.P.III,SUH,R.,**FISHBEIN,M.C.** Eosinophilic lung diseases, in Encyclopedia of Respiratory Medicine, Laurent,G.,Shapiro,S. eds., Elsevier Limited, Oxford, UK, 2006: v 4. pp 218-230.

16. LYNCH JP III, WEIGT SS, **FISHBEIN MC**. Pulmonary Langerhans cell histocytosis and lymphangioleiomyomatosis. In. *Lung and Heart-Lung Transplantation*, Lynch JPIII, Ross D, Eds, Marcel Dekker, NY 2006, pp 205-232

17. WEIGT,S.S.,LYNCH,J.P.III, LANGER,L.R.,**FISHBEIN,M.C.** Lymphoproliferative disorders complicating solid organ transplantation, in Lung and Heart-Lung Transplantation", Lynch JP III, Ross D,eds, Marcel Dekker, Inc.,N.Y. 2006, pp 901-934

18. LYNCH, J.P.III,**FISHBEIN,M.C.**,WHITE,E.S. Pulmonary Vasculitis, in *Diffuse parenchymal lung disease, Progress in Respiratory Research*, Costabel,U.,du Bois,R.,Egan,J. eds. S. KargerAG, Basel, Switzerland, 2007:vol 36; pp196-211

19. LYNCH, J.P.III, WEIGHT,S.S.,**FISHBEIN,M.C.** Diagnostic approach to diffuse parenchymal lung disease, in *Diffuse parenchymal lung disease, Progress in Respiratory Research*, Costabel,U.,du Bois,R.,Egan,J. eds. S. KargerAG, Basel, Switzerland, 2007:vol 36; pp11-21

20. LYNCH,J.P. III,SAGGAR,R.,SUH,R.D.,**FISHBEIN,M.C.**Bronchiolar disorders, in *Pulmonary Arterial Hypertension and Interstitial Lung Disease*, Baughman, Carbone, and Bottino, Eds., The Humana Press, Inc. (In press)

21. WANG,T.,**FISHBEIN,M.C.**,WEIGT,S.,LYNCH,J.P.III, Pulmonary Alveolar Proteinosis, in Lynch, J.P.III, ed., Interstitial Pulmonary and Bronchiolar Disorders, pp 769-789, Informa Healthcare, USA, New York, 2008.

22. WALLACE,W.D.,LAI,C.K.,**FISHBEIN,M.C.**. Pathology of diffuse interstitial lung diseases. In: Lynch JP III., editor, Interstitial Pulmonary and Bronchiolar Disorders.. pp 93-118 Informa Healthcare USA, New York, 2008.

23. LI,F.,LAI, C.K.,TRUELL,J.,**FISHBEIN,M.C.**. Transplant-related pathology. In: Cagle PT, Allen TC, Beasley MB (editors). *Diagnostic Pulmonary Pathology*, 2nd edition.pp.419-441. Informa Healthcare, 2008.

24. LYNCH,J.P.III,**FISHBEIN,M.C.**,WHITE,E.S. Pulmonary Sarcoidosis, in Interstitial Pulmonary and Bronchiolar Disorders, Lynch, J.P.III, ed.,vol227, pp 189-222, Informa Healthcare, USA,

New York, 2008.

25. LYNCH,J.P.III,MAHIDHARA,R.S.,**FISHBEIN,M.C.**,KEANE,M.P.,ZISMAN,D.A.BELPERIO,J. Idiopathic Pulmonary Fibrosis, in *Interstitial Pulmonary and Bronchiolar Disorders*, Lynch, J.P.III, ed., vol 227, pp 333-364, Informa Healthcare, USA, New York, 2008

26. SILVA,F.,LYNCH,J.P.,**FISHBEIN,M.C.**,SPECKS,U. Wegener's granulomatosis, in *Interstitial Pulmonary and Bronchiolar Disorders*, Lynch JP III, Ed., Informa USA, New York, 2008, vol 227,pp 605- 642,

27. ZISMAN DA, BELPERIO JA, SAGGAR RAJAN, SAGGAR RAJEEV, FISHBEIN MC, LYNCH JP III. Pulmonary hypertension complicating interstitial lung disease. In. *Pulmonary Hypertension*, (JP Lynch III and M Humbert, Eds), Informa USA, NY. 2009:volume 236; pp 264-291

28. LYNCH,J.P.III,BELPERIO,J.A.,**FISHBEIN,M.C.**,ZISMAN,D.A. Pulmonary hypertension complicating Interstitial lung disease. In *Interstitial Lung Disease, 5th edition,* Schwartz,M.I. and King,T.E.Jr. BC Decker, Ontario, Canada, 2010, pp85-102.

29. LI,F.,LAI,C.K.,FISHBEIN,M.C. Pathology of aortic coarctation, aneurysm, and dissection. In *Cardiovascular Interventions in Clinical Practice, 1st edition,* Haase,J.,Schafers, H-J.,Sievert,H., Waksman,R. Wiley-Blackwell,Hoboken, New Jersey, p487-501, 2010.

30. CHOI,E-K.,SHEN,M.J.,LIN,S-F.,**FISHBEIN,M.C.**,CHEN,L.S.,CHEN,P-S. How to map autonomic activity, in Cardiac Mapping, Chapter 22, John Wiley and Sons, Oxford, England 2009

31. LYNCH,J.P.III, **FISHBEIN,M.C.,** WANG,T. Alveolar hemorrhage syndromes, in Grippi M, Elias J, Fishman J, et al. Fishman's Pulmonary Diseases and Disorders, 5th ed. New York: McGraw-Hill, Chapter 68, pp 1001-1018.

.

32. SEKI,A.,FISHBEIN,G.A.,**FISHBEIN,M.C**. Morphologic features and pathology of the elderly heart, in Tresch and Aronow's Cardiovascular disease in the elderly, Aronow,WS, Fleg JL, Rich MW eds.,5th Edition, 2014, CPC Press, Boca Raton, Chapter 2, pp41-66.

33. SEKI,A., **FISHBEIN,M.C.** Ischemic Heart Disease. In: Linda M. McManus, Richard N. Mitchell, editors. Pathobiology of Human Disease. San Diego: Elsevier; 2014. p. 995-1013.

34. FISHBEIN GA, SEKI A, **FISHBEIN MC**. Surgical Pathology of the Heart. In: Marchevsky A, Wick M, editors. Pathology of the Mediastinum. Cambridge: Cambridge University Press. 2014. p. 285-316.

35. **FISHBEIN,M.,C.,** Cardiac Transplantation Pathology, in Practical Atlas of Transplant Pathology. Wallace WD, Naini BV, editors. London: Springer Science+Business Media; 2015.

36. SEKI,A.,**FISHBEIN,M.C.** Age-related cardiovascular changes and diseases. Chapter 2, In Cardiovasular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier, 2016, PP57-84

37. FISHBEIN,G.A.,**FISHBEIN,M.C.,**BUJA,L.M. Myocardial ischemia and its complictions. Chapter 7, In Cardiovasular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier, 2016, PP. 239-270.

38. **FISHBEIN,M.C.** Toxins and the heart. Chapter 18, In Cardiovasular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier, 2016, pp721-734.

39. SHEN,M.J.,**FISHBEIN,M.C.,**CHEN,L.S.,LIN,S-F.,CHEN,P-S. Neural Activity and Atrial Tachyarrhythmias, Chapter 40 in Cardiac Electrophysiology: From Cell to Bedside, 7th edition, Zipes,D., Elsevier, San Diego.(In press)

40. HUSS-BAWAB,J.,FISHBEIN,G.A.,**FISHBEIN,M.C.** Role of the cardiac pathologist in evaluating sudden

natural deaths. Chapter 8, In Multidisciplinary medico-legal death investigation. Role of consultants. Eds Sathyagiswaran, L., and Rogers, C.B.acdemic Press, 2018, PP139-182.

41. KATSAYAMA,T.,**FISHBEIN,M.C**.,CHEN,L.S.,LIN,S.F.EVERETT,T.H.,IV,CHEN,P.S. Neural Activity and Atrial Tachyarrhythmias, IN Electrophysiology, Zipes and Jalife eds (In press)

42. LYNCH,J.P.III, **FISHBEIN,M.C.,** WANG,T. Alveolar hemorrhage syndromes, in Grippi M, Elias J, Fishman J, et al. Fishman's Pulmonary Diseases and Disorders, 6th ed. New York: McGraw-Hill, Chapter 68 (In press).

43. SEKI,A.,**FISHBEIN,M.C.** Age-related cardiovascular changes and diseases. Chapter 2, In Cardiovasular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier 5th edition

44. FISHBEIN,G.A.,**FISHBEIN,M.C.,**BUJA,L.M. Myocardial ischemia and its complictions. Chapter 7, In Cardiovasular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier 5th edition.

45. LAU,R.,**FISHBEIN,M.C.** Toxins and the heart. Chapter 18, In Cardiovascular Pathology, Buja, L.M. and Butany,J. editors. San Diego, Elsivier 5th edition.

46. KUSAYAMA,T**,.FISHBEIN,M.C**.,CHEN,L.S.,LIN,S.F.,EVERETT,T.H.,CHEN,P-S. Neural activity and atrial tachyarrhythmias in Zipes and Jalife's Cardiac Electrophysiology: From Cell to Bedside, 8th edition, Chapter 40, Elsivier, in press

**Letters:**

1. **FISHBEIN,M.C.**: N. Engl. J. Med. 288:1029, May, 1973.

2. SIEGEL,R.J.,**FISHBEIN,M.C.**,CHAUX,A.,NISHIOKA,T.: N. Engl. J. Med. 94:20-21, December, 1996.

3. MAO,J.T.,**FISHBEIN,M.C.**: Metastatic pancreatic cancer masquerading as pulmonary sarcoidosis. Am J Med 109:598-99, November, 2000.

**Reviews:**

1. FORRESTER.J.S.,**FISHBEIN,M.C.**,HELFANT,R.,FABIN,J.: A paradigm for restenosis based on cell biology: Clues for the development of new preventive therapies. J Am Coll Cardiol 17:758-769, March 1991.

2. SIEGEL, R.J., CUMBERLAND, D.C., CREW, J.R., DON MICHAEL, A., MYLER, R.K., ARIANI, M., PFLUEGER, R., **FISHBEIN,M.C.** Ultrasound angioplasty. J Invasive Cardiol 3:135-143, May, 1991.

3. LDOHERTY,T.M.,FITZPATEICK,L.A.,INOUR,D.,QIAO,J-H.,**FISHBEIN,M.C.,**DETRANO,R., SHAH,P.K.,RAJAVASHISTH,T.B. Molecular, endocrine, and genetic mechanism of arterial calcification. Endocrinology Reviews 25:629-672, August, 2004

4. FISHBEIN,G.A.,**FISHBEIN,M.C.**Arteriosclerosis: rethinking the current classification. Arch Pathol Lab Med 133:1309-1316, August, 2009.

5. OGAWA,M.,ZHOU,S.,TAN,A.Y.,**FISHBEIN,M.C.**,LIN,S.F.,CHEN,L.S.,CHEN,P.S. What have We learned about the contribution of the autonomic nervous system to human arrhythmias. Heart Rhythm 6:Suppl S8-S11, August 2009.

6. PARK,H-W.,SHEN,M.J.,LIN,S.F.,**FISHBEIN,M.C.**,CHEN,L.S.,CHEN,P-S.Neural mechanisms of atrial arrhythmias. Nature Reviews Cardiology 9:30-39, January, 2012.

7. FISHBEIN,G.A.,SCHOEN,F.J.,**FISHBEIN,M.C**. Transcatheter aortic valve implantation; status and Challenges. Cardiovasc Pathol 23:65-70, March, 2014.

8. SIEGEL,R.J.,**FISHBEIN,M.C**. the incidence, diagnosis, and management of pulmonary vein stenosis as a complication of atrial fibrillation ablation. J Intervention Cardiac Electrophys 40:63-74, June 2014.

9. BELPERIO, J.A.,SHAIKH,F.,ABTIN,F.G.,**FISHBEIN,M.C**.,WEIGHT,S.S.,SAGGAR,R.,LYNCH,J.P. Diagnosis and treatment of pulmonary sarcoidosis: a review. JAMA 327:856-867, March 2022

10. TSAI,W-C.,HUNG,T-C.,KUSAYAMA,T.,HAN,S.,**FISHBEIN,M.C.,**CHEN,L.S.,CHEN,P-S. Autonomic modulation of atrial fibrillation. JACC Basic Transl Science 8:1398-1410, June, 2023.

11. BELPERIO,J.A.,FISHBEIN,M.C.,ABTIN,F.,CHANNICK,J.,BALASUBRAMANIAN,S.A., LYNCH,J.P. III. Pulmonaary sarcoidosis: a comprehensive review: past to present. (J Autoimmun-in press)

**Editorials:**

1. **FISHBEIN,M.C.**: Coronary artery pathology in ischemic syndromes: Current relevance to thrombolytic and angioplastic therapy. Hum. Pathol. 14:655-657, August 1983.

2. **FISHBEIN,M.C.**: Creatine kinase release after brief coronary occlusion. Editorial comment. J Am Coll Cardiol 6:1304-05, December 1985.

3. **FISHBEIN,M.C.**: Coronary artery plaque morphology after balloon angioplasty. (Editorial) J Am Coll Cardiol 16:1430-1432. November 1990.

4. SOBIESZCZYK,P.,**FISHBEIN,M.C.**,GOLDHABER,S.Z. Acute pulmonary embolism. Don't ignore the platelet. Circulation 106:1748-49, October, 2002.

5. CHEN,P-S,**FISHBEIN,M.C.** Neural remodeling after myocardial infarction. The importance of heterogeneity. (J Am Coll Cardiol. Clin Electrophysiol – in press)

**Invited Papers:**

1. **FISHBEIN,M.C.**,GANZ,W.,RIT,J.,LANDO,U.,KANMATSUSE,K.,MERCIER,J. Relevance of hemorrhage after reperfusion in acute myocardial infarction. In: Coronary heart disease IV, Kaltenbach (ed), Springer-Verlag, Berlin, 1982, 284-290.

2. **FISHBEIN,M.C.**,MEERBAUM,S.,CORDAY,E.,HAENDCHEN,R.V.,DRURY,J.K., MOHL,W.: The effects of arterial reperfusion, synchronized diastolic coronary venous retroperfusion and pressure controlled intermittent coronary sinus occlusion on the morphologic evolution of myocardial infarction. In The Coronarv Sinus, W.Mohl (ed). Verlag, Germany, 1984, p. 411-417.

3. DRURY,J.K.,YAMAZAKI,S.,MEERBAUM,S.,**FISHBEIN,M.C.**,CORDAY,E.: Synchronized coronary venous retroperfusion: A safe and effective treatment of acute myocardial ischemia. In The Coronary Sinus, W. Mohl (ed). Verlag, Germany, 1984,p. 385-391.

4. KARAGUEUZIAN, H.S., OHTA, M., DRUURY, J.K., **FISHBEIN,M.C.,** CORDAY, E., MEERBAUM, S., MANDEL, W.J., PETER,T.: Coronary venous retroperfusion of procainamide in the management of inducible ventricular tachyarrhythmias in conscious dogs during chronic myocardial infarction. In The Coronary Sinus, W. Mohl (ed). Verlag, Germany, 1984, p. 385-402.

5. HAENDCHEN, R.V., **FISHBEIN,M.C.**,MEERBAUM,S., CORDAY,E.: Superiority of hypothermic vs normothermic synchronized coronary venous retroperfusion for protection of acutely ischemic myocardium. In The Coronarv Sinus, W.Mohl (ed). Verlag, Germany, 1984, p. 392-402.

6. KARAGUEUZIAN,H.S.,OHTA,M.,MEESMAN,M.,INO,T.,DRURY,J.K.,**FISHBEIN,M.C.**, MEERBAUM, S., CORDAY, E., MANDEL, W.J., PETER,T.: Coronary venous retroinfusion of procainamide and verapamil: for the management of spontaneous sustained ventricular tachycardia during myocardial infarction. Comparative study with the systemic intravenous route. In Clinics of Coronary Sinus Intervention, Mohl,W.,Faxon.,D., Wolner,E., eds,Steinkopff-Verlag Darmstadt, 1989, pp. 299-304.

7. **FISHBEIN, M.C.:** Mitral regurgitation in coronary artery disease. Sem Thorac Cardiovasc Surg 3:129-132, October, 1989.

8. **FISHBEIN, M.C.:** Reperfusion injury. Clin Cardiol 13:213-217 March 1990.

9. **FISHBEIN,M.C.**,SIEGEL,R.J.: Coronary artery plaque dimension and rupture. Cardiologia 43:693-697, 1998.

