# EXHIBIT 70

# Attestation & Declaration of Dr. Robert P. Allen, M.D.

July 3, 2025

## Introduction and Qualifications

I am a Board-Certified Diagnostic and Interventional Radiologist with Fellowship Training and a Certificate of Added Qualification (CAQ) in Vascular and Interventional Radiology. I am President of Radiology Specialists of Denver and Director of Vascular & Interventional Radiology. I have also served as Director of Interventional Radiology at Denver Health Medical Center for 15 years. Denver Health is a 500 bed, Level 1 Trauma facility. I have also served as Medical Director and President/CEO of Cherry Creek Imaging, a free-standing, multimodality, Outpatient Imaging Center in Denver. I practice full-time and have done so continuously since completing my Radiology Residency and IR Fellowship training at the University of Washington in 1990.

I have an academic appointment through the University of Colorado and am actively involved in teaching and supervising Radiology Residents and Interventional Radiology Fellows. My full professional background is further detailed and set forth in my Curriculum Vitae, which is attached to this report as Exhibit A.

I am familiar with the issues and the subject matter involved in the Cook Medical IVC filter litigation *(COOK MEDICAL, INC. IVC FILTERS - MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION - Case No: 1:14-ml-2570-RLY-TAB MDL No. 2570)*. As part of my current clinical practice, I personally perform and supervise a wide range of Interventional Radiology procedures, including the use of permanent and retrievable inferior vena cava ("IVC") filters for the prevention of pulmonary embolism. I regularly see and treat patients who have been diagnosed with deep vein thrombosis (DVT) and pulmonary emboli (PE).

At one time in my clinical practice, I frequently implanted IVC filters, though it is seldom that I do so anymore, given my experience and knowledge of their complications and the lack of scientific proof that IVC filters actually work to perform their intended function. However, I do regularly evaluate and treat patients implanted with IVC filters who now require that these filters be removed. I am trained and competent in IVC filter retrieval, and am well-versed in both standard and advanced endovascular IVCF retrieval techniques.

I am familiar with the medical literature relevant to IVC filters, including but not limited to the indications and contraindications for their use, as well as the risks and alleged benefits of implanting these devices over time. I am also familiar with and have implanted and retrieved many different types of IVC filter devices, from various manufacturers, including Cook IVC filters.

My clinical experience with IVC filter patients, in combination with my education and training in the fields of Medicine and Radiology, and more specifically, the subspecialty field of Vascular and Interventional Radiology, along with my review of the case materials and the medical literature, form the basis for my opinions as rendered in this litigation. All of my opinions, as stated herein, are based on a reasonable degree of medical probability and medical certainty, and on the established and fundamental principles of medicine that I (and physicians like me) employ in clinical practice on a daily basis.

## Historical Background Information

IVC filters were designed to filter blood flow in the inferior vena cava, the largest vein in the body, that returns blood from the lower extremities, hips, pelvis, etc., to the right side of the heart. If IVC filters were effective, they would "catch" or "trap" blood clots traveling up the inferior vena cava towards the heart and lungs and thereby prevent pulmonary emboli. These blood clots typically form in the deep veins of the legs and/or pelvis, and the condition is commonly referred to as deep vein thrombosis or "DVT". When these clots become dislodged from the veins in the legs or pelvis, they travel proximally through the vena cava and ultimately can reach the heart and lungs. When these clots pass through the right side of the heart and lodge within the pulmonary arteries of the lungs, they are then referred to as "pulmonary emboli" or "PE" for short. Large PE's can cause significant patient morbidity and even death.

The stated purpose for an IVC filter is to intercept and trap embolic clots before they can reach the heart and lungs and, thereby, prevent pulmonary emboli before they can cause significant morbidity or death.

Unfortunately, large, well-controlled, randomized clinical studies have never demonstrated that IVC filters actually decrease PE-related patient mortality. Despite multiple studies designed to evaluate the clinical efficacy of IVC filters, there is no conclusive evidence that IVC filters actually save lives.

What is clear, however, and has been shown in the medical literature and in clinical practice over the years, is that IVC filters can, and do, cause significant harm to patients in whom they're implanted and not retrieved or are unable to be retrieved.Complications related to IVC filters, such as filter tilt, migration, strut perforation, embedment, strut fractures, strut fragment embolization, caval thrombosis, caval stenosis and adverse interactions of perforating struts with adjacent structures and organs are all well-known and well-described in the medical literature.

## Materials Reviewed

In the course of my vascular and interventional clinical practice, and as a result of my ongoing involvement as a testifying expert in IVC filter-related litigation over the past decade, I have had the opportunity to review large numbers of peer-reviewed medical articles, clinical studies, case reports, biomechanical analyses, and a variety of other IVC filter-related documents. I rely on that knowledge base and on my clinical experience with IVC filters and IVC filter patients to form the opinions rendered in this matter.

