**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Plaintiffs represented by Ben Martin Law Group And listed in Exhibits A and B to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Dkt. 28162)

**ORDER GRANTING PLAINTIFFS' MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This comes before the Court on Plaintiffs' Motion to Maintain Documents Under Seal, which motion is on file and part of this Court's records.

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiffs' motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' unredacted **Exhibits 1-67** to Plaintiffs' Response in Opposition to the Cook Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, shall remain under seal.

**SO ORDERED** this _______ day of ________________________, 2026.

______________________________
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.