IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Sharlean Brawner Case No. 1:14-cv-1873-RLY-TAB

**ORDER ON NOVEMBER 17, 2026, TELEPHONIC STATUS CONFERENCE**

Plaintiff Sharlean Brawner appeared in person and by counsel, Arati Furness, on November 17, 2026, for a telephonic status conference to address Plaintiff's counsel's motion to withdraw. [Filing No. 28168.] Plaintiff adequately explained her failure to appear for the November 5, 2026, telephonic status conference and requested that her counsel remain in the case. Accordingly, Plaintiff's counsel's motion to withdraw [Filing No. 28168] is denied.

Date: 11/17/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Arati Furness or Kelly Chermack is required to serve Plaintiff Sharlean Brawner.