IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

Erik Huppertz Case No. 1:21-cv-2822-RLY-TAB

**ORDER ON NOVEMBER 17, 2026, TELEPHONIC STATUS CONFERENCE**

The Court previously ordered Plaintiff Erik Huppertz to attend a telephonic status conference on November 5, 2026, to address Plaintiff's counsel's motion [Filing No. 28091] to withdraw. [Filing No. 28172.] Plaintiff failed to appear as ordered. The Court then issued an order setting a second conference for November 17, 2026, at which time Plaintiff was to show cause for Plaintiff's failure to appear for the November 5 conference. [Filing No. 28285.] The Court noted that if Plaintiff failed to attend this conference, the magistrate judge would recommend dismissal of this action. Plaintiff's counsel appeared at the November 17, 2026, telephonic status conference, and Plaintiff once again failed to appear as ordered. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 11/17/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.
Paul M. Dominguez is required to serve Plaintiff Erik Huppertz.