**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff:

Roger Taylor

Civil Case # 1:16-cv-1793-RLY-TAB

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY**

Dorothy Taylor as surviving next of kin and proposed personal representative of the Estate of Roger Taylor, moves this Court pursuant to Fed. R. Civ. P. 25 to substitute Mary Arnett as surviving next of kin and proposed personal representative of the Estate of Roger Taylor in place of Roger Taylor in the above captioned matter. As grounds therefore, plaintiff states as follows:

1. Plaintiff Roger Taylor filed a Short Form Complaint in this action on July 5, 2016.
2. On April 26, 2026 Plaintiff Roger Taylor passed away. See Death Certificate attached hereto as Exhibit A (redacted).
3. Plaintiff Roger Taylor's claims against Defendants survive his death.
4. Dorothy Taylor is the surviving spouse of the deceased Plaintiff.
5. Rule 25 of the Fed. R. Civ. P. allows for the substitution of a party in the event of death.
6. Notice of Death was provided on November 11, 2026.

7. Dorothy Taylor moves to substitute herself, in her capacity as surviving next of kin and proposed personal representative of the Estate of Roger Taylor, as Plaintiff in this matter.

8. Good cause supports the substitutions of Dorothy Taylor as surviving next of kin and proposed personal representative of the Estate of Roger Taylor, as Plaintiff in this matter.

WHEREFORE, plaintiff respectfully requests that this Court allow the substitution of Dorothy Taylor as surviving next of kin and proposed personal representative of the Estate of Roger Taylor in place of deceased Plaintiff Roger Taylor.

Dated November 19, 2026

Respectfully Submitted,

*/s/ William Curtis*

William B. Curtis TX Bar No. 00783918
**Curtis Law Group**
17754 Preston Rd., Suite 200
Dallas, Texas 75252
Tel.: (214) 890-1000
Fax: (214) 890-1010
Bill@CurtisLawGroup.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ William Curtis*
William B. Curtis