**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

All Cases in Exhibit A

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Ariana Quirino, for leave to appear and participate *pro hac vice* in each of the individual cases listed in Exhibit A to the Motion. Being fully advised, it is now ORDERED that the motion [Filing No. 28342] be, and hereby is, GRANTED. Applicant's contact information should be entered as follows:

Ariana Quirino
Ben Martin Law Group, PLLC
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
aquirino@bencmartin.com

SO ORDERED.

Date: 11/19/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.