# EXHIBIT A

| | PLAINTIFF_NAME | CASE_NO |
|---|---|---|
| 1 | Aceto, Tiffany | 1:18-cv-00141-RLY-TAB |
| 2 | Adams, Carolyn | 1:23-cv-06964-RLY-TAB |
| 3 | Adams, Katie | 1:21-cv-06465-RLY-TAB |
| 4 | Adams, Kimberly | 1:18-cv-00800-RLY-TAB |
| 5 | Adeshewo, Elizabeth | 1:18-cv-02937-RLY-TAB |
| 6 | Adolf, David | 1:18-cv-00801-RLY-TAB |
| 7 | Ainsworth, Sandra | 1:16-cv-02679-RLY-TAB |
| 8 | Alexander, Audrey | 1:21-cv-02762-RLY-TAB |
| 9 | Alexander, Cecelia | 1:16-cv-00435-RLY-TAB |
| 10 | Alkamel, Lisa | 1:20-cv-06202-RLY-TAB |
| 11 | Allen, Minnie | 1:19-cv-00579-RLY-TAB |
| 12 | Allen, Randy | 1:22-cv-00905-RLY-TAB |
| 13 | Allen, Tina | 1:19-cv-01762-RLY-TAB |
| 14 | Alliss, Lisa | 1:18-cv-00802-RLY-TAB |
| 15 | Allred, Alana | 1:17-cv-01183-RLY-TAB |
| 16 | Altamura, Bonny | 1:17-cv-03276-RLY-TAB |
| 17 | Alvarado, Cynthia | 1:19-cv-01362-RLY-TAB |
| 18 | Amaya, Reina | 1:16-cv-01838-RLY-TAB |
| 19 | Amnote, Robin | 1:17-cv-00549-RLY-TAB |
| 20 | Anderson, John | 1:17-cv-01726-RLY-TAB |
| 21 | Anderson, Ruth | 1:17-cv-01725-RLY-TAB |
| 22 | Angel, Sandra | 1:21-cv-02018-RLY-TAB |
| 23 | Angus, Cindy | 1:14-cv-06002-RLY-TAB |
| 24 | Apa, Patrick | 1:21-cv-01360-RLY-TAB |
| 25 | Arellano, Charron | 1:19-cv-01206-RLY-TAB |
| 26 | Armstrong, William | 1:18-cv-03549-RLY-TAB |
| 27 | Arnett, Ken | 1:16-cv-02685-RLY-TAB |
| 28 | Ash, Rita | 1:19-cv-03080-RLY-TAB |
| 29 | Ayers, Naomi | 1:14-cv-06017-RLY-TAB |
| 30 | Bache ("Backie"), Scott | 1:22-cv-06778-RLY-TAB |
| 31 | Bailey, Francis | 1:18-cv-00181-RLY-TAB |
| 32 | Bailey, Hessard | 1:18-cv-04045-RLY-TAB |
| 33 | Bailey, Kent | 1:17-cv-00472-RLY-TAB |
| 34 | Bailey, Richard | 1:17-cv-06075-RLY-TAB |
| 35 | Baker, Timothy | 1:19-cv-02965-RLY-TAB |
| 36 | Ballard, Katherine | 1:19-cv-01907-RLY-TAB |
| 37 | Bancroft, Lori | 1:17-cv-04312-RLY-TAB |
| 38 | Banks, Terasa | 1:18-cv-00803-RLY-TAB |
| 39 | Barber, Lorenzo | 1:22-cv-00210-RLY-TAB |
| 40 | Barlow-Salter, Penny | 1:22-cv-06834-RLY-TAB |
| 41 | Barnett, Kelly | 1:17-cv-02674-RLY-TAB |
| 42 | Basie, John | 1:20-cv-01195-RLY-TAB |
| 43 | Beamon, Cassandra | 1:17-cv-03656-RLY-TAB |

| | | |
|---|---|---|
| 44 | Beckham, John | 1:18-cv-03423-RLY-TAB |
| 45 | Beckley, Clinton | 1:24-cv-06180-RLY-TAB |
| 46 | Beckner, Onica | 1:15-cv-00715-RLY-TAB |
| 47 | Bedell, Beth | 1:16-cv-02691-RLY-TAB |
| 48 | Bedford, Edwin | 1:23-cv-06971-RLY-TAB |
| 49 | Bell, Austin | 1:16-cv-03274-RLY-TAB |
| 50 | Benauer, Randy | 1:17-cv-01150-RLY-TAB |
| 51 | Benedetto, Lorraine | 1:17-cv-03989-RLY-TAB |
| 52 | Bennett, Betty | 1:23-cv-07058-RLY-TAB |
| 53 | Bennett, Shelley | 1:15-cv-01769-RLY-TAB |
| 54 | Bercier, Marlene | 1:20-cv-01886-RLY-TAB |
| 55 | Berkshire, Federick | 1:18-cv-01899-RLY-TAB |
| 56 | Best, Russell | 1:23-cv-07042-RLY-TAB |
| 57 | Beverage, Cathy | 1:18-cv-03004-RLY-TAB |
| 58 | Biggs, Michele | 1:21-cv-01976-RLY-TAB |
| 59 | Bishop, Amy | 1:22-cv-06947-RLY-TAB |
| 60 | Bishop, Kathleen | 1:18-cv-01901-RLY-TAB |
| 61 | Bisson, Doris | 1:18-cv-01864-RLY-TAB |
| 62 | Black, Jeremy | 1:17-cv-04758-RLY-TAB |
| 63 | Blakemore, Leona | 1:26-cv-07135-RLY-TAB |
| 64 | Blanding, Naydean | 1:19-cv-01215-RLY-TAB |
| 65 | Blommel, Sally | 1:26-cv-07138-RLY-TAB |
| 66 | Blondeau, Joanna | 1:17-cv-00795-RLY-TAB |
| 67 | Bobo, Alisha | 1:14-cv-06001-RLY-TAB |
| 68 | Borgens, Angelo | 1:18-cv-02451-RLY-TAB |
| 69 | Bowe, Robert | 1:23-cv-07024-RLY-TAB |
| 70 | Bowen, Margaret | 1:18-cv-00483-RLY-TAB |
| 71 | Bradley, Barry | 1:23-cv-07038-RLY-TAB |
| 72 | Brady, Milann | 1:17-cv-04402-RLY-TAB |
| 73 | Bratton, Stephen | 1:17-cv-01612-RLY-TAB |
| 74 | Bray, Dawn | 1:21-cv-02513-RLY-TAB |
| 75 | Brazos, Blaise | 1:18-cv-00374-RLY-TAB |
| 76 | Brewton, Adrianna | 1:24-cv-07090-RLY-TAB |
| 77 | Briles, Jacob | 1:17-cv-02427-RLY-TAB |
| 78 | Briones-Ubaldo, Deborah | 1:18-cv-03189-RLY-TAB |
| 79 | Bronson, Tammy | 1:17-cv-01781-RLY-TAB |
| 80 | Brouse, Thomas | 1:17-cv-02463-RLY-TAB |
| 81 | Brown, Jamar | 1:16-cv-03459-RLY-TAB |
| 82 | Brown, Kevin | 1:19-cv-01994-RLY-TAB |
| 83 | Brown, Thomas | 1:18-cv-00814-RLY-TAB |
| 84 | Brown-Peterson, Katrina | 1:18-cv-02569-RLY-TAB |
| 85 | Brundydge, Shelly | 1:18-cv-00818-RLY-TAB |
| 86 | Bruss, Nickolas | 1:15-cv-00566-RLY-TAB |
| 87 | Bryant, Michael | 1:20-cv-01846-RLY-TAB |