10. **FISHBEIN, M.C.:** The autopsy. (Review Article-Electronic Publication) . January, 2000 www.Medicinenet.com,

11. **FISHBEIN, M.C.** Evolution from ischemia to myocardial necrosis Cardiovasc Toxicology 1:83-86, October, 2001.

12. **FISHBEIN, M.C.** Anthrax, then and now. Electronic Publication, October, 2001. www.Medicinenet.com

13. **FISHBEIN,M.C.** Heart attack pathology. Electronic Publication, April, 2002. www.Medicinenet.com

14. **FISHBEIN,M.C.** Smoker's lung. Electronic Publication, September, 2002. www.Medicinenet.com

15. MICHAELS, P.J., **FISHBEIN, M.C.,** COLVIN, R.B. Humoral rejection of human organ transplants. Springer Sem Immunopath 25:119-140, September, 2003.

16. **FISHBEIN,M.C.**, KOBASHIGAWA, J. Biopsy negative cardiac transplant rejection: Etiology, diagnosis and therapy. Curr Opin Cardiol 19:166-169, March, 2004.

17. **FISHBEIN,M.C.** To biopsy or not to biopsy: assessing the role of surgical lung biopsy in the diagnosis of idiopathic pulmonary fibrosis. Chest 128:520S-525S, November, 2005.

18. REED,E.F.,DEMETRIS,A.J.,HAMMOND,E.,ITESCU,S.,KOBASHIGAWA,J.A.,REINSMOEN, N.L., RODRIGUEA,R.,ROSE,M.,STEWART,S.,SUCIU-FOCA,N.,ZEEVI,A.,**FISHBEIN,M.C.** Acute Antibody-mediated rejection of cardiac transplants. J Heart Lung Transplant 25:153-159, February, 2006.

19. CHEN,P-S.,CHOU,C-,TAN,A.Y.,ZHOU,S.,**FISHBEIN,M.C.**,HWANG,C.,KARAGUEUZIAN,H.S., LIN,S-F. The mechanisms of atrial fibrillation. J Cardiovasc Electrophysiol 17:S2-S7, Suppl 3, December, 2006

20. CHEN,L.S.,ZHOU,S.,**FISHBEIN,M.C.**,CHEN,P-S. The sympathetic nerve system and the heart; importance of plasticity. The Circulation Frontier 10:36-40, December, 2006.

21. LAI,C.,WALLACE,W.D.,**FISHBEIN,M.C.** Histopathology of pulmonary fibrotic disorders. Sem Respiratory Crit Care Med 27:613-622, December, 2006.

22. CHEN,L.,ZHOU,S.,**FISHBEIN,M.C.**,CHEN,P-S. New perspectives on the role of autonomic nervous system in the genesis of arrhythmias. (J Cardiovasc Electrophysiol-In press).

23. TAN,A.Y.,CHEN,P-S.,CHEN,L.S.,**FISHBEIN,M.C.** Autonomic Nerves in Pulmonary Veins. Heart Rhythm 4:S57-60, 2007..

24. LYNCH,J.P.,**FISHBEIN,M.C.** Diagnostic approach to diffuse parenchymal lung disease. (Prog Resp Res – In Press)

25. JO,J.A.,MARCU,L.,FANG,Q.,PAPAIOANNOU,T.,QIAO,J.H.,**FISHBEIN,M.C.**,BESETH,B., DORAFSHAR,A.H.,REIL,T.,BAKER, D.,FREISCHLAG,,J.. New methods for time-resolved fluorescence spectroscopy data analysis based on the Laguerre expansion technique - applications in tissue diagnosis. Methods Inf Med 46:206-11, 2007.

26. BELPERIO,J.B.,**FISHBEIN,M.C.**,LYNCH,J.P.III. Usual interstitial pneumonia. Expert Rev Resp Med.

27. SAGGAR,R.,BELPERIO,J.B.,**FISHBEIN,M.C.**,LYNCH,J.P.III. Non-specific interstitial pneumonia Expert Rev Resp Med

28. LAKS,H.,DE LA ZERDE,D.J.,COHEN,O.,**FISHBEIN,M.C.** Aortic valve sparing and restoration With autologous pericardial leaflet extension is an effective alternative in pediatric patients. Semin Thorac Cardiovasc Surg Pediatr Card Surg Ann 10:89-93, 2007.

29. SHETH,S.,LAI,C.K.,DRY,S.,BINDER,S.,**FISHBEIN,M.C.** Benign vascular tumors and tumor-like proliferations. Sem Diag Pathol 25:1-16, February, 2008.

30. **FISHBEIN,M.C.** The vulnerable and unstable atherosclerotic plaque. Cardiovasc Pathol 19:6, January, 2010.

31. WEIGHT, S, BELPERIO, **J, FISHBEIN, M.C.**, LYNCH J. Chronic Lung Allograft Rejection: Mechanisms and Therapy. (Proceedings of the American Thoracic Society)

32. THIENE,G.,ET AL FOR THE ASSOCIATION FOR EUROPEAN CARDIOVASCULAR PATHOLOGY AND SOCIETY FOR CARDIOVASCULAR PATHOLOGY TASK FORCE IN TRAINING IN CARDIOVASCULAR PATHOLOGY. AECVP and SCVP 2009 recommendations for training in cardiovascular pathology. Cardiovasc Pathol 19:129-135, May 2010.

33 **FISHBEIN,M.C.** Cardiac disease at risk of sudden death in the young. The burden of the phenomenon. Cardiovasc Pathol 19:326-328, December, 2010.

34. FISHBEIN,G.A.,**FISHBEIN,M.C.** Lung vascultis and alveolar hemorrhage. Sem Resp Crit Care Med 32:254-263, June, 2011

35. FISHBEIN,G.A.,**FISHBEIN,M.C.** When is having a big heart a problem? Acad Forensic Med 1:188-193, September, 2011

36. PARK,H-W.,SHEN M.J.,LIN,S-F.,**FISHBEIN,M.C.**,CHEN,L.S.,CHEN,P-S. Neural mechanisms of atrial fibrillation. Current Opinions of Cardiology, 2012 (in press)

37. LYNCH,J.P.III, **FISHBEIN,M.C.**,ECHAVARRIA,M. Adenovirus, in Chapter 12: Respiratory Viral Infections" for Semin Respir Crit Care Med 2011:32:((4) (Weinberg & Zamora, Guest Eds). pp 494-511

38. LYNCH JP III WEIGT SS, DERHOVANESSIAN A, **FISHBEIN M.C.**, GUITTEREZ A, BELPERIO JA. Obliterative (constrictive) bronchiolitis. Semin Respir Crit Care Med 33:509-532, 2012

39. WANG TS, LAZAR, CA, **FISHBEIN M.C.**, LYNCH JP III. Pulmonary alveolar proteinosis. Semin Respir Crit Care Med 33:498-508, 2012.

40. LYNCH JP III, SAGGAR R, BELPERIO JA, **FISHBEIN,M.C.,** SAGGAR R. Pulmonary hypertension complicating connective tissue disease. *Semin Respir Crit Care Med* 2013: 34 (3)

41. CLARK NM, LYNCH JP III, BELPERIO JA, **FISHBEIN,M.C.**, WEIGT SS. Latent DNA viruses complicating lung transplantation *Semin Respir Crit Care Med* 2013: 34;(4) (in press)

42. NAGAO,B.,**FISHBEIN,M.C.** Honeycomb lung. Published online at Nagao BM, Fishbein MC. Honeycomb Lung Pathology. Medscape Reference. Updated January 29, 20152 Medscape.comhttp://emedicine.medscape.com/article/2078590-overview#showall

43. FISHBEIN,G.A.,**FISHBEIN,M.C.** Morphologic and immunohistochemical findings in antibody-mediated rejection of the cardiac allograft. (Hum Immunol - In press)

44. SU,A.**FISHBEIN,M.C.** Lung Pathology, hyperacute rejection, in Encyclopedia of Pathology, Ed Springer, November, 2013

45 FISHBEIN,G.A.,SCHOEN,F.J.,**FISHBEIN,M.C.** Transcatheter aortic valve implantation: status and challenges. Cardiovasc Pathol 23:65-70, March, 2014

46. CHEN, P-S, CHEN, L.S., **FISHBEIN, M.C.,** LIN, S-F. Role of the autonomic nervous system in atrial fibrillation; pathophysiology and therapy. Circ Res 114:1500-1515, April 2014.

47. SHINO,M.Y.,LYNCH,J.P., III,**FISHBEIN,M.C**.,MCGRAW,C.,OYAMA,J.,BELPERIO,J.A.,SAGGAR,R. Sarcoidosis-associated pulmonary hypertension and lung transplantation for sarcoidosis. Semin Respir Crit Care Med 14:35(3); 372-371.

48. LYNCH,J.P., III,HWANG,J.,BRADFIELD,J.,**FISHBEIN,M.C**.,SHIVKUMAR,K.,TUNG,R.. Cardiac involvement in sarcoidosis: evolving concepts in diagnosis and treatment. Semin Respir Crit Care Med 2014:35 (3); 362-390

49. SEKI,A.,**FISHBEIN,M.C**. Predicting the development of cardiac allograft vasculopathy. Cardiovasc Pathol 23:253-260, September, 2014

50. **FISHBEIN,M.C**.,FISHBEIN,G.A. Arteriosclerosis: Facts and Fancy. Cardiovasc Pathol 24:335-342, November, 2015. PMID: 26365806

51. SHIVKUMAR,K.,AJIJOLA,O.A.,ANAND,I.,ARMOUR,J.A.,CHEN,P-S.,ESLER,M.D.,DEFERRARI, G.,**FISHBEIN,M.C**., GOLDBERGER,J.,HARPER,R.M.,JOYNER,M.J.KHALSA,S.,KUMAR,R., LANE,R.,MAHAJAN,A.PO,S.,SCHWARTZ,P.J.SOMERS,V.,VALDERRABANO,M.,VASEGHI,M., ZIPESD. Clinical neurocardiology-defining the value of neuroscience-based cardiovascular therapeutics. J Physiol 594:3911-54, July, 2016 PMID:27114333

52. **FISHBEIN,M.C.** Lee Goodglick – In Fond Memory. Crit Rev Oncogenesis 20:331, November, 2015.

53. LYNCH,J.P.III,HUYNH,R.H.,**FISHBEIN,M.C.,**SAGGAR,R.,BELPERIO,J.A.,WEIGT,S.S. Idiopathic Pulmonary fibrosis: epidemiology, clinical features, prognosis, and management. Semin Respir Crit Care Med 37:331-357, June, 2016

54. CLARK,N.M.,WEIGHT,S.S.,**FISHBEIN,M.C.,**KUBAK,B.,BELPERIO,J.A.,LYNCH,J.P.III. Fungal Infections complicating lung transplantation. Semin Respir Crit Care Med 39:227-2254, April, 2018

55. SCAPA,J.V.,FISHBEIN,G.A.,WALLACE,W.D.,**FISHBEIN,M.C**.. Diffuse Alveolar Hemorrhage and Pulmonary Vasculitides: Histopathologic Findings.Semin Respir Crit Care Med 39:425-433, August 2018.

doi: 10.1055/s-0038-1669412.

56. LAU,R.P.,FISHBEIN,G.A.,**FISHBEIN,M.C**. Specific anatomic considerations for tricuspid interventions. Curr Cardiol Rep 21:63-73, July, 2019

57. FISHBEIN,G.A.**FISHBEIN,M.C.** Mitral valve pathology. Curr Cardiol Rep 21:61-69, July 2019

58. FISHBEIN,G.A.**FISHBEIN,M.C.** Tricuspid and pulmonic valve pathology. Curr Cardiol Rep 21:54-60, July 2019.

59. FISHBEIN,G.A. **FISHBEIN,M.C.** Pathology of the aortic valve: Aortic valve stenosis/aortic regurgitation Curr Cardiol Red 21, 2019, doi: 10.1007/s11886-019-1162-4

60. REID,G.,LYNCH, J.P.III**, FISHBEIN,M.C**.,CLARK,N.M. Mucormycosis. Semin Respir Crit Care Med 41:99-114, January, 2020

61. BELPERIO,J.A.,SHANKH,F.,ABTIN,F.,**FISHBEIN,M.C**.,SAGGAR,R.,TSUI,E.,LYNCJ,P.J. 3[RD]. Extrapulmonary sarcoidosis with a focus on cardiac, nervous system, and ocular involvement. EClinicalMedicine 37;100966.doic, June, 2021

62. LYNCH JP III, **FISHBEIN MC,** FEREIDOUN A, ZHANEL GG. Mucormycosis (Part 1): Prevalence, risk factors, clinical features, and diagnosis. Global Expert Reviews in Antiinfective Therapy, June, 2023

**Book Reviews:**

1. THE PATHOLOGY OF THE HEART, edited by Pomerance,A., Davies,M.J., Blackwell Scientific Publications, Oxford, 1975. In N. Eng. J. Med. 294:676-677, 1976.

2. ENDOMYOCARDIAL BIOPSY: TECHNIQUES AND APPLICATIONS, by Fenoglio, J.J., Jr., CRC Press Inc., Boca Raton, 1982. In Hum. Pathol. 14:279, 1983.

3. PERICARDIAL DISEASE, edited by Reddy, P.S.,Leon,D.F., Shaver,J.A., Raven Press, New York, 1982. In Hum. Pathol. 14:279-280, 1983.

4. THE VULNERABLE ATHEROSCLEROTIC PLAQUE, by Virmani R et al. Blackwekk Futura 2007. In New Eng J Med 357:97, 2007

**Abstracts, up to 2017 only:**

1. **FISHBEIN,M.C.**,COHEN, A.H.: Unusual myeloproliferative disorder presenting as acute lymphocytic leukemia. Proc.XIV Int. Cong. Hem.,Sao Paolo, Brazil, 1972

2. ROBERTS,W.C.,FERRANS,V.J.,BULKLEY,B.H.,**FISHBEIN,M.C.**,BUJA, L.M.: Sarcoidosis of the heart:A study of eight necropsy patients. Circulation 49and 50 (Suppl 3):129, 1975

3. **FISHBEIN,M.C.**,FERRANS,V.J.,ROBERTS,W.C.: Morphologic features of primary and secondary endocardial fibroelastosis: A histologic and ultrastructural study. Lab. Invest. 32:445-446, 1975

4. **FISHBEIN,M.C.**,BLAUFUSS,A.H.,ZAMBONI,L.,CRILEY,J.M.,LAKS, M.M.: Myocardial arterioles in "Syndrome X". Circulation 52 (Suppl II):90, 1975

5. BOOR,P.J.,REYNOLDS,E.S.,**FISHBEIN,M.C.**: A rapid planimetric method for quantitating left ventricular and necrotic myocardial mass. Am. J. Pathol. 82:26a, 1976

6. HILLIS,L.D., ASKENAZI,J., **FISHBEIN,M.C.**,BRAUNWALD,E.,MAROKO,P.R.: Use of changes in the QRS complex to assess interventions which modify the extent of myocardial necrosis following coronary artery occlusion. Clin. Res. 24:223A, 1976

7. **FISHBEIN, M.C**.,FERRANS,V.J.,ROBERTS,W.C.: Endocardial papillary elastofibroma: Histology, histo-chemistry, and electron microscopy. J. Ultra. Res. 55:295, 1976

12. KLONER, R.A.,**FISHBEIN,M.C.**,MACLEAN,D.,BRAUNWALD,E.,MAROKO,P.R.: Effect of hyaluronidase on myocardial ultrastructure following coronary artery occlusion in the rat. Circulation 54(Suppl II):88, 1976

13. HILLIS, L.D.,MAROKO,P.R.,BRAUNWALD,E.,**FISHBEIN,M.C.**: Influence of the time interval between coronary artery occlusion and the administration of hyaluronidase on myocardial salvage. Circulation 54(Suppl II):161, 1976

10. MACLEAN,D.,MAROKO,P.R.,**FISHBEIN,M.C.**,CARPENTER,C.B.,BRAUNWALD,E.: Reduction of infarct size up to 21 days after coronary artery occlusion in the rat. Circulation 54 (Suppl II): 161, 1976

11. **FISHBEIN,M.C.**,GISSEN,S.A.,COLLINS, J.J.JR.,BARSAMIAN.E.M.,COHN,L.H.: Pathology in patients with glutaraldehyde-fixed porcine cardiac valves. Am. J. Cardiol. 39:303, 1977

12. KLONER,R.A.,**FISHBEIN,M.C.**,COTRAN,R.S., BRAUNWALD,E.,MAROKO,P.R.: Effect of propranolol on microvascular injury after experimental coronary artery occlusion. Am. J. Cardiol. 39:280, 1977.