The following materials are particularly relevant to the Cook CMO matter at hand:

**US District Court of Indiana - Cook Medical MDL – Case Management Order #30**

**Ben Martin - COOK MDL IVCF Cases - Second Amended CCFs identified in Exhibit B.**

**SIR Practice Guidelines - 2014 and 2020** *"ACR–SIR Practice Parameters for the Performance of Inferior Vena Cava (IVC) Filter Placement for the Prevention of Pulmonary Embolism"*

**Stephen E. Deso, MD, et al** "Evidence-Based Evaluation of Inferior Vena Cava Filter Complications Based on Filter Type " (*Journal of Vascular and Interventional Radiology 2011;*22:70–74)

**John C. Oh, MD, et al** *"Removal of Retrievable Inferior Vena Cava Filters with Computed Tomography Findings Indicating Tenting or Penetration of the Inferior Vena Cava Wall" (Journal of Vascular and Interventional Radiology 2011;22:70–74)*

**IVC Filter Strut Perforation & Patient Harm - Definitions & Discussion**

As mentioned above, complications related to IVC filters, such as filter tilt, migration, strut perforation, embedment, strut fractures, strut fragment embolization, caval thrombosis, caval stenosis and adverse interactions of perforating struts with adjacent structures and organs are well-known and well-described in the medical literature.

For purposes of this report, I've been asked to address the present and future harm caused to a patient when an IVC filter strut perforates their IVC wall and affects surrounding tissues, structures, and organs.

IVC filters are designed to be positioned centrally within the IVC lumen. Filter struts are intended to stabilize and secure the filter to prevent filter migration and tilt. Fixation of an IVC filter within the inferior vena cava occurs by radial force, pushing the strut fixation hooks/anchors up against the IVC wall, which is eventually augmented by tissue reaction at contact points along the inner surface of the IVC. IVC filter struts are not intended, and were never designed, to penetrate through the caval wall. Unfortunately, IVC filter strut perforation occurs with alarming frequency, and Cook IVC filters are especially guilty in this regard (*see Deso article*).

Strut perforation, as defined in CMO #30 (Case Management Order #30), in the Cook Medical MDL filed in the U.S. District Court for the Southern District of Indiana, is defined as "penetration or perforation – consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging." SIR Clinical Practice Guidelines (2014) refer to "strut penetration" as a filter-related complication associated with indwelling IVC filters over time. The SIR Guidelines state that any strut extending beyond the caval wall a distance of 3 mm or greater (by CT imaging) is considered a perforating filter strut *("penetrating" per the original SIR language)*. The updated SIR Clinical Practice Guidelines (2020) do not specifically include the "3 mm" definition for strut perforation, but reference the earlier SIR Guidelines and an abundance of associated medical literature for support.

I have reviewed the "COOK MDL IVCF Cases - Second Amended CCFs" as provided to me by Mr. Martin's firm. Filter strut perforation in these cases, consistent with the CMO #30 definition, appears well supported by medical imaging in the materials provided to me. Additionally, it's important to note that once a filter strut perforates the wall of the IVC, it does not heal or reverse itself. Indeed, strut perforation tends to progressively worsen over time.

As for patient injury and the harm caused by perforating IVC filter struts, when a filter strut perforates through the wall of a patient's inferior vena cava a hole is created in the vessel wall. That, in and of itself, is prima facie evidence of vessel damage and patient injury. The IVC filter strut is the proximate cause of the vessel damage and clearly represents an injury to the patient. An injury, by definition, harms that patient.

Furthermore, a filter strut that perforates through the caval wall and extends outside the IVC, lies in direct contact with retroperitoneal tissues and incites an ongoing foreign body tissue reaction characterized by inflammation and scarring that continues and progresses for as long as the foreign material persists in that location. This process begins at the site of vessel wall perforation and extends out into adjacent retroperitoneal tissues wherever the offending strut comes in contact with native tissues. The end result is a persistent, ongoing, abnormal inflammatory nidus at the site of vessel wall perforation and in the extra-vascular tissues outside the IVC that predisposes the patient to infection, bleeding and other adverse sequelae.

The inferior vena cava is one of the largest vessels in the human body. It receives the majority of blood flow from the lower half of the body and returns it to the heart. It's a dynamic, thin-walled, structure that expands and contracts on a continual and ongoing basis, subject to changes in blood pressure, respiration, intra-abdominal pressure and external forces. Perforation of the IVC wall and the tissue reaction, inflammation and scarring that such perforation triggers, adversely affects caval compliance, making the vessel stiffer and predisposing the patient to caval stenosis and thrombosis over time.