| | | |
|---|---|---|
| 88 | Buffington, Jeff | 1:21-cv-06514-RLY-TAB |
| 89 | Bullock, Jr., Booker | 1:18-cv-03753-RLY-TAB |
| 90 | Burgess, Carol | 1:16-cv-00814-RLY-TAB |
| 91 | Burgman, Arnold | 1:20-cv-06303-RLY-TAB |
| 92 | Burroughs, Collette | 1:16-cv-02524-RLY-TAB |
| 93 | Butler, Leo | 1:17-cv-00185-RLY-TAB |
| 94 | Caldwell, Karen | 1:18-cv-00394-RLY-TAB |
| 95 | Campbell, Ashley | 1:19-cv-02441-RLY-TAB |
| 96 | Campbell, Glendolyn | 1:16-cv-02664-RLY-TAB |
| 97 | Campbell, Pamela | 1:23-cv-00419-RLY-TAB |
| 98 | Carmack, Norman | 1:17-cv-04127-RLY-TAB |
| 99 | Carmon, Jesse | 1:19-cv-01898-RLY-TAB |
| 100 | Carter, Jody | 1:20-cv-02594-RLY-TAB |
| 101 | Carter, Shay | 1:19-cv-03342-RLY-TAB |
| 102 | Casey, James | 1:16-cv-01790-RLY-TAB |
| 103 | Castellow, Robert | 1:20-cv-06299-RLY-TAB |
| 104 | Castro, Odilie | 1:20-cv-06280-RLY-TAB |
| 105 | Caudill, David | 1:19-cv-04774-RLY-TAB |
| 106 | Chambers, Megan | 1:16-cv-06031-RLY-TAB |
| 107 | Chandler, George | 1:20-cv-06311-RLY-TAB |
| 108 | Chapman, Zachary | 1:14-cv-00998 |
| 109 | Chavers, Amaris | 1:19-cv-02851-RLY-TAB |
| 110 | Cherry, Timothy | 1:18-cv-03504-RLY-TAB |
| 111 | Childers, Robert | 1:19-cv-02271-RLY-TAB |
| 112 | Christensen, Linda | 1:17-cv-04759-RLY-TAB |
| 113 | Cinovoj, Aleksandras | 1:18-cv-01227-RLY-TAB |
| 114 | Clark, Thomas | 1:16-cv-02642-RLY-TAB |
| 115 | Clowser, Sandra | 1:18-cv-00982-RLY-TAB |
| 116 | Colon, Luis | 1:18-cv-00807-RLY-TAB |
| 117 | Comley, Heidi | 1:17-cv-01122-RLY-TAB |
| 118 | Connelly, Thomas | 1:16-cv-02507-RLY-TAB |
| 119 | Conner, Dana | 1:18-cv-02472-RLY-TAB |
| 120 | Cook, Manuel | 1:22-cv-06792-RLY-TAB |
| 121 | Coon, Diane | 1:25-cv-07130-RLY-TAB |
| 122 | Coren, Michele | 1:17-cv-00591-RLY-TAB |
| 123 | Cormier, Matthew | 1:21-cv-06458-RLY-TAB |
| 124 | Coursey, Ernestine | 1:19-cv-01022-RLY-TAB |
| 125 | Craig, Joshua | 1:17-cv-01697-RLY-TAB |
| 126 | Crehen, Judith | 1:18-cv-03356-RLY-TAB |
| 127 | Cressman, Robert | 1:19-cv-02615-RLY-TAB |
| 128 | Cross, Jon | 1:24-cv-02260-RLY-TAB |
| 129 | Cullotta, Joseph | 1:24-cv-07112-RLY-TAB |
| 130 | Currie, Edith | 1:17-cv-02716-RLY-TAB |
| 131 | Currier, Larry | 1:21-cv-00464-RLY-TAB |

| | | |
|---|---|---|
| 132 | Cutlip, Jeffrey | 1:16-cv-02238-RLY-TAB |
| 133 | D'Amico, Michele | 1:18-cv-02922-RLY-TAB |
| 134 | Dalrymple, Roberta | 1:19-cv-00130-RLY-TAB |
| 135 | Dalton, Stacie | 1:19-cv-01910-RLY-TAB |
| 136 | Daniels, Laurie | 1:19-cv-04341-RLY-TAB |
| 137 | Darida, Sandra | 1:15-cv-01445-RLY-TAB |
| 138 | Darnell, Julie | 1:16-cv-03305-RLY-TAB |
| 139 | Daugherty, Linda | 1:18-cv-02928-RLY-TAB |
| 140 | Davies, John | 1:19-cv-02968-RLY-TAB |
| 141 | Davis, David | 1:20-cv-06186-RLY-TAB |
| 142 | Davis, Grace | 1:18-cv-00135-RLY-TAB |
| 143 | Davis, Joseph | 1:17-cv-02448-RLY-TAB |
| 144 | Davis, Larry | 1:22-cv-06795-RLY-TAB |
| 145 | Davis, Megan | 1:18-cv-03552-RLY-TAB |
| 146 | DeBord, Robert | 1:16-cv-01518-RLY-TAB |
| 147 | DeFranzo, Kim | 1:24-cv-07115-RLY-TAB |
| 148 | DeLuca, Maura | 1:19-cv-03899-RLY-TAB |
| 149 | DeRita, Rosalie | 1:15-cv-01611-RLY-TAB |
| 150 | Dean, Thomas | 1:18-cv-00830-RLY-TAB |
| 151 | Decann, Dustin | 1:18-cv-00229-RLY-TAB |
| 152 | Decker, Natasha | 1:20-cv-00994-RLY-TAB |
| 153 | Demsko, Jane | 1:18-cv-00221-RLY-TAB |
| 154 | Denison, Neiko | 1:17-cv-04527-RLY-TAB |
| 155 | Deo, Michael | 1:18-cv-00828-RLY-TAB |
| 156 | Dequaine, Amy | 1:22-cv-06883-RLY-TAB |
| 157 | Diaz, Iris | 1:22-cv-06856-RLY-TAB |
| 158 | Dinger, Kristin | 1:16-cv-00440-RLY-TAB |
| 159 | Dixon, Jimmy | 1:19-cv-01047-RLY-TAB |
| 160 | Dixon, Reginald | 1:16-cv-00568-RLY-TAB |
| 161 | Dobies, Alan | 1:17-cv-02631-RLY-TAB |
| 162 | Donahoe, Troy | 1:19-cv-02580-RLY-TAB |
| 163 | Dresser, James | 1:18-cv-03413-RLY-TAB |
| 164 | DuConge, Christopher | 1:20-cv-03109-RLY-TAB |
| 165 | Dukes, Roy | 1:18-cv-01935-RLY-TAB |
| 166 | Dyer, Eileen | 1:18-cv-00817-RLY-TAB |
| 167 | Eberz, Ronald | 1:16-cv-01533-RLY-TAB |
| 168 | Edley, Lori | 1:17-cv-01630-RLY-TAB |
| 169 | Edmonds, Walesha | 1:18-cv-03081-RLY-TAB |
| 170 | Edmundson, Kathy | 1:17-cv-02902-RLY-TAB |
| 171 | Edwards, Vickie | 1:15-cv-01819-RLY-TAB |
| 172 | Eitel, Billie | 1:20-cv-00536-RLY-TAB |
| 173 | Ellingsen, Christopher | 1:16-cv-02308-RLY-TAB |
| 174 | Epps, Kelvin | 1:18-cv-00820-RLY-TAB |
| 175 | Eslick, Karen | 1:14-cv-06011-RLY-TAB |