13. MACLEAN,D.,MAROKO,P.R.,**FISHBEIN,M.C.**,BRAUNWALD,E.: Effects of corticosteroids on myocardial infarct size and healing following experimental coronary occlusion. Am. J. Cardiol. 39:280, 1977.

14. **FISHBEIN,M.C.**,PFEFFER,J.M.,PFEFFER,M.A.,FROHLICH,E.D.: Asymmetric ventricular growth in the spontaneously hypertensive rat (SHR). Clin. Res. 25:221A, 1977.

15. BEIRO, L.G.T.,HILLIS,L.D.,**FISHBEIN,M.C.**,DAVIS,M.A.,MAROKO,P.R., BRAUNWALD,E.: A new technique for demonstrating the efficacy of interventions designed to limit infarct size following coronary occlusion. Clin. Res. Z5:248A, 1977.

16. MACLEAN,D.,**FISHBEIN,M.C.**,MAROKO,P.R.,BRAUNWALD,E.: Long-term salvage of ischemic myocardium by depleting catecholamines and inhibiting inflammation. Clin. Res. 25:445A, 1977.

17. **FISHBEIN,M.C.**,HARE,C.,GISSEN,S.,MACLEAN, D.,MAROKO,P.R.: Histochemical identification and quantification of border zones during the evolution of myocardial infarction in the rat. Circulation 56(Suppl III):71, 1977

18. KLONER,R.A.,**FISHBEIN,M.C.**,MAROKO,P.R.,BRAUNWALD,E.: The effect of propranolol on the ultrastructure of the myocardium following an experimental coronary artery occlusion. Circulation 56 (Suppl. III):71, 1977.

19. LEW,H.,KLONER,R.A.,**FISHBEIN,M.C.**,MAROKO,P.R.,BRAUNWALD,E.: Mummification of myocytes by high doses of glucocorticoids after experimental coronary artery occlusion. Circulation 56(Suppl. III):206, 1977.

20. BING,O.H.L.,BROOKS,W.W.,HARE,C.,**FISHBEIN,M.C.**: Cardiac contracture due to metabolic blockade: mechanical and structural correlates. Circulation 56(Suppl III):227, 1977.

21. PFEFFER,J.M.,PFEFFER,M.A.,**FISHBEIN,M.C.**,FROHLICH,E.D.: Cardiac function and morphology during the progressive development of hypertrophy in the spontaneously hypertensive rat. Circulation 56 (Suppl. III): 241, 1977.

22. PFEFFER,M.A.,FERRELL,B.A.,PFEFFER,J.M.,WEISS,A.K.,**FISHBEIN,M.C.**, FROHLICH,E.D.: Effect of exercise on ventricular morphology and pumping ability in normotensive and spontaneously hypertensive rats. Fed. Proc. 37 (Suppl II):549, 1978

23. MACLEAN,D.,**FISHBEIN,M.C.**,BLUM,R.I.,BRAUNWALD,E.,MAROKO,P.R.: Long-term preservation of ischemic myocardium by ibuprofen after experimental coronary artery occlusion Am. J. Cardiol. 41:394, 1978.

24. MCELROY,C.L.,GISSEN,S.A.,**FISHBEIN,M.C.**: Exercise-induced reduction in myocardial infarct size after coronary artery occlusion in the rat. A preliminary report. Am. J. Cardiol. 41:431, 1978.

25. MAROKO,P.R.,MACLEAN,D.,BLUM,R.I.,**FISHBEIN,M.C.**: Pentobarbital-induced preservation of ischemic myocardium after experimental coronary artery occlusion. Clin. Res. 26:250A, 1978.

26. PFFEFER,M.A.,PFEFFER,J.M.,**FISHBEIN,M.C.**,KLONER,R.A.,BRAUNWALD,E.: Relationship between myocardial infarct size and ventricular performance. Clin. Res. 26:259A, 1978.

27. MAROKO,P.R.,YASUDA,T.,RIBEIRO,L.G.T.,BINGHAM,J.,MCKUSICK,K;A.,FISHBEIN, M.C., STRAUSS, H.W.: Global and regional left ventricular function by radionuclide ventriculography after coronary occlusion in the rat: Its evolution and its correlation to infarct size. Circulation 57(Suppl. II): 224, 1978.

28. RADVANY,P.,WEINSTEIN,K.B.,SPADARO,J.,**FISHBEIN,M.C.**,BING,O.H.L.: Hypertrophy of non-infarcted myocardium following experimental coronary artery occlusion. Circulation 57(Suppl. II):224, 1978

29. KLONER,R.A.,**FISHBEIN,M.C.**,MAROKO,P.R.: The ultrastructure and histochemistry of wavy fibers during myocardial ischemia. Circulation 57(Suppl. II):241, 1978.

30. KANMATSUSE,K.,LANDO,U., MERCIER, J.C.,**FISHBEIN,M.C.**,SWAN,H.J.C., ,W.: Rapid lysis of coronary thrombi by local application of fibrinolysin. Circulation 60(Suppl. II):216, 1979.

31. **FISHBEIN,M.C.**,RIT,J.,LANDO,U.,KANMATSUSE,K.,MERCIER,J.C.,GANZ,W.: Localization of reperfusion hemorrhage and vascular injury in experimental myocardial infarction. Circulation 60(Suppl II):43, 1979.

32. KANMATSUSE,K.,LANDO,U.,MERCIER,J.C.,**FISHBEIN,M.C.**,SWAN,H.J.C.,GANZ,W: Restoration of contractile responsiveness to inotropic stimulation by early reperfusion of ischemic myocardium. Fed. Proc. 39:1170, 1980.

33. MERCIER,J.C.,LANDO,V.,KANMATSUSE,K.,**FISHBEIN,M.C.**,SWAN,H.J.C.,GANZ,W.: Restoration of contractile responsiveness to inotropic stimulation by early reperfusion of ischemic myocardium. Fed. Proc. 39:1170, 1980.

34. **FISHBEIN,M.C.**,GANZ,W.,MEERBAUM,S.,CORDAY,E.,RIT,J.: Early quantitation of myocardial necrosis: Validation of the triphenyl tetrazolium chloride technique. Circulation 62 (Suppl. III):316, 1980.

35. MEERBAUM.,UCHIYAMA,T-W.,BROFFMAN,J.,HAENDCHEN,R.,RIT,J.,**FISHBEIN,M.C.**, CORDAY,E.: Reduction of myocardial necrosis by closed chest regional hypothermic retroperfusion early after coronary occlusion. Circulation 62 (Suppl. III): 316, 1980.

36. MAROKO,P.R.,DAY,C.E.,**FISHBEIN,M.C.**,HALE,S.L.,CHEUNG,W-M: The atherosclerotic quail:A new model to study drug effect on myocardial infarcts and sudden death: Effects of colestipol, sulinphyrazone, acetylsalicylic acid. Circulation 62 (suppl. III): 315, 1980.

37. MERCIER,J.C.,LANDO,U.,KANMATSUSE,K.,**FISHBEIN,M.C.**,NINOMIYA,K.,TOTTEN, O., SWAN, H.J.C., GANZ, W.: Divergent effects of the inotropic stimulation on the mechanical function of the ischemic and the severely depressed reperfused myocardium. Am. J. Cardiol. 47:442, 1981.

38. NINOMIYA,K.,HASHIDA,J.,GEFT,I.,CHAUX,E.,SHELL,W.,**FISHBEIN,M.C.**,RIT,J YANO,J.,GANZ,W.: Brief repeat periods of ischemia have a cumulative effect and may cause myocardial necrosis. Am. J. Cardiol. 47:445, 1981.

39. **FISHBEIN,M.C.**,LEVY,R.J.,NASHEF,A.,FERRANS,V.J.,DEARDEN,L.C.,GOODMAN, A.P., CARPENTIER , A.: Calcification of cardiac valve bioprostheses: Histologic, ultrastructural and biochemical studies in a subcutaneous implantation model system. Am. J. Cardiol. 47:440,1981

40. MEERBAUM,S.,**FISHBEIN,M.C.**,RIT,J.,BROFFMAN,J.,RUSSELL,D.,HAENDCHEN, R., CORDAY,E: Two-dimensional echo measurement of regional cardiac function vs. histochemical delineation of acutely ischemic myocardium. Clin. Res. 29:22A, 1981.

41. BEEDER,C.,CHARUZI,Y.,CLOOBECK,S.,**FISHBEIN,M.C.**,STANILOFF,H.,MEERBAUM, S.: In vitro validation of two-dimensional echocardiographic measurements in the human heart. Clin. Res. 29:3A, 1981

42. RUBIN,S.A.,**FISHBEIN,M.C.**,SHELL,W.E.,SWAN,H.J.C.: Exercise performance following chronic myocardial infarction in the rat remains unimpaired. Clin. Res. 29:237A, 1981

43. **FISHBEIN,M.C.**,RIT,J.,MEERBAUM,S.,CORDAY,E.: Macroscopic identification and quantitation of ischemic myocardium following experimental coronary artery occlusion. Clin. Res. 29:190A, 1981

44. MADDAHI,J.,GANZ,W.,BERMAN,D.,**FISHBEIN,M.C.**,SWAN,H.J.C.: Intracoronary thrombolysis in evolving myocardial infarction: Assessment of myocardial salvage by intracoronary thallium scintigraphy. Circulation 64 (Suppl. IV):9, 1981.

45. FISHBEIN, M.C.,GEFT,I.L.,HASHIDA,J.,NINOMYA,K.,NISHIZAWA,S.,VENKATESH, N., RIT, J., GANZ, W.: Does late reperfusion after necrosis is complete have beneficial or detrimental effects on myocardial infarct healing? Circulation 64 (Supp. IV): 99, 1981.

46. S.A.,**FISHBEIN,M.C.**,SWAN,H.J.C.: Cardiac cellular hypertrophy accompanying chronic myocardial infarction in the rat. Circulation 64 (Suppl. IV): 99, 1981.

47. HAENDCHEN,R.V.,MEERBAUM,S.,**FISHBEIN,M.C.**,RIT,J.,GEFT,T.,ZWEHL,W., AOSAKI, N., CORDAY, E: Extent of myocardial infarction delineated by two-dimensional echo analysis of left ventricular dysfunction. Clin. Res. 30:17A, 1982.

48. POVZHITKOV,M., HAENDCHEN,R.V.,MEERBAUM,S.,**FISHBEIN,M.C.**,RIT,J.,CORDAY, E.: Mannitol coronary venous retroperfusion: Improvement in ischemic left ventricular function in acute coronary occlusion. Clin. Res. 30:17A, 1982.

49. MIYAMOTO,A.T.,KOMORI,M.,**FISHBEIN,M.C.**,MATLOFF,J.M.: Characterization of an ischemic cardiogenic shock model in the intact chest dog. Clin. Res. 30:84A. 1982.

50. POVZHITIKOV,M.,MEERBAUM,S.,**FISHBEIN,M.C.**,RIT,J.,CORDAY,E.:Protective effect of coronary venous prostaglandin E1 retroperfusion during acute myocardial ischemia. Am. J. Cardiol. 49:1017, 1982.

51. SAKAMAKI,T.,TEI,C.,MEERBAUM,S.,SHIMOURA,K.,**FISHBEIN,M.C.**,RIT,J.,SHAH, P.M., CORDAY, E.: Validation of contrast two-dimensional echocardiography delineation of under-perfused myocardium during acute ischemia. Circulation 66 (Suppl. II): 28, 1982.

52. SIEGEL,R.J.,**FISHBEIN,M.C.**,SAID,J.W.,TOKES,Z.,SHELL,W.E.: Localization of an alpha-I-acid glycoprotein in the myocardium by light and electron microscopic immunohistochemical techniques: Circulation 66 (Suppl. II): 28, 1982.

53. KARAGUEUZIAN,H.S.,SUGI,C.,GEFT,I.,SATO,Y.,HAMER,A.,GANZ,W.,MCCULLEN,A., FISHBEIN, M.C., MANDEL, W.J., PETER,T.: Inductible ventricular tachycardia following right ventricular infarction in the conscious dog. Circulation 66 (Suppl. II): 378, 1982.

54. SUGI,C.,KARAGUEUZIAN,H.,MCCULLEN,A.,**FISHBEIN,M.C.**,GANZ,W.,SATA,H.Y., MANDEL, W.J., PETER, T.: The mechanism and site of origin of ventricular arrhythmias one day following right coronary artery occlusion in the dog. J. Am. Coll. Cardiol. 1:718, 1983.

55. DRURY,J.K.,HAENDCHEN,R.V.,MEERBAUM,S.,**FISHBEIN,M.C.**,RIT,J.,CORDAY,E.: Diltiazem improves function and reduces infarct size after acute coronary occlusion. J. Am. Col. Cardiol. 1:692, 1983.

56. HAENDCHEN,R.V.,TORRES,M.,MAURER,G.,MEERBAUM,S.,ONG,K.,WOOD,F.,RIT,J., FISHBEIN, M.C., CORDAY, E.: Diastolic wall thickness early after coronary reperfusion: a predictor of ultimate myocardial infarction. J. Am. Coll. Cardiol. 1:661, 1983.

57. **FISHBEIN,M.C.**,SIEGEL,R.J.,CORSON,G.,BLOCK,M.I.,HERSCHER,L.L.,SHELL, W.E., SAID,J.W.: Distribution of CK-M, CK-B, LDH1 and myoglobin in normal, ischemic and necrotic myocardium. An immunohistochemical study. Clin. Res. 31:8A, 1983.

58. HAENDCHEN,R.V.,ONG,K.,MEERBAUM,S.,WOOD,F.,**FISHBEIN,M.C.**,CORDAY,E.: Detection of irreversible myocardial damage early after reperfusion by computer analysis of regional myocardial echo intensity. Circulation 68 (Suppl III): 109, 1983.

59. RUBIN,S.A.,**FISHBEIN,M.C.**,RABINES,A.,TABAK,L.,SWAN,H.J.C.: Compensatory cardiac hypertrophy in young and mature rats following myocardial infarction. Circulation 68 (Suppl III): 1985, 1983.

60. SATO,Y.,DEGAWA,T.,GEFT,I.,NISHIZAWA,S.,RIT,J.,**FISHBEIN,M.C.**,GENOV,T., GANZ,W.: Reperfusion makes the relationship of creatine kinase release to infarct size linear and allows accurate measurement of infarct size. Circulation 68 (Suppl III): 196, 1983.

61. **FISHBEIN,M.C.**,SIEGEL,R.J.,EDWALDS,G.M.,BLOCK,M.I.,HERSCHER,L.L.,SHELL, W.E.,SAID,J.W.: Immunohistochemical localization of CK-M, CK-B, LDH-1, GOT and myoglobulin in normal, ischemic and necrotic myocardium. Circulation 68 (Suppl. III): 199, 1983.

62. EDWALDS,G.M.,SAID,J.W.,BLOCK,M.I.,HERSCHER,L.L.,SIEGEL,R.J.SHELL,W.E., **FISHBEIN,M.C.**: Focal myocytolosis of myocardium: Is it a reversible form of injury? Circulation 68 (Suppl III): 199, 1983.

63. EN CATE,F.J.,FEINSTEIN,S.B.,ZWEHL,W.,**FISHBEIN,M.C.**,SHAH,P.M.,MEERBAUM, S., CORDAY, E.: Transpulmonary visualization of left ventricular structures using 2D-echocardiography. Circulation 68 (Suppl. III):329, 1983

64. ALLEN,W.M.,**FISHBEIN,M.C.**: Myxoid degeneration of the aortic valve: A common clinicopathologic entity in patients with isolated severe aortic insufficiency. Lab. Invest. 40:1A, 1984.

65. GRUNDFEST,W.,LITVACK,F.,FORRESTER,J.,**FISHBEIN,M.C.**,MORGENSTERN,L.: Pulsed ultraviolet lasers provide precise control of atheroma ablation. Circulation 70 (Suppl. II):35, 1984.

66. LITVACK,F.,GRUNDFEST,W.,**FISHBEIN,M.C.**,ROSE,H.,FORRESTER,J.:A standardized method for study of laser tissue interaction. Circulation 70 (Suppl. II):35, 1984.

67. HAROLD,J.G.,SIEGEL,R.J.,EDWALDS,G.M.,SATOH,P.,**FISHBEIN,M.C.**: Immunohistochemical localization of prostaglandin metabolites in canine and human vasculature. Circulation 70 (Suppl. II):71, 1984.