Lastly, because the IVC is a dynamic structure, once a filter strut has perforated the caval wall, the severity of strut perforation and the distance that strut extends beyond the IVC wall tends to progressively worsen over time. This exacerbates the issues described above and increases the probability that the offending strut will then adversely interact with adjacent structures and organs in the patient's body. This represents additional harm, injury and risk to the patient as time goes by.

## SUMMARY OPINIONS & CONCLUSIONS

IVC filter strut perforation is a well know complication associated with Cook IVC filters. When a filter strut perforates through the wall of a patient's inferior vena cava a hole is created in the vessel wall. That, in and of itself, is prima facie evidence of vessel damage and patient injury. The IVC filter strut is the proximate cause of the vessel damage and clearly represents an injury to the patient. An injury, by definition, harms that patient.

Furthermore, the presence of a sharp, needle-like metallic filter strut projecting outside the patient's IVC and adversely interacting with adjacent tissues, structures and organs in the patient's retroperitoneum and abdomen, represents not only present harm to the patient, but also a significant ongoing risk for future harm and injury. This will be true for as long as the filter and the perforating strut remain in the patient's body.

The present harm and ongoing risk that a perforating IVC filter strut represents to the patient can only be mitigated by removal of the IVC filter and the offending strut from the patient's body.

My opinions herein are based on my systematic review of scientific and medical literature, case documents, medical records and other materials relevant to the subject matter at issue, and upon my clinical experience, education, and training. My opinions are based upon a reasonable degree of medical probability.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and expertise.

Radiology Specialists of Denver
RSD

______________________________________

Robert P. Allen, M.D.

*President*
*Radiology Specialists of Denver*
*Director of Vascular and Interventional Radiology*
*P.O Box 6206*
*Denver, CO 80206*

# EXHIBIT A

.

# ***Robert P. Allen, M.D.***

## ABR Board Certified Vascular & Interventional Radiologist

Certificate of Added Qualification (CAQ) - 1996
Certificate of Added Qualification (CAQ) - 2006
Maintenance of Subspecialty Certification (MOC) – Current

## ABR Board Certified Diagnostic Radiologist

American Board of Radiology Lifetime Certification

## Undergraduate Education

**Colorado State University (1977-1980)**
Bachelors Degree in Medical Science subsequently awarded by the University of Colorado (1982)
Phi Beta Kappa (1980)

## Medical Education

**University of Colorado School of Medicine (1980-1984)**
M.D. with Honors (1984)
Alpha Omega Alpha (1984)

## Postgraduate Training

**Presbyterian / St. Luke's Medical Center (Denver, Colorado)**
Medicine/Surgery Internship (1984-1985)

**University of Washington (Seattle, Washington)**
Diagnostic Radiology (1986-1990)

## Subspecialty Training

**Interventional Radiology– Fellowship Training**
Harborview Medical Center (7/89, 8/89 & 4/90)
Program Director - Yoram Ben-Menachem, M.D.

**Computed Tomography/Ultrasound – Fellowship Training**
Harborview Medical Center (10/89, 11/89 & 1/90)
Program Director - Larry Vincent, M.D.

## Employment History

**Radiology Specialists of Denver**
President & CEO
Director of Interventional Radiology
2000 to Present

**Denver Health Medical Center**
Chief of Interventional Radiology
2004 to 2020

**Rose Medical Center**
Chairman, Department of Radiology (2000 to 2003)
Staff Radiologist and Head of Interventional Radiology (1991 to 2004)

**Radiology Imaging Associates, PC**
Board of Directors
Interventional Radiologist
1996 – 2000

**Radiology Associates, PC**
Staff Radiologist
1991 -1996

# ***Robert P. Allen, M.D.***

## Academic References

1. Charles A- Rohrmann, Jr., M.D. (206) 543-3320
Department of Radiology, SB-05
University of Washington Medical Center
Seattle, WA 98195

2. Yoram Ben-Menachem, M.D. (201) 982-3744
Department of Radiology, Rm. 320
University of Medicine & Dentistry
150 Bergen Street
Newark, NJ 07103

3. Lawrence M. Vincent, M.D. (206) 451-1085
Ultrasound Specialists of Bellevue
1028 112th NE
Bellevue, WA 98004

## Professional References

1. Charles E. Ray, Jr., MD (720) 254-7266
President Society of Interventional Radiology
Department Chairman
University of Illinois Hospital and Health Sciences System
1740 W Taylor Street
Chicago, IL 60612
(e-mail: chray@uic.edu)

2. Rex Spear, M.D. (406) 585-1035
Intercity Radiology
Deaconess Hospital
Bozeman, MT 59715

3. Steven H. Peck, M.D. (970) 484-4757
Interventional Radiologist
Advanced Medical Imaging Consultants
1024 S Lemay Ave
Fort Collins, CO 805242