| | | |
|---|---|---|
| 176 | Espley, Kevin | 1:19-cv-05017-RLY-TAB |
| 177 | Evans, Christina | 1:18-cv-02957-RLY-TAB |
| 178 | Evans, Ronald | 1:19-cv-02900-RLY-TAB |
| 179 | Evans, Steven | 1:17-cv-01118-RLY-TAB |
| 180 | Farnham, Diana | 1:18-cv-03503-RLY-TAB |
| 181 | Farrokh, Rachael | 1:25-cv-07132-RLY-TAB |
| 182 | Faust, David | 1:17-cv-01762-RLY-TAB |
| 183 | Felder, Torey | 1:21-cv-06476-RLY-TAB |
| 184 | Fernandez, Mary | 1:17-cv-03661-RLY-TAB |
| 185 | Ferrell, Marinda | 1:18-cv-02917-RLY-TAB |
| 186 | Fisher, Martin | 1:19-cv-02585-RLY-TAB |
| 187 | Fitzgerald, Matthew | 1:25-cv-01633-RLY-TAB |
| 188 | Fontes, Peter | 1:17-cv-00484-RLY-TAB |
| 189 | Foote, Tammara | 1:17-cv-03973-RLY-TAB |
| 190 | Forbus, Roberta | 1:16-cv-02286-RLY-TAB |
| 191 | Frank, Stuart | 1:25-cv-07133-RLY-TAB |
| 192 | Franzen, Donna | 1:18-cv-03017-RLY-TAB |
| 193 | Freehling, Kathleen | 1:21-cv-02429-RLY-TAB |
| 194 | Freeman, Valerie | 1:23-cv-07007-RLY-TAB |
| 195 | Fruge, Maria | 1:20-cv-00326-RLY-TAB |
| 196 | Fulk, Kimberly | 1:15-cv-00763-RLY-TAB |
| 197 | Gallo, Tracy | 1:26-cv-07140-RLY-TAB |
| 198 | Gamboa, Guadalupe | 1:19-cv-04819-RLY-TAB |
| 199 | Ganino, Michael | 1:17-cv-02765-RLY-TAB |
| 200 | Garlen, Lisa | 1:26-cv-07134-RLY-TAB |
| 201 | Garrett, Alvin | 1:18-cv-02927-RLY-TAB |
| 202 | Garrett, Robert | 1:16-cv-00805-RLY-TAB |
| 203 | Garza, Anne | 1:23-cv-07020-RLY-TAB |
| 204 | Gatewood, Gloria | 1:21-cv-06431-RLY-TAB |
| 205 | Gautier, Lacey | 1:21-cv-00172-RLY-TAB |
| 206 | George, Preston | 1:15-cv-01176-RLY-TAB |
| 207 | Gerritsen, Tony | 1:17-cv-03571-RLY-TAB |
| 208 | Gharib, Rawia | 1:18-cv-03501-RLY-TAB |
| 209 | Gibbs, Forrest | 1:17-cv-01785-RLY-TAB |
| 210 | Gibson, Susan | 1:18-cv-00839-RLY-TAB |
| 211 | Glaser-Zakem, Loraine | 1:19-cv-02664-RLY-TAB |
| 212 | Golder, Andrea | 1:16-cv-02780-RLY-TAB |
| 213 | Gonzalez, Roberto | 1:22-cv-06730-RLY-TAB |
| 214 | Graham, Tracy | 1:17-cv-02451-RLY-TAB |
| 215 | Grant, Nathaniel | 1:21-cv-06552-RLY-TAB |
| 216 | Gray, Anthony | 1:17-cv-00797-RLY-TAB |
| 217 | Gray, Timothy | 1:16-cv-01880-RLY-TAB |
| 218 | Greenberg, Marvin | 1:18-cv-00156-RLY-TAB |
| 219 | Guillory, Ralph | 1:19-cv-02111-RLY-TAB |