68. DRURY,J.K.,YAMAZAKI,S.,MEERBAUM,S.,**FISHBEIN,M.C.**,CORDAY,E.:Synchronized retroperfusion is a safe and effective treatment of acute myocardial ischemia: Pre-clinical trails of a new system. Circulation 70 (Suppl. II):88, 1984.

69. KARAGUEUZIAN,H.S.,OHTA,M.,DRURY,K.,**FISHBEIN,M.C.**,MCCULLEN,A.,CORDAY, E MEERBAUM, S., MANDEL, W.J., PETER, T.: Coronary venous retroinfusion of procainamide, a new and effective approach against intractable sustained ventricular tachycardia. Circulation 70 (Suppl. II): 226, 1984.

70. SHELLOCK,F.G.,RIEDINGER,M.S.,**FISHBEIN,M.C.**,SHAH,P.K.: High prevalence of brown adipose tissue in chronic heart failure patients: Possible role in thermoregulation. Circulation 70 (Suppl. II):307, 1984.

71. PRIGENT,F.,MADDAHI,J.,SATO,Y.,VANTRAIN,K.,GARCIA,E.,BECEERA,A.,WONG,C., SWAN, .J.C., GANZ, W., FISHBEIN, M.C., BERMAN,D.: Quantification of myocardial infarct size in the dog using single photon emission computerized tomography: Slice-by-slice comparison of T1-201 tomograms and pathology. Circulation 70 (Suppl. II):450, 1984.

72. KARGUEUZIAN,H.S.,OHTA,M.,DRURY,J.K.,MEERBAUM,S.,CORDAY,E.,MANDEL,W.J., FISHBEIN, M.C., PETER,T.: Coronary venous procainamide retroinfusion: Suppression of spontaneous ventricular tachycardia 24 hours post myocardial infarction in conscious dogs. J. Am. Coll. Cardiol. 5:429, 1985.

73. RUBIN, S.A., RABINES,A.,TABAK,L.,**FISHBEIN,M.C.**: Adrenergic blockade in cardiac growth and hypertrophy following rat myocardial infarction. J. Am. Coll. Cardiol. 5:539, 1985.

74. SHELLOCK,F.G.,RIEDINGER.M.S.,**FISHBEIN,M.C.**,SHAH,P.K.: Brown adipose tissue in cancer patients: Possible cause of cancer-induced cachexia. Clin. Res. 33:74A, 1985.

75. BLOCK, M., SCHWAIGER,M.,SCHELBERT,H.R.,WIJNS,W.,**FISHBEIN,M.C.**: Relationship of hetero-geneity of ischemic injury to degree of blood flow reduction following experimental coronary occlusion. Lab. Invest. 54:7A, 1986.

76. SCHWAIGER,M.,**FISHBEIN,M.C.**,WIJN,W.,BLOCK,M.,HANSEN,HSELIN,C.PHELPS, M.E., SHELBERT, H.R.: Impaired fatty acid metabolism as a sign of mild regional ischemia in canine myocardium. J. Am. Coll. Cardiol. 7:79A, 1986.

77. RUBIN,S.A.,NUSBICKEL,T.,TIBBS,B.,MELMED,S.,**FISHBEIN,M.C.**: Cardiac ultrastructure and morphometry of hypertrophy induced by long term growth hormone stimulation. Circulation 74 (Suppl. II): 173, 1986

78. DOYLE,L.,LITVACK,F.,GRUNDFEST,W.,HICKEY,A.,ADLER,L.,**FISHBEIN,M.C.**, FORRESTER,J.,: An in vivo model for testing laser angioplasty systems. Circulation 74 (Suppl. II): 361, 1986

79. LITVACK,F.,DOYLE,L.,GRUNDFEST,W.,HICKEY,A.,**FISHBEIN,M.C.**,GOLDENBERG,T PACALA, T., LAUDENSLAGER, J., FORRESTER,J.,: In vivo excimer laser ablation: Acute and chronic effects on canine aorta. Circulation 74 (Suppl. II):360, 1986

80. HATORI,N., MIYAZAKI, A.,DRURY,K.J.,,MOLL,J.,RAJAGOPALAN,R.,**FISHBEIN,M.C.**, MEERBAUM, S., CORDAY, E.: Beneficial effects of coronary venous retroinfusion of superoxide dismutase and catalase on reperfusion arrhythmias, myocardial function and infarct size in dogs. Circulation 74 (Suppl. II): 346, 1986

81. HATORI,NJ.,DRURY,K.J.,SATOMURA,K.,MIYAZAKI,A.,**FISHBEIN,M.C.**: Profound infarct size reduction with lidocaine compared to bretylium antiarrhythmic therapy in an acute coronary occlusion/reperfusion model in pigs. Circulation 74 (Suppl. II):260, 1986.

82. SCHWAIGER, M., **FISHBEIN,M.C.**,WIJNS,W.,KULBER,D.,CHAI,A.,ARAUJO,L.,PHELPS, M.E., SCHELBERT, H. R.: Prolonged glycogen depletion and increase of glucose utilization in reperfused canine myocardium. Circulation 74 (Suppl. II): 211, 1986

83. GRUNDFEST,W.S.,LITVACK,F.,DOYLE,L.,HICKEY,A.,GOLDENBERG,T.,**FISHBEIN, M.C.,** FORRESTER, J., LAUDENSLAGER, J.,THOMAS, P.,CORDAY,E.: Comparison of in vitro and in vivo thermal effects of argon and excimer lasers for laser angioplasty. Circulation 74 (Suppl. II):204, 1986

84. SCHWAIGER,M.,ARAUJO,L.I.,BUXTON,D.B.,KRIVOKAPICH,J.,SWANK,S.,**FISHBEIN, M.C.,** PHELPS, M.E., SCHELBERT, H.R.: Metabolic identification of stunned canine myocardium by positron emission tomography. J. Am. Coll. Cardiol.9:73A, 1987

85. HATORI, N.,ROBERTS,R.,DRURY,J.K.,SATOMURA,K.,**FISHBEIN,M.C.**,CORDAY,E., STIEHM,E.R.: Lidocaine, an inhibitor of neutrophil superoxide anion release, significantly reduces infarct size in pigs. J. Am. Coll. Cardiol. 9:81A, 1987

86. LITVACK,F.,GRUNFEST,W.,GOLDENBERG,T.,DOYLE,L.,HICKEY,A.,LAUDENSLAGER, J.,PACALA, T., **FISHBEIN, M.C.**,FORRESTER,J.:Comparison of acute and chronic effects of argon and excimer laser energy on canine aorta. J. Am. Coll. Cardiol 9:178A, 1987

87. SIEGEL,R.J.,**FISHBEIN,M.C.**,DONMICHAEL,T.A.: Ultrasonic and electrohydraulic atherosclerotic plaque dissolution. Circulation 76(Suppl IV): 46,1987.

88. MODY,F.V.,ARAUJO,L.,BUXTON,D.B.,HANSEN,H.,SELIN,C.E.,**FISHBEIN,M.C.**, SCHELBERT, H.R., PHELPS, M.E., SCHWAIGER, M.: Characterization of ischemic tissue injury in canine. Myocardium utilizing F-18 DG and In-111 antimyosin antibody.Circulation 76(Suppl IV): 508, 1987.

89. LEI,L., RUBIN, S.A.,**FISHBEIN,M.C.**: Adaptive changes with left ventricular hypertrophy induced by excess growth hormone. Circulation 76(suppl IV): 534, 1987.

90. MODY,F.V.,BUXTON,D.B.,ARAUJO,L.,HANSEN,H.,SELIN,C.E.,**FISHBEIN,M.C.**, SCHELBERT, H.R., PHELPS, M.E., SCHWAIGER,M.: Tissue injury in reperfused and non-reperfused experimental myocardial infarction characterized with F-18 deoxyglucose and IN-lll antimyosin antibodies. J Am Coll Cardiol 11:10A, 1988.

91. BARATH,P.,JAKUBOWSKI,A.T.,**FISHBEIN,M.C.**,GRUNDFEST,W., LITVACK,F FORRESTER, J.S.: Are mast cells the culprit in coronary plaque destabilization? J Am Coll Cardiol 11:52A, 1988.

92. TADOKORO,H.,MIYAZAKI,A.,SATOMURA,K.,KAUL,S.,**FISHBEIN,M.C.**, CORDAY,E., DRURY,J.K.: Profound infarct size reduction with coronary venous retroinfusion of diltiazem in pigs. J Am Coll Cardiol 11:87A, 1988.

93. SIEGEL,R.J.,MOORE,K.,**FISHBEIN,M.C.**,DONMICHAEL,T.A.: Effects of variable ultrasonic energy duration, application mode and energy on atherosclerotic plaque ablation. J Am Coll Cardiol 11:172A, 1988.

94. BARATH,P.,JAKUBOWSKI,A.T.,CAO,J.,ARAKAWA,K.,**FISHBEIN,M.C.**,LITVACK,F., GRUNFEST, W., FORRESTER, J.S.: Feasibility of heart neovascularization by intracoronary fibroblast growth factor. Circulation 78:(Suppl II) II-57, 1988.

95. KANAMASA,K.,WATANABE,I.,CERCEK,B.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Selective decrease in lysis of older thrombi by acceleration of tissue plasminogen activator administration. Clin Res 37:94A, 1989.

96. WATANABE,I.,KANAMASA,K.,LEW,A.S.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Failure of reperfusion to extend necrosis in a single heart model of reperfusion and no-reperfusion. Clin Res 37:102A, 1989.

97. BARATH,P.,**FISHBEIN,M.C.**,CAO,J.,FAGIN,J.,FORRESTER,J.: Immunohistochemical detection and localization of tumor necrosis factor in human vasculature. J Am Coll Cardiol 13:31A, 1989.

98. KANAMASA,K.,WATANABE,I.,CERCEK,B.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: The effect of the length of tissue plasminogen activator administration on lysis of fresh and old thrombi. J Am Coll Cardiol 13:78A, 1989.

99. SIEGEL, R.J., DONMICHAEL, T.A.,DECASTRO,E.,**FISHBEIN,M.C.**, HASHEMI, Z., ADLER, L., BOOKSTEIN, J., FORRESTER, J.S.: In vivo recanalization of total atherosclerotic arterial occlusions: Combined use of an ultrasonic probe and balloon angioplasty system. J Am Coll Cardiol 13:195A, 1989.

100. BARATH,P.,ARAKAWA,K.,CAO,J.,**FISHBEIN,M.C.**,FAGIN,J.,LUSIS,A., FORRESTER,J.S.: Low dose of antitumor agents prevents smooth muscle cell proliferation after endothelial injury. J Am Coll Cardiol 13:252A, 1989.

101. ARAKAWA,K., LITVACK,F.,GRUNFEST,W.,PAPIOANNOU,T.,SHI,W.Q. PAPAZOGLOU, T., **FISHBEIN, M.C.,** FORRESTER,J.: Applied force: a major determinant of ablation rate and debris during lasing. Circulation 80(Suppl II):106, 1989.

102. CERCEK,B.,**FISHBEIN,M.C.**,FORRESTER,J.S.,HELFANT,R.H.,FAGIN,J.A.: Induction of vascular insulin-like growth factor mRNA after balloon denudation precedes neointimal proliferation. Circulation 80(Suppl II):453, 1989.

103. RUBIN,S.A.,CORREA,M.,RABINES,A.,**FISHBEIN,M.C.**: Beta blockade alters myosin heavy chain gene expression after rat infarction. Circulation 80(Suppl II):458, 1989.

104. SEGALOWITZ,J.,LITVACK,F.,GRUNFEST,W.,GOLDENBERG,T.,CHAUX,A., TRENTO, A., **FISHBEIN, M.C.**, FORRESTER, J.,HELFANT,R.: Direct angioscopic observation of plaque ablation by excimer laser. Circulation 80(Suppl II):477, 1989.

105. BARATH,P.,**FISHBEIN,M.C.**,JAKUBOWSKI,A.,HELFANT,R.,FORRESTER,J.: Mast cell degranulation in coronary artery disease. Clin Res 38: 84A, 1990.

106. KHORSANDI,M.J.,FAGIN,J.A.,**FISHBEIN,M.C.**,FORRESTER,J.,HELFANT,R.H., CERCEK,B.: Aortic insulin-like growth factor-1 gene expression and neointimal proliferation in response to arterial wall injury in absence of growth hormone. Clin Res 38:88A, 1990.

107. SIEGEL,R.J.,**FISHBEIN,M.C.**,CHAE,J.,POTKIN,B.,BERLIN,M.,HELFANT,R.H. Origin of the 3-ringed appearance of human arteries by ultrasound. J Am Coll Cardiol 15:17A, 1990.

108. ARAKAWA,K.,PAPAZOGLOU,T.,PAPAIOANNOU,T.,SHI,W.,**FISHBEIN, M.C.,** LITVACK,F., GRUNFEST, W.S., FORRESTER, J.S. Laser-induced fluorescence guided laser angioplasty using exogenous probe (tetracycline). J Am Coll Cardiol 15:56A, 1990.

109. CHAE,J.,HONG,A.S.,DUBIN,S.,LEE,S.,**FISHBEIN,M.C.**,SIEGEL,R.J. Ultrasonic dissolution of human thrombi. J Am Coll Cardiol 15: 65A, 1990.

110. KHORSANDI,M.J.,FAGIN,J.A.,**FISHBEIN,M.C.**,SALAVATI,R.,FORRESTER,J.,S., HELFANT, R.H., CERCEK, B. Paracrine induction of insulin-like growth factor-1 gene expression and neointimal proliferation in hypophysectomized rats after balloon denudation. J Am Coll Cardiol 15:128A, 1990.

111. SIEGEL,R.J.,ARIANI,M.,CHAE,J-S,BOWERS,J.,FORRESTER,J.S.,**FISHBEIN,M.C.**: Histopathologic validation of angioscopy and intravascular ultrasound. Circulation 82:III-458, 1990.

112. JORDAN,S.,TRENTO,A.,TOYODA,M.,CZER,L.,GALFAYAN,K.,DOAN,D.,BLANCHE,C., **FISHBEIN, M.C.**, MATLOFF, J.: Analysis of serum cytokine levels in heart transplant recipients:Correlation with stage of allograph rejection. Clin Res 39:47A, 1991.

113. CHANDRA,M.,SHNAIDER,A.,MILLER,J.,DAYHKOVSKY,L.,**FISHBEIN,M.C.**,RUPPE,C., VARI, S., GRUNDFEST, W., HARREL,J.H.: Thermographic study of Nd:YAG contact laser and electrocautery incisions on rat abdominal wall. Clin Res 39:90A, 1991.

114. HAN,D.S.,LEONG,H.C.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Comparison of the effects of superoxide dismutase begun either before or 4 minutes after reperfusion on infarct size. Clin Res 39:119A, 1991. QIAO,J.H.,**FISHBEIN,M.C.**: How severe are coronary atherosclerotic plaques that rupture? Lab Invest 64:20A, January, 1991.

115. ROUILLARD,V.M.,**FISHBEIN,M.C.**,COY,K.,DONMICHAEL,T.A.,SIEGEL,R.J.: Is idiopathic dilated cardiomyopathy a reversible condition? J Am Coll Cardiol 17:219A, 1991.

116. BARATH,P.,**FISHBEIN,M.C.**,VARI,S.,YAO,F.,FORRESTER,J.: Endovascular incisions with a novel device: A new approach to angioplasty. J Am Coll Cardiol 17:235A, 1991.

117. ARIANI,M.,**FISHBEIN,M.C.**,SIEGEL,R.J.: Angioscopically guided dissolution of arterial thrombi by ultrasound. J Am Coll Cardiol 17:278A, 1991.

118. CHANDRA,M.,SHNAIDER,A.,MILLER,J.,DAYHKOVSKY,L.,**FISHBEIN,M.C.**,RUPPE,C., VARI, S., GRUNDFEST, W., HARREL, J.H.: Thermographic study of Nd:YAG contact laser and electrocautery incisions on rat abdominal wall. Clin Res 39:90A, 1991.

119. QIAO,J-H.,RUAN,X-M.,TRENTO,A.,CZER,L.S.C.,BLANCHE,C.,**FISHBEIN,M.C.** Endothelial-leukocyte adhesion molecules are expressed in endocardial infiltrates (Quilty Effect) of cardiac allografts. Circulation 84(Suppl II):II-440,0ctober, 1991.

120. MILLER,J.M.,VARI,S.G.,SHI,W.Q.,DUFFY,J.T.,WEISS,A.B.,**FISHBEIN,M.C.** GRUNFEST. W.S.: Ablation of Bovine Knee Joint Fibrocartilage with the Tm:YAG Laser.Proc 9th Int Conf Lasers Med, November, 1991.