4. Eric R Handley, M.D. (720) 941-7000
Diagnostic MSK Radiologist

5. Michael Cooper, M.D. (303) 388-7265
Vascular Surgery Associates
4600 Hale Parkway #460
Denver, CO 80220

## Contact Information

Robert P Allen, MD rpallenmd@aol.com
1247 S Quince Wy
Denver, CO 80231
(720) 941-7000

# EXHIBIT B

EXHIBIT B

BEN MARTIN LAW GROUP

SECOND AMENDED CASE SATEGORIZATION FORM

| | |
|---|---|
| Allen, Minnie (ESTATE OF) | 1:19-cv-00579 |
| Apa, Patrick | 1:21-cv-01360 |
| Basie, John | 1:20-cv-01195 |
| Beckham, John | 1:18-cv-03423 |
| Bissell, Debra | 1:22-cv-06944 |
| Brown, Matthew A. | 1:20-cv-06247 |
| Burgman, Arnold | 1:20-cv-06303 |
| Burroughs, Collette & Ellis, Jeffrey | 1:16-cv-02524 |
| Chavers, Amaris | 1:19-cv-02851 |
| Connelly, Thomas | 1:16-cv-02507 |
| Currier, Larry | 1:21-cv-00464 |
| Davis, David | 1:20-cv-06186 |
| Debord, Robert Douglas | 1:16-cv-01518 |
| Dresser, James and Janet | 1:18-cv-03413 |
| DuConge, Christopher | 1:20-cv-03109 |
| Dukes, Roy | 1:18-cv-01935 |
| Ellingsen, Christopher | 1:16-cv-02308 |
| Farnham, Diana | 1:18-cv-03503 |
| Felder, Torey M. | 1:21-cv-06476 |
| Ganino, Michael Jr. & Patricia | 1:17-cv-02765 |
| Gautier, Lacey | 1:21-cv-00172 |
| Greenberg, Marvin | 1:18-cv-00156 |
| Hamlyn, Earl A. and Brownell | 1:17-cv-04406 |
| Hansen, Carl R. | 1:20-cv-06196 |
| Harriger, Preston | 1:21-cv-01549 |
| Hauer, Jerome | 1:17-cv-02977 |
| Hayslip, Stephen | 1:20-cv-06237 |
| Hemak, Debra | 1:24-cv-07102 |
| Holland, Jeffrey Todd | 1:22-cv-00163 |
| Jackson, Linda [ESTATE OF] | 1:18-cv-02316 |
| James, Judy M. | 1:18-cv-03410 |
| Jara, Anthony | 1:19-cv-01560 |
| Johnson, Lonnie Jr. and Alice | 1:17-cv-04244 |
| Karas, Nick | 1:21-cv-06691 |
| King, Kayla | 1:24-cv-07087 |
| Kribbs, James | 1:19-cv-03875 |
| Lewis, Willie and Ethel | 1:18-cv-02180 |
| Long, Gregory | 1:21-cv-00866 |
| Lopez, Jennifer | 1:18-cv-01751 |
| Loucks, Richard | 1:20-cv-06262 |

EXHIBIT B

BEN MARTIN LAW GROUP

SECOND AMENDED CASE SATEGORIZATION FORM

| | |
|---|---|
| Madden, Marilyn | 1:21-cv-06437 |
| Martinez, Raymond (2498) | 1:21-cv-02498 |
| McDuffy, Carol | 1:17-cv-02919 |
| McQueary, Ellis Lee | 1:20-cv-06290 |
| Miliner, Patricia | 1:21-cv-06449 |
| Mitchell, Karen | 1:23-cv-07065 |
| Montgomery, Paul | BEN MARTIN LAW GROUP |
| Nazarian, Tina | 1:19-cv-02621 |
| Parks, Judy | 1:19-cv-04772 |
| Phillips, Sarah | 1:21-cv-06417 |
| Pierce, Tyrell | 1:19-cv-02587 |
| Pinson, Timothy | 1:18-cv-00822 |
| Plouffe, Lauren | 1:23-cv-06966 |
| Quiroz, Steven J. | 1:21-cv-06399 |
| Rex, Douglas J. | 1:21-cv-06436 |
| Reyes, David (REFILE) | 1:20-cv-01761 |
| Russell, Leslie and Mary | 1:17-cv-03786 |
| Shrum, Karen | 1:19-cv-02478 |
| Simalton, Jerome | 1:21-cv-00140 |
| Smithson, Arthur Donald Jr. | 1:19-cv-02070 |
| Souza, Alex | 1:21-cv-06443 |
| Sproul, Ashly | 1:19-cv-04452 |
| Stover, Barbara | 1:17-cv-02120 |
| Stroh, Richard | 1:16-cv-02665 |
| Wadsworth, Donna & Keith | 1:16-cv-02476 |
| White, Crystal | 1:20-cv-00223 |
| White, Duane D. | 1:21-cv-02667 |