| | | |
|---|---|---|
| 220 | Guinto, Jesusa | 1:15-cv-06022-RLY-TAB |
| 221 | Haag, Kammy | 1:17-cv-01107-RLY-TAB |
| 222 | Haas, Frederick | 1:18-cv-00816-RLY-TAB |
| 223 | Hall, Raizel | 1:22-cv-06934-RLY-TAB |
| 224 | Hall, Timothy | 1:16-cv-01083-RLY-TAB |
| 225 | Hamlyn, Earl | 1:17-cv-04406-RLY-TAB |
| 226 | Hamm, David | 1:19-cv-01746-RLY-TAB |
| 227 | Haney, Roy | 1:18-cv-03725-RLY-TAB |
| 228 | Haney, Teresa | 1:19-cv-04771-RLY-TAB |
| 229 | Hansen, Jaleigh | 1:16-cv-03309-RLY-TAB |
| 230 | Harriger, Preston | 1:21-cv-01549-RLY-TAB |
| 231 | Harris, Allen | 1:21-cv-06595-RLY-TAB |
| 232 | Harris, James | 1:15-cv-01943-RLY-TAB |
| 233 | Harris, Kourtney | 1:14-cv-00736-RLY-TAB |
| 234 | Harris, Michelle | 1:16-cv-01736-RLY-TAB |
| 235 | Hart, Billy | 1:16-cv-02829-RLY-TAB |
| 236 | Hatchett, Cathy | 1:17-cv-02612-RLY-TAB |
| 237 | Hatchett, Rosemary | 1:18-cv-03369-RLY-TAB |
| 238 | Hauer, Jerome | 1:17-cv-02977-RLY-TAB |
| 239 | Hayes, Charles | 1:16-cv-06042-RLY-TAB |
| 240 | Haynes, Arthurlee | 1:19-cv-02583-RLY-TAB |
| 241 | Hayslip, Stephen | 1:20-cv-06237-RLY-TAB |
| 242 | Hazelberg, Stella | 1:18-cv-01397-RLY-TAB |
| 243 | Heglar, Bernice | 1:21-cv-00759-RLY-TAB |
| 244 | Hellen, Caitlin | 1:17-cv-00731-RLY-TAB |
| 245 | Henderson, Anya | 1:18-cv-01902-RLY-TAB |
| 246 | Hendrickson, Terry | 1:19-cv-02620-RLY-TAB |
| 247 | Henning, Wanda | 1:25-cv-07131-RLY-TAB |
| 248 | Herron, Bobbie | 1:22-cv-06725-RLY-TAB |
| 249 | Hess, Robert | 1:16-cv-03312-RLY-TAB |
| 250 | Higgins, Jesse | 1:16-cv-00728-RLY-TAB |
| 251 | Hill, Charles | 1:19-cv-06102-RLY-TAB |
| 252 | Hinton, Quarikas | 1:25-cv-07126-RLY-TAB |
| 253 | Hoffman, Dustin | 1:18-cv-02992-RLY-TAB |
| 254 | Holling, Leonard | 1:22-cv-06787-RLY-TAB |
| 255 | Hoyt (Dickson), Brandy | 1:21-cv-01196-RLY-TAB |
| 256 | Hulver, Cathleen | 1:16-cv-02717-RLY-TAB |
| 257 | Humenik, Christopher | 1:21-cv-06693-RLY-TAB |
| 258 | Hunt, Ashly | 1:19-cv-02661-RLY-TAB |
| 259 | Jackson, Dorothy | 1:16-cv-02724-RLY-TAB |
| 260 | Jackson, Gloria | 1:18-cv-02543-RLY-TAB |
| 261 | Jackson, Linda | 1:18-cv-02316-RLY-TAB |
| 262 | Jackson, Willie | 1:17-cv-02884-RLY-TAB |
| 263 | Jackson-Harris, Jamice | 1:18-cv-03897-RLY-TAB |

| | | |
|---|---|---|
| 264 | Jacoby, John | 1:20-cv-06108-RLY-TAB |
| 265 | Jaggi, Meena | 1:20-cv-06269-RLY-TAB |
| 266 | James, Judy | 1:18-cv-03410-RLY-TAB |
| 267 | James, Steve | 1:16-cv-02253-RLY-TAB |
| 268 | Jarvis, Lori | 1:18-cv-01920-RLY-TAB |
| 269 | Jenkins, Anthony | 1:23-cv-07082-RLY-TAB |
| 270 | Jenkins, Kimily | 1:19-cv-03497-RLY-TAB |
| 271 | Jermier, Jay | 1:23-cv-07018-RLY-TAB |
| 272 | Jessen, Kerry | 1:17-cv-04316-RLY-TAB |
| 273 | Job, Steven | 1:18-cv-01753-RLY-TAB |
| 274 | Johansen, Marie | 1:18-cv-03358-RLY-TAB |
| 275 | Johnson, Brittanie | 1:24-cv-07118-RLY-TAB |
| 276 | Johnson, Frederick | 1:18-cv-02611-RLY-TAB |
| 277 | Johnson, Lonnie | 1:17-cv-04244-RLY-TAB |
| 278 | Johnson, Roland | 1:17-cv-03060-RLY-TAB |
| 279 | Johnston, James | 1:21-cv-06497-RLY-TAB |
| 280 | Jones, Gertrude | 1:18-cv-03572-RLY-TAB |
| 281 | Jones, Jennifer | 1:23-cv-06948-RLY-TAB |
| 282 | Jones, Monika | 1:19-cv-02576-RLY-TAB |
| 283 | Jordan, Lynda | 1:17-cv-02632-RLY-TAB |
| 284 | Jude, Shannon | 1:19-cv-03742-RLY-TAB |
| 285 | Justice, Martha | 1:16-cv-02472-RLY-TAB |
| 286 | Kamp, Kimberly | 1:17-cv-02144-RLY-TAB |
| 287 | Kane, Joseph | 1:20-cv-06120-RLY-TAB |
| 288 | Kapsch, Karen | 1:21-cv-02502-RLY-TAB |
| 289 | Karas, Nick | 1:21-cv-06691-RLY-TAB |
| 290 | Karcher, Melissa | 1:22-cv-02030-RLY-TAB |
| 291 | Kelley, Loretta | 1:18-cv-00908-RLY-TAB |
| 292 | Kempf, Lynda | 1:18-cv-00840-RLY-TAB |
| 293 | Kennedy, Verdica | 1:20-cv-06288-RLY-TAB |
| 294 | Kennedy (n/k/a Kristin Deel), Kristin | 1:16-cv-03275-RLY-TAB |
| 295 | King, Chelsea | 1:17-cv-03575-RLY-TAB |
| 296 | King, Crystal | 1:22-cv-00367-RLY-TAB |
| 297 | King, Kayla | 1:24-cv-07087-RLY-TAB |
| 298 | Kline, David | 1:17-cv-00487-RLY-TAB |
| 299 | Klingman, Joseph | 1:24-cv-07098-RLY-TAB |
| 300 | Knapp, Ivan | 1:18-cv-00253-RLY-TAB |
| 301 | Knosp, Donald | 1:23-cv-6960 |
| 302 | Kommer, Steven | 1:21-cv-0816-RLY-TAB |
| 303 | Kramer, Jeremy | 1:17-cv-00131-RLY-TAB |
| 304 | Kribbs, James | 1:19-cv-03875-RLY-TAB |
| 305 | Krock, Diane | 1:18-cv-03598-RLY-TAB |
| 306 | LaMotte, Jan | 1:18-cv-03728-RLY-TAB |
| 307 | Laliberty, Tammy | 1:19-cv-02823-RLY-TAB |