121. DUFFY,J.T.,VARI,S.G.,SHI,W.Q.,MILLER,J.M.,WEISS,A.B.,**FISHBEIN,M.C.**, GRUNDFEST, W.S.:The Effects of Pulsed Tm:YAG Laser on Bovine Knee Joint Bone and Hyaline Cartilage.Proc 9th Int Conf Lasers Med, November, 1991.

122. VARI,S.G.,PAPAZOGLOU,T.G.,VAN DER VEEN,M.J.,STRAVRIDI,M.,**FISHBEIN,M.C.**, PAPIOANNOU, T., GRUNFEST, W.S.: Detection of phofrin II and BPD accumulations in tumor bearing rats by laser induced fluorescence spectroscopy. Bulletin Am Physical Soc 36:1978, 1991.

123. MIGITA,T.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Failure of intracoronary adenosine to reduce infarct size following reperfusion after 90 minutes of coronary artery occlusion. Clin Res 40:87A, February, 1992.

124. ZEYMER,U.,**FISHBEIN,M.C.**,DIMAYUGA,P.,ISHIMORI,M.,FORRESTER,J.,S., CERCEK,B.: Proliferating cell nuclear antigen immunohistochemistry: a new, more sensitive method for detection of proliferating vascular smooth muscle cells. J Am Coll Cardiol 19:165A, 1992.

125. HAN,D-S.,LEONG,H.C.,WAKIDA,Y.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Failure of human superoxide dismutase (SOD) to reduce infarct size following reperfusion after 90 minutes of coronary occlusion. Local application of SOD to only half of the reperfused territory. J Am Coll Cardiol 19:335A, 1992.

126. TIXIER, D.,CZER, L.S.C., BARATH, P., TUSO,P.,BLANCHE, C., **FISHBEIN, M.C.**, CRAMER,D.V.: Demonstration and quantitation of cytotoxic antiendothelial cell antibodies during humoral rejection after cardiac transplantation. J Heart Lung Trans 11:208A, 1992.

127. KOYYANA,R.,TOYODA,K.,WACHS.A.,TRENTO,A.,CZER,L.,**FISHBEIN,M.C.**, YOUNG, S., JORDAN, S.C.: Significance of antibodies to human vascular endothelial cells in cardiac allograft recipients. J Heart Lung Trans 11:215A, 1992.

128. SIEGEL,R.J.,NITA,H.,STEFFEN,W.,**FISHBEIN,M.C.**,PASSAFARO,J.: Development of a flexible over-the-wire ultrasound coronary ablation catheter. Circulation 86:1-457, 1992.

129. STEFFEN,W.,LUO.H.,CUMBERLAND,D.C.,GAINES,P.,**FISHBEIN,M.C.**,MAURER,G., SIEGEL,R.J.: Catheter delivered high intensity low frequency ultrasound causes vasodilation in vivo. Clin Res 41:11A, 1993.

130. STEFFEN,W.,LUO,H.,NITA,H.,PASSAFARO,J.,**FISHBEIN,M.C.**,MAUER,G.,SIEGEL, R.J.: Catheter delivered therapeutic ultrasound recanalizes thrombotically occluded canine coronary arteries. J Am Coll Cardiol 21:338A, 1993.

131. CHENG,G.C.,LOREE,H.M.,KAMM,R.D.,**FISHBEIN,M.C.**,LEE,R.T.: Increased circumferential stress in ruptured atherosclerotic lesions: Implications for the mechanism of plaque rupture. J Am Coll Cardiol 21:434A, 1993.

132. SIEGEL,R.J.,KELLY,S.,STEFFEN,W.,CROWLEY,R.,KOGER,J., MAURER,G., **FISHBEIN,M.C.**: Mechanisms of balloon angioplasty. A study using a combined balloon dilatation catheter and ultrasound imaging. J Am Coll Cardiol 21:485A, 1993.

133. LAU,Y-K., CHEN,M.,CZERNIN,J.,ANSARI,A.,SIEGEL,R.,SCHELBERT,H., **FISHBEIN, M.C.**, MAUER, G.: Dobutamine echocardiography and PET for assessment of myocardial viability: Correlation with pathology in explanted hearts. Circulation 88:1-111, 1993

134. WELCH,C.L.,QIOA,J-H.,XIE,P-Z.,**FISHBEIN,M.C.**,LUSIS,A.J.: Involvement of the tyrosinase gene in the deposition of cardiac lipofucsin in mice: Association with fatty streak development. Circulation 88:1-267, 1993

135. QIAO,J-H.,XIE,P-Z.,**FISHBEIN,M.C.**,DEMER,L.L.,LUSIS,A.J.: Genetic differences in calcium deposition and cartilaginous metaplasia in normal and atherosclerotic aortic walls among inbred strains of mice. Circulation 88:1-267, 1993

136. DEV.V.,ZENG,H.,FORRESTER,J.,EIGLER,N.,HICKEY,A.J.,**FISHBEIN,M.C.**, LITVACK,F.: Biodegradable microspheres for sustained drug delivery to the arterial wall. Circulation 88:1-311, 1993.

137. NOLASCO,V.,M.,**FISHBEIN,M.C.**:Human and canine pathological transmural myocardial

radiofrequency ablation lesions. Clin Res 42:39A, 1994.

138. **FISHBEIN, M.C.,** BELL,G.,LONES,M.A.,CZER,L.S.C.,MILLER,J.M.,HARASTY,D.,TRENTO,A.: Grade 2 cellular rejection. Does it exist? Lab Invest 70:26A, 1994.

139. LONES,M.A., HARASTY,D.,MILLER,J.M.,CZER,L.S.C.,TRENTO,A.,**FISHBEIN,M.C.**: Humoral rejection in cardiac transplant biopsies. Lab Invest 70:29A, 1994

140. YAMASHITA,J.T.,**FISHBEIN,M.C.**,LUTHRINGER,D.J.: Epicardial lymphoid infiltrates in heart transplant patients. Lab Invest 70:32A, 1994

141. DEV,V.,ZENG,H.,FORRESTER,J.S.,EIGLER,N.,TIAN,Y.,HICKEY,A.J.,**FISHBEIN, M.C**., KUPFER,J., LITVACK, F.:Microspheres for drug delivery to the arterial wall: A study of kinetics, toxicity, and effects of corticosteroid loaded microspheres. J Am Coll Cardiol 23:19A, 1994

142. MAHRER,K.N.,EIGLER,N.L.,KHORSANDI,M.J.,**FISHBEIN,M.C.**,FORRESTER,J.S., KUPFER, J., LITVACK, F. Development of the heat activated recoverable temporary stent(HARTS) with a slotted-tube design for coronary application. J Am Coll Cardiol 23:103A, 1994

143. STEFFEN,W.,LUO,H.,GAINES,P.,CUMBERLAND,D.C.,MAURER,G.,NITA,H.,**FISHBEIN M.C.**, SIEGEL, R.J.: Does high intensity, low frequency catheter delivered ultrasound induce vasodilatation in vivo? J Am Coll Cardiol 23:188A, 1994

144. GOTOH,M.,CHEN,P-S,**FISHBEIN,M.C.**,MANDEL,W.J.,KARAGUEUZIAN,H.S.: Cellular mechanisms of the upper limit of vulnerability during electrical induction of reentry in vitro. PACE 17:839, 1994.

145. ZAHGER,D.,YANO,J.,**FISHBEIN,M.C.**,GANZ,W.: Absence of lethal reperfusion injury after prolonged reperfusion in a single canine heart model of ischemic reperfusion. Circulation 90:1-428, 1994.

146. HWANG,C.,KARAGUEUZIAN,H.S.,**FISHBEIN,M.C.**,CZER,L.,TRENTO,A., WEISS,J.N.,CHEN,P-S.: Demonstration of spiral waves of excitation in human ventricular tissue. Circulation 90:1-466, 1994.

147. DEV.V.,EIGLER,N.,**FISHBEIN,M.C.**,TIAN,Y.,HICKEY,A.,RECHAVIA,E., FORRESTER, J.S., LITVACK, F.: Local arterial wall delivery of dexamethasone and colchicine via biodegradable microspheres does not prevent intimal hyperplasia in rabbit. Circulation 90:1-157, 1994.

148. SHETH,S.,DEV,V.,**FISHBEIN,M.C.**,FORRESTER,J.S.,LITVACK,F.,EIGLER,N.L.: Reduced thrombogenicity of nitinol vs. stainless steel slotted-tube stents in rabbit carotid arteries. J Am Coll Cardiol 240A, 1995.

149. MAHRER,K.,SAMUELS,B.,LUO,H.,**FISHBEIN,M.C.**,FORRESTER,J.S.,LITVACK,F., EIGLER,N.: Long term results of balloon expandable slotted-tube nitinol stents in canine coronary arteries. J Am Coll Cardiol 240A, 1995.

150. NAQVI,T.Z.,**FISHBEIN,M.C.**,CERCEK,B.,THOMAS,A.M.,MOLLOY,M.D., BADIMON, L., SHAH, P.K., HUTSELL, T.C., KAUL,S.: Restoration of thromboresistance in injured aortic segments by a novel oxide donor. J Am Coll Cardiol 382A, 1995.

151. LEE,J.J.,HOUGH,D.,HWANG,C.,FAN,W.,**FISHBEIN,M.C.**,BONOMETTI,C., KARAGUEUZIAN, H.S., CHEN, P-S.: Reentrant wavefronts during Wiggers' stage II ventricular fibrillation in dogs. J Am Coll Cardiol 424A, 1995.

152. VARI,S.G.,PAPAIOANNOU,T.,PERGADIA,V.R.,WOLFSON,D.,STAVRIDI,M., **FISHBEIN, M.C**., GRUNDFEST, W.S.: Photodynamic diagnostics as an aid to clinical biopsy. J Invest Med 43:236A, 1995.

153. MAKKAR,R.R.,SHETH,S.,YHIP,P.,LUO,H.,**FISHBEIN,M.C.**,DEV,V.,EIGLER,N.L., LITVACK,F.I.: Geometric remodeling predominantly accounts for luminal loss in rabbit iliac artery injury model: A serial intravascular ultrasound study. Circulation 92:1-93, 1995.

154. KAUL,S.,NAQVI,T.Z.,CERCEK,B.,**FISHBEIN,M.C.**,MOLLOY,M.D.,BADIMON,L., HUTSELL, T.C., SHAH, P.K.: Profound inhibition of arterial-injury induced thrombosis in normal and hypercholesterolemic humans by nitric oxide donors: An ex-vivo study. Circulation 92:1-422, 1995.

155. DEV,V.,PARIKH,A.,REN,M.,GOLDERBERG,T.,**FISHBEIN,M.C.**,EIGLER,N.,ROSSI,J., LITVACK,F.: Ribozymes to cell division cycle (CDC-2) kinase and proliferating cell nuclear antigen prevent intimal hyperplasia in rat carotid artery. Circulation 92:1-634, 1995.

156. BAUMGARTNER,H.,LAU,Y-K.,WUTTE,M.,KLAAR,U.,MEHRABI,M.,PORENTA,G., PACHER, R., FISHBEIN, M.C., MAURER,G.: Assessment of myocardial viability by dobutamine echocardiography: Histopathologic correlation in explanted hearts. Circulation 92:1-778, 1995.

157. SHETH,S.,LITVACK,F.,**FISHBEIN,M.C.**FORRESTER,J.S.,EIGLER,N.L. Reduced thrombogenicity of polished and unpolished nitinol vs. stainless steel slotted-tube stents in a pig coronary artery model. J Am Coll Cardiol 27:197A, 1996.

158. STEFFEN,W.,LUO,H.,**FISHBEIN,M.C.**,HAMM,C.W.,SIEGEL,R.J. Ultrasound induced thrombolysis is more effective than streptokinase induced thrombolysis in vitro. J Am Coll Cardiol 27:392A, 1996.

159. NISHIOKA,T.,LUO,H.,**FISHBEIN,M.C.**,CERCEK,B.,FORRESTER,J.S.KIM,C-J., BERGLAND, H., SIEGEL, R.J.: In vivo ultrasonic clot disruption by combination of dodecafluoropentane and transcutaneous ultrasound. Circulation 94(Suppl 1):1-87,1996.

160. RECHAVIA,E.,**FISHBEIN,M.C.**,DEFRANCE,T.,NAKAMURA,M.,LITVACK,F.,EIGLER N.L.: Vascular injury triggered by temporary and permanently implanted polyurethane coated and uncoated stents in rabbit carotid arteries. Circulation 94(Suppl 1):1-88,1996.

161. MAKKAR,R.R.,LITVACK,F.,KAUL,S.,NAKAMURA,M.,**FISHBEIN,M.C.**,EIGLER,N.L. Microscopic mechanisms of stent thrombosis: Role of 7E3 antibody. Circulation 94(Suppl 1):1-260,1996.

162. ONG,J.JC.,LEE,J.L.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P-S: Initiation and maintenance of atrial fibrillation by focal and reentrant mechanisms: The role of complex 3-dimensional atrial anatomy. Circulation 94(Suppl 1):1-350,1996.

163. HAN,J,B.,**FISHBEIN,M.C.**,SHINTAKU,P.,CZER,L.,CHEN,L.S.,CHEN,P-S: Enhanced nerve sprouting in patients with ventricular arrhythmias after myocardial infarction. Circulation 94(Suppl 1):1-606,1996.

164. WU,T-J.,ONG,J.J.C.,HWANG,C.,LEE,J.J.,**FISHBEIN,M.C.**,CZER,L.,TRENTO,A., BLANCHE, C., MANDEL, W.J., KARAGUEZIAN, H.S.,CHEN,P-S.: Generation and maintenance of reentrant wave fronts during ventricular fibrillation in human hearts with dilated cardiomyopathy. Role of nonuniform anisotropy. J Am Coll Cardiol 29(Suppl A):4A, 1997.

165. EIGLER,N.,WHITING,J.,MAKKAR,R.,LI,A.,DEFRANCE,A.,FRIMERMAN,A. **FISHBEIN, M.C.**, LITVACK, F.: Effects of beta+ emitting V48 ACT-One nitinol stent on neointimal proliferation in pig coronary arteries. J Am Coll Cardiol 29(Suppl A):237A, 1997.

166. LUO,H.,NISHIOKA,T.,BAR-COHEN,Y.,BERGLUND,H.,KIM,C-J.,**FISHBEIN,MC.**, SIEGEL,R.J.: Transcutaneous ultrasound, low dose streptokinase and Echogen are synergistic for the lysis of in vivo thrombotic occlusion. J Am Coll Cardiol 29(Suppl A):478A, 1997.

167. BAUMGARTNER, H., PORENTA, D., WUTTE, M., KLAAR, U., MEHRABI, M., LAUFER, G.,SOCHOR, H. **FISHBEIN, M.C.**, MAURER, G. Discrepancies between dobutamine echo and thallium

scintigraphy in assessing myocardial viability: New insights from histopathologic correlations in explanted hearts. Circulation 96:1-589, 1997.

168. WALLNER,K,SHAH,P.K.,**FISHBEIN,M.C.**,FORRESTER,J.S.,KAUL,S.,SHARIFI,B.,G., Expression of Tenascin-C in human coronary atherosclerotic plaque. J Am Coll Cardiol 31:73A,1998.

169. WU,T-J.,YASHIMA,M.,KIM,Y,ATHILL,C.A.,**FISHBEIN,M.C.**,KARAGUEUZIAN,H.S.,CHEN,P-S. The appropriate isthmus size for Maze procedure.. Am Coll Cardiol 31:159A, 1998.

170. WALLNER, K., LI, C., PAN, T., **FISHBEIN, M.C.**, SHAH, P.K., SHARIFF, B.G. Tenascin-X, A novel extracellular matrix protein, modulates adhesion of aortic smooth muscle cells. Circulation 98:I-801, 1998.

171. WALLNER, K.., SHAH, P.K., **FISHBEIN, M.C.**, SHARIFI, B.G. Arterialization of human vein graft accompanies tenascin-C expression. Circulation 98:I-809, 1998.

172. MARCU, L., MAAREK, J.M., **FISHBEIN, M. C**., GRUNDFEST, W. Atherosclerotic lesions classification by time-resolved laser induced fluorescence spectroscopy: clinical identification of lipid lesions. J Am Coll Cardiol 33:66A, 1999.

173. WU, T-J., YASHIMA, M., DOSHI, R., KIM, Y-H., ATHILL C.A., ONG, J., CZER, L., TRENTO, A., BLANCHE, C., KASS, R.M., GARFINKEL, A., WEISS, J.N., **FISHBEIN, M.C.**, KARAGUEUZIAN, H.S., CHEN, P-S. Relation between the cellular repolarization characteristics and the critical mass for human ventricular fibrillation. J Am Coll Cardiol 33:151A, 1999.