| | | |
|---|---|---|
| 308 | Lang, Henrietta | 1:19-cv-01854-RLY-TAB |
| 309 | Lang, Jacqueline | 1:19-cv-1854-RLY-TAB |
| 310 | Langer, Scott | 1:16-cv-02379-RLY-TAB |
| 311 | Lausten, Christian | 1:18-cv-02108-RLY-TAB |
| 312 | Lemmon, Nicole | 1:16-cv-01837-RLY-TAB |
| 313 | Levin, Barbara | 1:19-cv-00556-RLY-TAB |
| 314 | Lewis, Bryan | 1:18-cv-00842-RLY-TAB |
| 315 | Lewis, Shirlene | 1:19-cv-4008-RLY-TAB |
| 316 | Lewis, Willie | 1:18-cv-02180-RLY-TAB |
| 317 | Light, David | 1:25-cv-07123-RLY-TAB |
| 318 | Lindsey, Virginia | 1:19-cv-03204-RLY-TAB |
| 319 | Linn, Carol | 1:20-cv-01775-RLY-TAB |
| 320 | Locke, Patricia | 1:17-cv-04774-RLY-TAB |
| 321 | London, Anthony | 1:19-cv-04177-RLY-TAB |
| 322 | Long, Barry | 1:20-cv-06111-RLY-TAB |
| 323 | Long, Gregory | 1:21-cv-00866-RLY-TAB |
| 324 | Long, Janelle | 1:24-cv-07096-RLY-TAB |
| 325 | Loper, Tonya | 1:22-cv-06894-RLY-TAB |
| 326 | Lopez, Cynthia | 1:18-cv-00804-RLY-TAB |
| 327 | Lopez, Jennifer | 1:18-cv-01751-RLY-TAB |
| 328 | Lopez, Travis | 1:18-cv-01748-RLY-TAB |
| 329 | Loucks, Richard | 1:20-cv-06262-RLY-TAB |
| 330 | Lovelace, Jeanne | 1:21-cv-06640-RLY-TAB |
| 331 | Lufkin, Roy | 1:21-cv-02838-RLY-TAB |
| 332 | Lynch, Cynthia | 1:17-cv-03101-RLY-TAB |
| 333 | MacIsaac, Martha | 1:19-cv-01927-RLY-TAB |
| 334 | Madden, Marilyn | 1:21-cv-00239-RLY-TAB |
| 335 | Maddock, Jerry | 1:18-cv-02420-RLY-TAB |
| 336 | Madison, April | 1:18-cv-02934-RLY-TAB |
| 337 | Maneval, Greer | 1:25-cv-01960-RLY-TAB |
| 338 | Manseau, Michael | 1:19-cv-02852-RLY-TAB |
| 339 | Marshall, Stephen | 1:21-cv-00031-RLY-TAB |
| 340 | Martell, Daniel | 1:19-cv-04918-RLY-TAB |
| 341 | Martin, William | 1:18-cv-00250-RLY-TAB |
| 342 | Martinez, Elsie | 1:24-cv-07100-RLY-TAB |
| 343 | Martinez, Raymond | 1:21-cv-02498-RLY-TAB |
| 344 | Masalskis, Kanetta | 1:18-cv-02127-RLY-TAB |
| 345 | Mason, Bruce | 1:19-cv-04403-RLY-TAB |
| 346 | Mathis, Bonnie | 1:17-cv-03755-RLY-TAB |
| 347 | Mathis, Marvin | 1:23-cv-07043-RLY-TAB |
| 348 | Mays, Roberta | 1:17-cv-00587-RLY-TAB |
| 349 | McCabe, Patrick | 1:20-cv-01776-RLY-TAB |
| 350 | McCafferty, Sandra | 1:17-cv-04434-RLY-TAB |
| 351 | McClusky, Nina | 1:18-cv-03402-RLY-TAB |

| | | |
|---|---|---|
| 352 | McCrummen, Leticia | 1:17-cv-00658-RLY-TAB |
| 353 | McDavid, Virginia | 1:19-cv-02679-RLY-TAB |
| 354 | McDuffy, Carol | 1:17-cv-02919-RLY-TAB |
| 355 | McFate, Gavin | 1:18-cv-03698-RLY-TAB |
| 356 | McKellop-Maxwell, Catherine | 1:16-cv-02095-RLY-TAB |
| 357 | McLendon, Jasmine | 1:16-cv-02725-RLY-TAB |
| 358 | Mercer, Susan | 1:17-cv-00256-RLY-TAB |
| 359 | Metro, Daniel | 1:13-cv-01048-RLY-TAB |
| 360 | Miliner, Patricia | 1:21-cv-06449-RLY-TAB |
| 361 | Miller, Florence | 1:17-cv-04617-RLY-TAB |
| 362 | Minnella, Michael | 1:17-cv-04614-RLY-TAB |
| 363 | Mishoe, Monte | 1:16-cv-00433-RLY-TAB |
| 364 | Mitchell, John | 1:19-cv-02848-RLY-TAB |
| 365 | Mitchell, Karen | 1:23-cv-07065-RLY-TAB |
| 366 | Mitchell, Nelda | 1:21-cv-00285-RLY-TAB |
| 367 | Mitchell, William | 1:18-cv-02987-RLY-TAB |
| 368 | Mohr, Leonard | 1:17-cv-03833-RLY-TAB |
| 369 | Mohr, Todd | 1:17-cv-04424-RLY-TAB |
| 370 | Moise, Javanni | 1:19-cv-01258-RLY-TAB |
| 371 | Monk, Charles | 1:19-cv-04059-RLY-TAB |
| 372 | Montgomery, Paul | 1:20-cv-06267-RLY-TAB |
| 373 | Moore, Laurence | 1:24-cv-02264-RLY-TAB |
| 374 | Mootoo, Jessica | 1:22-cv-06935-RLY-TAB |
| 375 | Moran, Bruce | 1:19-cv-03007-RLY-TAB |
| 376 | Morgan, Amber | 1:19-cv-01496-RLY-TAB |
| 377 | Morris, Mark | 1:22-cv-01014-RLY-TAB |
| 378 | Morris, Richard | 1:16-cv-03280-RLY-TAB |
| 379 | Moultrie, Jennifer | 1:16-cv-00437-RLY-TAB |
| 380 | Mutisya, Joyce | 1:26-cv-01187-RLY-TAB |
| 381 | Myers, Doris | 1:19-cv-02443-RLY-TAB |
| 382 | Nazarian, Tina | 1:19-cv-02621-RLY-TAB |
| 383 | Neal, Clarine | 1:16-cv-02473-RLY-TAB |
| 384 | Nece, Lawrence | 1:18-cv-02121-RLY-TAB |
| 385 | Nelcamp, Maryann | 1:17-cv-00156-RLY-TAB |
| 386 | Nelson, Barbara | 1:15-cv-01754-RLY-TAB |
| 387 | Norman, Cindy | 1:18-cv-06092-RLY-TAB |
| 388 | Norman, Talisha | 1:24-cv-07117-RLY-TAB |
| 389 | O'Leary, Lisa | 1:20-cv-00475-RLY-TAB |
| 390 | Oliver, Lester | 1:20-cv-02955-RLY-TAB |
| 391 | Olney, Michelle | 1:21-cv-00111-RLY-TAB |
| 392 | Orozco, Harold | 1:20-cv-01779-RLY-TAB |
| 393 | Orser, Kelly | 1:18-cv-00482-RLY-TAB |
| 394 | Outlaw, Audrey | 1:19-cv-02444-RLY-TAB |
| 395 | Owens, Autumn | 1:18-cv-01458-RLY-TAB |