174. DOSHI, R., WU, T-J., YASHIMA, M., KIM, Y-H., ONG, J.J.C., CAO, J., CAO, JIMIN, YASHAR, P., **FISHBEIN, M.C.**, KARAGUEUZIAN H.S., CHEN, P.S. Upregulation of catecholamine-sensitive focal automaticity from the ligament of Marshall in a canine model of chronic atrial fibrillation. J Am Coll Cardiol 33:167A, 1999.

175. FISCHBEIN,M.P.,YUN,J.J.,LAKS,H.,**FISHBEIN,M.C.**,ESPEJO,M.,EBRAHIMI,K.,BONAVIDA,B., ARDEHALI,A. Temporal pattern of T lymphocyte and macrophage infiltration in a non-Immunosuppressed model of CAV. J Heart Lung Transplant 18:40, 1999.

176. MARCU, L. MAAREK, J.M., **FISHBEIN, M.C.**, GRUNDFEST, W.S.: Arterial lesions characterization. By time-resolved laser-induced fluorescence-spectroscopy. Photochem Photobiol 70:S69, 1999

177. CAO, J-M, CHEN, L.S., WOLF, P.L., OHARA, T., LEE, M-H, KENKNIGHT, B.H., KARAGUEUZIAN, H.S., **FISHBEIN, M.C.**, CHEN, P.S.: Nerve sprouting and sudden cardiac death. Circulation 100:I-839, 1999.

178. KIM, D.T., LAI, A.C., HWANG, C., KARAGUEUZIAN, H.S., CHEN, P.S., **FISHBEIN, M.C.**: The ligament of Marshall in the human atrium: a structural survey and its arrhythmic implications. Circulation 100:I-779, 1999.

179. MICHAELS, P.J., **FISHBEIN, M.C.**, AZARBAL, A., ESPEJO, M.L., CHEN, L., LAKS, H., KOBASHIGAWA, J.: Rantes expression and leukocyte phenotype distinguish acute cellular Rejection(ARC) from quilty B lesions (QB). J Heart Lung Transplant 19:42, 2000.

180. YUN,J.J.,FISCHBEIN,M.P.,LAKS,H.,**FISHBEIN,M.C.**,ESPEJO,M.L.,IRIE,Y.,BERLINER,J. ARDEHALI,A. Intragraft CD4+,CD8+ T cells are not required for Rantes production early in cardiac allograft vasculopathy. J Heart Lung Transplant 19:42, 2000.

181. FISCHBEIN,M.P.,YUN,J.J.,LAKS,H.,IRIE,Y.,**FISHBEIN,M.C.**,ESPEJO,M.L.,BONAVIDA,B., ARDEHALI,A. CD4+ helper function is delivered via the secretion of IFN-gamma. J Heart Lung Transplant 19:70, 2000.

182. FISCHBEIN,M.P.,YUN,J.J.,LAKS,H.,IRIE,Y.,**FISHBEIN,M.C.**,ESPEJO,M.L.,BONAVIDA,B., ARDEHALI,A. Signaling through CD40 can replace the requirement of CD4+ lymphocytes In cardiac allograft vasculopathy. J Heart Lung Transplant 19:73, 2000.

183. FISCHBEIN,M.P.,YUN,J.J.,LAKS,H.,IRIE,Y.,**FISHBEIN,M.C.**,ESPEJO,M.L.,BONAVIDA,B., ARDEHALI,A. CD8+ lymphocytes accentuate cardiac allograft vasculopathy via crosspriming. J Heart Lung Transplant 19:99, 2000.

184. LAI,A.C.,WALLNER,K.,CAO,J.,YASHIMA,M.,OHARA,T.,**FISHBEIN,M.C.**, KARAGUEUZIAN,H.S.,CHEN,P-S.,SHARIFI,B.: Tenascin-X and Cardiac Sympathetic Nerve Growth. Am Coll Cardiol 35:395A, 2000.

185. OHARA, T., CAO, J-M., OHARA, K., ARMIN, B., NAIK, A., MANDEL, W.J., **FISHBEIN, M.C.**, CHEN, P-S., KARAGUEUZIAN, H.S. Loss of the relationship between refractory period and reentry period in the epicardial border zone of hearts with healed infarcts. The role of gap junctional connexins. J Am Coll Cardiol 35:149A, 2000.

186. MATETZKY, S., TANI, S., DIMAYUGA, PAUL., KANGAVARI, S., ZHU, J., XU, H., YANO, J., CHYU, K-Y., **FISHBEIN, M.C.**, KAUL, S., SHAH, P.K., CERCEK, B.: Cigarette smoking increases tissue-factor expression in human and murine atherosclerotic plaques. J Am Coll Cardiol 35:313A, 2000.

187. SIEGEL, R.J., ATAR, S., LUO, H., BRASCH, A.V., PETERSON, T.M., PAL, D., NAGAI,T., CHAE, J.S., **FISHBEIN, M.C.**: Noninvasive transthoracic low frequency ultrasound greatly augments thrombolysis in a canine model of acute myocardial infarction. J Am Coll Cardiol 35:407A, 2000.

188. PERLOFF, J.K., FISHER, D.B., ABERLE, D., **FISHBEIN, M.C.**: Pulmonary neovascularity- A new chest radiological feature of the Eisenmenger Syndrome. J Am Coll Cardiol 35:513A, 2000.

189. MARCHEVSKY,A.,LOCKHART,C.,PHAN,A.,MICHAELS,P.J.,**FISHBEIN,M.C.**: Web-based teleconferencing techniques as inexpensive tools for telepathology consultations: A study of endomyocardial biopsies from heart transplant patients. Lab Invest 80:37A, 2000.

190. FISCHBEIN,M.P.,YUN,J.,LAKS,H.,IRIE,Y.,**FISHBEIN,M.C.**,ESPEJO,M.,BONAVIDA,B., ARDEHALI,A. IL-10 transgene prevents cardiac allograft vasculopathy. Transplantation 69(8):S300, 2000

191. YUN,J.,FISCHBEIN,M.P.,LAKS,H.,**FISHBEIN,M.C.**,IRIE,Y.,ESPEJO,M.,BERLINER, J.A.,ARDEHALI,A. RANTES production parallels t cell recruitment and precedes cav development in mhc i and mhc ii-incompatible cardiac allografts. Transplantation 69(8): S343, 2000.

192. YUN,J.,FISCHBEIN,M.P.,LAKS,H.,**FISHBEIN,M.C.**,IRIE,Y.,ESPEJO,M.,BERLINER,J.A.,RAJ AVASHISTH,T.,ARDEHALI,A. CSF-1 deficiency accelerates cardiac allograft rejection. Transplantation 69(8): S347, 2000.

193. KANGAVARI,S.,MATELSKY,S.,**FISHBEIN,M.C.**,XU,H.,YANO,J.,CHYU,K.,CERCEK,B. Smoking increases macrophage recruitment and macrophage-derived metalloelastase(MMP-12) Expression in human carotid artery atherosclerotic plaques. FASEB J 14:A688, 2000

194 KANGAVARI, S., MATETZKY, S. , **FISHBEIN, MC.**,XU, X-O., YANO, J., KAUL, S., CHYU, K-Y, CERCEK, B. Smoking increases macrophage infiltration and macrophage-derived metalloelastase expression in human carotid artery plaques. Circulation 102 (Suppl II): page II-39, 2000

195. CHANG, C-M., WU, TJ., ZHOU, S., DOSHI, RN., LEE, M-H., OHARA, T., **FISHBEIN, MC.**, KARAGUEUZIAN, HS., CHEN, LS., CHEN, P-S. Nerve sprouting in sustained atrial fibrillation induced by chronic right atrial pacing. Circulation 102 (Suppl II): page II-154, 2000

196. SHAI, S-Y., BABBITT, C., HARPF, AF., **FISHBEIN, MC.**, JORDAN, MC., VU, H., ROOS, KP., JIANG, M., LOFTUS, JC., ROSS, RS. Cardiac-specific inactivation of the murine ∃, integrin gene results in progressive fibrosis and heart failure. Circulation 102 (Suppl II): page II-217, 2000

197. LEE, M-H., OHARA, T., DOSHI, RN., LAI, AC., OHARA, K., OMICHI, C., ZHOU, S., HWANG, C., **FISHBEIN, MC.**, KARAGUEUZIAN, HS., CHEN, P-S., Demonstration of electrical and anatomical connections between Marshall bundle and left atrium. Circulation 102 (Suppl II): page II-323, 2000

198. ZHOU, S., CAO, J-M., CHEN, LS., OHARA, T., HUANG, H-L A., OMICHI, C., LEE, M- H., KENKNIGHT, BH., **FISHBEIN, MC.**, KARAGUEUZIAN, HS., CHEN, P-S.: Differential effects of left and right cardiac sympathetic hyperinnervation on QT intervals in dogs with heart block and infarction. Circulation 102 (Suppl II): page II-338, 2000

199. HAUSLEITER, J., LI, AN., TAKIZAWA, K., **FISHBEIN, MC.**, FINKELSTEIN, A., WHITING, JS., EIGLER, N., MAKKAR, R.R.: Prolonged and intensive antiplatelet therapy with aspirin plus clopidogrel does not prevent late total occlusions after intracoronary brachytherapy. Circulation 102 (Suppl II): page II-422

200. ARMIN,S.,AZARBAL,A.,LAI,A.,CHEN,P-S.,**FISHBEIN,M.C.**: Cardiac neural sprouting in Diabetes Mellitus: An immunohistochemical postmortem study of human hearts. J Invest Med 49:208, 2001

201. CHUGH,R.,PERLOFF,J.K.,**FISHBEIN,M.C.**,LUDBROOK,P.A.,JUNGE,K.J.,CHILD,J.S.: Extramural coronary arteries in cyanotic congenital heart disease. J Am Coll Cardiol 37:463A, 2001

202. VALDERRÁBANO, M., LAI, A.C., LIN, S.FF, KARAGUEUZIAN, H.S., **FISHBEIN, M.C.**, CHEN,P-S.: Intramyocardial Purkinje fibers and mechanisms of wavebreak in the root of papillary muscle during ventricular fibrillation. PACE (in press)

203. YANG, J., VALDERRÁBANO, M., QU Z, LEE M-H, LAMP, S.T., OHARA, T., **FISHBEIN,M.C.**, LIN, S-F, GARFINKEL, A., KARAGUEUZIAN, H.S., WEISS, J.N., CHEN, P-S.: Dominant frequency analysis of ventricular fibrillation in porcine right ventricle. PACE (in press)

204. MIYAUCHI, Y., OHARA, K., OHARA, T., HYAYSHI, H., OMICHI, C., ZHOU, S., **FISHBEIN, M.C.**, MANDEL, W.J., CHEN, P-S., KARAGUEUZIAN, H.S.,: Enhanced atrial vulnerability to fibrillation during chronic left ventricular myocardial infarction. PACE (in press)

205. VALDERRÁBANO, M., LEE, M-H., OHARA, T., **FISHBEIN, M.C.**, LIN, S-F., KARAGUEUZIAN, H.S,. ,CHEN P-S. Dynamics of intramural and transmural reentry during ventricular fibrillation in isolated swine ventricles. J Am Coll Cardiol **(1st Place, Young Investigator Award Competition, ACC, 2001)**

206. YUN, J.J., FISCHBEIN, M.P., LAKS, H., **FISHBEIN, M.C**,. IRIE, Y., STRIETER, J.A., BERLINER, J.A., ARDEHALI, A: Sustained production of the chemokine MIG precedes intimal thickening in chronic rejection. J Heart Lung Transplant 20:156, 200

207. YUN, J.J., FISCHBEIN, M.P., LAKS, H., **FISHBEIN, M.C.**, IRIE, Y., ESPEJO, M., BERLINER JA, ARDEHALI, A: Sustained Rantes production is necessary for CAV development. J Heart Lung Transplant 20:185, 2001

208. FISCHBEIN, M.P., YUN, J., LAKS, H., **FISHBEIN, M.C.**, IRIE, Y., WORTHAM, C., BONAVIDA, B., ARDEHALI, A: CD8+ lymphocytes participate in the development of chronic rejection. J Heart Lung Transplant 20:228, 2001

209. BLAKEY, J.D., KOBASHIGAWA, J., LAKS, H., ESPEJO, M.L., **FISHBEIN, M.C**: Sudden, unexpected

death in cardiac transplant recipients: an autopsy study. J Heart Lung Transplant 20:229, 2001

210. GAJJAR, N.A., KOBASHIGAWA, J., LAKS, H., **FISHBEIN, M**: FK506 vs. cyclosporine: pathologic findings in 1067 endomyocardial biopsies. J Heart Lung Transplant 20:239, 2001

211. MAO, S., **FISHBEIN, M.C.**, JORDAN, M.C., XIAO, G., ROOS, K., BAUMGARTEN, G: inducible activation of C-Myc in adult myocardium in vivo provokes cardiac myocyte hypertrophy and reactivation of DNA synthesis. Circulation 104:17, 2001

212. MIYAUCHI, Y., ZHOU, S., MIYAUCHI, M., OMICHI, C., O, Y., HAMABE, AKIRA, HAYASHI, H., MANDEL, W.J., **FISHBEIN, M.C.**, CHEN, L.S., CHEN, P-S., KARAGUEUZIAN, H.S: Induction of atrial sympathetic nerve sprouting and increased vulnerability to atrial fibrillation by chronic left ventricular myocardial infarction. Circulation 104:17, 2001

213. ZHOU, S., WU TJ., CHANG, CM., MIYAUCHI, Y., HAMABE, A., OMICHI, C., HAYASHI, H., BRODSKY, L.A., MANDEL, W.J., TING, C.T., **FISHBEIN, M.C.**, KARAGUEUZIAN, H., CHEN, P-S: High resolution pulmonary vein mapping in a canine model of pacing-induced chronic atrial fibrillation. Circulation 104:17, 2001

214. LUO, H., JEON, D-S., MIYAMOTO, T., COHEN, M., IWAMI, T., TUERO, HENRY., ATAR, S., BRASCH, A.V., HORZEWSKI, M.J., **FISHBEIN, M.C.**, SIEGEL, R.J.: Enhanced coronary thrombolysis with transcutaneous ultrasound – in vivo study of a canine model of acute myocardial infarction. Circulation 104:17, 2001

215. SUBHERWAL,S.,ESPEJO,M.L.,**FISHBEIN,M.C.**,PATEL,J.,LAKS,H.,KOBASHIGAWA,J.A. The decreasing incidence of cardiac allograft rejection and its impact on clinical trials. J Heart Lung Transplant 21:111, 2002

216. SWISSA, M., ZHOU, S., CHANG, C-M., Lai, A.C., CATES, A., **FISHBEIN, M.C.**, KARAGUEZIAN, H.S., CHEN, P-S., CHEN, L.S.: Introduction of cardiac nerve sprouting and sympathetic hyperinnervation by subthreshold electrical stimulation of the left stellate ganglion in dogs. J Am Coll Cardiol 39:81A, 2002

217. QAYYUM, M.S., TAKIZAWA, K., FRANTZEN, M., MACLELLAN, R., LILL, M., **FISHBEIN, M.C.**, MIYAMOTO, T., MAKKAR, R.:Mesenchymal stem cell therapy prevents deterioration of left ventricular function in a porcine myocardial infarction model. J Am Coll Cardiol 39:169A, 2002

218. HAMABE, A., CHANG, CM., ZHOU, S., MIYAUCHI, Y., OKUYAMA, Y., **FISHBEIN, M.C.**, KARAGUEUZIAN, H.S., CHEN, L.S., CHEN, P-S.,: Induction of atrial fibrillation and nerve sprouting by prolonged left atrial pacing in dogs. J Am Coll Cardiol 39:442A, 2002
**(Honorable Mention, Young Investigator Award Competition, ACC, 2002)**

219. PAK, HN., QAYYUM, M., LAI, A.C., KIM, D.T., HAMABE, A., MIYAUCHI, M., Lill, M., TAKIZAWA, **FISHBEIN, M.C.**, SHARIFI, B.G., CHEN, P-S., MAKKAR, R.: Mesenchymal stem cell injection induces cardiac nerve sprouting and tenascin expression in a swine model of myocardial infarction. J Am Coll Cardiol 39: 445A, 2002
(Honorable Mention, Young Investigator Award Competition, ACC, 2002)

220. HONDA,H.,KAR,S.,HONDA,T.,MEGURA,T.,**FISHBEIN,M.C.**,MAKKAR,R.,EIGLER,N. LITVACK,F. Everolimus-eluting stents significantly inhibit neointimal hyperplasia in an experimental pig coronary model. Am J Cardiol 90(suppl 6A):72H, 2002

221. MAKKAR,R.R., PRICE, M., LILL, M., TAKIZAWA, T., FRANTZEN, M., **FISHBEIN, M**., SAIBAL, K., KLEISLI, T., ZHENG, J., SHARIFI, B., QAYYUM, MOHAMMED. Multilineage Differentiation of transplanted allogenic mesenchymal stem cells injected in a porcine model of Recent myocardial infarction improves left ventricular function. Circulation 106:II-34, 2002

222. GARCIA, A., OH, H., **FISHBEIN, M.C.**, SCHNEIDER, M.D., MAC LELLAN, R. Shared role of the retinoblastoma gene project and pRB-related protein p130 in cardiac myocyte cell cycle control. Circulation 106:II-142, 2002

223. O, Y., PAK, HN., LIU, YB., SUH, G., MIYAUCHI, Y.,PARK, A.M., HAYASHI, H., CHEN, L.S., **FISHBEIN, M.C.**, CHEN, P.S. Sympathetic nerve sprouting induced by radiofrequency catheter ablation in dogs. Circulation 106:II-177, 2002

224. HAMABE, A., OKUYAMA, Y., MIYAUCHI, Y., ZHOU, S., PARK, HN., KARAGUEUZIAN, H.S., **FISHBEIN, M.C.**, CHEN, PS. Correlation between anatomy and electrical activation in canine pulmonary veins. Circulation 106:II-179, 2002

225. MAC LELLAN, R., GARCIA, A., VOOIJS, M., FRENKEL, P., JORDAN, M., ROOS, K.P., **FISHBEIN, M.**, BERNS, A., SCHNEIDER, M.D. Cardiac-restricted targeting of the retinoblastoma gene reveals a role for Rb in terminal cardiac differentiation and apoptosis. Circulation 106:II-315, 2002

226. REDDY,V.G., E.L.OAKLEY,R.,G.E,LENG,L.Y.,TIAN, L.T. Cell based gene therapy using autologous biomaterial coated stents augments vascular gene transfer. Circulation 106:II-447, 2002.