| | | |
|---|---|---|
| 396 | Owens, Jerry | 1:18-cv-01547-RLY-TAB |
| 397 | Padget, Amanda | 1:14-cv-06009-RLY-TAB |
| 398 | Page, Terry | 1:17-cv-00921-RLY-TAB |
| 399 | Parker, Michael | 1:15-cv-00597-RLY-TAB |
| 400 | Parks, Judy | 1:19-cv-04772-RLY-TAB |
| 401 | Parsley, Christina | 1:17-cv-00543-RLY-TAB |
| 402 | Parsley, Teresa | 1:18-cv-00834-RLY-TAB |
| 403 | Parton, Gary | 1:17-cv-04071-RLY-TAB |
| 404 | Patane III, John | 1:16-cv-01520-RLY-TAB |
| 405 | Payne, Susan | 1:17-cv-00762-RLY-TAB |
| 406 | Pearson, Crystal | 1:16-cv-01839-RLY-TAB |
| 407 | Peck, David | 1:17-cv-04621-RLY-TAB |
| 408 | Pellegrino, Patrick | 1:17-cv-03784-RLY-TAB |
| 409 | Pemberton, Patricia | 1:16-cv-00432-RLY-TAB |
| 410 | Penree, Michael | 1:17-cv-01225-RLY-TAB |
| 411 | Perez, Linda | 1:20-cv-02560-RLY-TAB |
| 412 | Perez, Modesty | 1:21-cv-0749-RLY-TAB |
| 413 | Perry-O'Farrow, Letitia | 1:14-cv-06005-RLY-TAB |
| 414 | Pestana, Gail | 1:17-cv-00112-RLY-TAB |
| 415 | Pfleiderer, Debbie | 1:15-cv-0479-RLY-TAB |
| 416 | Phillips, Keri | 1:19-cv-00623-RLY-TAB |
| 417 | Phillips, Sarah | 1:21-cv-06417-RLY-TAB |
| 418 | Pierce, Alan | 1:18-cv-02862-RLY-TAB |
| 419 | Pierce, Tyrell | 1:19-cv-02587-RLY-TAB |
| 420 | Pinson, Timothy | 1:18-cv-00822-RLY-TAB |
| 421 | Plouffe, Lauren | 1:23-cv-06966-RLY-TAB |
| 422 | Polk, Shirley | 1:16-cv-03236-RLY-TAB |
| 423 | Powell, Traci | 1:20-cv-01006-RLY-TAB |
| 424 | Ptak, Francine | 1:17-cv-00789-RLY-TAB |
| 425 | Puchalski, Jennifer | 1:17-cv-01223-RLY-TAB |
| 426 | Puglisi, Robert | 1:17-cv-01019-RLY-TAB |
| 427 | Pulido, Charity | 1:20-cv-02347-RLY-TAB |
| 428 | Pyffer, Dora | 1:17-cv-02995-RLY-TAB |
| 429 | Quiroz, Steven | 1:21-cv-06399-RLY-TAB |
| 430 | Rabah, Dawn | 1:19-cv-01128-RLY-TAB |
| 431 | Rahe, Peggy | 1:17-cv-00267-RLY-TAB |
| 432 | Rambo, Richard | 1:15-cv-00568-RLY-TAB |
| 433 | Ramirez, Laura | 1:21-cv-06680-RLY-TAB |
| 434 | Ramsey, Joetta | 1:20-cv-01006-RLY-TAB |
| 435 | Rappleye, George | 1:18-cv-00835-RLY-TAB |
| 436 | Raybuck, David | 1:18-cv-02541-RLY-TAB |
| 437 | Ream, Brian | 1:22-cv-02017-RLY-TAB |
| 438 | Rebel, Michael | 1:22-cv-06841-RLY-TAB |
| 439 | Redden, Staci | 1:22-cv-00904-RLY-TAB |

| | | |
|---|---|---|
| 440 | Redifer, Stephanie | 1:18-cv-01370-RLY-TAB |
| 441 | Redmon, Tiffany | 1:15-cv-00567-RLY-TAB |
| 442 | Reece, Randall | 1:17-cv-02634-RLY-TAB |
| 443 | Reed, Edwin | 1:16-cv-01859-RLY-TAB |
| 444 | Relitz, Brian | 1:18-cv-02932-RLY-TAB |
| 445 | Renninger, Greg | 1:17-cv-01121-RLY-TAB |
| 446 | Rex, Douglas | 1:21-cv-06436-RLY-TAB |
| 447 | Reyes Bocangel, David | 1:20-cv-01761-RLY-TAB |
| 448 | Rice, Teresa | 1:19-cv-01863-RLY-TAB |
| 449 | Richardson, Michael | 1:19-cv-02974-RLY-TAB |
| 450 | Rickson, Candace | 1:18-cv-00836-RLY-TAB |
| 451 | Rine, Michael | 1:17-cv-02571-RLY-TAB |
| 452 | Riva, Jill | 1:16-cv-00439-RLY-TAB |
| 453 | Roberson, Demetrious | 1:18-cv-02976-RLY-TAB |
| 454 | Robertson, Latasha | 1:18-cv-01396-RLY-TAB |
| 455 | Robinson, Jackie | 1:18-cv-00799-RLY-TAB |
| 456 | Robinson, Linder | 1:19-cv-01763-RLY-TAB |
| 457 | Rodriguez, Casander | 1:21-cv-02142-RLY-TAB |
| 458 | Rodriguez, Roberto | 1:20-cv-00122-RLY-TAB |
| 459 | Rogers, Sarah | 1:18-cv-04094-RLY-TAB |
| 460 | Roiz, Jose | 1:17-cv-00262-RLY-TAB |
| 461 | Rosier, James | 1:18-cv-03086-RLY-TAB |
| 462 | Ross, John | 1:17-cv-02468-RLY-TAB |
| 463 | Ross, Willie | 1:19-cv-00660-RLY-TAB |
| 464 | Rostie, Mary | 1:18-cv-02930-RLY-TAB |
| 465 | Rudd, Veda | 1:17-cv-01017-RLY-TAB |
| 466 | Runion, Leslie | 1:15-cv-01132-RLY-TAB |
| 467 | Russell, Keitha | 1:19-cv-00998-RLY-TAB |
| 468 | Russell, Leslie | 1:17-cv-03786-RLY-TAB |
| 469 | Sabol, Dianna | 1:23-cv-02049-RLY-TAB |
| 470 | Sadler, Lonnie | 1:15-cv-00852-RLY-TAB |
| 471 | Sanchez, Jose | 1:18-cv-02514-RLY-TAB |
| 472 | Sanchez, Remedios | 1:21-cv-00083-RLY-TAB |
| 473 | Sanders, Elaine | 1:16-cv-02975-RLY-TAB |
| 474 | Sanders, Melissa | 1:19-cv-04922-RLY-TAB |
| 475 | Sanders, Tracey | 1:20-cv-01781-RLY-TAB |
| 476 | Sattar, Samina | 1:17-cv-02635-RLY-TAB |
| 477 | Satterfield, Ricky | 1:26-cv-07139-RLY-TAB |
| 478 | Sauls, Anna | 1:21-cv-02430-RLY-TAB |
| 479 | Sauls, Lillie | 1:18-cv-00081-RLY-TAB |
| 480 | Schlitz, Lynda | 1:18-cv-01193-RLY-TAB |
| 481 | Schmidt, Carol | 1:18-cv-02981-RLY-TAB |
| 482 | Schmidt, Roger | 1:18-cv-03066-RLY-TAB |
| 483 | Schroeder, David | 1:16-cv-01245-RLY-TAB |