227. CHANTRANUWAT,C.,BLAKEY,J.D.,KOBASHIGAWA,J.,MORIGUCHI,J.,LAKS,H., VASSILAKIS,M.E.,**FISHBEIN,M.C.** Sudden, unexpected death in cardiac transplant recipients: An autopsy study. Lab Invest 83:5A, 2003.

228. SUBHERWAL, S., COGERT, M., HAMILTON, G.W., PATEL, J.K., VASSILAKIS, E.M., **FISHBEIN, M.C.**, KOBASHIGAWA, J.A. Incidence of non-cellular (Humoral) rejection unchanged in the 1990 decade despite a decrease in cellular rejection. J Invest Med 51 (Suppl I):S115-142, 2003.

229. MUKHERJEE, K., SEMILETOVA, N., SHEN,X.D., SLOMOWITZ, S., GAO, F., **FISHBEIN, M.**, BUSUTTIL, R.W., KUPIEC-WEGLINSKI, J.W., GHOBRIAL, R.M. Allochimeric therapy triggers generation of regulatory cells that mitigate the development of chronic rejection. J Invest Med 51 (Suppl I):S158-383, 2003.

230. KAO, J., **FISHBEIN, M.C.**, KOBASHIGAWA, J.A., PATEL, J.K., MC LELLAN, R.C., BURDICK, M., BELPERIO, J., STRIETER, R.M. Elevated levels of the CXCR3 chemokine ligand itac is associated with the development of severe transplant coronary artery disease in humans. J Heart Lung Transplantation 22 (1S):S97-74, 2003.

231. COGERT, G.A., SUBHERWAL, S., WU, G., PATEL, J.K., VASSILAKIS ESPEJO, **M., FISHBEIN, M.C.**, MORIGUCHI, J., LAKS, H., KOBASHIGAWA, J.A. Incidence of non-cellular (humoral) rejection unchanged in the 1990 decade despite a decrease in cellular rejection. Heart Lung Transplant 22 (1S) S119-142, 2003.

232. VASSILAKIS ESPEJO, M., KOBASHIGAWA, J.A., SUBHERWAL, S., **FISHBEIN, M.C.**, PATEL, J.K., MORIGUCHI, J., GO, S., ALMEDA, P., LAKS, H. Scoring of 2, 788 endomyocardial biopsies correlate rejection to the development of transplant coronary artery disease after heart transplantation. Heart Lung Transplantation 22(1S) S139-202, 2003.

233. TAKEMOTO, S.K., GELBARD, A., YUAN, G.W., VASSILAKIS, M.E., MICHAELS, P.J., GJERTSON, D.W., **FISHBEIN, M.C.**, REED, E.F., KOBASHIGAWA, J.A. Impact of post-transplant antibody in a re-examination of humoral rejection diagnosis. Heart Lung Transplantation 22 (1S) S170-299, 2003.

234. KAR, S., HONDA, T., MCCLEAN, D., TAKIZAWA, K., **FISHBEIN, M.**, HONDA, H., SHULZE, J., EIGLER, N., LITVACK, F. Elution of everolimus and sirolimus from a biodegradable polymer coated stent inhibits neointimal hyperplasia without inflammation or toxicity. J Am Coll Cardiol (6A) 1006-179, March, 2003.

235. MCCLEAN, D., KAR, S., HONDA, T., **FISHBEIN, M.**, EIGLER, N.L., LITVACK, F. stent-based programmable erodible polymer drug release systems are nontoxic in porcine arteries. J Am Coll Cardiol (57A) 1150-180, March, 2003.

236. SWISSA, M., ZHOU, S., CHANG, C-M., CATES, A.W., **FISHBEIN, M.C.**, CHEN, L.S., CHEN, P-S. Chronic subthreshold electrical stimulation of the left stellate ganglion and a canine model of sudden cardiac death. J Am Coll Cardiol (112A) 825-4, March, 2003.

237. KAO, J., KOBASHIGAWA, J., **FISHBEIN, M.C.**, MAC LELLAN, R.C., BURDICK, M., BELPERIO, J., STRIETER, R.M. Elevated levels of the CXCR3 chemokine ligand ITAC is associated with the development of severe transplant coronary artery disease in humans. Am Coll Cardiol (209A) 855-1, March, 2003.

238. WU, J.C., CHEN, I.Y., DE, A., MIN, J-J., SUNDARESAN, G., QIAO, J-H., **FISHBEIN, M.C.**, GAMBHIR, S.S. Positron emission tomography imaging of cellular cardiomyoplasty. J Am Coll Cardiol (446A) 835-6, March, 2003.

239. JIN,Y-P.,**FISHBEIN,M.C.**,SAID,J.S.,JINDRA,P.T.REED,EF. Class I mediated cell survival signaling in endothelial cells. Hum Immunol 64(suppl 10):S22, 2003.

240. TAKEMOTO,S.K.,AYELE,P.A.,OESER,B.T.,GJERTSON,D.W.,**FISHBEIN,M.C.**, KOBASHIGAWA,J.A.,REED,E.F. Association between circulating HLA antibody and histopathologic diagnosis of humoral rejection. Hum Immunol 64(Suppl 10):S39, 2003.

241. CHHABRA, A.K., AZARBAL, B., ANZAI, H., **FISHBEIN, M.**, DAO, C., CHAN, V., GASTER, J.M., TOBIS, J. Stability of the amplatzer septal occluder device: Importance of the atrial tissue rim. J Am Coll Cardiol 43:376A, 2004.

242. CHOU, C-H., HAYASHI, H., LIU, Y-B., TAN, E., OH, Y-S., **FISHBEIN, M.C.**, LIN, S-F., CHEN, P-S. Abnormal calcium handling and focal source ventricular fibrillation during subacute myocardial infarction in rabbits. J Am Coll Cardiol 43:4A, 2004.

243. ANZAI, H., CHAN, V.K., TOBIS, J.M., NATTERSON, B., KRIVOKAPICH, **FISHBEIN, M.C.**, CHILD, J.S. Relative incidence of thrombus formation on the cardioseal and amplatzer interatrial closure devices. J Am Coll Cardiol 43:382A, 2004.

244. MITROPOULOS, F.A., LAKS, H., NEELANKAVIL, J., ALEJOS, J., CHILD, J.S., ALLADA, V., DRANT, S., KOBASHIGAWA, J., ODIM, J., **FISHBEIN, M.**, PLUNKETT, M. Failing Fontan circulation necessitating transplantation: A clinicopathologic correlation. J Am Coll Cardiol 43:390A, 2004.

245. YEH,M.,COLE,A.L.,CHOI,J.,QIAO,J-H., **FISHBEIN, M.C.**,BERLINER,J. The role of cholesterol homeostasis regulatory proteins, caveolin and SREBP, in chemokine induction by phospholipid oxidation product. J Cardiovasc Pathol 13:S9, 2004.

246. TAN, A.Y., LI, H., CHEN, P-S, **FISHBEIN, M.C.**. Segmental disconnection and tissue anisotropy at the human pulmonary vein-atrial junction: implication for catheter ablation of atrial fibrillation. JACC 45:120A, 2005.

247. SWISSA, M., ZHOU, S., PAZ, O., **FISHBEIN, M.C.**, CHEN., L.S., CHEN, P-S. Nerve sprouting and a canine model of paroxysmal atrial fibrillation. JACC 45:121A, 2005.

248. KOBASHIGAWA, J.Z., RO, T., **FISHBEIN, M.C.**, PATEL, J.K., OESER, B.T., LAKS, H. Biopsy-proven ISHLT grades, 1A, 1B, and 2 rejection in heart transplant patients: should we re-classify them into one mild rejection grade? JACC 45:157A, 2005.

249. RAO,D.,**FISHBEIN,M.C.** Determinants of plaque instability in atherosclerotic vascular disease. Proceedings of the 20th Congress of the International Society on Thrombosis and Haemostasis, p. 137, 2005

250. KAR, S., BERG, R., GRANT, G., ARAGON, J., VLADIMIR, R., SHULZE, J., BETTS,, R., **FISHBEIN, M.C**. Safety of biolimus A9 delivered from a bioresorbable polymer coated stent in a 90 day porcine model. Am J Cardiol 96:S212H, 2005.

251. HSIEH,G.R.,SCHNICKEL,G.T.,GARCIA,C.,SHEFIZADEB,A.,**FISHBEIN,M.C.**,ARDEHALI,A. Chemokine receptor blockade with a synthetic non-peptide compound attenuates cardiac allograft Vasculopathy. J Heart Lung Transplant 25:S72, 2006.

252. SCHNICKEL,G.T., HSIEH,G.R.,GARCIA,C.,SHEFIZADEB,A.,**FISHBEIN,M.C.**,ARDEHALI,A. Combined CXCR3 and CCR5 blockade attenuates acute and chronic rejection. J Heart Lung Transplant 25:S73, 2006.

253. SCHNICKEL,G.T., HSIEH,G.R.,GARCIA,C.,SHEFIZADEB,A.,**FISHBEIN,M.C.**, ARDEHALI,A. Focus on inflammation and oxidation: A new approach to management of cardiac allograft Vasculopathy. J Heart Lung Transplant 25:S73, 2006

254. PATEL,J.K.,LAI,C.,**FISHBEIN,M.C.**,GO,S.E.,WU,G.W.,LAKS,H.,KOBASHIGAWA,J.A. Asymptomatic humoral rejection after heart transplantation. Does it require therapy. J Heart Lung Transplant 25:S109, 2006

255. TAN,A.Y.,ZHOU,S.JUNG,B-C.,OGAWA,M.O.,**FISHBIEN,M.C.**,CHEN,P-S. In-vivo sympathetic nerve stimulation induces ectopic beats and focal atrial tachycardia from thoracic veins in dogs: Insights from sympathetic nerve recording and high density mapping. J Am Coll Cardiol 47:3A, 2006

256. KAR,S.,JAMALI,A.,TUNG,R.,LEVISMAN,J.,TIO,F.,**FISHBIEN,M**.WHITING,J.,EIGLER,N. Successful direct left atrial pressure monitoring and fossal pacing via an implantable HEARTPOD Device in animal models. J Am Coll Cardiol 47:78A, 2006

257. PATEL,J.,LEE,P.,MILLER,S.,LAI,C.,**FISHBEIN,M.C.**,WU,G.W.,LAKS,H.,KOBASHIGAWA,J. A Hemodynamic compromise rejection predicts future cardiac allograft vasculopathy and non-fatal Adverse cardiac events. (In press-Am J Transplant)

258. PATEL,J.,LAI,C.,**FISHBEIN,M.C.**,GO,S.,E.,WU,G.W.,LAKS,H.,KOBASHIGAWA,J.A. Asymptomatic humoral rejection after heart transplantation is associated with the development of cardiac allograft vasculopathy. (In press-Amer J Transplant)

259. YANG, H-M, LAI, CHI, PATEL, JP, MOORE, J, CHEN, P-S, SHIVKUMAR, K, **FISHBEIN, MC**. Irreversible Intrapulmonary vascular changes after pulmonary vein stenosis complicating catheter ablation for atrial fibrillation. Heart Rhythm, Vol 3, No 5, AB29-6, May Supplement, 2006.

260. ZHOU, S, JUNG, B-C, TAN, AY, TRANG, VQ, GHOLMICH, G, LIN, S-F, **FISHBEIN**, MC, CHEN, P-S, CHEN, LS. Spontaneous stellate ganglion nerve activity and ventricular arrhythmia in a canine model of sudden death. Heart Rhythm , Vol 3, No 5, YI1-3, May Supplement, 2006.

261. OGAWA, M, ZHOU, S, TAN, AY, **FISHBEIN, MC**, GHOLMICH, G, KARAGUEUZIAN, HS, LIN, S-F, CHEN, LS, CHEN, P-S. Autonomic nerve activity and tachbrady arrhythmias in a canine model of congestive heart failure. Heart Rhythm, Vol 3, No 5, P5-15, May Supplement, 2006.

262. LAI, C., REED, E.F., KOBASHIGAWA, J.A., HONG, L-S., CHEN, L., GAN, J.J., **FISHBEIN, M.C**. Does C4D deposition alone in cardiac allografts predict the future occurrence of antibody-mediated

rejection? (In press – Transplantation).

263. LAI, C., **FISHBEIN, M.C.**, GO, S.E., WU, G.W., LAKS, H., KOBASHIGAWA, J.A. Asymptomatic humoral rejection after heart transplantation is associated with the development of cardiac allograft vasculopathy. (In-press Transplantation).

264. PATEL, J.K., LEE, P., MILLER, S., LAI, C., **FISHBEIN, M.C.**, WU, G.W., LAKS, H., KOBASHIGAWA, J.A. Hemodynamic compromise rejection predicts future cardiac allograft vasculopathy and non-fatal major adverse cardiac events. (In-press Transplantation).

265. HSUEH, A., JINDRA, P., HONG, L-S., SHEN, X-D., FENG, G., **FISHBEIN, M.C.**, KUPIEC-WEGLINSKI, J., REED, E.F. A new mouse model of antibody mediated rejection. (In-press Transplantation).

266. LAI, C., REED, E.F., ZHANG, Q. GJERTSON, D., CECKA, M., KOBASHIGAWA, J.A., WALLACE, W.D., **FISHBEIN, M.C.** HLA antibodies with C4D staining and pathologic diagnosis of humoral rejection. (In-press Transplantation).

267. LAI, C.K., KOBASHIGAWA, J.A., ALEJOS, J.C., REED, E.F., WALLACE, W.D., SHINTAKU, P., **FISHBEIN, M.C.** CD40 staining in cardiac allografts: experience with 1103 endomyocardial biopsies from 442 patients. Modern Pathology Vol. 19, Supl 3 (124), September 2006.

268. RA, S.H., **FISHBEIN, M.C.**, BARUCH OREN, T., SHINTAKU, P., APPLE, S.K., CAMERON, R.B., LAI, C.K. Mucinous adenocarcinomas of the thymus: report of 2 cases and review of the literature. Modern Pathology Vol. 19, Supl 3 (635), September 2006.

269. BURGE, C., RAO, D., **FISHBEIN, M.** E-cadherin and cox-2 expression in neuroendocrine tumors of the lung: relationship of expression to histologic grade. Modern Pathology Vol. 19, Suppl 3 (754), September 2006.

270. ITAGAKI,B.K.,KOBASHIGAWA,J.A.,WU,G.W.,PATEL,J.K.,KAWANO,M.A.,KITTLESON, M.M.,HAMILTON,M.A.,**FISHBEIN,M.C.** Widespread fibrosis of myocardial and adjacent tissue causing restrictive cardiac physiology in patients needing redo heart transplant. J Invest Med 55:S137, 2007.