| | | |
|---|---|---|
| 484 | Scott, Judith | 1:17-cv-00115-RLY-TAB |
| 485 | Scruggs, David | 1:22-cv-06711-RLY-TAB |
| 486 | Scudieri, Terrence | 1:19-cv-01256-RLY-TAB |
| 487 | Seagraves, Brian | 1:19-cv-01255-RLY-TAB |
| 488 | Segars, Ramona | 1:19-cv-04825-RLY-TAB |
| 489 | Seibert, John | 1:18-cv-02522-RLY-TAB |
| 490 | Seibert, Tara | 1:19-cv-05024-RLY-TAB |
| 491 | Seippel, Gregory | 1:15-cv-01817-RLY-TAB |
| 492 | Serrette, Michel | 1:19-cv-01275-RLY-TAB |
| 493 | Sessions, Andrew | 1:17-cv-01120-RLY-TAB |
| 494 | Sevene, Philip | 1:20-cv-06247-RLY-TAB |
| 495 | Sexton, Harold | 1:16-cv-00771-RLY-TAB |
| 496 | Shafer, Daniel | 1:13-cv-01946-RLY-TAB |
| 497 | Shaw, Alexis | 1:15-cv-01021-RLY-TAB |
| 498 | Shaw, Damian | 1:17-cv-00722-RLY-TAB |
| 499 | Shepley, Clyde | 1:21-cv-02509-RLY-TAB |
| 500 | Shiel, Cary | 1:20-cv-01783-RLY-TAB |
| 501 | Shields, Michael | 1:19-cv-02850-RLY-TAB |
| 502 | Shields, Paul | 1:16-cv-00577-RLY-TAB |
| 503 | Shipman, Adam | 1:17-cv-02737-RLY-TAB |
| 504 | Shrum, Karen | 1:19-cv-02478-RLY-TAB |
| 505 | Siedel, Steve | 1:18-cv-00837-RLY-TAB |
| 506 | Silva, Graciano | 1:17-cv-01685-RLY-TAB |
| 507 | Simalton, Jerome | 1:21-cv-00140-RLY-TAB |
| 508 | Simon, John | 1:20-cv-06185-RLY-TAB |
| 509 | Simon, Kattie | 1:26-cv-07137-RLY-TAB |
| 510 | Simons, Lakesha | 1:19-cv-04376-RLY-TAB |
| 511 | Simons, Lonnie | 1:21-cv-00777-RLY-TAB |
| 512 | Smart, Brigitte | 1:17-cv-02763-RLY-TAB |
| 513 | Smith, Daniel | 1:16-cv-00377-RLY-TAB |
| 514 | Smith, Gary | 1:25-cv-01496-RLY-TAB |
| 515 | Smith, James | 1:18-cv-03096-RLY-TAB |
| 516 | Smith, Kenneth | 1:17-cv-00408-RLY-TAB |
| 517 | Smith, Larry | 1:18-cv-00838-RLY-TAB |
| 518 | Smith, Robert | 1:19-cv-02419-RLY-TAB |
| 519 | Smith, Ryan | 1:24-cv-07111-RLY-TAB |
| 520 | Smith, Ryan | 1:20-cv-02551-RLY-TAB |
| 521 | Smith, Steven | 1:17-cv-00198-RLY-TAB |
| 522 | Smithson, Arthur | 1:19-cv-02070-RLY-TAB |
| 523 | Snow, Donald | 1:20-cv-00108-RLY-TAB |
| 524 | Snow, Ronald | 1:14-cv-06013-RLY-TAB |
| 525 | Solorio, Gabriel | 1:19-cv-05012-RLY-TAB |
| 526 | Sosseh, Cheyene | 1:22-cv-06797-RLY-TAB |
| 527 | Sotelo, Christina | 1:19-cv-01989-RLY-TAB |