271. SWISSA,M.,ZHOU,S.,TAN,A.Y.,**FISHBEIN,M.C.**,CHEN,P-S.,CHEN,L.S.: Differential atrial sympathetic and parasympathetic nerve sprouting and hyperinnervation induced by subthreshold electrical stimulation of the left stellate ganglion in normal dogs. Heart Rhythm (in press)

272. WANG,D.C.,LUTHRINGER,D.,FONTANA,G.P.,LI,H.,CHEN,L.S.,**FISHBEIN,M.C.**,CHEN,P-S.: Nerve sprouting and sympathetic hyperinnervation in human patients with atrial fibrillation. Heart Rhythm (in press)

273. KOBAYASHI,K.,OGAWA,M.,PHAN,A.,SONG,J.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,LS.,CHEN, P-S: Autonomic nerve activity after acute myocardial infarction in ambulatory dogs. Heart Rhythm (in press)

274. CHOU,C-C.,NGUYEN,B-L.,CHANG,P-C.,LEE,H-L.,LIN,F-C.,YEH,S-J.,**FISHBEIN,M.C.**,LIN,S-F. WU,D.,WEN,M-S.,CHEN,P-S.: Acetylcholine infusion and abnormal intracellular calcium dynamics promote both reentrant and non-reentrant activities in the pulmonary veins in a canine model of heart failure. (Heart Rhythm-In press)

275. ZHANG,Q.,SI,K.,GE,P.,WU,G.,PATEL,J.K.,KOBASHIGAWA,J.,**FISHBEIN,M.C.**,REED,E.F: HLA and MICA: Targets of antibody mediated rejection in heart transplantation. J Heart Lung Transplant 26:S106, 2007.

276. ITAGAKI,B.K.,KOBASHIGAWA,J.A.,WU,G.W.,PATEL,J.K.,KAWANO,M.A.,KITTLESON, M.M.,

**FISHBEIN, M.C**: Widespread fibrosis of myocardium and adjacent tissues causing restrictive cardiac physiology in patients needing re-do heart transplant. J Heart Lung Transplant 26:S138, 2007.

277. ROSS,D.J.,WALL,W.D.,LYNCH,J.P.,KUBAK,B.,SAGGAR,R.,ARDEBALI,A.,BEYGUI, **FISHBEIN,M.C**: Early "surveillance" biopsies detect lung allograft rejection and lymphocytic bronchiolitis. J Heart Lung Transplant 26:S178, 2007.

278. BASTANI,S.,SCHNICKEL,G.T.,HSIEB,G.R.,GARCIA,C.,**FISHBEIN,M.C.**,ARDEBALI, A: CXCR3 and CCR5 blockade prevents acute rejection via induction of regulatory CD4 lymphocytes. J Heart Lung Transplant 26:S212, 2007.

279. MELONI,F.,SALVINI,R.,PASSADORE, I.,DI POTO,C.,BARDONI,A.M.,VITULO,P.,FIETTA, A.M: Efficacy of combination therapy with high dosages of IVIG and anti-CD25+ (BASIXIMAB) for acute lung allograft rejection or organizing pneumonia: a pilot study. J Heart Lung Transplant 26:218, 2007.

280. LAI,H.,LAI,C.,BARUCH-OREN,T.,RA,S.,WATTS,W.,WALLACE,W.D.,KOBASHIGAWA,J., GJERTSON.D.W., **FISHBEIN, M.C**. Has the 2004 revision of the International Society of Heart and Lung Transplantation grading system improved the reproducibility of the diagnosis and grading of cardiac transplant rejection? Lab Invest 87:Suppl 1 62A, 2007.

281. VASEGHI,M.,LAI,C.,HUANG,A.,**FISHBEIN,M.C.**,SHIVKUMAR,K. The relationship of the ventricular septum and right ventricular outflow tract to the right and non-coronary sinuses: Implications for ablation of ventricular tachycardias. Circulation 116:SII-366, 2007.

282. NGUYENMB.L.,**FISHBEIN,M.C.**,CHEN,L.S.,CHEN,P-S.,MASROOR,S. Histologic substrate for chronic atrial fibrillation. Circulation 116:SII-760, 2007.

283. TAN,A.Y.,ZHOU,S.,OGAWA,M.,SONG,J.,CHU,M.,LI,H.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,L.S., CHEN,P-S. Cryoablation of extrinsic cardiac sympathovagal nerves prevents paroxysmal atrial tachyarrhythmias in remodeled canine atria. (J Am Coll Cardiol – In press).

284. LAURY,A.R.,TRUELL,J.S.,LAI,C.K.,**FISHBEIN,M.C.** Pulmonary pathology following bone marrow transplantation. Lab Invest 88: (Suppl 1) 345A, 2008.

285. LEVI,D.S.,GORDON,B.M.,**FISHBEIN,M.C.** In vivo redilation of covered stents for coarctation of the aorta: An animal study. J Am Coll Cardiol 51:Suppl B 18, 2008.

286. TAN,A.Y.,ZHOU,S.,OGAWA,M.,SONG,J.,CHU,M.,LI,H.,**FISHBEIN,M.C.**,LIN,S-F.,CHEN,L.S., CHEN,P-S. Cryoablation of extrinsic cardiac sympathovagal nerves prevents paroxysmal atrial Tachyarrhythmias in remodelled canine atria. J Am Coll Cardiol 51:Suppl A 4, 2008.

287. SAGGAR,R,ROSS,D.J.,WEIGHT,S.S.,SAGGAR,R.,E.ASHOFF,D.,ZISMAN,D., ARDEHALI,A.,GREGSON,A.I.,KUBAK,B.,SHAPIRO,S.,**FISHBEIN,M.C.**,LAI,C., LYNCH,J.P. III,BELPERIO,J.A.WALLACE,W.D. Bronchiolitis obliterans and pulmonary hypertension: A clinicopathologic study. J Heart Lung Transplant 27:S98, 2008.

288. BASTANI,S.,BHATIA,R.,MANASRAH,R.,BELPERIO,J.,**FISHBEIN,M.C.**,ARDEHALI,A. Chemokine receptor blockade induces regulatory T cells. J Heart Lung Transplant 27:S104, 2008.

289. PERENS,G.S.,MEIER,S.,KAUR,R.,LI,F.,**FISHBEIN,M.C.** The failed pediatric cardiac allograft: Clinical and pathologic features. J Heart Lung Transplant 27:S236, 2008.

290. SOVARI,A.A.,MORITA,N.,**FISHBEIN,M.C.**,WEISS,J.N.,KARAGUUEUZIAN,H.S. Oxidative Stress promotes ventricular fibrillation in spontaneously hypertensive rats: Role of myocardial fibrosis, altered intracellular Ca cycling and Ca/calmodulin-dependent kinase-II signalling pathway.

J Am Coll Cardiol 53:A101, 2009.

291. SHERMAN, W., BASTANI, S., BHATIA, R., **FISHBEIN, M.C**., ARDEHALI, A. CD4+CD25+ regulatory T-Cells and cardiac allograft vasculopathy. J Heart Lung Transplant 28:S75, 2009.

292. SHERMAN, W., BASTANI, S., SCHNICKEL, G.T., HSIEH, G.R., BHATIA, R., **FISHBEIN, M.C.**, ARDEHALI, A. CXCR3 and CCR5 in acute and chronic rejection. J Heart Lung Transplant 28:S217, 2009.

293. TUNG,R.,NAKAHARA,S.,LAI,C.,**FISHBEIN,M.**C.,SHIVKUMAR,K. Distinguishing epicardial fat From scar: analysis of electrograms using high density electroanatomic mapping in a novel porcine Infarct model. Circulation 120:Suppl 2 S677, 2009.

294. LAI,C., WEI,J., LI,F., ZHANG,Q., GJERTSON,D., KOBASHIGAWA, J.A., **FISHBEIN, M.C**., REED, E.F. Phosphoproteomic analysis of cardiac allograft biopsies reveals novel markers of antibody mediated rejection. J Heart Lung Transplant 29:2537, 2010.

295. KAWANO, M., KITTLESON, M., **FISHBEIN, M**., LAI, C., PATEL, J., DAVIS,S., MORIGUCHI, J., ARDEHALI, A., KOBASHIGAWA, J. Review of 12,703 endomyocardial biopsies: the truth of Quilty lesions in the cyclosporine and tacrolimus era. J Heart Lung Transplant 29:2573, 2010.

296. LAI,C.,PATEL,M.,**FISHBEIN,M.C.**,KITTLESON,M.,SHARE,M.,DAVIS,S.,KAWANO,M., MORIGUCHI,J.,ARDEHALI,A.,KOBASHIGAWA,J. C4d in heart transplant biopsies does not appear to represent poor outcome. J Heart Lung Transplant 29:S38, 2010.

297. TUNG,R., NAKAHARA,S., RAMIREZ,R., LAI, C., ENNIS,D., **FISHBEIN,M.**, FINN,P., SHIVKUMAR,K. Combined endocardial and epicardial electroanatomic mapping of a novel porcine infarct model: a comparison of navx and carto. J Am Coll Cardiol 55:1190(A11), 2010.

298. BHASIN,M., **FISHBEIN,M.C.**,REED,E.F.,KOBASHIGAWA,J.A.,LAI,CK. Detection of C4d and C3d In endomyocardial biopsies at and prior to diagnosis of antibody-mediated rejection. Med Pathol 81A, 2010.

299. GUI,D.,**FISHBEIN,M.C.**,DRY,S. Dissection of the heart – ensuring proper practice through portable Video gross dissection demonstration. Lab Invest 90:433A, 2010.

300. SAGGAR,R.,FISHBEIN,G.A.,KHANNA,D.,FURST,D.E.,MARANIAN,P.,SHAPIRO,S., BELPERIO,J.,A.,LYNCH,J.P.,**FISHBEIN,M.C.**,SAGGAR,R. A distinctive pulmonary vasculopathy: Quantitative histologic analysis distinguishes systemic sclerosis and idiopathic pulmonary fibrosis from Idiopathic pulmonary hypertension. Am J Resp Crit Care Med 181:A4867, 2010.

301. LEE,J-H.,MORITA,N.,BAPAT,A.,SAMANIANPOUR,P.,**FISHBEIN,M.C.**,MANDEL,W.J., WEISS,J.N.,KARAGUEUZIAN,H.S. Sarcolemmal but not mitochondrial ATP channel block prevents spontaneous ventricular fibrillation initiated by glycolytic inhibition in fibrotic hearts. (Heart Rhythm - In press)

302. SHEN,M.J.,SHINOHARA,T.,PARK,H-W.,FRICK,K.,ICE,D.S.,CHOI,E-K.,HAN,S.,SHARMA,R., SHEN,C.,**FISHBEIN,M.C.**,CHEN,L.S.,ZIPES,D.P.,LIN,S-F.,CHEN,P-S.Chronic low-level vagus nerve stimulation reduces paroxysmal atrial tachyarrhythmias in ambulatory canines by inducing structural and functional remodeling of the left stellate ganglion. (Heart Rhythm - In press)

303. ANDAKYAN,**A.,**BURRUSS,S.,HONG,L-S.,SHEN,X.,ROMANOV,F.,GAO,F., **FISHBEIN,M.C.**,SEMILETOVA,N. CD4CD25 Positive Mast Cells in Long-Term Surviving Grafts Followed by T-Regulatory Therapy: MC-regs? XXII International Congress of the Transplantation Society, August 15-19, 2010, Vancouver, Canada. Abstract # 2627, page # . (2010 Basic Science Mentee/Mentor Award from The Transplantation Society (TTS)

304. BURRUSS,S.,ANDAKYAN,A.,SHEN,X-D.,**FISHBEIN,M.C.**, SEMILETOVA,N.V., Soluble donor-like MHC class I proteins induce CD4CD25FOXP3 positive CD8 negative cells with potential to suppress cardiac transplant chronic rejection. American Transplant Congress (ATC) April 30 – May 4, 2011, Pennsylvania Convention Center, Philadelphia, PA, USA. Abstract # 42.

305. BURRUSS,S.,ANDAKYAN,A., SHEN,X-D.,**FISHBEIN,M.C.**,SEMILETOVA,N.V. Soluble donor-like MHC class I proteins induce CD4CD25FOXP3 positive CD8 negative cells with potential to suppress cardiac transplant chronic rejection. International Pediatric Transplant Association (IPTA) 6th Congress on Pediatric Transplantation, June 25-28, 2011, Le Center Sheraton Montreal, Montreal, Canada.

306. LI,F.,LAI,C.KOBASHIGAWA,J.A.,**FISHBEIN,M.C.**,REED,E.F. Phosphoylated signaling protein Proteins as biomarkers of antibody-mediated heart allograft rejection. J Heart Lung Transplant 30:S41, April, 2011.

307. SWANSON,E.A.,SHAHBAZI,S.,LAI,C.,**FISHBEIN,M.C.** The changing face of infective endocarditis: Ten years experience. Modern Pathol 25:SupplII 81A, February, 2012

308. MOORE,J.P.,SEKI,A,SHANNON,K.M.,MANDAPATI,R.,**FISHBEIN,M.C.**. The pathologic substrate of ventricular tachycardia in tetralogy of Fallot. Heart Rhythm 10:S212, 2013.

309. SEKI,A.,CHEN,P.S.,TAN,J.,**FISHBEIN,M.C..** Are there sympathetic nerve fibers in human cervical and thoracic vagus nerves? implications for therapeutic vagal stimulation. Circulation 128:A12365, 2013.

310. PRASAD,P.,VALERA,I.,**FISHBEIN,M.C.**,SINGH,R.R.. Hydrocarbon oil induces autoimmune diffuse alveolar hemorrhage: Analysis of Lung infiltrating cellsAnnual Meeting Abstract Supplement, Abstract ID 2665, pp 82.SOT. 2013.

311. PRASAD,P.,VALERA,I.,**FISHBEIN,M.C.**,SINGH,R.R. Plasmacytoid dendritic cell accumulation vasculitis, inflammation, and hemorrhage in the lungs induced by systemic administration of hydrocarbon oil. FOCIS website: Abstract Id T26: P24. Oral and poster presentation at FOCIS annual meeting, 2013.

310. KRAMSDORF,E.P.,**FISHBEIN,M.C.,**CZER,L.S.C.,PATEL,J.K.,VELLECA,A., KOBASHIGAWA,J.A., LUTHRINGER,D.J. Pathology of chronic Chagas cardiomyopathy in the United States: a detailed review of 12 cardiectomy cases. Modern Pathol 27;91A, 2014.

311. SEKI ,A.,GREEN,H.,LEE,T.,SAGGAR,R.,**FISHBEIN,M.C.**. Pulmonary capillary hemangiomatosis: a clinicopathological study of 45 cases. Modern Pathol 27;494A, 2014.

312. PRASAD,P.,VALERA,I.,**FISHBEIN,M.C.**,SINGH,R.R. Investigating Cellular and Molecular Pathogenesis of Hydrocarbon Oil-Induced Lung Hemorrhage and Inflammation. International Journal of Toxicology. Poster Abstracts. 2015; 34(1). 77-1. Poster presentation at ACT 35th annual meeting, 2014.

313. PATEL,J.,TAN,J.,**FISHBEIN,M.C**.,CHEN,P-S. Small conductance calcium-activated potassium channels specifically co-localizes with sympathetic nerve fibers in the stellate ganglion. (Heart Rhythm - In press)

314. RAO,P.,HONG,L.,GJERTSON,D.,BALAZ,I.,**FISHBEIN,M.C**. ET AL. Effect of everolimus immunotherapy on HLA antibody production in heart transplantation. J Heart Lung Transplant 34:S86, 2015

315. PRASAD,P.,VALERA,I.,**FISHBEIN,M.C.**,SINGH,R.R. Investigating the Role of B Cells in the Pathogenesis of Hydrocarbon Oil-Induced Lung Hemorrhage. The Toxicologist, Supplement to Toxicological Sciences.144 (1), Abstract #1363, pp291, 2015.

316. DROGALIS-KIM,D.,HICKEY,M.J**.,FISHBEIN,M.C**. ET AL. AMR in the current era: Clinical, pathologic, and immunologic features in pediatric heart transplant recipients. J Heart Lung Trans 36:S273,

2017

317. PRASAD P, **FISHBEIN MC,** SHARMA R, HALDER RC, VALERA I, , SINGH RR. Trafficking of Innate B Cells to the Lungs as a Novel Mechanism in a Model of Pulmonary Lupus and Vasculitis . American College of Rheumatology (ACR) Annual Meeting, San Diego, November, 2017.