| | | |
|---|---|---|
| 528 | Souza, Alex | 1:21-cv-06443-RLY-TAB |
| 529 | Spence, Jessica | 1:19-cv-03819-RLY-TAB |
| 530 | Spencer, Jeanne | 1:17-cv-04732-RLY-TAB |
| 531 | Splitt, Corinne | 1:18-cv-03741-RLY-TAB |
| 532 | Sproul, Ashly | 1:19-cv-04452-RLY-TAB |
| 533 | Steele, Kim | 1:18-cv-03923-RLY-TAB |
| 534 | Steele, Stephen | 1:18-cv-01413-RLY-TAB |
| 535 | Stephens, Leroy | 1:24-cv-07121-RLY-TAB |
| 536 | Stephenson, Thomas | 1:20-cv-06128-RLY-TAB |
| 537 | Stevens, Helen | 1:16-cv-03238-RLY-TAB |
| 538 | Stevenson, Victoria | 1:19-cv-03078-RLY-TAB |
| 539 | Stiles, Larry | 1:21-cv-02789-RLY-TAB |
| 540 | Storch, Lawrence | 1:20-cv-06109-RLY-TAB |
| 541 | Stottlemyer, Charles | 1:17-cv-02636-RLY-TAB |
| 542 | Stover, Barbara | 1:17-cv-02120-RLY-TAB |
| 543 | Streater, Valinda | 1:21-cv-00775-RLY-TAB |
| 544 | Stroh, Richard | 1:16-cv-02665-RLY-TAB |
| 545 | Swaite, Robin | 1:18-cv-01905-RLY-TAB |
| 546 | Swakcerd, Jermane | 1:18-cv-03018-RLY-TAB |
| 547 | Talbot, Janine | 1:18-cv-02340-RLY-TAB |
| 548 | Tancredi, Daniel | 1:17-cv-02953-RLY-TAB |
| 549 | Tatum, Ray | 1:18-cv-01408-RLY-TAB |
| 550 | Taylor, William | 1:19-cv-03467-RLY-TAB |
| 551 | Terrell, Sharon | 1:21-cv-02497-RLY-TAB |
| 552 | Tetlow, Sandra | 1:22-cv-06717-RLY-TAB |
| 553 | Thompson, Charlesetta | 1:20-cv-06275-RLY-TAB |
| 554 | Thompson, Margaret | 1:19-cv-00127-RLY-TAB |
| 555 | Thompson, Nicole | 1:19-cv-01120-RLY-TAB |
| 556 | Thompson, Parker | 1:16-cv-01337-RLY-TAB |
| 557 | Thorson, Brandon | 1:16-cv-03226-RLY-TAB |
| 558 | Tickner, Patricia | 1:15-cv-06021-RLY-TAB |
| 559 | Tofthagen, Shawn | 1:25-cv-07124-RLY-TAB |
| 560 | Tornambe, Loretta | 1:16-cv-00813-RLY-TAB |
| 561 | Tozzie, James | 1:15-cv-01607-RLY-TAB |
| 562 | Trimble, Gloria | 1:23-cv-00289-RLY-TAB |
| 563 | Troy, James | 1:20-cv-00121-RLY-TAB |
| 564 | Turgun, Dennis | 1:21-cv-06528-RLY-TAB |
| 565 | Turner, Paula | 1:19-cv-02023-RLY-TAB |
| 566 | Umbaugh, Paul | 1:18-cv-02178-RLY-TAB |
| 567 | Underwood, Terry | 1:18-cv-03499-RLY-TAB |
| 568 | Vallely, Stacy | 1:17-cv-04721-RLY-TAB |
| 569 | Van DeLaare, Vonda | 1:15-cv-01610-RLY-TAB |
| 570 | Varady, Eric | 1:21-cv-06498-RLY-TAB |
| 571 | Vaughan, Larry | 1:17-cv-04340-RLY-TAB |

| | | |
|---|---|---|
| 572 | Vinnik, Charles | 1:16-cv-03273-RLY-TAB |
| 573 | Voigt, Dean | 1:19-cv-04682-RLY-TAB |
| 574 | Voyles, Joel | 1:15-cv-01159-RLY-TAB |
| 575 | Vullo, Francesco "Frank" | 1:22-cv-00451-RLY-TAB |
| 576 | Vyvyan, Randall | 1:20-cv-01782-RLY-TAB |
| 577 | Wadsworth, Donna | 1:16-cv-02476-RLY-TAB |
| 578 | Walker, Gwene | 1:23-cv-07050-RLY-TAB |
| 579 | Walker, James | 1:18-cv-02212-RLY-TAB |
| 580 | Wallace, Lisa | 1:19-cv-01238-RLY-TAB |
| 581 | Waltke, Karen | 1:18-cv-01065-RLY-TAB |
| 582 | Ward, Thomas | 1:19-cv-03008-RLY-TAB |
| 583 | Warden, Jayson | 1:20-cv-06205-RLY-TAB |
| 584 | Wardzinski, Craig | 1:23-cv-07067-RLY-TAB |
| 585 | Warren, Jesse | 1:25-cv-07125-RLY-TAB |
| 586 | Washington, Zenobia | 1:21-cv-01445-RLY-TAB |
| 587 | Wasserstrom, Teresa | 1:19-cv-04914-RLY-TAB |
| 588 | Webb, Lindsey | 1:24-cv-07113-RLY-TAB |
| 589 | Wetherbee, Kimberly | 1:17-cv-01985-RLY-TAB |
| 590 | Wheat, Tammy | 1:24-cv-07104-RLY-TAB |
| 591 | Whisby, Melissa | 1:18-cv-01399-RLY-TAB |
| 592 | White, Crystal | 1:20-cv-00223-RLY-TAB |
| 593 | White, Duane | 1:21-cv-02667-RLY-TAB |
| 594 | White, Roxie | 1:26-cv-01867 |
| 595 | White, Thomas | 1:15-cv-01020-RLY-TAB |
| 596 | Whiteside, Nikia | 1:20-cv-02554-RLY-TAB |
| 597 | Whitten, Connie | 1:15-cv-00555-RLY-TAB |
| 598 | Wiley, Crystal | 1:20-cv-06276-RLY-TAB |
| 599 | Williams, Christie | 1:17-cv-04090-RLY-TAB |
| 600 | Williams, Joshua | 1:19-cv-00232-RLY-TAB |
| 601 | Williams, Kimberly | 1:17-cv-02320-RLY-TAB |
| 602 | Williams, Loria | 1:21-cv-00463-RLY-TAB |
| 603 | Williams, Richard | 1:19-cv-00131-RLY-TAB |
| 604 | Wilson, Falanda | 1:17-cv-00792-RLY-TAB |
| 605 | Wilson, Karen | 1:17-cv-01798-RLY-TAB |
| 606 | Wilson, Rick | 1:18-cv-00634-RLY-TAB |
| 607 | Wilson, Teri | 1:16-cv-02764-RLY-TAB |
| 608 | Wimberly, Sonya | 1:19-cv-02673-RLY-TAB |
| 609 | Wood, David | 1:18-cv-01046-RLY-TAB |
| 610 | Woods, Joanne | 1:20-cv-02547-RLY-TAB |
| 611 | Workman, Goldie | 1:19-cv-04161-RLY-TAB |
| 612 | Wright, Cheryl | 1:20-cv-06259-RLY-TAB |
| 613 | Wright, Jerry | 1:18-cv-02935-RLY-TAB |
| 614 | Wyckoff, Scott | 1:15-cv-01973-RLY-TAB |
| 615 | Xu, Yu | 1:18-cv-02285-RLY-TAB |

| | | |
|---|---|---|
| 616 | Zandbergen, Kelly | 1:22-cv-06904-RLY-TAB |
| 617 | Zernov, Jeffrey | 1:17-cv-00130-RLY-TAB |
| 618 | Ziaja, Paul | 1:19-cv-03469-RLY-TAB |